UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

THIS DOCUMENT RELATES TO:  ALL CASES

### APPEARANCE OF COUNSEL AND REQUEST TO BE ADDED TO PANEL ATTORNEY SERVICE LIST

Stephen J. Krigbaum of the law firm of Carlton Fields, P.A. hereby gives notice of his appearance as counsel for Defendant Boehringer Ingelheim Pharmaceuticals, Inc., and requests that copies of all future notices, documents, pleadings, and other papers served or filed in the above-styled action be served on undersigned counsel.  The undersigned counsel hereby certifies that he is admitted to practice in the United States District Court for the Southern District of Florida.

Pursuant to paragraph 8 of this Court's Pretrial Order #1 [DE 13], undersigned counsel further requests to be added to the Court's Panel Attorney Service List.

[Signature page follows]

Dated:  February 14, 2020                    Respectfully submitted,

*/s/ Stephen J. Krigbaum*
Stephen J. Krigbaum
Fla. Bar No.:  978019
Email:  skrigbaum@carltonfields.com
            sgarrick@carltonfields.com
            wpbecf@cfdom.net

**CARLTON FIELDS, P.A.**
CityPlace Tower
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33401
Telephone:     561-659-7070
Facsimile:     561-659-7368

*Attorney for Boehringer Ingelheim Pharmaceuticals, Inc.*