UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

**PRETRIAL ORDER #2**
**Order Seeking the Establishment of a Practices and Procedures Team**

The Court is interested in facilitating the work of the parties and promoting an early dialogue between counsel. For this purpose, the Court will create a Practices and Procedures Team, to confer on the content and timing of early, standard procedural orders or filings that may be helpful in this litigation. Any person interested in serving on the Practices and Procedures Team shall file a one-page application including his or her role in the case and the reasons for wanting to serve on the Practices and Procedures Team by 9:00 a.m. ET on Monday, February 24, 2020, as a "Notice of Filing of Application to Serve on the Practices and Procedures Team."[1] Any person who has applied for the Initial Census Team will be deemed to be interested in serving on the Practices and Procedures Team, and should not submit a second application. The Court has asked Professor Dodge[2] to assist the parties in this process, subject to the same confidentiality protections and other terms governing her work in this

---

[1] In the event an attorney is unable to file a notice by the deadline due to a delay in obtaining access to the District filing system, the attorney should refer to the Court's Pretrial Order #3 docketed simultaneously with this Order.
[2] *See* DE 13 (describing Professor Dodge's assistance with the initial census and organization of this case).

litigation. The Court will endeavor to select the Practices and Procedures Team promptly upon receipt of the applications. The Practices and Procedures Team should file any joint statement or proposed orders on or before March 16, 2020.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 20th day of February, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

2