UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)           MDL NO. 2924
PRODUCTS LIABILITY           20-MD-2924
LITIGATION

          JUDGE ROBIN L. ROSENBERG
          MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

**PRETRIAL ORDER #3**
**Order Clarifying Application Procedures**

It has come to the Court's attention that many attorneys have not yet received their CM/ECF login information for electronic filing. Therefore, any attorney endeavoring to submit a Notice of Filing Application to Serve on the Initial Census Team or a Notice of Filing Application to Serve on the Practices and Procedures Team may email the Notice directly to Chambers or may file the Notice through an attorney who has obtained electronic filing privileges. The Chambers email address is: Rosenberg@flsd.uscourts.gov. No other communications may be emailed directly to Chambers.

All future filings must be filed with the Court in accordance with Pretrial Order #1. Because obtaining login information may take some time, the Court encourages attorneys to submit their Certificates of Understanding Regarding Electronic Filing, attached to Pretrial Order #1 as Schedule C, as soon as possible.

Finally, the Court will entertain an application from any attorney who anticipates participating in this matter even though the attorney's case or cases have not yet been filed and/or transferred to this Court for consolidation into the MDL.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 20th day of February, 2020.

                                              _____
                                              ROBIN L. ROSENBERG
                                              UNITED STATES DISTRICT JUDGE