UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL No. 2924
PRODUCTS LIABILITY                20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO:**
**ALL ACTIONS**

_____/

## NOTICE OF FILING APPLICATION TO SERVE ON INITIAL CENSUS TEAM BY JORGE A. MESTRE

In accordance with the Court's Pretrial Order #1 [D.E. 13], Jorge A. Mestre submits the following application to serve on the initial census team.

Dated: February 20, 2020            Respectfully submitted,

                                             **RIVERO MESTRE LLP**
                                             *Attorneys for MSP Recovery Claims, Series LLC*
                                             2525 Ponce de Leon Blvd., Suite 1000
                                             Miami, Florida 33134
                                             Telephone: (305) 445-2500
                                             Facsimile: (305) 445-2505
                                             E-mail: jmestre@riveromestre.com
                                             Secondary: palvarez@riveromestre.com

                                             By:    /s/ Jorge A. Mestre
                                                     JORGE A. MESTRE
                                                     Florida Bar No. 088145

## INITIAL CENSUS TEAM APPLICATION

Pretrial Order #1 expresses the need for a census team that includes "unique insights on how best to organize and implement data analytics in this case." D.E. 13. Our client, MSP Recovery ("MSP"), is a data analytics company that analyzes healthcare data and has pursued cases like this on behalf of health plans across the country. This unique capability and insight sets MSP apart from any other plaintiff in the case. Therefore, we request the opportunity to serve on the initial census team.

More than 100 healthcare entities have assigned their claims to MSP and provided MSP with their healthcare data. MSP can analyze more than 700 million claims, made by more than 3 million insureds, a number that grows each day, as healthcare entities transfer more data. MSP enriches its data with data from other sources, such as IQVIA—a database that collects information from more than 600 million patients. MSP's ability to extract, normalize, map, and analyze massive volumes of data is precisely what's needed on the census team.

MSP has experience with census-type data analysis. For this case, MSP created algorithms to run on its data to determine: (1) how many insureds developed cancer after taking Zantac; (2) the dose and type of Zantac an insured took (oral, injection, or syrup); (3) how long the insured took Zantac; and (4) how much the health plan paid, and what type of benefit was involved (including over-the-counter coverage). The census team can apply their scientific knowledge and MSP's data-analytic capabilities to conduct the vetting needed for an accurate and exhaustive census.

In addition to MSP's data capabilities, we have additional, unique insights from a leadership role in *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*, MDL No. 2875 (D.N.J.)—a case that involves the *identical* cancer-causing agent at issue here—*N-nitrosodimethylamine* ("NDMA"). The transferee court appointed MSP and our firm to represent the interests of all health plans and third-party payers. Our firm also is co-chair of the discovery committee and co-chair of the third-party payer committee in the Valsartan MDL. That experience will be invaluable here, where the same type of early case management will be vital, whether in negotiating the entry of direct filing orders, service on foreign defendants, or the creation of fact sheets.

We have shared our unique data and Valsartan insights with plaintiffs' counsel since we filed the first third-party payer case in this MDL last November. We have participated in every plaintiffs meeting to date and spoken at related conferences.

Our firm also is experienced in complex class action litigation, and obtained more than $500 million worth of benefits for approximately 8,000 people seeking access to a cure for hepatitis C. *See Jones v. UnitedHealth Group, Inc.*, Case No. 15-cv-61144 (S.D. Fla.) (Rosenberg, J.); *Oakes v. Blue Cross & Blue Shield of Florida, Inc.*, Case No. 16-cv-80028 (S.D. Fla.) (Rosenberg, J.). We were recognized for our class action work in the Daily Business Review's 2017 *Most Effective Lawyers*. For further information about our experience, see here. We appreciate the Court's consideration and look forward to working on this important case.

## **CERTIFICATE OF SERVICE**

I certify that on February 20, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/ Jorge A. Mestre
JORGE A. MESTRE