UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 <br><br> JUDGE ROBIN L. ROSENBERG <br> MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

### PRETRIAL ORDER #4
Order Appointing Initial Census Team and Practices and Procedures Team

Upon review of the applications submitted for the Initial Census Team and the Practices and Procedures Team, the Court appoints the following attorneys as follows:

**Initial Census Team**

Tracy Finken
Michael McGlamry
Daniel Nigh
Adam Pulaski

**Practices and Procedures Team**

Robert Gilbert
Roopal Luhana
Mikal Watts
Brent Wisner

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 24th day of February, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE