SCHEDULE C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS          MDL NO.2924
LIABILITY LITGATION                                        20-MD-2924

JUDGE ROBIN L. ROSENBERG

MAGISTRATE JUDGE BRUCE E. REINHART

_____/

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

FEB 24 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

I, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of Alabama.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Robin L. Rosenberg and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

      Lauren S. Miller
      AL Bar No.: asb-6193-v74n
      Cory Watson, P.C.
      2131 Magnolia Avenue S, Birmingham, AL 35205
      205-328-2200
      lmiller@corywatson.com

Attorney Signature: */s/ Lauren S. Miller*          Date: February 21, 2020

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 21st day of February, 2020.

/s/ Lauren S. Miller
Lauren S. Miller

