UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

THIS DOCUMENT RELATES TO: ALL CASES

**PRETRIAL ORDER #5**
**Order Appointing Plaintiffs' Liaison Counsel**

Upon review of the Notice of Agreed Upon Plaintiffs' Liaison Counsel, the Court appoints Francisco R. Maderal, Esq. to serve as Plaintiffs' Liaison Counsel.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 28th day of February, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE