UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO. 2924
PRODUCTS LIABILITY                 20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO:**
*Lazaro Farinas Case No.: FLS/20-CV-20392*

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given of the entry of the undersigned as counsel for Lazaro Farinas in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

Kori L. Westbrook
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
(713) 626-9336
kwestbrook@johnsonlawgroup.com

Dated:   February 28, 2020

                                                   /s/ Kori L. Westbrook
                                                   Kori L. Westbrook
                                                   Johnson Law Group
                                                   2925 Richmond Ave., Ste. 1700
                                                   Houston, TX 77098
                                                   Phone (713) 626-9336
                                                   Fax (713) 583-9460
                                                   kwestbrook@johnsonlawgroup.com