**DALIMONTE RUEB STOLLER**

5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel: 833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

March 4, 2020



FILED BY _____ D.C.

MAR - 5 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Judge Robin L. Rosenberg
Paul G. Rogers Federal Building and Courthouse
701 Clematis Street
Courtroom 2
West Palm Beach, Florida 33401

## IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION MDL NO. 2924

Dear Judge Rosenberg:

I respectfully submit this letter in response to your request for applications to the yet-to-be developed Executive Committee and Plaintiff Steering Committee ('PSC') for the In Re: Zantac (Ranitidine) Litigation MDL No. 2924. As noted within Appendix 'A', we currently have one case filed in federal court. Please note, however, we have retained approximately 1,500 clients as of March 2, 2020 (1,036 recorded within our CRM, approximately 500 to be uploaded into our CRM, with an additional 20-30 per day retainers coming into our firm daily). We are conducting our due diligence in obtaining the pertinent medical records in order to properly draft the multiple cases we will soon be filing.

I began the practice of law in 1991 following a decade of practicing reconstructive surgery of the foot and ankle. I was a partner with the law firm of Lopez Hodes Restaino Milman and Skikos in Newport Beach, California for 15 years. In January 2007, I joined the firm Burg Simpson Eldredge Hersh & Jardine in Denver, Colorado. In December 2010, I opened Restaino Law Firm in Denver, Colorado. On June 1st, 2019 I joined the national law firm Dalimonte Rueb Stoller, LLP and relocated back to Southern California.

My legal experience is rather unique because of my medical background. As a result of my medical degree and my interest in pharmacoepidemiology, I attended the Johns Hopkins School of Public Health from 2004 to 2008, earning a Masters in Public Health (MPH) from the Division of Epidemiology. Furthermore, I have been appointed as an Adjunct Associate Professor in the Department of Clinical Pharmacy and Outcomes Sciences, the Medical University of South



5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel: 833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

Carolina, College of Pharmacy, where I assist in teaching and conducting research in epidemiology and pharmacovigilance. In South Carolina, I am also a faculty member of the South Carolina Center of Economic Excellence for Medication Safety, the Medical University of South Carolina, the Southern Network on Adverse Reactions (SONAR), University of South Carolina Medical University/College of Pharmacy and the Doris Levkoff Meddin Center for Medication Safety, and the Medical University of South Carolina.

This additional education and experience enable me to direct the epidemiology and pharmacoepidemiology each PSC and Expert & Science Committee must handle in pharmaceutical litigations. These faculty appointments attest to the degree of recognition and respect I have attained within the legal, medical, and pharmacoepidemiological arenas regarding my knowledge and leadership in the area of adverse drug and medical device events.

In 2001, I spearheaded the entry of Lopez, Hodes, Restaino, Milman & Skikos into mass torts by developing the California State Breast Implant litigation for the firm and ultimately assisting in the development of the science and necessary experts.

As a result of my experience and success in the Breast Implant litigation, I was appointed, in or about 1995, to the Plaintiff Steering Committee (PSC) for the Diet Drugs (Fen-Phen) Products Liability Litigation, MDL 1203 (E.D. Pennsylvania), my first formal experience with a federal MDL. A complete listing of my work in MDLs is listed in the attached chart as Exhibit B.

My extensive experience on both PSC and/or Science Committees attest to the respect I am afforded by my colleagues as a leader within the 'MDL system' and I pride myself on 'running' an open, inclusive Science Committee while lending my voice on leadership matters generally, and specific to experts and science, on the PSC level.

The law firm of Dalimonte Rueb Stoller, LLP, is a national firm with offices in Carlsbad, CA, Phoenix, AZ, San Francisco, CA, Boston, MA, Washington, D.C. and Atlanta, GA. The firm is exceedingly well-funded and will easily meet the financial requirements of litigating such an MDL. If appointed to the PSC, the firm has determined that this will be my primary responsibility within the firm, as we already have 1,500+ cases and are beginning to file cases in both the MDL and within the State of California.



5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel:  833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

Based upon my years of experience working within the MDL system and, specifically, my experience on both PSCs and Science Committees, I respectively request appointment to the Plaintiff Steering Committee for MDL 2924.  Regardless of appointment, if asked, I will assist the Science Committee in any manner requested. I welcome the opportunity to serve.

Respectfully submitted,

John M. Restaino, D.P.M., M.P.H., Esq.



5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel: 833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

# APPENDIX A

**FEDERAL CASES**

Sparks v. Boehringer Ingelheim    Case No.: 2:20-cv-00042    Eastern District of Tennessee
Pharmaceuticals, Inc., et al.

## Retained Clients – Cases To Be Filed

### (1,036 as of March 1, 2020)

| Plaintiff | State |
|---|---|
| Ware, Evangeline | AL |
| Anderson, Orscen | AL |
| Dillard, Evans | AL |
| Wilder, William | AL |
| Hamrick, Timothy | AL |
| Mashburn, Dean | AL |
| Walker, Robin | AL |
| Richardson, Warren | AL |
| Roper, Anthony | AL |
| Emmons, Elsbeth | AL |
| Miller, Edward | AL |
| Rolley, Sandra | AL |
| Crowell, LC | AL |
| Andry, Frank | AL |
| Pilling, Joyce | AL |
| Lowe, Denver | AL |
| Lee, Annie | AL |
| Davis, Terry | AL |
| Byars, Terri | AL |
| Rogers, Charlotte | AL |
| Davidson, Jimmie L. | AL |
| Sanders, David | AL |
| Reliford, Leesha | AL |
| Owens, Joseph | AL |
| Cochran, Robert R., Jr. | AL |
| Nelson, Mary | AL |

| Plaintiff | State |
|---|---|
| Isensee, Harlan | MN |
| Cramer, Ronald | MN |
| Person, Brett | MN |
| Crook, James | MN |
| Gefroh, Raymond | MN |
| Engfer-triebenbach, Shelly | MN |
| Turner, Jane | MO |
| Anglin, Terry | MO |
| Wells, Jean | MO |
| Gregory, Helen M. | MO |
| Steed, Kenneth | MO |
| Cahill, Patrick J. | MO |
| Foster, George | MO |
| Buzzard, Buddy | MO |
| Winkler, Ricky J. | MO |
| Williams, Gregory | MO |
| Ridings, Robert | MO |
| Slavens, Vyanna | MO |
| White, Larry | MO |
| Boley, Vicki | MO |
| Baisley, Brian | MO |
| Hopkins, Mark | MO |
| Mchenry, Levada | MO |
| Scranton, Brenda | MO |
| West, Wanda | MO |
| Mitchell, Ronald | MO |



DALIMONTE RUEB STOLLER

5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel: 833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

| | | | | |
|---|---|---|---|---|
| Kaiser, Konda K. | AL | | Coffin, Eddie R. | MO |
| Martin, Lyndon | AL | | Boren, Patsy | MO |
| Howard, Martha | AL | | Brown, Linda L. | MO |
| Kirkland, Betty | AL | | Taber, Don | MO |
| Courtney, April | AL | | Murphree, Carlis | MO |
| Halford, Austin | AL | | Peters, Deborah | MO |
| Pardue, Nora | AL | | Bagley, John | MO |
| Williams, Alvin | AL | | Brown, Susan | MO |
| Henderson, Johnny, Jr. | AL | | Maxcey, Monica | MS |
| Cook, Robert E. | AL | | Woodland, Eddie W. | MS |
| Ulmer, Edward | AL | | Roberts, Constance | MS |
| Startz, Doris | AL | | Hinton, Christeen | MS |
| Ehart, Leslie | AL | | Jones, Vicki | MS |
| Stewart, Robby | AL | | Petty, Minnie | MS |
| Davis, Burkles | AL | | Henderson, Karen | MS |
| Abernathy, Robert | AL | | James, Mary A. | MS |
| Campbell, Diana | AL | | Marsh, Gemela | MS |
| Bishop, Greg | AL | | Harris, Eanesten | MS |
| Pearson, Vonn | AL | | Mcneese, John | MS |
| Spivey, Lawrence | AL | | Burks, Wiliam T. | MS |
| Gose, Dennis | AR | | Paulk, Wanda | MS |
| Hastings, Jessie | AR | | Amos, Sonya | MS |
| Boyette, David | AR | | Brownlee, Brenda | MS |
| Perry, Shauncey | AR | | Malone, Curtis | MS |
| Terrell, Robert | AR | | Olson, Charmin R. | MT |
| Riggs, Gloria | AR | | Christophersen, Kandi L. | MT |
| Smith, Richard A. | AR | | Martin, Elizabeth D. | MT |
| Dejarnette, Jackie | AR | | Smith, Kevin | MT |
| Canterberry, Michael | AR | | Beacom, Frank | NB |
| Whitson, Steve | AR | | Mckoy, Linda | NC |
| Horn, David | AR | | Castevens, Doris | NC |
| Greer, Angela | AR | | Watford, William L. | NC |
| Jacobs, Robin | AR | | Story, Thomas | NC |
| Wilkins, Susan | AR | | Burs, Curtis | NC |
| Walker, Arthur | AR | | Fuller, Nancy | NC |
| Winfrey, Sarah | AR | | Steiner, Cheryl | NC |
| Osier, Norris G. | AR | | Owens, Danielle | NC |



5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel: 833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

| | | | | |
|---|---|---|---|---|
| Myhand, Elva | AR | | Braxton, Jesse L. | NC |
| Fowlkes, Jimmy | AR | | Snell, Richard T. | NC |
| Smith, James, Jr. | AR | | Lewis, Wesley, Jr. | NC |
| Morris, Terry | AR | | Hunt, John | NC |
| Young, Henry | AR | | Black, Bobby | NC |
| Werts, Phillip A. | AR | | Mills, Donald | NC |
| Miller, Deborah J. | AZ | | Harrison, Benjamin | NC |
| Alejandro, Crystal | AZ | | Pruitt, Ronnie | NC |
| Horne, Michael | AZ | | Anderson, Gregory D. | NC |
| Morinelli, Ronald | AZ | | Mendelson, Michael | NC |
| Core, Charles | AZ | | Corriher, Deborah | NC |
| Rocha, Laura | AZ | | Ransom, Riley K., Sr. | NC |
| Spirlock, Ron | AZ | | Patrick, Harold | NC |
| Bardell, Robert | AZ | | Montford, Jeannie | NC |
| Buchanan, David | AZ | | Keller-Flowers, Linda | NC |
| Robinson, James S. | AZ | | Snipes, Terry | NC |
| Brown, Allan | AZ | | Harris, Kenneth | NC |
| Langenwalter, LaVonne | AZ | | Jones, Zettie | NC |
| Willis, Darrell | AZ | | Pratt, Eric | NC |
| Sherman, Floyd | AZ | | Koller, Carol | NC |
| Akridge, William J. | AZ | | Seay, Dina | NC |
| Bott, Mary | AZ | | Lee, Jack | NC |
| Lizarraga, Manuel B. | AZ | | Symmes, Colleen | NC |
| Cunningham, Cathy | AZ | | Pyrtle, Louis | NC |
| Martinez, Andrew F. | AZ | | Maraia, Joseph | NC |
| Holden, Larry | AZ | | Dotson, Bill | NC |
| Alseike, Sonja K. | AZ | | Farrell, Erik | NE |
| Cammisa, Vincent | CA | | Scott, Peter D. | NH |
| Lopez, Soledad | CA | | Guerra, Wilfredo | NJ |
| Hopkins, Stanley A. | CA | | Toal, Leslie | NJ |
| Ciraulo, Joseph C. | CA | | Lassalle, Hilda | NJ |
| Gutana, Esparanza | CA | | Council, Carvin | NJ |
| Hale, Guy | CA | | Cowgill, Nicole | NJ |
| Hernandez, Maria | CA | | Walker, Karen | NJ |
| Miller, Pat | CA | | Bell, Thomas | NJ |
| Poe, Sheila | CA | | Laverso, Wendy | NJ |
| Jones, Jerry | CA | | Woodruff, Donna | NJ |



5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel: 833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

| | | | | |
|---|---|---|---|---|
| Kibota, Leslie A. | CA | | Hankerson, Willie T. | NJ |
| Moqattash, Satei T. | CA | | Reinhart, Carrie | NJ |
| Bell, Paul | CA | | Alexander, Eileen | NJ |
| Boden, Cynthia | CA | | Brown, Valerie | NJ |
| Diaz, Beatriz | CA | | Michaelson, Barbara | NJ |
| Snyder, Kenneth | CA | | Mcbride, Timothy F. | NJ |
| Pughsley, Debra | CA | | Zirbser, Dennis | NJ |
| Capella, Joann | CA | | Black, John | NJ |
| Mahoney, Cynthia | CA | | Morrow, Cynthia L. | NM |
| Bacon, David | CA | | Edwards, Charles R. | NM |
| Williams, Gregory | CA | | Miller, Jarrod | NM |
| Parker, Edward | CA | | Shipley, Phillip | NM |
| Gladstein, Martin | CA | | Lavato, Carmen E. | NM |
| Loar, William | CA | | Spencer, Susan | NM |
| Sarno, Robert | CA | | Toth, Jacqueline | NM |
| Collier, Harvey | CA | | Perez, Socorro N. | NM |
| Henkin, Susan | CA | | Montano, Ismael | NM |
| Campbell, Mike | CA | | Martinez , Alexandria | NM |
| Kerr, Gerard | CA | | Shackelford, Lewis | NS |
| Mcgraw, Jessie | CA | | Ponder, Ruth | NV |
| Hoover, Linda | CA | | Hawkins, Willean | NV |
| Jaurigui, Ageda | CA | | Salas, Edith J. | NV |
| Mason, John | CA | | Draper, Carol | NV |
| Regan, Lindella L. | CA | | Taylor, Alfred V. | NV |
| Camara, Daniel | CA | | Riddell, Ronald | NV |
| Hoover, Gene | CA | | Locus, Stanley F. | NV |
| Herrera, Camile G. | CA | | Champagne, Martial | NV |
| Lenz, Davis | CA | | Dobish, Douglas L. | NV |
| Mayoral, Hector | CA | | Madrid, Randolf | NV |
| Calderoni, John | CA | | Sutherland, John | NV |
| Wimberley, Cheryl | CA | | Kline, Ralph | NV |
| Harriger, Gregg | CA | | Haupt, Walter | NY |
| Buenviaje, Cynthia | CA | | Dote, Lynn | NY |
| David, Jesus | CA | | Costanzo, Angelo, Jr. | NY |
| Bertsch , Delmer G. | CA | | Mills, Yoko | NY |
| Simmons, Charlene | CA | | Shamooil, Ebrahim | NY |
| Clark, Robert M. | CA | | Wright, John E. | NY |



5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel: 833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

| | | | |
|---|---|---|---|
| Daniels, Cheryl | CA | Middendorf, Cheryl L. | NY |
| Shattuck, Cynthia | CA | Walewski, Trey | NY |
| Fielden, Brian | CA | Snow, Gary L., Sr. | NY |
| Kline, Maria | CA | Devito, Salvatore | NY |
| Stanley, Angela | CA | Martino, Dennis | NY |
| Anzalone, Penny | CA | Joseph, Matt | NY |
| Evans, Margaret | CA | Phelan, Daniel | NY |
| Wilson, Michael | CA | Kolesar, Michael | NY |
| Plona, Jan | CA | Sterbenz, Marie | NY |
| Simmons, Jennifer | CA | Littles, Melvin | NY |
| Diaz, Glenda | CA | Williams, Bonnie | NY |
| Neff, Dave | CO | Knack, Jacqueline A. | NY |
| Thomas, Mary | CO | Hoberman, Lisa | NY |
| Quarles, William T. | CO | Garcia, Hector | NY |
| Shuda, Lawrence | CO | Clark, James | NY |
| Brosdahl, Duane | CO | Khan, Shamshad | NY |
| Boyes, Melissa | CO | Deciuceis, Lorraine | NY |
| Franklin, Mary | CO | Asbury, Cheree | NY |
| Belair, Darin | CO | Mamane, Hadiza | NY |
| Turcios, Sonia | CT | Russell, Elliott | NY |
| Kaminsky, William W., Jr. | CT | Hess, Phyllis | NY |
| Humphrey, Earline | CT | Emmett, Laura | NY |
| Mcdonald, Verlane | CT | Riley, Jefferson | OH |
| Irby, Barbara | CT | Bell, Warren | OH |
| Lopez, Enrique | CT | Roberts, Maxie | OH |
| Barrett, Donna | CT | Morgan, Daryl | OH |
| Aburrow, Paul | DC | Williams, Penny | OH |
| Edwards, David | DE | Hunt, William L., III | OH |
| Stanley, Harry | DE | Nesby, Alonzo | OH |
| Smith, Kenneth | DE | Reeves, Anthony M. | OH |
| Bowman, Brian | DE | Jefferies, Leigh | OH |
| Escanio, Yolanda | FL | Zawodny, Laurie | OH |
| Stewart, James T. | FL | Watson, Melissa | OH |
| Irwin, Olga | FL | Morgan, Sherman | OH |
| Carus, Carlos | FL | Brewer, Edward | OH |
| Nabors, Randy | FL | McWhorter, Cleo | OH |
| Smith, Susan | FL | Wilson, Barry | OH |



5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel: 833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

| | | | | |
|---|---|---|---|---|
| Zust, Robert | FL | | Mccowien, Cindy | OH |
| Zindash, Richard | FL | | Crosby, Arthur | OH |
| Murphy, Raymond | FL | | Schidecker, Jo | OH |
| Murphy, Robert | FL | | Green, Donald | OH |
| Draper, Donald | FL | | Lehart, Ronda | OH |
| Davis, Roland | FL | | Sinnott, Michael | OH |
| Holt, Janice D. | FL | | Zimmer, Sue | OH |
| Oxley, Raymond | FL | | Mccomas, James | OH |
| Casey, Thomas R. | FL | | Jimenez, Paul | OH |
| Lamb, David | FL | | Marquardt, Randy | OH |
| Valerius, Donita A. | FL | | South, Randy L. | OH |
| Kurtz, John | FL | | Kiczek, Kathleen | OH |
| Noller, Michael W. | FL | | Davis, Norman | OH |
| Franklin, Lavandner | FL | | Adkins, Elizabeth | OH |
| Lattimore, David | FL | | Murphy, Andrea | OH |
| Rivera Diaz, Jose A. | FL | | Essick, Clarence | OH |
| Mills, Harry | FL | | Hancocks, Michelle | OH |
| Barham, Michael | FL | | Thatcher, Debra | OH |
| Martin, Eddie | FL | | Johnson, Neal | OH |
| Brown, Joseph H. | FL | | Brody, Ira | OH |
| Stevens, Karan | FL | | Carpenter, Edith | OK |
| Johnson, Joe | FL | | Shobert, Richard, Jr. | OK |
| Henderson, Rodger W. | FL | | Fenimore, Vergil | OK |
| Murray, Patrick | FL | | Barnes, Ronald | OK |
| Johnston, Debbie | FL | | Pollard, Les | OK |
| Patrick, Jimmie | FL | | Ash, Roger W. | OK |
| Bray, Ronald | FL | | Thomas, Kathy | OK |
| Marable, Robin | FL | | Norris, Lonnie | OK |
| Obrien, John | FL | | Swint, Troy | OK |
| Dube, TImothy | FL | | Durham, Melissa | OK |
| Ellis, Jerry | FL | | Girgus, Vickie | OK |
| Gulley, Ronald | FL | | Oxford, Teresa A. | OK |
| Gaffney, Steven | FL | | Sanderson, Ed | OK |
| Farris, Callie | FL | | Billings, Shay | OK |
| Keathley, Robert | FL | | Martinson, Lisa | OK |
| Nunez Garcia, Pedro I. | FL | | Briggs, Belinda | OK |
| Julia, Magdalena | FL | | Becker, Jann | OK |



5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel:  833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

| | | | | |
|---|---|---|---|---|
| Schriber, Judy | FL | | Martin, Donna S. | OK |
| Fine, Joyce | FL | | Baker, Pamela | OK |
| Barriga, Clemencia | FL | | Coy, James | OK |
| Dickinson, Lorraine | FL | | Wiseman, Annabell | OK |
| Mccauley, Dennis | FL | | Sanford, Judy | OK |
| Allen, Alexander | FL | | Henry, Johnnie | OK |
| Koponen, Kim | FL | | Dawsey, Vera | OK |
| Bronstein, Dyan | FL | | Corrales, Liz | OK |
| Christie, Eartha L. | FL | | Reheard, Billy | OK |
| Russano, Donna | FL | | Emerson, Teresa | OK |
| Brown, Beverly | FL | | Murray, Annette | OR |
| Stewart, Kathy | FL | | Davis, Lori | OR |
| Alves, Casey | FL | | Neace, Linda | OR |
| Williams, Cynthia | FL | | Greig, Robert | OR |
| Kosiba, Robert | FL | | Johnson, Isaih | OR |
| Pearson, Victoria | FL | | Foster, Michael | OR |
| Hicks, Charles W. | FL | | Henry, James | OR |
| Ablum, Thomas | FL | | Brabbin, Mike | OR |
| Schwarck, John | FL | | Harms, Terry | OR |
| Coy, Kathren | FL | | Balcom, Doril | OR |
| Cates, Eddie | FL | | Wernecke, Earl, Sr. | OR |
| Sullivan, Tracy | FL | | Thomas, Reg G. | OR |
| Avanites, Thomas | FL | | Hogan, Lora | OR |
| Johnson, Richard | FL | | Norberg, Jon | OR |
| Breed , James | FL | | Schoening, Shelly | OR |
| Bryant, Sheila | FL | | Mccauley, James E. | PA |
| Flora, Frank | FL | | Rogove, Gloria | PA |
| Messenger, Jerry | FL | | Melendez, Ruben T. | PA |
| Schultz, Dennis | FL | | Neely, Charles L. | PA |
| Sitinas, Nicholas | FL | | Jones, Richard | PA |
| Douglas, Robert | FL | | Bartoletti, Richard | PA |
| Livingston, Floristine | FL | | Tanner, Russell | PA |
| Minnock, Catherine | FL | | Paolino, Patricia | PA |
| Bryner, Donald | FL | | Marchand, Richard | PA |
| Fadoul, Mark V. | FL | | Jackson, James | PA |
| Sales, Rudolph | FL | | List, Eric L. | PA |
| Goldsworthy, Phyllis | FL | | Taylor, Dorothell M. | PA |



5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel: 833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

| | | | | |
|---|---|---|---|---|
| Sweeney, Edward | FL | | Bush, Charles | PA |
| Hawasli, Abdullah | FL | | Trifonoff, James | PA |
| Morin, Andre | FL | | Dixon, Walter | PA |
| Villalobos, Rafael | FL | | Wolbert, William | PA |
| Dice, Margie | FL | | Moeschter, Scott | PA |
| Evans, Edward | GA | | Wurst, Andrew | PA |
| Rhodes, Samuel | GA | | Martin, Jackie | PA |
| Leach, Franklin B. | GA | | Pitts, Gregory N. | PA |
| Edwards, Ty | GA | | Lang, Stephen | PA |
| Alvis, Ronnie | GA | | Berenshteyn, Losif | PA |
| Patterson, Brenda | GA | | Cook, James H. | PA |
| Nicholson, Jhaquel S. | GA | | Massaquoi, Philip | PA |
| Crump, Peggy | GA | | Blessing, Kelly A. | PA |
| Benefield, Kermot | GA | | Springs, Gregory | PA |
| Huntley, Handy | GA | | Mckenzie, Timothy | PA |
| Turner, James M. | GA | | Thompson, Gary | PA |
| Riley, Arthur | GA | | Tallada, Sharon | PA |
| Puckett, Lisa | GA | | Asselta, Anthony | PA |
| Devine, Curtis | GA | | Rupert, Beverly | PA |
| Bell, Angela | GA | | Germanovich, Francis | PA |
| Farmer, James | GA | | Pridgen, Dometries | PA |
| Shabel, Steve | GA | | Savoy, Cindy | PA |
| Williams, Belinda | GA | | Price, Paulette | PA |
| Lankford, Gay | GA | | Brown, Jerry A. | PA |
| Howard, Mary | GA | | Arvelo, Yolanda | PR |
| Womack, Gerry | GA | | Dones, Otto R. | PR |
| Beal , Erica | GA | | Morales, Rafael R. | PR |
| Houser, Nathaniel | GA | | Dandy, Leroy H. | RI |
| Goodwin, Robert | GA | | Montgomery, Mary | RI |
| Holifield, Betty A. | GA | | Longolucco, Steve | RI |
| Mcanally, John | GA | | Williams, Joanne | RI |
| Thomas, James | GA | | McNeil, Edward | RI |
| Taylor, Sandra | GA | | Merkel, Vincent | SC |
| Smith, Gerald L. | GA | | Andrews, Larry | SC |
| Hale, Marian | GA | | Coakley, Scennie M. | SC |
| Fair, Sharon | GA | | Griffis, Judy | SC |
| Crowe, William | GA | | Nicolai, Karl | SC |



DALIMONTE RUEB STOLLER

5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel: 833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

| Name | State | | Name | State |
|---|---|---|---|---|
| White, April | GA | | Blackwell, Oree | SC |
| Knowles, Patric | GA | | Bright, Vinceca | SC |
| Sibtain, Maryam | GA | | Gordon, Kimberlee | SC |
| Williams, Iris | GA | | Yarborough, Karen | SC |
| James, Douglas | GA | | Rodriguez, Sonja H. | SC |
| Merrel, Chuanitra | GA | | Hill, Robert | SC |
| Durham, Doris | GA | | Nixon, Ida M. | SC |
| Duval, Leonard | GA | | Jackson, Melba | SC |
| Kapelka, Lester | GA | | Hayes, Beverly | SC |
| Byars, Jennie | GA | | Stokes, Irvin | SC |
| Gibson, Angela | GA | | Villanueva, Brandon | SC |
| Jones, James | HI | | Tarleton, Ed | SC |
| Parales, Rosa | HI | | Glover, Paul | SC |
| Moriki, Thomas T. | HI | | Dobson, Norman | SC |
| Thomas, Delores | IA | | Spivey, Rodney | SC |
| Doepke, Sandra | IA | | Brown, Wanda | SC |
| Woodard, Thomas, Sr. | IA | | Weatherman, Priscilla | SC |
| Kellogg, Shelley | IA | | Smith, Roseann | SC |
| Hicken, James | IA | | Witherspoon, Latonya | SC |
| Malloy, Sharon | IA | | Gibbs, Angela | SC |
| Davis, Barbara | IA | | Buchholz, Peter | SD |
| Lloyd, Vickie | ID | | Crooks, Calvin | SD |
| Boomsma, Deborah K. | ID | | Kelts, Keith, MD | SD |
| Crane, Stuart | ID | | Martin, James | TN |
| Kendrick, Donna | ID | | Peterson, Cyndi | TN |
| Howerton, Franklin L. | ID | | Howard, James | TN |
| Hall, Hannah | ID | | Bradford, Debbie | TN |
| Christoffersen, Steven | ID | | Kaczmarek, John | TN |
| Collier, Martha | ID | | Wilson, Michael | TN |
| Williams, Robert | IL | | Sluss, Deborah | TN |
| Fiduccia, Vincent | IL | | Harvey, Russell | TN |
| Mobley, David | IL | | Sullivan, Machelle | TN |
| Williams, Claudious | IL | | Carter, Gerald | TN |
| McGrath, Shirley | IL | | Sanford, Jason | TN |
| Riley, Kathleen | IL | | Dangerfield, Rick | TN |
| Gragert, Erna | IL | | Madden, Anthony | TN |
| Tongate, Venessa L. | IL | | Jenkins, Michael | TN |



5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel: 833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

| | | | | |
|---|---|---|---|---|
| Benedict, Troy | IL | | Hamby, Kenneth | TN |
| Jones, Ronald | IL | | McCurry, Joe | TN |
| Bair, Pamela | IL | | Washington, Erma L. | TN |
| Clairmont, Antoine | IL | | Brown, Willie D., Jr. | TN |
| Newcom, Herbert | IL | | Zimmer, Beryl | TN |
| Cregan, Patrick M. | IL | | Walker, Wayne A. | TN |
| Taylor, Wayne | IL | | Arnold, Stephen | TN |
| Jefferies, Carl | IL | | Phillips, Joann | TN |
| Wagner, James R. | IL | | Moore, William | TN |
| Rizk, Mariana | IL | | Benson, John, II | TN |
| Brown, Amy J. | IL | | Booker, Darhyll | TN |
| Casarez, Antonio | IL | | Hale, Katherine | TN |
| Jones, Ivan | IL | | Smutek, Charles | TN |
| Paoli, Luis | IL | | Reed, Twila | TN |
| Cosmen, Kevin | IL | | Moore, Jeremy | TN |
| Lutz, James | IL | | Guess, Sarah | TN |
| Morris, John | IL | | Hogan, Steve | TN |
| Weiser, Janet | IL | | Fitzgerald, John | TN |
| Meyer, Gary | IL | | Cook , Linda | TN |
| Johnson, Terry | IL | | Mathis, Thomas | TN |
| Finnegan, Matthew | IL | | Conditt, James | TX |
| Carbray, Patrick | IL | | Dryden, Bobby | TX |
| Bolmer, Michael | IL | | Loe, Lynn | TX |
| Gerardi, Larry | IL | | Cavazos, Donato | TX |
| Hager, Ray W. | IL | | Anthony, Catherine | TX |
| Estelle, Rebecca | IN | | Morgan, Thomas | TX |
| Lasiter, Deborah | IN | | Post, Brenda | TX |
| Neely, Corbin | IN | | Brown, Mary J. | TX |
| Van Horn, Cara L. | IN | | Coleman, Robert | TX |
| Newman, Melissa | IN | | Green, Montgomery | TX |
| Johnson, Kandy | IN | | Page, William A. | TX |
| Vance, Charles, Jr. | IN | | Hernandez, Bryon M. | TX |
| Bryant, Debbie | IN | | Miller, Judith | TX |
| Alessandrini, Mary | IN | | Hoffman, Roy | TX |
| Mogle, ida | IN | | Kingrea, Robert G. | TX |
| Rogers, Carla | IN | | Hamilton, Clifton | TX |
| Coots, John | IN | | Howard, John | TX |



5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel: 833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

| | | | | |
|---|---|---|---|---|
| Robb, Stacy | IN | | Ingram, Ronald | TX |
| Hays, Rita | IN | | Liudahl, Brent | TX |
| Stroud, Tim | IN | | Acosta, David | TX |
| Valois, Vickie | IN | | Carey, Marvin C. | TX |
| Mays, General, Jr. | IN | | Celedon, Rafael | TX |
| Moore, Jill | IN | | Parrish, Robert | TX |
| Matchette, David | IN | | Johnson, Bobbie | TX |
| Sturgeon, Ammon | IN | | Smith, Carol | TX |
| Smith, Sharon | IN | | Rider, Thelma | TX |
| Humbert, Donald, Jr. | IN | | Sanchez, Daniel | TX |
| Green, Angela | IN | | Harris, Marcy | TX |
| Lough, Lisa | IN | | Snyder, Robin | TX |
| Marksberry, Robert | IN | | Brown, Shirley | TX |
| Vest, John | KS | | Albataineh, Mansour | TX |
| Cardinal, Wendy | KS | | Finan, Ryan | TX |
| Zimmer, Timothy | KS | | Gonzalez, Guadalupe | TX |
| Jackson, Cecil W. | KS | | Burton, Richard | TX |
| Williams, George F. | KS | | Freeman, Jerry | TX |
| Harris , Ken | KS | | Mcneil, Jerry | TX |
| Johnson, Guy | KS | | Brown, Bobby | TX |
| Elliott, Steven | KS | | Constancio, George | TX |
| Montgomery, Jaguar | KS | | Valencia, Carol | TX |
| Mink, Glenna | KY | | Burnett, Billy J. | TX |
| Hensley, Nellie R. | KY | | Hollander, Richard | TX |
| Black, Jerry | KY | | Bartlett, Norma | TX |
| Dowell, Timothy M. | KY | | Eichhorn, Carol | TX |
| Burton, Roger | KY | | Tomlin, Linda | TX |
| Wilham , David | KY | | Hunt, Judy | TX |
| Fields , Rick | KY | | Perry, Kenneth | TX |
| Pridham, Russell T., Jr. | KY | | Meadows, Lonnie | TX |
| Arrington, Brenda | KY | | Ysasi, Oscar | TX |
| Conley , Annette | KY | | Dixon, Leatrice | TX |
| Fultz, Phyllis | KY | | Cormier, Douglas | TX |
| Sloan, Michael | KY | | Herring, Theodore | TX |
| Fultz, George | KY | | Craig, Patricia | TX |
| Johnson, Lois | KY | | Noble, James G. | TX |
| Carpenter, Lorinda | KY | | Camp, Roger | TX |



5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel: 833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

| | | | | |
|---|---|---|---|---|
| Spence, James | KY | | Broyles, Anrtony | TX |
| Carpenter, Phyllis | KY | | Mciver, James, Sr. | TX |
| Wallace, Edwards | LA | | Hernandez, Elizabeth | TX |
| Cooper, Joanna | LA | | Scarcella, Yamille | TX |
| Sonnier, Jerry | LA | | Gillard, Garry | TX |
| Rentz, Eric | LA | | Tiller, Mamie | TX |
| Wheat, Walter R. | LA | | White, Lois | TX |
| Daigle, Mary | LA | | Bower, Mike | TX |
| Gibson, Marshall | LA | | Garza, Omar | TX |
| Grigsby, Janna | LA | | Parker, Curtis | TX |
| Wynn, Michael | LA | | Newell, Nancy | TX |
| Johnson, Shelton S. | LA | | Marshall, Felicia | TX |
| Granger, Stanley | LA | | Grubbs, Neal | TX |
| Alexis, James | LA | | McGahan, Deborah L. | TX |
| Cox, Richard | LA | | Walker, Barbara | TX |
| Gaines, Golia | LA | | Harris, Damitra | TX |
| Sepulvado, Melanie | LA | | Kennard, Larry | TX |
| Crawford, Faye | LA | | Hirsch, Michael | TX |
| Kelly, Darron | LA | | McCall, Wendell | TX |
| Jackson, Dale | LA | | Rey, Mariano | TX |
| Champagne, David | LA | | Chapman, Beverly | TX |
| Vogel, Hugo | LA | | Weimer, Larry | TX |
| Dixon, Johnny | LA | | Benavidez, Ramon | TX |
| Gahagan, Blaine | LA | | Fraley, Richard L. | TX |
| Migues, Rita G. | LA | | Franks, Donna | TX |
| Wright, Deric | LA | | Barkley, Dolores | TX |
| Darby, John | LA | | Maldonaldo, Wandalyn | TX |
| Thorton, Kyron | LA | | Mcgugin, Philip | TX |
| Granger, Kenneth | LA | | Stevens, Doyle | TX |
| Devito, Michael | LA | | Huneke, Angela | TX |
| Thomas, Tommie | LA | | Prestridge, Truman | TX |
| Thornton, Sidney | LA | | Rodriquez, Steve | TX |
| James, Horace | LA | | Steriling, Melissa | TX |
| Spain, Donald | LA | | Clark, Charles | TX |
| Landry, Stacy J. | LA | | Reeh, Galen | TX |
| Mukes, Mary | LA | | Washington, Maritha | TX |
| Bourgeois, Karen | LA | | Washington, Randall | TX |



| | | | | |
|---|---|---|---|---|
| Modisette-butts, Sandra | LA | | Lopez, John | TX |
| Lannes, Tyrone, Jr. | LA | | Davis, Linda | TX |
| Richard, Lionel | LA | | Cox, Mary | TX |
| Warren, Gail | MA | | Deros, Flash L. | UT |
| Whipp, Kathleen J. | MA | | Green, Alicia | UT |
| Bettencourt, Karen | MA | | Devinney, Gloria | UT |
| Gaston, Robert A. | MA | | Moreland, Kenneth | VA |
| Dollaway, James | MA | | Lake, Lawrence | VA |
| Miller, David | MA | | Irvin, Bertha | VA |
| Fadden, Valerie | MA | | Amos, Kenneth | VA |
| Coughlin, Diane | MA | | Cole, Erwin | VA |
| Ward, Willie | MA | | Keith, Dennis | VA |
| Torosian, Diana A. | MA | | Hunter, Walden | VA |
| Ackerman, Thomas | MA | | Schneider, Cathy | VA |
| Clark, Clark | MA | | Eilert, Stephen | VA |
| Morris, Robert J. | MA | | Barnard, Franklin R. | VA |
| Kontos, Nancy | MA | | Koch, Kathryn | VA |
| Pappas, George | MA | | Johnson, Deborah | VA |
| Flynn, Darby | MA | | Epperson, Kenda | VA |
| Leahy, John | MA | | Christensen, Stephen | VA |
| Brown, Gregory | MD | | Clawson, Vernon L. | VA |
| Henderson, Cynthia | MD | | Jankosky, Edward W. | VA |
| Taylor, Victor | MD | | Anderson, Daniel | VA |
| Thomas, Edward | MD | | Smith, Calvin | VA |
| Luft, Tema | MD | | Pratt, James | VT |
| Witt, Marian | MD | | Corso, Nicholas | WA |
| Grant, Robert L., Sr. | MD | | Cole, Ronald E. | WA |
| Jones, Donald N. | MD | | Nerland, Martin | WA |
| Merritt, Cassandra L. | MD | | Eastman, Randy | WA |
| Price, Robert | MD | | Healey, Rachel | WA |
| Shroyer, Brenda | MD | | Siewert, Lynn | WA |
| Odell, Mark | MD | | Edgel, Lyn | WA |
| Jett, Lalita | MD | | Collin, Scott | WA |
| Upton, Lorraine | MD | | Hatton, Sandra | WA |
| Rantz, Linda | MD | | Simpson, Donald | WA |
| Michaud, Gregory | ME | | Howard, Matthew | WA |
| Lausier, Leo | ME | | Eng, Seng N. | WA |



5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel: 833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

| | | | |
|---|---|---|---|
| Bragdon, Russell | ME | Mcghee, Michael | WA |
| Mcdougal, Randy | ME | Standstipher, Dixie | WA |
| Henry, David M. | MI | Cooper, William R. | WA |
| Miller, Jean M. | MI | Sauve, Floyd | WI |
| Jaynes, William | MI | Gabrielson, Michael E. | WI |
| Sefl, Frank, Jr. | MI | Martindale, James | WI |
| Harris, Stuart | MI | Sorenson, Clifton M. | WI |
| Barnhill, John | MI | Rains, Joyce | WI |
| Orange-Kenmuir, Nancy | MI | Bailey, Amanda | WI |
| Larson, Joann | MI | Boyd, Shearon | WI |
| Kovacs, Ronald | MI | Borek, Allen | WI |
| Hendricks, Betty | MI | Boyd, Michael | WI |
| Mellec, Michael | MI | Martin, Patrick | WI |
| Ellwood, Kenneth | MI | Phillips, Pamela | WI |
| Hutton, Karen | MI | Chandler, Brad | WI |
| Parker, Claude | MI | Samuel, Julius M. | WI |
| Clancey, Joe | MI | Manz, Rick A. | WI |
| Lacy, Susan | MI | Moe, Michele | WI |
| Morgan, Terry | MI | Knight, Pauline | WI |
| Furman, Gary | MI | Manns, Victor | WI |
| Slater, Jennifer | MI | Sickinger, Amy | WI |
| Moton, Anthony R. | MI | England, Lynn C. | WI |
| Day, Patty A. | MI | Hoffman, Roberta | WI |
| Nicklosovich, Joseph | MI | Hess, Hazel | WI |
| Hardin, Janet | MI | Crawford, Lisa | WI |
| Jackson, Darryl | MI | Robbins, Victoria | WI |
| Cole, Michael E. | MI | Martin, Gloria D. | WI |
| Birdsall, Roger | MI | Woolwine, William | WV |
| Seeger, Danna | MI | Browning, Wilford | WV |
| Reese, Daren | MI | Taylor, Tammy | WV |
| Stein, Dale | MI | Moore, Teresa | WV |
| Mrozinski, Thomas | MI | Williams, Matthew | WV |
| Luoma, Brad | MI | Yost, Regenna | WV |
| Knipfel, Janice | MI | Pauley, William H. | WV |
| Kirk, Peter | MI | Irvin, William | WV |
| Conger , Douglas | MI | Mackley, Tammie | WV |
| Cook, Tyrone | MI | Smith, Larry | WV |



5790 Fleet St., Ste. 200
Carlsbad, CA 92008
Tel:  833-44-DRLAW (833-443-7529)
Fax: 855-203-2035

| | | | |
|---|---|---|---|
| White, Michael | MI | Lee, David | WV |
| Pierce, George | MI | Carter, Hershel | WV |
| Clare, James | MI | Blayney, Sandra | WV |
| Hudson, Evelyn | MI | Toler, Carol M. | WV |
| Brazeau, Ronald | MI | Baker, Vicki | WV |
| Williams, Candase | MI | Bradley-Chapman, Melissa | WV |
| Jimpkoski, Terry | MI | Irwin, Thomas | WY |
| Jones, Toya | MI | | |
| Videan, Kenniey | MI | | |
| Bowman, Calvin | MI | | |
| Blogg, Ronald | MI | | |
| Elridge, Mark | MI | | |
| Loney , Susan | MI | | |
| Humphrey, Ken | MI | | |
| Mohn, Sherrol | MI | | |



Tel: 833-4

## APPENDIX B

| MDL | JUDGE | TELEPHONE | POSITION | NATURE/MDL | NATURE/WORK |
|---|---|---|---|---|---|
| Diet Drugs (Fen-Phen) Products Liability Litigation, MDL 1203 (E.D. Pennsylvania). | Honorable Harvey Bartle, III | (215)597-2693 | PSC Chair of Science Committee | Drug: Fenfluramine + Phentermine pills. The fenfluramine component was associated with a mucopolysaccharide plaque formation on the heart valves in addition to the fatal pulmonary disease, primary pulmonary hypertension (PPH) | <ul><li>I was a member of the PSC and chaired the Science Committee throughout the litigation.</li><li>Conducted Discovery</li><li>Worked-up science including the European experience with another anti-anorexiant, Aminore</li><li>Retained Experts</li><li>Defended expert depositio</li><li>Took defense expert depositions</li><li>Defended experts during Daubert</li><li>Argued Daubert during Daubert Hearing</li><li>Participated in ultimate settlement</li></ul> |

Page 1



Tel:  833-4

| | | | | | |
|---|---|---|---|---|---|
| Propulsid Products Liability Litigation, MDL 1355 (E.D. Louisiana) | Honorable Eldon E. Fallon | (504)589-7545 | Chaired Science Committee | Drug MDL: Propulsid was a 'heartburn' medication, since taken off of the market, associated with prolongation of the QT interval and sudden death. | <ul><li>Chaired Science Committ</li><li>Worked-up science</li><li>Retained Experts</li><li>Defended expert depositio</li><li>Took defense expert depositions</li><li>Defended experts during Daubert</li><li>Argued Daubert during Daubert Hearing</li><li>Argued against the Learn Intermediary Doctrine</li><li>Extended damages to include Sudden Infant De Syndrome (SIDS)</li><li>Participated in ultimate settlement</li></ul> |
| Rezulin Products Liability Litigation, MDL 1348 (S.D. New York ) | Honorable Lewis A. Kaplan | (212)805-0216 | Chaired Science Committee | Drug MDL: Rezulin, since taken off of the market, was a anti-diabetic drug medication associated with liver disease. | <ul><li>Chaired Science Committ</li><li>Worked-up science</li><li>Retained Experts</li><li>Defended expert depositio</li><li>Took defense expert depositions</li><li>Defended experts during Daubert</li><li>Argued Daubert during Daubert Hearing</li></ul> |



Tel:  833-4

| Phenylpropanolamine (PPA) Products Liability Litigation, MDL 1407 (W.D. Washington) | Honorable Barbara Jacobs Rothstein | (202)354-3330 | Chaired Science Committee | Drug MDL: PPA, in OTC cold medications and since taken off of the market, was associated with hemorrhagic stroke. | • Chaired Science Committe<br>• Worked-up science and epidemiology<br>• Retained Experts<br>• Defended expert depositio<br>• Took defense expert epidemiologist deposition<br>• Defended experts during Daubert<br>• Argued Daubert during Daubert Hearing, handling the epidemiology<br>• Assisted in trial of two clients. |
| Zyprexa Products Liability Litigation, MDL 1596 (E.D. New York) | Honorable Jack Weinstein | (718)613-2520 | Chaired Science Committee | Drug MDL: Zyprexa was an antipsychotic, since taken off of the market, and associated with liver disease. | • Chaired Science Committ<br>• Worked-up science and epidemiology<br>• Retained Experts<br>• Defended expert depositio<br>• Took defense expert epidemiologist deposition<br>• Defended experts during Daubert<br>Argued Daubert during Daub Hearing, handling the epidemiology |



Tel:  833-4

| | | | | | |
|---|---|---|---|---|---|
| Vioxx Products Liability Litigation, MDL 1657 (E.D. Louisiana) | Honorable Eldon E. Fallon | (504)589-7545 | Chaired Science Committee | Drug MDL: Vioxx, since taken off of the market, an anti-inflammatory drug and associated with an increased risk of cardiovascular disease. | • Chaired Science Committee<br>• Worked-up science and epidemiology<br>• Retained Experts<br>• Defended expert deposition<br>• Took defense expert epidemiologist deposition<br>• Defended experts during Daubert |
| Gadolinium-Based Contrast Agents Products Liability Litigation, MDL 1909, (E.D. Ohio) | Honorable Dan Aaron Polster | (216)357-7192 | Member of Science Committee | Drug MDL: Gadolinium contrast agent caused nephrogenic systemic fibrosis in renally-impaired patients | • Member of Science Committee<br>• Worked-up science<br>• Spent time in Copenhagen Denmark with family of world's seminal case.<br>• Retained Experts<br>• Defended expert deposition<br>• Took defense expert epidemiologist deposition<br>• Took deposition of nephrologist who co-authored original study on gadolinium; after his deposition, this nephrologist contacted the journal and withdrew his study article |



Tel: 833-4

| | | | | | |
|---|---|---|---|---|---|
| Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation, MDL 2100, (S.D. Ill) | Honorable David R. Herndon | (618)482-9420 | Member Science Committee | Drug MDL: Yasmin and Yaz, oral anticontraceptives, were associated iht an increased risk of deep vein and pulmonary thrombosis. | • Member of Science Committee<br>• Worked-up science<br>• Spent time in Copenhagen Denmark with Danish epidemiologist<br>• Retained Experts<br>• Defended expert deposition<br>• Took defense expert epidemiologist deposition |
| DePuy Orthopaedics, Inc., ASR™ Hip Implant Products Liability Litigation, MDL 2197 (N.D. Ohio) | Honorable Jeffrey J. Helmick | (419)213-5690 | Member Science Committee | Device MDL: The artificial hip prosthesis, since removed form the market, was associated with an increased risk of failure. | • Member of Science Committee<br>• Worked-up science<br>• Spent time in London wit English hip surgeons and biomaterials expert; time Brussels, Belgium, with heavy metal toxicologist<br>• Retained Experts<br>• Defended expert deposition<br>• Took defense expert depositions |
| In Re: Pradaxa (dabigatran etexilate) Products Liability Litigation, MDL 2385 (S.D. Ill) | Honorable David R. Herndon | (618)482-9420 | Member Science Committee | Drug MDL: Pradaxa, an anticoagulant used in atrial fibrillation, is associated with an increased risk of severe, uncontrollable bleeding | • Member of Science Committee<br>• Worked-up science<br>• Retained Experts<br>• Defended expert deposition<br>• Took defense expert depositions |

Page 5



Tel:  833-4

| In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation, MDL 2327 (S:D.W:V) | Honorable Joseph R. Goodwin | (304)347-3192 | Member Science Committee | Device MDL: 'Transvaginal mesh' litigation with myriad of complications in the pelvic cavity of women | • Member of Science Committee<br>• Worked-up science<br>• Retained Experts<br>• Defended expert depositio<br>• Took defense expert depositio |
| In Re Incretin Mimetics, MDL 2452 (S.D. California) | Honorable Anthony Battaglia | (619)557-3446 | PSC Chair Science Committee | Drug MDL: Incretins are a class of medication used as an antidiabetic medication and are associated with pancreatic cancer | • PSC member<br>• Chair of Science Commit<br>• Worked-up science<br>• Retained Experts<br>• Defended expert depositio<br>• Argued during 'Science Day'<br>• Participated in defense against MSJ for preempti<br>• Assisted in briefing for successful appeal to the 9 District Court of Appeal |



DALIMONTE
RUEB
STOLLER

Tel: 833-4

| In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation MDL 2738 District New Jersey | Honorable Freda L. Wolfson | (609)989-2182 | PSC member Science Committee member | Talcum Powder MDL; Long-term talcum powder is associated with increased risk of ovarian cancer | • PSC member<br>• Member of Science Committee<br>• Worked-up science, especially epidemiology<br>• Retained epidemiology experts<br>• Defended expert depositio<br>• Took key defense patholo and cancer specialists depositions<br>• Assisted in preparation of Daubert challenges<br>• Assisted in Daubert briefi against defense epidemiologists, patholog and cancer specialist<br>• Cross-examined defense cancer specialist during Daubert hearing |

## **CERTIFICATE OF SERVICE**

I, Amy Smith, caused to be served the APPLICATION OF JOHN M. RESTAINO FOR SERVICE ON THE EXECUTIVE COMMITTEE AND PLAINTIFF STEERING COMMITTEE FOR MDL 2924 on the individuals and/or entities identified in MDL 2924 Pre-Trial Order #1, Schedule B (dated 2/14/2020), which is attached hereto.

Service was completed via U.S. Mail, as well as via email to those recipients who identified email addresses on Schedule B.

Dated: March 5, 2020

_____
Amy Smith

**SCHEDULE B**

<u>**Plaintiffs' Counsel**</u>

Robert Brent Wisner
Pedram Esfandiary
Bijan Esfandiari
Michael L. Baum
Adam Foster
Cara Luther
Nicole K.H. Maldonado
BAUM HEDLUND ARISTEI & GOLDMAN
10940 Wilshire Blvd. 17th Floor
Los Angeles, CA 90024
rbwisner@baumhedlundlaw.com
PEsfandiary@BaumHedlundLaw.com
**Plaintiffs**: Walter H. Hansen, Joseph John Balistreri, Mark Allan Blake, Keith Sobieszczyk,
Shawn Lorenzo Francis, Kerri L. Brest-Landry


Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
**Plaintiffs:** Dennis Diamante, Carole Perone, Dawn M. Alviar, George Baker, Doris Bean, Lena
Marie Bell, April Michelle Bryant, Susan Carbagal, Trula B. Davis, Sharon Dawson, David W.
Everett, Angela Michelle Green, Deborah Haskins, Brenda Johnson, Bobby Jordan, Lynda Liem,
Monica Linson, Christina Loubriel, Betty Lutz, Linda Maceachern, Tammie Mae Mackley,
Robin Marable, The Estate of Flory L. Perone, Loretta Wynn


James E. Cecchi
Donald A. Ecklund
Mark M. Makhail
Chirali V. Patel
CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07069
jcecchi@carellabyrne.com
**Plaintiffs:** Herbert Souza, Dennis Diamante, Carol Perone, Dawn M. Alviar, Sherry Arias,
George Baker, Juan Bazan, Doris Bean, Lena Marie Bell, Steven Wayne Bice, Jason Boekholt,
Susan Carbagal, Larry Conquest, Trula B. Davis, Sharon Dawson, David W. Everett, David
Gawlick, Angela Michelle Green, Deborah Haskins, Lawrence W. Jacquet, Brenda Johnson,
Bobby Jordan, Virgil Kiger, Lynda Liem, Monica Linson, Christina Loubriel, Betty Lutz, Linda
Maceachern, Tammie Mae Mackley, Robin Marable,  Timothy Mccann, Anthony K. Micle, Sr.,

William Molina, James Lee Moors, Warner Pinkney, Marisa Roessler, Mary Sue Rose, Olga Rutherford, Edward Joseph Simon, The Estate of Flory L. Perone, Juanita Wilkerson, Loretta Wynn, Rozanne Zacek


Robert C. Hilliard
Kimberly Beck
HILLIARD MARTINEZ CONZALES, LLP
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
bobh@hmglawfirm.com
kbeck@hmglawfirm.com
**Plaintiffs:** George Cravens, Dennis Diamante, Carol Perone, Dawn M. Alviar, Sherry Arias, George Baker, Juan Bazan, Doris Bean, Lena Marie Bell, Steven Wayne Bice, Jason Boekholt, April Michelle Bryant, Susan Carbagal, Larry Conquest, Trula B. Davis, Sharon Dawson, David W. Everett, David Gawlick, Angela Michelle Green, Deborah Haskins, Lawrence W. Jacquet, Brenda Johnson, Bobby Jordan, Virgil Kiger, Lynda Liem, Monica Linson, Christina Loubriel, Betty Lutz, Linda Maceachern, Tammie Mae Mackley, Robin Marable, Timothy Mccann, Anthony K. Micle, Sr., William Molina, James Lee Moors, Warner Pinkney, Marisa Roessler, Mary Sue Rose, Olga Rutherford, Edward Joseph Simon, The Estate of Flory L. Perone, Juanita Wilkerson, Loretta Wynn, Rozanne Zacek


Jason A. Zweig
Zoran Tasić
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
jasonz@hbsslaw.com
zorant@hbsslaw.com
**Plaintiffs:** Christina Garza, Jonathan Dimesky, Mary Santorella, Dennis Diamante, Carole Perone, Dawn M. Alviar, George Baker, Doris Bean, Lena Marie Bell, April Michelle Bryant, Susan Carbagal, Trula B. Davis, Sharon Dawson, David W. Everett, Angela Michelle Green, Deborah Haskins, Brenda Johnson, Bobby Jordan, Lynda Liem, Monica Linson, Christina Loubriel, Betty Lutz, Linda Maceachern, Tammie Mae Mackley, Robin Marable, The Estate of Flory L. Perone, Loretta Wynn


Daniel A. Nigh
Michael M. Weinkowitz
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
dnigh@levinlaw.com
**Plaintiffs:** Phillip McDonald, Joan Chase

James L. Ferraro, Jr.
The FERRARO LAW FIRM, P.A.
600 Brickell Avenue, Suite 600
Miami, Florida 33131
jjr@ferrarolaw.com
**Plaintiffs:** Edward Lee Brown, James Fritz, Sendin, Sturgill, Robert Baker, Michael Carroll,
Mike A. Carroll, Michael C. Konn, Sandra Payne, Gregory Vavra, Thomas A. Wells, Gary C.
Will


Charles E. Whorton
RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard Suite 1000
Coral Gables, FL 33134
cwhorton@riveromestre.com
**Plaintiff:** MSP Recovery Claims, Series LLC


Yechezkel Rodal
RODAL LAW, P.A.
5300 N.W. 33rd Ave Suite 219
Ft. Lauderdale, FL 33309
chezky@rodallaw.com
**Plaintiff:** Nancy E. Lopez Flores


Francisco Raul Maderal, Jr.
COLSON, HICKS, EIDSON
255 Alhambra Circle
Coral Gables, FL 33134
frank@colson.com
**Plaintiff:** Steven Kerzer


Michael Abraham Citron
MAC LEGAL, PA
3100 N. 29th Court Suite 100
Hollywood, FL 33020
Michael@maclegalpa.com
**Plaintiff:** Joseph Galimidi


Tina Wolfson
Ruhandy Glezakos
Bradley K. King
AHDOOT & WOLFSON, PC

10728 Lindbrook Drive
Los Angeles, CA 90024
twolfson@ahdootwolfson.com
**Plaintiffs:** Michelle Coggins, Sandra R. Weeks

Shanon J. Carson
Jeffrey L. Osterwise
Jacob M. Polakoff
Amanda R. Trask
BERGER MONTAGUE PC
1818 Market Street, Suite 3600,
Philadelphia, PA 19103
scarson@bm.net
josterwise@bm.net
**Plaintiff:** Carmen Colon

John Gerard Albanese
E. Michelle Drake
BERGER & MONTAGUE PC
43 S.E. Main Street
Suite 505
Minneapolis, MN 55414
jalbanese@bm.net
**Plaintiff:** Carmen Colon

Lori G. Kier
Joseph G. Sauder
Matthew D. Schelkopf
SAUDER SCHELKOPF LLC
555 Lancaster Avenue
Berwyn, PA 19312
**Plaintiff:** Carmen Colon

Mitchell M. Breit
SIMMONS HANLY CONROY LLC
112 Madison Avenue
7th Floor
New York, NY 10016-7416
mbreit@simmonsfirm.com
**Plaintiff:** Carmen Colon

Lee Albert
Brian P. Murray
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 10169
lalbert@glancylaw.com
**Plaintiff:** Francis Neary


Christopher A. Seeger
David Tawil
SEEGAR WEISS
55 Challenger Road, Suite 600
Ridgefield Park, NJ 07660
cseegar@seegarweiss.com
**Plaintiffs:** Michael Combs, Deborah Combs


Asim M. Badaruzzaman
Jeffrey S. Grand
Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street, 8th Floor
Nw York, NY 10005
abadaruzzaman@seegerweiss.com
**Plaintiffs:** Deborah Combs, Michael Combs


David R Buchanan
SEEGER WEISS LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
dbuchanan@seegerweiss.com
**Plaintiffs:** Deborah Combs, Michael Combs


Andrew Joseph Obergfell
Joseph I Marchese
BURSOR & FISHA PA
888 Seventh Avenue
New York, NY 10106
aobergfell@bursor.com
**Plaintiffs:** Alfonso Pinales, Glorimar Rodriquez, Stacey Koppell, Dan Zhovtis, Dana Viola

Neal J. Deckant
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
ndeckant@bursor.com
**Plaintiff:** Stacey Koppell


Neal J Deckant
BURSOR & FISHER PA
2665 S. Bayshore Drive Suite 220
Miami, FL 33133
ndeckant@bursor.com
**Plaintiffs:** Stacey Koppell, Dan Zhovatis


T. Roe Frazer II
FRAZER PLC
30 Burton Hills Blvd. Ste 450
Nashville, TN 37215
roe@frazer.law
**Plaintiff:** Mary Anthony


Spencer Humphrey Hoisington
CAMPBELL & ASSOCIATES
P.O. Box 31666 Charlotte, NC 28231
**Plaintiff:** Mary Anthony


Jennifer A. Moore
Ashton R. Smith
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
jennifer@moorelawgroup.com
**Plaintiffs:** Howell Franklin, Gary Campu, Gary Hart, Ronald Johnson, Christopher Wamble


Antonio Vozzolo
VOZZOLO LLC
345 Route 17 South
Upper Saddle River, NJ 07458
**Plaintiffs:** Richard Froehlich, Amanda Swearingen

24

Aimee Wagstaff
Kathryn M. Forgie
David J. Wood
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, Colorado 80226
aimee.wagstaff@andruswagstaff.com
kathryn.forgie@andruswagstaff.com
david.wool@andruswagstaff.com
**Plaintiff:** Kerry L. Brest-Landry


Marcus J. Susen
Justin R. Parafinczuk
PARAFINCZUK WOLF SUSEN
110 East Broward Boulevard, Suite 1630
Fort Lauderdale, Florida 33301
msusen@pwslawfirm.com
jparafinczuk@pwslawfirm.com
**Plaintiffs:** Shriece Franks, Gloria Wilson


Elizabeth A. Fegan
FEGAN SCOTT, LLC
150 S. Wacker Drive 24th Floor
Chicago, IL 60606
beth@feganscott.com
**Plaintiffs:** Lynn White, Nataliya Birman, Reva Hodges, Marishia Qualls, Karl D. Stursberg, Gregory Alan Wayland


Lynn A. Ellenberger
FEGAN SCOTT, LLC
500 Grant Street Suite 2900
Pittsburg, PA 15219
**Plaintiffs:** Lynn White, Nataliya Birman, Reva Hodges, Marishia Qualls, Karl D. Stursberg, Gregory Alan Wayland

Todd C. Werts
Bradford B. Lear
LEAR WERTS LLP
2003 West Broadway, Suite 107
Columbia, Missouri 65203
lear@learwerts.com
werts@learwerts.com
**Plaintiff:** Tim Rosenaeur


Zahra Dean
Zahra R. Dsouza
Craig William Hillwig
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
zdean@kohnswift.com
zdsouza@kohnswift.com
chillwig@kohnswift.com
whoese@kohnswift.com
**Plaintiff:** Yesenia Melillo


Kevin P. Fitzpatrick
MARSCHHAUSEN & FITZPATRICK, P.C.
835 Old Country Road
Westbury, NY 11590
kfitzpatrick@marschfitz.com
**Plaintiff:** Patrick A. De Luca


James L. Ferraro
John Martin Murphy
Brian R. Herberth
Joyce C. Reichard
KELLEY & FERRARO, LLP
Ernst & Young Tower
950 Main Avenue
Suite 1300 Cleveland, OH 44113
brherberth@kelley-ferraro.com
jmurphy@kelley-ferraro.com
jreichard@kelley-ferraro.com
**Plaintiffs:** Gary C. Will, Sandra Payne, Gregory Vavra, Robert Baker, Michael Carroll, Mike A. Carroll, Michael C. Konn, Thomas A. Wells

John R. Davis
SLACK DAVIS SANGER, LLP
2705 Bee Cave Road, Suite 220
Austin, TX 78746
**Plaintiffs:** Jennifer Bond, Renee Chatman, Eric Ragis, Lisa Ragis, Ronald Ragis, Herbert Souza,
Sara Souzsa


Steven A. Bredice
THE LAW OFFICE OF STEVEN A. BREDICE
17 GW Tatro Drive
P.O. Box 519
Jeffersonville, VT 05464-0519
**Plaintiffs:** Eric Ragis, Lisa Ragis, Ronald Ragis


Stephen H. Galebach
GALEBACH LAW OFFICE
9-11 Touro Avenue
Medford, MA 02155
steve@galebachlaw.com
**Plaintiffs:** Jennifer Bond, Eric Ragis, Lisa Ragis, Ronald Ragis


Marlene J. Goldenberg
Noah C. Lauricella
GOLDENBERGLAW, PLLC
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
mjgoldenberg@goldenberglaw.com
**Plaintiffs:** Jennifer Bond, Renee Chatman, Eric Ragis, Lisa Ragis, Ronald Ragis, Herbert Souza,
Sara Souzsa


Reuben Honik
David J. Stanoch
GOLOMB & HONIK
1835 Market Street, Suite 2900
Philadelphia, PA 19103
rhonik@golombhonik.com
**Plaintiffs:** Jennifer Bond, Renee Chatman, Eric Ragis, Lisa Ragis, Ronald Ragis, Herbert Souza,
Sara Souzsa

Allan Kanner
Conlee S. Whiteley
Layne C. Hilton
Annemieke M. Tennis
KANNER & WHITELEY LLC
701 Camp Street
New Orleans, LA 70130
A.Kanner@kanner-law.com
**Plaintiffs:** Jennifer Bond, Renee Chatman, Eric Ragis, Lisa Ragis, Ronald Ragis, Herbert Souza,
Sara Souzsa


Behram V Parekh
KIRTLAND AND PACKARD LLP
1638 S. Pacific Coast Highway
Redondo Beach, CA 90277
**Plaintiffs:** Sara Souzsa


Georgiana Boss
Daniel C. Burke
Morris S. Dweck
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, NY 10016.
gboss@bernlieb.com
**Plaintiffs:** Joseph E. Chille, Sonja O'Neal


Joseph H. Saunders
Nicola Larmond-Harvey
SAUNDERS & WALKER PA
3491 Gandy Boulevard North
Suite 200
P.O. Box 1637
Pinellas Park, FL 33780-1637
joe@saunderslawyers.com
**Plaintiffs:** Suzanne Drescher, Thomas John Harris


Steven C. Babin
BABIN LAW, LLC
1320 Dublin Road
Suite 100
Columbus, OH 43215
steven.babin@babinlaws.com

**Plaintiffs:** Sammy Bryson, Antoine Dodson, Johnny Duyn, Joletta Jordan, Tabatha Lafferty, Ronnie Lawrence, Carrie Lupien, Darlene Maphis, Connie McCartney, Anthony Miliner, Thelma Myles, Ronald Ragan, Chris Troyan


Adam W. Krause
KRAUSE & KINSMAN LLC
4717 Grand Avenue
Suite 250
Kansas City, MO 64112
**Plaintiffs:** Sammy Bryson, Antoine Dodson, Johnny Duyn, Joletta Jordan, Tabatha Lafferty, Ronnie Lawrence, Carrie Lupien, Darlene Maphis, Connie McCartney, Anthony Miliner, Thelma Myles, Ronald Ragan, Chris Troyan


Paige Boldt
WATTS GUERRA LLP
4 Dominion Drive
Building 3
Suite 100
San Antonio, TX 78257
**Plaintiffs:** Sherri Pellegrene, The Estate of Edward Pellegrene


Mike C Watts
WATTS GUERRA LLP
5726 W. Hausman Rd., Ste. 119
San Antonio, TX 78249
**Plaintiffs:** Sherri Pellegrene, The Estate of Edward Pellegrene


Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2159
**Plaintiffs:** Ryan Dahl, Brad Hoag, John Scholl

Daniel E Gustafson
Eric S. Taubel
Amanda M. Williams
GUSTAFSON GLUEK PLLC
120 South Sixth Street
Suite 2600
Minneapolis, MN 55402
**Plaintiffs:** Ryan Dahl, Brad Hoag, John Scholl


James X. Bormes
Catherine P. Sons
LAW OFFICE OF JAMES X. BORMES
8 South Michigan Avenue Suite 2600
Chicago, IL 60603
**Plaintiff:** Denise Guy


Kasif Khowaja
THE KHOWAKA LAW, LLC
8 South Michigan Avenue Suite 2600
Chicago, IL 60603
**Plaintiff:** Denise Guy


Patrick J Howard
Simon B. Paris
SALTZ MONGELUZZI BARRETT & BENDESKY PC
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA 19103
**Plaintiffs:** Ryan Dahl, Brad Hoag, John Scholl


Christopher Marlborough
THE MARLBOROUGH LAW FIRM PC
445 Broad Hollow Road
Suite 400
Melville, NY 11747-3669
**Plaintiff:** Edith Massiah

Trevor Bruce Rockstad
DAVIS & CRUMP PC
2601 14th Street
Gulfport, MS 39501
**Plaintiff:** David McAnally


Raymond C Silverman
Harrison M. Biggs
Christopher C. Oxx
PARKER WAICHMAN LLP
6 Harbor Park Dr
Port Washington, NY 11050
**Plaintiff:** Vanessa Epting, Christopher Wamble


Steven Cohn
Roopal P. Luhana
CHAFFIN LUHANA LLP
600 Third Avenue
12th Floor
New York, NY 10016
**Plaintiff:** Suzanne Finer

**Defendants' Counsel**

Richard M. Barnes
GOODELL DEVRIES LEECH & DANN LLP
One South Street
Suite 2000
Baltimore, MD 21202
rmb@gdldlaw.com
**Defendants:** Perrigo Company PLC, Perrigo Research & Development Company


Jordan S. Cohen
WICKER SMITH
515 E Las Olas Blvd Ste 1400
Fort Lauderdale, Fl 33301
jcohen@wickersmith.com
**Defendant:** Boehringer Ingelheim Pharmaceuticals, Inc.


Ruth Dapper
DLA PIPER LLP (US)
401 B Street
Ste 1700
San Diego, CA 92101
Ruth.dapper@dlapiper.com
**Defendants:** Boehringer Ingelheim Pharmaceuticals, Inc., Chattem, Inc., Sanofi, Sanofi U.S.
Services Inc., Sanofi-Aventis U.S. LLC


Christopher Strongoksy
DLA PIPER LLP
1251 Avenue of the Americas
27th Floor
New York, NY 10020
Christopher.strongosky@dlapiper.com
**Defendants:** Chattem, Inc., Sanofi U.S. Services Inc., Sanofi-Aventis U.S. LLC


Mark S. Cheffo
Jonathan S. Tam
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Mark.cheffo@dechert.com

**Defendants:** GlaxoSmithKline, LLC, GlaxoSmithKline PLC, GlaxoSmithKline Finance PLC, GlaxoSmithKline Holdings (Americas) Inc., GlaxoSmithKline Holdings Limited, GlaxoSmithKline plc, an English limited company
Ursula M. Henninger
KING & SPALDING LLP
100 North Tryon Street, Suite 3900
Charlotte, NC 28202
uhenninger@kslaw.com
**Defendant:** Boehringer Ingelheim Pharmaceuticals, Inc.


Paul W. Schmidt
Kevin Michael Kelly
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
pschmidt@cov.com
**Defendants:** Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim USA Corporation, Chattem, Inc., SANOFI, SANOFI US SERVICES INC.


Andrew T. Bayman
Mark A Sentenac
KING AND SPALDING LLP
1180 Peachtree Stree NE
Atlanta, GA 30309
abayman@kslaw.com
**Defendants:** Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim USA Corporation


Eric F Gladbach
KING & SPALDING LLP
1185 Avenue of the Americas 34th Floor
New York, NY 10036
egladbach@kslaw.com
**Defendants:** Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim USA Corporation

Jordan Scott Joachim
COVINGTON & BURLING
620 8th Ave., 42nd Floor, #4204A
New York, NY 10018
jjoachim@cov.com
**Defendants:** Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc.,
Boehringer Ingelheim USA Corporation

Amy Lynn O'Neill
KING & SPALDING LLP
621 Capitol Mall
Suite 1500
Sacramento, CA 95814
aoneill@kslaw.com
**Defendants:** Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc.,
Boehringer Ingelheim USA Corporation

Cheryl A Sabnis
KING & SPALDING LLP
101 Second Street Ste 2300
San Francisco, CA 94105
csabnis@kslaw.com
**Defendant:** Boehringer Ingelheim Pharmaceuticals, Inc.

Lindsey C Barnhart
COVINGTON AND BURLING LLP
One Front Street 35th Floor
San Francisco, CA 94111-5356
lbarnhart@cov.com
**Defendants:** Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc.,
Boehringer Ingelheim USA Corporation

Joseph G. Petrosinelli
Haley Wasserman
Stephen D. Raber
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
jpetrosinelli@wc.com
**Defendant:** Pfizer, Inc.

Anand Agneshwar
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
anand.agneshwar@arnoldporter.com
**Defendants:** Chattem Inc., Chatten, Inc., SANOFI, SANOFI AVENTIS U.S. LLC, SANOFI
SA, Sanofi U.S. Services Inc., Sanofi-Aventis US Services


Oluoma Nkechinyere Kas-Osoka
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center Fl 10
San Francisco, CA 94111
oluoma.kas-osoka@arnoldporter.com
**Defendants:** Chattem, Inc., Sanofi, Sanofi U.S. Services Inc.


Mahnu V. Davar
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave Nw
Washington, Dc 20001
mahnu.davar@arnoldporter.com
**Defendants:** Chattem, Inc., SANOFI, SANOFI US SERVICES INC.