UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 <br><br> JUDGE ROBIN L. ROSENBERG <br> MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

### PRETRIAL ORDER #6
### Order Relieving the Parties of the
### Requirement to Identify Expert Witnesses by March 6, 2020

The parties are relieved of the requirement in Paragraph 6 of Pretrial Order #1 Setting Initial Conference to, by March 6, 2020, identify no more than two expert witnesses (and include their CV) who will be available within the next several months to participate in a Science Day. All other provisions of Pretrial Order #1 Setting Initial Conference remain in effect.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 6th day of March, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE