UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 |

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

### PLAINTIFFS' STEERING COMMITTEE AND PLAINTIFFS' EXECUTIVE COMMITTEE APPLICATION FOR JUSTIN PARAFINCZUK, ESQ.

I have had the unique experience of handling a mass tort for several years without the support of other firms. My partner, Marcus Susen, and I filed the first Essure Birth Control cases in the country in the Eastern District of Pennsylvania. We handled all litigation, preemption arguments, and discovery issues before any other firms were willing to partake in the litigation. Having done that, I can say, without hesitation, that we understand the value of working with other firms through coordination and shared resources to deliver the best results for our clients. We now have a PSC in the EDPA, and I currently serve as the Discovery Chair. In that position, I oversaw the exchange of millions of documents and acquired experience in handling extensive social media discovery. We understand how to work with other firms to coordinate litigation strategy, discovery, depositions, and have relationships with third party vendors to handle the likely massive document productions that will occur in this case, as the product has been on the market for approximately 30 years.

Currently, I am also one of the lead settlement negotiators for the Essure litigation in the Eastern District of Pennsylvania. I understand the time, effort, and patience that is required to successfully complete the steps to get to resolution. It requires relationship building from the start,

and an understanding of the parties. Additionally, I have keen insight into the defense view of litigation resolution, as I have handled settlements for many defense clients over the course of my career.

My personal litigation experience would be a good fit for this case. I have been practicing in Florida for over 12 years. I have tried cancer cases in the Engle tobacco litigation for the last six years. The cases are complex products liability cases, and all go through trial and full appeal. Because of our involvement in Engle litigation, we have access to and have consulted with experienced expert Oncologists and Epidemiologists regarding Zantac. Additionally, I have been a Board Certified Civil Trial attorney by the Florida Bar since 2015. In order to be certified, one must have tried the minimum number of jury trials, completed CLEs, and passed a 6-hour exam. I also have extensive appellate experience, having authored over 70 appellate briefs in state and federal court and have argued before the 11th Circuit several times. This experience, having been through full trial and appeal in several cases, allows me to provide our clients, and the MDL plaintiffs, insight into the optimal overall strategy for this litigation. I have also practiced in the SDFL for my entire career and have two cases pending.  One is a WPB plaintiff, the other is MIA plaintiff.

I am excited and look forward to the challenge of a position in this case dealing with discovery issues or expert witnesses, but I am open to anything.  Discovery is essentially completed in Essure, and I do not have a large time commitment in that case any longer. I am willing to commit substantial time, resources, and effort to giving the over 1,500 plaintiffs that we represent and MDL plaintiffs the representation that they deserve.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all counsel listed on Schedule B of the Pretrial Order No. 1 in accordance with the email addresses provided.

Respectfully submitted,

**PARAFINCZUK WOLF SUSEN**
*Attorneys for Plaintiff*
110 East Broward Boulevard, Suite 1630
Fort Lauderdale, Florida 33301
Telephone: (954) 462-6700

By: /s/ Justin Parafinczuk
JUSTIN R. PARAFINCZUK ESQ.
*Board Certified Civil Trial Attorney
Fla. Bar No.:39898
JParafinczuk@PWSLawFirm.com

Service: Pleadings@PWSLawFirm.com