## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                                    MDL NO. 2924
PRODUCTS LIABILITY                                            20-MD-2924
LITIGATION

**JUDGE ROBIN L. ROSENBERG**
**MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

## APPENDIX A – LIST OF ALL STATE AND FEDERAL ZANTAC CASES

1.      *WILSON v. Sanofi-Aventis U.S. LLC. et al.*; In the United States District Court, Southern District of Florida; Cause No. 1:2019-cv-81600;

2.      *FRANKS v. Sanofi-Aventis U.S. LLC et al.*; In the United States District Court, Southern District of Florida; Cause No. 9:2019-cv-81600.

**PARAFINCZUK WOLF SUSEN**
110 EAST BROWARD BOULEVARD, SUITE 1630, FT. LAUDERDALE, FLORIDA 33301
• TEL: (954) 467-6700 • FAX: (954) 467-6567
www.PWSLawFirm.com