# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                                      MDL NO. 2924
PRODUCTS LIABILITY                                              20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

## APPENDIX B – LIST OF OTHER MDLS IN WHICH WORK WAS PERFORMED

| MDL/Nature of MDL | Judge/Telephone | Position | Phrase describing nature of work/extent of ongoing time commitment |
|---|---|---|---|
| IN RE: ESSURE BIRTH CONTROL DEVICE | Judge John R. Padova, Eastern District of Pennsylvania (215) 597-1178 | Discovery Chair | Discovery is essentially complete. Time commitment is minimal. |

**PARAFINCZUK WOLF SUSEN**
110 EAST BROWARD BOULEVARD, SUITE 1630, FT. LAUDERDALE, FLORIDA 33301
• TEL: (954) 467-6700 • FAX: (954) 467-6567
www.PWSLawFirm.com