UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| IN RE: ZANTAC (RANITIDINE) | MDL NO. 2924 |
| PRODUCTS LIABILITY | 20-MD-2924 |
| LITIGATION | |

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

## APPENDIX C – OTHER ATTORNEYS BELIEVED TO BE BENEFICIAL TO LEADERSHIP

| NAME OF ATTORNEY | FIRM NAME | CITY/STATE | UNIQUE EXPERTISE THE INDIVIDUAL BRINGS AS PART OF PROPOSED COLLECTIVE GROUP |
|---|---|---|---|
| Adam Krause | KRAUSE & KINSMAN | KANSAS CITY, MO | Mr. Krause has extensive experience in dealing with a high volume of cases and has insight into the best practices for applying technology to the process. |
| Chezky Rodal | RODAL LAW | FT. LAUDERDALE, FL | Mr. Rodal filed the first Zantac case and has intimate knowledge of the product and scientific issues. |
| Steven Babin | BABIN LAW, LLC | COLUMBUS, OH | Mr. Babin has experience from being on leadership positions in several MDLs, including Valsartan, where NDMA is at issue. |