UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO. 2924
PRODUCTS LIABILITY                20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

### APPLICATION OF JAMES L. FERRARO, JR. FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Attorney James L. Ferraro, Jr., Esq. hereby submits his application for appointment to the Plaintiffs' Steering Committee pursuant to Pretrial Order #1, entered February 14, 2020.

1. As an experienced partner at The Ferraro Law Firm, P.A. ("Ferraro Law"), I offer a unique skill set and expertise to the Plaintiffs' Steering Committee ("PSC"). As set forth below and in **Appendix B**, I have significant MDL experience and have tried product liability cases in Florida state and federal courts, including the Southern District of Florida.

2. To begin with, I represent hundreds of Zantac plaintiffs and am lead counsel in five filed Zantac cases (*see* **Appendix A**), all of which are pending in the Southern District of Florida.

3. I will allocate the vast majority of my time towards this litigation and the common benefit of all Zantac plaintiffs. To be clear, I intend to personally immerse myself into this litigation, rather than simply serve as a figure head and delegate work to others inside and outside of my law firm. I am willing to commit the necessary resources throughout this litigation, without the need for any litigation financing.

4. I have participated in several Zantac conferences and meetings around the country. I attended all pre-MDL coordination meetings in Los Angeles, Austin, Miami, and Tampa in conjunction with the counsel listed in **Appendix C** and others. Throughout these conferences and

1

meetings, I have worked closely with counsel to share vital information, conduct research, and aid the coordination of a united Plaintiffs' leadership structure. I will continue these cooperation and coordination efforts throughout the Zantac litigation.

5. In 2008, I earned a bachelor's degree in business administration from Emory University's Robert Goizueta Business School while double majoring in finance and managing organizations. Following my employment in finance, I earned a law degree from the University of Miami School of Law in 2013. During law school, I served as an intern for United States District Court Judge Robert N. Scola, Jr. and as a law clerk for Grossman & Roth, P.A.

6. In 2015, I served as co-lead counsel in *Taylor v. Georgia-Pacific LLC* (Miami-Dade County) and secured a $17,175,000 verdict.

7. In 2017, I appeared in front of Your Honor in the matter of *Adrienne Fransas, et al. v. Brenntag North America Inc., et al.* (Case No. 9:17-cv-80058-RLR) and briefed a motion for remand (*Id*. at D.E. 12), which Your Honor granted (*Id*. at D.E. 66).

8. In 2019, at the age of thirty-three, I was named to the list of "Top 40 Under 40" lawyers in South Florida.

9. I currently sit on two different subcommittees within the Plaintiffs' Executive Committee in *In re: Aqueous Film-Forming Foams (AFFF) Products Liability Litigation*, MDL 2873 (*see* **Appendix B**).

10. I have significant litigation experience in Palm Beach County. Specifically, I am co-lead counsel in the matter of *Palm Beach County v. Purdue Pharma, L.P., et al.*, Case No.:1:18-OP-46121 (N.D. Ohio), which is currently pending in the Opioid MDL-2804. I am also co-lead counsel on behalf of Ferraro Law in several other opioid-related lawsuits in the Opioid MDL-2804.

11. My law firm, Ferraro Law, is based in Miami, Florida, and has over three decades of experience in mass tort litigation, representing tens of thousands of clients in tobacco, asbestos, environmental toxic torts, and pharmaceutical/defective drug cases. Ferraro Law has won dozens of jury verdicts and has a strong track record in the Florida District Courts of Appeal and Florida Supreme Court. Ferraro Law is also affiliated with Kelley & Ferraro, LLP ("Kelley Law"), which is based in Cleveland, Ohio. Like Ferraro Law, Kelley Law has over two decades of experience representing nearly 100,000 clients in mass tort cases, including Zantac. Ferraro Law and Kelley Law, combined, employ 40 lawyers and 150 paralegals and support staff, many of whom will provide assistance in furtherance of my work on the PSC, as necessary. Both law firms possess the wherewithal and capabilities to handle any pretrial, trial, and appellate matters in this litigation.

12. For decades, Ferraro Law has handled cases involving complex science, which have shaped the medical-legal landscape in Florida. In 1996, Ferraro Law successfully tried *Castillo vs. E.I. Du Pont de Nemours and Company, et al.*, which resulted in the first ever worldwide verdict against a chemical company for causing a birth defect. The case ultimately went to the Florida Supreme Court, which affirmed the trial court verdict in a landmark decision involving science in the courtroom. Then, in 2015, Ferraro Law argued *Aubin v. Union Carbide Corp.* before the Florida Supreme Court, which rejected the Third Restatement of Torts and retained the Second Restatement of Torts. *Aubin* has been acclaimed to be the most important Florida product liability case since *West v. Caterpillar* in 1976. Additionally, in 2018, Ferraro Law argued the highly publicized product liability case of *Delisle v. Crane Co.* in front of the Florida Supreme Court, in which the Court upheld the trial court verdict and reaffirmed *Frye* as the applicable standard in Florida state courts for a period of time. Accordingly, I respectfully request appointment to the Plaintiffs Steering Committee for MDL 2924.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, a true and correct copy of the foregoing was served on all counsel listed on Schedule B of the Pretrial Order #1 in accordance with the email addresses provided.

                                        Respectfully submitted,

                                        */s/ James L. Ferraro, Jr.*
                                        JAMES L. FERRARO, JR., ESQ.
                                        Florida Bar No.: 107494
                                        **THE FERRARO LAW FIRM, P.A.**
                                        600 Brickell Avenue, Suite 3800
                                        Miami, Florida, 33131
                                        Email: JJR@ferrarolaw.com
                                        Tel: (305) 375-0111
                                        Fax: (305) 379-6222