UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2924<br>: 20-MD-2924<br>:<br>:<br>: JUDGE ROBIN L. ROSENBERG<br>: MAGISTRATE JUDGE BRUCE E.<br>: REINHART<br>: |
| THIS DOCUMENT RELATES TO ALL ACTIONS | :<br>:<br>: |

### APPLICATION OF FREDERICK S. LONGER TO BE APPOINTED TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1 ("PTO-1"), I respectfully submit this application to be appointed to the Plaintiffs' Steering Committee ("PSC"). Currently, I am counsel in *Joan Chase v. Sanofi S.A., et al.*, No. 9:20-cv-80352-RLR.[1] Aside from my representation of Jan Chase, my firm represents several other injured Plaintiffs whose claims are not yet in suit and therefore I have not listed them in Appendix A of cases. As set forth below, I welcome the opportunity to devote my time, knowledge, experience and the resources of my law firm to serve on the PSC of MDL 2924.

### I.   MY PROFESSIONAL EXPERIENCE

I am a member of the firm of Levin, Sedran & Berman LLP ("LSB"). I am a graduate of Carnegie-Mellon University (B.S. 1982) and the University of Pittsburgh School of Law (J.D. 1986), where I was a Notes and Comments Editor for the University of Pittsburgh Law Review. I am admitted to practice before the Supreme Court of Pennsylvania and the Supreme Court of New Jersey; the United States Supreme Court; the United States Court of Appeals for the Second, Third, Fourth, Fifth, Seventh and Ninth Circuits; and the United States District Courts for the Western and Eastern Districts of Pennsylvania, and others. I am a member of the American, Pennsylvania and Philadelphia County Bar Associations, as well as the American and Philadelphia Association for Justice. I regularly lecture at various educational seminars, including *Service of Process in China*, ABA Annual Conference (April 18-20, 2012); *"No Injury" and "Overbroad" Consumer Class Actions: Strategies to Pursue or Defend Class Certification*, Strafford Webinar (October 7, 2015); *A Brief Update*

---

[1] Attached hereto as "Appendix A" is a list of all state and federal Zantac cases in which I appear as counsel.

*on Preemption,* Mass Torts Made Perfect Las Vegas, NV (October 5, 2018); *Impact of Ascertainability Consideration son Rule 23(b)(3),* American Association for Justice, New York, NY (December 6, 2018).

I hold an "AV" rating from Martindale Hubbell. I have been recommended by the LEGAL 500 in the area of Plaintiffs' Mass Torts (2013, 2014), and I have been routinely recognized by my peers as a Super Lawyer since 2008. In addition, US News and World Report Best Law Firms has ranked my firm National First Tier for mass tort law firms and First Tier in Philadelphia for personal injury and mass tort law firms. My firm was also named to THE NATIONAL LAW JOURNAL's inaugural list of America's Elite Trial Lawyers in 2014. A copy of my *Curriculum Vitae* ("CV") is attached [Exhibit "1"].

I have extensive professional experience in complex litigation, having been formally appointed by Courts to leadership positions, or assigned committee or subcommittee positions by leadership, and by having had *de facto* roles where my assistance to leadership in complex cases has propelled me into advanced responsibilities. Attached hereto as "Appendix B" is a list of other MDLs including *In re Orthopedic Bone Screw Products Liability Litigation*, MDL No. 1014 (E.D. Pa.); *In re Diet Drug Prod. Liab. Litig.,* MDL 1203 (E.D. Pa.); *In re Rezulin Products Liability Litigation,* MDL No. 1348 (S.D.N.Y.); *In re Propulsid Products Liability Litigation,* MDL No. 1355 (E.D. La.); *In re Vioxx Products Liability Litigation*, MDL No. 1657 (E.D. La.); *In re Chinese-Manufactured Drywall Product Liability Litigation,* MDL No. 2047 (E.D. La.); *In re Mirena Products Liability Litigation*, MDL 2434 (S.D.N.Y.) and in *In re Xarelto Products Liability Litigation*, MDL No. 2592 (E.D. La.). In each of these MDL litigations I have performed the type of work that PTO 1 asks about for as to my experiences in MDL cases, as well as the other information requested in PTO 1.

In addition to my broad MDL experience in complex cases as set forth in my CV, including appearing in four (4) MDLs before Judge Eldon Fallon, I have extensive trial experience in consolidated mass tort actions litigated in state court in Pennsylvania.[2] I am one of only 5 counsel to have tried a Baycol personal injury case to verdict. In addition, I worked extensively with the 3 bellwether trial teams in the *Xarelto* litigation in Pennsylvania where I drafted and argued numerous motions; conducted written discovery, depositions, and more.

---

[2] *In re Xarelto Prod. Liab. Litig.,* Jan. Term 2015, No. 2349 and *Baycol Mass Tort Litig.*, Nov. Term 2001, No. 0001 (First Judicial District, Pennsylvania, Philadelphia Court of Common Pleas).

## II. WILLINGNESS AND ABILITY TO IMMEDIATELY COMMIT TO TIME-CONSUMING LITIGATION

Most of the complex cases that I have worked on, set forth in Appendix B, have now settled. Therefore, I am prepared to immediately devote the time I have available to this litigation.

## III. WILLINGNESS AND ABILITY TO WORK COOPERATIVELY WITH OTHER PLAINTIFFS COUNSEL AND DEFENSE COUNSEL

LSB attorneys pride themselves on forming productive and collegial relationships with their co-counsel and defense counsel and believe that such cooperative working relationships are necessary for effective representation. I pledge my fidelity to this litigation and willingness to work cooperatively with other Plaintiffs' Counsel, regardless of whether they are the subject of my nomination in Appendix "C". Likewise, I have worked well with defense counsel in the leadership roles that I have had in both federal MDLs and in the state court mass tort litigations. I am confident counsel will attest as much were the Court to inquire of them.

## IV. ACCESS TO RESOURCES TO PROSECUTE THE LITIGATION IN A TIMELY MANNER

LSB is one of the nation's preeminent and most experienced plaintiffs' complex litigation, class-action firms. Along with my firm, I have extensive experience and expertise litigating consumer protection, products liability, computer privacy, antitrust, securities and other complex class-action cases. I have access to the resources of my firm to support my abilities to prosecute this case in a timely manner. My firm self-funds litigation of complex cases without relying on third-party funding entities and will self-fund the costs that my firm will incur in this litigation if I have the honor of being appointed. LSB routinely advances substantial sums on behalf of clients in complex and class action cases, recovery of which is contingent upon the successful prosecution of the case and is prepared to do so here.

Thank you for considering my application for a position on the PSC, and I look forward to appearing before you on March 20, 2020.

                                                             Respectfully submitted,

Dated:  March 6, 2020                              */s/ Frederick S. Longer*
                                                          Frederick S. Longer
                                                          PA ID 46653
                                                          Levin Sedran & Berman LLP
                                                          510 Walnut Street, Suite 500
                                                          Philadelphia PA 19106
                                                          215-592-1500
                                                          flonger@lfsblaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 6, 2020 a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Frederick S. Longer*
Frederick S. Longer
PA ID 46653
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia PA 19106
215-592-1500
flonger@lfsblaw.com