# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924<br>20-MD-2924<br><br>Judge Robin L. Rosenberg<br>Magistrate Judge Bruce E. Reinhart |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **NOTICE OF FILING APPLICATION OF GEORGE T. WILLIAMSON FOR PLAINTIFFS' STEERING COMMITTEE** |

Attorney George T. Williamson submits the following application to serve on the Plaintiffs' Steering Committee pursuant to the Court's Pretrial Order No. 1.

Dated: March 6, 2020

Respectfully submitted,

**Farr, Farr, Emerich,
Hackett, Carr & Holmes, P.A.**

/s/ George T. Williamson
George T. Williamson
99 Nesbit Street
Punta Gorda, FL 33950
gwilliamson@farr.com
p. (941) 639-1158
f. (941) 639-0028
FL Bar No. 0085585

I am partner with the firm of Farr, Farr, Emerich, Hackett, Carr & Holmes, P.A., in Punta Gorda, Florida. I received my Juris Doctorate from the University of Miami School of Law in 2010 and am licensed to practice in all Florida state and federal courts, and have been granted pro hac vice admissions in numerous federal courts around the country. My practice is devoted to pharmaceutical and medical device litigation in both state and federal courts.

I believe that I meet this Court's criteria for individual membership in the PSC in that, (a) I am currently a member of only one active MDL which concerns the same carcinogen as this case and as such I have the time and availability to commit to the success of this case; (b) I have worked collaboratively with my colleagues to host and speak at multiple Zantac seminars and webinars, to host and attend pre-MDL planning meetings, and was elected to serve as co-chair of the AAJ Zantac litigation group; (c) I have been appointed to two PSCs in pharmaceutical MDLs that have both reached global resolution and was most recently appointed to the PEC of a third pharmaceutical MDL; and (d) I have the financial and institutional resources to bring this case to a successful resolution.

A.   **WILLINGNESS AND AVAILABLITY TO COMMIT TO A TIME-CONSUMING PROJECT**

I currently serve on the Plaintiffs' Executive Committee in the Valsartan, Losartan, and Irbesartan MDL 2875 ("Sartan MDL") which concerns the same genotoxic substance as this case. I am co-chair of the bellwether committee and am intimately involved in almost every aspect of that litigation. The other two pharmaceutical MDLs that I held PSC appointments have reached global resolution and require no further work on my part. I held those two appointments simultaneously and had no difficulty in efficiently managing my time between both projects. As such, I feel I have the ability and the capacity to take on a second project that will require significant time and attention.

1

B.      **ABILITY TO WORK COOPERATIVELY WITH OTHERS**

Since the release of the Valisure FDA Citizens Petition I have worked alongside my colleagues on the Plaintiffs' bar to marshal the Zantac litigation towards the formation of this MDL. I filed 25 Zantac personal injury cases in the Southern District of Florida and filed an Interested Party Response with the JPML in support of consolidation in the Southern District of Florida. The location and the timing of these filings were strategic, and done in consultation with many of my colleagues to further solidify our argument to the JPML that the case should be centralized in the Southern District of Florida. I have worked collaboratively to create a Zantac case selection criteria, which borrows a tremendous amount of expert work product from the Sartan MDL that I helped to develop as my role a co-chair of the bellwether committee. I have helped to educate my colleagues on this case selection criteria over the course of my many speaking engagements. For example, I was a speaker at the October 2019 MTMP program which was the first panel to publicly discuss the Zantac case. I have also participated in pre-MDL planning meetings in Los Angeles, Austin, and Miami, and have hosted meetings in Tampa. I am the co-chair of the AAJ Zantac litigation group and presented a webinar to AAJ members and spoke at the AAJ Winter Convention in New Orleans. I am also scheduled to speak this month on a Zantac panel at the HarrisMartin conference on Palm Beach. I have no doubt that I will continue to work cooperatively and collaboratively with my colleagues if appointed to the Zantac MDL PSC.

C.      **PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION**

I have been appointed to serve in leadership roles in three pharmaceutical MDLs. In two of these cases I served as a member of the PSC and held roles on the discovery and electronically stored information committees. In my most recent appointment, I serve on the PEC and the time and expense committee, and co-chair the bellwether committee. These appointments have allowed

me to work on and manage all aspects of pharmaceutical MDLs, from pleading and streamlined service, to negotiating ESI protocols and search terms, to fact and expert discovery, to depositions, and to settlement. Though I have never reached a bellwether trial in an MDL, I have relevant trial experience in state court, and recently finished trying a 7 day medical malpractice jury trial in Sarasota, Florida. Given my past experience, and in particular my experience with NDMA contaminated drugs in the Sartan MDL, I believe that I am a strong candidate to manage the discovery process in this MDL if given the opportunity.

**D.     WILLINGNESS TO COMMIT THE NECESSARY RESOURCES TO PURUSE THIS MATTER**

The Farr Law Firm is nearly 100 years old and has 16 attorneys with diverse practice areas and over 50 support staff. As a result, my Firm has invested in significant IT resources which gives us the capability to handle large, complex litigation projects. We are also not reliant on fees from injury cases or MDL settlements to pay the Firm's general operating expenses. My Firm has paid all past MDL assessments promptly and has recently opened a substantial line of credit to draw from, should it ever be needed. When we advertise for cases, we do so on our own dime, and have no plans to engage third-party financing companies to assist us with those efforts. I am willing to commit whatever resources are necessary of me and my Firm to ensure the success of this MDL if appointed to a leadership position.

I represent hundreds of Plaintiffs who claim injury or death as a result of the use of Zantac. The PSC members appointed by the Court will be the guiding light for those plaintiffs, and for tens of thousands more. I am hopeful to have the opportunity to serve these Plaintiffs as a member of the Plaintiffs' Executive Committee, the Plaintiffs' Steering Committee, or in any other capacity Your Honor appoints me to serve.

## CERTIFICATE OF SERVICE

I do hereby certify that on March 6, 2020, a true and correct copy of the forgoing was served via the Court's ECF system and on all counsel listed on Schedule B of the Court's Pretrial Order No. 1 in accordance with the email addresses provided therein.

**Farr, Farr, Emerich,**
**Hackett, Carr & Holmes, P.A.**

/s/ George T. Williamson
George T. Williamson
99 Nesbit Street
Punta Gorda, FL 33950
gwilliamson@farr.com
p. (941) 639-1158
f. (941) 639-0028
FL Bar No. 0085585