# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                    MDL NO. 2924
PRODUCTS LIABILITY LITIGATION                 20-MD-2924

**JUDGE ROBIN L. ROSENBERG**

**MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

## NOTICE OF FILING OF APPLICATION TO SERVE ON THE
## PLAINTIFFS' STEERING COMMITTEEE

Pursuant to the Court's Pretrial Order #1 (DE 13), the undersigned respectfully submits the attached application of Carmen S. Scott to serve on the Plaintiffs' Steering Committee.


March 6, 2020

/s/ Carmen S. Scott
Carmen S. Scott
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464
843-216-9160 (Phone)
843-216-9450 (Fax)
cscott@motleyrice.com

Attorney for Plaintiffs

1

## Application of Carmen S. Scott to Serve on the Plaintiffs' Steering Committee

Pursuant to Pretrial Order #1 (DE 13), please find my Application for membership to the Plaintiffs Steering Committee (PSC) for the *In Re: Zantac (Ranitidine) Products Liability Litigation*.

I am a 1999 University of South Carolina School of Law graduate. I have been a member of the Bar of the South Carolina Supreme Court since 1999, am a member of the Bar of the U.S. District Court for South Carolina, and have been admitted *pro hac vice* to numerous state and federal forums. I have worked in the area of mass tort pharmaceutical litigation for the last twenty years and have been a partner at Motley Rice for ten years. Currently, I am active in multiple litigations related to medical devices, pharmaceutical drugs, and medical negligence.

I bring great experience through previous work in numerous leadership positions. (Please see Exhibit B.) I served in PSC or committee positions in the *In re Power Morcellator Products Liability Litigation, In re Xarelto Products Liability Litigation, In re NuvaRing Products Liability Litigation* and currently *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*. I served as co-lead counsel in the Mirena Products Liability state court litigation. In the Xarelto litigation, I worked as Co-Chair of the Bellwether Selection Committee to develop and establish the protocol for the review of hundreds of submissions to identify bellwether cases, conducting meetings and providing reports to the PSC as well as the court. I also served on *ad hoc* committees designated for bellwether case selection in several other litigations, including currently in the *Essure* JCCP litigation, in which I examined medical records and Plaintiff Fact Sheets to recommend trial selections that best represented the majority of filed plaintiffs. In the NuvaRing case, I conducted multiple corporate witness depositions and worked with Plaintiffs' general liability experts. At the close of the litigation, I was appointed to the Claims Resolution Committee by Special Master Daniel Stack. In the Mirena litigation, I took numerous corporate witness depositions and served on the Science and

Expert Committee, helping develop general and case-specific liability and warnings experts. My experience and dedication in previous mass tort projects illustrates my commitment to projects for which I volunteer.

In each previous PSC position I have held, and in every case in which I have been involved, I have consistently worked cooperatively alongside co-counsel as well as opposing counsel. I have always conducted myself with civility and integrity with both plaintiff and defense counsel in accordance with the South Carolina Lawyer's Oath and the Code of Ethics.

My participation in the Zantac litigation would bring not only the benefits of my personal experience to the case, but that of my entire firm. With over 100 lawyers and offices across the country, including our main office in Mt. Pleasant, South Carolina, and offices in Missouri, Rhode Island, Connecticut, West Virginia, New York, New Jersey, Pennsylvania, and Washington, D.C., Motley Rice has a nationally based plaintiffs' practice with vast experience litigating complex cases around the country. I have the full support of my firm in this application. We have been on the forefront of litigation for decades, and has always willingly contributed the resources, both legal and financial, to pursue those matters. My firm has also been instrumental in the resolution process in many MDLs, bringing early resolution to plaintiffs suffering grave injuries in mass complex cases.

Outside of work, I am active in my community. I volunteer as a "wish granter" for Make-A-Wish of South Carolina, for which I also served on the Board for six years. I am a member of the American Association for Justice (AAJ), serving on its Exchange Advisory Committee and the Litigation Group Advisory Committee, the American Bar Association (ABA), the South Carolina Association for Justice (SCAJ) and the South Carolina Women Lawyers Association. In 2013, I was honored with the Charleston Regional Business Journal's Forty Under 40 award in recognition of professional achievements and contributions to the community. I was also selected by peers for inclusion in the 2013 and 2014 *South*

*Carolina Super Lawyers*® Rising Stars list and was selected as a *South Carolina Super Lawyer*® from 2015 to 2019. I was also named as one of *The Best Lawyers in America* from 2018 to 2020.

### **CONCLUSION**

I have the time and experience, and will commit the resources of my firm for the benefit of the Zantac (Ranitidine) MDL. I have a proven record of dedication to projects in which I am involved, and thereby respectfully request appointment to this Steering Committee.

<u>March 6, 2020</u>                    Respectfully submitted,

<u>/s/ Carmen S. Scott</u>
Carmen S. Scott
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464
843-216-9160 (Phone)
843-216-9450 (Fax)
cscott@motleyrice.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)                                    **MDL NO. 2924**
**PRODUCTS LIABILITY LITIGATION**                              **20-MD-2924**

**JUDGE ROBIN L. ROSENBERG**

**MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic filings.

/s/ Carmen S. Scott
Carmen S. Scott, Esquire