IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                MDL NO. 2924
PRODUCTS LIABILITY                      20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**PLAINTIFFS' STEERING COMMITTEE APPLICATION
FOR JE YON JUNG, ESQUIRE**

1. I am submitting this application for the Plaintiff's Steering Committee ("PSC") in the matter captioned above. May Lightfoot, PLLC, and I are fully prepared to serve in that capacity and satisfy the criteria identified in the Court's Pretrial Order #1.

2. My firm, May Lightfoot, PLLC is the first black female-owned law firm and the only litigation firm located east of the Anacostia River area of Washington D.C. I am a female Asian American senior counsel at the firm. We are committed to representing our local community members, including communities of color, that have been traditionally marginalized and excluded from our country's legal system, including representation, advocacy, and identification in mass torts actions.

3. I have over 23 years of complex pattern or practice litigation experience on behalf of the federal government and corporate and private practice. I was a senior trial attorney for the Department of Justice, Civil Rights Division, for 14 years. As a senior trial attorney, I led complex pattern or practice cases that spanned multiple states and judicial districts involving hundreds of potential victims and aggrieved parties. I have extensive

experience leading DOJ litigations involving multiple state defendants; properties and aggrieved parties located in multiple states throughout the country; and cases involving a multitude of complex medical and mental health claims. I led these complex pattern or practice matters from investigation, filing, discovery, motions practice, trial, settlement, and post-settlement compliance.

4. In addition, as a senior trial attorney for the Consumer Financial Protection Bureau for six (6) years from virtual government agency "start-up" in 2011 through 2018, I participated in establishing complex regulatory and enforcement regimes on behalf of the consumers who were injured or aggrieved as a result of discriminatory and unfair financial consumer practices.

5. I served as General Counsel and Chief Risk Officer for a mortgage company implementing a compliance management system and enhancing its efforts to ensure regulatory compliance and working with state and federal regulatory agencies. Shortly thereafter, I opened my consulting firm Veritas Pointe to provide regulatory and civil rights compliance services.

6. Since early 2019, I have focused on personal injury matters, as well as civil rights cases on behalf of May Lightfoot's surrounding community of color.

7. In short, while I have not served as a PSC member in an MDL matter, I have analogous and applicable extensive experience and comfort with complex matters involving multiple parties and broad geographic reach involving federal regulatory frameworks. I have extensive civil litigation experience that encompassed significantly large discovery

productions and review; multiple medical experts; and analyzing substantial data sets and regression analyses.

8. In addition to having the necessary skill set to handle complex litigation matters, I also provide a diverse skill set, perspective, and committed to advocating on behalf of marginalized communities and persons of color. Many communities of color are underrepresented in typical mass torts actions. In addition, communities with limited English proficiency are further excluded from notification and understanding of their rights related to mass torts, such as those alleged here involving Zantac. Given the proliferation of Zantac throughout the country, it is essential that communities of color and limited English proficient consumers are able to participate in this process. Indeed, a significant risk factor for high incidence rates for stomach cancer occur in Hispanic, African American, Asian, and Pacific Islander populations. Koreans have the highest incidence of stomach cancer in the world.

9. I have filed a personal injury complaint in the United States District Court for the District of Columbia representing Robin McKinney, an African American woman living in Southeast D.C. (See Appendix A).

10. I have attached Appendix B that lists all of the complex civil matters that I have had a lead role on behalf of the US government in federal district courts and federal administrative court. However, as noted above, none of them involve pharmaceutical litigations.

11. May Lightfoot and I are ready, willing, and available to commit the time, energy, and resources to this role and valuable experience. I am fully aware of the dedication and work ahead of such a role and look forward to the opportunity to add value to the PSC.

                                         Respectfully submitted,

                                         MAY LIGHTFOOT, PLLC

/s/ Je Yon Jung
Je Yon Jung    DC #495154
3200 Martin Luther King Jr. Avenue S.E. | 3rd Floor
Washington, DC 20032
(202) 918-1824 | phone
(202) 379-9322 | fax
jjung@maylightfootlaw.com