UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

THIS DOCUMENT RELATES TO: ALL CASES

APPLICATION OF BRAD LEAR
FOR PLAINTIFFS' STEERING COMMITTEE

My firm represents Tim Rosenauer in a consumer class action case filed in the Western District of Missouri and transferred to this MDL. Doc. 44. In this application, I respectfully suggest that the Court establish a **Class Actions Team** and volunteer to serve on that team.

RECOMMENDATION ON LEADERSHIP STRUCTURE

The preliminary tally from Plaintiffs' Liaison Counsel indicates that 144 cases have been transferred to this MDL or are pending transfer at the JPML. Of those cases, 14 assert class actions. Many of the class action cases—like the Missouri case filed by my firm—assert consumer law and warranty claims seeking to recover economic loss to class members resulting from the marketing and sale of a defective product and, thus, are substantially different from the personal injury claims making up the balance of this MDL.

Because of these differences, the Court may consider setting up parallel tracks for the personal injury and class action cases in this litigation and account for both types of cases in the Plaintiffs' leadership structure. To that end, in PTO No. 1, the Court indicated it would consider appointing co-lead counsel and an executive committee depending on the needs of the case. Doc. 13 at 11. A leadership structure using that approach could facilitate management of both the personal injury and class action cases along parallel tracks, requiring coordination wherever possible while accounting for the differences between the claims presented by each:

Lead or Co-Lead Counsel

↓

Executive Committee
– including the Chair of the Class Actions Team –

↓

Plaintiffs' Steering Committee
– including members of the Class Actions Team –

## WILLINGNESS AND AVAILABILITY TO COMMIT TO THIS CASE

If the Court decides to adopt the recommendation to include a Class Actions Team within the Plaintiffs' leadership structure, I can best serve my clients and the Court as a member of the Plaintiffs' Steering Committee on that team.

I currently serve on the plaintiffs' steering committee in only one other MDL: *In re Apple Inc. Device Performance Litigation*, Case No. 5:18-md-02827 (N.D. Cal.), which consolidates several consumer law and warranty class actions stemming from Apple's alleged intentional slow-down of certain iPhone models. That MDL has recently settled. *See* Motion for Preliminary Approval of Proposed Settlement (N.D. Cal. Doc. 415) (filed Feb. 28, 2020). As a result, I am available to devote whatever time is necessary to pursue this case.

## ABILITY TO WORK COOPERATIVELY WITH OTHERS

I have focused my practice on plaintiffs' class action cases for the last 10+ years and frequently work with other attorneys and firms. I am fortunate that nearly all the cases that I work on are referred to me by other attorneys and I enjoy collaborating with co-counsel.

I am a proverbial "new entrant" in the MDL practice—the *Apple* case noted above was the first time I have served on a leadership team—so I do not have extensive pre-existing relationships with other firms likely to seek leadership positions here. That said, if appointed to the PSC, I would approach this case the same way I have endeavored to handle all the other cases in my career: be quick to offer help, make suggestions when they can be of use, and get my work done.

### PROFESSIONAL EXPERIENCE WITH COMPLEX LITIGATION

As noted above, my practice is devoted to representing plaintiffs in class action litigation. Mindful of the Court's reminder of the virtue in brevity, I have included a short list of representative cases in the attached Appendix B.

### WILLINGNESS TO COMMIT NECESSARY RESOURCES

I am familiar with the financial realities of pursuing large-scale litigation of this type and if selected for the PSC would, of course, make any necessary contributions to a cost-sharing fund established by leadership to pursue the case. Any such contribution would be funded either by the firm's cash reserves or through a traditional bank line of credit. My firm has never, and will never, become involved in a financing arrangement with a lender seeking to exert influence over the litigation process.

### UNIQUE PERSPECTIVE

As a new entrant to the MDL practice, I believe my appointment would provide a fresh perspective. My office is located in a Midwestern college town surrounded by rural farmland. This "small town" perspective will be useful in managing a case that involves consumers not only from our nation's cities, but from its rural areas as well. Working in a small firm accustomed to litigating with many of the country's largest defense firms, I have had to become adept at crafting efficient solutions to discovery and case management. I hope that it is not hubris to say that over the years my firm has found ways to punch above its weight. The PSC would benefit from a diversity of member backgrounds, including having attorneys from smaller firms. I respectfully submit that the Court should allow me to bring these unique skills and experiences to bear on this litigation by appointing me to serve on the Plaintiffs' Steering Committee. If appointed, I will bring a practical, client-centric, perspective to the litigation.

Dated:  March 6, 2020                                Respectfully submitted,

                                                               LEAR WERTS LLP

                                                               /s/ Bradford B. Lear
                                                               Bradford B. Lear
                                                               103 Ripley Street
                                                               Columbia, Missouri 65201
                                                               Tel:    573-875-1991
                                                               Fax:   573-279-0024
                                                               Email:  lear@learwerts.com

                                                               ATTORNEYS FOR PLAINTIFF
                                                               TIM ROSENAUER

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Application was filed with the Court's CM/ECF system. A copy of the Application was also served via electronic mail this 6th day of March, 2020 on all counsel named in Schedule B to the Court's Pre-Trial Order No. 1 (Doc. 13).

                                                                /s/ Bradford B. Lear