UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---------------------------------------------------------
In Re: ZANTAC (RANITIDINE)      : MDL NO. 2924
PRODUCTS LIABILITY LITIGATION   : 20-MD-2924
--------------------------------------------------------- :
THIS DOCUMENT RELATES TO ALL    : JUDGE ROBIN L. ROSENBERG
CASES                           : MAGISTRATE JUDGE
---------------------------------------------------------: BRUCE E. REINHART

Pursuant to Pretrial Order Nos. 1, I respectfully request your Honor's consideration of my appointment to the Plaintiff's Steering Committee and Plaintiff's Executive Committee in the Zantac (Ranitidine) Products Liability Multi-District Litigation.  In support thereof, I state as follows:

   1. **Willingness and availability to commit to a time-consuming project:**

   I, along with other attorneys in my firm, recently filed Zantac lawsuits in Federal Court. I represent numerous other plaintiffs who allege injuries related to their use of brand and generic Zantac (Ranitidine) that my firm intends to file in this Court.  I am not just willing; I am eager and able to commit the time necessary to litigate a matter appropriately. I believe in this case.  Additionally, I can commit to a time-consuming process along with a strong support team.  For those reasons, I aver to this Court that I have the willingness and ability to commit the time necessary to properly litigate this case.

   2. **Ability to work cooperatively with others:**

   My firm is co-counsel with 30+ law firms from across the United States in over 2500 cases filed in MDLs and have working relationships with all the core attorneys that have been on several MDLs.  I will confer and work cooperatively with others involved in this litigation to ensure the Zantac cases are handled professional and efficiently.

3. **Professional experience in this type of litigation:**

I am currently the managing attorney over my firms' mass tort department. As managing attorney my firm's mass tort litigation department, I have been responsible for managing over 7,000 complex mass tort cases. In Taxotere MDL, I have been in the trenches and have actual hands on insight into how the individual cases are worked up against Defendants Sanofi Aventis and 505(b)(2) generic drug manufacturer Sandoz, Inc. I have a in depth understanding of nationwide product liability statute of limitations and the timely filing of complex litigation cases, PFS management, Show of Cause PFS hearing and deficiency process management, pretrial Bellwether pick management, obtaining product ID and acquiring NDC codes for both brand and generic 505b(2) approved drugs, taking records depositions across the country of hospital head pharmacists and billing custodians to establish whether a drug was brand or generic, and also overseeing management of the settlement distribution process after a master settlement is established. I have been more recently acting as lead counsel on some of our remanded individual cases that opted out of the MDL Master settlement agreements in the Bard IVC filter and Biomet metal on metal hip device cases. I have also become very familiar with both the selection of General and Specific Causation experts, and the preparing of expert disclosures in a complex product liability case. Recently, I have taken the depositions of both General and Specific causation experts in some of our remanded Biomet metal on metal hip device cases. My firm currently handles complex litigation in over a dozen MDLs (as noted on Appendix B attached). In addition to my experience in complex tort litigation, early in my career I was a former Florida Assistant State Attorney responsible for prosecuting and

trying criminal cases. As a Civil Litigator in Colorado since 2009, I have tried dozens of cases to jury verdict in Colorado. I have represented thousands of personal injury clients in my career.  I am currently licensed and in good standing in the state courts of Colorado and Florida.  I am in also in good standing with the District of Columbia Court of Appeals, the U.S.D.C. of Colorado, the United States 7th Circuit Court of Appeals, the U.S. 5th Circuit Court of Appeals, and the U.S.D.C. of Southern Florida.  I believe my experience as both the managing attorney of our firms' individual complex litigation cases, and as a trial lawyer with experience taking many cases to trial will be extremely helpful to this PSC.

**4. Willingness to commit the necessary resources to pursue this matter.**

My firm has more than twenty lawyers and 100 employees, including a staff dedicated to mass torts who can assist in working on this MDL and ensuring daily business of our firm advances while I focus my time on matters in this MDL. In addition, my firm is prepared to meet the financial responsibilities and time commitment that is required for this litigation. As established above, I possess the skill, experience, resources, and drive necessary to effectively represent plaintiffs in this MDL. I am ready, willing, and able to serve the Court on the Plaintiff's Steering Committee. I am committed to this litigation, and I will work hard, and commit the extensive resources of my law firm, to see this litigation is resolved efficiently and fairly. Accordingly, I respectfully apply to this Court to continue to be on the Plaintiff's Steering Committee.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 6, 2020    Respectfully Submitted,

    BACHUS & SCHANKER, LLC
    /s/ J. Christopher Elliott
    J. Christopher Elliott, Esq.
    CO bar# 41063 FL bar# 30259
    101 W. Colfax Avenue, Suite 650
    Denver, CO  80202
    Phone:  (303) 893-9800
    Fax:     (303) 893-9900
    Email:  celliott@coloradolaw.net

## APPENDIX "A"

List of all state and federal Zantac cases in which the attorney appears as counsel.

| Name | Court | Court File No. | Presiding Judge | Judge's Phone# |
|---|---|---|---|---|
| 1. Cadieux, D | District of New Jersey | 20cv2481 | | |
| 2. Alprin, A. | District of New Jersey | To be Filed | | |
| 3. August, K. | District of Massachusetts | To be Filed | | |
| 4. Bailey, P | Western District of Oklahoma | To be Filed | | |
| 5. Brown, H. | Eastern District of Pennsylvania | To be Filed | | |
| 6. Cook, A. | Middle District of Florida | To be Filed | | |
| 7. David, A. | Western District of North Carolina | To be Filed | | |
| 8. Garner, L. | Western District of Washington | To be Filed | | |
| 9. Hughes, C. | Eastern District of Missouri | To be Filed | | |
| 10. Kessler, C | Northern District of West Virginia | To be Filed | | |
| 11. Liso, R. | Eastern District of New York | To be Filed | | |
| 12. Magnuson, R. | District of New Mexico | To be Filed | | |
| 13. Mason, L. | District of Maryland | To be Filed | | |
| 14. Miller, O. | Eastern District of Tennessee | To be Filed | | |
| 15. O'Conner, P. | Eastern District of Louisiana | To be Filed | | |
| 16. Shearer, R. | Southern District of California | To be Filed | | |
| 17. Sites, L | Western District of Virginia | To be Filed | | |
| 18. Spencer, G. | Eastern District of Kentucky | To be Filed | | |
| 19. Stemple, M. | District of Maryland | To be Filed | | |
| 20. Stiller, J. | Northern District of Texas | To be Filed | | |
| 21. Turner, J. | Middle District of Georgia | To be Filed | | |
| 22. Young, C | Eastern District of California | To be Filed | | |

**APPENDIX "B"**
Chart of the other MDLs in which the attorney has performed work

| MDL Name and No. | Judge | Judge's Phone # | Position in MDL | Nature of MDL (type) | Nature of Work | Extent of Ongoing Work in MDL |
|---|---|---|---|---|---|---|
| Taxotere 16-2740 | Jane Triche Milazzo | 504-589-7585 | PSC Assistance as Bellwether Counsel | Products Liability | Bellwether trial prep and depositions Document Review | Bellwether trial prep |
| Biomet M2A Magnuum 12-2391 | Robert Miller, Jr. | 574-246-8080 | PSC Assistance | Products Liability | Document review | Remanded individual cases |
| Bair Hugger 15-2666 | Joan Erickson | 612-664-5890 | PSC Assistance | Products Liability | Document review | |

## **APPENDIX "C"**

Listing other attorneys whom I believe would be beneficial to leadership, in lieu of a separate nomination, with a single sentence explaining what unique expertise the individual brings as part of the proposed collective group.

1. Adam Krause, Krause & Kinsman, Kansas City, MO – Mr. Krause used to work for the pharmaceutical industry and working inside one of the biggest pharmaceutical companies allowed him to learn the inner workings of the pharma industry.
2. Ben W. Gordon, Levin Papantonio, Pensacola, FL – Mr. Gordon is on the settlement committee for the Taxotere MDL and has extensive knowledge in running and settling MDLs.