UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

| | | |
|---|---|---|
| In Re: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2924 20-MD-2924 JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE   BRUCE E. REINHART |
| THIS DOCUMENT RELATES TO ALL CASES | | |

Pursuant to Pretrial Order Nos. 1, I respectfully request your Honor's consideration of my appointment to the Plaintiff's Steering Committee and Plaintiff's Executive Committee in the Zantac (Ranitidine) Products Liability Multi-District Litigation. In support thereof, I state as follows:

**1. Willingness and availability to commit to a time-consuming project:**

I, along with other attorneys in my firm, recently filed Zantac lawsuits in Federal Court. I represent numerous other plaintiffs who allege injuries related to their use of Zantac that my firm intends to file in this Court. I am not just willing; I am eager and able to commit the time necessary to litigate a matter appropriately. I believe in this case.

Additionally, I have the ability to commit to a time-consuming process along with a strong support team. For those reasons, I aver to this Court that I have the willingness and ability to commit the time necessary to properly litigate this case.

**2. Ability to work cooperatively with others:**

My firm is co-counsel with 30+law firms from across the United States in over 2500 cases filed in MDLs and I have working relationships with most of the core law firms with

MDL cases. In Taxotere, I was appointed on the Plaintiff's Executive Committee and as the Co-Chair of the Discovery Committee. For the last four years, I attended all monthly and sometimes bi-weekly leadership meetings in New Orleans, LA. In addition, I co-managed general liability discovery and liability depositions for the Taxotere MDL. At all times since my selection to the Taxotere PEC/PSC, I have cooperated with other members of the PSC and PEC. I will confer and work cooperatively with others involved in this litigation to ensure the Zantac cases are handled professional and efficiently.

**3. Professional experience in this type of litigation:**

I have been appointed to the Plaintiff's Executive Committee for Taxotere MDL 16-2740 and to the Plaintiff's Steering Committee to the Bair Hugger MDL 15-2666 and Biomet M2A Magnum MDL 12-2391. I actively participate and have been engaged in the corporate depositions and trials for the Taxotere MDL.

In addition, the Taxotere MDL has many of the same Defendants named in the Zantac MDL (Sanofi US Services Inc., Sanofi-Aventis, US LLC, Sanofi S.A., Pfizer, Inc., etc.). I also actively participate and have been engaged in taking depositions in Biomet and reviewing/identifying key documents related to marketing issues in that case. My firm currently handles complex litigation in over a dozen MDLs (as noted on Appendix B attached). In addition to my experience in complex tort litigation, I have tried dozens of cases to jury verdict and have represented thousands of plaintiffs in personal injury cases. I served as sole lead counsel in a certified Class Action *1:11-cv-02888 (Lead Case)* with 240 combined plaintiffs, shepherding this case from initiation through settlement of the Class.

I led the Bachus & Schanker, LLC trial team that achieved the largest personal injury verdict in the state of Colorado in 2013, *Marat Kudlis et al. v. Francis Hernandez et al., 2009CV2739*. I believe my experience as a trial lawyers will be extremely helpful in the next year while preparing for our first bellwether trial in Zantac.

**4. Willingness to commit the necessary resources to pursue this matter.**

My firm has more than twenty-five lawyers and 100 employees, including a staff dedicated to mass torts who can assist in working on this MDL and ensuring daily business of our firm advances while I focus my time on matters in this MDL. In addition, my firm is prepared to meet the financial responsibilities and time commitment that is required for this litigation. As established above, I possess the skill, experience, resources, and drive necessary to effectively represent plaintiffs in this MDL. I am ready, willing, and able to serve the Court on the Plaintiff's Steering Committee. I am committed to this litigation, and I will work hard, and commit the extensive resources of my law firm, to see this litigation is resolved efficiently and fairly. Accordingly, I respectfully apply to this Court to continue to be on the Plaintiff's Steering Committee.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 6, 2020    Respectfully Submitted,

BACHUS & SCHANKER, LLC
/s/ J. Kyle Bachus
J. Kyle Bachus, Esq. 24441
101 W. Colfax Avenue, Suite 650, Denver, CO  80202
Phone: (303) 893-9800    Fax:(303) 893-9900
Email:  kyle.bachus@coloradolaw.net

# APPENDIX "A"

List of all state and federal Zantac cases in which the attorney appears as counsel.

| | Name | Court | Court File No. | Presiding Judge | Judge's Phone# |
|---|---|---|---|---|---|
| 1. | Cidieux, D | District of New Jersey | 20cv2481 | | |
| 2. | Alprin, A. | District of New Jersey | To be Filed | | |
| 3. | August, K. | District of Massachusetts | To be Filed | | |
| 4. | Bailey, P | Western District of Oklahoma | To be Filed | | |
| 5. | Brown, H. | Eastern District of Pennsylvania | To be Filed | | |
| 6. | Cook, A. | Middle District of Florida | To be Filed | | |
| 7. | David, A. | Western District of North Carolina | To be Filed | | |
| 8. | Garner, L. | Western District of Washington | To be Filed | | |
| 9. | Hughes, C. | Eastern District of Missouri | To be Filed | | |
| 10. | Kessler, C | Northern District of West Virginia | To be Filed | | |
| 11. | Liso, R. | Eastern District of New York | To be Filed | | |
| 12. | Magnuson, R. | District of New Mexico | To be Filed | | |
| 13. | Mason, L. | District of Maryland | To be Filed | | |
| 14. | Miller, O. | Eastern District of Tennessee | To be Filed | | |
| 15. | O'Conner, P. | Eastern District of Louisiana | To be Filed | | |
| 16. | Shearer, R. | Southern District of California | To be Filed | | |
| 17. | Sites, L | Western District of Virginia | To be Filed | | |
| 18. | Spencer, G. | Eastern District of Kentucky | To be Filed | | |
| 19. | Stemple, M. | District of Maryland | To be Filed | | |
| 20. | Stiller, J. | Northern District of Texas | To be Filed | | |
| 21. | Turner, J. | Middle District of Georgia | To be Filed | | |
| 22. | Young, C | Eastern District of California | To be Filed | | |

**APPENDIX "B"**
Chart of the other MDLs in which the attorney has performed work

| MDL Name and No. | Judge | Judge's Phone # | Position in MDL | Nature of MDL (type) | Nature of Work | Extent of Ongoing Work in MDL |
|---|---|---|---|---|---|---|
| Taxotere 16-2740 | Jane Triche Milazzo | 504-589-7585 | PSC and Executive Committee | Products Liability | Discovery Depositions Trial Prep | Meetings Trial Prep |
| Biomet M2A Magnuum 12-2391 | Robert Miller, Jr. | 574-246-8080 | PSC | Products Liability | Discovery Depositions Trial Prep | Trials in remanded cases |
| Bair Hugger 15-2666 | Joan Erickson | 612-664-5890 | PSC | Products Liability | PSC Meetings and Assistance | |

# APPENDIX "C"

Listing other attorneys whom I believe would be beneficial to leadership, in lieu of a separate nomination, with a single sentence explaining what unique expertise the individual brings as part of the proposed collective group.

1. Adam Krause, Krause & Kinsman, Kansas City, MO – Mr. Krause used to work for the pharmaceutical industry and working inside one of the biggest pharmaceutical companies allowed him to learn the inner workings of the pharma industry.
2. Ben W. Gordon, Levin Papantonio, Pensacola, FL – Mr. Gordon is on the settlement committee for the Taxotere MDL and has extensive knowledge in running and settling MDLs.
3. Steven C. Babin, Jr., Babin Law, LLC, Columbus, OH – In addition to his experience with NDMA as PSC member in the Valsartan MDL, Steven builds strong law and briefing committees that are inclusive, enthusiastic, cooperative, and produce excellent written product.