UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

------------------------------------------------------
In Re: ZANTAC (RANITIDINE)              :        MDL NO. 2924
PRODUCTS LIABILITY LITIGATION     :        20-MD-2924
------------------------------------------------------:
                                                             :        JUDGE ROBIN L. ROSENBERG
THIS DOCUMENT RELATES TO ALL  :
CASES                                                    :        MAGISTRATE JUDGE
------------------------------------------------------:        BRUCE E. REINHART

Pursuant to Pretrial Order Nos. 1, I respectfully request your Honor's consideration of my appointment to the Plaintiff's Steering Committee in the Zantac (Ranitidine) Products Liability Multi-District Litigation. In support thereof, I state as follows:

1. **Willingness and availability to commit to a time-consuming project:**

I, along with other attorneys in my firm, recently filed Zantac lawsuits in Federal Court. I represent numerous other plaintiffs who allege injuries related to their use of Zantac that my firm intends to file in this Court. I am not just willing; I am eager and able to commit the time necessary to litigate a matter appropriately. Additionally, I have the ability to commit to a time-consuming process along with a strong support team. For those reasons, I aver to this Court that I have the willingness and ability to commit the time necessary to properly litigate this case.

2. **Ability to work cooperatively with others:**

My firm is co-counsel with 30+ attorneys from across the United States in over 2500 cases filed in MDLs and have working relationships with most of the core law firms with MDL cases. At all times since my involvement in the Taxotere MDL, Bair Hugger MDL, and Biomet MDL, I have cooperated with other members of the PSC. I will confer and work cooperatively with others, including defense counsel, involved in this litigation to ensure the Zantac cases are handled professional and efficiently.

3. **Professional experience in this type of litigation:**

I been involved in multiple MDLs (Taxotere, Bair Hugger, Biomet), and have therein actively participated in virtually all aspects of MDL litigation and trial work, at the highest level. In addition, the Taxotere MDL has many of the same Defendants named in the Zantac MDL (Sanofi US Services Inc., Sanofi-Aventis, US LLC, Sanofi S.A., Pfizer, Inc., etc.). I believe my experience as a trial lawyers will be extremely helpful in the next year while preparing for our first bellwether trial in Zantac.

MDL FORMATION/ORGANIZATION: I have specifically prepared an MDL Position statement. I have assisted in the development of Plaintiff Fact Sheets adopted by the specific MDL.

MDL SCIENCE COMMITTEE EXPERIENCE: I have significant Science Committee experience in the MDL setting. I have prepared multiple MDL Science Day presentations. I have recruited and developed experts that have presented for MDL cases.

Specifically, I have both defended/taken multiple MDL expert depositions. I successfully excluded MDL defense experts from testifying based on FRE 702/Daubert challenges. I have also successfully prevented experts from being excluded on FRE 702/Daubert grounds.

DEPOSITION WORK IN MDL SETTING: I have taken and defended hundreds of depositions, including dozens in an MDL setting in both the general and case specific setting. As referenced above, I specialize in taking and defending science expert depositions in preparation for FRE 702/Daubert Challenges.

MOTIONS PRACTICE/ORAL ARGUMENTS IN MDL SETTING: I have specific experience in MDL Motions Practice Strategy, which involves formulating an entire case overview involving expert issues and relevant motions, case specific issues, and motions in limine. I have successfully argued multiple MDL dispositive motions (including specific causation and learned intermediary issues), as well as multiple MDL motions in limine.

LEAD TRIAL LAWYER EXPERIENCE IN MDL SETTING: I served as Lead Trial Counsel for the Taxotere MDL. That involved overseeing and running the entire Trial Team. In that capacity I tried the first Taxotere bellwether case against Defendant Sanofi, conducted jury selection, and delivered opening and closing statements. I presented key witnesses in trial, including the prescribing doctor, specific causation expert, as well as all case specific witnesses. I will be trying the upcoming Taxotere trials. In addition, I have tried over 50 jury trials to verdict.

FOCUS GROUP EXPERIENCE IN MDL SETTING: I have formulated, organized, and run half a dozen focus groups/confidential trials in MDL setting. Overall, I have run nearly 100 focus group/confidential trials in my trial practice.

**4. Willingness to commit the necessary resources to pursue this matter.**

My firm has more than twenty-five lawyers and 100 employees, including a staff dedicated to mass torts who can assist in working on this MDL and ensuring daily business of our firm advances while I focus my time on matters in this MDL. In addition, as our firm has in previous MDL cases, we are prepared to meet the financial responsibilities and time commitment that is required for this litigation. As established above, I possess the skill, experience, resources, and drive necessary to effectively represent plaintiffs in this MDL. I am ready, willing, and able to serve the Court on the Plaintiff's Steering Committee. I am committed to this litigation, and I will work hard, and commit the extensive resources of my law firm, to see this litigation is resolved efficiently and fairly. Accordingly, I respectfully apply to this Court to continue to be on the Plaintiff's Steering Committee.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 6, 2020                     Respectfully Submitted,

                                                                                         BACHUS & SCHANKER, LLC
                                                                                         /s/ Darin L. Schanker
                                                                                         Darin L. Schanker, #23381
                                                                                         101 W. Colfax Avenue, Suite 650
                                                                                         Denver, CO  80202
                                                                                         Phone:  (303) 893-9800
                                                                                         Fax:     (303) 893-9900
                                                                                         Email:  dschanker@coloradolaw.net

## APPENDIX "A"

List of all state and federal Zantac cases in which the attorney appears as counsel.

|  | Name | Court | Court File No. | Presiding Judge | Judge's Phone# |
|---|---|---|---|---|---|
| 1. | Cidieux, D | District of New Jersey | 20cv2481 | | |
| 2. | Alprin, A. | District of New Jersey | To be Filed | | |
| 3. | August, K. | District of Massachusetts | To be Filed | | |
| 4. | Bailey, P | Western District of Oklahoma | To be Filed | | |
| 5. | Brown, H. | Eastern District of Pennsylvania | To be Filed | | |
| 6. | Cook, A. | Middle District of Florida | To be Filed | | |
| 7. | David, A. | Western District of North Carolina | To be Filed | | |
| 8. | Garner, L. | Western District of Washington | To be Filed | | |
| 9. | Hughes, C. | Eastern District of Missouri | To be Filed | | |
| 10. | Kessler, C | Northern District of West Virginia | To be Filed | | |
| 11. | Liso, R. | Eastern District of New York | To be Filed | | |
| 12. | Magnuson, R. | District of New Mexico | To be Filed | | |
| 13. | Mason, L. | District of Maryland | To be Filed | | |
| 14. | Miller, O. | Eastern District of Tennessee | To be Filed | | |
| 15. | O'Conner, P. | Eastern District of Louisiana | To be Filed | | |
| 16. | Shearer, R. | Southern District of California | To be Filed | | |
| 17. | Sites, L | Western District of Virginia | To be Filed | | |
| 18. | Spencer, G. | Eastern District of Kentucky | To be Filed | | |
| 19. | Stemple, M. | District of Maryland | To be Filed | | |
| 20. | Stiller, J. | Northern District of Texas | To be Filed | | |
| 21. | Turner, J. | Middle District of Georgia | To be Filed | | |
| 22. | Young, C | Eastern District of California | To be Filed | | |

**APPENDIX "B"**
Chart of the other MDLs in which the attorney has performed work

| MDL Name and No. | Judge | Judge's Phone # | Position in MDL | Nature of MDL (type) | Nature of Work | Extent of Ongoing Work in MDL |
|---|---|---|---|---|---|---|
| Taxotere 16-2740 | Jane Triche Milazzo | 504-589-7585 | Lead Trial Counsel | Products Liability | -Trial Team Lead<br>-Discovery Comm.<br>-Depositions<br>-Trial Prep<br>-Motion Practice<br>-Formulated MIL strategies<br>-Arguing Dispositive Motions<br>-Science Comm<br>-Expert Designations<br>-Science Day<br>-Position Statement<br>-Focus Group Comm. Lead | Trial Team and ongoing trials |
| Biomet M2A Magnuum 12-2391 | Robert Miller, Jr. | 574-246-8080 | Lead counsel on upcoming trial PSC Assistance | Products Liability | -Discovery Comm.<br>-Depositions<br>-Trial Prep | Trials in remanded cases |
| Bair Hugger 15-2666 | Joan Erickson | 612-664-5890 | PSC Assistance | Products Liability | PSC Meetings and Conferences | |

**APPENDIX "C"**

Listing other attorneys whom I believe would be beneficial to leadership, in lieu of a separate nomination, with a single sentence explaining what unique expertise the individual brings as part of the proposed collective group.

1. Adam Krause, Krause & Kinsman, Kansas City, MO – Mr. Krause used to work for the pharmaceutical industry and working inside one of the biggest pharmaceutical companies allowed him to learn the inner workings of the pharma industry.
2. Ben W. Gordon, Levin Papantonio, Pensacola, FL – Mr. Gordon is on the settlement committee for the Taxotere MDL and has extensive knowledge in running and settling MDLs.