UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS   MDL NO. 2924
LIABILITY LITIGATION                  20-MD-2924

JUDGE ROBIN L. ROSENBERG

MAGISTRATE JUDGE BRUCE E. REINHART

_____/

APPLICATION OF LEE ALBERT
TO BE APPOINTED TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order #1 ("PTO 1"), Lee Albert, a partner at Glancy Prongay & Murray LLP ("GPM"), and counsel in the consumer class action case titled *Francis Neary v. Sanofi-Aventis U.S. LLC et al.*, No. 20-cv-80294, hereby seeks appointment to the Plaintiffs' Steering Committee ("PSC"). GPM has filed its complaint on behalf of Mr. Neary, asserting economic loss claims resulting from his purchases of over-the-counter Zantac, for violations of Consumer Protection Laws and economic losses resulting from the purchases.

I have spent the better part of the last thirty years representing businesses and consumers in individual and class action litigation with extensive experience litigating pharmaceutical, antitrust class, and consumer cases.[1] I have both the availability to commit the necessary time to

---

[1] I am admitted to the bars of the Commonwealth of Pennsylvania, the State of New Jersey since 1986. I received my Bachelor's (Elementary Education) and Masters (Special Education) degrees in 1975 and 1980, respectively, and began the practice of law in 1987 after eleven years of teaching. Upon graduation from law school, I spent several years working as a civil litigator representing individuals and in 2001 began representing individuals and businesses in cases brought as class actions.

Currently, I represent clients in all types of complex litigation including matters concerning violations of federal and state antitrust and securities laws, mass tort/product liability and unfair and deceptive trade practices. I was lead counsel and on the trial team that tried the case to verdict in *In re Korean Ramen Direct Antitrust Litig*. In the Northern District of California. My current cases include *In re National Football League Sunday Ticket Antitrust Litig.* (C.D. Cal.) (Executive Committee); *Staley v. Gilead Sciences, Inc.* (N.D. Cal.) (Executive Committee); *In re*

this case and GPM is willing to commit the necessary finances to this litigation. I have had a long history of working cooperatively with many firms, and if appointed to the Steering Committee, that I will continue to work cooperatively all involved.

GPM has offices in New York, Los Angeles, and Berkeley, CA. (see Appendix "A" for resume of GPM). GPM focuses primarily on class action litigation involving consumer fraud, antitrust, as well as fraud in the banking, securities and commodities industries. GPM has recovered over one billion dollars for consumers and investors and has developed substantial experience in dealing with the difficult issues that arise when suing large corporations, such as conducting mass-scale discovery. GPM has prominent roles in the largest nationwide consumer class actions. By concentrating on class action litigation, the firm avoids the conflicts of interest that arise from multi-faceted representation. Because expert testimony is integral to the outcome of litigation, the firm has developed strong working relationships with prominent consultants in the areas consumer fraud, marketing and economics.

I have extensive experience litigating complex class action cases in state and federal trial and appellate courts. (*See* Resume of Lee Albert in Appendix A at p. 18). In this case there are distinct plaintiff groups, including: consumer class plaintiffs (who purchased the medication and assert economic damages only) and personal injury plaintiffs (who allege harm from ingesting the medication). While these plaintiff groups have some overlapping interests that permit efficient coordination, they also present some distinct interests as well.

This case involves diverse Plaintiff groups, with differing interests, numerous Defendants, and complicated issues of fact and law. Appointment to the Steering Committee

---

*Actos End Payor Antitrust Litig.* (13-cv-9244 S.D.N.Y.) (Executive Committee); and I have worked in *In re Avandia Marketing, Sales Practices and Products Liability Litig.* (E.D. Pa.); *In re Ortho Evra Birth Control Patch Litig.* (N.J. Super. Ct., Middlesex County) where my clients were injured from medical products.

(GPM does not represent a physically injured plaintiff) will ensure the economically damaged plaintiffs cases are litigated efficiently and effectively for the benefit of that class.

These disparate groups of plaintiffs require representation on the PSC to properly assist in the prosecution of these distinct claims, to secure the correct allocation of any recovery, and as a protective measure against potential conflicts of interest between consumers and personal injury plaintiffs. The importance of having separate representation on the PSC will ensure fairness for all plaintiffs' groups.

The existence of separate counsel, provide adequate 'structural protections to assure that differently situated plaintiffs negotiate for their own unique interests. *Georgine v. Amchem Prods., Inc.*, 83 F.3d 610, 631(3d. Cir. 1996) (finding inadequate representation of different groups of plaintiffs where no such structural protections existed); *see also Amchem Prods., Inc. v. Windsor*, 521 U.S. 591, 627–28 (1997).

I respectfully request appointment to the PSC, however, in the event that I am not selected for membership on the PSC, I respectfully request adequate representation of all plaintiffs' groups on both the leadership as well as the PSC.

Respectfully submitted,

/s/Lee Albert
Lee Albert
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
lalbert@glancylaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on March 6, 2020, a true and correct copy of the foregoing was served on all counsel served on the persons listed on Schedule B of the Pretrial Order No. 1 and through this court's ECF system,

/s/Lee Albert
Lee Albert
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
lalbert@glancylaw.com