IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG |
| THIS DOCUMENT RELATES TO: ALL CASES | MAGISTRATE JUDGE<br>BRUCE E. REINHART |

### APPLICATION OF STEVEN NICHOLAS FOR PLAINTIFFS' STEERING COMMITTEE

I, Steven Nicholas, and Cunningham Bounds, LLC, apply for appointment to the Plaintiffs' Steering Committee (hereinafter "PSC") for MDL No. 2924 and in support thereof state as follows:

I have been a partner of Cunningham Bounds, LLC in Mobile, Alabama since 2007 and have 35 years' experience in complex litigation. Cunningham Bounds exclusively represents plaintiffs in personal injury and complex litigation. In evaluating any firm, it is most appropriate to look to independent, knowledgeable sources. The 2019 edition of *Chambers & Partners*, a publication that ranks law firms and lawyers in over 180 jurisdictions throughout the world, describes the firm as follows:

> Expert group of plaintiff attorneys with a long history of major trial victories in the areas of medical malpractice, wrongful death, personal injury, and product liability. Known for its frequent handling of nationwide class actions against significant national and international corporations. Capable of handling disputes related to environmental contamination, pension plans, and major fraudulent activity.

*Benchmark Plaintiff* listed the firm as one of the top five plaintiff's personal injury law firms in 2012 and in the top eight firms in America in 2013.[1] Cunningham Bounds is best known for its trial victories and has obtained numerous jury verdicts in excess of $100 million, and some in excess of $1 billion. A list of those significant verdicts can be found at www.cunninghambounds.com/results. I have primarily focused my practice on class action litigation and other complex litigation, including multi-district litigation. Since

---

[1] *Benchmark Plaintiff* was only published in 2012 and 2013.

joining Cunningham Bounds, I have exclusively represented plaintiffs in large and complex litigation matters.

I have significant experience in multi-district litigation, including serving in leadership roles as outlined on Exhibit B. A significant amount of my practice in the last several years has focused on the multi-district litigation involving the Deepwater Horizon catastrophe (2:10-md-2179). I served as a "second chair" on the Plaintiffs' Steering Committee ("PSC") and was on the litigation team. I was also initially on the written discovery committee and responsible for certain motion briefing in the litigation. I was involved in the initial limitation action pending in the Southern District of Texas, and successfully limited the scope of that defensive proceeding.

After the settlement of the case, I served on the appeals committee defending the *Deepwater Horizon* settlement before the trial court, the Fifth Circuit Court of Appeals, and the United States Supreme Court. I was heavily involved in opposing BP's efforts to disavow and/or rewrite the settlement at all levels. I was also active in assisting other counsel in the administrative appeal process that was established pursuant to the Settlement Agreement. In addition to those duties, I assisted in negotiations with the Claims Administrator regarding the construction of the Settlement Agreement, the wording of policies issued by the Claims Administrator in the implementation of that settlement, and the overall administration of the settlement. Finally, I was the partner in charge of handling over 8,000 claims and hundreds of lawsuits resulting in recovery of more than $1 billion for our law firm's clients.

In addition to mass tort experience, I have spent a significant amount of my career representing plaintiffs in large and complex cases. I will not list every trial but will highlight a couple of important matters. In 1991, I was co-trial counsel representing a South Alabama shipyard in litigation against RCA and General Electric. After a six-week trial in the United States District Court for the Southern District of Alabama, the jury awarded our client approximately $51.25 million. *Steiner Marine v. RCA Corp.*, Case No. 1:88-cv-558. Since that time, I have been lead trial counsel in multi-week trials involving construction

disputes, product liability cases, fraud cases, and other complex issues. I have been appointed class counsel in at least 20 certified classes in both federal and state courts. Most recently, I was co-lead class counsel in the matter of *Jones v. Singing River Hospital*, Case No. 1:14-cv-447, in the United States District Court for the Southern District of Mississippi, which resulted in a settlement of $149,950,000.

I understand the time commitment necessary to fulfill any responsibilities that arise in this litigation, and I am committed to fully meet that obligation. I have no further substantial commitments in the MDL matters listed on Exhibit B and my individual cases may be handled by others in the firm as needed.

One aspect of critical importance in managing any multi-district litigation is the ability of counsel to collaborate with other counsel. I have demonstrated my ability to work with other counsel in multi-district litigation, class actions involving multiple plaintiffs, and other matters. Additionally, I am the immediate past president of the Alabama Association for Justice and a former member of the Board of Governors of the American Association for Justice. This work fosters collaboration with other plaintiff's counsel and demonstrates an ability to work with other lawyers for the common good.

I fully understand the importance of being able to finance any litigation of this magnitude. My law firm typically funds its case expenses, including multi-district litigation assessments, out of operations. We have participated in the funding of significant litigation, including substantial funding requirements in *In re: Deepwater Horizon*. If needed, my firm currently has lines of credit in place well in excess of $10 million, and we are able to secure additional credit for specific cases when needed.

STEVEN NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
sln@cunninghambounds.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the ____ day of March, 2020, served a copy of the foregoing on all attorneys listed in Exhibit B of Pre-Trial Order #1 by U. S. mail, postage prepaid.

_____
STEVEN L. NICHOLAS