UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

### PLAINTIFFS' STEERING COMMITTEE AND PLAINTIFFS' EXECUTIVE COMMITTEE APPLICATION FOR MARCUS SUSEN, ESQ.

I. INTRODUCTION

My name is Marcus J. Susen and I am currently a Florida Board Certified Civil Trial Attorney licensed to practice in this Court and thoroughly familiar with your local rules. I graduated from Boston University in 2001 and attended Nova Southeastern University Law School where I earned a merit scholarship and graduated *magna cum laude* in 2009. Since then I have been practicing here in South Florida and am admitted to practice in the United States District Courts for the Southern, Middle, and Northern Districts of Florida.

While I will most likely be one of the younger attorneys applying for this committee, I have several years of experience in leading a Plaintiffs' Steering Committee (PSC) in the Bayer Essure birth control litigation pending in the Eastern District of Pennsylvania.

I believe that (1) my energy and enthusiasm; (2) experience in both initiating a consolidated litigation and leading its PSC in federal court; (3) familiarity with and proximity to this Court; and (4) experience in looking out for the interests of thousands of clients will be of great benefit to this litigation.

II. CONSIDERATIONS

(A.) *Willingness and availability to commit to a time-consuming project.*

First, I would describe my willingness to commit to this litigation as one who is ready to work "in the trenches." I routinely find myself not only trying cases and attending hearings but

also drafting complaints/discovery and document review. I am not only willing but excited to participate in this litigation- in any role this Court sees fit.

Moreover, my firm has an experienced mass tort staff and is available to commit substantial resources to this litigation. Our proximity to this Court will also serve as a benefit to the clients, PSC, and the Court as I will be available in person with little travel time or expense.

*(B.) Ability to work cooperatively with others.*

I pride myself on my ability to zealously serve my clients while being able to work with others, including not only committee members but also opposing counsels, courts, and their support staff. Also, it's important to have committee members that are able to express new ideas as opposed to just agreeing and going along. I believe one of the largest benefits I would bring to this committee would be my ability to think both independently and together with other committee members.

*(C.) Professional experience in this type of litigation.*

Most recently, I have been primarily practicing in the Eastern District of Pennsylvania where I am co-leading the consolidated Essure birth control litigation against Bayer. This co-lead position consisting of both a seasoned veteran and a younger counsel has proven to be a great benefit to the thousands of women injured in this litigation. The same tact in this litigation would allow for a diversity of ideas and approaches.

In the Essure consolidated litigation, I, along with my partner Justin Parafinczuk, drafted and filed the first complaint and discovery, participated in "science day" with the Court, argued all substantive motions (including complex motions involving federal preemption, choice of law, and summary judgment), conducted several depositions of key opinion leaders, retained and prepared experts, and participated in the bellwether selection process.

In addition, I have participated in several speaking engagements as it relates to medical devices and drugs at conferences such as Masters of Mass Torts, Mass Torts Made Perfect, and Harris Martins MDL Conferences- including most recently speaking on a panel regarding "Zantac: Identifying Cases and Injuries."

*(D.) Willingness to commit the necessary resources to pursue this matter.*

My firm is willing and able to commit the necessary resources in terms of both time and finances. Our familiarity and proximity to the Court will certainly benefit all plaintiffs and the PSC.

*(E.) Other relevant matters.*

My firm, Parafinczuk Wolf Susen, currently represents over 1,500 clients who have been diagnosed with cancer after ingesting Ranitidine and filed two of the earliest cases in this Court. Alongside my partner Justin Parafinczuk, I have talked with clients and consulted with several experts in Oncology and Epidemiology as it relates to this litigation. Our experience in talking with these clients and consultants will prove to be an invaluable resource for this committee and litigation. In short, if given the opportunity I am ready, willing, and able to undertake whatever PSC role the Court would deem appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all counsel listed on Schedule B of the Pretrial Order No. 1 in accordance with the email addresses provided.

Respectfully submitted,

**PARAFINCZUK WOLF SUSEN**
*Attorneys for Plaintiff*
110 East Broward Boulevard, Suite 1630
Fort Lauderdale, Florida 33301
Telephone: (954) 462-6700

By: /s/ Marcus Susen
MARCUS J. SUSEN, ESQ.
**Florida Board Certified Civil Trial Attorney**
Fla. Bar No.: 70789
MSusen@PWSLawFirm.com

Service: Pleadings@PWSLawFirm.com