UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)      MDL No. 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

                                                                             JUDGE ROBIN L. ROSENBERG
THIS DOCUMENT RELATES TO:    MAGISTRATE JUDGE BRUCE E. REINHART
ALL ACTIONS

## NOTICE OF FILING APPLICATION OF SCOTT FRASER TO SERVE ON PLAINTIFF STEERING COMMITTEE

       Please take notice that Attorney Scott Fraser of McDonald Worley, P.C. submits the attached application to participate on the Plaintiff Steering Committee, "PSC" pursuant to the Court's Pretrial Order No. 1 [Dkt. 13] entered on February 14, 2020.

Dated: March 6, 2020                          Respectfully submitted,
                                                         */s/ Scott Fraser*
                                                          Scott Fraser
                                                          **MCDONALD WORLEY, P.C.**
                                                          1770 St. James Place
                                                          Houston, TX 77056
                                                          T: (713) 523-5500
                                                          F: (713) 523-5501
                                                          scott@mcdonaldworley.com

                                                          *Counsel for Plaintiff*

## **PLAINTIFF STEERING COMMITTEE "PSC"  APPLICATION**

Pursuant to Pretrial Order No. 1, I respectfully apply to serve on the Plaintiff Steering Committee "PSC" for the matter In Re: Zantac (Ranitidine Products Liability Litigation), MDL No. 2924, 20-MD-2924.  It would be an honor to work with Judge Robing L. Rosenberg, Magistrate Judge Bruce E. Reinhart and Professor Jaime Dodge along with the members of the Census and Practice Committees.

I am an attorney with McDonald Worley, P.C. and my practice focuses on products liability, and mass tort litigation. Our firm has experience in mass tort leadership positions, and we have served as committee members for science, depositions, and document review projects. Therefore, we are very familiar with MDL pre-trial procedures, organization, and the need for effective communication between the Court, other PSC members, and law firms that rely on our leadership. We plan to advocate for the interests of all Plaintiffs in this litigation, while at the same time work cooperatively with this Court and its Court Members. I am an active member of the Texas Bar and in good standing since 2014.  My firm and I bring commitment, resources, experience and energy. I would be honored to work with this Court.

I have been fortunate to be included as a PSC committee member in the hernia mesh litigation located in the USDC Southern District of Ohio Eastern Division (referring to: In Re: Davol, Inc./C.R. Bard, Inc. Polypropylene Hernia Mesh Product Liability Litigation). There, I worked on the science committee, depositions, and document review. I dedicated hundreds of hours of my time to this litigation to ensure it was successful for all Plaintiffs. One of our cases was selected as a bellwether trial case. We worked diligently with the Court, our experts, and other committee members to build a strong and representative case in that litigation. Ultimately, the case reached a resolution, but we were prepared for trial. This is one recent example of MDL trial experience.

In addition to the Ohio Hernia Mesh Litigation, our firm is also a PSC committee member in the Ethicon Physiomesh, Proceed, and Prolene Hernia System mesh cases in New Jersey (referring

to In Re: Proceed Mesh Litigation in the Superior Court of New Jersey Law Division: Atlantic County Master Case No. ATL-L-794-19). There, I am actively working on the document review of important Ethicon custodial files, and working with the deposition team to gather trial/deposition exhibits. I enjoy the challenge of finding important documents which advance the litigation and liability story for Plaintiffs.

Before my substantial involvement in hernia mesh, I was actively involved in the Transvaginal Mesh ("TVM") MDL litigation. In the In Re: Mentor Corp. Obtape Transobturator Sling Products Liability litigation (MDL Case No. 2004) in USDC for the Middle District of Georgia Columbus Division, our firm worked on the science committee, depositions, and other pre-trial litigation teams. Our pre-trial work in this litigation, along with the other TVM MDL consolidated cases in the Southern District of West Virginia before the honorable Judge Joseph R. Goodwin, led to the effective resolution of over 100,000 TVM cases. My firm took a lead role in the settlement resolution of over 40,000 of the above-mentioned cases. This required strong organization skills, strong communication skills, and the need for effective legal counseling for all clients involved. I also assisted in the drafting of Master Settlement Agreements and have a strong understanding of settlement processes and MDL settlement clauses that aid in the effective resolution of cases between Plaintiffs and Defendants. These skills would be valuable in this Zantac litigation when it comes time to drafting of fair case management orders, short form complaints, and plaintiff fact sheets. Should the volume of cases in this litigation expand substantially, my case management skills would be valuable to this Court and Plaintiffs across the country.

In conclusion, I respect any decision from his Court regarding my application to be a member of the Zantac litigation. I am confident that my experience with Bellwether trials, MDL discovery, case management, organization, and understanding of settlement processed would be valuable to this litigation and to Plaintiffs across the country. Further, our firm is willing to commit a substantial amount of time and resources to pursue this matter.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2020, a true and correct copy of the foregoing **NOTICE OF FILING APPLICATION TO SERVE ON PLAINTIFF STEERING COMMITTEE FOR SCOTT FRASER** was electronically filed with the Clerk of the Court and served using the CM/ECF system.

Respectfully submitted,
*/s/ Scott Fraser*
Scott Fraser
**MCDONALD WORLEY, P.C.**
1770 St. James Place
Houston, TX 77056
T:  (713) 523-5500
F:  (713) 523-5501
scott@mcdonaldworley.com

*Counsel for Plaintiff*

**APPENDIX A**

All State and Federal Zantac cases in which you've appeared as counsel:

- 2:20-cv-00069 Chapa v. Boehringer Ingelheim Pharmaceuticals, Inc et al
- 5:20-cv-00035 Ellis v. Boehringer Ingelheim Pharmaceuticals, Inc. et al

**APPENDIX B**

**Hernia Mesh:**

- MDL No. 2846 | In Re: Davol, Inc./C.R. Bard, Inc., Polypropylene Hernia Mesh Products Liability Litigation. Presiding Judge Honorable Edmund A. Sargus, Jr.. Phone: (614) 719-3240. Work performed: Science, Depositions, Experts, Document Review.

- MCL Case No. 630 | In Re: In re Proceed Mesh Litigation (Proceed Surgical Mesh and Proceed Ventral Patch Hernia Mesh), Superior Court of New Jersey Law Division, Atlantic County. Presiding Judge John C. Porto, Phone: 609-402-0100. Work performed: Document Review.

**Transvaginal Mesh MDLs:**

- MDL No. 2004 | In Re: Mentor Corp. Obtape Transobturator Sling Products Liability litigation in USDC for the Middle District of Georgia Columbus Division. Presiding Judge Clay D. Land, Phone: (706) 227-1094. Work performed: Science, Depositions, Experts.

- MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation in the USDC Southern District of West Virginia. Presiding Judge Joseph R. Goodwin, Phone: (304) 347-3000. Work performed: Depositions, Settlement.

- MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation in the USDC Southern District of West Virginia. Presiding Judge Joseph R. Goodwin, Phone: (304) 347-3000. Work performed: Depositions, Settlement.

- MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation in the USDC Southern District of West Virginia. Presiding Judge Joseph R. Goodwin, Phone: (304) 347-3000. Work performed: Depositions, Settlement.

- MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation in the USDC Southern District of West Virginia. Presiding Judge Joseph R. Goodwin, Phone: (304) 347-3000. Work performed: Settlement.

- MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation in the USDC Southern District of West Virginia. Presiding Judge Joseph R. Goodwin, Phone: (304) 347-3000. Work performed: Settlement.