**UNITED STATES DISCTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 |
| | **JUDGE ROBIN L. ROSENBERG** **MAGISTRATE JUDGE BRUCE E. REINHART** |
| _____/ | |

**THIS DOCUMENT RELATES TO: ALL CASES**

## THEODORE J. LEOPOLD'S NOTICE OF FILING APPLICATION FOR LEADERSHIP POSITION OR TO SERVE ON PLAINTIFFS' STEERING COMMITTEE

Please take notice that Attorney Theodore J. Leopold of Cohen Milstein Sellers & Toll PLLC submits the attached application for a leadership position or to serve on the Plaintiffs' Steering Committee pursuant to the Court's Pretrial Order No. 1 [Dkt. 13] entered on February 14, 2020.

Dated: March 6, 2020

Respectfully submitted,

/s/Theodore J. Leopold
Theodore J. Leopold
Florida Bar No. 705608
tleopold@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
(561) 515-1400 Telephone
(561) 515-1401 Facsimile

*Counsel for Plaintiffs Julio C. Bernardo, Schawarner Marie Carron, Howard Hager, Joseph Lucero, Carol Phillips, Isaac Musighi, Thermon Whitley, Jackie Wilson, and Dale Winther*

# **THEODORE J. LEOPOLD'S APPLICATION FOR LEADERSHIP POSITION OR TO SERVE ON PLAINTIFFS' STEERING COMMITTEE**

I, Ted Leopold, am the Co-Chair of Cohen Milstein's Complex Tort Litigation and Consumer Protection practice groups. As discussed below, I possess the necessary qualities to serve on in a leadership or on the Plaintiffs' Steering Committee for this important litigation.

## A. WILLINGNESS AND AVAILABLITY TO COMMIT TO A TIME-CONSUMING PROJECT

As demonstrated in my more than 30 years in practice, I do not shy away from hard and time-consuming work. In countless cases I have taken on large multinational corporations as sole or co-lead counsel and successfully prosecuted my clients' claims. For instance, in an individual products liability case against the Japanese and American Takata companies, (15-CA-377 Div. CV-E (Fla. 4th Jud. Cir. Duval Cty.)), I uncovered evidence that Takata concealed the defective nature of its airbag system for more than a decade—evidence that had not been discovered in numerous other individual lawsuits or the ongoing MDL. That discovery and my other work on the case helped lead to the successful resolution of both my individual case and the other cases.

My willingness to commit to time-consuming projects is also demonstrated by my work in the *In re: Flint Water Cases*, a group of consolidated class actions and mass tort cases in which I have been appointed Co-Lead Class Counsel. The case comprises one of the most significant environmental toxic tort class actions and mass tort cases in recent history after the malfeasance of the State of Michigan, the City of Flint, and private engineering firms contaminated the water of over 100,000 Flint citizens. I have been actively engaged in all aspects of the litigation of that action, including working closely with the court-appointed Special Master to develop and use various complex Census Templates for the collection, organization, and analysis of claims and damages data.

Despite my lead role in the *Flint Water Cases* and other matters set forth below, I am ready and able to commit the necessary time to protect the rights of Plaintiffs this litigation.

## B. ABILITY TO WORK COOPERATIVELY WITH OTHERS

The successful resolution of mass actions requires that the attorneys involved, on both sides of the aisle, work cooperatively with each other. Indeed, our ethical obligations to our clients, the Court, and the Bar require it. I pride myself on maintaining my professionalism and bridging the gap that can arise when zealous advocates dig their heels in and become reluctant to compromise or negotiate.

My ability to work cooperatively with others has been developed through years of experience litigating large cases with large numbers of attorneys. I have managed complicated cases that required

1

coordinating the work of multiple attorneys. This is exemplified by my work in the *Flint Water Cases* and many others, including the *Carey, et al. v. E.I. Du Pont de Nemours*, which included consolidated class actions and personal injury claims related to PFAS contamination of Cape Fear River in North Carolina. I am Co-Lead Class Counsel in *Carey* and must direct the course of litigation and work cooperatively with a variety of other attorneys, encouraging them to work cooperatively with each other and opposing counsel. I welcome the opportunity to do the same in this case.

### C. PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION

My professional experience in this type of mass tort litigation involves leadership roles in multiple mass actions – MDLs, complex class actions, and significant personal injury cases. In addition to the cases discussed above, these include:[1]

- *In re: Chiquita Brands International, Inc. Alien Tort Statute and Shareholders Derivative Litigation*, 0:08-md-01916 (S.D. Fla.): I am lead trial lawyer in an action representing hundreds of family members of the trade unionists, banana workers, political organizers, activists and others killed by the Autodefensas Unidas de Colombia (AUC). Plaintiffs allege that the deaths of their relatives were a direct and foreseeable result of Chiquita's financial support of the AUC, which has been designated by the United States as a foreign terrorist organization. The case is proceeding under Colombian law against Chiquita and under the U.S. Torture Victim Protection Act against individual Chiquita executives and board members.

- *In re Caterpillar, Inc., C13 and C15 Engine Products Liability Litigation*, MDL No. 2540, 1:14-cv-03722 (JBS)(JS) (D.N.J.): I served as co-lead counsel in a class action on behalf of 22 trucking and transportation operations, many family-owned, alleging that defective engines sold by Caterpillar left passengers stranded and unduly delayed the transportation of goods. Cohen Milstein was instrumental in negotiating the $60 million settlement on behalf of class members whose engines' exhaust emission system defects resulted in power losses and shutdowns that prevented or impeded class members' vehicles from transporting goods or passengers.

- *Cole v. Ford Motor Co.*, Civ. No. 12-0076 (Miss.1st Jud. Dist. of Jasper Cty.):  I obtained a $131 million jury verdict against Ford Motor Company in an Explorer rollover case, the ninth-largest verdict against an automobile company in U.S. history.

- In the *In re: Bridgestone/Firestone and Wilderness Tires Products Liability Litigation*, products liability MDL, 00-9373-C-B/S, MDL No. 1373 (S.D. Ind.): I was a member of the settlement committee and helped successfully negotiate a large settlement for the plaintiffs.

- *Quinteros, et al. v. DynCorp*, I07-cv-1042 (D.D.C.): I directed discovery and litigation in this mass action on behalf of 2,000 Ecuadorians who were injured and suffered property damage as a result of the aerial spraying of toxic herbicides on or near their land. I was also first chair when trying a handful of bellwether claims and led the settlement negotiations that ultimately resolved the entire action.

---

[1] For a more fulsome bio, please see https://www.cohenmilstein.com/professional/theodore-j-leopold.

- *Herrera, et al. v. JFK Medical Center LP et al.*, Case No. 8:14-cv-02327-JSM-TBM (M.D. Fla.), I was lead counsel in an injunctive relief class action that changed the way HCA hospitals in Florida bill radiological services for patients covered under Florida Personal Injury Protection (PIP) insurance. The value to class members was assessed at $220 million.

My relevant experience is not limited to litigation. For the past 20 years, I have been on the board of the Attorneys Information Exchange Group ("AIEG"), a group in which attorneys share discovery for the collective benefit of their clients and the public in general. It is this type of free and cooperative exchange of information that is important in an MDL. I also previously served as President of Public Justice Foundation, one of the nation's preeminent litigation and advocacy organizations fighting for consumers through precedent-setting and socially significant individual and class action litigation.

I was also nominated for "Trial Lawyer of the Year" by the Public Justice Foundation for my groundbreaking litigation in *Chipps v. Humana*, one of the first managed care cases in the country, in which I revealed at trial the dark methods by which claims were processed. This case and my work are the basis for the movie *Damaged Care*. My work has been repeatedly featured in The National Law Journal's "Top Verdicts of the Year."

### D. WILLINGNESS TO COMMIT THE NECESSARY RESOURCES TO PURSUE THIS MATTER

For over 45 years, my firm, Cohen Milstein Sellers & Toll PLLC—a 100+ lawyer firm based in Washington, D.C. and five other cities including Palm Beach Gardens, Florida—has been one of the nation's leading plaintiffs' class action firms. The firm has litigated some of the nation's most complex class cases and has recovered billions of dollars in damages for individuals, small businesses, institutional investors, and employees. Cohen Milstein is also at the forefront of numerous innovative legal actions that are expanding the quality and availability of legal recourse for aggrieved individuals and businesses both domestic and international. Over its history, Cohen Milstein has obtained many landmark judgments and settlements for individuals and businesses in the United States and abroad. The firm has been recognized by *The National Law Journal* as "Elite Trial Lawyers." Additionally, I am consistently recognized by leading publications such as The Best Lawyers in America.

I would be pleased and honored to serve as Plaintiffs' Co-Lead Counsel, as a member of this Court's Plaintiffs' Steering Committee, or on whatever committees this Court appoints me to serve.

Dated: March 6, 2020                             Respectfully submitted,

/s/Theodore J. Leopold
Theodore J. Leopold

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system.

s/Theodore J. Leopold
Theodore J. Leopold
Florida Bar No. 705608
tleopold@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
(561) 515-1400 Telephone
(561) 515-1401 Facsimile
