| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2924<br>Civil Action No. 9:20-md-2924<br>Judge Robin J. Rosenberg |

**THIS DOCUMENT RELATES TO: ALL CASES**

## NOTICE OF FILING OF APPLICATION TO APPOINT ROOPAL P. LUHANA TO PLAINTIFFS' LEADERSHIP

     Attorney Roopal P. Luhana, Esq. submits the following application for appointment to the Plaintiffs' Leadership.

Dated: March 6, 2020

Respectfully submitted,

**CHAFFIN LUHANA LLP**

By: /s/ Roopal P. Luhana
    Eric T. Chaffin, Esq.
    Roopal P. Luhana, Esq.
    600 3rd Ave, Flr. 12
    New York, NY 10016
    Tel.: (888) 480-1123
    Fax: (888) 499-1123
    chaffin@chaffinluhana.com
    luhana@chaffinluhana.com

## APPLICATION TO APPOINT ROOPAL P. LUHANA
## TO PLAINTIFFS' LEADERSHIP

Chaffin Luhana LLP, on behalf of its over 1,700 clients who have suffered cancer allegedly caused by Zantac (ranitidine), respectfully requests that this Honorable Court appoint Roopal P. Luhana, Esquire, to the Zantac MDL Plaintiffs' Leadership. Chaffin Luhana represents Suzanne Finer, an injured Zantac plaintiff diagnosed with bladder cancer, whose case is pending in the Zantac MDL. The Firm anticipates filing many additional Zantac cases in this MDL.

Ms. Luhana is particularly suited to serve on Plaintiffs' Leadership based on her past experience and role at her Firm. As a founding partner of Chaffin Luhana LLP, Ms. Luhana focuses her practice on representing injured consumers in pharmaceutical and product liability mass tort litigation every day. She and her law partner, Eric Chaffin, a former EDNY federal prosecutor and former defense attorney at Reed Smith, started Chaffin Luhana in 2010. The firm now has 9 lawyers and over 30 support staff with offices in three cities, including New York City, Pittsburgh, PA, and Weirton, WV.

Ms. Luhana is an immigrant and first-generation lawyer who prides herself in hard work and compassionate representation of her clients. She manages the Firm's mass tort cases and team. She regularly organizes, analyzes, streamlines, litigates, and settles thousands of mass tort cases in MDLs, state coordinated proceedings, and independently with companies privately before suit. Ms. Luhana learned how to manage mass tort dockets as a law clerk to Judge Marina Corodemus (Ret.), who at the time was the only NJ mass tort judge. Ms. Luhana's clerkship gave her firsthand access to Judge Corodemus and the issues of managing large dockets of mass tort cases and addressing efficiencies early on in litigation to move cases forward expeditiously and efficiently. Ms. Luhana worked closely with Judge Corodemus to develop case management orders and strategies to help manage and resolve cases.

Ms. Luhana is a frequent lecturer on mass torts including Zantac. She was also a Panelist on the Duke Law Conference Panel for Women and Minorities in Leadership and assisted in drafting the MDL Best Practices for federal judges. Ms. Luhana is well-versed in the Manual on Complex Litigation and has the breadth of knowledge and experience to help move this Litigation forward.

For nearly two decades, Ms. Luhana has litigated numerous MDLs, and has been appointed to serve on Plaintiffs' Executive and Steering Committees where she has developed valuable

experience working on a multitude of critical MDL issues, including ESI and discovery matters, law and briefing, science and experts, and data analytics, to name a few. *See* Appendix B.

Ms. Luhana and her law partners have built a firm around core values that differentiate the Firm from others. In 2010, they founded the Chaffin Luhana Foundation based on their guiding principle "Doing Good by Doing Right," to build on the values of integrity and resilience instilled in them by their hardworking parents. The Foundation supports community empowerment through the endowment of funds to deserving recipients, the creation of community-based enrichment projects, and the support of important scientific research that meaningfully impacts the under-privileged and sick in society. *See* Biographies of Roopal P. Luhana, Eric T. Chaffin, and Kendra Goldhirsch, attached as Appendix D.

The factors for selection of counsel that are set forth in the Court's February 14, 2020 Pre-Trial Order No. 1, support appointing Ms. Luhana to Plaintiffs' Leadership in this litigation.

1. **Willingness and Ability to Commit to a Time-Consuming Process**

Ms. Luhana is abundantly aware of the personal time commitment necessary to litigate complex pharmaceutical cases such as this one and, along with her colleagues at Chaffin Luhana, is willing and able to commit the time and effort necessary to see this litigation to a successful resolution. Her work on other MDLs has recently concluded and she can devote the necessary time and resources to the Zantac MDL. Ms. Luhana and her Firm have a proven track record of providing their skills, diverse experience, time and commitment in the MDLs she had been involved in. Importantly, Ms. Luhana and her firm are discerning about litigation they participate in and once engaged, commit fully to the litigation. *See*, *e.g.*, *In Re: Denture Cream Prods. Liab. Litig.*, MDL No. 2051 (S.D. Fl.); *In Re: Initial Public Offerings Securities Litigation*, Master File No. 21 MC 92 (S.D.N.Y.) (Ms. Luhana worked on every aspect of litigation from initial orders, complaints, discovery including fact and expert discovery, motion practice including Daubert hearings and class certification); *see* Appendix B.

2. **Ability to Work Cooperatively with Others**

As demonstrated by the numerous MDLs Ms. Luhana and the other attorneys at Chaffin Luhana have been involved in, they work very cooperatively with others. *See* Appendix B.

Moreover, Ms. Luhana has already begun analyzing the nuanced issues in the Zantac MDL. By Order dated February 24th, 2020, this Court appointed her to the Practices and Procedures Team (the "Team"). Since the appointment, Ms. Luhana has been diligently and cooperatively working with the Team on a daily basis with the guidance of Professor Jaime Dodge to draft key

2

initial pre-trial and case management orders, the position statement, and other steps to manage and streamline the litigation as it moves forward.

### 3. Professional Experience in this Type of Litigation

Ms. Luhana has extensive professional experience in this type of litigation. Her MDL experience includes, most recently, serving on the PEC in *In Re: Sorin 3T Heater-Cooler System Prods. Liab. Litig. (No. II),* MDL No. 2816, which is largely resolved (in record time). Ms. Luhana was one of two women Judge David Herndon appointed to the PSC in *In Re: Yasmin and Yaz (Drospirenone) Mkt., Sales Prac. and Prods. Liab. Litig.*, MDL No. 2011, which resolved over 18,000 cases. When Chaffin Luhana served as Co-Lead Counsel in *In Re*: Denture Cream *Prods. Liab. Litig.*, MDL No. 2051 and Co-Liaison Counsel in the collateral state court litigation, Ms. Luhana served as the Chair of the Law & Briefing Committee, worked on the science and closely with the experts, and was one of three members of the plaintiff settlement committee that negotiated a national Memorandum of Understanding ("MOU") resolving cases in federal and state courts against the main manufacturer, *see* Appendix B.

### 4. Willingness to Commit the Necessary Resources to Pursue this Matter

Ms. Luhana and her Firm have the resources to commit to the Zantac MDL. Chaffin Luhana is a well-established, well-capitalized and highly respected law firm, with highly experienced attorneys and support staff. The firm's high-quality legal team collectively has over 90 years of experience and its attorneys have recovered over $1 billion for injured plaintiffs in a wide-variety of mass torts over their careers. The firm is well-prepared to handle the extensive anticipated work that will be required in this MDL, which Ms. Luhana has already been handling as part of the Practices and Procedures Team.

### CONCLUSION

Ms. Luhana and Chaffin Luhana are committed to this litigation on behalf of its over 1,700 clients (so far). Ms. Luhana and her firm have the interest and necessary skills, track record, and capital to advance this litigation in a timely and effective manner, and Ms. Luhana's unique background and skills make her particularly well-suited to serve as Plaintiffs' Co-Lead Counsel or as a member of this Court's Plaintiffs' Steering Committee (or Plaintiffs' Executive Committee if the Court creates one).

Dated: March 6, 2020                                    Respectfully submitted,

                                                **CHAFFIN LUHANA LLP**

By: /s/ Roopal P. Luhana
Eric T. Chaffin, Esq.
Roopal P. Luhana, Esq.
600 3rd Ave, Flr. 12
New York, NY 10016
Tel.: (888) 480-1123
Fax: (888) 499-1123
chaffin@chaffinluhana.com
luhana@chaffinluhana.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that on March 6, 2020, a true and correct copy of the foregoing was served on all counsel listed on Schedule B of the Pretrial Order No. 1 in accordance with the email addresses provided.

                                          **CHAFFIN LUHANA LLP**

                                          By: /s/ Roopal P. Luhana
                                            Eric T. Chaffin, Esq.
                                            Roopal P. Luhana, Esq.
                                            600 3rd Ave, Flr. 12
                                            New York, NY 10016
                                            Tel.: (888) 480-1123
                                            Fax: (888) 499-1123
                                            chaffin@chaffinluhana.com
                                            luhana@chaffinluhana.com