# APPENDIX A

## **List of Zantac Cases**

Roopal P. Luhana, Esq. has appeared in the following filed Zantac cases:

- *Finer v. Boehringer Ingelheim, et al.*, Civil Action No. 9:20-cv-80302.