# APPENDIX B

**List of Roopal P. Luhana's MDL and Related Experience**

Roopal P. Luhana, Esq., founding partner of Chaffin Luhana LLP, has litigated numerous MDLs, complex class actions, and consolidated litigations for seventeen years, including:

1. *In re: Sorin 3T Heater-Cooler System Prods. Liab. Litig. (No. II)*, MDL No. 2816 (M.D. Pa.)
    - Presiding Judge: John E. Jones, III
    - Phone number: (717) 221-3986
    - Type of litigation: medical device MDL
    - Extent of current time commitment: None. PEC work has been completed and most of the MDL cases have settled
    - Appointed to Plaintiffs' Executive Committee for a medical device MDL
    - Participated in CMCs and Plaintiffs' leadership case strategy meetings and calls, and general settlement meetings
    - Negotiated the ESI protocol
    - Negotiated and resolved Privilege Log issues
    - Worked with various experts on case specific reports
    - Analyzed document discovery to prepare deposition materials
    - Drafted and reviewed joint reports and CMOs
    - Majority of settled cases resolved in less than 2 years.

2. *In Re: Yasmin and Yaz (Drospirenone) Mkt., Sales Prac. and Prods. Liab. Litig.*, MDL No. 2011 (S.D. Il.)
    - Presiding Judge: David Herndon (Ret.)
    - Phone number: (618) 973-0778
    - Type of litigation: pharmaceutical MDL
    - Extent of current time commitment: None. PSC work has been completed and MDL has settled
    - One of two women appointed by Judge David Herndon to the Plaintiff Steering Committee
    - Worked on Plaintiffs' Science Committee to assess, analyze and present body of literature including clinical trials, studies and general literature to support experts
    - Negotiated and settled significant injury cases outside settlement matrix for individual clients directly with Judge Herndon, defense counsel, and Special Master Randi Ellis (phone number (225) 803-1413)
    - Deposition preparation for important defense employees
    - Reviewed custodial files for key defense employees, scientists and experts
    - Participated in CMCs and Plaintiffs' leadership case strategy meetings and calls
    - Resulted in the settlement of over 18,000 cases

3. *In Re: Denture Cream Prods. Liab. Litig.*, MDL No. 2051 (S.D. Fl.)
    - Presiding Judge: Cecilia M. Altonaga
    - Phone number: (305) 523-5510
    - Extent of current time commitment: None. MDL resolved.

- Type of Litigation: Over-the-Counter product MDL
- Chaired the Law and Briefing Committee and Settlement Committee that negotiated a Memorandum of Understanding that resolved nearly all cases in federal and state courts against GSK
- Worked on every aspect of litigation from initial orders, complaints, discovery including fact and expert discovery including taking and defending expert depositions and taking liability depositions, as well as extensive motion practice including Daubert hearings
- Retained experts in the relevant disciplines, worked with experts to prepare reports and handled expert depositions
- Related State Court Action: *In re Denture Adhesive Cream Litigation*, Mass Tort Program, June Term 2009, No. 4534 (Pa. Com. Pl.).

4. *In Re: Initial Public Offerings Securities Litigation*, Master File No. 21 MC 92 (S.D.N.Y.)
    - Judge: Shira Sheindlin (Ret.)
    - Phone number: Stroock & Stroock & Lavan LLP (212) 806-6006
    - Type of litigation: 300 coordinated securities class actions
    - Extent of current time commitment: None. Class action settled.
    - Largest securities class action in history, consisting of more than 300 coordinated actions.
    - Streamlined and effectively used voluminous data sets to support the underlying fraud allegations against the investment banks and issuers
    - Worked on every aspect of litigation from orders, complaints, discovery including fact and expert discovery (including liability depositions and issuer interviews), written motion practice including class certification motions and appeals
    - $586 million settlement

5. *In Re: Guidant Defibrillators Prods. Liab. Litig.*, MDL No. 1708 (D. Mn.)
    - Presiding Judge: Donovan W. Frank
    - Phone number: (651) 848-1294
    - Type of litigation: medical device MDL
    - Extent of current time commitment: None. Committee work has been completed and MDL has settled
    - Worked on Discovery Committee including document review and discovery motions
    - Coordinated and worked on whistleblower's deposition
    - MDL resolved for $195 million.

6. *Watson v. Dell Inc.*, Civil Action No. C-05-5200-RBL (W.D. Wa.)
    - Judge: Ronald B. Leighton
    - Phone number: (253) 882-3840
    - Type of litigation: consumer class action
    - Extent of current time commitment: None. Class action settled.
    - Class action on behalf of Dell customers nationwide, alleging that the defendants' practices caused consumers to incur excess finance charges and late fees.
    - Worked on initial pleadings and participated in negotiations that led to settlement

7. Clerked for Judge Marina Corodemus (Ret.)
    - Judge: Marina Corodemus (Ret.)
    - Phone number: Corodemus & Corodemus (732) 603-0005
    - Type of litigation: NJ Multi-County Litigation
    - Developed case management orders and strategies to help manage and resolve consolidated mass tort proceedings in New Jersey state court cases
    - Prepared bench memoranda, assisted in drafting opinions, and coordinated and facilitated discussions between counsel and the Court
    - *Talalia v. Cooper Tire* (National Class Action) (N.J. Super. Ct. Law Div.), *In re: Propulsid Litigation*, Mass Tort Case Code 247 (N.J. Super. Ct. Law Div.), and *In Re Toms River Tort Litigation,* Mass Tort Case Code 248. (N.J. Super. Ct. Law Div.).