# APPENDIX C

## Other Attorneys Chaffin Luhana Supports for Leadership Positions

| Attorney Name | Firm Name | City/State | Statement of Attorney Experience or Qualifications |
|---|---|---|---|
| Tracy Finken | ANAPOL WEISS | Philadelphia, PA | Appointed to this Court's Census Team, Tracy is a team player and hard worker who knows the science well. |
| Michael McGlamry | POPE McGLAMRY | Atlanta, GA | Appointed to this Court's Census Team, Mike is collegial and has been essential in coordinating the work with the Practices and Procedures Team and Census Team. |
| Daniel Nigh | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY PROCTOR, P.A. | Pensacola, FL | Appointed to this Court's Census Team, Daniel is thoughtful and brings great insight from his involvement in the Valsartan Litigation to the science in this case. |
| Adam Pulaski | PULASKI & KHERKHER | Houston, TX | Appointed to this Court's Census Team, Adam is easy to work with and extremely helpful with his macro-level view of the case. |
| Robert Gilbert | KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT | Coral Gables, FL | As a member of this Court's Practices and Procedures Team, Robert is essential in guiding us in effectively communicating with the Court and has expertise with class matters. |
| Mikal Watts | WATTS GUERRA LLP | San Antonio, TX | As a member of this Court's Practices and Procedures Team, Mikal is a seasoned litigator who is tactical and has been very effective in tackling issues that have arisen. |

| Brent Wisner | BAUM HEDLUND AIRSTEI GOLDMAN | Los Angeles, CA | As a member of this Court's Practices and Procedures Team, Brent had been actively engaged in organizing the litigation, is energetic and knows the science very well. |
|---|---|---|---|
| Jennifer Moore | MOORE LAW GROUP | Louisville, KY | Jennifer is an experienced trial attorney, who successfully tried the first federal Roundup case. She has helped organize this case from the beginning and has been a consensus builder. |
| Steven Maher | THE MAHER LAW FIRM | Winter Park, FL | Steven and I worked cooperatively and collaboratively together on the Yaz PSC. He tried a state court Actos bladder cancer case and his experience will be helpful and will assist in moving this litigation forward. |
| Ricardo M. Martinez-Cid | PODHURST PRSECK, P.A. | Miami, FL | I met Ricardo at the beginning of this case when it was getting organized. He is collaborative and well-versed in class matters. |
| Kristine Kraft | SCHLICHTER, BOGARD & DENTON, LLP | St. Louis, MO | In the Yaz MDL, I worked with Schlichter, Bogard & Denton, LLP attorneys, Kristine Kraft, who was appointed to the Science and Discovery Committee, and Roger Denton, who was appointed to the PSC. They were instrumental in navigating the issues with the court, managing the docket, and achieving a resolution of the Yaz litigation. |