# APPENDIX D

**Roopal P. Luhana, Founder/Partner, Chaffin Luhana**

Roopal P. Luhana is a founding Partner of Chaffin Luhana. Ms. Luhana's parents migrated their family from India to the United States when Ms. Luhana was 5 to give their children a better life. Ms. Luhana's parents instilled a strong work ethic, drive, and compassion in her from an early age. Those values are consistent with what Ms. Luhana does in her practice every day. Since joining the private sector, Ms. Luhana's practice focuses on representing injured consumers in mass tort, product liability, and catastrophic personal injury litigation. In 2010, Ms. Luhana co-founded the firm as a national plaintiffs-only law firm with Partner Eric Chaffin.

Ms. Luhana has been recognized by the courts for her commitment to women's causes. She was a featured panelist at the 2017 Duke Law Conference to discuss, "Increasing the Number of Women and Minority Lawyers Appointed to Leadership Positions in Class Actions and MDLs" and has been involved in drafting Multi-District Litigation (MDL) Best Practices for federal judges.

Ms. Luhana also served as one of only two court-appointed women on the Plaintiff Steering Committee in the *In Re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation* in the Southern District of Illinois. Ms. Luhana further worked closely with the firm's female clients and co-counsel on transvaginal mesh injury cases, including those that involved the Bard Avaulta Mesh, Mentor Sling, and the Gynecare Prolift.

Ms. Luhana manages the Firm's mass tort cases and team. Over the course of her career, Ms. Luhana has served on committees in other MDLs involving over-the-counter consumer products and defective pharmaceuticals and medical devices, including the Discovery Committee in the Guidant MDL. Most recently, she served on the Plaintiffs' Executive Committee in *In re: Sorin 3T Heater-Cooler System Prods. Liab. Litig. (No. II)*, MDL No. 2816, MDL, which is largely resolved (in record time). She was also extensively involved in the denture cream litigation in federal and state courts and served as the Chair of the Law & Briefing Committee in the federal Denture Cream MDL.

Further, Ms. Luhana has litigated a number of significant nationwide class actions. For example, she served as class counsel in the *In Re: IPO Securities Litigation*, which recently settled for $586 million, and was also class counsel in the ETS nationwide litigation, which resulted in an $11.1 million settlement for teaching candidates who were inaccurately scored on PPLT tests. Additionally, she served as class counsel in a national consumer fraud action against IBM, resulting in a $35 million settlement for purchasers of defective IBM hard drives.

Prior to practicing as a plaintiffs' trial lawyer, Ms. Luhana gained invaluable experience as a law clerk for the now-retired Judge Marina Corodemus who was the Mass Tort Judge of New Jersey. Judge Corodemus helped shape the way Ms. Luhana practices law by teaching her to be a strong, but fair and balanced voice for victims. While clerking for Judge Corodemus, Ms. Luhana managed thousands of mass tort cases and various class actions. She also worked closely with the judge to develop case management orders and strategies for efficiently and effectively managing and resolving cases.

1

Ms. Luhana resides with her family in Brooklyn, New York. When Ms. Luhana is not working on cases or with her clients, she enjoys spending time with her husband and two daughters.

**Additional Plaintiff Successes**

- Plaintiffs' Executive Committee Member in *In re: Sorin 3T Heater-Cooler System Prods. Liab. Litig. (No. II)*, MDL No. 2816, MDL
- Plaintiffs' Steering Committee Member in *In Re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, which resulted in over $2 billion in settlements for thousands of women
- Plaintiffs' Counsel in *In Re: Denture Cream Litigation*, which resulted in hundreds of millions of dollars in recoveries for individual plaintiffs
- $9 million individual single product liability settlement against a product manufacturer
- $2.9 million individual single product liability settlement against a hip implant manufacturer
- $1.75 million individual single product liability settlement against a birth control manufacturer

**Practice Areas**

- Pharmaceutical and Medical Device Mass Torts
- Product Liability
- Environmental – Water Contamination

**Recognitions, Publications, and Lectures**

- Panelist, 2017 Duke Law Conference Panel for Women and Minorities in Leadership Positions in MDLs
- Chair, Law & Briefing Committee in the *In Re: Denture Cream MDL*, S.D. Florida
- Super Lawyer Rising Star, New York, 2011 and 2012
- Super Lawyer, New York, 2013, 2014, 2015, 2016, 2017, 2018, and 2019
- Author, *The Legal Examiner*

**Education**

- Seton Hall University School of Law; J.D.; Merit Scholar
- Rutgers University, Douglass College; B.A. in Political Science & Economics

**Memberships, Affiliations, and Philanthropy**

- Leaders Forum, American Association for Justice
- Member, Injury Board
- Trustee, Chaffin Luhana Foundation

**Bar Admissions**

- New Jersey

- New York
- Pennsylvania
- E.D. New York
- N.D. New York
- S.D. New York

### Eric T. Chaffin, Founder/Managing Partner, Chaffin Luhana LLP

Eric T. Chaffin is the Managing Partner of Chaffin Luhana LLP. He comes from humble roots as the son of a steelworker in West Virginia and the first person in his family to attend college. Since 2003, Mr. Chaffin has focused his career on representing plaintiffs. In 2010, Mr. Chaffin co-founded the firm in New York City as a national plaintiffs-only product liability law firm. Since then, the firm has expanded into traditional personal injury and trucking litigation in the Ohio Valley in eastern Ohio, West Virginia, and Western Pennsylvania where Mr. Chaffin grew up.

Mr. Chaffin is a former federal prosecutor in New York City and his unique background in both civil and criminal law allows him to provide versatile, knowledgeable, and highly skilled legal representation to the firm's personal injury and whistleblower clients.

In addition to managing Chaffin Luhana, Mr. Chaffin also maintains a thriving complex product liability and personal injury practice, which focuses primarily on representing survivors in the trial of complex product liability and negligence cases against third parties, including product manufacturers, retailers, and employers. In the area of traditional product liability litigation, Mr. Chaffin has handled a wide array of cases against various types of manufacturers, with dozens of multimillion-dollar recoveries. His work for survivors has been recognized by Super Lawyers every year since 2010 and by his membership in the Multi-Million Dollar Advocates Forum.

In the area of mass tort pharmaceutical and medical device litigation, Mr. Chaffin has been appointed by federal and state courts to various leadership positions in national plaintiffs' litigation.

For example, he served as court-appointed liaison counsel in the Philadelphia Mass Tort Program (MTP) *In Re: Denture Cream Litigation* and as court-appointed Co-Lead Counsel in the Denture Cream Product Liability Litigation (MDL) in the Southern District of Florida. The denture cream litigation involved consumers who suffered hematological and neurological injuries from zinc in over-the-counter denture adhesives. As co-lead counsel, Mr. Chaffin negotiated a Memorandum of Understanding (MOU) that resolved claims for hundreds of victims who suffered debilitating copper deficiency myeloneuropathy (CDM). Mr. Chaffin also served as a court-appointed member of the Plaintiff Steering Committee (PSC) in the Federal MDL Pelvic Mesh Litigations in the Southern District of West Virginia.

In addition to his thriving litigation and trial practice, Mr. Chaffin also has extensive experience in appellate courts in both civil and criminal cases. His appellate experience began in law school when he was the chairman of W&L's moot court board and selected as a leading appellate advocate and brief writer in the school's annual competition.

Since then, Mr. Chaffin has represented the government, organizations, and individuals before various state and federal appellate courts, including the Pennsylvania Superior Court, the Pennsylvania Supreme Court, the Second Circuit Court of Appeals, the Third Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, and the U.S. Supreme Court.

In the U.S. Supreme Court, Mr. Chaffin was counsel to amicus in *Wyeth v. Levine*, a key Supreme Court case that upheld the rights of consumers to sue pharmaceutical companies for injuries that resulted from dangerous and defective drugs. Mr. Chaffin has also represented AARP before the Second Circuit of Appeals in pharmaceutical litigation and before the U.S. Supreme Court in securities litigation. Early in his career, along with other Reed Smith attorneys, he helped obtain reversal of a death penalty sentence for a death row inmate in Pennsylvania.

Further, while Mr. Chaffin's practice now focuses exclusively on representing personal injury victims and whistleblowers, he has prosecuted a wide variety of plaintiff cases in various courts and forums around the country. His past experience includes the successful prosecution of securities fraud class actions, derivate actions, consumer fraud class actions, securities arbitrations (pre-FINR), FINRA actions, antitrust class actions, environmental contamination cases, Lanham Act cases, and employment discrimination/workplace harassment cases. Mr. Chaffin's efforts for victims over his career have yielded over $1 billion in recoveries.

Prior to focusing exclusively on plaintiffs work, Mr. Chaffin was a federal prosecutor in the U.S. Attorney's Office in the Eastern District of New York. As a federal prosecutor, Mr. Chaffin prosecuted a wide variety of cases, including narcotics trafficking, organized crime, murder, racketeering, money laundering, immigration fraud, terrorism, arms trafficking, securities fraud, perjury, mail fraud, and wire fraud.

Mr. Chaffin's most notable prosecutions include the highly publicized Computer Associates International and Symbol Technologies accounting and securities fraud prosecutions (over $1.2 billion and $200 million, respectively). Mr. Chaffin was also lead trial counsel in a number of criminal trials, including a successful securities fraud manipulation trial involving over $20 million in investor losses. Mr. Chaffin further was one of the early responders after the 9/11 attacks, working with the team at the New York City FBI command center. Mr. Chaffin's work as a federal prosecutor over the years took him all over the world—he traveled extensively in Europe, working with his counterparts in foreign governments—and resulted in helping hundreds of victims of violent crimes and corporate fraud.

Prior to his time as a federal prosecutor in New York, Mr. Chaffin was a corporate defense attorney with Reed Smith LLP in Pittsburgh—a large international corporate defense firm. There, he represented Fortune 500 companies in criminal investigations, defended a number of class actions, and tried an age discrimination case to a successful defense verdict. While Mr. Chaffin values the perspective his defense work at Reed Smith provided him, the more extensive work he does these days—for victims—is in keeping with his humble roots and personal values.

Early in his career, Mr. Chaffin was also a judicial law clerk to the Honorable D. Brooks Smith of the U.S. District Court for the E.D. of Pennsylvania; Judge Smith now sits on the Third Circuit Court of Appeals.

Mr. Chaffin maintains residences with his family in New York and the Greater Pittsburgh area, splitting time among the firm's offices. When Mr. Chaffin is not managing the firm or working with his clients, he enjoys time with his family, endurance sports, hiking, fishing, skiing, and traveling. Mr. Chaffin is a 2020 Ironman 70.3 All World Athlete (top 10% points ranking in

the world for the 70.3-mile triathlon distance) and a New York City Marathon finisher. His passion for fishing started while spending time with his grandfather when he was a boy on the lakes and streams of West Virginia and continues today with his son in both fresh and saltwater.

**Additional Plaintiff Successes**

- Co-Lead Counsel and Co-Liaison Counsel *In Re: Denture Cream Litigation*, which resulted in hundreds of millions of dollars in recoveries for individual plaintiffs
- Served on the plaintiff's counsel committees in the multidistrict litigation involving defective Medtronic and Guidant heart devices in the District of Minnesota, which resulted in over $100 million and $240 million in settlements respectively
- Counsel for a California corporation in the Electronic Article Surveillance market in a David-and-Goliath type action for anti-competitive advertisements in violation of the Lanham Act in California federal court, resulting in a confidential settlement
- $17.5 million class settlement against Dell and Dell Financial on behalf of defrauded consumers who were victimized by a "bait and switch" financing scheme
- $9 million single product liability settlement against a product manufacturer
- $3.8 million settlement for wrongful death caused by automobile defect against an auto manufacturer
- $2.5 million settlement for workplace wrongful death
- $2 million settlement for child burned by gel fuel
- $1.5 million settlement for two investors against a broker for losses from unsuitable investments
- $1 million settlement for two individuals injured in an ATV accident
- $800,000 settlement for foot fractures from an auto accident
- $750,000 settlement for a concussion from an auto accident
- $435,000 settlement for a cervical fracture from a single car auto crash
- $300,000 settlement for a shoulder tear from a trucking accident

**Practice Areas**

- Auto and Trucking
- Product Liability
- Pharmaceutical and Medical Device Mass Torts
- Whistleblower
- Workplace Injuries
- Premises Liability

**Recognitions, Publications, and Lectures**

- Member, Multi-Million Dollar Advocates Forum
- Super Lawyer, New York, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, and 2019
- Adjunct Clinical Professor of Law, Brooklyn Law School, Prosecutions & Trial Advocacy Clinic

- Lecturer, EndDD.org Anti-Distracted Driving at various high schools in West Virginia and Pennsylvania
- Lecturer, Off-label Marketing of Pharmaceutical Drugs and Medical Devices, Albany Law School
- Author, "De-Escalate the Expert Discovery Wars," AAJ Trial Magazine (June 2008)
- Author, "Higher Education Law: The Relationship with the Faculty," The Law of Higher Education, Pa. Bar. Inst. (1997)
- Author, "Review of Third Circuit Antitrust Cases (May 1993-May 1995)," 1001 Antitrust Challenges in the 90's: Enforcement Reaches New Heights, Pa. Bar. Inst. (1995)
- Legal expert appearances in the *Wall Street Journal*, *Forbes*, ABC's *Good Morning America*, CNBC's *Power Lunch*, Lawline.com, Court Radio, Fox Radio, KDKA News Radio, and various Pittsburgh radio and television news affiliates.
- Author, *The Legal Examiner*
- Various awards as an Assistant U.S. Attorney including from the New York Organized Crime Drug Enforcement Task Force and U.S. Customs

**Education**

- W&L School of Law; *cum laude*; Chairman, Moot Court Board; John W. Davis Scholarship; Moot Court Winner of Best Brief and Runner-up for Best Oral Advocate; U.S. Attorney Externship (tried three federal jury trials to verdict)
- West Virginia University; B.A. in Political Science & Economics with minor in Philosophy*; summa cum laude*; Phi Beta Kappa; University Honors Scholar; Arts & Sciences Scholar; Judith Herndon Fellow; Debate Team Captain; Founder, WVU Chapter of Habitat for Humanity

**Memberships, Affiliations, and Philanthropy**

- Leaders Forum, American Association for Justice
- Board of Governors, Pennsylvania Association for Justice
- Member, West Virginia Association for Justice
- Member, Injury Board
- Trustee, Chaffin Luhana Foundation

**Bar Admissions**

- New York
- Ohio
- Pennsylvania
- West Virginia
- E.D. New York
- N.D. New York
- S.D. New York
- W.D. Pennsylvania

- S.D. West Virginia
- N.D. West Virginia
- U.S. Court of Appeals, Second Circuit
- U.S. Court of Appeals, Third Circuit

### Kendra Y. Goldhirsch, Associate, Chaffin Luhana

Kendra Y. Goldhirsch is an Associate with Chaffin Luhana in the firm's New York office.

Ms. Goldhirsch—a 2015, 2016, 2017, 2018, and 2019 Super Lawyers Rising Star for the New York Metro area—focuses on complex product liability and mass tort litigation, as well as significant personal injury matters. She has developed particular expertise in the area of pharmaceutical and medical device litigation.

Ms. Goldhirsch currently handles the day-to-day management of the firm's Zantac, Essure, 3T Heater Cooler Unit, Hernia Mesh, Testosterone, Transvaginal Mesh, Talc, Tasigna, Pradaxa, Xeljanz, and Xarelto litigations. She has been a member of multiple trial teams in pharmaceutical bellwether cases that were tried to verdict in state and federal courts. Ms. Goldhirsch has further prepared successful petitions to centralize mass tort litigations. She also briefed successful dispositive and evidentiary motions and oppositions addressing a variety of topics including, jurisdiction, removal and remand, forum *non-convenies*, complex expert and regulatory matters, drug labeling, and federal preemption.

Before joining Chaffin Luhana, Ms. Goldhirsch was an associate at another prominent national plaintiffs' firm, where she represented thousands of injured individuals in pharmaceutical and medical device cases, including the Actos, Cochlear Implants, Accutane, Avandia, DePuy ASR, Fosamax, Hydroxycut Dietary Supplements, Power Morcellator, and Seroquel litigations.

Previously, Ms. Goldhirsch was a member of the Actos Multidistrict Litigation trial team that secured a multibillion-dollar verdict. (See *Allen, et al. v. Takeda Pharmaceutical Co. Ltd. et al.*, Case No. 6:12-cv-00064). She was also involved in briefing a successful *motion in limine* opposition that resulted in the admission of evidence of a hip implant recall in the DePuy ASR California state court bellwether trial. Ms. Goldhirsch also prepared presentations and appeared at hearings and Case Management Conferences on behalf of the DePuy PSC. The DePuy ASR litigation and ultimately resolved with a large global settlement prior to any trials.

Additionally, Ms. Goldhirsch has been involved in Electronically Stored Information (ESI) discovery in a number of litigations. In the DePuy ASR Hip Implant Multidistrict litigation (MDL), Ms. Goldhirsch coordinated the Plaintiffs' Steering Committee's (PSC) review of over 60 million pages of corporate ESI discovery on behalf of the Plaintiffs' Executive Committee (PEC). She also managed the white papers submissions that were used by PSC counsel for corporate deposition preparation. Ms. Goldhirsch has also negotiated corporate discovery of ESI in an Over-The-Counter dietary supplement litigation. She managed a team responsible for targeted document review in the Fosamax MDL to support plaintiffs' preemption briefing.

In addition to mass tort litigation, Ms. Goldhirsch litigates catastrophic single-event cases from inception. As such, she is responsible for researching and investigating theories of liability and causation, drafting pleadings, motions, and discovery, and the preparation of experts, trial submissions and settlement materials.

Ms. Goldhirsch also believes in giving back to her community. Her 2018 and 2019 Chaffin Luhana Foundation charity donations were given to The Campaign Against Hunger (TCAH), a

1

charity that started in 1998 as a food pantry, servicing communities in Brooklyn, N.Y. TCAH has grown to be the largest food pantry in Brooklyn and connects local Brooklyn residents much-needed services, including healthy living programs, financial services, and educational programs.

**Additional Plaintiff Successes**

Member of the trial teams for pharmaceutical bellwether trials in:

- *In Re: Actos [Pioglitazone] Products Liability Litigation*, MDL Docket No. 2299;
- *In Re: Fosamax Products Liability Litigation II*, MDL 2243 (D.N.J.) (femur fracture); and
- New Jersey State Court Accutane bellwether case, *Kathleen Rossitto v. Hoffman-La Roche,* 007481-10

Lead brief writer for:

- Plaintiff's case-specific and general medical causation Daubert opposition brief in *In Re: Actos [Pioglitazone] Products Liability Litigation*, MDL Docket No. 2299
- Plaintiff's case-specific and general medical causation Daubert opposition brief *In Re: Fosamax Products Liability Litigation II*, MDL Docket No. 2243
- Plaintiffs' opposition to Order to Show Cause on Preemption in *In Re: Fosamax Products Liability Litigation II*, MDL 2243 (D.N.J.) (femur fracture)
- Plaintiff's Summary Judgment opposition and oppositions to motions to exclude plaintiffs' experts (Kemp motions) in New Jersey State Court Seroquel bellwether cases
- Plaintiff's Summary Judgment opposition on the adequacy of the label and proximate causation in a New Jersey State Court Accutane bellwether case

**Practice Areas**

- Pharmaceutical and Medical Device Mass Torts
- Product Liability
- Premises Liability
- Auto and Trucking
- Workplace Injuries

**Recognitions and Publications**

- Super Lawyer Rising Stars, New York Metro, 2015, 2016, 2017, 2018, and 2019
- Co-Author, "The Consent Requirement on a Removal Petition, *PaJustice News*. Vol IX, No. 2." (May 2016)
- Author, *The Legal Examiner*

**Education**

- Brooklyn Law School
- Boston University; B.A. in Psychology and Sociology
- Memberships, Affiliations, and Philanthropy
- Member, American Association for Justice

2

- Member, Injury Board

**Bar Admissions**

- New York
- E.D. New York
- S.D. New York
- U.S. Supreme Court