UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                                    MDL NO. 2924
PRODUCTS LIABILITY                                              20-MD-2924
LITIGATION
                                                    JUDGE ROBIN L. ROSENBERG
                                        MAGISTRATE JUDGE BRUCE E. REINHART

_____/

## PLAINTIFFS' STEERING COMMITTEE APPLICATION
## FOR R. JASON RICHARDS

Pursuant to Pretrial Order #1 [Doc. 13], R. Jason Richards, BA, BA, MA, JD, LLM

(health law) submits this application for service on the Plaintiffs' Executive Committee ("PEC")

in MDL No. 2924.  Should the Court choose not to constitute a PEC, I would also seek

appointment to the Plaintiffs' Steering Committee ("PSC"). I have thoroughly reviewed PTO No.

1 and the criteria for service. I am confident I satisfy all the requirements for leadership.

I am an equity partner at Aylstock, Witkin, Kreis & Overholtz, PLLC in Pensacola,

Florida, where I have practiced pharmaceutical and product liability litigation for over 15 years. I

have been involved in every aspect of pharmaceutical mass tort litigation and the MDL process. I

am intimately familiar with standard practice in MDL proceedings. I also understand the

importance of resolving minor procedural disputes with the defendants rather than seeking a

judicial solution in every area of disagreement.

My background and experience are diverse. I am a former prosecutor, civil practitioner,

writer, and teacher. As a practitioner, I regularly speak on various legal issues at CLE seminars

and mass tort conferences, including presenting at two HarrisMartin panel discussions and at a

webinar involving Zantac. I also endeavor to regularly publish articles on current legal issues

affecting multidistrict litigation and otherwise. Over the past 20 years, my publications have

been cited in over a dozen federal and state court opinions, including opinions by the U.S. Court

of Appeals for the Tenth and Eight Circuits and the New York Court of Appeals (in dissent). I have authored appellate court briefs on multidistrict litigation and class action issues, including at the United States Supreme Court level. I teach evidence as an Adjunct Professor at the University of West Florida and also serve on the UWF Legal Studies Advisory Board. I am the former Chair of the Florida Bar Journal's Editorial Board, serving as an appointed member from 2012-2018. I maintain an AV® Peer Review Rating from Martindale-Hubbell.

**(a)** <u>**Willingness and Ability to Commit Time to this MDL**</u>

I am not a serial PSC member, meaning that I do not typically seek appointments on multiple PSCs at the same time. Presently, I am a member of the Plaintiffs' Executive Committee in the *In re Fluoroquinolone* MDL. However, that litigation has recently settled and is winding down so I now have the time to commit to this litigation.

**(b)** <u>**Ability to Work Cooperatively with Others**</u>

Although the practice of mass torts has grown exponentially in the past 20 years, it remains a relatively niche practice. Many prospective mass tort firms come and go, but you come to identify with and respect those who manage to stick around, work hard, and achieve results— both on the plaintiff and defense side. Through the years, I have had the opportunity to work cooperatively with many of the plaintiff's lawyers that will be applying for the PSC in this MDL. I believe that I (and my firm) have the universal respect of my colleagues in the mass tort environment. As significantly, I, along with members of my firm, have worked cooperatively with many of the opposing counsel identified in this MDL, including Mark Cheffo (Dechert LLP), Andrew Bayman (King & Spalding LLP), Joseph Petrosinelli (Williams and Connelly LLP), Loren Brown (DLA Piper) and Anand Agneshwar (Arnold & Porter Kaye Scholer LLP). Again, I believe there is a mutual respect there for myself and my firm.

**(c)**     <u>**Professional Experience in this Type of Litigation**</u>

My professional experience stems from having practiced pharmaceutical and device litigation for over 15 years. Importantly, I have been involved with Zantac from the beginning. My firm, along with Liaison Counsel Frank Maderal at Colson Hicks Eidson, filed one of the first federal court personal injury cases in the country in the Southern District of Florida. After the JPML petition was filed, we argued in favor of consolidation in this District.

My mass tort experience includes both state court and federal court litigation. Most recently, I took the lead for my firm in drafting the Plaintiff's Position Paper in the *In re 3M Combat Arms Earplug* MDL pending before Judge Margaret C. "Casey" Rodgers in Pensacola, Florida, where my law partner is lead counsel. As a member of the Plaintiffs' Executive Committee in the *In re Fluoroquinolone* MDL, I worked intimately with co-lead counsel for several years to manage and steer the litigation, drafted motions and memorandum of law, retained and worked with experts, and took and defended numerous depositions. I also initiated, facilitated, and finalized settlement with lead counsel for defendant Johnson & Johnson. Before that, I served on the PSC in the *In re Effexor* MDL, formerly pending in Philadelphia, Pennsylvania. I have also had roles in numerous other MDLs over the years that are more fully set forth in Appendix B.

**(d)**     **Willingness to Commit the Necessary Resources to Pursue the Matter**

I appreciate that this MDL will be time-consuming and demanding. My firm has and remains committed to pursuing this matter.  We current represent a substantial number of plaintiffs.  With access to my firm's 20-plus lawyers and over 200 support staff, I have the benefit of delegating tasks when necessary to allow me to remain focused and actively participate in this litigation.

DATE:      March 6, 2020

Respectfully submitted,

By:     s/ R. Jason Richards
        R. Jason Richards, Esq.
        jrichards@awkolaw.com
        AYLSTOCK, WITKIN,
        KREIS & OVERHOLTZ, PLLC
        17 East Main Street, Suite 200
        Pensacola, FL 32502
        Telephone: 850-202-1010
        Facsimile:  850-916-744

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 6, 2020 a true and correct copy of the

foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.

Notice of this filing will be sent to all counsel of record by operation of the Court's electronic

filing system.

By:     s/ R. Jason Richards
        R. Jason Richards, Esq.
        jrichards@awkolaw.com
        AYLSTOCK, WITKIN,
        KREIS & OVERHOLTZ, PLLC
        17 East Main Street, Suite 200
        Pensacola, FL 32502
        Telephone: 850-202-1010
        Facsimile:  850-916-744

4