**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><u>All Actions</u> | MDL No. 2924<br>20-MD-2924<br><br>Judge Robin L. Rosenberg<br>Magistrate Judge Bruce E. Reinhart |

**NOTICE OF FILING APPLICATION TO SERVE
<u>ON THE ZANTAC PLAINTIFFS' STEERING COMMITTEE</u>**

Pursuant to the Court's Pretrial Order No. 1, Attorney Ruben Honik respectfully submits this application for appointment to the Plaintiffs' Steering Committee (PSC). Mr. Honik also supports the inclusion of those attorneys listed in Appendix C to the PSC or such other leadership structure as the Court may direct.

I am a founding partner of Golomb & Honik, P.C., located in Philadelphia, Pennsylvania. I was born in Cuba, from which I emigrated to the United States. *See* https://www.golombhonik.com/attorney-profiles/ruben-honik/. After doing so, I graduated Syracuse University, obtained my J.D. from Rutgers University School of Law, and have been a member of the New Jersey and Pennsylvania bars since 1980. In my 40 years of practice I have represented individuals and businesses in all manner of individual, class action, and consolidated actions spanning diverse areas of the law including products liability, consumer fraud, antitrust, environmental, and personal injury cases. I am a past president of both the Pennsylvania (2006-2007) and Philadelphia (1997-1998) Trial Lawyers Associations and a current board member of the American Association for Justice.

I currently serve as Co-Lead Counsel in the *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation,* MDL No. 2875. While focused on the economic loss claims in this MDL, I nonetheless actively oversee strategy and coordination for all personal injury, economic

1

loss, and medical monitoring claims. Notably, MDL No. 2875 involves the same carcinogenic contaminant – N-Nitrosodimethylamine (NDMA) – as that at issue in this litigation.

**(a)** **Willingness and ability to commit to a time-consuming project:** My firm and I are ready and willing to commit substantial resources to this Zantac MDL. I have already demonstrated this by having co-filed four innovator liability class actions in California, Illinois, Massachusetts, and Vermont, which are believed to be the only innovator liability class actions filed in this entire MDL. We also have participated in early discussions with other plaintiffs' counsel in this litigation about coordination, strategy, and the underlying science. Aside from shared work in the Valsartan MDL, I have no other major MDL commitments and will forego future leadership opportunities if selected for the PSC or any other leadership position in this case. My familiarity with the science, merits, procedural, and regulatory issues in the Valsartan MDL is readily transferrable to and beneficial for this Zantac MDL. Indeed, whatever leadership structure is created in this MDL, it should liaise with the Plaintiffs' leadership of the Valsartan MDL.

**(b)** **Ability to work cooperatively with others:** I have had the privilege to develop my practice on the personal injury and class action sides of the plaintiffs' bar, from all facets of case workup through trial, settlement, and appeals. This unique dichotomy has allowed me to actively build consensus and work cooperatively with fellow members of the plaintiffs' bar, including both those who focus on personal injury work as well as class action work. This includes successful cooperation with several attorneys submitting leadership applications in this litigation, as well as those who have been coordinating the early stages of this MDL for the plaintiffs' side. My many years of elected leadership to state and national trial lawyers professional associations bespeaks my ability to organize and lead trial lawyers. I also have a well-earned reputation for working effectively with national defense counsel.

**(c)** **Professional Experience in this type of litigation:** My firm and I have played integral roles in MDLs and coordinated state and federal litigation. Aside from *In re: Valsartan, Losartan and Irbesartan Products Liability Litigation,* MDL No. 2875, in which I serve as Co-Lead Counsel and in which my associate, David J. Stanoch, serves as Plaintiffs' Liaison Counsel, pertinent MDL experience includes that listed in Appendix B. Notably, I was appointed in this District to serve on the Plaintiffs' Executive Committee of *In re: Checking Account Overdraft Litigation,* MDL No. 2036 (S.D. Fla.) by the Hon. James Lawrence King, which resulted in record-breaking relief for millions of consumers in a significant MDL proceeding involving several of the South Florida firms actively involved in this litigation.

**(d)** **Willingness to commit the necessary resources to pursue this matter:** As noted above, Golomb & Honik is ready and willing to commit the lawyer-hours and other resources necessary to vigorously pursue this matter.

Dated: March 6, 2020

Respectfully Submitted,

*/s/ Ruben Honik*
Ruben Honik
GOLOMB & HONIK, P.C.
1835 Market Street, Ste. 2900
Philadelphia, PA 19103
Phone: (215) 985-9177
Fax: (215) 985-4169
rhonik@golombhonik.com

**Appendix A**

List of all Zantac cases in which I appear as counsel:

- *Souza v. Boehringer Ingelheim Pharms., Inc., et al.*, No. 5:19-cv-02161 (C.D. Cal.)

- *Bond v. Boehringer Ingelheim Pharms., Inc. et al.*, No. 1:19-cv-12471 (D. Mass)

- *Ragis v. Boehringer Ingelheim Pharms., Inc., et al.*, No. 2:19-cv-00231 (D. Vt.)

- *Chatman v. Boehringer Ingelheim Pharms., Inc., et al.*, No. 3:19-cv-1363 (S.D. Ill.)

**Appendix B**

My list of other MDLs and pertinent non-MDLs for me and my firm:

| Matter | Presiding Judge | Position | Nature of MDL | Work Performed | Ongoing Time Commitment |
|---|---|---|---|---|---|
| *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, MDL No. 2875 (D.N.J.) | Hon. Robert B. Kugler 856-757-5019 | Co-Lead Counsel and service on PEC | Products liability, economic loss, and medical monitoring | Overall strategy and coordination | Variable |
| *In re Checking Account Overdraft Litigation*, MDL No. 2036 (S.D. Fla.) | Hon. James Lawrence King 305-523-5000 | Service on PEC | Consumer fraud / economic loss | Overall strategy and coordination; fact and expert discovery; settlement negotiation | n/a |
| *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices, & Products Liability Litigation*, MDL No. 2738 (D.N.J.) | Hon. Freda L. Wolfson 609-989-2182 | Service on PSC | Products liability | Discovery and expert preparation | Variable |
| *In re Benicar (Olmesartan) Litigation*, MDL No. 2606 (D.N.J.) | Hon. Robert B. Kugler 856-757-5019 | Service as liaison counsel | Products liability | Case management and strategy; discovery | n/a |
| *In re Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation*, MDL No. 2428 (D. Mass.) | Hon. Douglas P. Woodlock 617-748-9170 | Service on PSC; trial team | Products liability | Trial team | n/a |
| *In re Mattel Toy Lead Paint Products Liability Litigation*, MDL No. 1897 (C.D. Cal.) | Hon. Dale S. Fischer 213-894-0435 | Service on PSC | Products liability and medical monitoring | Discovery; medical monitoring science | n/a |
| *In re Budeprion XL Marketing & Sales Litigation*, MDL No. 2107 (E.D. Pa.) | Hon. Berle M. Schiller 267-299-7620 | Co-Lead Counsel | Pharmaceutical labeling and consumer case | Overall strategy and coordination; fact and expert discovery; settlement negotiation | n/a |

5

In addition to the MDLs enumerated above, I have served as Co-Lead Counsel in numerous class actions or consolidated actions, including:

| Matter | Presiding Judge | Position | Nature of Case | Work Performed | Ongoing Time Commitment |
|---|---|---|---|---|---|
| *Barba, et al. v. Shire US, Inc., et al.*, No. 11-cv-21158 (S.D. Fla.) | Hon. Joan A. Lenard 305-523-5500 | Co-Lead Counsel | Pharmaceutical antitrust | Overall strategy and coordination; fact and expert discovery; settlement negotiation | n/a |
| *In re Intuniv Antitrust Litigation*, No. 16-cv-12395 (D. Mass.) | Hon. Allison Dale Burroughs 617-748-4232 | Co-Lead Counsel for consumers | Pharmaceutical antitrust | Overall strategy and coordination | Variable |
| *Moore v. Angie's List, Inc.*, No. 2:15-cv-01243 (E.D. Pa.) | Hon Stewart R. Dalzell (deceased) | Lead Counsel | Consumer fraud | Overall strategy and coordination | n/a |

6

**Appendix C**

Other attorneys whom I believe would be beneficial to leadership include the following who currently serve on the PEC or PSC in the Valsartan MDL, all of whom have demonstrated high proficiency in case management and leadership.

- Conlee Whiteley (Kanner & Whiteley, LLC) is a very seasoned class action attorney with significant MDL experience who also possesses remarkable skill at brokering internal compromises to arrive at plaintiff-side consensuses. She is a Co-Lead in the Valsartan MDL.

- Daniel Nigh (Levin Papantonio Law Firm) participated since the earliest moments of the Valsartan MDL and this MDL, and is intimately familiar with the coordination and science needed in a matter of this type and magnitude. He is a Co-Lead in the Valsartan MDL.

- Jorge Mestre (Rivero Mestre LLP) represents the only third-party payor in this litigation and brings a unique understanding of these important claims and issues in this MDL.

- Marlene Goldenberg (Goldenberg Law) has handled all facets of discovery and coordination in prior MDLs, including the Valsartan MDL, and would be a valuable asset in the same function here.

- George Williamson (Farr Law Firm) brings well-developed fact and expert discovery skills to bear in the Valsartan MDL.

- Behram Parekh (Kirtland & Packard LLP) is extraordinarily well-versed in electronic discovery and ESI protocols, which are indispensable aspects of large, complex MDLs.

- Steve Babin (Babin Law, LLC) currently heads the law and briefing PSC committee for the Valsartan MDL, affording him experience that would readily transfer to this MDL.

In addition to the aforementioned attorneys with whom I currently work closely in the Valsartan MDL, I would encourage the Court to place Robert C. Gilbert (Kopelowitz Ostrow Law Firm) in a leadership position. Mr. Gilbert and I worked closely together on *In re: Checking Accounting Overdraft Litigation*, MDL No. 2036 before Judge King, he as liaison counsel and the two of us on the Plaintiffs' Executive Committee of that very successful MDL.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March 2020, a true and correct copy of the foregoing was served via the Court's ECF system on all counsel listed on Schedule B of the Court's Pretrial Order No. 1 in accordance with the email addresses provided therein.

*/s/ Ruben Honik*
Ruben Honik