UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  ZANTAC (RANITIDINE)                                              MDL NO. 2924
PRODUCTS LIABILITY                                                           20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

## PLAINTIFFS' STEERING COMMITTEE APPLICATION
## FOR FRANK WOODSON, ESQUIRE

1. I am submitting this application for the Plaintiffs' Steering Committee.  I am prepared to serve in that capacity and commit the time necessary to ensure the work conducted by Plaintiffs' counsel is handled in the most efficient and productive manner. My law firm is willing to make the commitment financially to the litigation.

2. My experience will allow me to participate in pretrial discovery, motions, and hearings along with litigating any and all issues that may arise throughout the pretrial process and/or bell weather trials.

3. My firm and I have worked in settlement programs in medical device and pharmaceutical litigations including establishing objective tests to determine case values in global resolutions.

4. I have worked with assigned subcommittees and workgroups of Plaintiffs' counsel to accomplish all the tasks necessary to ensure progress of the MDL litigations.

5. I have been licensed in the State of Alabama since 1984.  I have practiced in pharmaceutical and medical device litigation exclusively since 2001 with my current firm.

6. I have experience trying complex pharmaceutical liability cases. I have tried three of my firm's hormone replacement therapy (HRT) breast cancer cases.

7. Lawyers in my firm have been appointed to over thirty (30) MDL Steering committees. Partners have our mass tort section have served as Co-lead counsel in the Vioxx, Xarelto and Talcum Powder litigations.

8. I have read the Courts four (4) main criteria for selection on the Steering Committee. My firm and I meet the criteria and will commit to the criteria outlined.

9. For these reasons stated above, I would welcome an appointment to the Zantac Plaintiffs' Steering Committee.

Dated: March 6, 2020            Respectfully submitted

/s/Frank Woodson, Esq.
Frank Woodson
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36106-4160
(334) 269-2343
Fax: (334) 954-7555
frank.woodson@beasleyallen.com