# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924 |
| This Document Relates to All Cases | Judge Robin L. Rosenberg<br>Magistrate Judge Bruce E. Reinhart |

### IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION
### Application of Emily Roark for Plaintiff Steering Committee

COMES NOW Emily Roark, and submits her Application for Leadership Position, providing the information requested by this Court in Pretrial Order #1. In my 20 years' experience practicing law, my work has demonstrated the skills necessary to successfully serve in a leadership position. That work can be seen through my diverse trial experience which offers a broad base of knowledge I would bring to the leadership team.

### A. Professional experience in this type of litigation.

Counsel has over 20 years of trial experience in areas of law varying from complex state and federal criminal cases to the representation of victims of sexual abuse by the clergy and train derailment cases where hundreds of individuals have been displaced from their homes. I graduated from the University of Kentucky College of Law where I served as Editor of the Law Journal in 2000. I immediately began my law career at the Bryant Law Center, in Paducah, Kentucky where I continue to practice as a partner. I can be an effective member of the Plaintiff Steering Committee bringing a wealth of experience as a litigator in all phases of complex litigation including discovery, pleading and motion practice, expert and witness preparation, coordinated litigation strategy, client, deposition preparation, mediation and settlement disbursement. In short, I bring the ability to provide experienced and open minded leadership in all phases of this litigation coupled with a willingness to work in any role required to effectively prosecute this case on behalf of my clients and others involved in this litigation.

After a decade of successful criminal trial work, I have shifted my practice

to multidistrict litigation. I organized and currently manage the Mass Tort and Class Action Department at Bryant Law Center. Applying my previous litigation experience, I began successfully representing clients in actions related to defective medical devices, defective and dangerous medications, harmful chemicals and other consumer products and services. These were not only mass tort and personal injury cases, but also cases representing various governmental entities ranging in size from the Commonwealth of Kentucky to smaller municipalities and counties. The mass tort litigation I have overseen in the last five years has significantly increased with my firm adding additional attorneys, staff, and office space to support our mass tort practice. I have currently filed 3 Zantac cases, but have in excess of an additional 100 cases we are thoroughly vetting with an additional 15-20 cases coming in on a weekly basis. I am excited, energetic and committed to the Zantac litigation.

Although I have not served in a leadership role, I have participated in numerous MDL's with our clients growing in each case. I currently perform common benefit work on 3M, reviewing documents for deposition preparation or general review. Further, I have attended educational seminars, conferences, specific leadership training, including the Duke MDL Best Practices Seminar, and developed mentors in mass torts practitioners for the purpose of growing more active in mass torts through a leadership role.

### B. Ability to work cooperatively with others.

My ability to work with others is seen best in my mass tort work outside of multi-district litigation, specifically in train derailment cases involving hundreds of clients that are displaced from their homes across the country. The ensuing litigation, often a class action or a mass tort, requires the ability to work with a team of attorneys from other firms, often across the country, to achieve a common goal. I have never had a disagreement or dispute with co-counsel as it harms the client and causes additional stress on the litigation. I often work with the same attorneys in these firms in multiple cases, highlighting the cooperative and effective working arrangement and relationships that are necessary for members of the Plaintiff Steering Committee in this litigation. Specifically for the Zantac litigation, I have built working relationships with several other attorneys who are seeking leadership positions from attending planning meetings on Zantac litigation.

### C. Willingness and availability to commit to a time consuming project.

My experience in prior cases has shown that I am committed to time

consuming and long term projects.  That commitment can be seen from trying a capital murder case that takes years to prepare, to representation of the Commonwealth of Kentucky against Bayer in litigation spanning 6 years, and in train derailment cases that have lasted over a decade.  All of these cases require a substantial commitment of time and resources as they routinely last multiple years and require significant travel, discovery and the complex interworking of state and federal statutory and regulatory law.  I understand the potential long term and time consuming nature of leadership on an MDL and not only am I prepared to commit the time, I am excited about the possibility of being deeply involved in the litigation.  At this stage in my practice, I have the ability and availability to serve in a leadership position where the Court believes I can provide the most benefit to the team.

### D. Willingness to commit the necessary resources to pursue this matter.

Our law firm is unique in that in we continue to diversify our areas of practice.  The mass tort, MDL and civil cases in which I am involved typically require a substantial financial commitment.  The structure of our law firm provides us the ability to pursue MDL's and other large scale litigation because we have ongoing sources of significant revenue outside of our mass tort department.  We have never been required to rely upon third party financing in order to fund our cases.  Moreover, the President of our firm, Mark Bryant, has made the advancement of our firm's mass tort practice our primary goal for the foreseeable future.  The Firm, and Mr. Bryant, have the ability and are committed to contributing resources necessary if you allow me to serve in a position of leadership. Additionally, Bryant Law has a substantial line of credit that is available if necessary to pay any assessments.

In summary, I have been actively meeting all the criteria established by this Court for many years to serve in leadership.  I can assure you that if given a leadership role, I will commit the time and effort necessary to assist the other members of the leadership team and to ensure that our Plaintiffs receive the highest quality representation.  If trusted in a leadership position, I will work hard for our clients, work effectively with those in leadership, and I will get the task accomplished.

Date: <u>March 6, 2020</u>            /s/ Emily Ward Roark
                                     EMILY WARD ROARK
                                     BRYANT LAW CENTER, PSC
                                     P.O. BOX 1876
                                     PADUCAH, KY 42002-1876
                                     (270) 442-1422
                                     Emily.roark@bryantpsc.com

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **IN RE: ZANTAC (RANITIDINE)** | **MDL NO. 2924** |
| **PRODUCTS LIABILITY LITIGATION** | **20-MD-2924** |

                                                       **JUDGE ROBIN L. ROSENBERG**

                                        **MAGISTRATE JUDGE BRUCE E. REINHARD**

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF and that the foregoing document is being served on all counsel of record or partied registered to receive CM/ECF Electronic filings.

                                                    /s/ Emily Ward Roark
                                                    Emily Ward Roark