UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)          MDL NO. 2924
PRODUCTS LIABILITY          20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/
THIS DOCUMENT RELATES TO: ALL CASES

## I. INTRODUCTION

Pursuant to this Court's Pretrial Order[1] No. 1 (ECF No. 13), Kelly Hyman of The Hyman Law Firm, P.A. counsel for Plaintiffs, Lynn White and Gregory Alan Wayland, Case No. 20-cv-80320-RL, applies for appointment to the Plaintiffs' Steering Committee ("PSC").

## II. RELEVANT STANDARD

Pretrial Order No. 1 sets forth four main criteria for appointment of Lead Counsel or members to the PSC: (a) willingness and availability to commit to a time consuming project; (b) ability to work cooperatively with others; (c) professional experience in this type of litigation; and (d) willingness to commit the necessary resources to pursue this matter.

    (a) <u>Willingness and availability to commit to a time consuming project;</u>

The Hyman Law Firm. P.A. is willing to take these cases through discovery and motion practice and settles only if the case is positioned for consumers to obtain real and meaningful benefits and relief. Kelly Hyman has a history of taking on complicated, time-consuming matters and seeing them through.

    (b) <u>Ability to work cooperatively with others;</u>

Kelly Hyman has excellent working relationships with the other firms nominated here for Lead Counsel and PSC positions (as well as many of the firms that have submitted applications for leadership). She prides herself on forming productive and collegial relationships with her co-

---

[1] Appendix A to the application is the federal Zantac case in which Ms. Hyman appears as counsel. Appendix B to the application is a list of the other MDLs in which Ms. Hyman has performed work. Appendix C is a listing of other attorneys whom Ms. Hyman believes would be beneficial to leadership.

counsel and believe that such cooperative working relationships are necessary for effective representation.

(c) <u>Professional experience in this type of litigation; and</u>

Kelly Hyman is an attorney at The Hyman Law Firm, P.A. in Fort Lauderdale, Florida focusing on consumer class actions and mass tort litigation. Ms. Hyman has represented clients in an MDL class-action suit concerning

American Spirit (Santa Fe Natural Tobacco Company Marketing and Sales Practices) pending in the U.S. District Court for the District of New Mexico and was on its discovery committee.

Ms. Hyman also has extensive experience in mass tort litigation, having represented hundreds of claimants in claims and individual actions filed in state and federal courts involving Actos, Bladder Slings and Transvaginal Mesh, (including products sold by AMS, ARIS, Bard, Boston Scientific, Coloplast, Johnson & Johnson/Ethicon and Mentor), Pradaxa, and water contamination. She was a member of multiple discovery committees where she performed common benefit services for various mass torts projects. Ms. Hyman has also worked on "Engle progeny" tobacco litigation, where she was a member of trial teams and helped litigate her former firm, Searcy Denney's more than 500 cases.

Additionally, Ms. Hyman has worked in the areas prosecuting various class actions involving "data breaches" and "privacy violations" against some of the largest U.S. technology companies, such as Facebook, Inc. and Google, LLC, including:

* *Stephen Adkins v. Facebook, Inc.*, United States District Court for the Northern District of California, Case No. 18-05982-WHA (involving the 2018 data breach exposing millions of Facebook users' data, alleging that Facebook was aware of vulnerabilities and security issues and failed to adequately protect its users)

* *In re Google Plus Profile Litigation*, U.S. District Court for the Northern District of California, Case No. 5:18-cv-05062 (involving alleging that Google allowed millions of Google+ users' personal information to be improperly exposed to third-parties and that Google chose to conceal this exposure from users)

Ms. Hyman has a passion for protecting consumers and workers wronged by corporate America. She is a member of the American Association for Justice ("AAJ") and participates in the Women's Caucus Lobby Day in Washington D.C. She is a member of the Colorado Bar, the Florida Bar,

the New York Bar, the Washington D.C. Bar, and the Colorado Bar Association. She is also a proud graduate of AAJ's leadership academy. From 2017-2018, Ms. Hyman served as President of the Palm Beach Federal Bar Association and is the former Chair of the Membership Committee for the Colorado Federal Bar Association.

Ms. Hyman graduated from the University of California, Los Angeles with a B.A. in Communications and received her Juris Doctorate cum laude from the University of Florida, Levin College of Law. She clerked for the Honorable Robert Mark, United States Bankruptcy Judge for the Southern District of Florida, and the Honorable Brian Sandoval, former Governor of Nevada, when he was a United States District Court Judge.

A native Floridian, Ms. Hyman was raised in New York City and in Southern California by her single mom. She previously worked as an actress, appearing in television shows, movies, off-Broadway plays, and commercials. While studying for her undergraduate degree, Kelly served as a White House Intern with the Office of Presidential Inquiries. Ms. Hyman has received an AV Preeminent rating from Martindale-Hubbell.

(d) Willingness to commit the necessary resources to pursue this matter.

Ms. Hyman recognizes the time commitment necessary from her to serve as a member of the PSC. Having practiced in complex and class-action litigation, she recognizes the commitment of financial resources this litigation will entail and has committed the necessary resources to pursue this matter.

### III. CONCLUSION

Ms. Hyman's diverse background, education and legal experience, her relentless drive to get the best result possible for her clients, her skill in managing diverse attorneys, and her ability to work cooperatively with other law firms qualifies her for a position on the PSC.

Ms. Hyman's consumer class actions and mass tort litigation experience, coupled with her ability to work as part of an MDL team, makes her well suited to serve the Plaintiffs in this litigation as a member of the PSC. Based on the foregoing, Kelly Hyman of The Hyman Law Firm, P.A. respectfully requests appointment to the PSC.

Respectfully submitted,

s/Kelly Hyman
The Hyman Law Firm, P.A.
2881 East Oakland Park BLVD
Suite 216
Fort Lauderdale, Florida 33308
Telephone: (954) 315- 1780
Florida Bar No. 0719021
kellyhyman@thehymanlawfirm.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) <br> PRODUCTS LIABILITY <br> LITIGATION | MDL NO. 2924 <br> 20-MD-2924 <br><br> JUDGE ROBIN L. ROSENBERG <br> MAGISTRATE JUDGE BRUCE E. REINHART |

_____/
THIS DOCUMENT RELATES TO: ALL CASES

APPENDIX A

Zantac case in which Ms. Hyman appears as counsel

*Lynn White et al. v. Glaxosmithkline et al*, No. 20-cv-80320-RLR, formerly pending in the United States District Court For The Northern District of Illinois before Judge Martha M. Pacold, No. 1:19-CV-07773.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                              MDL NO. 2924
PRODUCTS LIABILITY                                    20-MD-2924
LITIGATION

                                                    JUDGE ROBIN L. ROSENBERG
                             MAGISTRATE JUDGE BRUCE E. REINHART

_____/
THIS DOCUMENT RELATES TO: ALL CASES

## APPENDIX B

List of the other MDLs and class actions in which Ms. Hyman has performed work.[2]

- *In Re: Santa Fe Natural Tobacco Company Marketing and Sales Practices*, MDL No. 2695.  I was a member of the MDL discovery committee which entailed document review, drafting discovery and pleadings.  The case is before the honorable Judge James O. Browing, Pete V. Domenici United States Courthouse 333 Lomas Blvd NW, Suite 660 Albuquerque, New Mexico 87102, (505)348-2280.

- *In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2187. I represented clients selected in the wave litigation and defended clients in depositions, took the deposition of defendants' experts and defended our expert's deposition.  The case is before the honorable Judge Goodwin, Robert C. Byrd United States Courthouse 300 Virginia Street, East, Suite 2400, Charleston, WV 25301, (304)347-3192.

- *In Re: Mentor Corp. ObTape Transobturator Sling Products Liability Litigation,* MDL No. 2004.  I assisted the co-lead, Calvin Warriner in all aspects of this litigation.  The case was before the honorable Judge Clay Land, Post Office Box 2017 Columbus, Georgia 31902, (706) 649-7812.

- | *In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327. I represented clients throughout the litigation process.  The case is before the honorable Judge Goodwin, Robert C. Byrd United States Courthouse 300 Virginia Street, East, Suite 2400, Charleston, WV 25301, (304)347-3192.

- | *In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation,* MDL No. 2326.  I represented clients throughout the litigation process.  The case is before the

---

[2] All work completed on the following matters.

honorable Judge Goodwin, Robert C. Byrd United States Courthouse 300 Virginia Street, East, Suite 2400, Charleston, WV 25301, (304)347-3192.

- | *In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2325. I represented clients throughout litigation process. The case is before the honorable Judge Goodwin, Robert C. Byrd United States Courthouse 300 Virginia Street, East, Suite 2400, Charleston, WV 25301, (304)347-3192.

- | *In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation*, MDL No. 2387. I represented clients throughout litigation process. The case is before the honorable Judge Goodwin, Robert C. Byrd United States Courthouse 300 Virginia Street, East, Suite 2400, Charleston, WV 25301, (304)347-3192.

- *In Re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation*, MDL No. 2385. I assisted leadership in document review and oversaw the document review at my former firm, Searcy Denney. The case was before the honorable former chief Judge David Herndon, who is retired.

- *In Re: Actos (Pioglitazone) Products Liability Litigation;* MDL: 2299. I assisted leadership in document review and assisted my former firm in case management. This case was before the honorable Judge Rebecca Doherty, 800 Lafayette St., Suite 4900 Lafayette, Louisiana 70501, (337) 593-5050.

- *In Re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, MDL: 2100. I assisted leadership in drafting documents. This case was before the honorable former chief Judge David Herndon, who is retired.

- *In Re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2873. I assisted leadership in the Bell v. 3M et al. case by drafting documents and defending numerous class rep in depositions. This case is currently pending before the honorable Judge Richard Mark Gergel for the District of South Carolina, Charleston Division, P. O. Box 835 Charleston, SC 29402, (843) 579-2610.

- *Stephen Adkins v. Facebook, Inc.*, Case No. 18-05982-WHA. I participated in the vetting committee and defended the class rep., Stephen Adkin's deposition. The case is before the honorable Judge William Alsup, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, 19th Floor, San Francisco, CA 94102, (415) 522-2020.

- *In re Google Plus Profile Litigation*, Case No. 5:18-cv-05062. My former colleague was co-lead counsel in the litigation, and I assisted in client vetting, document review and drafting documents. The case is before honorable Judge Edward J. Davila, San Jose Courthouse, Courtroom 1 - 5th Floor, 280 South 1st Street, San Jose, CA 95113, (408) 535-5454.

- *Herrera et al. v. Wells Fargo Bank*, N.A., Case No. 8:18-cv-00332 AG. My former colleague was co-lead counsel in the litigation, and I assisted in drafting discovery. The case is before the honorable Judge Andrew J. Guilford, Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th Street, Courtroom 10D, Santa Ana, CA 92701-4516, (714) 338-4750.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO. 2924
PRODUCTS LIABILITY            20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/
THIS DOCUMENT RELATES TO: ALL CASES

## APPENDIX C

Listing of other attorneys whom Ms. Hyman believes would be beneficial to leadership.

- Beth Fegan as a member of the Plaintiff's Steering Committee based on her class action knowledge and experience, and her representation of medical monitoring plaintiffs in other litigation.
- Jennifer Moore as co-lead of the litigation based on her work in this litigation and trial experience in the Round Up litigation.
- Tracy A. Finken as a member of leadership based on his work on this litigation.
- Daniel Nigh as a member of leadership based on his work on this litigation.
- Marlene Goldenberg as a member of leadership and leading the discovery in this litigation.
- Brent Wisner as a member of leadership based on his work on this litigation.