UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 <br> 20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG |
| | MAGISTRATE JUDGE BRUCE E. REINHART |
| THIS DOCUMENT RELATES TO: ALL CASES | |

### NOTICE OF FILING OF APPLICATION TO SERVE ON THE <u>PLAINTIFFS' STEERING COMMITTEEE</u>

Pursuant to the Court's Pretrial Order #1, Rosemarie Riddell Bogdan respectfully submits her application to serve on the Plaintiffs' Steering Committee.

Date: March 6, 2020

/s/ *Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
Martin, Harding & Mazzotti
1222 Troy-Schenectady Road
PO Box 15141
Albany, NY  12212
Phone: (518) 862-1200
Fax: (518) 389-6679
rosemarie.bogdan@1800law1010.com

*Counsel for Plaintiffs*

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL No. 2924
Case No. 20-md-02924-RLR-BER

THIS DOCUMENT RELATES TO:
ALL CASES

APPLICATION OF ROSEMARIE
RIDDELL BOGDAN FOR
LEADERSHIP POSITION

    Comes Now Rosemarie Riddell Bogdan who submits this Application to be Appointed to the Plaintiffs' Steering Committee ("PSC'") in the Zantac (Ranitidine) Products Liability Litigation.

### 1. Willingness and Availability to Commit to Time-Consuming Litigation

    After practicing exclusively in the area of personal injury for 17 years, I decided approximately a decade ago to start representing plaintiffs in mass tort litigations because so many members of our community were searching for representation for injuries suffered as the result of a defective drug or medical device. As I became familiar with the facts of each MDL, my desire to practice in this area grew. Mass tort plaintiffs are unique. They put their trust in pharmaceutical and medical device companies to design safe products and provide thorough warnings of the potential side effects and risks. When manufacturers fail to do this, great harm can occur and without representation, often the harm will not be redressed. Realizing that I wanted to concentrate my work in the area of mass torts for the remainder of my career, I officially opened a department dedicated to the handling of mass tort cases in 2016. Since that time, my work has been 100% devoted to mass torts and as such I am willing and available to commit to this time-consuming litigation.

    I am already vested in this litigation. Before deciding to undertake the representation of plaintiffs, I extensively researched Zantac and the various ways in which NDMA can end up being present in the tablet or form inside a plaintiff after taking the drug. I coupled this research with my acquired knowledge regarding the carcinogenic nature of NDMA from my role as the Co-Science Chair on the PSC for the Valsartan N-Nitrosodimethylamine (NDMA) Contamination Products Liability Litigation (MDL 2875) and decided that I wanted to undertake the representation of plaintiffs in this litigation. As such, I participated in a pre-MDL organizational meeting in Tampa with many of my colleagues from the Valsartan MDL.

    As of this date, I have screened over 450 potential cases. The cases that my firm has placed into suit are listed on the attached Appendix. While Martin, Harding & Mazzotti ("MHM") has placed 3 cases into suit as of this date, many more will follow.

In addition, I am currently serving on only <u>one</u> PSC and in a capacity that has a high degree of relevance to this litigation. Therefore, I have the time along with the knowledge base and expertise needed to make substantive contributions to this litigation.

2. **Ability to Work Cooperatively with Others**

Through my work as the Co-Science Chair for the Valsartan N-Nitrosodimethylamine (NDMA) Contamination Products Liability Litigation MDL 2875, I have demonstrated my ability to work well with others. We have a leadership team of 38 lawyers from different firms who I have worked cooperatively with for the past 2 years. My role leading the development of all things "science" requires me to be involved with all aspects of the litigation including the Science/Experts, ESI, Discovery, Bellwether, and Law & Briefing Committees.

In addition, my firm based in Albany, New York, has devoted its practice to the representation of injured persons for over 25 years. The firm was formed in 1994 with only a handful of employees. We all worked hand in hand to get our practice to grow. I became a partner of the firm in 1999 at a time when there were very few women given this type of leadership opportunity. We have grown MHM to a firm of 38 attorneys and over 100 other team members. Our firm was built on a model of cooperation and teamwork which has allowed us to provide quality representation to each client we have had the privilege to represent.

3. **Professional Experience in this Type of Litigation**

I am the Co-Science Chair and member of the PSC for the Valsartan N-Nitrosodimethylamine (NDMA) Contamination Products Liability Litigation MDL 2875. This uniquely situates me to take a leadership role in this litigation. The Valsartan litigation is similar to this litigation in many ways. The most significant similarity is that the recalled Valsartan was contaminated with NDMA which is the same carcinogen at issue here. I was selected for the role of Co-Science Chair by my colleagues as a result of my working knowledge of many of the issues involved as well as my science background.

NDMA is known to be a product of chemical reactions, such as those that involve alkylamines with nitrogen oxides, nitrous acid or nitrite salts. It is a highly potent carcinogen being 34 times more potent than arsenic. Through my role as Co-Science Chair, I have obtained extensive knowledge regarding NDMA, how it is formed, its chemical composition and carcinogenic nature.

I have become versed in over 150 animal, epidemiological and biochemistry studies regarding NDMA and its toxic effects. While the chemical formula of NDMA, $C_2H_6N_2O$, is relatively simple, the mechanism by which it causes cancer as the result of its genotoxic and non-genotoxic nature is complex. I have an in-depth understanding of how NDMA causes cancer, and the dose-response relationship. I feel fortunate to have worked with many experts that have further enhanced and honed my knowledge of NDMA.

As part of my PSC and Science Chair role, I have been involved with many aspects of the litigation including "working up" the science, retention of expert witnesses, advising on language

in the pleadings, case selection, case criteria, core discovery, pertinent ESI search terms, and analysis of core discovery documents.

In addition to the Valsartan MDL, I have participated as plaintiff's counsel in the following MDLs and state consolidated litigations: Zimmer Durom Cup Products Liability Litigation MDL 2158, DePuy ASR Hip Implant Products Liability Litigation MDL 2197, Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation MDL 2441, Xarelto Products Liability Litigation MDL 2592, Cook Medical, Inc. IVC Filters Marketing, Sales Practices and Products Liability Litigation MDL 2570, Bard IVC Products Liability Litigation MDL 2641, Stryker LFIT V40 Femoral Head Products Liability Litigation, Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation MDL 2775, Davol/Bard Polypropylene Hernia Mesh Products Liability Litigation MDL 2846, and Connecticut State Consolidated Pradaxa Complex Litigation Docket X03. In addition, my work exclusively in the area of personal injury for the past 25 years has afforded me the privilege of representing 1,000s of individuals in actions stemming from defective product design, manufacturing defects, breach of warranties, statutory violations and negligence. My work has involved every aspect of litigation from initial investigation to trial.

4. **Willingness to Commit the Necessary Resources to Pursue this Matter**

Martin, Harding & Mazzotti LLP is deeply committed to the Zantac litigation and will commit the necessary resources to prosecute this litigation. We have a department devoted to the pursuit of mass tort cases that is 13 team members strong. MHM intends to self-fund the financial contributions required by this litigation but also has access to traditional lines of credit.

I recognize that my application is different than many others this Court will receive as I only started handling mass tort cases 10 years ago and have served on one PSC. However, I would bring a fresh set of keen legal and life experience to the PSC role together with an invaluable scientific understanding of the carcinogen at the heart of this litigation. When practicing mass torts, I draw on the experience I have gained handling product liability cases in the Northeast for so many years. Yet, I find myself energized to have transitioned to this area of personal injury law. I would welcome the opportunity to serve as a member of this Plaintiffs' Steering Committee and make a meaningful contribution to this litigation.

Respectfully Submitted,

/s/*Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
**Martin, Harding & Mazzotti, LLP**
1222 Troy-Schenectady Road
PO Box 15141
Albany, NY  12212
Phone: (518) 862-1200
Fax: (518) 389-6679
Email: Rosemarie.Bogdan@1800law1010.com

<u>CERTIFICATE OF SERVICE</u>

  I do hereby certify that on March 6, 2020, a true and correct copy of the foregoing was served on all counsel listed on Schedule B of the Pretrial Order No. 1 in accordance with the email addresses provided.

              <u>/s/*Rosemarie Riddell Bogdan*</u>
              Rosemarie Riddell Bogdan
              **Martin, Harding & Mazzotti, LLP**
              1222 Troy-Schenectady Road
              PO Box 15141
              Albany, NY  12212
              Phone: (518) 862-1200
              Fax: (518) 389-6679
              Email: Rosemarie.Bogdan@1800law1010.com