UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

THIS DOCUMENT RELATES TO:  ALL CASES

## ELIZABETH A. FEGAN'S APPLICATION TO SERVE ON THE PLAINTIFF'S STEERING COMMITTEE

### I. INTRODUCTION

A 25-year legal veteran who has recovered more than $1 billion for her clients, Elizabeth A. Fegan seeks appointment to the Plaintiffs' Steering Committee ("PSC") to protect the interests of the Medical Monitoring Class, *i.e.* those persons who have been exposed to risk from taking Zantac but for whom disease has not yet manifested. It is critical that the Medical Monitoring Class be separately represented by members of the PSC who can advocate for and protect its unique interests while working together with counsel for the personal injury plaintiffs.

Pursuant to the Supreme Court's decision in *Amchem Prods. v. Windsor*, 521 U.S. 591 (1997), and Rule 4-1.7 of the Florida Rules of Professional Conduct,[1] separate counsel must be appointed for the two discrete groups present here: i.e. the "currently injured" on the one hand (here, the personal injury cases), and the "exposure-only plaintiffs" on the other hand (here, the "Medical Monitoring Class"). *Id.* at 626. The Supreme Court explained:

> In significant respects, the interests of those within the single class are not aligned. Most saliently, for the currently injured, the critical goal is generous immediate payments. That goal tugs against the interest of exposure-only plaintiffs in ensuring an ample, inflation-protected fund for the future.

*Id.* at 597. Accordingly, pursuant to the Supreme Court's direction in *Amchem*, and for the reasons set forth below, Ms. Fegan seeks appointment to the PSC for the Medical Monitoring Class.

### II. RELEVANT STANDARD AND FACTS

As reflected below, as counsel for Plaintiffs Lynn White and Gregory Alan Wayland who

---

[1] *See* Rule 11.1(c) of the Local Rules of the United States District Court for the Southern District of Florida.

1

filed a class action seeking medical monitoring,[2] Ms. Fegan more than satisfies the four criteria for appointment set forth in Federal Rule of Civil Procedure 23(g)(1) and Pretrial Order No. 1.

      1.     *Ms. Fegan is willing and able to commit to a time-consuming project.* After 15 years as the Managing Partner of the Chicago office of a top nationwide class firm, Ms. Fegan launched Fegan Scott LLC in May 2019 to allow her to focus her time and resources on the cases that drive her passion for excellence. This is one of those cases. Ms. Fegan, who has a history of bringing complex matters to successful resolution, and her colleagues at Fegan Scott LLC have the capacity to participate in a meaningful way in the work of the PSC.

      2.     *Ms. Fegan works cooperatively with others.* Ms. Fegan is a team player, works cooperatively with others (including opposing counsel), and has excellent working relationships with many of the attorneys in this MDL. Courts have recognized the civility Ms. Fegan brings to her work. For example, Ms. Fegan was appointed Co-Lead Counsel by the Hon. Wayne Andersen (ret.) in *Wiginton et al. v. CB Richard Ellis, Inc.*, No. 02-c-6832 (N.D. Ill.), a nationwide class action alleging sexual harassment on behalf of a class of 16,000 current and former female employees. At the 2008 final approval hearing of a historic settlement that conferred up to $150,000 per class member, Judge Andersen complimented the parties' counsel, stating:

> I got a long chance to work with the three of you …I think you are great lawyers and I actually even think you are better people…I have found working with you on this case one of the more interesting, challenging and, at some level, uplifting things that I have been able to do in the 15 years or so that I have been here…I really appreciate your intelligence and your intensity here and the reasonableness overall with which you approached all of this…I will move forward with a sense of affection for each one of you individually, growing out of this really difficult but important dispute.[3]

Judge Andersen's comments reflect Ms. Fegan's litigation ethic: zealous advocacy with a core commitment to professionalism.

---

[2] Fegan Scott LLC has also been contacted by dozens of putative class members.
[3] Transcript of Proceedings of Proceedings of the Final Approval Hearing dated January 9, 2008, at 15 (copy available upon request).

3. ***Ms. Fegan has specific experience in medical monitoring and consumer fraud class actions.*** Ms. Fegan is experienced in multi-district litigation and specifically in medical monitoring litigation. *See* Appendix B. For example, Ms. Fegan has deep experience representing plaintiffs in medical monitoring class actions, such as NCAA student-athletes who suffered the short- and long-term effects of concussions and the accumulation of subconcussive hits, children who were exposed to toys painted with lead paint, and Chicago residents whose lead service pipes (for water) were partially replaced by the City during construction exposing the residents to increased lead exposure. *Id.* Ms. Fegan was also recently appointed as Co-Lead Counsel in an MDL on behalf of women whose breast implants were recalled due to the risk of breast implant-associated lymphoma. *Id.*

Ms. Fegan's accomplishments and successes have been widely recognized. She has been named a Lawdragon 500 Leading Consumer Lawyer in America (2019, 2020), a Lawdragon Leading Lawyer in America (2019), a Top 100 Civil Plaintiff's Lawyer (National Trial Lawyers 2020), a Top 100 Trial Lawyer (NTL 2015), and an Illinois Super Lawyer (2016-20). Ms. Fegan has repeatedly presented and published on a variety of class topics, including ascertainability, post-certification strategies, and identifying class actions in everyday practice. She is a fierce advocate for gender equity within the legal profession, authoring "An Opportunity or Landmine: Promoting Gender Diversity From The Bench" (The Federal Lawyer, May 2016) and participating in The Duke Judicial Law Center's Distinguished Lawyers conference on "Guidelines and Best Practices Addressing Chronic Failure to Diversify Leadership Positions in the Practice of Law."

4. ***Ms. Fegan is willing to commit the necessary resources to pursue this matter.*** Ms. Fegan and Fegan Scott LLC will commit the resources necessary to take this MDL to a successful conclusion. Ms. Fegan recognizes that many MDLs do not resolve quickly, but require the resources to take bellwether cases to trial and to fight on appeal. Ms. Fegan and her firm have the resources to do so, and look forward to fighting for the Medical Monitoring Class alongside and together with counsel for the personal injury plaintiffs. Ms. Fegan will provide additional details regarding the firm's resources *ex parte* upon request.

Dated: March 6, 2020

Respectfully submitted,

By: */s/ Elizabeth A. Fegan*

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
beth@feganscott.com

Lynn A. Ellenberger
FEGAN SCOTT LLC
500 Grant Street, Suite 2900
Pittsburgh, PA  15219
Ph: 412.515.1529
lynn@feganscott.com

*Attorney for Plaintiffs Lynn White and Gregory Alan Wayland*

# APPENDIX A

**List of all state or federal Zantac cases in which the attorney appears as counsel.**

*Lynn White, et. al, v. Glaxosmithkline, plc., et. al,* MDL No. 2924, No. 20-cv-80320-RLR (S.D. Fla.) (formerly No. 19-cv-07773 (N.D. Ill.)).

## APPENDIX B

**List or chart of the other MDLs in which the attorney has performed work, and other relevant cases.**

| Case, Judge, and Judge's Phone # | Position | Nature of the MDL | Description of the Nature of the Work Performed | Extent of Ongoing Time Commitment |
|---|---|---|---|---|
| *In re Allergan BIOCELL Textured Breast Implant Prods. Liab. Litig.*, No. 2:19-md-2921 (D.N.J.).<br><br>Hon. Brian R. Martinotti<br><br>(609) 989-0502 | Co-Lead Counsel | Defective product – medical monitoring class action and mass tort (MDL) | Co-Lead Counsel in this personal injury and medical monitoring MDL for persons with recalled breast implants due to the risk of breast implant-associated lymphoma. Discovery and briefing preliminary issues (such as certain plaintiffs proceeding anonymously) is underway. | This litigation is in its preliminary stages. Ms. Fegan has continuing obligations in this matter, but is supported by a strong, experienced leadership team. |
| *In re Roundup Prods. Liab. Litig.,* No. 3:16-md-2741 (N.D. Cal.)<br><br>Hon. Vince Chhabria<br><br>(415) 522-4173 | No appointed role | Defective product - mass tort (MDL) | We recently filed a medical monitoring class action that was transferred into the MDL. We have not yet appeared before the Court. | We do not currently have any role in the ongoing litigation. |
| *In re McCormick & Co., Inc. Pepper Prods. Marketing and Sales Practices Litig.*, MDL No. 2665, No. 15-1825 (D.D.C.)<br><br>Hon. Ellen Segal Huvelle<br><br>(202) 354-3230 | Co-Lead Counsel | Consumer fraud and antitrust class action (MDL) | Performed all aspects of lead counsel role, including discovery, motion practice, oral arguments, and settlement negotiations. Preliminary approval of class settlement recently granted. | Final fairness hearing on settlement is June 3, 2020. |

1

| Case, Judge, and Judge's Phone # | Position | Nature of the MDL | Description of the Nature of the Work Performed | Extent of Ongoing Time Commitment |
|---|---|---|---|---|
| *In re NCAA Student-Athlete Concussion Injury Litigation,* MDL No. 2492, No. 13-cv-0116 (N.D. Ill.)<br><br>Hon. John Z. Lee<br><br>(312) 435-5769<br><br>Special Master - Hon. Wayne Anderson (Ret.)<br><br>(847) 650-6844 | Part of the Co-Lead Counsel team | Negligence – medical monitoring class action (MDL) | Handled all aspects of discovery, briefing and oral argument on merits. Helped negotiate an historic $70 million, 50-year medical monitoring program to diagnose the effects of concussions and the accumulation of subconcussive hits on behalf of all current and former NCAA student-athletes. | None. Case completed. |
| *In Re: Stericycle, Inc., Sterisafe Contract Litigation,* MDL No. 2455, Case No. 13-cv-5795 (N.D. Ill.)<br><br>Hon. Milton Shadur (dec.)<br><br>Hon. Robert W. Gettleman<br><br>(312) 435-5544 | Liaison Counsel | Consumer fraud class action (MDL) | Worked with Co-Lead Counsel to efficiently manage all aspects of this litigation. Handled court appearances, and directly liaisoned with Judge Shadur while he continued to oversee $295 million settlement implementation after his retirement. | None. Case completed. |

2

| Case, Judge, and Judge's Phone # | Position | Nature of the MDL | Description of the Nature of the Work Performed | Extent of Ongoing Time Commitment |
|---|---|---|---|---|
| *In re Pre-filled Propane Tank Marketing and Sales Practices Litig.,* No. 4:09-md-2086 (W.D. Mo.)<br><br>Hon. Gary Fenner<br><br>(816) 512-5660 | Co-Lead Counsel | Consumer fraud and antitrust class action (MDL) | Handled all aspects of this litigation, including discovery and briefing. Negotiated and obtained approval of $35 million in settlements. | None. Case completed. |
| *In re Bayer Combination Aspirin Prods. Marketing and Sales Practices Litig.,* No. 1:09-md-2023 (E.D.N.Y.)<br><br>Hon. Brian Cogan<br><br>(718) 613-2235 | Co-Lead Counsel | Consumer fraud class action (MDL) | Handled all aspects of this litigation, including discovery, briefing and oral arguments. Negotiated and obtained final approval of nationwide consumer settlement. | None. Case completed. |
| *In re Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litig.,* No. 4:08-md-1907 (E.D. Mo.)<br><br>Hon. E. Richard Webber<br><br>(314) 244-7460 | Co-Lead Counsel | Consumer fraud class action (MDL) | Handled all aspects of this litigation, including discovery, briefing and oral arguments. Negotiated and obtained final approval of nationwide consumer settlement. | None. Case completed. |

| Case, Judge, and Judge's Phone # | Position | Nature of the MDL | Description of the Nature of the Work Performed | Extent of Ongoing Time Commitment |
|---|---|---|---|---|
| *In re Baby Prods. Antitrust Litig.*, Case No. 2:06-cv-0242 (E.D. Pa.)<br><br>Hon. Anita Brody<br><br>(215) 597-3978 | Co-Lead Counsel | Antitrust class action | Worked to prepare the case for trial; case was settled for $35 million after class certification was granted, summary judgement denied, and on the eve of trial.<br><br>Oversaw and handled discovery and briefing; conducted all oral arguments. | None. Case completed. |
| *In re RC2 Corp. Toy Lead Paint Prods. Liab. Litig.*, MDL No. 1893, No. 1:07-cv-7184 (N.D. Ill.)<br><br>Hon. Harry D. Leinenweber<br><br>(312) 435-7612 | Co-Lead Counsel | Defective product – medical monitoring class action (MDL) | Litigated federal class action. Intervened on behalf of class in state court action to fight inadequate reverse-auction settlement. Positioned the nationwide class action for settlement in the amount of $50 million. | None. Case completed. |
| *In re Midland National Life Ins. Co. Annuity Sales Practices Litig.*, No. 2:07-ml-01825 (C.D. Cal.)<br><br>Hon. Christina Snyder<br><br>(213) 894-3433 | Member of Executive Committee | Consumer fraud class action (MDL) | Litigated federal class action in the Southern District of Iowa through full briefing on the motion for class certification before joining forces with parallel class actions in the Central District of California as a member of the executive committee. Settled for $79.5 million. | None. Case completed. |

| Case, Judge, and Judge's Phone # | Position | Nature of the MDL | Description of the Nature of the Work Performed | Extent of Ongoing Time Commitment |
|---|---|---|---|---|
| *In re American Equity Annuity Sales Practices Litig.,* No. 2:05-cv-6735 (C.D. Cal.)<br><br>Hon. Christina Snyder<br><br>(213) 894-3433 | Co-Lead Counsel | Consumer fraud class action (MDL) | Litigated federal class action in the Southern District of Iowa through full briefing on the motion for class certification before joining forces with parallel class actions in the Central District of California as Co-Lead Counsel. Settled for $123 million. | None. Case completed. |
| *Berry v. City of Chicago,* No. 2016 CH 02292 (Cook Co.)<br><br>Hon. Raymond W. Mitchell<br><br>(312) 603-5415 | No appointed role (no lead counsel) | Negligence class action - medical monitoring | Seeking medical monitoring for City of Chicago residents whose lead pipes were only partially replaced. After the trial court dismissed the action, we prosecuted a successful appeal where the appellate court reversed, stating: "Where such [medical monitoring] testing is made necessary by defendant's breach of duty, courts have found that the testing itself is 'a present injury compensable in a tort action.'" *Berry v. City of Chicago*, 2019 Ill. App. LEXIS 356, *20 (Ill. App. May 22, 2019). The City has appealed the decision to the state supreme court. | We are awaiting the Illinois Supreme Court's decision. |

5

## APPENDIX C

List of other attorneys whom the attorney believes would be beneficial to leadership, in lieu of a separate nomination, with a single sentence explaining what unique expertise the individual brings as part of the proposed collective group.

1. Kelly Hyman, of The Hyman Law Firm, would be beneficial to leadership of this matter on the Plaintiffs' Steering Committee and/or Plaintiffs' Executive Committee because of the nature of her consumer practice and her practice in this Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, a true and correct copy of the foregoing was filed via CM/ECF and served via CM/ECF notification to those who are registered. Those who have not yet registered but were listed on Schedule B to this Court's February 14, 2020 Pretrial Order #1 (Doc. 13), have been served via email where indicated, or if not, by regular U.S. mail:

**Plaintiffs' Counsel**

Adam Foster
Cara Luther
BAUM HEDLUND ARISTEI & GOLDMAN
10940 Wilshire Blvd. 17th Floor
Los Angeles, CA 90024
**Plaintiffs**: Walter H. Hansen, Joseph John Balistreri, Mark Allan Blake, Keith Sobieszczyk, Shawn Lorenzo Francis, Kerri L. Brest-Landry

Zoran Tasić
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
zorant@hbsslaw.com
**Plaintiffs:** Christina Garza, Jonathan Dimesky, Mary Santorella, Dennis Diamante, Carole Perone, Dawn M. Alviar, George Baker, Doris Bean, Lena Marie Bell, April Michelle Bryant, Susan Carbagal, Trula B. Davis, Sharon Dawson, David W. Everett, Angela Michelle Green, Deborah Haskins, Brenda Johnson, Bobby Jordan, Lynda Liem, Monica Linson, Christina Loubriel, Betty Lutz, Linda Maceachern, Tammie Mae Mackley, Robin Marable, The Estate of Flory L. Perone, Loretta Wynn

Michael M. Weinkowitz
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
RAFFERTY & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
**Plaintiffs:** Phillip McDonald, Joan Chase

Charles E. Whorton
RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard Suite 1000
Coral Gables, FL 33134
cwhorton@riveromestre.com
**Plaintiff:** MSP Recovery Claims, Series LLC

Ruhandy Glezakos
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, CA 90024
**Plaintiffs:** Michelle Coggins, Sandra R. Weeks

Shanon J. Carson
Jeffrey L. Osterwise
Jacob M. Polakoff
Amanda R. Trask
BERGER MONTAGUE PC
1818 Market Street, Suite 3600,
Philadelphia, PA 19103
scarson@bm.net
josterwise@bm.net
**Plaintiff:** Carmen Colon

John Gerard Albanese
E. Michelle Drake
BERGER & MONTAGUE PC
43 S.E. Main Street
Suite 505
Minneapolis, MN 55414
jalbanese@bm.net
**Plaintiff:** Carmen Colon

Lori G. Kier
Joseph G. Sauder
Matthew D. Schelkopf
SAUDER SCHELKOPF LLC
555 Lancaster Avenue
Berwyn, PA 19312
**Plaintiff:** Carmen Colon

Brian P. Murray
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 10169
**Plaintiff:** Francis Neary

David Tawil
SEEGAR WEISS
55 Challenger Road, Suite 600
Ridgefield Park, NJ 07660
cseegar@seegarweiss.com
**Plaintiffs:** Michael Combs, Deborah Combs

Joseph I Marchese
BURSOR & FISHA PA
888 Seventh Avenue
New York, NY 10106
**Plaintiffs:** Alfonso Pinales, Glorimar Rodriquez, Stacey Koppell, Dan Zhovtis, Dana Viola

Neal J Deckant
BURSOR & FISHER PA
2665 S. Bayshore Drive Suite 220
Miami, FL 33133
ndeckant@bursor.com
**Plaintiffs:** Stacey Koppell, Dan Zhovatis

T. Roe Frazer II
FRAZER PLC
30 Burton Hills Blvd. Ste 450
Nashville, TN 37215
roe@frazer.law
**Plaintiff:** Mary Anthony

Spencer Humphrey Hoisington
CAMPBELL & ASSOCIATES
P.O. Box 31666 Charlotte, NC 28231
**Plaintiff:** Mary Anthony

Kathryn M. Forgie
David J. Wood
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, Colorado 80226
kathryn.forgie@andruswagstaff.com
david.wool@andruswagstaff.com
**Plaintiff:** Kerry L. Brest-Landry

John R. Davis
SLACK DAVIS SANGER, LLP
2705 Bee Cave Road, Suite 220
Austin, TX 78746
**Plaintiffs:** Jennifer Bond, Renee Chatman, Eric Ragis, Lisa Ragis, Ronald Ragis, Herbert Souza, Sara Souzsa

Steven A. Bredice
THE LAW OFFICE OF STEVEN A. BREDICE
17 GW Tatro Drive
P.O. Box 519
Jeffersonville, VT 05464-0519
**Plaintiffs:** Eric Ragis, Lisa Ragis, Ronald Ragis

Stephen H. Galebach
GALEBACH LAW OFFICE
9-11 Touro Avenue
Medford, MA 02155
steve@galebachlaw.com
**Plaintiffs:** Jennifer Bond, Eric Ragis, Lisa Ragis, Ronald Ragis

Noah C. Lauricella
GOLDENBERGLAW, PLLC
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
**Plaintiffs:** Jennifer Bond, Renee Chatman, Eric Ragis, Lisa Ragis, Ronald Ragis, Herbert Souza, Sara Souzsa

Allan Kanner
Conlee S. Whiteley
Layne C. Hilton
Annemieke M. Tennis
KANNER & WHITELEY LLC
701 Camp Street
New Orleans, LA 70130
A.Kanner@kanner-law.com
**Plaintiffs:** Jennifer Bond, Renee Chatman, Eric Ragis, Lisa Ragis, Ronald Ragis, Herbert Souza, Sara Souzsa

Daniel C. Burke
Morris S. Dweck
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, NY 10016.
**Plaintiffs:** Joseph E. Chille, Sonja O'Neal

Joseph H. Saunders
SAUNDERS & WALKER PA
3491 Gandy Boulevard North
Suite 200
P.O. Box 1637
Pinellas Park, FL 33780-1637
joe@saunderslawyers.com
**Plaintiffs:** Suzanne Drescher, Thomas John Harris

Mike C Watts
WATTS GUERRA LLP
5726 W. Hausman Rd., Ste. 119
San Antonio, TX 78249
**Plaintiffs:** Sherri Pellegrene, The Estate of Edward Pellegrene

James X. Bormes
Catherine P. Sons
LAW OFFICE OF JAMES X. BORMES
8 South Michigan Avenue Suite 2600
Chicago, IL 60603
**Plaintiff:** Denise Guy

Kasif Khowaja
THE KHOWAKA LAW, LLC
8 South Michigan Avenue Suite 2600
Chicago, IL 60603
**Plaintiff:** Denise Guy

Harrison M. Biggs
PARKER WAICHMAN LLP
6 Harbor Park Dr
Port Washington, NY 11050
**Plaintiff:** Vanessa Epting, Christopher Wamble

**Defendant's Counsel**

Ruth Dapper
DLA PIPER LLP (US)
401 B Street
Ste 1700
San Diego, CA 92101
Ruth.dapper@dlapiper.com
**Defendants:** Boehringer Ingelheim Pharmaceuticals, Inc., Chattem, Inc., Sanofi, Sanofi U.S. Services Inc., Sanofi-Aventis U.S. LLC

Christopher Strongoksy
DLA PIPER LLP
1251 Avenue of the Americas
27th Floor
New York, NY 10020
Christopher.strongosky@dlapiper.com
**Defendants:** Chattem, Inc., Sanofi U.S. Services Inc., Sanofi-Aventis U.S. LLC

Ursula M. Henninger
KING & SPALDING LLP
100 North Tryon Street, Suite 3900
Charlotte, NC 28202
uhenninger@kslaw.com
**Defendant:** Boehringer Ingelheim Pharmaceuticals, Inc.

5

Paul W. Schmidt
Kevin Michael Kelly
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
pschmidt@cov.com
**Defendants:** Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim USA Corporation, Chattem, Inc., SANOFI, SANOFI US SERVICES INC.

Amy Lynn O'Neill
KING & SPALDING LLP
621 Capitol Mall
Suite 1500
Sacramento, CA 95814
aoneill@kslaw.com
**Defendants:** Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim USA Corporation

Cheryl A Sabnis
KING & SPALDING LLP
101 Second Street Ste 2300
San Francisco, CA 94105
csabnis@kslaw.com
**Defendant:** Boehringer Ingelheim Pharmaceuticals, Inc.

Stephen D. Raber
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
**Defendant:** Pfizer, Inc.

Mahnu V. Davar
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, Dc 20001
mahnu.davar@arnoldporter.com
**Defendants:** Chattem, Inc., SANOFI, SANOFI US SERVICES IN

By:<i>/s/ Elizabeth A. Fegan</i><br>Elizabeth A. Fegan