**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924 |
| _____ / <br>THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

### NOTICE OF FILING OF APPLICATION TO SERVE ON THE PLAINTIFFS' STEERING COMMITTEE ON BEHALF OF MELANIE H. MUHLSTOCK

Attorney Melanie H. Muhlstock hereby submits the following application for a position on the Plaintiffs' Steering Committee pursuant to the Court's PreTrial Order #1, entered February 14, 2020.

Date: March 6, 2020

Respectfully Submitted,

PARKER WAICHMAN LLP

/s/Melanie H. Muhlstock
Melanie H. Muhlstock
6 Harbor Park Drive
Port Washington, NY 11050
516-466-6500 | 516-466-6665
mmuhlstock@yourlawyer.com

**Application for Melanie H. Muhlstock to Serve on the Plaintiffs' Steering Committee**

**A. Applicant Information**

My name is Melanie H. Muhlstock and I am the Managing Partner of the Mass Torts Department at Parker Waichman LLP. Respectfully, I would like to be considered for a position on the Plaintiffs' Steering Committee (PSC) in the *In Re: Zantac (Ranitidine) Products Liability Litigation*. I have extensive experience in major mass tort pharmaceutical, medical device and consumer products liability litigation, and have been involved in numerous, multidistrict and coordinated state court litigations over the last 22 years.

I graduated from the University of Wisconsin at Madison with a Bachelor of Arts degree in both English and Communication Arts/Rhetoric in 1994, followed by a Juris Doctorate from Loyola University – Chicago School of Law in 1997. I have been a member of the Bar of the State of New Jersey since 1997 and the Bar of the State of New York since 1998. I am also admitted to practice in the United States District Courts for the Southern, Eastern, Western and Northern Districts of New York, the District of New Jersey and the United States Supreme Court. Since 2014, I have been named to The National Trial Lawyers, Top 100 Trial Lawyers List annually.

**B. Summary of Relevant Background and Experience**

As Managing Partner of the Mass Torts Department, I coordinate a large team of attorneys and staff and direct the firm's litigation strategies in numerous matters.

Since the time I graduated law school my practice has been solely focused on Mass Torts. I began my legal career at two international defense firms. During that time, I worked on sophisticated litigations involving silicone breast implants, tobacco, orthopedic implants, and pharmaceuticals.

For the last fifteen (15) years, I have solely focused my practice on the representation of plaintiffs in complex and serious personal injury litigation involving pharmaceuticals, medical devices, and other consumer products. I have facilitated the resolution of thousands of serious injury and other claims through trial and settlements. I have had the privilege of working with Honorable Special Masters such as Gary Russo, Kenneth DeJean, Daniel Stack, and Glenn Norton and talented mediators like Randi S. Ellis, who are all familiar with my work and can attest to my skill, dedication, and professionalism.

I have often been called upon to serve on discovery and expert sub-committees for Plaintiffs' Steering Committees nationwide. The appointments that are of particular importance are listed on Exhibit B attached hereto.

Notably, I was appointed as Chair of the Non-Party Discovery Committee of the Plaintiffs' Steering Committee for *In Re: Actos (Pioglitazone) Products Liability Litigation* (MDL No. 2299) and Co-Chair of the Non-Party Discovery Sub-Committee of the Plaintiffs' Steering Committee for *In Re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation* (MDL No. 2100). The PSC's decisions to assign me to these two positions was based upon merit and my reputation as someone who is organized, efficient, well-versed in procedure. In these positions, I was able to successfully procure documents, affidavits, and testimony from non-party sources, domestically and abroad.

In the *Actos* litigation I was tasked with the additional responsibility of ensuring that all non-party trial subpoenas were served on witnesses asked to appear at trial via satellite transmission. This process required significant research regarding each jurisdiction's procedures as well as the coordination of the many individuals around the country who participated in the process. In today's technological climate, the use of novel discovery and trial methods should be encouraged. Ultimately, the experience I gained was invaluable and I am often asked to lecture to other attorneys about the process.

Additionally, Parker Waichman has significant experience in electronic discovery matters, and is often sought out by colleagues to give advice regarding electronically stored information ("ESI") issues, especially as they relate to complex litigation. To that end, in a recent complex medical device coordinated proceeding in state court, my firm was responsible for negotiating an extensive ESI protocol between the parties. It is without question that the discovery and document review process is of principal importance in any litigation. As such, ensuring that all relevant, non-privileged documents are captured in the most effective and efficient method possible is crucial. Having PSC members who understand this process is of significant value to the plaintiffs.

In short, this is work that I find incredibly rewarding. It is, however, work that takes significant ability and organization. My organizational skills are unsurpassed and my ability to coordinate and collaborate with large teams of attorneys make me precisely the type of lawyer who should

occupy a position on a leadership committee. I often say "mass tort litigation is a team sport" and teams need leaders. I have all the requisite skills to take a case from inception to trial, or other resolution, as well as perspective from both sides of the "v". My proven track record shows that I can work well with any of the other fine attorneys applying for appointments to this plaintiffs' leadership structure, having worked with many of them for well over a decade. I am confident that I will be an asset to this PSC if I am given the opportunity.

### C. Time Commitments

While I have a lot of responsibility to both Parker Waichman and the clients we represent, I am ready, willing, and able to focus a significant portion of my time on this case and have the full support of my firm to do so. In fact, I have attended numerous Zantac-specific meetings over the last six (6) months and have been working and collaborating with other plaintiffs' counsel in anticipation of the formation of this proceeding.

### D. Financial Disclosure

Parker Waichman has traditionally self-funded its mass tort litigations for over two decades. The firm maintains a substantial line of credit to be used as needed, but has no intention, and has never, financed its projects through vendors or third-party financiers. The firm values its financial independence and, thus, its capacity to always act in the best interests of its clients.

### E. Conclusion

With more than twenty-two (22) years' experience in this field, I am frequently invited to speak on mass tort litigation, including topics related to Zantac, at national seminars attended by members of the Bar and Bench and I welcome the opportunity to lend my experience to this MDL.

I, respectfully, thank you for your time and consideration of my Application for a position on the Plaintiffs' Steering Committee in *In Re: Zantac (Ranitidine) Products Liability Litigation* MDL.

Respectfully submitted,

*/s/ Melanie H. Muhlstock*

Melanie H. Muhlstock

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the U.S. District Court for the Southern District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

Date: March 6, 2020

Respectfully Submitted,

PARKER WAICHMAN LLP

/s/Melanie H. Muhlstock
Melanie H. Muhlstock
6 Harbor Park Drive
Port Washington, NY 11050
516-466-6500 | 516-466-6665
mmuhlstock@yourlawyer.com