UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)          MDL NO. 2924
PRODUCTS LIABILITY                  20-MD-2924
LITIGATION
                                    JUDGE ROBIN L. ROSENBERG
                         MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

## NOTICE OF FILING APPLICATION TO SERVE ON THE ZANTAC PLAINTIFFS' STEERING COMMITTEE

Pursuant to the Court's Pretrial Order #1, Attorney Marlene J. Goldenberg hereby submits the following application to serve on the Plaintiffs' Steering Committee.

Respectfully Submitted,

/s/ Marlene J. Goldenberg
Marlene J. Goldenberg
**GoldenbergLaw, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel: (612) 333-4662
mjgoldenberg@goldenberglaw.com

Pursuant to Pretrial Order #1 *[ECF No. 13]*, the undersigned hereby submits this Application to Serve on the Zantac Plaintiffs' Steering Committee. In addition to meeting all criteria set forth by the Court in its Order, I am ready to hit the ground running and have many ideas that plaintiffs can use to ensure the MDL runs efficiently.

**I meet all criteria set forth by the Court.** As shown in Appendix B, my involvement as the Discovery Liaison in the Abilify MDL is nearly finished, leaving me with substantial time to devote to the Zantac MDL. Since the Zantac recalls began, I have worked collaboratively with many of the attorneys applying for leadership (many of whom are mentioned in Appendix C to this Application) and have since worked with many others in the course of speaking at conferences, organizing litigation strategy meetings, and teaching webinars on this case. I have no doubt that I can continue to work well with the team that has formed over the recent months.

My firm also has the resources to support this case, as we have demonstrated in our membership on numerous PSCs and PECs over the years. We are currently evaluating hundreds of Zantac cases and plan to devote significant time and resources to this litigation.

**I have significant experience litigating drug and device cases.** I began working at my firm at the age of fourteen and began working on drug and device cases in college and law school. Since that time, I worked my way up through every staff role in our office, doing case intake, legal assistant, and law clerk work. While some of my time was devoted to auto litigation and single-event product liability cases, at least seventy-five percent of my time has always been devoted to mass tort litigation. In addition to the cases mentioned in Appendix B to this Application, I have also worked on at least ten other MDL cases involving defective drugs or medical devices. Since that time, I have now served on one Plaintiffs Steering Committee (in the Abilify MDL) and currently serve on the Plaintiffs Executive Committee in the Valsartan, Losartan, and Irbesartan MDL (hereinafter the "Sartan MDL"). I also helped to lead a national group of unconsolidated cases involving a spinal implant, where my firm, as well as many others, had cases filed in state and federal courts throughout the country.

**I am experienced at running discovery in cases with complex issues and many defendants.** In each of these previously mentioned cases, I led discovery and was instrumental in every aspect of the process, from negotiating contracts with vendors, acquiring host documents and discovery materials, negotiating and crafting case management orders (e.g., ESI protocols, plaintiff fact sheets and/or profile forms, direct filing orders, and procedures for managing large numbers of defendants), and crafting discovery to overseeing the deposition process (i.e., drafting and serving notices, coordinating dates, and ensuring all depositions are staffed) and taking numerous depositions of corporate witnesses, as well as facilitating and participating in trial preparation for Bellwether cases. If appointed to the Zantac Plaintiffs Executive or Steering Committee, I hope to have the opportunity to run discovery. My prior experience enables me to craft a discovery formula that is ready to be implemented in the Zantac MDL. My plan for ensuring the case runs efficiently includes the following:

1. **Ensure filing of complaints and service of the same is streamlined.** In the Sartan litigation, as will be the case in the Zantac litigation, there were multiple defendants in both the litigation and in most individual cases. Therefore, in drafting the Sartan Short Form Complaint, I added fields to inform all counsel of the location of each defendant,

to ensure all complaints filed on the basis of diversity were properly filed. I also set up the Short Form Complaint to be drafted in a portal that each plaintiff's counsel could use to automatically serve the complaints to the defendants selected when the Short Form Complaint was drafted. Counsel for each defendant was registered on the system and would be served once the case had been filed. This same system can also be used for plaintiffs to complete Plaintiff Fact Sheets. Additionally, information entered in during the Complaint phase of the case can be automatically inserted into PFS fields in order to eliminate duplicate data entry. This system allows for the data on all cases, or any subset of cases, to be easily analyzed and will allow both the census and bellwether committees to complete their work more effectively.

2. **Ensure only the most critical defendants are in the case.** In the Sartan litigation, I negotiated a protocol (the "Peripheral Defendant Dismissal Form") whereby certain defendants can be dismissed without prejudice in exchange for responding to pre-negotiated (but abbreviated) discovery questions. This helps ensure that only necessary parties are participating in case management conferences, discovery, and other proceedings.

3. **Keep everyone organized.** In previous cases and in this MDL, I would establish an internal system through which all plaintiffs can access court filings and another system to facilitate deadline management and productive conversation for Plaintiffs' Leadership. As the case progresses, I will have systems to track all depositions and staffing to ensure we have adequate coverage, preparation, time and resources. This allows all moving pieces to be tracked in one place. While this seems intuitive, many PSCs lack such a system.

4. **Hold weekly calls for document reviewers.** In the other MDLs where I run discovery, I hold weekly calls for my committee members, where attorneys can ask questions, discuss important documents they identify, and we review all upcoming deadlines and assignments. This ensures the case remains adequately staffed and that all committee members are accountable and on track.

5. **Facilitate Communication Between the Parties.** Similar to the Sartan MDL, there will be many defendants in this case. The Defendants' Steering Committee and the Plaintiffs' Steering Committee should be encouraged to create a Listserv that both parties can use to ensure all counsel receives emails regarding ongoing discussions or issues.

In addition to the ideas listed above, I would also ensure that conversations between the parties that are necessary to get the discovery process off the ground (i.e., those which allow for the identification of the most relevant custodians, search terms, etc.) are scheduled as soon as possible, as delaying these processes can hold up responses to discovery, production of documents, and depositions. If given the opportunity to serve on the Plaintiffs' Executive Committee, I will look forward to the opportunity to hit the ground running. Pursuant to the Court's Order, I will be presenting at the upcoming Case Management Conference and will be prepared to answer any of the Court's questions concerning my qualifications at that time. I appreciate the Court's consideration and look forward to the opportunity to represent the plaintiffs in these actions.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March 2020, a true and correct copy of the foregoing was served via the Court's ECF system on all counsel listed on Schedule B of the Court's Pretrial Order No. 1 in accordance with the email addresses provided therein.

*/s/ Joseph Coffey*
Joseph Coffey