UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL NO. 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO:  ALL CASES

### NOTICE OF FILING OF APPLICATION OF ROBERT C. GILBERT TO SERVE ON THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to the Court's Pretrial Order #1 (DE 13), the undersigned respectfully submits the attached application of Robert C. Gilbert to serve on the Plaintiffs' Steering Committee.

Dated:  March 6, 2020.

By: */s/ Robert C. Gilbert*
Robert C. Gilbert, FBN 561861
Jonathan M. Streisfeld, FBN 117447
Daniel E. Tropin, FBN 100424
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (305) 384-7269
*gilbert@kolawyers.com*
*streisfeld@kolawyers.com*
*tropin@kolawyers.com*

*ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document will be served by Plaintiffs' Liaison Counsel on all counsel named in Updated Master Service List.

/s/ *Robert C. Gilbert*
Robert C. Gilbert, Esquire
