# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br><br>MAGISTRATE JUDGE BRUCE E. REINHART |

**THIS DOCUMENT RELATES TO ALL CASES**

## NOTICE OF FILING OF APPLICATION TO SERVE ON PLAINTIFFS' STEERING COMMITTEE

Attorney Sarah N. Westcot of Bursor & Fisher, P.A. submits the following application to serve on Plaintiffs' Steering Committee pursuant to the Court's Pretrial Order #1, entered on February 14, 2020.

Dated: March 6, 2020

Respectfully Submitted,

By: _/s/ Sarah N. Westcot_
Sarah N. Westcot

**BURSOR & FISHER, P.A.**
2665 South Bayshore Drive, Suite 220
Miami, FL 33133
Tel: 305-330-5512
Fax: 212-989-9163
E-Mail: swestcot@bursor.com

*Counsel for Plaintiffs Glorimar Rodriguez, Dana Viola, and Alfonso Pinales*

Bursor & Fisher, P.A. ("Bursor & Fisher") has extensive experience litigating economic loss consumer class actions involving drug and dietary supplement products through all phases of litigation, including through a jury trial that resulted in a $50 million verdict for class members. *See, e.g. Thomas v. Global Vision Products, Inc.*, Case No. RG-03-091195 (Cal. Sup. Ct. 2009) ($50 million jury verdict in favor of a class of 150,000 purchasers of Avacor Hair Regrowth System.). Bursor & Fisher has also negotiated several multi-million dollar consumer class action settlements in drug and dietary supplement cases. *See Melgar v. Zicam*, No. 2:14-cv-00160-MCE-AC (E.D. Cal.) ($16 million class settlement of claims alleging cold medicine was ineffective); *Forcellati v. Hyland's*, No. 2:12-cv-01983 (C.D. Cal) (nationwide class action settlement providing full refunds to purchasers of homeopathic cold and flu remedies); *Correa v. Sensa Products, LLC*, Case No. Case No. BC-47-6808 (Cal. Sup. Ct. 2012) ($9 million settlement on behalf of purchasers of the Sensa weight loss product); *Gregorio v. Premier Nutrition Corp.*, Case No. 17-cv-05987-AT (S.D.N.Y. 2019) ($9 million class settlement to resolve claims of protein shake purchasers for alleged false advertising.). In total, Bursor & Fisher lawyers have been court-appointed counsel or interim class counsel in more than 30 class actions, and have won multi-million dollar verdicts or recoveries in six of six civil jury trials in consumer class actions since 2008.

**1. Bursor & Fisher Has The Willingness And Availability To Commit To A Time-Consuming Project**

Bursor & Fisher has seventeen lawyers across three offices in Miami, New York, and Walnut Creek, California, where large groups of plaintiffs in this matter are located and where Bursor & Fisher can meet with clients and attend depositions. Ms. Westcot is a partner in Bursor & Fisher's Miami office, is admitted to practice in this District, and is familiar with the practices and procedures utilized in this District. She has the willingness and availability to commit to this

1

time-consuming project. With an office located within this District, Bursor & Fisher's lawyers will be able to make convenient appearances in this MDL.

## 2. Ability To Work Cooperatively With Others

Bursor & Fisher has already coordinated with other plaintiffs' counsel regarding strategy and direction for this litigation, traveling to Los Angeles, Austin, and Tampa to participate in meetings and strategy sessions. Bursor & Fisher currently works with many of the same lawyers involved in this litigation in *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, MDL No. 2875 ("*In re Valsartan*"), where Bursor & Fisher was appointed to the economic loss and discovery committees. As a result of the firm's work on those committees, colleagues in leadership chose to recommend appointment of Bursor & Fisher as Co-Chair of the Losartan Committee due to respect for the firm's work product and leadership in that litigation.

## 3. Professional Experience In This Type Of Litigation

Ms. Westcot has significant MDL experience. Bursor & Fisher was appointed by the Honorable Robert Kugler, Senior District Judge in the District of New Jersey, to the economic loss and discovery committees in *In re Valsartan*, and has been recommended to serve as Co-Chair of the Losartan Committee following consolidation of the Losartan and Irbesartan matters into *In re Valsartan*. In these roles, Bursor & Fisher was closely involved in drafting the operative Consolidated Amended Economic Loss Class Action Complaint and has conducted extensive discovery with regard to the twelve class representatives represented by Bursor & Fisher. Bursor & Fisher will also be heavily involved in forthcoming class certification briefing.

Bursor & Fisher also served on the executive committee in *In re Blue Buffalo Marketing and Sales Practices Litigation*, Case No. 14-MD-2562-RWS (E.D. Mo. 2016), which ultimately achieved a $32 million class settlement to resolve claims of pet owners for alleged false

advertising of pet foods. Bursor & Fisher was recently appointed to the executive committee representing putative class of purchasers of allegedly dangerous infant inclined sleep products in *In re Fisher Price Rock 'N Play Sleeper Marketing, Sales Practices, and Products Liability Litigation*, 1:19-md-2903 (W.D.N.Y.).

**4. Willingness To Commit The Necessary Resources To Pursue This Matter**

Bursor & Fisher is a well-established, successful law firm that has the resources and personnel necessary to pursue a case of this magnitude, as they have demonstrated in numerous similar large-scale class actions. Several courts around the country have highlighted Bursor & Fisher's resources in appointing them class counsel. *See In re Welspun Litigation*, Case No. 16-cv-6792 (S.D.N.Y.) (Dkt. No. 58 at 2) (appointing Bursor & Fisher as interim lead class counsel, finding that Bursor & Fisher has "extensive experience in handling class actions and complex litigation, including products liability and consumer protection cases . . . and have extensive resources.") ; *Melgar v. Zicam, LLC*, No. 2:14-cv-00160-MCE-AC (E.D. Cal. Oct. 29, 2014) (Dkt. No. 21) (appointing Bursor & Fisher as interim class counsel, noting that "Bursor & Fisher is a well-established, reputable firm that is up to handling the challenges of this litigation and is capable of committing the requisite resources to doing so."); *Rodriguez v. CitiMortgage*, Case No. 1:11-cv-4718 (PGG) (S.D.N.Y. Nov. 14, 2011) (appointing Bursor & Fisher as interim class counsel and explaining that Bursor & Fisher is a "well-established law firm" that "ha[s] the resources and personnel necessary to carry out large-scale class action litigation.")

The same is true with respect to this action. Bursor & Fisher will continue to commit the same resources and effort to this case as they have committed to their other, successful consumer class action litigations.

                                        Respectfully Submitted,

Date: March 6, 2020　　　　　　　　　　By:　*/s/ Sarah N. Westcot*
　　　　　　　　　　　　　　　　　　　　　　Sarah N. Westcot

**BURSOR & FISHER, P.A.**
Sarah N. Westcot
2665 South Bayshore Drive, Suite 220
Miami, FL 33133
Tel: 305-330-5512
Fax: 212-989-9163
E-Mail:  swestcot@bursor.com

*Counsel for Plaintiffs Glorimar Rodriguez, Dana Viola, and Alfonso Pinales*

4

## CERTIFICATE OF SERVICE

I do hereby certify that on March 6, 2020, a true and correct copy of the forgoing was served via the Court's ECF system and on all counsel listed on Schedule B of the Court's Pretrial Order No. 1 in accordance with the email addresses provided therein.

Respectfully submitted,

By:  */s/ Sarah N. Westcot*
  Sarah N. Westcot

**BURSOR & FISHER, P.A.**
Sarah N. Westcot
2665 South Bayshore Drive, Suite 220
Miami, FL 33133
Tel: 305-330-5512
Fax: 212-989-9163
E-Mail:  swestcot@bursor.com

*Counsel for Plaintiffs Glorimar Rodriguez,
Dana Viola, and Alfonso Pinales*