# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABLITY LITIGATION | MDL NO. 2924<br>20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG |
| | MAGISTRATE JUDGE BRUCE E. REINHART |

THIS DOCUMENT RELATES TO:
ALL ACTIONS
_____/

## NOTICE OF FILING APPLICATION OF CHRISTOPHER P. YUHL TO SERVE ON PLAINTIFF STEERING COMMITTEE

Please take notice that Attorney Christopher P. Yuhl of Yuhl | Carr LLP submits the attached application to participate on the PSC pursuant to the Court's Pretrial Order No. 1 [Dkt. 13] entered on February 14, 2020.

Date: March 6, 2020

Respectfully submitted,
/s/ *Christopher P. Yuhl*
Christopher P. Yuhl
James P. Carr
**YUHL | CARR LLP**
4676 Admiralty Way, Suite 550
Marina del Rey, California 90292
Telephone: (310) 827-2800
Facsimile: (310) 827-4200
Email: cyuhl@yuhlcarr.com

*Counsel for Plaintiffs*

## APPLICATION FOR PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1, Par. 16, I respectfully apply to serve on the **Plaintiff's Steering Committee** for the matter In Re: Zantac (Ranitidine Products Liability Litigation), MDL No. 2924, 20-MD-2924.  It would be my sincere pleasure to work with Judge Robing L. Rosenberg, Magistrate Judge Bruce E. Reinhart and Professor Jaime Dodge along with the members of the Census and Practice Committees.

I am managing partner of Yuhl Carr, LLP of Los Angeles, California where my practice focuses on products liability/personal injury, mass torts and class actions.  I have been a practicing Member in good standing of the California State Bar in good standing since 1987 which includes my firm's participation as a member of leadership in both multi-district, joint coordinated case proceedings and lead class counsel.  We enjoy an AV rating with Martindale Hubbell and are admitted in all USDC in California.

I thoroughly enjoyed being a member of the PSC and leadership, serving in my role in both case vetting, defendant discovery and trial in the In re: Wright Med. Tech. Inc., Conserve Hip Implants Prods. Liab. Lit, MDL No. 2329 and the concurrent California coordinated proceeding, Wright Hip Sys. Cases, JCCP 4710.  There we were fortunate to conduct ourselves in a small leadership group, approximately 6 firms, that were responsible for both the MDL and JCCP.  Over the 9-year period of this litigation, the professional relationships created an energetic, hard-working, collaborative effort which was so important to the eventual successful trial result and settlement.  The MDL is closed now and USDC Judge Duffy retired but the JCCP in Los Angeles remains active before the Hon. Anne Jones.  Even though several firms in leadership no longer have active cases in the JCCP, we continue to call upon each other to complete the final administration of the case, on-going settlement negotiations of remaining cases, including the possibility that a few "opt-out" cases will require individual discovery and trial in order to finally clear the complex case docket.  Overall, the litigation is in its final stages so I believe this speaks to my firm's

ability, resources and interest in gearing up to assist the Court in the developing Zantac litigation in South Florida.

My firm has served as lead class counsel in other matters where coordination of multiple parties and issues as well as working with other leadership counsel and defendant's steering committee's was required to professionally and efficiently work the case to conclusion.  My service on the Los Angeles County Bar Association Judicial Appointments Committee has brought additional experience working with a variety of lawyers from all fields.  We are responsible for vetting, interviewing and recommending applicants seeking appointment to the California Superior Court bench, having been appointed to this position by former California Governor Jerry Brown in 2015.  I also served on the Los Angeles Superior Court committee/task force for the creation of the Personal Injury Courts at the direction of then Presiding Superior Court Judge Daniel Buckley in the streamlining of the largest court of general jurisdiction in the United States in a time of severe budget shortages.  I enjoy putting in the additional time to help make the court process better for litigants and the Court alike and perhaps bring additional perspective to the smooth administration of complex matters. In addition to extensive trial experience among my partners, the firm brings the following additional relevant experience:

- Callaway v. Mercedes-Benz, USA, LLC – USDC Central District of California No. 8:14-cv-02011-JVS (Class counsel)
- O'Shea v. Epson America, Inc. – California Superior Court for Los Angeles County No. BC 420687 (Class counsel)
- Birbrower v. Quorn Foods, Inc. – Case No: 2:16-cv-01346-DMG-AJW - USDC Central District of California (Class Counsel)
- Wright Hip Sys. Cases, California Superior Court for Los Angeles County, JCCP 4710 (PSC and Trial team)
- Wright Med. Tech., Inc. Conserve Hip Implant Prods. Liab. Lit., N.D. Ga., MDL No. 2329 (Joint PSC Leadership with related JCCP and Trial team)
- Contreras v.  Bayer Corp– attorney of record for an estimated 3,000 plaintiffs with co-lead counsel from Fleming Nolan & Jez, LLP – California Superior Court for Alameda County – JCCP No. 4887
- Filed and resolved cases in other Mass Tort pharmaceutical and product liability MDL's including Breast Implant, Vioxx, DePuy

ASR, Pradaxa, Stryker MOM Hips, Zimmer MOM hips, DePuy Pinnacle, among others.

My firm is balanced and strong – we bring the added experience of being l former Defense lawyers who maintain strong professional relationships and friendships with members of the defense bar.  Many of our cases are referred directly from former opposing counsel. This makes us uniquely suited to work well and cooperatively with the leadership on both sides and to provide the court with reasoned and rational input and effort. I believe our reputation in Los Angeles is highly regarded among trial lawyers in terms of professional conduct and skill in the matters we have litigated.  My partners and I collectively bring nearly 150 years of combined litigation and trial experience and resources to the table.  We understand the commitment necessary, both in time and resources, to participate meaningfully in a national litigation such as this one and are prepared to do so to the best of our ability.  We uniquely meet with every client we represent, even in Mass Tort, and make sure they have a direct pipeline to speak with us all along the way – no matter how many years a case like this might take our clients can reach us.  Many firms are often surprised to know that we personally meet with and sign up each client we represent – we do not farm this out. It is time consuming but necessary to our firm philosophy of truly giving personal attention to every client. We would apply the same effort and energy to this case.

We are genuinely interested in assisting the parties, attorneys and court staff with the smooth functioning of this litigation.  It would be an honor to provide our efforts to the Court.

# Appendix A

All State and Federal Zantac cases in which you've appeared as counsel:

Chapa v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., US District Court for the Southern District of Texas - 2:20-cv-00069

Ellis v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., US District Court for the Eastern District of Texas - 5:20-cv-00035

# Appendix B:

In re: Wright Med. Tech. Inc., Conserve Hip Implants Prods. Liab. Lit, MDL No. 2329

Judge William S. Duffey, (Retired) (650) 328-9500 – CLOSED

Participated in all aspects of leadership duties pursuant to JCCP order (see below).

PSC California coordinated proceeding, Wright Hip Sys. Cases, JCCP 4710 – Los Angeles Superior Court Judge Ann I. Jones (213) 310-7011 Dept. SS11 - ongoing

The leadership in the MDL and JCCP was consolidated and the same - all aspects of PSC work in both the JCCP and MDL applied to the other.

This litigation began in 2011 and I was involved from the outset in every aspect of procedures, defendant discovery, expert discovery, depositions, bellwether selection, trial prep, settlement negotiations, case management conferences, trial conferences, etc.

The JCCP discovery is currently stayed as the parties negotiate the remaining cases with the likelihood that most cases will be resolved in 2020 leaving less than a dozen for potential trial preparation.

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 6, 2020, a true and correct copy of the foregoing **NOTICE OF FILING APPLICATION OF CHRISTOPHER P. YUHL TO SERVE ON PLAINTIFF STEERING COMMITTEE** was electronically filed with the Clerk of the Court and served using the CM/ECF system.

     Respectfully submitted,
*/s/Christopher P. Yuhl*
Christopher P. Yuhl
**YUHL | CARR LLP**
4676 Admiralty Way
Suite 550
Marina del Rey, California 90292
Telephone:  (310) 827-2800
Facsimile:   (310) 827-4200
Email:  cyuhl@yuhlcarr.com