**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) <br><br> PRODUCTS LIABILITY LITIGATION | MDL No. 2924 <br> Case No.: 20-md-02924-RLR-BER <br><br> Judge Robin L. Rosenberg <br> Magistrate Judge Bruce E. Reinhart |

**THIS DOCUMENT RELATES TO: ALL CASES**

<u>APPLICATION OF ADAM PULASKI FOR APPOINTMENT TO</u>
<u>PLAINTIFFS' LEADERSHIP</u>

COMES NOW attorney Adam Pulaski, of Pulaski Kherkher, filing this application for appointment to Plaintiffs' Leadership for *In Re: Zantac (Ranitidine) Product Liability Litigation*, 20-MD-2924 pursuant to Pretrial Order No. 1. Please allow the following to serve as an introduction and outline of my representations and qualifications for this position.

**A.   Application Information**

I am the founding partner at Pulaski Kherkher in Houston, Texas, and have represented over 150,000 plaintiffs in pharmaceutical and medical device litigation over the last twenty-nine (29) years. Pulaski Kherkher is one of the first firms involved in Zantac litigation and currently represents approximately 5,000 individuals from all fifty states who were injured by the ingestion of Zantac. It is our estimation that we will eventually represent between 10,000-15,000 individuals in this litigation and have one of the largest, if not the largest, docket of cases in the MDL.

**B.   Position Sought**

While your Honor's Order did not specifically state which positions would be available for appointment, I would like to be considered for a Co-Leadership or Executive Committee position. I believe my ability and resolve to litigate cases from start to finish will help further the resolution of this docket. In the last several years, I have focused on working with both sides of the bar on

exploring innovative ways to efficiently and effectively prosecute mass actions. As a member of this committee, I would consider it my duty and obligation to not only focus on the representation of my clients, but work until all claims in the MDL are concluded.

### C. Mass Tort Experience

Pulaski Kherkher has represented over 150,000 clients in pharmaceutical and product liability litigation in most of the largest mass tort MDLs. While I have managed most of the mass tort dockets at my firm, it has been my practice to empower our other attorneys to take on leadership roles. Our attorneys are well versed in MDL procedures, and have played significant roles in MDLs as well as settlement negotiations on many MDL matters. Should I be appointed to a leadership position in this MDL, there will be a team effort by the attorneys and staff at my office to further this litigation and support our clients throughout the process.  In this MDL, I am excited to potentially take on a leadership position myself.  I believe this case presents unique opportunities to shape how the MDL process may proceed in the future and help determine how MDLs can best benefit the judicial system, the Plaintiff and Defense Bars, and our clients as a whole.

### D. Issue-Specific Claims

Our office has represented over 10,000 clients in cancer related claims including but not limited to Asbestos, Taxotere, Roundup, PCB, and Actos litigations. We understand and appreciate the unique challenges associated with representing critically ill clients and/or their loved ones, as well as the substantive and procedural legal issues these claims present.

### E. Collaboration

I am a big proponent of collaboration, not only amongst my peers within the Plaintiffs' Bar, but amongst the Defense Bar as well.  I believe the innovative ideas beginning to unfold in MDLs that require collaboration such as initial censuses, plaintiff profile sheets, early vetting, and

streamlined paths to bellwether trials are imperative for improving the MDL process for everyone involved. Our lawyers have had past roles in Fen-Phen, Mirena and PCB litigation, and currently have active leadership roles in both the 3M, IVC, and JUUL MDLs.  We are also working on claims in the state court JUUL and Truvada litigations.  In our current roles, we are seeing these new techniques and procedures streamline and expedite work flow.  As part of the Census Committee appointed in this MDL, I am working alongside Jaime Dodge, the other members of our committee, and multiple defense attorneys to lay the foundation for what I believe will be a unique, positive and innovative start to this MDL.

Outside of an MDL scenario, I have been successful in resolving claims on several matters in the last five (5) years by working collaboratively with defense counsel on global resolution strategies and "outside the box" methods for sharing perspectives and information. Ultimately, this has led to creating settlement structures that work for all parties, including plaintiff firms other than my own.

**F. Commitments**

Should I be appointed to leadership, Pulaski Kherkher stands at ready to assist in providing the necessary support, both with manpower and financially to this MDL. My only other personal commitment at this time is a PSC position at the JCCP level on the JUUL litigation, which will in no way interfere with my ability to perform my duties in this litigation.

For all the reasons set forth herein, I respectfully request the court appoint me to a position that your Honor sees fit for MDL 2924. Thank you.

Respectfully Submitted,

s/ Adam Pulaski
Adam Pulaski, Esq.
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: adam@pulaskilawfirm.com

# APPENDIX A

## CURRENT FILED ZANTAC CASES

1. Angela Williams v. Sanofi-Aventis U.S. LLC, et al; Case No: 9:20cv80245

# APPENDIX B

# MDL PERSONAL EXPERIENCE

1. JCCP NO. 5052 - JUUL Laboratories, Inc. et al

   <u>Judge</u>: Honorable Ann I. Jones, Superior Court of the State of California, County of Los Angeles

   <u>Phone Number:</u> (213) 310-7011

   <u>Position:</u> Member of JCCP

   <u>Nature of MDL</u>: Products liability case with an individual injury component, a class component, and a municipality component.

   <u>Scope of Work</u>: As this JCCP is in its infancy, to date I have worked, along with the rest of the committee, on issues related to census, profile/fact sheets, bellwether selection, science and other issues.

   <u>Extent of Commitment:</u>  As JUUL litigation is in its initial stages, I anticipate work in the JCCP for years to come.  However, my monthly time commitment to the JCCP is very manageable as I am not in a lead position. Further, Leslie LaMacchia, from my office, is the Federal-State Liaison attorney for the MDL and is sharing duties with me on the case, as are six other staff members in my office.

## APPENDIX C

## ATTORNEYS TO CONSIDER FOR CO-LEAD

1. **Jennifer Moore**: Jennifer has demonstrated a clear ability to not only work tirelessly on difficult mass tort issues and litigation in other cases, but would also serve as a communicative and inclusive leader in this particular case where she has a clear understanding of all issues related to the claim.

2. **Sean Tracey**:  Sean has a very keen understanding of what it will take to properly and relentlessly advocate for all plaintiffs in this litigation, and for decades has proven to be someone the Plaintiffs' Bar can look to with respect to science and trial strategy issues on any litigation he has worked on, and he has the clear respect of attorneys across the aisle.

3. **Brent Wisner**:  In addition to being an excellent trial attorney, Brent has worked on other cases with similar injuries and mechanisms of injury and has an understanding of the particular science surrounding ranitidine, NDMA and cancer.

4. **Mikal Watts**: Mikal's skillset as a trial attorney and strategist would be a welcome addition to leadership in this litigation, where he can think through overall plans relating to multiple defendants, various injuries, and science revolving around ranitidine and cancer.

5. **Bobby Geller**:  While I only recently met Bobby through our positions on the committees that you formed for this litigation, I found him to be incredibly knowledgeable and collaborative, and I believe his representation of the class aspect of this case further lends itself to his inclusion.

6. **Mike McGlamry**:  I have recently come to know Mike through our joint efforts on the Census committee formed in this litigation, but believe he has a very strong skillset of the overall

7

knowledge of litigating complex litigation claims as well as a communicative skill that is uncommon.

**ATTORNEYS TO CONSIDER FOR LEADERSHIP**

7. **Tracy Finken**: Tracy demonstrates an understanding of every aspect of this litigation, and in particular she has a 30,000-foot view and can take each individual aspect and see how it relates to and effects other aspects of the litigation.

8. **Daniel Nigh**: Daniel has been a tremendous wealth of knowledge in assisting with the Census discussions and his in depth understanding of the science in this case is critical for forwarding the science portion of this litigation.

9. **Roopal Luhana**: Roopal is clearly dedicated to understanding the science and particular hurdles we face in this litigation and has demonstrated an ability to work cooperatively and constructively with both the Census and Procedures Committees in an effort to reach conclusions for the betterment of this MDL.

10. **Steve Maher**: Steve's understanding of all matters related to complex litigation and ability to manage and litigate would be a welcomed addition to this MDL.

11. **Scott Love**: I have seen Scott work first hand on multiple litigations, both against him when he was a defense attorney and aligned with him over the last twenty years on multiple complex litigation cases on the Plaintiffs' side, where he has always demonstrated the highest level of professionalism, work ethic, knowledge, and collaboration that I have seen.

12. **James Ferraro, Jr.**: James' knowledge of complex cases, work product and trial skills would be a great asset to this litigation.

13. **Kristine Kraft**: Kristine would bring a high level of knowledge, work ethic, organizational skills and persistence to this leadership team.

14. **Jason Richards**: Jason's experience in complex litigation and ability to efficiently move cases from litigation to resolution would be helpful to this leadership team.