UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924 <br> 20-MD-2924 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE ROBIN L. ROSENBERG <br> MAGISTRATE JUDGE BRUCE E. REINHART |

## NOTICE OF FILING APPLICATION OF WILLIAM H. BARFIELD TO SERVE ON PLAINTIFF STEERING COMMITTEE

Please take notice that Attorney William H. Barfield of McDonald Worley, P.C. submits the attached application to participate on the Plaintiff Steering Committee, "PSC" pursuant to the Court's Pretrial Order No. 1 [Dkt. 13] entered on February 14, 2020.

Dated: March 6, 2020

Respectfully submitted,
*/s/ William H. Barfield*
William H. Barfield
**MCDONALD WORLEY, P.C.**
1770 St. James Place
Houston, TX 77056
T: (713) 523-5500
F: (713) 523-5501
bill@mcdonaldworley.com

*Counsel for Plaintiffs Roberto Chapa and Charles Ellis*

## PLAINTIFF STEERING COMMITTEE "PSC" APPLICATION

Pursuant to Pretrial Order No. 1, I respectfully apply to serve on the Plaintiff Steering Committee "PSC" for the matter In Re: Zantac (Ranitidine Products Liability Litigation), MDL No. 2924, 20-MD-2924. It would be an honor to work with Judge Robing L. Rosenberg, Magistrate Judge Bruce E. Reinhart and Professor Jaime Dodge along with the members of the Census and Practice Committees.

I am the managing attorney at McDonald Worley, PC of Houston, Texas where my practice focuses on products liability/personal injury, mass torts and class actions related matters. I am "AV" rated by Martindale-Hubbell. I have been a practicing Member in good standing of the Texas since 2001. I am also licensed to practice law in Oklahoma, Tennessee, Illinois, Pennsylvania, District of Columbia, Missouri, Georgia, Arkansas and Kentucky. My legal experience includes many multi-million-dollar settlements on behalf of my clients. I have handled thousands of cases involving defective medical devices, pharmaceutical drugs, nursing home neglect, complex product liability disputes, and commercial disputes.

I am very familiar with MDL pre-trial procedures, organization, and the need for effective communication between the Court, other PSC members, and law firms that rely on our leadership. Our firm plans to advocate for the interests of all Plaintiffs in this litigation, while at the same time work cooperatively with this Court and its Court Members.

I, along with several other lawyers in our firm, have been fortunate to be included as a PSC committee member in the hernia mesh litigation located in the USDC Southern District of Ohio Eastern Division (referring to: In Re: Davol, Inc./C.R. Bard, Inc. Polypropylene Hernia Mesh Product Liability Litigation). There, we have worked on the science committee, expert committee, and document review committee.

In addition to the Ohio Hernia Mesh Litigation, our firm is also a PSC committee member in the Ethicon Physiomesh, Proceed, and Prolene Hernia System mesh cases in New Jersey (referring to In Re: Proceed Mesh Litigation in the Superior Court of New Jersey Law Division: Atlantic County Master Case No. ATL-L-794-19). There, I am actively working on the document review of important Ethicon custodial files, and working with the deposition team to gather trial/deposition exhibits. I enjoy the challenge of finding important documents which advance the litigation and liability story for Plaintiffs.

Before my substantial involvement in hernia mesh, I was actively involved in the Transvaginal Mesh ("TVM") MDL litigation. In the In Re: Mentor Corp. Obtape Transobturator Sling Products Liability litigation (MDL Case No. 2004) in USDC for the Middle District of Georgia Columbus

Division, our firm worked on the science committee, depositions, and other pre-trial litigation teams. Our pre-trial work in this litigation, along with the other TVM MDL consolidated cases in the Southern District of West Virginia before the honorable Judge Joseph R. Goodwin, led to the effective resolution of over 100,000 TVM cases. Our firm took a lead role in the settlement resolution of over 40,000 of the above-mentioned cases. This required strong organization skills, strong communication skills, and the need for effective legal counseling for all clients involved.

In conclusion, my partners and I bring many years of experience, collectively over 100 years, of combined litigation and trial experience and resources to the table.  We understand the commitment necessary, both in time and resources, to participate meaningfully in a national litigation such as this one and are prepared to do so to the best of our ability.  We are genuinely interested in assisting the parties, attorneys and court staff with the smooth functioning of this litigation.  It would be an honor to provide our efforts to the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, a true and correct copy of the foregoing **NOTICE OF FILING APPLICATION TO SERVE ON PLAINTIFF STEERING COMMITTEE FOR WILLIAM H. BARFIELD** was electronically filed with the Clerk of the Court and served using the CM/ECF system.

Respectfully submitted,
*/s/ William H. Barfield*
William H. Barfield
**MCDONALD WORLEY, P.C.**
1770 St. James Place
Houston, TX 77056
T: (713) 523-5500
F: (713) 523-5501
bill@mcdonaldworley.com

*Counsel for Plaintiffs Roberto Chapa and Charles Ellis*

**CERTIFICATE OF SERVICE**

I do hereby certify that on March 6, 2020, a true and correct copy of the foregoing was served on all counsel listed on Schedule B of the Pretrial Order No. 1 in accordance with the email addresses provided.

    Respectfully submitted,
    */s/ William H. Barfield*
    William H. Barfield
    **MCDONALD WORLEY, P.C.**
    1770 St. James Place
    Houston, TX 77056
    T: (713) 523-5500
    F: (713) 523-5501
    bill@mcdonaldworley.com

    *Counsel for Plaintiffs Roberto Chapa and Charles Ellis*