**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924<br>Case No.: 9:20-md-02924-RLR |
| THIS DOCUMENT RELATES TO: ALL CASES | **JUDGE ROBIN L. ROSENBERG**<br>**MAGISTRATE BRUCE E. REINHART** |

**APPLICATION OF TINA WOLFSON FOR APPOINTMENT AS LEAD COUNSEL FOR PLAINTIFFS OR, IN THE ALTERNATIVE, TO THE PLAINTIFFS' EXECUTIVE COMMITTEE OR PLAINTIFFS' STEERING COMMITTEE**

Experienced class action litigators must be included in this "hybrid" MDL to provide the consumer class the best possible representation. While there is both factual and legal overlap between the class of consumers who purchased Ranitidine products and the subclass of consumers who already suffered personal injuries as a result, the unique legal issues affecting the broader class, including class certification, require special attention. Tina Wolfson is a founding partner of Ahdoot & Wolfson, PC ("AW"), a nationally recognized class action firm headquartered in Los Angeles. Wolfson's 22 years of experience in consumer class action litigation, her proven track record of leading other firms in an efficient and cooperative manner for the benefit of the class, and the extensive time and effort she has already committed to this case make her an ideal candidate for a leadership position in this MDL.

Wolfson's appointment also would fulfill the diversity directive in Duke Law School's Guidelines and Best Practices for Large and Mass-Tort MDLs, in terms of both gender and personal background. She was born in the former Soviet Union and her family escaped when she was 11 years old. Seven years after they arrived as indigent refugees who spoke no English, she attended Columbia College, and then Harvard Law School, graduating both *cum laude*. The experience of growing up in a totalitarian regime without individual freedoms gives her a unique appreciation for the importance and fragility of those rights, defining her professional life and instilling her strong immigrant work ethic. Wolfson's unique perspective will bring diversity to plaintiffs' counsel's collaborative efforts.

**I. Wolfson's Two Decades of Success in Complex Litigation Demonstrates Her Willingness and Ability to Commit to a Time-Consuming Project.**

In over two decades of success in complex class action litigation, Wolfson and AW have demonstrated the ability to commit to time-consuming projects, devoting thousands of hours to many complex class actions, including in MDL leadership roles. *See* Appendix B. Complex litigation is inherently time consuming, with top tier opposing counsel who often enjoy virtually unlimited resources. AW also has the experience and willingness to take complex cases to trial and engage in appellate level litigation when the needs of a case require it. AW has never used third-party funding.

Wolfson and AW have already demonstrated their commitment in this case by devoting time without any guarantee of compensation. After conducting significant legal research and factual

investigation to identify potential claims, AW filed a class action complaint on behalf of Plaintiffs Michelle Coggins and Sandra R. Weeks. *See* No. 9:20-cv-80286-RLR (S.D. Fla.) (Dkt. 1). AW has spoken to numerous putative class members across the country and invested significant hours identifying and investigating their claims, consulting with experts, and reviewing the underlying science. Wolfson has continually tracked the procedural posture of these cases and conferred with many other counsel in this MDL regarding legal strategy. Wolfson is fully aware of the time and commitment a case of this magnitude entails and assures the Court that she and her team are willing and able to devote the necessary time to expeditiously move the case toward a successful resolution.

## II.  Wolfson Is a Proven Leader Who Works Cooperatively.

Courts have recognized Wolfson's ability to lead large, complex cases to successful conclusions in a collaborative and efficient manner. For example, in the *Experian Data Breach Litigation*, No. 8:15-cv-01592-AG-DFM (C.D. Cal.), which affected nearly 15 million class members, Wolfson co-led a PSC of eight firms and collaborated with several other firms who had not been appointed. Judge Andrew J. Guilford praised counsel's professionalism, efficiency, and quality of work product on multiple occasions. While approving a settlement conservatively valued at over $150 million, he remarked, "You folks have truly done a great job, both sides. I commend you."

Currently, Wolfson serves cooperatively and efficiently in numerous leadership roles. *E.g.*, *In re Kind LLC "Healthy & All Natural" Litig.*, No. 1:15-md-2645-WHP (S.D.N.Y.) (co-lead counsel); *In re Google Location History Litig.*, No. 5:18-cv-5062-EJD (N.D. Cal.) (co-lead counsel); *In re Apple Inc. Device Performance Litig.*, No. 5:18-md-2827-EJD (N.D. Cal.) (PEC; $310-$500 million settlement pending preliminary approval); *In re ZF-TRW Airbag Control Units Prods. Liab. Litig.*, No. 2:19-ml-2905-JAK-FFM (C.D. Cal.) (PEC); *In re Am. Med. Collection Agency, Inc., Customer Data Sec. Breach Litig.*, No. 2:19-md-2904-MCA-MAH (D.N.J.) (PSC for LabCorp track).

Wolfson's ability to work collaboratively with opposing counsel is further demonstrated by the fact that they often invite her to participate in professional development events. *E.g.*, Venable, LLP, San Francisco, CA, October 2014 (invited by former opposing counsel to present mock oral argument on a motion to certify the class in a food labeling case, Hon. Marilyn Hall Patel (Ret.)

presiding); Association of Business Trial Lawyers, Los Angeles, May 2017 (presenter for "Navigating Class Action Settlement Negotiations and Court Approval: A Discussion with the Experts," featuring Hon. Philip S. Gutierrez and Hon. Jay C. Gandhi).[1] On February 3, 2020, she was a guest lecturer at the UC Irvine School of Law at the invitation of opposing counsel at Irell & Manella, LLP. Wolfson's active membership and leadership roles on the Board of Public Justice, the Federal Bar Association, and the Association of Business Trial Lawyers, as well as her service as a Lawyer Representative to the Ninth Circuit, have further solidified her relationships with many attorneys on both sides of the aisle.

### III. Wolfson Has Two Decades of Experience in this Type of Litigation.

Wolfson currently serves on the plaintiffs' executive committee in the *Allergan Biocell Textured Breast Implant Products Liability Litigation*, No. 2:19-md-2921-BRM-JAD (D.N.J.), a "hybrid" MDL like the instant litigation. In *Allergan*, plaintiffs similarly allege both individual personal injury and consumer class claims, requiring the expertise of counsel like Wolfson to ensure that the litigation not only focuses on the overlapping legal issues, but also certification of the class claims.

Wolfson and AW have achieved notable success in leadership roles in many other class actions, including a $295 million settlement in *Eck v. City of Los Angeles*, No. BC577028 (Cal. Super. Ct.), an $80 million settlement in *Kirby v. McAfee, Inc.*, No. 5:14-cv-2475-EJD (N.D. Cal.), a $74 million settlement in the *Premera Blue Cross Customer Data Security Breach Litigation*, No. 3:15-cv-2633-SI (D. Or.), a $51 million settlement in *Lavinsky v. City of Los Angeles*, No. BC542245 (Cal. Super. Ct.), and a $40 million settlement in *Berman v. General Motors, LLC*, No. 2:18-cv- 14371-RLR (S.D. Fla.).

### IV. AW Is Willing to Commit the Necessary Resources to Advance this Matter.

Wolfson is fully aware of the financial and human resources this case will require and would not be seeking a leadership position if she was not absolutely certain her firm has the requisite resources to commit. AW has never used third-party funding for any matter, has never failed to pay assessments in any case, and is well-funded and well-staffed to litigate this matter to successful results.

---

[1] Wolfson was invited to present at the ABTL event by Michael Mallow, defense counsel against whom she has litigated on numerous occasions, including the *ZF-TRW Airbag Litigation*, in which she is serving by appointment on the PEC. *See supra* at 2.

3

                                                            Respectfully submitted,

DATED: March 6, 2020                */s/ Tina Wolfson*
                                                            Tina Wolfson

                                                           Tina Wolfson (CA 174806; NY 5436043)
                                                           Bradley K. King (CA 274399; NJ 081472013;
                                                           NY 5585336)
                                                           Ruhandy Glezakos (CA 307473)
                                                           **AHDOOT & WOLFSON, PC**
                                                           10728 Lindbrook Drive
                                                           Los Angeles, CA 90024
                                                           Tel: (310) 474-9111
                                                           Fax: (310) 474-8585

                                                           *Counsel for Plaintiffs Michelle Coggins and Sandra R. Weeks*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system.


DATED: March 6, 2020    /s/ *Tina Wolfson*
                        Tina Wolfson