UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-md-2924<br><br>**Judge Robin L. Rosenberg**<br>**Magistrate Judge Bruce E. Reinhart** |

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

**NOTICE OF FILING APPLICATION OF MARTIN D. CRUMP FOR PLAINTIFFS'
STEERING COMMITTEE POSITION**

COMES NOW Martin D. Crump, and submits his Application for Plaintiffs' Steering Committee Position pursuant to this Court's Pretrial Order #1.

Dated: March 6, 2020

Respectfully submitted,

/s/ Martin Crump
Martin D. Crump (MS Bar No. 10652)
DAVIS & CRUMP, P.C.
2601 14th Street
Gulfport, MS 39501
(228) 863-6000
(228) 864-0907 (facsimile)
martincrump@daviscrump.com

1

## Application of Martin D. Crump for Plaintiffs' Steering Committee Position

I. **Introduction**

The cases in this MDL allege numerous types of cancer caused by Zantac, a medication that has been manufactured and marketed by numerous different companies over the course of more than thirty-five years. In light of these facts, the pursuit of this litigation will involve extensive discovery, a myriad of document productions, and a host of expert witnesses. Additionally, multiple defendants, likely represented by multiple law firms, will mount the defense in this MDL. As such, this MDL will require a plaintiffs' leadership structure able to provide a substantial level of manpower and resources. A co-lead and a large plaintiffs' steering committee structure will ensure that this MDL has the necessary resources to be prosecuted efficiently and capably.

II. **Applicant Introduction**

I am pleased for the opportunity to introduce myself to the Court. I am Martin D. Crump of Davis & Crump, P.C. I am licensed in nine states and have been practicing law since 1997. Before these cases were centralized, my firm filed an interested party response with the JPML requesting the Southern District of Florida for this MDL, and subsequently argued before the JPML for this venue. Additionally, my firm represents thousands of potential plaintiffs whose claims we are in the process of investigating.

III. **Multidistrict Litigation Experience**

I have been appointed as plaintiffs' co-lead counsel in four MDLs and/or consolidated proceedings. For the sake of brevity, specific case details of these appointments are referenced in Appendix B. My service as plaintiffs' co-lead counsel in these litigations has given me firsthand knowledge of the intricacies of leading the litigation of consolidated proceedings. My firm and I

were integral in managing all aspects of these litigations. This experience included negotiating case management orders, conducting general discovery, litigating discovery disputes, identifying and retaining general causation experts, implementing a bellwether process, working-up bellwether cases, deposing corporate witnesses, and preparing for trial.

In addition to the above, I have been appointed by various MDL and consolidated proceeding courts to twenty plaintiffs' executive committee (PEC) and PSC positions. Further, I have been appointed to chair/co-chair ten committees. I have also served on thirty-two additional committees ranging across the broad spectrum of MDL and consolidated proceeding service. Further information regarding these appointments can be found in Appendix B.

Additionally, I have taken more than fifty corporate depositions in various state and federal consolidated proceedings over the course of my career. I have also taken or defended more than twenty-five generic causation expert depositions in state and federal consolidated proceedings related to drugs and medical devices. Further, I have taken hundreds of treating physician depositions in the Gadolinium, Skechers, Avandia, Pelvic Repair Systems, Bausch and Lomb, Hydroxycut, Trasylol, and HRT litigations.

Furthermore, I also have experience negotiating global resolutions of MDL dockets. Specifically, my firm played an integral role in the Cook TVM Global Settlement finalized in 2016. Additionally, I was substantially involved in the negotiation of the global settlement of all Hydroxycut claims in the MDL and state court proceedings as well as a settlement agreement with Skechers that led to the resolution of all cases in the state and federal Shape-Ups proceedings.

## IV. Additional Information

My firm has sixteen attorneys and over fifty support staff standing ready and able to contribute to this litigation. As set forth more fully in Appendix B, I currently have very few leadership roles that require extensive time commitments. As such, I am willing and able to commit substantial time and resources to this MDL.

As seen from my prior experience outlined above and in Appendix B, I possess the professional experience to aid in this type of litigation. Also, for the Court's consideration are the following references. Judicial: Hon. Joseph R. Goodwin, Hon. Thomas B. Russell, Hon. Louis Guirola, Jr. and Hon. Cheryl A. Eifert. Special Master: Hon. Daniel Stack, Hon. John K. Trotter, Prof. Francis McGovern, Cathy Yanni, Ellen Reisman and Randi Ellis.

Finally, over past twenty years, my vast range of experience shows my ability to work cooperatively with any of the well-qualified and respected attorneys that will be applying for leadership positions. Additionally, I have no objections to any other attorneys that have appeared in this MDL. Regardless of who the Court appoints to the various positions in this MDL, I will strive to work cooperatively with the plaintiffs' leadership in pursuing this case. With that said, I have included an Appendix C listing specific attorneys whom I believe would be beneficial to leadership.

Dated: March 6, 2020

Respectfully submitted,

/s/ Martin Crump
Martin D. Crump (MS Bar No. 10652)
DAVIS & CRUMP, P.C.
2601 14th Street
Gulfport, MS 39501
(228) 863-6000
(228) 864-0907 (facsimile)
martincrump@daviscrump.com