**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY                                                    MDL NO. 2924
LITIGATION                                                              20-MD-2924

**JUDGE ROBIN L. ROSENBERG**
**MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

<u>**NOTICE OF FILING APPLICATION TO SERVE**</u>
<u>**ON PLAINTIFFS' STEERING COMMITTEE**</u>

Lauren S. Miller submits the following application to serve on the Plaintiffs' Steering

Committee pursuant to Pretrial Order #1 (ECF No. 13).

Dated: March 6, 2020                                       Respectfully submitted,

                                                          */s/ Lauren S. Miller*
                                                          Lauren S. Miller
                                                          **CORY WATSON, P.C.**
                                                          2131 Magnolia Avenue S.
                                                          Birmingham, AL 35205
                                                          Telephone: (205) 328-2200
                                                          Facsimile: (205) 852-6299
                                                          lmiller@corywatson.com

1

## APPLICATION OF LAUREN S. MILLER
## TO THE PLAINTIFFS' STEERING COMMITTEE

I have a unique perspective and set of experiences that will enable me to make a valuable contribution to the Plaintiffs' Steering Committee. I am an energetic, committed lawyer who has worked relentlessly to gain relevant experience by consistently doing what is needed to get the job done. The Zantac MDL is my priority and a priority for my firm, and I am committed to investing my time, energy, and resources to this litigation.

**I.      General Background**

I am an attorney at Cory Watson, P.C. based in Birmingham, Alabama. I received my law degree from Cumberland School of Law in 2012, and I am licensed to practice law in Alabama and in all federal district courts in Alabama. My work is primarily focused on consolidated litigations and class actions involving defective pharmaceutical drugs, medical devices, and other products. I was selected to Super Lawyers Rising Stars in 2019, B-Metro Top Women Attorneys in 2019, and National Trial Lawyers Top 40 Under 40 for 2018 and 2019.

In addition to my personal experience detailed below, I bring with me the considerable experience and resources of my law firm. For twenty-five years, my firm has focused on representing plaintiffs in pharmaceutical and medical device litigations, class actions, and toxic torts. Members of my firm have been appointed to MDL leadership positions including Lead Counsel, Plaintiffs' Executive Committee, Plaintiffs' Steering Committee, and Settlement Counsel in multiple litigations including most recently: MDL 2885: *In re: 3M Combat Arms Earplug Products Liability Litigation;* MDL 2767: *In re: Mirena Products Liability Litigation;* MDL 2734: *In re: Abilify Products Liability Litigation;* and MDL 2691: *In re: Viagra (sildenafil) and Cialis (tadalafil) Products Liability Litigation.* My firm's long history of serving in MDL leadership has provided me with valuable experience that will benefit the Zantac MDL.

**II.     Willingness and Availability to Commit to a Time-Consuming Project**

This litigation is my priority. I have been involved in multiple substantive meetings with the working group that has coordinated Plaintiffs' efforts in this litigation since last fall. I have dedicated myself to learning the science and issues that will predominate in this case and have a

solid command of these matters. I am currently the lead attorney at my firm serving over one thousand clients with potential Zantac claims. I am involved in other litigations, but the Zantac Plaintiffs' Steering Committee is the only leadership appointment I am seeking. I am willing and available to devote the necessary time to this litigation and to pursue this matter to its conclusion.

### III.     Ability to Work Cooperatively With Others

I have always endeavored to be a consensus builder, a good listener, and an effective leader when working with other attorneys. I have already been involved in multiple meetings with the Plaintiffs' counsel in this MDL and have previously worked with many of Defendants' counsel in the Zantac MDL in other litigations. If appointed to the Plaintiffs' Steering Committee, I will continue to foster collegiality and will prioritize cooperation and efficiency in all interactions with Plaintiffs' counsel, Defendants' counsel, and the Court.

### IV.     Professional Experience in This Type of Litigation

My practice is primarily specialized in representing individuals who have been harmed by pharmaceutical drugs or medical devices. Most recently, I have had the opportunity to support my partner, Ernest Cory, in his role as Lead Counsel of the Viagra MDL. I have been involved in the Viagra MDL since its inception, and although I did not hold an official leadership title, I believe every member of our PSC would agree that I took a leading role in the litigation.

I participated in the negotiation and drafting of every proposed pretrial order including discovery orders dictating everything from written discovery and depositions to deadlines related to general causation and *Daubert*. I was on the small team of attorneys who drafted discovery requests and handled meet and confer conferences with defendants. Additionally, I was part of the core team who analyzed defendants' document productions to determine selections for fact witness depositions. I then prepared for, and participated in, many of these depositions.

In preparation for a role working with general causation experts, I spent an extensive amount of time studying both mechanistic and epidemiological scientific literature related to the drugs at issue and cancer. The extensive knowledge I gained on cancer and specifically how a drug can impact the tumor microenvironment is an important asset to the Zantac MDL.

I was part of the small core team that interviewed and selected expert witnesses, worked

with plaintiffs' experts as they drafted expert reports, and prepared these experts for depositions. Additionally, I participated in multiple depositions of plaintiffs' and defendants' experts. Two other attorneys and I were primarily responsible for the extensive research and drafting in three rounds of *Daubert* briefing. I also had the responsibility, largely on my own, of preparing a physician-scientist as an expert witness, for providing testimony at the *Daubert* hearing. His testimony was found to be reliable and ultimately admissible.

Recently, I was requested by another partner in my firm to assist with plaintiff-specific work in the Abilify MDL. In this role, I am actively involved in discovery, depositions, and expert reports. Additionally, I am part of a national team that just confidentially resolved over 500 cases against a medical device manufacturer for injured plaintiffs. I am also part of my firm's class action team, representing clients in several consumer fraud matters. This experience will be helpful in the present litigation, as the Zantac MDL will also involve class claims.

**V.      Willingness to Commit the Necessary Resources to Pursue This Matter.**

I have the full support of my firm to commit whatever resources necessary to pursue this matter. Cory Watson is dedicated to providing the financial support required to see this project through until completion. Additionally, my firm has already devoted two attorneys, a paralegal, and three full-time legal assistants to working on the Zantac litigation and will gladly add more people to the team as needed. This MDL is a priority for both me and my firm.

**VI.     Conclusion**

While I do not have decades of MDL experience, I bring a fresh perspective and have developed the knowledge, skills, and expertise required to effectively litigate this MDL. I am fully capable, prepared, and eager to invest in this litigation and respectfully request that I be appointed as a member to the Plaintiffs' Steering Committee. This litigation is my priority, and I would be honored to serve my clients, Plaintiffs' counsel, and the Court in this role.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 6, 2020, a true and correct copy of the foregoing was served via the Court's ECF system and on all counsel listed on Schedule B of the Court's Pretrial Order No. 1 in accordance with the email addresses provided therein.

*/s/ Lauren S. Miller*
Lauren S. Miller
