**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) <br> PRODUCTS LIABILITY <br> LITIGATION | MDL NO. 2924 <br> 20-MD-2924 <br><br> **JUDGE ROBIN L. ROSENBERG** <br> **MAGISTRATE JUDGE BRUCE E. REINHART** |

_____/

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

**NOTICE OF FILING APPLICATION TO SERVE**
**ON PLAINTIFFS' STEERING COMMITTEE**
**(DOUGLAS A. DELLACCIO, JR.)**

Attorney Douglas A. Dellaccio, Jr. of Cory Watson, P.C. submits the following application to serve on the Plaintiffs' Steering Committee pursuant to the Court's Pretrial Order #1, entered February 14, 2020.

Dated: March 6, 2020

Respectfully submitted,

**Cory Watson, P.C.**

s/ Douglas A. Dellaccio, Jr.
Douglas A. Dellaccio, Jr.
2131 Magnolia Avenue South
ddellaccio@corywatson.com
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
AL Bar No. ASB-4578-L75D

## APPLICATION TO SERVE ON PLAINTIFFS' STEERING COMMITTEE
### (DOUGLAS A. DELLACCIO, JR.)

I am a principal of Cory Watson, P.C. in Birmingham, AL. I received my Juris Doctorate from the Birmingham School of Law in 1995 and am licensed to practice in all Alabama state and federal courts, and granted pro hac vice admissions in numerous federal courts around the country. My practice is focused on a wide variety of plaintiffs' injury cases including complex civil litigation, class actions, mass torts, personal injury, product liability injuries, and anti-trust in both state and federal courts. I have over 23 years of experience representing plaintiffs in these matters. I have been with Cory Watson P.C. since 2005 and I am the Co-Chair of the Complex Litigation practice at Cory Watson.

I currently serve as Co-Chair Local Liaison in MDL 2406: *In Re: Blue Cross Blue Shield,* USDC Northern District of Alabama, 2:13-CV-20000-RDP.

I have been present with many of the working groups in this litigation and have attended the Zantac organizational meetings beginning in November of last year. My firm, Cory Watson, P.C. has the financial and personnel resources to properly support my work in this litigation.

**A. I am willing and available to commit to In Re: Zantac Products Liability.**

I have the ability and support to serve on the Plaintiffs' Steering Committee. I am currently serving on one active MDL, In Re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, where I had an active role in discovery. Discovery has closed in this litigation, freeing me to have ample time and flexibility to actively participate in the work required of this case.

**B. I will continue to work cooperatively with others in this MDL.**

I know a lot of the lawyers who have applied for leadership positions on the Zantac MDL and consider many to be my friends. I would appreciate the opportunity to work on this MDL with these fine lawyers. It would be my goal to work collaboratively with these lawyers to benefit this

1

litigation. I along with Lauren Miller in my firm have attended early organizational meetings in the Zantac litigation.

### C. I have professional experience in other MDLs and complex litigations.

I have been involved in the hip replacement cases which include all five large manufacturers of these medical devices in the past ten years. I have successfully resolved over 400 cases involving hips that were either recalled and/or defective. I currently serve as Co-Chair Local Liaison in MDL 2406: *In Re: Blue Cross Blue Shield,* USDC Northern District of Alabama, 2:13-CV-20000-RDP, Antitrust Litigation. In the past I was on various discovery committees including; *In Re: ConAgra Peanut Butter Products Liability Litigation*, USDC Southern District of Georgia MDL No. 1845; *In Re: Motor Fuel Temperature Sales Practices Litigation*, USDC Western District of Missouri MDL No. 1840; *In Re: Phenylpropanolamine (PPA) Products Liability Litigation*, USDC Western District of Washington MDL No. 1407; *Caster v. IPSCO Steel (Alabama), Inc.,* Circuit Court of Mobile County, Alabama; *Robertson v. FPL Group, Inc.*, Circuit Court of Calhoun County, Alabama; and *In Re: Managed Care Litigation*, USDC Southern District of Florida MDL No. 1334,00-1334-MD.

### D. I have the support of my Firm, Cory Watson, P.C. to commit the necessary financial and personnel resources to pursue this litigation.

Cory Watson was founded in 1995 as a full-service plaintiffs' civil litigation trial firm. Cory Watson has resolved thousands of cases, hundreds of which resulted in verdicts and settlements in excess of $2.7 billion dollars. Cory Watson P.C. is located in Birmingham, Alabama, but routinely represents clients in class actions and mass torts throughout the country. We have two additional offices in Tennessee. We have 25 lawyers that practice exclusively for plaintiffs that have been injured, and we employ a large support staff of more than 80 people

which allows us the ability to effectively serve our clients in multi-plaintiff cases. Our firm and lawyers have consistently been recognized by numerous national organizations, publications, and their peers as among the most successful and experienced courtroom lawyers in the country.

My firm currently represents more than a thousand individuals who have been injured by Zantac. I am willing to commit whatever resources are necessary to ensure the success of this MDL and I appreciate consideration of my qualifications to serve on the Plaintiffs' Steering Committee of *In Re: Zantac (Ranitidine) Product Liability Litigation*, MDL No. 2924.

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, a true and correct copy of the foregoing was served via the Court's ECF system and on all counsel listed on Schedule B of the Court's Pretrial Order No. 1 in accordance with the email addresses provided therein.

*/s/ Douglas A. Dellaccio, Jr.*
Douglas A. Dellaccio, Jr.
