**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:  ZANTAC (RANITIDINE)                                                MDL NO.  2924
PRODUCTS LIABILITY LITIGATION                                     20-MD-2924

                                                                                    Judge Robin L. Rosenberg
                                                                         Magistrate Judge Bruce E. Reinhart

_____/

**THIS DOCUMENT RELATES TO:  ALL CASES**


**NOTICE OF AGREED UPON DEFENDANTS' LIAISON COUNSEL**

In accordance with the Court's Pretrial Order #1, the undersigned counsel hereby give

notice that counsel for Defendants have reached consensus as to the selection of Joanne M.

O'Connor to serve as the Defendants' Liaison Counsel and respectfully request the Court to enter

an order appointing Ms. O'Connor.

Ms. O'Connor is a partner at the law firm of Jones Foster P.A., where she has practiced for

nearly 20 years. She clerked for the Hon. Sarah S. Vance, U.S. District Judge for the Eastern

District of Louisiana and former Chair of the Judicial Panel on Multidistrict Litigation after

graduating *summa cum laude* from Tulane University School of Law. Ms. O'Connor is board

certified in business litigation by The Florida Bar.

Ms. O'Connor routinely defends complex litigation pending in federal courts throughout

the State of Florida. Recent experience before the Southern District of Florida includes defending

a half dozen foreign toxicology laboratory defendants, as well as their general partners and officers,

against RICO and fraud claims brought by the largest for-profit managed health care company in

the world and seeking in excess of $50 million. That suit involved extensive coordination and

communication with separately represented groups of defendants. Ms. O'Connor has also

defended significant putative class actions in both Florida federal and state courts. Her prior products liability experience includes representing a marketing defendant in Oxycontin litigation.

The law firm of Jones Foster has prior experience in multidistrict litigation in the Southern District, having served for many years as defense counsel *In Re: Chiquita Brands International, Inc.*, MDL, Case No. 08-MD-1916.

Ms. O'Connor regularly serves as local counsel, working collaboratively and effectively with national law firms, defending Fortune 500 and other publicly held companies and their officers and directors in high-stakes litigation pending in Florida federal and state courts. Ms. O'Connor and/or her partners at Jones Foster have previously served as local counsel to, and developed trusted relationships with, many of the law firms representing defendants in this action.

Ms. O'Connor has been selected to positions of leadership within the Southern District of Florida, serving on its Magistrate Judge Merit Selection Panel in 2016-2017 and as the President of the Federal Bar Association, Palm Beach County Chapter for 2019-2020.

Ms. O'Connor has the full support of her firm to serve as Defendants' Liaison and is the consensus choice of counsel for Defendants in the MDL. As such, the undersigned respectfully requests the Court appoint Ms. O'Connor as Defendants' Liaison Counsel. If appointed, Ms. O'Connor and Jones Foster will focus on fulfilling the important administrative role of liaison counsel and not seek an additional leadership position.

Dated:  March 6, 2020                              Respectfully submitted,


                                                   By:      *Anand Agneshwar*
                                                            Anand Agneshwar
                                                            ARNOLD & PORTER
                                                            KAYE SCHOLER LLP
                                                            250 West 55th Street
                                                            New York, NY 10019
                                                            Tel: (212) 836-8000
                                                            Fax: (212) 836-8689
                                                            anand.agneshwar@arnoldporter.com

                                                            Daniel S. Pariser
                                                            Paige H. Sharpe
                                                            ARNOLD & PORTER
                                                            KAYE SCHOLER LLP
                                                            601 Massachusetts Avenue, NW
                                                            Washington, DC  20001
                                                            Tel: (202) 942-5000
                                                            Fax: (202) 942-5999
                                                            daniel.pariser@arnoldporter.com
                                                            paige.sharpe@arnoldporter.com

                                                            Loren Brown
                                                            DLA PIPER (US) LLP
                                                            1251 Avenue of the Americas, 27th Floor
                                                            New York, NY 10020
                                                            Tel: (212) 335-4500
                                                            Fax: (212) 884-8546
                                                            loren.brown@us.dlapiper.com

                                                            Matthew A. Holian
                                                            DLA PIPER LLP
                                                            33 Arch Street, 26th Floor
                                                            Boston, MA 02110-1447
                                                            Tel: (617) 406-6009
                                                            Fax: (617) 406-6109
                                                            matt.holian@us.dlapiper.com

                                                            Joanne M. O'Connor, Esq.
                                                            Florida Bar No. 0498807
                                                            JONES FOSTER P.A.
                                                            505 South Flagler Drive, Suite 1100
                                                            West Palm Beach, Florida 33401
                                                            Tel: (561) 659-3000

Fax: (561) 650-5300
joconnor@jonesfoster.com

*Attorneys for Defendants Chattem, Inc.,*
*Sanofi-Aventis U.S. LLC, and Sanofi US*
*Services Inc.*

By:   /s/ Andrew T. Bayman
        Andrew T. Bayman
        Robert B. Friedman
        Julia Zousmer
        KING & SPALDING
        1180 Peachtree Street, NE, Suite 1600
        Atlanta, GA 30309-3521
        Tel: (404) 572-4600
        Fax: (404) 572-5100
        abayman@kslaw.com
        rfriedman@kslaw.com
        jzousmer@kslaw.com

        Stephen J. Krigbaum
        Fla. Bar No. 978019
        CARLTON FIELDS
        CityPlace Tower
        525 Okeechobee Boulevard, Suite 1200
        West Palm Beach, FL 33401-6350
        Tel: 561-659-7070
        skrigbaum@carltonfields.com

        *Attorneys for Defendant*
        *Boehringer Ingelheim Pharmaceuticals, Inc.*

By:   /s/ Joseph G. Petrosinelli
        Joseph G. Petrosinelli
        Jessica B. Rydstrom
        M. Elaine Horn
        Michelle Hood
        Annie E. Showalter
        WILLIAMS & CONNOLLY LLP
        725 12th Street NW
        Washington, D.C. 20005
        Tel.: (202) 434-5000
        Fax.: (202) 434-5029
        jpetrosinelli@wc.com

jrydstrom@wc.com
ehorn@wc.com
mhood@wc.com
ashowalter@wc.com

Jay B. Shapiro
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON,
P.A.
150 West Flagler Street, Suite 2200
Miami, FL  33130
Tel:  (305) 789-3229
Fax:  (305) 789-2664
jshapiro@stearnsweaver.com

*Attorneys for Defendant Pfizer Inc.*


By:    */s/ Mark S. Cheffo*
    Mark S. Cheffo
    DECHERT LLP
    1095 Avenue of the Americas
    New York, NY 10036
    Tel: (212) 698-3500
    Fax: (212) 698-3599
    mark.cheffo@dechert.com

    Will W. Sachse
    Judy L. Leone
    DECHERT LLP
    Cira Centre, 2929 Arch Street
    Philadelphia, PA  19104
    Tel: (215) 994-4000
    Fax: (215) 994-2222
    will.sachse@dechert.com
    judy.leone@dechert.com

    Jonathan Tam
    DECHERT LLP
    One Bush Street, Suite 1600
    San Francisco, CA  94104-4446
    Tel: (415) 262-4500
    Fax: (415) 262-4555
    jonathan.tam@dechert.com

Lindsey Cohan
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701
Tel: (512) 394-3000
Fax: (512) 394-3001
Lindsey.cohan@dechert.com

Mark F. Raymond
NELSON MULLINS RILEY &
SCARBOROUGH LLP
2 South Biscayne Blvd.
21st Floor
Miami, FL 33131
Tel: 305.373.9425
mark.raymond@nelsonmullins.com

*Attorneys for Defendant*
*GlaxoSmithKline LLC*

By:     */s/ Christopher Strongosky*
        Christopher Strongosky
        DLA Piper LLP  (US)
        1251 Avenue of the Americas
        27th Floor
        New York, New York 10020-1104
        Tel: 212-335-4500
        Fax: 212-884-8543
        Christopher.Strongosky@dlapiper.com

        *Attorney for Defendants Sanofi-Aventis U.S.*
        *LLC, Sanofi US Services, Inc., Chattem,*
        *Inc., Dollar Tree Stores, Inc., and CVS*
        *Pharmacy, Inc.*

By:     */s/ Kevin D. Hartzell*
        Kevin D. Hartzell
        KUTAK ROCK LLP
        The Omaha Building
        1650 Farnam Street
        Omaha, NE 68102
        Tel: 402.346.6000
        Fax: 402.346.1148
        kevin.hartzell@kutakrock.com

6

*Attorney for Defendant Walmart, Inc.*

By:     */s/ Richard Barnes*
        Richard Barnes
        GOODELL, DEVRIES, LEECH & DANN,
        LLP
        One South Street
        20th Floor
        Baltimore, MD 21202
        Tel: 410-783-4054
        Fax: 410-783-4040
        rmb@gdldlaw.com

        *Attorney for Perrigo Company plc and*
        *Perrigo Research & Development Company*

7

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, and served via email to all attorneys set forth on the "Panel Service List." [Dkt. 13, Ex. B.]

Dated:  March 6, 2020                    By: /s/ Joanne M. O' Connor
                                         Joanne M. O' Connor, Esq.
                                         Florida Bar No. 0498807
                                         joconnor@jonesfoster.com