**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2924<br>20-MD-2924<br><br>Judge Robin L. Rosenberg<br>Magistrate Judge Bruce E. Reinhart<br><br>**NOTICE OF FILING APPLICATION OF CONLEE S. WHITELEY TO SERVE ON THE ZANTAC PLAINTIFFS' STEERING COMMITTEE** |

Conlee S. Whiteley submits the following application to serve on the Plaintiffs' Steering Committee pursuant to the Court's Pretrial Order No. 1.

Dated: March 6, 2020

Respectfully submitted,

**Kanner & Whiteley, L.L.C.**

/s/ Conlee S. Whiteley
Conlee S. Whiteley
701 Camp St.
New Orleans, LA 70130
c.whiteley@kanner-law.com
p. (504) 524-5777
f. (504) 524-5763
LA Bar No. 22678

I am the managing member...

I am the managing member of Kanner & Whiteley, LLC ("K&W"), a national litigation firm located in New Orleans, Louisiana and have over 20 years of experience litigating complex cases as well as class actions involving pharmaceutical drugs and defective products. I am currently Co-Lead Plaintiffs' Counsel in the *In re: Valsartan, Losartan and Irbesartan N-Nitrosodimethylamine (NDMA) Contamination Products Liability Litigation,* MDL No. 2875. I am actively participating in case management and coordination of the bodily injury claims alongside the economic loss claims, with a focus on class certification and trial preparation for the economic loss plaintiffs. Given the similarities and overlap between the Zantac and Valsartan litigations and my qualifications outlined below, I will bring considerable experience to the PSC specific to NDMA litigation and generally as to economic loss and class action claims with respect to consumers and third-party payor ("TPP") plaintiffs.

**Willingness and ability to commit to a time-consuming project:** While currently committed to sharing Co-Lead Counsel responsibilities in the Valsartan MDL, I have no other major MDL commitments and I am able to commit significant resources to the Zantac MDL. I am willing to forego opportunities in future cases if selected for the PSC or any other position in this case.

**Ability to work cooperatively with others:** Since 1994, I have successfully represented a diverse range of clients, both with, and against, formidable counsel throughout the country. My practice has required me to litigate with counsel of varying backgrounds, personalities, levels of experience and strengths, often in the stressful or heated circumstances that come with complex litigation and lengthy trials. My experience has involved participation in MDLs, as well as successful coordination of state court cases with MDL cases. When working with large groups of plaintiffs represented by different counsel, I am frequently able to reach compromises with those of varying opinions and objectives in order to proceed forward in the best interests of our

collective clients. When negotiating with my adversaries, I am likewise able to reach compromises in order to gain case management efficiencies and am often chosen to serve as settlement counsel at the appropriate juncture to reach ultimate resolution in complex matters.

**Professional experience in this type of litigation:** I have an extensive background in class actions and complex litigation. In addition to the Valsartan MDL, I hold and have held leadership roles in cases concerning various pharmaceutical products involving consumers, TPPs, states and public entity plaintiffs including, *Medical Mutual of Ohio v. Purdue Pharma. et al.,* MDL No. 2804 (N.D. Ohio 2017) (Counsel for TPP in opioid economic damages action); *Medical Mutual of Ohio v. AbbVie, Inc., et al.*, MDL No. 2545 (N.D. Ill. 2014) (Co-Lead counsel for TPP in testosterone replacement therapy economic damages action); *Barba v. Shire*, S.D. Fla, No. 1:13-21158 (S.D. Fla. 2013) (Lead counsel in consolidated multi-state economic damages class action and multi-million dollar settlement on behalf of Adderall XR® purchasers); and, *In re: Budeprion XL Mktg. and Sales Practices Litig.*, MDL No. 2107 (E.D. Pa. 2009) (Class action and settlement involving sale of defective and mislabeled generic bupropion).

From 2011 to 2015, I represented the State of Louisiana as Lead or Co-Lead counsel in multiple pharmaceutical matters including *Louisiana v. GlaxoSmithKline, LLC et al.*, La. 19th JDC, No. 599353; ($42.5 million settlement involving fraudulent marketing of Avandia® resulting in largest single defendant pharmaceutical settlement in Louisiana history)(2013); *Louisiana v. GlaxoSmithKline, LLC et al.*, La. 19th JDC, No. 618968; (Multi-million dollar settlement involving marketing of various GSK drug products)(2013); *Louisiana v. Abbott Labs, et al.*, La. 19th JDC, No. 603091 (Multi-million dollar settlement involving marketing of Depakote®)(2014); *Louisiana v. Endo Pharma.,* La. 19th JDC, No. 624672, (Multi-million dollar

2

settlement involving marketing of Lidoderm patch)(2014); and *Louisiana v. Shire Pharma., et al.* (multi-million dollar settlement involving marketing of Adderall XR)(2015).[1]

I have been directly involved in the early Zantac litigation and have participated in early coordination and educational efforts associated therewith. K&W filed four innovator liability class actions in California, Illinois, Maine and Massachusetts included in this MDL. We have extensive familiarity with the legal and procedural issues as to the economic loss and bodily injury claims, as well as the medical, regulatory, scientific and causation issues involved herein.

**Willingness to commit the necessary resources to pursue this matter:** K&W has the resources to pursue this matter and is readily able to meet the staffing and assessment obligations required in cases of this nature.

**Diversity in hiring:** Diversity and promotion of women in leadership is an important goal within our firm. I work with a strong, enthusiastic and resourceful female litigation team. Of the five partners at our firm, four are women. All associate attorneys are also women, one of whom, Ms. Layne Hilton, serves on the Valsartan class, discovery and third-party payor committees.

**Conclusion:** I have worked successfully and cooperatively with many of the applicants to the PSC prior to this litigation or in the early stages of organization of this MDL and I have the class action experience and direct experience with the Valsartan MDL that will fully bolster and compliment the PSC chosen by this Honorable Court.

---

[1] I have also participated in leadership roles in the litigation and settlement of multiple class actions and multi-party litigation including, *Shaffer v. Continental Casualty Co.,* (C.D. CA; 9th Cir. 2010)(National Class action on LTC insurance policies); *Waxler v. Trinity Marine Products*, (Class action as to barges coated with defective sealant)(25th JDC 2008 (LA)); *Jorgenson v. Agway, Inc.*, (settlement on behalf of over 90 individual sunflower growers) (D.N.D. 2002); *Milkman v. Travelers Life Ins. Co.,* (2000 (PA)) (Class action on LTC insurance policies); *Dumont v. Charles Schwab,* (E.D. LA 2000)(Class action on failure to disclose trading information); *Hanson v. Acceleration Life Ins. Co.,* (D.N.D. 1999)(Class action on Long Term Care (LTC) insurance policies); *Clark v. Household Finance Corp.*, (King Cty. WA 1997) (Employment practices class action); *Thompkins v. BASF,* (Traill Cty, ND 1996)(consumer fraud in agricultural product labeling); *Ren-Dan Farms v. Monsanto,* (10th JDC 1996 (LA))(Class action as to farmers involving genetically modified cotton seed). As early as 1996, I participated in a two-month jury trial of a RICO class action tried to verdict against Volvo Car Company and a local distributor and dealer in San Juan, Puerto Rico, *Bonilla v. Trebol Motor Inc. and Volvo Car Corp., et al.* (D.P.R. 1996).

3

## CERTIFICATE OF SERVICE

I, Layne Hilton, do hereby certify that on March 6, 2020, a true and correct copy of the forgoing was served via the Court's ECF system and on all counsel listed on Schedule B of the Court's Pretrial Order No. 1 in accordance with the email addresses provided therein.

/s/ Layne Hilton