**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924<br>Case No.: 20-md-02924-RLR-BER |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | **APPLICATION OF PAIGE BOLDT FOR LEADERSHIP POSITION** |

COMES NOW Paige Boldt, and submits her Application for Leadership Position, providing the information requested by this Court in Pretrial Order #1.

I am partner of the law firm of Watts Guerra LLP where my practice for the last eight years has been devoted to pharmaceutical and medical device litigation in both state and federal courts. I am licensed to practice law in Texas, California, New Jersey, and Pennsylvania have been granted pro hac vice admissions in numerous federal courts around the country. I believe that I meet this Court's criteria for individual membership in the PSC in that, I am currently a member of only one active MDL committee which concerns the same carcinogen and I have experience working collaboratively with my colleagues in dozens of pharmaceutical and medical device MDLs.

**A.   WILLINGNESS AND AVAILABLITY TO COMMIT TO A TIME-CONSUMING PROJECT**

I represent thousands of people who developed or died from cancer as a result of taking Zantac (ranitidine). In the last year, the majority of the mass torts litigations involving my clients have settled or settlement is imminent, specifically Xarelto (MDL 2952), Pinnacle Hip (MDL 2244), California PG&E fire claims, Transvaginal Mesh litigations (MDL 2327, MDL 2326, MDL 2187).  As such, I now have the ability to immediately commit to this time-consuming litigation. I currently serve on the Science Committee in the and Sartan (MDL 2875) ("Sartan MDL")  which concerns the same genotoxic substance identified in Zantac. I believe that these two projects involving carcinogen exposure will work well together and am certain that I have the capacity to

take on a second project that will require significant time and attention. Further, as a teenager I witnessed my mother lose her decade long fight to cancer and have sought to passionately advocate for clients diagnosed with cancer in four MDLs (Incretins (MDL 2452), Actos (MDL 2299), Taxotere (MDL 2740) and Sartan MDL. Plaintiffs with cancer and their families deserve efficient and effective representation and I have the willingness and availability to do so.

B.   **ABILITY TO WORK COOPERATIVELY WITH OTHERS WILLINGNESS AND AVAILABLITY TO COMMIT TO A TIME-CONSUMING PROJECT**

I have spoken to, and am familiar with, the leaders of this litigation, and have enjoyed working with many of them in other mass tort litigations and will continue to work cooperatively with them. Mass tort litigations are strongest when cooperation and communication is an early goal and prior to MDL formation I have helped to educate my colleagues on this case's selection criteria utilizing the expert work product and lessons from projects working with the bellwether committee in the Sartan MDL. I was the case criteria speaker at the October 2019 MTMP program which was the first panel to publicly discuss the Zantac case. Specifically, I have participated in pre-Zantac MDL organizational meetings in Los Angeles, Austin, and Tampa. I have no doubt that I will continue to work cooperatively and collaboratively with my colleagues if appointed to the Zantac MDL PSC.

C.   **PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION**

Since 2012, I have focused on representing thousands of clients in numerous pharmaceutical and medical device cases in state and federal MDLs. In regards to MDL litigation, I have represented clients in bellwether discovery as well as wave discovery orders. This required hundreds of pages of written discovery and taking dozens case-specific causation expert and treating physician depositions in Accutane (MDL 1626) and Transvaginal Mesh litigations (MDL 2327, MDL 2326, MDL 2187). I was selected to work on several projects in the Sartan MDL

ranging from ESI, discovery, bellwether protocol, and diving into the nitrosamine science in this litigation. Further specific examples of common benefit work, including specific projects in the Sartan MDL can be found on Appendix B.

I have spent considerable time bridging the legal and data aspects in various litigations for our firm and redesigning our proprietary database structure to best represent our clients in medical and pharmaceutical device cases. Our firm has roughly 100 employees and 25 attorneys, enabling it to process massive quantities of data collected for tens of thousands of clients at once. Our proprietary database allowed us to file individual state court suits for 69,608 plaintiffs achieving a settlement in Trans Union (MDL 1350), over 30,000 plaintiffs in FEMA Formaldehyde (MDL 1873), and over 57,000 plaintiffs in Syngenta AG (MDL 2591) (94% achieved a settlement). These successes followed supplying similarly large amounts of court-ordered Plaintiff Fact Sheets in Syngenta Corn, and FEMA. Furthermore, with Brown Greer as Settlement Administrator, we supplied more settlement claim forms in Syngenta Corn than any other firm, and have supplied more than 18,000 PG&E bankruptcy fire claim forms, far more than any other firm. Most recently, we supplied thousands of census forms in JUUL Labs (MDL 2913), and are working to do so here in Zantac.

D.   **WILLINGNESS TO COMMIT THE NECESSARY RESOURCES TO PURSUE THIS MATTER**

With the fees earned from recent mass tort settlements achieved above, and with a $100 million revolving credit facility, our firm has access to the resources needed to prosecute the litigation in a timely manner. Thousands of Zantac users have hired us to pursue their claims, and we intend to access our resources to do so in this Court. I would be honored to serve as a member of this Court's Plaintiffs' Steering Committee and/or on whatever committees this Court appoints me to serve.

Respectfully submitted,

**WATTS GUERRA LLP**
Four Dominion Drive, Bldg. Three, Ste. 100
San Antonio, Texas 78257
Phone: (210) 447-0500
Fax:      (210) 447-0501

*/s/ Paige Boldt*_____
Paige Boldt
Texas State Bar No. 24082626
pboldt@wattsguerra.com

## CERTIFICATE OF SERVICE

I do hereby certify that on March 6, 2020, a true and correct copy of the forgoing was served via the Court's ECF system and on all counsel listed on Schedule B of the Court's Pretrial Order No. 1 in accordance with the email addresses provided therein.

*/s/ Paige Boldt*_____
Paige Boldt