UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) | MDL NO. 2924 |
| PRODUCTS LIABILITY | 20-MD-2924 |
| LITIGATION | |

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATED TO: ALL CASES

### NOTICE OF FILING APPLICATION TO SERVE ON PLAINTIFF'S STEERING COMMITTEE OF NICOLA LARMOND-HARVEY

Pursuant to the Court's Pretrial Order #1, entered on February 14, 2020, I respectfully submit the following application for consideration to serve on the Plaintiff's Steering Committee.

Dated : March 6, 2020

Respectfully submitted,

/s/ Nicola Larmond-Harvey
Nicola Larmond-Harvey
Florida Bar No. 0105312
Saunders & Walker, P.A.
3491 Gandy Blvd, North, Suite 200
Pinellas Park, FL 33781
727-579-4500
Nicola@saunderslawyers.com

*Counsel for Plaintiffs Thomas Harris and Suzanne Harris*

## PLAINTIFF'S STEERING COMMITTEE APPLICATION

I am an Attorney and a Registered Nurse. I have practiced medical device and pharmaceutical product liability law at Saunders & Walker, P.A. since 2013. My law firm has served on MDL Steering Committees for *In Re: Zicam Cold Remedy Marketing and Sales Practices Litigation* MDL No. 2096, *In re: Biomet M2A Magnum Hip Implant Products Liability Litigation* MDL No. 2391, and Pelvic Mesh MDLs *In Re: C.R. Bard, Inc., Pelvic Repair System Product Liability Litigation* MDL No.2187, *In Re: American Medical Systems Pelvic Repair System Product Liability Litigation* 2325, In *Re: Boston Scientific Corp. Pelvic Repair System Product Liability Litigation* MDL No. 2326, *In Re: Ethicon, Inc., Pelvic Repair System Product Liability Litigation* MDL No. 2327, *In Re: Coloplast Corp. Pelvic Repair System Product Liability Litigation* MDL No. 2387, and *In Re: Cook Medical, Inc., Pelvic Repair System Product Liability Litigation* MDL No. 2440; I have actively been involved in those litigations. I have federal jury trial experience in one products liability case.

I have 16 years of nursing experience, six of those years spent doing hands-on bedside nursing in a variety of healthcare settings including, Medical-Surgical, Telemetry, Cardiac Step-Down, Rehab, Long Term Care, Psychiatric, Disease Management, and Health Coaching. I have worked as a Nurse in Connecticut, Georgia, Kansas, and Florida; additionally, I maintained licensure reciprocity in several other states. My work as a Nurse Attorney includes representing hundreds of clients who have been injured by dangerous medical devices and prescription drugs in mass torts litigations. I manage the firm's Transvaginal Mesh, Hernia Mesh, Essure, Talcum Powder, and Sorin 3T cases.

I have defended at least 20 depositions, including experts, prescribing physicians, implanting surgeons, explanting surgeons, primary care providers, and other medical professionals. In addition to the MDL steering committees identified above that my firm has participated in, I represent clients in the *In Re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation* MDL No. 2738, and *In Re Taxotere (Docetaxel) Products Liability Litigation* MDL No. 2740. I have done MDL common benefit in the *In Re: Biomet M2a Magnum Hip Implant Products Liability Litigation* MDL No. 2391, and the *In Re Sorin 3T Heater-Cooler System Products Liability Litigation (No. II)* MDL No. 2816.

I received a Bachelor of Science in Nursing (BSN) from the University of Connecticut, a Masters of Business Administration in Healthcare Management from American Intercontinental University, and J.D. from Stetson University College of Law. I am involved in my community and have committed by time to volunteering with Children's Home Society, the 13th Judicial Circuit Guardian Ad Litem Program, Area Agency on Aging Medicare Fraud Division, and my church Revealing Truth Ministries, because I care about providing safety, hope, and justice to abused and neglected elders and children.

The knowledge and experience I have gained through my practice as a nurse and attorney working with individuals of varying age, demographics and socio-economic background makes me uniquely qualified to be a member of the Zantac/Ranitidine Plaintiff's Steering Committee.

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system on all counsel listed on Schedule B of the Court's Pre-trial Order No. 1 in accordance with the email addresses provided therein.

      Respectfully submitted,
/s/ Nicola Larmond-Harvey
Nicola Larmond-Harvey
Florida Bar No. 0105312
Saunders & Walker, P.A.
3491 Gandy Blvd, North, Suite 200
Pinellas Park, FL 33781
727-579-4500
Nicola@saunderslawyers.com