UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION**

**MDL NO. 2924**
**20-MD-2924**

**JUDGE ROBIN L. ROSENBERG**
**MAGISTRATE JUDGE BRUCE E. REINHART**

_______________________________/

**THIS DOCUMENT RELATES TO: ALL CASES**

**APPLICATION OF SEAN PATRICK TRACEY FOR PLAINTIFFS' CO-LEAD COUNSEL**

## A. Introduction

My name is Sean Patrick Tracey. I am the founding partner of Tracey & Fox Law Firm, a national personal injury and mass tort law firm, headquartered in Houston, Texas. I have practiced law for over 28 years.

I am board certified in personal injury trial law by the Texas Board of legal specialization and board certified in civil trial law by the National Board of Trial Advocacy. I am a member of the American Board of Trial Advocates, an invitation only organization dedicated to the preservation of the 7th Amendment to the U.S Constitution. ABOTA is a bi-partisan organization of trial lawyers which is also dedicated to civility among the trial bar. I have been named a "Super Lawyer" for 17 straight years by Super Lawyer magazine, a feat achieved by less than 1% of the Texas bar. In 2009, I was named one of the top 10 lawyers of the year for my work on the Paxil Birth Defect litigation by U.S. Lawyers Weekly. I am asked to speak to trial organizations across the country and have spoken at the Masters in Trial programs and many others. I have been asked to speak to lawyers at CLEs on topics related to jury selection, expert witnesses, opening statements and other topics. I teach at Notre Dame Law School as a guest lecturer in their Intensive Trial Advocacy program (4-hour credit course). I am also on the Executive Board of the deNicola Center for Ethics and Culture at Notre Dame. Additionally, I am on the advisory board of the Center for Irish Studies at the University of St. Thomas in Houston, Texas.

## B. Willingness and Availability to Commit to a Time-Consuming Project

As a rule, my firm does not routinely get involved in every mass tort litigation that comes along. We have made it our practice to be intentional and selective when it comes to choosing the mass tort cases we pursue. For this reason, our custom is to aggressively and intensely investigate cases before we decide to fully commit. Above all else, we are deeply committed to our clients.

For the past three months, my firm has been earnestly engaged in investigation and development of the Zantac case. In particular, we have consulted with experts and have thoroughly researched the scientific issues. I have attended several litigation meetings and CLE courses concerning Zantac. We are currently screening several hundred cases, and expect to have a significant docket of Zantac cases. I am ready, willing and able to fully commit my time, energy and skill to this litigation. My firm has a Zantac team, consisting of five attorneys and two paralegals, focused on Zantac litigation. I want to contribute my knowledge, my time and my resources to do our part to continue to work on this important case.

I am currently serving on the Plaintiffs' Steering Committee in the 3M Combat Arms Earplug MDL. In that role, I have conducted a number of liability depositions on behalf of Plaintiffs. Although I expect to faithfully execute any future tasks I am assigned by Co-Lead Counsel in the 3M case, my availability to fulfill the role of Co-Lead Counsel in the Zantac MDL will not be impacted. Like any other trial lawyer, I do have other cases set for trial from time to time. Currently, however, my only outstanding trial setting is June 8, 2020 in Houston, Texas. I expect this trial to last two weeks. The Zantac case will be my top priority until the case is resolved. I know of no other commitments that will impede my capacity to devote full attention to the Zantac MDL.

**C. Ability to Work Cooperatively with Others**

My ability to work cooperatively with others is best demonstrated by my track record in previous and current cases. Over the course of my career, I have had the opportunity to work with many of the firms and attorneys involved in the Zantac litigation, on both sides of the docket. I believe in the virtues of teamwork, especially in the context of complex mass tort litigation against formidable and sophisticated defendants. Effective leadership is essential to the successful and efficient management of complicated mass tort cases, particularly those involving multiple defendants and products.

**D. Professional Experience in this Type of Litigation**

I have had the opportunity to participate in multiple mass tort litigations, both federal and state, over the course of my career as detailed in Appendix B. Generally, I have always assumed a leadership role on such cases. As a seasoned trial lawyer, my primary contribution to the mass tort litigations on which I have elected to work, has been working up cases for trial.

I have tried over 40 civil trials in my career, most of which went to verdict. In the past 15 years, all have been complex personal injury cases including pharmaceutical and other products liability cases. Several trials lasted over 30 days. Ten verdicts have been million or multi-million-dollar verdicts on behalf of my clients. In the beginning of my career, I was lead counsel in 95% of the cases and co-counsel in the remaining 5%. My role was to try the entire case from start to finish although more recently, I have been able to (and have enjoyed) sharing the trial witnesses with younger lawyers and co-counsel.

In addition to trial experience, I am also especially experienced in handling scientifically complex cases. I, along with my firm, am dedicated to mastering the underlying science. We

regularly consult with medical and scientific experts who hail from the most prestigious scientific institutions around the world.

**E. Willingness to Commit the Necessary Resources to Pursue this Matter**

My firm is fully devoted to this litigation. We pledge our time and resources accordingly. From experience in several mass torts, I know what to expect in terms of expenses to be incurred in undertaking a large-scale project like Zantac. I intend to finance this litigation though cash reserves and, if need be, a traditional line of credit at my bank. My law firm has the ability to support litigation in excess of $10 million dollars. My firm is more than adequately capitalized to pursue this case.

March 6, 2020

Respectfully Submitted,

**TRACEY & FOX**

Sean Patrick Tracey
Texas State Bar No. 20176500
440 Louisiana, Ste. 1901
Houston, Texas 77002
Telephone: 713 495-2333
Facsimile: 866-709-2333
Email: stracey@traceylawfirm.com
Zantac@traceylawfirm.com
**ATTORNEY FOR PLAINTIFFS**

**APPENDIX A**
**LIST OF FILED CASES**

- Case No. 3:20-cv-00128-JWD-RLB; *Angela Kleinpeter v. Sanofi-Aventis U.S. LLC, et al.;* In the United States Distric Court for the Middle District of Louisiana

# APPENDIX B

## Other MDL Work:

1. **Case:** MDL No. 2885: In Re: 3M Combat Arms Earplug Products Liability Litigation
   **Judge:** Honorable M. Casey Rodgers, 850-435-8448
   **Role:** Plaintiffs' Steering Committee
   **Nature of Work:** work-up of liability case, corporate depositions, discovery, science
   **Ongoing Time Commitment:** I expect to continue to work on tasks assigned to me by Co-Lead Counsel. Additionally, my firm does have cases in the bellwether pool that may or may not proceed to trial. Currently, I do not expect my 3M commitments to prevent me from devoting the majority of my time to Zantac.

2. **Case:** MDL No. 2342: In Re: Zoloft Products Liability Litigation
   **Judge:** Honorable Cynthia M. Rufe, 267-299-7499
   **Role:** Plaintiffs' Executive Committee
   **Nature of Work:** corporate depositions, *Daubert* hearings, science, experts
   **Ongoing Time Commitment:** None. MDL is concluded.

3. **Case:** MDL No. 2016: In Re: Yamaha Motor Corp. Rhino ATV Products Liability Litigation
   **Judge:** Honorable Jennifer B. Coffman, retired
   **Role:** Plaintiffs' Executive Committee
   **Nature of Work:** Corporate depositions, trial work-up, experts
   **Ongoing Time Commitment:** None. MDL is concluded.

4. **Case:** Consolidated Case 4:19-cv-01460: In Re: Intercontinental Terminals Company LLC Deer Park Fire Litigation
   **Judge:** Honorable Kenneth M. Hoyt, 713-250-5515
   **Role:** Plaintiffs' Co-Lead Counsel
   **Nature of Work:** working up cases for trial, negotiating with lead defense counsel
   **Ongoing Time Commitment:** Currently minimal.

5. **Case:** MDL No. 2325: In Re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation
   **Judge:** Honorable Joseph R. Goodwin, 304-347-3192
   **Role:** No formal role.
   **Nature of Work:** Preparing cases for trial, settlement negotiations
   **Ongoing Time Commitment:** None.

6. **Case:** MDL No. 2187: In Re: C.R. Bard Inc. Pelvic System Products Liability Litigation
   **Judge:** Honorable Joseph R. Goodwin, 304-347-3192
   **Role:** No formal role.
   **Nature of Work:** Preparing cases for trial, settlement negotiations
   **Ongoing Time Commitment:** None.

7. **Case:** MDL No. 2326: In Re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
   **Judge:** Honorable Joseph R. Goodwin, 304-347-3192
   **Role:** No formal role.
   **Nature of Work:** Preparing cases for trial, settlement negotiations
   **Ongoing Time Commitment:** None.

8. **Case:** MDL No. 2387: In Re: Coloplast Corp. Pelvic Support System Products Liability Litigation
   **Judge:** Honorable Joseph R. Goodwin, 304-347-3192
   **Role:** No formal role.
   **Nature of Work:** Preparing cases for trial, settlement negotiations
   **Ongoing Time Commitment:** None.

9. **Case:** MDL No. 2327: In Re: Ethicon Pelvic Repair System Products Liability Litigation
   **Judge:** Honorable Joseph R. Goodwin, 304-347-3192
   **Role:** No formal role.
   **Nature of Work:** Preparing cases for trial, settlement negotiations
   **Ongoing Time Commitment:** None.

**Significant State Coordinated Proceedings:**

10. **Case:** JCCP No. 5043: Gilead Tenofovir Cases
    **Judge:** Honorable Andrew Y.S. Cheng, 415-551-3840
    **Role:** Plaintiffs' Steering Committee
    **Nature of Work:** science
    **Ongoing Time Commitment:** Currently minimal.

11. **Case:** MTP No. 3220: In Re: Paxil Pregnancy Cases
    **Judge:** Honorable Sandra Moser, retired
    **Role:** Plaintiffs' Executive Committee
    **Nature of Work:** tried the first Paxil birth defect case to verdict, corporate depositions, science, experts
    **Ongoing Time Commitment:** None. Concluded.

12. **Case:** Consodiated In Re: STORZ Power Morcellator Cases
    **Judge:** Honorable Ann I. Jones
    **Role:** No formal role, but my partner Rebecca King was appointed Plaintiffs' Co-Lead Counsel
    **Nature of Work:** worked up the first bellwether case for trial, which settled right before trial; corporate depositions, lead settlement negotiator, science, experts
    **Ongoing Time Commitment:** None. Concluded.

13. **Case:** MTP No. 1997: In Re: Metoclopromide/Reglan Products Liability Litigation
    **Judge:** Honorable Arnold L. New

**Role:** Lead Plaintiffs' Counsel for Defendant Schwarz Pharma, Inc.
**Nature of Work:** led discovery of Schwarz, corporate depositions, science
**Ongoing Time Commitment:** None. Concluded.

**APPENDIX C**

Over the course of my career as a trial lawyer, I have had the honor of working with many of the attorneys and firms involved in this litigation, for Plaintiffs and Defendants. I am confident that I can coopertaively work with anyone the Court selects for leadership. In accordance with the Court's directive in Pretrial Order No. 1, I am listing only a few individual attorneys below whom I believe are essential to the optimal management of this particular case.

1. Jennifer A. Moore
   Moore Law Group, PLLC
   From the beginning, Jennifer has demonstrated full command of the liability and scientific issues central to Zantac as well as the ability to effectively lead.

2. Adam Pulaski
   Pulaski Kherkher, PLLC
   Adam is uniquely qualified to manage large dockets, and has demonstrated impressive aptitude for collaborating with both defense and plaintiffs' attorneys in efficiently resolving complex logistical issues that arise in large-scale litigations.

3. Robert "Bobby" Gilbert
   Kopelowitz Ostrow Ferguson Weiselberg Gilbert
   Although I do not personally know Bobby well, I respect his expertise in handling complex litigation in Florida, and believe his knowledge of the procedural complexities of large mass torts will serve this MDL well.