UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

## ATTORNEY ERIN K. COPELAND'S APPLICATION AND NOTICE OF NOMINATION FOR LEADERSHIP POSITION

Pursuant to Case Management Order No. 1 [Dkt. 13], attorney Erin K. Copeland ("Attorney Copeland") submits this application and nomination for a leadership position in this MDL. In support of this application and nomination, Attorney Copeland succinctly states as follows:

**I.**

This application constitutes my express willingness and unequivocal commitment to this time-consuming project. Based on my first-hand experience serving on other court-appointed to litigation committees which is described more fully below and on **Appendix B** attached hereto, I fully appreciate the amount of work and resources that will be required of a member of leadership. I am prepared to assume these responsibilities and I will uphold my duties in accord with the rules of this Court and the rules of professional conduct. I stand ready to undertake all projects in an efficient and thorough manner and to work professionally and collectively towards a just and reasonable conclusion to this litigation.

## II.

Since becoming an attorney in 2000, I have been employed exclusively with my firm, Fibich, Leebron, Copeland & Briggs, which is based in Houston, Texas. Myself and other members of the firm have collectively been on the front line of mass pharmaceutical/product liability litigation for decades. We have held leadership roles in numerous MDLs and consolidated proceedings, including, but not limited to: Essure, Pelvic Mesh, Onglyza, Pradaxa, Actos, Anti-Psychotics, Birth Defects, Ephedra, Diet Drug litigation, and Gadolinium. We actively litigate our cases and associate with firms nationwide who trust our track record. Due to the nature of my practice, I have participated in almost every aspect of the MDL/consolidated litigation process for the common benefit of participating litigants. I am currently serving on the Executive Committee for the Essure JCCP pending in Alameda County state court in California. I also have a PSC position and serve as the state-federal court liaison for the Onglyza MDL pending in the Eastern District of Kentucky. While not significantly active at this time, I recently served as a PSC member in the Pelvic Mesh MDLs pending in the Southern District of West Virginia. My personal experience in mass actions includes, but is not limited to: multiple leadership court appointments, general litigation strategy, coordinated briefing and motion practice, widespread discovery and depositions at every level, oral arguments and trials, bellwether selection, and expert development and reports.

I am licensed to practice in Texas and Missouri and I am admitted in several federal districts and circuits across the country. I am also admitted to the United States Supreme Court. I have a pro hac vice admission in California state court for the Essure JCCP. In the past, I have been admitted pro hac vice to the bar of many other states and

federal districts as lead counsel in a variety of personal injury and wrongful death product and pharmaceutical cases.

Because of my experience, I understand the importance and necessity of a cohesive and coordinated structure. I am willing and fully capable of working cooperatively and amicably with others on both sides of docket to handle tasks at all levels of leadership and to advance the Zantac litigation towards an expeditious, economical, and just resolution. As one part of a very successful and longstanding litigation firm, I also have access to sufficient resources to advance this litigation in a thorough, yet efficient, manner and I am prepared to contribute these resources as necessary.

### III.

For all the reasons set forth herein, I respectfully request the court appoint me to a leadership position in this MDL. I also request the Court carefully consider and follow the recommendations of my esteemed and significantly qualified colleagues, Jennifer Moore, Brent Wisner (both of whom I fully support as co-leads for this litigation), Carmen Scott, Melanie Muhlstock, Tracy Finken (all of whom I support for a leadership position) as reflected on **Appendix C** attached hereto, who have also applied for leadership roles among others.

SIGNED this the 6th day of March, 2020.        Respectfully submitted,

> By: /s/ Erin K. Copeland
> Erin K. Copeland
> TB# 24028157/Federal ID# 29219
> ecopeland@fibichlaw.com
> Fibich Leebron Copeland & Briggs
> 1150 Bissonnet Street
> Houston, Texas 77010
> (713)751-0025 (p)/(713)751-0030 (f)