UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924<br>20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MAGISTRATE JUDGE BRUCE E. REINHART |

**NOTICE OF FILING APPLICATION OF MEAGAN M. PHILIP TO SERVE ON PLAINTIFF STEERING COMMITTEE**

      Please take notice that Attorney Meagan M. Philip of McDonald Worley, P.C. submits the attached application to participate on the Plaintiff Steering Committee, "PSC" pursuant to the Court's Pretrial Order No. 1 [Dkt. 13] entered on February 14, 2020.

Dated: March 6, 2020

Respectfully submitted,
*/s/ Meagan M. Philip*
Meagan M. Philip
**MCDONALD WORLEY, P.C.**
1770 St. James Place
Houston, TX 77056
T: (713) 523-5500
F: (713) 523-5501
meaganp@mcdonaldworley.com

*Counsel for Plaintiffs Roberto Chapa and Charles Ellis*

## PLAINTIFF STEERING COMMITTEE "PSC"  APPLICATION

Pursuant to Pretrial Order No. 1, I respectfully apply to serve on the Plaintiff Steering Committee "PSC" for the matter In Re: Zantac (Ranitidine Products Liability Litigation), MDL No. 2924, 20-MD-2924.  It would be an honor to work with Judge Robing L. Rosenberg, Magistrate Judge Bruce E. Reinhart and Professor Jaime Dodge along with the members of the Census and Practice Committees.

I am an attorney with Mc Donald Worley, P.C. and my practice focuses on products liability and mass torts.  I am an active member of the Florida Bar and in good standing.  My firm and I bring commitment, resources, experience and energetic representation and advocacy for the rights of the injured.  I will work objectively and cooperatively to accomplish the Court's goals. I would be honored to work with this Court.

I am genuinely interested in assisting the parties, attorneys and court staff with the smooth functioning of this litigation.  It would be an honor to provide our efforts to the Court.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, a true and correct copy of the foregoing **NOTICE OF FILING APPLICATION TO SERVE ON PLAINTIFF STEERING COMMITTEE FOR MEAGAN M. PHILIP** was electronically filed with the Clerk of the Court and served using the CM/ECF system.

Respectfully submitted,
*/s/ Meagan M. Philip*
Meagan M. Philip
**MCDONALD WORLEY, P.C.**
1770 St. James Place
Houston, TX 77056
T:  (713) 523-5500
F:  (713) 523-5501
meaganp@mcdonaldworley.com

*Counsel for Plaintiffs Roberto Chapa and Charles Ellis*

**CERTIFICATE OF SERVICE**

I do hereby certify that on March 6, 2020, a true and correct copy of the foregoing was served on all counsel listed on Schedule B of the Pretrial Order No. 1 in accordance with the email addresses provided.

Respectfully submitted,
*/s/ Meagan M. Philip*
Meagan M. Philip
**MCDONALD WORLEY, P.C.**
1770 St. James Place
Houston, TX 77056
T:  (713) 523-5500
F:  (713) 523-5501
meaganp@mcdonaldworley.com

*Counsel for Plaintiffs Roberto Chapa and Charles Ellis*