UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)          MDL No. 2924
PRODUCTS LIABILITY               20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO:**
**ALL ACTIONS**

## NOTICE OF FILING APPLICATION OF GABRIEL A. ASSAAD TO SERVE ON PLAINTIFF STEERING COMMITTEE

Please take notice that Attorney Donald S. Worley of McDonald Worley, P.C. submits the attached application to participate on the Plaintiff Steering Committee, "PSC" pursuant to the Court's Pretrial Order No. 1 [Dkt. 13] entered on February 14, 2020.

Dated: March 6, 2020

Respectfully submitted,
*/s/ Gabriel A. Assaad*
Gabriel A. Assaad
**MCDONALD WORLEY, P.C.**
Texas State Bar No. 24076189
1770 St. James Place
Houston, TX 77056
T: (713) 523-5500
F: (713) 523-5501
gassaad@mcdonaldworley.com

*Counsel for Plaintiffs Roberto Chapa and Charles Ellis*

1

## **PLAINTIFF STEERING COMMITTEE "PSC" APPLICATION**

Pursuant to Pretrial Order No. 1, I respectfully apply to serve on the Plaintiff Steering Committee for the matter In Re: Zantac (Ranitidine Products Liability Litigation), MDL No. 2924, 20-MD-2924. Over the past several years, I have been involved in numerous MDL litigations, from discovery to trial, and I believe that my background and experience has prepared me for a position on this MDL.

### BACKGROUND

Since high school, my focus has been on science. I obtained a B.S. in Mechanical Engineering from the University of Florida in 1996. After a couple years as an engineering consultant, I entered into Vanderbilt Law School and graduated in 2001. Since that time, I have used my engineering background to my client's advantage in many of my cases. As an engineer, I am able to bring a different perspective to the litigation. Having a science background has benefited my practice and my clients in that I am uniquely qualified both to communicate effectively with experts, and even more importantly, conduct depositions of experts more effectively as well. I believe my science background will assist the PSC in conducting efficient discovery, briefing, expert discovery, retaining experts, and depositions.

**(A)     WILLINGNESS AND AVAILABILITY TO COMMIT TO A TIME- CONSUMING PROJECT**

I am currently available to commit a significant time of my practice to this MDL. I am currently on three other MDLs but only the Smith & Nephew litigation requires any of my time. If I am appointed to this MDL, I can dedicate a significant portion of my time immediately. I am willing and able to not only dedicate immediate significant time, but also the many resources of my firm.

**(B)     ABILITY TO WORK COOPERATIVELY WITH OTHERS**

I always pursue to work cooperatively with others, including defense counsel. My approach is always of reasonableness. In the MDLs that I have participated, I have worked well with others individually and on committees. In addition, I am a strong proponent of including others, especially the young attorneys. I believe that there is always a motion or a deposition that

young inexperienced attorneys can handle to provide them with experience to excel in their careers.

### (C) PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION

I have ample experience with federal practice and procedure. Over the past nearly 18 years, I have handled numerous FLSA cases in federal courts across the country. Many of the FLSA cases dealt with FRCP Rule 23 class actions and collective actions. Given that experience, I am very familiar with federal practice and procedures and many of the local rules of many courts. My litigation experience in the Bair Hugger MDL and the Smith & Nephew MDL has also provided me experience litigating and trying cases as part of an MDL.

**Bair Hugger Litigation**

My specific litigation experience in mass tort litigation began with the Bair Hugger MDL that was formed in 2015. However, my firm commenced the Bair Hugger litigation in 2013, and I spent the two years between filing and the MDL consolidation litigating these complex products liability cases without the assistance of a team of plaintiffs' attorneys.

In the Bair Hugger I have taken ten expert depositions, five depositions of study authors, many fact depositions of 3M's current and former employees, two depositions of corporate representatives, and six treater depositions. In addition, I defended five expert depositions. I was also involved in the selection and vetting of our Plaintiff's experts.

I was also involved in reviewing and compiling subsets for many of the depositions given the complex issues in the case. In addition, I also was part of the team that was involved in the Bellwether selection process, reviewing Bellwether specific documents, and preparing the bellwether cases for trial.

Also, in the Bair Hugger MDL, I was responsible for briefing and arguing a several of the *Daubert* motions on issues related to general causation (and thus applicable to all the cases in the MDL), as well as discovery motions and motions in *limine* for the first bellwether trial. In particular, one of the issues we dealt with in a Bellwether case was the *Touhy* doctrine.

**Smith & Nephew MDL**

In the Smith & Nephew MDL litigation, I conducted numerous 30(b)(6) depositions taken thus far. I have also taken many depositions of key internal witnesses overseas relating to adverse event reporting company-wide, requiring knowledge of both the technical systems used and the regulatory requirements in tracking such reports. Furthermore, because of my engineering background, I was appointed to be on the science committee to identify and vet potential experts, as well as conduct expert depositions.

**(D)     WILLINGNESS TO COMMIT THE NECESSARY RESOURCES TO PURSUE THIS MATTER**

McDonald Worley handles many types of different cases such as medical malpractice, single-event negligence, FLSA, class actions, and mass torts. Our firm is financially healthy and will have no problem funding this MDL. We have over 50 employees and 10 attorneys.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system and all counsel listed on Schedule B of the Pretrial Order No. 1 in accordance with the email addresses provided.

Respectfully submitted,

*/s/ Gabriel A. Assaad*
Gabriel A. Assaad
**MCDONALD WORLEY, P.C.**
Texas State Bar No. 24076189
1770 St. James Place
Houston, TX 77056
T:  (713) 523-5500
F:  (713) 523-5501
gassaad@mcdonaldworley.com

**CERTIFICATE OF SERVICE**

I do hereby certify that on March 6, 2020, a true and correct copy of the foregoing was served on all counsel listed on Schedule B of the Pretrial Order No. 1 in accordance with the email addresses provided.

Respectfully submitted,

>*/s/ Gabriel A. Assaad*
>Gabriel A. Assaad
>**MCDONALD WORLEY, P.C.**
>Texas State Bar No. 24076189
>1770 St. James Place
>Houston, TX 77056
>T:  (713) 523-5500
>F:  (713) 523-5501
>gassaad@mcdonaldworley.com

9