UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL No. 2924
PRODUCTS LIABILITY                  20-MD-2924
LITIGATION

**JUDGE ROBIN L. ROSENBERG**

**MAGISTRATE JUDGE BRUCE E. REINHART**

THIS DOCUMENT RELATES TO:
ALL ACTIONS

### NOTICE OF FILING APPLICATION OF DONALD S. WORLEY TO SERVE ON PLAINTIFF STEERING COMMITTEE

Please take notice that Attorney McDonald "Don" Worley of McDonald Worley, P.C. submits the attached application to participate on the Plaintiff Steering Committee, "PSC" pursuant to the Court's Pretrial Order No. 1 [Dkt. 13] entered on February 14, 2020.

Dated: March 6, 2020

Respectfully submitted,
*/s/ Don Worley*
McDonald "Don" Worley
**MCDONALD WORLEY, P.C.**
1770 St. James Place
Houston, TX 77056
T: (713) 523-5500
F: (713) 523-5501
don@mcdonaldworley.com

*Counsel for Plaintiffs Roberto Chapa and Charles Ellis*

## **PLAINTIFF STEERING COMMITTEE "PSC"  APPLICATION**

Pursuant to Pretrial Order No. 1, I respectfully apply to serve on the **Plaintiff Steering Committee ("PSC")** for the matter In Re: Zantac (Ranitidine Products Liability Litigation), MDL No. 2924, 20-MD-2924.  It would be an honor to work with Judge Robing L. Rosenberg, Magistrate Judge Bruce E. Reinhart and Professor Jaime Dodge along with the members of the Census and Practice Committees.

I am the founder and managing partner of McDonald Worley P.C. headquartered in Houston, Texas with locations in Las Vegas, NV, Washington, D.C., Los Angeles, CA, and New York, NY.  For more than 20 years, my firm has zealously represented the interests of injured victims nationwide resulting from personal injury, vehicle accidents, mass torts, wrongful death, medical malpractice, class action claims and product liability.  I have been admitted into the "Million Dollar Advocates Forum." This forum is only for attorneys who have recovered multiple settlements and verdicts for clients over $1,000,000. I am also a member of "Leaders Forum" with The American Association for Justice, a prestigious group of trial lawyers.

I am genuinely interested in assisting the parties, attorneys and court staff with the smooth functioning of this litigation.  It would be an honor to provide our efforts to the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, a true and correct copy of the foregoing **NOTICE OF FILING APPLICATION TO SERVE ON PLAINTIFF STEERING COMMITTEE FOR DONALD S. WORLEY** was electronically filed with the Clerk of the Court and served using the CM/ECF system.

Respectfully submitted,
*/s/ Donald S. Worley*
Donald S. Worley
**MCDONALD WORLEY, P.C.**
1770 St. James Place
Houston, TX 77056
T: (713) 523-5500
F: (713) 523-5501
meaganp@mcdonaldworley.com

*Counsel for Plaintiffs Roberto Chapa and Charles Ellis*

**CERTIFICATE OF SERVICE**

I do hereby certify that on March 6, 2020, a true and correct copy of the foregoing was served on all counsel listed on Schedule B of the Pretrial Order No. 1 in accordance with the email addresses provided.

Respectfully submitted,
*/s/ Donald S. Worley*
Donald S. Worley
**MCDONALD WORLEY, P.C.**
1770 St. James Place
Houston, TX 77056
T:  (713) 523-5500
F:  (713) 523-5501
meaganp@mcdonaldworley.com

*Counsel for Plaintiffs Roberto Chapa and Charles Ellis*