# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2924<br>20-md-2924<br><br>Judge Robin L. Rosenberg<br>Magistrate Judge Bruce E. Reinhart |

## NOTICE OF FILING APPLICATION OF BEHRAM V. PAREKH FOR

## PLAINTIFFS' STEERING COMMITTEE

Pursuant to the Court's Pretrial Order No. 1, Attorney Behram V. Parekh respectfully submits the following application to serve on the Plaintiffs' Steering Committee.

Dated:   March 6, 2020

Respectfully submitted,

KIRTLAND & PACKARD LLP

By: /s/ Behram V. Parekh
Behram V. Parekh
1638 S. Pacific Coast Highway
Redondo Beach, CA 90277
Tel: 310.536.1000
Fax: 310.536.1001
E-mail: bvp@kirtlandpackard.com

*Counsel for Plaintiffs*

**APPLICATION**

I was born in India, raised in Hong Kong, and moved to the United States when I was 18 to attend university, where I initially majored in computer science. I received my Juris Doctorate from Pepperdine University School of Law in 1995, and am licensed to practice in California, as well as before numerous federal district courts, the Second, Ninth, and Tenth Circuits, and the United States Supreme Court. Since I started practicing law twenty-five years ago, my practice has been exclusively focused on plaintiffs' class action and mass tort litigation in state and federal courts throughout the country. I am currently of counsel to Kirtland & Packard LLP, located in Los Angeles, California.

As described in more detail below, I believe that I meet this Court's criteria for individual membership on the plaintiffs' steering committee ("PSC") and that my contributions as a member of the PSC will significantly help in the efficient prosecution of this litigation. I believe I bring a diversity of viewpoint to the leadership team, from my ethnic background, growing up in Asia, and from the technical knowledge I bring to the litigation based upon my background in computers and ESI. I respectfully ask for appointment to the PSC (or the PEC if the Court chooses to appoint one), particularly in the role of heading the ESI/discovery aspects of the litigation.

**A.      Willingness and Availability to Commit to a Time-Consuming Project**

I am currently serving on the Plaintiffs' Executive Committee in *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, MDL-2875 ("Valsartan MDL"), pending in the District of New Jersey. I am co-chair of the ESI/Discovery committee in that litigation and am involved in almost every aspect of that litigation, however, the major initial push on the ESI side of the litigation, such as protocol, custodian, and search term negotiation, is now complete. The other MDLs on which I had PEC or PSC positions have either resolved, are pending on appeal, or

1

have only a few remaining individual opt-out cases. Given the status of those cases, I believe I will have the time and resources to devote to this litigation, and particularly be able to devote the time necessary in the early stages of the litigation which require a lot of negotiation with defendants regarding the ESI protocol, search terms, custodians, etc.

**B.      Ability to Work Cooperatively with Others**

I have a reputation with both plaintiffs' counsel and defendants' counsel that I have worked with over the years for being a straight-shooter who is pragmatic and practical about what issues to fight over and what issues to compromise in order to effectively yet efficiently litigate a case. I firmly believe that law is a profession and that courtesy and professionalism amongst lawyers should always be maintained. The relationships I maintain with my co-counsel and defendants' counsel are always collegial, regardless of the contentious nature of the actual litigation, and such collegiality is particularly necessary in complex long-running litigation. My ability to work cooperatively with others is exemplified by the fact that co-counsel I have worked with in other litigations actively ask to me to be part of the leadership in subsequent litigations.

**C.      Professional Experience in This Type of Litigation**

My class action experience goes back to when I first started practicing and joined a plaintiffs' side securities class action firm. My mass tort experience goes back to 2005, when I was involved as a primary attorney in the Paxil withdrawal cases. I had an extensive background in computers and computer science which helped considerably with the conduct of electronic discovery in that litigation and in every other complex litigation I have participated in since. I first became involved in computers back in 1981, programming some of the first personal computers available. During the 1980s and early 1990s, I learned programming and systems administration of personal computers, mainframes, and servers, including learning to program in multiple

languages as well as working with or consulting regarding mainframe, server, database, and messaging systems. I continued to work with computer systems through law school and as an attorney, and I maintain a current knowledge of computer and database systems both from personal interest and from dealing with e-discovery issues in multiple complex litigations. I am frequently asked to present at conferences on ESI and computer security issues.

Although my experience and background in computers, ESI and discovery provide me with a unique skill set, I also have significant experience in taking and defending both fact and expert witness depositions, arguing significant motions such as *Daubert* and summary judgment, as well as being on trial teams, and taking cases to appeal where necessary. I have personally argued numerous cases before multiple Federal circuit courts of appeal as well as California state courts of appeal. Further, my computer science background also resulted in my taking numerous courses in math, statistics, and statistical modeling. That knowledge and background has been very helpful in the review and evaluation of scientific studies and literature and specifically in critically analyzing the raw data supporting such studies as well as in working with experts and translating the expert's technical opinions into language other lawyers and juries can understand. Finally, my strength lies not only in my ability to do the work, but using my experience to ensure that the work done by the committees I chair is done well, efficiently and in a timely fashion.

**D.      Willingness to Commit the Necessary Resources to Pursue this Matter**

As is shown by my previous appointments to leadership of complex litigations, I have the willingness and capacity to devote the necessary resources, including financial resources, to pursue complex litigation matters, and particularly am willing to commit the necessary resources as to this matter. I would be honored to serve if appointed.

3

## CERTIFICATE OF SERVICE

I do hereby certify that on March 6, 2020, a true and correct copy of the forgoing was served via the Court's ECF system and on all counsel listed on Schedule B of the Court's Pretrial Order No. 1 in accordance with the email addresses provided therein.

Dated:   March 6, 2020 			Respectfully submitted,

KIRTLAND & PACKARD LLP

By: /s/ Behram V. Parekh
Behram V. Parekh
1638 S. Pacific Coast Highway
Redondo Beach, CA 90277
Tel: 310.536.1000
Fax: 310.536.1001
E-mail: bvp@kirtlandpackard.com

*Counsel for Plaintiffs*