**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE) PRODUCTS                         20-MD-2924
LIABILITY LITIGATION                                         MDL NO. 2924

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART
_____/

THIS DOCUMENT RELATES TO:  ALL ACTIONS

**APPLICATION OF JOHN MARTIN MURPHY, ESQUIRE FOR APPOINTMENT
TO THE PLAINTIFFS' STEERING COMMITTEE**

Attorney John Martin Murphy, Esq. hereby submits his application for appointment to the

Plaintiffs' Steering Committee pursuant to Pretrial Order #1, entered February 14, 2020.

Individuals who are appointed to the Plaintiffs' Steering Committee ("PSC") should

possess diverse experience, have the ability to bring a new perspective to the MDL, have extensive

trial and case resolution experience, and must effectively and efficiently represent the common

interests of all Multi-District Litigation ("MDL") plaintiffs.  It is with my experience, diverse

background, skill sets, expertise, life experiences and prior involvement with MDL that I am able

offer the above assets, and also bring new ideas and a unique perspective to the PSC.

I currently represent over two hundred Zantac plaintiffs and my firm was the only firm to

file cases in the State of Ohio.  I am the lead attorney on eight Northern District of Ohio Zantac

cases and one case filed in the Southern District of New York.  *See* Appendix A attached hereto.

My qualifications include, but are not limited to, over twenty-four years of litigation and case

resolution experience; the aptitude and background that goes into the day-to-day management of

one of the largest Asbestos and mesothelioma litigation practices in the country (with nearly

45,000 clients); obtaining over a billion dollars on behalf of Asbestos and personal injury clients;

serving as a committee member on various Asbestos Creditors' Committees, namely Babcock & Wilcox, Bondex, Clark Industrial Insulation, Inc., Dana Corporation, Durabla, Federal Mogul Industries, George V. Hamilton, G-I Holdings, Inc., Global Technologies, Inc. (A.P. Green/Harbison Walker), Kaiser Industries, Lexington Precision Metals, ON Marine Services, Owens Corning/Fibreboard, Plibrico, Inc., Quigley, Inc., Sepco, and W.R. Grace, Inc.; serving as a Magistrate for Bratenahl and Grand River Courts; serving as Special Prosecutor for Bratenahl; and serving as an Arbitrator for the Alternative Dispute Resolution department within the Cuyahoga County Ohio Court of Common Pleas.  In addition to the above, I am licensed to practice law in Ohio, Pennsylvania, Michigan and New York.  I hold industry recognition from the Million Dollar Advocates Forum, AVVO, Ohio *Rising Stars* (three consecutive years), *Super Lawyers* (nine consecutive years), and the National Trial Lawyers Top 100.

My experience with an enormous Asbestos and personal injury practice allows me to offer a unique perspective into the organization and management of what is anticipated to be a barrage of case filing involving what has been considered the largest mass tort of its kind.  Likewise, due to the nature of my practice, I have gained extensive knowledge concerning various types of cancer which has equipped me with the skills necessary to handle complex medical issues, the majority of which relate to this litigation.  I have also personally attended each Zantac planning meeting which have been held in Los Angeles, California; Austin, Texas; Miami, Florida; Tampa, Florida; and most recently in New Orleans, Louisiana.  Last but not least, I have attended Zantac seminars since the commencement of this litigation.

Throughout my firm's twenty-three year existence, we have represented plaintiffs in over ten different mass torts, including thirteen cities involved in the Opioid litigation, 3M Combat Earplug litigation, and the Roundup litigation cases.  In addition, my firm has participated in other

MDLs such as YAZ/Yasmin/Ocella birth control by assisting in document review, and has cases in the Xarelto and Vioxx MDLs. Kelley & Ferraro, LLP maintains certification as a HIPAA Business Associate and has an associate with a Certificate in Health Law. Lastly, representatives of my firm have served as Chairman of the U.S. Minerals Asbestos Claimants Committee, the Insul Products Asbestos Claimants Committee, as Co-Chairman of the Flintkote Asbestos Claimants' Committee, and are currently serving as a member of the Trust Advisory Committee ("TAC") for the DII Trust (Halliburton) and Plibrico Trust, as well as being a designated member of the Owens Corning/Fibreboard TAC.

Perhaps just as important as the above criteria, counsel must be able to incorporate their life experiences, diverse background and various skill sets to be an effective member of the PSC. Aside from my legal knowledge and experience, I am active in several non-legal arenas such as Gilmour Academy Athletic Association and Coach for over twenty-five years and am a board member for the Cleveland Baseball Federation which provides funding for free baseball to inner city youth within the City of Cleveland.

It is the foregoing experience, commitment, and dedication that will deliver an indispensable attitude and perspective to the PSC and will undoubtedly transmit to the zealous representation of plaintiffs in the MDL. I will, and have to date, commit my time and resources to this litigation. I have formed a department solely dedicated to working on Zantac litigation. I also intend to commit the firm's resources, without the need for financing.

I respectfully request appointment to the Plaintiffs' Steering Committee for MDL 2924, or any other committee this Court would appoint me to serve, and appreciate the opportunity to be considered.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Application of John Martin Murphy, Esq. for Appointment to Plaintiffs' Steering Committee was served this 6th day of March, 2020, and thereby served upon all counsel of record pursuant to Pretrial Order #1, Schedule B.

Respectfully submitted,

KELLEY & FERRARO, LLP

By:    */s/ John Martin Murphy*
       JOHN MARTIN MURPHY (0066221)
       JAMES L. FERRARO (0076089)
       BRIAN R. HERBERTH (0081985)
       JOYCE CHAMBERS REICHARD (0096422)
       Ernst & Young Tower
       950 Main Avenue
       Suite 1300
       Cleveland, OH 44113
       (216) 575-0777
       jmurphy@kelley-ferraro.com
       bherberth@kelley-ferraro.com
       jreichard@kelley-ferraro.com

## APPENDIX A
## LIST OF ALL STATE AND FEDERAL ZANTAC CASES

Case Name:     *Robert Baker v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*
Case No.:      1:20-cv-00175
Court:         U.S. District Court, Northern District of Ohio

Case Name:     *Michael Carroll v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*
Case No.:      1:20-cv-00040
Court:         U.S. District Court, Northern District of Ohio

Case Name:     *Michael Konn v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*
Case No.:      1:19-cv-02852
Court:         U.S. District Court, Northern District of Ohio

Case Name:     *Sandra Payne v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*
Case No.:      1:19-cv-02731
Court:         U.S. District Court, Northern District of Ohio

Case Name:     *Barbara Seidita v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*
Case No.:      4:20-cv-00193
Court:         U.S. District Court, Northern District of Ohio

Case Name:     *Gregory Vavra v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*
Case No.:      1:19-cv-02729
Court:         U.S. District Court, Northern District of Ohio

Case Name:     *Thomas Wells v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*
Case No.:      1:20-cv-00017
Court:         U.S. District Court, Northern District of Ohio

Case Name:     *Gary Will v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*
Case No.:      1:19-cv-10935
Court:         U.S. District Court, Southern District of New York

Case Name:     *Randy Wright v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*
Case No.:      1:20-cv-00189
Court:         U.S. District Court, Northern District of Ohio

**APPENDIX B**
**MULTI-DISTRICT LITIGATION AND OTHER RELEVANT NON-MDL MATTERS**

MDL Name: *In re Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*
MDL Case No.: MDL 2100
Judge: Honorable Judge David R. Herndon
Judge's Phone No.: (618) 482-9420
Position held: No positions held/requested
Nature of MDL: Drug
Description of work: Filed cases for injury Plaintiffs and document review
Extent of ongoing time commitment: No current commitment.  All cases resolved.

MDL Name: *In re Welding Fume Products Liability Litigation*
MDL Case No.: MDL 1535
Judge: Honorable Judge Kathleen M. O'Malley
Judge's Phone No.: (216) 357-7242
Position held: No positions held/requested
Nature of MDL: Product/Design defect
Description of work: Filed cases for injury Plaintiffs
Extent of ongoing time commitment: No current commitment.  All cases resolved.

MDL Name: *In re Xarelto (Rivaroxaban) Products Liability Litigation*
MDL Case No.: MDL 2592
Judge: Honorable Judge Eldon E. Fallon
Judge's Phone No.: (504) 589-7650
Position held: No positions held/requested
Nature of MDL: Drug
Description of work: Filed cases for injured Plaintiffs
Extent of ongoing time commitment: No current commitment.  All cases resolved.

MDL Name: *In re Vioxx Products Liability Litigation*
MDL Case No.: MDL 1657
Judge: Honorable Judge Eldon E. Fallon
Judge's Phone No.: (504) 589-7650
Position held: No positions held/requested
Nature of MDL: Drug
Description of work: Filed cases for injured Plaintiffs
Extent of ongoing time commitment: No current commitment.  All cases resolved.

MDL Name: *In re Actos Products Liability Litigation*
MDL Case No.: MDL 2299
Judge: Honorable Judge Revecca F. Doherty
Judge's Phone No.: (337) 593-5008
Position held: No positions held/requested
Nature of MDL: Drug
Description of work: Filed cases for injury Plaintiffs
Extent of ongoing time commitment: No current commitment.  All cases resolved.

MDL Name: *In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine)*
MDL Case No.: MDL 1203
Judge: Honorable Judge Harvey Bartle III
Judge's Phone No.: (215) 597-2693
Position held: No positions held/requested
Nature of MDL: Drug
Description of work: Filed cases for injury Plaintiffs
Extent of ongoing time commitment: No current commitment.  All cases resolved.

MDL Name: *In re 3M Combat Arms Earplug Products Liability Litigation*
MDL Case No.: MDL 2885
Judge: Honorable Judge M. Casey Rodgers
Judge's Phone No.: (850) 435-8448
Position held: No positions held/requested
Nature of MDL: Product/Design defect
Description of work: Filed cases for injury Plaintiffs
Extent of ongoing time commitment: No current commitment.

MDL Name: *In re Roundup*
MDL Case No.: MDL 2741
Judge: Honorable Judge Vince Chhabria
Judge's Phone No.: (415) 522-4173
Position held: No positions held/requested
Nature of MDL: Product/Design defect
Description of work: Filed cases for injury Plaintiffs
Extent of ongoing time commitment: No current commitment.  All cases essentially resolved.

MDL Name: *In re Valsartan*
MDL Case No.: MDL 2875
Judge: Honorable Judge Robert B. Kugler
Judge's Phone No.: (856) 757-5021
Position held: No positions held/requested
Nature of MDL: Drug
Description of work: Filed cases for injury Plaintiffs
Extent of ongoing time commitment: No current commitment.

MDL Name: *In re IVC Filters (Bard)*
MDL Case No.: MDL 2641
Judge: Honorable Judge David G. Campbell
Judge's Phone No.: (602) 322-7645
Position held: No positions held/requested
Nature of MDL: Product/Design defect
Description of work: Filed cases for injury Plaintiffs
Extent of ongoing time commitment: No current commitment.

MDL Name: *In re Invokana*
MDL Case No.: MDL 2750
Judge: Honorable Judge Brian R. Martinotti
Judge's Phone No.: (856) 757-5021
Position held: No positions held/requested
Nature of MDL: Drug
Description of work: Filed cases for injury Plaintiffs
Extent of ongoing time commitment: No current commitment.

MDL Name: *In re Zofran*
MDL Case No.: MDL 2657
Judge: Honorable Judge F. Dennis Saylor
Judge's Phone No.: (617) 748-9212
Position held: No positions held/requested
Nature of MDL: Drug
Description of work: Filed cases for injury Plaintiffs
Extent of ongoing time commitment: No current commitment.

## APPENDIX C
## RECOMMENDATION OF OTHER ATTORNEYS FOR LEADERSHIP POSITIONS

**Daniel A. Nigh, Esq.**
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502

Daniel Nigh is a knowledgeable attorney who is also lead on NDMA cases involving Valsartan. Mr. Nigh has an extreme intellect regarding the science of the medicine involving Zantac cases.

**James L. Ferraro, Jr., Esq.**
The Ferraro Law Firm, P.A.
600 Brickell Avenue, Suite 600
Miami, Florida 33131

James L. Ferraro, Jr. is an extremely bright and motivated young lawyer from Miami. He has already received multiple million dollar trial verdicts. Mr. Ferraro is a team player that works well with other lawyers.

**Robert Brent Wisner, Esq.**
Baum Hedlund Aristei & Goldman
10940 Wilshire Blvd. 17th Floor
Los Angeles, CA 90024

Brent Wisner is the original organizer of the Plaintiffs' group pre-MDL. Mr. Wisner has an excellent knowledge regarding the science and is a great trial lawyer.

**Jennifer A. Moore, Esq.**
Moore Law Group, PLLC
1473 South 4th Street
Louisville, KY 40208

Jennifer Moore is an excellent litigator and good coordinator in the Roundup litigation. Ms. Moore was instrumental in resolving hundreds of Roundup cases. Ms. Moore also took a leadership role in the Zantac pre-MDL matters.

**Steven C. Babin, Esq.**
Babin Law, LLC
1320 Dublin Road, Suite 100
Columbus, OH 43215

Steven Babin is a fellow Ohio attorney who has attended all of the pre-MDL Zantac litigation meetings.