UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

THIS DOCUMENT RELATES TO: ALL CASES

### NOTICE OF APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to the Court's Pretrial Order #1 [ECF No. 13], Ricardo M. Martinez-Cid respectfully requests appointment to the Plaintiffs' Steering Committee.

### A. Mr. Martinez-Cid will devote the time necessary to successfully lead this MDL.

Mr. Martinez-Cid has been committed to prosecuting these cases since their inception. He only becomes involved in matters where he can devote significant time and rarely works on more than one MDL at a time. This matter is the only MDL on which Mr. Martinez-Cid is currently working, ensuring that he is fully available to meet its demands.

### B. Mr. Martinez-Cid works cooperatively with others.

For months, Mr. Martinez-Cid has helped organize meetings around the country with plaintiffs' counsel to coordinate this litigation. He is committed in this case, as in all others, to working with civility, respect, and candor towards co-counsel, the Court, and defense counsel.

Due to his ability to work cooperatively, Mr. Martinez-Cid has been elected to leadership organizations committed to improving the legal profession and appointed to positions to assist the courts. He serves on the Board of Governors of the American Association of Justice and the Florida Justice Association. He is a Past President of the Cuban American Bar Association, and his peers (including opposing counsel and judges) selected him for membership in the American Board of Trial Advocates and as a Fellow of the International Society of Barristers based at Duke University School of Law. The Florida Supreme Court appointed him to serve on the Standing Committee on Fairness and Diversity, and its Chief Justice chose him to serve on his Pro Bono Advisory Committee. He has been appointed to serve the Southern District of Florida in many roles, including eight times as a member of Federal Magistrate Judge Merit Selection Panels and on the Attorney Grievance Committee. He currently serves on the Hispanic Heritage Committee.

### C. Mr. Martinez-Cid has applicable experience in this type of litigation.

Mr. Martinez-Cid's varied MDL, class action, and complex litigation experience provides a strong foundation for his work in this case. He gained such experience early in his career when

he helped defend *In re: Managed Care Litigation*, MDL No. 1334, and was "third-chair" trial counsel for defendant H&R Block in a six-week, complex, securities fraud class-action trial.

Since joining Podhurst Orseck in 2002, Mr. Martinez-Cid has represented plaintiffs in class and mass actions while maintaining a single-event trial practice. His experience in the *NFL Players' Concussion Injury Litigation*, MDL No. 2323, is particularly relevant. Mr. Martinez-Cid was appointed to the PEC, was Co-Chair of the Discovery Committee, assisted his partner appointed as Class Counsel, and worked extensively with the Settlement Committee to create the complex diagnosis grid that is a central feature of the resulting landmark settlement. In addition to providing a robust compensation system for claimants with qualifying diagnoses, the settlement includes a baseline assessment program that entitles class members to medical testing and evaluations to monitor their cognitive health over time. Compensation for acute injuries and medical monitoring for asymptomatic plaintiffs are central objectives of this litigation as well.

Mr. Martinez-Cid and his firm also have extensive experience in successfully bringing consumer claims for economic damages, such as in *In re: Checking Account Overdraft Litigation*, MDL No. 2036, where settlements exceeded one billion dollars.

**D.  Mr. Martinez-Cid has the resources to advance this litigation.**

Throughout its existence of over half a century, Podhurst Orseck has had the financial wherewithal to fund significant and complex litigation. Its past and current financial support of several massive MDLs—including those mentioned on Appendix B and others such as the *Chinese-Manufactured Drywall Product Liability Litigation* and the *Takata MDL*—demonstrate the firm's willingness and ability to support major cases.

If called upon and where appropriate, several of the firm's other excellent attorneys, including Lea Bucciero, Stephen Rosenthal, and Ramon Rasco, are prepared to dedicate their time to the efficient and effective management of the matter.

Mrs. Bucciero is a *summa cum laude* graduate of the University of Miami School of Law where she served as articles and comment editor for the *Law Review*.

Mr. Rosenthal is a *magna cum laude* graduate of Harvard College and *cum laude* graduate of Harvard Law School. He has extensive class action and appellate experience (having argued over 60 appeals). Prior to joining the firm, he worked at DOJ and served as a law clerk to former Eleventh Circuit Judge Rosemary Barkett and United States District Judge Mark Wolf.

Mr. Rasco is a *magna cum laude* graduate of Harvard College and earned his J.D. from Columbia University School of Law. He has broad MDL and class action experience in the pharmaceutical, consumer, financial, and medical device fields.

**E.  Additional Noteworthy Life Experiences.**

As the Court seeks a leadership with diverse skill sets, expertise, and life experiences, a brief summary of Mr. Martinez-Cid's background is pertinent. Born to immigrant parents, he spoke only Spanish at home before learning English as his second language and later adding fluency in Portuguese. He and his wife married and started their family during their first year of undergraduate school. While working and raising a family, they both graduated in three years and continued their studies at Yale Law School. It is a testament to Mr. Martinez-Cid's work ethic and ability to balance competing obligations that he has excelled professionally and even more so personally. He and his wife have been married over 25 years and have raised three amazing children, the eldest of whom graduated with honors from Duke University and is gainfully employed in New York City.

Respectfully submitted,

**PODHURST ORSECK, P.A.**
SunTrust International Center
One S.E. 3rd Avenue, Suite 2300
Miami, Florida  33130
Tel: 305.358.2800
Fax: 305.358.2382


*/s/ Ricardo M. Martinez-Cid*
Ricardo M. Martinez-Cid
Florida Bar No.: 383988
Email: RMCTEAM@podhurst.com


## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, a true and correct copy of the foregoing Notice of Application for Appointment to the Plaintiffs' Steering Committee for Ricardo M. Martinez-Cid was electronically filed with the Clerk of the Court and served using the CM/ECF system and all counsel listed on Schedule B of the Pretrial Order No. 1 in accordance with the email addresses provided.

*/s/ Ricardo M. Martinez-Cid*
Ricardo M. Martinez-Cid