UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2924**<br>**20-MD-2924**<br><br>HONORABLE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

**Notice of Filing Application for Appointment to Plaintiffs' Steering Committee**

 Attorney Tracy A. Finken submits the following application for appointment to the Plaintiffs' Steering Committee pursuant to the Court's Pretrial Order No. 1, entered on February 14, 2020.

          Respectfully submitted,

          ANAPOL WEISS

          */s/ Tracy A. Finken*
          Tracy A. Finken, Esquire (NJ ID: 030831998)
          One Logan Square
          130 N. 18th Street, Suite 1600
          Philadelphia, PA 19103
          215-735-1130 (P)
          215-875-7731 (F)
          tfinken@anapolweiss.com

Dated: March 6, 2020

## APPLICATION OF TRACY FINKEN FOR PSC APPOINTMENT

In response to Pretrial Order No. 1, I respectfully seek appointment to a leadership position within the Plaintiffs' Steering Committee in whatever capacity this Honorable Court sees fit. I am willing to serve in leadership, as a member of the Plaintiffs' Steering Committee or any other committee appointment that this Court feels is appropriate for the skills and expertise that I bring to the table in this litigation. I am fully committed to the litigation and prepared to serve regardless of the role I may be assigned.

### I.     Willingness and availability to commit to a time-consuming project

I am available and willing to immediately commit my time to the large task at hand. My experience as a member of the PEC for *In Re Proton Pump Inhibitor Liability Litigation MDL No. 2789,* enables me to forego the large learning curve that occurs at the outset of a new litigation. The regulatory history, clinical science, pharmacovigilance and marketing efforts substantially overlap between Zantac and the class of medications known as proton pump inhibitors ("PPIs"), as they have been competing drugs for the past thirty years. I have been immersed in all aspects of these products and the MDL litigation for the past four years and have a deep institutional knowledge of the issues that will be faced here as we move forward in the future, as well as a deep familiarity with the underlying facts and science that support the specific claims in this case. I have presented extensively at legal conferences across the country on the regulatory history, supporting science and appropriate case vetting criteria over the past few months. I have also retained and worked with several experts for months in anticipation of filing meritorious claims. The experience and knowledge I have gained while litigating the PPI cases will be a benefit to the entire team in navigating discovery and other issues that will be faced in the future. In addition, I have the full support of my firm to commit substantial staffing to take the steps necessary to litigate efficiently and effectively.

### II.    Ability to work cooperatively with others

It is my firm belief that an MDL leadership team which is inclusive and collaborative in litigating the case from start to finish ultimately generates the best work product. The collective wisdom of many benefits the whole and a leadership team cannot effectively lead by acting with only individual interests in mind. I have been practicing law for more than twenty years and I continue to learn daily while working side by side with some of the top legal talent in the country. This holds true whether they're young attorneys just starting out who offer a fresh perspective or seasoned veterans who have been engaging in the practice of law for many years. In addition, opposing counsel that I have worked with in the past will attest to the fact that I engage in discussion in a respectful and collaborative manner. I often maintain friendships with opposing counsel after the conclusion of the litigation many of whom have later referred friends and family to me for legal matters. It is the sincerest compliment that can be given when former opposing counsel entrusts you to represent a family member or friend. If appointed, I will continue to be

inclusive, collaborative, transparent and forthcoming with information and will always provide opportunities for involvement in the various aspects of this case.

### III. Professional experience in this type of litigation

I have practiced exclusively in the area of Mass Torts and Products Liability for my entire career in a variety of consolidated state court mass tort programs and MDL leadership positions. I recently became the first female Shareholder at my firm, Anapol Weiss. As stated previously, I am currently a member of the Plaintiffs' Executive Committee in the Proton Pump Inhibitor (PPI) Litigation MDL that is pending before the Honorable Claire Cecchi in the District Court of New Jersey. The PPI litigation is very similar to the Zantac litigation. This litigation has been ongoing for over four years and I have been extensively involved in the development of the initial case management orders within the PPI MDL, including the Plaintiff and Defense Fact Sheets, Master and Short Form Complaints, ESI protocol, Protective Order, Direct Filing Order, the Bellwether Protocol, and a variety of scheduling orders. I have conducted dozens of depositions of corporate witnesses in either a first or second chair capacity. I have worked directly with experts and have devoted substantial hours to studying the regulatory and clinical trial data spanning the life of the drug. The institutional knowledge and experience I have gained through my leadership role in the PPI MDL uniquely qualifies me for a significant leadership role within the Zantac litigation. Given the vast number of people who have ingested these products and the potential size of this MDL, it is imperative that experienced attorneys are appointed to navigate the complex issues that will arise.

In addition to my experience in PPI, I have been engaged in all aspects of mass tort pharmaceutical liability since 1999 in state and federal courts around the country. I have gained substantial experience in all areas of the litigation from beginning to end and have worked exhaustively on behalf of injured plaintiffs to secure them full and fair compensation. In addition, members of my firm, myself included, have held various leadership roles on multiple Philadelphia or New Jersey state coordinated and MDL Plaintiffs' Steering and Executive Committees including multiple Lead or Co-lead counsel roles.

### IV. Willingness to commit the necessary resources to pursue this matter.

I am fully committed to take on the responsibility of an appointment in this litigation. In addition to my personal commitment, the Anapol Weiss law firm is fully committed to provide the necessary time and economic resources needed for such a role. Anapol Weiss currently represents several hundred plaintiffs who are suffering with cancer related to their use of Zantac and has already committed substantial resources, time and effort to this litigation. Anapol Weiss has the financial resources to advance the Zantac litigation. We are also committed to providing the

necessary non-economic resources required to prosecute an extremely large MDL with multiple types of claims pending.

### V.     Other relevant factors

I have been collaborating with multiple individuals and firms who have been involved in the Zantac litigation since September of last year. My reputation of being an extremely detail oriented team player and my extensive knowledge of the facts and circumstances surrounding this case, has resulted in multiple firms approaching me to work together in this MDL. I have been a regular speaker on panels regarding the litigation and have always been extremely transparent and collaborative in my approach. For example, I have openly shared, not only my work product, but my Zantac document and research repository with multiple firms that I have been meeting with regularly in relation to this litigation for many months. I have also started the process of sharing this same material with the current appointed Committee members. Last, I am the type of team player that will jump in at a moment's notice and assist with any project that benefits the litigation whether it is considered low or high level work. My passion (as noted by several other applicants in Appendix C) is evident and my determination to have a strategic vision and litigation strategy that benefits the whole is my primary and sole motivation.   Regardless of an appointment to the PSC, I will continue to operate in the same manner in which I have engaged since the inception of this litigation.  I am willing to provide references or additional information regarding my experience or background in accordance with this Court's wishes.