## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

In Re: ZANTAC (RANITIDINE)                                    MDL No: 2924
PRODUCTS LIABILITY
LITIGATION

                                        **JUDGE ROBIN L. ROSENGERG**
                                **MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

---

### APPLICATION OF STEVEN C. BABIN, JR. TO SERVE ON THE
### PLAINTIFFS' STEERING COMMITTEE

COMES NOW Steven C. Babin, Jr. and respectfully submits his Application to Serve on the

Plaintiffs' Steering Committee pursuant to the Court's Pretrial Order #1, entered February 14, 2020.

(ECF No. 13.)

### A.    WILLINGNESS AND AVAILABILITY TO COMMIT TO A TIME-CONSUMING PROJECT

I am willing and able to take on this project and commit significant amounts of my time and

attention. I currently serve on the Plaintiffs' Steering Committee in In re Valsartan, Losartan, and

Irbesartan Products Liability Litigation, MDL-2875, pending in the District of New Jersey. In the

Valsartan MDL, I co-chair the Law and Briefing Committee, and serve on the Medical Monitoring

Committee. Because the Valsartan MDL concerns the same genotoxic substances as this case—

NDMA—much of my work in Valsartan will directly overlap with this MDL. Indeed, I have

knowledge about NDMA litigation in the context of motion practice. As such, I am uniquely qualified

to make immediate, meaningful contributions to the Plaintiffs' Steering Committee.

1

**B.      ABILITY TO WORK COOPERATIVELY WITH OTHERS**

I truly enjoy working with my colleagues on large complex cases. I bring a smile and genuine enthusiasm to every team I work with. I am also quick to establish friendships with everyone on my team, and this often puts me in a position to resolve internal conflict and build consensus. Additionally, I work well with opposing counsel. Through courteous and respectful interactions, I can maintain productive relationships with opposing counsel over years of contentious litigation.

I started working on Zantac months ago, and I have worked closely with many of the attorneys that have led the charge up until this point. I have attended and spoke at seminars, strategy sessions, and other events. And I am a speaker at the upcoming Harris Martin Conference on March 19, 2020. I have no doubt that I can continue to work well with whatever team the Court appoints to leadership.

**C.      PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION**

I am the founding member of Babin Law, LLC, a national litigation firm located in Columbus, Ohio that focuses on of mass torts and class actions. I started this firm because I wanted to help people, and I believe in our justice system. Although my firm does not have decades of experience leading the largest cases in the Country, I am an energetic attorney with new ideas, eager to roll up my sleeves contribute to this litigation.

Over the last three years, I have built a reputation as a skilled writer, with a knack for leading law and briefing committees. I attribute my legal research and writing abilities to the excellent teachers I had during my judicial clerkships. I was lucky enough to clerk for United States District Court Judge Peter C. Economus in the United States District Court, for the Southern District of Ohio, and United States Sixth Circuit Judge Alan E. Norris in the United States Court of Appeals for the Sixth Circuit. While clerking, I had the opportunity to work under the tutelage and mentorship of two federal Judges known for their masterful legal analysis and excellent writing. I also gained a unique perspective and understanding of the federal court system from my clerkships.

I have significant experience drafting the motions and legal documents common to MDL litigations, including but not limited to, research memoranda, master complaints, short form complaints, leadership proposals, discovery motions, meet and confer letters, initial case management orders, Daubert briefs concerning complicated scientific evidence, dispositive motions, motions *in limine* for Bellwether trials, and jury instructions. I also have experience leading law and briefing committees. I currently co-chair the law and briefing committee in two MDLs—MDL 2846, Bard Hernia Mesh and MDL 2875, Valsartan. In these positions, I have created strong teams capable of completing substantial briefing projects in short order, while maintaining excellent work product.

In addition to law and briefing work, I have experience litigating complex medical monitoring class actions. I filed the largest medical monitoring class action in the Valsartan MDL, and in this case. The medical monitoring class actions are an important part of this MDL. Hundreds of thousands of individuals that took Zantac are currently sitting in fear, wondering about their future health. A robust medical monitoring program that provides information and treatment should be made available to those individuals who unknowingly ingested large doses of NDMA as a result of taking Zantac

Given my experience with NDMA contaminated drugs, I believe I am a strong candidate to lead the medial monitoring class actions, and the law and briefing aspects of this litigation.

## D.     WILLINGNESS TO COMMIT NECESSARY RESOURCES TO PURSUE THIS MATTER

My firm will is able to dedicate the necessary resources and meet the financial obligations required in cases of this nature. I would be honored to serve on the Plaintiffs' Steering Committee as chair of the law and briefing, or in any other capacity Your Honor appoints me to serve.

Respectfully,

/s/*Steven C. Babin, Jr.*
Steven C. Babin, Jr.    (Ohio Bar # 0093584)
Babin Law, LLC
1320 Dublin Road, Suite 100
Columbus, Ohio  43215
Telephone:    614.384.7035
Facsimile:     614.224.6066
E-mail:          steven.babin@babinlaws.com


## Certificate of Service

I do hereby certify that on this 6th day of March 2020, a true and correct copy of the

foregoing was served on all counsel listed in the Schedule B of Pretrial Order No. 1, in accordance

with the email addresses provided through the Court's cm/ecf system.

s/ *Steven C. Babin*
Steven C. Babin
Babin Law, LLC
1320 Dublin Rd., #100
Columbus, OH 43215
Direct: (614) 384-7035
Steven.babin@balaws.com

4