UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                    MDL NO. 2924
PRODUCTS LIABILITY
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

**THIS DOCUMENT RELATES TO:**
*Rodriguez v. Sanofi-Aventis U.S. LLC, et al.,* Case No. 1:19-cv-09527
*Pinales v. Sanofi S.A., et al.,* Case No. 3:19-cv-19324
*Viola v. Pfizer Inc.,* Case No. 1:20-cv-00004

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given of the entry of the undersigned as counsel for Glorimar Rodriguez, Alfonso Pinales, and Dana Viola in the above-entitled actions. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

Sarah Westcot
Bursor & Fisher, P.A.
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133
(305) 330-5512
swestcot@bursor.com

Dated: March 9, 2020

                                                   Respectfully submitted,

                                                   By:    */s/ Sarah N. Westcot*_____
                                                              Sarah N. Westcot

                                                   **BURSOR & FISHER, P.A.**
                                                   Sarah N. Westcot
                                                   2665 S. Bayshore Dr., Suite 220
                                                   Miami, FL 33133
                                                   Telephone: (305) 330-5512
                                                   Facsimile: (305) -676-9006
                                                   Email: swestcot@bursor.com