UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

THIS DOCUMENT RELATES TO: ALL CASES

## PRETRIAL ORDER #7
### Order Appointing Defendants' Liaison Counsel

Upon review of the Notice of Agreed Upon Defendants' Liaison Counsel, the Court appoints Joanne M. O'Connor, Esq. to serve as Defendants' Liaison Counsel.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 9th day of March, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE