UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

## PRETRIAL ORDER #8
### Order Appointing Robert Gilbert to Prepare Conference Agenda and Order Extending the Deadline for the Initial Census Proposal

The Court appoints Robert Gilbert, Esq. to collaborate with defense counsel to prepare an agreed proposed agenda for the conference on March 20, 2020, as follows: (1) Mr. Gilbert shall prepare a proposal for the speakers at the conference, (2) Mr. Gilbert shall prepare a proposal for the topics to be addressed at the conference, and (3) Mr. Gilbert shall propose an allocation of time for each topic presented at the conference. Mr. Gilbert's proposed agenda shall be emailed in Word format to the Chambers email at Rosenberg@flsd.uscourts.gov by noon on Monday, March 16, 2020. Additionally, by noon on Wednesday, March 18, 2020, Mr. Gilbert shall be responsible for ensuring that all materials that will be presented at the conference are provided directly to Chambers by electronic delivery, or hand-delivery if electronic delivery is not feasible.

The Court extends the Initial Census Proposal Deadline from March 16, 2020, to March 18, 2020, at noon.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 9th day of March, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE