UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO. 2924
PRODUCTS LIABILITY                  20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

### PRETRIAL ORDER #10
### Order Appointing Interim Defense Leadership Team

In Pretrial Order #1, this Court set forth the need for an Initial Census Team and subsequently a Practices and Procedures Team; appointments on behalf of the plaintiffs were made by this court in Pretrial Order #4. Pretrial Order #1 also identified the likely need for not only plaintiffs' leadership, but potentially a defense leadership group as well. The Court recognizes that as cases are transferred to and direct filed in this MDL, an additional number of defendants will likely be added to the litigation, and that additional clarity will be provided by plaintiffs' leadership, once appointed, as to the scope and breadth of the allegations in this litigation.

In anticipation of additional defendants potentially entering the litigation, the Court now appoints Joseph Petrosinelli (Williams & Connolly), Anand Agneshwar (Arnold & Porter), Andrew Bayman (King & Spalding), and Mark Cheffo (Dechert) to serve as defense leadership on an interim basis. They are specifically charged with negotiating with the Initial Census and Practices and Procedures Teams. In addition, the Court requests that Thomas Yoo (Holland & Knight) and Richard Barnes (Goodell Devries) serve as interim liaison counsel for the generic manufacturers. Mr. Petrosinelli is requested to ensure that Mr. Yoo and Mr. Barnes are kept updated as to the progress of the litigation and negotiations.

These appointments are made on an interim basis, with the expectation that a permanent defense leadership structure will be set once the Court better understands from the parties the nature and scope of claims alleged, and in turn the scope of the defendants whose interests will need to be represented in this litigation.  This Order is made without prejudice to the appointment of additional interim liaison counsel if other categories of defendants arise that require distinct representation.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 19th day of March, 2020.

Copies furnished to Counsel of Record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE