IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **IN RE: ZANTAC (RANITIDINE)** <br> **PRODUCTS LIABILITY LITIGATION** | MDL No. 2924 <br> Case 9:20-md-02924-RLR <br><br> **JUDGE ROBIN L. ROSENBERG** <br><br> **MAGISTRATE JUDGE BRUCE E. REINHART** |

## NOTICE OF WITHDRAWAL OF APPEARANCE/SUBSTITUTION OF COUNSEL

The undersigned, Nicole R. Topper, hereby withdraws her appearance as counsel for Defendant Apotex Corp., in the above-captioned matter. Terry M. Henry and Jane Thomas of Blank Rome LLP remain as counsel for Defendant Apotex Corp.

*/s/ Nicole R. Topper*
Nicole R. Topper, Esquire
**BLANK ROME LLP**
Broward Financial Centre
500 East Broward Blvd., Suite 2100
Fort Lauderdale, FL 33394
(954) 512-1805
NTopper@BlankRome.com
*Withdrawing Attorney*

*/s/ Terry M. Henry*
Terry M. Henry, Esquire
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5644
THenry@BlankRome.com
*Superseding Attorney*

Dated: April 2, 2020

143357.00616/123041974v.1