UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)　　　　　　　　　MDL NO. 2924
PRODUCTS LIABILITY　　　　　　　　　　　　　20-MD-2924
LITIGATION

　　　　　　　　　　　　　　　JUDGE ROBIN L. ROSENBERG
　　　　　　　　　　　MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

**NOTICE OF WITHDRAWAL OF
PLAINTIFFS' STEERING COMMITTEE LEADERSHIP APPLICATION**

TO THE HONORABLE COURT:

　　　COMES NOW, Sean Patrick Tracey and files this Notice of Withdrawal of my PSC application for leadership [Doc No.336] filed in this MDL.

　　　I would like to thank the Court for her hard work thus far during this trying time.

April 3, 2020　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　**TRACEY & FOX**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Sean Patrick Tracey
　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 20176500
　　　　　　　　　　　　　　　　　　　　　440 Louisiana, Ste. 1901
　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　　Telephone:  713 495-2333
　　　　　　　　　　　　　　　　　　　　　Facsimile:  866-709-2333
　　　　　　　　　　　　　　　　　　　　　Email:  stracey@traceylawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　Zantac@traceylawfirm.com
　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFFS**

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing ***Notice of Withdrawal of PSC Application by Sean Patrick Tracey*** was filed via the Court's electronic filing system on this 3rd day of April 2020 to be served by operation of the electronic filing system on all ECF-registered counsel of record.

                                      */s/ Sean Patrick Tracey*
                                      Sean Patrick Tracey