IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |

**NOTICE OF ELECTRONIC FILING OF PREVIOUSLY AND TIMELY SUBMITTED APPLICATION OF EDWARD A. WALLACE TO BE APPOINTED TO THE PLAINTIFF'S STEERING COMMITTEE**

I, Edward A. Wallace, timely served an Application to be Appointed to the Plaintiff's Steering Committee by electronic mail on March 6, 2020, per Pretrial Order #1. That application is attached as Exhibit A.  The application was timely served and, as explained in my submission to the Court, my client's filed case had not yet been transferred by the JPML and we did not have filing credentials at that time. In my submission, I copied Defense Counsel, as well as Liaison Counsel and I represented to the Court that I would file my application electronically with the Court once I obtained the appropriate credentials for filing and my case (*Cartee v. Sanofi US Services Inc. et al.* 4:20-cv-04059-SLD-JEH) was transferred by the JPML. Both of these events have now occurred.  Thus, this filing is now being placed on the pubic docket with the understanding that the original application was timely filed and otherwise complied in all respects with the Court's procedures and the governing Pretrial Order(s).   It is only on that basis that I seek, pursuant to Pretrial Order #16, an opportunity to be considered for leadership through the interview process and will work with the special master to be considered for that interview as outlined in PTO #16.

Dated April 8, 2020                                                           Respectfully Submitted,

                                                                                          /s/ Edward A. Wallace

1

Edward A. Wallace
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, IL 60603
T. (312) 346-2222
F. (312) 346-0022
E. eaw@wexlerwallace.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2020, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/Edward A. Wallace
Edward A. Wallace
