UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO. 2924
PRODUCTS LIABILITY                20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

## PRETRIAL ORDER #17
### Order Appointing Interim Retailer Liaison Counsel

Upon review of the Application for Appointment as Interim Retailer Liaison Counsel of Sarah E. Johnston, the Court appoints Sarah E. Johnston as Interim Retailer Liaison Counsel.

The Court understands that, before a Master Complaint is filed, there may be uncertainty for the Retailer Defendants, Generic Defendants, and other Defendants as to the extent and nature of their alleged liability. The Court will address the appointment of permanent defense leadership at an appropriate point when the parties are more informed as to their needs and the extent of their common interests. The Court will continue to monitor whether any additional interim appointments are necessary on behalf of any parties or groups of Defendants that subsequently enter the litigation, in order to best ensure that they are adequately represented.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 10th day of April, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE