UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

THIS DOCUMENT RELATES TO: ALL CASES

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' STEERING COMMITTEE LEADERSHIP APPLICATION

TO THE HONORABLE COURT:

COMES NOW, Scott A. Love, and files this Notice of Withdrawal of my PSC application for leadership [Doc No. 270] filed in this MDL.

I would like to thank the Court for her hard work thus far during this trying time.

April 13, 2020

Respectfully Submitted,

/s/ Scott A. Love
Scott A. Love, TX Bar #24002495
CLARK, LOVE & HUTSON, PLLC
440 Louisiana Street, Suite 1600
Houston, TX 77002
Tel: (713) 757-1400
Fax: (713) 759-1217
slove@triallawfirm.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing *Notice of Withdrawal of PSC Application by Scott A. Love* was filed via the Court's electronic filing system on this 13th day of April 2020 to be served by operation of the electronic filing system on all ECF-registered counsel of record.

                                    */s/ Scott A. Love*
                                    Scott A. Love