UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL NO. 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCMUENT RELATES TO: ALL CASES

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' STEERING COMMITTEE APPLICATION FOR JOSEPH A. OSBORNE, ESQUIRE

TO THE HONORABLE COURT:

COMES NOW Joseph A. Osborne, Esquire files this Notice of Withdrawal of my Plaintiffs' Steering Committee (PSC) Application [D.E. 218] filed in this MDL.

I appreciate the Court for her hard work throughout this trying time.

Dated: April 14, 2020     Respectfully Submitted,

/s/ *Joseph A. Osborne, Esq.*
Joseph A. Osborne, Esq.
OSBORNE & FRANCIS LAW FIRM, PLLC
433 Plaza Real, Suite 271
Boca Raton, FL 33432
Tel: (561) 293-2600
Fax: (561) 923-8100
josborne@realtoughlaywers.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 14th day April 2020, I electronically filed a true and exact copy of the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record on the service list authorized to receive electronic notice through CM/ECF.

*/s/ Joseph A. Osborne*
**Joseph A. Osborne (880043)**