UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL NO. 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

**NOTICE OF WITHDRAWAL OF PLAINTIFFS'
STEERING COMMITTEE LEADERSHIP APPLICATION**

**TO THE HONORABLE COURT:**

COMES NOW, R. Jason Richards, and files this Notice of Withdrawal of my Plaintiffs' Steering Committee application for leadership [Doc No. 300] filed in this MDL.

I would like to thank the Court for its hard work thus far during this difficult time.

Date: April 16, 2020     Respectfully Submitted,

By: /s/ R. Jason Richards
R. Jason Richards, Esq.
jrichards@awkolaw.com
AYLSTOCK, WITKIN,
KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Facsimile:  850-916-744

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Withdrawal of Plaintiffs' Steering Committee Application by* R. Jason Richards was filed via the Court's electronic filing system on this 16th day of April 2020 to be served by operation of the electronic filing system on all ECF-registered counsel of record.

                                                */s/* R. Jason Richards
                                                R. Jason Richards, Esq.
                                                jrichards@awkolaw.com
                                                AYLSTOCK, WITKIN,
                                                KREIS & OVERHOLTZ, PLLC
                                                17 East Main Street, Suite 200
                                                Pensacola, FL 32502
                                                Telephone: 850-202-1010
                                                Facsimile:  850-916-744