UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS           MDL NO. 2924
LIABILITY LITIGATION                          20-MD-2924

                                              JUDGE ROBIN L. ROSENBERG

                                              MAGISTRATE JUDGE BRUCE E. REINHART

_____/

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' STEERING COMMITTEE LEADERSHIP APPLICATION

**TO THE HONORABLE COURT:**

COMES NOW, Erin K. Copeland and files this Notice of Withdrawal of my PSC application for leadership [Doc No. 339] filed in this MDL.

I would like to thank the Court for its hard work thus far during this trying time.

Filed on this the 16th day of April, 2020

                              Respectfully submitted,

                              /s/ Erin K. Copeland
                              Erin K. Copeland
                              **Fibich Leebron Copeland & Briggs**
                              1150 Bissonnet
                              Houston, TX 77005
                              Phone: 713-751-0025
                              Fax: 713-751-0030
                              ecopeland@fibichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Withdrawal of PSC Application by Erin K. Copeland* was filed via the Court's electronic filing system on this 16th day of April 2020 to be served by operation of the electronic filing system on all ECF-registered counsel of record.

/s/ Erin K. Copeland
Erin K. Copeland
**Fibich Leebron Copeland & Briggs**
1150 Bissonnet
Houston, TX 77005
Phone: 713-751-0025
Fax: 713-751-0030
ecopeland@fibichlaw.com