UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL No. 2924

THIS DOCUMENT RELATES TO:

JUDGE ROBIN L. ROSENBERG

MAGISTRATE JUDGE BRUCE E. REINHART

James Fritz and Sherrye Fritz v. Boehringer Ingelheim Pharmaceuticals, Inc. et al
1:19-cv-24662

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to F.R.CP. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs JAMES FRITZ and SHERRYE FRITZ, by and through their undersigned counsel, hereby give notice that the above-captioned action is dismissed without prejudice.

Dated: April 27, 2020

Respectfully submitted,

*/s/ James L. Ferraro, Jr.*
James L. Ferraro, Jr.
Florida Bar No.: 107494
THE FERRARO LAW FIRM, P.A.
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Telephone: (305) 375-0111
Facsimile: (305) 379-6222
Email: JJR@ferrarolaw.com

*Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of April 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document will be served on all counsel of record by transmission of Notice of Electronic Filing generated by CM/ECF.

> */s/ James L. Ferraro, Jr.*
> James L. Ferraro, Jr.
> Florida Bar No. 107494