UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)          MDL NO. 2924
PRODUCTS LIABILITY          20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

**PRETRIAL ORDER #19**
Order Attaching Amended Appendix A (to Pretrial
Order #16) Setting Forth May 6 and 7, 2020 Leadership Interviews

On April 3, 2020, the Court entered PTO #16, in which it attached Appendix A setting forth the interview schedule for leadership applicants on May 6 and 7, 2020. Since entering the Order, the Court has made slight modifications to the schedule as well as clarifying for the applicants the order in which they will be called to present. See attached Amended Appendix A. The Court looks forward to meeting each of the applicants on May 6 and 7 and extends its gratitude for the patience that the applicants, as well as all counsel involved in the case, have shown over the past months since the inception of this multi-district litigation. The Court strongly encourages all participants to the May 6 and 7 sessions to become acquainted with the Zoom instructions that will be disseminated by Plaintiffs' and Defendant's Liaison Counsel. The instructions include a mandatory testing session for all participants on April 30 at 11:00AM.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 28th day of April, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

**Amended Appendix A - Leadership Schedule**

**Session 1 (May 6, 9am-noon)**
1. Fegan, Elizabeth
2. Wolfson, Tina
3. Albert, Lee
4. Berman, Steve
5. Gilbert, Robert
6. Dearman, Mark
7. Whitely, Conlee
8. Honik, Ruben
9. Mestre, Jorge
10. Westcot, Sarah
11. Martinez-Cir, Ricardo
12. Hyman, Kelly
13. Lear, Brad
14. Krause, Adam
15. Wallace, Edward

**Session 3 (May 7, 9am-noon)**
1. Babin, Steven
2. Longer, Fred
3. Keller, Ashley
4. Yuhl, Christopher
5. Jung, Je Yon
6. Roark, Emily
7. Crump, Martin
8. Leopold, Ted
9. Hilliard, Robert
10. Watts, Mikal
11. Moore, Jennifer
12. Nicholas, Steve
13. Schlessinger, Scott
14. McGlamry, Michael
15. Maher, Steve
16. Pulaski, Adam
17. Boldt, Paige

**Session 2 (May 6, 1pm-5pm)**
1. Parekh, Behram
2. Rasmussen, Kristian
3. Williamson, George
4. Scott, Carmen
5. Wisner, Brent
6. Luhana, Roopal
7. Finken, Tracy
8. Kraft, Kristine
9. Nigh, Daniel
10. Goldenberg, Marlene
11. Bogdan, Rosemarie
12. Rotman, Steve
13. Restaino, John
14. Larmond-Harvey, Nicola
15. Rodal, Yechezkel
16. Muhlstock, Melanie
17. Woodson, Frank

**Session 4 (May 7, 1pm-4pm)**
1. Ferraro, James
2. Murphy, John Martin
3. Dellacio, Doug
4. Miller, Lauren
5. Bachus, J. Kyle
6. Schanker, Darin
7. Elliott, J. Christopher
8. Parafinczuk, Justin
9. Susen, Marcus
10. Worley, Donald
11. Barfield, William
12. Assaad, Gabriel
13. Fraser, Scott
14. Philip, Meagan