Honorable Judge
Robin L. Rosenberg

4-28-2020

FILED BY MC D.C.
May 1, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Delay is a common practice in the Arkansas System. as the Arkansas Supreme Court stated in 1991. "The practice of criminal has changed, as have the times. Arkansas has delayed in confronting the realities of contemporary criminal defense practice." Arnold v. Kemp 306 Ark. 294, 302 (1991). as of to date I have'nt found a lawyer in Arkansas and or Anywhere who will help a prisoner in this Zantac thing. all say wait til I get out. yet there are no case filings to my knowledge in Arkansas or the Eighth Circuit. I have a team of lawyers working on my criminal case. in Arkansas and the Innocence Project. see. www.danielrisher.com and proclaimjustice.org

however they are limited. they say such things as Zantac Litigation is outside their scope. Enclosed is a Unit Level Grievance form seeking cancer screening which was refused. I did get the dates and doctors who prescribed the Ranitidine/Zantac. if you give me a web cite I can get my cusin to e-mail you that. I have been seriously sick and the Arkansas Prison simply delays everything including the delivery of legal mail.

Justice delayed is justice denied. I understand this from my case. which has been going some 30 years. I got a full board recommendation for clemency before the Arkansas Parole Board 3 years ago but the Gov. didn't sign it due to politics and reelection. yet there must be a vision of a higher principle of the law. which has to see a system that is not designed to address the issue tabled like Arkansas. then its in cases like this reason must bridge the gap.

The system is not too big to fail
Nor is it too big to fix
Yet it is too big to ignore.

In my 30 years of research and study of law in prison. I figured out that law is truely about taking the facts as the are. not adding facts, disregarding facts or according facts with greater or lesser significance. which in the light of no one representing prisoners. no one litigating in Arkansas and for the Eighth Circuit. and the prisons refusing to do cancer screening is designing to sabotage a prisoners claims. I hope and pray for you wisdom and guidance in this problem with Arkansas.

much light

Daniel W. Risher
ADC 98275 M.S.U.
2501 State Farm Road
Tucker, Arkansas
72168

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)     605

Unit/Center  M.S.U.

Name  Daniel W. Risher

ADC#  98275     Brks #  9-15     Job Assignment  Picketman

FOR OFFICE USE ONLY
GRV. #  MX-20-00311
Date Received:  3-18-2020
GRV. Code #:  600

2-19-2020 (Date) STEP ONE: Informal Resolution

2-24-2020 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: nurses are not suppose to diagnose anything.

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services?  No   If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 2-17-2020 I was called to the infirmary to see APN Murphy who measured a tumor growing on my chest. I asked for cancer screening. APN Murphy said I was trying to get her fired. I have put in sick calls asking for cancer screening. being exposed to toxic black mold and on Ranitidine in the past which is under multi jurisdical litigation as a cancer causing agent N-Nitrosodimethylamine NDMA see the case IN RE: ZANTAC (RANITIDINE) Products liability litigation MDL 2924 (2020 WL 582134) February 06, 2020. It appears that the prison infirmary has never did any kinda of cancer screening until the cancer is in a stage that cannot be treated. The purpose of screening is so as to catch it in a early stage so it can be treated before its to late.

D. W. Risher                           2-19-2020
Inmate Signature                       Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on  2-14-20  (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form:  A. Musgrove           Date  2-24-20

S. Needs        47523        A. Musgrove              2-19-20
PRINT STAFF NAME (PROBLEM-SOLVER)    ID Number    Staff Signature          Date Received

Describe action taken to resolve complaint, including dates: Per documentation, the lesion on your chest was diagnosed as a subcutaneous nodule. There is no medical indication for a complete cancer screening at this time.

A. Musgrove  2-24-20                    D.W. Risher   2-24-2020
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on  2-24-20 (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No)
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken:  Grievance Box  (Forwarded to Grievance Officer/Warden/Other)  Date:  2-24-2020
If forwarded, provide name of person receiving this form:  Grievance Officer   Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15                                              www.acicatalog.com

Daniel W. Risher
ADC 98275 MSU
2501 State Farm Road
Tucker, Arkansas
72168

LITTLE ROCK
AR 72 MAXIMUM
SECURITY
UNIT

NEOPOST
04/28/2020
US POSTAGE
FOREVER
USA
Barn Swallow



FILED BY _____ D.C.
MAY 01 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

The Honorable
Judge Robin L. Rosenberg
Paul G. Rodgers Federal Building
and Courthouse.
701 Clematis St.
Courtroom 2
West Palm Beach, Florida
33401

33401-510199

Legal