UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-MD-2924-ROSENBERG/REINHART

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY
LITIGATION,

_____/

## NOTICE OF DISCLOSURE

In the Court's prior Notice of Disclosure at docket entry 15, the Court informed the parties that it would issue another Notice of Disclosure after leadership had been appointed in this case. As leadership has now been appointed, the Court notifies the parties of the following:

(1) the undersigned Judge's daughter is a college student who is interning as a college intern at the firm of Williams & Connolly in the summer of 2020. The undersigned's Chambers has contacted the firm and has received assurance that the undersigned's daughter would not participate in any work related to this case.

(2) The undersigned's former law clerk, Annie Showalter (2016-2017), is an associate at Williams & Connolly. Ms. Showalter was presented to the Court as a member of the defense leadership slate and was appointed to the Defense Leadership Development Committee, without the filing of objection by any party.

The Court does not see any conflict of interest. If any party believes that there may be a conflict, a motion shall be filed consistent with the procedures set forth in PTO #24 (paragraph 10) within seven (7) days of the date of this Notice. Notice given this 29th day of May, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record