SCHEDULE C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



IN RE: ZANTAC (RANITIDINE) PRODUCTS        MDL NO. 2924
LIABILITY LITIGATION                        20-MD-2924

JUDGE ROBIN L. ROSENBERG

MAGISTRATE JUDGE BRUCE E. REINHART

_____/

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of Ohio.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Robin L. Rosenberg and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Dustin B. Herman
Ohio 0093163
Spangenberg Shibley & Liber LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH
216-696-3232
dherman@spanglaw.com

Attorney Signature: _____        Date: 5/27/20

# SPANGENBERG
## SHIBLEY & LIBER

Peter H. Weinberger, OF COUNSEL
William Hawal
Peter J. Brodhead, OF COUNSEL
Dennis R. Lansdowne
Stuart E. Scott
Nicholas A. DiCello
Jeremy A. Tor
Dustin B. Herman
Kevin C. Hulick
Jeradon Z. Mura

Craig Spangenberg
(1914-1998)

Norman W. Shibley
(1921-1992)

John D. Liber
(1938-2013)

June 3, 2020

**VIA REGULAR MAIL**
United States District Court Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

RE:  Zantac (Ranitidine) Products Liability Litigation Certificates of Understanding

To Whom It May Concern:

Enclosed please find certificates of understanding regarding electronic filing in the Southern District of Florida for the following individuals:

- Dustin B. Herman
- William Hawal

Please contact my paralegal, Ericka Campbell, at 216-696-3232 x189 if there are any issues.

Sincerely,

Dustin B. Herman
dherman@spanglaw.com

Enclosures

DBH/erc

**SPANGENBERG**
TRIAL LAWYERS

SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East
Suite 1700
Cleveland, OH 44114

CLEVELAND
OH 441
04 JUN '20
PM 1 L

33128-180199

United States District Court
Southern District of Florida
400 North Miami Ave.
Miami, FL 33128

02 1P
0000870509
MAILED FROM ZIP CODE 44114
UNITED STATES POSTAGE
$ 000.50⁰
PITNEY BOWES
JUN 03 2020