UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

**PRETRIAL ORDER # 33**
**Order Enumerating Additional Responsibilities of Generic Liaison Counsel**

In PTO # 22, this Court recognized the likelihood that the needs of this MDL would evolve over time and that it might become necessary to revisit or modify the leadership structure and/or the responsibilities of appointed leadership. The recent filing of the Master Personal Injury Complaint and the Consolidated Class Action Complaints has significantly increased the number of generic manufacturer defendants in this litigation such that the scope of the work of the appointed Generic Liaison Counsel should be clarified. In PTO # 22, this Court tasked the Generic Liaison Counsel with working with Coordinating Counsel to create processes for ensuring that the Generic Defendants are kept apprised of developments in the litigation on a timely basis. Generic Liaison Counsel were further assigned the responsibility for coordinating feedback to Coordinating Counsel and Co-Lead Counsel as to pending filings or matters in a timely and efficient fashion.

In light of the importance of their work communicating with a substantial number of Generic Defendants and presenting the views of a large group of defendants, the Court finds it appropriate to enumerate additional responsibilities of Generic Liaison Counsel that will assist them in promoting the efficient conduct of this MDL, as follows: to appear on behalf of the Generic Defendants at court-noticed conferences and hearings with regard to matters of common interest;

to oversee, approve, and bear ultimate responsibility for the preparation and filing of motions, oppositions to motions, and supporting briefs on behalf of Generic Defendants on matters of common interest or pursuant to Court order; to negotiate for and ultimately bind Generic Defendants on procedural issues and orders, subject to the right of any Defendant to present objections based on individual or unique circumstances first to the Special Master and then to this Court; and to assign and delegate tasks to members of the Generic Defendant group as may be necessary to promote the efficient conduct of this MDL.

      **DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 9th day of July, 2020.

                                                            ROBIN L. ROSENBERG
                                                             UNITED STATES DISTRICT JUDGE