UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

THIS DOCUMENT RELATES TO: ALL CASES

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SANDOZ INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendant Sandoz Inc. discloses that its parent corporation is Novartis AG, a publicly held company, the shares of which are traded on the SIX Swiss Exchange under the ticker symbol NOVN and whose American Depository Shares are publicly traded on the New York Stock Exchange under the ticker symbol NVS.[1] There are no publicly traded companies between Sandoz Inc. and Novartis AG.

Dated:  July 15, 2020

Respectfully submitted,

*/s/ Donald R. McMinn*
Donald R. McMinn
Heather A. Pigman
Andrew L. Reissaus
Hollingsworth LLP
1350 I Street, NW
Washington, DC 20005
202-898-5800
dmcminn@hollingsworthllp.com
hpigman@hollingsworthllp.com
areissaus@hollingsworthllp.com
***Attorneys for Defendant Sandoz Inc.***

---

[1] Sandoz Inc. expressly reserves and does not waive any rights and defenses including those related to personal jurisdiction.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

This the 15th day of July, 2020.

/s/ Donald R. McMinn