UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                  MDL NO. 2924
PRODUCTS LIABILITY                           20-MD-2924
LITIGATION

                                           JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO:**

20-cv-22699-RLR
20-cv-22703-RLR
20-cv-81026-RLR
20-cv-81028-RLR
20-cv-81030-RLR
20-cv-81037-RLR
20-cv-81040-RLR
20-cv-81045-RLR
20-cv-81046-RLR
20-cv-81047-RLR
20-cv-81048-RLR
20-cv-81049-RLR
20-cv-81056-RLR
20-cv-81059-RLR
20-cv-81061-RLR
20-cv-81065-RLR
20-cv-81068-RLR
20-cv-81069-RLR
20-cv-81072-RLR
20-cv-81073-RLR
20-cv-81074-RLR
20-cv-81075-RLR
20-cv-81077-RLR
20-cv-81078-RLR
20-cv-81079-RLR
20-cv-81087-RLR
20-cv-81089-RLR
20-cv-81090-RLR
20-cv-81092-RLR
20-cv-81093-RLR
20-cv-81094-RLR
20-cv-81096-RLR
20-cv-81097-RLR

20-cv-81098-RLR
20-cv-81099-RLR
20-cv-81104-RLR
20-cv-81105-RLR
20-cv-81106-RLR
20-cv-81107-RLR
20-cv-81108-RLR
20-cv-81109-RLR
20-cv-81110-RLR
20-cv-81112-RLR
20-cv-81114-RLR
20-cv-81118-RLR
20-cv-81119-RLR
20-cv-81120-RLR
20-cv-81121-RLR
20-cv-81122-RLR
20-cv-81124-RLR
20-cv-81125-RLR
20-cv-81128-RLR
20-cv-81130-RLR
20-cv-81135-RLR
20-cv-81136-RLR
20-cv-81140-RLR
20-cv-81142-RLR
20-cv-81143-RLR
20-cv-81144-RLR
20-cv-81145-RLR
20-cv-81147-RLR
20-cv-81152-RLR
20-cv-81153-RLR
20-cv-81154-RLR
20-cv-81156-RLR
20-cv-81157-RLR
20-cv-81160-RLR
20-cv-81161-RLR
20-cv-81169-RLR
20-cv-81170-RLR
20-cv-81171-RLR
20-cv-81172-RLR
20-cv-81179-RLR
20-cv-81181-RLR
20-cv-81182-RLR
20-cv-81183-RLR

## ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT

**THIS CAUSE** is before the Court *sua sponte*. The above-styled cases are consolidated in MDL proceeding 20-MD-2924 for all pretrial purposes, and the parties are directed to submit all filings in the MDL action. It light of the consolidation of all cases in the MDL action, it is **ORDERED AND ADJUDGED** that the Clerk of the Court shall mark the following cases as **CLOSED** for administrative purposes only:

    20-cv-22699-RLR
    20-cv-22703-RLR
    20-cv-81026-RLR
    20-cv-81028-RLR
    20-cv-81030-RLR
    20-cv-81037-RLR
    20-cv-81040-RLR
    20-cv-81045-RLR
    20-cv-81046-RLR
    20-cv-81047-RLR
    20-cv-81048-RLR
    20-cv-81049-RLR
    20-cv-81056-RLR
    20-cv-81059-RLR
    20-cv-81061-RLR
    20-cv-81065-RLR
    20-cv-81068-RLR
    20-cv-81069-RLR
    20-cv-81072-RLR
    20-cv-81073-RLR
    20-cv-81074-RLR
    20-cv-81075-RLR
    20-cv-81077-RLR
    20-cv-81078-RLR
    20-cv-81079-RLR
    20-cv-81087-RLR
    20-cv-81089-RLR
    20-cv-81090-RLR
    20-cv-81092-RLR
    20-cv-81093-RLR
    20-cv-81094-RLR

20-cv-81096-RLR  
20-cv-81097-RLR  
20-cv-81098-RLR  
20-cv-81099-RLR  
20-cv-81104-RLR  
20-cv-81105-RLR  
20-cv-81106-RLR  
20-cv-81107-RLR  
20-cv-81108-RLR  
20-cv-81109-RLR  
20-cv-81110-RLR  
20-cv-81112-RLR  
20-cv-81114-RLR  
20-cv-81118-RLR  
20-cv-81119-RLR  
20-cv-81120-RLR  
20-cv-81121-RLR  
20-cv-81122-RLR  
20-cv-81124-RLR  
20-cv-81125-RLR  
20-cv-81128-RLR  
20-cv-81130-RLR  
20-cv-81135-RLR  
20-cv-81136-RLR  
20-cv-81140-RLR  
20-cv-81142-RLR  
20-cv-81143-RLR  
20-cv-81144-RLR  
20-cv-81145-RLR  
20-cv-81147-RLR  
20-cv-81152-RLR  
20-cv-81153-RLR  
20-cv-81154-RLR  
20-cv-81156-RLR  
20-cv-81157-RLR  
20-cv-81160-RLR  
20-cv-81161-RLR  
20-cv-81169-RLR  
20-cv-81170-RLR  
20-cv-81171-RLR  
20-cv-81172-RLR  
20-cv-81179-RLR  
20-cv-81181-RLR  
20-cv-81182-RLR

20-cv-81183-RLR

All pending motions are the above-listed cases are hereby **DENIED WITHOUT PREJUDICE**[1] for the movant to comply with the procedures outlined in Pretrial Order # 24, paragraph 10.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 21st day of July, 2020.

                                                                                                  _____

                                                                                 ROBIN L. ROSENBERG

Copies furnished to Counsel of Record             UNITED STATES DISTRICT JUDGE

---

[1] In the event the date of filing of any motion denied without prejudice is material, the Court will deem the date of filing for any renewed motion to be the date of filing for the original motion.