UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)          MDL NO. 2924
PRODUCTS LIABILITY          20-MD-2924
LITIGATION

**JUDGE ROBIN L. ROSENBERG**
**MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

**THIS DOCUMENT RELATES TO:**

19-cv-25220-RLR
20-cv-14023-RLR
20-cv-20332-RLR
20-cv-80101-RLR
20-cv-80110-RLR
20-cv-80111-RLR
20-cv-80178-RLR
20-cv-80249-RLR
20-cv-80278-RLR
20-cv-80286-RLR
20-cv-80306-RLR
20-cv-80316-RLR
20-cv-80327-RLR
20-cv-80362-RLR
20-cv-80363-RLR
20-cv-80364-RLR
20-cv-80479-RLR
20-cv-80497-RLR
20-cv-80612-RLR
20-cv-81182-RLR

## ORDER DECONSOLIDATING CASES

This matter comes before the Court on the Notices of Voluntary Dismissal filed for the above-referenced cases.  In light of the fact that these cases have been dismissed, it is **ORDERED AND ADJUDGED** that:

1. The above-reference cases are **DECONSOLIDATED** from MDL proceeding 20-MD-2924.

2. The above-reference cases shall remain **CLOSED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 19th day of August, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE