UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

THIS DOCUMENT RELATES TO: ALL CASES

## NOTICE OF SPECIAL APPEARANCE OF COUNSEL

Pursuant to Pretrial Orders Nos. 1 and 27, the undersigned gives notice of her special appearance as counsel on behalf of Specially Appearing Defendant Teva Pharmaceutical Industries Ltd.

Dated: August 21, 2020

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ Lori G. Cohen*
Lori G. Cohen, Esq.
cohenl@gtlaw.com
Sara K. Thompson, Esq.
thompsons@gtlaw.com
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Tel: (678) 553-2100
Fax: (678) 553-2212

Brian H. Rubenstein, Esq.
rubensteinb@gtlaw.com
1717 Arch Street #400
Philadelphia, PA 19103
Tel: (215) 988-7800
Fax: (215) 988-7801

*Counsel for Teva Pharmaceutical Industries, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2020, I electronically filed the foregoing document electronically through the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

/s/ Lori G. Cohen