UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)        MDL NO. 2924
PRODUCTS LIABILITY        20-MD-2924
LITIGATION

**JUDGE ROBIN L. ROSENBERG**
**MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

**THIS DOCUMENT RELATES TO:**

20-cv-80211-RLR
20-cv-80474-RLR
20-cv-80487-RLR
20-cv-80488-RLR
20-cv-80491-RLR
20-cv-80492-RLR
20-cv-80493-RLR
20-cv-80494-RLR
20-cv-80495-RLR
20-cv-80498-RLR
20-cv-80499-RLR
20-cv-80500-RLR
20-cv-80501-RLR
20-cv-80502-RLR
20-cv-80503-RLR
20-cv-80507-RLR
20-cv-80583-RLR
20-cv-80584-RLR
20-cv-81135-RLR
20-cv-81243-RLR

## ORDER DECONSOLIDATING CASES

This matter comes before the Court on the Notices of Voluntary Dismissal filed for the above-referenced cases. In light of the fact that these cases have been dismissed, it is **ORDERED AND ADJUDGED** that:

1. The above-reference cases are **DECONSOLIDATED** from MDL proceeding 20-MD-2924.

2. The above-reference cases shall remain **CLOSED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 28th day of August, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE