UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)　　　　　　　　　　　　MDL NO 2924
PRODUCTS LIABILITY　　　　　　　　　　　　　　　　20-MD-2924
LITIGATION

　　　　　　　　　　　　　　　　　　　　JUDGE ROBIN L ROSENBERG
　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO:  ALL CASES

### *UNOPPOSED* MOTION TO DROP TARO PHARMACEUTICAL INDUSTRIES LTD. FROM MASTER COMPLAINTS

Plaintiffs Co-Lead Counsel, pursuant to Pretrial Order # 40 (DE # 1498) and Federal Rule of Civil Procedure 21, file this Unopposed Motion to Drop Taro Pharmaceutical Industries Ltd. from Master Complaints (DE # 887, 888, 889), and state as follows:

1. Taro Pharmaceutical Industries Ltd. is currently named as a defendant in the following Master Complaints:[1]

　　a. Master Personal Injury Complaint (DE # 887) at ¶ 123;

　　b. Consolidated Consumer Class Action Complaint (DE # 889) at ¶ 340; and

　　c. Third-Party Payor Class Complaint (DE # 888) at ¶ 103.

2. In reliance on the sworn affidavit of Avi Avramoff dated August 11, 2020, pursuant to Rule 21, Plaintiffs' Co-Lead Counsel request entry of an order dropping Taro Pharmaceutical Industries Ltd. from the above referenced Master Complaints, without prejudice.

---

[1] "Master Complaints" refers collectively to the Master Personal Injury Complaint (DE # 887), Consolidated Consumer Class Action Complaint (DE # 889) and Third-Party Payor Class Complaint (DE # 888). As required by Pretrial Order # 40, the applicable Master Complaint from which the Defendant is being dropped also identifies the specific paragraph number in the corresponding Master Complaint affected by the proposed modification.

3. A proposed Order is attached.

DATED: September 4, 2020.

Respectfully submitted,

| | |
|---|---|
| */s/ Tracy A. Finken* | By: */s/ Robert C. Gilbert* |
| Tracy A. Finken | Robert C. Gilbert, FBN 561861 |
| Email: tfinken@anapolweiss.com | Email: gilbert@kolawyers.com |
| ANAPOL WEISS | KOPELOWITZ OSTROW FERGUSON |
| One Logan Square | WEISELBERG GILBERT |
| 130 North 18th Street, Suite 1600 | 2800 Ponce de Leon Boulevard, Suite 1100 |
| Philadelphia, PA 19103 | Coral Gables, FL 33134 |
| Tel: (215) 735-1130 | Tel: (305) 384-7270 |
| | |
| */s/ Michael L. McGlamry* | */s/ Adam Pulaski* |
| Michael L. McGlamry | Adam Pulaski |
| Email: efile@pmkm.com | Email: adam@pulaskilawfirm.com |
| POPE McGLAMRY, P.C. | PULASKI KHERKHER, PLLC |
| 3391 Peachtree Road NE, Suite 300 | 2925 Richmond Avenue, Suite 1725 |
| Atlanta, GA 30326 | Houston, TX 77098 |
| Tel: (404) 523-7706 | Tel: (713) 664-4555 |

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

                /s/ *Robert C. Gilbert*
                Robert C. Gilbert