UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)         MDL NO 2924
PRODUCTS LIABILITY        20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

**THIS DOCUMENT RELATES TO:  ALL CASES**

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO DROP TARO PHARMACEUTICAL INDUSTRIES LTD. FROM MASTER COMPLAINTS

**THIS CAUSE** came before the Court on Plaintiffs Co-Lead Counsel's *Unopposed* Motion to Drop Taro Pharmaceutical Industries Ltd. from Master Complaints (DE # ___), without prejudice, pursuant to Pretrial Order # 40 (DE # 1498) and Federal Rule of Civil Procedure 21.[1] Having reviewed the Unopposed Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that the Unopposed Motion is **GRANTED**. Defendant Taro Pharmaceutical Industries Ltd. is dropped, without prejudice, from the following Master Complaints:

1. Master Personal Injury Complaint (DE # 887) at ¶ 123;
2. Consolidated Consumer Class Action Complaint (DE # 889) at ¶ 340; and
3. Third-Party Payor Class Complaint (DE # 888) at ¶ 103.

---

[1] "Master Complaints" refers collectively to the Master Personal Injury Complaint (DE # 887), Consolidated Consumer Class Action Complaint (DE # 889) and Third-Party Payor Class Complaint (DE # 888).  Pursuant to Pretrial Order # 40, the specific paragraph number in the corresponding Master Complaint affected by the modification are identified herein.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this \_\_\_\_ day of September 2020.

_____
**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**
