## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                                    MDL NO. 2924
PRODUCTS LIABILITY                                            20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

**THIS DOCUMENT RELATES TO:  ALL CASES**

## AGREED ORDER GRANTING UNOPPOSED
## MOTION TO DROP STRIDES PHARMA SCIENCE LTD. AND
## STRIDES GLOBAL PTE. LTD. FROM MASTER COMPLAINTS

**THIS CAUSE** came before the Court on Plaintiffs' Co-Lead Counsel's Unopposed

Motion to Drop Strides Pharma Science Ltd. and Strides Global Pte. Ltd. from Master

Complaints [DE # 1673], without prejudice, pursuant to Pretrial Order # 40 [DE # 1498] and

Federal Rule of Civil Procedure 21, and in accord with the Joint Stipulation Relating to Strides

Defendants filed on August 27, 2020 [DE # 1635].[1]  Having reviewed the Unopposed Motion

and the Joint Stipulation, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Unopposed Motion is **GRANTED**.  Defendants Strides

Pharma Science Ltd. and Strides Global Pte. Ltd. are dropped, without prejudice, from the

following Master Complaints:

    1.     Master Personal Injury Complaint [DE # 887] at ¶¶ 115-116;

    2.     Consolidated Consumer Class Action Complaint [DE # 889] at ¶¶ 332-333; and

---

[1] "Master Complaints" refers collectively to the Master Personal Injury Complaint [DE # 887], Consolidated Consumer Class Action Complaint [DE # 889], and Third-Party Payor Class Complaint [DE # 888].  Pursuant to Pretrial Order # 40, the specific paragraph number(s) in the corresponding Master Complaint(s) affected by the modification are identified herein.

3.      Third-Party Payor Class Complaint [DE # 888] at ¶¶ 95-96.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 4th day of

September, 2020.

**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**