UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924 20-MD-2924 |
| | JUDGE ROBIN L ROSENBERG MAGISTRATE JUDGE BRUCE REINHART |

_____/

THIS DOCUMENT RELATES TO: ALL CASES

**AGREED ORDER GRANTING UNOPPOSED MOTION TO
DROP ANI PHARMACEUTICALS, INC. FROM MASTER COMPLAINTS**

**THIS CAUSE** came before the Court on Plaintiffs' Co-Lead Counsel's Unopposed Motion to Drop ANI Pharmaceuticals, Inc. from Master Complaints [DE # 1680], without prejudice, pursuant to Pretrial Order # 40 [DE # 1498] and Federal Rule of Civil Procedure 21.[1] Having reviewed the Unopposed Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that the Unopposed Motion is **GRANTED**. Defendant ANI Pharmaceuticals, Inc. is dropped, without prejudice, from the following Master Complaints:

1. Master Personal Injury Complaint [DE # 887] at ¶ 54.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of September, 2020.

_____
**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**

---

[1] "Master Complaints" refers collectively to the Master Personal Injury Complaint [DE # 887], Consolidated Consumer Class Action Complaint [DE # 889], and Third-Party Payor Class Complaint [DE # 888]. Pursuant to Pretrial Order # 40, the specific paragraph number in the corresponding Master Complaint affected by the modification are identified herein.