UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO 2924
PRODUCTS LIABILITY                20-MD-2924
LITIGATION

                                             JUDGE ROBIN L ROSENBERG
                                        MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO:  ALL CASES

## *UNOPPOSED* MOTION TO DROP KMART CORPORATION FROM MASTER COMPLAINTS

Plaintiffs Co-Lead Counsel, pursuant to Pretrial Order # 40 [DE # 1498] and Federal Rule of Civil Procedure 21, file this Unopposed Motion to Drop Kmart Corporation from Master Complaints [DE # 887, 888, 889], and state as follows:

1. Kmart Corporation is currently named as a defendant in the following Master Complaints:[1]

    a. Master Personal Injury Complaint [DE # 887] at ¶ 180; and

    b. Consolidated Consumer Class Action Complaint [DE # 889] at ¶ 389.

2. After the Master Complaints were filed, Plaintiffs' Co-Lead Counsel were notified that Kmart Corporation is one of multiple related debtors in a Chapter 11 bankruptcy proceeding pending in the United States Bankruptcy Court for the Southern District of New York (Case No. 18-23538 (RDD)).  Accordingly, pursuant to Rule 21, Plaintiffs' Co-Lead Counsel request entry

---

[1] "Master Complaints" refers collectively to the Master Personal Injury Complaint [DE # 887], Consolidated Consumer Class Action Complaint (DE # 889) and Third-Party Payor Class Complaint (DE # 888).  As required by Pretrial Order # 40, the applicable Master Complaint from which the Defendant is being dropped also identifies the specific paragraph number(s) in the corresponding Master Complaint(s) affected by the proposed modification.

of an Order dropping Kmart Corporation from the above referenced Master Complaints, without prejudice.

3. A proposed Order is attached.

DATED: September 8, 2020.

Respectfully submitted,

| | |
|---|---|
| */s/ Tracy A. Finken* | By: */s/ Robert C. Gilbert* |
| Tracy A. Finken | Robert C. Gilbert, FBN 561861 |
| Email: tfinken@anapolweiss.com | Email: gilbert@kolawyers.com |
| ANAPOL WEISS | KOPELOWITZ OSTROW FERGUSON |
| One Logan Square | WEISELBERG GILBERT |
| 130 North 18th Street, Suite 1600 | 2800 Ponce de Leon Boulevard, Suite 1100 |
| Philadelphia, PA 19103 | Coral Gables, FL 33134 |
| Tel: (215) 735-1130 | Tel: (305) 384-7270 |
| | |
| */s/ Michael L. McGlamry* | */s/ Adam Pulaski* |
| Michael L. McGlamry | Adam Pulaski |
| Email: efile@pmkm.com | Email: adam@pulaskilawfirm.com |
| POPE McGLAMRY, P.C. | PULASKI KHERKHER, PLLC |
| 3391 Peachtree Road NE, Suite 300 | 2925 Richmond Avenue, Suite 1725 |
| Atlanta, GA 30326 | Houston, TX 77098 |
| Tel: (404) 523-7706 | Tel: (713) 664-4555 |

*Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

/s/ *Robert C. Gilbert*
Robert C. Gilbert