**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)                          MDL NO 2924
PRODUCTS LIABILITY                                  20-MD-2924
LITIGATION

                                                JUDGE ROBIN L ROSENBERG
                                        MAGISTRATE JUDGE BRUCE REINHART

_____/

**THIS DOCUMENT RELATES TO:  ALL CASES**

**[PROPOSED] AGREED ORDER GRANTING UNOPPOSED MOTION**
**TO DROP KMART CORPORATION FROM MASTER COMPLAINTS**

THIS CAUSE came before the Court on Plaintiffs Co-Lead Counsel's Unopposed Motion

to Drop Kmart Corporation from Master Complaints [DE # ___], without prejudice, pursuant to

Pretrial Order # 40 [DE # 1498] and Federal Rule of Civil Procedure 21.[1]  Having reviewed the

Unopposed Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED**

**and ADJUDGED** that the Unopposed Motion is **GRANTED**.  Defendant Kmart Corporation is

dropped, without prejudice, from the following Master Complaints:

    1.    Master Personal Injury Complaint [DE # 887] at ¶ 180; and

    2.    Consolidated Consumer Class Action Complaint [DE # 889] at ¶ 389.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this _____ day of

September, 2020.

                            _____
                            **ROBIN L. ROSENBERG**
                            **UNITED STATES DISTRICT JUDGE**

---

[1] "Master Complaints" refers collectively to the Master Personal Injury Complaint [DE # 887], Consolidated Consumer Class Action Complaint [DE # 889] and Third-Party Payor Class Complaint [DE # 888].  Pursuant to Pretrial Order # 40, the specific paragraph number(s) in the corresponding Master Complaint(s) affected by the modification are identified herein.