UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO 2924
PRODUCTS LIABILITY                 20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO:  ALL CASES

### AGREED ORDER GRANTING UNOPPOSED MOTION TO DROP HI-TECH PHARMACAL CO., INC. FROM MASTER COMPLAINTS

**THIS CAUSE** came before the Court on Plaintiffs' Co-Lead Counsel's Unopposed Motion to Drop Hi-Tech Pharmacal Co., Inc. from Master Complaints [DE # 1690], without prejudice, pursuant to Pretrial Order # 40 [DE # 1498] and Federal Rule of Civil Procedure 21.[1] Having reviewed the Unopposed Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that the Unopposed Motion is **GRANTED**. Defendant Hi-Tech Pharmacal Co., Inc. is dropped, without prejudice, from the following Master Complaints:

1. Master Personal Injury Complaint [DE # 887] at ¶ 89;

2. Consolidated Consumer Class Action Complaint [DE # 889] at ¶ 311; and

3. Third-Party Payor Class Complaint [DE # 888] at ¶ 77.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of September, 2020.

_____
**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**

---

[1] "Master Complaints" refers collectively to the Master Personal Injury Complaint [DE # 887], Consolidated Consumer Class Action Complaint [DE # 889] and Third-Party Payor Class Complaint [DE # 888]. Pursuant to Pretrial Order # 40, the specific paragraph number(s) in the corresponding Master Complaint(s) affected by the modification are identified herein.