UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL NO 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

## AGREED ORDER GRANTING UNOPPOSED MOTION TO DROP KMART CORPORATION FROM MASTER COMPLAINTS

**THIS CAUSE** came before the Court on Plaintiffs' Co-Lead Counsel's Unopposed Motion to Drop Kmart Corporation from Master Complaints [DE # 1691], without prejudice, pursuant to Pretrial Order # 40 [DE # 1498] and Federal Rule of Civil Procedure 21.[1]  Having reviewed the Unopposed Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that the Unopposed Motion is **GRANTED**.  Defendant Kmart Corporation is dropped, without prejudice, from the following Master Complaints:

1. Master Personal Injury Complaint [DE # 887] at ¶ 180; and

2. Consolidated Consumer Class Action Complaint [DE # 889] at ¶ 389.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of September, 2020.

**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**

---

[1] "Master Complaints" refers collectively to the Master Personal Injury Complaint [DE # 887], Consolidated Consumer Class Action Complaint [DE # 889] and Third-Party Payor Class Complaint [DE # 888].  Pursuant to Pretrial Order # 40, the specific paragraph number(s) in the corresponding Master Complaint(s) affected by the modification are identified herein.