UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                    MDL NO 2924
PRODUCTS LIABILITY                            20-MD-2924
LITIGATION
                                              JUDGE ROBIN L ROSENBERG
                                              MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO:  ALL CASES

### AGREED ORDER GRANTING UNOPPOSED MOTION TO DROP VKT PHARMA PRIVATE LTD. AND VKT PHARMA INC. FROM MASTER COMPLAINTS

**THIS CAUSE** came before the Court on Plaintiffs' Co-Lead Counsel's Unopposed Motion to Drop VKT Pharma Private Ltd. and VKT Pharma Inc. from Master Complaints [DE # 1693], without prejudice, pursuant to Pretrial Order # 40 [DE # 1498] and Federal Rule of Civil Procedure 21.[1]  Having reviewed the Unopposed Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that the Unopposed Motion is **GRANTED**.  Defendants VKT Pharma Private Ltd. and VKT Pharma Inc. are dropped, without prejudice, from the following Master Complaints:

1. Master Personal Injury Complaint [DE # 887] at ¶¶ 131-134.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of September, 2020.

**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**

---

[1] "Master Complaints" refers collectively to the Master Personal Injury Complaint [DE # 887], Consolidated Consumer Class Action Complaint [DE # 889], and Third-Party Payor Class Complaint [DE # 888].  Pursuant to Pretrial Order # 40, the specific paragraph number in the corresponding Master Complaint affected by the modification are identified herein.