UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924 <br> 20-MD-2924 <br><br> JUDGE ROBIN L. ROSENBERG <br> MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

THIS DOCUMENT RELATES TO: ALL CASES

**ORDER REGARDING SCHEDULING OF**
**DISCOVERY HEARING FOLLOWING STATUS CONFERENCE**

At the status conference on September 21, 2020, the parties indicated that there may be issues relating to the scope of discovery that remain unresolved. The parties also indicated that formal discovery responses were imminent, and in some instances had been served, as to some of the Defendants, which might help frame or resolve discovery issues. It appears that the overall progress of this MDL litigation, and the ability to comply with the case management schedule, may benefit from the expeditious resolution of one or more of these discovery issues at this time.

The Court remains committed to a robust meet and confer process as set forth in Pretrial Order # 32, recognizing that the parties are often able to craft negotiated solutions unique to their needs that are superior to the outcomes available under the law. Nevertheless, the parties made clear at the status conference that deadlines can be helpful in prioritizing discovery and in focusing attention on resolving the key disputes that may be most helpful in advancing the MDL.

To assist the parties, the Court will set aside time for a discovery hearing in the next two weeks, if such a hearing is needed. Any such hearing shall be conducted by Magistrate Judge Bruce E. Reinhart. The hearing will be limited to resolving no more than two discovery issues. In the interim, the parties shall identity the most significant issues that they believe need to be

resolved to facilitate discovery and shall address those issues using the procedures mandated by Pretrial Order # 32. After exhaustion of the procedures in Pretrial Order # 32, on or before September 24, 2020, at 5:00 pm, the parties shall send by email to zantac_mdl@flsd.uscourts.gov a joint notice to the Court of no more than 5 double-spaced pages stating (1) whether a discovery hearing is needed and, if so, (2) which issue(s) they propose to present (including which Defendant(s) would appear), (3) three dates and times on October 2 or during the week of October 5, 2020, when they are available for a hearing, and (4) whether they believe more than 5 single-spaced pages (per issue, per party) will be required for a joint discovery memo. If the parties cannot agree on which issues should be addressed at the hearing, each side may select one issue unilaterally. If a hearing is requested, the Court will issue a supplemental order setting a deadline for the filing of a joint discovery memorandum. If the parties thereafter are able to resolve those identified issue(s) through the Pretrial Order # 32 process, the Court will cancel the hearing.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 22nd day of September, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE