UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

THIS DOCUMENT RELATES TO: ALL CASES

**PRETRIAL ORDER # 46**
Order on Production of Defendant Discovery on Other Defendants

This Order applies to all cases pending in MDL No. 2924 and to all actions transferred to or directly filed in MDL No. 2924 after the date of this Order. This Order is entered at the request of Defendants and imposes obligations on Defendants only. Nothing in this Order modifies or abridges the protections set forth in the Confidentiality Order, Pretrial Order # 26 ("PTO # 26"), and nothing in this Order addresses the admissibility or use of documents at trial in these proceedings.

To promote efficiencies in the production of documents on Defendants, concurrently with service of a document production on Plaintiffs, the producing Defendant shall provide a copy of the transmittal letter to other Defendants by submitting the letter to the following email address: xServiceZantac@arnoldporter.com. The producing Defendant also shall concurrently provide the production itself to other Defendants in the litigation who have made a standing request for such productions in writing. Standing requests for productions should be submitted to the xServiceZantac@arnoldporter.com email address. Any Defendant who does not have a standing request may subsequently request in writing any individual production, in which case the producing Defendant shall promptly provide the production to the requesting Defendant.

Defendants are to confer in advance of productions with respect to which Defendants request access to which productions and the method by which the producing Defendant will provide the documents to the requesting Defendants.

If any Defendant objects to making its document production to Plaintiffs available to any requesting Defendant based on the Confidential Information or Highly Confidential Information provided in the production, the producing Defendant and the requesting Defendant shall meet and confer in an effort to resolve the dispute. The producing Defendant may seek relief from the Court if the meet and confer is unsuccessful.

This Order does not require any Distributor Defendant to produce any Confidential Information or Highly Confidential Information to another Distributor Defendant.[1] Confidential Information or Highly Confidential Information as set forth in PTO # 26 produced by one Distributor Defendant may not be produced to another Distributor Defendant absent written consent from the producing Distributor Defendant. The use of such documents during depositions shall be governed by PTO # 26, any deposition protocols entered by the Court, and any other such orders to the extent they address the use of documents during depositions.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 29th day of September, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

---

[1] The current Distributor Defendants are Cardinal Health, Inc., McKesson Corporation, and AmerisourceBergen Corporation.