UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)             MDL NO 2924
PRODUCTS LIABILITY                  20-MD-2924
LITIGATION

**JUDGE ROBIN L ROSENBERG**
**MAGISTRATE JUDGE BRUCE REINHART**

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

<u>**PRETRIAL ORDER # 49**</u>
**Order on Class Action Discovery Timelines**

The Court enters the following Order based on the Parties' stipulation regarding discovery and the case management schedule in this multidistrict litigation ("MDL").

**I.**     **SCOPE OF THE ORDER**

This Order applies only to the Consolidated Third Party Payor Class and the Consolidated Consumer Class Action cases pending in MDL No. 2924 and to all other class actions transferred to or directly filed in MDL No. 2924 after the date of this Order.

**II.**     **PLAINTIFFS' DISCOVERY TIMELINE**

At the request of the Court, Co-Lead Counsel for Plaintiffs and Defendants conferred to develop an approach to scheduling discovery in the Consolidated Third Party Payor Class and Consolidated Consumer Class Action cases. The Court requested that the Parties confer and try to reach consensus as to the most effective proposals for a timeline for discovery taken by the Defendants in those cases. After consideration of the Parties' joint proposal on the issue, the Court concludes that the agreed schedule of deadlines and discovery periods is appropriate.

Therefore, the Court **ORDERS and ADJUDGES** as follows:

The following schedule shall apply to discovery taken by Defendants in the Consolidated Third Party Payor Class and Consolidated Consumer Class Action cases:

| Discovery Event | Start Date (Or Deadline) | End Date (If Applicable) |
|---|---|---|
| TPP Class Plaintiffs serve responses/objections to requests for production and responses/objections to interrogatories, and begin producing responsive, non-objectionable documents. | 10/23/20 | |
| Consumer Class Plaintiffs serve responses/objections to requests for production and responses/objections to interrogatories, and begin producing responsive, non-objectionable documents. | 10/30/20 | |
| TPP Class Plaintiffs and Consumer Class Plaintiffs will provide rolling productions for all RFP responses to which they do not object as required by Part II.D of PTO 32. If disputes arise, the Parties will follow the dispute resolution procedures mandated by PTO 32. | 10/23/20 | 3/1/21 |
| Meet and confers on objections to requests for production and interrogatories. If disputes remain regarding Plaintiffs' objections, the Parties will follow the dispute resolution procedures mandated by PTO 32 as those disputes arise. | 10/26/20 | 12/11/20 |
| Substantial completion of production of all responsive, non-objectionable documents. | 3/1/21 | |
| Depositions of Consumer Class Plaintiffs and TPP Class Plaintiffs (including 30(b)(6) depositions), and Defendants' depositions of other fact witnesses. | 4/1/21 | 11/19/21 |
| Close of fact discovery and deadline for filing of class motions per PTO 30. | 12/20/21 | |

### III.     MEET AND CONFER OBLIGATIONS.

Nothing in this Order is intended to limit the ongoing meet and confer obligations of the Parties. The Court directs the Parties to continue to meet and confer as to discovery issues and to continue to apprise the Court of any issues.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 5th day of October, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE