# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |
| _____/ | |

THIS DOCUMENT RELATES TO ALL CASES

### DECLARATION OF Dr. MAHALAXMI ANDHERIA

I, Dr. Mahalaxmi Andheria, submit the following Declaration:

1. I am the Sr. General Manager-IPR of Ajanta Pharma Ltd. ("APL"), one of the Defendants in the above-captioned matter. I have held that position since December 10, 2018. I offer this Declaration based on my own knowledge and in support of the Specially Appearing Defendant Ajanta Pharma Ltd.'s Supplemental Brief in Support of Motion to Dismiss for Lack of Personal Jurisdiction.

2. APL is an Indian company with its principal place of business in Mumbai, India. APL is not incorporated in, and does not maintain a headquarters or principal place of business in, the United States.

3. APL's facilities and officers are located outside of the United States. APL is not registered or licensed to do business in any state in the United States and does not maintain offices, facilities, local telephone listings or bank accounts, or lease any real property, or employ any persons anywhere in the United States.

4. Although APL holds the ANDA for generic ranitidine, APL has not directly sold or otherwise commercialized any products – including ranitidine products – in the United

States. APL did not purposely direct any ranitidine-related activities to the United States. APL has no involvement with ranitidine products in the United States. APL arranged its business operations to be free of entanglements in the United States.

5. Ajanta Pharma USA Inc. ("APUI") is a U. S. subsidiary of APL. APUI is a New Jersey corporation and is a wholly separate and distinct corporate entity from APL. APUI is the entity that imports all ranitidine products to the U.S. and independently determines sales and distribution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Further Affiant Sayeth Not.

October 8, 2020            By:   /s/ Dr. Mahalaxmi Andheria