To: Robin L. Rosenberg,
United States District Judge.
Wilke D. Ferguson Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

2oMo 2924
RLR

Fr: Michael McNeil P59685
Valley State Prison
B3-9-4L
P.O. Box 96
Chowchilla, CA 93610

Re: In re Zantac (Ranitidine) Prods. Liab. Litig., 2020
U.S. Dist. LEXIS 61144; (Census Plus Form; Census
Registry)

Dear Judge Rosenberg;

I am an indigent California State Prison Inmate, who is in The
Plaintiff Class in The above mentioned Action. I am Trying To
find out if The law firm That is representing me in This Matter has
Signed me up on The Census Registry as a Plaintiff. I would
Think They do not have Time To answer My Questions on
This. Is There a way To find This information out without
going Through my Counsel? Can I get a Copy of The Plaintiff
list? if so, Please send To The above address. Thank You
for Your Time in This Matter.

Date: 10-10-2020                    /S/ Michael McNeil

FILED BY_____ D.C.

OCT 20 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

US POSTAGE ≫PITNEY BOWES

ZIP 93610 $ 000.50⁰
02 4W
0000344584 OCT 12 2020

Michael McNeil
P59685
VSP
B3-9-4L
P.O. Box 99
ChowChilla, CA 93610

VALLEY
STATE
PRISON

Legal Mail

Willkie D. Ferguson, Jr, U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

331281801 C075

OCT 20 202
7:52 AM

USMS
INSPECTED   RECEIVED

**VSP INDIGENT**