UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                       MDL NO 2924
PRODUCTS LIABILITY                             20-MD-2924
LITIGATION

                                               **JUDGE ROBIN L ROSENBERG**
                                      **MAGISTRATE JUDGE BRUCE REINHART**

_____/

**THIS DOCUMENT RELATES TO:  ALL CASES**

**AGREED ORDER APPROVING JOINT STIPULATION
ON BRANDED DEFENDANTS' JOINDER IN GENERIC
MANUFACTURERS' AND REPACKAGERS' RULE 12 MOTION TO
DISMISS ON THE GROUND OF FAILURE TO ALLEGE AN INJURY**

**THIS CAUSE** came before the Court on Plaintiffs' and Defendants', Boehringer Ingelheim Pharmaceuticals, Inc., GlaxoSmithKline LLC, Pfizer Inc., Sanofi-Aventis US LLC, Sanofi US Services, Inc., Chattem, Inc., and Patheon Manufacturing Services LLC (collectively the "Branded Defendants") Joint Stipulation re Branded Defendants' Joinder in Generic Manufacturers' and Repackagers' Rule 12 Motion to Dismiss on the Ground of Failure to Allege an Injury and Incorporated Memorandum of Law (the "Joinder").  DE 2208.  Having reviewed the Joint Stipulation, and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that the Joint Stipulation re Branded Defendants' Joinder in Generic Manufacturers' and Repackagers' Rule 12 Motion to Dismiss on the Ground of Failure to Allege an Injury and Incorporated Memorandum of Law is **APPROVED**.  Plaintiffs are authorized to file a Response to the Joinder on or before November 18, 2020, up to eight (8) pages in length, limited to arguing that, contrary to the Branded Defendants' assertion in the Joinder, Branded Defendants are not identically situated to the Generic Manufacturer and Repackager Defendants on the issues raised in the Generics' Motion; (ii) the Branded Defendants are authorized to file a Reply to Plaintiffs'

Response to the Joinder on or before November 25, 2020, up to 50% of the length of Plaintiffs' Response to the Joinder, limited to replying to Plaintiffs' Response; and (iii) the Branded Defendants shall not raise this issue in any subsequent motions to dismiss.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 3rd day of November 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE