UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO. 2924
PRODUCTS LIABILITY                20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**ORDER GRANTING IN PART AND RESERVING IN
PART FOREIGN DEFENDANTS' EXPEDITED MOTION FOR
CLARIFICATION OF THE COURT'S OCTOBER 30, 2020 ORDER OR, IN
THE ALTERNATIVE, FOR LEAVE TO SERVE JURISDICTIONAL DISCOVERY**

This matter comes before the Court on Foreign Defendants' Expedited Motion for Clarification of the Court's October 30, 2020 Order or, in the Alternative, for Leave to Serve Jurisdictional Discovery. DE 2278. The six Foreign Defendants that have filed the Motion ("Moving Defendants") are ACIC Pharmaceuticals Inc., Ajanta Pharma Ltd., Apotex Inc., Aurobindo Pharma Ltd., Cadila Healthcare Ltd., and Wockhardt Ltd.[1] The Court has reviewed the Motion and Plaintiffs' Response thereto [DE 2293] and is otherwise fully advised in the premises. For the reasons set forth below, the Motion is granted in part and reserved in part.

As background, Plaintiffs moved for jurisdictional discovery in response to Moving Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. *See* DE 2040; DE 2094. Following briefing, the Court granted Plaintiffs' Motion in part and reserved in part. DE 2185. The Court permitted Plaintiffs to engage in "limited and narrowly tailored jurisdictional discovery" with ACIC Pharmaceuticals Inc., Ajanta Pharma Ltd., Apotex Inc., Aurobindo Pharma Ltd., and Wockhardt Ltd. "to enable Plaintiffs to respond to the Motion to Dismiss for Lack of Personal

---

[1] The Court has entered an Agreed Order granting an Unopposed Motion to drop ACIC Pharmaceuticals Inc. from the Master Complaints that have been filed in this litigation. *See* DE 2230; DE 2246.

Jurisdiction." *Id.* at 5-7. The Court reserved ruling on Plaintiffs' request to engage in jurisdictional discovery as to Cadila Healthcare Ltd. and referred that portion of Plaintiffs' Motion to Magistrate Judge Bruce E. Reinhart. *Id.* at 5, 7. The Court also referred this matter to Judge Reinhart for the purpose of overseeing and facilitating jurisdictional discovery, including making any necessary rulings. *Id.* at 6-7.

In the instant Motion, Moving Defendants seek clarification as to whether the Court's Order permits them to serve jurisdictional discovery on Plaintiffs. Moving Defendants read the Order as authorizing—or at a minimum not foreclosing—reciprocal discovery. The Court grants the instant Motion to the extent that the Court clarifies that its Order at docket entry 2185 did not authorize reciprocal discovery. At the time that the Court entered its Order, there was no request before the Court for Moving Defendants to serve jurisdictional discovery on Plaintiffs, and the Court's Order did not address reciprocal discovery.

Moving Defendants alternatively seek leave to serve jurisdictional discovery on Plaintiffs. The Court reserves ruling on that request and refers that portion of the Motion to Judge Reinhart. To the extent that Judge Reinhart grants Moving Defendants leave to serve jurisdictional discovery on Plaintiffs, the Court also refers this matter to Judge Reinhart for the purpose of overseeing and facilitating such jurisdictional discovery, including making any necessary rulings.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that:

1. Foreign Defendants' Expedited Motion for Clarification of the Court's October 30, 2020 Order or, in the Alternative, for Leave to Serve Jurisdictional Discovery [DE 2278] is **GRANTED IN PART AND RESERVED IN PART**.

2. The Court clarifies its October 30, 2020 Order [DE 2185] as explained above.

3.      The Court **REFERS** to Judge Reinhart Moving Defendants' request to serve jurisdictional discovery on Plaintiffs. To the extent that Judge Reinhart grants that request, the Court also **REFERS** this matter to Judge Reinhart for the purpose of overseeing and facilitating such jurisdictional discovery, including making any necessary rulings.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 17th day of November, 2020.

                                                                        ROBIN L. ROSENBERG
Copies furnished to: Counsel of Record            UNITED STATES DISTRICT JUDGE