UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)  MDL NO. 2924
PRODUCTS LIABILITY  20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**ORDER REGARDING
DECEMBER 14 AND 15, 2020 HEARINGS ON MOTIONS TO DISMISS**

At docket entries 2262 and 2316, the Court informed the parties that it would hold hearings on motions to dismiss on December 14 and 15, 2020. The Court now apprises the parties that the hearings each day will begin at 10:00 a.m. EST. The Court has set aside both days for the hearings. All counsel arguing the motions should be available beginning at 10:00 a.m. EST on the day that his or her motion is heard. Prior to the hearing dates, the Court will endeavor to inform counsel of the order in which the motions will be heard.

The hearings will be conducted by Zoom teleconference. No counsel is permitted to appear in person. Any plaintiffs' counsel seeking to attend shall contact plaintiffs' liaison Frank Maderal. Any defense counsel seeking to attend shall contact defense liaison Joanne O'Connor. If a defense counsel has not yet made an appearance and does not want to identify his or her client or potential client to liaison counsel, he or she may instead contact Special Master Jamie Dodge. If an individual is not affiliated with any party to the litigation, he or she may email Chambers at zantac_mdl@flsd.uscourts.gov by noon on December 9, 2020, to request the instructions to join the hearings. In advance of the hearings, liaison counsel and the Special Master will provide the log-in credentials and instructions to all attendees. Only those who have been given advance notice of their desire to attend will be admitted to the hearings absent special circumstances.

The Court will hear arguments on the motions at the following docket entries on December 14: 1585, 1588, 1630, and 2037.  Among the issues counsel should be prepared to address on December 14 are: general personal jurisdiction (as discussed in the briefing for the motion at docket entry 1585), Article III standing, the juridical link doctrine, and economic injury.

The Court will hear arguments on the motions at the following docket entries on December 15: 1580, 1582, 1583, and 1584.  Among the issues counsel should be prepared to address on December 15 are: misbranding, expiration dates, storage and transportation conditions, failure to warn the FDA, general negligence, the Magnuson-Moss Warranty Act, and the Drug Supply Chain Security Act.

The Court anticipates allotting approximately fifteen (15) minutes for each side to make a presentation to the Court on the motion being argued.  Following the presentation, the Court will direct questions to counsel.  The length of each hearing may vary depending on the extent of the Court's questioning.

Arguments from the parties and questions from the Court will be confined to issues addressed in the motion briefing.  *See APA Excelsior III L.P. v. Premiere Techs., Inc.*, 476 F.3d 1261, 1269 (11th Cir. 2007) (refusing to consider claims not raised in a party's briefing and made for the first time at oral argument).

The Court has a strong commitment to supporting the development of our next generation of lawyers. The Court is therefore supportive of parties and senior attorneys allowing less-experienced practitioners the opportunity to argue before the Court.  A lesser-experienced practitioner arguing will not preclude a more senior attorney arguing on the same issue.  In addition, the Court will allow for a limited amount of additional time for presentation on the motion

being argued if a member of the Leadership Development Committee or other lesser-experienced practitioner participates in the presentation on the motion.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 4th day of December, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE