December 10, 2020

Daniel LaPlante
P.O. Box 43
Norfolk, MA 02056

Re: Zantec Settlement

Office of the Clerk of Court
Paul G. Rogers Federal Building & Courthouse
701 Clematis Street
West Palm Beach, FL 33401

Dear Sir:

I am writing this letter in order to obtain information.

My first question is, has there been a settlement in the Zantec medication litigation? If there has been, is there a claim process and related forms.

Please send me whatever information you can.

Thank you for your time in this matter.

Sincerely,

*Daniel LaPlante*

Daniel LaPlante
P.O. Box 43
Norfolk, MA 02056

BOSTON MA 021
9 DEC 2020 PM 6 L

Office of the Clerk of Court
Federal Building and Courthouse
701 Clematis Street
West Palm Beach, FL 33401

33401-511352