UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                           MDL NO 2924
PRODUCTS LIABILITY                                 20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO:  ALL CASES

**PRETRIAL ORDER # 57**
**Order Regarding Initial Discovery of Distributor Defendants**

Plaintiffs' Co-Leads have met and conferred with the Distributor Defendants against whom suit was brought in this MDL Proceeding (AmerisourceBergen Corporation, Cardinal Health, Inc., and McKesson Corporation) concerning which categories of documents those Defendants could reasonably produce in the near term, taking into account the limitations currently in effect due to COVID-19 restrictions.  Those parties have now informed the Court that they have reached an agreement on the initial scope of discovery and related deadlines ("Core Discovery Agreement").

The Distributor defendants shall provide documents as reflected in the Core Discovery Agreement beginning in seven (7) days to be completed within forty-five (45) days of the date of this Order.  Plaintiffs may serve formal written discovery after February 1, 2021.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 16th day of December, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

1