UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO 2924
PRODUCTS LIABILITY                 20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

**ORDER APPROVING STIPULATION REGARDING
DEFENDANT SANOFI'S INTERIM PRESERVATION OF PRODUCT**

This matter comes before the Court upon the parties' Stipulation Regarding Defendant Sanofi's Interim Preservation of Product, which is attached to this Order. The Court approves the attached Stipulation as consistent with the Preservation Order, Pretrial Order # 28.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 18th day of December, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL No. 2924
PRODUCTS LIABILITY                  20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

## STIPULATION REGARDING DEFENDANT SANOFI'S INTERIM PRESERVATION OF PRODUCT

WHEREAS, Pretrial Order #28 (the "Preservation Order") provided that each defendant with Zantac or ranitidine products in its possession or control will continue to preserve such products until the parties reach agreement regarding further preservation or until the Court orders otherwise;

WHEREAS, the Preservation Order further provided that the parties shall continue to meet and confer regarding the obligations of any defendant to preserve Zantac or ranitidine products in that defendant's possession;

WHEREAS, pursuant to the Preservation Order, counsel for Plaintiffs in this multidistrict litigation and counsel for Defendants Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc. (collectively, "Sanofi") have met and conferred regarding preservation of U.S. ranitidine product maintained by Sanofi, including (i) bulk finished ranitidine product that was never distributed for sale ("bulk product"), (ii) ranitidine product recalled from the U.S. market ("recalled product"); (iii) samples of ranitidine product reserved pursuant to the Code of Federal Regulations ("sample product"); and (iv) ranitidine product tested for the presence of nitrates and/or N-Nitrosodimethylamine ("tested product");

WHEREAS, Sanofi has preserved bulk product totaling approximately 200 lots that contain approximately 240 million finished tablets in a facility in Forest Park, Georgia since December 2019;

WHEREAS, each lot of bulk product has been manufactured according to a validated process to ensure homogeneity of the active pharmaceutical ingredient and consistency of the finished product with drug product with specifications listed in the registered Dossier;

WHEREAS, Sanofi agrees that preserved tablets from each lot of bulk product are a representative sample of the remainder of the lot of bulk product and will not challenge the extrapolation of any test results from preserved tablets within a lot of bulk product to the remainder of that lot of bulk product on the basis that the preserved tablets were manufactured, transported, stored, or otherwise treated differently than the non-preserved tablets;

WHEREAS, Sanofi reserves all other objections to any testing of the bulk product, including, without limitation, to the reliability or relevance of such testing;

WHEREAS, based on these agreements, Plaintiffs agree that they will not claim that Sanofi spoliated, or otherwise criticize Sanofi's lack of preservation of, bulk product by virtue of any destruction consistent with this Stipulation;

WHEREAS, based on these agreements, the parties agree that, as an interim step in preservation, it would be appropriate and acceptable for Sanofi to destroy up to 75% of the tablets in each lot of bulk product and preserve 25% of the tablets in each lot of bulk product in the same manner in which the bulk product is currently maintained, pending further order and/or resolution of the overall preservation for all of the U.S. ranitidine product that Sanofi is maintaining;

WHEREAS, this Stipulation applies only to the bulk product and does not apply to the recalled product, the sample product, or the tested product that Sanofi is maintaining and shall

continue to maintain in the same manner in which the recalled product, the sample product, and the tested product, is currently maintained consistent with the terms of the Preservation Order.

WHEREAS, the parties will continue to meet and confer regarding the appropriate and acceptable preservation of the remaining preserved bulk product, the recalled product, the sample product, and the tested product;

IT IS HEREBY STIPULATED AND AGREED that Sanofi may destroy up to 75% of the tablets in each lot stored at the facility in Forest Park, Georgia and preserve 25% of the tablets in each lot in the same manner in which the bulk product is currently maintained, pending further order and/or resolution of the overall preservation for all of the U.S. ranitidine products that Sanofi is maintaining.

Dated: December 11, 2020.

/s/ _____
Anand Agneshwar
**ARNOLD & PORTER**
**KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
anand.agneshwar@arnoldporter.com

Daniel S. Pariser
Paige H. Sharpe
601 Massachusetts Avenue, NW
Washington, DC  20001
Tel: (202) 942-5000
Fax: (202) 942-5999
daniel.pariser@arnoldporter.com
paige.sharpe@arnoldporter.com

Loren Brown
Christopher Strongosky
**DLA PIPER LLP**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104

Tel: (212) 335-4500
Fax: (212) 884-8543
loren.brown@us.dlapiper.com
christopher.strongosky@dlapiper.com

Matthew A. Holian
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: (617) 406-6009
Fax: (617) 406-6109
matt.holian@us.dlapiper.com

*Attorneys for Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc.*

*/s/*_____
Daniel A Nigh
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7013
Fax: (850) 436-6013
dnigh@levinlaw.com

*/s/*_____
Rosemarie Riddell Bogdan
**MARTIN, HARDING & MAZZOTTI LLP**
PO Box 15141
Albany, NY 12212-5141
Tel:  (518) 724-2207
Rosemarie.bogdan@1800law1010.com

*Attorney for Plaintiffs*

4