UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)          MDL NO 2924
PRODUCTS LIABILITY          20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO:  ALL CASES

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL
AUTHORITY ON PREEMPTION**

Plaintiffs submit as supplemental authority the attached order from the Valsartan MDL in the District of New Jersey. *See In re: Valsartan, Losartan, & Irbesartan Products Liability Litigation*, No. 19-MD-02875-RBK, 2020 WL ____ (D.N.J. Dec. 18, 2020) (attached as Exhibit A).

The attached order is relevant to the issues raised in three of the motions to dismiss on preemption that were recently argued before this Court on December 15. *See* Generic and Repackager Preemption Motion [DE 1582]; Distributor Preemption Motion [DE 1583]; Retailer and Pharmacy Preemption Motion [DE 1584]. As relevant here, the Generic and Repackager Defendants argued for implied preemption under *Buckman Co. v. Plaintiffs' Legal Committee*, 531 U.S. 341 (2001). *See* DE 1582 at 19, 29, 30. And both the Retailer and Pharmacy Defendants and the Distributor Defendants argued for express preemption under the Drug Supply Chain Security Act, 21 U.S.C. §§ 360eee to 360eee-4. *See* DE 1583 at 8–10; DE 1584 at 15–18.

On *Buckman* preemption, Plaintiffs countered that each claim survived because none are "'solely' based on a violation of federal law" and because "unlike *Buckman* . . . the details of the federal requirement make no difference to this state claim." Generic Opposition [DE 1978] at 25–

1

30. On the Drug Supply Chain Security Act, Plaintiffs argued each claim survived because the preemption clause applies only to "tracing" and "Defendants may well have traced ranitidine perfectly" but "Plaintiffs do not plead a failure-to-trace allegation because it has no bearing on any of their claims." Retailer, Pharmacy, and Distributor Opposition [DE 1977] at 14–17.

In *Valsartan*, the Honorable Robert B. Kugler, ruling on similar issues in a large, pharmaceutical drug MDL, agreed with Plaintiffs on both issues. *See* Ex. A. On *Buckman* preemption, Judge Kugler canvassed relevant case law and concluded that "Plaintiffs' claims depend on traditional tort and contract law sources and not on a 'fraud-on-the-FDA' claim," and so "it follows from a full and accurate interpretation of *Wyeth* and *Buckman* taken together that federal law does not preempt such state law and common law claims." Ex. A at 12.

On the Drug Supply Chain Security Act, Judge Kugler considered Defendants' arguments that the plaintiffs' claims "impose tracking requirements" which should be preempted "because the DSCSAs preemption clause plainly bars state requirements that are more stringent than, or in addition to, those imposed by the Act." Ex. A at 14. However, he rejected that argument because "[a]lthough the preemption clause seeks to eliminate inconsistent State regulations related to tracing of pharmaceuticals, Congress did not enact the DSCSA in an effort to displace all state law regarding defective pharmaceutical drugs." *Id.* Judge Kugler found the "plain wording" limiting preemption to "product tracing" to be "decisive—it again reinforces the notion that the Act is only meant to displace state law regarding product tracing." *Id.* He further found that "plaintiffs' claims do not arise out of any defective tracing," ultimately holding that the Act "preempts none of plaintiffs' claims." *Id.* at 15.

Dated: December 18, 2020                                    Respectfully submitted,

<u>/s/ Tracy A. Finken</u>                                          By: <u>/s/ Robert C. Gilbert</u>
Tracy A. Finken                                                  Robert C. Gilbert, FBN 561861
Email: tfinken@anapolweiss.com                                   Email: gilbert@kolawyers.com
ANAPOL WEISS                                                     KOPELOWITZ OSTROW FERGUSON
One Logan Square                                                 WEISELBERG GILBERT
130 North 18th Street, Suite 1600                                2800 Ponce de Leon Boulevard, Suite 1100
Philadelphia, PA 19103                                           Coral Gables, FL 33134
Tel: (215) 735-1130                                              Tel: (305) 384-7270

<u>/s/ Michael L. McGlamry</u>                                       <u>/s/ Adam Pulaski</u>
Michael L. McGlamry                                              Adam Pulaski
Email: efile@pmkm.com                                            Email: adam@pulaskilawfirm.com
POPE McGLAMRY, P.C.                                              PULASKI KHERKHER, PLLC
3391 Peachtree Road NE, Suite 300                                2925 Richmond Avenue, Suite 1725
Atlanta, GA 30326                                                Houston, TX 77098
Tel: (404) 523-7706                                              Tel: (713) 664-4555

*Plaintiffs' Co-Lead Counsel*

Rosemarie R. Bogdan                                              Mark J. Dearman, FBN 0982407
Email: Rosemarie.bogdan@1800law1010.com                          Email: mdearman@rgrdlaw.com
MARTIN, HARDING & MAZZOTTI                                       ROBBINS GELLER RUDMAN & DOWD
1222 Troy-Schenectady Road                                       120 East Palmetto Park Road, Suite 500
Niskayuna, NY 12309                                              Boca Raton, FL 33432
Tel: (518) 862-1200                                              Tel: (561) 750-3000

Elizabeth A. Fegan                                               Marlene J. Goldenberg
Email: beth@feganscott.com                                       Email: mjgoldenberg@goldenberglaw.com
FEGAN SCOTT, LLC                                                 GOLDENBERG LAW, PLLC
1456 Sycamore Rd.                                                800 LaSalle Avenue, Suite 2150
Yorkville, IL 60560                                              Minneapolis, MN 55402
Tel: (312) 741-1019                                              Tel: (855) 333-4662

Ashley Keller                                                    Frederick S. Longer
Email: ack@kellerlenkner.com                                     Email: flonger@lfsblaw.com
KELLER | LENKNER                                                 LEVIN SEDRAN & BERMAN
150 N. Riverside Plaza, Suite 4270                               510 Walnut Street, Suite 500
Chicago, IL 60606                                                Philadelphia, PA 19106
Tel: (312) 741-5222                                              Tel: (215) 592-1500

Roopal P. Luhana
Email:  luhana@chaffinluhana.com
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY  10016
Tel: (888) 480-1123

Francisco R. Maderal, FBN 0041481
Email: frank@colson.com
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Tel: (305) 476-7400

Ricardo M. Martinez-Cid, FBN 383988
Email: RMartinez-Cid@Podhurst.com
PODHURST ORSECK, P.A.
SunTrust International Center
One S.E. 3rd Avenue, Suite 3200
Miami, FL 33130
Tel: (305) 358-2800

Lauren S. Miller
Email: lmiller@corywatson.com
CORY WATSON, P.C.
2131 Magnolia Ave S
Birmingham, AL 35205
Tel: (205) 271-7168

Melanie H. Muhlstock
Email: mmuhlstock@yourlawyer.com
PARKER WAICHMAN LLP
9 Evelyn Road
Port Washington, NY 11050
Tel: (516) 723-4629

Daniel A. Nigh, FBN 30905
Email: dnigh@levinlaw.com
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL  32502
Tel: (888) 435-7001

Carmen S. Scott
Email: cscott@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9160

Mikal C. Watts
Email: mcwatts@wattsguerra.com
WATTS GUERRA LLP
4 Dominion Drive
Building 3, Suite 100
San Antonio, TX  78257
Tel: (800) 294-0055

Sarah N. Westcot, FBN 1018272
Email: swestcot@bursor.com
BURSOR & FISHER, P.A.
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
Tel: (305) 330-5512

Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, LA  70130
Tel: (504) 524-5777

Frank Woodson
Email: Frank.Woodson@BeasleyAllen.com
BEASLEY ALLEN LAW FIRM
234 Commerce St
Montgomery, AL 36103
Tel: (334) 269-2343

*Plaintiffs' Steering Committee*
*Plaintiffs' Law and Briefing Committee Co-Chairs*
*Plaintiffs' Liaison Counsel*

Paige Boldt
Email: pboldt@wattsguerra.com
WATTS GUERRA LLP
1815 Windsong Circle
Keller, TX 76248
Tel: (210) 447-1534

Je Yon Jung
Email: JJung@maylightfootlaw.com
MAY LIGHTFOOT PLLC
3200 Martin Luther King Jr. Avenue,
S.E., 3rd Floor,
Washington DC 20032
Tel: (202) 918-1824

Adam W. Krause
Email: adam@krauseandkinsman.com
KRAUSE AND KINSMAN, LLC
4717 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 760-2700

Nicola Larmond-Harvey, FBN 0105312
Email: nicola@saunderslawyers.com
SAUNDERS & WALKER, P.A.
3491 Gandy Boulevard North, Suite 200
Pinellas Park, FL 33781
Tel: (727) 579-4500

Bradford B. Lear
Email: Lear@learwerts.com
LEAR WERTS LLP
103 Ripley Street
Columbia, MO 65203
Tel: (573) 875-1992

*Plaintiffs' Leadership Development Committee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on counsel of record via email.

*/s/ Robert C. Gilbert*
Robert C. Gilbert