UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |

_____/

THIS DOCUMENT RELATES TO:  ALL CASES

### AGREED ORDER GRANTING CORRECTED UNOPPOSED MOTION TO DROP WINN DIXIE STORES, INC. FROM CONSOLIDATED CONSUMER CLASS ACTION COMPLAINT

**THIS CAUSE** came before the Court on Plaintiffs' Co-Lead Counsel's Corrected Unopposed Motion to Drop Winn Dixie Stores, Inc. from the Consolidated Consumer Class Action Complaint [DE # 2429], without prejudice, pursuant to Pretrial Order # 40 [DE # 1498] and the Federal Rule of Civil Procedure 21.  Having reviewed the Unopposed Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that the Corrected Unopposed Motion is **GRANTED**.  Defendant Winn Dixie Stores, Inc. is dropped, without prejudice, from the Consolidated Consumer Class Action Complaint [DE # 889] at ¶ 413.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 21st day of December, 2020.

_____
**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**