**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)             MDL NO 2924
PRODUCTS LIABILITY                 20-MD-2924
LITIGATION

                                                    **JUDGE ROBIN L ROSENBERG**
                                    **MAGISTRATE JUDGE BRUCE REINHART**

_____/

**THIS DOCUMENT RELATES TO:  ALL CASES**

**AGREED ORDER GRANTING UNOPPOSED MOTION TO**
**DROP ANDA REPOSITORY, LLC FROM MASTER COMPLAINTS**

**THIS CAUSE** came before the Court on Plaintiffs' Co-Lead Counsel's Unopposed Motion to drop ANDA Repository, LLC from Master Complaints [DE # 2440], without prejudice, pursuant to Pretrial Order # 40 [DE # 1498] and Federal Rule of Civil Procedure 21.[1]  Having reviewed the Unopposed Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that the Unopposed Motion is **GRANTED**.  Defendant ANDA Repository, LLC is dropped, without prejudice, from the following Master Complaints:

        a.      Master Personal Injury Complaint [DE # 887] at ¶ 53.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 21st day of December, 2020.

_____
**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**

---

[1] "Master Complaints" refers collectively to the Master Personal Injury Complaint [DE # 887], Consolidated Consumer Class Action Complaint [DE # 889], and Third-Party Payor Class Complaint [DE # 888].  Pursuant to Pretrial Order # 40, the specific paragraph number in the corresponding Master Complaint affected by the modification are identified herein.