## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924 |
| | MDL Case No.: 9:20-cv-81891 |
| THIS DOCUMENT RELATES TO | JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |
| <u>STEVEN CRAM</u>                          / | |

## MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby moves the court for an order dismissing the above-captioned case without prejudice. Plaintiff's counsel submitted the proposed dismissal to counsel for defendants on December 8, 2020, and has received no objection.

Date:  12/31/2020

Respectfully submitted,

**DUTTON, DANIELS, HINES, KALKHOFF, COOK & SWANSON, PLC**

/S/ *James H. Cook*
James H. Cook, AT0001622
3151 Brockway Rd.
P.O. Box 810
Waterloo, IA 50704
(319) 234-4471
jcook@duttonfirm.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that, on December 31, 2020, service of this document was effected pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

**DUTTON, DANIELS, HINES, KALKHOFF,
COOK & SWANSON, PLC**

/S/ *James H. Cook*
James H. Cook, AT0001622
3151 Brockway Rd.
P.O. Box 810
Waterloo, IA 50704
(319) 234-4471
jcook@duttonfirm.com
Counsel for Plaintiff