## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                                      MDL NO. 2914
PRODUCTS LIABILITY                                             20-MD-2924
LITIGATION

                                    JUDGE ROBIN L. ROSENBERG
                        MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO: Case 9:20-cv-81406-RLR; ARTHUR LYNN ROY,
Individually and as Lawful Heir to the Estate of ARTHUR LOUIS ROY, Deceased.**

### NOTICE OF VOLUNTARY DISMISSAL *WITHOUT* PREJUDICE

Pursuant to Pretrial Order # 39, Plaintiff ARTHUR LYNN ROY (Individually and as
Lawful Heir to the Estate of ARTHUR LOUIS ROY), who instituted the above-captioned action,
a member case in *In Re Zantac Liability Litigation,* MDL. No. 2924 (S.D. Fla.), hereby provides
notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that the case is **DISMISSED
*WITHOUT* PREJUDICE.**

By filing this notice, undersigned counsel certifies that no answer of motion for summary
judgment has previously been served in response to the Short-Form Complaint or Individual
Long-Form Complaint to which this notice applies.

Dated:  January 19, 2021

                        Respectfully submitted,
                        LAW OFFICE OF MICHAEL P. O'CONNOR

                        */s/ Michael P. O'Connor*
                        _____

                        Michael P. O'Connor, Esq.
                        TX State Bar No. 15187425
                        500 Westover Drive, No. 10768
                        Sanford, NC 27330
                        moconnor@michaeloconnorlaw.com
                        Tel. (800) 975-8130
                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that, on January 19, 2021, service of this document was effected pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

/s/ Michael P. O'Connor

Michael P. O'Connor, Esq.
TX State Bar No. 15187425
500 Westover Drive, No. 10768
Sanford, NC 27330
moconnor@michaeloconnorlaw.com
Tel. (800) 975-8130
*Attorney for Plaintiff*