UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |

_____/

**THIS DOCUMENT RELATES TO:**
___ARTHUR CARTEE_____
CASE NO. 9:20-CV-80555__

| | |
|---|---|
| Arthur Cartee, Plaintiff<br><br>       v.<br><br>Boehringer Ingelheim Pharmaceuticals, Inc.,<br>GlaxoSmithKline LLC;<br>Pfizer, Inc., Defendants | **Notice of Appeal** |

     Notice is hereby given that Arthur Cartee, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from D.E. 2516, an Order granting Defendants' Motions to Dismiss Plaintiffs' Innovator-Liability Claims, entered in this action on the 31st day of December, 2020.

     This Order was made final with respect to Plaintiff Arthur Cartee on the 27th day of January, 2021, when Plaintiff amended his Short Form Complaint to eliminate all claims for which repleading was permitted by the Court's Orders.

DATED: January 27, 2021.

                                                    Respectfully submitted,

                                                    */s/Ashley Keller*
                                                    Ashley Keller
                                                    KELLER LENKNER LLC
                                                    150 N. Riverside Plaza, Suite 4270
                                                    Chicago, IL  60606
                                                    Tel: (312) 741-5220

                                                    *Counsel for Plaintiff–Appellant*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

                                                      */s/Ashley Keller*
                                                      Ashley Keller