UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                  MDL NO 2924
PRODUCTS LIABILITY                         20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

**THIS DOCUMENT RELATES TO:**
RICHARD SPRAGUE, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF BRENDA SPRAGUE, DECEASED
CASE NO. 9:20-cv-80613

Richard Sprague, individually and
as representative of the estate of
Brenda Sprague, Plaintiff

       v.

Sanofi S.A.,
Sanofi US Services, Inc.,
Sanofi-Aventis U.S. LLC,
Boehringer Ingelheim Pharmaceuticals, Inc.,
Boehringer Ingelheim International GMBH,       **Notice of Appeal**
Boehringer Ingelheim Corporation,
Boehringer Ingelheim USA Corporation,
Glaxosmithkline LLC,
Glaxosmithkline (America) Inc.,
Glaxosmithkline PLC,
Apotex, Inc.,
Apotex Corp.,
Dr. Reddy's Laboratories, Inc.,
Dr. Reddy's Laboratories, Ltd.,
Dr. Reddy's Laboratories, SA
Walgreen Co.,

       Notice is hereby given that Richard Sprague, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from D.E. 2532, 2512, and 2513, Orders granting Defendants' Motions to Dismiss on preemption grounds, the last of which was entered in this action on the 8th day of January, 2021.

1

     These Orders were made final with respect to Plaintiff Richard Sprague on the 27th day of January, 2021, when Plaintiff amended his Short Form Complaint to eliminate all claims for which repleading was permitted by the Court's Orders.

DATED: January 27, 2021.             Respectfully submitted,

                                               */s/Ashley Keller*
                                               Ashley Keller
                                               KELLER LENKNER LLC
                                               150 N. Riverside Plaza, Suite 4270
                                               Chicago, IL  60606
                                               Tel: (312) 741-5220

                                               *Counsel for Plaintiff–Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

*/s/Ashley Keller*
Ashley Keller