UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL NO 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO:
MARILYN WILLIAMS
CASE NO. 9:20-CV-80512

Marilyn Williams, Plaintiff

v.

Boehringer Ingelheim Pharmaceuticals, Inc.,
Boehringer Ingelheim USA Corporation,
Walgreens Boot Alliance, Inc., Defendants

**Notice of Appeal**

    Notice is hereby given that Marilyn Williams, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from D.E. 2532, 2512, and 2513, Orders granting Defendants' Motions to Dismiss on preemption grounds, the last of which was entered in this action on the 8th day of January, 2021.

    These Orders were made final with respect to Plaintiff Marilyn Williams on the 27th day of January, 2021, when Plaintiff amended her Short Form Complaint to eliminate all claims for which repleading was permitted by the Court's Orders.

DATED: January 27, 2021.

Respectfully submitted,

*/s/Ashley Keller*
Ashley Keller
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL  60606
Tel: (312) 741-5220

*Counsel for Plaintiff–Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

>           */s/Ashley Keller*
>           Ashley Keller