UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO 2924
PRODUCTS LIABILITY                  20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

Plumbers & Pipefitters Local
Union 630 Welfare Fund,
Plaintiff

       v.

GlaxoSmithKline LLC
GlaxoSmithKline (America) Inc.
GlaxoSmithKline plc
Boehringer Ingelheim Pharmaceuticals, Inc.
Boehringer Ingelheim Corporation            **Notice of Appeal**
Boehringer Ingelheim USA Corporation
Boehringer Ingelheim International GmbH
Boehringer Ingelheim Promeco, S.A. de C.V.
Boehringer Ingelheim Pharmaceuticals, Inc.
Pfizer Inc.
Sanofi-Aventis U.S. LLC
Sanofi US Services Inc.
Sanofi S.A.
Ajanta Pharma USA Inc.
Ajanta Pharma Ltd.
Amneal Pharmaceuticals LLC
Amneal Pharmaceuticals of New York, LLC
Apotex Corporation
Apotex Inc.
Auro Health LLC
Aurobindo Pharma USA, Inc.
Aurobindo Pharma, Ltd.
Contract Pharmacal Corp.
Dr. Reddy's Laboratories Inc.
Dr. Reddy's Laboratories, Ltd.
Geri-Care Pharmaceuticals, Corp.
Geri-Care Pharmaceuticals, Corp.
Glenmark Pharmaceuticals, Inc., USA
Glenmark Pharmaceuticals Ltd.

1

> Heritage Pharmaceuticals, Inc.
> Lannett Co., Inc.
> Mylan Pharmaceuticals, Inc.
> Mylan Institutional LLC
> Mylan, Inc.
> Mylan Laboratories Ltd.
> Nostrum Laboratories Inc.
> PAI Holdings, LLC
> Par Pharmaceutical Inc.
> Sandoz Inc.
> Strides Pharma, Inc.
> Ranbaxy Inc.
> Sun Pharmaceutical Industries, Inc.
> Sun Pharmaceutical Industries Ltd.
> Actavis Mid Atlantic LLC
> Teva Pharmaceuticals U.S.A., Inc.
> Watson Laboratories, Inc.
> Torrent Pharma Inc.
> Wockhardt USA LLC
> Wockhardt, Ltd.
> Zydus Pharmaceuticals (USA) Inc., Defendants

Notice is hereby given that Plumbers & Pipefitters Local Union 630 Welfare Fund, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from D.E. 2532, 2512, 2513, and 2516, orders granting Defendants' motions to dismiss on preemption and standing grounds. D.E. 2532 was entered in this action on the 8th day of January, 2021. The remaining orders were entered on December 31, 2020.

The above orders dismissed the Consolidated Third-Party Payor Class Complaint [D.E. 888], giving leave to replead some claims, but dismissing others with prejudice. In view of the narrow path permitted for repleading, no Third-Party Payor Plaintiff has elected to replead. Plaintiff Plumbers & Pipefitters Local Union 630 Welfare Fund instead elects to appeal. *See Van Poyck v. Singletary*, 11 F.3d 146, 148 (11th Cir. 1994) ("However, the plaintiff need not wait until the time for amendment expires; he can waive the right to later amend, treat the dismissal as final, and file a notice of appeal before the expiration of the amendment period.").

| | |
|---|---|
| DATED: January 28, 2021. | Respectfully submitted, |
| | */s/Ashley Keller* |
| Mark J. Dearman, FBN 0982407 | Ashley Keller |
| Email: mdearman@rgrdlaw.com | KELLER LENKNER LLC |
| ROBBINS GELLER RUDMAN & DOWD LLP | 150 N. Riverside Plaza, Suite 4270 |
| 120 East Palmetto Park Road, Suite 500 | Chicago, IL 60606 |
| Boca Raton, FL 33432 | Tel: (312) 741-5220 |
| Tel: (561) 750-3000 | |
| | *Counsel for Plaintiff–Appellant* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

                                                           */s/Ashley Keller*
                                                          Ashley Keller