**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE:  ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924 |

**JUDGE ROBIN L ROSENBERG**
**MAGISTRATE JUDGE BRUCE REINHART**

_____/

THIS DOCUMENT RELATES TO:

Gloria Wilson                                                                          Case No. 9:20-cv-81974

_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE**

NOW COMES PLAINTIFF, GLORIA WILSON, by and through her counsel OLIVER LAW GROUP PC, and moves this Honorable Court for an order extending time for service of process on Defendants Patheon Manufacturing Services LLC and Pfizer Inc. pursuant to Fed. R. Civ. Pro 4(m) and as more fully set forth in the accompanying brief.

WHEREFORE, PLAINTIFF prays that this Honorable Court enter the proposed order submitted simultaneously with this Motion and Brief.

|  | Respectfully Submitted, |
|---|---|
| Date: February 12, 2021 | _/s/Alyson Oliver_<br>Alyson Oliver<br>Attorney for Plaintiff |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  ZANTAC (RANITIDINE)　　　　　　　　MDL NO 2924
PRODUCTS LIABILITY　　　　　　　　　　　　20-MD-2924
LITIGATION

　　　　　　　　　　　　　　　　　　　　　　JUDGE ROBIN L ROSENBERG
　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE BRUCE REINHART
_____/

THIS DOCUMENT RELATES TO:

Gloria Wilson　　　　　　　　　　　　　　　　Case No. 9:20-cv-81974

_____/

## PLAINTIFF'S BRIEF IN SUPPORT OF MOTION
## FOR EXTENSION OF TIME FOR SERVICE

　　Summons were issued for Defendants Patheon Manufacturing Services LLC and Pfizer Inc. on October 29, 2020. While all other Defendants received timely service of process pursuant to PTO 13, service to Defendants Patheon Manufacturing Services LLC and AmerisourceBergen Corporation was not made in accordance with PTO 13. Although service was initiated on November 7 and 10, 2020 in a timely manner as reflected in **Exhibit A**, the USPS tracking service has no return and essentially it appears that the service was lost in transit. Given historical mailing errors/delays during the COVID pandemic, Plaintiff requests extension of time for service for good cause shown.

　　Fed. R. Civ. Pro 4(m) provides that where a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Under 1993 amendments to Federal Rules of Civil Procedure, courts have been accorded discretion to enlarge 120-day period for service of process under Fed. R. Civ. P. 4(m) even if there is not good cause shown; thus, rules convey clear message that complaints are not to be dismissed if served within 120 days or within such additional time as court may allow. *Horenkamp v. Van Winkle & Co.*, 402 F.3d 1129, 18 Fla. L. Weekly Fed. C 307, 60 Fed. R. Serv. 3d (Callaghan) 1260, 2005 U.S. App. LEXIS 4137 (11th Cir. 2005). When considering plaintiff's failure to timely effect service, district court must first inquire whether plaintiff has established good cause for failing to effect timely service, and if good cause is shown, court must extend time for service for appropriate period; however, if good cause does not exist, court may, in its discretion, either dismiss action without prejudice or direct that service be effected within specified time. *Panaras v Liquid Carbonic Indus. Corp.* (1996, CA7 Ill) 94 F3d 338, 71 BNA FEP Cas 1313, 68 CCH EPD P 44251, 35 FR Serv 3d 1343.

Here, Plaintiff has diligently pursued this action and effectuated service on all Defendants other than the two at issue here. Service was timely effectuated, but apparently lost in the USPS system. Plaintiff has already resent the service of process as soon as the error was realized. Allowing additional time to effectuate service will not prejudice any party and will allow this case to proceed in one proceeding as to all Defendants as opposed to piecemeal litigation and same is in the best interest of justice, the parties, and judicial economy.

WHEREFORE, PLAINTIFF prays that this Honorable Court enter the proposed order submitted simultaneously with this Motion and Brief.

Respectfully Submitted,

Date: February 12, 2021

*/s/Alyson Oliver*
Alyson Oliver
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2021 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

>OLIVER LAW GROUP, P.C.
>
>By:  _s/ Alyson Oliver_
>Alyson Oliver, MI State Bar # P55020
>notifications@oliverlawgroup.com
>1647 W. Big Beaver Rd.
>Troy, MI 48084
>T: (248) 327-6556

# Exhibit A



ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70190700000191733350

The delivery status of your item has not been updated as of November 7, 2020, 1:10 am. We apologize that it may arrive later than expected.

## Alert

November 7, 2020 at 1:10 am
Awaiting Delivery Scan

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Feedback



ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70190700000191733305

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit

November 10, 2020
In Transit to Next Facility

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.