# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924 |

**JUDGE ROBIN L ROSENBERG**
**MAGISTRATE JUDGE BRUCE REINHART**

_____/

THIS DOCUMENT RELATES TO:

Gloria Wilson                                                                 Case No. 9:20-cv-81974

_____/

## (proposed) ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE

This matter having come before the Court on Plaintiff's Motion and the Court being fully advised thereon;

IT IS HEREBY ORDERED that Plaintiff shall have an additional 60 days from the date of this Order to effectuate service as to Defendants Patheon Manufacturing Services LLC and AmerisourceBergen Corporation.

Date:                                                                 /s/
                                                                      Hon.