# EXHIBIT A

Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
**MOORE LAW GROUP, PLLC**
1473 South 4th Street
Louisville, KY 40208
Tel: (502) 717-4080
Fax: (502) 717-4086

R. Brent Wisner (SBN: 276023)
rbwisner@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Tel: (310) 207-3233
Fax: (310) 820-7444

*Attorneys for Plaintiffs and Petitioners*

RECEIVED
Judicial Council of California
NOV 0 6 2020
Ingrid Lewcent (Chair)
Coordination Attorney

JCCP 5150

## JUDICIAL COUNCIL OF CALIFORNIA
## CHAIR OF THE JUDICIAL COUNCIL

THIS DOCUMENT RELATES TO:

*Cook, et al. v. Safeway, Inc., et al.*, San Francisco County Superior Court, Case No. CGC-20-586605

*Rasmussen, et al. v. Safeway, Inc., et al.*, Lake County Superior Court, Case No. CV421204

*Andalis, et al. v. Safeway, Inc., et al.*, Alameda County Superior Court, Case No. RG20073766

*Bonvino, et al. v. Safeway, Inc., et al.*, Alameda County Superior Court, Case No. RG20073321

*Bryant, et al. v. Safeway, Inc., et al.*, Alameda County Superior Court, Case No. RG20073622

*Chung, et al. v. Safeway, Inc., et al.*, Alameda County Superior Court, Case No. RG20073289

*Duckworth, et al. v. Safeway, Inc., et al.*, Alameda County Superior Court, Case No. RG20073735

*Eggers, et al. v. Safeway, Inc., et al.*, Alameda County Superior Court, Case No. RG20073452

**PETITION FOR COORDINATION**

[*Filed Concurrently with Memorandum of Points and Authorities; Declaration of Jennifer A. Moore; and Proposed Order for Coordination*]

---

1
PETITION FOR COORDINATION

*Garcia, et al. v. Safeway, Inc., et al.,* Alameda County Superior Court, Case No. RG20073715

*Henderson, et al. v. Safeway, Inc., et al.,* Alameda County Superior Court, Case No. RG20073314

*Ingram, et al. v. Safeway, Inc., et al.,* Alameda County Superior Court, Case No. RG20073373

*Kinney, et al. v. Safeway, Inc., et al.,* Alameda County Superior Court, Case No. RG20073641

*Lee, et al. v. Safeway, Inc., et al.,* Alameda County Superior Court, Case No. RG20073389

*Lupo, et al. v. Safeway, Inc., et al.,* Alameda County Superior Court, Case No. RG20073574

*Manown, et al. v. Safeway, Inc., et al.,* Alameda County Superior Court, Case No. RG20073564

*Merz, et al. v. Safeway, Inc., et al.,* Alameda County Superior Court, Case No. RG20073455

*Pruitt, et al. v. Safeway, Inc., et al.,* Alameda County Superior Court, Case No. RG20073727

*Saldivar, et al. v. Safeway, Inc., et al.,* Alameda County Superior Court, Case No. RG20073240

*Sanchez, et al. v. Safeway, Inc., et al.,* Alameda County Superior Court, Case No. RG20073262

*Thomas, et al. v. Safeway, Inc., et al.,* Alameda County Superior Court, Case No. RG20073759

**TO THE HONORABLE TANI G. CANTIL-SAKAUYE, CHAIRPERSON OF THE CALIFORNIA JUDICIAL COUNCIL, CHIEF JUSTICE OF CALIFORNIA:**

Pursuant to the *California Code of Civil Procedure* Section 404, *et seq.,* and California Rules of Court 3.500, *et seq.,* Plaintiffs and Petitioners, through counsel, Moore Law Group, PLLC and Baum, Hedlund, Aristei & Goldman, P.C., respectfully submit this request to the Chairperson of the Judicial Council for assignment of a judge to determine whether coordination of the actions is appropriate. All of the above-titled actions allege that exposure to the drug Zantac and/or its generic equivalents

("Ranitidine-Containing Drugs") caused the development of cancer in Plaintiffs exposed to the Ranitidine-Containing Drugs.

This Petition references the Memorandum of Points and Authorities in Support Thereof and Declaration of Jennifer A. Moore, Esq. This petition for coordination is based upon the criteria codified in *California Code of Civil Procedure* § 404.1. That is, the Zantac cases sought to be coordinated herein:

> One judge hearing all of the actions for all purposes in a selected site or sites will promote the ends of justice taking into account whether common questions of fact or law are predominating and significant to the litigation; the convenience of parties, witnesses, and counsel; the relative development of the actions and the work product of counsel; the efficient utilization of judicial facilities and manpower; the calendar of the courts; the disadvantages of duplicative and inconsistent rulings, orders or judgments; and, the likelihood of settlement of the actions without further litigation should coordination be denied.

California *Code of Civil Procedure* § 404.1.

All of the cases sought to be coordinated herein involve exposure to brand-name and generic Ranitidine-Containing Drugs sold by a common constellation of Defendants and the consequent physical injuries associated with consumption of and exposure to Ranitidine-Containing Drugs. Such cases are more particularly described in the Memorandum of Points and Authorities and the initially filed Declaration of Jennifer A. Moore.

Petitioners are currently seeking to coordinate 20 actions listed below. Petitioners' counsel is informed and believes that hundreds of additional Zantac injury cases will be filed over the coming months. Petitioners will seek to join these additional cases via Add-On Petitions when appropriate.

Petitioners are seeking to coordinate the 20 cases below:

1) *Cook, et al. v. Safeway, Inc., et al.*, filed in San Francisco County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. CGC20586605. Case status: pending.

2) *Rasmussen, et al. v. Safeway, Inc., et al.,* filed in Lake County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. CV421204. Case status: pending.

3) *Andalis, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. RG20073766. Case status: pending.

4) *Bonvino, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/8/2020, by Moore Law Group, PLLC, 1473 South 4th Street, Louisville, KY 40208, Case No. RG20073321. Case status: pending.

5) *Bryant, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. RG20073622 . Case status: pending.

6) *Chung, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. RG20073289. Case status: pending.

7) *Duckworth, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. RG20073735 . Case status: pending.

8) *Eggers, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. RG20073452 . Case status: pending.

9) *Garcia, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. RG20073715 . Case status: pending.

10) *Henderson, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/8/2020, by Moore Law Group, PLLC, 1473 South 4th Street, Louisville, KY 40208, Case No. RG20073314. Case status: pending.

11) *Ingram, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/8/2020, by Moore Law Group, PLLC, 1473 South 4th Street, Louisville, KY 40208, Case No. RG20073373. Case status: pending.

12) *Kinney, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. RG20073641. Case status: pending.

13) *Lee, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. RG20073389. Case status: pending.

14) *Lupo, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. RG20073574. Case status: pending.

15) *Manown, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. RG20073564. Case status: pending.

16) *Merz, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/8/2020, by Moore Law Group, PLLC, 1473 South 4th Street, Louisville, KY 40208, Case No. RG20073455. Case status: pending.

17) *Pruitt, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. RG20073727. Case status: pending.

18) *Saldivar, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. RG20073240. Case status: pending.

19) *Sanchez, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. RG20073262. Case status: pending.

20) *Thomas, et al. v. Safeway, Inc., et al.,* filed in Alameda County Superior Court on 9/4/2020, by Baum Hedlund Aristei & Goldman, P.C., 10940 Wilshire Blvd, 17th Floor, Los Angeles, California 90024, Case No. RG20073759. Case status: pending.

Petitioners do not request a hearing on this petition for coordination.

Dated: November 5, 2020

Respectfully Submitted,

**MOORE LAW GROUP, PLLC**

By: *Jennifer A. Moore*
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY  40208
Tel:  (502) 717-4080
Fax: (502) 717-4086

R. Brent Wisner (SBN: 276023)
rbwisner@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA  90024
Tel: (310) 207-3233
Fax: (310) 820-7444

*Attorney for Plaintiffs and Petitioners*

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES,

    I am a resident and employed in the County of Los Angeles, State of California, over the age of 18 and not a party to the within action or proceedings; my business address is 10940 Wilshire Blvd., 17th Floor, Los Angeles, California 90024.

    On November 5, 2020, I served the foregoing document(s) described as:

**PETITION FOR COORDINATION**

on the interested parties and/or through their attorneys of record by depositing the original or true copy thereof as designated below, at Los Angeles, California, addressed to the following:

( )  **BY MAIL:** I caused said document(s) to be deposited in the U.S. Postal Service in a sealed envelope with postage fully prepaid at Los Angeles, California, following the ordinary practice at my place of business of collection and processing of mail.

( X )  **BY ELECTRONIC TRANSMISSION:** I caused the foregoing document to be sent via electronic mail to the addressee(s) below.

coordination@jud.ca.gov

( X )  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed November 5, 2020 at Los Angeles, California.

_____
Valeriya Adlivankina