UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |
| _____/ | |

**THIS DOCUMENT RELATES TO:**

*Nathan Gibbons v. GlaxoSmithKline, et al.*          9:21-cv-80236-RLR

---

**DECLARATION OF R. BRENT WISNER IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**

I, R. Brent Wisner, do hereby declare and state:

1. I am an attorney licensed to practice in the State of California and District of Columbia.  I am admitted to practice before this Court *pro hac vice* and pursuant to Pretrial Order # 1.  I am a Shareholder with the law firm of Baum, Hedlund, Aristei & Goldman, P.C., and counsel of record for Plaintiff Nathan Gibbons.  I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to these matters.

2. Attached as Exhibit 1 is a fair and accurate copy of an example of a Notice of Removal issued by the Drug Company Defendants[1] in a lawsuit filed in California state court wherein the Drug Company Defendants were not named.

3. Attached as Exhibit 2 is a fair and accurate copy of the Declaration of Alex Beroukhim, dated February 12, 2021, that was purported to be filed in the ongoing California Judicial Council Coordinated Proceeding, *IN RE RANITIDINE CASES*, JCCP005150 (Sup. Ct. Alameda Cnty.) on behalf of the Drug Company Defendants.

4. Attached as Exhibit 3 is a fair and accurate copy of an Order issued by the Hon.

---

[1] "Drug Company Defendants" collectively refers to Defendants GlaxoSmithKline, LLC, Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim USA Corp., Sanofi US Services Inc., and Sanofi-Aventis U.S. LLC.

1

Susan Illston on November 2, 2020, in various cases removed by the Drug Company Defendants in the Northern District of California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 16th of February, 2021 at Tiburon, California.

/s/ R. Brent Wisner
R. Brent Wisner, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2021, I filed the foregoing **MOTION TO REMAND CASES TO CALIFORNIA STATE COURT** electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

Dated:  February 16, 2021          **BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**

/s/ R. Brent Wisner
R. Brent Wisner, Esq.
rbwisner@baumhedlundlaw.com
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Attorneys for Plaintiff Nathan Gibbons*