UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |
| _____/ | |

THIS DOCUMENT RELATES TO: ALL CASES

**PLAINTIFFS'** *UNOPPOSED* **MOTION TO FILE UNDER SEAL UNREDACTED VERSIONS OF CONSOLIDATED AMENDED CONSUMER ECONOMIC LOSS CLASS ACTION COMPLAINT AND PROPOSED CONSOLIDATED MEDICAL MONITORING CLASS ACTION COMPLAINT**

Plaintiffs respectfully request entry of an Order, pursuant to Southern District of Florida Local Rule 5.4(b), authorizing the filing under seal of unredacted versions of their Consolidated Amended Consumer Economic Loss Class Action Complaint (the "Amended Economic Loss Class Complaint") and their proposed Consolidated Medical Monitoring Class Action Complaint (the "Proposed Medical Monitoring Class Complaint").[1] Plaintiffs will file redacted versions of the Amended Economic Loss Class Complaint and the Proposed Medical Monitoring Class Complaint on the public CM/ECF docket.

This Court's recent Orders contemplated that Plaintiffs will use material provided during discovery to clarify the pleadings in this MDL. *E.g.*, Order Granting Defendants' Motion to Dismiss and/or Strike Master Personal Injury Complaint on Grounds of Impermissible Shotgun Pleading [DE 2515] at 19 ("Through the discovery and Registry process conducted since the MPIC

---

[1] The Amended Economic Loss Class Complaint and Proposed Medical Monitoring Class Complaint will be filed on Monday, February 22, 2021. *See* DE 2720.

was filed in June, the Court understands that the MPIC Plaintiffs know much more about individual MPIC Shotgun Defendants' conduct than they did six months ago."). To provide Defendants and this Court with the specificity required by this Court's recent rulings, Plaintiffs' Amended Economic Loss Class Complaint and Proposed Medical Monitoring Class Complaint discuss and rely upon certain materials produced during discovery, much of which various Defendants have designated as "Highly Confidential" or "Highly Confidential Information–Attorneys' Eyes Only."

The Protective Order entered in this MDL requires that materials designated as Confidential Information or Highly Confidential Information be filed with the Court under seal, in accordance with Local Rules for the Southern District of Florida. *See* DE 780 at 15. Therefore, Plaintiffs respectfully request entry of an Order authorizing the filing of the unredacted versions of the Amended Economic Loss Class Complaint and the Proposed Medical Monitoring Class Complaint under seal.

Pursuant to Southern District of Florida Local Rule 5.4(b)(1), Plaintiffs request that the unredacted versions of the Amended Economic Loss Class Complaint and Proposed Medical Monitoring Class Complaint be sealed until entry of an Order overruling the designation of materials referenced therein as Confidential Information or Highly Confidential Information or the duration of this litigation, whichever occurs first.

Pursuant to Local Rule 7.1, prior to filing this motion, undersigned counsel certify that they conferred with Defendants' Co-Lead Counsel in a good faith effort to resolve by agreement the issues to be raised in the motion, and have been authorized to represent that Defendants do not oppose the relief sought herein.

WHEREFORE, Plaintiffs respectfully request entry of an Order authorizing Plaintiffs to file under seal the unredacted versions of the Amended Economic Loss Class Complaint and

Proposed Medical Monitoring Class Complaint.  A proposed Order is attached.

Dated: February 22, 2021.

                                    Respectfully submitted,

*/s/ Tracy A. Finken*  
Tracy A. Finken  
Email: tfinken@anapolweiss.com  
ANAPOL WEISS  
One Logan Square  
130 North 18th Street, Suite 1600  
Philadelphia, PA  19103  
Tel: (215) 735-1130  

By: */s/ Robert C. Gilbert*  
Robert C. Gilbert, FBN 561861  
Email: gilbert@kolawyers.com  
KOPELOWITZ OSTROW FERGUSON  
WEISELBERG GILBERT  
2800 Ponce de Leon Boulevard, Suite 1100  
Coral Gables, FL  33134  
Tel: (305) 384-7270  

*/s/ Michael L. McGlamry*  
Michael L. McGlamry  
Email: efile@pmkm.com  
POPE McGLAMRY, P.C.  
3391 Peachtree Road NE, Suite 300  
Atlanta, GA 30326  
Tel: (404) 523-7706  

*/s/ Adam Pulaski*  
Adam Pulaski  
Email: adam@pulaskilawfirm.com  
PULASKI KHERKHER, PLLC  
2925 Richmond Avenue, Suite 1725  
Houston, TX 77098  
Tel: (713) 664-4555  

*Plaintiffs' Co-Lead Counsel*

Rosemarie R. Bogdan  
Email:  Rosemarie.bogdan@1800law1010.com  
MARTIN, HARDING & MAZZOTTI  
1222 Troy-Schenectady Road  
Niskayuna, NY  12309  
Tel: (518) 862-1200  

Mark J. Dearman, FBN 0982407  
Email: mdearman@rgrdlaw.com  
ROBBINS GELLER RUDMAN & DOWD  
120 East Palmetto Park Road, Suite 500  
Boca Raton, FL  33432  
Tel: (561) 750-3000  

Elizabeth A. Fegan  
Email: beth@feganscott.com  
FEGAN SCOTT, LLC  
1456 Sycamore Road  
Yorkville, IL  60560  
Tel: (312) 741-1019  

Marlene J. Goldenberg  
Email: mjgoldenberg@goldenberglaw.com  
GOLDENBERG LAW, PLLC  
800 LaSalle Avenue, Suite 2150  
Minneapolis, MN  55402  
Tel: (855) 333-4662

Ashley Keller
Email: ack@kellerlenkner.com
KELLER | LENKNER
150 N. Riverside Plaza, Suite 4270
Chicago, IL  60606
Tel: (312) 741-5222

Roopal P. Luhana
Email:  luhana@chaffinluhana.com
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY  10016
Tel: (888) 480-1123

Ricardo M. Martinez-Cid, FBN 383988
Email: RMartinez-Cid@Podhurst.com
PODHURST ORSECK, P.A.
SunTrust International Center
One S.E. 3rd Avenue, Suite 3200
Miami, FL  33130
Tel: (305) 358-2800

Melanie H. Muhlstock
Email: mmuhlstock@yourlawyer.com
PARKER WAICHMAN LLP
9 Evelyn Road
Port Washington, NY  11050
Tel: (516) 723-4629

Carmen S. Scott
Email: cscott@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Tel: (843) 216-9160

Sarah N. Westcot, FBN 1018272
Email: swestcot@bursor.com
BURSOR & FISHER, P.A.
701 Brickell Avenue, Suite 1420
Miami, FL  33131-2800
Tel: (305) 330-5512

Frederick S. Longer
Email: flonger@lfsblaw.com
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Tel: (215) 592-1500

Francisco R. Maderal, FBN 0041481
Email: frank@colson.com
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL  33134
Tel: (305) 476-7400

Lauren S. Miller
Email: lmiller@corywatson.com
CORY WATSON, P.C.
2131 Magnolia Avenue South
Birmingham, AL  35205
Tel: (205) 271-7168

Daniel A. Nigh, FBN 30905
Email: dnigh@levinlaw.com
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL  32502
Tel: (888) 435-7001

Mikal C. Watts
Email: mcwatts@wattsguerra.com
WATTS GUERRA LLP
4 Dominion Drive
Building 3, Suite 100
San Antonio, TX  78257
Tel: (800) 294-0055

Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, LA  70130
Tel: (504) 524-5777

Frank Woodson
Email: Frank.Woodson@BeasleyAllen.com
BEASLEY ALLEN LAW FIRM
234 Commerce Street
Montgomery, AL  36103
Tel: (334) 269-2343

*Plaintiffs' Steering Committee*
*Plaintiffs' Law and Briefing Committee Co-Chairs*
*Plaintiffs' Liaison Counsel*

Paige Boldt
Email: pboldt@wattsguerra.com
WATTS GUERRA LLP
1815 Windsong Circle
Keller, TX  76248
Tel: (210) 447-1534

Je Yon Jung
Email: JJung@maylightfootlaw.com
MAY LIGHTFOOT PLLC
3200 Martin Luther King Jr. Avenue
S.E., 3rd Floor
Washington DC  20032
Tel: (202) 918-1824

Adam W. Krause
Email: adam@krauseandkinsman.com
KRAUSE AND KINSMAN, LLC
4717 Grand Avenue, Suite 300
Kansas City, MO  64112
Tel: (816) 760-2700

Nicola Larmond-Harvey, FBN 0105312
Email: nicola@saunderslawyers.com
SAUNDERS & WALKER, P.A.
3491 Gandy Boulevard North, Suite 200
Pinellas Park, FL  33781
Tel: (727) 579-4500

Bradford B. Lear
Email: Lear@learwerts.com
LEAR WERTS LLP
103 Ripley Street
Columbia, MO  65203
Tel: (573) 875-1992

*Plaintiffs' Leadership Development Committee*

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

                                                /s/ *Robert C. Gilbert*
                                                Robert C. Gilbert