UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924 20-MD-2924 JUDGE ROBIN L ROSENBERG MAGISTRATE JUDGE BRUCE REINHART |

_____/

THIS DOCUMENT RELATES TO:  ALL CASES

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION TO FILE UNDER SEAL UNREDACTED VERSIONS OF
CONSOLIDATED AMENDED CONSUMER ECONOMIC LOSS CLASS
ACTION COMPLAINT AND PROPOSED CONSOLIDATED
MEDICAL MONITORING CLASS ACTION COMPLAINT

**THIS CAUSE** came before the Court on Plaintiffs' Unopposed Motion to File Under Seal Unredacted Versions of Consolidated Amended Consumer Economic Loss Class Action Complaint (the "Amended Economic Loss Class Complaint") and their proposed Consolidated Medical Monitoring Class Action Complaint (the "Proposed Medical Monitoring Class Complaint"). [DE ____] (the "Unopposed Motion").  Having reviewed the Unopposed Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that the Unopposed Motion is **GRANTED**.  Plaintiffs are authorized, pursuant to Southern District of Florida Local Rule 5.4(b), to file unredacted versions of the Amended Economic Loss Class Complaint and the Proposed Medical Monitoring Class Complaint under seal.  Plaintiffs shall file redacted versions of the Amended Economic Loss Class Complaint and the Proposed Medical Monitoring Class Complaint on the public CM/ECF docket.  Pursuant to Southern District of Florida Local Rule 5.4(b)(1), the unredacted versions of the Amended Economic Loss Class Complaint and the Proposed Medical Monitoring Class Complaint shall remain sealed until entry of an Order overruling the designation of materials referenced therein as Confidential Information or Highly Confidential Information or the duration of this litigation, whichever occurs first.

2

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this \_\_\_\_ day of February 2021.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE