UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)  MDL NO 2924
PRODUCTS LIABILITY  20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO:  ALL CASES

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE
TO FILE CONSOLIDATED MEDICAL MONITORING CLASS ACTION COMPLAINT

**THIS CAUSE** came before the Court on Plaintiffs' Motion for Leave to File Consolidated Medical Monitoring Class Action Complaint [DE # ____].  Having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that the Motion is **GRANTED**.  The Consolidated Medical Monitoring Class Action Complaint attached to the Motion is deemed filed as of February 22, 2021.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this ____ day of February 2021.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE