UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                                    MDL NO 2924
PRODUCTS LIABILITY                                           20-MD-2924
LITIGATION
                                                    JUDGE ROBIN L ROSENBERG
                                                    MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO:  ALL CASES

**PLAINTIFFS' STATEMENT CONCERNING PERSONAL JURISDICTION, VENUE
AND DIRECT-FILING OF CONSOLIDATED AMENDED CONSUMER ECONOMIC
LOSS CLASS ACTION COMPLAINT AND CONSOLIDATED MEDICAL
MONITORING CLASS ACTION COMPLAINT**

Pursuant to Pretrial Order No. 31 and this Court's Orders [DE # 2512, 2513, 2515, 2532, 2716 and 2720], on February 22, 2021, Plaintiffs filed redacted versions of their Consolidated Amended Consumer Economic Loss Class Action Complaint [DE 2835] and proposed Consolidated Medical Monitoring Class Action Complaint [DE 2832-1] (collectively, the "Class Complaints").[1]  The attached Exhibit A identifies the respective state(s) or country of citizenship for each of the Defendants named in the Class Complaints.

This statement is filed to notify the Court of the respective federal district(s) where the Class Complaints otherwise could have been filed against each of the named Defendants absent the existence of MDL 2924, as well as the corresponding venue(s) where, absent stipulation of the parties, the Class Complaints can be remanded for trial against each of the Defendants upon the conclusion of pretrial proceedings in MDL 2924.  *See* Exhibit A.

Plaintiffs provide this statement to avoid or minimize motion practice challenging personal jurisdiction, venue and direct filing based on the Class Complaints.  In the event any Defendant(s)

_____

[1] Unredacted versions of both pleadings were filed under seal [DE 2838 and 2833, respectively].

challenges personal jurisdiction, venue and/or direct-filing under the Class Complaints, Plaintiffs

may file the Class Complaints against such Defendant(s) in the applicable federal district specified

in Exhibit A and, upon filing, will promptly file a Notice of Tag-Along Action with the Judicial

Panel on Multidistrict Litigation requesting transfer of such action(s) to MDL 2924 for coordinated

and/or consolidated pretrial proceedings.

February 22, 2021.

Respectfully submitted,

| | |
|---|---|
| */s/ Tracy A. Finken* | By: */s/ Robert C. Gilbert* |
| Tracy A. Finken | Robert C. Gilbert, FBN 561861 |
| Email: tfinken@anapolweiss.com | Email: gilbert@kolawyers.com |
| ANAPOL WEISS | KOPELOWITZ OSTROW FERGUSON |
| One Logan Square | WEISELBERG GILBERT |
| 130 North 18th Street, Suite 1600 | 2800 Ponce de Leon Boulevard, Suite 1100 |
| Philadelphia, PA 19103 | Coral Gables, FL 33134 |
| Tel: (215) 735-1130 | Tel: (305) 384-7270 |
| | |
| */s/ Michael L. McGlamry* | */s/ Adam Pulaski* |
| Michael L. McGlamry | Adam Pulaski |
| Email: efile@pmkm.com | Email: adam@pulaskilawfirm.com |
| POPE McGLAMRY, P.C. | PULASKI KHERKHER, PLLC |
| 3391 Peachtree Road NE, Suite 300 | 2925 Richmond Avenue, Suite 1725 |
| Atlanta, GA 30326 | Houston, TX 77098 |
| Tel: (404) 523-7706 | Tel: (713) 664-4555 |

*Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| Rosemarie R. Bogden | Mark J. Dearman, FBN 0982407 |
| Email:  Rosemarie.bogdan@1800law1010.com | Email: mdearman@rgrdlaw.com |
| MARTIN, HARDING & MAZZOTTI | ROBBINS GELLER RUDMAN & DOWD |
| 1222 Troy-Schenectady Road | 120 East Palmetto Park Road, Suite 500 |
| Niskayuna, NY 12309 | Boca Raton, FL  33432 |
| Tel: (518) 862-1200 | Tel: (561) 750-3000 |
| | |
| Elizabeth A. Fegan | Marlene J. Goldenberg |
| Email: beth@feganscott.com | Email: mjgoldenberg@goldenberglaw.com |
| FEGAN SCOTT, LLC | GOLDENBERG LAW, PLLC |
| 1456 Sycamore Rd. | 800 LaSalle Avenue, Suite 2150 |
| Yorkville, IL 60560 | Minneapolis, MN  55402 |
| Tel: (312) 741-1019 | Tel: (855) 333-4662 |

Ashley Keller
Email: ack@kellerlenkner.com
KELLER | LENKNER
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
Tel: (312) 741-5222

Roopal P. Luhana
Email:  luhana@chaffinluhana.com
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY  10016
Tel: (888) 480-1123

Ricardo M. Martinez-Cid, FBN 383988
Email: RMartinez-Cid@Podhurst.com
PODHURST ORSECK, P.A.
SunTrust International Center
One S.E. 3rd Avenue, Suite 3200
Miami, FL 33130
Tel: (305) 358-2800

Melanie H. Muhlstock
Email: mmuhlstock@yourlawyer.com
PARKER WAICHMAN LLP
9 Evelyn Road
Port Washington, NY 11050
Tel: (516) 723-4629

Carmen S. Scott
Email: cscott@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9160

Frederick S. Longer
Email: flonger@lfsblaw.com
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500

Francisco R. Maderal, FBN 0041481
Email: frank@colson.com
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Tel: (305) 476-7400

Lauren S. Miller
Email: lmiller@corywatson.com
CORY WATSON, P.C.
2131 Magnolia Ave S
Birmingham, AL 35205
Tel: (205) 271-7168

Daniel A. Nigh, FBN 30905
Email: dnigh@levinlaw.com
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL  32502
Tel: (888) 435-7001

Mikal C. Watts
Email: mcwatts@wattsguerra.com
WATTS GUERRA LLP
4 Dominion Drive
Building 3, Suite 100
San Antonio, TX  78257
Tel: (800) 294-0055

Sarah N. Westcot, FBN 1018272
Email: swestcot@bursor.com
BURSOR & FISHER, P.A.
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
Tel: (305) 330-5512

Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, LA  70130
Tel: (504) 524-5777

Frank Woodson
Email: Frank.Woodson@BeasleyAllen.com
BEASLEY ALLEN LAW FIRM
234 Commerce St
Montgomery, AL 36103
Tel: (334) 269-2343

*Plaintiffs' Steering Committee*
*Plaintiffs' Law and Briefing Committee Co-Chairs*
*Plaintiffs' Liaison Counsel*

Paige Boldt
Email: pboldt@wattsguerra.com
WATTS GUERRA LLP
1815 Windsong Circle
Keller, TX 76248
Tel: (210) 447-1534

Je Yon Jung
Email: JJung@maylightfootlaw.com
MAY LIGHTFOOT PLLC
2579 N. Avalon Avenue
Orange, CA 92867
Tel: (202) 506-3591

Adam W. Krause
Email: adam@krauseandkinsman.com
KRAUSE AND KINSMAN, LLC
4717 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 760-2700

Nicola Larmond-Harvey, FBN 0105312
Email: nicola@saunderslawyers.com
SAUNDERS & WALKER, P.A.
3491 Gandy Boulevard North, Suite 200
Pinellas Park, FL 33781
Tel: (727) 579-4500

Bradford B. Lear
Email: Lear@learwerts.com
LEAR WERTS LLP
103 Ripley Street
Columbia, MO 65203
Tel: (573) 875-1992

*Plaintiffs' Leadership Development Committee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

/s/ *Robert C. Gilbert*
Robert C. Gilbert
