**EXHIBIT A TO PLAINTIFFS' STATEMENT CONCERNING
PERSONAL JURISDICTION, VENUE AND DIRECT-FILING OF CONSOLIDATED
AMENDED CONSUMER ECONOMIC LOSS CLASS ACTION COMPLAINT AND
<u>CONSOLIDATED MEDICAL MONITORING CLASS ACTION COMPLAINT</u>**

|    | **DEFENDANT** | **CITIZEN** | **FEDERAL DISTRICT** |
|----|---------------|-------------|----------------------|
|    |               |             |                      |
| 1  | GlaxoSmithKline LLC | DE | D. Del. |
| 2  | GlaxoSmithKline (America) Inc. | DE | D. Del. |
| 3  | GlaxoSmithKline plc | U.K. | D. Del. or D. Md. |
|    |               |             |                      |
| 4  | Pfizer Inc. | DE and NY | D. Del. or S.D.N.Y. |
|    |               |             |                      |
| 5  | Boehringer Ingelheim Pharmaceuticals, Inc. | DE and CT | D. Del. or D. Conn. |
| 6  | Boehringer Ingelheim Corporation | NV and CT | D. Nev. or D. Conn. |
| 7  | Boehringer Ingelheim USA Corporation | DE and CT | D. Del. or D. Conn. |
| 8  | Boehringer Ingelheim International GmbH | Germany | D. Del., D. Conn. or D. Md. |
| 9  | Boehringer Ingelheim Promeco, S.A. de C.V. | Mexico | D. Del., D. Conn. or D. Md. |
|    |               |             |                      |
| 10 | Sanofi-Aventis U.S. LLC | DE and NJ | D. Del. or D.N.J. |
| 11 | Sanofi US Services Inc. | DE and NJ | D. Del. or D.N.J. |
| 12 | Sanofi S.A. | France | D. Del., D.N.J. or D. Md. |
| 13 | Patheon Manufacturing Services LLC | DE and MA | D. Del. or D. Mass. |
| 14 | Chattem, Inc. | TN | E.D. Tenn. |
|    |               |             |                      |
| 15 | Amneal Pharmaceuticals LLC | DE and NJ | D. Del. or D.N.J. |
| 16 | Amneal Pharmaceuticals of New York, LLC | DE and NJ | D. Del. or D.N.J. |
|    |               |             |                      |

2

| 17 | Apotex Corporation | DE and FL | D. Del. or S.D. Fla. |
|----|----|----|----|
| 18 | Apotex Inc. | Canada | D. Del., S.D. Fla. or D. Md. |
|  |  |  |  |
| 19 | Dr. Reddy's Laboratories Inc. | NJ | D.N.J. |
| 20 | Dr. Reddy's Laboratories, Ltd. | India | D.N.J. or D. Md. |
| 21 | Dr. Reddy's Laboratories LLC | NJ | D.N.J. |
| 22 | Dr. Reddy's Laboratories SA | Switzerland | D. Md. |
|  |  |  |  |
| 23 | Glenmark Pharmaceuticals, Inc., USA | DE and NJ | D. Del. or D.N.J. |
| 24 | Glenmark Pharmaceuticals Ltd. | India | D. Md. |
|  |  |  |  |
| 25 | L. Perrigo Co. | MI | W.D. Mich. |
| 26 | Perrigo Company | MI | W.D. Mich. |
| 27 | Perrigo Research & Development Company | MI | W.D. Mich. |
|  |  |  |  |
| 28 | Sandoz Inc. | CO and NJ | D. Colo. or D.N.J. |
|  |  |  |  |
| 29 | Strides Pharma, Inc. | NJ | D.N.J. |
|  |  |  |  |
| 30 | Actavis Mid Atlantic LLC | DE and PA | D. Del. or E.D. Pa. |
| 31 | Teva Pharmaceuticals U.S.A., Inc. | DE and PA | D. Del. or E.D. Pa. |
| 32 | Watson Laboratories, Inc. | NV and NJ | D. Nev. or D.N.J. |
|  |  |  |  |
| 33 | CVS Pharmacy, Inc. | DE and RI | D. Del. or D.R.I. |
|  |  |  |  |
| 34 | Rite Aid Corporation | DE and PA | D. Del. or M.D. Pa. |
|  |  |  |  |
| 35 | Walgreen Co. | DE and IL | D. Del. or N.D. Ill. |
| 36 | Duane Reade, Inc. | DE and IL | D. Del. or N.D. Ill. |

3

| 37 | Walgreens Boots Alliance, Inc. | DE and IL | D. Del. or N.D. Ill. |
|----|-------------------------------|-----------|----------------------|
|    |                               |           |                      |
| 38 | Walmart Inc. f/k/a Wal-Mart Stores, Inc. | DE and AR | D. Del. or W.D. Ark. |
| 39 | Sam's West, Inc.              | AR        | W.D. Ark.            |
|    |                               |           |                      |