# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |
| _____/ | |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *Ralph Dudley v. GlaxoSmithKline, et al.* | 9:20-cv-81056-RLR |
| *Kalmeta Salvatore v. GlaxoSmithKline, et al.* | 9:20-cv-81059-RLR |
| *Allen Brittner v. GlaxoSmithKline, et al.* | 9:20-cv-81061-RLR |
| *John Cash v. GlaxoSmithKline, et al.* | 9:20-cv-81065-RLR |
| *Jose Flores v. GlaxoSmithKline, et al.* | 9:20-cv-81068-RLR |
| *Joseph Gregory Jr. v. GlaxoSmithKline, et al.* | 9:20-cv-81072-RLR |
| *Roy Williams v. GlaxoSmithKline, et al.* | 9:20-cv-81073-RLR |
| *Mark Hernandez v. GlaxoSmithKline, et al.* | 9:20-cv-81074-RLR |
| *Michael White v. GlaxoSmithKline, et al.* | 9:20-cv-81075-RLR |
| *Ryan Ortega v. GlaxoSmithKline, et al.* | 9:20-cv-81077-RLR |
| *Oliver Reynolds v. GlaxoSmithKline, et al.* | 9:20-cv-81078-RLR |
| *Grag Amelino v. GlaxoSmithKline, et al.* | 9:20-cv-81087-RLR |
| *Matthew Yedlin v. GlaxoSmithKline, et al.* | 9:20-cv-81089-RLR |
| *Armando Becerril v. GlaxoSmithKline, et al.* | 9:20-cv-81090-RLR |
| *Lynn Smith v. GlaxoSmithKline, et al.* | 9:20-cv-81092-RLR |
| *Chris Ives v. GlaxoSmithKline, et al.* | 9:20-cv-81093-RLR |
| *James Newton v. GlaxoSmithKline, et al.* | 9:20-cv-81094-RLR |
| *Michael Jerde v. GlaxoSmithKline, et al.* | 9:20-cv-81096-RLR |
| *Albert Muesse v. GlaxoSmithKline, et al.* | 9:20-cv-81097-RLR |
| *Reha Ray Karaoz v. GlaxoSmithKline, et al.* | 9:20-cv-81098-RLR |
| *Greg Knell v. GlaxoSmithKline, et al.* | 9:20-cv-81099-RLR |
| *Austin Barnes v. GlaxoSmithKline, et al.* | 9:20-cv-81104-RLR |
| *Michael Caratti v. GlaxoSmithKline, et al.* | 9:20-cv-81105-RLR |
| *Brian Elias v. GlaxoSmithKline, et al.* | 9:20-cv-81106-RLR |
| *Marc Friedland v. GlaxoSmithKline, et al.* | 9:20-cv-81107-RLR |
| *Marc Mitchell v. GlaxoSmithKline, et al.* | 9:20-cv-81109-RLR |
| *Mark Morrison v. GlaxoSmithKline, et al.* | 9:20-cv-81110-RLR |
| *Dwight Norman v. GlaxoSmithKline, et al.* | 9:20-cv-81112-RLR |
| *Brian Wilbur v. GlaxoSmithKline, et al.* | 9:20-cv-81118-RLR |
| *Velo Wright Jr. v. GlaxoSmithKline, et al.* | 9:20-cv-81119-RLR |

| | |
|---|---|
| *Claudia Masouredis v. GlaxoSmithKline, et al.* | 9:20-cv-81121-RLR |
| *Lolita Mills v. GlaxoSmithKline, et al.* | 9:20-cv-81122-RLR |
| *Gary Campbell v. GlaxoSmithKline, et al.* | 9:20-cv-81142-RLR |
| *John Geurin v. GlaxoSmithKline, et al.* | 9:20-cv-81143-RLR |
| *Hanna Carbajal, et al. v. GlaxoSmithKline, et al.* | 9:20-cv-81144-RLR |
| *Joseph Gigliello v. GlaxoSmithKline, et al.* | 9:20-cv-81145-RLR |
| *James Goetz v. GlaxoSmithKline, et al.* | 9:20-cv-81152-RLR |
| *Steven Brodie v. GlaxoSmithKline, et al.* | 9:20-cv-81153-RLR |
| *Henry D. Harbaugh v. GlaxoSmithKline, et al.* | 9:20-cv-81154-RLR |
| *John Russell v. GlaxoSmithKline, et al.* | 9:20-cv-81157-RLR |
| *Gilbert Astruc v. GlaxoSmithKline, et al.* | 9:20-cv-81216-RLR |
| *Nathan Gibbons v. GlaxoSmithKline, et al.* | 9:21-cv-80236-RLR |

## ORDER GRANTING PLAINTIFFS' MOTION TO REMAND CASES TO CALIFORNIA STATE COURT

It is **ORDERED AND ADJUDGED** that Plaintiffs' Motions to Remand [Dkt. # 2569, 2740] are **GRANTED** pursuant to the Court's Orders issued on February 19, 2021 [Dkt. # 2824, 2825].

The following cases are hereby **REMANDED** to the Superior Court of California for the County of Alameda:

| | |
|---|---|
| *Ralph Dudley v. GlaxoSmithKline, et al.* | 9:20-cv-81056-RLR |
| *Kalmeta Salvatore v. GlaxoSmithKline, et al.* | 9:20-cv-81059-RLR |
| *Allen Brittner v. GlaxoSmithKline, et al.* | 9:20-cv-81061-RLR |
| *John Cash v. GlaxoSmithKline, et al.* | 9:20-cv-81065-RLR |
| *Jose Flores v. GlaxoSmithKline, et al.* | 9:20-cv-81068-RLR |
| *Joseph Gregory Jr. v. GlaxoSmithKline, et al.* | 9:20-cv-81072-RLR |
| *Roy Williams v. GlaxoSmithKline, et al.* | 9:20-cv-81073-RLR |
| *Mark Hernandez v. GlaxoSmithKline, et al.* | 9:20-cv-81074-RLR |
| *Michael White v. GlaxoSmithKline, et al.* | 9:20-cv-81075-RLR |
| *Ryan Ortega v. GlaxoSmithKline, et al.* | 9:20-cv-81077-RLR |
| *Oliver Reynolds v. GlaxoSmithKline, et al.* | 9:20-cv-81078-RLR |
| *Grag Amelino v. GlaxoSmithKline, et al.* | 9:20-cv-81087-RLR |
| *Matthew Yedlin v. GlaxoSmithKline, et al.* | 9:20-cv-81089-RLR |

| | |
|---|---|
| *Armando Becerril v. GlaxoSmithKline, et al.* | 9:20-cv-81090-RLR |
| *Lynn Smith v. GlaxoSmithKline, et al.* | 9:20-cv-81092-RLR |
| *Chris Ives v. GlaxoSmithKline, et al.* | 9:20-cv-81093-RLR |
| *James Newton v. GlaxoSmithKline, et al.* | 9:20-cv-81094-RLR |
| *Michael Jerde v. GlaxoSmithKline, et al.* | 9:20-cv-81096-RLR |
| *Albert Muesse v. GlaxoSmithKline, et al.* | 9:20-cv-81097-RLR |
| *Reha Ray Karaoz v. GlaxoSmithKline, et al.* | 9:20-cv-81098-RLR |
| *Greg Knell v. GlaxoSmithKline, et al.* | 9:20-cv-81099-RLR |
| *Austin Barnes v. GlaxoSmithKline, et al.* | 9:20-cv-81104-RLR |
| *Michael Caratti v. GlaxoSmithKline, et al.* | 9:20-cv-81105-RLR |
| *Brian Elias v. GlaxoSmithKline, et al.* | 9:20-cv-81106-RLR |
| *Marc Friedland v. GlaxoSmithKline, et al.* | 9:20-cv-81107-RLR |
| *Marc Mitchell v. GlaxoSmithKline, et al.* | 9:20-cv-81109-RLR |
| *Mark Morrison v. GlaxoSmithKline, et al.* | 9:20-cv-81110-RLR |
| *Dwight Norman v. GlaxoSmithKline, et al.* | 9:20-cv-81112-RLR |
| *Brian Wilbur v. GlaxoSmithKline, et al.* | 9:20-cv-81118-RLR |
| *Velo Wright Jr. v. GlaxoSmithKline, et al.* | 9:20-cv-81119-RLR |
| *Gary Campbell v. GlaxoSmithKline, et al.* | 9:20-cv-81142-RLR |
| *John Geurin v. GlaxoSmithKline, et al.* | 9:20-cv-81143-RLR |
| *Hanna Carbajal, et al. v. GlaxoSmithKline, et al.* | 9:20-cv-81144-RLR |
| *Joseph Gigliello v. GlaxoSmithKline, et al.* | 9:20-cv-81145-RLR |
| *James Goetz v. GlaxoSmithKline, et al.* | 9:20-cv-81152-RLR |
| *Steven Brodie v. GlaxoSmithKline, et al.* | 9:20-cv-81153-RLR |
| *Henry D. Harbaugh v. GlaxoSmithKline, et al.* | 9:20-cv-81154-RLR |
| *John Russell v. GlaxoSmithKline, et al.* | 9:20-cv-81157-RLR |
| *Gilbert Astruc v. GlaxoSmithKline, et al.* | 9:20-cv-81216-RLR |
| *Nathan Gibbons v. GlaxoSmithKline, et al.* | 9:21-cv-80236-RLR |

utilizing the following address:

> Superior Court for the State of California County of Alameda
> Rene C. Davidson Courthouse
> 1225 Fallon Street
> Oakland, California 94512

The following cases are hereby **REMANDED** to the Superior Court of California for the County of San Francisco:

| | |
|---|---|
| *Claudia Masouredis v. GlaxoSmithKline, et al.* | 9:20-cv-81121-RLR |
| *Lolita Mills v. GlaxoSmithKline, et al.* | 9:20-cv-81122-RLR |

utilizing the following address:

Superior Court for the State of California County of San Francisco
Civic Center Courthouse
400 McAllister St.
San Francisco, CA 94102-4515

**DONE** and **ORDERED** in Chambers, West Palm Beach, Florida, this 25th day of February, 2021.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE