UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |
| _____ / | |
| THIS DOCUMENT RELATES TO:<br>FRANK NOWAK | JURY TRIAL DEMANDED |

_____
(Plaintiff Name(s))

## SHORT-FORM COMPLAINT

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation,* MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

        **I.    PARTIES, JURISDICTION, AND VENUE**

**A. PLAINTIFF(S)**

1. Plaintiff(s) FRANK, NOWAK _____
   ("Plaintiff(s)") brings this action (check the applicable designation):

         [X]    On behalf of [*himself/herself*];

1

☐ In representative capacity as the _____, on behalf of the injured party, (Injured Party's Name) _____.

2. Injured Party is currently a resident and citizen of (City, State) __Monroeville___ __NJ__ and claims damages as set forth below.

—OR—

Decedent died on (Month, Day, Year) _____. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _____.

If any party claims loss of consortium,

3. __Marian Nowak__ ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) __Monroeville__ __NJ__.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) __Monroeville__ __NJ__.

## B. DEFENDANT(S)

6. Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

   a. **Brand Manufacturers:**
   Pfizer Inc.; Boehringer Ingelheim USA Corporation; Sanofi S.A.; GlaxoSmithKline LLC; GlaxoSmithKline (America) Inc.; Boehringer Ingelheim Pharmaceuticals, Inc.; Sanofi-Aventis U.S. LLC; Boehringer Ingelheim International GmbH; Patheon Manufacturing Service LLC; Boehringer Ingelheim Promeco, S.A. de C.V.; Boehringer Ingelheim Corporation; Sanofi US Services Inc.; GlaxoSmithKline PLC

b. **Generic Manufacturers:**

Sun Pharmaceutical Industries Ltd.; Amneal Pharmaceuticals of New York, LLC; Acic Pharmaceuticals, Inc.; L. Perrigo Co.; Strides Pharma, Inc.; Mylan Pharmaceuticals, Inc.; Glenmark Pharmaceuticals, Inc., USA; Ranbaxy Inc.; VKT Pharma Inc.; Mylan, Inc.; Ani Pharmaceuticals Inc.; Unique Pharmaceutical Laboratories Ltd.; Perrigo Company; Heritage Pharma Labs Inc.; Aurobindo Pharma USA, Inc.; Watson Laboratories, Inc.; Sandoz Inc.; Heritage Pharmaceuticals, Inc.; Mylan Institutional LLC; Granules USA, Inc.; Apotex Corporation; Contract Pharmacal Corp.; Perrigo Research &amp; Development Company; Dr. Reddy's Laboratories Inc.; Sun Pharmaceutical Industries, Inc. f/k/a Ranbaxy Pharmaceuticals Inc.; Par Pharmaceutical Wockhardt USA, LLC

c. **Distributors:**

Chattem, Inc.; McKesson Corporation; Cardinal Health, Inc.

d. **Retailers:**

Walgreens Boots Alliance, Inc.; Walgreen Co.; OptumRx, Inc.

e. **Repackagers:**

Aurobindo Pharma USA, Inc.; Mylan, Inc.; Wockhardt USA LLC; Dr. Reddy's Laboratories Inc.; Apotex Inc.; Strides Pharma, Inc.; Amneal Pharmaceuticals of New York, LLC; Golden State Medical Supply, Inc.; L. Perrigo Co.; Strides Pharma Global Pte. Ltd.; Glenmark Pharmaceuticals Ltd.; Mylan Pharmaceuticals, Inc.; Aurobindo Pharma, Ltd.; Perrigo Company, PLC; Strides Pharma Science Ltd.; Wockhardt USA, Inc.; Apotex Corporation; Glenmark Pharmaceuticals, Inc., USA; Precision Dose Inc.; VKT Pharma Inc.; Perrigo Company; Dr. Reddy's Laboratories, Ltd.; Granules USA, Inc.; AmeriSource Health Services LLC d/b/a American Health Packaging; VKT Pharma Private Ltd.; Perrigo Research &amp; Development Company; Granules India, Gericare Pharmaceuticals Corp, Wockhardt, LTD., Glenmark Genesis, LTD.

f. **Others Not Named in the MPIC:**

Walgreens Boots Alliance, Inc.; AmerisourceBergen Corporation

### C. JURISDICTION AND VENUE

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

   ☒ District of NJ ☒

8. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

   ☑ By prescription

   ☑ Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) Jan ☒ 2016 ☒ to Jul ☒ 2020 ☒.

## III. PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | BLADDER CANCER | |
| ☐ | BRAIN CANCER | |
| ☐ | BREAST CANCER | |
| ☐ | COLORECTAL CANCER | |

4

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | ESOPHAGEAL/THROAT/NASAL CANCER | |
| ☐ | INTESTINAL CANCER | |
| ☐ | KIDNEY CANCER | |
| ☒ | LIVER CANCER | Jul    20    2020 |
| ☐ | LUNG CANCER | |
| ☐ | OVARIAN CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☐ | PROSTATE CANCER | |
| ☐ | STOMACH CANCER | |
| ☐ | TESTICULAR CANCER | |
| ☐ | THYROID CANCER | |
| ☐ | UTERINE CANCER | |
| ☐ | OTHER CANCER: _____ | |
| ☐ | DEATH (CAUSED BY CANCER) | |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s)

### IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| [X] | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| [X] | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| [X] | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| [X] | IV | NEGLIGENCE – FAILURE TO WARN |
| [X] | V | NEGLIGENT PRODUCT DESIGN |
| [X] | VI | NEGLIGENT MANUFACTURING |
| [X] | VII | GENERAL NEGLIGENCE |
| [X] | VIII | NEGLIGENT MISREPRESENTATION |
| [X] | IX | BREACH OF EXPRESS WARRANTIES |
| [X] | X | BREACH OF IMPLIED WARRANTIES |
| [X] | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: <br> N.J.S.A. 56:8-1 to -91; N.J.S.A. 12A:1-101 to 12A:2-725; NJ Con |
| [X] | XII | UNJUST ENRICHMENT |
| [X] | XIII | LOSS OF CONSORTIUM |
| [ ] | XIV | SURVIVAL ACTION |
| [ ] | XV | WRONGFUL DEATH |
| [ ] | XVI | OTHER: _____ |
| [ ] | XVII | OTHER: _____ |
| [ ] | XVIII | OTHER: _____ |

If Count XVI, Count XVII or Count XVIII is alleged, additional facts supporting the claim(s):

## V. JURY DEMAND

14. Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

Attorney 1 Signature: Aaron Freiwald
Attorney 1 Print: Aaron Freiwald
Attorney 2 Signature: _____
Attorney 2 Print: _____
Firm: Freiwald Law, P.C.
Address 1: 1500 Walnut Street, 18th Floor
Address 2: _____
City: Philadelphia
State: PA
Zip: 19102
Email: ajf@freiwaldlaw.com
Phone: 2158758000

Attorney 1 Signature: Laura Laughlin
Attorney 1 Print: Laura Laughlin
Attorney 2 Signature: _____
Attorney 2 Print: _____
Firm: Freiwald Law, P.C.
Address 1: 1500 Walnut Street, 18th Floor
Address 2: _____
City: Philadelphia
State: PA
Zip: 19102
Email: lel@freiwaldlaw.com
Phone: 2158758000