UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924<br>20-MD-2924 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

## NOTICE OF FILING DISCOVERY DISPUTE MEMO PER PTO NO. 32 FOR MARCH 4, 2021 HEARING

Please take notice that the following documents are being filed with the Court today as attachments to this Notice of Filing Discovery Dispute Memo Per PTO No. 32 for the March 4, 2021 hearing:

  Plaintiffs' PTO 32 Submission Re Generic PTO 60 and Deposition Dates

  Plaintiffs' Exhibit Proposed Deposition Dates

  Plaintiffs' Exhibit – Letter from Terry Henry 2/4/2021 – Generic Manufacturer Discovery Conference Submission

Dated: March 4, 2021            Respectfully submitted,

                    */s/ Michael L. McGlamry*
                    Michael L. McGlamry
                    POPE McGLAMRY, P.C.
                    3391 Peachtree Road, NE, Suite 300
                    Atlanta, GA  30326
                    Ph: 404-523-7706
                    Fx: 404-524-1648
                    efile@pmkm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021, a true and correct copy of the foregoing **Notice of Filing Discovery Dispute Memo Per PTO No. 32 for March 4, 2021 Hearing** was electronically filed with the Clerk of the Court and served using the CM/ECF system.

Respectfully submitted,

*/s/ Michael L. McGlamry*
Michael L. McGlamry
POPE McGLAMRY, P.C.
3391 Peachtree Road, NE, Suite 300
Atlanta, GA  30326
Ph: 404-523-7706
Fx: 404-524-1648
efile@pmkm.com
