IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 <br><br> JUDGE ROBIN L. ROSENBERG <br> MAG. JUDGE BRUCE REINHART |
| THIS DOCUMENT RELATES TO: ALL CASES _____/ | |

## NOTICE OF FILING OF GENERIC DEFENDANTS' DISCOVERY DISPUTE MEMORANDA PER PTO 32 FOR MARCH 2, 2021 HEARING

Please take notice that the following documents are being filed with the Court as attachments to this Notice of Filing of Discovery Dispute Memorandum Per PTO 32 for March 2, 2021 Hearing:

1. Generic Defendants' Motion for Protective Order From Portions of Plaintiffs' Notice of Oral and Video Deposition of Generic Defendant Pursuant to Rule 30(b)(6) (Storage and Transportation) Filed on Behalf of All Generic Manufacturers;

2. Generic Defendants' Motion for Protective Order From Portions of Plaintiffs' Notice of Oral and Video Deposition of Generic Defendant Pursuant to Rule 30(b)(6) (Manufacturing) Filed on Behalf of All Generic Manufacturers; and

3. Generic Defendants' Motion for Protective Order From Portions of Plaintiffs' Notice of Oral and Video Deposition of Generic Defendant Pursuant to Rule 30(b)(6) (Pharmacovigilance) Filed on Behalf of All Generic Manufacturers.

| | |
|---|---|
| Dated: March 4, 2021 | Respectfully submitted, <br><br> */s/ Joshua A. Klarfeld* <br> Joshua A. Klarfeld <br> **ULMER & BERNE LLP** <br> 1660 West 2nd Street, Suite 1100 <br> Cleveland, Ohio 44113 <br> Tel: 216-583-7000 <br> jklarfeld@ulmer.com <br><br> *Attorney for Defendants Aurobindo Pharma USA, Inc., and Aurohealth LLC* |

2

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on March 4, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide automatic notification to all counsel of record.

                */s/ Joshua A. Klarfeld*
                Joshua A. Klarfeld