UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924 20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | MAGISTRATE JUDGE BRUCE E. REINHART |

**NOTICE OF FILING UNSEALED PORTIONS OF PLAINTIFFS' DISCOVERY DISPUTE MEMORANDUM PER PTO NO. 32 FOR MARCH 2, 2021 HEARING**

Please take notice that the following documents are being filed with the Court today as attachments to this Notice of Filing Unsealed Portions of Plaintiffs' Discovery Dispute Memorandum Per PTO No. 32 for the March 2, 2021 hearing:

Plaintiffs' Opposition to Motion for Protective Order – Storage & Transport 30(b)(6)

Plaintiffs' Opposition to Motion for Protective Order – Manufacturing 30(b)(6)

Plaintiffs' Opposition to Motion for Protective Order – Pharmacovigilance 30(b)(6)

Chart of Objections on Manufacturing Notice

Chart of Objections on Pharmacovigilance Notice

Chart of Objections on Storage & Transport Notice

Dated: March 4, 2021                     Respectfully submitted,

>                    */s/ Michael L. McGlamry*
>                    Michael L. McGlamry
>                    POPE McGLAMRY, P.C.
>                    3391 Peachtree Road, NE, Suite 300
>                    Atlanta, GA  30326
>                    Ph: 404-523-7706
>                    Fx: 404-524-1648
>                    efile@pmkm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021, a true and correct copy of the foregoing **Notice of Filing Unsealed Portions of Plaintiffs' Discovery Dispute Memorandum Per PTO No. 32 for March 2, 2021 Hearing** was electronically filed with the Clerk of the Court and served using the CM/ECF system.

Respectfully submitted,

*/s/ Michael L. McGlamry*
Michael L. McGlamry
POPE McGLAMRY, P.C.
3391 Peachtree Road, NE, Suite 300
Atlanta, GA  30326
Ph: 404-523-7706
Fx: 404-524-1648
efile@pmkm.com