UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                     MDL NO. 2924
PRODUCTS LIABILITY                          20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

**PLAINTIFFS'** *UNOPPOSED* **MOTION TO FILE UNDER SEAL UNREDACTED VERSION OF EXHIBITS SUBMITTED IN CONJUNCTION WITH PLAINTIFFS' DISCOVERY DISPUTE SUBMISSION PER PTO 32 FOR MARCH 2, 2021 HEARING**

Plaintiffs respectfully request entry of an Order, pursuant to Southern District of Florida Local Rule 5.4(b), authorizing the filing under seal of an unredacted version of the exhibits accompanying their March 1, 2021 Discovery Dispute submission to the Court pursuant to PTO 32.

Per this Court's request during the March 2, 2021 discovery hearing before Magistrate Judge Reinhart, Plaintiffs are to file on the docket copies of Plaintiffs' Opposition to the Generic Defendants' Motions for Protective Orders and accompanying materials submitted pursuant to the Court on March 1, 2021 pursuant to PTO 32. Plaintiffs' submitted, in support of their memorandum, certain materials produced during discovery, much of which various Defendants have designated as "Highly Confidential" or "Highly Confidential Information—Attorneys' Eyes Only."

The Protective Order entered in this MDL requires that materials designated as Confidential Information or Highly Confidential Information be filed with the Court under seal, in

accordance with Local Rules for the Southern District of Florida. [DE 780 at 15]. Therefore, Plaintiffs respectfully request entry of an Order authorizing the filing of the unredacted version of these exhibits under seal.

Pursuant to Southern District of Florida Local Rule 5.4(b)(1), Plaintiffs request that the unredacted version of these exhibits be sealed until entry of an Order overruling the designation of materials referenced therein as Confidential Information or Highly Confidential Information or the duration of this litigation, whichever occurs first. *See* S.D. Fla. L.R. 5.4(b)(1).

Pursuant to Local Rule 7.1, prior to filing this motion, undersigned counsel certify that they conferred with Generic Defendants' Liaison Counsel in a good faith effort to resolve by agreement the issues to be raised in the motion, and have been authorized to represent that Defendants do not oppose the relief sought herein.

WHEREFORE, Plaintiffs respectfully request entry of an Order authorizing Plaintiffs to file under seal the unredacted exhibits accompanying Plaintiffs March 1, 2021 PTO 32 submission to the Court. A proposed Order is attached.

Dated: March 4, 2021

*/s/ Tracy A. Finken*
Tracy A. Finken
Email: tfinken@anapolweiss.com
ANAPOL WEISS
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Tel: (215) 735-1130

Respectfully submitted,

By: */s/ Robert C. Gilbert*
Robert C. Gilbert, FBN 561861
Email: gilbert@kolawyers.com
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (305) 384-7270

| | |
|---|---|
| */s/ Michael L. McGlamry* | */s/ Adam Pulaski* |
| Michael L. McGlamry | Adam Pulaski |
| Email: efile@pmkm.com | Email: adam@pulaskilawfirm.com |
| POPE McGLAMRY, P.C. | PULASKI KHERKHER, PLLC |
| 3391 Peachtree Road NE, Suite 300 | 2925 Richmond Avenue, Suite 1725 |
| Atlanta, GA 30326 | Houston, TX 77098 |
| Tel: (404) 523-7706 | Tel: (713) 664-4555 |

*Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

/s/ *Michael McGlamry*
Michael L. McGlamry