**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) <br> PRODUCTS LIABILITY <br> LITIGATION | MDL NO 2924 <br> 20-MD-2924 <br><br> **JUDGE ROBIN L ROSENBERG** <br> **MAGISTRATE JUDGE BRUCE REINHART** |

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED**
**MOTION TO FILE UNDER SEAL UNREDACTED VERSION OF EXHIBITS**
**SUBMITTED IN CONJUNCTION WITH PLAINTIFFS' DISCOVERY DISPUTE**
**<u>SUBMISSION PER PTO 32 FOR MARCH 2, 2021 HEARING</u>**

**THIS CAUSE** came before the Court on Plaintiffs' Unopposed Motion to File Under Seal Unredacted Version of Exhibits Submitted in Conjunction with Plaintiffs' Discovery Dispute Submission Per PTO 32 for March 2, 2021 Hearing. [DE # ____]. Having reviewed the Unopposed Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that the Unopposed Motion is **GRANTED**. Plaintiffs are authorized, pursuant to Southern District of Florida Local Rule 5.4(b), to file an unredacted version of the exhibits to Plaintiffs' Opposition to the Generic Defendants' Motions for Protective Orders under seal. Pursuant to Southern District of Florida Local Rule 5.4(b)(1), the unredacted version of these exhibits shall remain sealed until entry of an Order overruling the designation of materials referenced therein as Confidential Information or Highly Confidential Information or the duration of this litigation, whichever occurs first.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this ____ day of March 2021.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE
