UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-MD-2924-ROSENBERG/REINHART

IN RE ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION
_____/

## ORDER MEMORIALIZING RULINGS

This matter came before me on March 4, 2021, for a discovery hearing pursuant to PTO 32. ECF No. 2938-1. This Order memorializes and supplements my rulings from the bench.

I deferred ruling on Plaintiffs' objection that the Generic Defendants have sought to schedule numerous Rule 30(b)(6) depositions on a single day and Plaintiffs' request that the Court order specific depositions to occur on specific dates. I cautioned that the number of depositions should presumptively be limited to two (2) per day, unless good cause is shown or as otherwise agreed to by the parties.

I also deferred ruling on Plaintiffs' objection that the Generic Defendants have not committed to the procedure for producing ESI. I ordered each Generic Defendant to notify the Special Master in writing by 5:00 p.m. on March 4, 2021, regarding its selected ESI protocol.

Several Generic Defendants objected to providing a corporate representative witness on manufacturing topics, on the ground that they did not manufacture any Ranitidine Containing Products and only sold products supplied to them by third parties. I overruled that objection insofar as it raised a cross-cutting issue applicable

to all non-manufacturing Generic Defendants. I found that certain manufacturing issues, including but not limited to the Generic Defendants' knowledge of how their suppliers manufactured ranitidine, are relevant and therefore the Generic Defendants must produce corporate representatives capable of answering these questions. This ruling is without prejudice to individual Generic Defendant(s) objecting on grounds of undue burden and lack of proportionality.

Finally, the Plaintiffs' hearing memorandum (ECF No. 2938-1) and its proffer at the hearing identified eight Generic Defendants who allegedly had failed to comply with the deadline contained in Section II(C)(2) of PTO 60. At the hearing, it was also proffered that two Generic Defendants had not complied with the deadline contained in Section II(B)(2) of PTO 60. On or before 5:00 p.m. on March 8, 2021, Plaintiffs shall submit to the Court's Zantac e-mail account (with a copy to Defendants liaison counsel and the Special Master) a list of the specific corporate entities who Plaintiffs allege did not comply with these Court-ordered deadlines.

**DONE AND ORDERED** in Chambers this 5th day of March 2021, at West Palm Beach in the Southern District of Florida.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE