UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-MD-2924

IN RE: ZANTAC (RANITIDINE)
PRODUCT LIABILITY LITIGATION

_____/

## ORDER TO SHOW CAUSE

The Court raises this matter *sua sponte.*

On February 25, 2021, Judge Rosenberg entered Pretrial Order #60 ("PTO 60") to address procedures relating to discovery between Plaintiffs and a group of defendants referenced as "the Generic Manufacturer Defendants." ECF No. 2877.

PTO 60 contained provisions relating to upcoming depositions noticed under Federal Rule of Civil Procedure 30(b)(6). It ordered:

- No later than February 28, 2021, all Generic Manufacturer Defendants will provide Plaintiffs a list of proposed initial custodians, which shall include: (a) the custodian's full name, (b) job title(s), (c) department the custodian worked in, and (d) years employed. This list does not represent a complete list of all custodians for this case but should represent Generic Manufacturer Defendants' proposal for all custodians they deem relevant, taking into account the allegations in the Master Pleadings, the discovery requests at issue, and the three Rule 30(b)(6) deposition notices served to date. Custodians should span the relevant time period in Plaintiffs' requests for production. Generic Manufacturer Defendants will meet and confer with Plaintiffs individually to determine the sufficiency of their custodial lists in light of the amended class pleadings and Defendants' document productions, understanding that Plaintiffs presently do not have sufficient information to identify all relevant custodians from any Generic Manufacturer Defendant.

PTO 60 §II(B)(2).

- "No later than February 28, 2021, each Generic Manufacturer Defendant will provide to Plaintiffs the number of witnesses it expects to produce for each deposition notice and tentative dates on which it will present each witness for deposition in accordance with the below scheduling requirements, such dates and witnesses being subject to revision up to three days after the Court's order on the Pretrial Order # 32 hearing issues. Notwithstanding this deadline, this Court encourages Generic Manufacturer Defendants to provide dates as soon as possible in light of the number of depositions to be scheduled and the limited number of depositions that can be scheduled on the same date.

    a) Each Generic Manufacturer Defendant will provide a date in April 2021 to produce its witnesses on the issues of storage and transport.

    b) Each Generic Manufacturer Defendant will provide a date in May 2021 to produce its witnesses on the issues of manufacturing.

    c) Each Generic Manufacturer Defendant will provide a date in May 2021 or prior to June 15, 2021 to produce its witnesses on the issues of pharmacovigilance.

PTO 60 §II(C)(2).

At a discovery dispute hearing on March 4, 2021, Plaintiffs represented that the following Generic Manufacturer Defendants had not complied with the deadline in PTO 60 §II(C)(2):

Ajanta Pharma USA Inc.

Apotex Corporation

Aurobindo Pharma USA, Inc.

Aurobindo Health LLC

Granules USA, Inc.

Heritage Pharmaceuticals, Inc.

Heritage Pharma Labs Inc.

Ranbaxy Inc.

      Sun Pharmaceutical Industries, Inc f/k/a Ranbaxy Pharmaceuticals Inc.

      Taro Pharmaceuticals U.S.A., Inc.

      Torrent Pharma Inc,

      Wockhardt USA LLC

      Wockhardt USA, Inc.

ECF No. 2938-1. The Generic Manufacturer Defendants did not dispute these allegations. Hrg. Transcript at 8-11.

Plaintiffs also represented that the following Generic Manufacturer Defendants had not complied with the deadline in PTO 60 §II(B)(2):

      Nostrum Laboratories Inc.

      Novitium Pharma LLC

Hrg. Transcript at 7-8.

**WHEREFORE**, it is ordered that each of the above-listed entities shall appear before the Court and show cause why they should not be sanctioned by the undersigned for non-compliance with PTO 60 and/or why the undersigned should not certify facts to a district judge and order the entity to appear before the district judge to show cause why it should not be adjudged in contempt by reason of the facts so certified. *See* 28 U.S.C. §636(e)(6)(B). Any entity wishing to file a written Response to this Order to Show Cause may do so by **5:00 p.m. EST on March 24, 2021**. Any Reply by Plaintiffs shall be filed by **5:00 p.m. EST April 7, 2021**. No further pleadings shall be filed without leave of court. After reviewing the parties' submissions, the undersigned will determine whether to hold further hearings.

**DONE and ORDERED** in Chambers this 9th day of March, 2021, in chambers at West Palm Beach in the Southern District of Florida.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE