UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924 20-MD-2924 <br><br> JUDGE ROBIN L ROSENBERG <br> MAGISTRATE JUDGE BRUCE REINHART |
| _____/ | |

THIS DOCUMENT RELATES TO:  ALL CASES

## *UNOPPOSED* MOTION TO DROP UNIQUE PHARMACEUTICAL LABORATORIES, LTD. FROM MASTER COMPLAINTS

Plaintiffs Co-Lead Counsel, pursuant to Pretrial Order # 40 [DE # 1498] and Federal Rule of Civil Procedure 21, file this Unopposed Motion to Drop Unique Pharmaceutical Laboratories, Ltd. from Master Complaints and state as follows:

1. Unique Pharmaceutical Laboratories, Ltd. is currently named as a Defendant in the following Master Complaints:[1]

    a. Amended Master Personal Injury Complaint [DE # 2759] at ¶ 95.

2. In reliance on the sworn Affidavit of Mayur C. Mehta dated March 10, 2021, pursuant to Rule 21, Plaintiffs' Co-Lead Counsel request entry of an Order dropping Unique Pharmaceutical Laboratories, Ltd. from the above referenced Master Complaint, without prejudice.

---

[1] "Master Complaints" refers collectively to the Amended Master Personal Injury Complaint [DE # 2759], Consolidated Amended Consumer Economic Loss Class Action Complaint [DE # 2835] and Consolidated Medical Monitoring Class Action Complaint [DE # 2832-1].  As required by Pretrial Order # 40, the applicable Master Complaint from which the Defendant is being dropped also identifies the specific paragraph number in the corresponding Master Complaint affected by the proposed modification.

3. A proposed Order is attached.

DATED: March 11, 2021.

Respectfully submitted,

| | |
|---|---|
| */s/ Tracy A. Finken* <br> Tracy A. Finken <br> Email: tfinken@anapolweiss.com <br> ANAPOL WEISS <br> One Logan Square <br> 130 North 18th Street, Suite 1600 <br> Philadelphia, PA 19103 <br> Tel: (215) 735-1130 | By: */s/ Robert C. Gilbert* <br> Robert C. Gilbert, FBN 561861 <br> Email: gilbert@kolawyers.com <br> KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT <br> 2800 Ponce de Leon Boulevard, Suite 1100 <br> Coral Gables, FL 33134 <br> Tel: (305) 384-7270 |
| */s/ Michael L. McGlamry* <br> Michael L. McGlamry <br> Email: efile@pmkm.com <br> POPE McGLAMRY, P.C. <br> 3391 Peachtree Road NE, Suite 300 <br> Atlanta, GA 30326 <br> Tel: (404) 523-7706 | */s/ Adam Pulaski* <br> Adam Pulaski <br> Email: adam@pulaskilawfirm.com <br> PULASKI KHERKHER, PLLC <br> 2925 Richmond Avenue, Suite 1725 <br> Houston, TX 77098 <br> Tel: (713) 664-4555 |

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

/s/ *Robert C. Gilbert*
Robert C. Gilbert