



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE PRODUCTS LIABIITY LITIGATION | MDL MO. 2924<br>20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |

<u>10th March 2021</u>

### AFFIDAVIT OF MAYUR C. MEHTA

I, Mayur C. Mehta, being duly sworn, depose and say that:



जोडपत्र-१ / Annexure - II

| | |
|---|---|
| १. मुद्रांक विक्री नोंदवही अनु. क्रमांक / दिनांक | 22925 |
| २. रस्त्याचा प्रकार | AFF |
| ३. दस्त नोंदणी करणार आहेस का ? | होय / नाही |
| ४. मिळकतीचे थोडक्यात वर्णन | UNIQUE PHARMACEUTICAL LABORATORIES (A DIV OF J. B. CHEMICALS & PHARMACEUTICALS LTD.) "NEELAM...", B WING, 4th FLOOR, HIND CYCLE ROAD, WORLI, MUMBAI - 400 030. |
| ५. मुद्रांक विकत घेणाऱ्याचे नाव व सही | |
| ६. इतर असल्यास त्यांचे नाव, पत्ता व सही | |
| ७. दुसऱ्या पक्षकाराचे नाव | |
| ८. मुद्रांक शुल्क रक्कम | |
| ९. परवानाधारक मुद्रांक विक्रेत्याची सही व परवाना क्रमांक तसेच मुद्रांक विक्रीचे ठिकाण/पत्ता ई. ६/९:१, सेक्टर-१, वाशी, नवी मुंबई | सौ. रोहिणी आर. बिरादार परवाना क्र. १२०९०/८ |

ज्या कारणासाठी ज्यांनी मुद्रांक खरेदी केला त्यांनी त्याच कारणासाठी मुद्रांक खरेदी केल्यापासून ६ महिन्यात वापरणे बंधनकारक आहे.



29 OCT 2020





1. My name is Mayur C. Mehta, and I am the Company Secretary and Vice-President Compliance of Unique Pharmaceutical Laboratories, Ltd., a division of J.B. Chemicals & Pharmaceuticals Limited ("Unique"). I am authorized to sign this document on behalf of Unique. I have personal knowledge of the facts states herein.

2. Unique is a division of an Indian corporation J.B. Chemicals & Pharmaceuticals Limited with its principal place of business at Neelam Centre, B'Wing, 4th Floor, Hind-Cycle Road, Worli, Mumbai – 400030, Maharashtra, India.

3. Unique applied for and obtained Abbreviated New Drug Application ("ANDA") No. 210228 for a ranitidine 150 mg tablet. The United States Food and Drug Administration ("FDA") approved ANDA No. 210228 on August 30, 2019.

4. Unique applied for and obtained ANDA No. 210250 for a ranitidine 75 mg tablet. The FDA approved ANDA No. 210250 on August 30, 2019.

5. Unique did not purchase or obtain these ANDAs from any other entity.

6. After obtaining FDA approval of ANDA Nos. 210228 and 210250, Unique did not use these ANDAs to manufacture, distribute, market or sell any ranitidine containing products in the United States.

7. Unique did not manufacture, distribute, market or sell any ranitidine containing products in the United States or in any other U.S. territories at any time.

Further affiant sayeth naught.

For Unique Pharmaceutical Laboratories
(A division of J.B. Chemicals & Pharmaceuticals Limited)

Signature
Name: Mayur C. Mehta
Place: Mumbai, India
Date: 10/03/ 2021

**Attested by me**

10/3/21

**RAKESH P. DOOA**
B. Com., LL.B.
Advocate High Court,
Notary Government of India
6, Kondaji Bldg. No. 3,
Behind Tata Hospital, Parel,
MUMBAI-400 012.