UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO 2924
20-MD-2924

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

### [PROPOSED] AGREED ORDER GRANTING UNOPPOSED MOTION TO DROP UNIQUE PHARMACEUTICAL LABORATORIES, LTD. FROM MASTER COMPLAINTS

**THIS CAUSE** came before the Court on Plaintiffs Co-Lead Counsel's Unopposed Motion to Drop Unique Pharmaceutical Laboratories, Ltd. from Master Complaints [DE #____], without prejudice, pursuant to Pretrial Order # 40 [DE # 1498] and Federal Rule of Civil Procedure 21.[1] Having reviewed the Unopposed Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that the Unopposed Motion is **GRANTED**. Defendant Unique Pharmaceutical Laboratories, Ltd. is dropped, without prejudice, from the following Master Complaints:

    a.    Amended Master Personal Injury Complaint [DE # 2759] at ¶ 95.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this ____ day of March 2021.

                                                    ROBIN L. ROSENBERG
                                                    UNITED STATES DISTRICT JUDGE

---

[1] "Master Complaints" refers collectively to the Amended Master Personal Injury Complaint [DE # 2759], Consolidated Amended Consumer Economic Loss Class Action Complaint [DE # 2835] and Consolidated Medical Monitoring Class Action Complaint [DE # 2832-1]. As required by Pretrial Order # 40, the applicable Master Complaint from which the Defendant is being dropped also identifies the specific paragraph number in the corresponding Master Complaint affected by the proposed modification.