# EXHIBIT A

**Exhibit A** - Plaintiffs' Proposed Order – New Schedule

|  | Deadline |  |
|---|---|---|
| New | March 31, 2021 | Plaintiffs Identification of Tranche 1 custodians – **Generic Manufacturer Defendants** |
| New | March 31, 2021 | Deadline for **completion** of production of all late outstanding **Tranche 1 custodial file** documents for all brands with collection date through December 31, 2020.[1] |
| As agreed to by GSK | March 31, 2021 | Deadline for substantial completion of **GSK** draft and final CMC materials, source documents for adverse event reports, SERM materials, PSURs, PV agreements, FDA inspection documents, laboratory notebooks, documents related to 2019-2021 testing; annual product reviews for ranitidine API and finished dose; stability testing reports and other quality review materials; manufacturing guides, test specifications, and test methodology guides; FDA Establishment Inspection Reports; Discontinuation notices; Supply chain maps/tracing documents; Risk management records; Materials regarding API third-party supplier; Temperature and storage policy; Average daily temperature data for US manufacturing site; Audit data regarding GSK distribution facilities; Distribution center documents; Sales and Marketing documents, including marketing strategy documents (e.g., business plans, marketing plans, and brand plans); US Marketing materials; sales education and training materials; US media, press releases, public relations materials, data related to direct sales, chargebacks, rebates, and pricing from an outside vendor is ongoing, with rolling productions expected over the next month; and "miscellaneous hard copy documents" with full completion by May 14, 2022. |
| As agreed to by BI | March 31, 2021 | Deadline for completion of all **BI** outstanding noncustodial documents due under PTO 47, by 12/31/2020, with the exception of hard copy documents from BI Promeco facility in Mexico.  This deadline includes, but is not limited to, productions from IDEA4CON, BIRDS, Form 483 and EIR inspection and investigation documents, CAPAS, Trackwise, PV documents, ANDA's, clinical and preclinical studies, nonclinical studies and electronic manufacturing documents. |
| New | April 7, 2021 | Deadline to reach agreement between Plaintiffs and individual Generic Manufacturer Defendants on list of Tranche 1 custodians.  If agreement is not reached, PTO 32 dispute resolution hearing will be set April 8-12. |

---

[1] This includes an updated custodial file production for witness Pam Geelan in advance of fact deposition to be scheduled in April 2021.

**Exhibit A** - Plaintiffs' Proposed Order – New Schedule

| As agreed by Pfizer and BI | April 30, 2021 | Deadline for **completion** of **Tranche 2** custodial file production –**Pfizer and BI** |
|---|---|---|
| PTO 30 | May 14, 2021 | Parties begin discussions regarding process for selection of potential bellwether personal injury cases |
| Per GSK motion for extension and Court Order of 3/12/21 | May 14, 2021 | Deadline for **completion** of GSK production of all science and study related noncustodial documents, including but not limited to nonclinical, preclinical, clinical studies, outstanding laboratory notebooks, PIERS database production, chromatograms, manufacturing residual solvent and batch level testing; temperature data |
| New | May 31, 2021 | Deadline for completion of Tranche 2 custodial file production – **GSK and Sanofi** |
| New | May 31, 2021 | Deadline for completion of production of Tranche 1 custodial files– **Generic Manufacturer Defendants** (this does not include those custodial files related to witnesses designated for 30(b)(6) depositions for which deadlines for production are already set forth in prior PTOs 54 and 60 |
| New | June 14, 2021 | Completion of process and plan for selecting potential bellwether personal injury cases and core discovery with submission of either joint or competing proposals to the Court |

**Exhibit A** - Plaintiffs' Proposed Order – New Schedule

| | | |
|---|---|---|
| New | Upon entry Order setting forth process for selection 1st Pool Bellwether Personal Injury cases and Core Discovery | Selection of 1st grouping of Bellwether personal injury pool cases with Bellwether **Core** Discovery ***to be concluded by December 31, 2021*** |
| New | July 30, 2021 | Deadline for completion of all outstanding non-custodial production – **all Defendants** |
| New | September 1, 2021 | Deadline for **completion** of production of BI Promeco document production[2]<br>Deadline for **completion** of Tranche 3 custodial file production -**Brand Defendants**<br>Deadline for **completion** of Tranche 2 custodial file production – **Generic Defendants** |
| PTO 30 | December 20, 2021 | Completion of Fact Discovery related to class certification and Plaintiffs' Class Certification Motions |
| New | December 31, 2021 | Completion of Bellwether Core Discovery; Selection of Final Bellwether Trial Cases for first grouping |
| New | December 31, 2021 | **Defendants** shall certify a good-faith belief that all ESI and documents requested by the Plaintiffs and/or ordered by this Court to be produced have been produced consistent with their obligations under the Federal Rules. |
| PTO 30 | February 4, 2022 | Completion of depositions of Plaintiffs' Class Certification experts |

[2] The production of these documents was substantially delayed due to the Defendant's ability to have a vendor access the hard copy documents on site due to COVID restrictions. This date is based upon Defendant's representation in February 2021 that the estimated production time is 4-5 months

**Exhibit A** - Plaintiffs' Proposed Order – New Schedule

| New | February 28, 2022 | Completion of fact discovery for Final Bellwether Trial Cases |
|---|---|---|
| New | March 11, 2022 | Plaintiffs' Disclosure of **General and Case Specific** Expert Reports for Bellwether Trial Cases and two available dates for depositions of each expert |
| PTO 30 | March 21, 2022 | Opposition to Plaintiffs' Class Certification Motions and expert reports<br><br>Defendants' *Daubert* Motions directed to Plaintiffs' class certification experts |
| New | April 18, 2022 | Defendants' Disclosure of **General and Case Specific Expert Reports** for Bellwether Trial Cases and two available dates for depositions of each expert |
| PTO 30 | April 21, 2022 | Completion of depositions of Defendants' Class Certification Experts[3] |
| New | May 6, 2022 | Plaintiffs' General and Case Specific Rebuttal Reports for Bellwether Trial Cases |
| New | May 27, 2022 | Completion of expert depositions |
| PTO 30 | June 4, 2022 | Plaintiffs' replies in support of class certification motions, and rebuttal expert reports, if any, on class certification<br><br>Plaintiffs' *Daubert* Motion directed to Defendants' Class Certification Experts |

---

[3] A schedule for additional class deadlines which will be the subject of a subsequent PTO.

**Exhibit A** - Plaintiffs' Proposed Order – New Schedule

| Previously 12/20/21 but only to general causation reports | June 8, 2022 | *Daubert* Motions related to **General and Case Specific** Expert Reports for Bellwether Trial Cases |
|---|---|---|
| PTO 30 | July 5, 2022 | Defendants' Oppositions to Plaintiffs' Daubert Motions directed to Defendant's class certification experts<br><br>Defendants' replies in support of *Daubert* motions directed to Plaintiffs' class certification experts |
| Previously 3/21/22 but only to general causation daubert reports | July 11, 2022 | Oppositions to *Daubert* Motions on Expert Reports for Bellwether Trial Cases |
| Previously April 21, 2022 but only to general causation expert reports | July 29, 2022 | Replies in support of *Daubert* Motions on Expert Reports for Bellwether Trial Cases |
| PTO 30 | August 3, 2022 | Plaintiffs' replies in support of *Daubert* motions directed to Defendants' class certification experts |
| New | September 30, 2022 | Dispositive Motions related to Bellwether Trial Selections |
| New | October/November 2022 | First Trial(s)[4] |

---

[4] A more robust and detailed pretrial schedule for final pretrial matters, exhibit lists, motions *in limine*, and deposition designations will be the subject of a subsequent PTO. The parties will meet and confer with the Special Master and submit a joint proposal to the Court on or before June 1, 2022.