# EXHIBIT C

Exhibit C – Modified PTO 30

|  | Deadline |  |
|---|---|---|
| New | March 31, 2021 | Defendants' Completion of Production of ALL outstanding late Tranche 1 Custodial Files which were due by 12/31/20 under PTO 47[1] |
| New | April 30, 2021 | Deadline for completion of **Tranche 2** custodial file production – **Brand Manufacturer Defendants** |
| PTO 30 | May 14, 2021 | Parties begin discussions regarding process for selection of potential bellwether personal injury cases |
| New | May 14, 2021 | Deadline for **completion** of all non-custodial production - **Brand Manufacturer Defendants**[2] Brand Manufacturer Defendants shall certify a good-faith belief that all noncustodial ESI and documents requested by the Plaintiffs and/or ordered by this Court to be produced have been produced consistent with their obligations under the Federal Rules. |

---

[1] This deadline is necessary because, with the exception of Pfizer, none of the other Brand Defendants have completed their Tranche 1 custodial productions which were due by December 31, 2020, in accordance with PTO 47. These productions have been delayed by 3 months (Sanofi due to document destruction, BI due to unilateral custodial file collection cut off of 2/25/20 which was before the FDA recall in April 2020; and GSK due to unilateral custodial file collection cut off of 9/13/2019 (before the GSK global recall in the Fall of 2019 and the FDA recall in April 2020) and failure to run agreed upon search terms).

[2] The only exception is for the BI Promeco hard copy documents. Currently, all Brand Defendants, with the exception of Pfizer, were either late or have not completed their Non-custodial document production. BI has indicated that it will take another 4-5 months to be able to produce these documents due to COVID restrictions. This production includes batch testing including chromatography and chromatograms, stability testing and other critical documents.

Exhibit C – Modified PTO 30

| PTO 30 | August 16, 2021 | Completion of process and plan for selecting potential bellwether personal injury cases, to be refined and amended for good cause as appropriate until final bellwether selection following the Court's general causation Daubert ruling. |
|---|---|---|
| PTO 30 | December 20, 2021 | • Deadline for completion of all fact discovery of Defendants and fact discovery related to class certification<br><br>• Plaintiffs' class certification motions and expert reports |
| PTO 30 Modification Deadline Extended from 8/2/2021 | December 20, 2021 | Plaintiffs' expert reports on general causation and provision of three (3) dates on which each expert is available for deposition. |
| PTO 30 | February 4, 2022 | Completion of depositions of Plaintiffs' class certification experts |
| PTO 30 Modification Deadline Extended from 9/21/2021 | February 4, 2022 | Defendants' expert reports on general causation and provision of three (3) dates on which each expert is available for deposition |
| PTO 30 Modification Deadline extended from 10/12/2021 | February 25, 2022 | Plaintiffs' rebuttal reports, if any, on general causation |
| PTO 30 | March 21, 2022 | Defendants' Oppositions to Plaintiffs' class certification motions and expert reports<br><br>Defendants' *Daubert* motions directed to Plaintiffs' class certification experts |

## Exhibit C – Modified PTO 30

| | | |
|---|---|---|
| PTO 30 | April 21, 2022 | Completion of depositions of Defendants' class certification experts |
| PTO 30 Modification Deadline extended from 12/13/2021 | April 21, 2022 | Completion of expert depositions on general causation |
| PTO 30 Modification Deadline Extended from 12/20/21 | April 28, 2022 | Daubert motions on general causation |
| PTO 30 | June 4, 2022 | <ul><li>Plaintiffs' replies in support of class certification motions and rebuttal expert reports, if any, on class certification.</li><li>Plaintiffs' Oppositions to Defendants' Daubert motions directed to Plaintiffs' class certification experts.</li><li>Plaintiffs' Daubert motions directed to Defendants' class certification experts.</li></ul> |
| PTO 30 Modification Deadline Extended from 3/21/2022<br>*reduced amount of time to 60 days instead of 90 days which was in PTO 30 | June 30, 2022 | Oppositions to Daubert Motions on general causation |

Exhibit C – Modified PTO 30

| PTO 30 | July 5, 2022 | <ul><li>Defendants' Oppositions to Plaintiffs' Daubert motions directed to Defendants' class certification experts.</li><li>Defendants' replies in support of Daubert motions directed to Plaintiffs' class certification experts.</li></ul> |
|---|---|---|
| PTO 30 Modification Deadline Extended from 4/21/2022 | July 30, 2022 | Replies in support of Daubert Motions on general causation |
| PTO 30 | August 3, 2022 | Plaintiffs' replies in support of Daubert motions directed to Defendants' class certification experts. |
| PTO 30 | 14 days after General Causation Daubert ruling | The Parties will submit final Bellwether Selection Plan to the Court[3] |

---

[3] PTO 30 schedule did not provide dates or deadlines beyond Daubert rulings with the exception of the submission of the Plaintiffs' Bellwether Selection Plan. Therefore, Bellwether selection and case specific discovery will not begin until 14 days after Orders are issued in relation to Daubert.  Under current PTO 30, this likely would not occur until June 2022 at the earliest and under Plaintiffs' proposed modified PTO 30, likely would not occur until September 2022, at the earliest.  Consequently, the case specific expert reports and subsequent Daubert challenges will likely not take place until the Spring of 2023 and subsequently the first trial will not take place until **at least** the summer of 2023 under either the current PTO 30 or the modified PTO 30.