# EXHIBIT H



February 1, 2021

BY ELECTRONIC MAIL

Tracy A. Finken
Anapol Weiss
130 N. 18th Street
Suite 1600
Philadelphia, PA 19103
(215) 735-1130
(215) 735-0773 (Direct Dial)

Evan D. Montgomery

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**d** 816.559.2686
**f** 816.421.5547
emontgomery@shb.com

Re:  In Re: Zantac®, MDL No. 2924

Dear Counsel:

Files containing GSK's production of documents today have been uploaded to a secure FTP site.

This production includes documents related to regulatory change requests with the Bates numbers GSKZAN0000388668 – GSKZAN0000388968, documents related to the Ranitidine Product Incident Review Committee with the Bates numbers GSKZAN0000388969 – GSKZAN0000389217, and documents from GSK's IMMS system with the Bates numbers GSKZAN0000389218 – GSKZAN0000407546.

This production is made pursuant to the Confidentiality Order in this case, PTO No. 26, as well as any other applicable orders entered in the above-referenced matter.  A password needed to access this production will follow under separate cover.

If you have any questions or would like to discuss, please do not hesitate to contact us.

Best regards,
/s/
Evan D. Montgomery
Of Counsel



February 1, 2021
Page 2

cc: Valerie Blevins
Lindsey Cohan
Mike McGlamry
Patrick Oot
Will Sachse
Lindsay Zanello