# EXHIBIT I

| DATE | PTO 30 | Exhibit C | Exhibit B | Exhibit A |
|---|---|---|---|---|
| **March 31, 2021** | | • Plaintiffs' Identification of Tranche 1 custodians – **Generic Manufacturer Defendants**<br><br>• **Brand Defendants'** Completion of Production of ALL outstanding late Tranche 1 Custodial Files which were due by 12/31/20 under PTO 47 | • Plaintiffs' Identification of Tranche 1 custodians – **Generic Manufacturer Defendants**<br><br>• **Brand Defendants'** Completion of Production of ALL outstanding late Tranche 1 Custodial Files which were due by 12/31/20 under PTO 47 | • Plaintiffs' Identification of Tranche 1 custodians – **Generic Manufacturer Defendants**<br><br>• **Brand Defendants'** Completion of Production of ALL outstanding late Tranche 1 Custodial Files which were due by 12/31/20 under PTO 47<br><br>• **Deadline for substantial completion of GSK draft & final CMC materials, source documents for adverse event reports, SERM materials, PSURs, PV agreements, FDA inspection documents, laboratory notebooks, documents related to 2019-2021 testing; annual product reviews for ranitidine API & finished dose; stability testing reports & other quality review materials; manufacturing guides, test specifications, & test methodology guides; FDA Establishment Inspection Reports; Discontinuation notices; Supply chain maps/tracing documents; Risk management records; Materials regarding API 3rd party supplier; Temperature & storage policy; Average daily temperature data for US manufacturing site; Audit data regarding GSK distribution facilities; Distribution center documents; Sales & Marketing documents, including marketing strategy documents (e.g., business plans, marketing plans, & brand plans); US Marketing materials; sales education & training materials; US media, press releases, public relations materials, data related to direct sales, chargebacks, rebates, & pricing from an outside vendor is ongoing, with rolling productions expected over the next month; & "miscellaneous hard copy documents" with full completion by May 14, 2022.** |

| | | | | |
|---|---|---|---|---|
| | | | | • Deadline for completion of all **BI** outstanding noncustodial documents due under PTO 47, by 12/31/2020, with the exception of hard copy documents from BI Promeco facility in Mexico. This deadline includes, but is not limited to, productions from IDEA4CON, BIRDS, Form 483 and EIR inspection and investigation documents, CAPAS, Trackwise, PV documents, ANDA's, clinical and preclinical studies, nonclinical studies and electronic manufacturing documents. |
| **April 7, 2021** | | Deadline to reach agreement between Plaintiffs and individual **Generic Manufacturer Defendants** on list of Tranche 1 custodians. If agreement not reached, PTO 32 dispute resolution hearing to be set for April 8-12. | Deadline to reach agreement between Plaintiffs and individual **Generic Manufacturer Defendants** on list of Tranche 1 custodians. If agreement not reached, PTO 32 dispute resolution hearing to be set for April 8-12. | Deadline to reach agreement between Plaintiffs and individual **Generic Manufacturer Defendants** on list of Tranche 1 custodians. If agreement not reached, PTO 32 dispute resolution hearing to be set for April 8-12. |
| **April 30, 2021** | | Deadline for completion of **Tranche 2** custodial file production – **Brand Manufacturer Defendants** | Deadline for completion of **Tranche 2** custodial file production – **Brand Manufacturer Defendants** | Deadline for completion of **Tranche 2** custodial file production – **Pfizer and BI** |

| | | | | |
|---|---|---|---|---|
| **May 14, 2021** | Parties begin discussions regarding process for selection of potential bellwether personal injury cases. | • Parties begin discussions regarding process for selection of potential bellwether personal injury cases.<br><br>• Deadline for **completion** of all non-custodial production - **Brand Manufacturer Defendants**<br><br>• Brand Manufacturer Defendants shall certify a good-faith belief that all noncustodial ESI and documents requested by the Plaintiffs and/or ordered by this Court to be produced have been produced consistent with their obligations under the Federal Rules. | • Parties begin discussions regarding process for selection of potential bellwether personal injury cases.<br><br>• Deadline for **completion** of all non-custodial production - **Brand Manufacturer Defendants**<br><br>• Brand Manufacturer Defendants shall certify a good-faith belief that all noncustodial ESI and documents requested by the Plaintiffs and/or ordered by this Court to be produced have been produced consistent with their obligations under the Federal Rules. | • Parties begin discussions regarding process for selection of potential bellwether personal injury cases.<br><br>• Deadline for **completion** of GSK production of all science and study related noncustodial documents, including but not limited to nonclinical, preclinical, clinical studies, outstanding laboratory notebooks, PIERS database production, chromatograms, manufacturing residual solvent and batch level testing, and temperature data. |
| **May 31, 2021** | | Deadline for completion of Tranche 1 custodial file production – **Generic Manufacturer Defendants** | Deadline for completion of Tranche 1 custodial file production – **Generic Manufacturer Defendants** | • Deadline for completion of Tranche 1 custodial file production – **Generic Manufacturer Defendants** (this does not include those custodial files related to witnesses designated for 30(b)(6) depositions for which deadlines for production are already set forth in prior PTOs 54 and 60.<br><br>• Deadline for completion of Tranche 2 custodial file production – **GSK and Sanofi** |
| **June 15, 2021** | | Deadline for completion of all non-custodial production **Generic Manufacturer Defendants**. | Deadline for completion of all non-custodial production **Generic Manufacturer Defendants**. | |
| **June 30, 2021** | | | | Completion of process and plan for selecting potential bellwether personal injury cases and core discovery with submission of either joint or competing proposals to the Court. |

| | | | | | |
|---|---|---|---|---|---|
| **July 20, 2021** | | | | Completion of process and plan for selecting potential bellwether personal injury cases and core discovery with submission of either joint or competing proposals to the Court. | |
| **July 30, 2021** | | | | | Deadline for completion of all non-custodial production – **all Defendants.** |
| **Upon entry of Order setting forth process for selection 1st Pool Bellwether PI cases and Core Discovery** | | | | Selection of 1st grouping of Bellwether personal injury pool cases with Bellwether **Core** Discovery *to be concluded by January 31, 2022.* | Selection of 1st grouping of Bellwether personal injury pool cases with Bellwether **Core** Discovery *to be concluded by December 31, 2021.* |
| **August 16, 2021** | Completion of process and plan for selecting potential bellwether personal injury cases, to be refined and amended for good cause as appropriate until final bellwether selection following the Court's general causation Daubert ruling. | | | | |
| **September 1, 2021** | | | | | • Deadline for **completion** of BI Promeco document production.<br>• Deadline for **completion** of Tranche 3 custodial file production – **Brand Defendants.**<br>• Deadline for **completion** of Tranche 2 custodial file production – **Generic Defendants**. |

| | | | | |
|---|---|---|---|---|
| **December 20, 2021** | • Deadline for completion of all fact discovery of Defendants and fact discovery related to class certification<br>• Plaintiffs' class certification motions and expert reports | • Deadline for completion of all fact discovery of Defendants and fact discovery related to class certification<br>• Plaintiffs' class certification motions and expert reports<br>• <span style="color:red">Plaintiffs' expert reports on general causation and provision of three (3) dates on which each expert is available for deposition.</span> | • Deadline for completion of all fact discovery of Defendants and fact discovery related to class certification<br>• Plaintiffs' class certification motions and expert reports<br>• Plaintiffs' expert reports on general causation and provision of three (3) dates on which each expert is available for deposition. | • Deadline for completion of all fact discovery of Defendants and fact discovery related to class certification<br>• Plaintiffs' class certification motions and expert reports |
| **December 31, 2021** | | | | • Completion of Bellwether Core Discovery; Selection of Final Bellwether Trial Cases for first grouping.<br>• Defendants shall certify a good-faith belief that all ESI and documents requested by the Plaintiffs and/or ordered by this Court to be produced have been produced consistent with their obligations under the Federal Rules. |
| **January 31, 2022** | | | Completion of Bellwether Core Discovery; Selection of Final Bellwether Trial Cases for first grouping. | |

| | | | | |
|---|---|---|---|---|
| **February 4, 2022** | Completion of depositions of Plaintiffs' class certification experts | • Completion of depositions of Plaintiffs' class certification experts<br>• Defendants' expert reports on **general causation** and provision of three (3) dates on which each expert is available for deposition. | • Completion of depositions of Plaintiffs' class certification experts<br>• Defendants' expert reports on **general causation** and provision of three (3) dates on which each expert is available for deposition. | Completion of depositions of Plaintiffs' class certification experts |
| **February 18, 2022** | | | | Completion of discovery for Final Bellwether Trial Cases (grouping 1) |
| **February 25, 2022** | | Plaintiffs' rebuttal reports, if any, on **general causation**. | Plaintiffs' rebuttal reports, if any, on **general causation**. | |
| **March 11, 2022** | | | | Plaintiffs' Disclosure of *General and Case Specific* Expert Reports for Bellwether Trial Cases and two (2) available dates for deposition of each expert. |
| **March 21, 2022** | • Defendants' Oppositions to Plaintiffs' class certification motions and expert reports<br>• Defendants' Daubert motions directed to Plaintiffs' class certification experts | • Defendants' Oppositions to Plaintiffs' class certification motions and expert reports<br>• Defendants' Daubert motions directed to Plaintiffs' class certification experts | • Defendants' Oppositions to Plaintiffs' class certification motions and expert reports<br>• Defendants' Daubert motions directed to Plaintiffs' class certificatio<br>• n experts | • Defendants' Oppositions to Plaintiffs' class certification motions and expert reports<br>• Defendants' Daubert motions directed to Plaintiffs' class certification experts |
| **March 25, 2022** | | | Completion of discovery for Final Bellwether Trial Cases (grouping 1) | |
| **April 18, 2022** | | | | Defendants' Disclosure of *General and Case Specific* Expert Reports for Bellwether Trial Cases and two (2) available dates for deposition of each expert. |

| | | | | |
|---|---|---|---|---|
| **April 21, 2022** | Completion of depositions of Defendants' class certification experts. | • Completion of depositions of Defendants' class certification experts.<br>• Completion of expert depositions on **General Causation** | • Completion of depositions of Defendants' class certification experts.<br>• Completion of expert depositions on **General Causation** | Completion of depositions of Defendants' class certification experts. |
| **April 28, 2022** | | Daubert motions on **general causation** | Daubert motions on **general causation** | |
| **April 29, 2022** | | | Plaintiffs' Disclosure of *Case Specific* Expert Reports for Bellwether Trial Cases and two (2) available dates for deposition of each expert. | |
| **May 6, 2022** | | | | **Plaintiffs'** *General and Case Specific* **Rebuttal Reports for Bellwether Trial Cases** |
| **May 27, 2022** | | | Defendants' Disclosure of *Case Specific* Expert Reports for Bellwether Trial Cases and two (2) available dates for deposition of each expert. | **Completion of expert depositions** |

| | | | | |
|---|---|---|---|---|
| **June 4, 2022** | • Plaintiffs' replies in support of class certification motions and rebuttal expert reports, if any, on class certification.<br>• Plaintiffs' Oppositions to Defendants' Daubert motions directed to Plaintiffs' class certification experts.<br>• Plaintiffs' Daubert motions directed to Defendants' class certification experts. | • Plaintiffs' replies in support of class certification motions and rebuttal expert reports, if any, on class certification.<br>• Plaintiffs' Oppositions to Defendants' Daubert motions directed to Plaintiffs' class certification experts.<br>• Plaintiffs' Daubert motions directed to Defendants' class certification experts. | • Plaintiffs' replies in support of class certification motions and rebuttal expert reports, if any, on class certification.<br>• Plaintiffs' Oppositions to Defendants' Daubert motions directed to Plaintiffs' class certification experts.<br>• Plaintiffs' Daubert motions directed to Defendants' class certification experts. | • Plaintiffs' replies in support of class certification motions and rebuttal expert reports, if any, on class certification.<br>• Plaintiffs' Daubert motions directed to Defendants' class certification experts. |
| **June 8, 2022** | | | | **Daubert Motions related to *General and Case Specific* Expert Reports for Bellwether Trial Cases.** |
| **June 20, 2022** | | | Plaintiffs' *Case Specific* Rebuttal Reports for Bellwether Trial Cases | |
| **June 30, 2022** | | Oppositions to Daubert Motions on **general causation** | Oppositions to Daubert Motions on **general causation** | |
| **July 5, 2022** | • Defendants' Oppositions to Plaintiffs' Daubert motions directed to Defendants' class certification experts.<br>• Defendants' replies in support of Daubert motions directed to Plaintiffs' class certification experts. | • Defendants' Oppositions to Plaintiffs' Daubert motions directed to Defendants' class certification experts.<br>• Defendants' replies in support of Daubert motions directed to Plaintiffs' class certification experts. | • Defendants' Oppositions to Plaintiffs' Daubert motions directed to Defendants' class certification experts.<br>• Defendants' replies in support of Daubert motions directed to Plaintiffs' class certification experts. | • Defendants' Oppositions to Plaintiffs' Daubert motions directed to Defendants' class certification experts.<br>• Defendants' replies in support of Daubert motions directed to Plaintiffs' class certification experts. |
| **July 11, 2022** | | | | Oppositions to Daubert Motions related to *General and Case Specific* Expert Reports for Bellwether Trial Cases. |

| Date | | | | |
|---|---|---|---|---|
| **July 25, 2022** | | | Daubert Motions related to *Case Specific* Expert Reports for Bellwether Trial Cases | |
| **July 29, 2022** | | | | Replies in support of Daubert Motions related to *General and Case Specific* Expert Reports for Bellwether Trial Cases. |
| **July 30, 2022** | | Replies in support of Daubert Motions on **general causation** | Replies in support of Daubert Motions on **general causation** | |
| **August 3, 2022** | Plaintiffs' replies in support of Daubert motions directed to Defendants' class certification experts. | Plaintiffs' replies in support of Daubert motions directed to Defendants' class certification experts. | Plaintiffs' replies in support of Daubert motions directed to Defendants' class certification experts. | Plaintiffs' replies in support of Daubert motions directed to Defendants' class certification experts. |
| **14 days after General Causation Daubert ruling** | The Parties will submit final Bellwether Selection Plan to the Court. | The Parties will submit final Bellwether Selection Plan to the Court. | The Parties will submit final Bellwether Selection Plan to the Court. | |
| **August 26, 2022** | | | Oppositions to Daubert Motions related to *Case Specific* Expert Reports for Bellwether Trial Cases | |
| **September 16, 2022** | | | Replies in support of Daubert Motions on *Case Specific* Expert Reports for Bellwether Trial Cases | |
| **September 30, 2022** | | | | Dispositive Motions related to Bellwether Trial Selections |
| **October/November 2022** | | | | First Trial(s) |
| **November 18, 2022** | | | Dispositive Motions related to Bellwether Trial Selections | |
| **February/March 2023** | | | First Trial(s) | |