**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2021, I electronically filed Doc. 3062 with the Clerk of Court and the document is being served on all counsel of record registered to receive electronic filings.

                                            */s/ Michael L. McGlamry*
                                            _____
                                            _ Michael L. McGlamry, Esquire