**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)                                      MDL NO. 2924
PRODUCTS LIABILITY                                              20-MD-2924
LITIGATION

                                                   JUDGE ROBIN L. ROSENBERG
                                    MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO:**

    21-cv-80043-RLR
    21-cv-80516-RLR
    21-cv-80518-RLR
    21-cv-80520-RLR
    21-cv-80521-RLR
    21-cv-80522-RLR
    21-cv-80523-RLR
    21-cv-80525-RLR
    21-cv-80530-RLR
    21-cv-80534-RLR
    21-cv-80536-RLR
    21-cv-80539-RLR
    21-cv-80547-RLR
    21-cv-80550-RLR
    21-cv-80551-RLR
    21-cv-80554-RLR
    21-cv-80562-RLR
    21-cv-80567-RLR
    21-cv-80572-RLR

## ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT

**THIS CAUSE** is before the Court *sua sponte*.  The above-styled cases are consolidated

in MDL proceeding 20-MD-2924 for all pretrial purposes, and the parties are directed to submit

all filings in the MDL action.  It light of the consolidation of all cases in the MDL action, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court shall mark the following cases as

**CLOSED** for administrative purposes only:

    21-cv-80043-RLR

21-cv-80516-RLR
21-cv-80518-RLR
21-cv-80520-RLR
21-cv-80521-RLR
21-cv-80522-RLR
21-cv-80523-RLR
21-cv-80525-RLR
21-cv-80530-RLR
21-cv-80534-RLR
21-cv-80536-RLR
21-cv-80539-RLR
21-cv-80547-RLR
21-cv-80550-RLR
21-cv-80551-RLR
21-cv-80554-RLR
21-cv-80562-RLR
21-cv-80567-RLR
21-cv-80572-RLR

All pending motions are the above-listed cases are hereby **DENIED WITHOUT PREJUDICE**[1]

for the movant to comply with the procedures outlined in Pretrial Order # 24, paragraph 10.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 18th day of

March, 2021.

_____
ROBIN L. ROSENBERG
Copies furnished to Counsel of Record        UNITED STATES DISTRICT JUDGE

---

[1] In the event the date of filing of any motion denied without prejudice is material, the Court will deem the date of filing for any renewed motion to be the date of filing for the original motion.