# EXHIBIT 1

**From:** Finken, Tracy <tfinken@anapolweiss.com>
**Sent:** Friday, March 12, 2021 1:58 PM
**To:** Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Jaime Lynne Dodge <jdodge@emory.edu>; Sachse, Will <will.sachse@dechert.com>; Mike McGlamry <mmcglamry@pmkm.com>
**Subject:** RE: Zantac: Motion to Extend

**EXTERNAL**

Ok, this works.  Thanks.

Tracy A. Finken, Esquire

**ANAPOLWEISS**

**One Logan Square
130 N. 18th Street
Suite 1600
Philadelphia, PA 19103
(215) 735-1130**
**(215) 735-0773 (Direct Dial)**
**tfinken@anapolweiss.com**

**From:** Oot, Patrick L. (SHB) <OOT@shb.com>
**Sent:** Friday, March 12, 2021 1:34 PM
**To:** Finken, Tracy <tfinken@anapolweiss.com>
**Cc:** Jaime Lynne Dodge <jdodge@emory.edu>; Sachse, Will <will.sachse@dechert.com>; Mike McGlamry <mmcglamry@pmkm.com>
**Subject:** RE: Zantac: Motion to Extend

I can try again without the "entitled" part.  Are you okay with be going back with this?

Counsel for GSK has engaged in multiple discussions with counsel for the Plaintiffs about the filing of this motion. Plaintiffs do not oppose this motion, however reserve the right to file a response.  In light of the discovery delays that have occurred and that continue, and further recognizing the impact these delays have had on Plaintiffs, Defendant GSK will not oppose a reasonable request by Plaintiffs' for an extension of deadlines and modification of PTO 30.

**Patrick Oot**
Shook, Hardy & Bacon L.L.P.
1800 K Street NW – 10th Floor
Washington, DC 20006
o:  202.639.5645 | oot@shb.com
m. 703.472.6576

SHOOK, HARDY & BACON L.L.P. MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION CONTAINING WORK PRODUCT AND/OR ATTORNEY-CLIENT PRIVILEGE INFORMATION OF RETAINED OUTSIDE COUNSEL

**From:** Finken, Tracy <tfinken@anapolweiss.com>
**Sent:** Friday, March 12, 2021 1:22 PM
**To:** Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Jaime Lynne Dodge <jdodge@emory.edu>; Sachse, Will <will.sachse@dechert.com>; Mike McGlamry <mmcglamry@pmkm.com>
**Subject:** RE: Zantac: Motion to Extend

**EXTERNAL**

Thanks Patrick. Here are our suggested edits. If they are acceptable, you can go ahead and file with this statement.

Counsel for GSK has engaged in multiple discussions with counsel for the Plaintiffs about the filing of this motion. Plaintiffs do not oppose this motion, however reserve the right to file a response. In light of the discovery delays that have occurred and that continue, and further recognizing the impact these delays have had on Plaintiffs, Plaintiffs are entitled to and Defendant GSK will not oppose a reasonable request by Plaintiffs' for an extension of deadlines and modification of PTO 30.

Tracy A. Finken, Esquire

**ANAPOLWEISS**

**One Logan Square**
**130 N. 18th Street**
**Suite 1600**
**Philadelphia, PA 19103**
**(215) 735-1130**
**(215) 735-0773 (Direct Dial)**
**tfinken@anapolweiss.com**

**From:** Oot, Patrick L. (SHB) <OOT@shb.com>
**Sent:** Friday, March 12, 2021 12:21 PM
**To:** Finken, Tracy <tfinken@anapolweiss.com>
**Cc:** Jaime Lynne Dodge <jdodge@emory.edu>; Sachse, Will <will.sachse@dechert.com>
**Subject:** RE: Zantac: Motion to Extend

Hi Tracy.

To resolve this and get agreement on the filing, this is the language approved by the client:

Counsel for GSK has engaged in multiple discussions with counsel for the Plaintiffs about the filing of this motion. Plaintiffs do not oppose this motion. In light of the discovery delays that have occurred, and further recognizing the impact these delays have had on Plaintiffs, Defendant GSK will not oppose a reasonable request by Plaintiffs' for a reasonable extension of deadlines and modification of PTO 30. The timing of the request and reasonableness of the period of such extension is under negotiation by the leads for the Defendants and Plaintiffs leadership.

A side deal would be that we need to agree to the language of the motion (no advocacy, bombs, etc.).

Because of the time crunch, putting out the best offer now. If this doesn't work we can file it as opposed and work through it.

Best,

Patrick

**Patrick Oot**
Shook, Hardy & Bacon L.L.P.
1800 K Street NW – 10th Floor
Washington, DC 20006
o:  202.639.5645 | oot@shb.com
m. 703.472.6576

SHOOK, HARDY & BACON L.L.P. MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION CONTAINING WORK PRODUCT AND/OR ATTORNEY-CLIENT PRIVILEGE INFORMATION OF RETAINED OUTSIDE COUNSEL

**From:** Finken, Tracy <tfinken@anapolweiss.com>
**Sent:** Friday, March 12, 2021 12:02 PM
**To:** Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Jaime Lynne Dodge <jdodge@emory.edu>; Sachse, Will <will.sachse@dechert.com>
**Subject:** RE: Zantac: Motion to Extend

**EXTERNAL**

Will wait to see your language.  Thanks.

Tracy A. Finken, Esquire

**ANAPOL**WEISS

**One Logan Square**
**130 N. 18th Street**
**Suite 1600**
**Philadelphia, PA 19103**
**(215) 735-1130**
**(215) 735-0773 (Direct Dial)**
**tfinken@anapolweiss.com**

**From:** Oot, Patrick L. (SHB) <OOT@shb.com>
**Sent:** Friday, March 12, 2021 11:32 AM
**To:** Finken, Tracy <tfinken@anapolweiss.com>
**Cc:** Jaime Lynne Dodge <jdodge@emory.edu>; Sachse, Will <will.sachse@dechert.com>
**Subject:** RE: Zantac: Motion to Extend

Thanks.  Basically, it aligns with the language from last night.  GSK can't agree not to oppose a motion it has not seen (language, scope, etc.).  Also, if this is a deal – both sides need to agree to something.

Hoping that we can hash through some language that works for both sides.

I am working on some language now.

**Patrick Oot**
Shook, Hardy & Bacon L.L.P.
1800 K Street NW – 10th Floor
Washington, DC 20006
o:  202.639.5645 | oot@shb.com
m. 703.472.6576

SHOOK, HARDY & BACON L.L.P. MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION CONTAINING WORK PRODUCT AND/OR ATTORNEY-CLIENT PRIVILEGE INFORMATION OF RETAINED OUTSIDE COUNSEL

**From:** Finken, Tracy <tfinken@anapolweiss.com>
**Sent:** Friday, March 12, 2021 11:08 AM
**To:** Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Jaime Lynne Dodge <jdodge@emory.edu>
**Subject:** Re: Zantac: Motion to Extend

# EXTERNAL

Hey Patrick,

I'm tied up on a zoom right now with an expert and will be for awhile.  I know time is of the essence for you in getting it filed.  Did you speak to the client about our proposal?  Please let me know. I can respond via email but can't get on the phone right this minute.  Thx!

Tracy Finken, Esq.
Shareholder
Anapol Weiss
Sent from my iPhone

On Mar 12, 2021, at 11:01 AM, Oot, Patrick L. (SHB) <OOT@shb.com> wrote:

Hi Tracy.

I just left you a message – guessing you are in a zoom marathon.

Let me know if you have time to catch up, as we probably need to get this on the docket this AM/early afternoon.

Best,

Patrick

**Patrick Oot**
Shook, Hardy & Bacon L.L.P.
1800 K Street NW – 10th Floor
Washington, DC 20006
o:  202.639.5645 | oot@shb.com
m. 703.472.6576

SHOOK, HARDY & BACON L.L.P. MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION CONTAINING WORK PRODUCT AND/OR ATTORNEY-CLIENT PRIVILEGE INFORMATION OF RETAINED OUTSIDE COUNSEL

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.