## DECLARATION OF SHOPRITE OF PERRING PARKWAY, LLC

I, Marshall Klein, of legal age and resident of Maryland, declare and state under penalty of perjury that the following is true and correct:

1.      I am Vice President of ShopRite of Perring Parkway, LLC, a Maryland limited liability company.

2.      In that capacity, I have personal knowledge regarding the matters stated in this declaration. If called to testify, I could and would testify consistently with the statements in this declaration.

3.      In my current position, I am responsible for the operations of ShopRite of Perring Parkway, LLC, and as a result, am familiar with ShopRite of Perring Parkway, LLC's business.

4.      ShopRite of Perring Parkway, LLC has never held a New Drug Application or an Abbreviated New Drug Application for Zantac® or any other ranitidine-containing products.

5.      ShopRite of Perring Parkway, LLC is not, and has never been, the manufacturer of Zantac® or any other ranitidine-containing products.

6.      ShopRite of Perring Parkway, LLC exercised no control over the design or manufacture of Zantac® or any other ranitidine-containing products that it received from the manufacturers of the same.

7.      ShopRite of Perring Parkway, LLC did not provide the manufacturer(s) of Zantac® or any other ranitidine-containing products with any labeling information supplied with Zantac® and/or any other ranitidine-containing product.

8.      ShopRite of Perring Parkway, LLC did not provide the manufacturer(s) of Zantac® or any other ranitidine-containing products with any instructions, directions, or requirements for the design and content to be included in the label of Zantac® and/or any other ranitidine-containing product.

9.      ShopRite of Perring Parkway, LLC has never been an approved manufacturer of Zantac® or any other ranitidine-containing products, and it has never been listed or otherwise registered with the FDA to manufacture Zantac® or any other ranitidine-containing products.

10.      At no time did ShopRite of Perring Parkway, LLC have the authority or ability to change or modify the FDA-approved design, label, or manufacturing process for Zantac® or any other ranitidine-containing products.

11.      At all times relevant to this litigation ShopRite of Perring Parkway, LLC did not have knowledge or information that any Zantac® or any other ranitidine-containing drug products contained N-nitrosodiethylamine ("NDMA") or could degrade under certain conditions to form NDMA.  ShopRite of Perring Parkway, LLC had no knowledge of the presence of NDMA in certain ranitidine-containing drug products until some point after that information became publicly available in 2019.

12.      ShopRite of Perring Parkway, LLC does not test or otherwise investigate the sealed, packaged Zantac®, or other ranitidine-containing products that it stocks on its shelves for sale, for the presence of nitrosamines, including NDMA.


Executed this 22nd day of March, 2021 in *Forest Hill  Maryland*              .


                              _____
                              Marshall Klein
                              Vice President
                              ShopRite of Perring Parkway, LLC