*Privileged and Confidential*
*Joint Defense Privileged*
*Attorney Work Product*

# DECLARATION OF PAUL ZVALENY

I, Paul Zvaleny, of legal age and resident of Maryland, declare and state under penalty of perjury pursuant to 28 U.S.C. § 1746(2) that the following is true and correct:

1. I am competent to testify in all respects and to make this declaration. I have personal knowledge regarding the matters stated in this declaration. If called to testify, I could and would testify consistently with the statements in this declaration.

2. I am the Director of Pharmacy Operations for Giant of Maryland LLC.

3. In my current position, I am responsible for pharmacy operations for Giant of Maryland LLC, and as a result am familiar with Giant of Maryland's products and practices in this area. Giant of Maryland is a subsidiary of Giant Food, LLC, which is a subsidiary of Ahold USA, Inc.

4. Giant of Maryland LLC has never held a New Drug Application or Abbreviated New Drug Application for Zantac or other ranitidine-containing products.

5. Giant of Maryland LLC did not design, manufacture, label, package, or distribute Zantac or other ranitidine-containing products.

6. Giant of Maryland LLC has never been an approved manufacturer of Zantac or other ranitidine-containing products and has never been listed or registered with FDA to manufacture Zantac or other ranitidine-containing products.

7. At no time did Giant of Maryland LLC have the authority or ability to change or modify the FDA-approved design, label, and manufacturing process for Zantac or other ranitidine-containing products.

8. At all times relevant to this litigation, Giant of Maryland LLC did not have knowledge or information that any ranitidine-containing drug products contained N-

***Privileged and Confidential***
***Joint Defense Privileged***
***Attorney Work Product***

nitrosodiethylamine ("NDMA") or could degrade under certain conditions to form NDMA. Giant of Maryland LLC first learned about the presence of NDMA in certain ranitidine-containing drug products in 2019, when such information became publicly available.

9. Giant of Maryland LLC does not test or otherwise investigate for unknown and undisclosed risks of FDA-approved products it carries in the ordinary course of its business.

Executed this __22nd__ day of March, 2021 in __Gambrills, Maryland__.

_____
Paul Zvaleny