# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL NO. 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

            JUDGE ROBIN L. ROSENBERG
            MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO ALL CASES

### DECLARATION OF DEBOLINA PARTAP, ESQ. IN SUPPORT OF WOCKHARDT LTD.'S RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Debolina Partap, hereby declare as follows:

1. I am General Counsel of Wockhardt Ltd. Wockhardt Ltd. is organized under the laws of India with its headquarters in Mumbai, India. Since 2006, I have been employed by Wockhardt Ltd., with offices located at Wockhardt Towers, Bandra Kurla Complex, Bandra (East), Mumbai 400051, Maharashtra, India.

2. As a result of my position, I have personal knowledge as to the nature, scope and location of the business and operations of Wockhardt Ltd. worldwide, as well as the other matters addressed herein. I make this declaration on the basis of my personal knowledge and based upon my review of certain records regularly maintained by Wockhardt Ltd. in the ordinary course of its business.

3. I make this declaration in support of Wockhardt Ltd.'s motion to dismiss this action for lack of personal jurisdiction.

4. Wockhardt Ltd. is not registered or licensed to do business anywhere in the United States.

5. Wockhardt Ltd. currently does not maintain offices, facilities, local telephone listings or bank accounts, or lease any real property anywhere in the United States, and it has not done so for over thirteen years.

6. Prior to 2008, Wockhardt Ltd. may have had one or two employees or agents in Maryland and New Jersey serving as U.S. agents for purposes of communication with the FDA per 21 C.F.R. § 207.69.

7. Since no later than 2008, Wockhardt USA LLC (formerly known as Wockhardt USA, Inc.) has served as Wockhardt Ltd.'s U.S. agent for purposes of communication with the FDA.

8. In 1998, Wockhardt Ltd. first obtained an approved ANDA for its prescription ranitidine tablet products. Subsequently, Wockhardt Ltd. obtained additional approved ANDAs for other ranitidine drug products.

9. Wockhardt Ltd. manufactured all of its ranitidine drug products at its facilities located in India.

10. Wockhardt Ltd. did not sell, market, distribute or otherwise commercialize any ranitidine drug products to any consumer, pharmacy or third-party payor (*e.g.*, employee welfare benefit plans or insurance companies) in the United States.

11. At certain points in time, Wockhardt Ltd. indirectly supplied its ranitidine drug products to Wockhardt USA LLC through another subsidiary of Wockhardt Ltd., pursuant to Wockhardt USA LLC's purchase orders. The products were sent in bulk to the warehouse facility of Wockhardt USA LLC's third-party logistics provider, located in Louisville, Kentucky.

12. Wockhardt USA LLC is an indirect subsidiary of Wockhardt Ltd. Wockhardt Ltd. is not a member of Wockhardt USA LLC. Wockhardt USA LLC is a separate legal entity that operates independently of Wockhardt Ltd.

13. Wockhardt Ltd. did not direct or otherwise control Wockhardt USA LLC's sales, marketing and distribution of the ranitidine drug products in the United States.

14. At certain points in time, Wockhardt Ltd. also supplied its ranitidine drug products to nonaffiliated third-party pharmaceutical companies pursuant to supply agreements. The products were sent in bulk from India to those third-party pharmaceutical companies' warehouse facilities in Florida, Michigan and New York. Once the products were shipped to those facilities, Wockhardt Ltd. had no control over the sales, marketing and distribution of the products by those third-party pharmaceutical companies in the United States.

15. Wockhardt Ltd. has not manufactured or supplied any of its ranitidine drug tablet products to Wockhardt USA LLC or other third-party pharmaceutical companies since November 2013. Wockhardt Ltd. has likewise not manufactured and supplied ranitidine solution products to Wockhardt USA LLC or other third-party pharmaceutical companies since 2014.

I declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America that the foregoing is true and correct.

Dated: March 8, 2021

DEBOLINA PARTAP