# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION** | MDL No. 2924<br>Case 9:20-md-02924-RLR<br><br>**JUDGE ROBIN L. ROSENBERG**<br><br>**MAGISTRATE JUDGE BRUCE E. REINHART** |

**DECLARATION OF GORDON FAHNER
IN SUPPORT OF RENEWED MOTION FOR DISMISSAL**

I, Gordon Fahner, declare as follows:

1. I am currently employed as Vice President, Global Finance of Apotex Inc. I have personal knowledge of the corporate structure, operations, and general business matters related to Apotex Corp. and Apotex Inc. I make this declaration based on my own personal knowledge and am competent to testify as to the statements made in this declaration.

2. Apotex Inc. is, and at all relevant times has been, a company incorporated under the laws of Canada and headquartered in Toronto, Ontario, Canada.

3. Toronto, Ontario, Canada is Apotex Inc.'s principal place of business.

4. Apotex Inc. has no presence in the United States and has no office, facilities, leased or owned property, employees, registered agent, local telephone listings, or bank accounts in the United States.

5. Apotex Inc. is not registered by any Secretary of State or licensed to do business in any state in the United States.

6. Apotex Inc. holds four ranitidine related ANDAs, which it or affiliated Canadian companies obtained by submitting ANDAs to the Food and Drug Administration ("FDA"). The ANDAs and all supporting materials were prepared in Canada.

7. In the United States, Apotex Corp. commercialized and distributed the finished ranitidine drug product manufactured by Apotex Inc.

8. Decisions about the amounts of finished ranitidine drug product to import, to whom it would be sold, and to where it would be distributed were made by Apotex Corp.

9. Between 2014 and 2019 Apotex Consumer Products was responsible for global sale of over the counter drug products and supported Apotex Corp.'s United States sales efforts of over the counter ranitidine.

10. Apotex Corp. was the authorized representative Apotex Inc. for all matters related to the ANDAs and for purposes of communication with the FDA. Apotex Corp. communicates with the FDA regarding the ranitidine ANDAs independent of Apotex Inc.

11. Although Apotex Inc. is affiliated with Apotex Corp., Apotex Inc. and Apotex Corp. operate independently of each other.

12. Apotex Corp. is, and at all relevant times has been, a company incorporated under the laws of the state of Delaware and maintains its principal place of business in Florida.

13. Apotex Corp. generates its own revenue, with which it purchases the ranitidine-containing products it sells.

14. Apotex Corp. determines its distribution in the Unites States and did so with respect to ranitidine.

15. Apotex Corp. and Apotex Inc. each maintain separate financial statements and tax returns.

16. Apotex Inc. does not control the day-to-day operations of Apotex Corp.

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Executed at  Toronto, Canada  on this 24th day of March, 2021

By: _____
Gordon Fahner