# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**DECLARATION OF Mr. GORLA PHANEEMDRA PRASAD IN SUPPORT OF SPECIALLY-APPEARING DEFENDANT AUROBINDO PHARMA LTD.'S MOTION TO DISMISS <u>PLAINTIFFS' MASTER PERSONAL INJURY COMPLAINT</u>**

I, GORLA PHANEEMDRA PRASAD, declare the following:

1. I am the Senior Vice President-Global Finance Operations of Aurobindo Pharma Ltd. I make this declaration based upon my personal knowledge and I am competent to testify hereto.

2. Aurobindo Pharma Ltd. is a corporation organized under the laws of the Republic of India.

3. Aurobindo Pharma Ltd. is not, and never was, incorporated in Florida, or anywhere else in the United States.

4. Aurobindo Pharma Ltd. maintains its principal place of business in Hyderabad, Telangana, India.

5. Aurobindo Pharma Ltd. does not maintain its principal place of business in Florida, or anywhere else in the United States, nor has it ever maintained its principal place of business in Florida, or anywhere else in the United States.

6. Aurobindo Pharma Ltd. does not manufacture, sell, or distribute any ranitidine products (or any other products) in Florida, or anywhere else in the United States.

7. Aurobindo Pharma Ltd. ships certain ranitidine products to separate entities, Aurobindo Pharma USA, Inc., and Aurohealth LLC. Aurobindo Pharma USA, Inc. and Aurohealth LLC sell and distribute those medications in the United States. Aurobindo Pharma Ltd. does not sell, and has not sold, ranitidine products directly to patients or physicians in Florida, or anywhere else in the United States.

8. Aurobindo Pharma Ltd. is a separate company from Aurobindo Pharma USA, Inc. and Aurohealth LLC. The operations of Aurobindo Pharma Ltd. are separate from the operations of Aurobindo Pharma USA, Inc. and Aurohealth LLC. Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc. and Aurohealth LLC observe corporate formalities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 03, 2020, in Hyderabad, India.

_____
GORLA PHANEEMDRA PRASAD