# Exhibit E

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924 20-MD-2924 |
| | JUDGE ROBIN L ROSENBERG MAGISTRATE JUDGE BRUCE REINHART |

_____/

**THIS DOCUMENT RELATES TO:  ALL CASES**

### SPECIALLY-APPEARING DEFENDANT AUROBINDO PHARMA LTD.'S ANSWERS TO PLAINTIFFS' INTERROGATORIES REGARDING JURISDICTIONAL ISSUES

Pursuant to, and as limited by, the Court's Orders at Docket Numbers 2185 and 2330, Specially-Appearing Defendant Aurobindo Pharma Ltd. ("Aurobindo") hereby provides its Answers to Plaintiffs' Interrogatories Regarding Jurisdictional Issues.  These Answers are provided solely for purposes of jurisdictional discovery and, by providing them, Aurobindo does not waive, and expressly preserves, all defenses including those based on jurisdiction.

**Interrogatory No. 1:**

Please list any entity, based or incorporated in the United States, which is a direct or indirect parent or subsidiary of, or otherwise affiliated with or related to You, by common ownership or control, and which purchases, manufactures, sells, (re-)labels, repackages, and/or distributes any Ranitidine-Containing Product in the U.S.

**ANSWER: Aurobindo Pharma USA, Inc., Aurohealth LLC, and Aurologistics LLC.**

**Interrogatory No. 2:**

For You and any Related Entity, please list: the name, place of incorporation, principle place of business, and nature of corporate relationship to You.

1

**ANSWER:**

| Name of Entity | Date of Incorporation/ Organization | Place of Incorporation/ Organization | Principal Place of Business | Nature of Corporate Relationship to Aurobindo |
|---|---|---|---|---|
| Aurobindo Pharma Ltd. | 12/1986 | Republic of India | Hyderabad, Telangana, India | N/A |
| Aurobindo Pharma USA, Inc. | 2/2004 | Delaware | New Jersey | Wholly-Owned Subsidiary |
| Aurohealth LLC | 9/2012 | New Jersey | New Jersey | Indirect Subsidiary |

*See also* **Documents contemporaneously produced in conjunction with Specially-Appearing Defendant Aurobindo Pharma Ltd.'s Responses to Plaintiffs' Requests for Production of Documents Regarding Jurisdictional Issues, incorporated into this Answer by reference.**

**Interrogatory No. 3:**

For each year in the time period set forth above, please list all of Your Employees located in or with job responsibilities in the United States, including their locations and job responsibilities, to the extent their job responsibilities encompassed Ranitidine-Containing Products.

**ANSWER: None.**

**Interrogatory No. 4:**

For each year in the time period set forth above, please identify Your and all Related Entity's revenues derived from the sale of any Ranitidine-Containing Product in the United States.

**ANSWER: No answer required.  (*See* Dkt. # 2330, p. 13.)**

**Interrogatory No. 5:**

For each year in the time period set forth above, please identify each person or entity to whom You or any Related Entity sold or delivered any Ranitidine Containing Product in the United States, and specify the quantity sold, address of delivery, and person or entity taking delivery if different than the purchaser.

**ANSWER: Aurobindo Pharma USA, Inc., Aurohealth LLC, and Aurologistics LLC.**

**Interrogatory No. 6:**

Please identify any individual and/or department who communicated with the United States FDA on Your behalf relating to any Ranitidine-Containing Product or facility that manufactured, repackaged and/or (re-)labeled any Ranitidine-Containing Product.

**ANSWER: No answer required.  (***See*** Dkt. # 2330, p. 13.)**

**Interrogatory No. 7:**

Please identify the address and FDA Establishment Identifier for every facility owned and/or operated by You or any Related Entity where any Ranitidine-Containing Product is manufactured, repackaged, (re-)labeled, or distributed.

**ANSWER: No answer required.  (***See*** Dkt. # 2330, p. 13.)**

Dated:  December 15, 2020

/s/ *Joshua A. Klarfeld*
Joshua A. Klarfeld
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113
Tel: (216) 583-7000
jklarfeld@ulmer.com

Kevin M. Bandy
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Tel: (513) 698-5166
kbandy@ulmer.com

*Attorneys for Specially-Appearing Defendant Aurobindo Pharma Ltd.*

## VERIFICATION OF INTERROGATORY ANSWERS

I, Gorla Phaneemdra Prasad, am the Senior Vice President-Global Finance Operations of Aurobindo Pharma Ltd. I believe, based on reasonable inquiry, that the foregoing Interrogatory Answers are true and correct to the best of my knowledge, information, and belief.

Executed on December 15, 2020.

Gorla Phaneemdra Prasad

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served upon the following by electronic mail on December 15, 2020:

| | |
|---|---|
| Tracy A. Finken<br>tfinken@anapolweiss.com | Robert C. Gilbert<br>gilbert@kolawyers.com |
| Michael L. McGlamry<br>efile@pmkm.com | Adam Pulaski<br>adam@pulaskilawfirm.com |
| Francisco R. Maderal<br>frank@colson.com | Marlene Goldenberg<br>mjgoldenberg@goldenberglaw.com |
| Michael Shortnacy<br>mshortnacy@kslaw.com | Rob Friedman<br>rfriedman@kslaw.com |
| Lori Burton<br>lburton@kslaw.com | Lisa Williams<br>lisa.williams@kslaw.com |
| Chris Poth<br>CPoth@KSLAW.com | Jason Mattox<br>JMattox@KSLAW.com |
| Patrick Oot<br>oot@shb.com | Will Sachse<br>will.sachse@dechert.com |
| Valerie Blevins<br>vblevins@shb.com | Evan Montgomery<br>emontgomery@shb.com |
| Bryan Bartnik<br>Bryan.Bartnik@wbd-us.com | Elaine Horn<br>ehorn@wc.com |
| Annie Showalter<br>ashowalter@wc.com | Carl Schimke<br>CSchimke@wc.com |
| Leeanne Mancari<br>Leeanne.mancari@dlapiper.com | Paige Sharpe<br>Paige.sharpe@arnoldporter.com |
| H51826_Zantac@consilio.com | Keith.Duffy@FTIConsulting.com |
| FTI_GSK_ProjectSupport@fticonsulting.com | |

/s/ *Joshua A. Klarfeld*
Joshua A. Klarfeld