# Exhibit F

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

**SPECIALLY-APPEARING DEFENDANT AUROBINDO PHARMA LTD.'S
RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS
REGARDING JURISDICTIONAL ISSUES**

Pursuant to, and as limited by, the Court's Orders at Docket Numbers 2185 and 2330, Specially-Appearing Defendant Aurobindo Pharma Ltd. ("Aurobindo") hereby provides its Responses to Plaintiffs' Requests for Production of Documents Regarding Jurisdictional Issues. These Responses and accompanying documents are provided solely for purposes of jurisdictional discovery and, by providing them, Aurobindo does not waive, and expressly preserves, all defenses including those based on jurisdiction.

**Request No. 1:** Corporate Records for You and any Related Entity.

**RESPONSE: Contemporaneously with these Responses, Aurobindo produces Bates Numbered Documents AURO_0000000001-AURO_0000000085, which contain the following documents responsive to this Request:**

- **Aurobindo: Articles of Association;**
- **Aurobindo Pharma USA, Inc.: Certificate of Incorporation and By Laws;**
- **Aurohealth LLC: LLC Agreement; and**
- **Aurologistics LLC: Operating Agreement.**

**Request No. 2:** Documents sufficient to identify the board of directors, members, managers, each corporate officer and the organizational structure of You and any Related Entity.

1

**Contemporaneously with these Responses, Aurobindo produces Bates Numbered Documents AURO_0000000001-AURO_0000000387, which contain the following documents responsive to this Request:**

- **Documents identified in response to Request No. 1;**
- **2019-2020 Annual Report for Aurobindo; and**
- **Print-Out of Management Team for Aurobindo Pharma USA, Inc.**

**Request No. 3:** Documents sufficient to show Your ownership interest in, common ownership or control, or affiliation with any Related Entity.

**Contemporaneously with these Responses, Aurobindo produces Bates Numbered Documents AURO_0000000086-AURO_0000000381, which contain the following document responsive to this Request: 2019-2020 Annual Report for Aurobindo.**

**Request No. 4:** Written Agreements between You and any Related Entity relating or applying to: (i) the sale, distribution, marketing, importing, packaging, labeling or regulatory approval of Ranitidine Containing Products, and/or (ii) Your control over any Related Entities business or operations. In the case of purchase orders for Ranitidine Containing Products, this request seeks only several sufficient exemplars.

**RESPONSE: No response required.  (*See* Dkt. # 2330, p. 13.)**

**Request No. 5:** Documents sufficient to show the existence of any guarantees of similar assurances by You to financial institutions in the United States on behalf of any Related Entity.

**RESPONSE: No response required.  (*See* Dkt. # 2330, p. 13.)**

**Request No. 6:** All documents that relate to approval by You of business plans, marketing plans and/or budgets for You and any Related Entity.

**RESPONSE: No response required.  (*See* Dkt. # 2330, p. 13.)**

**Request No. 7:** Documents sufficient to show any Employee of Yours who at any time was also an Employee of any Related Entity to the extent such Employee: (i) was an officer or director of any Related Entity, *or* (ii) had job responsibilities encompassing Ranitidine Containing Products.

**RESPONSE: None.**

2

**Request No. 8:** Documents sufficient to show any shared technology, networks, data storage, software databases, websites or email domains among You and any Related Entity.

**RESPONSE: No response required.  (*See* Dkt. # 2330, p. 13.)**

**Request No. 9:** Documents sufficient to show all corporate policies, procedures and handbooks applicable to You and any Related Entities, and/or employees of either.

**RESPONSE: No response required.  (*See* Dkt. # 2330, p. 13.)**

**Request No. 10:** Documents sufficient to show all overlapping or shared departments or divisions between You and any Related Entities, e.g., human resources, compliance, or legal.

**RESPONSE: No response required.  (*See* Dkt. # 2330, p. 13.)**

**Request No. 11:** Documents sufficient to identify for each year during the relevant time period Your property and assets located in the United States that were used for and/or to facilitate the sale or distribution of Ranitidine-Containing Products.

**RESPONSE: No response required.  (*See* Dkt. # 2330, p. 13.)**

**Request No. 12:** Documents sufficient to show any insurance coverage or policy issued to or in favor of You by any United States insurance company covering any insurable event within the United States related to Ranitidine-Containing Products.

**RESPONSE: None.**

**Request No. 13:** With respect to Ranitidine-Containing Products sold by You and any Related Entity, Documents sufficient to show the quantity and volume transmitted, shipped or delivered into the United States and each U.S. State or Territory, as well as the purchaser and physical address of delivery.

**RESPONSE: No response required.  (*See* Dkt. # 2330, p. 14.)**

**Request No. 14:** Documents sufficient to show Your revenues and profit derived from the sale of Ranitidine-Containing Products in the United States and each U.S. State or Territory.

**RESPONSE: No response required.  (*See* Dkt. # 2330, p. 14.)**

**Request No. 15:** Documents sufficient to show how revenues and profit derived from the sale of Ranitidine-Containing Products in the United States are divided or allocated among You and any Related Entities.

**RESPONSE: No response required.  (*See* Dkt. # 2330, p. 14.)**

**Request No. 16:** Documents sufficient to show the location and duration of all travel to the United States by any officer or director of Yours that related, in whole or in part, to any Ranitidine-Containing Product.

**RESPONSE: No response required.  (*See* Dkt. # 2330, p. 14.)**

**Request No. 17:** Documents that You sent or submitted to the FDA regarding any Ranitidine-Containing Product or any facility that manufactured, repackaged and/or (re-)labeled any Ranitidine-Containing Product.

**RESPONSE: No response required.  (*See* Dkt. # 2330, p. 14.)**

**Request No. 18:** Documents sufficient to show an exemplar of each distinct label and/or packaging of any Ranitidine-Containing Product You sold in or shipped to the United States.

**RESPONSE: No response required.  (*See* Dkt. # 2330, p. 14.)**

**Request No. 19:** Documents sufficient to show who participated in and/or made the decision to voluntarily withdraw any of Your Ranitidine-Containing Products from the U.S. market.

**RESPONSE: No response required.  (*See* Dkt. # 2330, p. 14.)**

**Request No. 20:** Documents that You sent to or received from any entity distributing, providing third-party logistics, repackaging and/or relabeling regarding Your Ranitidine-Containing Product in the United States.

**RESPONSE: No response required.  (*See* Dkt. # 2330, p. 14.)**

Dated: December 15, 2020

/s/ *Joshua A. Klarfeld*
Joshua A. Klarfeld
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113
Tel: (216) 583-7000
jklarfeld@ulmer.com

Kevin M. Bandy
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Tel: (513) 698-5166
kbandy@ulmer.com

*Attorneys for Specially-Appearing Defendant Aurobindo Pharma Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following by electronic mail on December 15, 2020:

Tracy A. Finken
tfinken@anapolweiss.com

Michael L. McGlamry
efile@pmkm.com

Francisco R. Maderal
frank@colson.com

Michael Shortnacy
mshortnacy@kslaw.com

Lori Burton
lburton@kslaw.com

Chris Poth
CPoth@KSLAW.com

Patrick Oot
oot@shb.com

Valerie Blevins
vblevins@shb.com

Bryan Bartnik
Bryan.Bartnik@wbd-us.com

Annie Showalter
ashowalter@wc.com

Leeanne Mancari
Leeanne.mancari@dlapiper.com

H51826_Zantac@consilio.com

FTI_GSK_ProjectSupport@fticonsulting.com

Robert C. Gilbert
gilbert@kolawyers.com

Adam Pulaski
adam@pulaskilawfirm.com

Marlene Goldenberg
mjgoldenberg@goldenberglaw.com

Rob Friedman
rfriedman@kslaw.com

Lisa Williams
lisa.williams@kslaw.com

Jason Mattox
JMattox@KSLAW.com

Will Sachse
will.sachse@dechert.com

Evan Montgomery
emontgomery@shb.com

Elaine Horn
ehorn@wc.com

Carl Schimke
CSchimke@wc.com

Paige Sharpe
Paige.sharpe@arnoldporter.com

Keith.Duffy@FTIConsulting.com

/s/ *Joshua A. Klarfeld*
Joshua A. Klarfeld