# Exhibit G

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

THIS DOCUMENT RELATES TO ALL CASES

---

**DECLARATION OF MICHAEL KEENLEY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION BY SPECIALLY-APPEARING DEFENDANT CADILA HEALTHCARE, LTD.**

---

I, Michael Keenley, declare as follows:

1. I am the President and CEO of Defendant Zydus Pharmaceuticals USA, Inc. ("Zydus"). I have personal and direct knowledge gained through corporate sources of the facts set forth herein and of Specially Appearing Defendant, Cadila Healthcare, Ltd. ("Cadila"). If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Specially Appearing Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

2. Cadila is an Indian corporation with its headquarters in Gurajat, India and its principal place of business at at Zydus Corporate Park, Scheme No. 63, Survey No. 536, Nr. Vaishnodevi Circle, Sarkhej — Gandhinagar Highway, Ahmedabad — 382481, formed under the laws of India.

3. Cadila has never been incorporated in, or had a principal place of business in, the United States.

4. Cadila does not maintain any facilities, offices, telephone listings, bank accounts, or real property (whether owned or rented) in the United States with regards to the Ranitidine

containing products at issue in this litigation.

5. No officers of Cadila are located in the United States, nor does Cadila employ any individuals in the United States.

6. Cadila has never been registered or licensed to do business in any state in the United States with regards to the Ranitidine containing products at issue in this litigation.

7. Cadila has never leased, owned, or operated any pharmaceutical manufacturing plant, distribution facility, or any other operational facility in the United States, with regards to the Ranitidine containing products at issue in this litigation.

8. Cadila has a U.S. subsidiary, Zydus, which is a New Jersey corporation with its headquarters in New Jersey and its principal place of business at 73 Route 31 North, Pennington, New Jersey 08534.

9. Zydus is a wholly-owned subsidiary of Cadila which operates separately and independently of Cadila.  Cadila was not involved in the incorporation of Zydus in New Jersey.

10. Cadila is the manufacturer of Ranitidine Injection, USP (50 mg/2 mL) under NDC Code 68382-422-02 and Ranitidine Injection, USP (150 mg/6 mL) under NDC Code 68382—423-06 ("Ranitidine Products"), which were approved under ANDA No. 91534 on March 1, 2013. Cadila is also the manufacturer of Ranitidine Injection USP (1000 mg/40 mL vials) (Pharmacy Bulk Package) under NDC Code 70710-1550-001, which was approved under ANDA 91534 and launched on July 10, 2019.

11. Zydus is the holder of ANDA No. 91534 and the ANDA submission and all supporting materials submitted to the FDA for the Ranitidine Products were prepared in India.

12. Cadila manufactured all Ranitidine Products at two manufacturing facilities located in Gujarat, India.  There has never been any manufacturing of Ranitidine in the U.S.

13. All research, development and manufacturing of the Ranitidine Products was conducted in India, outside the United States.

14. Zydus is the marketer, seller and distributor of the Ranitidine Products in the United States and had maintained this role from the approval of Cadila's ANDA in March 2013 until the

    removal of all Ranitidine products from the market in April 2020.

15. Zydus controlled and directed all orders of the finished Ranitidine Products from Gujarat, India to an independent third-party distributor facility, Eversana (formerly known as Dohmen Life Science Services), located in Memphis, Tennessee.

16. The Ranitidine Products were warehoused at Eversana in Memphis, Tennessee until Zydus directed Eversana to ship the Ranitidine Products to its customers throughout the United States.

17. Cadila has never controlled or directed orders of Ranitidine Products to, or within, the United States.

18. Cadila has never sold or commercialized any Ranitidine Products in the United States.

    I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Executed on March 9, 2021 at Pennington, New Jersey

_____
Michael Keenley

3

1269963v.1