# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# DIVISION WEST PALM BEACH

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY
LITIGATION

MDL No. 2924
9:20-MD-02924-RLR

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

### DEFENDANTS, NOSTRUM LABORATORIES, INC. AND NOVITIUM PHARMA LLC'S, JOINT MOTION FOR LEAVE OF COURT TO FILE OUT OF TIME RESPONSE TO THE MARCH 9, 2021, ORDER TO SHOW CAUSE

Defendants Nostrum Laboratories, Inc. ("Nostrum") and Novitium Pharma, LLC ("Novitium") (collectively, "Defendants"), hereby file this Joint Motion for Leave of Court to File Out of Time Response to the March 9, 2021, Order Show Cause, and respectfully state, as follows:

This Court's Order to Show Cause mandated Defendants' Response to be filed by 5:00 p.m. EST on March 24, 2021. [DE 3000]. Defendants filed their Response to the March 9, 2021, Order to Show Cause at 6:38 p.m. EST on March 24, 2021. [DE 3106].

On March 24, 2021, counsel for Nostrum attempted to access this Court's CM/ECF filing system at approximately 4:35 p.m. EST, from counsel's office computer and network, to file Defendants' Response. Counsel for Nostrum was initially unable to reach the landing page https://ecf.flsd.uscourts.gov due to significant unresponsiveness of the court's website. Counsel for Nostrum simultaneously utilized a second computer on a different internet connection, and ultimately determined that the unresponsiveness encountered was not apparently originating from

1

counsel's computers or internet connections. Counsel for Novitium subsequently made similar attempts and reached the same conclusion.

Counsel for Nostrum eventually accessed, remained in, and attempted to work through, the court's filing system for almost two hours, attempting to file Defendants' Response. On several occasions, the filing session "timed out" and required counsel for Nostrum to backtrack and recreate previously completed steps within the system. Undersigned counsel's perception is that the system became less and less responsive over time, until approximately 6:30 p.m., at which time the filing interface became reasonably responsive, and counsel for Nostrum was able to complete the filing of Defendants' Response at 6:38 p.m. EST.

Defendants were therefore unable to file their Response by 5:00 p.m., on March 24, 2021, due to significant technical problems encountered within this Court's electronic filing interface. Undersigned counsel certifies that the technical difficulties encountered were not anticipated, and were not of the nature that undersigned counsel could reasonably expect to encounter during "busy" filing hours. On the contrary, the filing interface was substantially dysfunctional. As a result, Defendants were not able to file their Response until the filing system spontaneously resumed reasonable responsiveness at approximately 6:30 p.m.

While counsel for Nostrum was continuing the above-described process within the filing system, counsel for Novitium attempted, unsuccessfully, to reach the court via telephone after 5:00 p.m. EST. Counsel for Novitium then notified lead counsel for Plaintiffs and Defendants, and Special Master Jamie Dodge, at 5:50 p.m. EST, via email, that Defendants were encountering technical difficulties, at which time counsel for Novitium provided email service of Defendants' Response. At 6:40 p.m. EST, counsel for Nostrum responded to the aforementioned email, and advised the recipients that the filing of Defendants' Response had finally been completed.

Defendants respectfully request leave of court to file out of time *Defendants Nostrum Laboratories, Inc. and Novitium Pharma LLC's Response to the March 9, 2021, Order to Show Cause and Incorporated Memorandum of Law*. [DE 3106]. Defendants note that it appears from service emails generated by the CM/ECF system that no filings were made in this action by any filer, including this Court or its clerk, between the hours of 4:03 p.m. EST and 6:36 p.m. EST on March 24, 2021. While Defendants cannot demonstrate, as of the filing of this motion, that another filer encountered the same technical difficulties, there is presently no indication that another filer did not encounter the same issue during the same time frame.

Defendants fully acknowledge as a general principle that the risk of filing late increases as the deadline to file approaches. However, undersigned counsel submit that the technical issues Defendants encountered were unforeseeable and was not caused by means within Defendants' control, and that Defendants have no reason to conclude that the technical issues originated from means within Defendants' control. Therefore, Defendants respectfully submit that but for these technical issues, their Response would have been timely filed.

WHEREFORE, Defendants respectfully request that this Court grant leave of court for Defendants to file their Response out of time.

Dated: March 25, 2021                                                        Respectfully submitted,

*/s/ Amy L. Baker*
Amy L. Baker
Florida Bar No. 86912
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
111 N Orange Ave., Ste. 1200
Orlando, FL 32801
Tel: 407-203-7599
amy.baker@wilsonelser.com

*Attorney for Defendant*
*Novitium Pharma LLC*



*/s/ Drew M. Levin*
Jonathan C. Abel
Florida Bar No.: 370721
Drew M. Levin
Florida Bar No.: 0048419
CONROY SIMBERG, P.A.
3440 Hollywood Blvd., Second Floor
Hollywood, FL 33021
Telephone: 954-961-1400
Facsimile:  954-967-8577
Primary E-Mail: eservicehwd@conroysimberg.com
Secondary E-Mails:
jabel@conroysimberg.com
saristia@conroysimberg.com

*Counsel for Nostrum Laboratories Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 25, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide automatic notification to all counsel of record.

*/s/ Drew M. Levin*
Drew M. Levin
