UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924 |

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

**THIS DOCUMENT RELATES TO:**

**JOHN RODRIGUEZ,** on behalf of himself and all others similarly situated,

    Plaintiff,

v.

**SANOFI-AVENTIS U.S. LLC; SANOFI US SERVICES INC.; CHATTEM, INC.; PFIZER. INC.; GLAXOSMITHKLINE, LLC and BOERINGER INGELHEIM PHARMACEUTICALS, INC.**

    Defendants.

Civil Action No.: 1:20-cv-22541-RLR
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Pretrial Order # 62 [DE 3083], Plaintiff John Rodriguez, through undersigned counsel, dismisses without prejudice Case No. 1:20-cv-22541-RLR, with each party being responsible for its own fees and costs.

1

Dated: April 9, 2021.                           Respectfully submitted,

**HEISE SUAREZ MELVILLE P.A.**
1600 Ponce De Leon Boulevard
Suite 1205
Coral Gables, Florida 33134
Telephone (305)-800-4476

/s/ Patricia Melville
    Patricia Melville
    Florida Bar No. 475467
    pmelville@hsmpa.com
    Luis E. Suarez
    Florida Bar No. 390021
    lsuarez@hsmpa.com
    Mark J. Heise
    Florida Bar No. 771090
    mheise@hsmpa.com

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

*/s/ Patricia Melville*
Patricia Melville