**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)                          MDL DOCKET NO. 2924
PRODUCTS LIABILITY
LITIGATION                                          Civil Action No. 9:20-MD-2924

                                            JUDGE ROBIN L. ROSENBERG
                                    MAGISTRATE JUDGE BRUCE E. REINHART

_____

THIS DOCUMENT RELATES TO: ALL CASES

**JOINT STIPULATION OF PLAINTIFFS AND WOCKHARDT LTD. REGARDING PLAINTIFFS' EXPEDITED MOTION TO DEFER APRIL 23 DEADLINE TO OPPOSE SPECIALLY-APPEARING NON-U.S. GENERIC MANUFACTURER DEFENDANTS' RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND TO AUTHORIZE LIMITED JURISDICTIONAL DISCOVERY**

Plaintiffs and Wockhardt Ltd., through their respective undersigned counsel, jointly stipulate as follows:

WHEREAS, on March 24, 2021, certain specially appearing non-U.S. Defendants, including Wockhardt Ltd., filed a renewed Motion to Dismiss for Lack of Personal Jurisdiction [DE 3108] ("the Motion to Dismiss");

WHEREAS, Wockhardt Ltd. filed, in support of its Motion to Dismiss, the declaration of Debolina Partap, Esq. ("Partap Declaration"), a witness located in Mumbai, Maharashtra, India [DE 3108-1];

WHEREAS, on April 5, 2021, Plaintiffs filed an Expedited Motion to Defer April 23 Deadline to Oppose Specially-Appearing Non-U.S. Generic Manufacturer Defendants' Renewed Motion to Dismiss for Lack of Personal Jurisdiction and to Authorize Limited Jurisdictional Discovery [DE 3167] ("the Motion for Jurisdictional Discovery");

WHEREAS, on April 7, 2021, the Court entered an Order requiring Defendants to file a single, consolidated, expedited response to Plaintiffs' Motion for Jurisdictional Discovery by April 9, 2021 [DE 3175]; and

WHEREAS, Plaintiffs and Wockhardt Ltd. agree to resolve the issues presented by Plaintiffs' Motion for Jurisdictional Discovery pursuant to the stipulated compromise set forth herein, subject to approval by the Court;

IT IS HEREBY STIPULATED AND AGREED as follows:

1.      Wockhardt Ltd. consents to the Court entering an Order deferring Plaintiffs' April 23, 2021 deadline to file their opposition to the Motion to Dismiss, as to Wockhardt Ltd., consistent with the proposed schedule set forth below.

2.      Wockhardt Ltd. agrees to provide Plaintiffs with jurisdictional discovery in the form of written answers to specific questions of up to 50 in number and narrowly tailored to the statements made in the Partap Declaration or the arguments made by Wockhardt Ltd. in the Motion to Dismiss for Lack of Personal Jurisdiction to be drafted and presented by Plaintiffs' counsel, along with copies of reasonably available documents identified in the answers to those questions.

3.      It is the intention and expectation of the parties that Plaintiffs' written questions will be in substantially the same format, though broader in scope, as those submitted to Wockhardt Ltd. by email in advance of Plaintiffs filing their Motion for Jurisdictional Discovery and attached thereto as Ex. 1 at 8–9 [DE 3167-1]. The answers to Plaintiffs' written questions shall be provided by Debolina Partap, under penalty of perjury pursuant to 28 U.S.C. § 1746, subject to her reasonable investigation, and shall be binding on Wockhardt Ltd.

4.      The parties agree that, subject to the limitations in Paragraph 2 of this Stipulation, the questions shall be answered in a manner similar to a deposition in that, to the extent Wockhardt

2

Ltd. has objections to the form of a written question, it will include those objections in its response and will thereafter provide its answer to the question, unless the objection relates to the attorney-client and/or work-product privilege.  Likewise, the parties agree that Wockhardt Ltd. retains its right to challenge the relevance of the questions and/or answers provided in future briefing.

5.      The parties further agree to meet-and-confer, whether in advance or after the questions are answered, on Wockhardt's objections and, if necessary, resolve any disputes thereon pursuant to the process outlined in PTO 32.

6.      Wockhardt Ltd. reserves the right to file a supplemental declaration of Debolina Partap in support of the Motion to Dismiss to conform her testimony to the answers provided in response to Plaintiffs' written questions.  Plaintiffs will not oppose any such application to file a supplemental declaration.

7.      By agreeing to this stipulated process, Plaintiffs do not waive their right to later seek upon a showing of good cause with leave of Court, to compel Wockhardt Ltd. to provide written clarification of the answers to the written questions to clarify an ambiguity in the answers or declaration(s). Wockhardt Ltd. does not waive its right to oppose any such future request and the parties agree to meet-and-confer in advance to resolve any such request before Plaintiffs seek leave to exercise their rights under this paragraph

8.      Subject to the Court's approval, the parties agree to the following schedule to complete the above-described process and complete briefing on the Motion to Dismiss:

a.      Plaintiffs shall submit their written questions to Wockhardt Ltd.'s counsel within seven (7) days of the Court approving this Stipulation;

b.      Wockhardt Ltd. shall serve its answers and any objections within thirty (30) days of receiving the written questions;

      c.      The parties agree, to the extent possible, to meet-and-confer in an effort to resolve any objections prior to the deadline for Wockhardt to submit its answers;

      d.      If necessary, the parties shall submit any unresolved objections to the Court for resolution pursuant to PTO 32 within seven (7) days of Wockhardt Ltd.'s serving its answers to the written questions;

      e.      Plaintiffs shall file their opposition to the Motion to Dismiss, as to Wockhardt Ltd., within twenty-one (21) days of Wockhardt Ltd.'s serving its answers and any supplemental answers, whichever is later; and

      f.      Wockhardt Ltd. shall file its reply in support of the Motion to Dismiss within fourteen (14) days following service of Plaintiffs' opposition.

IT IS SO STIPULATED this 9th day of April, 2021.

| | |
|---|---|
| /s/ *Robert C. Gilbert* | /s/ *Clifford E. Katz* |
| Robert C. Gilbert | Clifford E. Katz |
| FBN561861 | Neil Merkl |
| KOPELOWITZ OSTROW FERGUSON | Sojin Yoon |
| WEISELBERG GILBERT | Kelley Drye & Warren LLP |
| 2800 Ponce de Leon Boulevard, Suite 1100 | 101 Park Avenue |
| Coral Gables, FL 33134 | New York, NY 10178 |
| Tel: (305) 384-7270 | Tel: 212-808-7811 |
| gilbert@kolawyers.com | ckatz@kelleydrye.com |
| | nmerkl@kelleydrye.com |
| Tracy A. Finken | syoon@kelleydrye.com |
| ANAPOL WEISS | |
| Once Logan Square | ***Attorneys for Defendant Wockhardt Ltd.*** |
| 130 North 18th Street, Suite 1600 | |
| Philadelphia, PA 19103 | |
| Tel: (215) 735-1130 | |
| Email: tfinken@anapolweiss.com | |
| | |
| Michael L. McGlamry | |
| POPE McGLAMRY, P.C. | |
| 3391 Peachtree Road NE, Suite 300 | |
| Atlanta, GA 30326 | |
| Tel: (404) 523-7706 | |
| Email:  efile@pmkm.com | |

4

Adam Pulaski
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Email: adam@pulaskilawfirm.com

***Plaintiffs' Co-Lead Counsel***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

/s/ *Robert C. Gilbert*