UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-MD-02924-ROSENBERG/REINHART

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY
LITIGATION,
_____/

### NOTICE OF DISCLOSURE

This is to notify all parties that the undersigned's daughter will be working as a paralegal at the firm of Williams & Connolly commencing in the summer of 2021. The undersigned's daughter was a college intern at the firm in the summer of 2020. Prior to the internship, the undersigned's chambers contacted the firm and received assurance that the undersigned's daughter would not participate in any work related to this case.

The Court does not see any conflict of interest. If any party feels that there may be a conflict, a motion shall be filed in CM/ECF within seven (7) days of the date of this Notice. Notice given this 19th day of April, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record