UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)  MDL NO. 2924
PRODUCTS LIABILITY  20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**ORDER REGARDING JUNE 3 AND JUNE 4 HEARINGS ON MOTIONS TO DISMISS**

The Court previously informed the parties that it would hold hearings on motions to dismiss on June 3 and June 4, 2021. The Court now apprises the parties that the hearings will begin each day at 10:00 a.m. EST. The Court has set aside both days for the hearings. All counsel arguing the motions should be available beginning at 10:00 a.m. EST on the day that his or her motion is heard.

The hearings will be conducted by Zoom teleconference. No counsel is permitted to appear in person. Any plaintiffs' counsel seeking to attend shall contact plaintiffs' liaison Frank Maderal. Any defense counsel seeking to attend shall contact defense liaison Joanne O'Connor. Counsel who have not yet made an appearance and do not want to identify their clients or potential clients to the liaisons, and any individuals not affiliated with a party to the litigation, may instead contact Special Master Jaime Dodge, Director of the Emory Institute for Complex Litigation, to be added to the attendee list. In advance of the hearings, liaison counsel will provide the log-in credentials and instructions to all attendees. Only those who have been given advance notice of their desire to attend will be admitted to the hearings absent special circumstances.

The Court will hear arguments on the motions, in the order set forth below, at the following docket entries during the morning of June 3: first hearing - 3111 (each side to argue for 15 minutes)

and second hearing - 3109 (each side to argue for 10 minutes), and during the afternoon of June 3: third hearing - 3116 (each side to argue for 20 minutes) and fourth hearing - 3115 (each side to argue for 15 minutes).

The Court will hear arguments on the motions in the order set forth below, at the following docket entries during the morning of June 4: first hearing - 3114 (15 minutes for each side) and second hearing - 3105 (20 minutes for each side), and during the afternoon of June 4: third hearing - 3112 (10 minutes for each side), fourth hearing - 3107 (10 minutes for each side), and fifth hearing - 3113 (10 minutes for each side).

Following the parties' presentations, the Court may direct questions to counsel. The length of each hearing may vary depending on the extent of the Court's questioning. The Court anticipates that the questioning for motion 3105 may stretch into the afternoon of June 4.

Argument from the parties must be limited to the arguments in the parties' briefing; the hearing is not an opportunity for the parties to raise new arguments for the first time. *E.g.*, *APA Excelsior III L.P. v. Premiere Techs., Inc.*, 476 F.3d 1261, 1269 (11th Cir. 2007) (refusing to consider claims not raised in a party's briefing and made for the first time at oral argument).

The Court has a strong commitment to supporting the development of our next generation of lawyers. The Court is therefore supportive of parties and senior attorneys allowing less-experienced practitioners the opportunity to argue before the Court. A lesser-experienced practitioner arguing will not preclude a more senior attorney arguing on the same issue. In addition, the Court will allow for a limited amount of additional time for presentation on the motion being argued if a member of the Leadership Development Committee or other lesser-experienced practitioner participates in the presentation on the motion. The parties shall email the list of

presenters for the hearings to the Zantac email address, zantac_mdl@flsd.uscourts.gov, by no later than June 2, 2021 at 12:00 p.m.

Finally, the Court previously informed the parties that they should reserve the date of June 7 as a possible hearing date. The parties should continue to hold June 7 as a possible hearing date as the Court may, after the hearing days of June 3 and June 4, utilize some portion of June 7 as an additional hearing day, if necessary.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 24th day of May, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE