UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)           MDL NO. 2924
PRODUCTS LIABILITY                20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

### PRETRIAL ORDER # 65
### Second Pretrial Order Establishing Case Management Schedule

The Court previously imposed pretrial deadlines in Pretrial Order # 30. The Plaintiffs subsequently moved to modify the Pretrial Order # 30 deadlines. DE 3412. After full briefing, the Court held a hearing on the motion on June 9, 2021 (the "Hearing"). This Pretrial Order sets new pretrial deadlines in this MDL. The Court does not vacate Pretrial Order # 30; instead, to the extent the deadlines in his Order conflict with Pretrial Order # 30, this Order controls. This Order applies to all cases pending in MDL No. 2924 and to all actions transferred to or directly filed in MDL No. 2924 after the date of this Order.

This Order does not address two topics discussed at the Hearing: the schedule for discovery relating to bellwether trials and any motions for summary judgment. After carefully considering these topics, the Court concludes that the parties must work with the Special Master to determine if an agreement can be reached as to these issues and/or a proposed post-*Daubert* schedule. The Court may issue a Pretrial Order specific to these issues at a later date. The Court also intends to issue an Order at a later date setting forth the bellwether trial schedule. The Court's vision is that bellwether trials will be conducted within 9-12 months following *Daubert* rulings.

The Court orders the following:

| Deadline | Event |
| --- | --- |
| July 1, 2021 | Parties begin discussions regarding process for selection of potential bellwether personal injury cases. |
| October 1, 2021 | Completion of process and plan for selecting potential bellwether personal injury cases, to be refined and amended for good cause as appropriate until final bellwether selection following the Court's general causation *Daubert* ruling. |
| October 1, 2021 | Plaintiffs' disclosures of disciplines and specializations of general causation experts, and areas of expertise relevant to each expert's general causation expert report. The parties shall meet and confer about the format of these disclosures. |
| November 1, 2021 | Defendants' disclosures of disciplines and specializations of general causation experts, and areas of expertise relevant to each expert's general causation expert report. The parties shall meet and confer about the format of these disclosures. |
| November 15, 2021 | Plaintiffs' supplemental disclosures, if any, of disciplines and specializations of general causation experts, and areas of expertise relevant to each expert's general causation expert report, based on Defendants' disclosures. The parties shall meet and confer about the format of these disclosures. |
| December 20, 2021 | Completion of all fact discovery of Defendants, including on issues related to general causation, and fact discovery related to class certification. |
| December 20, 2021 | Plaintiffs' expert reports on general causation and provision of three (3) dates on which each expert is available for deposition. |
| January 31, 2022 | Defendants' expert reports on general causation and provision of three (3) dates on which each expert is available for deposition. |

| | |
|---|---|
| February 21, 2022 | Plaintiffs' rebuttal reports, if any, on general causation. |
| April 25, 2022 | Completion of expert depositions on general causation. |
| May 9, 2022 | *Daubert* motions on general causation. |
| June 27, 2022 | Oppositions to *Daubert* motions on general causation. |
| July 18, 2022 | Replies in support of *Daubert* motions on general causation. |
| 14 days after general causation *Daubert* ruling | The Parties will submit final Bellwether Selection Plan to the Court. |
| 45 days after general causation *Daubert* ruling | Plaintiffs' class certification motions and expert reports. |
| 45 days after Plaintiffs' class certification motions | Completion of depositions of Plaintiffs' class certification experts. |
| 45 days after completion of depositions of Plaintiffs' class certification experts | Defendants' oppositions to Plaintiffs' class certification motions and expert reports.<br><br>Defendants' *Daubert* motions directed to Plaintiffs' class certification experts. |
| 14 days after Defendants' oppositions and *Daubert* motions due | Completion of depositions of Defendants' class certification experts. |

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 11th day of June, 2021.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE