UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |

_____/

THIS DOCUMENT RELATES TO: ALL CASES

**PRETRIAL ORDER # 66**
**Deadline for Depositions of Class Representatives and Their Health Care Providers**

In Pretrial Order # 49 [DE 1991], the Court established a deadline of November 19, 2021, to complete depositions of class representatives pertaining to the class action cases that are part of this multidistrict litigation. Based on the new dates and deadlines established in Amended Pretrial Order # 65 [DE 3624], Co-Lead Counsel for Plaintiffs and Defendants conferred and agree that the deadline for completion of depositions of class representatives and their health care providers in preparation for class certification briefing should be moved to July 18, 2022. Accordingly, the Court orders that the deadline to complete depositions of class representatives and their health care providers in preparation for class certification briefing is hereby reset to July 18, 2022.

**DONE AND ORDERED** in Chambers West Palm Beach, Florida, this 18th day of June, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE