FILED BY___*PG*___D.C.

JUL 13 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**SCHEDULE C**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE) PRODUCTS
LIABILITY LITIGATION

**MDL NO. 2924
20-MD-2924**

**JUDGE ROBIN L. ROSENBERG**

**MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1.     I am a member of good standing of the Bar of ___California___.

2.     I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3.     I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.     I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5.     I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Robin L. Rosenberg and that this privilege may be revoked at any time without notice.

6.     If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name   Natali Shabani
State Bar Number   279079
Firm Name   Prestige Law Firm
Mailing Address   15250 Ventura Blvd. Suite 500 Sherman Oaks, CA 91403
Telephone Number   818-788-0808
Email Address   Natali@Prestigelaw.com

Attorney Signature: _____        Date: __July 6,2021__

36

# PRESTIGE LAW

**AGHABALA & ASSOCIATES, INC.**

15250 Ventura Blvd. Suite 500   •   Sherman Oaks, CA 91403



SANTA CLARITA CA 913

7 JUN 2021 PM 5

UNITED STATES POSTAGE

U.S.

$0

02 1P
0000742865   JU
MAILED FROM ZIP C

MDL Clerk of the Court
United States District Court – Southern District of
Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128 -1801

33128-771699