# EXHIBIT A

| Plaintiff | Alleged Frequency of Use | Alleged Dosage(s) and Time Periods Of Use |
|---|---|---|
| Ida Adams (AMMC ¶ 26) | "once to three times daily depending on her condition" | "(a) OTC 150 mg Zantac tablets and capsules from approximately 2000 to 2005 in West Virginia while a citizen of West Virginia, manufactured by Pfizer and BI; (b) OTC 150 mg Zantac tablets and capsules from approximately 2005 to 2017 in Maryland while a citizen of Maryland, manufactured by Pfizer, BI and Sanofi; and (c) OTC 150 mg Zantac tablets and capsules from approximately 2010 to 2012 in West Virginia while a citizen of Maryland, manufactured by BI." |
| Virginia Aragon (AMMC ¶ 27) | "daily" | "(a) OTC Zantac tablets and capsules of 75 mg and/or 150 mg from approximately 2006 to 2020 manufactured by Pfizer, BI, and Sanofi; and (b) prescription 300 mg generic ranitidine tablets and capsules from approximately 2006 to 2020." |
| Golbenaz Bakhtiar (AMMC ¶ 28) | "up to twice daily, depending on her condition, with occasional gaps of no longer than a week" | "(a)150 mg prescription Zantac tablets and capsules beginning in approximately 2000, manufactured by GSK; (b) prescription 150 mg generic ranitidine tablets and capsules from approximately 2000 to 2019 that were used interchangeably throughout the time period with the brand; (c) 150 mg OTC Zantac tablets and capsules from approximately 2000 until 2019, manufactured by Pfizer, BI, and Sanofi, when she needed an extra dose or ran out of her prescription; and (d) OTC 150 mg generic ranitidine tablets and capsules from approximately 2005 to 2019, when she needed an extra dose or ran out of her prescription." |
| Felicia Ball (AMMC ¶ 29) | "at least once per day" | "(a) prescription Zantac in 150 mg and/or 300 mg manufactured by GSK beginning in 2000; and (b) prescription 150 mg and 300 mg generic ranitidine tablets and capsules when her insurance would not pay for brand Zantac." |
| Antrenise Campbell (AMMC ¶ 30) | "twice daily" | "(a) prescription 150 mg generic ranitidine tablets and capsules from approximately 1998 to 2008; and (b) OTC 150 mg Zantac tablets and capsules from approximately 2008 to 2013, manufactured by BI." |

| Plaintiff | Alleged Frequency of Use | Alleged Dosage(s) and Time Periods Of Use |
|---|---|---|
| Teresa Dowler (AMMC ¶ 31) | "daily" | "(a) prescription 150 mg Zantac tablets and capsules from approximately 2011 to 2013, manufactured by GSK; (b) OTC 150 mg Zantac tablets and capsules from approximately 2013 to 2018 manufactured by BI and Sanofi; and (c) prescription 150 mg generic ranitidine tablets and capsules from approximately 2018 to December 2019." |
| Jonathan Ferguson (AMMC ¶ 32) | "daily" | "(a) OTC Zantac tablets and capsules in approximately 1996 and 1999 in Nevada while a citizen of Nevada, manufactured by GSK and Pfizer; (b) OTC Zantac tablets and capsules from approximately 2007 to 2012 in California while a citizen of California, manufactured by BI; and (c) OTC ranitidine tablets from 2010 to 2012 in California while a citizen of California." |
| Karen Foster (AMMC ¶ 33) | Unknown | "(a) OTC 150 mg Zantac tablets and capsules that she purchased approximately a dozen times over the years from 2013 to 2017 in Florida while a citizen of Florida, manufactured by BI and Sanofi; and (b) prescription 150 mg generic ranitidine tablets and capsules in Florida while a citizen of Florida from approximately 2013 to 2017." |

| Plaintiff | Alleged Frequency of Use | Alleged Dosage(s) and Time Periods Of Use |
|---|---|---|
| Michael Galloway (AMMC ¶ 34) | "up to three times daily" | "(a) prescription 150 mg Zantac tablets and capsules from approximately 1997 through 1999 in Florida while a citizen of Florida, manufactured by GSK; (b) prescription 150 mg generic ranitidine tablets and capsules from approximately 1997 through 1999 in Florida while a citizen of Florida; (c) OTC Zantac tablets and capsules from approximately 1997 through 1999 in Florida while a citizen of Florida manufactured by GSK and Pfizer; (d) prescription 150 mg generic ranitidine tablets and capsules from approximately 1999 through October 2019 in Ohio while a citizen of Ohio; (e) OTC Zantac tablets and capsules from approximately 1999 through October 2019 in Ohio while a citizen of Ohio manufactured by Pfizer, BI, and Sanofi; and (f) prescription 150 mg Zantac tablets and capsules, beginning in approximately 1999 in Ohio, manufactured by GSK." |
| Alberta Griffin (AMMC ¶ 35) | "up to three times a day depending on her condition" | "(a) prescription Zantac tablets and capsules in increasing dosages beginning in approximately 2000, manufactured by GSK; (b) prescription 150 mg generic ranitidine tablets and capsules from approximately 2013 to March 2020 when her insurance would not pay for brand; and (c) OTC 150 mg Zantac tablets and capsules from approximately 2000 to March 2020, manufactured by Pfizer, BI, and Sanofi when she ran out of her prescription." |
| Lorie Kendall-Songer (AMMC ¶ 36) | "once or twice per day" | "OTC 150 mg Zantac tablets and capsules . . . from approximately 2012 to 2020, which were manufactured by BI and Sanofi." |
| Ronda Lockett (AMMC ¶ 37) | "Once" or "twice" daily | "(a) prescription Zantac tablets and capsules consumed twice daily from approximately 1990 to 1995, which were manufactured by GSK; and (b) OTC Zantac tablets and capsules consumed once daily from approximately 1996 to 2000, which were manufactured by GSK and Pfizer." |

| Plaintiff | Alleged Frequency of Use | Alleged Dosage(s) and Time Periods Of Use |
|---|---|---|
| Marva Mccall (AMMC ¶ 38) | "once per day" | "(a) 300 mg OTC Zantac tablets and capsules . . . from approximately 2007 to 2015 when her prescription ran out, which were manufactured by BI; and (b) prescription 150 mg and 300 mg generic ranitidine tablets and capsules from approximately 2011 to 2019." |
| Clifton McKinnon (AMMC ¶ 39) | "twice per day" | "(a) OTC 75 and 150 mg Zantac tablets and capsules consumed twice per day from approximately 2008 to 2010, which were manufactured by BI; and (b) prescription 150 mg generic ranitidine tablets and capsules from approximately 2010 to 2020." |
| Alexander Monger (AMMC ¶ 40) | "twice per day" | "(a) prescription 10, 15, 65, and 75 mg/ml Zantac syrup consumed twice per day beginning in approximately 1999, which was manufactured by GSK; (b) prescription Zantac tablets and capsules consumed for approximately a six-month period during a hiatus from taking syrup; and (c) prescription 15 and 75 mg/ml and 65ml/5ml generic ranitidine syrup, consumed twice per day from approximately 1999 to 2020." |
| Laura Monger (AMMC ¶ 41) | "twice per day" | "(a) prescription 15, 25 mg/ml and 75mg/5ml Zantac syrup consumed twice per day, which was manufactured by GSK from approximately 1997 to 1998; and (b) prescription generic ranitidine syrup in various dosages based on Plaintiff's weight consumed twice per day from approximately 1998 to 2020." |
| Ricardo Moron (AMMC ¶ 42) | "three to four times a week" | "150 mg OTC Zantac tablets and capsules . . . from approximately 1996 to 2020, which were manufactured by GSK, Pfizer, BI, and Sanofi." |
| Richard O'Brien (AMMC ¶ 43) | "twice per day from approximately 1998 to 2008, and . . . once per day from approximately 2008 to 2019" | "(a) OTC 150 mg Zantac tablets and capsules manufactured by GSK, Pfizer, BI, and Sanofi; and (b) OTC 150 mg generic ranitidine tablets and capsules when he occasionally ran out of Zantac brand." |
| Cesar Pinon (AMMC ¶ 44) | "two or three times per day after meals" | "OTC 75 mg and 150 mg Zantac tablets and capsules . . . from approximately 2009 to 2015, and manufactured by BI." |

| Plaintiff | Alleged Frequency of Use | Alleged Dosage(s) and Time Periods Of Use |
|---|---|---|
| Jeffrey Pisano (AMMC ¶ 45) | "twice per day but later consumed as needed" | "(a) OTC 150 mg Zantac tablets and capsules from approximately 2012 to 2019, which were manufactured by BI and Sanofi; (b) prescription 150 mg Zantac tablets and capsules from approximately 1998 to 2003, which were manufactured by GSK; and (c) prescription 150 mg generic ranitidine tablets and capsules from approximately 1998 to 2003." |
| Ronald Ragan (AMMC ¶ 46) | "two times per day" | "(a) OTC 150 mg Zantac tablets and capsules from approximately 2012 to 2019, which were manufactured by BI and Sanofi; and (b) OTC 150 mg generic ranitidine tablets and capsules from approximately 2012 to 2019." |
| Tangie Sims (AMMC ¶ 47) | "one to two times per day" | "(a) OTC 150 mg Zantac tablets and capsules from approximately 2007 to 2020, which were manufactured by BI and Sanofi; and (b) OTC generic ranitidine tablets and capsules from approximately 2010 to 2020." |
| Michael Tomlinson (AMMC ¶ 48) | "twice daily" | "(a) prescription 300 mg Zantac tablets and capsules beginning in 2000 and continuing through at least 2002, manufactured by GSK; (b) prescription 150 mg and 300 mg generic ranitidine tablets and capsules at some point thereafter until 2019; and (c) OTC 150 mg Zantac tablets and capsules from approximately 2000 to 2019, manufactured by Pfizer, BI, and Sanofi when he ran out of or did not have access to his prescription." |
| Chris Troyan (AMMC ¶ 49) | "three to four times per week" | "(a) 75 mg and 150 mg OTC Zantac tablets and capsules beginning in approximately 2002, manufactured by Pfizer, BI, and Sanofi; and (b) OTC generic ranitidine tablets and capsules from approximately 2011 to 2020." |
| Gustavo Velasquez (AMMC ¶ 50) | "two to six times per week from approximately 2000 to 2016, and thereafter until 2020 on as-needed basis, approximately once a month" | "OTC 75 mg and 150 mg Zantac tablets and capsules manufactured by Pfizer, BI, and Sanofi [from approximately 2000 to 2020]." |

| Plaintiff | Alleged Frequency of Use | Alleged Dosage(s) and Time Periods Of Use |
|---|---|---|
| Teresa Waters (AMMC ¶ 51) | "daily" | "(a) OTC 150 mg Zantac tablets and capsules from approximately 2017 to 2020 manufactured by BI and Sanofi; and (b) prescription 150 mg generic ranitidine tablets and capsules from approximately 2017 to 2020." |
| Joshua Winans (AMMC ¶ 52) | "daily" | "OTC 75 and 150 mg Zantac tablets and capsules . . . from approximately 2000 to 2019, manufactured by Pfizer, BI, and Sanofi." |