UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                      MDL NO 2924
PRODUCTS LIABILITY                              20-MD-2924
LITIGATION

                                                     JUDGE ROBIN L. ROSENBERG
                                  MAGISTRATE JUDGE BRUCE REINHART

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

<u>**PRETRIAL ORDER # 67**</u>
Docket Information for Pro Se Litigants

Pursuant to the Court's existing procedures in all litigation matters, the Court has provided copies of all orders to pro se plaintiffs. In addition, the Pretrial Orders entered by this case are available on the Court's website, at https://www.flsd.us.gov/zantac. Nevertheless, the Court has recently received requests from pro se litigants requesting certain docket access and the appointment of counsel.

<u>Docket Access</u>. Although the pro se litigants are receiving formal notice consistent with the Court's existing procedures, the Court requested Plaintiffs' Liaison Counsel to create a file-sharing web link for pro se litigants where courtesy copies of additional critical orders and docket items will be made available to them. This file sharing web link is only intended to assist those pro se litigants who may prefer an electronic copy of the document, and in recognition of the financial costs and practical drawbacks of using the Pacer system. This Order does not create any obligation or liability upon Plaintiffs' Liaison Counsel with respect to his decision about what documents to include or not include, for any technical access issues, or create any greater obligation to these plaintiffs than that which exists as to any represented client in this MDL—

rather it is simply a courtesy copy. The pro se litigants remain solely responsible for prosecuting their own cases and staying informed of case filings, orders, and deadlines

Pro se litigants may request access to this link by emailing Plaintiffs' Liaison Counsel Frank Maderal at ZantacLiaison@colson.com, and providing their name, case number, and email address. If pro se litigants would like to request a specific document be added to the web link, they may request it by citing the document's docket number in the MDL; Plaintiffs' Liaison Counsel will make a reasonable good faith effort to provide these documents, so long as the volume and burden of doing so is reasonable and proportional, consistent with the courtesy nature of this platform.

<u>Appointment of Counsel</u>. For those plaintiffs who choose to continue their case on a pro se basis, court-appointed counsel is <u>not</u> available. While courts in this Circuit are cognizant of a pro se litigant's challenge in litigating a complex matter in federal court and hold them to a less stringent standard in certain instances, ultimately pro se litigants are not absolved from the procedural and substantive requirements of the law. If pro se litigants would like to be represented by an attorney, they must contact and retain one on their own.

**DONE AND ORDERED** in Chambers West Palm Beach, Florida, this 1st day of September, 2021.

                                                      **ROBIN L. ROSENBERG**
                                                      **UNITED STATES DISTRICT JUDGE**