# EXHIBIT 1

**PLAINTIFFS' ALLEGATIONS OF RANITIDINE USAGE**

| Plaintiff | Frequency of Use | Dosage(s) and Time Periods Of Use | Total Years Used |
|---|---|---|---|
| **Ida Adams (MD, WV) (AAMC, ¶ 26)** | "once to three times daily" | "Plaintiff purchased and used Ranitidine-Containing Products from approximately 2000 to 2019 for heartburn and gastroesophageal reflux disease ("GERD"). The Ranitidine-Containing Products purchased and used by Plaintiff specifically included the following, consumed once to three times daily depending on her condition:<br>(a) OTC 150 mg Zantac tablets and capsules from approximately 2000 to 2005 in West Virginia while a citizen of West Virginia, manufactured by Pfizer and BI;<br>(b) OTC 150 mg Zantac tablets and capsules from approximately 2005 to 2017 in Maryland while a citizen of Maryland, manufactured by Pfizer, BI and Sanofi; and<br>(c) OTC 150 mg Zantac tablets and capsules from approximately 2010 to 2012 in West Virginia while a citizen of Maryland, manufactured by BI." | 20 |
| **Virginia Aragon (CA) (AAMC, ¶ 27)** | "daily" | "Plaintiff purchased and used Ranitidine-Containing Products in California while a citizen of California from approximately 2006 to 2020 for heartburn. The Ranitidine-Containing Products purchased and used by Plaintiff specifically included the following, consumed daily:<br>(a) OTC Zantac tablets and capsules of 75 mg and/or 150 mg from approximately 2006 to 2020 manufactured by Pfizer, BI, and Sanofi; and<br>(b) prescription 300 mg generic ranitidine tablets and capsules from approximately 2006 to 2020." | 14 |

| Plaintiff | Frequency of Use | Dosage(s) and Time Periods Of Use | Total Years Used |
|---|---|---|---|
| **Golbenaz Bakhtiar (CA) (AAMC, ¶ 28)** | "up to twice daily ... with occasional gaps of no longer than a week" | "Plaintiff purchased and used Ranitidine-Containing Products in California while a citizen of California from approximately 2000 to December 2019 for acid reflux and GERD. The Ranitidine-Containing Products purchased and used by Plaintiff specifically included the following, consumed up to twice daily, depending on her condition, with occasional gaps of no longer than a week:<br>(a) 150 mg prescription Zantac tablets and capsules beginning in approximately 2000, manufactured by GSK;<br>(b) prescription 150 mg generic ranitidine tablets and capsules from approximately 2000 to 2019 that were used interchangeably throughout the time period with the brand;<br>(c) 150 mg OTC Zantac tablets and capsules from approximately 2000 until 2019, manufactured by Pfizer, BI, and Sanofi, when she needed an extra dose or ran out of her prescription; and<br>(d) OTC 150 mg generic ranitidine tablets and capsules from approximately 2005 to 2019, when she needed an extra dose or ran out of her prescription." | 20 |
| **Felicia Ball (PA) (AAMC, ¶ 29)** | "at least once per day" | "Plaintiff purchased and used Ranitidine-Containing Products in Pennsylvania while a citizen of Pennsylvania from approximately 2000 to 2020 for irritable bowel syndrome. The Ranitidine-Containing Products purchased and used by Plaintiff during that time specifically included the following, consumed at least once per day:<br>(a) prescription Zantac in 150 mg and/or 300 mg manufactured by GSK beginning in 2000; and<br>(b) prescription 150 mg and 300 mg generic ranitidine tablets and capsules when her insurance would not pay for brand Zantac." | 20 |
| **Antrenise Campbell (MO) (AAMC, ¶ 30)** | "twice daily" | "Plaintiff purchased and used Ranitidine-Containing Products in Missouri while a citizen of Missouri from approximately 1998 to 2015 for heartburn and acid reflux. The Ranitidine-Containing Products purchased and used by Plaintiff and consumed twice daily specifically included<br>(a) prescription 150 mg generic ranitidine tablets and capsules from approximately 1998 to 2008; and<br>(b) OTC 150 mg Zantac tablets and capsules from approximately 2008 to 2013, manufactured by BI." | 18 |

| Plaintiff | Frequency of Use | Dosage(s) and Time Periods Of Use | Total Years Used |
|---|---|---|---|
| **Teresa Dowler (IN) (AAMC, ¶ 31)** | "daily" | "Plaintiff purchased and used Ranitidine-Containing Products from approximately 2011 to December 2019 in Indiana while a citizen of Indiana for GERD. The Ranitidine-Containing Products Plaintiff purchased and used daily specifically included<br>(a) prescription 150 mg Zantac tablets and capsules from approximately 2011 to 2013, manufactured by GSK;<br>(b) OTC 150 mg Zantac tablets and capsules from approximately 2013 to 2018 manufactured by BI and Sanofi; and<br>(c) prescription 150 mg generic ranitidine tablets and capsules from approximately 2018 to December 2019." | 9 |
| **Jonathan Ferguson (NV, CA) (AAMC, ¶ 32)** | "daily" | "Plaintiff purchased and used Ranitidine-Containing Products from approximately 1996 to 2017 for heartburn and GERD. The Ranitidine-Containing Products purchased and used by Plaintiff specifically included the following, consumed daily:<br>(a) OTC Zantac tablets and capsules in approximately 1996 and 1999 in Nevada while a citizen of Nevada, manufactured by GSK and Pfizer;<br>(b) OTC Zantac tablets and capsules from approximately 2007 to 2012 in California while a citizen of California, manufactured by BI; and<br>(c) OTC ranitidine tablets from 2010 to 2012 in California while a citizen of California." | 22 |
| **Karen Foster (FL) (AAMC, ¶ 33)** | regularly | "Plaintiff purchased and used Ranitidine-Containing Products from approximately 2013 to 2020 for hernia, heartburn, reflux, sour stomach, and GERD. The Ranitidine-Containing Products purchased and used by Plaintiff specifically included the following:<br>(a) OTC 150 mg Zantac tablets and capsules that she purchased approximately a dozen times over the years from 2013 to 2017 in Florida while a citizen of Florida, manufactured by BI and Sanofi; and<br>(b) prescription 150 mg generic ranitidine tablets and capsules in Florida while a citizen of Florida from approximately 2013 to 2017." | 8 |

| Plaintiff | Frequency of Use | Dosage(s) and Time Periods Of Use | Total Years Used |
|---|---|---|---|
| **Michael Galloway (OH, FL) (AAMC, ¶ 34)** | "up to three times daily" | "Plaintiff purchased and used Ranitidine-Containing Products from approximately 1989 through October 2019 for acid reflux. The Ranitidine-Containing Products purchased and used by Plaintiff and consumed up to three times daily specifically included<br>(a) prescription 150 mg Zantac tablets and capsules from approximately 1997 through 1999 in Florida while a citizen of Florida, manufactured by GSK;<br>(b) prescription 150 mg generic ranitidine tablets and capsules from approximately 1997 through 1999 in Florida while a citizen of Florida;<br>(c) OTC Zantac tablets and capsules from approximately 1997 through 1999 in Florida while a citizen of Florida manufactured by GSK and Pfizer;<br>(d) prescription 150 mg generic ranitidine tablets and capsules from approximately 1999 through October 2019 in Ohio while a citizen of Ohio;<br>(e) OTC Zantac tablets and capsules from approximately 1999 through October 2019 in Ohio while a citizen of Ohio manufactured by Pfizer, BI, and Sanofi; and<br>(f) prescription 150 mg Zantac tablets and capsules, beginning in approximately 1999 in Ohio, manufactured by GSK." | 31 |
| **Alberta Griffin (MD) (AAMC, ¶ 35)** | "up to three times a day" | "Plaintiff purchased and used Ranitidine-Containing Products in Maryland while a citizen of Maryland from approximately 2000 to March 2020 for acid reflux. The Ranitidine-Containing Products purchased and used by Plaintiff, consumed up to three times a day depending on her condition specifically included the following:<br>(a) prescription Zantac tablets and capsules in increasing dosages beginning in approximately 2000, manufactured by GSK;<br>(b) prescription 150 mg generic ranitidine tablets and capsules from approximately 2013 to March 2020 when her insurance would not pay for brand; and<br>(c) OTC 150 mg Zantac tablets and capsules from approximately 2000 to March 2020, manufactured by Pfizer, BI, and Sanofi when she ran out of her prescription." | 20 |
| **Lorie Kendall-Songer (MO) (AAMC, ¶ 36)** | "once or twice per day" | "Plaintiff purchased and used Ranitidine-Containing Products from approximately 2012 to 2020 in Missouri while a citizen of Missouri for acid reflux and heartburn. The Ranitidine-Containing Products purchased and used by Plaintiff specifically included OTC 150 mg Zantac tablets and capsules, consumed once or twice per day, from approximately 2012 to 2020, which were manufactured by BI and Sanofi." | 8 |

| Plaintiff | Frequency of Use | Dosage(s) and Time Periods Of Use | Total Years Used |
|---|---|---|---|
| **Ronda Lockett (MO) (AAMC, ¶ 37)** | "Once" or "twice" daily | "Plaintiff purchased and used Ranitidine-Containing Products from approximately 1983 to March 2020 for heartburn, acid reflux, and ulcers. The Ranitidine-Containing Products Plaintiff purchased and used in Missouri while a citizen of Missouri specifically included (a) prescription Zantac tablets and capsules consumed twice daily from approximately 1990 to 1995, which were manufactured by GSK; and (b) OTC Zantac tablets and capsules consumed once daily from approximately 1996 to 2000, which were manufactured by GSK and Pfizer." | 37 |
| **Marva Mccall (FL) (AAMC, ¶ 38)** | "once per day" | "Plaintiff purchased and used Ranitidine-Containing Products in Florida while a citizen of Florida from approximately 2007 to December 2019 for heartburn, acid reflux, and GERD. The Ranitidine-Containing Products purchased and used by Plaintiff specifically included (a) 300 mg OTC Zantac tablets and capsules consumed once per day from approximately 2007 to 2015 when her prescription ran out, which were manufactured by BI; and (b) prescription 150 mg and 300 mg generic ranitidine tablets and capsules from approximately 2011 to 2019." | 13 |
| **Clifton McKinnon (FL) (AAMC, ¶ 39)** | "twice per day" | "Plaintiff purchased and used Ranitidine-Containing Products in Florida while a citizen of Florida from approximately 2008 to 2020 for acid reflux and GERD. The Ranitidine-Containing Products purchased and used by Plaintiff specifically included (a) OTC 75 and 150 mg Zantac tablets and capsules consumed twice per day from approximately 2008 to 2010, which were manufactured by BI; and (b) prescription 150 mg generic ranitidine tablets and capsules from approximately 2010 to 2020." | 12 |
| **Alexander Monger (FL) (AAMC, ¶ 40)** | "twice per day" | "Plaintiff purchased and used Ranitidine-Containing Products in Florida while a citizen of Florida from approximately 1999 to 2020 for acid reflux. The Ranitidine-Containing Products purchased and used by Plaintiff specifically included (a) prescription 10, 15, 65, and 75 mg/ml Zantac syrup consumed twice per day beginning in approximately 1999, which was manufactured by GSK; (b) prescription Zantac tablets and capsules consumed for approximately a six-month period during a hiatus from taking syrup; and (c) prescription 15 and 75 mg/ml and 65ml/5ml generic ranitidine syrup, consumed twice per day from approximately 1999 to 2020." | 21 |

| Plaintiff | Frequency of Use | Dosage(s) and Time Periods Of Use | Total Years Used |
|---|---|---|---|
| **Laura Monger (FL) (AAMC, ¶ 41)** | "twice per day" | "Plaintiff purchased and used Ranitidine-Containing Products in Florida while a citizen of Florida from approximately 1997 to 2020 for acid reflux, heartburn, GERD, and aspiration. The Ranitidine-Containing Products purchased and used by Plaintiff specifically included (a) prescription 15, 25 mg/ml and 75mg/5ml Zantac syrup consumed twice per day, which was manufactured by GSK from approximately 1997 to 1998; and (b) prescription generic ranitidine syrup in various dosages based on Plaintiff's weight consumed twice per day from approximately 1998 to 2020." | 23 |
| **Ricardo Moròn (FL) (AAMC, ¶ 42)** | "three to four times a week" | "Plaintiff purchased and used Ranitidine-Containing Products in Florida while a citizen of Florida from approximately 1996 to 2020 for heartburn, acid reflux, and stomach discomfort. The Ranitidine-Containing Products purchased and used by Plaintiff specifically included 150 mg OTC Zantac tablets and capsules consumed approximately three to four times a week from approximately 1996 to 2020, which were manufactured by GSK, Pfizer, BI, and Sanofi." | 24 |
| **Richard Obrien (CA) (AAMC, ¶ 43)** | "twice per day from approximately 1998 to 2008, and . . . once per day from approximately 2008 to 2019" | "Plaintiff purchased and used Ranitidine-Containing Products in California while a citizen of California from approximately 1998 to November 2019 for gastritis and GERD. The Ranitidine-Containing Products purchased and used by Plaintiff, consumed twice per day from approximately 1998 to 2008, and consumed once per day from approximately 2008 to 2019, specifically included: (a) OTC 150 mg Zantac tablets and capsules manufactured by GSK, Pfizer, BI, and Sanofi; and (b) OTC 150 mg generic ranitidine tablets and capsules when he occasionally ran out of Zantac brand." | 22 |
| **Cesar Pinon (NV) (AAMC, ¶ 44)** | "two or three times per day" | "Plaintiff purchased and used Ranitidine-Containing Products in Nevada while a citizen of Nevada from approximately 2009 to 2019 for acid reflux. The Ranitidine-Containing Products purchased and used by Plaintiff specifically included OTC 75 mg and 150 mg Zantac tablets and capsules consumed two or three times per day after meals from approximately 2009 to 2015, and manufactured by BI." | 11 |

| Plaintiff | Frequency of Use | Dosage(s) and Time Periods Of Use | Total Years Used |
|---|---|---|---|
| **Jeffrey Pisano (CO) (AAMC, ¶ 45)** | "twice per day but later consumed as needed" | "Plaintiff purchased and used Ranitidine-Containing Products in Colorado while a citizen of Colorado from approximately 1998 to February 2020 for heartburn. The Ranitidine-Containing Products purchased and used by Plaintiff and consumed twice per day but later consumed as needed specifically included (a) OTC 150 mg Zantac tablets and capsules from approximately 2012 to 2019, which were manufactured by BI and Sanofi; (b) prescription 150 mg Zantac tablets and capsules from approximately 1998 to 2003, which were manufactured by GSK; and (c) prescription 150 mg generic ranitidine tablets and capsules from approximately 1998 to 2003." | 22 |
| **Ronald Ragan (CO) (AAMC, ¶ 46)** | "two times per day" | "Plaintiff purchased and used Ranitidine-Containing Products from approximately 2012 to 2019 in Colorado while a citizen of Colorado for acid reflux, heartburn, and GERD. The Ranitidine-Containing Products purchased and used by Plaintiff and consumed two times per day specifically included (a) OTC 150 mg Zantac tablets and capsules from approximately 2012 to 2019, which were manufactured by BI and Sanofi; and (b) OTC 150 mg generic ranitidine tablets and capsules from approximately 2012 to 2019." | 8 |
| **Tangie Sims (AZ) (AAMC, ¶ 47)** | "one to two times per day" | "Plaintiff purchased and used Ranitidine-Containing Products in Arizona while a citizen of Arizona from approximately 2007 to 2020 for heartburn. The Ranitidine-Containing Products purchased and used by Plaintiff and consumed one to two times per day specifically included: (a) OTC 150 mg Zantac tablets and capsules from approximately 2007 to 2020, which were manufactured by BI and Sanofi; and (b) OTC generic ranitidine tablets and capsules from approximately 2010 to 2020." | 13 |

| Plaintiff | Frequency of Use | Dosage(s) and Time Periods Of Use | Total Years Used |
|---|---|---|---|
| **Michael Tomlinson (FL) (AAMC, ¶ 48)** | "twice daily" | "Plaintiff purchased and used Ranitidine-Containing Products in Florida while a citizen of Florida from approximately 2000 to November 2019 for acid reflux. The Ranitidine-Containing Products purchased and used by Plaintiff and consumed twice daily specifically included the following:<br>(a) prescription 300 mg Zantac tablets and capsules beginning in 2000 and continuing through at least 2002, manufactured by GSK;<br>(b) prescription 150 mg and 300 mg generic ranitidine tablets and capsules at some point thereafter until 2019; and<br>(c) OTC 150 mg Zantac tablets and capsules from approximately 2000 to 2019, manufactured by Pfizer, BI, and Sanofi when he ran out of or did not have access to his prescription." | 20 |
| **Chris Troyan (OH) (AAMC, ¶ 49)** | "three to four times per week" | "Plaintiff purchased and used Ranitidine-Containing Products in Ohio while a citizen of Ohio from approximately 2002 to 2020 for heartburn and acid reflux. The Ranitidine-Containing Products purchased and used by Plaintiff and consumed three to four times per week specifically included (a) 75 mg and 150 mg OTC Zantac tablets and capsules beginning in approximately 2002, manufactured by Pfizer, BI, and Sanofi; and<br>(b) OTC generic ranitidine tablets and capsules from approximately 2011 to 2020." | 18 |
| **Gustavo Velasquez (FL) (AAMC, ¶ 50)** | "two to six times per week from approximately 2000 to 2016, and thereafter until 2020 on as- needed basis, approximately once a month" | "Plaintiff purchased and used Ranitidine-Containing Products in Florida while a citizen of Florida from approximately 2000 to February 2020 for acid reflux. The Ranitidine-Containing Products purchased and used by Plaintiff specifically included OTC 75 mg and 150 mg Zantac tablets and capsules manufactured by Pfizer, BI, and Sanofi. Plaintiff consumed these Zantac tablets two to six times per week from approximately 2000 to 2016, and thereafter until 2020 on an as-needed basis, approximately once a month." | 20 |
| **Teresa Waters (UT) (AAMC, ¶ 51)** | "daily" | "Plaintiff purchased and used Ranitidine-Containing Products in Utah while a citizen of Utah from approximately 2017 to March 2020 for acid reflux. The Ranitidine-Containing Products purchased and used by Plaintiff and consumed daily specifically included the following:<br>(a) OTC 150 mg Zantac tablets and capsules from approximately 2017 to 2020 manufactured by BI and Sanofi; and<br>(b) prescription 150 mg generic ranitidine tablets and capsules from approximately 2017 to 2020." | 3 |

| Plaintiff | Frequency of Use | Dosage(s) and Time Periods Of Use | Total Years Used |
|---|---|---|---|
| **Joshua Winans (FL) (AAMC, ¶ 52)** | "daily" | "Plaintiff purchased and used Ranitidine-Containing Products in Florida while a citizen of Florida from approximately 2000 to 2019 for GERD, dyspepsia, heartburn, upset stomach, and erosive esophagitis. The Ranitidine-Containing Products purchased and used by Plaintiff specifically included OTC 75 and 150 mg Zantac tablets and capsules, consumed daily from approximately 2000 to 2019, manufactured by Pfizer, BI, and Sanofi." | 20 |
| **TOTAL YEARS OF COLLECTIVE USAGE** | | | **477** |