UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-MD-2924-ROSENBERG/REINHART

IN RE ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION
_____/

## ORDER MEMORIALIZING DISCOVERY RULINGS

On September 13, 2021, I held a discovery hearing. This Order memorializes my rulings from the bench.

Defendants Sanofi and BI are hereby **ORDERED** to make a full production of API and finished dose samples so that they are in Plaintiffs' possession by **12:00 p.m. PDT on Tuesday, September 21, 2021**. Defendant GSK shall make a full production of its non-API samples so that they are in Plaintiffs' possession by **12:00 p.m. PDT on Tuesday, September 21, 2021**. Defendant GSK shall complete production of its API samples by **5:00 p.m. PDT on Friday, September 24, 2021**.

With regard to the depositions of Defendant GSK's Rule 30(b)(6) ESI witnesses, GSK is hereby **ORDERED** to provide supplemental answers to any questions posed by Plaintiffs' counsel where GSK's counsel did not raise a substantive objection and the ESI witness responded, "I don't know." GSK's supplemental written answers relevant to depositions scheduled the week of September 27 are due by **5:00 p.m. EST on Friday, September 24, 2021.** All other supplemental answers are due by 5:00 p.m. EST on Friday, September 31, 2021. The privilege objections raised by GSK's counsel during the depositions are hereby sustained. I deferred ruling on

GSK's objections as to the scope of the depositions so that counsel may confer.  If a resolution is not reached, counsel shall notify Special Master Dodge.

**DONE AND ORDERED** in Chambers this 13th day of September 2021, at West Palm Beach in the Southern District of Florida.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE