**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:  ZANTAC (RANITIDINE)                                          MDL NO. 2924
PRODUCTS LIABILITY                                                      20-MD-2924
LITIGATION

                                                          JUDGE ROBIN L. ROSENBERG
                                                          MAGISTRATE JUDGE BRUCE E.
                                                                                      REINHART

_____/

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

**STIPULATION CONCERNING CERTAIN POTENTIAL DEPONENTS OF**
**GLAXOSMITHKLINE LLC and GLAXOSMITHKLINE PLC**

On the date entered below, Plaintiffs and Defendants GLAXOSMITHKLINE LLC

and GLAXOSMITHKLINE PLC. (collectively "GSK") came before the Court and

stipulated as follows:

WHEREAS Plaintiffs have sought the depositions of the following current and

former employees of GSK:

1. Sir. Paul Girolami
2. Richard McIsaac
3. Jane Mills
4. Marty Reese
5. Alan Steigrod
6. Emma Walmsley

WHEREAS GSK has located and produced to the Plaintiffs the custodial file of

each deponent referenced above.

1

WHEREAS GSK has notified Plaintiffs that each deponent referenced above may not be available or capable of sitting for deposition.

PLAINTIFFS and GSK hereby STIPULATE as follows:

1. Plaintiffs will forego taking the depositions of Sir. Paul Girolami, Richard McIsaac, Jane Mills, Marty Reese, Alan Steigrod and Emma Walmsley;

2. In exchange, all documents from the custodial files of Sir. Paul Girolami, Richard McIsaac, Jane Mills, Marty Reese, Alan Steigrod and Emma Walmsley, and all documents authored by, sent to, or copied to each of these individuals, shall be considered business records of GSK under Fed.R.Evid. 803(6), and self-authenticated under Fed.R.Evid. 902, requiring no extrinsic evidence of authenticity in order to be admitted;

3. The parties agree to reserve all objections concerning relevance and admissibility on grounds other than the business record exception (Rule 803(6)) and authenticity (Rule 902) until the time of trial.

Dated:  October 25, 2021

**COUNSEL FOR PLAINTIFFS**

*/s/ Michael L. McGlamry*
Michael L. McGlamry
POPE McGLAMRY, P.C.
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Ph: (404) 523-7706
Email: efile@pmkm.com

Tracy A. Finken
ANAPOL WEISS
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Ph: (215) 735-1130
Email: tfinken@anapolweiss.com

Adam Pulaski
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
Ph: (713) 664-4555
Email: adam@pulaskilawfirm.com

Robert C. Gilbert
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Ph: (305) 384-7269
Email: gilbert@kolawyers.com

**COUNSEL FOR GSK**

*/s/ Will Sachse*
Mark Cheffo
Will Sachse
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Ph: 215-994-2496
Email: mark.cheffo@dechert.com
Email: Will.sachse@dechert.com

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that a copy of the foregoing was served via electronic mail, on the 25th day of October, 2021 to all counsel.

*/s/ Michael L. McGlamry*
Michael L. McGlamry