**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


IN RE: ZANTAC (RANITIDINE)                                    MDL NO. 2924
PRODUCTS LIABILITY                                                20-MD-2924
LITIGATION

                                                            JUDGE ROBIN L. ROSENBERG
                                              MAGISTRATE JUDGE BRUCE E. REINHART


_____/

## ORDER SCHEDULING SCIENCE DAY

The Court previously informed the parties that it had set aside December 2 and 3, 2021, to hold a Science Day and a Case Management Conference.  DE 4280.  The Court now schedules Science Day to begin at 9:00 a.m. EST on December 2.  The Court continues to hold December 3 open for a Case Management Conference or any other matter concerning the MDL that may need to be addressed.

The Court will hold the Science Day in person in open court at the Paul G. Rogers U.S. Courthouse, 701 Clematis Street, West Palm Beach, FL 33401.  All persons presenting at Science Day shall appear in person.  The proceeding also will be available by Zoom teleconference.  Any plaintiffs' counsel seeking to observe the proceeding through Zoom shall contact plaintiffs' liaison Frank Maderal.  Any defense counsel seeking to observe the proceeding through Zoom shall contact defense liaison Joanne O'Connor.  Counsel who have not yet made an appearance and do not want to identify their clients or potential clients to the liaisons, and any individuals not affiliated with a party to the litigation, may instead contact Special Master Jaime Dodge, Director of the Emory Institute for Complex Litigation, to be added to the watch list.  In advance of the hearings, liaison counsel and the Special Master will distribute the log-in credentials and instructions to those individuals who have given notice of their intent to observe the proceeding

through Zoom.  Only those who have given notice will be admitted through Zoom absent special circumstances.

To help the Court prepare for Science Day, each side shall, by October 28, submit to the Court 20 scientific studies for the Court's review.  By 5:00 p.m. on November 1, each side shall submit to the Court a list of the 10 studies that it believes the Court should most heavily focus on in preparing for Science Day.  These submissions shall be to the Court's Zantac email account: zantac_mdl@flsd.uscourts.gov.

On Science Day, the parties should first address how, as a general matter, the Court should review and understand the science which serves as a basis for the parties' respective scientific positions.  By way of example, the parties could discuss commonly used scientific terminology and statistical analysis concepts, how to read scientific reports and studies.  Each party will then give a presentation on the applicable science.   This is not a *Daubert* hearing, nor is the aim of the proceeding to address expert methodology; the Court will entertain *Daubert* arguments at the appropriate time.  So too, this presentation is not meant to address liability issues.  The parties' presentations are intended for the Court's education and foundation only.  The parties agree that the presentations may not be used for deposition, discovery, motion practice, or otherwise.

The Court intends to invite state court judges presiding over ranitidine cases to observe Science Day.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 27th day of October, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE