UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)   MDL NO. 2924
PRODUCTS LIABILITY   20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

### ORDER GRANTING THE PLAINTIFFS' AMENDED MOTION TO AMEND PRETRIAL ORDER # 65 DEADLINES

This matter is before the Court on the Plaintiffs' Amended Motion to Amend Pretrial Order # 65 Deadlines. DE 4610.  The Motion has been fully briefed.  Upon review of the Motion, the Response, and the Reply, the Court concludes that the Plaintiffs have shown sufficient cause to warrant a brief, thirty-five-day extension of the pretrial deadlines in this MDL.  It is therefore **ORDERED AND ADJUDGED** that the Plaintiffs' Motion is **GRANTED** insofar as the Court will issue an amended Pretrial Order setting forth the deadlines proposed by the Plaintiffs on pages fifteen and sixteen of the Motion, however, the Plaintiffs should not anticipate further extensions of any deadlines pertaining to the briefing of *Daubert* challenges on general causation.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 15th day of November, 2021.

*[signature]*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record