# APPENDIX A

## *Generic-Only Cases in Which a Notice of Appeal was Filed*

|     | **Plaintiff** | **Case No.** |
|---|---|---|
| 1. | Bodey, Joshua | 9:21-cv-81169 |
| 2. | Burnett, Arnold W. | 9:21-cv-80486 |
| 3. | Colbert, Ruth | 9:21-cv-80683 |
| 4. | Comerford, Loraine L. & Robert | 9:21-cv-80978 |
| 5. | Darocha, La Tonya (Bess, Estate of Beatrice) | 9:21-cv-81034 |
| 6. | Doby, Gloria | 9:21-cv-80738 |
| 7. | Ford, Peggy (McGill, Estate of Violene) | 9:20-cv-82446 |
| 8. | Hoback, Jason | 9:21-cv-81114 |
| 9. | Johnson, Jeffrey | 9:21-cv-81041 |
| 10. | McLeod, Hope | 9:21-cv-80835 |
| 11. | Mullins, Garrett | 9:21-cv-80017 |
| 12. | O'Driscoll, Patricia (Estate of Neil) | 9:21-cv-80167 |
| 13. | Osorio, Nester (Estate of Mary) | 9:21-cv-80898 |
| 14. | Reyna, Nicolas & Jay, Jeanette | 9:21-cv-80471 |
| 15. | Smart, Daniel & Catherine | 9:20-cv-82427 |
| 16. | Taylor, Alva | 9:21-cv-81063 |
| 17. | Wessman, Henry | 9:21-cv-80888 |
| 18. | Wishop, Raymond | 9:21-cv-80684 |