# APPENDIX B

| |
|---|
| ACIC Pharmaceuticals Inc. (incorrectly identified in the Master Personal Injury Complaint as ACIC Pharmaceuticals, Inc.) |
| Actavis Mid Atlantic LLC |
| Ajanta Pharma Ltd. |
| Ajanta Pharma USA Inc |
| Amerisource Health Services, LLC d/b/a American Health Packaging* |
| Amneal Pharmaceuticals LLC |
| Amneal Pharmaceuticals of New York, LLC |
| Amneal Pharmaceuticals, Inc. |
| ANDA Repository, LLC |
| ANI Pharmaceuticals Inc. |
| Apotex Corp. |
| Apotex Corporation |
| Apotex Inc. |
| Appco Pharma LLC |
| Auro Health LLC |
| Aurobindo Pharma USA, Inc. |
| Aurobindo Pharma, Ltd. |
| Breckenridge Pharmaceuticals Inc. |
| Cadila Healthcare Ltd. |
| Contract Pharmacal Corp. |
| Denton Pharma Inc. d/b/a Northwind Pharmaceuticals* |
| Dr. Reddy's Laboratories |
| Dr. Reddy's Laboratories, Inc. |
| Dr. Reddy's Laboratories, Ltd. |
| Dr. Reddy's Laboratories Limited |
| Dr. Reddy's Laboratories SA |
| Dr. Reddy's Laboratories, LLC |
| Emcure Pharmaceuticals Limited |
| Geri-Care Pharmaceuticals, Corp.* |
| Glenmark Generics Inc., USA |
| Glenmark Generics Ltd. |
| Glenmark Pharmaceuticals Inc., USA |
| Glenmark Pharmaceuticals Ltd. |
| Golden State Medical Supply, Inc.* |
| Granules India Ltd. |

| |
|---|
| Granules USA, Inc |
| Heritage Pharmaceuticals, Inc. |
| Heritage Pharma Labs Inc. |
| Hikma Pharmaceuticals USA, Inc. f/k/a West-Ward Pharmaceuticals Corp. |
| Hikma Pharmaceuticals International, Ltd. f/k/a West-Ward Pharmaceuticals International, Ltd |
| Hikma Pharmaceutical International Ltd. |
| Hikma Pharmaceuticals USA, Inc. |
| Hi-Tech Pharmacal Co., Inc |
| Ivax Pharmaceuticals, LLC f/k/a Ivax Pharmaceuticals, Inc. |
| J B Chemicals and Pharmaceuticals Ltd. |
| L. Perrigo Co. |
| Lannett Company, Inc.[1] |
| Methapharm, Inc. |
| Mylan Institutional LLC |
| Mylan Laboratories Ltd. |
| Mylan Pharmaceuticals Inc. |
| Mylan Inc. |
| Nostrum Laboratories Inc. |
| Novitium Pharma LLC |
| PAI Holdings, LLC f/k/a Pharmaceutical Associates, Inc. |
| Pharmaceutical Associates, Inc. |
| Par Pharmaceutical, Inc. |
| Perrigo Company |
| Perrigo Company, plc |
| Perrigo Research & Development Company |
| Precision Dose Inc. |
| Ranbaxy Inc. |
| Sandoz Inc. |
| Strides Pharma, Inc. |
| Strides Pharma Global Pte. Ltd. |
| Strides Pharma Science Ltd. |
| Strides Arcolab International, LTD |
| Sun Pharmaceutical Industries, Inc., f/k/a Ranbaxy Pharmaceuticals Inc. |

---

[1] The Court's entry of judgment applies to incorrect variations of the entity names listed in this Appendix including, but not limited to, Lannett Company, Lannett Co. Inc., and Lannett Co., Inc.

| |
|---|
| Sun Pharmaceutical Industries Ltd. |
| Taro Pharmaceuticals Industries Ltd. |
| Taro Pharmaceuticals U.S.A., Inc. |
| Teva Pharmaceuticals USA, Inc. |
| Teva Pharmaceuticals Industries Ltd. |
| Torrent Pharma Inc. |
| Unique Pharmaceutical Laboratories Ltd. |
| VKT Pharma Inc. |
| VKT Pharma Private Ltd. |
| Watson Laboratories, Inc. |
| Wockhardt Ltd. |
| Wockhardt USA LLC, formerly known as Wockhardt USA, Inc. |
| Zydus Pharmaceuticals (USA) Inc. |

*Repackager Defendants are marked with an asterisk*