UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

## FINAL JUDGMENT

Pursuant to the Court's Order of November 1, 2021, Dkt. No. 4595, for the reasons stated therein, and upon the Court's express determination that there is no just reason for delay, **FINAL JUDGMENT** under Federal Rule of Civil Procedure 54(b) is hereby entered on behalf of all Retailer/Pharmacy and Distributor Defendants (as identified in Appendix A)[1] against any Plaintiff who has entered a claim against any Retailer/Pharmacy or Distributor Defendant, as to Counts I through VI and Counts VIII through XII of the Master Personal Injury Complaint, Dkt. No. 887 (the "MPIC"), all previously dismissed by the Court, *see* Dkt. No. 2513, and as further identified as follows in the MPIC:

Count I: Strict Products Liability—Failure to Warn

Count II: Strict Products Liability—Design Defect

Count III: Strict Products Liability—Manufacturing Defect

Count IV: Negligence—Failure to Warn

---

[1] The Retailer, Pharmacy and Distributor Defendants identified in Appendix A are Defendants named in the Master Personal Injury Complaint and the Amended Master Personal Injury Complaint. Appendix A also includes additional Retailer and Pharmacy Defendants named in individual complaints filed in or transferred to the MDL, but which are not named in the Master Complaints. The parties represent that the list of Defendants identified in Exhibit A may not be exhaustive and/or capture every Retailer and/or Pharmacy identified in all current and future individual complaints; the parties may move to amend or supplement this Appendix in the event additional Retailer, Pharmacy, and/or Distributor Defendant(s) are identified during the pendency of the MDL to which this Final Judgment would be applicable.

      Count V: Negligent Product Design

      Count VI: Negligent Manufacturing

      Count VIII: Negligent Misrepresentation

      Count IX: Breach of Express Warranties

      Count X: Breach of Implied Warranties

      Count XI: Violation of Consumer Protection and Deceptive Trade Practices Laws

      Count XII: Unjust Enrichment

The Court does not enter judgment as to Count VII, General Negligence.  The Clerk of the Court shall file a copy of this judgment on the MDL docket.

      **DONE** and **ORDERED** in Chambers, West Palm Beach, Florida, this 15th day of November, 2021.

                                                            **ROBIN L. ROSENBERG**
                                                            **UNITED STATES DISTRICT JUDGE**

Copies furnished to: Counsel of Record