UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-md-2924-Rosenberg/Reinhart

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

_____/

**DISCOVERY ORDER**

I conducted a discovery hearing on December 22, 2021, relating to GSK's objection (deemed a request for protective order) to Plaintiffs' taking eight depositions from GSK, current GSK employees, and former GSK employees. This Order memorializes and expands my oral rulings. I have considered the parties' submissions and arguments. To the extent I have limited Plaintiffs' requests, I find good cause under Fed. R. Civ. P. 26(c):

1. Paragraph 6(c)(1) of PTO 54 authorizes Plaintiffs to take 35 depositions, total, from GSK with no more than 8 of those depositions being dedicated to class discovery. Plaintiffs may use all 35 depositions for non-class discovery.

2. Plaintiffs may take one additional 30(b)(6) deposition of no more than 7 hours on topics related to GSK's knowledge of API degradation and GSK's Zebulon, North Carolina manufacturing facility.[1] This deposition shall be limited to (1) questions that prior 30(b)(6) witnesses were unable to

---

[1] I did not discuss at the hearing any time limit on the 30(b)(6) depositions. This 7 hour time limit is without prejudice to Plaintiffs requesting additional time, in advance, after they have assessed their needs in light of this Order.

answer on these topics and (2) questions based on evidence disclosed or discovered after the prior deposition(s). Plaintiffs shall give GSK advance notice of the areas it will explore based on newly-disclosed evidence. If GSK objects that questions at the deposition are outside the parameters listed in this Order, it may instruct the witness not to answer. I will resolve any disputes thereafter, with reasonable costs allocated to the losing party.

3. Plaintiffs may notice the depositions of Jennifer Cocklin and Jesse Parker, without prejudice to GSK renewing its request for a protective order on the grounds that preparing for these depositions is logistically infeasible.

4. I deferred any ruling about proposed depositions of three former GSK employees until those employees have been notified and consulted about their availability.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 23th day of December 2021.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE