# Exhibit 4

**From:** Mike McGlamry <mmcglamry@pmkm.com>
**Sent:** Friday, December 3, 2021 9:15 PM
**To:** DODGE, JAIME LYNNE <jdodge@emory.edu>
**Cc:** Eva Canaan <ecanaan@kslaw.com>; Sachse, Will <will.sachse@dechert.com>; tfinken@anapolweiss.com; Rosemarie Bogdan <rosemarie.bogdan@1800law1010.com>
**Subject:** RE: [External] RE: Emery Deposition

CAUTION: **MAIL FROM OUTSIDE THE FIRM**

Jaime –

By way of history, Emery Pharma has been previously served with third-party subpoenas in this litigation on June 22, 2020, and April 27, 2021.  Both subpoenas were responded to with document productions via Emery's counsel.  Recently, BI served a copy of PTO #54 – Deposition Protocol for Defendants' Witnesses and Third Parties, and a third set of subpoenas on Ron Najafi and Emery Pharma.  This third set of subpoenas requests Ron Najafi's testimony on January 5, 2022, as well as certain documents to be produced by December 23, 2021.

We object to the subpoenas on multiple grounds.  Ron Najafi, President and CEO of Emery Pharma, is a retained expert on behalf of the plaintiffs.  This is known to the defendants as we have requested that all product samples be shipped to the Emery Pharma facility for testing.  Plaintiffs will be disclosing Ron Najafi as an expert witness pursuant to Federal Rule 26(a)(2)(B) along with his written report.  Rule 26(b)(4)(A) provides that an expert deposition may be conducted only after the report is provided.  The "documents" that have been subpoenaed are protected as prepared in

1

anticipation of litigation or trial [Rule 26(b)(3)(A) and (B)], protected communications between a party's attorney and expert witnesses [Rule 26(b)(4)(B) and (C)], and otherwise objectionable on relevance grounds.

In large part, the topics and documents referenced in the subpoenas are clearly directed at the retained expert relationship between Emery, Dr. Najafi and the PSC, which we believe are inappropriate and untimely.  Considering this, we propose that BI withdraw the third set of subpoenas served on plaintiff's expert witness, and that Dr. Najafi's deposition be scheduled after expert reports are served. Hopefully in our discussions Monday, we can work out an agreement to address this discovery later and in the context of expert discovery as prescribed in PTO 65. If on Monday it does not look like we can agree to deal with these issues at that time, we would ask that you communicate to Magistrate Judge Reinhart, our need for a PTO 32 conference to address this dispute. Thanks, Mike.

---

**From:** DODGE, JAIME LYNNE <jdodge@emory.edu>
**Sent:** Friday, December 3, 2021 5:52 PM
**To:** Mike McGlamry <mmcglamry@pmkm.com>
**Cc:** Eva Canaan <ecanaan@kslaw.com>; Sachse, Will <will.sachse@dechert.com>; tfinken@anapolweiss.com; Rosemarie Bogdan <rosemarie.bogdan@1800law1010.com>
**Subject:** Re: [External] RE: Emery Deposition

**EXTERNAL EMAIL**

Sure!  Should we meet in Philly over cheesesteaks, now that we know how much nicer in person is!??

> On Dec 3, 2021, at 5:44 PM, Mike McGlamry <mmcglamry@pmkm.com> wrote:
>
> Thanks Eva. It was nice meeting you in WPB. Let's have our meet and confer Monday at 12:30 Eastern. Jaime, can you make it then too? Mike
>
> ---
>
> **From:** Eva Canaan <ecanaan@kslaw.com>
> **Sent:** Thursday, December 2, 2021 9:13 PM
> **To:** Mike McGlamry <mmcglamry@pmkm.com>; Sachse, Will <will.sachse@dechert.com>
> **Cc:** JAIME DODGE <jdodge@emory.edu>; tfinken@anapolweiss.com; Rosemarie Bogdan <rosemarie.bogdan@1800law1010.com>
> **Subject:** Re: Emery Deposition
>
> **EXTERNAL EMAIL**
>
> Hi Mike and apologies for the delayed response. Monday I am available any time other than 2-3 eastern. Thanks!
>
> Eva.
>
> ---
>
> **From:** Mike McGlamry <mmcglamry@pmkm.com>
> **Sent:** Wednesday, December 1, 2021 2:50 PM
> **To:** Sachse, Will
> **Cc:** Eva Canaan; JAIME DODGE; tfinken@anapolweiss.com; Rosemarie Bogdan
> **Subject:** Re: Emery Deposition
>
> **CAUTION: MAIL FROM OUTSIDE THE FIRM**
>
> Thanks Will. Eva, welcome to the fray. Let's set up a Zoom call. How about Monday?

Sent from my iPhone

On Dec 1, 2021, at 2:24 PM, Sachse, Will <will.sachse@dechert.com> wrote:

<div style="background-color:#c00;color:#fff;padding:4px;">**EXTERNAL EMAIL**</div>

Mike,

I've copied Eva; she is lead for us on coordinating the Emery deposition.

**Will W. Sachse**

**Dechert LLP**
+1 (215) 994-2496 direct
+1 (267) 242-8978 mobile
+1 (215) 655-2496 fax
will.sachse@dechert.com
dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.