# Exhibit 8

**Robinson+Cole**

WILLIAM J. EGAN

One Boston Place, 25th floor
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
wegan@rc.com
Direct (617) 557-5945

Also admitted in Connecticut

November 11, 2020

**Via Email** (Paige.Sharpe@arnoldporter.com)

Paige H. Sharpe
Arnold & Porter Kaye Scholer
601 Massachusetts Ave. N.W.
Washington, D.C.  20001-3743

RE: Supplemental Response of Emery Pharma to subpoena in Zantac litigation

Dear Paige:

We are counsel to Najafi Pharma, Inc. d/b/a Emery Pharma ("Emery") with regard to the above referenced matter.  We restate and reserve all objections as set forth in our responses and objections, dated August 17, 2020, and we hereby supplement Emery's responses in response to your letter to me dated October 15, 2020 as set forth below.

**If you have any questions after reviewing the responses below and the supplemental production, please give me a call.  My client wants to confirm that you have everything that you need (that is appropriate for my client to produce in response to the subpoena) at this time and my client asked me to confirm with you if you have any questions or concerns after reviewing this response and the supplemental document production.**

Subpoena Request 1. This request asks for "[a]ll drafts of the Petition, including, without limitation, all comments and edits from parties outside of Emery Pharma." If you have not yet produced all drafts of the Citizen Petition, please supplement your production to address this deficiency, and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Emery Pharma's Supplemental Response:  Please see attached supplemental production. This confirms that Emery has produced all non-privileged documents responsive to this request.

21531288-v1

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

**Robinson+Cole**

Paige H. Sharpe
November 11, 2020
Page 2

Subpoena Request 2. This request asks for "[a]ll communications relating to Your testing of ranitidine." Emery has produced what appear to be two iterations of the same email thread from April 2019 that reflect communications between Emery employees and employees of Valisure LLC ("Valisure"). See EMERY 0122-0150. Emery has not produced any internal communications related to its Citizen Petition or to subsequent testing, despite the fact that the "Emery Pharma Team" whose ranitidine testing results were presented in June 2020 included at least ten Emery employees. See EMERY 0357. Nor has it produced any communications with Professor William Mitch, despite working with him on a study to "examine whether ranitidine undergoes nitrosation *in vivo* upon consumption to form NDMA." EMERY 0356. It also appears that there was discussion with Valisure regarding the timing of Emery's testing, and we specifically request any documents related to that issue. See EMERY 0129 (email from David Light stating that "[t]ime is of the essence, so anything you can do to press on the timing would be much appreciated"). Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Emery Pharma's Supplemental Response: Please see email threads in attached supplemental production. This confirms that Emery has produced all non-privileged documents responsive to this request.

Subpoena Request 3. This request asks for "[a]ll communications relating to the Petition or drafts thereof." Emery has not produced any communications related to its Citizen Petition, either internal or external. Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Emery Pharma's Supplemental Response: Emery reiterates its prior assertion of privilege with regard to communication with its lawyers. Otherwise communications under this request have been address in this response document elsewhere in Request #2 and #5. This confirms that Emery has produced all non-privileged documents responsive to this request.

Subpoena Request 4. This request asks for "[d]ocuments sufficient to show all persons involved in any way in drafting the Petition and in the testing of ranitidine reported in the Petition." Other than the Citizen Petition itself, nothing in Emery's production provides this information. Indeed, to the extent the drafts of the Citizen Petition that Emery produced contain comments, they do not provide the source of those comments. Please required to produce

**Robinson+Cole**

Paige H. Sharpe
November 11, 2020
Page 3

communications after that date other than with counsel, as well as any documents that are not work product created at the direction of counsel. Supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

<u>Emery Pharma's Supplemental Response</u>: The persons at Emery involved in drafting the Citizen Petition and in the testing of ranitidine reported in the Petition are Neelanjan Bose, Ron Najafi, Hubert Lin, and Eshani Nandita. This confirms that Emery has responded in full to this request to show all persons involved in any way in drafting the Petition and in the testing of ranitidine reported in the Petition.

<u>Subpoena Request 5.</u> This request asks for "[d]ocuments sufficient to show all persons and organizations with whom You shared any of Your ranitidine testing results, including but not limited to the results presented in Your Petition." Other than FDA, to which the Citizen Petition was submitted, Emery's production contains no indication that Emery shared its Citizen Petition with any other person or entity. If Emery provided the Citizen Petition to others, outside of counsel in this litigation, please produce the transmissions of the Citizen Petition. The same is true of any other ranitidine testing results that it shared with any person or entity other than Valisure and the ASMS. If Emery did not share the results of its ranitidine testing with any other persons or organizations, please confirm as such.

<u>Emery Pharma's Supplemental Response</u>: A draft was shared with media agencies as shown in the supplemental attached production. Please see provided email threads.

<u>Subpoena Request 6.</u> This request asks for "[a]ll documents relating to any funding that You received in connection with the Petition." Emery has not produced documents responsive to this request. If Emery did not receive any funding in connection with the Citizen Petition, please confirm as such.

<u>Emery Pharma's Supplemental Response</u>: Emery did not receive any external funding in connection with the research and development relating to Emery's Citizen Petition.

<u>Subpoena Request 7.</u> This request asks for "[a]ll documents relating to any funding that You received in connection with ranitidine testing." Emery produced documents indicating that it was hired by Valisure to conduct testing, *see* EMERY 0054, and that it submitted proposed budgets to Valisure, *see* EMERY 0107, 0115. Emery has not, however, produced any

**Robinson+Cole**

Paige H. Sharpe
November 11, 2020
Page 4

documentation of the funds that it actually received from Valisure. Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Emery Pharma's Supplemental Response: See invoice 1990 and 2235 in Emery's supplemental production. This confirms that Emery has produced all non-privileged documents responsive to this request.

Subpoena Request 8. This request asks for "[a]ll documents relating to the methodologies that You used to test ranitidine, including the procedures that You followed in conducting such testing." As Emery has acknowledged, FDA has recommended testing ranitidine for NDMA using a liquid chromatography-mass spectrometry ("LC-MS") methodology. *See* EMERY 0324. Yet Emery has not produced any documents reflecting this testing method for ranitidine or indicating why it was not used in the testing reported in the Citizen Petition. Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Emery Pharma's Supplemental Response: Full method details are included in the Citizen Petition Figure 2 and Tables 2, 3, and 4.

Subpoena Request 9. This request asks for "[a]ll documents relating to Your decision to test ranitidine and the design of the tests." Emery almost certainly has additional documents responsive to this request, including in internal communications regarding ranitidine testing, none of which it has yet produced. Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Emery Pharma's Supplemental Response:   Emery's publicly available blog (www.emerypharma.com/blog/n-nitrosodimethylamine-ndma-in-ranitidine-emery-pharmas-perspective-the-road-to-filing-the-companys-first-citizen-petition-cbs-news-coverage-and-the-fdas-response/) explains how and why Emery decided to test ranitidine. The decision to test was based on internal discussions, and internal communications have been produced in response to other questions. Emery is unaware of any additional documentation specific to this request.

Subpoena Request 10. This request asks "[f]or each ranitidine product that You tested,

**Robinson+Cole**

Paige H. Sharpe
November 11, 2020
Page 5

documents sufficient to show from where and when You received each product, Your pre-testing storage conditions for each product, and the type of ranitidine (brand or generic name, formulation, and lot number) tested." Emery has not produced documents sufficient to provide this information. Please supplement your production accordingly and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Emery Pharma's Supplemental Response: Information is referenced in the Citizen Petition. Emery purchased Zantac from eBay and drug stores. No documentation regarding the specific purchases is available. Samples were stored per standard package description. This confirms that Emery has produced all non-privileged documents responsive to this request.

Subpoena Request 11. This request asks for "[a]ll of the scientific data and test results collected from Your testing of ranitidine, including data reflecting all levels of sodium nitrate tested with simulated gastric fluid and ranitidine." This request calls for "all" data and test results, including that which was not published. Yet the only documents responsive to this request that Emery has produced are its Citizen Petition and June 2020 slide deck, even though those documents make clear that Emery has additional testing results. Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Emery Pharma's Supplemental Response: See PDF attachments in supplemental production.

Subpoena Request 12. This request asks for "[d]ocuments sufficient to show any labs to which ranitidine samples were submitted to for verification or supplemental testing, and all scientific data and test results from those tests." Emery has not produced documents responsive to this request. If Emery did not submit ranitidine samples to other labs, please confirm as such.

Emery Pharma's Supplemental Response: Emery Pharma did not submit ranitidine samples to another lab.

Subpoena Request 13. This request asks for, "[t]o the extent not cited in the Petition, all scientific studies and articles You examined in preparing the Petition." Emery has not produced documents responsive to this request. If Emery did not review any studies or articles in preparing the Citizen Petition other than those cited therein, please confirm as such.

**Robinson+Cole**

Paige H. Sharpe
November 11, 2020
Page 6

Emery Pharma's Supplemental Response: Emery did not keep records of all articles published online that may have been reviewed. The main documents that were reviewed by Emery personnel were cited in the Citizen Petition. Additional publications that were reviewed are included in the supplemental production.

Subpoena Request 14. This request asks for "[a]ll drafts or submissions of data and/or test results on ranitidine for publication that You have authored in whole or in part or otherwise been involved, including, without limitation, to peer-reviewed journals, and all communications related to such submissions." Emery stated in its Citizen Petition that it was preparing "data for a peer-reviewed publication," yet it produced neither drafts of any such submission nor communications related thereto. Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Emery Pharma's Supplemental Response: Please see supplemental production for publication related material. This confirms that Emery has produced all non-privileged documents responsive to this request.

Subpoena Request 15. This request asks for "[a]ll of Your communications with FDA regarding the Petition, ranitidine, and/or NDMA, and all documents that You received pursuant to any ranitidine- or NDMA-related Freedom of Information Act requests to FDA, whether such requests were submitted by You or by a third party." Emery responded to this request by stating that its communications with FDA are available to the public. If Emery does not have any communications with FDA beyond those that are available to the public, and has not received any ranitidine- or NDMA-related documents pursuant to any Freedom of Information Act request, please confirm as such.

Emery Pharma's Supplemental Response: Emery has not had any communication with the FDA beyond those publicly available on Emery's website and on the FDA's website.

Subpoena Request 16. This request asks for "[a]ll documents relating to Your involvement or potential involvement in any litigation related to ranitidine on or before the date of the Petition." Emery has not produced documents responsive to this request. If Emery had no involvement or potential involvement in any litigation related to ranitidine on or before the date of the Petition, please confirm as such.

**Robinson+Cole**

Paige H. Sharpe
November 11, 2020
Page 7

        Emery Pharma's Supplemental Response:  Emery was not engaged by any law firm related to this matter, prior to the filing of citizen petition on January 2, 2020.

        Subpoena Request 17. This request asks for "[d]ocuments sufficient to show Your engagement, if any, with Plaintiffs' Counsel at any time." Emery's website lists "Litigation Support" as one of its services and states that it "offer[s] expert witness services, ranging from depositions to trial testimonies. As noted in my letter to you of September 3, 2020, the agreement to limit the scope of this request "pertains only to Emery's retention as a non-testifying consulting expert. Emery must still disclose if it has been retained as a testifying expert by Plaintiffs' counsel in any other litigation and produce non-privileged responsive documents. Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

        Emery Pharma's Supplemental Response: Emery has been retained as a consulting expert by some of the same lawyers as the Zantac litigation plaintiff's counsel on other matters unrelated to ranitidine. Emery was retained as a consulting expert by Levin Law and Partners on January 13, 2020.

        Subpoena Request 18. This request asks for "[a]ll documents, including any communications with publishers, including, without limitation, peer-reviewed journals, relating to the assessment and peer-reviewed journal submission referenced on page six of the Petition: 'These conclusions derive from a preliminary and ongoing stability assessment. Emery Pharma expects to complete the study over the next few weeks and is preparing the data for a peer-reviewed publication.'" Emery has not produced documents responsive to this request, although it must have documents related to a stability assessment that was already underway in January 2020. Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

        Emery Pharma's Supplemental Response: The draft of the peer-reviewed publication response was included in response to request #14.

        Subpoena Request 19. This request asks for "[a]ll of Your Communications regarding ranitidine testing with peer-reviewed study authors, collaborators, or other pharmacies." Emery stated in its Citizen Petition that it was preparing "data for a peer reviewed publication," yet it

**Robinson+Cole**

Paige H. Sharpe
November 11, 2020
Page 8

produced communications related to any such submission. Please supplement your production to address this deficiency and, upon that supplementation confirm that you have produced all nonprivileged documents responsive to this request.

   Emery Pharma's Supplemental Response: Emery's communication for the peer-reviewed publication is with Professor Bill Mitch and Valisure. Please see supplemental production for responsive emails threads.

   Subpoena Request 20. This request asks for "[a]ll documents related to Your investigation into potential causes of NDMA formation in ranitidine." Emery has not produced documents that are independently responsive to this request. If any documents that would be responsive are being produced in response to other requests, please confirm as such and identify those other requests.

   Emery Pharma's Supplemental Response: Investigation into the cause of NDMA formation from the ranitidine was disclosed in Emery's Citizen Petition, draft peer-reviewed publication, and ASMS presentation. The one additional non-privileged reference from an internal discussion that may be responsive to this request is provided in the supplemental production being produced herewith.

   Subpoena Request 21. This request asks for "[a]ll documents involving Your business plan to the extent they relate to ranitidine testing, NDMA testing, or the Petition, including profit projections, organizational charts, and sources of funding and/or revenue." As I noted in my letter of September 3, 2020, this request seeks information only to the extent it relates to ranitidine testing, NDMA testing, or the Citizen Petition. If Emery has no additional documents responsive to this request, please confirm as such.

   Emery Pharma's Supplemental Response: As previously stated in Emery's prior responses, there is no external funding for this work related to ranitidine. Everything related to the Citizen Petition studies is funded by Emery Pharma. Further, Emery does not have a written business plan other than what is stated on our website (www.emerypharma.com).

**Robinson+Cole**

Paige H. Sharpe
November 11, 2020
Page 9

      Please contact me if you have any questions or wish to discuss any of the foregoing supplemental responses and supplemental document production. Emery and I hope that these supplemental documents and responses satisfy your inquiries from your last letter and we remain available to you to discuss any open issues that you may have.

Sincerely,

*/s/ William J. Egan*

William J. Egan
sh