# Exhibit 10

**Sharpe, Paige H.**

| | |
|---|---|
| **From:** | Sharpe, Paige H. |
| **Sent:** | Tuesday, July 28, 2020 7:07 PM |
| **To:** | 'Egan, William J.' |
| **Cc:** | 'Mercadante, Gabrielle R.'; Beroukhim, Alex; zzz.External.rfriedman@kslaw.com |
| **Subject:** | RE: Conf. Call re Potential Motion to Quash and Objections - Zantac litigation - Emery Pharma subpoena |

Hi Bill,

Hope you've been doing well.

We wanted to follow up with you with regard to the Emery subpoena, as we have reached an agreement with Plaintiffs' counsel in the Zantac litigation regarding the parameters in light of Emery's consulting agreement there. Here are the terms of that agreement:

1. Defendants agree to limit the scope of the subpoena such that Emery would not have to produce or log communications with counsel in the Zantac litigation regarding Emery's engagement or proposed engagement in the Zantac litigation.

2. Defendants agree that Emery would not have to produce or log work product created at the direction of counsel in the Zantac litigation, but there would be no limitations on Emery's production of documents created outside of the scope of that engagement.

3. Defendants agree to limit the scope of Request No. 17 to exclude disclosure of Emery's engagement as a non-testifying consulting expert in any litigation.

We would be happy to discuss if you have any questions or concerns regarding this agreement. Otherwise, assuming there are no issues, please let us know when we can expect a response to the subpoena.

Thanks,
Paige

---

**From:** Sharpe, Paige H.
**Sent:** Sunday, July 12, 2020 10:45 PM
**To:** 'Egan, William J.' <wegan@rc.com>
**Cc:** Mercadante, Gabrielle R. <GMercadante@rc.com>; Beroukhim, Alex <Alex.Beroukhim@arnoldporter.com>; zzz.External.rfriedman@kslaw.com <rfriedman@kslaw.com>
**Subject:** RE: Conf. Call re Potential Motion to Quash and Objections - Zantac litigation - Emery Pharma subpoena

That time still works for us, Bill. We'll get an invite around.

Thanks,
Paige

---

**From:** Egan, William J. <wegan@rc.com>
**Sent:** Sunday, July 12, 2020 9:52 PM
**To:** Sharpe, Paige H. <Paige.Sharpe@arnoldporter.com>
**Cc:** Mercadante, Gabrielle R. <GMercadante@rc.com>; Beroukhim, Alex <Alex.Beroukhim@arnoldporter.com>;

1

zzz.External.rfriedman@kslaw.com <rfriedman@kslaw.com>
**Subject:** Conf. Call re Potential Motion to Quash and Objections - Zantac litigation - Emery Pharma subpoena

External E-mail

Paige,

I am available at noon tomorrow (ET) if that is still good for everyone on your end.  Please circulate a dial in number for noon if that works for everyone.

Thank you,

- Bill

**William J. Egan**

Robinson & Cole LLP
One Boston Place, 25th floor
Boston, MA  02108
Direct 617.557.5945 | Fax 617.557.5999
wegan@rc.com | www.rc.com
Bio | Contact Card

**A resource for you - visit our COVID-19 Response Team webpage.**

**Robinson+Cole**
**Celebrating 175 Years**

Boston | Hartford | New York | Providence | Miami | Stamford
Los Angeles | Wilmington | Philadelphia | Albany | New London

---

**From:** Sharpe, Paige H. <Paige.Sharpe@arnoldporter.com>
**Sent:** Friday, July 10, 2020 5:18 PM
**To:** Egan, William J. <wegan@rc.com>
**Cc:** Mercadante, Gabrielle R. <GMercadante@rc.com>; Beroukhim, Alex <Alex.Beroukhim@arnoldporter.com>; rfriedman@kslaw.com
**Subject:** RE: Potential Motion to Quash and Objections - Zantac litigation - Emery Pharma subpoena

Hi Bill,

Are you all available to discuss between 11 and 12:30 ET on Monday?

I'm copying my colleague Alex Beroukhim and Rob Friedman, counsel for co-Defendant Boehringer Ingelheim Pharmaceuticals, Inc., in the litigation, who will plan to join the call.

Thanks,
Paige

---

**From:** Egan, William J. <wegan@rc.com>
**Sent:** Wednesday, July 8, 2020 7:03 PM
**To:** Sharpe, Paige H. <Paige.Sharpe@arnoldporter.com>
**Cc:** Mercadante, Gabrielle R. <GMercadante@rc.com>
**Subject:** RE: Potential Motion to Quash and Objections - Zantac litigation - Emery Pharma subpoena

External E-mail

Thank you Paige. We appreciate your extending our deadline to file motions, object or otherwise respond to the Subpoena at this time. We ask that you give us at least three business days' notice before our deadline is re-set, and we look forward to discussing a consensual new deadline with you, along with a potential resolution of the issues we raised in the emails below.

I am out of the office for much of tomorrow and Friday, but we can set a time to discuss this early next week at your convenience. Do you have a few open windows of time to discuss this matter? I look forward to speaking with you then.

- Bill

**William J. Egan**

Robinson & Cole LLP
One Boston Place, 25th floor
Boston, MA  02108
Direct 617.557.5945 | Fax 617.557.5999
wegan@rc.com | www.rc.com
Bio | Contact Card

**From:** Sharpe, Paige H. <Paige.Sharpe@arnoldporter.com>
**Sent:** Wednesday, July 8, 2020 6:57 PM
**To:** Egan, William J. <wegan@rc.com>
**Cc:** Mercadante, Gabrielle R. <GMercadante@rc.com>
**Subject:** RE: Potential Motion to Quash and Objections - Zantac litigation - Emery Pharma subpoena

Hi Bill,

Thanks for reaching out, and I appreciate you outlining your position for me. I also would like to see if we can work out an agreement that would avoid motions practice, and that extending your deadline to respond makes sense to give us time to do so. Why don't we take the July 10 due date off the table for now, and I will get back to you with either an emailed response to your proposal or a suggested time for us to discuss further.

Best,
Paige

**From:** Egan, William J. <wegan@rc.com>
**Sent:** Wednesday, July 8, 2020 5:02 PM
**To:** Sharpe, Paige H. <Paige.Sharpe@arnoldporter.com>
**Cc:** Mercadante, Gabrielle R. <GMercadante@rc.com>
**Subject:** Potential Motion to Quash and Objections - Zantac litigation - Emery Pharma subpoena

External E-mail

Paige,

Thank you for your email below regarding the subpoena served by your office on our client, Emery Pharma, with regard to the Zantac litigation. Emery Pharma is a consulting expert for the plaintiffs in that litigation and therefore some of its documents are protected from production. We are preparing a Motion to Quash the Subpoena based on several grounds listed below, and wish to confer with you, per the local rules for the federal court in West Palm Beach, prior to filing our motion.

Let me know if your client would be willing to agree to the following terms with regard to Emery Pharma's subpoena response:

3

1. Plaintiff's counsel has concerns regarding the subpoena to Emery Pharma for the reason that Emery Pharma is a consulting expert for the plaintiffs. The subpoena seems to request documents that would include documents protected from disclosure by a consulting expert. If your firm and Plaintiff's firm wish to try to reach an agreement regarding what documents may be protected and what should be produced with regard to the consulting expert document protections, Emery Pharma can await the result of those discussions, or the result of any motions either you or Plaintiffs' counsel may file with the court regarding this issue, and then Emery Pharma will produce its responsive documents within 30 days after such resolution is reached, or a court order is issued. As a non-party to this litigation, Emery does not want to incur the time and expense of litigating or negotiating this issue, as that is appropriately and best handled by counsel for the parties.

2. Emery has some fairly standard objections to the Subpoena regarding any privileged documents, along with objections to some requests that appear to be overbroad and burdensome in part, and a complete objection to request number 21 in the Subpoena seeking our client's business plans and related documents. We can serve our objections by Friday, and then produce all responsive, non-privileged, and non-protected documents (subject to the outcome of item number 1 above) within 30 days after the issues regarding consulting expert documents are resolved by agreement or court order.

If this is agreeable to you and your client, we can enter into an appropriate agreement to modify the timing for responses to the subpoena or enter a stipulation with the court. If this is not agreeable to you and your client, we will likely need to file the Motion to Quash. I am available this evening and tomorrow morning until 10am to discuss this, or you can speak with my colleague, Gabrielle Mercadente in our Florida office, after 10am tomorrow.

My phone number is 617-557-5945, and after 10 am tomorrow you can reach Gabrielle Mercadente in our Florida office at 561-386-6088.

I think we can work cooperatively to resolve the issues with the subpoena, but I'm not sure if we can get them all resolved by the Friday, July 10 deadline that we agreed to in the emails below in order to avoid the need for us to file our Motion to Quash and serve our Objections by Friday. If you prefer to extend that July 10 deadline to see if we can reach a resolution, that is another option, or we can file and serve on Friday and keep talking anyway after then to see if a resolution can be achieved.

I look forward to hearing from you.

- Bill

**William J. Egan**

Robinson & Cole LLP
One Boston Place, 25th floor
Boston, MA  02108
Direct 617.557.5945 | Fax 617.557.5999
wegan@rc.com | www.rc.com
Bio | Contact Card

---

**From:** Sharpe, Paige H. <Paige.Sharpe@arnoldporter.com>
**Sent:** Thursday, July 2, 2020 2:56 PM
**To:** Egan, William J. <wegan@rc.com>

**Cc:** Mercadante, Gabrielle R. <GMercadante@rc.com>
**Subject:** (Extension to July 10, 2020 for Obj, Quash, Response etc.) E: Zantac litigation - Emery Pharma subpoena

Hi Bill,

The deadline of July 10 for Emery's subpoena response is fine here.

Thanks, and hope you are keeping well.

Paige

---

**From:** Egan, William J. <wegan@rc.com>
**Sent:** Thursday, July 2, 2020 12:28 PM
**To:** Sharpe, Paige H. <Paige.Sharpe@arnoldporter.com>
**Cc:** Mercadante, Gabrielle R. <GMercadante@rc.com>
**Subject:** Zantac litigation - Emery Pharma subpoena

External E-mail

Paige,

You and I spoke last week regarding our firm representing Valisure with regard to a third party subpoena in the Zantac litigation case pending in federal court in West Palm Beach, Florida. We have also been asked by Emery Pharma to represent them with regard to a separate subpoena served on Emery as a third party in this litigation. I will be speaking with our client today but may need more time to respond to the Emory Pharma subpoena.

I just left you a voicemail and am sending this email in the event email communication is easier today. May I ask you the courtesy of extending our deadline to object, file an appropriate motion, or otherwise respond to the subpoena to Emery Pharma to next **Friday, July 10, 2020**? If you have any questions and wish to discuss by phone, you can reach me at 617-557-5945.

Thank you for your attention to this request and I look forward to your response.

- Bill

**William J. Egan**

Robinson & Cole LLP
One Boston Place, 25th floor
Boston, MA 02108
Direct 617.557.5945 | Fax 617.557.5999
wegan@rc.com | www.rc.com
Bio | Contact Card

**A resource for you - visit our COVID-19 Response Team webpage.**

**Robinson+Cole**
**Celebrating 175 Years**

Boston | Hartford | New York | Providence | Miami | Stamford
Los Angeles | Wilmington | Philadelphia | Albany | New London

This transmittal may be a confidential R+C attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it-admin@rc.com, and immediately delete this message and all its attachments.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com