# Exhibit 11

# Arnold & Porter

Paige H. Sharpe
+1 202.942.5545 Direct
Paige.Sharpe@arnoldporter.com

October 15, 2020

**VIA EMAIL**

William Egan
Robinson & Cole LLP
One Boston Place, 25th Floor
Boston, MA 02108

    Re:    Emery Pharma Subpoena Response in *In re: Zantac (Ranitidine) Products Liability Litigation*, MDL No. 2924

Dear Bill:

    I am writing again regarding the response of Emery Pharma ("Emery") to the subpoena that Sanofi-Aventis U.S. LLC "(Sanofi") served on June 22, 2020 in the Zantac multidistrict litigation ("MDL") pending in the Southern District of Florida. While I appreciate the supplemental production that Emery provided on September 14, 2020 in response to my previous letter, there remain obvious deficiencies. I outlined these in my previous letter to you and, in an effort to assist your client in identifying responsive information, I have described them in further detail below.

    Part of the issue with respect to deficiencies may be that Emery does not have documents responsive to certain requests but that is not clear in the responses that it provided to the subpoena. Accordingly, in order to avoid further back and forth over incomplete responses, I ask you to remedy the identified deficiencies in their entirety and, upon further supplementing your production, to confirm in writing (1) that you have now produced all documents that you intend to produce; and (2) that you have no additional, non-privileged documents responsive to each request.[1] I have identified in each request

---

[1]     As memorialized in my letter to you of June 22, 2020, we agreed to certain limitations on the scope of the subpoena to address Emery's retention as a consulting expert in the Zantac litigation. While documents that fall outside that scope are not responsive to the subpoena requests, I note that many requests call for documents created before the consulting arrangement was entered in mid-January 2020, and Emery is still

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW | Washington, DC 20001-3743 | www.arnoldporter.com

**Arnold & Porter**

William Egan
October 15, 2020
Page 2

below the extent to which there are clear deficiencies remaining versus the need for Emery to confirm whether it has responsive documents.

Subpoena Request 1. This request asks for "[a]ll drafts of the Petition, including, without limitation, all comments and edits from parties outside of Emery Pharma." If you have not yet produced all drafts of the Citizen Petition, please supplement your production to address this deficiency, and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Subpoena Request 2. This request asks for "[a]ll communications relating to Your testing of ranitidine." Emery has produced what appear to be two iterations of the same email thread from April 2019 that reflect communications between Emery employees and employees of Valisure LLC ("Valisure"). *See* EMERY 0122-0150. Emery has not produced any internal communications related to its Citizen Petition or to subsequent testing, despite the fact that the "Emery Pharma Team" whose ranitidine testing results were presented in June 2020 included at least ten Emery employees. *See* EMERY 0357. Nor has it produced any communications with Professor William Mitch, despite working with him on a study to "examine whether ranitidine undergoes nitrosation *in vivo* upon consumption to form NDMA." EMERY 0356. It also appears that there was discussion with Valisure regarding the timing of Emery's testing, and we specifically request any documents related to that issue. *See* EMERY 0129 (email from David Light stating that "[t]ime is of the essence, so anything you can do to press on the timing would be much appreciated"). Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Subpoena Request 3. This request asks for "[a]ll communications relating to the Petition or drafts thereof." Emery has not produced any communications related to its Citizen Petition, either internal or external. Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Subpoena Request 4. This request asks for "[d]ocuments sufficient to show all persons involved in any way in drafting the Petition and in the testing of ranitidine reported in the Petition." Other than the Citizen Petition itself, nothing in Emery's production provides this information. Indeed, to the extent the drafts of the Citizen Petition that Emery produced contain comments, they do not provide the source of those comments. Please

---

required to produce communications after that date other than with counsel, as well as any documents that are not work product created at the direction of counsel.

# Arnold & Porter

William Egan
October 15, 2020
Page 3

supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

<u>Subpoena Request 5.</u>  This request asks for "[d]ocuments sufficient to show all persons and organizations with whom You shared any of Your ranitidine testing results, including but not limited to the results presented in Your Petition."  Other than FDA, to which the Citizen Petition was submitted, Emery's production contains no indication that Emery shared its Citizen Petition with any other person or entity.  If Emery provided the Citizen Petition to others, outside of counsel in this litigation, please produce the transmissions of the Citizen Petition.  The same is true of any other ranitidine testing results that it shared with any person or entity other than Valisure and the ASMS.  If Emery did not share the results of its ranitidine testing with any other persons or organizations, please confirm as such.

<u>Subpoena Request 6.</u>  This request asks for "[a]ll documents relating to any funding that You received in connection with the Petition."  Emery has not produced documents responsive to this request.  If Emery did not receive any funding in connection with the Citizen Petition, please confirm as such.

<u>Subpoena Request 7.</u>  This request asks for "[a]ll documents relating to any funding that You received in connection with ranitidine testing."  Emery produced documents indicating that it was hired by Valisure to conduct testing, *see* EMERY 0054, and that it submitted proposed budgets to Valisure, *see* EMERY 0107, 0115.  Emery has not, however, produced any documentation of the funds that it actually received from Valisure.  Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

<u>Subpoena Request 8.</u>  This request asks for "[a]ll documents relating to the methodologies that You used to test ranitidine, including the procedures that You followed in conducting such testing."  As Emery has acknowledged, FDA has recommended testing ranitidine for NDMA using a liquid chromatography-mass spectrometry ("LC-MS") methodology.  *See* EMERY 0324.  Yet Emery has not produced any documents reflecting this testing method for ranitidine or indicating why it was not used in the testing reported in the Citizen Petition.  Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

<u>Subpoena Request 9.</u>  This request asks for "[a]ll documents relating to Your decision to test ranitidine and the design of the tests."  Emery almost certainly has

# Arnold & Porter

William Egan
October 15, 2020
Page 4

additional documents responsive to this request, including in internal communications regarding ranitidine testing, none of which it has yet produced. Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Subpoena Request 10. This request asks "[f]or each ranitidine product that You tested, documents sufficient to show from where and when You received each product, Your pre-testing storage conditions for each product, and the type of ranitidine (brand or generic name, formulation, and lot number) tested." Emery has not produced documents sufficient to provide this information. Please supplement your production accordingly and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Subpoena Request 11. This request asks for "[a]ll of the scientific data and test results collected from Your testing of ranitidine, including data reflecting all levels of sodium nitrate tested with simulated gastric fluid and ranitidine." This request calls for "all" data and test results, including that which was not published. Yet the only documents responsive to this request that Emery has produced are its Citizen Petition and June 2020 slide deck, even though those documents make clear that Emery has additional testing results. Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Subpoena Request 12. This request asks for "[d]ocuments sufficient to show any labs to which ranitidine samples were submitted to for verification or supplemental testing, and all scientific data and test results from those tests." Emery has not produced documents responsive to this request. If Emery did not submit ranitidine samples to other labs, please confirm as such.

Subpoena Request 13. This request asks for, "[t]o the extent not cited in the Petition, all scientific studies and articles You examined in preparing the Petition." Emery has not produced documents responsive to this request. If Emery did not review any studies or articles in preparing the Citizen Petition other than those cited therein, please confirm as such.

Subpoena Request 14. This request asks for "[a]ll drafts or submissions of data and/or test results on ranitidine for publication that You have authored in whole or in part or otherwise been involved, including, without limitation, to peer-reviewed journals, and all communications related to such submissions." Emery stated in its Citizen Petition that it was preparing "data for a peer-reviewed publication," yet it produced neither drafts of

# Arnold & Porter

William Egan
October 15, 2020
Page 5

any such submission nor communications related thereto. Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Subpoena Request 15. This request asks for "[a]ll of Your communications with FDA regarding the Petition, ranitidine, and/or NDMA, and all documents that You received pursuant to any ranitidine- or NDMA-related Freedom of Information Act requests to FDA, whether such requests were submitted by You or by a third party." Emery responded to this request by stating that its communications with FDA are available to the public. If Emery does not have any communications with FDA beyond those that are available to the public, and has not received any ranitidine- or NDMA-related documents pursuant to any Freedom of Information Act request, please confirm as such.

Subpoena Request 16. This request asks for "[a]ll documents relating to Your involvement or potential involvement in any litigation related to ranitidine on or before the date of the Petition." Emery has not produceddocuments responsive to this request. If Emery had no involvement or potential involvement in any litigation related to ranitidine on or before the date of the Petition, please confirm as such.

Subpoena Request 17. This request asks for "[d]ocuments sufficient to show Your engagement, if any, with Plaintiffs' Counsel at any time." Emery's website lists "Litigation Support" as one of its services and states that it "offer[s] expert witness services, ranging from depositions to trial testimonies. As noted in my letter to you of September 3, 2020, the agreement to limit the scope of this request "pertains only to Emery's retention as a non-testifying consulting expert. Emery must still disclose if it has been retained as a testifying expert by Plaintiffs' counsel in any other litigation and produce non-privileged responsive documents. Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

Subpoena Request 18. This request asks for "[a]ll documents, including any communications with publishers, including, without limitation, peer-reviewed journals, relating to the assessment and peer-reviewed journal submission referenced on page six of the Petition: 'These conclusions derive from a preliminary and ongoing stability assessment. Emery Pharma expects to complete the study over the next few weeks and is preparing the data for a peer-reviewed publication.'" Emery has not produced documents responsive to this request, although it must have documents related to a stability assessment that was already underway in January 2020. Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

# Arnold&Porter

William Egan
October 15, 2020
Page 6

<u>Subpoena Request 19.</u>  This request asks for "[a]ll of Your Communications regarding ranitidine testing with peer-reviewed study authors, collaborators, or other pharmacies."  Emery stated in its Citizen Petition that it was preparing "data for a peer-reviewed publication," yet it produced communications related to any such submission.  Please supplement your production to address this deficiency and, upon that supplementation, confirm that you have produced all nonprivileged documents responsive to this request.

<u>Subpoena Request 20.</u>  This request asks for "[a]ll documents related to Your investigation into potential causes of NDMA formation in ranitidine."  Emery has not produced documents that are independently responsive to this request.  If any documents that would be responsive are being produced in response to other requests, please confirm as such and identify those other requests.

<u>Subpoena Request 21.</u>  This request asks for "[a]ll documents involving Your business plan to the extent they relate to ranitidine testing, NDMA testing, or the Petition, including profit projections, organizational charts, and sources of funding and/or revenue."  As I noted in my letter of September 3, 2020, this request request seeks information only to the extent it relates to ranitidine testing, NDMA testing, or the Citizen Petition.  If Emery has no additional documents responsive to this request, please confirm as such.

\*     \*     \*

I remain concerned about the delay in resolving the deficiencies around Emery's subpoena response.  Accordingly, please let me know by October 23, 2020 whether Emery agrees to supplements its response, and please provide that supplementation, as well as the requested confirmation regarding the completeness of each subpoena response, by October 30, 2020.

If you wish to discuss any of these issues, please contact me immediately by telephone or email.

                          Sincerely,

                          <u>/s/ Paige H. Sharpe</u>
                          Paige H. Sharpe