# Exhibit 13

**From:** Sami Sedghani <sami@synergistlaw.com>
**Sent:** Wednesday, August 4, 2021 1:39 PM
**To:** Eva Canaan <ecanaan@kslaw.com>
**Cc:** Michael Shortnacy <MShortnacy@KSLAW.com>; 'Rosemarie Bogdan' <rosemarie.bogdan@1800law1010.com>
**Subject:** RE: BI Subpoena meet & confer

**CAUTION:** **MAIL FROM OUTSIDE THE FIRM**

Hi Eva,

As stated in the responses therein, Emery Pharma is not withholding any other documents on the basis of its stated objections. As to the single document being withheld, it pertains to Trial-Preparation Communications Between an Attorney and Expert Witness (Emery Pharma) under Rules 26(b)(3)(A) pertaining to a different litigation matter (for a different pharmaceutical compound) for which Emery Pharma was engaged. Given your stance here, I trust you will also be producing a privilege log to Plaintiffs for every communication Defense attorneys have had with their testifying and non-testifying experts so that Plaintiffs can asses those claims as well.

Best,
Sami



**SAMI SEDGHANI, PHARM.D., J.D.**
Attorney at Law
**SYNERGIST LAW, P.C.**
One Sansome Street, Suite 3500-11 San Francisco, CA 94104
**Tel** +1 415 767 5024  **Mobile** +1 415 326 3708
**Email** sami@synergistlaw.com
**Website:** www.synergistlaw.com

CONFIDENTIALITY NOTICE: This email and its attachments are from Synergist Law P.C. and may contain attorney-client, work product or other privileged, confidential or proprietary information and may be exempt from disclosure under applicable laws. This email and its attachments are for the intended recipient(s). If you are not the intended recipient, any dissemination, disclosure, distribution, or copying of this email or its attachments is strictly prohibited. If you received this email or its attachments in error, please reply indicating so and delete all copies of the email and its attachments.

DISCLAIMER: Nothing contained herein should be construed as creating an attorney-client relationship or the rendering of legal advice. Unless a formal written retainer agreement has been fully executed, no action will be taken to protect your rights. Be advised that each litigation matter has an applicable statute of limitation that prescribes the last day on which a lawsuit or claim may be filed on your behalf. If you miss that date, it will be impossible for you to pursue your rights in court.

**From:** Eva Canaan <ecanaan@kslaw.com>
**Sent:** Wednesday, August 4, 2021 10:02 AM
**To:** Sami Sedghani <sami@synergistlaw.com>

**Cc:** Michael Shortnacy <MShortnacy@KSLAW.com>; 'Rosemarie Bogdan' <rosemarie.bogdan@1800law1010.com>
**Subject:** RE: BI Subpoena meet & confer

Sami – thank you for following up on this. Please confirm that no documents were withheld on grounds other than privilege. Please also produce a privilege log for the one document that you have withheld on the basis of work product as required under the FRCP 45.

Thanks,

Eva.

**From:** Sami Sedghani <sami@synergistlaw.com>
**Sent:** Tuesday, August 3, 2021 4:42 PM
**To:** Eva Canaan <ecanaan@kslaw.com>
**Cc:** Michael Shortnacy <MShortnacy@KSLAW.com>; 'Rosemarie Bogdan' <rosemarie.bogdan@1800law1010.com>
**Subject:** RE: BI Subpoena meet & confer

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Hi Eva,

We are withholding one document responsive to request no. 3 pursuant to CCP, §2018 (the work product doctrine).



**SAMI SEDGHANI, PHARM.D., J.D.**
Attorney at Law
**SYNERGIST LAW, P.C.**
One Sansome Street, Suite 3500-11 San Francisco, CA 94104
**Tel** +1 415 767 5024  **Mobile** +1 415 326 3708
**Email** sami@synergistlaw.com
**Website:** www.synergistlaw.com

CONFIDENTIALITY NOTICE: This email and its attachments are from Synergist Law P.C. and may contain attorney-client, work product or other privileged, confidential or proprietary information and may be exempt from disclosure under applicable laws. This email and its attachments are for the intended recipient(s). If you are not the intended recipient, any dissemination, disclosure, distribution, or copying of this email or its attachments is strictly prohibited. If you received this email or its attachments in error, please reply indicating so and delete all copies of the email and its attachments.

DISCLAIMER: Nothing contained herein should be construed as creating an attorney-client relationship or the rendering of legal advice. Unless a formal written retainer agreement has been fully executed, no action will be taken to protect your rights. Be advised that each litigation matter has an applicable statute of limitation that prescribes the last day on which a lawsuit or claim may be filed on your behalf. If you miss that date, it will be impossible for you to pursue your rights in court.

**From:** Sami Sedghani <sami@synergistlaw.com>
**Sent:** Monday, August 2, 2021 12:40 PM
**To:** 'Eva Canaan' <ecanaan@kslaw.com>
**Cc:** 'Michael Shortnacy' <MShortnacy@KSLAW.com>
**Subject:** RE: BI Subpoena meet & confer

Hi Eva,

Below I have identified whether any documents were withheld on the basis of Privilege in response to each request number:

1) None
2) None
3) Still checking on this but so far none.
4) None
5) None
6) None
7) None
8) None
9) None
10) None
11) None
12) None
13) None
14) None



**SAMI SEDGHANI, PHARM.D., J.D.**
Attorney at Law
**SYNERGIST LAW, P.C.**
One Sansome Street, Suite 3500-11 San Francisco, CA 94104
**Tel**  +1 415 767 5024  **Mobile**  +1 415 326 3708
**Email** sami@synergistlaw.com
**Website:** www.synergistlaw.com

CONFIDENTIALITY NOTICE: This email and its attachments are from Synergist Law P.C. and may contain attorney-client, work product or other privileged, confidential or proprietary information and may be exempt from disclosure under applicable laws. This email and its attachments are for the intended recipient(s). If you are not the intended recipient, any dissemination, disclosure, distribution, or copying of this email or its attachments is strictly prohibited. If you received this email or its attachments in error, please reply indicating so and delete all copies of the email and its attachments.

DISCLAIMER: Nothing contained herein should be construed as creating an attorney-client relationship or the rendering of legal advice. Unless a formal written retainer agreement has been fully executed, no action will be taken to protect your rights. Be advised that each litigation matter has an applicable statute of limitation that prescribes the last day on which a lawsuit or claim may be filed on your behalf. If you miss that date, it will be impossible for you to pursue your rights in court.

**From:** Sami Sedghani <sami@synergistlaw.com>
**Sent:** Monday, August 2, 2021 12:11 PM
**To:** 'Eva Canaan' <ecanaan@kslaw.com>
**Cc:** 'Michael Shortnacy' <MShortnacy@KSLAW.com>
**Subject:** RE: BI Subpoena meet & confer

Hi Eva,

I will have that information by end of day today.



**SAMI SEDGHANI, PHARM.D., J.D.**
Attorney at Law
**SYNERGIST LAW, P.C.**
One Sansome Street, Suite 3500-11 San Francisco, CA 94104
**Tel**  +1 415 767 5024  **Mobile**  +1 415 326 3708
**Email** sami@synergistlaw.com
**Website:** www.synergistlaw.com

CONFIDENTIALITY NOTICE: This email and its attachments are from Synergist Law P.C. and may contain attorney-client, work product or other privileged, confidential or proprietary information and may be exempt from disclosure under applicable laws. This email and its attachments are for the intended recipient(s). If you are not the intended recipient, any dissemination, disclosure, distribution, or copying of this email or its attachments is strictly prohibited. If you received this email or its attachments in error, please reply indicating so and delete all copies of the email and its attachments.

DISCLAIMER: Nothing contained herein should be construed as creating an attorney-client relationship or the rendering of legal advice. Unless a formal written retainer agreement has been fully executed, no action will be taken to protect your rights. Be advised that each litigation matter has an applicable statute of limitation that prescribes the last day on which a lawsuit or claim may be filed on your behalf. If you miss that date, it will be impossible for you to pursue your rights in court.

**From:** Eva Canaan <ecanaan@kslaw.com>
**Sent:** Monday, August 2, 2021 12:00 PM
**To:** Sami Sedghani <sami@synergistlaw.com>
**Cc:** Michael Shortnacy <MShortnacy@KSLAW.com>
**Subject:** BI Subpoena meet & confer

Sami – hello! Hope all is well with you.

At our meet-and-confer on July 20th regarding BI's subpoena, you represented that Emery withheld documents only on the basis of privilege and offered to provide clarity regarding whether documents were withheld on that basis with respect to BI's specific document requests by July 30th.  I am writing to follow-up since I have not heard from you. Please advise when you intend to provide this information.

Thanks,

Eva.

---

**Eva Canaan**
*Partner*

T: +1 212 790 5351  |  E: ecanaan@kslaw.com  |  www.kslaw.com

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036

KING & SPALDING

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.