**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE:  ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 <br> 20-MD-2924 <br><br> JUDGE ROBIN L. ROSENBERG <br> MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**THIS DOCUMENT RELATES TO:  ALL CASES**

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL THE DEPOSITIONS OF NAJAFI PHARMA, INC. D/B/A EMERY PHARMA AND RON NAJAFI, PH.D.**

Having considered Defendants' Motion to Compel the Depositions of Najafi Pharma, Inc. d/b/a Emery Pharma and Ron Najafi Ph.D., the Court finds that the Motion should be, and hereby is, **GRANTED**.  Ron Najafi and Emery Pharma will appear for their fact and Rule 30(b)(6) depositions within two weeks of serving their expert report on January 24, 2022.

So **ORDERED** this ____ day of _____, 2022.

_____
United States District Judge

1