# Exhibit 8

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

| **From:** | David Light |
| --- | --- |
| **To:** | Neeku Mahdavian; Kaury Kucera |
| **Cc:** | Ron Najafi; Neelanjan Bose |
| **Subject:** | Re: Conference call Emery Pharma-David Light (Valisure) |
| **Date:** | Wednesday, April 17, 2019 2:20:37 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Thanks all for the call today.  As promised, a simple spreadsheet below to summarize the two critical tests we're interested to see in triplicate:

|  | **Ranitidine Sample** | **Sample Prep** | **GC/MS Method** | **GC Oven Temp** |
| --- | --- | --- | --- | --- |
| **Test 1** | Standard Zantac 150mg | FDA standard | FDA standard | 130C |
| **Test 2** | Standard Zantac 150mg | Physiologically relevant treatment (TBD) | Low-temp FDA standard | 40C |

Will have exact sample prep conditions for test 2 shortly but plenty to get started on.

Do you want to set a time to follow up on Monday afternoon Eastern time? I'm pretty flexible.

Thanks!

-Dave

On Tue, Apr 16, 2019 at 4:22 PM Neeku Mahdavian <neeku@emerypharma.com> wrote:

> Hi David,
>
> We look forward to speaking with you on **Wednesday April 17th at 10:00 am PT/1:00 pm ET.**
>
> **For video:** https://zoom.us/j/501255625
>
> **For audio:** 669 900 6833, (646) 558-8656, **Meeting ID:** 501 255 625
>
> Best regards,
>
> **Neeku (Niki) Mahdavian**
>
> Business Development Manager
>
> Tel: (510) 899-8825 |   Email: neeku@emerypharma.com 
>
> 

EMERY 0122

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

1000 Atlantic Ave. Suite 110

Alameda, CA 94501

www.emerypharma.com

*Your bridge to success*

**Join us on:**

This E-mail message and any attachments are being sent by Emery Pharma are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to info@emerypharma.com and by deleting all copies of this message and any attachments. Thank you.

**From:** David Light <david.light@valisure.com>
**Sent:** Tuesday, April 16, 2019 12:28 PM
**To:** Neeku Mahdavian <neeku@emerypharma.com>
**Cc:** Ron Najafi <ron@emerypharma.com>; Alexandra Jirstrand <alexandra@valisure.com>; Neelanjan Bose <nbose@emerypharma.com>; Kaury Kucera <kucera@valisure.com>
**Subject:** Re: Specs Re: Confidential - Urgent Analysis Project

Great!

Would tomorrow anytime 12 - 3pm Eastern work for you?

Thanks

Dave

sent from my phone, please excuse any errors

On Tue, Apr 16, 2019, 3:06 PM Neeku Mahdavian <neeku@emerypharma.com> wrote:

> Hi David,

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Hope all is well! I wanted to let you know we received your samples today. We're looking forward to getting things initiated.

I would like to request a call with you and our team to discuss the next steps. Can you let me know your availability in the next few days?

Thanks!

Best regards,

**Neeku (Niki) Mahdavian**

Business Development Manager

Tel: (510) 899-8825 |   Email: neeku@emerypharma.com

1000 Atlantic Ave. Suite 110

Alameda, CA 94501

www.emerypharma.com

*Your bridge to success*

**Join us on:**

This E-mail message and any attachments are being sent by Emery Pharma are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to info@emerypharma.com and by deleting all copies of this message and any attachments. Thank you.

**From:** David Light <david.light@valisure.com>
**Sent:** Tuesday, April 16, 2019 5:42 AM

EMERY 0124

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**To:** Kaury Kucera <kucera@valisure.com>
**Cc:** Ron Najafi <ron@emerypharma.com>; Neeku Mahdavian <neeku@emerypharma.com>; Alexandra Jirstrand <alexandra@valisure.com>; Neelanjan Bose <nbose@emerypharma.com>; Alan Ewing <aewing@emerypharma.com>
**Subject:** Re: Specs Re: Confidential - Urgent Analysis Project

Hi Ron,

Just to clarify on the samples and tests; we've sent you tablets from the same bottles as we've been running. The GC/MS method we're using is the FDA system with the 130C oven temp, which we understand can cause the ranitidine to degrade though still want to reproduce these initial results. Vast majority of drugs do just fine with this method and it is the FDA published standard for the valsartan crisis.  Also shows existence proof of the potential for mg-levels of NDMA production.

We're close to solidifying our process for physiologically relevant conditions and will send you the details soon. On the GC/MS side we're simply putting the oven temp down to 37C and running a very similar program - same column. Sensitivity is reduced but not too bad even on our old instrument. Sample prep will be considerably different.

Thanks!

-Dave

On Mon, Apr 15, 2019 at 3:25 PM Kaury Kucera <kucera@valisure.com> wrote:

> Hi All,
>
> I sent the samples today along with certified reference material for comparison. They should arrive tomorrow - FedEx tracking number ▆▆▆▆▆▆▆▆
>
> Best,
>
> Kaury
>
>> On Wed, Apr 10, 2019 at 8:28 AM David Light <david.light@valisure.com> wrote:
>>
>>> Very much appreciated, Ron. We'll get you samples and methods out shortly.

EMERY 0125

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

> Thanks!
>
> Dave
>
> sent from my phone, please excuse any errors
>
> On Wed, Apr 10, 2019, 12:40 AM Ron Najafi <ron@emerypharma.com> wrote:
>
>> Please send to our current address shown on our signature line. We are keeping our current facility. Simply adding more lab space.
>>
>> Please send sample attention: Ron Najafi
>>
>> ███████████████████████████████████
>>
>> Ron
>>
>> With Warm Personal Regards,
>>
>> Ron
>>
>> "Yours to Innovate and Save Lives"
>>
>> Ron Najafi, Ph.D.
>>
>> President & CEO
>>
>> Emery Pharma
>>
>> 1000 Atlantic Avenue Suite 110
>>
>> Alameda Ca, 94501
>>
>> www.emerypharma.com
>>
>> Tel: 415-747-2087
>>
>> ---
>>
>> **From:** David Light <david.light@valisure.com>
>> **Sent:** Tuesday, April 9, 2019 8:27 PM
>> **To:** Ron Najafi

EMERY 0126

**Cc:** Neeku Mahdavian; Kaury Kucera; Alexandra Jirstrand; Neelanjan Bose; Alan Ewing
**Subject:** Re: Specs Re: Confidential - Urgent Analysis Project

Hi Ron,

Good luck with the move!

Agreed that the high temp GC/MS method is concerning and we already developed a method at the physiologically relevant temperature of 40C (our current GC won't go down to 37C, but we're getting another one installed right now that will).  Obviously sensitivity goes down with the 40C method but it'll still pick up 1ug quantities of NDMA. Again, with a newer instrument that'll likely get better.

Will have more concrete details on the methods and specific experiments quite soon.  We still want to replicate the FDA high-temp method but certainly would like to add a low temp version as well.

Happy to send some materials - what's the new address?

Thanks,

-Dave

On Tue, Apr 9, 2019 at 7:55 PM Ron Najafi <ron@emerypharma.com> wrote:

> Hi David,
>
> Thank you for reaching out.  We are busy moving part of our lab across the street into a new facility, hence the delay.
>
> We had a chance to discuss your proposed project regarding the high levels of NDMA in Ranitidine.  We feel that the thermal degradation of ranitidine under headspace GC conditions is a significant confounding factor that we need to first resolve as the results may entail legal connotations down the road. Do you have the ability to test ranitidine under physiological conditions?  NMR may be a good technique as it non-destructive and is done at room temperature.  There may be some challenges as the dimethylamine moiety of Ranitidine and NDMA may fall on top of each other in the NMR spectra.  But, it is worth a try!  If you have any samples of ranitidine, please send them to Emery Pharma for a quick

analysis.

We prefer ranitidine as tablet and pure ranitidine (API).

Regards,

Ron

*Yours to Innovate and Save Lives,*

**Ron Najafi, Ph.D.**

Founder & CEO

1000 Atlantic Ave. Suite 110

Alameda, CA 94501

Office : 510-899-8888 | Cell : 415-747-2087

email:ron@emerypharma.com

website: www.emerypharma.com

**Join us on:**

"Predictions are difficult when they involve future"   Yogi Berra

**From:** David Light <david.light@valisure.com>
**Sent:** Monday, April 8, 2019 8:47 PM
**To:** Neeku Mahdavian <neeku@emerypharma.com>
**Cc:** Kaury Kucera <kucera@valisure.com>; Alexandra Jirstrand <alexandra@valisure.com>; Neelanjan Bose <nbose@emerypharma.com>; Alan Ewing <aewing@emerypharma.com>; Ron Najafi <ron@emerypharma.com>
**Subject:** Re: Specs Re: Confidential - Urgent Analysis Project

Hi Neeku, Ron,

Just wanted to touch base on how things are looking to get some ranitidine analysis going this week?

Thanks,

-Dave

On Tue, Apr 2, 2019 at 2:06 PM David Light <david.light@valisure.com> wrote:

> Thanks Neeku.  Time is of the essence, so anything you can do to press on the timing would be much appreciated.
>
> Thanks,
>
> -Dave
>
> On Mon, Apr 1, 2019 at 7:59 PM Neeku Mahdavian <neeku@emerypharma.com> wrote:
>
>> Hi David,
>>
>> Thanks for the additional information. I will relay this information back to our team and get back to you soon. Just to let you know we are expanding our lab space so I might not be able to get our team rallied around to review the specifics so at latest we'll get back to you by next week.
>>
>> Thank you for your patience!
>>
>> Best regards,
>>
>> **Neeku (Niki) Mahdavian**
>>
>> Business Development Manager
>>
>> Tel: (510) 899-8825 |   Email: neeku@emerypharma.com

EMERY 0129

1000 Atlantic Ave. Suite 110

Alameda, CA 94501

www.emerypharma.com

*Your bridge to success*

Join us on:

This E-mail message and any attachments are being sent by Emery Pharma are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to info@emerypharma.com and by deleting all copies of this message and any attachments. Thank you.

**From:** David Light <david.light@valisure.com>
**Sent:** Monday, April 1, 2019 2:19 PM
**To:** Neeku Mahdavian <neeku@emerypharma.com>
**Cc:** Kaury Kucera <kucera@valisure.com>; Alexandra Jirstrand <alexandra@valisure.com>; Neelanjan Bose <nbose@emerypharma.com>; Alan Ewing <aewing@emerypharma.com>; Ron Najafi <ron@emerypharma.com>
**Subject:** Specs Re: Confidential - Urgent Analysis Project

Hi Neeku,

Thanks for the quick attention to this; it's definitely a potential huge issue.

The FDA protocol we've been using is attached with a few additional details below. This is a great, high-sensitivity assay for NDMA though it incubates the sample at 130C and heat is a contributing factor to the degradation of ranitidine. We're working hard on detecting ranitidine at just body temp exposure, 37 or 40C, and also identifying the physiologically relevant conditions that also degrade the ranitidine. I think the two important pieces of data we want to show is:

A. The NDMA levels we saw when doing a standard analysis using the FDA protocol GC/MS method and standard sample prep.

B. The NDMA levels observed when doing a physiologically relevant analysis condition and ideally a physiologically relevant sample prep.

EMERY 0130

Can get started on A right away, and happy to work together towards a B (we were hoping to have B done last week but it's proving a bit tricky).

Let me know how you'd like to proceed - we can send samples right away or you can even just go to any pharmacy and buy some Zantac or generic ranitidine. We've been processing the 150mg tablets. Perhaps a conference call tomorrow or Wednesday would be helpful as well?  I'm available before 3pm Eastern tomorrow or 1pm or 3pm on Wednesday.

FDA protocol further details:

DB-1701 GC Column, 30 m x 0.25 mm, 1.00 μm

Dissolve 1 tablet in 5 ml NMP accurately measured (we use weight) in an amber 20 ml headspace vial. It usually takes 10 min to dissolve with intermediate vortexing.

We deviate from the FDA protocol by using 25:1 split ratio, ramp using an additional stage to 260 degrees to minimize background of subsequent injections, and run blank vial samples between test samples.

Thanks,

-Dave

On Mon, Apr 1, 2019 at 3:04 PM Neeku Mahdavian <neeku@emerypharma.com> wrote:

> Hi David,
>
> Hope you had a nice weekend! Our team discussed your request earlier this morning. Would it be possible for you to send us the method you would like us to use. Alternatively you can send us the specifics for the column specifications and sample preparation-we want to replicate the data you obtained as closely as possible.
>
> Thanks in advance!
>
> Best regards,

EMERY 0131

### Neeku (Niki) Mahdavian

Business Development Manager

Tel: (510) 899-8825 |   Email: neeku@emerypharma.com

1000 Atlantic Ave. Suite 110

Alameda, CA 94501

www.emerypharma.com

*Your bridge to success*

Join us on:

This E-mail message and any attachments are being sent by Emery Pharma are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to info@emerypharma.com and by deleting all copies of this message and any attachments. Thank you.

**From:** David Light <david.light@valisure.com>
**Sent:** Friday, March 29, 2019 3:31 PM
**To:** Neeku Mahdavian <neeku@emerypharma.com>
**Cc:** Kaury Kucera <kucera@valisure.com>; Alexandra Jirstrand <alexandra@valisure.com>; Neelanjan Bose <nbose@emerypharma.com>; Alan Ewing <aewing@emerypharma.com>; Ron Najafi <ron@emerypharma.com>
**Subject:** Re: Confidential - Urgent Analysis Project

Sounds great, thanks!

Have a great weekend,

Dave

sent from my phone, please excuse any errors

On Fri, Mar 29, 2019, 6:17 PM Neeku Mahdavian <neeku@emerypharma.com> wrote:

EMERY 0132

Hi David,

Thanks for reaching out. We're reviewing your request internally. We'll get back to you on Monday with some updates.

Have a nice weekend!

Best regards,

### Neeku (Niki) Mahdavian

Business Development Manager

Tel: (510) 899-8825 |   Email: neeku@emerypharma.com

1000 Atlantic Ave. Suite 110

Alameda, CA 94501

www.emerypharma.com

*Your bridge to success*

Join us on:

This E-mail message and any attachments are being sent by Emery Pharma are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to info@emerypharma.com and by deleting all copies of this message and any attachments. Thank you.

**From:** David Light <david.light@valisure.com>
**Sent:** Friday, March 29, 2019 9:31 AM
**To:** Ron Najafi <ron@emerypharma.com>
**Cc:** Neeku Mahdavian <neeku@emerypharma.com>; Kaury Kucera <kucera@valisure.com>; Alexandra Jirstrand <alexandra@valisure.com>; Neelanjan Bose <nbose@emerypharma.com>; Alan Ewing <aewing@emerypharma.com>
**Subject:** Re: Confidential - Urgent Analysis Project

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Hi Ron,

Oh the irony, I also bumped into a few Sanofi guys at an American Heart Association corporate forum a couple weeks ago.

We're thinking just 2 samples run in triplicate. We may only end up needing the GC/MS, same column but two different temps. Will have clarity either today or early next week.

I know last time we talked things would be cheaper if we piggy backed with your legal client, however we'd need this analysis next week. Understood that this could be more expensive. NBC is already asking us for data on a separate story and this will fit in perfectly, so we have to act fast.  Let me know what you think.

Also, we just got legal review back on our intended press release, will forward that to you shortly ▌

Thanks!

Dave

sent from my phone, please excuse any errors

On Fri, Mar 29, 2019, 11:43 AM Ron Najafi <ron@emerypharma.com> wrote:

> Hi David,
>
> It is good to hear from you.
>
> This is a good catch!
>
> The API (ranitidine) is sold in many OTC brands by ▌

EMERY 0134

Niki should be able to provide you with a timeline for testing.

How may samples do you have?

With Warm Personal Regards,

Ron

"Yours to Innovate and Save Lives"

Ron Najafi, Ph.D.

President & CEO

Emery Pharma

1000 Atlantic Avenue Suite 110

Alameda Ca, 94501

[www.emerypharma.com](www.emerypharma.com)

Tel: 415-747-2087

---

**From:** David Light <david.light@valisure.com>
**Sent:** Friday, March 29, 2019 7:34 AM
**To:** Ron Najafi; Neeku Mahdavian
**Cc:** Kaury Kucera; Alexandra Jirstrand
**Subject:** Confidential - Urgent Analysis Project

Hi Ron, Neeku,

We recently finished running through our formulary with the FDA-standard NDMA, NDEA GC/MS screen which we also use for DMF. Although we still have concern over DMF and want to follow up on that eventually, we have an immediate need to test ranitidine. The FDA method results in NDMA detection of roughly 100,000 times the permissible limit, which of course was shocking,

EMERY 0135

so upon further investigation, it's apparently well studied that the ranitidine molecule itself easily degrades to NDMA!

Stanford University conducted a clinical study in 10 people which showed ingestion of 150mg ranitidine results in 24hr NDMA levels in urine going from a baseline of 110ng, roughly FDA limit, to 47,600ng!
Paper: https://www.ncbi.nlm.nih.gov/pubmed/26992900

So - once the data is together we plan to announce that Valisure will no longer carry ranitidine in any form due to significant concern over health risk.  ==With our strong press connections, this is very likely going to get very wide traction... however, before we do this, we'd like to get you to validate a few results we're working on now, both in GC/MS and LC/MS.  We're also hoping you'd be comfortable with us mentioning in the press release that Emery Pharma has validated our results;== assuming the data comes back consistent, of course.  I don't think the the full cGMP work up for this is necessary, R&D confirmation that the results, which are scientifically obvious given the literature, should be enough.

If we can get you samples early next week, would you be able to work on this?

Thanks,

-Dave

--

**David Light**

*Founder and CEO*

5 Science Park

New Haven, CT 06511

P: 203-202-3405

M: 858-204-2494

www.valisure.com

---

This transmittal may be a confidential communication or
may otherwise be privileged or confidential. If it is not clear that you are
the intended recipient, you are hereby notified that you have received
this transmittal in error; any review, dissemination, distribution, or
copying of this transmittal is strictly prohibited. If you suspect that you

have received this communication in error, please notify us immediately by telephone at 1-203-202-3405 or e-mail at david.light@valisure.com,

and immediately delete this message and all its attachments.

_____

--

### David Light

*Founder and CEO*

5 Science Park

New Haven, CT 06511

P: 203-202-3405

M: 858-204-2494

www.valisure.com

_____
This transmittal may be a confidential communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-203-202-3405 or e-mail at david.light@valisure.com,

and immediately delete this message and all its attachments.

_____

--

### David Light

*Founder and CEO*

5 Science Park

New Haven, CT 06511

P: 203-202-3405

M: 858-204-2494

www.valisure.com

EMERY 0137

_____

This transmittal may be a confidential communication or
may otherwise be privileged or confidential. If it is not clear that you are
the intended recipient, you are hereby notified that you have received
this transmittal in error; any review, dissemination, distribution, or
copying of this transmittal is strictly prohibited. If you suspect that you
have received this communication in error, please notify us immediately
by telephone at 1-203-202-3405 or e-mail at david.light@valisure.com,

and immediately delete this message and all its attachments.

_____

--

**David Light**

*Founder and CEO*

5 Science Park

New Haven, CT 06511

P: 203-202-3405

M: 858-204-2494

www.valisure.com

_____

This transmittal may be a confidential communication or
may otherwise be privileged or confidential. If it is not clear that you are
the intended recipient, you are hereby notified that you have received
this transmittal in error; any review, dissemination, distribution, or
copying of this transmittal is strictly prohibited. If you suspect that you
have received this communication in error, please notify us immediately
by telephone at 1-203-202-3405 or e-mail at david.light@valisure.com,

and immediately delete this message and all its attachments.

_____

--

**David Light**

*Founder and CEO*

5 Science Park

New Haven, CT 06511

P: 203-202-3405

M: 858-204-2494

www.valisure.com

This transmittal may be a confidential communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-203-202-3405 or e-mail at david.light@valisure.com,

and immediately delete this message and all its attachments.

--

**Kaury Kucera, PhD**

*Chief Scientific Officer*

5 Science Park

New Haven, CT 06511

Lab: 203-202-3405

Mobile: 203-508-2012

www.valisure.com

This transmittal may be a confidential communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-203-202-3405 or e-mail at kucera@valisure.com,

and immediately delete this message and all its attachments.

--

**David Light**

*Founder and CEO*

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

5 Science Park

New Haven, CT 06511

P: 203-202-3405

M: 858-204-2494

www.valisure.com

This transmittal may be a confidential communication or
may otherwise be privileged or confidential. If it is not clear that you are
the intended recipient, you are hereby notified that you have received
this transmittal in error; any review, dissemination, distribution, or
copying of this transmittal is strictly prohibited. If you suspect that you
have received this communication in error, please notify us immediately
by telephone at 1-203-202-3405 or e-mail at david.light@valisure.com,

and immediately delete this message and all its attachments.

--

**David Light**
*Founder and CEO*
5 Science Park
New Haven, CT 06511
**P: 203-202-3405**
**M: 858-204-2494**
www.valisure.com
_____

This transmittal may be a confidential communication or
may otherwise be privileged or confidential. If it is not clear that you are
the intended recipient, you are hereby notified that you have received
this transmittal in error; any review, dissemination, distribution, or
copying of this transmittal is strictly prohibited. If you suspect that you
have received this communication in error, please notify us immediately
by telephone at 1-203-202-3405 or e-mail at david.light@valisure.com,
and immediately delete this message and all its attachments.
_____