# Exhibit 9

MSK00009428-30 redacted at MSK's request over Brand Defendants' objection.  MSK will file a motion to seal.

**From:** Adam Clark-Joseph <adam.clarkjoseph@valisure.com>
**Sent:** 2019-04-09T18:25:56Z
**Subject:**
**To:** Michael Bretholz
**Cc:** David Light <david.light@valisure.com>, Lior Braunstein                              Adam B

Hmmm... I'll go by "ACJ" to avoid multi-Adam confusion :-)

On Tue, Apr 9, 2019 at 12:58 PM Michael Bretholz                        wrote:

On Tue, Apr 9, 2019, 1:46 PM Adam Clark-Joseph <adam.clarkjoseph@valisure.com> wrote:



On Tue, Apr 9, 2019 at 12:24 PM David Light <david.light@valisure.com> wrote:

> Yes, big thanks, very exciting! I'm copying here Adam Clark Joseph, Valisure's co-founder and professor of finance at UI.

Thanks,

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

MSK00009428

Dave

sent from my phone, please excuse any errors

On Tue, Apr 9, 2019, 12:57 PM Michael Bretholz ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

On Tue, Apr 9, 2019, 12:42 PM Lior Braunstein ▮▮▮▮▮▮▮▮▮▮▮▮▮ > wrote:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

On Apr 9, 2019, at 12:43 AM, David Light <david.light@valisure.com> wrote:

Hey Lior,
Great meeting up with you today ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

-Dave

--

David Light
*Founder and CEO*
5 Science Park
New Haven, CT 06511
P: 203-202-3405
M: 858-204-2494
www.valisure.com

This transmittal may be a confidential communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-203-202-3405 or e-mail at david.light@valisure.com, and immediately delete this message and all its attachments.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

MSK00009429

--
Adam D. Clark-Joseph, PhD
Founder and CAO
P: 203-202-3405
M: 727-612-8264
www.valisure.com

This transmittal may be a confidential communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-727-612-8264 or e-mail at adam.clarkjoseph@valisure.com, and immediately delete this message and all its attachments.

--
Adam D. Clark-Joseph, PhD
Founder and CAO
P: 203-202-3405
M: 727-612-8264
www.valisure.com

This transmittal may be a confidential communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-727-612-8264 or e-mail at adam.clarkjoseph@valisure.com, and immediately delete this message and all its attachments.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

MSK00009430