# Exhibit 11

Confidential

| | |
|---|---|
| **From:** | David Light |
| **To:** | William Mitch |
| **Cc:** | Gregory Frank; Kaury Kucera; Michael Bretholz; Lior Braunstein; Wolfgang Hinz |
| **Subject:** | Re: Consulting on ranitidine studies |
| **Date:** | Friday, April 19, 2019 5:34:38 AM |
| **Attachments:** | Jenner, the development of a radioimmuno.pdf |
| | The-development-of-a-radioimmunoassay-for-ranitidine-in-biol_1981_Life-Scien (1).pdf |
| | Effects of one years treatment with ranitidine and of truncal vagotomy on gastric contents (1).pdf |
| | Mergens, 1979_Nitrosation of Methapyrilene (1).pdf |
| | GSK - urine metabolites PII_S0378-4347(00)80255-8.pdf |

Great, thanks Bill!  Looking forward to chatting at 9am your time.  Attached are a few papers of interest to us, in particular "Effects of one years treatment with ranitidine and of truncal vagotomy on gastric contents" where GSK did a safety study of ranitidine and used what appear to be very unusual detection methods for nitrosamines using nitrogen oxide as a secondary detection - a method developed for complex food matrix (https://www.ncbi.nlm.nih.gov/pubmed/736263). They also used a radioimmunoassay for detecting ranitidine itself. Some other papers attached with background on the radioimmuno assay.

Then a paper on GSK's analysis of urine using straighforward LC but they don't look for nitrosamines.

Related is a paper on Methapyrilene which was pulled off the market due to nitrosamine production where standard analytical techniques are used.

We are concerned that the methods used by GSK were selected to intentionally avoid nitrosamine detection.

Talk soon,

-Dave

On Thu, Apr 18, 2019 at 1:19 PM William Mitch <wamitch@stanford.edu> wrote:
> Hi Dave:
>
> Please find the signed forms attached.  Thanks
>
> Bill Mitch
>
> On Thu, Apr 18, 2019 at 8:17 AM David Light <david.light@valisure.com> wrote:
>> Hi Bill,
>>
>> Please see attached the consulting agreement and our standard NDA. Let me know if you have any questions and please send executed copies - digital is fine.
>>
>> Talk soon!
>>
>> -Dave
>>
>> On Wed, Apr 17, 2019 at 11:03 PM David Light <david.light@valisure.com> wrote:
>>> Hi Bill,

CONFIDENTIAL                                                                                                                                                                     MITCH001115

Confidential

> Looking forward to chatting on Friday, I just sent out a webex.
>
> Our lawyer said he'd have the consulting agreement to me tomorrow so I'll pass that along soon as I have it.
>
> Thanks,
>
> -Dave
>
>
> On Fri, Apr 12, 2019 at 7:09 PM David Light <david.light@valisure.com> wrote:
>> Hi Bill,
>>
>> Great chatting with you the other week. We at Valisure have a number of active studies we're working on to follow up on your work and the general body of studies on ranitidine issues. We've brought in a number of prestigious institutions and partners and after talking with our leadership team, ==we'd like to extend an offer for a consulting relationship with you, if you're interested?==
>>
>> Happy to pay your standard consulting rate for at least a few hours of delving into current and proposed experiments around ranitidine degradation.
>>
>> Can definitely work around your schedule but would like to proceed fairly quickly as we have a number of ongoing projects for which I'd love to have your detailed input sooner than later.
>>
>> Let me know what you think and can jump on a call next week if helpful.
>>
>> Thanks and have a great weekend,
>>
>> -Dave
>>
>> --
>>
>> **David Light**
>> *Founder and CEO*
>> 5 Science Park
>> New Haven, CT 06511
>> **P: 203-202-3405**
>> **M: 858-204-2494**
>> www.valisure.com
>>
>> ---
>> This transmittal may be a confidential communication or
>> may otherwise be privileged or confidential. If it is not clear that you are
>> the intended recipient, you are hereby notified that you have received
>> this transmittal in error; any review, dissemination, distribution, or
>> copying of this transmittal is strictly prohibited. If you suspect that you
>> have received this communication in error, please notify us immediately
>> by telephone at 1-203-202-3405 or e-mail at david.light@valisure.com,
>> and immediately delete this message and all its attachments.
>> ---

Confidential

--

## David Light
*Founder and CEO*
5 Science Park
New Haven, CT 06511
**P: 203-202-3405**
**M: 858-204-2494**
www.valisure.com

This transmittal may be a confidential communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-203-202-3405 or e-mail at david.light@valisure.com, and immediately delete this message and all its attachments.

--

## David Light
*Founder and CEO*
5 Science Park
New Haven, CT 06511
**P: 203-202-3405**
**M: 858-204-2494**
www.valisure.com

This transmittal may be a confidential communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-203-202-3405 or e-mail at david.light@valisure.com, and immediately delete this message and all its attachments.

--

Department of Civil and Environmental Engineering
Stanford University
Y2E2 145
473 Via Ortega, M/C 4020
Stanford, CA 94305
650-725-9298

--

## David Light
*Founder and CEO*
5 Science Park
New Haven, CT 06511
**P: 203-202-3405**
**M: 858-204-2494**

Confidential

www.valisure.com

This transmittal may be a confidential communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-203-202-3405 or e-mail at david.light@valisure.com, and immediately delete this message and all its attachments.

CONFIDENTIAL                                                                                                           MITCH001118