# Exhibit 16

Confidential

| | |
|---|---|
| **From:** | Gregory Frank |
| **To:** | William Mitch |
| **Cc:** | David Light; Kaury Kucera; Michael Bretholz |
| **Subject:** | RE: Valisure Citizen"s Petition |
| **Date:** | Monday, May 6, 2019 5:04:48 PM |

I understand.  Do scientists postulate whether NDMA contamination of this kind has caused  longer-term harms to the environment, or do you believe that once they pull ranitidine from the market most of the environmental problems will be solved?

Gregory A. Frank

**FRANK LLP**

370 Lexington Avenue, Suite 1706

New York, NY 10017

212 682 1853

www.FRANKllp.com

The information contained in this email is PRIVILEGED AND/OR CONFIDENTIAL and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, copy, or distribution of this communication is strictly prohibited.  Frank LLP will accept no responsibility or liability in respect to this email other than to the addressee. If you have received this communication in error, please immediately delete all originals, copies and attachments from your system.  Destroy all hard copies of it and please notify the sender immediately by telephone or by return email. Thank you.

**From:** William Mitch [mailto:wamitch@stanford.edu]
**Sent:** Monday, May 06, 2019 7:56 PM
**To:** Gregory Frank <gfrank@frankllp.com>
**Cc:** David Light <david.light@valisure.com>; Kaury Kucera <kucera@valisure.com>; Michael Bretholz <michael.bretholz@gmail.com>
**Subject:** Re: Valisure Citizen's Petition

Hi Greg:

I would perhaps take a different tack.  NDMA is a key focus for drinking water research and for potable reuse of municipal wastewater.  So there are measurements of NDMA in these water and regulations now apply in some states.  The California Notification Level (10 ng/L) is what most utilities currently strive to meet (and basically must meet in California - if they don't, they have to notify consumers, which is essentially a regulatory limit due to the public outcry).  The EPA likes to imagine that people drink 2 L of water a day.  So the maximum intake would be ~20 ng/person if the utility just meets this limit.  Ranitidine may contribute to this limit, but it is hard to tell if it does due to what we discussed before.  So I would first ask whether the this exposure route is important relative to patients consuming ranitidine.  Our results indicate that consumption of ranitidine leads to ~10-100 ug of NDMA in the urine. This would be 3-4 orders of magnitude higher than an exposure through drinking water.  It is true that drinking water would impact even those who do not choose to consume ranitidine. However, it seems like the "pill" pathway is 1) more important and 2) a more direct link (i.e., doesn't rely on detection of ranitidine in wastewater).  If ranitidine were pulled from the

MITCH000557

Confidential

market, it could also no longer contribute to NDMA formation in chloraminated drinking waters and wastewaters.

Thanks

Bill

On Mon, May 6, 2019 at 9:17 AM Gregory Frank <gfrank@frankllp.com> wrote:

> Thank you for this write up, it's very helpful.
>
> I understand your point that we're still missing a lot of data. I'm trying to figure out a way to explain what we do know in a few paragraphs so that the government recognizes there is a danger to waterways that requires further investigation.
> To that end, I'm trying to write a few paragraphs summarizing the major points of what research has been done and what we do know. Particularly, I'm hoping to describe:
>
> 1. The history of research into ranitidine as a potential cause of NDMA contamination in drinking water (who first postulated/studied it);
> 2. Giving a brief overview of the highlights of what we do know from your research and existing literature.
>
> In terms of your point that no one has managed to actually quantify whether ranitidine is present in wastewater effluents, has anyone in the literature theorized about what these numbers may be?  I'm hoping to quantify the theoretical dangers in a concrete enough way to motivate further government investigation.
>
> **From:** William Mitch <wamitch@stanford.edu>
> **Sent:** Monday, May 6, 2019 12:03 PM
> **To:** Gregory Frank <gfrank@frankllp.com>
> **Cc:** David Light <david.light@valisure.com>; Kaury Kucera <kucera@valisure.com>; Michael Bretholz <michael.bretholz@gmail.com>
> **Subject:** Re: Valisure Citizen's Petition
>
> Hi Greg:
>
> My background is in drinking water and wastewater treatment, so it would be difficult for me to comment on the human health implications.  We could at most summarize our paper to indicate that the median mass of NDMA excreted by volunteers consuming Zantac tablets was x with a range, etc.  But I have no background in the pharmaceutical risk arena.  For example, I do not know what the level of NDMA excretion in urine would have to be for FDA to pull it from the market.  So I'm not sure I could come up with much on that front.
>
> The trick with the environmental risk area is that studies have only indicated that chloramination of ranitidine can form NDMA at high levels, and so ranitidine might serve as a risk factor for potable reuse of municipal wastewater.  What is missing are measurements to indicate that ranitidine occurs at significant concentrations in wastewater effluents.  It is likely that it is transformed during wastewater treatment, but we are not sure what the products would be.  These might still be able to be converted to NDMA by chloramination, but we can't tell since we don't know what they are or whether they occur in wastewater. So it would be difficult to point to any concrete risk, since the counter-claim

MITCH000558

Confidential

would be that although ranitidine likely occurs in sewage, it is transformed during wastewater treatment.

Bill

On Thu, May 2, 2019 at 11:23 AM Gregory Frank <gfrank@frankllp.com> wrote:

Bill,

We spoke a few Fridays ago, I'm working with Valisure on their ranitidine investigation and was on the conference call.

We are beginning to prepare a citizen's petition to the FDA so that these health and safety matters will be investigated more thoroughly.

I was hoping we could hire you to write a few pages with citations on: 1) your findings concerning ranitidine's NDMA dangers; and 2) your concerns about the potential environmental impacts of ranitidine consumption in the U.S.  This is a good opportunity to get your thoughts and research into the public safety discourse.

I'm available to talk at your convenience.

Greg
646.457.9954

Gregory A. Frank
**FRANK LLP**
370 Lexington Avenue, Suite 1706
New York, NY 10017
212 682 1853
www.FRANKllp.com

The information contained in this email is PRIVILEGED AND/OR CONFIDENTIAL and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, copy, or distribution of this communication is strictly prohibited.  Frank LLP will accept no responsibility or liability in respect to this email other than to the addressee. If you have received this communication in error, please immediately delete all originals, copies and attachments from your system.  Destroy all hard copies of it and please notify the sender immediately by telephone or by return email. Thank you.

--
Department of Civil and Environmental Engineering
Stanford University
Y2E2 145
473 Via Ortega, M/C 4020
Stanford, CA 94305
650-725-9298

CONFIDENTIAL

MITCH000559

Confidential

--
Department of Civil and Environmental Engineering
Stanford University
Y2E2 145
473 Via Ortega, M/C 4020
Stanford, CA 94305
650-725-9298

MITCH000560