# Exhibit 20



# Confidential Report (R&D)

*Prepared by:*

**Emery Pharma**

1000 Atlantic Ave., Suite 110

Alameda, CA 94501

(510) 899-8814

www.emerypharma.com

*THE INFORMATION CONTAINED IN THIS DOCUMENT IS STRICTLY PRIVATE AND CONFIDENTIAL TO ITS RECIPIENTS, AND SHOULD NOT BE COPIED, DISTRIBUTED, NOR REPRODUCED IN WHOLE OR IN PART, NOR PASSED TO ANY THIRD PARTY WITHOUT CONSENT FROM THE RECIPIENT.*

The following results were obtained by analysis of 150 mg Zantac tablets by the FDA HS-GC-MS method for NDMA in Valsartan, as indicated in the proposal QVSR-NB190429. Two Zantac products (regular and mint flavored) were analyzed (one tablet each) were analyzed for NDMA and NDEA.  Two levels of NDMA and NDEA mixed standards were separately analyzed (10 µg and 50 µg levels).

During the analysis, which entails heating the sample in a sealed vial at 125 °C for 15 min in DMSO, the resultant slurry of Zantac was significantly discolored (darkened) in both cases. No NDEA was observed in the sample. Very high levels of NDMA were observed.  These levels were significantly higher than the highest standard analyzed.  As such, accurate quantitation can not be determined in this analysis, but requires reanalysis with much higher standard levels.  It is expected that standard curves may not be linear at such high NDMA levels, and that the quantitation provided here is likely an underestimate of the levels produced in these analyses. Nevertheless, the results are provided here, as approximate and probable low estimates of the levels of NDMA in the samples.

Due to the discoloration observed and the chemical structure of the Zantac drug substance (Ranitidine), the levels obtained are suspected to be caused by the heating produced in this method.

The results of the analysis follow:

| Sample | HS-GC-MS Peak Area (x $10^6$) | | NDMA mg per sample* | Percent NDMA |
|---|---|---|---|---|
| | NDMA | NDEA | | |
| 10 µg Standard | 8043.3 | 2604.8 | | |
| 50 µg Standard | 47269.9 | 15247.8 | | |
| Zantac 150mg | 2080357 | ND | 2.38 | 1.59% |
| Zantac Mint 150 mg | 2098073 | ND | 2.40 | 1.60% |

* Based on the mean NDMA Peak Area Response per µg of 874.86

Chromatography is shown in the figures below.

*THE INFORMATION CONTAINED IN THIS DOCUMENT IS STRICTLY PRIVATE AND CONFIDENTIAL TO ITS RECIPIENTS, AND SHOULD NOT BE COPIED, DISTRIBUTED, NOR REPRODUCED IN WHOLE OR IN PART, NOR PASSED TO ANY THIRD PARTY WITHOUT CONSENT FROM THE RECIPIENT.*

Full scale view:



Zoomed View:



*THE INFORMATION CONTAINED IN THIS DOCUMENT IS STRICTLY PRIVATE AND CONFIDENTIAL TO ITS RECIPIENTS, AND SHOULD NOT BE COPIED, DISTRIBUTED, NOR REPRODUCED IN WHOLE OR IN PART, NOR PASSED TO ANY THIRD PARTY WITHOUT CONSENT FROM THE RECIPIENT.*