# Exhibit 30

**From:** Alexandra Jirstrand <alexandra@valisure.com>
**Sent:** 2019-09-19T00:00:48Z
**Subject:** Press Update 9-18-19
**To:** Adam Clark-Joseph <adam.clarkjoseph@valisure.com>, Amber Jessop <ajessop@valisure.com>, David Light <david.light@valisure.com>, Daniel Berkal <dberkal@valisure.com>, "Daniel O'Neill" <oneilld@valisure.com>, Julia Angelico <julia@valisure.com>, Jessica Williston <jessica@valisure.com>, Jake Chiles <chiles@valisure.com>, Kaury Kucera <kucera@valisure.com>, Lior Braunstein ███████████████████ Michael Bretholz ███████████████████ Nicola Heimbach <nzheimbach@valisure.com>, Robert Cunningham <robert.cunningham@valisure.com>, Shannon Williams <swilliams@valisure.com>, Theo Rukundo <trukundo@valisure.com>, Wolfgang Hinz <wolfgang.hinz@valisure.com>
Valisure Zantac media coverage 9-18-19.pdf

Hello all,

Another busy press day for us, sparked by Health Canada's announcement that they had asked companies to halt distribution of ranitidine products in Canada. Sandoz Canada followed saying that they were recalling their oral prescription products. Recalls of ranitidine are starting to happen through Europe as well.

Below is the press from today. David was interviewed by CBS Nightly News; they were too close to deadline to have him come on as a guest but they said that they would continue to be in touch.

CBS Nightly News: https://www.cbsnews.com/video/novartis-halts-distribution-of-generic-heartburn-medication/#x

Bloomberg: https://www.bloomberg.com/news/articles/2019-09-18/sandoz-halts-distribution-of-zantac-after-carcinogen-concerns

LA Times (reprint of Bloomberg, but 4th largest newspaper in US): https://www.latimes.com/business/story/2019-09-18/carcinogen-scare-tainted-zantac

Fierce Pharma: https://www.fiercepharma.com/manufacturing/valisure-fda-needs-to-recall-zantac-and-all-other-ranitidine-antacids-says-pharmacy

Pharma Jobs (reprint of Fierce Pharma): https://pharmajobs.co/fda-needs-to-recall-zantac-and-other-ranitidine-antacids-says-pharmacy-that-uncovered-impurity/

STAT (from yesterday): https://www.statnews.com/pharmalot/2019/09/17/zantac-ranitidine-fda-carcinogen-ndma/

==Tomorrow we head down to DC to meet with Anna Eshoo, Congresswoman from 18th District of California.== Very exciting times!

I've also attached a pdf with some of our top press to date.

Have a good evening.

Alexandra

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order                                    MSK00009801

--
Alexandra Jirstrand
Chief Communications Officer
Government Affairs
**Valisure** | 5 Science Park | New Haven, CT 06511
Office: 203.859.5412
Mobile: 201.787.7610
www.valisure.com

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order					MSK00009802

**From:** Alexandra Jirstrand <alexandra@valisure.com>
**Sent:** 2019-09-20T02:49:40Z
**Subject:** Press Recap 9-19-19
**To:** Adam Clark-Joseph <adam.clarkjoseph@valisure.com>, Amber Jessop <ajessop@valisure.com>, David Light <david.light@valisure.com>, Daniel Berkal <dberkal@valisure.com>, "Daniel O'Neill" <oneilld@valisure.com>, Jessica Williston <jessica@valisure.com>, Julia Angelico <julia@valisure.com>, Jake Chiles <chiles@valisure.com>, Kaury Kucera <kucera@valisure.com>, Lior Braunstein ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Michael Bretholz ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Nicola Heimbach <nzheimbach@valisure.com>, Robert Cunningham <robert.cunningham@valisure.com>, Shannon Williams <swilliams@valisure.com>, Theo Rukundo <trukundo@valisure.com>, Wolfgang Hinz <wolfgang.hinz@valisure.com>

Hello all,
Interesting developments today as Germany, Switzerland and Austria are the first European countries to have initiated country-wide recalls of ranitidine. We were also contacted by German and Swiss press requesting interviews. Special thank you to Kaury for helping craft responses to the German TV questions.

CBS This Morning included a mention of us on on their morning show. The New York Times included us in another follow up piece along with a link to our citizen petition. BUT the most notable press is from our very own Adam Clark-Joseph! Adam was interviewed by his local TV station about Valisure and our recent ranitidine findings. And if you look closely, you'll see a cameo >from Jake. Press links below.

==Our meeting with Anna Eshoo and her staff went amazingly well. We couldn't have asked for a more engaged audience from someone who understands the pervasive problems affecting our drug supply and the urgency surrounding our visit.==

Huge thank you to everyone holding down the fort. You're all amazing!

Alexandra

WCIA (our Illinois celebrity): https://www.wcia.com/news/local-news/drug-testing-company-makes-big-strides/

CBS This Morning: https://www.cbsnews.com/video/novartis-has-halted-distribution-of-generic-zantac-heres-what-you-need-to-know/
New York Times: https://www.nytimes.com/2019/09/19/health/zantac-recall.html

MSN: https://www.msn.com/en-us/health/wellness/novartis-halts-distribution-of-generic-heartburn-medication/vi-AAHuJkS

Pharma Intelligence (Interview with David):
https://hbw.pharmaintelligence.informa.com/RS149207/Online-Pharmacy-Stirs-Ranitidine-Controversy-With-Petition-To-Halt-Sales

In Pharma Technologist: https://www.in-pharmatechnologist.com/Article/2019/09/17/NDMA-contamination-prompts-lawsuit

Bio Portfolio (the headline is amazing): https://www.bioportfolio.com/news/article/4088700/Read-edsilverman-s-bombshell-interview-w-CEO-of-online-pharmacy-testing-lab.html

EN24 (Europe): https://www.en24.news/de/2019/09/cancer-risk-gastric-agent-recalled-with-ranitidine-health.html

--
Alexandra Jirstrand
Chief Communications Officer
Government Affairs
Valisure | 5 Science Park | New Haven, CT 06511
Office: 203.859.5412
Mobile: 201.787.7610
www.valisure.com

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order    MSK00009830

**From:** Michael Bretholz
**Sent:** 2019-09-20T12:57:27Z
**Subject:** Re: Press Recap 9-19-19
**To:** David Light <david.light@valisure.com>
**Cc:** Alexandra Jirstrand <alexandra@valisure.com>, "adam.clarkjoseph" <adam.clarkjoseph@valisure.com>, Amber Jessop <ajessop@valisure.com>, Daniel Berkal <dberkal@valisure.com>, "Daniel O'Neill" <oneilld@valisure.com>, Jessica Williston <jessica@valisure.com>, Julia Angelico <julia@valisure.com>, Jake Chiles <chiles@valisure.com>, Kaury Kucera <kucera@valisure.com>, Lior Braunstein , Nicola Heimbach <nzheimbach@valisure.com>, Bob Cunningham <robert.cunningham@valisure.com>, Shannon Williams <swilliams@valisure.com>, Theo Rukundo <trukundo@valisure.com>, Wolfgang Hinz <wolfgang.hinz@valisure.com>

Pictures from yesterday attached. Alexandra/David - be sure to capture the fun in RI. (Maybe take a video selfie????) We will need these for the eventual documentary about this story!
https://photos.app.goo.gl/2WVApYckWNtoofEo8

On Fri, Sep 20, 2019, 12:19 AM David Light <david.light@valisure.com> wrote:

> Yes, thanks for holding down the fort, everyone! Unfortunately Alexandra and I won't be back tomorrow for group meeting as we're flying out to meet with the governor of Rhode island who is considering banning ranitidine in her state... I imagine that could stir up some news...
>
> Couple things along those lines:
> 1. Let's think towards expansion - we definitely need more client services folks and perhaps an overall operations person. ASAP! Think about people in your own network that would be interested in revolutionizing the pharma industry and saving lives.
>
> 2. I spoke with Adam and we greatly appreciate the extra efforts that people are putting in. Everyone should know that the Phantom Challenge program is still in effect and through November 4 we're doubling the Phantom Equity units earned. I'll forward the email with the rules. Any blocks put in from Sept 13 also qualify for the doubling.
>
> Thanks!
>
> Dave
>
> sent from my phone, please excuse any errors
>
> On Thu, Sep 19, 2019, 10:50 PM Alexandra Jirstrand <alexandra@valisure.com> wrote:
>
>> Hello all,
>> Interesting developments today as Germany, Switzerland and Austria are the first European countries to have initiated country-wide recalls of ranitidine. We were also contacted by German and Swiss press requesting interviews. Special thank you to Kaury for helping craft responses to the German TV questions.
>>
>> CBS This Morning included a mention of us on on their morning show. The New York Times

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

MSK00009833

included us in another follow up piece along with a link to our citizen petition. BUT the most notable press is from our very own Adam Clark-Joseph! Adam was interviewed by his local TV station about Valisure and our recent ranitidine findings. And if you look closely, you'll see a cameo from Jake. Press links below.

Our meeting with Anna Eshoo and her staff went amazingly well. We couldn't have asked for a more engaged audience from someone who understands the pervasive problems affecting our drug supply and the urgency surrounding our visit.

Huge thank you to everyone holding down the fort. You're all amazing!

Alexandra

WCIA (our Illinois celebrity): https://www.wcia.com/news/local-news/drug-testing-company-makes-big-strides/

CBS This Morning:  https://www.cbsnews.com/video/novartis-has-halted-distribution-of-generic-zantac-heres-what-you-need-to-know/
New York Times: https://www.nytimes.com/2019/09/19/health/zantac-recall.html

MSN: https://www.msn.com/en-us/health/wellness/novartis-halts-distribution-of-generic-heartburn-medication/vi-AAHuJkS

Pharma Intelligence (Interview with David): https://hbw.pharmaintelligence.informa.com/RS149207/Online-Pharmacy-Stirs-Ranitidine-Controversy-With-Petition-To-Halt-Sales

In Pharma Technologist: https://www.in-pharmatechnologist.com/Article/2019/09/17/NDMA-contamination-prompts-lawsuit

Bio Portfolio (the headline is amazing): https://www.bioportfolio.com/news/article/4088700/Read-edsilverman-s-bombshell-interview-w-CEO-of-online-pharmacy-testing-lab.html

EN24 (Europe): https://www.en24.news/de/2019/09/cancer-risk-gastric-agent-recalled-with-ranitidine-health.html

--
Alexandra Jirstrand
Chief Communications Officer
Government Affairs
Valisure | 5 Science Park | New Haven, CT 06511
Office: 203.859.5412
Mobile: 201.787.7610
www.valisure.com

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

MSK00009834

