# EXHIBIT B

**Subject:** FW: Follow-up on Defendants' Testing/Inventory Discovery

**From:** Sachse, Will
**Sent:** Wednesday, January 05, 2022 10:07 AM
**To:** 'Bobby C. Gilbert' <gilbert@kolawyers.com>; 'Mike McGlamry' <mmcglamry@pmkm.com>; Finken, Tracy <tfinken@anapolweiss.com>; 'Adam Pulaski' <adam@pulaskilawfirm.com>
**Cc:** EXT Annie Showalter <ashowalter@wc.com>; 'ehorn@wc.com' <ehorn@wc.com>; 'Michael Shortnacy' <MShortnacy@KSLAW.com>; 'Mark Sentenac' <MSentenac@KSLAW.com>; 'Robert Friedman' <RFriedman@KSLAW.com>; EXT Eva Canaan <ecanaan@kslaw.com>; EXT Paige Sharpe <Paige.Sharpe@arnoldporter.com>
**Subject:** RE: Follow-up on Defendants' Testing/Inventory Discovery

Comrade Gilbert,

We never received an answer to this request. Please let us know your position before today's hearing.

**Will W. Sachse**

**Dechert LLP**
+1 (215) 994-2496 direct
+1 (267) 242-8978 mobile
+1 (215) 655-2496 fax
will.sachse@dechert.com
dechert.com

**From:** Sachse, Will
**Sent:** Friday, December 24, 2021 6:06 PM
**To:** Bobby C. Gilbert <gilbert@kolawyers.com>; 'Mike McGlamry' <mmcglamry@pmkm.com>; Finken, Tracy <tfinken@anapolweiss.com>; Adam Pulaski <adam@pulaskilawfirm.com>
**Cc:** EXT Annie Showalter <ashowalter@wc.com>; ehorn@wc.com; 'Michael Shortnacy' <MShortnacy@KSLAW.com>; Mark Sentenac <MSentenac@KSLAW.com>; Robert Friedman <RFriedman@KSLAW.com>; EXT Eva Canaan <ecanaan@kslaw.com>; EXT Paige Sharpe <Paige.Sharpe@arnoldporter.com>
**Subject:** Follow-up on Defendants' Testing/Inventory Discovery

Bobby, Mike, Tracy, Adam:

Thank you for the productive meet-and-confer yesterday on our discovery related to the testing and inventory of ranitidine-containing products. While we disagree with your objections about the timing and propriety of the requests, we think the conversation showed us a potential path to resolve this dispute without Court involvement. To that end, we are taking up Bobby's invitation to make an explicit request for the information we need from you, and the timing for you to provide it to us. This is what we expect and request to receive on January 24:

1) The results of any testing of ranitidine-containing products performed on behalf of Plaintiffs in this litigation, whether or not those results are reproduced or summarized in your expert reports, including testing methodology and storage conditions/handling/chain of custody of the samples from date of receipt to date of testing;

1

2) An inventory identifying the samples you tested, the samples you did not test, any remaining inventory (whether provided by Defendants or obtained by Plaintiffs' counsel or their consultants/experts for purposes of this litigation), and the storage conditions for that inventory.

As we said on yesterday's call, we believe time is of the essence. If you cannot commit to giving us this evidence with your expert reports, we will ask for an emergency hearing because the expert discovery period is very short, and we cannot afford to delay. We would appreciate knowing your position on this by the end of next week, if possible.

Thank you again for the discussion, and we hope you and your families have a wonderful holiday season and a happy, healthy 2022.

**Will W. Sachse**

**Dechert LLP**
+1 (215) 994-2496 direct
+1 (267) 242-8978 mobile
+1 (215) 655-2496 fax
will.sachse@dechert.com
dechert.com