# EXHIBIT C

**Subject:**                                  FW: Zantac; Follow-up re Plaintiffs' testing/inventory of product

**From:** Sachse, Will
**Sent:** Friday, January 21, 2022 5:02 PM
**To:** Bobby C. Gilbert <gilbert@kolawyers.com>; Mike McGlamry <mmcglamry@pmkm.com>; Finken, Tracy <tfinken@anapolweiss.com>; Adam Pulaski <adam@pulaskilawfirm.com>
**Cc:** DODGE, JAIME LYNNE <jdodge@emory.edu>; 'Horn, Elaine' <EHorn@wc.com>; EXT Annie Showalter <ashowalter@wc.com>; 'Robert Friedman' <RFriedman@KSLAW.com>; Shortnacy, Michael <MShortnacy@KSLAW.com>; 'Mark Sentenac' <MSentenac@KSLAW.com>; 'Sharpe, Paige H.' <Paige.Sharpe@arnoldporter.com>; Mancari, Leeanne <leeanne.mancari@dlapiper.com>; EXT Alex Beroukhim <Alex.Beroukhim@arnoldporter.com>; 'Oot, Patrick L. (SHB)' <OOT@shb.com>; Chris.Carton@bowmanandbrooke.com; 'John Garrett' <John.Garrett@bowmanandbrooke.com>
**Subject:** Zantac; Follow-up re Plaintiffs' testing/inventory of product

Plaintiff Leadership:

Late last year we asked you to confirm that on January 24, we will promptly get the following:

1) The results of any testing of ranitidine-containing products performed on behalf of Plaintiffs in this litigation, whether or not those results are reproduced or summarized in your expert reports, including testing methodology and storage conditions/handling/chain of custody of the samples from date of receipt to date of testing;

2) An inventory identifying the samples you tested, the samples you did not test, any remaining inventory (whether provided by Defendants or obtained by Plaintiffs' counsel or their consultants/experts for purposes of this litigation), and the storage conditions for that inventory.

We never received a response, even after we followed up earlier this month.

At this point, we will wait to see what we get on Monday.  As we explained, it is critical that we get the requested information in full.  If, after review, we believe we do not have the requested information, we reserve the right to seek emergency relief from the Court on an expedited basis.  Given our fast-approaching expert deadlines, we cannot afford to wait or handle this on a regular schedule.

Hope everyone has a good weekend,


**Will W. Sachse**

**Dechert LLP**
+1 (215) 994-2496 direct
+1 (267) 242-8978 mobile
+1 (215) 655-2496 fax
will.sachse@dechert.com
dechert.com