UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL NO 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO:  ALL CASES

**PRETRIAL ORDER # 74**
**ORDER EXTENDING THE DEADLINE IN PARAGRAPH 17 OF**
**PRETRIAL ORDER # 72 FOR UNREPRESENTED REGISTRY PARTICIPANTS**

On February 28, 2022, the Court issued Pretrial Order ("PTO") # 72. DE 5348. PTO # 72 includes a number of deadlines and obligations for Registry Participants. The Court is aware that there are over 5,000 Registry Participants who are not currently represented by counsel. To ensure that all Registry Participants who are not represented by counsel receive notice of PTO # 72 and have adequate opportunity to make decisions about their obligations under PTO # 72, Plaintiffs' Co-Lead Counsel have requested that this Order be entered. The Court takes no position on the necessity of providing notice to Registry Participants who are not represented by counsel, given the obligation of individuals to investigate and prosecute their own claims if they are unrepresented. Nevertheless, the Court, upon request of Plaintiffs' Co-Lead Counsel and without opposition from Defendants' Co-Lead Counsel, orders as follows:

1. For any Registry Participant who is unrepresented as of the date of entry of this Order, the deadline under paragraph 17 of PTO # 72 shall be **April 14, 2022**.

2. Litigation Management, Inc. ("LMI") is directed to provide all Registry Participants who were listed as unrepresented as of the date of entry of this Order with copies of PTO # 72 and this Order (PTO # 74). To the extent that Plaintiffs' Co-Lead Counsel provide an

accompanying letter, LMI shall provide the letter along with the PTOs. LMI shall email the PTOs and the accompanying letter to unrepresented Registry Participants who have a current email address on file with LMI, and shall mail the PTOs and letter to those unrepresented Registry Participants who do not have a current email address on file.

3. The Court understands that most Registry Participants who are not currently represented were represented by counsel at the time they entered the Registry. Plaintiffs' Co-Lead Counsel are not such Registry Participants' individual counsel, nor do they owe any duties or obligations by operation of this Court's Orders (*see, e.g.*, PTO # 20 and Amended PTO # 37) to individual Registry Participants who are not represented by counsel, other than to broadly act on behalf of all Registry Participants and Plaintiffs in this MDL.

4. The Court suggests that all unrepresented Registry Participants regularly check the Court's Zantac website (https://www.flsd.uscourts.gov/zantac), where all Pretrial Orders and other information are posted and available to the public. In addition, the Court recommends that all Registry Participants (both represented and unrepresented) ensure that LMI has an updated and correct email address on file. All counsel representing Registry Participants are directed to make best efforts to ensure that accurate email and address information is included in the LMI database.

5. This Order does not modify or change the deadlines set forth in PTO # 72 except as specifically set forth above relating to Registry Participants who are not represented by counsel and are in the Registry as of the date of this Order.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 18th day of March, 2022.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

2