UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2924<br><br>Civil Action No. 9:20-md-2924<br><br>JUDGE ROBIN L. ROSENBERG |

THIS DOCUMENT RELATES TO: ALL CASES

**PLAINTIFFS' UNOPPOSED MOTION TO FILE UNDER SEAL PLAINTIFFS' RESPONSE TO BRAND DEFENDANTS' CROSS-MOTION FOR RECONSIDERATION OF JANUARY 28, 2022 ORDER AND SEAL EXHIBITS AND DOCUMENTS REFERENCED THEREIN**

In connection with their forthcoming Response to Brand Defendants' Cross-Motion for Reconsideration of January 28, 2022 Order ("Response"), Plaintiffs seek to provide the Court with the complete version of the seven expert reports at issue, not just the excerpts carefully selected by Defendants. ECF 5410 Ex. 7. These expert reports cite, disclose, summarize, describe, characterize or otherwise communicate material that has been designated as Confidential or Highly Confidential by Defendants and other Producing Parties and are the subject of Plaintiffs' currently pending Motion Pursuant to PTO 26(G)(3)(b) to Protect Confidentiality of Plaintiffs' Expert Reports. DE 5439. Additionally, Plaintiffs' Response references documents and deposition testimony designated Confidential or Highly Confidential by Defendants. Because Plaintiffs' Response quotes, summarizes, or references documents designated Confidential by Defendants, Plaintiffs also request permission to file a redacted copy of their Response to protect the alleged confidential information.

The seven Plaintiff expert reports at issue are:

1. Dr. Jennifer Le Expert Report;

2. Dr. Ronald Melnick Expert Report;

1

3. Dr. Paul Michaels Expert Report;

4. Dr. Patricia Moorman Expert Report;

5. Dr. Ramin Najafi Expert Report;

6. Dr. Dipak Panigrahy Expert Report; and

7. Dr. Andrew Salmon Expert Report

Defendants' documents at issue include:

8. GSKZAN0003419540

9. GSKZAN0000178581

10. SANOFI_ZAN_MDL_0000644585

11. GSKZAN0003265783

12. GSKZAN0003547728

13. GSKZAN0003505781

14. GSKZAN0002225773

15. GSKZAN0000084994

16. GSKZAN0000120419

17. GSKZAN0000052019

18. SANOFI_ZAN_MDL_0000029475

19. SANOFI_ZAN_MDL_0000039072

The Response also references:

20. Deposition Testimony of GSK's 30(b)(6) witness, James Harvey; and

21. GSK's Responses to Plaintiffs' First Set of Request for Admissions

The Protective Order entered in this MDL requires that materials designated as Confidential Information or Highly Confidential Information must be filed with the Court under

seal, in accordance with Local Rules for the Southern District of Florida. DE 780 at 15. Therefore, Plaintiffs respectfully request entry of an Order authorizing the filing of a redacted Response and these expert reports under seal until the Court rules on their Motion Pursuant to PTO 26(G)(3)(b) to Protect Confidentiality of Plaintiffs' Expert Reports (DE 5439). Additionally, Plaintiffs request entry of an Order authorizing the filing of Defendants' documents, deposition testimony, and Responses to Request for Admissions under seal.

Pursuant to Southern District of Florida Local Rule 5.4(b)(1), Plaintiffs respectfully request their Response be redacted and the materials referenced herein be sealed until entry of an Order overruling designation of materials referenced therein as Confidential Information or Highly Confidential Information or the duration of this litigation, whichever occurs first. *See* S.D. Fla. L.R. 5.4(b)(1). A proposed Order is attached.

## LOCAL RULE 7.1(a)(3) CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1, prior to filing this motion, undersigned counsel certify that they conferred with Defendants' Co-Lead Counsel in a good faith effort to resolve by agreement the issues to be raised in the motion, and have been authorized to represent that Defendants do not oppose the relief sought herein.

Dated: March 30, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Michael L. McGlamry* | Tracy A. Finken |
| Michael L. McGlamry | ANAPOL WEISS |
| POPE McGLAMRY, P.C. | One Logan Square |
| 3391 Peachtree Rd., NE, Suite 300 | 130 North 18th Street, Suite 1600 |
| Atlanta, GA  30326 | Philadelphia, PA  19103 |
| Ph: 404-523-7706 | Ph: 215-735-1130 |
| Fx: 404-524-1648 | tfinken@anapolweiss.com |
| efile@pmkm.com | |

Robert C. Gilbert
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Ph: (305) 384-7269
gilbert@kolawyers.com

Adam Pulaski
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
Ph: (713) 664-4555
adam@pulaskilawfirm.com

*Plaintiffs Co-Leads*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

*/s/ Michael L. McGlamry*
Michael L. McGlamry

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2924<br><br>Civil Action No. 9:20-md-2924<br><br>JUDGE ROBIN L. ROSENBERG |

THIS DOCUMENT RELATES TO: ALL CASES

### [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE UNDER SEAL PLAINTIFFS' RESPONSE TO BRAND DEFENDANTS' CROSS-MOTION FOR RECONSIDERATION OF JANUARY 28, 2022 ORDER AND SEAL EXHIBITS AND DOCUMENTS REFERENCED THEREIN

**THIS MATTER** comes before the Court on Plaintiffs' Unopposed Motion to File Under Seal Plaintiffs' Response to Brand Defendants' Cross-Motion for Reconsideration of January 28, 2022 Order and Seal Exhibits and Documents Referenced Therein ("Motion to File Under Seal"). The Court having reviewed Plaintiffs' Motion to File Under Seal, and noting that Defendants do not oppose the relief sought, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this __ day of March, 2022.

_____
**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**