# EXHIBIT 19

# EXPERT REPORT OF RN