Exhibit 26, previously filed in redacted form at ECF No. 5272-26 and under seal at ECF No. 5271.

```
To:        Braunstein, Lior Z./Radiation Oncology[        @mskcc.org]
From:      jamaonc@jamanetwork.org
Sent:      2019-09-11T22:50:07Z
Importance:        Normal
Subject:   [EXTERNAL] ONC19-2313 Decision Letter
Received:          2019-09-11T22:50:09Z
```

September 11, 2019

Dr Lior Zvi Braunstein
Memorial Sloan Kettering Cancer Center
Radiation oncology

RE: Ranitidine use and potential N-nitrosodimethylamine (NDMA) carcinogenicity

Dear Dr Braunstein:

Thank you for submitting your manuscript to JAMA Oncology. Based on our editorial evaluation, I regret to inform you that we will not consider your manuscript for publication in JAMA Oncology or another JAMA Network specialty journal because it was not sent for external peer review. However, as you are aware, the JAMA Network allows submitted manuscripts to have more than one opportunity for evaluation for publication. This network includes JAMA Network Open, for which you previously gave us permission to forward your manuscript, and we have transferred your manuscript as requested.

Further evaluation of your paper will be expedited by the editor of JAMA Network Open. Your manuscript is now under the consideration of JAMA Network Open, and you should refrain from submitting it elsewhere until you receive an editorial decision.

You will receive an acknowledgment from JAMA Network Open, to which you should direct all future communications about your manuscript.

Thank you for the opportunity to review your manuscript.


Sincerely yours,

Mary L. (Nora) Disis, MD
Editor in Chief
JAMA Oncology

Confidentiality Note: This communication, including any attachments, is solely for the use of the addressee, may contain privileged, confidential or proprietary information, and may not be redistributed in any way without the sender's consent. Thank you.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order                                MSK00000154