UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)  MDL NO. 2924
PRODUCTS LIABILITY  20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

**PRETRIAL ORDER # 75**
**Order Amending the Duties of the Special Master**

Since the Court's appointment of the Special Master in Pretrial Order # 12, the procedural posture of this MDL has changed. Whereas at the time of entry of Pretrial Order # 12 this MDL was in its early stages, and whereas in the months that followed the parties were engaged in general causation discovery, the focus of this MDL has now turned to expert discovery, expert challenges, and bellwether trial preparation. After consultation with the parties about how the Special Master may be best utilized in the future, and with the consent and approval of the parties, the Court hereby **AMENDS**[1] the duties of the Special Master as follows. The duties of the Special Master shall be limited to:

- The Special Master's role pertaining to census and registry issues arising under Pretrial Orders 15, 38, 42, 50, 51, 53, 55, 56, 58, 59, 64 and 72.

- The Special Master's responsibilities as designated in Pretrial Orders 69, 70, and 71.

- The Special Master's role pertaining to disputes arising out of the limited fact discovery conducted pursuant to the Joint Pretrial Stipulation on Discovery Extending Beyond the January 24, 2022 Deadline in Pretrial Order # 65 [DE 5230], with the exception of (i) discovery associated with the Stipulation Regarding

---

[1] To the extent any pretrial order conflicts with this pretrial order, this pretrial order controls.

> Discovery of Affirmative Defenses, filed February 11, 2022 [DE 5229] and (ii) discovery related to the Sanofi email preservation issue as agreed by the parties or as ordered by the Court.

- Administrative case management, such as facilitating communications with the Court regarding hearing dates and agendas.

All other duties of the Special Master, including the meet and confer process outlined in Pretrial Order # 32, are **VACATED**. This Order has no effect on the provisions in Pretrial Order # 12 that do not concern the Special Master's duties, including paragraphs 3-6 and 8-9.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 4th day of April, 2022

*/s/ Robin L. Rosenberg*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE