UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)               MDL NO 2924
PRODUCTS LIABILITY                      20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO:
*No. 9:22-cv-80843*

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Pretrial Orders #39 and #78, Plaintiff in the above-captioned member case in *In re Zantac Products Liability Litigation*, MDL No. 2924 (S.D. Fla.), hereby agrees and stipulates together with the undersigned Defendants, **BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., BOEHRINGER INGELHEIM CORPORATION, BOEHRINGER INGELHEIM USA CORPORATION, GLAXOSMITHKLINE LLC, GLAXOSMITHKLINE (AMERICA) INC., and PFIZER INC.**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the case is DISMISSED WITHOUT PREJUDICE. Should Plaintiff decide to reinstitute a legal action or proceeding against any of the parties named in the action captioned above, arising out of, or relating to, Plaintiff's current claims, Plaintiff agrees to bring the legal action or proceedings in the appropriate United States District Court.

Dated: August 26, 2022

                                                _____
                                                Paul Jon Layne, Esq.
                                                Silva & Silva, P.A.
                                                236 Valencia Avenue
                                                Coral Gables, Florida 33134
                                                Tel: (305) 445-0011
                                                Fax: (305) 445-1181
                                                playne@silvasilva.com
                                                *Attorney for Plaintiff, Anna Levy*

/s/ Mark S. Cheffo
Mark S. Cheffo
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
mark.cheffo@dechert.com

*Attorney for Defendants GlaxoSmithKline LLC and GlaxoSmithKline (America) Inc.*

/s/ Andrew T. Bayman
Andrew T. Bayman
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: abayman@kslaw.com

*Attorney for Defendants Boehringer Ingelheim Pharmaceuticals, Inc., and Boehringer Ingelheim USA Corporation*

/s/ Joseph G. Petrosinelli
Joseph G. Petrosinelli
WILLIAMS & CONNOLLY LLP
680 Maine Ave, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
jpetrosinelli@wc.com

*Attorney for Defendant Pfizer, Inc.*