UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)      MDL NO. 2924
PRODUCTS LIABILITY      20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**ORDER SETTING HEARINGS ON *DAUBERT* MOTIONS ON GENERAL CAUSATION**

The Court will hear argument on the parties' pending motions to exclude general causation experts on September 21, 22, and 30, 2022. The hearings will begin each day at 9:00 a.m. Eastern Standard Time.

On September 21, the Court will hear argument on the Brand Defendants' Motion to Exclude Plaintiffs' General Causation Experts' Opinions Related to Epidemiology (DE 5736). On September 22, the Court will hear argument on the following three motions: the Brand Defendants' Motion to Exclude Remaining Expert Opinions Relating to General Causation (DE 5735); the Brand Defendants' Motion to Exclude Opinions and Testimony of Plaintiffs' Experts Ramin Najafi, Ph.D., Charles Davis, Ph.D. and Other Experts Who Rely on Their Opinions (DE 5732); and the Brand Defendants' Motion for Summary Judgment (DE 5734). On September 30, the Court will hear argument on the following three motions: Plaintiffs' Motion to Exclude Defendants' Putative Expert Opinions on General Causation Under Rule 702 (DE 5868); Plaintiffs' Motion to Exclude Inadmissible Opinions of Dr. Bernard Olsen (DE 5870); and Plaintiffs' Motion to Exclude Testimony of Dr. Robert Gibbons (DE 5869).

Following the parties' argument on each Motion, the Court may direct questions to counsel. The goal of the parties' argument and the Court's questioning is to enable the Court to more fully

understand the arguments made in the parties' briefing. The hearings are not an opportunity for the parties to raise arguments for the first time. *See, e.g.*, *APA Excelsior III L.P. v. Premiere Techs., Inc.*, 476 F.3d 1261, 1269 (11th Cir. 2007) (refusing to consider claims not raised in a party's briefing and made for the first time at oral argument).

The Court has a strong commitment to supporting the development of our next generation of lawyers. The Court is therefore supportive of parties and senior attorneys allowing less-experienced practitioners the opportunity to argue before the Court. A lesser-experienced practitioner arguing will not preclude a more senior attorney arguing on the same motion or issue.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 13th day of September, 2022.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE