UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)          MDL NO. 2924
PRODUCTS LIABILITY          20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

### ORDER RESETTING HEARING ON
### *DAUBERT* MOTION ON GENERAL CAUSATION

Due to Hurricane Ian, the Court resets the *Daubert* hearing set for September 30, 2022. On October 7, 2022, at 9:00 a.m., the Court will hear argument on the following three motions: Plaintiffs' Motion to Exclude Defendants' Putative Expert Opinions on General Causation Under Rule 702 (DE 5868); Plaintiffs' Motion to Exclude Inadmissible Opinions of Dr. Bernard Olsen (DE 5870); and Plaintiffs' Motion to Exclude Testimony of Dr. Robert Gibbons (DE 5869).

Following the parties' argument on each Motion, the Court may direct questions to counsel. The goal of the parties' argument and the Court's questioning is to enable the Court to more fully understand the arguments made in the parties' briefing. The hearings are not an opportunity for the parties to raise arguments for the first time. *See, e.g., APA Excelsior III L.P. v. Premiere Techs., Inc.*, 476 F.3d 1261, 1269 (11th Cir. 2007) (refusing to consider claims not raised in a party's briefing and made for the first time at oral argument).

The Court has a strong commitment to supporting the development of our next generation of lawyers. The Court is therefore supportive of parties and senior attorneys allowing less-experienced practitioners the opportunity to argue before the Court. A lesser-experienced practitioner arguing will not preclude a more senior attorney arguing on the same motion or issue.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 27th day of September, 2022.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE