**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY
LITIGATION

**JUDGE ROBIN L ROSENBERG**
**MAGISTRATE JUDGE BRUCE REINHART**

_____/

THIS DOCUMENT RELATES TO:  ALL CASES

### MDL PLAINTIFFS' NOTICE OF FILING OF SUPPLEMENTAL DECLARATION AND EXHIBITS IN SUPPORT OF GENERAL CAUSATION OPINIONS

Pursuant to the parties' Joint Stipulation dated October 7, 2022 (D.E. 6058 at ¶ 4) and as authorized by the Court in its Order of the same date (D.E. 6056 at n.2), MDL Plaintiffs file the attached Second Supplemental Declaration of Tracy Finken in Support of Plaintiffs' Experts General Causation Opinions along with Exhibits 726–764 identified therein. The purpose of this filing is to further supplement the record on the pending *Daubert* motions with the deposition transcripts and exhibits related to Plaintiffs' supplemental expert reports filed at D.E. 6061.

DATED: November 17, 2022.

Respectfully submitted,

| | |
|---|---|
| */s/ Tracy A. Finken* | By: */s/ Robert C. Gilbert* |
| Tracy A. Finken | Robert C. Gilbert, FBN 561861 |
| Email: tfinken@anapolweiss.com | Email: gilbert@kolawyers.com |
| ANAPOL WEISS | KOPELOWITZ OSTROW FERGUSON |
| One Logan Square | WEISELBERG GILBERT |
| 130 North 18th Street, Suite 1600 | 2800 Ponce de Leon Boulevard, Suite 1100 |
| Philadelphia, PA 19103 | Coral Gables, FL 33134 |
| Tel: (215) 735-1130 | Tel: (305) 384-7270 |

| | |
|---|---|
| */s/ Michael L. McGlamry* | */s/ Adam Pulaski* |
| Michael L. McGlamry | Adam Pulaski |
| Email: efile@pmkm.com | Email: adam@pulaskilawfirm.com |
| POPE McGLAMRY, P.C. | PULASKI KHERKHER, PLLC |
| 3391 Peachtree Road NE, Suite 300 | 2925 Richmond Avenue, Suite 1725 |
| Atlanta, GA 30326 | Houston, TX 77098 |
| Tel: (404) 523-7706 | Tel: (713) 664-4555 |

*Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| Rosemarie R. Bogdan | Mark J. Dearman, FBN 0982407 |
| Email: Rosemarie.bogdan@1800law1010.com | Email: mdearman@rgrdlaw.com |
| MARTIN, HARDING & MAZZOTTI | ROBBINS GELLER RUDMAN & DOWD |
| 1 Wall Street | 120 East Palmetto Park Road, Suite 500 |
| Albany, NY 12205 | Boca Raton, FL 33432 |
| Tel: (518) 862-1200 | Tel: (561) 750-3000 |
| | |
| Elizabeth A. Fegan | Marlene J. Goldenberg |
| Email: beth@feganscott.com | Email: mjgoldenberg@goldenberglaw.com |
| FEGAN SCOTT, LLC | GOLDENBERG LAW, PLLC |
| 1456 Sycamore Rd. | 800 LaSalle Avenue, Suite 2150 |
| Yorkville, IL 60560 | Minneapolis, MN 55402 |
| Tel: (312) 741-1019 | Tel: (855) 333-4662 |
| | |
| Ashley Keller | Frederick S. Longer |
| Email: ack@kellerpostman.com | Email: flonger@lfsblaw.com |
| KELLER \| POSTMAN | LEVIN SEDRAN & BERMAN |
| 2800 Ponce de Leon Boulevard, Suite 1100 | 510 Walnut Street, Suite 500 |
| Coral Gables, FL 33134 | Philadelphia, PA 19106 |
| Tel: (312) 741-5222 | Tel: (215) 592-1500 |
| | |
| Roopal P. Luhana | Francisco R. Maderal, FBN 0041481 |
| Email: luhana@chaffinluhana.com | Email: frank@maderalbyrne.com |
| CHAFFIN LUHANA LLP | MADERAL BYRNE PLLC |
| 600 Third Avenue, 12th Floor | 2800 Ponce de Leon Blvd., 11th Floor |
| New York, NY 10016 | Coral Gables, FL 33134 |
| Tel: (888) 480-1123 | Tel: (305) 520-5690 |
| | |
| Ricardo M. Martinez-Cid, FBN 383988 | Lauren S. Miller |
| Email: RMartinez-Cid@Podhurst.com | Email: laurenm@hbsslaw.com |
| PODHURST ORSECK, P.A. | HAGENS BERMAN SOBOL SHAPIRO LLP |
| SunTrust International Center | 1914 4th Avenue North |
| One S.E. 3rd Avenue, Suite 3200 | Suite 320 |
| Miami, FL 33130 | Birmingham, AL 35203 |
| Tel: (305) 358-2800 | Tel: (205) 533-4175 |

Melanie H. Muhlstock
Email: mmuhlstock@yourlawyer.com
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 723-4629

Carmen S. Scott
Email: cscott@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9160

Sarah N. Westcot, FBN 1018272
Email: swestcot@bursor.com
BURSOR & FISHER, P.A.
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
Tel: (305) 330-5512

Frank Woodson
Email: Frank.Woodson@BeasleyAllen.com
BEASLEY ALLEN LAW FIRM
234 Commerce St
Montgomery, AL 36103
Tel: (334) 269-2343

Paige Boldt
Email: pboldt@wattsguerra.com
WATTS GUERRA LLP
1815 Windsong Circle
Keller, TX 76248
Tel: (210) 447-1534

Adam W. Krause
Email: adam@krauseandkinsman.com
KRAUSE AND KINSMAN, LLC
4717 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 760-2700

Daniel A. Nigh, FBN 30905
Email: dnigh@levinlaw.com
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (888) 435-7001

Mikal C. Watts
Email: mcwatts@wattsguerra.com
WATTS GUERRA LLP
4 Dominion Drive
Building 3, Suite 100
San Antonio, TX 78257
Tel: (800) 294-0055

Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, LA 70130
Tel: (504) 524-5777

Steven B. Rotman
Email: srotman@housfeld.com
HAUSFELD, LLP
One Marina Park Drive, Suite 1410
Boston, MA 02210
Tel: (617) 207-0602

Je Yon Jung
Email: Jeyon@mayjung.com
MAY JUNG, LLP
1100 W. Town & Country Road
Suite 1250
Orange, CA 92868
Tel: (818) 869-6476

Nicola Larmond-Harvey, FBN 0105312
Email: nicola@saunderslawyers.com
SAUNDERS & WALKER, P.A.
3491 Gandy Boulevard North, Suite 200
Pinellas Park, FL 33781
Tel: (727) 579-4500

Bradford B. Lear
Email: Lear@learwerts.com
LEAR WERTS LLP
103 Ripley Street
Columbia, MO 65203
Tel: (573) 875-1992

*Plaintiffs' Steering Committee*

Brooke Achua
Email: brooke@feganscott.com
FEGAN SCOTT, LLC
1456 Sycamore Rd., 46th Floor
Yorkville, IL 60560
Tel: (646) 502-7910

Lea P. Bucciero
Email: lbucciero@podhurst.com
PODHURST ORSECK, P.A.
SunTrust International Center
One S.E. 3rd Avenue, Suite 3200
Miami, FL 33130
Tel: (305) 358-2800

Marlo E. Fisher
Email: marlof@lpm-triallaw.com
Laminack, Pirtle & Martines
5020 Montrose Blvd., 9th Floor
Houston, TX 77006
Tel: (713) 292-2750

Noah Heinz
Email: noah.heinz@kellerpostman.com
KELLER | POSTMAN
1100 Vermont Avenue NW, Floor 12
Washington, DC 20005
Tel: (202) 918-1841

Caroline G. McGlamry
Email: carolinemcglamry@pmkm.com
POPE McGLAMRY, P.C.
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706

Harrison M. Biggs
Email: hbiggs@yourlawayer.com
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 723-4633

Alexander C. Cohen
Email: acohen@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000

Kendra Goldhirsch
Email: goldhirsch@chaffinluhana.com
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Tel: (888) 480-1123

Catelyn McDonough
Email: cmcdonough@anapolweiss.com
ANAPOL WEISS
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Tel: (215) 735-1130

Madeline Pendley
Email: mpendley@levinlaw.com
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7003

| | |
|---|---|
| Laura K. Stemkowski<br>Email: lstemkowski@motleyrice.com<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Tel: (843) 216-9165 | Daniel E. Tropin<br>Email: tropin@kolawyers.com<br>KOPELOWITZ OSTROW FERGUSON<br>WEISELBERG GILBERT<br>2800 Ponce de Leon Boulevard, Suite 1100<br>Coral Gables, FL 33134<br>Tel: (954) 990-2216 |

*Plaintiffs' Leadership Development Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

/s/ *Robert C. Gilbert*
Robert C. Gilbert