UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

THIS DOCUMENT RELATES TO: ALL CASES

**SECOND SUPPLEMENTAL DECLARATION OF TRACY FINKEN IN SUPPORT OF
<u>PLAINTIFFS' EXPERTS' GENERAL CAUSATION OPINIONS</u>**

I, Tracy Finken, hereby declare as follows:

1. I am a Partner at the law firm Anapol Weiss, co-lead counsel for Plaintiffs in the above-captioned action. I am licensed to practice law in the states of Pennsylvania and New Jersey. I make this declaration based on my own personal knowledge and, if called as a witness, could and would testify competently to the matters set forth below. I submit this second supplemental declaration on behalf of all Plaintiffs in support of Plaintiffs' Experts' General Causation Opinions.

2. The purpose of this declaration is to further supplement the record on the pending *Daubert* motions with the deposition transcripts and exhibits related to Plaintiffs' supplemental expert reports filed at D.E. 6061. The attached materials were contemplated by the parties' Joint Stipulation dated October 7, 2022 (D.E. 6058 at ¶ 4) and authorized to be filed by the Court in its Order of the same date (D.E. 6056 at n.2).

3. Attached are true and correct copies of the following exhibits, picking up with the exhibit numbering from the previously filed Supplemental Declaration of Tracy Finken:

| Plaintiffs' Ex. No. | Exhibit |
|---|---|
| **Le Deposition and Exhibits** ||
| 726 | Deposition of Jennifer Le, PharmD dated October 20, 2022 |
| 727 | Ex. 1 to Le Deposition – Wang 2022 publication |
| 728 | Ex. 2 to Le Deposition – Expert Report of Jennifer Le, PharmD with attachments |
| 729 | Ex. 4 to Le Deposition – Supplemental Expert Report of Jennifer Le, PharmD |
| 730 | Ex. 5 to Le Deposition – Kantor 2021 publication |

| | **McTiernan Deposition and Exhibits** |
|---|---|
| 731 | Deposition of Anne McTiernan, MD, Ph.D. dated October 24, 2022 |
| 732 | Ex. 1 to McTiernan Deposition – Expert Report of Anne McTeirnan, MD, Ph.D. dated January 23, 2022 |
| 733 | Ex. 2 to McTiernan Deposition – Rebuttal Expert Report of Anne McTiernan, MD, Ph.D. dated March 27, 2022 |
| 734 | Ex. 16 to McTiernan Deposition – Yoon 2021 Publication |
| 735 | Ex. 106 to McTiernan Deposition – Plaintiffs' Opposition to Defendants' Expedited Motion to Compel Additional Time to Depose Dr. Anne McTiernan (D.E. 5616) |
| 736 | Ex. 110 to McTiernan Deposition – Supplement to Expert Report of Anne McTiernan, MD, Ph.D. dated October 3, 2022 |
| 737 | Ex. 111 to McTiernan Deposition – Wang 2022 Publication |
| 738 | Ex. 112 to McTiernan Deposition – Deposition of Anne McTiernan, MD, Ph.D. dated April 28, 2022 |
| 739 | Ex. 122 to McTiernan Deposition – Chang 2016 Publication |
| 740 | Ex. 125 to McTiernan Deposition – Excerpt from Modern Epidemiology (3rd ed.) |
| 741 | Ex. 126 to McTiernan Deposition – Bajaj 2012 Publication |
| 742 | Ex. 131 to McTiernan Deposition – October 8, 2022 Invoice (redacted) |
| 743 | Ex. 132 to McTiernan Deposition – October 2, 2022 Email (redacted) |
| 744 | Plaintiffs' Ex. 1 to McTiernan Deposition – Wang 2022 Publication |
| 745 | Plaintiffs' Ex. 2 to McTiernan Deposition – Excerpts from Brand Defendants' Presentation and Adami Supplement |

| | |
|---|---|
| **Michaels Deposition and Exhibits** ||
| 746 | Deposition of Paul Michaels, MD dated October 18, 2022 |
| 747 | Ex. 1a to Michaels Deposition – Expert Report of Paul J. Michaels, MD dated January 23, 2022 |
| 748 | Ex. 15 to Michaels Deposition – Supplemental Expert Report of Paul J. Michaels, MD dated October 3, 2022 |
| 749 | Ex. 16 to Michaels Deposition – Wang 2022 Publication |
| 750 | Ex. 17 to Michaels Deposition – Kim 2021 Publication |
| 751 | Ex. 18 to Michaels Deposition – IARC Monograph |
| **Moorman Deposition and Exhibits** ||
| 752 | Deposition of Patricia Moorman, Ph.D. dated October 21, 2022 |
| 753 | Ex. 22 to Moorman Deposition – Supplemental Expert Report of Patricia G. Moorman, MSPH, Ph.D. dated October 3, 2022 |
| 754 | Ex. 23 to Moorman Deposition – Wang 2022 Publication |
| **Salmon Deposition and Exhibits** ||
| 755 | Deposition of Andrew Salmon, D.Phil. dated October 25, 2022 |
| 756 | Ex. 1 to Salmon Deposition – Notice of Deposition |
| 757 | Ex. 2 to Salmon Deposition – Supplemental Report of Andrew Gale Salmon, M.A., D.Phil., C.Chem., M.R.S.C. dated October 4, 2022 |
| 758 | Ex. 3 to Salmon Deposition – Updated Report of Andrew Gale Salmon, M.A., D.Phil., C.Chem., M.R.S.C. dated March 28, 2022 |
| 759 | Ex. 4 to Salmon Deposition – Wang 2022 Publication |
| 760 | Ex. 5 to Salmon Deposition – Daily Mail Article dated October 24, 2022 |
| 761 | Ex. 6 to Salmon Deposition – Liver cancer and ranitidine use chart |
| 762 | Ex. 7 to Salmon Deposition – Gastric cancer and ranitidine use chart |
| 763 | Ex. 8 to Salmon Deposition – Wang Cumulative NDMA |

| 764 | Ex. 9 to Salmon Deposition – Plaintiffs' Responses and Objections to Defendants' Notice of Videotaped Deposition of Andrew Gale Salmon M.A., D.Phil., C.Chem., M.R.S.C. |
|---|---|

I declare under penalty of perjury under the la0ws of the United States of America that the foregoing is true and correct. Executed on November 17, 2022, in Philadelphia, Pennsylvania.

/s/ Tracy A. Finken