# Le Deposition and Exhibits

# EXHIBIT

# 726

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

- - - - - - - - - - - - - - - - - - - - - -x

IN RE: ZANTAC (ranitidine)                    MDL NO. 2924

20-MD-2924

PRODUCT LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

- - - - - - - - - - - - - - - - - - - - - -x

Remote, videotaped deposition of JENNIFER LE,
PharmD, MAS, BCPS-ID, FIDSA, FCCP, FCSHP, taken
pursuant to Notice, was held via videoconference,
commencing October 20, 2022, at 9:05 a.m. PCT, on the
above date, before Amanda McCredo, a Court Reporter and
Notary Public in the State of New York.

Page 2

```
 1
 2   A P P E A R A N C E S: (via videoconference)
 3   Appearing on behalf of Plaintiffs:
 4   DANIEL NIGH, ESQ.
     Levin Papantonio Rafferty
 5   316 South Baylon Street
     Pensacola, Florida 32502
 6   dnigh@levinlaw.com
     850.435.7013
 7
 8   ROOPAL LUHANA, ESQ.
     KENDRA GOLDHIRSCH, ESQ.
 9   COURTNEY GRIFFIN, ESQ.
     Chaffin Luhana LLP
10   600 Third Avenue
     12th Floor
11   New York, New York 10016
     luhana@chaffinluhana.com
12   goldhirsch@chaffinluhana.com
     griffin@luhana.com
13   888.480.1123
14
     ROSEMARIE RIDDELL BOGDAN, ESQ.
15   Martin, Harding & Mazzotti, LLP
     100 Park Avenue
16   16th Floor
     New York, New York 10017
17   rosemarie.bogdan@1800law1010.com
     800.529.1010
18
19   TRACY FINKEN, ESQ.
     JAMES R. RONCA, ESQ.
20   Anapol Weiss
     130 North 18th Street
21   Suite 1600
     Philadelphia, Pennsylvania 19103
22   tfinken@anapolweiss.com
     jronca@anapolweiss.com
23   866.930.2217
24
25
```

Page 3

```
 1
 2    A P P E A R A N C E S: (continued)
 3    Appearing on behalf of Pfizer, Inc.:
 4    PAUL BOEHM, ESQ.
      Williams & Connolly, LLP
 5    680 Maine Avenue Southwest
      Washington, DC 20024
 6    pboehm@wc.com
      202.434.5366
 7
 8    Appearing on behalf of Boehringer Ingelheim
      Pharmaceitucals, Inc., Boehringer Ingelheim
 9    Corporation, Boehringer Ingelheim USA Corporation,
      Boehringer Ingelheim International GmbH, Boehringer
10    Ingelheim Promeco, S.A. de C.V.:
11    CARMEN R. TOLEDO, ESQ.
      LUKE BOSSO, ESQ.
12    King & Spalding, LLP
      1180 Peachtree Street Northeast
13    Suite 1600
      Atlanta, Georgia 30309
14    ctoledo@kslaw.com
      lbosso@kslaw.com
15    404.572.4600
16
      Appearing on behalf of Sanofi-Aventis:
17
      BRADLEY JENNINGS, ESQ.
18    DLA Piper LLP
      1251 Avenue of the Americas
19    New York, New York 10020
      bradley.jennings@us.dlapiper.com
20    212.335.4500
21
22
23
24
25
```

Page 4

```
 1
 2   A P P E A R A N C E S: (continued)
 3   Appearing on behalf of Dr. Reddy's Laboratories:
 4   NATHAN SCHACHTMAN, ESQ.
     Ulmer & Berne LLP
 5   600 Vine Street
     Suite 2800
 6   Cincinnati, Ohio 45202
     nschachtman@ulmer.com
 7   513.698.5164
 8
     Appearing on behalf of GlaxoSmithKline:
 9
     JENNIFER STONECIPHER HILL, ESQ.
10   Shook, Hardy & Bacon, LLP
     2555 Grand Boulevard
11   Kansas City, Missouri 64108
     jshill@shb.com
12   816.474.6550
13
     Appearing on behalf of Patheon Manufacturing Services:
14
     JOHN D. GARRETT, ESQ.
15   Bowman and Brooke LLP
     150 South Fifth Street
16   Suite 3000
     Minneapolis, Minnesota 55402
17   john.garrett@bowmanandbrooke.com
     612.339.8682
18
19   ALSO PRESENT:
20   Bob Jorissen - videographer
21   Chinyere Woods - Veritext concierge
22
23
24
25
```

Page 5

1

2                        I N D E X

3    WITNESS                  EXAMINATION BY          PAGE

4    Jennifer Le, PharmD    Mr. Boehm             7, 127

5                            Mr. Nigh                 85

6

7                         EXHIBITS

8    EXHIBIT                                         PAGE

9    Exhibit 1      Wang 2022 publication            10

10   Exhibit 2      Expert Report of Jennifer Le,    25
                    PharmD, with attachments
11
     Exhibit 3      (intentionally skipped)
12
     Exhibit 4      Supplemental Expert Report       52
13                  of Jennifer Le, PharmD

14   Exhibit 5      Kantor 2021 publication          137

15

16

17

18

19

20

21

22

23

24

25

```
                                             Page 6
 1                    Jennifer Le, PharmD
 2          THE VIDEOGRAPHER:  Good morning.  We are
 3     going on the record at 9:05 a.m. Pacific time
 4     on Thursday, October 20, 2022.
 5          Please note that audio and video recording
 6     will continue with any objection to going off
 7     the record.
 8          This is Media Unit 1 of the remote
 9     video-recorded deposition of Jennifer Le in the
10     matter of In re: Zantac (Ranitidine) Products
11     Liability Litigation, filed in the United
12     States District Court, Southern District of
13     Florida, case number MDL-2924, 20-MD-2924.
14          The court reporter is Amanda McCredo.  My
15     name is Bob Jorissen, a certified legal video
16     specialist.  We are both here today
17     representing the firm Veritext.
18          Appearances will be noted on the
19     stenographic record, and all parties to this
20     proceeding do stipulate as to their acceptance
21     of this remote video arrangement and the court
22     reporter swearing in the witness remotely,
23     would the court reporter please swear in the
24     witness.
25   JENNIFER LE, PharmD, the witness herein, after
```

```
                                              Page 7
```

1                    Jennifer Le, PharmD

2              having been first duly sworn by a Notary

3              Public of the State of New York, was

4              examined and testified as follows:

5         THE VIDEOGRAPHER:  Go ahead, Counselor.

6  EXAMINATION BY

7  MR. BOEHM:

8     Q    Thank you very much.  And good morning,

9  everybody.  Good morning, Dr. Le.

10         We introduced ourselves off the record

11 before we started this morning, but I just wanted to

12 do that on the record.  And thank you for taking a

13 little bit of time to -- out of, I'm sure, what is a

14 busy schedule to meet with us today.

15         As you know, I have a few questions for you

16 today about the supplemental expert report that you

17 submitted on October 4th of this year.

18         Do you recall submitting that report?

19    A    I do.

20    Q    Just for the record, where are you located

21 right now?

22    A    I am in San Diego, California.

23    Q    Is anyone there with you?

24    A    No.

25    Q    And you have submitted three expert reports

```
                                           Page 8
 1                  Jennifer Le, PharmD
 2   in this case so far; is that correct?
 3       A    Three expert reports?
 4       Q    Yeah.  You had an opening report, a
 5   rebuttal report, and then you've just recently
 6   submitted this supplemental report; is that correct?
 7       A    I recall the main report that I submitted I
 8   believe, in February -- that I signed February 24,
 9   and a supplemental in April -- sorry, in
10   October 4th, yes.
11       Q    Okay.
12            Do you have any of your expert reports with
13   you here today?
14       A    Do I have the expert reports with me?
15       Q    Yes.
16       A    Yeah.  I have the ones that I just
17   mentioned, the one dated October 4th as well as the
18   one dated -- that I signed on February 20 --
19   sorry -- January 24th with me.
20       Q    Very good.
21            And do you have the Wang publication that
22   is the subject of your supplemental report with you,
23   as well?
24       A    I have that opened up with me, yes.
25       Q    Okay.
```

```
                                            Page 9

 1                    Jennifer Le, PharmD

 2              As you heard before we started, we'll be

 3    able to project up onto the screen some of these

 4    documents, but I just wanted to ask if you had them

 5    handy because it might also be useful if you have

 6    your own copies there.

 7              What did you do to prepare for today's

 8    deposition?

 9         A    What did I do?

10              I reviewed the reports that I previously

11    drafted myself, so the one -- the two that I noted

12    earlier, dated January 24th, as well as the

13    supplemental; and also reviewed the -- in

14    preparation for my supplemental report, I

15    reviewed -- scrutinized -- I should say examined the

16    Wang study.

17         Q    Have you read the reports of any other

18    experts in connection with the Wang publication?

19         A    No, not in connection with the Wang.

20         Q    Okay.

21              Have you read transcripts of any

22    depositions or court proceedings insofar as they

23    relate to the Wang publication?

24         A    No.

25         Q    Okay.
```

```
                                        Page 10
```

 1                    Jennifer Le, PharmD

 2          Did you meet with attorneys in preparation

 3   for today's deposition?

 4      A    Yeah.  I asked for it because I wanted to

 5   know what the focus of the meeting was about.

 6      Q    Okay.

 7          When did you do that?  That is, when did

 8   you meet?

 9          I should be more clear.

10      A    This week.  Yeah, I had been traveling.

11   So, this was the only time I had.

12      Q    Okay.

13          For how long did you meet with attorneys?

14      A    Oh, maybe a few hours.

15      Q    Okay.

16          I want to turn to the Wang publication.

17                    (Wang 2022 publication was

18                     marked as Exhibit 1 for

19                     identification, as of this

20                     date.)

21          MR. BOEHM:  And, Chinyere, if you can pull

22      that up.

23          And, Dr. Le, if you want to look at the

24      version that we have up on the screen that will

25      be projected or if you want to look at your

1                        Jennifer Le, PharmD

2          copy in front of you, it's all the same to me.

3                THE WITNESS:  Okay.

4                MR. BOEHM:  Chinyere, I believe it should

5          be tab -- I believe it would be tab 4.

6                Yeah, that's it.  Thank you.

7     BY MR. BOEHM:

8          Q    Dr. Le, is this the publication, Wang 2022,

9     that is the subject of your October 4th supplemental

10    report?

11         A    I don't see your screen, and I do want to

12    confirm what you're showing.

13         Q    I'm sorry.  Let me ask that question after

14    the -- I'm not sure what happened to our --

15               MR. BOEHM:  No.  So, you had right --

16          Chinyere, you had it right the first time.

17          Maybe it was tab 1.  You had it up, and then it

18          went away.

19               There it is.

20         A    Yes.

21    BY MR. BOEHM:

22         Q    Just for the -- just for the record, to

23    make sure it's clean, let me -- now that we see this

24    together, I'm going to ask you the question again,

25    if that's okay, Dr. Le.

```
                                            Page 12

  1                  Jennifer Le, PharmD

  2      A    Of course.

  3      Q    Is this publication that we're looking at

  4  together up on the screen, Wang 2022, the

  5  publication that is the subject of your October 4th

  6  supplemental report?

  7      A    Correct.

  8      Q    Do you know any of the authors of this

  9  publication?

 10      A    No, I don't.

 11      Q    Had you ever heard of any of the authors of

 12  this publication prior to reviewing this document?

 13      A    No, I haven't.

 14      Q    Have you ever communicated with any of

 15  them?

 16      A    No.

 17      Q    Okay.

 18           I want to direct your attention to page 9

 19  of the publication.  I know you've scrutinized it,

 20  as you said; so, I'm sure you'll remember what we're

 21  going to discuss.

 22           MR. BOEHM:  And, Chinyere, if you can take

 23      us down to the bottom of page 9.

 24  BY MR. BOEHM:

 25      Q    I'm going to direct your attention, Dr. Le,
```

```
                                              Page 13
 1                    Jennifer Le, PharmD
 2     to section 3.2, entitled "Comparison between
 3     Ranitidine and Famotidine for the Association with
 4     Patient Outcomes."
 5             Do you see that?
 6       A    I see that.
 7       Q    And specifically I want to look with you at
 8     the first paragraph in that section.
 9             Do you see it says, "To avoid potential
10     indication bias, we selected non-ranitidine users
11     (control subjects) by PSM for the famotidine cohort,
12     with a ranitidine-famotidine ratio of 1:1."
13             Do you see that?
14       A    I see that.
15       Q    What is PSM?
16       A    PSM is a tool that's used to control for
17     confounding factors in clinical trials.
18             So, there are two ways of doing that:  One
19     is in the trial design itself; the other is during
20     the statistical analysis.
21             So, these investigators decided to do it
22     upfront through propensity scoring matching.  So,
23     it's a matching process within their design to
24     control for bias and compounding factors.
25       Q    Okay.
```

```
                                            Page 14

 1                    Jennifer Le, PharmD

 2            We're going to talk -- I'm sorry.

 3       A    Okay.

 4       Q    I just -- we're going to talk about the

 5   particulars of the PSM matching in just a bit, but

 6   that's a very helpful, high-level description.

 7   Thank you, Dr. Le.

 8            Just looking at the some of the specifics

 9   of this language, the authors write that they did

10   this to avoid potential indication bias.

11            Do you see that?

12       A    Yes.

13       Q    And they're saying that in reference to

14   the -- to their decision to include an active

15   comparator cohort in this analysis, correct?

16       A    Because they're looking for minimizing

17   indication bias.  And, hence, they're using

18   non-ranitidine users -- so, they're still users --

19   as control subjects, yes.

20       Q    I didn't fully understand that.

21            I think I'm asking a simple question, but

22   tell me if it doesn't make sense to you.

23            When they talk about avoiding potential

24   indication bias, they're saying that in reference to

25   their decision to include a ranitidine-famotidine
```

```
                                        Page 15
 1                    Jennifer Le, PharmD
 2    comparison in this analysis.
 3            Do you see that in that the same sentence?
 4       A    I do see that in the same sentence.
 5       Q    And famotidine is a drug that is in the
 6    same class of drugs as ranitidine; is that correct?
 7       A    That is correct.  It's an H2 blocker, yes.
 8       Q    Can you just help us understand, at a very
 9    high level, what is indication bias?
10       A    An indication is essentially -- an
11    indication, by definition, the medical term, is --
12    the purpose of using for a particular drug.
13            So, for example, a person may have ulcers,
14    stomach ulcers in the scenario here, or GERD, which
15    is reflux disease.  That's a particular indication
16    for the use of a drug.
17       Q    Okay.
18            And why might indication bias confound
19    study results?
20       A    Well, indication bias would -- if you're
21    using a particular drug, for example, it would imply
22    that you have a particular disease, right?  And so,
23    that's why you're on that drug.
24            So, the purpose of using famotidine as the
25    comparator to ranitidine is that then you're drawing
```

```
                                        Page 16

 1                    Jennifer Le, PharmD
 2    hopefully from the population with that particular
 3    disease, either the GERD, which is gastroesophageal
 4    reflux disease, or ulcers, that you would get for --
 5    which are some of the indications that you would see
 6    for H2 blockers.
 7         Q    Why is it important to avoid potential
 8    indication bias in the context of an epidemiological
 9    study?
10         A    Well, I guess you have to take a step back
11    in terms of what is the purpose of the study?
12              Are we looking for an estimate or a causal
13    association amongst the entire population?  So,
14    there, you would have more generalizability.  Or are
15    you looking for a causal relationship -- or
16    association, I should say, to a particular
17    subpopulation with a particular indication?
18              So, it depends what the study question is
19    that the investigator wants to set up.
20              But each of these would lend itself to
21    information.  So, you want to know, I would say, the
22    general population, what the overall relationship
23    would be if there is a cause/effect relationship.
24              And, also, you want to see it by particular
25    patients, I guess, or population with certain
```

Page 17

1                    Jennifer Le, PharmD

2       diseases.

3               So, it depends on what the authors are

4       looking for.

5           Q     Thank you, Dr. Le.

6               And if you look at the next sentence, I

7       think the authors of this publication get at that

8       same point, where they write, "This subgroup was

9       added to determine whether the use of ranitidine

10      increases the risk of developing cancers due to the

11      related indication."

12              Do you see that?

13          A     I see what you just read, yes.

14          Q     In other words, the authors are saying,

15      "We're trying to figure out -- we're trying to

16      separate any possibility of the indication for which

17      the drug is being used being the cause of the cancer

18      as opposed to usage of the drug itself."

19              Is that a fair summary?

20          A     Can you repeat that?  Because that was a

21      long sentence.  I want to make sure I'm addressing

22      your question.

23              Can you repeat that?

24          Q     Well, why don't you just, if you can do it

25      at a high level, say what you understand the authors

```
                                         Page 18

 1                  Jennifer Le, PharmD

 2    to mean when they say that they've added this

 3    subgroup of ranitidine versus famotidine to

 4    determine whether use of ranitidine increases the

 5    risk of developing cancers due to the related

 6    indication.

 7        A    Okay.

 8             So, the authors -- first of all, I do want

 9    to point out that PSM, the propensity scoring, was a

10    tool that was used to really try to find equal

11    population, similar population; meaning those --

12    ideally what you want is a group that has similar

13    risks in terms of cancer.  Okay?  But it doesn't

14    necessarily give you the over-magnitude of the

15    entire risk for a general population.

16             So, at least when you're comparing

17    ranitidine to famotidine in a 1:1 ratio, what the

18    investigators are trying to do here is, like, "Okay,

19    look.  We're going to make this general assumption

20    that within the indication, either be it GERD or

21    ulcers, duodenal ulcers or stomach ulcers, or even

22    other indications for the use of H2 blockers -- is

23    that we're going to assume -- okay, just assume --

24    I'm not saying it's confirming -- that this

25    population has a risk for cancer already, whatever
```

1                  Jennifer Le, PharmD

2    it may be."  So, they made that assumption upfront.

3            So, because of that, we're going to go

4    ahead and find a subgroup, I guess you can call

5    that, a population, that has that indication or that

6    disease.

7            So, that's what they tried to do here.

8       Q    And the non-ranitidine user comparison that

9    doesn't focus on famotidine cannot do that by

10   itself; is that correct?  It cannot control for this

11   risk of indication bias?

12      A    Well, it depends --

13           MR. NIGH:  Objection to form.

14           THE WITNESS:  Sorry.  Go ahead.

15           MR. NIGH:  You can answer.

16   BY MR. BOEHM:

17      Q    Go ahead.

18      A    It depends on how the investigators define

19   as "non-ranitidine users."  Does that mean they

20   didn't use any drug at all or -- which would mean

21   that you're comparing to the general population, who

22   may not -- may or may not have this indication, or

23   non-ranitidine users could be other -- besides

24   famotidine, other H2 blockers or even other classes

25   of drugs, like proton pump inhibitors, PPIs,

```
                                        Page 20

 1                    Jennifer Le, PharmD

 2     omeprazole, pantoprazole, et cetera.

 3             So, it depends on what they mean.

 4             But I would group all that as

 5     non-ranitidine users.

 6     BY MR. BOEHM:

 7         Q    Right.  Okay.

 8             Well, let's look specifically at this

 9     famotidine-versus-ranitidine subgroup analysis that

10     the authors performed.

11             MR. BOEHM:  And, Chinyere, if you can take

12         us to the next page, which should be page 10 of

13         the Wang publication.  And specifically let's

14         go toward the bottom, and we see table 4.

15     BY MR. BOEHM:

16         Q    Dr. Le, do you see table 4 on page 10 of

17     the Wang publication?

18         A    My eyes are going -- I'm going to enlarge

19     my screen a little bit.

20             Okay.  Table 4.  Okay.  Got it.

21         Q    This table summarizes the active comparator

22     analyses that were performed by the researchers in

23     this study, correct?

24         A    Active compare being the famotidine, yes.

25         Q    Yes.
```

```
                                           Page 21
 1                   Jennifer Le, PharmD
 2           And I want to focus on the five cancers
 3    that are the subject of your opinions and the
 4    subject of this litigation.  That's liver,
 5    esophagus, gastric, pancreas, and bladder.
 6           Okay?
 7       A    Okay.
 8       Q    And if we look at the results from these
 9    active comparator data, specifically famotidine,
10    there were no statistically significant associations
11    between ranitidine and cancer for four out of those
12    five cancers, correct?
13       A    Can you be -- can you show me what you're
14    talking about, please?
15       Q    Sure.
16       A    Highlight those?
17       Q    Sure.  There's liver.
18           MR. BOEHM:  Just highlight "Liver," if you
19        can, Chinyere.
20           And then if you -- oops.  I think, Dr. Le,
21        we can look at this together.
22    BY MR. BOEHM:
23       Q    The first row is "Liver."
24           Do you see that?
25       A    I see the "Liver."
```

```
                                              Page 22

 1                   Jennifer Le, PharmD

 2       Q    Okay.

 3            And then the third row is "Esophagus."

 4            Do you see that?

 5       A    Correct.

 6       Q    Right.

 7            And then if you go down three more, you see

 8    "Pancreas."

 9            MR. BOEHM:  Chinyere, it's okay.  I think

10        that that's actually just distracting.

11       A    Okay.

12   BY MR. BOEHM:

13       Q    Do you see "Pancreas"?

14       A    "Pancreas," yes.

15       Q    And then if you go a few rows below that,

16    you see "Bladder," right?

17       A    "Bladder," yes.

18       Q    And, Dr. Le, you said you've scrutinized

19    this publication.

20            You've certainly looked at this before,

21    right?

22       A    I have.

23            But I just want to make sure I know -- I

24    understand what you're asking me.

25       Q    Okay.
```

```
                                            Page 23
 1                   Jennifer Le, PharmD
 2            Well, I'm just saying that if you look at
 3    the results from the active comparator data, there
 4    were no statistically significant associations
 5    between ranitidine use and cancer for four out of
 6    those five cancers.
 7            Do you see that?
 8      A     I can see that, yes.
 9      Q     And for one of the five cancers, liver, the
10    analysis showed an association with ranitidine.
11            Do you see that?
12            MR. NIGH:  Form objection.
13      A     What -- I'm sorry.  What did you say, for
14    the gastric?
15    BY MR. BOEHM:
16      Q     I said for liver.
17      A     For liver, yes.
18      Q     I'm just asking if you see that for one out
19    of the five -- we already established, for four out
20    of the five, no association.
21            For one out of the five, specifically
22    liver, this analysis does show an association with
23    ranitidine.
24            Do you see that?
25            MR. NIGH:  Form objection.
```

```
                                        Page 24
 1                    Jennifer Le, PharmD
 2      A    So, for this table, I think it provides the
 3   hazard ratio and the p-value there, with the
 4   99 percent confidence interval.
 5            I think there's some additional information
 6   that we can gain from other figures, too, in this
 7   study, yes.
 8   BY MR. BOEHM:
 9      Q    Well, I'm sure, Dr. Le.  And I'm sure
10   that -- you know, you have counsel here who can ask
11   you questions, but I have limited time today, so I'm
12   going to focus on the questions that I'm
13   prioritizing.  I'm sure you'll understand.  And I
14   ask you to respond to those questions.  And then
15   Mr. Nigh or others can follow up.  Or I may have
16   questions that will get you to those tables, as
17   well.  I'm not done at all.
18            So, let's just take this step by step, if
19   that's okay.
20      A    Sure.
21      Q    Dr. Le, other than this publication, the
22   Wang publication that we're looking at now, do you
23   know of any other ranitidine active comparator
24   epidemiological data that show a statistically
25   significant association between using ranitidine and
```

```
                                            Page 25
 1                      Jennifer Le, PharmD
 2    liver cancer?
 3        A     Ranitidine and liver cancer.
 4              Are you talking about -- I think there was
 5    another study, and I think I did include this in my
 6    report.  I had a table of all the epidemiology
 7    studies for ranitidine that I evaluated.
 8              And I believe there was one other study
 9    that showed a statistically significant
10    association -- I believe that was the Kantor
11    study -- to liver cancer.
12              And I believe there was -- in addition to
13    the study here.  So, that, I guess, makes it two.
14        Q     Dr. Le, the Kantor study doesn't have
15    active comparator data showing liver cancer risk,
16    does it?
17        A     I will have to -- can you pull up my report
18    that I submitted on January 24th?  In that table, it
19    would provide that.
20        Q     Sure, we can look at that.
21                         (Expert Report of Jennifer Le,
22                          PharmD, with attachments was
23                          marked as Exhibit 2 for
24                          identification, as of this
25                          date.)
```

```
                                               Page 26
 1                    Jennifer Le, PharmD
 2           MR. BOEHM:   That would be tab 2, Chinyere.
 3           If we go to page 99 of tab 2, which is your
 4        initial report in this case, we'll see your
 5         references to Kantor.
 6      A    So, you see, your question was related
 7    to --
 8    BY MR. BOEHM:
 9      Q    We're not quite there yet.   That's 98.   And
10    so, we need to go one more page down.   Yup, there's
11    Kantor.
12      A    Okay.
13      Q    And I think that this is what you were
14    asking to look at, correct?
15      A    Correct.
16      Q    So, you referenced, as you say, in your
17    opening report, that Kantor 2021 study.
18           You have some things to say about it, but,
19    in particular, I think you're referring to your
20    language here that says, "Increased risk for liver
21    cancer hazard ratio 1.91."
22           Is that what you had in mind?
23      A    Correct.
24      Q    Do you know whether or not that refers to
25    active comparator data?
```

```
                                            Page 27

 1                    Jennifer Le, PharmD

 2      A    So, if you look to the column to the left

 3   of that, this -- this here, they included 8,844

 4   ranitidine users and about 26,000 omeprazole, which

 5   is the PPI users.

 6            So, if your question refers to another H2

 7   blocker, then no.  But if your question refers to

 8   any comparator -- so, I have to go back.  I think

 9   this compared with the omeprazole, so the PPI.

10      Q    Got it.

11            So, you think that's what this hazard ratio

12   is indicating, but you're not sure.  You would have

13   to go back and look at the Kantor study.

14      A    The original study.

15      Q    All right.  Well, it's not specified here

16   in your report, and it's all on the record in the

17   form of the Kantor study.

18            So, let's keep moving, if we could, just

19   because of the time limitations that I'm facing

20   today.

21            MR. NIGH:  Object to the colloquy.

22      A    If you don't mind, since you asked the

23   question, I want to make sure I'm accurate and

24   complete in addressing.

25            I think the Tran study, too, if you can go
```

```
                                        Page 28

 1                    Jennifer Le, PharmD

 2   down --

 3   BY MR. BOEHM:

 4       Q    We can go to 102, which shows the Tran

 5   study.

 6       A    I think I -- as I recall, it may have

 7   some -- I think this was a study that did not show a

 8   statistical significance, but it had an elevated

 9   odds ratio, and it's a nested-case control study.

10       Q    This is not a statistically significant

11   association, correct?

12       A    Correct.

13       Q    But my question for you is --

14       A    But if you look at the adjusted -- it did

15   have adjustments and the odds ratio of 1.38.

16       Q    Well, Dr. Le, if I could ask you to try and

17   focus on the question that's before you, and my

18   question right now is whether you can identify any

19   statistically significant association.  I know you

20   have a lot more on your mind and things that you

21   want to say, but that's not how it has to work,

22   because we have time limitations, and I have to be

23   able to focus on the questions that are most

24   important.

25            So, my question for you right now is
```

```
                                         Page 29
 1                   Jennifer Le, PharmD
 2    whether you can identify other studies that show --
 3    for active comparator data, that show a
 4    statistically significant association between
 5    ranitidine use and liver cancer?
 6            MR. NIGH:  Object to the colloquy and
 7         object to form.
 8        A    Those are the ones that come to mind to me,
 9    specific to liver cancer, but I would have to go
10    through this database or at least these tables, with
11    reference to the original research articles to --
12    BY MR. BOEHM:
13        Q    And, Dr. Le, again, Tran does not show a
14    statistically significant association, correct?
15        A    It does not show a statistically --
16    correct.
17        Q    And cancer, you would have to go back and
18    look to see exactly what hazard ratio you were
19    writing down, correct?
20        A    I think it was comparing to -- because I
21    thought you were referencing another H2 blocker,
22    which it did not evaluate, but it did include a PPI
23    in there for Kantor.
24        Q    Are there any other studies that you would
25    direct us to?
```

```
                                                      Page 30
 1                      Jennifer Le, PharmD
 2        A     I have to -- I think Adami may have had
 3    some reference to liver cancer but, you know, that
 4    publication itself had several versions of that.
 5        Q     Adami showed no association, correct?
 6        A     I would have to -- I have to go back.  If
 7    you could go up.
 8        Q     Dr. Le, I don't have time to kind of go
 9    through every line in your -- you know, whatever
10    number -- hundreds of pages report.  We just don't
11    have time to do that, unless plaintiff's counsel
12    would like to agree on the record to give me
13    additional time, in which case I'd be happy to let
14    you do that.
15             But I can represent to you that Adami does
16    not show an association, nor does Kim Y, nor does
17    Yoon.
18             Do you recall that?
19             MR. NIGH:  Form objection.
20    BY MR. BOEHM:
21        Q     You can just tell me if you remember that
22    or not.
23        A     I do remember that these publications had
24    reference to liver cancer.
25        Q     And they do not show associations, correct,
```

```
                                       Page 31
 1                    Jennifer Le, PharmD
 2    with ranitidine use?
 3        A     Which ones?
 4        Q     Well, you mentioned Adami.  And I added
 5    Kim Y, and Yoon.
 6              None of those data show association between
 7    ranitidine use and liver cancer.
 8        A     Well, Kim, here, looked largely at gastric
 9    cancer.  So, this is where my confusion is because
10    you're talking specifically about liver cancer.
11        Q     Yes, I am.  I'm talking specifically about
12    liver cancer.  That's my question for you, Dr. Le.
13        A     Correct.  So, if the investigator didn't
14    evaluate liver cancer, I can't say that there is no
15    association, because they didn't evaluate that.
16        Q     You're talking about --
17        A     The Kim study -- if you don't mind, I put
18    in my table here that there was no statistical
19    association for gastric cancer.  So, I would have to
20    go back to that to see if they actually looked into
21    liver cancer --
22        Q     Let's go to --
23        A     -- in order to answer your question.
24              MR. NIGH:  Hey, hold on.  You can't -- we
25         can't keep interrupting the witness.  The
```

```
 1                    Jennifer Le, PharmD
 2         record is getting unclear.
 3              And the other thing is I want to note for
 4         the record that on the screen is the Kim, S.M.,
 5         study.  That's what she's referring to on the
 6         screen.
 7              MR. BOEHM:  And I didn't ask about that
 8         one.  I asked about the Kim Y, study.
 9              Just for the record -- and I know that
10         counsel at the hearing assured Judge Rosenberg
11         that the witnesses would restrict their answers
12         to the questions that were being asked and that
13         they would be responsive to the questions that
14         were being asked.  And it was on that basis
15         that the Court provided time limitations.
16              So, if Dr. Le is, in response to questions
17         about liver cancer, going to talk about other
18         cancers or if Dr. Le, in response to questions
19         about statistically significant results for
20         active comparator data, wants to talk about
21         different data, that's going to be a problem.
22         And I want to reserve my rights to be able to
23         return to the Court to ask for additional time.
24              If we can agree that Dr. Le will restrict
25         her answers, focus on the question before her
```

```
                                          Page 33

 1                   Jennifer Le, PharmD

 2       and respond to those questions, then I think

 3       we'll not have any issues today.

 4           But I do want to just put that down for the

 5       record because we are presented now with the

 6       type of issue that I believe Ms. Finken

 7       represented at the hearing would not occur

 8       during these depositions.

 9           MR. NIGH:  And, Dr. Boehm [sic], I'll

10       respond to that to say that she is clearly

11       trying to answer these questions throughout the

12       deposition.

13           On the screen, she was clearly referring to

14       gastric cancer for the Kim study because it's

15       on --

16           MR. BOEHM:  No.

17           MR. NIGH:  -- as you look at the record,

18       it's unclear, but demonstrated on the screen,

19       which she was speaking about --

20           MR. BOEHM:  Dan -- Dan, we don't need --

21       let's not do this.  You're just --

22           MR. NIGH:  Please don't -- please don't

23       interrupt me.  You put down --

24           MR. BOEHM:  I'm am going to interrupt you.

25           MR. NIGH:  -- a long colloquy about your
```

```
                                            Page 34

 1                  Jennifer Le, PharmD

 2         statement.

 3              MR. BOEHM:  I am going to interrupt you.

 4              MR. NIGH:  No, no.

 5              MR. BOEHM:  I am going to interrupt you.

 6              MR. NIGH:  On the screen -- you said --

 7              MR. BOEHM:  All right.  Let's go off the

 8         record.  Let's go off the record.

 9              MR. NIGH:  No, no, no.  I want this on the

10         record.  Both sides have to agree to go off the

11         record.

12              It says "Kim, S.M." --

13              MR. BOEHM:  I'm setting my timer.  I'm

14         setting my timer now, Dan.

15              MR. NIGH:  Fine.

16              It says, "Kim, S.M., no statistical

17         association for gastric cancer."

18              If you wanted to point out the Kim Y., just

19         move the screen down to Kim, Y.  It's obvious

20         that's what she was referring to.

21              MR. BOEHM:  I was going to do that before

22         you interrupted.

23              So, let's go to page 100.

24              MR. NIGH:  I didn't interrupt.  I gave my

25         objection, Mr. Boehm, just like you gave yours.
```

```
                                            Page 35

 1                  Jennifer Le, PharmD
 2         MR. BOEHM:  Let's go to Kim, Y., because
 3      Dr. Le wanted to see that.
 4   BY MR. BOEHM:
 5      Q    You see there, it says, in your fourth --
 6         MR. BOEHM:  Chinyere, you were just there.
 7      You were there.  It was page 100.  Now you're
 8      at 108.  There it is.
 9   BY MR. BOEHM:
10      Q    It says for Kim, Y -- Dr. Le, do you see,
11   "No statistical association for GI cancers:
12   Esophagus, stomach, liver, pancreas, colon, rectum"?
13         Do you see that?
14      A    I see that.
15      Q    Okay.
16         Does that refresh your recollection --
17      A    I'm now more confident in responding to you
18   now, yes.
19      Q    But my question was really just whether you
20   could remember.
21         And if you can't remember something, you
22   can just tell me you don't remember.
23         Is that fair?
24      A    Yeah.  That's why I have you referencing
25   the tables.
```

```
                                              Page 36
 1                    Jennifer Le, PharmD
 2        Q     Okay.
 3        A     Right?
 4        Q     If you don't remember something --
 5        A     Because I want to accurately answer your
 6   question, and I'm doing the best I can to answer
 7   your questions.
 8             MR. NIGH:  And for the record, for the
 9         instruction, she is allowed to refer to her
10         expert report in answering the question.
11             MR. BOEHM:  Of course.
12   BY MR. BOEHM:
13        Q     But I'm just -- Dr. Le, I'm just saying if
14   my question to you is if you remember something, and
15   you don't, that's fine.  You can just tell me you
16   don't remember, and then I can decide whether or not
17   we should go look at it or not.
18             Is that fair?
19             MR. NIGH:  That's not the rules.  No.  She
20         is allowed to look at her expert report --
21             MR. BOEHM:  Dan -- Dan, just stop it.
22             MR. NIGH:  -- when you ask a question.
23             MR. BOEHM:  Just stop it.
24             MR. NIGH:  No, no, no.  No, no.  You're
25         giving instructions to my client that's
```

```
                                                    Page 37

  1                      Jennifer Le, PharmD

  2          counteractive to what the rules really are.

  3               She is an expert.  She is allowed to look

  4          at her expert report regardless of a memory

  5          test.

  6               MR. BOEHM:  You're filibustering.

  7               MR. NIGH:  I am not.

  8               MR. BOEHM:  It's inappropriate.

  9               MR. NIGH:  I am not.

 10               MR. BOEHM:  Please stop.

 11               MR. NIGH:  You're giving obstruction to my

 12          client --

 13               MR. BOEHM:  Can you please stop?

 14               MR. NIGH:  -- that are not actually the

 15          rules for expert reports.

 16               MR. BOEHM:  Can you please stop right now?

 17          This is outrageous.  You need to stop it.

 18               MR. NIGH:  Mr. Boehm, would you please move

 19          on.  You gave her an inappropriate instruction.

 20               MR. BOEHM:  I'm trying to.

 21               MR. NIGH:  I'm allowed to instruct her as

 22          to the appropriate instruction.

 23               MR. BOEHM:  You keep doing this, we're

 24          going to go to the Court.

 25               MR. NIGH:  We can go to the Court with this
```

```
                                        Page 38
 1                    Jennifer Le, PharmD
 2        record.
 3    BY MR. BOEHM:
 4        Q    Okay.  Dr. Le --
 5        A    Yes.
 6        Q    -- I want to direct your attention back to
 7    the Wang publication.  Let's look at page 2.  I'm
 8    going to direct you to the first full paragraph on
 9    page 2, that begins, "A study also reported."
10             When did -- by the way, did you last look
11    at this publication?
12        A    I last looked at this when I did the
13    report.  I may have glanced on it -- like right now,
14    this morning.
15        Q    I thought you said you scrutinized in
16    preparation for this deposition.
17        A    Oh, I did.
18        Q    Okay.
19             I want to direct your attention to this
20    paragraph.
21             Do you see that this paragraph summarizes
22    some of the available data related to NDMA and, to
23    some extent, some of the epidemiological data about
24    ranitidine?
25             Do you see that?
```

```
                                        Page 39
 1                    Jennifer Le, PharmD
 2      A     So, this paragraph appears at the
 3   introduction, setting up for why the study was -- it
 4   was conducted.  Yes, I see that.
 5      Q     Exactly.
 6            And it summarizes some of those data,
 7   correct, at a high level?
 8      A     At a high level.
 9            And I believe there's more in the
10   "Discussion" section, too, that provides a lot more
11   detail, which, to me, was more informative.
12      Q     I'm sure Mr. Nigh can direct you there, if
13   he choses.
14            I'm going to look with you at the
15   second-to-last sentence of this paragraph.
16            Do you see it says, "The conflicting
17   results of studies underlie the lack of concrete
18   evidence supporting the role of ranitidine in cancer
19   development"?
20            Do you see that?
21      A     I see the sentence that you read, yes.
22      Q     Do you agree with the statement by the
23   authors of the Wang publication?
24      A     I guess, for me, when you say -- the key
25   word for me in there is "lack of concrete evidence."
```

```
                                        Page 40
 1                   Jennifer Le, PharmD
 2            Concrete evidence is kind of hard to
 3   achieve when you're looking only at epidemiologic
 4   studies.
 5            So, I think that that's how the
 6   investigators see that, as going towards or trying
 7   to achieve more concrete evidence.  And so, that's
 8   why they set forth.
 9            So, that's the purpose of --
10      Q    I didn't ask you --
11      A    -- why they've done that.
12      Q    I'm sorry.  I didn't ask you why they said
13   it.  I asked if you agree with it.
14            Do you agree with the statement we just
15   read?
16      A    I do agree to the extent that there are
17   different studies that are designed differently to
18   answer different questions within the ranitidine
19   epidemiologic studies alone.
20            And I'm going to set aside the NDMA, I'm
21   going to set aside the pharmacology, and the other
22   types of data.
23            But within ranitidine epidemiology studies,
24   if you can look at the table that I summarize in my
25   original report, it does provide -- there were some
```

```
                                        Page 41
 1                   Jennifer Le, PharmD
 2   statistical association for certain cancers, and
 3   there were some.  So, in that -- and some that were
 4   statistically association significant and some that
 5   were statistically not significant.
 6             So, in that respect, yes, there are data
 7   that says one versus the other.
 8        Q    In assessing potential causal associations
 9   in general, do you agree that it is important to
10   consider consistency of the data?
11        A    Consistency, I think, is important,
12   depending, again -- you cannot compare -- you cannot
13   compare apples to oranges.  You have to compare
14   apples to apples.
15             So, if you are looking at -- if your goal
16   is to look at generalizability, then yeah, you would
17   have a control group.  So, consistency, in terms of
18   how it's conducted, the study design.  And when you
19   talk about the evidence that I use in making a
20   clinical decision for my patient, I would not just
21   take one study; I would take multiple studies from
22   different investigators, from different design type,
23   either it be a prospective cohort or a case control
24   or a nested-case control, preferably with matching
25   to prevent that bias or even control for confounders
```

```
                                            Page 42
 1                    Jennifer Le, PharmD
 2   upfront.  But I would take all of that information.
 3   I wouldn't form a conclusion from just one study.
 4        Q    My question is --
 5        A    It has to be all of that.
 6        Q    My question is if you agree that it is
 7   important to consider consistency of data when
 8   assessing potential causal associations.
 9             Do you agree the answer is yes, that is
10   important?
11        A    I guess for me, what do you mean by
12   consistency of data?  It has to lend all itself to
13   one side versus the other?  You're not going to get
14   that from epidemiology study alone.
15        Q    Do you agree that --
16        A    So, that's why -- what do you mean by
17   "consistency"?
18        Q    Do you agree that consistency is an
19   important consideration, however that might be
20   defined in relation to a particular data set -- do
21   you agree that consistency is an important factor in
22   making a judgment about causation?
23        A    Consistency is a factor.  But also, as I
24   mentioned, the consistency has to come with how the
25   design was set up, the patient population that
```

```
                                          Page 43
 1                   Jennifer Le, PharmD
 2     you're talking about.  You cannot compare apples to
 3     oranges, is what you're trying to tell me, and I
 4     can't do that; they're different.
 5               So, you know, if I define consistency as
 6     how I would actually go about in reviewing the
 7     literature that's out there, bringing in the
 8     ranitidine epidemiology from all the studies that
 9     are there, that are informative, it will, yes,
10     inform me.  It will provide me some information,
11     based on that consistency.
12               But again, there's other factors too that I
13     would have to consider when I'm trying to make an
14     informed decision of causal relationship.
15         Q    In assessing the strength of scientific
16     evidence, do you agree that it is important to be
17     able to replicate study results?
18         A    For epidemiology studies, the replication
19     can only occur if you're using similar databases --
20         Q    Dr. Le, you cut out for me.  I don't know
21     if you cut out for anybody else.
22         A    Oh, sorry.
23         Q    No, no.  I think it was probably just a
24     connection issue.  It might be my connection; I'm
25     not sure.
```

```
                                              Page 44
 1                    Jennifer Le, PharmD
 2            THE VIDEOGRAPHER:  I had no trouble with
 3       that.
 4       Q    Okay.  You cut out for me.  I'm so sorry
 5  for interrupting.  It might be my internet.
 6       A    No problem.
 7       Q    I think my -- I apologize.  If you just
 8  keep going, if it's on the record, I apologize.
 9       A    So, sorry --
10       Q    You want me to ask the question again?
11       A    Can you go ahead and rephrase your
12  question, because I want to make sure I answer your
13  question.
14       Q    No, I apologize.  That's the new
15  technology-driven world we live in, and I apologize
16  for that.  Let me just reask the question.
17            The question is:  In assessing the strength
18  of scientific evidence, do you agree that it is
19  important to be able to replicate study results?
20       A    I think the replication will have to occur
21  in the context of the types of studies.  Now,
22  specifically for epidemiology -- for lab studies,
23  like laboratory-based studies, yes, truly important,
24  because you -- it's in a controlled environment,
25  right?  You're in a lab.
```

Page 45

1          Jennifer Le, PharmD

2          But for epidemiology -- I'm just going to

3   go straight, and I'm not going to even talk about

4   clinical trials here.  But for epidemiology studies,

5   the replication can only occur if you actually are

6   evaluating the same data set, set up the same

7   design, evaluating the same population.  So, while

8   it's a goal that we try to achieve, achieving that

9   among epidemiology, when you're having, you know, a

10  prospective collected data set -- for instance, the

11  cancer registry that we see with the Wang study --

12  versus health claims data, which is largely based,

13  when you use that word, "cancer diagnosis," that's

14  largely payment-based driven; that has a different

15  purpose.  It's really hard to replicate, while it

16  should be the goal.

17          But the reality is, for epidemiology

18  studies, you have to bring all those studies in one

19  and make some informed decision and conclusion.

20  You're not going to get an absolute answer for --

21  based on epidemiology of ranitidine alone.  There is

22  going to be -- while it's informative, you're going

23  to need additional information from different types

24  of studies, whether it is the NDMA, epi studies,

25  whether it's the pharmacology to say, well, there's

```
                                            Page 46
 1                     Jennifer Le, PharmD
 2    a biologic plausibility or not, depending on the
 3    drug.
 4            So, replication is a goal, but we really
 5    have to see if it's even feasible within
 6    epidemiologic studies.
 7       Q    You mentioned how you operate in your own
 8    practice in the real world.
 9            Do you agree that it would be inappropriate
10    to reach conclusions about causation based on a
11    single study, when that study is contradicted by
12    other studies looking at the same issue?
13       A    Well, actually, it depends.  When you talk
14    about -- I'm talking about epidemiology studies,
15    since you're referencing that.  It really depends
16    how the study was set up, you know?  It -- for
17    example, you can have two or three retrospectively
18    conducted studies with small sample size, with one
19    large data set that was prospectively collected.  I
20    will weigh those differently, and vice versa.
21            So, I cannot give you a good answer,
22    because it really depends on what that information
23    is saying.
24            So, I sit on a national guideline, where we
25    have to make critical decisions, where -- okay, we
```

```
                                           Page 47
 1                    Jennifer Le, PharmD
 2    have three studies here.  It's all retrospective,
 3    but this one prospectively collected randomized
 4    trial.  We went with that one, in the guideline,
 5    because it offered the robust data that we would
 6    need to inform us with that.
 7            So, it really depends on the scenario.  It
 8    could be flipped the other way, too.  If you have,
 9    you know, one study here that says things, but there
10    was some question of how it was set up to answer the
11    question, to begin with, and the hypothesis
12    generated from there.  But if you have three
13    studies, well it's retrospective, but it has some
14    congruence towards, you know, it may not be
15    statistically significant, but it was going towards
16    there, that is still, to us, a signal.
17            So, it really depends, case by case basis.
18    So, I don't -- I don't like generalizing, when it
19    comes to making clinical decisions.  So, it's really
20    based on that question that I have for that patient
21    or that population, and then assessing the data
22    around there.
23       Q    Okay.
24            You agree that consistency and replication
25    are important cornerstones of any causation
```

```
                                        Page 48
```

 1                  Jennifer Le, PharmD

 2   analysis, don't you?

 3       A    They are factors.  But again, I have to go

 4   back to say, is it achievable within the types of

 5   data sets that we have, within the -- and we're

 6   dealing with different ethnicity and different

 7   genders, too.  I mean, some of the epi studies for

 8   ranitidine only evaluated veterans, elderly men, and

 9   excluded women from this.

10            So, it really -- but yes, that is something

11   that we work towards in any -- all studies.  But

12   whether or not it is achievable is really reliant

13   on -- or dependent on the data source that we have

14   available, and the study design, and any measures to

15   set up for -- to minimize confounders and bias.

16       Q    Well, let's look at exactly that.  Let's

17   look at the Wang publication, and in particular,

18   some of the study design decisions that were made by

19   the author.

20            First of all, let's turn back to your

21   report.  I'm looking at the supplemental report from

22   October 4th.

23            Did you write this report?

24       A    Yes, I did.

25       Q    Did anybody help you write it?

```
                                            Page 49
 1                   Jennifer Le, PharmD
 2       A     No.  I wrote it.
 3       Q     And this report addresses only the Wang
 4   publication, correct?
 5       A     Correct, because I wrote my opinion of the
 6   other publications in the previous report, dated
 7   January 24th.
 8       Q     Did you make any additions or alterations,
 9   changes to anything in your earlier two reports,
10   based on your view of the Wang publication?
11       A     So, when I factored in -- I guess your
12   question is when I factored in the Wang report -- I
13   did not update any original -- my original report,
14   because I thought it would be easier to just address
15   that as a supplemental.  But my opinion didn't
16   change, in terms of -- in fact, I think this study
17   added more -- added more information to confirm my
18   original report.
19       Q     You're not altering any of the opinions in
20   your first two reports; that's what I'm trying to
21   clarify and just confirm.  I think you're saying
22   you're not changing any of the opinions you've
23   already articulated in your earlier reports.  You
24   are supplementing it with this additional report.
25             Is that correct?
```

Page 50

```
 1                    Jennifer Le, PharmD
 2        A     That is correct.
 3        Q     Do you know how the size of the Wang study
 4   compares to other ranitidine epidemiological studies
 5   that you reviewed?
 6        A     So, the Wang study, there were about --
 7   over 50,000 users.  So, you know, this is a
 8   prospective cohort study, okay?
 9        Q     I'm sorry, Dr. Le, I'm just asking if you
10   know how the size of the Wang publication compares
11   to size of other ranitidine epidemiological studies
12   that you reviewed.
13        A     Yes.  And that is reflected in my report,
14   the original report, dated February 24th, in the
15   table, Effects of Ranitidine Exposure on Cancer,
16   which you have, you know, shared earlier.
17              And in that table, it has a column for
18   Sample Size and Study Period.  So, it's reflected in
19   there, yes.
20        Q     Do you know how the duration of exposure
21   that was studied in the Wang analysis compares to
22   duration of exposure in other ranitidine
23   epidemiological studies that you reviewed in this
24   litigation?
25        A     I recall that the Wang study, they try to
```

```
                                                   Page 51
 1                        Jennifer Le, PharmD
 2    follow up patients up to 18 years, but when you
 3    actually look at the median of follow-up, I think it
 4    was 8 to 9 years.  There were, you know, other
 5    studies that were shorter than that and longer than
 6    that.
 7        Q    Well, duration of exposure is different
 8    than follow-up time, correct?
 9        A    Correct.
10             So, you're talking about exposure time,
11    while one of the criteria here for the Wang study
12    was a minimum of 90 -- well, I guess you can say
13    three months, of 300-milligram per day of ranitidine
14    dose.  Whereas the other studies, I think it ranged
15    between one month or even one prescription, whatever
16    that means.  One prescription could mean two weeks
17    up to, you know, if -- some patients may get more
18    than a month's supply.  So, it was not clear in some
19    of those studies.
20             But with the Wang study, the ranitidine
21    dose and duration, that met study criteria for them
22    to include patients in their analysis would be a
23    minimum of 90 DDD, which is defined daily dose,
24    which equates to about at least 300 milligrams of
25    ranitidine daily for three months, and that was in
```

```
                                          Page 52
 1                   Jennifer Le, PharmD
 2   my supplemental report.
 3       Q    Right.  No, I have that data.  And of
 4   course, that's just in the publication itself.
 5            I'm just wondering if you paid attention to
 6   how the duration of exposure in the Wang publication
 7   compares to duration of exposure in the other
 8   ranitidine epidemiological studies.
 9       A    Well, the other study, there was -- I guess
10   you can say Cardwell study looked into that, in
11   terms of -- if you want to pull up that table --
12   Cardwell study, they did look at, I believe, a
13   minimum of 150 milligram.  And it can range between
14   1 to even 36, I believe, prescriptions.  And based
15   on a 28-day prescription period.
16            So, yeah, other studies did -- is that what
17   you wanted?
18            MR. BOEHM:  Chinyere, if you could just
19        pull this document down, and I'm going to ask
20        you to pull up -- pull up the supplemental
21        report.  It should be tab 4.
22                          (Supplemental Expert Report of
23                          Jennifer Le, PharmD was marked
24                          as Exhibit 4 for identification,
25                          as of this date.)
```

```
                                                Page 53
 1                        Jennifer Le, PharmD
 2              MR. BOEHM:  If you go to the third page of
 3          that document.
 4      BY MR. BOEHM:
 5          Q    Dr. Le, you mentioned that there was a
 6      follow-up period of 18 years, and you wrote in your
 7      supplemental report, there, in the first paragraph
 8      in the far right column, you referred to a "long
 9      follow-up period of 18 years."
10              Do you see that?
11          A    I see that.
12          Q    And I think you clarified just now that
13      that -- that refers only to the maximum follow-up
14      time, correct?
15          A    Correct.
16          Q    You didn't write that here, but you
17      clarified that in your testimony.
18              That does not refer to the mean or the
19      average follow-up time, correct?
20          A    Yeah.  It was the median.  I think they
21      used median in there, which is more the 50th
22      percentile and not necessarily the average, yes.
23          Q    And you said that was 8 to 9 years?
24          A    I think so.  That's -- it was around there,
25      in the report -- in the original study, yes.
```

Jennifer Le, PharmD

1

2     Q    Do you know if other ranitidine

3  epidemiological studies had longer mean or median

4  follow-up periods than the Wang study provides?

5     A    I'm going to ask if you can pull up the

6  original report, the tables, that I have in there.

7  I'm sure there are other studies that was longer, in

8  terms of the median of the Wang study.  But I'm

9  going to have to ask you to pull that table up in my

10  original report.

11     Q    Okay.  If we have time, we'll come back to

12  look at those particulars.  But you are correct.  I

13  will say that there are some that are longer for

14  sure.

15         MR. BOEHM:  Let's go back to Wang.

16      Chinyere, if you can pull down the supplemental

17       report and pull back up the Wang publication,

18       which is tab 1, and I want to ask to you go to

19       page 2.

20  BY MR. BOEHM:

21     Q    At the very bottom of page 2, Dr. Le, I'm

22  going to direct your attention to the section 2.3,

23  the "Potential Confounders."

24         Are you able to see that?

25     A    Yes, I can.

```
                                        Page 55
 1                  Jennifer Le, PharmD
 2     Q     All right, good.
 3            And it refers, in the first sentence under
 4     that section, to "exclusion criteria."
 5            Do you see that?
 6     A     Yes.
 7     Q     And just at the highest level, for the
 8     benefit of the Court, what are "exclusion criteria"?
 9     A     Exclusion criteria are potentially
10     confounders that can be introduced in a study that's
11     not randomized.  And it's generally -- there's two
12     things that can be accomplished with exclusion:
13     Trying to really assess the risk of a certain
14     population.  So, in this scenario, they've decided
15     to exclude everyone less than 40 years of age, and
16     definitely with a diagnosis of cancer before the
17     index, because you don't want to double count
18     something.
19            So, the exclusions was really met --
20     exclusion criteria really meant to maximize the
21     evaluation of the -- or even the estimate or
22     relationship based on the study that you're trying
23     to set up.  So, here --
24     Q     Here --
25     A     If you don't -- yeah.
```

```
                                          Page 56
 1                  Jennifer Le, PharmD
 2      Q    I'm just asking generally, so that's
 3   enough.
 4      A    Okay.
 5      Q    Thank you.
 6           The authors of this study, they excluded --
 7   they excluded from the ranitidine user cohort
 8   anybody who used ranitidine for less than 90 DDDs.
 9           Do you see that?
10      A    I see that.
11      Q    And if we go to page 5.
12           MR. BOEHM:  Chinyere, if you can take us
13        there.
14   BY MR. BOEHM:
15      Q    There is a flowchart that summarizes how
16   the cohorts or the different groups in this study
17   were formed.
18           Do you remember this flowchart?
19      A    Yes, I do.
20      Q    And you see, right there, kind of right in
21   the middle, it says "Exclusion criteria," and then
22   it has four criteria.
23           Do you see that?
24      A    Yes, I see that.
25      Q    And one of them, number 3 is "Ranitidine
```

```
                                    Page 57
 1                  Jennifer Le, PharmD
 2   less than three months."
 3          Do you see that?
 4     A    I see that.
 5     Q    This exclusion criteria did not apply to
 6   the nonuser cohort or the famotidine cohort,
 7   correct?
 8          MR. NIGH:  Form objection.
 9     A    Because it's specific -- assuming that the
10   non-ranitidine, none of those patients were even on
11   ranitidine.
12   BY MR. BOEHM:
13     Q    So --
14     A    So, this exclusion criteria wouldn't apply,
15   because they weren't even on ranitidine in the first
16   place.
17     Q    If a user of famotidine had used famotidine
18   for less than 90 DDDs, or less than three months,
19   that person would not necessarily be excluded, based
20   on the exclusion criteria that the authors used in
21   this publication, correct?
22          MR. NIGH:  Form objection.
23     A    I don't know if I would agree with that.
24   I'm not the authors.  But the whole goal of saying
25   famotidine -- which I'm assuming it -- these
```

```
                                        Page 58
 1                    Jennifer Le, PharmD
 2    subjects would be in the non-ranitidine group -- if
 3    they used ranitidine, they would have been on the
 4    ranitidine group, first of all.
 5    BY MR. BOEHM:
 6        Q    I didn't ask about ranitidine use.  I said
 7    if somebody's in the famotidine group, there was no
 8    exclusion from that group for individuals who used
 9    famotidine for fewer than three months, correct?
10        A    Well, it does not specifically say
11    famotidine here; so, I don't know if I can jump to
12    that conclusion.
13        Q    It's certainly not identified as an
14    exclusion criteria, is it?
15        A    No --
16        Q    Okay.  If exclusion --
17        A    -- that's why you can go either or.
18        Q    If exclusion criteria applied differently
19    to different cohorts, that can impact study results,
20    correct?
21        A    It depends.  If you are talking about a
22    criteria in which only 1 or 2 percent of the
23    population of 50,000 subjects were collected, it
24    will not have much of an effect at all.  So, it
25    really depends.
```

1            Jennifer Le, PharmD

2            But if you're talking about maybe 20, 30,

3      depending what the number is -- so, it depends.  So,

4      I wouldn't go one way or the other; it depends on

5      what the data is there.

6         Q    Do you know of any epidemiological studies

7      that look at the safety of a medication that

8      intentionally mismatch the study cohorts, in terms

9      of duration or level of exposure between the

10     medicines being compared?

11            MR. NIGH:  Form objection.

12        A    I guess "mismatching" is a very tough term

13     for me.  I mean, when we set up a study --

14     BY MR. BOEHM:

15        Q    I'm just asking if you know of any

16     epidemiological studies -- so, if you do, you can

17     tell me what it is, but if you don't, that's fine --

18     do you know of any epidemiological study where the

19     safety of a medications being evaluated that has

20     intentionally excluded short-term users of one

21     medication but not excluded short-term users of the

22     comparator medication, do you know of any

23     epidemiological study other than Wang that does

24     that?

25            MR. NIGH:  Form objection.

```
                                        Page 60

 1                   Jennifer Le, PharmD

 2      A    I don't -- I'm not going to agree with you,

 3   in terms that you think this is a mismatch.

 4           The way a study design is set up is for

 5   matching.  So, I don't know if I would call that

 6   mismatch.  And the criteria, the inclusion/exclusion

 7   criteria explicitly state it there.

 8           And that's not something I would

 9   necessarily do different, when I'm studying --

10   setting up a study like this.  But it's certainly

11   something I would address in the limitations or in

12   the discussions, if it was a limitation to begin

13   with.  So, as an investigator who's responsible, I

14   would assume that Wang felt that that was an issue

15   for his study.  That would have been addressed in

16   the discussion under the limitations of the study

17   section.

18   BY MR. BOEHM:

19      Q    You assume that, but you've not talked to

20   the Wang authors, correct?

21      A    No.  I have not talked to them.  I don't

22   even know them.

23      Q    And the individuals who conducted this

24   analysis, they designed the study so that these

25   exclusion criteria, including the ranitidine users
```

```
                                        Page 61
 1                    Jennifer Le, PharmD
 2    who used the ranitidine less than three months would
 3    be excluded -- they applied these exclusion criteria
 4    before they performed any propensity matching,
 5    correct?
 6         A    Correct.  And --
 7         Q    And when these criteria --
 8         A    -- pull that out.
 9         Q    I'm sorry.  When these criteria were
10    applied, the ranitidine group went from just about
11    300,000 -- almost 300,000 down to 75,715, correct?
12         A    That's what you have stated -- you read
13    from the graph there, yes.
14         Q    And that knocks out, based on my math, just
15    about 75 percent of the ranitidine users, correct?
16         A    Yes.  And that 75 would be the cohort that
17    is most interested, because they have that
18    ranitidine use that investigators found to be
19    significant.
20         Q    And --
21         A    Meaningful, when they set up the study,
22    yes.
23         Q    When the exclusion criteria were applied to
24    the non-ranitidine users -- so, looking on the right
25    side of this flowchart -- the numbers went from
```

```
                                          Page 62
 1                    Jennifer Le, PharmD
 2    1.7 million to about 1 million.
 3            Do you see that?
 4       A    I see that.
 5       Q    So, they lost about 40 percent in that
 6    reduction.
 7            Do you see that?
 8       A    About 40 percent, okay.
 9       Q    And the only difference between the
10    exclusion criteria as applied to the ranitidine
11    cohort versus the non-ranitidine cohort was
12    number 3, that they took out the ranitidine users
13    who had used ranitidine less than three months,
14    correct?
15       A    Yes, because the non-ranitidine users would
16    not be using ranitidine.  Otherwise, they'll be
17    misassigned.
18       Q    Do you know of any other epidemiological
19    study where the exclusion criteria performed before
20    propensity matching had such a disproportionate
21    impact on the exclusion rate of the study,
22    75 percent on ranitidine, about 40 percent for the
23    non-ranitidine?  Do you know of any epidemiological
24    study that has that big of a disparity between the
25    dropout rate in the two cohorts?
```

```
                                              Page 63
 1                    Jennifer Le, PharmD
 2            MR. NIGH:   Form objection.
 3       A    Are you relating it to just the ranitidine
 4   epidemiology or other epidemiology studies in
 5   general?
 6   BY MR. BOEHM:
 7       Q    Either way.
 8       A    Of course.  I'm sure there's other
 9   epidemiology, depending, again, on the exclusion
10   criteria.  There could be even 80 percent loss of
11   patients, depending on what they define exclusion
12   criteria.  The one thing to note here is that after
13   exclusion criteria, the -- using the matching one to
14   one, the propensity scoring is very critical to
15   really try to mimic the randomization of these
16   patients.  And some other epidemiologic studies
17   don't even do that.  And in particular here, since
18   you are bringing this up, when you see, in the
19   matching one-to-one cohort, there is a CCI --
20       Q    I'm not asking about -- I'm sorry, Dr. Le,
21   I'm not asking about that.  I think you know that.
22       A    Yeah, but -- yes, there are -- outside of
23   ranitidine, of course there are other epidemiology
24   studies.  And it's based on the exclusion criteria.
25            Obviously, if you have a one-month
```

```
                                              Page 64
 1                      Jennifer Le, PharmD
 2    criteria -- exclusion criteria versus three months,
 3    you're going to have more dropout, of course, with
 4    the three months, because it's more stringent.
 5    That's given.
 6         Q    For sure.  Absolutely, if you --
 7              Yeah.  So, if you apply a more stringent
 8    exclusion criteria to one cohort than you apply to a
 9    different comparator cohort, you're going have
10    different rates of exclusion, correct?
11         A    Correct.  But I wouldn't call three months
12    a stringent, necessarily, in comparison to one
13    month.  But they could have -- these investigators
14    could have done one-year exclusions.  Like, I really
15    want to know if there is a cause with long-term use.
16    So, they considered long term use as three months,
17    which I think is more conservative end.
18         Q    Right.  But again, you don't see anything
19    in this publication that shows that the authors of
20    this study excluded famotidine users based on how
21    long they had used famotidine, correct?
22         A    Let's go back to the intent of the study.
23         Q    I'm just asking if you know if the authors
24    excluded famotidine users because they used
25    famotidine for fewer than three months.
```

Page 65

                        Jennifer Le, PharmD

1

2      A     I don't know that.

3      Q     Okay.

4      A     Because I don't have their data.  This is

5   what I meant earlier, when I said if the authors

6   felt that that was a significant finding, where the

7   famotidine had an effect on the outcome, they would

8   have put that in the limitations of the study.

9      Q     Are you --

10     A     They would have done that, and I'm not

11  aware that they did that.

12     Q     Right.  But they didn't include that as one

13  of the exclusion criteria, correct?

14     A     But why would they?  Because their goal was

15  to look at ranitidine, not famotidine.  The

16  famotidine was a comparator.

17     Q     Let's talk --

18     A     The famotidine was not the study of -- the

19  drug of question, though.  I would set this up the

20  same way.

21           So, I'm not sure what you're looking --

22  what you're getting to, because the goal -- take a

23  step back.  The goal of the study was to see -- to

24  determine if there was a causal relationship between

25  ranitidine use and cancer.  That is the goal.

```
                                            Page 66
```

1                    Jennifer Le, PharmD

2       Q    Dr. Le, I want to ask my -- I want to

3    ask -- I want you to hear the questions I'm asking.

4           So, if Mr. Nigh wants to follow up, he can,

5    but I need to focus on the questions I have, okay?

6       A    Okay.

7       Q    I want to talk to you more about the

8    famotidine cohort.

9           The famotidine cohort -- and just, again,

10   looking at this flowchart -- was formed out of the

11   non-ranitidine cohort, correct?

12      A    Yes.

13      Q    And we see that right there at the last

14   step, where it goes from non-ranitidine 55,110 to

15   famotidine 35,269, correct?

16      A    Correct.

17      Q    Do you know, among the ranitidine cohort --

18   so, those 35,269 individuals in the ranitidine arm

19   of the study -- do you know how many of them used

20   famotidine?

21      A    From this year?  This -- if you can go down

22   to their other tables.  You would think, based on

23   this -- I mean, they would have excluded famotidine

24   from the ranitidine group, right?

25      Q    Why do you say that?

```
                                            Page 67
1                    Jennifer Le, PharmD
2        A     Because this is amongst ranitidine users.
3        Q     So, why would it make sense, though, that
4    they would exclude famotidine users from the
5    ranitidine user cohort?
6        A     Because the famotidine was the comparator
7    group.  You wouldn't have that drug being used in
8    the group that you're trying to study to evaluate
9    for.
10       Q     Why not?
11       A     Why not?  Because it can -- it can -- it
12   can lead to different results.
13             But I think that, when you look at some of
14   the figures there, they tried to do that.
15       Q     Okay.
16       A     So, if you can go down to some of the
17   figures, I can show that.
18       Q     All right.  Let's look at, actually, the
19   next page.  I think we're probably thinking of the
20   same thing.  It's table 1.
21             This has the baseline characteristics of
22   the non-ranitidine cohort and ranitidine cohort.
23             Do you see that table?
24       A     Uh-huh, I see the table.
25       Q     If you go about three quarters of the way
```

```
                                            Page 68
 1                    Jennifer Le, PharmD
 2    down that table, do you see the famotidine use is
 3    actually one of the characteristics that is included
 4    in this chart?
 5         A    Yes, I see that.
 6         Q    And if you go over to the ranitidine
 7    column, you have "famotidine No," and you have
 8    "famotidine Yes," meaning they're keeping track of
 9    which individuals in the cohort used famotidine and
10    which ones did not use famotidine.
11              Do you see that?
12         A    I see that.
13         Q    I'm saying famotidine, but I mean
14    famotidine.  I apologize.
15         A    Yeah, I know what you mean.
16         Q    Do you see that, for the ranitidine cohort,
17    it says that 19,841 had not used famotidine.
18              Do you see that?
19         A    I would go back --
20         Q    I'm just asking you if you see that,
21    Dr. Le.
22         A    I see what you are reading out, yes.
23         Q    And then do you see that, of the ranitidine
24    cohort, 48,000 -- I'm sorry, 35,269 were yes for
25    famotidine.
```

```
                                              Page 69

 1                     Jennifer Le, PharmD

 2            Do you see that?

 3       A    I see what you're reading out, yes.

 4       Q    So, this indicates that 35,269 individuals

 5   in the ranitidine cohort were yes for famotidine

 6   use, correct?

 7       A    That contrasts the table up there and the

 8   results later.

 9       Q    Well, let's go back to the flowchart.

10            MR. BOEHM:  Page -- if you can go back one

11         page, Chinyere, thank you.  Yup.  Right there

12         at the bottom.  That's perfect.  Thank you for

13         letting us see the whole page.

14   BY MR. BOEHM:

15       Q    At the bottom, it has "Ranitidine 90 DDDs."

16   So, this is the final ranitidine cohort, 35,269

17   users in that cohort.

18            Do you see that?

19       A    Yes, I see that.

20       Q    Do you notice that that's exactly the same

21   number of individuals in the famotidine cohort who

22   were yes for famotidine, 35,269?

23       A    I see that here.  There's a disparity, from

24   what I see, the table that you just presented from

25   this figure here and the results that is available
```

```
                                          Page 70
 1                Jennifer Le, PharmD
 2   later.  I think there could have been a switch of
 3   the numbers there, because the way I'm reading this
 4   flowchart here is that the 55 -- 55,110 minus the
 5   35,269 would be those on ranitidine and also taking
 6   famotidine.
 7       Q    Are you saying you -- you're kind of
 8   surmising or you're supposing that there might be a
 9   typo?
10            MR. NIGH:  Form objection.
11       A    I'm looking for what makes sense clinically
12   to me when you're setting up the study.  And this
13   flowchart makes sense.  And I'm also reading into
14   the study, the results later, that if you're going
15   to set a study that you're actually comparing or
16   trying to ascertain an association between
17   ranitidine and cancer, I don't want to include
18   subjects who were on another H2 blocker in my -- in
19   the ranitidine group.
20   BY MR. BOEHM:
21       Q    Well, that makes sense, and we agree, but
22   what we see in table 1 is that, in fact, the
23   ranitidine cohort did include individuals who used
24   famotidine.  In fact, it included the exact number
25   of individuals who used famotidine as were used in
```

Page 71

1                    Jennifer Le, PharmD

2       the final ranitidine cohort.

3               Do you -- do you think that this indicates

4       that all the ranitidine users, all 35,269

5       individuals in the ranitidine cohort were people who

6       also used famotidine?

7          A     I disagree with that, because when you go

8       to the text that's written by the investigator, as

9       well as the results that they have, it was clear to

10      me that the ranitidine group of 35,269 were not

11      using famotidine.

12              So, if you go into the text -- this is why

13      you have to read the text too, to really bring up --

14      you know, make sense of the conclusion.

15         Q     Okay.  At the end of this -- I'm not going

16      to do it right now, but I do want to give you time

17      at the end to show me which language you're

18      referring to where it specifically says that

19      individuals in the ranitidine group were not people

20      who used famotidine.  But I'm just going to put that

21      out there.  You can get to that later.

22              If it is correct that individuals in the

23      ranitidine group were using famotidine, at least

24      some number of them if not all of them, that means

25      we don't know what the study results would show if

```
                                        Page 72
```

1                    Jennifer Le, PharmD

2       the analysis had been between individuals who only

3       used ranitidine and individuals who only used

4       famotidine, correct?

5               MR. NIGH:  Object to the colloquy.

6       A    You know, actually, if you were to -- and I

7       can show you the data later -- if you were to look

8       into one of the figure at Kaplan-Meier curve that

9       they have of ranitidine users, ranitidine with

10      famotidine, and famotidine alone, you can see that

11      there's actually a protective somewhat effect of

12      famotidine to cancer.

13              So, if it's true what you are saying, that

14      the ranitidine group were also using famotidine,

15      then the results will actually be protective.  So,

16      the true results of ranitidine will be even higher

17      than what's estimated in this study.

18              If --

19      BY MR. BOEHM:

20      Q    Is it your opinion in this litigation that

21      famotidine protects against cancer?

22      A    It's not my --

23              MR. NIGH:  I would -- hold on, hold on.

24          She wasn't done with the prior answer, and you

25          interrupted.

```
                                              Page 73
 1                    Jennifer Le, PharmD
 2   BY MR. BOEHM:
 3          MR. BOEHM:  Well, she wasn't answering the
 4       question I'd asked either, to be fair.  And so,
 5       I think --
 6          MR. NIGH:  I'm reading the question on the
 7       real-time.  She was.
 8          MR. BOEHM:  No.
 9          MR. NIGH:  Absolutely.
10   BY MR. BOEHM:
11       Q    Go ahead, Dr. Le.  My question for you now
12   is:  Are you expressing the opinion in this
13   litigation that famotidine protects against cancer?
14       A    I'm not making that conclusion, because my
15   focus here was ranitidine.  I did not review all the
16   famotidine literature.  I only reviewed the
17   ranitidine.
18          In this study, however, it does show that
19   famotidine, if you look at one of the Kaplan-Meier's
20   curve -- I'm not making any conclusion, here, of
21   whether or not famotidine does, because that was not
22   my task in this litigation.  It was looking at
23   ranitidine only --
24       Q    Fair enough.
25       A    -- but if you were to look at this study,
```

```
                                              Page 74
 1                      Jennifer Le, PharmD
 2   at one of the Kaplan-Meier -- and if you want to go
 3   down, I can try to trace where that is -- that
 4   famotidine actually has -- the rate of cancer
 5   development was actually better, less with
 6   famotidine than ranitidine and --
 7            So, we can go to that, if you want to.  I
 8   mean, that's up to you.
 9      Q    I want to briefly talk about some of the
10   other cancers where we did not see associations that
11   are of interest in this case.
12            You indicated that you looked at the
13   bladder cancer results, and you looked at the
14   esophagus cancer results in the Wang study as well.
15            And my question for you is whether you
16   agree that the bladder cancer data from the Wang
17   study do not support the theory that ranitidine
18   increases the risk of bladder cancer?
19      A    Would you be able to go to some tables to
20   show that?  I know with bladder cancer -- if you can
21   look at --
22      Q    We can go to -- well, I'll just tell you,
23   the hazard ratio for bladder cancer, for the nonuser
24   cohort, was 1.06, with a confidence interval of 0.86
25   to 1.3.  And for the active comparator cohort, the
```

```
                                            Page 75
```

1              Jennifer Le, PharmD
2    hazard ratio was 1.03, with a confidence interval of
3    0.8 to 1.33, p-value of 0.83.
4              Those are at pages 7 and 10 of the Wang
5    study.  I'm sure you're familiar with those data.
6              My question for you is:  Do you agree that
7    the bladder cancer data, specifically from the Wang
8    study, do not support the theory that ranitidine
9    increases the risk of bladder cancer?
10             MR. NIGH:  Form objection.
11        A    If you -- since you have this up, it's
12   table 1 -- oh, it's not this table.  You were
13   reading --
14   BY MR. BOEHM:
15        Q    I just have the question that's pending.
16             MR. BOEHM:  Chinyere, can you just pull
17        this down.  I have a question that's pending
18         right now, and I want that question answered.
19        A    Okay.  If I can recall, the hazard ratio
20   for bladder cancer in the Wang study -- and, you
21   know, although the Cardwell study had significant
22   findings for bladder cancer there -- but since
23   you're asking me with the Wang study, I think it was
24   like -- the confidence interval and the p-value
25   showed that it was not statistically significant.

```
                                          Page 76
 1                    Jennifer Le, PharmD
 2            But when you look at the hazard ratio
 3    itself, I think it was 1.06 or something.  So, it
 4    was trending towards the right.  But I do agree with
 5    you that it was not statistically significant.
 6    BY MR. BOEHM:
 7        Q    Do you think that a hazard ratio of 1.06
 8    with the confidence intervals that we discussed,
 9    that that constitutes reliable scientific evidence
10    of a causal association between ranitidine and
11    bladder cancer?
12            MR. NIGH:  Form objection.
13        A    From one study?  I would not make that
14    conclusion from one study.  I would obviously bring
15    in other studies to add that body of knowledge to
16    make -- formulate that conclusion.  And if I was to
17    do that, I would add in the Cardwell study that
18    looked into bladder cancer.
19            And I think it's -- the Wang study or the
20    Cardwell were the two that actually, as a pharmacist
21    myself -- what I look for is the dose and the
22    duration, so the exposure, because I want to see the
23    dose exposure response relationship.  And these two
24    studies actually did that.  It was informative to
25    me.
```

```
 1                    Jennifer Le, PharmD
 2            And I think the Cardwell study was quite
 3    informative for me when I interpreted that for
 4    bladder cancer, where it says -- I think --
 5    BY MR. BOEHM:
 6        Q    Now I'm just asking you about Wang.  I'm
 7    not asking you about Cardwell.  We all know about
 8    Cardwell and we discussed that at your last
 9    deposition.
10            Let me ask you about esophagus cancer.
11            Esophagus cancer is another one where there
12    was no statistically significant association, both
13    for the non-user cohort and for the famotidine
14    cohort, correct?  Do you recall that?
15        A    Correct.  I recall that.  Esophageal,
16    right, you said?
17        Q    I said esophagus, but I know esophageal is
18    another way to refer to that cancer.
19            Do you agree that the esophageal cancer
20    results from the Wang study do not constitute
21    reliable scientific evidence that ranitidine
22    elevates the risk of esophagus cancer?
23            MR. NIGH:  Form objection.
24        A    Reliable?  "Reliability" is a big term for
25    me.  You know, if you look at how this study was
```

```
                                    Page 78
 1                 Jennifer Le, PharmD
 2   conducted, I think it was a very robust study, in
 3   terms of the propensity score matching and the
 4   prospective using the cancer registry.
 5             I would not base reliability of evidence
 6   just on one study.  Again, I want to reiterate how
 7   important that is, especially when you're
 8   interpreting epidemiology studies.
 9             So, I don't want to falsely answer or make
10   any formal conclusion to you which is -- I feel this
11   is what you're asking me to do.  I cannot just do
12   that with the Wang study, with respect to the
13   esophageal cancer that you're asking me about right
14   now.
15   BY MR. BOEHM:
16      Q    I think that goes to the consistency and
17   replication point that we were discussing earlier,
18   but you can tell me if you think that's wrong.
19             Let me turn to gastric and pancreas
20   cancers, because you express the opinion that the
21   results from the Wang study, you say, bolsters your
22   opinions, as to gastric and pancreatic cancer.
23             And I wanted to kind of just note that,
24   when you look at the active comparator results for
25   gastric and pancreas cancer, you do not see
```

```
                                          Page 79
 1                   Jennifer Le, PharmD
 2   statistically significant associations between
 3   ranitidine use and those cancers, correct?
 4           MR. NIGH:  Object to the colloquy and
 5        object to form.
 6      A    Okay.  Can I object?
 7           Maybe I did not clarify this earlier, but
 8   the Wang study really gave me a good indication for
 9   liver and gastric cancer, in terms of the dose
10   response relationship, because they actually did a
11   great job with the DDD, defined daily dose.  So, it
12   was liver and gastric cancer, okay?  So, you
13   mentioned gastric and pancreatic.  So, I just wanted
14   to clarify that up.
15   BY MR. BOEHM:
16      Q    My question is specifically that when the
17   authors of this study compared ranitidine with
18   famotidine, the active comparator, any statistical
19   significant association for gastric cancer and for
20   pancreas cancer went away.  There were no
21   statistically significant associations in that
22   analysis; do you agree?
23           MR. NIGH:  Form objection.
24      A    If -- you know, there was a lot of results
25   that -- subgroup analysis that you have to point to
```

```
                                                        Page 80
  1                     Jennifer Le, PharmD
  2    me what you are referring to, on what table, on what
  3    figure you're referring to, for me to accurately
  4    answer that for you.  I don't think --
  5    BY MR. BOEHM:
  6        Q     You can't remember that, okay.
  7        A     No, no.  I do remember, but I'm asking you
  8    what you are referring to.
  9              The overall for pancreatic cancer, if you
 10    were to look at the overall hazard ratio on p-value,
 11    I think there was something significant there.
 12              And -- or are you referring to the subgroup
 13    analysis in terms of --
 14        Q     I said -- yeah, I asked you about
 15    famotidine, uh-huh, the active comparator analysis.
 16        A     Yes?
 17        Q     Not statistically significant, correct?
 18        A     What table or figure are you referring to,
 19    if you can provide that for me?
 20        Q     Yeah, we looked at it earlier.  It's
 21    table 4.
 22              MR. BOEHM:  Chinyere, if you can pull up
 23         the Wang publication again.  And since the
 24         doctor is asking specifically to see it again,
 25         we can go to table 4, which I want to say is on
```

```
                                             Page 81
 1                   Jennifer Le, PharmD
 2         page 10.
 3      A    See, I'm glad you're doing this, because I
 4    thought you were referring to table 3.
 5    BY MR. BOEHM:
 6      Q    I'm referring to the famotidine -- I
 7    thought I was clear, but maybe not, the famotidine
 8    active comparator analysis.
 9           And I'm just asking a very simple question:
10    Do you agree that, when the authors looked for
11    gastric and pancreas cancer, when they looked at the
12    active comparator data, the statistically
13    significant association went away for both of those
14    kinds of cancers.
15           Do you see that?
16      A    Uh-huh, for this table, yes.  If you're
17    referring to this table, that's what the authors'
18    results have, yes.
19      Q    And you referred a bit to dose response
20    analysis.
21           Do you agree that the Wang authors did not
22    perform dose response analysis using active
23    comparator data?  In other words, they didn't do a
24    dose response analysis for the famotidine subgroup,
25    correct?
```

```
                                    Page 82
 1                  Jennifer Le, PharmD
 2      A    They had to compare to nonusers of
 3   ranitidine in order to even derive the DDD.
 4      Q    So, they didn't do that specific to
 5   famotidine, correct?
 6      A    I think they just put it together as
 7   nonusers, non-ranitidine users.  That could have
 8   included famotidine.
 9      Q    Do you agree that --
10      A    Yes.
11      Q    -- smoking is a risk factor for liver
12   cancer?  Do you know?
13      A    For liver -- smoking is a risk factor --
14   for liver cancer, you said?
15      Q    Yes.
16      A    I know that, you know, with the ranitidine
17   literature, that smoking and alcohol use can be used
18   to control for up front, and that was a limitation
19   of this study.
20      Q    And you mentioned alcohol too.  They also
21   did not control for alcohol, correct?
22      A    Right.  I mean, I definitely assess the
23   limitation of this study, as well.
24      Q    Do you agree that preexisting liver disease
25   is a risk factor for liver cancer?
```

```
                                                    Page 83
 1                    Jennifer Le, PharmD
 2      A      Yeah, but I thought in the propensity score
 3   matching, they tried to control for that through
 4   matching with antiviral therapy for hepatitis B and
 5   C.  And hepatitis B and C are a significant risk
 6   factor for liver cancer.  But they controlled that
 7   in the propensity scoring matching.  That's why it's
 8   so critical that they did that.
 9      Q    So, your understanding is they -- they did
10   control for all forms of liver disease?
11            MR. NIGH:  Form objection.
12      A    If you go -- I have to go -- go straight to
13   where they talked about what they matched or
14   controlled for.  And specifically I believe it said
15   they controlled for age, sex, the Charlson
16   comorbidity index, which, by the way, includes a lot
17   of other factors.  That index itself is the
18   projection of 10-year mortality risk.  And I applaud
19   the investigators to even do that in here, because I
20   think this and the Cardwell study were the only two
21   that comes up to mind that actually used the
22   Charlson comorbidity index.  It's not an easy task
23   to do that, but they did that here.
24            They also --
25
```

```
                                          Page 84

 1                    Jennifer Le, PharmD

 2    BY MR. BOEHM:

 3        Q    Dr. Le, I'm sorry.  That's not -- you're

 4    not responding to my question right now.

 5        A    But that included hepatic disease in there.

 6    I am answering your question.

 7        Q    My question was:  Do you agree that

 8    preexisting liver disease is a risk factor for liver

 9    cancer?  That was my question.  Do you agree with

10    that?

11        A    It depends on what liver disease.  If

12    you're talking about minor elevation of LFTs, AST,

13    ALT, no, not necessarily.  It depends.

14        Q    Okay.

15            MR. NIGH:  Form objection.

16    BY MR. BOEHM:

17        Q    Fair enough.

18            MR. BOEHM:  Let's go off the record, if we

19        could.

20            THE VIDEOGRAPHER:  We'll be going off the

21        record at 10:30 a.m.  Stand by.

22                    (Recess taken.)

23            THE VIDEOGRAPHER:  We're back on the record

24        at 10:31 a.m.  Go ahead, Counselor.

25            MR. BOEHM:  I apologize for that.
```

```
                                            Page 85

 1                    Jennifer Le, PharmD

 2           I'm, just for the record, stating that I'm

 3       going to reserve my remaining time for any

 4       follow-up to the extent plaintiff's counsel

 5       wishes to ask questions.

 6           MR. NIGH:  Okay.

 7           MR. BOEHM:  And I'm handing it off to

 8       Mr. Nigh.

 9           MR. NIGH:  Thank you.

10           We can go off the record.

11           THE VIDEOGRAPHER:  We'll be going off the

12       record -- I'm sorry, Mr. Boehm.

13           MR. BOEHM:  No, no.  Go on.

14           MR. NIGH:  We'll be going off the record at

15       10:31 a.m.  Stand by.

16                  (Recess taken.)

17           THE VIDEOGRAPHER:  We are back on the

18       record at 10:56 a.m.

19           Go ahead, Counselor.

20   EXAMINATION BY

21   MR. NIGH:

22       Q    Doctor, it's Daniel Nigh for the

23   plaintiffs.  I want to ask you some follow-up

24   questions.  Okay?

25       A    Okay.
```

```
                                              Page 86
 1                      Jennifer Le, PharmD
 2        Q     Doctor, did you evaluate the Wang study
 3   using the same methodology you used when evaluating
 4   the other studies you considered in this case?
 5        A     Yes, I did.  And that's consistent with how
 6   I would evaluate studies for guideline development,
 7   which I was a part of, as well as patient care.
 8        Q     Okay.
 9              So, you also used the methodology that you
10   used for evaluating the Wang studies is the same
11   methodology you would use in your professional work?
12        A     Correct.
13        Q     Did you evaluate the limitations and
14   strengths of the Wang study?
15        A     I would do that for all studies, not just
16   this one particular study; either it be
17   epidemiology, clinical trials, or other types of
18   studies.  So, yes, I would evaluate that.
19        Q     Okay.
20              And you did evaluate the limitations and
21   strengths of the Wang study, correct?
22        A     Of course.  Yes.
23        Q     Did you account for potential bias and
24   potential confounding when evaluating the Wang
25   study?
```

```
                                          Page 87
 1                    Jennifer Le, PharmD
 2      A    I do -- do that for the Wang and all other
 3   studies that would come across my desk.
 4      Q    And Doctor, could you explain just some of
 5   the strengths of the Wang study?
 6      A    What struck me with the Wang study was that
 7   it's a population-based study, which is similar to
 8   other epidemiology associated with ranitidine.  What
 9   struck me with the study is it actually used defined
10   daily dose, DDD.  It had an attempt, and it was
11   successful at it, and I think it's one of maybe two
12   that gave me good information in terms of the dose
13   and duration.  And as a clinical pharmacologist and
14   a clinical pharmacist, dose and duration is very
15   important for me.  And so, this study as well as the
16   Cardwell study struck me to provide some dose
17   response relationship through -- particularly with
18   the Wang study, the DDD.
19            And in here, specifically for liver and
20   stomach cancer, that it appears that 300 milligram
21   per day for a period of a year seems to be that
22   minimum exposure that is needed to have this
23   association, causal relationship to liver and
24   stomach cancer.  And, you know, with -- this is one
25   of the two studies that actually did that.  So, I
```

```
                                        Page 88
```

1                    Jennifer Le, PharmD

2      was -- you know, impressed by that information.

3          Q    And when you say at three -- at one year

4      DDD, 300 milligrams per day has that association for

5      liver and gastric cancer, you're referring to a

6      statistically significant increased risk at those

7      levels?

8          A    Correct, correct.  And that -- and in the

9      study, I think that equated to the 360 DDD that was

10     throughout the publication, yes.

11         Q    Okay.

12              Are there any other strengths of the Wang

13     study?

14         A    Sure.  In addition to that -- and again,

15     this is -- this is one of the studies that actually

16     provide a direct association; I'm not using a

17     surrogate like NDMA, which can -- you can use if you

18     don't have all the data that's needed to form some

19     conclusion with cancers, but this is one of the

20     studies that had a direct evidence of ranitidine

21     exposure itself, in addition to the biologic

22     plausibility, the fact that ranitidine can form NDMA

23     itself.  So, there is a mechanistic pharmacology

24     explanation behind this.

25              So, in addition to that, the propensity

```
                                           Page 89
 1                   Jennifer Le, PharmD
 2   score matching -- and I kind of alluded to all of
 3   that -- particularly with the Charlson comorbidity
 4   index.  While in addition to other medications that
 5   was used and what defendant mentioned earlier, in
 6   terms of preexisting hepatitis disease and hepatitis
 7   B and C, and the therapy for we know that has a
 8   linkage to definite development of liver cancer.
 9             So, I'm glad that they controlled for all
10   of that and as well as other comorbidities like
11   hypertension, cardiovascular disease, and some of --
12   like diabetes.  And some of this may have actually
13   some linkage to potentially alcohol use or even
14   smoking, although it's not direct, but it may have
15   some implication in that, since the investigators
16   didn't control for alcohol as well as smoking.
17             So, besides that, the data source impressed
18   me, as well.  Using cancer registry, which the
19   intent is -- I mean, if your primary outcome is
20   cancer, you want to use a data source that has the
21   intent of capturing cancer, not capturing payment.
22             So, for example, if I -- if a patient is
23   admitted for pneumonia in the hospital, the primary
24   diagnosis will be pneumonia.  And that's what's
25   going to be captured in the payment system, so
```

```
                                         Page 90
 1                    Jennifer Le, PharmD
 2   claims data.  So, the cancer registry that's used
 3   here specifically is looking for cancer.  So, I was
 4   able to be appreciate -- appreciate the results from
 5   using a more robust data source.
 6        Q    And Doctor, I want to make sure I
 7   understand you.
 8            Are you saying that using a cancer registry
 9   would likely be more precise in detecting cancer
10   diagnoses than health insurance claims databases?
11        A    That's exactly --
12            MR. BOEHM:  Objection.  Just objection;
13        leading the witness.
14        A    That's exactly, actually, what I'm trying
15   to say.  He's not leading me, because that was my
16   intent in saying that the robustness of cancer --
17   because its intent is to capture cancer; it's not to
18   capture pneumonia that a patient may be admitted for
19   in the hospital as a primary diagnosis.  And then
20   had cancer detected at that time.
21            So, claims data is largely based on payment
22   reasons.  It is not sought out to say does this
23   patient have cancer or not.  Cancer registry does.
24   BY MR. NIGH:
25        Q    And Doctor, many of the other ranitidine
```

```
                                        Page 91
 1                   Jennifer Le, PharmD
 2   epidemiological studies that you reviewed, they
 3   utilized health insurance claims databases, correct?
 4       A    Correct.  And I think -- and I have --
 5   again, I want to go to the specific studies to
 6   provide this.  I don't want to make a general
 7   statement, but I will.
 8            And maybe that's one of the reasons why,
 9   depending on how the claims data, the data source,
10   and what -- you know, ICD-9 codes that was used and
11   how it was captured.  With this claims data, they
12   may have produced, you know, potentially, you know,
13   one way for one study and another way for another
14   study in the results.
15       Q    Thank you, Doctor.
16            What are some of the limitations of the
17   Wang study?
18       A    The Wang study, in itself, you know -- you
19   know, for limitations -- and I kind of addressed
20   some of this -- we know that alcohol could be a
21   confounder, as well as smoking.  And that was not
22   controlled for here upfront.  But, you know, I've
23   alluded to they did do a good job with the
24   propensity scoring, and maybe some of that could
25   have been factored in, based on the comorbid
```

                                                        Page 92

 1                      Jennifer Le, PharmD
 2     conditions that they did try to match for upfront.
 3     So, that would be a limitation.
 4              You know, they -- and I believe the
 5     investigators did cite this in their discussion,
 6     where they weren't able to answer -- provide not so
 7     much as definitive or to provide causal association
 8     with some of the cancer, because the sample sizes
 9     were just too small.  I mean, it's different when
10     you're starting out with 50,000 subjects, but when
11     you're evaluating different cancers, going down,
12     you're going to have a smaller sample size.
13              And so, I think one of the obvious -- if I
14     can recall -- with pancreatic cancer that was in
15     there, that they saw some association overall, but
16     in between, it wasn't there.  But I think that
17     was -- could have been contributed to the sample
18     size.  So, when you do subgroup analysis, you're
19     going to kind of lose the power for that particular
20     cancer.
21              So, I see that as a limitation.  And so,
22     that's why the authors, I believe, recognized that
23     and cited, you know, the Hidajat study, with --
24     using other methods to formulate some kind of
25     relationship.  So, you know, using NDMA epidemiology

```
                                          Page 93
1                    Jennifer Le, PharmD
2    is going to be coming forward, using even animal
3    studies is needed to become -- will be important --
4    well, it's not important, but at least inform the
5    overall conclusions.
6              So, at least they did recognize that in
7    their limitation of the study to say, "Look, we
8    couldn't answer everything, but, you know, you need
9    to recognize the NDMA body of literature of epi, the
10   animal studies that are there that can provide
11   biologic plausibility.
12             I mean, and it's clear, ranitidine is a
13   nitrosamine with dimethyl group that -- and IR cited
14   this as -- I forgot what year, maybe 1980s or
15   something, or '78, that ranitidine can form NDMA as
16   a drug itself.  It's not something that's outside.
17             So, the authors did, you know, reference
18   that, the limitations.
19        Q    Doctor, you spoke about defined daily
20   doses.
21             Do you remember that?
22        A    Yes, I do, DDD.
23        Q    Okay.
24             And that's DDD in the study?
25        A    Yes.
```

```
                                          Page 94
  1                    Jennifer Le, PharmD
  2        Q     Okay.
  3              And why is the defined daily dose
  4    important, that analysis?
  5        A     The defined daily dose is actually a metric
  6    that we use as a measure of drug use.  It can --
  7    it's essentially a measure of drug dosing, and if
  8    you add in the duration side.  So, it's a good
  9    rubric to use to assess is there -- or at least
 10    answer is there a dose response relationship?  And
 11    if there is, what is that minimum exposure or that
 12    exposure by dose and by duration.
 13              So, that's what the DDD can offer.
 14        Q     In -- some of the other ranitidine studies
 15    looked at number of prescriptions.
 16              Do you remember that?
 17        A     Yes.  Yes, I do remember that.
 18        Q     Why would defined daily dose be a more
 19    precise measurement of dose response than number of
 20    prescriptions?
 21        A     Good question, there, to a pharmacist.
 22              The defined daily dose actually gives you a
 23    daily dose and, hence, defines daily dose.
 24              So, in the Wang study, their defined daily
 25    dose was 300 milligram per day.  So, it gives you an
```

```
                                          Page 95

  1                    Jennifer Le, PharmD

  2      actual daily dose.

  3             Now, as you recall, with ranitidine,

  4      there's a range in dose that can be used for

  5      different indications, ranging from 150 milligram

  6      per day to up to 450, depending on the indication.

  7             So, the issue, when you use anything but --

  8      or not even use at all the DDD like, for example,

  9      the prescription, the prescription could mean, okay,

 10      150 milligram.  Was that the dose or was it 300 or

 11      was it 450 milligram?  So, it has that variability,

 12      which makes it really hard to interpret, well, what

 13      dose will have that dose response relationship?  So,

 14      the number of prescription -- so, that's one.

 15             The number of prescription also does not

 16      provide me with -- I can infer, but I cannot be

 17      absolute in my formulation.  Is -- it can provide

 18      me -- it doesn't provide, in addition, the duration.

 19      So, when you talk about duration of therapy, this is

 20      important for cancer development, right, the

 21      duration of exposure.  We see -- we see a dose

 22      response relationship; a one-month use, a two-month

 23      use, a three-month use, and even some patients are

 24      on it more than a year, as you can see from some of

 25      the Kaplan-Meier, that the main users were either
```

Page 96

1                    Jennifer Le, PharmD
2    within the first three to six months or over a year.
3            The numbers of prescription does not lend
4    itself to that, because a prescription could be as
5    little as two weeks up to two or three months,
6    depending on what the patient actually got.
7            But generally, if I'm going to make an
8    assumption, that would be one month, potentially.
9    But I cannot come up with an accurate, you know,
10   duration and dose exposure by using prescription.
11       Q    And Doctor, just to be more clear, Adami
12   and Norgaard, they use number of prescriptions,
13   correct?
14       A    I believe -- yes.  Yes, I believe so.
15       Q    And it's your understanding that the length
16   of each prescription could be as low as two weeks?
17       A    Yes.  And I think part of the studies that
18   I've included in my report was that some were in
19   Europe, some were in Asia, some were in the United
20   States.  So, they may have different definitions of
21   how often they fill the prescription.  So, it could
22   be as short as two weeks, but as long as three
23   months.  And that's the -- one of the -- the concern
24   I had when I was reviewing this.
25           But at least it provided number of

```
                                            Page 97
 1                    Jennifer Le, PharmD
 2     prescriptions.  There were some studies that didn't
 3     even provide any of that.
 4         Q    I understand.
 5              Doctor, did the Wang study provide evidence
 6     concerning the dose of ranitidine that would lead to
 7     an increased risk of gastric cancer or liver cancer?
 8         A    Gastric -- gastric -- yes.  And that was --
 9     and that's what I mention as the strength of the
10     study.  This -- this was a study that actually
11     showed a direct effect from ranitidine to these
12     types of cancers.  I'm not using any surrogate
13     through NDMA, for example.  This is a direct
14     ranitidine use with linkage of dose, 300 milligram
15     per day; duration, one year; to a statistically
16     significant risk, increased risk of developing liver
17     and gastric cancer.
18         Q    Thank you.
19              Doctor, if you could, I want to ask you
20     some questions about the Wang study.
21              Do you have that -- can you pull that Wang
22     study up?  We don't need to put it on the screen.
23     I'll just lead you through the pages.
24         A    Okay.
25         Q    And I'm going to specifically ask you about
```

```
                                          Page 98
1                    Jennifer Le, PharmD
2     page 2 first --
3          A    Okay.
4          Q    -- the first full paragraph up at the top
5     of page 2.  And it states...
6               Do you have that there?
7          A    I do.
8          Q    Okay.
9               And there is a quote that says -- from the
10    authors.  It says, "Many observational human studies
11    have reported that consuming a high" --
12               MR. BOEHM:  I'm sorry, Dan.  I apologize
13          for interrupting.  I just want to catch up with
14          you.  You said you're on -- because it's not up
15          on the screen.
16               You said page 2?
17               MR. NIGH:  Yes, page 2.
18               MR. BOEHM:  And will you just direct me a
19          bit more to where you're reading from?
20               MR. NIGH:  Sure.  It's, "Many observational
21          human studies," first full paragraph.
22    BY MR. NIGH:
23          Q    And here it says, "Many observational human
24    studies have reported that consuming a high number
25    of NDMA-contaminated foods may be linked to an
```

```
                                              Page 99
 1                  Jennifer Le, PharmD
 2    increased risk of stomach cancer."
 3           Do you see that, Dr. Le?
 4      A     Yes, yes.  Sorry.  Yes.
 5      Q     So, here, the study authors are even
 6    including in their discussion NDMA epidemiology,
 7    correct?
 8      A     Right.
 9           And I think that's kind of alluding to that
10    they're going to expect that, especially when
11    they're going to go through their subanalysis, they
12    may not see anything or it might not be informative
13    because of the small sample size with some of the
14    cancers.  And so, they wanted to reference NDMA
15    because we know that's the pathway in which
16    ranitidine can induce cancer.
17      Q     And, Doctor, when you evaluated the
18    question of whether or not NDMA in ranitidine can
19    cause various cancers, you also considered NDMA
20    dietary studies, just like the study authors here,
21    correct?
22      A     Of course.  I have to, because if you're
23    looking for causal relationship, you want to always
24    look at the evidence in totality.  So, it's not just
25    the ranitidine.  So, if they have it, great.  But I
```

Jennifer Le, PharmD

1

2    would look at NDMA epi.  I would look at animal

3    studies, dietary or not.  I would look at even

4    pharmacology.  Does it mechanistically this make

5    sense?

6            Because if there is no biologic

7    plausibility, I would discount the epidemiology

8    studies.  So, I have to look at all of these

9    information.  Does the pharmacology match?

10           Well, based on the structure and the

11   pharmacogenetics of ranitidine and -- not just

12   ranitidine -- and NDMA, does it make sense that, you

13   know, these -- the drug, as well as NDMA, get to

14   these tissues that could be causing cancer.  And if

15   there's evidence of that, it's like, okay, possibly

16   can.

17           And I think that's why -- you know, I know

18   GSK conducted a physiologic-based PBPK modeling of

19   tissue penetration of NDMA.  And I think there was

20   high -- I have to go back -- no.  It was of

21   ranitidine -- and there was high concentrations of

22   the drug in the liver and the stomach.

23           And that may be -- that provided me -- it's

24   like, okay, the drug does get there.

25           So, that's one of the -- I have to look at

```
                        Jennifer Le, PharmD
 1
 2   all the evidence in totality, not just the epi.
 3            So, this makes sense, of what they're
 4   saying.
 5        Q    And, Doctor, the very --
 6            MR. BOEHM:  Sorry, Dan.  Sorry, Dan.  I
 7        just want to lodge an objection.  And, really,
 8        if this is how you want to spend your time,
 9        that's fine.
10            But I do want to note for the record that
11        Dr. Le's supplemental report in no way
12        addresses NDMA food studies.  It doesn't talk
13        about rubber studies conducted in factories in
14        England.
15            I think those are subjects about which
16        Dr. Le has testified in the past and her prior
17        reports have referenced that.
18            It doesn't refer to GSK internal company
19        documents or a variety of things that you've
20        directed this examination now to cover.
21            And so, we would just, for the record, note
22        our objection to that and our position that we
23        think it's beyond the scope of today's purposes
24        and inappropriate, frankly, for purposes of
25        this deposition, to try and backfill prior
```

```
                                              Page 102

 1                    Jennifer Le, PharmD

 2        testimony or fill in gaps in the report that

 3        may be Dr. Le wishes she had included in the

 4        supplemental report but did not.

 5             MR. NIGH:  And, Mr. Boehm, the judge was

 6        very clear on when to -- how to object to

 7        scope.  And she said if it's outside the scope,

 8        just object to scope -- that's her word -- not

 9        to go through a long colloquy about how it's

10        outside the scope.

11             I didn't do that for you.  But I will, in

12        terms of support, discuss how many of the

13        topics that you discussed, in terms of

14        consistency and replicability, touch on this

15        issue, as well.  So, that's why I'm asking her

16        about the questions.

17             You asked about consistency, replicability.

18        And she is discussing how there is consistency

19        and replicability across these other various

20        types of evidence.

21             Let's go ahead and continue.

22             MR. BOEHM:  Yeah.  I just -- I just wanted

23        to note my position.  I'm not asking you not

24        to -- I mean, again, you can use your time how

25        you want.
```

```
                                              Page 103

 1                     Jennifer Le, PharmD

 2            MR. NIGH:  Okay.

 3    BY MR. NIGH:

 4        Q    Next sentence is the study authors talk

 5    about additionally detailed experimental animal

 6    studies, correct?

 7        A    Correct.

 8        Q    So, they also included animal studies

 9    related to NDMA and ranitidine in their analysis,

10    the study authors did, correct?

11        A    Correct.

12        Q    Okay.

13             And then further below, where it says

14    "whereas others supported the connection," it shows

15    footnotes 17 to 20.

16             Do you see that?

17        A    Yes.

18        Q    And footnote -- I'll just direct to

19    footnote 19 -- that is the Song study, correct?

20        A    That is correct.

21        Q    And that was a meta-analysis that included

22    the effect of NDMA -- that discussed the effect of

23    NDMA in dietary studies, with gastric cancer,

24    correct?

25        A    Correct.
```

1                    Jennifer Le, PharmD

2            And I do want to reiterate what a

3     meta-analysis is, if that's okay.

4        Q    I don't think we need to right now.

5        A    Okay.  That's fine.

6        Q    The next is footnote 20, and that's the

7     Hidajat study.

8            That was the NDMA occupational exposure

9     study, correct?

10       A    Correct.

11       Q    So, even the study authors are, again,

12    referencing in their discussion the NDMA dietary

13    studies and occupational exposure studies, correct?

14       A    Correct.

15            And, if permissible, I want to do -- add,

16    with the Hidajat study, there was a clear

17    dose-response relationship.  So, it's definitely a

18    study that I considered through this.

19       Q    Okay.

20            And let's take a look at page 3 of 16, at

21    the very top.

22       A    Okay.

23       Q    And here, we can see in the text of the

24    study design itself, it discusses, "We enrolled

25    ranitidine users who were matched," and it discusses

```
                                              Page 105

 1                    Jennifer Le, PharmD

 2    the matching.

 3           Do you see that?

 4      A    Correct.  Yes.

 5      Q    And specifically next to "medications" --

 6           Do you see where I am there?

 7      A    Yes.

 8      Q    -- it doesn't list famotidine in the

 9    discussion, correct?

10      A    That is correct.

11      Q    And underneath it, it says, "The final

12    matched cohort consisted of 55,110 patients."

13           Do you see that?

14      A    I see that.

15      Q    And, Doctor, is this one of the areas where

16    you were relying upon to come to the conclusion or

17    the thought that there were not famotidine users in

18    the ranitidine cohort when comparing ranitidine to

19    famotidine?

20      A    Yes.  Because it did not include famotidine

21    as one of the match criteria under medications,

22    correct.

23      Q    And further along those lines, I want to

24    turn to page 4 in the text of the literature itself.

25           Do you see the bottom paragraph says
```

```
 1                Jennifer Le, PharmD
 2   "Certain Medications"?
 3      A     Yes, I see it.
 4          MR. BOEHM:  I'm sorry, Dan, can you just --
 5       because, again, I'm not seeing anything on the
 6       screen, are you still on page 3?
 7          MR. NIGH:  I announced page 4.  Page 4.
 8          MR. BOEHM:  Okay, where are you on page 4?
 9          MR. NIGH:  Mr. Boehm, I don't have to
10       direct you and make sure you're in the same
11       spot.  You have got to listen to my questions.
12       It's not my job to direct you.  It's my job to
13       direct the witness.
14          MR. BOEHM:  Well, I'm not sure, as a
15       professional courtesy, it's always been my
16       custom to make sure the people who are
17       responsible for the parties' interests have an
18       ability to review and see what you're reading
19       when you're reading it.  I don't think you're
20       trying to hide the ball from me.  And so, I'm
21       just ask, as a matter of professional courtesy,
22       whatever the rules require, that if I'm not
23       caught up with you, you would do the kindness
24       of telling me what you're reading from.  Is
25       that okay?
```

```
                                          Page 107
 1                    Jennifer Le, PharmD
 2            MR. NIGH:  No.  Because actually I started
 3        the question off by saying page 4.  If you're
 4        not following, that's on you.  And I said
 5        bottom of the paragraph.  So, I don't want to
 6        be interrupted as I walk through the study.
 7        That's just taking my time.
 8            MR. BOEHM:  So, bottom of what paragraph?
 9            MR. NIGH:  It's the bottom paragraph -- and
10        again, you're interrupting me.  These are
11        inappropriate objections.  They're not even
12        objections.  This is just taking my time.
13        That's not even an objection.
14  BY MR. NIGH:
15      Q    So, next, do you see where it says "Certain
16  medications," Doctor?
17      A    Yes.
18      Q    And it doesn't -- in those "Certain
19  medications," it doesn't include famotidine in
20  there, correct?
21      A    That is correct.
22      Q    Okay.
23            Is this another section that you looked at
24  in relying upon the thought that there were not
25  famotidine users in the ranitidine cohort when
```

```
                                            Page 108
 1                    Jennifer Le, PharmD
 2    they're comparing ranitidine to famotidine?
 3         A    Yes, this was also the text -- the other
 4    text section, but there's also other sections when
 5    you look at the numbers in some of the figures, too.
 6         Q    Okay.  I want to draw your attention to
 7    page 9 of 16.  And the title says, "Comparison
 8    between Ranitidine and Famotidine for the
 9    Association with Patient Outcomes," right near the
10    bottom.
11              Do you see that?
12         A    Yes.
13         Q    And it says, "To avoid potential indication
14    bias, we selected non-ranitidine users."
15              Do you see that?
16         A    Yes, I do.
17         Q    It says [as read], "We selected
18    non-ranitidine users (control subjects) by PSM for
19    the famotidine cohort, with a ranitidine to
20    famotidine ratio of 1:1."
21              Do you see that?
22         A    Yes, I do.
23         Q    That does not say a ratio of 2 to 1,
24    correct?
25         A    Correct.
```

```
                                        Page 109
 1                    Jennifer Le, PharmD
 2        Q     And that doesn't say with a famotidine
 3   plus -- I mean, with a ranitidine plus famotidine
 4   dash famotidine, correct?
 5        A     Correct.
 6        Q     Is this one of the sections you would have
 7   relied on to come to the thought that there is not
 8   famotidine in the ranitidine cohort for this active
 9   comparator analysis?
10        A     Yes.  This confirmed my assessment with the
11   other two sections that you mentioned previously.
12        Q     And next, the bottom paragraph, it says,
13   "Ranitidine users who were statistically matched
14   with famotidine users were selected, adjusting for
15   the following factors:  Age, sex, indications,
16   co-medications, and comorbidities."
17              Did you also have an understanding, as you
18   looked at this, that after they matched ranitidine
19   to famotidine, that they were also matching for
20   those following factors as the study states at the
21   bottom of page 9?
22        A     Yes, that's how I interpret that.
23        Q     And, Doctor, when you're looking at an
24   active comparator analysis or subanalysis in the
25   study, would you find the description of how it was
```

```
                                            Page 110
 1                  Jennifer Le, PharmD
 2    actually performed to be informative in drawing your
 3    conclusions to whether or not there's famotidine in
 4    the ranitidine group?
 5        A    For sure.  I had to use -- not one section
 6    that I would rely on, it's the text section as well
 7    as the figures and the tables that are provided.
 8        Q    And you said "tables."  Page 10 of 16, can
 9    you go to that?
10        A    Okay.
11        Q    And figure A, do you see figure A there?
12        A    Yes.
13        Q    And figure A has famotidine in the dotted
14    line, right?
15        A    Yes.
16        Q    And then ranitidine in the more straight
17    and the more -- you know, not dotted line, correct?
18        A    Correct.
19        Q    That chart doesn't say ranitidine plus
20    famotidine, right?
21        A    Correct.
22        Q    It -- and there's nothing that says
23    ranitidine -- sorry, strike that.
24             If you go to B, the figure right next to
25    it, do you see that?
```

Page 111

1                    Jennifer Le, PharmD

2        A     Yes.

3        Q     Here, the authors broke out when a group

4    had famotidine and when it didn't have famotidine,

5    right?

6        A     Correct.

7        Q     But right below that, for ranitidine, it

8    doesn't say with famotidine, correct?

9        A     Correct.

10       Q     Was that also something that you looked at

11   in terms of your thought that the ranitidine group

12   did not include famotidine users for the active

13   comparator design?

14       A     Yes, that was the fourth time that

15   corroborated my understanding of this, yes.

16       Q     And then underneath that, figure 5, it

17   says -- where it says (A), and it says, "Cumulative

18   incidences of liver cancer between ranitidine and

19   famotidine users after adjustment for competed

20   risks."

21             Do you see that?

22       A     Yes.

23       Q     It does not say between ranitidine plus

24   famotidine versus famotidine, correct?

25       A     Correct.

                    Jennifer Le, PharmD

1

2    Q    Was that another area that you looked at in

3  terms of relying on your thought that the ranitidine

4  group did not include famotidine for the active

5  comparator analysis?

6    A    Correct.

7    Q    And if we look at table 4, the title of the

8  table says risk of cancer between famotidine and

9  ranitidine users.

10         Do you see that?

11   A    Yes.

12   Q    It doesn't say risk of cancer between

13  famotidine and ranitidine plus famotidine users,

14  correct?

15   A    Correct.

16   Q    Is that another area that you looked at in

17  your thought that famotidine was not included with

18  the ranitidine users?

19   A    Correct, yes.

20   Q    Now, Doctor, if you only looked at table 1,

21  it could be misleading, correct?

22   A    Correct.

23   Q    But as you looked at all the rest of this

24  evidence, this shows, to you, why famotidine is not

25  in the ranitidine group, correct?

Page 113

                        Jennifer Le, PharmD

1

2     A     Correct.

3           MR. BOEHM:  I'm exercising forbearance, but

4        the level of leading has crossed the threshold.

5        These are all leading questions.

6           MR. NIGH:  You can object to leading.

7        Object to form.

8           MR. BOEHM:  I'm objecting to you testifying

9        on behalf of the witness.

10          MR. NIGH:  Speaking.  Speaking objection.

11    BY MR. NIGH:

12    Q     Looking at the table --

13    A     Even without him so-called leading, it's --

14    as an investigator, it would not make sense to

15    include famotidine in the ranitidine group.  It

16    would defeat the purpose of me trying to find out if

17    there is a risk with ranitidine.  So, yes, all of

18    this corroborates what I would understand of what

19    the investigators are trying to do.  You can't --

20    Q     In the table right below it, you see the

21    heading, it shows cancers and then famotidine and

22    then ranitidine.

23          Do you see that?

24    A     Yes.

25    Q     Again, does that say famotidine plus

Page 114

1                    Jennifer Le, PharmD

2   ranitidine?

3        A    No, it doesn't.

4        Q    Now, I want to go to one of the strengths

5   of this study is also that they provided

6   Kaplan-Meier analyses, correct?

7        A    Correct.

8        Q    And why is that a strength of the study?

9        A    The Kaplan-Meier, it does -- you know, in

10  contrast, when you just use hazard ratio, p-value of

11  95 percent confidence interval, it only provides one

12  point in time in which usually the cumulative, the

13  entire study, of whether or not there was a

14  statistical association or not.

15            What a Kaplan-Meier allows me to do,

16  especially if it's going to integrate DDD, is to

17  give me a time course with it.

18            So, that's why when you look at

19  Kaplan-Meier -- I don't know if you want to -- you

20  know, I guess, figure 4 or something -- it gives you

21  years of follow-up and the incidence at those time

22  points.

23            That, to me, is very meaningful,

24  particularly for the cancer development, because I

25  do know that the longer the exposure or the longer

```
                                                Page 115

 1                      Jennifer Le, PharmD
 2     the follow-up, I'm more likely to see the cancer.
 3            So, that's what a Kaplan-Meier captures,
 4     that a hazard ratio, 95 percent confidence interval
 5     doesn't.
 6        Q    And, Doctor, if we can take a look at
 7     figure 2, on page 7.
 8        A    Okay.
 9        Q    I'll direct your attention specifically to
10     the cumulative incidence of liver cancer.
11            Do you see that --
12        A    Okay.
13        Q    -- Figure 8?
14        A    Yes.
15        Q    This would be a visual of the Kaplan-Meier
16     analysis, correct?
17        A    Yes.
18        Q    And, Doctor, at the beginning of that,
19     between year zero to two, the comparison between
20     ranitidine to non-ranitidine is very tight, correct?
21        A    Correct.
22        Q    Meaning they're very close together?
23        A    Uh-huh.
24        Q    What does that mean?
25        A    That means that with the non-ranitidine...
```

1                    Jennifer Le, PharmD

2           You're talking about, A, right?  A?

3      Q    A, yes.

4      A    -- that the -- that the population -- the

5   risk there, within the first two years, were

6   similar.

7           So, what this tells me is that if I was to

8   conduct a study, that I'm only following up two

9   years, I'm not going to see a difference, okay?  But

10  if I was to go out longer -- let's say at three

11  years you kind of see the line breaking out --

12  that's when you see -- beginning to see differences.

13          So, this is why it's important to see

14  graphs like this, to have that time series when the

15  cancer development can occur, one; and, C, when the

16  line breaks off.

17          So, as you can see here, the line continues

18  to diverge, and the gap even bigger as you go along

19  with the increasing number of years to follow-up.

20          So, this just, to me, reiterates -- the

21  point is the follow-up period is very important, and

22  you want to go, ideally, to 18 years here.

23          But, of course, I mentioned previously that

24  the median was about eight to nine years for this

25  study.

```
                                              Page 117

 1                     Jennifer Le, PharmD

 2       Q     Okay.

 3             And specifically when the lines are tight

 4   between zero to two years, as you spoke about, does

 5   that tell you anything about the indication bias?

 6       A     Indication bias?

 7             It would tell me that the cohorts were at

 8   least -- I guess this is the result of the

 9   propensity score matching that they would have, that

10   there are some similarities and which they try to

11   minimize the indication bias by the propensity score

12   matching upfront.

13             So, I would look -- from here, is that at

14   least at time point zero up to two years, the risk

15   seems to be similar between those two groups.  So,

16   the indication bias would be minimized during that

17   time.

18       Q    So, this Kaplan-Meier analysis gives you an

19   indication that there is not indication bias or it's

20   minimized?

21       A    It's minimized, I would say.  I wouldn't

22   say there isn't.

23             MR. BOEHM:  I'm going to --

24       A    But at least they attempted that with the

25   propensity score matching, yes.
```

```
                                        Page 118
  1                  Jennifer Le, PharmD
  2    BY MR. NIGH:
  3        Q    Does this also give you any indication in
  4    terms of whether one of the populations were more
  5    diseased than the other population?
  6        A    It can.  It can.  If the two lines diverge
  7    at the beginning.
  8             So, if -- from time zero, if you already
  9    see that there's a gap between those two lines,
 10    then, yeah, you're definitely dealing with perhaps
 11    potentially more severe population in the group that
 12    has a higher risk.
 13        Q    And, Doctor, do you recall in the Y.D. Kim
 14    study, that at year zero to one, that the famotidine
 15    group, there's a large gap in terms of their
 16    Kaplan-Meier analysis in year zero to one compared
 17    to ranitidine?
 18        A    Yes, I do recall that from that study,
 19    which was why I liked the study even more, that they
 20    had that attempt to minimize the indication bias.
 21        Q    When you say "like that study even more,"
 22    you mean the Wang study?
 23        A    Yeah.  Like the Wang study, yes.
 24        Q    And what is that gap in the Kim study on
 25    the Kaplan-Meier analysis -- what might that tell
```

```
                                               Page 119
 1                    Jennifer Le, PharmD
 2    you?
 3         A    That tells me that the way they selected
 4    the subjects upfront -- or at least their cohort,
 5    perhaps they didn't have enough exclusion criteria,
 6    as it was in the Wang study.
 7              But that gap tells me that the line with
 8    the -- with the -- I guess, the bigger slope would
 9    have -- at the get-go, are already at higher risk
10    for the development of that cancer.
11         Q    Does that give you --
12         A    They're more severe, uh-huh.
13         Q    Does that give you an indication that the
14    famotidine population in the Kim, Y.D., study was a
15    more diseased population than the ranitidine
16    study --
17         A    Yes.
18         Q    -- I mean than the ranitidine group?
19         A    Yes.
20         Q    Why?
21         A    Because, from the get-go, you're already
22    seeing a difference in the risk of developing the
23    cancer, if those two lines are already having a gap,
24    than the famotidine group already had increased
25    risk.
```

```
                                        Page 120
 1                    Jennifer Le, PharmD
 2        Q     And did you consider that as a limitation
 3   for the Y.D. Kim study?
 4        A     It's a limitation if you're going to
 5   interpret the overall data from there, because if
 6   you're starting out with a group that has a higher
 7   risk of the disease, then when you see a risk of
 8   disease coming from the other group, that, to me,
 9   just kind of dilutes it out a little bit more,
10   because you're comparing something that's less.
11            So, when I look at that study, I'm -- I
12   would guess that the number that they concluded from
13   the risk for the ranitidine, that would be the
14   minimum, but it's likely to be higher because you
15   did not have a fair comparison to begin with at
16   baseline.
17        Q     Doctor, I want to go to page 9 and look at
18   the figure there.  This was another Kaplan -- graph
19   showing the Kaplan-Meier analysis, correct?
20        A     Correct.
21        Q     And this graph, it separates between DDD on
22   the graph, correct?
23        A     Correct.
24        Q     And what can you tell me about this?  What
25   does this chart help show you?
```

```
                                              Page 121

 1                  Jennifer Le, PharmD

 2      A     This, to me, was a very important graph

 3   that allowed me to ascertain what dose and what

 4   duration of ranitidine contributed to the

 5   development of liver cancer, okay?  So, this is

 6   specific to liver cancer.

 7              So, what this tells me is that what you

 8   want to see with Kaplan-Meier is the diverging of

 9   the lines, the trends.  And you can see that if you

10   look at the green line there.

11              So, users of 300 milligram per day of over

12   360 DDD -- meaning like about a year -- those users

13   are at significant risk of developing --

14   statistically of developing liver cancer.  And you

15   can see here the slope there was highest for the

16   green.

17              And then it trended down for the purple,

18   the -- I guess you can call that lime, and then the

19   red.  That showed, to me, a dose-response

20   relationship.  So, with increasing dose or exposure,

21   duration, you can see that there is an increase in

22   risk.  And that's one thing I looked for in

23   pharmacology data and, here, epidemiology data.

24              And so, I was impressed by that particular

25   graphic.  There was a dose-response relationship
```

Page 122

1                    Jennifer Le, PharmD
2      telling me 300 milligrams per day, one year
3      increased the risk for liver cancer.
4          Q    Thank you, Doctor.
5               And, Doctor, you were asked questions about
6      bladder cancer, the findings in bladder cancers, and
7      them being not statistically significant.
8               Do you remember that?
9          A    Yes, I remember that.
10         Q    Now, Doctor, findings don't have to be
11     statistically significant to show an association;
12     they can be nonstatistically significant, correct?
13              MR. BOEHM:  Objection as a matter of the
14          law and leading.
15         A    Well, I think --
16              MR. NIGH:  That's an inappropriate
17          objection, again, but you can answer.
18         A    It can be in what context.  And again, I
19     always want to go with the specifics.
20              So, if you're thinking in the context of
21     let's say you have three nonstatistically -- and I'm
22     not even going into clinical significance here,
23     because that's a different story.  I mean, cancer
24     would be clinically significant.
25              But for statistically significant, if you

```
                                        Page 123
```

1                    Jennifer Le, PharmD
2    have three studies, let's say I have a p-value of
3    .06, which is considered nonstatistically
4    significant, and that's an arbitrary number that we
5    use in science, that means we're willing to take one
6    out of 20 chance of it being a random error -- but
7    if you looked at three studies that has a trend with
8    the hazard ratio or relative risk ratio that's
9    higher than 1, but if the p-value was about a .06,
10   and you can see that consistently in three different
11   studies conducted by different investigators using
12   different data sets, that still tells me something,
13   even though it's not statistically significant.  So,
14   it really depends.
15   BY MR. NIGH:
16        Q    Doctor, in your evaluation, would you
17   consider nonstatistical increased risk as potential
18   evidence of consistency or replicability?
19        A    Of course I would use that, if there were
20   other studies -- if it was just one study, I would
21   consider that.  If it's two, three, that shows there
22   is that consistent trend in clinical -- the patient
23   care setting, when it's not statistically
24   significant, and if the p-value is, let's say, .06,
25   we're going to say that is trending towards

```
                                        Page 124
  1                   Jennifer Le, PharmD
  2      statistical significance.  So, we use that term
  3      "trending towards."
  4               And what that means to us is that we need
  5      additional studies -- either be epi and ranitidine
  6      or additional other types of studies, NDMA.  This is
  7      when we use other studies to add in data so that we
  8      can make a better informed decision and not rely on
  9      the fact that we don't have reliable data.
 10               I think there's a term that we use here.
 11      It's the absence of reliable data is not the same as
 12      reliable evidence of no risk.
 13           Q    And Doctor --
 14           A    Yeah.
 15           Q    Sorry.  I didn't mean to interrupt you.
 16               I want to ask another question, which is:
 17      For bladder cancer, when you reviewed the primary
 18      analyses in the ranitidine epi studies, did all of
 19      them show a hazard ratio above one?
 20           A    For bladder cancer?  I'm trying to think.
 21      The bladder cancer, it does come to mind.  I know
 22      the Cardwell actually showed a dose-response
 23      relationship, too.  So, that really struck me out
 24      [sic].  I believe it was 300 milligrams per day for
 25      three years, we were able to see a dose-response
```

Page 125

1                    Jennifer Le, PharmD
2    relationship.
3              I believe the Norgaard used a nonadjusted
4    hazard ratio with 10 prescriptions.  That went
5    through that.
6              Sorry, I'm trying to recall.  I don't have
7    the tables in front of me.
8              But yes, the ranitidine studies, I recall,
9    looking into bladder cancer, the ratio was to the
10   right of 1.
11        Q    Okay.
12             And so, every one of those ranitidine epi
13   studies where the primary analysis is to the right
14   of one, would that give you evidence of consistency
15   and replicability?
16        A    Oh, yeah.  It would absolutely do that.
17   And I want to add, too, you know, this doesn't even
18   include the Hidajat study, with the NDMA dietary
19   data that was consistent in the findings there, as
20   well.
21        Q    So, when you're looking for consistency and
22   replicability, you wouldn't only limit it to
23   ranitidine epidemiology, you would consider other
24   sources as well?
25        A    And that -- that is my mantra, yes.

```
                                              Page 126
 1                    Jennifer Le, PharmD
 2     When -- what we do, in terms of guideline
 3     development, clinical practice, patient care, again,
 4     bringing back to the totality of data, we want to
 5     bring in all the information and have all of the
 6     sources there to be able to inform our final
 7     decision.
 8              And so, in the case of bladder cancer, of
 9     course, I would use NDMA and dietary data, as well
10     as for other cancers.  I would take that into
11     consideration along with the pharmacology, along
12     with all the other studies that I've mentioned.
13         Q    I want to take a brief break, because I
14     want to see how much time we have left.
15              THE VIDEOGRAPHER:  We'll be going off the
16         record at 11:43 a.m.  Stand by.
17                       (Recess taken.)
18              THE VIDEOGRAPHER:  We are back on the
19         record at 11:45 a.m.
20              Go ahead, Counselor.
21              MR. NIGH:  I don't have any more questions.
22         We went over by about two minutes.  And
23         Mr. Boehm, I think you've asked me if you can
24         have an additional two minutes on your time.
25              MR. BOEHM:  Yeah, that's right.  I think we
```

```
                                               Page 127

   1                    Jennifer Le, PharmD

   2          have five minutes of our allotted time left,

   3          and then we just asked for a couple of extra.

   4          I don't know that I will need it, to finish up.

   5              MR. NIGH:  So, I'll give you the additional

   6          two minutes.  So, you have seven minutes.

   7              MR. BOEHM:  That sounds good.  Can we go

   8          off the record again, and have a quick

   9          breakout?

  10              THE VIDEOGRAPHER:  We'll be going off the

  11          record at 11:45 a.m.  Stand by.

  12                      (Recess taken.)

  13              THE VIDEOGRAPHER:  We are back on the

  14          record at 11:59 a.m.  Go ahead, Counselor.

  15              MR. BOEHM:  Thank you very much.

  16     FURTHER EXAMINATION BY

  17     MR. BOEHM:

  18          Q    Welcome back, Dr. Le.

  19               I'm directing you to the Wang study again,

  20     and page 9 specifically, which Mr. Nigh referenced

  21     during his questions to you.

  22               There is a chart here, it's figure 4.  I

  23     just wanted to clarify and make sure the record is

  24     clear.

  25               This refers only to liver cancer, correct?
```

```
                                            Page 128

 1                    Jennifer Le, PharmD

 2      A     That is correct.

 3      Q     Okay.  There were no dose-response

 4   relationship findings for bladder, esophagus,

 5   pancreatic cancer, correct?

 6      A     This graph here, yes, only specific to

 7   liver cancer.

 8      Q     And no other findings showing a

 9   dose-response relationship for those cancers in this

10   analysis, correct?

11            MR. NIGH:  Form objection.

12      A     For this particular figure or are you

13   referring to the overall study?

14   BY MR. BOEHM:

15      Q     I'm referring to dose-response associations

16   for bladder, esophagus, and pancreatic cancer.

17      A     Well --

18      Q     We'll keep moving.  I'll withdraw that

19   question.  I think the record is clear.  I don't

20   have enough time to have you sort through that.

21      A     Table 3, you're referring to table 3.

22   Because you asked me about figure 4.

23      Q     Dr. Le, Dr. Le, I have to keep moving --

24      A     Okay.

25      Q     -- with respect.
```

```
                                              Page 129

 1                   Jennifer Le, PharmD

 2        A     Okay.

 3        Q     This graph -- or this figure, Figure 4,

 4   also refers only to the general nonuser data; it is

 5   not specific to the active comparator famotidine

 6   group, correct?

 7        A     For the -- in terms of the ranitidine use,

 8   yes, they're trying to look at the dose-response

 9   relationship with the duration of use --

10        Q     And it's not --

11        A     -- between 90 days to 360.

12        Q     And it's not specific to the famotidine

13   analysis, correct?

14        A     It's between ranitidine users and looking

15   at the dose-response relationship from there.

16        Q     Got it.  Okay.

17              Now, earlier, you mentioned that you

18   wouldn't ever just look at one study, right?  You

19   would look at -- you'd look at more than just one

20   study to assess causation.

21              Did I hear you say that correctly?

22        A     I would look at the evidence in totality.

23   I would not look at one study in particular, but I

24   would weight different studies -- weigh different

25   studies depending on how it's designed, the
```

```
                                          Page 130
 1                    Jennifer Le, PharmD
 2    robustness, the sample size, the data source.  So,
 3    those all are factored in --
 4        Q     Understood.
 5        A     -- as well.
 6        Q     Understood.
 7              And in relation to that, I wanted to ask
 8    you, because you referenced this 360 milligrams --
 9    or DDDs, that are specific to liver cancer, in the
10    Wang publication that Mr. Nigh asked you about.
11              Have you done an analysis or performed any
12    specific calculations where you look at all the
13    ranitidine epidemiological data to form any opinion
14    about at what threshold level of exposure to
15    ranitidine you believe a liver cancer risk emerges?
16              MR. NIGH:  Form objection.
17        A     Well, I tried in the sense where I looked
18    at the study that actually evaluated dose.  And
19    remember, that's one of the huge limitations of most
20    of the ranitidine studies.  It didn't have a daily
21    dose defined.
22    BY MR. BOEHM:
23        Q     Did you --
24        A     Now, there's --
25              MR. NIGH:  Please let her answer.
```

```
                                              Page 131

 1                     Jennifer Le, PharmD

 2    BY MR. BOEHM:

 3        Q    No.  I'm sorry.  Go ahead.  Go ahead.  I

 4    thought you were done.  Please, go --

 5        A    No, no.  I'm not.

 6             So -- and so, when -- I would if I could.

 7             But the two studies that stand out that

 8    actually provided DDD and some information in terms

 9    of the dose and duration was the Wang study as well

10    as the Cardwell study.

11             And I keep on bringing that up because

12    these two studies impressed me in the sense where I

13    had a minimum dose exposure that was linked to the

14    cancers.

15        Q    Let me -- let me direct your attention very

16    quickly, just as a reminder, to your report.

17             MR. BOEHM:  And, Chinyere, if you can go to

18         tab -- I guess -- I keep forgetting which tabs

19         are which, but the original report.  It would

20         be tab 2.  If you can take us to page 96, that

21         would be great.

22    BY MR. BOEHM:

23        Q    And while she's pulling that up, Dr. Le, I

24    want to ask you if you recall that in your opening

25    report in this litigation you indicated that, with
```

```
                                            Page 132

 1                   Jennifer Le, PharmD

 2    respect to the Adami 2021 study, that -- while the

 3    dose wasn't specified, it was "15 and 30 months at

 4    least 5 and 10 prescriptions; with 3-month per

 5    prescription."

 6              Do you recall that?

 7        A     It's written on here.

 8        Q     Yeah.

 9              And do you recall that that's the case with

10    respect to Adami?

11        A     I recall that I put that in there to remind

12    me that some of the prescriptions were a

13    three-month.

14              But, again, with the dose not being

15    specified, we're talking about 150 milligram that

16    could have been possibly used, 300.

17              So, the dose component was missing from

18    here.

19        Q     Right.

20              But we're talking about 15 and 30 months,

21    at least five and 10 prescriptions, three-month per

22    prescription, correct?

23              MR. NIGH:  Form objection.

24        A     That's what I have --

25              Oh, sorry.
```

```
                                          Page 133

 1                    Jennifer Le, PharmD

 2              MR. NIGH:  Form objection.

 3    BY MR. BOEHM:

 4        Q     That's okay.

 5              All right.  I want to direct your attention

 6    to the Wang study again and take you to the next

 7    page, page 10.  I don't know if you have it up

 8    there.

 9              While Chinyere is pulling it up, you can

10    look at your copy, because I know you have it handy.

11    I saw you do that with Mr. Nigh.

12        A     Uh-huh.

13        Q     Page 10, Mr. Nigh directed you to Figure 5,

14    which had a couple of Kaplan-Meier curves.  And he

15    said -- he said, "Well, it doesn't say 'ranitidine

16    plus famotidine.'"

17              Do you remember when Mr. Nigh asked you

18    those questions?

19              MR. NIGH:  Form objection.

20        A     I do remember.

21    BY MR. BOEHM:

22        Q     I just wanted to point out it also doesn't

23    say "ranitidine without famotidine," does it?

24        A     It doesn't say that in this figure.

25              But I also explained that throughout the
```

```
                                        Page 134
```

                          Jennifer Le, PharmD

 1

 2    text it reiterated what I believe as what the

 3    investigators did was ranitidine was purely

 4    ranitidine.

 5            It would make sense from the design --

 6    study design standpoint as well as multiple texts

 7    throughout the paper that just confirmed that.

 8        Q    I understand that's your interpretation

 9    based on what you think would make sense, but I want

10    to direct your attention back to page 6 of this

11    publication, and specifically to table 1.  And I've

12    showed you this before, but I just want to go back

13    to it.

14            On table 1, page 6, if you look at the

15    famotidine line under "Baseline Characteristics for

16    the Ranitidine Cohort," it states that "35,269

17    ranitidine users in that cohort were yes for

18    famotidine use."

19            Do you see that?

20            MR. NIGH:  Object to the colloquy.

21        A    I see that you -- yeah, you called out that

22    number there.

23    BY MR. BOEHM:

24        Q    And while you went through and interpreted

25    certain provisions of this text in ways that you

```
                                            Page 135

 1                  Jennifer Le, PharmD
 2   thought made sense, you didn't show us any language
 3   at all that specifically said that the ranitidine
 4   users in that cohort, none of them used famotidine.
 5           Do you remember that?
 6       A    I do remember that --
 7            MR. NIGH:  Form objection.
 8       A    -- and I'm trying to make sense of this
 9   table, as well.
10            So, there could have been some -- if you
11   were to flip, I think, between the no and the use
12   and flip that, it would make sense and be consistent
13   with the rest of what the authors were trying to say
14   with this.
15            Now, I know that, in my experience, I'm not
16   saying this is what happened here.  There are
17   different authors in here that probably were
18   responsible for different sections of this and that
19   could have contributed to this table here.  So,
20   that's why I spent the extra time going through the
21   text and going through the figures, to see what
22   would make sense.  And what I have mentioned is that
23   the ranitidine group were unlikely to have -- you
24   can't include an active comparator in the same group
25   that you're comparing the drug to.  It just does not
```

```
                                                 Page 136
 1                  Jennifer Le, PharmD
 2   make sense that way.
 3   BY MR. BOEHM:
 4       Q    Got it.
 5       A    And even if they did -- let me -- let me
 6   finish this --
 7       Q    Dr. Le, with respect, you've gone beyond my
 8   question at this point.  With respect, you are now
 9   just talking about other matters, and I just wanted
10   to --
11            MR. NIGH:  Mr. Boehm, Mr. Boehm, it was
12         actually seven minutes before that question and
13         answer.  I let it go on a little bit longer.
14         Now we're at eight minutes.
15   BY MR. BOEHM:
16       Q    I just have one last question.
17            MR. NIGH:  Okay.
18   BY MR. BOEHM:
19       Q    We had a conversation earlier in the day,
20   Dr. Le, about the Kantor study, and you indicated
21   that you believed that the odds ratio that you had
22   provided in your original report with respect to the
23   Kantor study was with respect to active comparator
24   data.  We went back and looked at that and thought
25   that was not the case, not with respect to active
```

```
                                              Page 137
```

 1                    Jennifer Le, PharmD

 2   comparator data.

 3            And I just wanted to know if you had had an

 4   opportunity to go back, and if you wanted to correct

 5   your prior testimony on that?

 6       A    I don't know if I'm going to correct my

 7   prior.  But I -- if you want to pull up the Kantor

 8   study, I am more than willing to look at that with

 9   you now.

10       Q    If Mr. Nigh would allow me to do that, I'm

11   happy to show you --

12            MR. NIGH:  Yes.

13   BY MR. BOEHM:

14       Q    -- that that's correct.

15            MR. BOEHM:  Did you say yes, Doctor --

16        Mr. Nigh?

17            MR. NIGH:  I did.

18            MR. BOEHM:  Okay.  Great.  Chinyere, one of

19        my colleagues sent to you the Kantor

20        publication.

21                      (Kantor 2021 publication was

22                      marked as Exhibit 5 for

23                      identification, as of this

24                      date.)

25            MR. BOEHM:  If you go toward the bottom of

```
                                              Page 138
```

 1                    Jennifer Le, PharmD

 2         page 1, it says, "In exploratory analysis" --

 3         this is the final paragraph in the right-hand

 4         column -- "regular ranitidine use (yes/no) was

 5         associated with this hazard ratio of 1.91" --

 6         and you see the confidence intervals.

 7    BY MR. BOEHM:

 8         Q    Do you see that?

 9         A    Yes.

10         Q    And 1.91, I'll represent to you, is what

11    you put in your report in the chart on page 99.  But

12    then it says, "No association was observed in active

13    comparator analyses."

14              Do you see that?

15         A    I see that.

16         Q    Does that refresh your memory about the

17    difference between the active comparator data and

18    which of those -- which of those data you included

19    in your original report?

20         A    Correct.

21              So, this was a scenario where the

22    investigator actually wanted to get an overall,

23    general population risk.  So, that's why I added in

24    the regular ranitidine use, whether or not it's

25    associated.

```
                                            Page 139

 1                   Jennifer Le, PharmD

 2            Now, if you want to do more of the

 3    indication side, then, yes, I would include the --

 4    the -- the -- the nos -- the active comparator.

 5            But one of the tasks that this investigator

 6    looked into was if they were to look globally on the

 7    general population, the risk for a general

 8    population.  So, that's why I included that ratio of

 9    1.91.  So, I can't --

10        Q    Understood.  And I'm not -- understood.

11    And I'm not being critical of that.

12        A    Okay.

13        Q    I'm just pointing out that that number is

14    not retrospect to the active comparator data, and

15    that was what I was asking you about earlier.

16            MR. BOEHM:  So, I thank you for your time,

17        Dr. Le.  I appreciate you taking time for us

18        today.  And that's all the questions I have.

19            MR. NIGH:  Thank you.

20            THE VIDEOGRAPHER:  This concludes today's

21        testimony given by Jennifer Le.  The total

22        number of media units used was five and will be

23        retained by Veritext.

24            We are going off the record at 12:11 p.m.

25        Pacific time.
```

Page 140

1                    Jennifer Le, PharmD

2         Stand by.

3                         (Time adjourned: 12:11 p.m. PCT)

4         MS. FINKEN:   Rough and rush the final

5     transcript and video, please.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                        Page 141

  1                  Jennifer Le, PharmD

  2              C E R T I F I C A T E

  3

  4          I, AMANDA McCREDO, a Shorthand Reporter

  5      and Notary Public of the State of New York, do

  6      hereby certify:

  7      That the witness whose examination is

  8      hereinbefore set forth was duly sworn, and that

  9      such examination is a true record of the

 10      testimony given by such witness.

 11      I further certify that I am not related to any

 12      of the parties to this action by blood or

 13      marriage, and that I am in no way interested in

 14      the outcome of this matter.

 15

 16

 17      _____

 18          AMANDA McCREDO

 19

 20

 21

 22

 23

 24

 25
```

```
 1                    Jennifer Le, PharmD
 2            ERRATA SHEET FOR THE TRANSCRIPT OF:
 3     Case Name:          In Re: Zantac (ranitidine) Products
                           Liability Litigation
 4
       Dep. Date:          October 20, 2022
 5
       Deponent:           Jennifer Le, PharmD
 6
 7
                           CORRECTIONS:
 8
       Pg.   Ln.   Now Reads          Should Read        Reason
 9
10     ___   ___   _____     _____     _____
11     ___   ___   _____     _____     _____
12     ___   ___   _____     _____     _____
13     ___   ___   _____     _____     _____
14     ___   ___   _____     _____     _____
15     ___   ___   _____     _____     _____
16     ___   ___   _____     _____     _____
17     ___   ___   _____     _____     _____
18     ___   ___   _____     _____     _____
19     ___   ___   _____     _____     _____
20                                    _____
                                      Signature of Deponent
21
       SUBSCRIBED AND SWORN BEFORE ME
22
       THIS___DAY OF_____, 20__
23
24
       _____
25     (Notary Public)  MY COMMISSION EXPIRES:_____
```

Page 143

1           Jennifer Le, PharmD

2           ACKNOWLEDGMENT OF DEPONENT

3      I,                          , do hereby

4      certify that I have read the foregoing

5      pages, and that the same is a correct

6      transcription of the answers given by me

7      to the questions therein propounded,

8      except for the corrections or changes in

9      form or substance, if any, noted in the

10     attached Errata Sheet.

11

12

13      _____

                  JENNIFER LE, PharmD

14

15  Subscribed and sworn to

16  before me on this_____ day

17  of _____, _____.

18  _____

19  Notary Public

20

21

22

23

24

25

[& - 45202]

**&**

**&**   2:15 3:4,12 4:4,10

**0**

**0.8**   75:3
**0.83.**   75:3
**0.86**   74:24
**06**   123:3,9,24

**1**

**1**   5:9 6:8 10:18 11:17 52:14 54:18 58:22 62:2 67:20 70:22 75:12 108:23 112:20 123:9 125:10 134:11,14 138:2
**1.03**   75:2
**1.06**   74:24 76:3,7
**1.3.**   74:25
**1.33**   75:3
**1.38.**   28:15
**1.7**   62:2
**1.91**   138:5,10
**1.91.**   26:21 139:9
**10**   5:9 20:12,16 75:4 81:2 83:18 110:8 125:4 132:4,21 133:7 133:13
**100**   2:15 34:23 35:7
**10016**   2:11
**10017**   2:16
**10020**   3:19
**102**   28:4

**108**   35:8
**10:30**   84:21
**10:31**   84:24 85:15
**10:56**   85:18
**1180**   3:12
**11:43**   126:16
**11:45**   126:19 127:11
**11:59**   127:14
**1251**   3:18
**127**   5:4
**12:11**   139:24 140:3
**12th**   2:10
**130**   2:20
**137**   5:14
**15**   132:3,20
**150**   4:15 52:13 95:5,10 132:15
**16**   104:20 108:7 110:8
**1600**   2:21 3:13
**16th**   2:16
**17**   103:15
**18**   51:2 53:6,9 116:22
**1800law1010....**   2:17
**18th**   2:20
**19**   103:19
**19,841**   68:17
**19103**   2:21
**1980s**   93:14
**1:1**   13:12 18:17 108:20

**2**

**2**   5:10 25:23 26:2,3 38:7,9 54:19,21 58:22 98:2,5,16,17 108:23 115:7 131:20
**2.3**   54:22
**20**   1:5,17 6:4,13 8:18 59:2 103:15 104:6 123:6 142:4,22
**20024**   3:5
**202.434.5366**   3:6
**2021**   5:14 26:17 132:2 137:21
**2022**   1:17 5:9 6:4 10:17 11:8 12:4 142:4
**212.335.4500**   3:20
**24**   8:8
**24th**   8:19 9:12 25:18 49:7 50:14
**25**   5:10
**2555**   4:10
**26,000**   27:4
**28**   52:15
**2800**   4:5
**28363**   141:16
**2924**   1:4,5 6:13 6:13

**3**

**3**   5:11 56:25 62:12 81:4 104:20 106:6

**128:21,21 132:4**
**3.2**   13:2
**30**   59:2 132:3,20
**300**   51:13,24 87:20 88:4 94:25 95:10 97:14 121:11 122:2 124:24 132:16
**300,000**   61:11,11
**3000**   4:16
**30309**   3:13
**316**   2:5
**32502**   2:5
**35,269**   66:15,18 68:24 69:4,16,22 70:5 71:4,10 134:16
**36**   52:14
**360**   88:9 121:12 129:11 130:8

**4**

**4**   5:12 11:5 20:14,16,20 52:21,24 80:21 80:25 105:24 106:7,7,8 107:3 112:7 114:20 127:22 128:22 129:3
**40**   55:15 62:5,8 62:22
**404.572.4600**   3:15
**450**   95:6,11
**45202**   4:6

**48,000** 68:24
**4th** 7:17 8:10,17
11:9 12:5 48:22

**5**

**5** 5:14 56:11
111:16 132:4
133:13 137:22
**50,000** 50:7
58:23 92:10
**50th** 53:21
**513.698.5164** 4:7
**52** 5:12
**55** 70:4
**55,110** 66:14
70:4 105:12
**55402** 4:16

**6**

**6** 134:10,14
**600** 2:10 4:5
**612.339.8682**
4:17
**64108** 4:11
**680** 3:5

**7**

**7** 5:4 75:4 115:7
**75** 61:15,16
62:22
**75,715** 61:11
**78** 93:15

**8**

**8** 51:4 53:23
115:13
**8,844** 27:3
**80** 63:10
**800.529.1010**
2:17

**816.474.6550**
4:12
**85** 5:5
**850.435.7013** 2:6
**866.930.2217**
2:23
**888.480.1123**
2:13

**9**

**9** 12:18,23 51:4
53:23 91:10
108:7 109:21
120:17 127:20
**90** 51:12,23 56:8
57:18 69:15
129:11
**95** 114:11 115:4
**96** 131:20
**98** 26:9
**99** 24:4 26:3
138:11
**9:05** 1:17 6:3

**a**

**a.m.** 1:17 6:3
84:21,24 85:15
85:18 126:16,19
127:11,14
**ability** 106:18
**able** 9:3 28:23
32:22 43:17
44:19 54:24
74:19 90:4 92:6
124:25 126:6
**absence** 124:11
**absolute** 45:20
95:17

**absolutely** 64:6
73:9 125:16
**acceptance** 6:20
**accomplished**
55:12
**account** 86:23
**accurate** 27:23
96:9
**accurately** 36:5
80:3
**achievable** 48:4
48:12
**achieve** 40:3,7
45:8
**achieving** 45:8
**acknowledgm...**
143:2
**action** 141:12
**active** 14:14
20:21,24 21:9
23:3 24:23
25:15 26:25
29:3 32:20
74:25 78:24
79:18 80:15
81:8,12,22 109:8
109:24 111:12
112:4 129:5
135:24 136:23
136:25 138:12
138:17 139:4,14
**actual** 95:2
**adami** 30:2,5,15
31:4 96:11
132:2,10
**add** 76:15,17
94:8 104:15
124:7 125:17

**added** 17:9 18:2
31:4 49:17,17
138:23
**addition** 25:12
88:14,21,25 89:4
95:18
**additional** 24:5
30:13 32:23
45:23 49:24
124:5,6 126:24
127:5
**additionally**
103:5
**additions** 49:8
**address** 49:14
60:11
**addressed** 60:15
91:19
**addresses** 49:3
101:12
**addressing**
17:21 27:24
**adjourned** 140:3
**adjusted** 28:14
**adjusting** 109:14
**adjustment**
111:19
**adjustments**
28:15
**admitted** 89:23
90:18
**age** 55:15 83:15
109:15
**agree** 30:12
32:24 34:10
39:22 40:13,14
40:16 41:9 42:6
42:9,15,18,21

43:16 44:18
46:9 47:24
57:23 60:2
70:21 74:16
75:6 76:4 77:19
79:22 81:10,21
82:9,24 84:7,9
**ahead**   7:5 19:4
19:14,17 44:11
73:11 84:24
85:19 102:21
126:20 127:14
131:3,3
**alcohol**   82:17,20
82:21 89:13,16
91:20
**allotted**   127:2
**allow**   137:10
**allowed**   36:9,20
37:3,21 121:3
**allows**   114:15
**alluded**   89:2
91:23
**alluding**   99:9
**alt**   84:13
**alterations**   49:8
**altering**   49:19
**amanda**   1:18
6:14 141:4,18
**americas**   3:18
**analyses**   20:22
114:6 124:18
138:13
**analysis**   13:20
14:15 15:2 20:9
23:10,22 48:2
50:21 51:22
60:24 72:2

79:22,25 80:13
80:15 81:8,20,22
81:24 92:18
94:4 103:9,21
104:3 109:9,24
112:5 115:16
117:18 118:16
118:25 120:19
125:13 128:10
129:13 130:11
138:2
**anapol**   2:20
**anapolweiss.c...**
2:22,22
**animal**   93:2,10
100:2 103:5,8
**announced**
106:7
**answer**   19:15
31:23 33:11
36:5,6 40:18
42:9 44:12
45:20 46:21
47:10 72:24
78:9 80:4 92:6
93:8 94:10
122:17 130:25
136:13
**answered**   75:18
**answering**   36:10
73:3 84:6
**answers**   32:11
32:25 143:6
**antiviral**   83:4
**anybody**   43:21
48:25 56:8
**apologize**   44:7,8
44:14,15 68:14

84:25 98:12
**appearances**
6:18
**appearing**   2:3
3:3,8,16 4:3,8,13
**appears**   39:2
87:20
**applaud**   83:18
**apples**   41:13,14
41:14 43:2
**applied**   58:18
61:3,10,23 62:10
**apply**   57:5,14
64:7,8
**appreciate**   90:4
90:4 139:17
**appropriate**
37:22
**april**   8:9
**arbitrary**   123:4
**area**   112:2,16
**areas**   105:15
**arm**   66:18
**arrangement**
6:21
**articles**   29:11
**articulated**
49:23
**ascertain**   70:16
121:3
**asia**   96:19
**aside**   40:20,21
**asked**   10:4 27:22
32:8,12,14 40:13
73:4 80:14
102:17 122:5
126:23 127:3
128:22 130:10

133:17
**asking**   14:21
22:24 23:18
26:14 50:9 56:2
59:15 63:20,21
64:23 66:3
68:20 75:23
77:6,7 78:11,13
80:7,24 81:9
102:15,23
139:15
**assess**   55:13
82:22 94:9
129:20
**assessing**   41:8
42:8 43:15
44:17 47:21
**assessment**
109:10
**associated**   87:8
138:5,25
**association**   13:3
16:13,16 23:10
23:20,22 24:25
25:10 28:11,19
29:4,14 30:5,16
31:6,15,19 34:17
35:11 41:2,4
70:16 76:10
77:12 79:19
81:13 87:23
88:4,16 92:7,15
108:9 114:14
122:11 138:12
**associations**
21:10 23:4
30:25 41:8 42:8
74:10 79:2,21

128:15
**assume** 18:23,23
60:14,19
**assuming** 57:9
57:25
**assumption**
18:19 19:2 96:8
**assured** 32:10
**ast** 84:12
**atlanta** 3:13
**attached** 143:10
**attachments**
5:10 25:22
**attempt** 87:10
118:20
**attempted**
117:24
**attention** 12:18
12:25 38:6,19
52:5 54:22
108:6 115:9
131:15 133:5
134:10
**attorneys** 10:2
10:13
**audio** 6:5
**author** 48:19
**authors** 12:8,11
14:9 17:3,7,14
17:25 18:8
20:10 39:23
56:6 57:20,24
60:20 64:19,23
65:5 79:17
81:10,17,21
92:22 93:17
98:10 99:5,20
103:4,10 104:11

111:3 135:13,17
**available** 38:22
48:14 69:25
**aventis** 3:16
**avenue** 2:10,15
3:5,18
**average** 53:19
53:22
**avoid** 13:9 14:10
16:7 108:13
**avoiding** 14:23
**aware** 65:11

**b**

**b** 83:4,5 89:7
110:24
**back** 16:10 27:8
27:13 29:17
30:6 31:20 38:6
48:4,20 54:11,15
54:17 64:22
65:23 68:19
69:9,10 84:23
85:17 100:20
126:4,18 127:13
127:18 134:10
134:12 136:24
137:4
**backfill** 101:25
**bacon** 4:10
**ball** 106:20
**base** 78:5
**based** 43:11
44:23 45:12,14
45:21 46:10
47:20 49:10
52:14 55:22
57:19 61:14

63:24 64:20
66:22 87:7
90:21 91:25
100:10,18 134:9
**baseline** 67:21
120:16 134:15
**basis** 32:14
47:17
**baylon** 2:5
**bcps** 1:15
**beginning**
115:18 116:12
118:7
**begins** 38:9
**behalf** 2:3 3:3,8
3:16 4:3,8,13
113:9
**believe** 8:8 11:4
11:5 25:8,10,12
33:6 39:9 52:12
52:14 83:14
92:4,22 96:14,14
124:24 125:3
130:15 134:2
**believed** 136:21
**benefit** 55:8
**berne** 4:4
**best** 36:6
**better** 74:5
124:8
**beyond** 101:23
136:7
**bias** 13:10,24
14:10,17,24 15:9
15:18,20 16:8
19:11 41:25
48:15 86:23
108:14 117:5,6

117:11,16,19
118:20
**big** 62:24 77:24
**bigger** 116:18
119:8
**biologic** 46:2
88:21 93:11
100:6
**bit** 7:13 14:5
20:19 81:19
98:19 120:9
136:13
**bladder** 21:5
22:16,17 74:13
74:16,18,20,23
75:7,9,20,22
76:11,18 77:4
122:6,6 124:17
124:20,21 125:9
126:8 128:4,16
**blocker** 15:7
27:7 29:21
70:18
**blockers** 16:6
18:22 19:24
**blood** 141:12
**bob** 4:20 6:15
**body** 76:15 93:9
**boehm** 3:4 5:4
7:7 10:21 11:4,7
11:15,21 12:22
12:24 19:16
20:6,11,15 21:18
21:22 22:9,12
23:15 24:8 26:2
26:8 28:3 29:12
30:20 32:7 33:9
33:16,20,24 34:3

34:5,7,13,21,25
35:2,4,6,9 36:11
36:12,21,23 37:6
37:8,10,13,16,18
37:20,23 38:3
52:18 53:2,4
54:15,20 56:12
56:14 57:12
58:5 59:14
60:18 63:6
69:10,14 70:20
72:19 73:2,3,8
73:10 75:14,16
76:6 77:5 78:15
79:15 80:5,22
81:5 84:2,16,18
84:25 85:7,12,13
90:12 98:12,18
101:6 102:5,22
106:4,8,9,14
107:8 113:3,8
117:23 122:13
126:23,25 127:7
127:15,17
128:14 130:22
131:2,17,22
133:3,21 134:23
136:3,11,11,15
136:18 137:13
137:15,18,25
138:7 139:16
**boehringer** 3:8,8
3:9,9,9
**bogdan** 2:14
**bolsters** 78:21
**bosso** 3:11
**bottom** 12:23
20:14 54:21

69:12,15 105:25
107:5,8,9 108:10
109:12,21
137:25
**boulevard** 4:10
**bowman** 4:15
**bowmanandbr...**
4:17
**bradley** 3:17
**bradley.jennings**
3:19
**break** 126:13
**breaking** 116:11
**breakout** 127:9
**breaks** 116:16
**brief** 126:13
**briefly** 74:9
**bring** 45:18
71:13 76:14
126:5
**bringing** 43:7
63:18 126:4
131:11
**broke** 111:3
**brooke** 4:15
**busy** 7:14

**c**

**c** 2:2 3:2 4:2 83:5
83:5 89:7
116:15 141:2,2
**c.v.** 3:10
**calculations**
130:12
**california** 7:22
**call** 19:4 60:5
64:11 121:18

**called** 113:13
134:21
**cancer** 17:17
18:13,25 21:11
23:5 25:2,3,11
25:15 26:21
29:5,9,17 30:3
30:24 31:7,9,10
31:12,14,19,21
32:17 33:14
34:17 39:18
45:11,13 50:15
55:16 65:25
70:17 72:12,21
73:13 74:4,13,14
74:16,18,20,23
75:7,9,20,22
76:11,18 77:4,10
77:11,18,19,22
78:4,13,22,25
79:9,12,19,20
80:9 81:11
82:12,14,25 83:6
84:9 87:20,24
88:5 89:8,18,20
89:21 90:2,3,8,9
90:16,17,20,23
90:23 92:8,14,20
95:20 97:7,7,17
99:2,16 100:14
103:23 111:18
112:8,12 114:24
115:2,10 116:15
119:10,23 121:5
121:6,14 122:3,6
122:23 124:17
124:20,21 125:9
126:8 127:25

128:5,7,16 130:9
130:15
**cancers** 17:10
18:5 21:2,12
23:6,9 32:18
35:11 41:2
74:10 78:20
79:3 81:14
88:19 92:11
97:12 99:14,19
113:21 122:6
126:10 128:9
131:14
**capture** 90:17,18
**captured** 89:25
91:11
**captures** 115:3
**capturing** 89:21
89:21
**cardiovascular**
89:11
**cardwell** 52:10
52:12 75:21
76:17,20 77:2,7
77:8 83:20
87:16 124:22
131:10
**care** 86:7 123:23
126:3
**carmen** 3:11
**case** 6:13 8:2
26:4 28:9 30:13
41:23,24 47:17
47:17 74:11
86:4 126:8
132:9 136:25
142:3

cases 1:6
catch 98:13
caught 106:23
causal 16:12,15
41:8 42:8 43:14
65:24 76:10
87:23 92:7
99:23
causation 42:22
46:10 47:25
129:20
cause 16:23
17:17 64:15
99:19
causing 100:14
cci 63:19
certain 16:25
41:2 55:13
106:2 107:15,18
134:25
certainly 22:20
58:13 60:10
certified 6:15
certify 141:6,11
143:4
cetera 20:2
chaffin 2:9
chaffinluhana....
2:11,12
chance 123:6
change 49:16
changes 49:9
143:8
changing 49:22
characteristics
67:21 68:3
134:15

charlson 83:15
83:22 89:3
chart 68:4
110:19 120:25
127:22 138:11
chinyere 4:21
10:21 11:4,16
12:22 20:11
21:19 22:9 26:2
35:6 52:18
54:16 56:12
69:11 75:16
80:22 131:17
133:9 137:18
choses 39:13
cincinnati 4:6
cite 92:5
cited 92:23
93:13
city 4:11
claims 45:12
90:2,10,21 91:3
91:9,11
clarified 53:12
53:17
clarify 49:21
79:7,14 127:23
class 15:6
classes 19:24
clean 11:23
clear 10:9 51:18
71:9 81:7 93:12
96:11 102:6
104:16 127:24
128:19
clearly 33:10,13
client 36:25
37:12

clinical 13:17
41:20 45:4
47:19 86:17
87:13,14 122:22
123:22 126:3
clinically 70:11
122:24
close 115:22
codes 91:10
cohort 13:11
14:15 41:23
50:8 56:7 57:6,6
61:16 62:11,11
63:19 64:8,9
66:8,9,11,17
67:5,22,22 68:9
68:16,24 69:5,16
69:17,21 70:23
71:2,5 74:24,25
77:13,14 105:12
105:18 107:25
108:19 109:8
119:4 134:16,17
135:4
cohorts 56:16
58:19 59:8
62:25 117:7
colleagues
137:19
collected 45:10
46:19 47:3
58:23
colloquy 27:21
29:6 33:25 72:5
79:4 102:9
134:20
colon 35:12

column 27:2
50:17 53:8 68:7
138:4
come 29:8 42:24
54:11 87:3 96:9
105:16 109:7
124:21
comes 47:19
83:21
coming 93:2
120:8
commencing
1:17
commission
142:25
communicated
12:14
comorbid 91:25
comorbidities
89:10 109:16
comorbidity
83:16,22 89:3
company 101:18
comparator
14:15 15:25
20:21 21:9 23:3
24:23 25:15
26:25 27:8 29:3
32:20 59:22
64:9 65:16 67:6
74:25 78:24
79:18 80:15
81:8,12,23 109:9
109:24 111:13
112:5 129:5
135:24 136:23
137:2 138:13,17
139:4,14

compare 20:24
41:12,13,13 43:2
82:2
compared 27:9
59:10 79:17
118:16
compares 50:4
50:10,21 52:7
comparing
18:16 19:21
29:20 70:15
105:18 108:2
120:10 135:25
comparison 13:2
15:2 19:8 64:12
108:7 115:19
120:15
competed
111:19
complete 27:24
component
132:17
compounding
13:24
concentrations
100:21
concern 96:23
concerning 97:6
concierge 4:21
concluded
120:12
concludes
139:20
conclusion 42:3
45:19 58:12
71:14 73:14,20
76:14,16 78:10
88:19 105:16

conclusions
46:10 93:5
110:3
concrete 39:17
39:25 40:2,7
conditions 92:2
conduct 116:8
conducted 39:4
41:18 46:18
60:23 78:2
100:18 101:13
123:11
confidence 24:4
74:24 75:2,24
76:8 114:11
115:4 138:6
confident 35:17
confirm 11:12
49:17,21
confirmed
109:10 134:7
confirming
18:24
conflicting 39:16
confound 15:18
confounder
91:21
confounders
41:25 48:15
54:23 55:10
confounding
13:17 86:24
confusion 31:9
congruence
47:14
connection 9:18
9:19 43:24,24
103:14

connolly 3:4
conservative
64:17
consider 41:10
42:7 43:13
120:2 123:17,21
125:23
consideration
42:19 126:11
considered
64:16 86:4
99:19 104:18
123:3
consisted 105:12
consistency
41:10,11,17 42:7
42:12,17,18,21
42:23,24 43:5,11
47:24 78:16
102:14,17,18
123:18 125:14
125:21
consistent 86:5
123:22 125:19
135:12
consistently
123:10
constitute 77:20
constitutes 76:9
consuming
98:11,24
contaminated
98:25
context 16:8
44:21 122:18,20
continue 6:6
102:21

continued 3:2
4:2
continues 116:17
contradicted
46:11
contrast 114:10
contrasts 69:7
contributed
92:17 121:4
135:19
control 13:11,16
13:24 14:19
19:10 28:9
41:17,23,24,25
82:18,21 83:3,10
89:16 108:18
controlled 44:24
83:6,14,15 89:9
91:22
conversation
136:19
copies 9:6
copy 11:2 133:10
cornerstones
47:25
corporation 3:9
3:9
correct 8:2,6
12:7 14:15 15:6
15:7 19:10
20:23 21:12
22:5 26:14,15,23
28:11,12 29:14
29:16,19 30:5,25
31:13 39:7 49:4
49:5,25 50:2
51:8,9 53:14,15
53:19 54:12

57:7,21 58:9,20
60:20 61:5,6,11
61:15 62:14
64:10,11,21
65:13 66:11,15
66:16 69:6
71:22 72:4
77:14,15 79:3
80:17 81:25
82:5,21 86:12,21
88:8,8 91:3,4
96:13 99:7,21
103:6,7,10,11,19
103:20,24,25
104:9,10,13,14
105:4,9,10,22
107:20,21
108:24,25 109:4
109:5 110:17,18
110:21 111:6,8,9
111:24,25 112:6
112:14,15,19,21
112:22,25 113:2
114:6,7 115:16
115:20,21
120:19,20,22,23
122:12 127:25
128:2,5,10 129:6
129:13 132:22
137:4,6,14
138:20 143:5
**corrections**
142:7 143:8
**correctly** 129:21
**corroborated**
111:15
**corroborates**
113:18

**counsel** 24:10
30:11 32:10
85:4
**counselor** 7:5
84:24 85:19
126:20 127:14
**count** 55:17
**counteractive**
37:2
**couple** 127:3
133:14
**course** 12:2
36:11 52:4 63:8
63:23 64:3
86:22 99:22
114:17 116:23
123:19 126:9
**court** 1:2,18 6:12
6:14,21,23 9:22
32:15,23 37:24
37:25 55:8
**courtesy** 106:15
106:21
**courtney** 2:9
**cover** 101:20
**criteria** 51:11,21
55:4,8,9,20
56:21,22 57:5,14
57:20 58:14,18
58:22 60:6,7,25
61:3,7,9,23
62:10,19 63:10
63:12,13,24 64:2
64:2,8 65:13
105:21 119:5
**critical** 46:25
63:14 83:8
139:11

**crossed** 113:4
**ctoledo** 3:14
**cumulative**
111:17 114:12
115:10
**curve** 72:8 73:20
**curves** 133:14
**custom** 106:16
**cut** 43:20,21
44:4

**d**

**d** 4:14 5:2
**daily** 51:23,25
79:11 87:10
93:19 94:3,5,18
94:22,23,23,24
95:2 130:20
**dan** 33:20,20
34:14 36:21,21
98:12 101:6,6
106:4
**daniel** 2:4 85:22
**dash** 109:4
**data** 21:9 23:3
24:24 25:15
26:25 29:3 31:6
32:20,21 38:22
38:23 39:6
40:22 41:6,10
42:7,12,20 45:6
45:10,12 46:19
47:5,21 48:5,13
52:3 59:5 65:4
72:7 74:16 75:5
75:7 81:12,23
88:18 89:17,20
90:2,5,21 91:9,9

91:11 120:5
121:23,23
123:12 124:7,9
124:11 125:19
126:4,9 129:4
130:2,13 136:24
137:2 138:17,18
139:14
**database** 29:10
**databases** 43:19
90:10 91:3
**date** 1:18 10:20
25:25 52:25
137:24 142:4
**dated** 8:17,18
9:12 49:6 50:14
**day** 51:13 52:15
87:21 88:4
94:25 95:6
97:15 121:11
122:2 124:24
136:19 142:22
143:16
**days** 129:11
**dc** 3:5
**ddd** 51:23 79:11
82:3 87:10,18
88:4,9 93:22,24
94:13 95:8
114:16 120:21
121:12 131:8
**ddds** 56:8 57:18
69:15 130:9
**de** 3:10
**dealing** 48:6
118:10
**decide** 36:16

Page 9

decided 13:21
55:14
decision 14:14
14:25 41:20
43:14 45:19
124:8 126:7
decisions 46:25
47:19 48:18
defeat 113:16
defendant 89:5
define 19:18
43:5 63:11
defined 42:20
51:23 79:11
87:9 93:19 94:3
94:5,18,22,24
130:21
defines 94:23
definite 89:8
definitely 55:16
82:22 104:17
118:10
definition 15:11
definitions 96:20
definitive 92:7
demonstrated
33:18
dep 142:4
dependent 48:13
depending 41:12
46:2 59:3 63:9
63:11 91:9 95:6
96:6 129:25
depends 16:18
17:3 19:12,18
20:3 46:13,15,22
47:7,17 58:21,25
59:3,4 84:11,13

123:14
deponent 142:5
142:20 143:2
deposition 1:14
6:9 9:8 10:3
33:12 38:16
77:9 101:25
depositions 9:22
33:8
derive 82:3
description 14:6
109:25
design 13:19,23
41:18,22 42:25
45:7 48:14,18
60:4 104:24
111:13 134:5,6
designed 40:17
60:24 129:25
desk 87:3
detail 39:11
detailed 103:5
detected 90:20
detecting 90:9
determine 17:9
18:4 65:24
developing
17:10 18:5
97:16 119:22
121:13,14
development
39:19 74:5 86:6
89:8 95:20
114:24 116:15
119:10 121:5
126:3
diabetes 89:12

diagnoses 90:10
diagnosis 45:13
55:16 89:24
90:19
diego 7:22
dietary 99:20
100:3 103:23
104:12 125:18
126:9
difference 62:9
116:9 119:22
138:17
differences
116:12
different 32:21
40:17,18 41:22
41:22 43:4
45:14,23 48:6,6
51:7 56:16
58:19 60:9 64:9
64:10 67:12
92:9,11 95:5
96:20 122:23
123:10,11,12
129:24,24
135:17,18
differently 40:17
46:20 58:18
dilutes 120:9
dimethyl 93:13
direct 12:18,25
29:25 38:6,8,19
39:12 54:22
88:16,20 89:14
97:11,13 98:18
103:18 106:10
106:12,13 115:9
131:15 133:5

134:10
directed 101:20
133:13
directing 127:19
disagree 71:7
discount 100:7
discuss 12:21
102:12
discussed 76:8
77:8 102:13
103:22
discusses 104:24
104:25
discussing 78:17
102:18
discussion 39:10
60:16 92:5 99:6
104:12 105:9
discussions
60:12
disease 15:15,22
16:3,4 19:6
82:24 83:10
84:5,8,11 89:6
89:11 120:7,8
diseased 118:5
119:15
diseases 17:2
disparity 62:24
69:23
disproportionate
62:20
distracting
22:10
district 1:2,2
6:12,12
diverge 116:18
118:6

**diverging** 121:8
**dla** 3:18
**dnigh** 2:6
**doctor** 80:24
85:22 86:2 87:4
90:6,25 91:15
93:19 96:11
97:5,19 99:17
101:5 105:15
107:16 109:23
112:20 115:6,18
118:13 120:17
122:4,5,10
123:16 124:13
137:15
**document** 1:6
12:12 52:19
53:3
**documents** 9:4
101:19
**doing** 13:18 36:6
37:23 81:3
**dose** 51:14,21,23
76:21,23 79:9,11
81:19,22,24
87:10,12,14,16
94:3,5,10,12,18
94:19,22,23,23
94:25 95:2,4,10
95:13,13,21
96:10 97:6,14
104:17 121:3,19
121:20,25
124:22,25 128:3
128:9,15 129:8
129:15 130:18
130:21 131:9,13
132:3,14,17

**doses** 93:20
**dosing** 94:7
**dotted** 110:13,17
**double** 55:17
**dr** 4:3 7:9 10:23
11:8,25 12:25
14:7 17:5 20:16
21:20 22:18
24:9,21 25:14
28:16 29:13
30:8 31:12
32:16,18,24 33:9
35:3,10 36:13
38:4 43:20 50:9
53:5 54:21
63:20 66:2
68:21 73:11
84:3 99:3
101:11,16 102:3
127:18 128:23
128:23 131:23
136:7,20 139:17
**drafted** 9:11
**draw** 108:6
**drawing** 15:25
110:2
**driven** 44:15
45:14
**dropout** 62:25
64:3
**drug** 15:5,12,16
15:21,23 17:17
17:18 19:20
46:3 65:19 67:7
93:16 94:6,7
100:13,22,24
135:25

**drugs** 15:6 19:25
**due** 17:10 18:5
**duly** 7:2 141:8
**duodenal** 18:21
**duration** 50:20
50:22 51:7,21
52:6,7 59:9
76:22 87:13,14
94:8,12 95:18,19
95:21 96:10
97:15 121:4,21
129:9 131:9

**e**

**e** 2:2,2 3:2,2 4:2
4:2 5:2 141:2,2
**earlier** 9:12 49:9
49:23 50:16
65:5 78:17 79:7
80:20 89:5
129:17 136:19
139:15
**easier** 49:14
**easy** 83:22
**effect** 16:23
58:24 65:7
72:11 97:11
103:22,22
**effects** 50:15
**eight** 116:24
136:14
**either** 16:3 18:20
41:23 58:17
63:7 73:4 86:16
95:25 124:5
**elderly** 48:8
**elevated** 28:8

**elevates** 77:22
**elevation** 84:12
**emerges** 130:15
**england** 101:14
**enlarge** 20:18
**enrolled** 104:24
**entire** 16:13
18:15 114:13
**entitled** 13:2
**environment**
44:24
**epi** 45:24 48:7
93:9 100:2
101:2 124:5,18
125:12
**epidemiologic**
40:3,19 46:6
63:16
**epidemiological**
16:8 24:24
38:23 50:4,11,23
52:8 54:3 59:6
59:16,18,23
62:18,23 91:2
130:13
**epidemiology**
25:6 40:23
42:14 43:8,18
44:22 45:2,4,9
45:17,21 46:14
63:4,4,9,23 78:8
86:17 87:8
92:25 99:6
100:7 121:23
125:23
**equal** 18:10
**equated** 88:9

equates 51:24
errata 142:2
  143:10
error 123:6
esophageal
  77:15,17,19
  78:13
esophagus 21:5
  22:3 35:12
  74:14 77:10,11
  77:17,22 128:4
  128:16
especially 78:7
  99:10 114:16
esq 2:4,8,8,9,14
  2:19,19 3:4,11
  3:11,17 4:4,9,14
essentially 15:10
  94:7
established
  23:19
estimate 16:12
  55:21
estimated 72:17
et 20:2
ethnicity 48:6
europe 96:19
evaluate 29:22
  31:14,15 67:8
  86:2,6,13,18,20
evaluated 25:7
  48:8 59:19
  99:17 130:18
evaluating 45:6
  45:7 86:3,10,24
  92:11
evaluation 55:21
  123:16

everybody 7:9
evidence 39:18
  39:25 40:2,7
  41:19 43:16
  44:18 76:9
  77:21 78:5
  88:20 97:5
  99:24 100:15
  101:2 102:20
  112:24 123:18
  124:12 125:14
  129:22
exact 70:24
exactly 29:18
  39:5 48:16
  69:20 90:11,14
examination 5:3
  7:6 85:20
  101:20 127:16
  141:7,9
examined 7:4
  9:15
example 15:13
  15:21 46:17
  89:22 95:8
  97:13
exclude 55:15
  67:4
excluded 48:9
  56:6,7 57:19
  59:20,21 61:3
  64:20,24 66:23
exclusion 55:4,8
  55:9,12,20 56:21
  57:5,14,20 58:8
  58:14,16,18 60:6
  60:25 61:3,23
  62:10,19,21 63:9

63:11,13,24 64:2
  64:8,10 65:13
  119:5
exclusions 55:19
  64:14
exercising 113:3
exhibit 5:8,9,10
  5:11,12,14 10:18
  25:23 52:24
  137:22
exhibits 5:7
expect 99:10
experience
  135:15
experimental
  103:5
expert 5:10,12
  7:16,25 8:3,12
  8:14 25:21
  36:10,20 37:3,4
  37:15 52:22
experts 9:18
expires 142:25
explain 87:4
explained
  133:25
explanation
  88:24
explicitly 60:7
exploratory
  138:2
exposure 50:15
  50:20,22 51:7,10
  52:6,7 59:9
  76:22,23 87:22
  88:21 94:11,12
  95:21 96:10
  104:8,13 114:25

121:20 130:14
  131:13
express 78:20
expressing 73:12
extent 38:23
  40:16 85:4
extra 127:3
  135:20
eyes 20:18

**f**

f 141:2
facing 27:19
fact 49:16 70:22
  70:24 88:22
  124:9
factor 42:21,23
  82:11,13,25 83:6
  84:8
factored 49:11
  49:12 91:25
  130:3
factories 101:13
factors 13:17,24
  43:12 48:3
  83:17 109:15,20
fair 17:19 35:23
  36:18 73:4,24
  84:17 120:15
falsely 78:9
familiar 75:5
famotidine 13:3
  13:11,12 14:25
  15:5,24 18:3,17
  19:9,24 20:9,24
  21:9 57:6,17,17
  57:25 58:7,9,11
  64:20,21,24,25

65:7,15,16,18
66:8,9,15,20,23
67:4,6 68:2,7,8,9
68:10,13,14,17
68:25 69:5,21,22
70:6,24,25 71:6
71:11,20,23 72:4
72:10,10,12,14
72:21 73:13,16
73:19,21 74:4,6
77:13 79:18
80:15 81:6,7,24
82:5,8 105:8,17
105:19,20
107:19,25 108:2
108:8,19,20
109:2,3,4,8,14
109:19 110:3,13
110:20 111:4,4,8
111:12,19,24,24
112:4,8,13,13,17
112:24 113:15
113:21,25
118:14 119:14
119:24 129:5,12
133:16,23
134:15,18 135:4
**far** 8:2 53:8
**fccp** 1:15
**fcshp** 1:15
**feasible** 46:5
**february** 8:8,8
8:18 50:14
**feel** 78:10
**felt** 60:14 65:6
**fewer** 58:9 64:25
**fidsa** 1:15

**fifth** 4:15
**figure** 17:15
69:25 72:8 80:3
80:18 110:11,11
110:13,24
111:16 114:20
115:7,13 120:18
127:22 128:12
128:22 129:3,3
133:13,24
**figures** 24:6
67:14,17 108:5
110:7 135:21
**filed** 6:11
**filibustering**
37:6
**fill** 96:21 102:2
**final** 69:16 71:2
105:11 126:6
138:3 140:4
**find** 18:10 19:4
109:25 113:16
**finding** 65:6
**findings** 75:22
122:6,10 125:19
128:4,8
**fine** 34:15 36:15
59:17 101:9
104:5
**finish** 127:4
136:6
**finken** 2:19 33:6
140:4
**firm** 6:17
**first** 7:2 11:16
13:8 18:8 21:23
38:8 48:20
49:20 53:7 55:3

57:15 58:4 96:2
98:2,4,21 116:5
**five** 21:2,12 23:6
23:9,19,20,21
127:2 132:21
139:22
**flip** 135:11,12
**flipped** 47:8
**floor** 2:10,16
**florida** 1:2 2:5
6:13
**flowchart** 56:15
56:18 61:25
66:10 69:9 70:4
70:13
**focus** 10:5 19:9
21:2 24:12
28:17,23 32:25
66:5 73:15
**follow** 24:15
51:2,3,8 53:6,9
53:13,19 54:4
66:4 85:4,23
114:21 115:2
116:19,21
**following** 107:4
109:15,20 116:8
**follows** 7:4
**food** 101:12
**foods** 98:25
**footnote** 103:18
103:19 104:6
**footnotes** 103:15
**forbearance**
113:3
**foregoing** 143:4
**forgetting**
131:18

**forgot** 93:14
**form** 19:13
23:12,25 27:17
29:7 30:19 42:3
57:8,22 59:11,25
63:2 70:10
75:10 76:12
77:23 79:5,23
83:11 84:15
88:18,22 93:15
113:7 128:11
130:13,16
132:23 133:2,19
135:7 143:9
**formal** 78:10
**formed** 56:17
66:10
**forms** 83:10
**formulate** 76:16
92:24
**formulation**
95:17
**forth** 40:8 141:8
**forward** 93:2
**found** 61:18
**four** 21:11 23:5
23:19 56:22
**fourth** 35:5
111:14
**frankly** 101:24
**front** 11:2 82:18
125:7
**full** 38:8 98:4,21
**fully** 14:20
**further** 103:13
105:23 127:16
141:11

**g**

**gain** 24:6
**gap** 116:18
  118:9,15,24
  119:7,23
**gaps** 102:2
**garrett** 4:14
**gastric** 21:5
  23:14 31:8,19
  33:14 34:17
  78:19,22,25 79:9
  79:12,13,19
  81:11 88:5 97:7
  97:8,8,17 103:23
**gastroesophag...**
  16:3
**genders** 48:7
**general** 16:22
  18:15,19 19:21
  41:9 63:5 91:6
  129:4 138:23
  139:7,7
**generalizability**
  16:14 41:16
**generalizing**
  47:18
**generally** 55:11
  56:2 96:7
**generated** 47:12
**georgia** 3:13
**gerd** 15:14 16:3
  18:20
**getting** 32:2
  65:22
**gi** 35:11
**give** 18:14 30:12
  46:21 71:16
  114:17 118:3

119:11,13
125:14 127:5
**given** 64:5
  139:21 141:10
  143:6
**gives** 94:22,25
  114:20 117:18
**giving** 36:25
  37:11
**glad** 81:3 89:9
**glanced** 38:13
**glaxosmithkline**
  4:8
**globally** 139:6
**gmbh** 3:9
**go** 7:5 19:3,14,17
  20:14 22:7,15
  26:3,10 27:8,13
  27:25 28:4 29:9
  29:17 30:6,7,8
  31:20,22 34:7,8
  34:10,23 35:2
  36:17 37:24,25
  43:6 44:11 45:3
  48:3 53:2 54:15
  54:18 56:11
  58:17 59:4
  64:22 66:21
  67:16,25 68:6,19
  69:9,10 71:7,12
  73:11 74:2,7,19
  74:22 80:25
  83:12,12,12
  84:18,24 85:10
  85:13,19 91:5
  99:11 100:20
  102:9,21 110:9
  110:24 114:4

116:10,18,22
119:9,21 120:17
122:19 126:20
127:7,14 131:3,3
131:4,17 134:12
136:13 137:4,25
**goal** 41:15 45:8
  45:16 46:4
  57:24 65:14,22
  65:23,25
**goes** 66:14 78:16
**going** 6:3,6
  11:24 12:21,25
  14:2,4 18:19,23
  19:3 20:18,18
  24:12 32:17,21
  33:24 34:3,5,21
  37:24 38:8
  39:14 40:6,20,21
  42:13 44:8 45:2
  45:3,20,22,22
  47:15 52:19
  54:5,9,22 60:2
  64:3,9 70:14
  71:15,20 84:20
  85:3,11,14 89:25
  92:11,12,19 93:2
  96:7 97:25
  99:10,11 114:16
  116:9 117:23
  120:4 122:22
  123:25 126:15
  127:10 135:20
  135:21 137:6
  139:24
**goldhirsch** 2:8
  2:12

**good** 6:2 7:8,9
  8:20 46:21 55:2
  79:8 87:12
  91:23 94:8,21
  127:7
**grand** 4:10
**graph** 61:13
  120:18,21,22
  121:2 128:6
  129:3
**graphic** 121:25
**graphs** 116:14
**great** 79:11
  99:25 131:21
  137:18
**green** 121:10,16
**griffin** 2:9,12
**group** 18:12
  20:4 41:17 58:2
  58:4,7,8 61:10
  66:24 67:7,8
  70:19 71:10,19
  71:23 72:14
  93:13 110:4
  111:3,11 112:4
  112:25 113:15
  118:11,15
  119:18,24 120:6
  120:8 129:6
  135:23,24
**groups** 56:16
  117:15
**gsk** 100:18
  101:18
**guess** 16:10,25
  19:4 25:13
  39:24 42:11
  49:11 51:12

**[guess - indicates]**

52:9 59:12
114:20 117:8
119:8 120:12
121:18 131:18
**guideline** 46:24
47:4 86:6 126:2

**h**

**h2** 15:7 16:6
18:22 19:24
27:6 29:21
70:18
**hand** 138:3
**handing** 85:7
**handy** 9:5
133:10
**happened** 11:14
135:16
**happy** 30:13
137:11
**hard** 40:2 45:15
95:12
**harding** 2:15
**hardy** 4:10
**hazard** 24:3
26:21 27:11
29:18 74:23
75:2,19 76:2,7
80:10 114:10
115:4 123:8
124:19 125:4
138:5
**heading** 113:21
**health** 45:12
90:10 91:3
**hear** 66:3 129:21
**heard** 9:2 12:11

**hearing** 32:10
33:7
**held** 1:16
**help** 15:8 48:25
120:25
**helpful** 14:6
**hepatic** 84:5
**hepatitis** 83:4,5
89:6,6
**hereinbefore**
141:8
**hey** 31:24
**hidajat** 92:23
104:7,16 125:18
**hide** 106:20
**high** 14:6 15:9
17:25 39:7,8
98:11,24 100:20
100:21
**higher** 72:16
118:12 119:9
120:6,14 123:9
**highest** 55:7
121:15
**highlight** 21:16
21:18
**hill** 4:9
**hold** 31:24 72:23
72:23
**hopefully** 16:2
**hospital** 89:23
90:19
**hours** 10:14
**huge** 130:19
**huh** 67:24 80:15
81:16 115:23
119:12 133:12

**human** 98:10,21
98:23
**hundreds** 30:10
**hypertension**
89:11
**hypothesis** 47:11

**i**

**icd** 91:10
**ideally** 18:12
116:22
**identification**
10:19 25:24
52:24 137:23
**identified** 58:13
**identify** 28:18
29:2
**impact** 58:19
62:21
**implication**
89:15
**imply** 15:21
**important** 16:7
28:24 41:9,11
42:7,10,19,21
43:16 44:19,23
47:25 78:7
87:15 93:3,4
94:4 95:20
116:13,21 121:2
**impressed** 88:2
89:17 121:24
131:12
**inappropriate**
37:8,19 46:9
101:24 107:11
122:16

**incidence** 114:21
115:10
**incidences**
111:18
**include** 14:14,25
25:5 29:22
51:22 65:12
70:17,23 105:20
107:19 111:12
112:4 113:15
125:18 135:24
139:3
**included** 27:3
68:3 70:24 82:8
84:5 96:18
102:3 103:8,21
112:17 138:18
139:8
**includes** 83:16
**including** 60:25
99:6
**inclusion** 60:6
**increase** 121:21
**increased** 26:20
88:6 97:7,16
99:2 119:24
122:3 123:17
**increases** 17:10
18:4 74:18 75:9
**increasing**
116:19 121:20
**index** 55:17
83:16,17,22 89:4
**indicated** 74:12
131:25 136:20
**indicates** 69:4
71:3

**indicating** 27:12
**indication** 13:10
  14:10,17,24 15:9
  15:10,11,15,18
  15:20 16:8,17
  17:11,16 18:6,20
  19:5,11,22 79:8
  95:6 108:13
  117:5,6,11,16,19
  117:19 118:3,20
  119:13 139:3
**indications** 16:5
  18:22 95:5
  109:15
**individuals** 58:8
  60:23 66:18
  68:9 69:4,21
  70:23,25 71:5,19
  71:22 72:2,3
**induce** 99:16
**infer** 95:16
**inform** 43:10
  47:6 93:4 126:6
**information**
  16:21 24:5 42:2
  43:10 45:23
  46:22 49:17
  87:12 88:2
  100:9 126:5
  131:8
**informative**
  39:11 43:9
  45:22 76:24
  77:3 99:12
  110:2
**informed** 43:14
  45:19 124:8

**ingelheim** 3:8,8
  3:9,9,10
**inhibitors** 19:25
**initial** 26:4
**insofar** 9:22
**instance** 45:10
**instruct** 37:21
**instruction** 36:9
  37:19,22
**instructions**
  36:25
**insurance** 90:10
  91:3
**integrate** 114:16
**intent** 64:22
  89:19,21 90:16
  90:17
**intentionally**
  5:11 59:8,20
**interest** 74:11
**interested** 61:17
  141:13
**interests** 106:17
**internal** 101:18
**international** 3:9
**internet** 44:5
**interpret** 95:12
  109:22 120:5
**interpretation**
  134:8
**interpreted** 77:3
  134:24
**interpreting**
  78:8
**interrupt** 33:23
  33:24 34:3,5,24
  124:15

**interrupted**
  34:22 72:25
  107:6
**interrupting**
  31:25 44:5
  98:13 107:10
**interval** 24:4
  74:24 75:2,24
  114:11 115:4
**intervals** 76:8
  138:6
**introduced** 7:10
  55:10
**introduction**
  39:3
**investigator**
  16:19 31:13
  60:13 71:8
  113:14 138:22
  139:5
**investigators**
  13:21 18:18
  19:18 40:6
  41:22 61:18
  64:13 83:19
  89:15 92:5
  113:19 123:11
  134:3
**ir** 93:13
**issue** 33:6 43:24
  46:12 60:14
  95:7 102:15
**issues** 33:3

**j**

**james** 2:19
**january** 8:19
  9:12 25:18 49:7

**jennifer** 1:14 4:9
  5:4,10,13 6:1,9
  6:25 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1,21 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1,23
  53:1 54:1 55:1
  56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1 64:1
  65:1 66:1 67:1
  68:1 69:1 70:1
  71:1 72:1 73:1
  74:1 75:1 76:1
  77:1 78:1 79:1
  80:1 81:1 82:1
  83:1 84:1 85:1
  86:1 87:1 88:1
  89:1 90:1 91:1
  92:1 93:1 94:1
  95:1 96:1 97:1
  98:1 99:1 100:1
  101:1 102:1
  103:1 104:1
  105:1 106:1
  107:1 108:1

109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1 134:1
135:1 136:1
137:1 138:1
139:1,21 140:1
141:1 142:1,5
143:1,13
**jennings** 3:17
**job** 79:11 91:23
  106:12,12
**john** 4:14
**john.garrett**
  4:17
**jorissen** 4:20
  6:15
**jronca** 2:22
**jshill** 4:11
**judge** 32:10
  102:5
**judgment** 42:22
**jump** 58:11

**k**

**kansas** 4:11
**kantor** 5:14
  25:10,14 26:5,11
  26:17 27:13,17

29:23 136:20,23
137:7,19,21
**kaplan** 72:8
  73:19 74:2
  95:25 114:6,9,15
  114:19 115:3,15
  117:18 118:16
  118:25 120:18
  120:19 121:8
  133:14
**keep** 27:18 31:25
  37:23 44:8
  128:18,23
  131:11,18
**keeping** 68:8
**kendra** 2:8
**key** 39:24
**kim** 30:16 31:5,8
  31:17 32:4,8
  33:14 34:12,16
  34:18,19 35:2,10
  118:13,24
  119:14 120:3
**kind** 30:8 40:2
  56:20 70:7
  78:23 89:2
  91:19 92:19,24
  99:9 116:11
  120:9
**kindness** 106:23
**kinds** 81:14
**king** 3:12
**knocks** 61:14
**know** 7:15 10:5
  12:8,19 16:21
  22:23 24:10,23
  26:24 28:19
  30:3,9 32:9 43:5

43:20 45:9
46:16 47:9,14
50:3,7,10,16,20
51:4,17 54:2
57:23 58:11
59:6,15,18,22
60:5,22 62:18,23
63:21 64:15,23
65:2 66:17,19
68:15 71:14,25
72:6 74:20
75:21 77:7,17,25
79:24 82:12,16
82:16 87:24
88:2 89:7 91:10
91:12,12,18,19
91:20,22 92:4,23
92:25 93:8,17
96:9 99:15
100:13,17,17
110:17 114:9,19
114:20,25
124:21 125:17
127:4 133:7,10
135:15 137:3,6
**knowledge** 76:15
**kslaw.com** 3:14
  3:14

**l**

**lab** 44:22,25
**laboratories** 4:3
**laboratory**
  44:23
**lack** 39:17,25
**language** 14:9
  26:20 71:17
  135:2

**large** 46:19
  118:15
**largely** 31:8
  45:12,14 90:21
**law** 122:14
**lbosso** 3:14
**le** 1:14 5:4,10,13
  6:1,9,25 7:1,9
  8:1 9:1 10:1,23
  11:1,8,25 12:1
  12:25 13:1 14:1
  14:7 15:1 16:1
  17:1,5 18:1 19:1
  20:1,16 21:1,20
  22:1,18 23:1
  24:1,9,21 25:1
  25:14,21 26:1
  27:1 28:1,16
  29:1,13 30:1,8
  31:1,12 32:1,16
  32:18,24 33:1
  34:1 35:1,3,10
  36:1,13 37:1
  38:1,4 39:1 40:1
  41:1 42:1 43:1
  43:20 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1,9 51:1
  52:1,23 53:1,5
  54:1,21 55:1
  56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1,20
  64:1 65:1 66:1,2
  67:1 68:1,21
  69:1 70:1 71:1
  72:1 73:1,11
  74:1 75:1 76:1

**[le - look]** Page 17

77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1,3 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1,3
100:1 101:1,16
102:1,3 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1,18
128:1,23,23
129:1 130:1
131:1,23 132:1
133:1 134:1
135:1 136:1,7,20
137:1 138:1
139:1,17,21
140:1 141:1
142:1,5 143:1,13
**le's** 101:11
**lead** 67:12 97:6
97:23
**leading** 90:13,15
113:4,5,6,13
122:14

**left** 27:2 126:14
127:2
**legal** 6:15
**lend** 16:20 42:12
96:3
**length** 96:15
**letting** 69:13
**level** 14:6 15:9
17:25 39:7,8
55:7 59:9 113:4
130:14
**levels** 88:7
**levin** 2:4
**levinlaw.com**
2:6
**lfts** 84:12
**liability** 1:5 6:11
142:3
**liked** 118:19
**lime** 121:18
**limit** 125:22
**limitation** 60:12
82:18,23 92:3,21
93:7 120:2,4
**limitations** 27:19
28:22 32:15
60:11,16 65:8
86:13,20 91:16
91:19 93:18
130:19
**limited** 24:11
**line** 30:9 110:14
110:17 116:11
116:16,17 119:7
121:10 134:15
**lines** 105:23
117:3 118:6,9
119:23 121:9

**linkage** 89:8,13
97:14
**linked** 98:25
131:13
**list** 105:8
**listen** 106:11
**literature** 43:7
73:16 82:17
93:9 105:24
**litigation** 1:5
6:11 21:4 50:24
72:20 73:13,22
131:25 142:3
**little** 7:13 20:19
96:5 120:9
136:13
**live** 44:15
**liver** 21:4,17,18
21:23,25 23:9,16
23:17,22 25:2,3
25:11,15 26:20
29:5,9 30:3,24
31:7,10,12,14,21
32:17 35:12
79:9,12 82:11,13
82:14,24,25 83:6
83:10 84:8,8,11
87:19,23 88:5
89:8 97:7,16
100:22 111:18
115:10 121:5,6
121:14 122:3
127:25 128:7
130:9,15
**llp** 2:9,15 3:4,12
3:18 4:4,10,15
**ln** 142:8

**located** 7:20
**lodge** 101:7
**long** 10:13 17:21
33:25 53:8
64:15,16,21
96:22 102:9
**longer** 51:5 54:3
54:7,13 114:25
114:25 116:10
136:13
**look** 10:23,25
13:7 17:6 18:19
20:8 21:8,21
23:2 25:20
26:14 27:2,13
28:14 29:18
33:17 36:17,20
37:3 38:7,10
39:14 40:24
41:16 48:16,17
51:3 52:12
54:12 59:7
65:15 67:13,18
72:7 73:19,25
74:21 76:2,21
77:25 78:24
80:10 93:7
99:24 100:2,2,3
100:8,25 104:20
108:5 112:7
114:18 115:6
117:13 120:11
120:17 121:10
129:8,18,19,19
129:22,23
130:12 133:10
134:14 137:8
139:6

**[looked - milligram]** Page 18

**looked** 22:20
31:8,20 38:12
52:10 74:12,13
76:18 80:20
81:10,11 94:15
107:23 109:18
111:10 112:2,16
112:20,23
121:22 123:7
130:17 136:24
139:6
**looking** 12:3
14:8,16 16:12,15
17:4 24:22 40:3
41:15 46:12
48:21 61:24
65:21 66:10
70:11 73:22
90:3 99:23
109:23 113:12
125:9,21 129:14
**lose** 92:19
**loss** 63:10
**lost** 62:5
**lot** 28:20 39:10
79:24 83:16
**low** 96:16
**luhana** 2:8,9,11
**luhana.com** 2:12
**luke** 3:11

**m**

**magnitude** 18:14
**main** 8:7 95:25
**maine** 3:5
**making** 41:19
42:22 47:19
73:14,20

**mantra** 125:25
**manufacturing**
4:13
**marked** 10:18
25:23 52:23
137:22
**marriage** 141:13
**martin** 2:15
**mas** 1:15
**match** 92:2
100:9 105:21
**matched** 83:13
104:25 105:12
109:13,18
**matching** 13:22
13:23 14:5
41:24 60:5 61:4
62:20 63:13,19
78:3 83:3,4,7
89:2 105:2
109:19 117:9,12
117:25
**math** 61:14
**matter** 6:10
106:21 122:13
141:14
**matters** 136:9
**maximize** 55:20
**maximum** 53:13
**mazzotti** 2:15
**mccredo** 1:18
6:14 141:4,18
**md** 1:5 6:13
**mdl** 1:4 6:13
**mean** 18:2 19:19
19:20 20:3
42:11,16 48:7
51:16 53:18

54:3 59:13
66:23 68:13,15
74:8 82:22
89:19 92:9
93:12 95:9
102:24 109:3
115:24 118:22
119:18 122:23
124:15
**meaning** 18:11
68:8 115:22
121:12
**meaningful**
61:21 114:23
**means** 51:16
71:24 115:25
123:5 124:4
**meant** 55:20
65:5
**measure** 94:6,7
**measurement**
94:19
**measures** 48:14
**mechanistic**
88:23
**mechanistically**
100:4
**media** 6:8
139:22
**median** 51:3
53:20,21 54:3,8
116:24
**medical** 15:11
**medication** 59:7
59:21,22
**medications**
59:19 89:4
105:5,21 106:2

107:16,19
109:16
**medicines** 59:10
**meet** 7:14 10:2,8
10:13
**meeting** 10:5
**meier** 72:8 74:2
95:25 114:6,9,15
114:19 115:3,15
117:18 118:16
118:25 120:19
121:8 133:14
**meier's** 73:19
**memory** 37:4
138:16
**men** 48:8
**mention** 97:9
**mentioned** 8:17
31:4 42:24 46:7
53:5 79:13
82:20 89:5
109:11 116:23
126:12 129:17
135:22
**met** 51:21 55:19
**meta** 103:21
104:3
**methodology**
86:3,9,11
**methods** 92:24
**metric** 94:5
**middle** 56:21
**milligram** 51:13
52:13 87:20
94:25 95:5,10,11
97:14 121:11
132:15

**milligrams**
51:24 88:4
122:2 124:24
130:8
**million** 62:2,2
**mimic** 63:15
**mind** 26:22
27:22 28:20
29:8 31:17
83:21 124:21
**minimize** 48:15
117:11 118:20
**minimized**
117:16,20,21
**minimizing**
14:16
**minimum** 51:12
51:23 52:13
87:22 94:11
120:14 131:13
**minneapolis**
4:16
**minnesota** 4:16
**minor** 84:12
**minus** 70:4
**minutes** 126:22
126:24 127:2,6,6
136:12,14
**misassigned**
62:17
**misleading**
112:21
**mismatch** 59:8
60:3,6
**mismatching**
59:12
**missing** 132:17

**missouri** 4:11
**modeling** 100:18
**month** 51:15
63:25 64:13
95:22,22,23 96:8
132:4,13,21
**month's** 51:18
**months** 51:13,25
57:2,18 58:9
61:2 62:13 64:2
64:4,11,16,25
96:2,5,23 132:3
132:20
**morning** 6:2 7:8
7:9,11 38:14
**mortality** 83:18
**move** 34:19
37:18
**moving** 27:18
128:18,23
**multiple** 41:21
134:6

## n

**n** 2:2 3:2 4:2 5:2
**name** 6:15 142:3
**nathan** 4:4
**national** 46:24
**ndma** 38:22
40:20 45:24
88:17,22 92:25
93:9,15 97:13
98:25 99:6,14,18
99:19 100:2,12
100:13,19
101:12 103:9,22
103:23 104:8,12
124:6 125:18

126:9
**near** 108:9
**necessarily**
18:14 53:22
57:19 60:9
64:12 84:13
**need** 26:10 33:20
37:17 45:23
47:6 66:5 93:8
97:22 104:4
124:4 127:4
**needed** 87:22
88:18 93:3
**nested** 28:9
41:24
**new** 1:19 2:11,11
2:16,16 3:19,19
7:3 44:14 141:5
**nigh** 2:4 5:5
19:13,15 23:12
23:25 24:15
27:21 29:6
30:19 31:24
33:9,17,22,25
34:4,6,9,15,24
36:8,19,22,24
37:7,9,11,14,18
37:21,25 39:12
57:8,22 59:11,25
63:2 66:4 70:10
72:5,23 73:6,9
75:10 76:12
77:23 79:4,23
83:11 84:15
85:6,8,9,14,21
85:22 90:24
98:17,20,22
102:5 103:2,3

106:7,9 107:2,9
107:14 113:6,10
113:11 118:2
122:16 123:15
126:21 127:5,20
128:11 130:10
130:16,25
132:23 133:2,11
133:13,17,19
134:20 135:7
136:11,17
137:10,12,16,17
139:19
**nine** 116:24
**nitrosamine**
93:13
**non** 13:10 14:18
19:8,19,23 20:5
57:10 58:2
61:24 62:11,15
62:23 66:11,14
67:22 77:13
82:7 108:14,18
115:20,25
**nonadjusted**
125:3
**nonstatistical**
123:17
**nonstatistically**
122:12,21 123:3
**nonuser** 57:6
74:23 129:4
**nonusers** 82:2,7
**norgaard** 96:12
125:3
**north** 2:20
**northeast** 3:12

**nos** 139:4
**notary** 1:19 7:2
  141:5 142:25
  143:19
**note** 6:5 32:3
  63:12 78:23
  101:10,21
  102:23
**noted** 6:18 9:11
  143:9
**notice** 1:16
  69:20
**nschachtman**
  4:6
**number** 6:13
  30:10 56:25
  59:3 62:12
  69:21 70:24
  71:24 94:15,19
  95:14,15 96:12
  96:25 98:24
  116:19 120:12
  123:4 134:22
  139:13,22
**numbers** 61:25
  70:3 96:3 108:5

**o**

**object** 27:21
  29:6,7 72:5 79:4
  79:5,6 102:6,8
  113:6,7 134:20
**objecting** 113:8
**objection** 6:6
  19:13 23:12,25
  30:19 34:25
  57:8,22 59:11,25
  63:2 70:10

  75:10 76:12
  77:23 79:23
  83:11 84:15
  90:12,12 101:7
  101:22 107:13
  113:10 122:13
  122:17 128:11
  130:16 132:23
  133:2,19 135:7
**objections**
  107:11,12
**observational**
  98:10,20,23
**observed** 138:12
**obstruction**
  37:17
**obvious** 34:19
  92:13
**obviously** 63:25
  76:14
**occupational**
  104:8,13
**occur** 33:7 43:19
  44:20 45:5
  116:15
**october** 1:17 6:4
  7:17 8:10,17
  11:9 12:5 48:22
  142:4
**odds** 28:9,15
  136:21
**offer** 94:13
**offered** 47:5
**oh** 10:14 38:17
  43:22 75:12
  125:16 132:25
**ohio** 4:6

**okay** 8:11,25
  9:20,25 10:6,12
  10:15 11:3,25
  12:17 13:25
  14:3 15:17 18:7
  18:13,18,23 20:7
  20:20,20 21:6,7
  22:2,9,11,25
  24:19 26:12
  35:15 36:2 38:4
  38:18 44:4
  46:25 47:23
  50:8 54:11 56:4
  58:16 62:8 65:3
  66:5,6 67:15
  71:15 75:19
  79:6,12 80:6
  84:14 85:6,24,25
  86:8,19 88:11
  93:23 94:2 95:9
  97:24 98:3,8
  100:15,24 103:2
  103:12 104:3,5
  104:19,22 106:8
  106:25 107:22
  108:6 110:10
  115:8,12 116:9
  117:2 121:5
  125:11 128:3,24
  129:2,16 133:4
  136:17 137:18
  139:12
**omeprazole** 20:2
  27:4,9
**ones** 8:16 29:8
  31:3 68:10
**oops** 21:20

**opened** 8:24
**opening** 8:4
  26:17 131:24
**operate** 46:7
**opinion** 49:5,15
  72:20 73:12
  78:20 130:13
**opinions** 21:3
  49:19,22 78:22
**opportunity**
  137:4
**opposed** 17:18
**oranges** 41:13
  43:3
**order** 31:23 82:3
**original** 27:14
  29:11 40:25
  49:13,13,18
  50:14 53:25
  54:6,10 131:19
  136:22 138:19
**outcome** 65:7
  89:19 141:14
**outcomes** 13:4
  108:9
**outrageous**
  37:17
**outside** 63:22
  93:16 102:7,10
**overall** 16:22
  80:9,10 92:15
  93:5 120:5
  128:13 138:22

**p**

**p** 2:2,2 3:2,2 4:2
  4:2 24:3 75:3,24
  80:10 114:10

123:2,9,24
**p.m.** 139:24
140:3
**pacific** 6:3
139:25
**page** 5:3,8 12:18
12:23 20:12,12
20:16 26:3,10
34:23 35:7 38:7
38:9 53:2 54:19
54:21 56:11
67:19 69:10,11
69:13 81:2 98:2
98:5,16,17
104:20 105:24
106:6,7,7,8
107:3 108:7
109:21 110:8
115:7 120:17
127:20 131:20
133:7,7,13
134:10,14 138:2
138:11
**pages** 30:10 75:4
97:23 143:5
**paid** 52:5
**pancreas** 21:5
22:8,13,14 35:12
78:19,25 79:20
81:11
**pancreatic** 78:22
79:13 80:9
92:14 128:5,16
**pantoprazole**
20:2
**papantonio** 2:4
**paper** 134:7

**paragraph** 13:8
38:8,20,21 39:2
39:15 53:7 98:4
98:21 105:25
107:5,8,9 109:12
138:3
**park** 2:15
**part** 86:7 96:17
**particular** 15:12
15:15,21,22 16:2
16:16,17,24
26:19 42:20
48:17 63:17
86:16 92:19
121:24 128:12
129:23
**particularly**
87:17 89:3
114:24
**particulars** 14:5
54:12
**parties** 6:19
106:17 141:12
**patheon** 4:13
**pathway** 99:15
**patient** 13:4
41:20 42:25
47:20 86:7
89:22 90:18,23
96:6 108:9
123:22 126:3
**patients** 16:25
51:2,17,22 57:10
63:11,16 95:23
105:12
**paul** 3:4
**payment** 45:14
89:21,25 90:21

**pboehm** 3:6
**pbpk** 100:18
**pct** 1:17 140:3
**peachtree** 3:12
**pending** 75:15
75:17
**penetration**
100:19
**pennsylvania**
2:21
**pensacola** 2:5
**people** 71:5,19
106:16
**percent** 24:4
58:22 61:15
62:5,8,22,22
63:10 114:11
115:4
**percentile** 53:22
**perfect** 69:12
**perform** 81:22
**performed** 20:10
20:22 61:4
62:19 110:2
130:11
**period** 50:18
52:15 53:6,9
87:21 116:21
**periods** 54:4
**permissible**
104:15
**person** 15:13
57:19
**pfizer** 3:3
**pg** 142:8
**pharmaceitucals**
3:8

**pharmacist**
76:20 87:14
94:21
**pharmacogene...**
100:11
**pharmacologist**
87:13
**pharmacology**
40:21 45:25
88:23 100:4,9
121:23 126:11
**pharmd** 1:15 5:4
5:10,13 6:1,25
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
25:22 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1,23 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1

81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1 142:1,5
143:1,13
**philadelphia**
2:21
**physiologic**
100:18
**piper** 3:18
**place** 57:16
**plaintiff's** 30:11
85:4

**plaintiffs** 2:3
85:23
**plausibility** 46:2
88:22 93:11
100:7
**please** 6:5,23
21:14 33:22,22
37:10,13,16,18
130:25 131:4
140:5
**plus** 109:3,3
110:19 111:23
112:13 113:25
133:16
**pneumonia**
89:23,24 90:18
**point** 17:8 18:9
34:18 78:17
79:25 114:12
116:21 117:14
133:22 136:8
**pointing** 139:13
**points** 114:22
**population** 16:2
16:13,22,25
18:11,11,15,25
19:5,21 42:25
45:7 47:21
55:14 58:23
87:7 116:4
118:5,11 119:14
119:15 138:23
139:7,8
**populations**
118:4
**position** 101:22
102:23

**possibility** 17:16
**possibly** 100:15
132:16
**potential** 13:9
14:10,23 16:7
41:8 42:8 54:23
86:23,24 108:13
123:17
**potentially** 55:9
89:13 91:12
96:8 118:11
**power** 92:19
**ppi** 27:5,9 29:22
**ppis** 19:25
**practice** 46:8
126:3
**precise** 90:9
94:19
**preexisting**
82:24 84:8 89:6
**preferably** 41:24
**preparation**
9:14 10:2 38:16
**prepare** 9:7
**prescription**
51:15,16 52:15
95:9,9,14,15
96:3,4,10,16,21
132:5,22
**prescriptions**
52:14 94:15,20
96:12 97:2
125:4 132:4,12
132:21
**present** 4:19
**presented** 33:5
69:24

**prevent** 41:25
**previous** 49:6
**previously** 9:10
109:11 116:23
**primary** 89:19
89:23 90:19
124:17 125:13
**prior** 12:12
72:24 101:16,25
137:5,7
**prioritizing**
24:13
**probably** 43:23
67:19 135:17
**problem** 32:21
44:6
**proceeding** 6:20
**proceedings**
9:22
**process** 13:23
**produced** 91:12
**product** 1:5
**products** 6:10
142:3
**professional**
86:11 106:15,21
**project** 9:3
**projected** 10:25
**projection** 83:18
**promeco** 3:10
**propensity** 13:22
18:9 61:4 62:20
63:14 78:3 83:2
83:7 88:25
91:24 117:9,11
117:25
**propounded**
143:7

**prospective**
41:23 45:10
50:8 78:4
**prospectively**
46:19 47:3
**protective** 72:11
72:15
**protects** 72:21
73:13
**proton** 19:25
**provide** 25:19
40:25 43:10
80:19 87:16
88:16 91:6 92:6
92:7 93:10
95:16,17,18 97:3
97:5
**provided** 32:15
96:25 100:23
110:7 114:5
131:8 136:22
**provides** 24:2
39:10 54:4
114:11
**provisions**
134:25
**psm** 13:11,15,16
14:5 18:9
108:18
**public** 1:19 7:3
141:5 142:25
143:19
**publication** 5:9
5:14 8:21 9:18
9:23 10:16,17
11:8 12:3,5,9,12
12:19 17:7
20:13,17 22:19

24:21,22 30:4
38:7,11 39:23
48:17 49:4,10
50:10 52:4,6
54:17 57:21
64:19 80:23
88:10 130:10
134:11 137:20
137:21
**publications**
30:23 49:6
**pull** 10:21 25:17
52:11,19,20,20
54:5,9,16,17
61:8 75:16
80:22 97:21
137:7
**pulling** 131:23
133:9
**pump** 19:25
**purely** 134:3
**purple** 121:17
**purpose** 15:12
15:24 16:11
40:9 45:15
113:16
**purposes** 101:23
101:24
**pursuant** 1:16
**put** 31:17 33:4
33:23 65:8
71:20 82:6
97:22 132:11
138:11

| q |
| --- |

**quarters** 67:25

**question** 11:13
11:24 14:21
16:18 17:22
26:6 27:6,7,23
28:13,17,18,25
31:12,23 32:25
35:19 36:6,10,14
36:22 42:4,6
44:10,12,13,16
44:17 47:10,11
47:20 49:12
65:19 73:4,6,11
74:15 75:6,15,17
75:18 79:16
81:9 84:4,6,7,9
94:21 99:18
107:3 124:16
128:19 136:8,12
136:16
**questions** 7:15
24:11,12,14,16
28:23 32:12,13
32:16,18 33:2,11
36:7 40:18 66:3
66:5 85:5,24
97:20 102:16
106:11 113:5
122:5 126:21
127:21 133:18
139:18 143:7
**quick** 127:8
**quickly** 131:16
**quite** 26:9 77:2
**quote** 98:9

| r |
| --- |

**r** 2:2,19 3:2,11
4:2 141:2

**rafferty** 2:4
**random** 123:6
**randomization**
63:15
**randomized**
47:3 55:11
**range** 52:13 95:4
**ranged** 51:14
**ranging** 95:5
**ranitidine** 1:4
6:10 13:3,10,12
14:18,25 15:6,25
17:9 18:3,4,17
19:8,19,23 20:5
20:9 21:11 23:5
23:10,23 24:23
24:25 25:3,7
27:4 29:5 31:2,7
38:24 39:18
40:18,23 43:8
45:21 48:8 50:4
50:11,15,22
51:13,20,25 52:8
54:2 56:7,8,25
57:10,11,15 58:2
58:3,4,6 60:25
61:2,10,15,18,24
62:10,11,12,13
62:15,16,22,23
63:3,23 65:15,25
66:11,14,17,18
66:24 67:2,5,22
67:22 68:6,16,23
69:5,15,16 70:5
70:17,19,23 71:2
71:4,5,10,19,23
72:3,9,9,14,16
73:15,17,23 74:6

[ranitidine - related]                                    Page 24

74:17 75:8
76:10 77:21
79:3,17 82:3,7
82:16 87:8
88:20,22 90:25
93:12,15 94:14
95:3 97:6,11,14
99:16,18,25
100:11,12,21
103:9 104:25
105:18,18
107:25 108:2,8
108:14,18,19
109:3,8,13,18
110:4,16,19,23
111:7,11,18,23
112:3,9,13,18,25
113:15,17,22
114:2 115:20,20
115:25 118:17
119:15,18
120:13 121:4
124:5,18 125:8
125:12,23 129:7
129:14 130:13
130:15,20
133:15,23 134:3
134:4,16,17
135:3,23 138:4
138:24 142:3
**rate** 62:21,25
74:4
**rates** 64:10
**ratio** 13:12
18:17 24:3
26:21 27:11
28:9,15 29:18
74:23 75:2,19

76:2,7 80:10
108:20,23
114:10 115:4
123:8,8 124:19
125:4,9 136:21
138:5 139:8
**reach** 46:10
**read** 9:17,21
17:13 39:21
40:15 61:12
71:13 108:17
142:8 143:4
**reading** 68:22
69:3 70:3,13
73:6 75:13
98:19 106:18,19
106:24
**reads** 142:8
**real** 46:8 73:7
**reality** 45:17
**really** 18:10
35:19 37:2
45:15 46:4,15,22
47:7,17,19 48:10
48:12 55:13,19
55:20 58:25
63:15 64:14
71:13 79:8
95:12 101:7
123:14 124:23
**reask** 44:16
**reason** 142:8
**reasons** 90:22
91:8
**rebuttal** 8:5
**recall** 7:18 8:7
28:6 30:18
50:25 75:19

77:14,15 92:14
95:3 118:13,18
125:6,8 131:24
132:6,9,11
**recess** 84:22
85:16 126:17
127:12
**recognize** 93:6,9
**recognized**
92:22
**recollection**
35:16
**record** 6:3,7,19
7:10,12,20 11:22
27:16 30:12
32:2,4,9 33:5,17
34:8,8,10,11
36:8 38:2 44:8
84:18,21,23 85:2
85:10,12,14,18
101:10,21
126:16,19 127:8
127:11,14,23
128:19 139:24
141:9
**recorded** 6:9
**recording** 6:5
**rectum** 35:12
**red** 121:19
**reddy's** 4:3
**reduction** 62:6
**refer** 36:9 53:18
77:18 101:18
**reference** 14:13
14:24 29:11
30:3,24 93:17
99:14

**referenced** 26:16
101:17 127:20
130:8
**references** 26:5
**referencing**
29:21 35:24
46:15 104:12
**referred** 53:8
81:19
**referring** 26:19
32:5 33:13
34:20 71:18
80:2,3,8,12,18
81:4,6,17 88:5
128:13,15,21
**refers** 26:24 27:6
27:7 53:13 55:3
127:25 129:4
**reflected** 50:13
50:18
**reflux** 15:15
16:4
**refresh** 35:16
138:16
**regardless** 37:4
**registry** 45:11
78:4 89:18 90:2
90:8,23
**regular** 138:4,24
**reiterate** 78:6
104:2
**reiterated** 134:2
**reiterates** 116:20
**relate** 9:23
**related** 17:11
18:5 26:6 38:22
103:9 141:11

| | | | |
|---|---|---|---|
| relates 1:6 | remote 1:14 6:8 | 37:15 49:9,20,23 | restrict 32:11,24 |
| relating 63:3 | 6:21 | 101:17 | result 117:8 |
| relation 42:20 | remotely 6:22 | represent 30:15 | results 15:19 |
| 130:7 | repeat 17:20,23 | 138:10 | 21:8 23:3 32:19 |
| relationship | rephrase 44:11 | represented 33:7 | 39:17 43:17 |
| 16:15,22,23 | replicability | representing | 44:19 58:19 |
| 43:14 55:22 | 102:14,17,19 | 6:17 | 67:12 69:8,25 |
| 65:24 76:23 | 123:18 125:15 | require 106:22 | 70:14 71:9,25 |
| 79:10 87:17,23 | 125:22 | research 29:11 | 72:15,16 74:13 |
| 92:25 94:10 | replicate 43:17 | researchers | 74:14 77:20 |
| 95:13,22 99:23 | 44:19 45:15 | 20:22 | 78:21,24 79:24 |
| 104:17 121:20 | replication | reserve 32:22 | 81:18 90:4 |
| 121:25 124:23 | 43:18 44:20 | 85:3 | 91:14 |
| 125:2 128:4,9 | 45:5 46:4 47:24 | respect 41:6 | retained 139:23 |
| 129:9,15 | 78:17 | 78:12 128:25 | retrospect |
| relative 123:8 | report 5:10,12 | 132:2,10 136:7,8 | 139:14 |
| reliability 77:24 | 7:16,18 8:4,5,6,7 | 136:22,23,25 | retrospective |
| 78:5 | 8:22 9:14 11:10 | respond 24:14 | 47:2,13 |
| reliable 76:9 | 12:6 25:6,17,21 | 33:2,10 | retrospectively |
| 77:21,24 124:9 | 26:4,17 27:16 | responding | 46:17 |
| 124:11,12 | 30:10 36:10,20 | 35:17 84:4 | return 32:23 |
| reliant 48:12 | 37:4 38:13 | response 32:16 | review 73:15 |
| relied 109:7 | 40:25 48:21,21 | 32:18 76:23 | 106:18 |
| rely 110:6 124:8 | 48:23 49:3,6,12 | 79:10 81:19,22 | reviewed 9:10 |
| relying 105:16 | 49:13,18,24 | 81:24 87:17 | 9:13,15 50:5,12 |
| 107:24 112:3 | 50:13,14 52:2,21 | 94:10,19 95:13 | 50:23 73:16 |
| remaining 85:3 | 52:22 53:7,25 | 95:22 104:17 | 91:2 124:17 |
| remember 12:20 | 54:6,10,17 96:18 | 121:19,25 | reviewing 12:12 |
| 30:21,23 35:20 | 101:11 102:2,4 | 124:22,25 128:3 | 43:6 96:24 |
| 35:21,22 36:4,14 | 131:16,19,25 | 128:9,15 129:8 | riddell 2:14 |
| 36:16 56:18 | 136:22 138:11 | 129:15 | right 7:21 11:15 |
| 80:6,7 93:21 | 138:19 | responsible | 11:16 15:22 |
| 94:16,17 122:8,9 | reported 38:9 | 60:13 106:17 | 20:7 22:6,16,21 |
| 130:19 133:17 | 98:11,24 | 135:18 | 27:15 28:18,25 |
| 133:20 135:5,6 | reporter 1:18 | responsive 32:13 | 34:7 36:3 37:16 |
| remind 132:11 | 6:14,22,23 141:4 | rest 112:23 | 38:13 44:25 |
| reminder 131:16 | reports 7:25 8:3 | 135:13 | 52:3 53:8 55:2 |
| | 8:12,14 9:10,17 | | 56:20,20 61:24 |

64:18 65:12
66:13,24 67:18
69:11 71:16
75:18 76:4
77:16 78:13
82:22 84:4
95:20 99:8
104:4 108:9
110:14,20,24
111:5,7 113:20
116:2 125:10,13
126:25 129:18
132:19 133:5
138:3
**rights** 32:22
**risk** 17:10 18:5
18:15,25 19:11
25:15 26:20
55:13 74:18
75:9 77:22
82:11,13,25 83:5
83:18 84:8 88:6
97:7,16,16 99:2
112:8,12 113:17
116:5 117:14
118:12 119:9,22
119:25 120:7,7
120:13 121:13
121:22 122:3
123:8,17 124:12
130:15 138:23
139:7
**risks** 18:13
111:20
**robust** 47:5 78:2
90:5
**robustness** 90:16
130:2

**role** 39:18
**ronca** 2:19
**roopal** 2:8
**rosemarie** 2:14
**rosemarie.bog...**
2:17
**rosenberg** 32:10
**rough** 140:4
**row** 21:23 22:3
**rows** 22:15
**rubber** 101:13
**rubric** 94:9
**rules** 36:19 37:2
37:15 106:22
**rush** 140:4

**s**

**s** 2:2 3:2 4:2
**s.a.** 3:10
**s.m.** 32:4 34:12
34:16
**safety** 59:7,19
**sample** 46:18
50:18 92:8,12,17
99:13 130:2
**san** 7:22
**sanofi** 3:16
**saw** 92:15
133:11
**saying** 14:13,24
17:14 18:24
23:2 36:13
46:23 49:21
57:24 68:13
70:7 72:13 90:8
90:16 101:4
107:3 135:16

**says** 13:9 26:20
34:12,16 35:5,10
39:16 41:7 47:9
56:21 68:17
71:18 77:4 98:9
98:10,23 103:13
105:11,25
107:15 108:7,13
108:17 109:12
110:22 111:17
111:17,17 112:8
138:2,12
**scenario** 15:14
47:7 55:14
138:21
**schachtman** 4:4
**schedule** 7:14
**science** 123:5
**scientific** 43:15
44:18 76:9
77:21
**scope** 101:23
102:7,7,8,10
**score** 78:3 83:2
89:2 117:9,11,25
**scoring** 13:22
18:9 63:14 83:7
91:24
**screen** 9:3 10:24
11:11 12:4
20:19 32:4,6
33:13,18 34:6,19
97:22 98:15
106:6
**scrutinized** 9:15
12:19 22:18
38:15

**second** 39:15
**section** 13:2,8
39:10 54:22
55:4 60:17
107:23 108:4
110:5,6
**sections** 108:4
109:6,11 135:18
**see** 11:11,23
13:5,6,9,13,14
14:11 15:3,4
16:5,24 17:12,13
20:14,16 21:24
21:25 22:4,7,13
22:16 23:7,8,11
23:18,24 26:4,6
29:18 31:20
35:3,5,10,13,14
38:21,25 39:4,16
39:20,21 40:6
45:11 46:5
53:10,11 54:24
55:5 56:9,10,20
56:23,24 57:3,4
62:3,4,7 63:18
64:18 65:23
66:13 67:23,24
68:2,5,11,12,16
68:18,20,22,23
69:2,3,13,18,19
69:23,24 70:22
72:10 74:10
76:22 78:25
80:24 81:3,15
92:21 95:21,21
95:24 99:3,12
103:16 104:23
105:3,6,13,14,25

106:3,18 107:15
108:11,15,21
110:11,25
111:21 112:10
113:20,23 115:2
115:11 116:9,11
116:12,12,13,17
118:9 120:7
121:8,9,15,21
123:10 124:25
126:14 134:19
134:21 135:21
138:6,8,14,15
seeing 106:5
119:22
selected 13:10
108:14,17
109:14 119:3
sense 14:22 67:3
70:11,13,21
71:14 100:5,12
101:3 113:14
130:17 131:12
134:5,9 135:2,8
135:12,22 136:2
sent 137:19
sentence 15:3,4
17:6,21 39:15,21
55:3 103:4
separate 17:16
separates 120:21
series 116:14
services 4:13
set 16:19 40:8,20
40:21 42:20,25
45:6,6,10 46:16
46:19 47:10
48:15 55:23

59:13 60:4
61:21 65:19
70:15 141:8
sets 48:5 123:12
setting 34:13,14
39:3 60:10
70:12 123:23
seven 127:6
136:12
severe 118:11
119:12
sex 83:15 109:15
shared 50:16
shb.com 4:11
sheet 142:2
143:10
shook 4:10
short 59:20,21
96:22
shorter 51:5
shorthand 141:4
show 21:13
23:22 24:24
28:7 29:2,3,13
29:15 30:16,25
31:6 67:17
71:17,25 72:7
73:18 74:20
120:25 122:11
124:19 135:2
137:11
showed 23:10
25:9 30:5 75:25
97:11 121:19
124:22 134:12
showing 11:12
25:15 120:19
128:8

shows 28:4
64:19 103:14
112:24 113:21
123:21
sic 33:9 124:24
side 42:13 61:25
94:8 139:3
sides 34:10
signal 47:16
signature 141:16
142:20
signed 8:8,18
significance 28:8
122:22 124:2
significant 21:10
23:4 24:25 25:9
28:10,19 29:4,14
32:19 41:4,5
47:15 61:19
65:6 75:21,25
76:5 77:12 79:2
79:19,21 80:11
80:17 81:13
83:5 88:6 97:16
121:13 122:7,11
122:12,24,25
123:4,13,24
similar 18:11,12
43:19 87:7
116:6 117:15
similarities
117:10
simple 14:21
81:9
single 46:11
sit 46:24
six 96:2

size 46:18 50:3
50:10,11,18
92:12,18 99:13
130:2
sizes 92:8
skipped 5:11
slope 119:8
121:15
small 46:18 92:9
99:13
smaller 92:12
smoking 82:11
82:13,17 89:14
89:16 91:21
somebody's 58:7
somewhat 72:11
song 103:19
sorry 8:9,19
11:13 14:2
19:14 23:13
40:12 43:22
44:4,9 50:9 61:9
63:20 68:24
84:3 85:12
98:12 99:4
101:6,6 106:4
110:23 124:15
125:6 131:3
132:25
sort 128:20
sought 90:22
sounds 127:7
source 48:13
89:17,20 90:5
91:9 130:2
sources 125:24
126:6

**south** 2:5 4:15
**southern** 1:2
  6:12
**southwest** 3:5
**spalding** 3:12
**speaking** 33:19
  113:10,10
**specialist** 6:16
**specific** 29:9
  57:9 82:4 91:5
  121:6 128:6
  129:5,12 130:9
  130:12
**specifically** 13:7
  20:8,13 21:9
  23:21 31:10,11
  44:22 58:10
  71:18 75:7
  79:16 80:24
  83:14 87:19
  90:3 97:25
  105:5 115:9
  117:3 127:20
  134:11 135:3
**specifics** 14:8
  122:19
**specified** 27:15
  132:3,15
**spend** 101:8
**spent** 135:20
**spoke** 93:19
  117:4
**spot** 106:11
**stand** 84:21
  85:15 126:16
  127:11 131:7
  140:2

**standpoint** 134:6
**started** 7:11 9:2
  107:2
**starting** 92:10
  120:6
**state** 1:19 7:3
  60:7 141:5
**stated** 61:12
**statement** 34:2
  39:22 40:14
  91:7
**states** 1:2 6:12
  96:20 98:5
  109:20 134:16
**stating** 85:2
**statistical** 13:20
  28:8 31:18
  34:16 35:11
  41:2 79:18
  114:14 124:2
**statistically**
  21:10 23:4
  24:24 25:9
  28:10,19 29:4,14
  29:15 32:19
  41:4,5 47:15
  75:25 76:5
  77:12 79:2,21
  80:17 81:12
  88:6 97:15
  109:13 121:14
  122:7,11,25
  123:13,23
**stenographic**
  6:19
**step** 16:10 24:18
  24:18 65:23
  66:14

**stipulate** 6:20
**stomach** 15:14
  18:21 35:12
  87:20,24 99:2
  100:22
**stonecipher** 4:9
**stop** 36:21,23
  37:10,13,16,17
**story** 122:23
**straight** 45:3
  83:12 110:16
**street** 2:5,20
  3:12 4:5,15
**strength** 43:15
  44:17 97:9
  114:8
**strengths** 86:14
  86:21 87:5
  88:12 114:4
**strike** 110:23
**stringent** 64:4,7
  64:12
**struck** 87:6,9,16
  124:23
**structure** 100:10
**studied** 50:21
**studies** 25:7 29:2
  29:24 39:17
  40:4,17,19,23
  41:21 43:8,18
  44:21,22,23 45:4
  45:18,18,24,24
  46:6,12,14,18
  47:2,13 48:7,11
  50:4,11,23 51:5
  51:14,19 52:8,16
  54:3,7 59:6,16
  63:4,16,24 76:15

  76:24 78:8 86:4
  86:6,10,15,18
  87:3,25 88:15,20
  91:2,5 93:3,10
  94:14 96:17
  97:2 98:10,21,24
  99:20 100:3,8
  101:12,13 103:6
  103:8,23 104:13
  104:13 123:2,7
  123:11,20 124:5
  124:6,7,18 125:8
  125:13 126:12
  129:24,25
  130:20 131:7,12
**study** 9:16 15:19
  16:9,11,18 20:23
  24:7 25:5,8,11
  25:13,14 26:17
  27:13,14,17,25
  28:5,7,9 31:17
  32:5,8 33:14
  38:9 39:3 41:18
  41:21 42:3,14
  43:17 44:19
  45:11 46:11,11
  46:16 47:9
  48:14,18 49:16
  50:3,6,8,18,25
  51:11,20,21 52:9
  52:10,12 53:25
  54:4,8 55:10,22
  56:6,16 58:19
  59:8,13,18,23
  60:4,10,15,16,24
  61:21 62:19,21
  62:24 64:20,22
  65:8,18,23 66:19

67:8 70:12,14,15
71:25 72:17
73:18,25 74:14
74:17 75:5,8,20
75:21,23 76:13
76:14,17,19 77:2
77:20,25 78:2,6
78:12,21 79:8,17
82:19,23 83:20
86:2,14,16,21,25
87:5,6,7,9,15,16
87:18 88:9,13
91:13,14,17,18
92:23 93:7,24
94:24 97:5,10,10
97:20,22 99:5,20
103:4,10,19
104:7,9,11,16,18
104:24 107:6
109:20,25 114:5
114:8,13 116:8
116:25 118:14
118:18,19,21,22
118:23,24 119:6
119:14,16 120:3
120:11 123:20
125:18 127:19
128:13 129:18
129:20,23
130:18 131:9,10
132:2 133:6
134:6 136:20,23
137:8
**studying** 60:9
**subanalysis**
99:11 109:24
**subgroup** 17:8
18:3 19:4 20:9

79:25 80:12
81:24 92:18
**subject** 8:22
11:9 12:5 21:3,4
**subjects** 13:11
14:19 58:2,23
70:18 92:10
101:15 108:18
119:4
**submitted** 7:17
7:25 8:6,7 25:18
**submitting** 7:18
**subpopulation**
16:17
**subscribed**
142:21 143:15
**substance** 143:9
**successful** 87:11
**suite** 2:21 3:13
4:5,16
**summarize**
40:24
**summarizes**
20:21 38:21
39:6 56:15
**summary** 17:19
**supplemental**
5:12 7:16 8:6,9
8:22 9:13,14
11:9 12:6 48:21
49:15 52:2,20,22
53:7 54:16
101:11 102:4
**supplementing**
49:24
**supply** 51:18
**support** 74:17
75:8 102:12

**supported**
103:14
**supporting**
39:18
**supposing** 70:8
**sure** 7:13 11:14
11:23 12:20
17:21 21:15,17
22:23 24:9,9,13
24:20 25:20
27:12,23 39:12
43:25 44:12
54:7,14 63:8
64:6 65:21 75:5
88:14 90:6
98:20 106:10,14
106:16 110:5
127:23
**surmising** 70:8
**surrogate** 88:17
97:12
**swear** 6:23
**swearing** 6:22
**switch** 70:2
**sworn** 7:2 141:8
142:21 143:15
**system** 89:25

**t**

**t** 141:2,2
**tab** 11:5,5,17
26:2,3 52:21
54:18 131:18,20
**table** 20:14,16
20:20,21 24:2
25:6,18 31:18
40:24 50:15,17
52:11 54:9

67:20,23,24 68:2
69:7,24 70:22
75:12,12 80:2,18
80:21,25 81:4,16
81:17 112:7,8,20
113:12,20
128:21,21
134:11,14 135:9
135:19
**tables** 24:16
29:10 35:25
54:6 66:22
74:19 110:7,8
125:7
**tabs** 131:18
**take** 12:22 16:10
20:11 24:18
41:21,21 42:2
56:12 65:22
104:20 115:6
123:5 126:10,13
131:20 133:6
**taken** 1:15 84:22
85:16 126:17
127:12
**talk** 14:2,4,23
32:17,20 41:19
45:3 46:13
65:17 66:7 74:9
95:19 101:12
103:4
**talked** 60:19,21
83:13
**talking** 21:14
25:4 31:10,11,16
43:2 46:14
51:10 58:21
59:2 84:12

[talking - tough]

116:2 132:15,20
136:9
**task** 73:22 83:22
**tasks** 139:5
**technology**
44:15
**tell** 14:22 30:21
35:22 36:15
43:3 59:17
74:22 78:18
117:5,7 118:25
120:24
**telling** 106:24
122:2
**tells** 116:7 119:3
119:7 121:7
123:12
**term** 15:11
59:12,20,21
64:15,16 77:24
124:2,10
**terms** 16:11
18:13 41:17
49:16 52:11
54:8 59:8 60:3
78:3 79:9 80:13
87:12 89:6
102:12,13
111:11 112:3
118:4,15 126:2
129:7 131:8
**test** 37:5
**testified** 7:4
101:16
**testifying** 113:8
**testimony** 53:17
102:2 137:5
139:21 141:10

**text** 71:8,12,13
104:23 105:24
108:3,4 110:6
134:2,25 135:21
**texts** 134:6
**tfinken** 2:22
**thank** 7:8,12
11:6 14:7 17:5
56:5 69:11,12
85:9 91:15
97:18 122:4
127:15 139:16
139:19
**theory** 74:17
75:8
**therapy** 83:4
89:7 95:19
**thing** 32:3 63:12
67:20 121:22
**things** 26:18
28:20 47:9
55:12 101:19
**think** 14:21 17:7
21:20 22:9 24:2
24:5 25:4,5
26:13,19 27:8,11
27:25 28:6,7
29:20 30:2 33:2
40:5 41:11
43:23 44:7,20
49:16,21 51:3,14
53:12,20,24 60:3
63:21 64:17
66:22 67:13,19
70:2 71:3 73:5
75:23 76:3,7,19
77:2,4 78:2,16
78:18 80:4,11

82:6 83:20
87:11 88:9 91:4
92:13,16 96:17
99:9 100:17,19
101:15,23 104:4
106:19 122:15
124:10,20
126:23,25
128:19 134:9
135:11
**thinking** 67:19
122:20
**third** 2:10 22:3
53:2
**thought** 29:21
38:15 49:14
81:4,7 83:2
105:17 107:24
109:7 111:11
112:3,17 131:4
135:2 136:24
**three** 7:25 8:3
22:7 46:17 47:2
47:12 51:13,25
57:2,18 58:9
61:2 62:13 64:2
64:4,11,16,25
67:25 88:3
95:23 96:2,5,22
116:10 122:21
123:2,7,10,21
124:25 132:13
132:21
**threshold** 113:4
130:14
**thursday** 6:4
**tight** 115:20
117:3

**time** 6:3 7:13
10:11 11:16
24:11 27:19
28:22 30:8,11,13
32:15,23 51:8,10
53:14,19 54:11
71:16 73:7 85:3
90:20 101:8
102:24 107:7,12
111:14 114:12
114:17,21
116:14 117:14
117:17 118:8
126:14,24 127:2
128:20 135:20
139:16,17,25
140:3
**timer** 34:13,14
**tissue** 100:19
**tissues** 100:14
**title** 108:7 112:7
**today** 6:16 7:14
7:16 8:13 24:11
27:20 33:3
139:18
**today's** 9:7 10:3
101:23 139:20
**toledo** 3:11
**tool** 13:16 18:10
**top** 98:4 104:21
**topics** 102:13
**total** 139:21
**totality** 99:24
101:2 126:4
129:22
**touch** 102:14
**tough** 59:12

trace   74:3
track   68:8
tracy   2:19
tran   27:25 28:4
   29:13
transcript   140:5
   142:2
transcription
   143:6
transcripts   9:21
traveling   10:10
trend   123:7,22
trended   121:17
trending   76:4
   123:25 124:3
trends   121:9
trial   13:19 47:4
trials   13:17 45:4
   86:17
tried   19:7 67:14
   83:3 130:17
trouble   44:2
true   72:13,16
   141:9
truly   44:23
try   18:10 28:16
   45:8 50:25
   63:15 74:3 92:2
   101:25 117:10
trying   17:15,15
   18:18 33:11
   37:20 40:6 43:3
   43:13 49:20
   55:13,22 67:8
   70:16 90:14
   106:20 113:16
   113:19 124:20
   125:6 129:8

135:8,13
turn   10:16 48:20
   78:19 105:24
two   9:11 13:18
   25:13 46:17
   49:9,20 51:16
   55:11 62:25
   76:20,23 83:20
   87:11,25 95:22
   96:5,5,16,22
   109:11 115:19
   116:5,8 117:4,14
   117:15 118:6,9
   119:23 123:21
   126:22,24 127:6
   131:7,12
type   33:6 41:22
types   40:22
   44:21 45:23
   48:4 86:17
   97:12 102:20
   124:6
typo   70:9

**u**

uh   67:24 80:15
   81:16 115:23
   119:12 133:12
ulcers   15:13,14
   16:4 18:21,21,21
ulmer   4:4
ulmer.com   4:6
unclear   32:2
   33:18
underlie   39:17
underneath
   105:11 111:16

understand
   14:20 15:8
   17:25 22:24
   24:13 90:7 97:4
   113:18 134:8
understanding
   83:9 96:15
   109:17 111:15
understood
   130:4,6 139:10
   139:10
unit   6:8
united   1:2 6:11
   96:19
units   139:22
update   49:13
upfront   13:22
   19:2 42:2 91:22
   92:2 117:12
   119:4
us.dlapiper.com
   3:19
usa   3:9
usage   17:18
use   15:16 17:9
   18:4,22 19:20
   23:5 29:5 31:2,7
   41:19 45:13
   58:6 61:18
   64:15,16 65:25
   68:2,10 69:6
   79:3 82:17
   86:11 88:17
   89:13,20 94:6,6
   94:9 95:7,8,22
   95:23,23 96:12
   97:14 102:24
   110:5 114:10

123:5,19 124:2,7
   124:10 126:9
   129:7,9 134:18
   135:11 138:4,24
useful   9:5
user   19:8 56:7
   57:17 67:5
   77:13
users   13:10
   14:18,18 19:19
   19:23 20:5 27:4
   27:5 50:7 59:20
   59:21 60:25
   61:15,24 62:12
   62:15 64:20,24
   67:2,4 69:17
   71:4 72:9 82:7
   95:25 104:25
   105:17 107:25
   108:14,18
   109:13,14
   111:12,19 112:9
   112:13,18
   121:11,12
   129:14 134:17
   135:4
usually   114:12
utilized   91:3

**v**

value   24:3 75:3
   75:24 80:10
   114:10 123:2,9
   123:24
variability   95:11
variety   101:19
various   99:19
   102:19

**veritext** 4:21
6:17 139:23
**versa** 46:20
**version** 10:24
**versions** 30:4
**versus** 18:3 20:9
41:7 42:13
45:12 62:11
64:2 111:24
**veterans** 48:8
**vice** 46:20
**video** 6:5,9,15,21
140:5
**videoconference**
1:16 2:2
**videographer**
4:20 6:2 7:5
44:2 84:20,23
85:11,17 126:15
126:18 127:10
127:13 139:20
**videotaped** 1:14
**view** 49:10
**vine** 4:5
**visual** 115:15

**w**

**walk** 107:6
**wang** 5:9 8:21
9:16,18,19,23
10:16,17 11:8
12:4 20:13,17
24:22 38:7
39:23 45:11
48:17 49:3,10,12
50:3,6,10,21,25
51:11,20 52:6
54:4,8,15,17

59:23 60:14,20
74:14,16 75:4,7
75:20,23 76:19
77:6,20 78:12,21
79:8 80:23
81:21 86:2,10,14
86:21,24 87:2,5
87:6,18 88:12
91:17,18 94:24
97:5,20,21
118:22,23 119:6
127:19 130:10
131:9 133:6
**want** 10:16,23
10:25 11:11
12:18 13:7
16:21,24 17:21
18:8,12 21:2
22:23 27:23
28:21 32:3,22
33:4 34:9 36:5
38:6,19 44:10,12
52:11 54:18
55:17 64:15
66:2,2,3,7 70:17
71:16 74:2,7,9
75:18 76:22
78:6,9 80:25
85:23 89:20
90:6 91:5,6
97:19 98:13
99:23 101:7,8,10
102:25 104:2,15
105:23 107:5
108:6 114:4,19
116:22 120:17
121:8 122:19
124:16 125:17

126:4,13,14
131:24 133:5
134:9,12 137:7
139:2
**wanted** 7:11 9:4
10:4 34:18 35:3
52:17 78:23
79:13 99:14
102:22 127:23
130:7 133:22
136:9 137:3,4
138:22
**wants** 16:19
32:20 66:4
**washington** 3:5
**way** 38:10 47:8
59:4 60:4 63:7
65:20 67:25
70:3 77:18
83:16 91:13,13
101:11 119:3
136:2 141:13
**ways** 13:18
134:25
**wc.com** 3:6
**week** 10:10
**weeks** 51:16
96:5,16,22
**weigh** 46:20
129:24
**weight** 129:24
**weiss** 2:20
**welcome** 127:18
**went** 11:18 47:4
61:10,25 79:20
81:13 125:4
126:22 134:24
136:24

**williams** 3:4
**willing** 123:5
137:8
**wishes** 85:5
102:3
**withdraw**
128:18
**witness** 5:3 6:22
6:24,25 11:3
19:14 31:25
90:13 106:13
113:9 141:7,10
**witnesses** 32:11
**women** 48:9
**wondering** 52:5
**woods** 4:21
**word** 39:25
45:13 102:8
**words** 17:14
81:23
**work** 28:21
48:11 86:11
**world** 44:15 46:8
**write** 14:9 17:8
48:23,25 53:16
**writing** 29:19
**written** 71:8
132:7
**wrong** 78:18
**wrote** 49:2,5
53:6

**x**

**x** 1:3,7 5:2

**y**

**y** 30:16 31:5
32:8 34:18,19
35:2,10

**y.d.**   118:13
   119:14 120:3
**yeah**   8:4,16 10:4
   10:10 11:6
   35:24 41:16
   52:16 53:20
   55:25 63:22
   64:7 68:15
   80:14,20 83:2
   102:22 118:10
   118:23 124:14
   125:16 126:25
   132:8 134:21
**year**   7:17 64:14
   66:21 83:18
   87:21 88:3
   93:14 95:24
   96:2 97:15
   115:19 118:14
   118:16 121:12
   122:2
**years**   51:2,4
   53:6,9,23 55:15
   114:21 116:5,9
   116:11,19,22,24
   117:4,14 124:25
**yoon**   30:17 31:5
**york**   1:19 2:11
   2:11,16,16 3:19
   3:19 7:3 141:5
**yup**   26:10 69:11

**z**

**zantac**   1:4 6:10
   142:3
**zero**   115:19
   117:4,14 118:8
   118:14,16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

# EXHIBIT

# 727

Exhibit 0001





International Journal of
*Environmental Research and Public Health*

*Article*

# Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study

Chun-Hsiang Wang [1,2], I-I Chen [1,†], Chung-Hung Chen [3,†] and Yuan-Tsung Tseng [4,*]

1   Department of Hepatogastroenterology, Tainan Municipal Hospital (Managed by Show Chwan Medical Care Corporation), Tainan 701033, Taiwan
2   Department of Optometry, Chung Hwa Medical University, Tainan 701033, Taiwan
3   Department of Gastroenterology, Chang Bing Show Chwan Memorial Hopital, Changhua 505029, Taiwan
4   Committee of Medical Research, Tainan Municipal Hospital (Managed by Show Chwan Medical Care Corporation), Tainan 701033, Taiwan
*   Correspondence: 2a0074@tmh.org.tw; Tel.: +886-6-2609926
†   These author contributed equally to this work.

**Simple Summary:** There is a lack of published data regarding the association between N-nitrosodimethylamine and human cancer risks. Hence, this study answers several questions using propensity score matching with a large population size selected from a high-quality nationwide and population-based database with a long follow-up period to assess the relationship between the cumulative individual cancer incidence and long-term ranitidine use.

**Abstract:** N-Nitrosodimethylamine (NDMA), a carcinogenic chemical, has recently been identified in ranitidine. We conducted a population-based study to explore ranitidine use and cancer emergence over time. Using the Taiwan National Health Insurance Research Database, a population-based cohort study was conducted. A total of 55,110 eligible patients who received ranitidine between January 2000 and December 2018 were enrolled in the treated cohort. We conducted a 1:1 propensity-score-matching procedure to match the ranitidine-treated group with the ranitidine-untreated group and famotidine controls for a longitudinal study. The association of ranitidine exposure with cancer outcomes was assessed. A multivariable Cox regression analysis that compared cancer risk with the untreated groups revealed that ranitidine increased the risk of liver (hazard ratio (HR): 1.22, 95% confidence interval (CI): 1.09–1.36, $p < 0.001$), lung (HR: 1.17, CI: 1.05–1.31, $p = 0.005$), gastric (HR: 1.26, CI: 1.05–1.52, $p = 0.012$), and pancreatic cancers (HR 1.35, CI: 1.03–1.77, $p = 0.030$). Our real-world observational study strongly supports the pathogenic role of NDMA contamination, given that long-term ranitidine use is associated with a higher likelihood of liver cancer development in ranitidine users compared with the control groups of non-ranitidine users treated with famotidine or proton-pump inhibitors.

**Keywords:** ranitidine; famotidine; cancers; N-nitrosodimethylamine (NDMA); propensity score matching (PSM)



**Citation:** Wang, C.-H.; Chen, I.-I.; Chen, C.-H.; Tseng, Y.-T. Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study. *Int. J. Environ. Res. Public Health* **2022**, *19*, 12469. https://doi.org/10.3390/ijerph191912469

Academic Editor: Paul B. Tchounwou

Received: 27 July 2022
Accepted: 27 September 2022
Published: 30 September 2022

**Publisher's Note:** MDPI stays neutral with regard to jurisdictional claims in published maps and institutional affiliations.



**Copyright:** © 2022 by the authors. Licensee MDPI, Basel, Switzerland. This article is an open access article distributed under the terms and conditions of the Creative Commons Attribution (CC BY) license (https://creativecommons.org/licenses/by/4.0/).

## 1. Introduction

Ranitidine, a histamine-2 receptor antagonist, inhibits gastric acid secretion when treating gastroesophageal reflux disease and peptic ulcers [1]. Additionally, according to the data from the Food and Drug Administration (FDA) Adverse Event Reporting System, elevated and significant proportional reporting ratios (PRRs) were observed for pharyngeal, esophageal, stomach, colorectal, liver, and pancreatic cancers, including elevated PRRs for anal and gallbladder cancers [2].

In 2019, the U.S. FDA declared that N-nitrosodimethylamine (NDMA), with the formula (CH3)2NNO, identified in medicines containing valsartan and ranitidine, is a

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

member of N-nitrosamines and a known carcinogen, according to laboratory results [3–5]. The FDA's testing of ranitidine products revealed that NDMA levels were nine times greater than the FDA's recommended limit, resulting in global recalls [6,7]. Several studies have also reported that NDMA could be oncogenic in animals [8]. According to the International Agency for Research on Cancer report, NDMA has been proven to belong to group 2A and to be "probably carcinogenic to humans" [9].

A study also reported that high ranitidine doses combined with nitrite produced DNA fragmentation in rodents' livers and gastric mucosa [10]. Many observational human studies have reported that consuming a high number of NDMA-contaminated foods may be linked to an increased risk of stomach and colon cancers [11,12]. Additionally, detailed experimental animal studies showed that cancer risk may increase with NDMA exposure through inhalation or oral delivery and that tumors developed in the lungs, liver, kidneys, and bile ducts in animals [13]. Several studies previously examined the carcinogenic effects of NDMA on humans, although they were equivocal. Some authors reported no association between ranitidine use and cancer risk [14–16], whereas others supported the connection [17–20]. In addition to cancers caused by NDMA contamination, multiple studies reported that acid-suppressive agents, such as proton-pump inhibitors (PPIs) and histamine-2 receptor antagonists (H2RAs), were linked to gastric [21,22] and liver cancers [23–26]. However, these reports were contradictory, and the data were not sufficient to reach definite conclusions. The conflicting results of studies underlie the lack of concrete evidence supporting the role of ranitidine in cancer development. Therefore, we aimed to conduct a large-scale, long-term follow-up cohort study to investigate ranitidine use and the subsequent emergence of cancer over time in a real-life setting.

## 2. Materials and Methods

### 2.1. Data Source

This study used Taiwan's National Health Insurance Database (NHIRD), which is a population-based claims database, and a cross-sectional survey participated in by over 99% of Taiwan's population. We included all medical services, procedures, and prescription medication data from 1 January 2000 to 31 December 2018. The diagnoses recorded in the NHIRD are coded in accordance with the International Classification of Disease, Ninth Revision, Clinical Modification (ICD-9-CM), and Tenth Revision, Clinical Modification (ICD-10-CM).

Considering that the NHIRD dataset consists of encrypted secondary data, each person is impossible to identify; thus, the informed consent requirement was waived. The Research Ethics Committee of Show Chwan Memorial Hospital approved the study protocol on 14 December 2021 (IRB-No: 1101105).

### 2.2. Study Design and Study Participants

The total doses for each ranitidine prescription during the follow-up period were calculated to indicate the duration of ranitidine exposure. As the World Health Organization proposed, one defined daily dose (DDD) of ranitidine was 300 mg/day [27]. We defined 90 DDDs as the valid treatment for patients with reflux esophagitis and peptic ulcer disease treated with 300 mg ranitidine daily for 3 months [28,29]. Patients prescribed ranitidine at ≥90 DDDs were assigned to the ranitidine cohort, whereas those who never used ranitidine belonged to the non-ranitidine cohort.

We investigated whether a dose–response relationship exists between ranitidine and cancer diagnosis. For the sensitivity analysis, we grouped the patient follow-up period into four intervals according to the cumulative dose, starting from the first prescription: 90–180, 181–270, 271–360, and >360 DDDs.

### 2.3. Potential Confounders

The exclusion criteria were as follows: age < 40 years, diagnosis with cancer before the index date, ranitidine use <90 DDDs, and follow-up <1 year.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

We enrolled ranitidine users who were matched for exact age, sex, the Charlson comorbidity index (CCI), comorbidities (hypertensive cardiovascular disease (HCD0, hyperlipidemia, diabetes mellitus (DM), and chronic kidney disease (CKD)), medications (aspirin, statins, angiotensin-converting enzyme inhibitors (ACEIs), β-blockers, spironolactone, glucocorticoids, and selective serotonin reuptake inhibitors (SSRIs), and antiviral therapy for hepatitis B or C virus (HBV and HCV, respectively) infection), and the index date.

The final matched cohort consisted of 55,110 patients who were evaluated from the index date until the target cancer onset, death, or the end of the study period (31 December 2018).

### 2.4. Covariate Assessment

The main confounding factors were based on a recent study investigating the association between N-nitrosodimethylamine and cancer. We adjusted for the following covariates that potentially affect cancer incidence: age, sex, and medication history (low-dose aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral treatment for chronic hepatitis B or C).

We also considered the following comorbidities: HCD (ICD-9 codes 401–405; ICD-10 codes I10–I15), hyperlipidemia (ICD-9 code 272; ICD-10 code E78), DM (ICD-9 code 250; ICD-10 codes E10.0, E10.1, E10.9, E11.0, E11.1, and E11.9), CKD (ICD-9 code 585; ICD-10 code N18), and CCI.

### 2.5. Main Outcome Measurements

We assessed the following cancer categories for the first cancer diagnosis: liver cancer (ICD-9 code 155; ICD-10 code C22), oral cancer (ICD-9 codes 140–149; ICD-10 codes C00–C14), esophageal cancer (ICD-9 code 150; ICD-10 code C15), gastric cancer (ICD-9 code 151; ICD-10 code C16), colon cancer (ICD-9 code 153; ICD-10 code C18), rectal cancer (ICD-9 code 154; ICD-10 codes C19–C21), pancreatic cancer (ICD-9 code 157; ICD-10 code C25), lung cancer (ICD-9 code 162; ICD-10 codes C33 and C34), bone cancer (ICD-9 code 170; ICD-10 codes C40 and C41), bladder cancer (ICD-9 code 188; ICD-10 code C67), renal cancer (ICD-9 code 189; ICD-10 codes C65, C66, and C68), thyroid cancer (ICD-9 code 193; ICD-10 code C73), skin cancer (ICD-9 codes 172–173; ICD-10 code C44), breast cancer in females (ICD-9 code 174; ICD-10 code C50), uterine cancer (ICD-9 code 179; ICD-10 code C55), cervical cancer (ICD-9 code 180; ICD-10 code C53), ovarian cancer (ICD-9 code 183; ICD-10 codes C56 and C570–C574), prostate cancer (ICD-9 code 185; ICD-10 codes C61), and overall cancer. For breast, uterine, cervical, and ovarian cancers, the analysis was restricted to females, and prostate cancer was restricted to males.

### 2.6. Exposure Definition and Follow-Up

In this study, we adopted a new-user design with 1 year as the washout period to eliminate the influence of external factors in patients with newly diagnosed cancer [30]. Patients with no predefined outcomes or those who died during the follow-up were censored. We defined the index date for each ranitidine user as the date of their first prescription. For their corresponding matched comparison group, the index date was set to be that of their matched individual with ranitidine use. All patients were followed up from the index date to 2018. The mean follow-up period was $9.56 \pm 5.96$ (median: 8.42) years for the ranitidine cohort and $9.70 \pm 5.96$ (median: 8.58) years for the non-ranitidine cohort. All prescriptions, diagnostic outcomes, and deaths were ascertained until 31 December 2018. For all groups, the follow-up duration was defined as the interval from the date of enrollment to the date of cancer diagnosis, death, or the end of the follow-up period, whichever came first.

### 2.7. Statistical Analysis

Categorical variables were compared using the McNemar test. Continuous variables such as the prescription and medical records as baseline characteristics were compared using paired *t*-tests. To reduce potential selection bias, we used propensity score match-

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

ing (PSM) to balance the differences in proportions, such as comorbidities, between the ranitidine and non-ranitidine cohorts.

For a robust propensity score matching, 1:1 full matching without replacement was performed. Therefore, the regression model was specified correctly relative to the population regression function of the outcome variable on the treatment and all covariates used for matching. Therefore, trimming techniques were not employed in the weighting approach [31,32]. PSM was performed using multivariate logistic regression analysis and nearest-neighbor matching with the R package "MatchIt" (version 4.3.4).

We used Cox proportional hazards regression models to estimate the hazard ratios (HRs) and 95% confidence intervals (CIs) of cancer risk for ranitidine users in comparison with non-ranitidine users. To confirm the stability and robustness of our model, all hazard ratios and their 95% CIs were modified using the bootstrapping method [33,34]. The outcomes of the different study cohorts were estimated using the Kaplan–Meier method, and the differences in curves were examined using the log-rank test. Sensitivity analysis was conducted to validate the individual events from the index date to the end of the study in different DDD exposure groups using Cox proportional hazards regression models and the Kaplan–Meier method.

The competing risks of death were adjusted using the R package "cmprsk" (version 2.2–11), and the regression model was assessed according to Fine and Gray. All data management procedures were performed using SPSS 21.0 (SPSS Inc., Chicago, IL, USA) and R version 3.4.3 (R Core Team, 2017). A *p*-value of <0.05 was considered statistically significant.

## 3. Results

In the NHIRD database, we found 290,990 ranitidine users and 1,709,128 non-ranitidine users within the study period (Figure 1). In accordance with the exclusion criteria, 75,715 and 1,022,217 patients were finally included in the ranitidine and non-ranitidine cohorts, respectively. Using PSM, we matched the ranitidine cohort (*n* = 55,110) with the non-ranitidine cohort (*n* = 55,110) in a 1:1 model. Figure 1 illustrates the flowchart of patient selection.

Patients from the non-ranitidine cohort who were statistically matched with those from the ranitidine cohort were selected in consideration of the following factors: age, sex, CCI, and comorbidities, including HCD, hyperlipidemia, DM, and CKD.

Certain medications (aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral therapy for HBV or HCV infection) and the index date (the exact date of diagnosis) were potential confounders for most cancers. Table 1 shows the baseline characteristics of the well-balanced, 1:1 matched cohort. Sex, age, CCI scores, and the follow-up period were fully matched between the ranitidine and non-ranitidine cohorts. Overall, the male–female ratio was 47.8:52.2 (*p* = 1.000), with mean values of 66.8 ± 14.1 (*p* = 1.000), 3.77 ± 2.78 (*p* = 1.000), and 9.2 ± 5.9 years (*p* = 1.000) for age, CCI, and follow-up duration, respectively. The median follow-up duration was 8.3 years.

Case 9:20-md-02924-RLR Document 6095-2 Entered on FLSD Docket 11/17/2022 Page 186 of 731

**Figure 1.** Flowchart of the selection of study patients. [1] Comorbidities: hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, and chronic kidney disease. [2] Medications: aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, famotidine, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors, and antiviral therapy for hepatitis B or C. [3] Index date: exact date of the first prescription.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

**Table 1.** Baseline characteristics of the non-ranitidine cohort and ranitidine cohort with over 90 DDDs.

| Characteristics | | Untreated $n = 55,110$ | % | Ranitidine $n = 55,110$ | % | *p*-Value |
|---|---|---|---|---|---|---|
| Sex | Female | 28,794 | 52.2% | 28,794 | 52.2% | 1.000 |
| | male | 26,316 | 47.8% | 26,316 | 47.8% | |
| Age (mean $\pm$ SD) | | $66.8 \pm 14.1$ | | $66.8 \pm 14.1$ | | 1.000 |
| CCI | 0–1 | 12,444 | 22.6% | 12,444 | 22.6% | 1.000 |
| | 2–3 | 16,205 | 29.4% | 16,205 | 29.4% | |
| | 4–5 | 12,799 | 23.2% | 12,799 | 23.2% | |
| | >5 | 13,662 | 24.8% | 13,662 | 24.8% | |
| HCD | No | 22,204 | 40.3% | 22,204 | 40.3% | 1.000 |
| | Yes | 32,906 | 59.7% | 32,906 | 59.7% | |
| Hyperlipidemia | No | 26,072 | 47.3% | 26,072 | 47.3% | 1.000 |
| | Yes | 29,038 | 52.7% | 29,038 | 52.7% | |
| DM | No | 37,598 | 68.2% | 37,598 | 68.2% | 1.000 |
| | Yes | 17,512 | 31.8% | 17,512 | 31.8% | |
| CKD | No | 49,704 | 90.2% | 49,704 | 90.2% | 1.000 |
| | Yes | 5406 | 9.8% | 5406 | 9.8% | |
| Aspirin | No | 25,810 | 46.8% | 25,810 | 46.8% | 1.000 |
| | Yes | 29,300 | 53.2% | 29,300 | 53.2% | |
| Statins | No | 32,089 | 58.2% | 32,089 | 58.2% | 1.000 |
| | Yes | 23,021 | 41.8% | 23,021 | 41.8% | |
| ACEIs | No | 31,214 | 56.6% | 31,214 | 56.6% | 1.000 |
| | Yes | 23,896 | 43.4% | 23,896 | 43.4% | |
| β-Blockers | No | 16,047 | 29.1% | 16,047 | 29.1% | 1.000 |
| | Yes | 39,063 | 70.9% | 39,063 | 70.9% | |
| Famotidine | No | 19,841 | 36.0% | 19,841 | 36.0% | 1.000 |
| | Yes | 35,269 | 64.0% | 35,269 | 64.0% | |
| Spironolactone | No | 48,320 | 87.7% | 48,320 | 87.7% | 1.000 |
| | Yes | 6790 | 12.3% | 6790 | 12.3% | |
| Glucocorticoids | No | 5748 | 10.4% | 5748 | 10.4% | 1.000 |
| | Yes | 49,362 | 89.6% | 49,362 | 89.6% | |
| SSRIs | No | 44,749 | 81.2% | 44,749 | 81.2% | 1.000 |
| | Yes | 10,361 | 18.8% | 10,361 | 18.8% | |
| Antiviral therapy | No | 54,271 | 98.5% | 54,271 | 98.5% | 1.000 |
| | Yes | 839 | 1.5% | 839 | 1.5% | |

Abbreviations: DDDs, defined daily doses; SD, standard deviation; CCI, Charlson comorbidity index; HCD, hypertensive cardiovascular disease; DM, diabetes mellitus; CKD, chronic kidney disease; ACEI, angiotensin-converting enzyme inhibitor; SSRIs, selective serotonin reuptake inhibitors.

As shown in Figure 2, the ranitidine cohort showed a significantly higher prevalence of liver cancer (1.1% vs. 1.3%; $p = 0.012$), gastric cancer (0.4% vs. 0.5%; $p = 0.037$), and lung cancer (1.0% vs. 1.2%; $p = 0.033$) and a higher overall cancer rate (8.0% vs. 8.5%; $p = 0.001$) than the non-ranitidine cohort. In terms of the cumulative incidence rates and HRs, ranitidine use was associated with overall cancer (HR, 1.10; 95% CI, 1.06–1.15), liver cancer (HR, 1.22; 95% CI, 1.09–1.36), gastric cancer (HR, 1.26; 95% CI, 1.05–1.52), pancreatic cancer (HR, 1.35; 95% CI, 1.03–1.77), and lung cancer (HR, 1.17; 95% CI, 1.05–1.31) compared with non-ranitidine use. No significant associations were observed for the 14 other cancers. In the Kaplan–Meier analysis, the ranitidine cohort exhibited a significantly higher risk of developing liver cancer (log-rank test, $p = 0.005$), lung cancer ($p = 0.016$), gastric cancer ($p = 0.025$), and pancreatic cancer ($p = 0.043$) than the non-ranitidine cohort (Figure 3).

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

| Cancers | untreated | % | ranitidine | % | *p*-value | HR (95% CI) | *p*-value |
|---|---|---|---|---|---|---|---|
| All cancers | 4399 | 8.00% | 4682 | 8.50% | 0.001 | 1.10(1.06–1.15) | <0.001 |
| Prostate cancer | 306 | 1.20% | 313 | 1.20% | 0.404 | 1.07(0.91–1.25) | 0.411 |
| Ovarian cancer | 54 | 0.20% | 42 | 0.10% | 0.131 | 0.79(0.53–1.18) | 0.249 |
| Cervix cancer | 166 | 0.60% | 155 | 0.50% | 0.288 | 0.95(0.76–1.18) | 0.635 |
| Uterine cancer | 67 | 0.20% | 53 | 0.20% | 0.117 | 0.80(0.55–1.14) | 0.213 |
| Breast cancer (female) | 407 | 1.40% | 455 | 1.60% | 0.053 | 1.13(0.99–1.29) | 0.078 |
| Skin cancer | 203 | 0.40% | 189 | 0.30% | 0.479 | 0.97(0.79–1.18) | 0.748 |
| Thyroid cancer | 96 | 0.20% | 90 | 0.20% | 0.661 | 0.94(0.71–1.26) | 0.698 |
| Renal cancer | 154 | 0.30% | 181 | 0.30% | 0.14 | 1.21(0.98–1.50) | 0.080 |
| Bladder cancer | 177 | 0.30% | 181 | 0.30% | 0.437 | 1.06(0.86–1.30) | 0.592 |
| Bone cancer | 3 | 0.00% | 4 | 0.00% | 0.5 | 1.35(0.30–6.02) | 0.696 |
| Lung cancer | 575 | 1.00% | 649 | 1.20% | 0.033 | 1.17(1.05–1.31) | 0.005 |
| Pancreas cancer | 93 | 0.20% | 121 | 0.20% | 0.056 | 1.35(1.03–1.77) | 0.030 |
| Rectal cancer | 286 | 0.50% | 304 | 0.60% | 0.483 | 1.10(0.93–1.29) | 0.266 |
| Colon cancer | 527 | 1.00% | 492 | 0.90% | 0.271 | 0.96(0.85–1.09) | 0.569 |
| Gastric cancer | 210 | 0.40% | 255 | 0.50% | 0.037 | 1.26(1.05–1.52) | 0.012 |
| Esophageal cancer | 82 | 0.10% | 101 | 0.20% | 0.161 | 1.27(0.95–1.70) | 0.107 |
| Oral Cancer | 191 | 0.30% | 161 | 0.30% | 0.122 | 0.86(0.70–1.06) | 0.153 |
| Liver cancer | 619 | 1.10% | 711 | 1.30% | 0.012 | 1.22(1.09–1.36) | <0.001 |

**Figure 2.** Number and proportion of 18 different cancer reports in the ranitidine and non-ranitidine cohorts and the associated proportional reporting ratios and 95% confidence intervals in multivariate Cox proportional hazards regression adjusted for competing mortality.



**Figure 3.** Cumulative incidences of single cancers after adjustment for competing risks. (**A**) Liver cancer, (**B**) lung cancer, (**C**) gastric cancer, and (**D**) pancreatic cancer.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

Table 2 shows the incidence of each cancer. The incidence rate was 9.19 per 1000 person-years in the ranitidine group and 8.49 per 1000 person-years in the non-ranitidine group. The incidence rates of certain cancers were greater in the group exposed to ranitidine than in the unexposed group. Ranitidine use was associated with some individual cancers with a high incidence rate (per 1000 person-years); these cancers were liver (1.35 vs. 1.16), lung (1.23 vs. 1.07), gastric (0.48 vs. 0.39), and pancreatic (0.23 vs. 0.17) cancers.

**Table 2.** Incidence rates of individual cancers (per 1000 person-years).

| Cancers | Untreated | Incidence Rate * | (95% CI) | Ranitidine | Incidence Rate * | (95% CI) |
|---|---|---|---|---|---|---|
| Liver cancer | 619 | 1.16 | (1.07–1.25) | 711 | 1.35 | (1.25–1.45) |
| Oral Cancer | 191 | 0.36 | (0.30–0.41) | 161 | 0.30 | (0.26–0.36) |
| Esophageal cancer | 82 | 0.15 | (0.12–0.19) | 101 | 0.19 | (0.16–0.23) |
| Gastric cancer | 210 | 0.39 | (0.34–0.44) | 255 | 0.48 | (0.43–0.55) |
| Colon cancer | 527 | 0.99 | (0.90–1.07) | 492 | 0.93 | (0.85–1.02) |
| Rectal cancer | 286 | 0.53 | (0.47–0.60) | 304 | 0.58 | (0.51–0.64) |
| Pancreas cancer | 93 | 0.17 | (0.14–0.21) | 121 | 0.23 | (0.19–0.27) |
| Lung cancer | 575 | 1.07 | (0.98–1.16) | 649 | 1.23 | (1.14–1.33) |
| Bone cancer | 3 | 0.01 | (0.00–0.02) | 4 | 0.01 | (0.00–0.02) |
| Bladder cancer | 177 | 0.33 | (0.28–0.38) | 181 | 0.34 | (0.30–0.40) |
| Renal cancer | 154 | 0.29 | (0.25–0.33) | 181 | 0.34 | (0.30–0.40) |
| Thyroid cancer | 96 | 0.18 | (0.14–0.21) | 90 | 0.17 | (0.14–0.21) |
| Skin cancer | 203 | 0.38 | (0.33–0.43) | 189 | 0.36 | (0.31–0.41) |
| Breast cancer (female) | 407 | 0.76 | (0.69–0.83) | 455 | 0.86 | (0.79–0.95) |
| Uterine cancer | 67 | 0.12 | (0.09–0.15) | 53 | 0.10 | (0.08–0.13) |
| Cervix cancer | 166 | 0.31 | (0.27–0.36) | 155 | 0.29 | (0.25–0.34) |
| Ovarian cancer | 54 | 0.10 | (0.08–0.13) | 42 | 0.08 | (0.06–0.11) |
| Prostate cancer | 306 | 0.57 | (0.51–0.63) | 313 | 0.59 | (0.53–0.66) |
| All cancers | 4399 | 8.49 | (8.24–8.73) | 4682 | 9.19 | (8.93–9.45) |

* Incidence rate (per 1000 person-years).

### 3.1. Ranitidine Duration Effect on Cancer Development

The effect of ranitidine use on the risk of progression to significant individual cancers (e.g., liver cancer, gastric cancer, lung cancer, and pancreatic cancer) was assessed by multivariate Cox regression analysis adjusted for age, sex, CCI, co-medications (aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral therapy for HBV or HCV infection), comorbidities (HCD, hyperlipidemia, DM, and CKD), and the calendar date at the start of follow-up.

Ranitidine users were divided into groups according to drug exposure: 90–180 DDDs, 181–270 DDDs, 271–360 DDDs, >360 DDDs, and an unexposed group. After adjusting for potential confounders, we found that ranitidine use was a potential risk factor for liver cancer development. For patients with relatively limited exposure to ranitidine (<360 DDDs), ranitidine did not significantly affect the risk of developing liver cancer compared with nonusers (Figure 4). However, increased ranitidine exposure was associated with liver cancer risk. For patients with >360 DDDs, the adjusted HR of liver cancer development was 1.42 (95% CI: 1.22–1.66; $p < 0.001$) compared with that in the non-ranitidine group (Table 3).

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469



**Figure 4.** Cumulative incidences of liver cancer for different prescription durations after adjustment for competing risks. Abbreviations: DDDs, defined daily doses.

**Table 3.** Estimates for the association between ranitidine use duration and cancer risk compared with non-ranitidine use by multivariate Cox proportional hazards regression.

|  | Liver Cancer | p | Gastric Cancer | p | Lung Cancer | p | Pancreatic Cancer | p |
|---|---|---|---|---|---|---|---|---|
| Never used | 1.00 |  | 1.00 |  | 1.00 |  | 1.00 |  |
| 90–180 DDDs * | 1.03 (0.89–1.18) | 0.690 | 1.26 (1.00–1.59) | 0.049 | 1.25 (1.09–1.44) | 0.002 | 1.64 (1.19–2.26) | 0.003 |
| 181–270 DDDs | 1.12 (0.93–1.34) | 0.220 | 1.13 (0.82–1.54) | 0.452 | 1.09 (0.90–1.32) | 0.403 | 1.10 (0.69–1.77) | 0.682 |
| 271–360 DDDs | 1.26 (0.99–1.61) | 0.064 | 1.27 (0.84–1.93) | 0.252 | 1.31 (1.02–1.68) | 0.032 | 0.92 (0.45–1.89) | 0.816 |
| Over 360 DDDs | 1.42 (1.22–1.66) | <0.001 | 1.33 (1.02–1.74) | 0.037 | 1.04 (0.87–1.24) | 0.658 | 1.22 (0.80–1.85) | 0.358 |

* Abbreviations: DDDs, defined daily doses.

Regression was adjusted for age, sex, the Charlson comorbidity index, co-medications (aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors, and antiviral therapy for hepatitis B or C), comorbidities (hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, and chronic kidney disease), and calendar year at the start of follow-up.

### 3.2. Comparison between Ranitidine and Famotidine for the Association with Patient Outcomes

To avoid potential indication bias, we selected non-ranitidine users (control subjects) by PSM for the famotidine cohort, with a ranitidine–famotidine ratio of 1:1. This subgroup was added to determine whether the use of ranitidine increases the risk of developing cancers due to the related indication.

We screened the risk for cancer in the ranitidine ($n$ = 35,269) and famotidine ($n$ = 35,269) cohorts (Figure 1). Ranitidine users who were statistically matched with famotidine users were selected, adjusting for the following factors: age, sex, indications, co-medications, and comorbidities.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

The prevalence of overall cancer was 3052 (8.7%) in the ranitidine group and 2924 (8.3%) in the famotidine group. The overall cancer risk was statistically different between these two groups (adjusted HR, 1.07; 95% CI, 1.02–1.12, $p = 0.010$). Significant differences were also observed in liver (adjusted HR, 1.22; 95% CI, 1.06–1.40, $p = 0.005$) and renal cancer (adjusted HR, 1.33; 95% CI, 1.02–1.73, $p = 0.034$) outcomes between the two groups (Table 4).

In the Kaplan–Meier analysis, we found that liver cancer risk was significantly different between the ranitidine and famotidine cohorts with a balanced model ($p = 0.019$, Figure 5A). Moreover, the liver cancer risk was significantly higher in the ranitidine cohort than in non-ranitidine with famotidine and non-ranitidine without famotidine cohorts ($p < 0.001$ and $p = 0.02$, respectively; Figure 5B). Therefore, the pattern of the cumulative incidence of liver cancer was the same in the non-ranitidine groups, regardless of famotidine use.



**Figure 5.** (**A**) Cumulative incidences of liver cancer between ranitidine and famotidine users after adjustment for competing risks. (**B**) Cumulative incidences of liver cancer among ranitidine, non-ranitidine with famotidine, and non-ranitidine without famotidine users after adjustment for competing risks.

**Table 4.** Risk of cancer between famotidine and ranitidine users.

| Cancers | Famotidine | % | Ranitidine | % | Total | *p*-Value | HR (95% CI) | *p*-Value |
|---|---|---|---|---|---|---|---|---|
| Liver cancer | 380 | 1.1% | 442 | 1.3% | 822 | 0.032 | 1.22(1.06–1.40) | 0.005 |
| Oral cancer | 125 | 0.4% | 107 | 0.3% | 232 | 0.237 | 0.87(0.67–1.12) | 0.286 |
| Esophageal cancer | 52 | 0.1% | 60 | 0.2% | 112 | 0.451 | 1.19(0.82–1.72) | 0.364 |
| Gastric cancer | 142 | 0.4% | 165 | 0.5% | 307 | 0.208 | 1.19(0.95–1.49) | 0.122 |
| Colon cancer | 365 | 1.0% | 309 | 0.9% | 674 | 0.033 | 0.86(0.74–1.01) | 0.059 |
| Rectal cancer | 193 | 0.5% | 195 | 0.6% | 388 | 0.919 | 1.03(0.84–1.26) | 0.768 |
| Pancreas cancer | 66 | 0.2% | 80 | 0.2% | 146 | 0.281 | 1.25(0.90–1.73) | 0.186 |
| Lung cancer | 356 | 1.0% | 400 | 1.1% | 756 | 0.116 | 1.15(1.00–1.33) | 0.052 |
| Bone cancer * | n/a | n/a | n/a | n/a | n/a | n/a | 1.51(0.25–9.03) | 0.652 |
| Bladder cancer | 116 | 0.3% | 117 | 0.3% | 233 | 0.948 | 1.03(0.80–1.33) | 0.830 |
| Renal cancer | 98 | 0.3% | 128 | 0.4% | 226 | 0.053 | 1.33(1.02–1.73) | 0.034 |
| Thyroid cancer | 71 | 0.2% | 63 | 0.2% | 134 | 0.545 | 0.89(0.64–1.25) | 0.514 |
| Skin cancer | 137 | 0.4% | 137 | 0.4% | 274 | 1.000 | 1.02(0.81–1.30) | 0.842 |
| All cancers | 2924 | 8.3% | 3052 | 8.7% | 5976 | 0.086 | 1.07(1.02–1.12) | 0.010 |

* According to the data protection policy of NHIRD, the data on cancers with <3 cases cannot be provided.

### 3.3. Comparison between Ranitidine and PPIs for Their Association with Liver Cancer

Considering another potential indication bias, we categorized the non-ranitidine users (control subjects) into those with and without PPI use. This subgroup analysis aimed to

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

determine whether ranitidine use increased liver cancer risk due to an alternative medicine with a related indication.

We screened the risk for cancer in the ranitidine ($n = 55,110$), ranitidine without PPI ($n = 51,361$), and ranitidine with PPI ($n = 3749$) cohorts (Figure 6). Ranitidine users were selected to adjust for the following factors: age, sex, indications, co-medications, and comorbidities.

The liver cancer risk was significantly higher in the ranitidine group than in the non-ranitidine without PPI group (adjusted HR, 1.16; 95% CI, 1.04–1.30, $p = 0.006$). Furthermore, liver cancer risk was significantly lower in the non-ranitidine with PPI group than in the non-ranitidine without PPI group (adjusted HR, 0.49; 95% CI, 0.33–0.75, $p = 0.001$). In the Kaplan–Meier analysis, we found that liver cancer risk was significantly higher in the ranitidine group than in the non-ranitidine without PPI and non-ranitidine with PPI groups ($p = 0.032$ and $p < 0.001$, respectively; Figure 6).



**Figure 6.** Cumulative incidences of liver cancer among ranitidine, non-ranitidine with PPI, and non-ranitidine without PPI users after adjustment for competing risks.

## 4. Discussion

The current research, a population-level epidemiologic study, evaluated cancer risk attributed to long-term ranitidine use with NDMA exposure, which was linked to a higher liver cancer risk than the non-ranitidine group and the famotidine group. Several epidemiological analyses have reported the public health concern of NDMA exposure, which has been linked to an increased risk of stomach and colon cancers [11,12,35]. The carcinogenic effects of NDMA theoretically result from inducing DNA-damaging metabolites in the gastrointestinal tract and liver, as suggested by animal studies. Notably, NDMA is metabolized in the liver by CYP2E1 to methyl diazonium, leading to mutations caused by methylation and the development of liver cancer [3,36]. Several studies have reported that hypoacidity due to acid-suppressive medication use also plays a critical role in the development of liver and gastric cancers. The hypothesized mechanisms include bacterial overgrowth, the formation of N-nitroso compounds, lipopolysaccharides, and deoxycholic acid, which have been linked to the development of liver cancer [37–43]. Additionally, higher gastrin levels following PPI or H2RA use may be associated with gastrointestinal malignancies [44,45].

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

Therefore, it is reasonable to assume that a link between acid-suppressive medication use and cancer development may be based on differing mechanisms. However, the clear data from our real-world observational study strongly support the pathogenic role of NDMA contamination, given that long-term ranitidine use is associated with a higher likelihood of cancer development in ranitidine users compared to the control groups of non-ranitidine users who were treated with PPIs or famotidine. Conversely, an increasing number of recent clinical and epidemiological studies [14,15] concluded that there is no convincing evidence of the carcinogenic potency of ranitidine. Nevertheless, the limitations of the two studies mentioned above should be considered since their small sample size and short follow-up duration may cause statistical bias and inaccurate conclusions. One notable strength of our study is the huge population size selected from a high-quality nationwide and population-based database with a long follow-up period of 18 years. Specifically, it was based on a cohort design of a seemingly prospective technique to explore ranitidine exposure and cancer outcomes. Additionally, outcome data were retrieved from formal cancer registries, which are more accurate than other sources. Using PSM, our study constructed an artificial control group (non-ranitidine users) with similar characteristics by combining it with additional matching for multiple prognostic factors or regression adjustment. Using these matches, we estimated the impact of ranitidine intervention on cancer risk, which showed increased odds of developing liver, lung, pancreatic, and gastric cancers. The Kaplan–Meier analysis of our 18-year dataset confirmed these findings.

We included a second active comparator group of individuals who were also pre-scribed famotidine, containing no NDMA and used for an almost identical indication, which might minimize potential bias to clarify potential confounding by indication.

The overall cancer risk was statistically different between these two groups compared with famotidine or non-ranitidine users. Notably, liver and renal cancers were more common among ranitidine users. Furthermore, the Kaplan–Meier analysis revealed that liver cancer risk was significantly higher in the ranitidine cohort than in the famotidine cohort. Our study observed this outcome using non-ranitidine users as a control group. Additionally, this result contradicts other reports [14,15]. Therefore, based on a direct comparison with either the non-ranitidine group or the famotidine group (similar indication to ranitidine users), only liver cancer displayed a significant association with long-term ranitidine use. This approach was used to ameliorate the implicit indication bias that occurs when the cancer risk is related to the indication for medication use but not to the use of the medication itself [46].

Another comparative approach in our study revealed the association of ranitidine usage with four individual cancers with a high incidence rate (per 1000 person-years), in-cluding liver, lung, gastric, and pancreatic cancers, compared with the general population. However, as stated by Roberts et al. [27,47,48], the preference for a pharmacoepidemiological study of drug safety is to develop a new-user design rather than a prevalent-user design in which patients have already been receiving therapy for some time before the study follow-up begins. Therefore, our study used 1 year as the washout period, during which the participants were taken off ranitidine, to remove the effects of treatment before the study initiation. Nonetheless, ranitidine still showed similar results after excluding "protopathic bias" [49], meaning that ranitidine use sometimes precedes cancer development before it is diagnosed.

A positive quality of our study is the use of PSM [50] in a population-based cohort design, which imitates a randomized trial to control for confounding factors that mostly depend on selecting the documented confounders used in the matching model [51]. These potential confounders in our study, which were causally associated with cancer develop-ment, include age, sex, CCI, comorbidities, and medications. Nonetheless, PSM cannot specifically balance unknown factors as randomized controlled trials (RCTs) do. Therefore, some experts [52] argued that substantial bias exists in a PSM study, which is one of our study limitations. However, despite having this limitation, PSM potentially takes advan-tage of the ability to generate a huge sample size from a large database within a short time.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

Moreover, it is impractical and unethical to conduct an RCT to test the carcinogenicity of ranitidine in a patient.

In an additional dose–response subanalysis, given that drug–cancer associations are mostly dose-dependent, we further stratified the extent of NDMA exposure by cumulative ranitidine usage based on drug exposure: 90–180 DDDs, 181–270 DDDs, 271–360 DDDs, >360 DDDs, and an unexposed group. Notably, when considering the dose–response of ranitidine usage, there were significant trends of increased liver cancer risk with an increasing dose of ranitidine. However, there was no continuous dose–response relationship among the other individual cancers. Additionally, Iwagami et al. [14] reported contrary results, although they acknowledged a weakness in the study design due to the limited sample size and statistical power.

The conclusive results of our study after gathering data emphasize that consuming high levels of NDMA due to ranitidine use is linked to liver cancer development. Many current pieces of evidence based on several animal studies propose that NDMA affects liver cancer development, mostly originating from a detailed exploration of the molecular basis of NDMA's carcinogenic action [53–57]. For example, Souliotis et al. [58] reported that rats exposed to hepatocarcinogenic NDMA (0.2–2.64 ppm in the drinking water) for up to 180 days had a rapid accumulation of N7- and O6-methylguanine in the liver and white blood cells. The analysis of DNA, with the maximum adduct levels reached within 1–7 days dose-dependently, indicates that the accumulation of DNA damage and alterations in hepatocyte DNA replication during chronic NDMA exposure may influence the dose dependence of its carcinogenic efficacy. Notably, in the actual scenario, our result agrees with the above experimental data on the cumulative dose of ranitidine usage, which plays a vital role in hepatocarcinogenesis.

The present study has several limitations. First, it was constrained by the study design since we could not accurately estimate the NDMA level. Second, there were no data available in our database regarding certain confounders, such as alcohol consumption and cigarette smoking. Third, the patients' medication compliance cannot be detected from the NHIRD. Fourth, there was scarce information regarding over-the-counter ranitidine usage, which caused the underestimation of ranitidine exposure. Fifth, the NHIRD data used in our study was not the most recent. Sixth, the NHIRD lacks specific laboratory information. Finally, potential misdiagnosis, including comorbidities and cancer categories, is possible in the NHIRD due to the potential misclassification of ICD-9-CM and ICD-10-CM codes.

## 5. Conclusions

To conclude, the clinically meaningful results of this large-scale, longitudinal population-based cohort study using an excellent prescription and cancer database provide concrete evidence with very convincing long-term follow-up information for exploring the causative role of ranitidine in increasing the risk of carcinogenic effects on the liver, which was primarily caused by increasingly heavier ranitidine usage. However, to elucidate the underlying mechanisms of its causal association, further studies are necessary.

**Author Contributions:** Conceptualization, C.-H.W. and I.-I.C.; methodology, Y.-T.T.; software, Y.-T.T.; validation, Y.-T.T.; formal analysis, Y.-T.T.; investigation, C.-H.W. and I.-I.C.; resources, C.-H.W. and C.-H.C.; data curation, C.-H.W.; writing—original draft preparation, C.-H.W.; writing—review and editing, I.-I.C.; visualization, Y.-T.T.; supervision, C.-H.W.; project administration, C.-H.W.; funding acquisition, C.-H.W. and C.-H.C. All authors have read and agreed to the published version of the manuscript.

**Funding:** This research was funded by grant number RD-111-05, and the APC was funded by Tainan Municipal Hospital.

**Institutional Review Board Statement:** The study was conducted in accordance with the Declaration of Helsinki and approved by the Institutional Review Board of Show Chwan Memorial Hospital (IRB-No: 1101105) for studies involving humans.

**Informed Consent Statement:** Considering that the NHIRD dataset consists of encrypted secondary data, each person is impossible to identify; thus, the informed consent requirement was waived.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

**Data Availability Statement:** The NHIRD protects personal electronic data by rigorous confidentiality guidelines. The results presented in the study are available from the NHIRD of Taiwan for researchers who meet the criteria for access to confidential data, which cannot be shared publicly because of legal restrictions imposed by the government of Taiwan under the "Personal Information Protection Act". Requests for data can be sent as a formal proposal to the NHIRD (https://dep.mohw.gov.tw/dos/np-2497-113.html, accessed on 1 August 2022). The contact information for needed data is: 886-2-85906828; Email: sthuiying@mohw.gov.tw.

**Conflicts of Interest:** The authors declare no conflict of interest. The funding sources had no role in the design, analysis, interpretation, or reporting of results or in the decision to submit the manuscript for publication.

## References

1. Lipsy, R.J.; Fennerty, B.; Fagan, T.C. Clinical review of histamine2 receptor antagonists. *Arch. Intern. Med* **1990**, *150*, 745–751. [CrossRef] [PubMed]
2. Vermeer, N.S.; Straus, S.M.; Mantel-Teeuwisse, A.K.; Domergue, F.; Egberts, T.C.; Leufkens, H.G.; De Bruin, M.L. Traceability of biopharmaceuticals in spontaneous reporting systems: A cross-sectional study in the FDA Adverse Event Reporting System (FAERS) and EudraVigilance databases. *Drug Saf.* **2013**, *36*, 617–625. [CrossRef] [PubMed]
3. Tricker, A.R.; Preussmann, R. Carcinogenic N-nitrosamines in the Diet: Occurrence, Formation, Mechanisms and Carcinogenic Potential. *Mutat. Res. Genet. Toxicol.* **1991**, *259*, 277–289. [CrossRef]
4. U.S. Food and Drug Administration. FDA Updates and Press Announcements on NDMA in Zantac (Ranitidine). Available online: https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcementsndma-zantac-ranitidine (accessed on 16 April 2020).
5. European Medicines Agency. EMA Reviewing Medicines Containing Valsartan from Zhejiang Huahai Following the Detection of an Impurity. 2018. Available online: http://www.ema.europa.eu/ema/index.jsp?curl=pages/news_and_events/news/2018/07/news_detail_002984.jsp&mid=WC0b01ac058004d5c1 (accessed on 24 August 2018).
6. Mahase, E. FDA recalls ranitidine medicines over potential cancer causing impurity. *BMJ* **2019**, *367*, I5832. [CrossRef]
7. Medicines and Healthcare Products Regulatory Agency. Class 2 Medicines Recall: Zantac Injection 50 mg/2 mL, Zantac Syrup 150 mg/10 mL, Zantac Tablets 150 mg, Zantac Tablets 300 mg (EL (19)A 24). 8 October 2019. Available online: https://www.gov.uk/drug-devic-alerts/class-2-medicines-recall-zantac-injection-50mg-2ml-zantac-syrup-150mg-10ml-zantac-tablets-150mg-zantac-tablets-300mg-el-19-a-24 (accessed on 22 June 2020).
8. Lijinsky, W.; Reuber, M.D. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. *Cancer Lett.* **1984**, *22*, 83–88. [CrossRef]
9. International Agency for Research on Cancer. Overall Evaluations of Carcinogenicity: And Updating of IARC Monographs, Volume 1 to 42. In *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Supplement 7*; IARC: Lyon, France, 1987; Volume 7, pp. 1–440.
10. Brambilla, G.; Cavanna, M.; Faggin, P.; Maura, A.; Pino, A.; Ricci, R.; Robbiano, L. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. *Carcinogenesis* **1983**, *4*, 1281–1285. [CrossRef]
11. Loh, Y.H.; Jakszyn, P.; Luben, R.N.; Mulligan, A.A.; Mitrou, P.N.; Khaw, K.T. *N*-Nitroso compounds and cancer incidence: The European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am. J. Clin. Nutr.* **2011**, *93*, 1053–1061. [CrossRef]
12. Zhu, Y.; Wang, P.P.; Zhao, J.; Green, R.; Sun, Z.; Roebothan, B.; Squires, J.; Buehler, S.; Dicks, E.; Zhao, J.; et al. Dietary N-nitroso compounds and risk of colorectal cancer: A case-control study in Newfoundland and Labrador and Ontario, Canada. *Br. J. Nutr.* **2014**, *111*, 1109–1117. [CrossRef]
13. Habel, L.A.; Levin, T.R.; Friedman, G.D. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol. Drug Saf.* **2000**, *9*, 149–155. [CrossRef]
14. Iwagami, M.; Kumazawa, R.; Miyamoto, Y.; Ito, Y.; Ishimaru, M.; Morita, K.; Hamada, S.; Tamiya, N.; Yasunaga, H. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005–2018. *Drug Saf.* **2021**, *44*, 361–371. [CrossRef]
15. Yoon, H.J.; Kim, J.-H.; Seo, G.H.; Park, H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J. Clin. Med.* **2021**, *10*, 153. [CrossRef]
16. Kantor, E.D.; O'Connell, K.; Du, M.; Mendelsohn, R.B.; Liang, P.S.; Braunstein, L.Z. Ranitidine use and cancer risk: Results from UK Biobank. *Gastroenterology* **2021**, *160*, 1856–1859. [CrossRef]
17. Cardwell, C.R.; McDowell, R.D.; Hughes, C.M.; Hicks, B.; Murchie, P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am. J. Gastroenterol.* **2021**, *116*, 1612–1619. [CrossRef]
18. McGwin, G. The Associa-tion between Ranitidine Use and Gas-trointestinal Cancers. *Cancers* **2021**, *13*, 24. [CrossRef]
19. Song, P.; Wu, L.; Guan, W. Dietary nitrates, nitrites, and nitrosamines intake and the risk of gastric cancer: A meta-analysis. *Nutrients* **2015**, *7*, 9872–9895. [CrossRef]

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

20. Hidajat, M.; McElvenny, D.M.; Ritchie, P.; Darnton, A.; Mueller, W.; Van Tongeren, M.; De Vocht, F. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup. Environ. Med.* **2019**, *76*, 250–258. [CrossRef]

21. Tran-Duy, A.; Spaetgens, B.; Hoes, A.W.; de Wit, N.J.; Stehouwer, C.D. Use of proton pump inhibitors and risks of fundic gland polyps and gastric cancer: Systematic review and meta-analysis. *Clin. Gastroenterol. Hepatol.* **2016**, *14*, 1706–1719. [CrossRef]

22. Cheung, K.S.; Chan, E.W.; Wong, A.Y.; Chen, L.; Wong, I.C.; Leung, W.K. Long-term proton pump inhibitors and risk of gastric cancer development after treatment for Helicobacter pylori: A population-based study. *Gut* **2018**, *67*, 28–35. [CrossRef]

23. Li, D.K.; Yan, P.; Abou-Samra, A.B.; Chung, R.T.; Butt, A.A. Proton pump inhibitors are associated with accelerated development of cirrhosis, hepatic decompensation and hepatocellular carcinoma in noncirrhotic patients with chronic hepatitis C infection: Results from ERCHIVES. *Aliment. Pharmacol. Ther.* **2018**, *47*, 246–258. [CrossRef]

24. Lai, S.W.; Liao, K.F.; Lai, H.C.; Lin, C.L.; Sung, F.C. Proton pump inhibitors and risk of hepatocellular carcinoma: A case-control study in Taiwan. *Acta Gastro-Enterol. Belg.* **2013**, *76*, 348–350.

25. Kao, W.-Y.; Su, C.-W.; Tan, E.C.-H.; Lee, P.-C.; Chen, P.-H.; Tang, J.-H.; Huang, Y.-H.; Huo, T.-L.; Chang, C.-C.; Hou, M.-C.; et al. Proton pump inhibitors and risk of hepatocellular carcinoma in patients with chronic hepatitis B or C. *Hepatology* **2019**, *69*, 1151–1164. [CrossRef] [PubMed]

26. Kim, S.; Jeong, S.; Park, S.J.; Chang, J.; Choi, S.; Cho, Y.; Ahn, J.C.; Lee, G.; Son, J.S.; Park, S.M. Association between Proton Pump Inhibitor Use and Risk of Hepatocellular Carcinoma: A Korean Nationally Representative Cohort Study. *J. Clin. Med.* **2022**, *11*, 2865. [CrossRef] [PubMed]

27. World Health Organization. ATC/DDD Index 2020. Available online: https://www.whocc.no/atc_ddd_index/ (accessed on 22 June 2020).

28. Wesdorp, I.C.; Dekker, W.; Klinkenberg-Knol, E.C. Treatment of reflux oesophagitis with ranitidine. *Gut* **1983**, *24*, 921–924. [CrossRef]

29. Ashton, M.G.; Holdsworth, C.D.; Ryan, F.P.; Moore, M. Healing of gastric ulcers after one, two, and three months of ranitidine. *Br. Med. J. (Clin. Res. Ed.)* **1982**, *284*, 467–468. [CrossRef] [PubMed]

30. Roberts, A.W.; Dusetzina, S.B.; Farley, J.F. Revisiting the washout period in the incident user study design: Why 6–12 months may not be sufficient. *J. Comp. Eff. Res.* **2015**, *4*, 27–35. [CrossRef]

31. Greifer, N. Estimating Effects After Matching. MatchIt: Nonparametric Preprocessing for Parametric Causal Inference. Available online: https://cran.r-project.org/web/packages/MatchIt/vignettes/estimating-effects.html (accessed on 1 August 2022).

32. Abadie, A.; Spiess, J. Robust post-matching inference. *J. Am. Stat. Assoc.* **2022**, *117*, 983–995. [CrossRef]

33. Higbee, J.D.; Lefler, J.S.; Burnett, R.T; Ezzati, M.; Marshall, J.D.; Kim, S.-Y.; Bechle, M.; Robinson, A.L.; Pope, C.A., III. Estimating long-term pollution exposure effects through inverse probability weighting methods with Cox proportional hazards models. *Environ. Epidemiol.* **2020**, *4*, e085. [CrossRef]

34. Davison, A.C.; Hinkley, D.V. *Bootstrap Methods and Their Application*; Cambridge University Press: Cambridge, UK, 2013.

35. Knekt, P.; Järvinen, R.; Dich, J.; Hakulinen, T. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: A follow-up study. *Int. J. Cancer* **1999**, *80*, 852–856. [CrossRef]

36. Bartsch, H.; KO'Neill, I. Ninth International Meeting on N-Nitroso Compounds: Exposures, Mechanisms, and Relevance to Human Cancer. *Cancer Res.* **1988**, *48*, 4711–4714.

37. Thorens, J.; Froehlich, F.; Schwizer, W.; Saraga, E.; Bille, J.; Gyr, K.; Duroux, P.; Nicolet, M.; Pignatelli, B.; Blum, A.L.; et al. Bacterial overgrowth during treatment with omeprazole compared with cimetidine: A prospective randomised double blind study. *Gut* **1996**, *39*, 54–59. [CrossRef]

38. Laine, L.; Ahnen, D.; McClain, C.; Solcia, E.; Walsh, J.H. potential gastrointestinal effects of long-term acid suppression with proton pump inhibitors. *Aliment. Pharmacol. Ther.* **2000**, *14*, 651–668. [CrossRef]

39. Tao, X.; Wang, N.; Qin, W. Gut microbiota and hepatocellular carcinoma. *Gastrointest. Tumors* **2015**, *2*, 33–40. [CrossRef]

40. Tannenbaum, S.R. N-nitroso compounds: A perspective on human exposure. *Lancet* **1983**, *1*, 629–632. [CrossRef]

41. Mitacek, E.J.; Brunnemann, K.D.; Suttajit, M.; Martin, N.; Limsila, T.; Ohshima, H.; Caplan, L.S. Exposure to N-nitroso compounds in a population of high liver cancer regions in Thailand: Volatile nitrosamine (VNA) levels in Thai food. *Food Chem. Toxicol.* **1999**, *37*, 297–305. [CrossRef]

42. Jirillo, E.; Caccavo, D.; Magrone, T.; Piccigallo, E.; Amati, L.; Lembo, A.; Kalis, C.; Gumenscheimer, M. The role of the liver in the response to LPS: Experimental and clinical findings. *J. Endotoxin Res.* **2002**, *8*, 319–327. [CrossRef]

43. Darnaud, M.; Faivre, J.; Moniaux, N. Targeting gut flora to prevent progression of hepatocellular carcinoma. *J. Hepatol.* **2013**, *58*, 385–387. [CrossRef]

44. Orlando, L.A.; Lenard, L.; Orlando, R.C. Chronic hypergastrinemia: Causes and consequences. *Dig. Dis. Sci.* **2007**, *52*, 2482–2489. [CrossRef]

45. Moore, T.C.; Jepeal, L.I.; Boylan, M.O.; Singh, S.K.; Boyd, N.; Beer, D.G.; Chang, A.J.; Wolfe, M.M. Gastrin stimulates receptor-mediated proliferation of human esophageal adenocarcinoma cells. *Regul. Pept.* **2004**, *120*, 195–203. [CrossRef]

46. Salas, M.; Hotman, A.; Stricker, B.H. Confounding by indication: An example of variation in the use of epidemiologic terminology. *Am. J. Epidemiol.* **1999**, *149*, 981–983. [CrossRef]

47. Ray, W.A. Evaluating medication effects outside of clinical trials: New-user designs. *Am. J. Epidemiol.* **2003**, *158*, 915–920. [CrossRef]

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

48. Perrio, M.; Waller, P.C.; Shakir, S.A. An analysis of the exclusion criteria used in observational pharmacoepidemiological studies. *Pharmacoepidemiol. Drug Saf.* **2007**, *16*, 329–336. [CrossRef]

49. Horwitz, R.I.; Feinstein, A.R. The problem of "protopathic bias" in case-control studies. *Am. J. Med.* **1980**, *68*, 255–258. [CrossRef]

50. Stürmer, T.; Joshi, M.; Glynn, R.J.; Avorn, J.; Rothman, K.J.; Schneeweiss, S. A review of the application of propensity score methods yielded increasing use, advantages in specific settings, but not substantially different estimates compared with conventional multivariable methods. *J. Clin. Epidemiol.* **2006**, *59*, 437.e1–437.e24. [CrossRef] [PubMed]

51. Hallas, J.; Pottegård, A. Use of self-controlled designs in pharmacoepidemiology. *J. Intern. Med.* **2014**, *275*, 581–589. [CrossRef] [PubMed]

52. Peikes, D.N.; Moreno, L.; Orzol, S.M. Propensity score matching: A note of caution for evaluators of social programs. *Am. Stat.* **2008**, *62*, 222–231. [CrossRef]

53. Swenberg, J.A.; Bedell, M.A.; Billings, K.C.; Umbenhauer, D.R.; Pegg, A.E. Cell-specific differences in O6-alkylguanine DNA repair activity during continuous exposure to carcinogen. *Proc. Natl. Acad. Sci. USA* **1982**, *79*, 5499–5502. [CrossRef]

54. Bedell, M.A.; Lewis, J.G.; Billings, K.C.; Swenberg, J.A. Cell specificity in hepatocarcinogenesis: 06-methylguanine preferentially accumulates in target cell DNA during continuous exposure of rats to 1,2-dimethylhydrazine. *Cancer Res.* **1982**, *42*, 3079–3083.

55. Dumenco, L.L.; Allay, E.; Norton, K.; Gerson, S.L. The prevention of thymic lymphomas in transgenic mice by human O6-alkylguanine-DNA alkyltransferase. *Science* **1993**, *259*, 219–222. [CrossRef]

56. Nakatsuru, Y.; Matsukuma, S.; Nemoto, N.; Sugano, H.; Sekiguchi, M.; Ishikawa, T. O6-methylguanine-DNA methyltransferase protects against nitrosamine-induced hepatocarcinogenesis. *Proc. Natl. Acad. Sci. USA* **1993**, *90*, 6468–6472. [CrossRef]

57. Zaidi, N.H.; Pretlow, T.P.; O'Riordan, M.A.; Dumenco, L.L.; Allay, E.; Gerson, S.L. Transgenic expression of human MGMT protects against azoxymethane-induced aberrant crypt foci and G to A mutations in the K-ras oncogene of mouse colon. *Carcinogenesis* **1995**, *16*, 451–456. [CrossRef]

58. Souliotis, V.L.; Henneman, J.R.; Reed, C.D.; Chhabra, S.K.; Diwan, B.A.; Anderson, L.M.; Kyrtopoulos, S.A. DNA adducts and liver DNA replication in rats during chronic exposure to N-nitrosodimethylamine (NDMA) and their relationships to the dose-dependence of NDMA hepatocarcinogenesis. *Mutat. Res. Fundam. Mol. Mech. Mutagen.* **2002**, *500*, 75–87. [CrossRef]

# EXHIBIT 728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 2924<br>20-MD-2924 |

RULE 26 EXPERT REPORT OF
JENNIFER LE, PHARMD, MAS, BCPS-ID, FIDSA, FCCP, FCSHP

Date: January 24, 2022

_____
Jennifer Le, PharmD, MAS, BCPS-ID, FIDSA, FCCP, FCSHP

**Exhibit
0002**

**Expert Report of Jennifer Le, PharmD, MAS, BCPS-ID, FIDSA, FCCP, FCSHP**

**Name of Expert:** Jennifer Le, PharmD, MAS, BCPS-ID, FIDSA, FCCP, FCSHP
**Area of Expertise:** Medical & Surgical >> Pharmacy
**Area of Expertise:** Medical & Surgical >> Clinical Pharmacology
**Area of Expertise:** Medical & Surgical >> Pharmacokinetics
**Area of Expertise:** Medical & Surgical >> Pharmacovigilance
**Area of Expertise:** Medical & Surgical >> Adverse Drug Reactions
**Representing:** Plaintiff

## I.    Training and Qualifications

1.      I am a licensed pharmacist, pharmacologist, and professor of clinical pharmacy at University of California San Diego Skaggs School of Pharmacy and Pharmaceutical Sciences, based in La Jolla, California, which is recognized as one of the top 15 research universities worldwide that integrate undergraduate and graduate programs, including schools of pharmacy and medicine. My academic and pharmacy practice career spans over 20 years with significant contributions to the safe and effective use of medications in adults and children, both in pharmacy practice and clinical pharmacology research. Attached as Appendix A is a copy of my curriculum vitae and a brief biosketch is available at https://profiles.ucsd.edu/jennifer.le.

2.      I have been a licensed pharmacist registered by the State Board of California since 2000 and have a national provider identifier since 2005. My registered pharmacist license and provider identification legally permits my professional duty to safely dispense all drugs and prescribe certain drugs within my scope of practice, that are approved by the U.S. Food and Drug Administration for human consumption. I am board-certified as a Pharmacotherapeutic Specialist (BCPS) by the Board of Pharmaceutical Specialties for over 14 years that permits me to engage in advanced pharmacy practice. I am a member of medical and pharmacy professional organizations and received distinguished Fellow designation that recognizes my achievement of sustained professional excellence and significant service to my profession by three major societies, including American College of Clinical Pharmacy, Infectious Diseases Society of America and California Society of Health-Systems Pharmacists. I have authored or co-authored over 170 scientific medical publications related to medication safety and clinical pharmacology, including peer-reviewed original research, book chapters, conference proceedings and notably, national guidelines (with worldwide adoption) to ensure safe use of drugs. I have received my own research funding from the National Institutes of Health (NIH) in clinical pharmacology, allowing me to change clinical practice to ensure safe use of drugs. I am a voting advisory board member for the United States Food and Drug Administration; and scientific reviewer for the Agency for Healthcare Research and Quality (AHRQ), NIH (multiple study sections), and American Institute of Biological Sciences. I also serve as Director for the Specialized Centers in Research in Pediatric Developmental Pharmacology, where University of California San Diego is one of the four national centers in pharmacology research that is funded by the National Institutes of Health for the past 15 years.  For the past 20 years, I have taught and continue to teach pharmacy and clinical pharmacology to professional Doctor of Pharmacy students, both as didactic lectures and experiential education through medicine clerkships at a community-based hospital in Long Beach, California.  I also train pharmacists through my service as program reviewer for the Self-Assessment Programs, that provide continued education for board-certified pharmacy specialists and

administered by the American College of Clinical Pharmacy.

3.      I received a B.S. degree in 1995 from the University of California, Los Angeles; Pharm.D. from the University of California, San Francisco, School of Pharmacy in 2000; and M.A.S. in Clinical Research from the University of California, San Diego in 2012.   My training as a pharmacist required my understanding of the mechanisms of action and basic pharmacology of prescription and non-prescription drugs from all classes, including drugs used for stomach acid suppression; and the storage, handling and dispensing of prescription and non-prescription drugs from all classes, including oral and injectable formulations. My training in clinical research fueled by career as an independent principal investigator with my research program encompassing three domains: (1) clinical pharmacology (2) pharmacovigilance (i.e., medication safety), and (3) patient outcomes associated with medication use.   Notably, I conduct pharmacologic modeling, simulations and biostatistical analysis to evaluate optimal dosing of drugs to ensure their safe and effective use (one of which lead to a change in the product labeling) and to predict drug exposure that correlates to adverse drug effects, both short- and long-term effects. In addition, I have published pharmacovigilance studies that identified, assessed and monitored, with the goal to prevent, medication errors and adverse drug effects.

4.      Licensed as a pharmacist with good standing in the State of California since 2000, one of my major practice responsibilities is to ensure that the supply and quality of the medicines are within the law, which include accurate dispensing of unexpired and unadulterated drugs, and educating consumers on proper storage and handling consistent with product labeling (regulations contained in Business & Professions Code Chapter 9, Division 2, Article 3).[1] In my capacity as a registered pharmacist, I am also responsible for reporting medication errors and adverse drug effects to ensure pharmacovigilance that include rare adverse drug effects that may occur during post-marketing surveillance.

5.      From 2000 to 2016, I received funding from the National Institutes of Health that fueled my research in pharmacokinetic-pharmacodynamic of drugs. My research focused on optimizing the dosing of drugs to pharmacodynamically demonstrate their safe use and pharmacokinetically ensure effective dosing; and has served as the impetus for clinical practice change via national guidelines, with worldwide adoption, that was published in 2020 and another one currently in progress for publication in 2022.  From 2016 to present time, I serve as Director for the Center for Pediatric and Developmental Pharmacology for Inflammatory and Training Award Infectious Diseases and Developing Pediatric Clinical Pharmacologists for the Advancement of Therapeutics, both of which are funded by the National Institutes of Health and focus on executing clinical pharmacology research and training junior clinical pharmacologists.

6.      I have been a faculty since 2000; I was promoted from Assistant to Associate in 2011 and Full Professor of Clinical Pharmacy in 2012 at the University of California San Diego, Skaggs School of Pharmacy and Pharmaceutical Sciences in La Jolla, California where I teach clinical pharmacology and pharmacy practice to Pharm.D. pharmacy students; train pharmacy students and post-graduate residents in clinical pharmacology and research study design and analysis; practice clinical pharmacy to ensure optimal dosing and prevent adverse drug reactions in hospitalized patients; develop pharmacy-practice guidelines to ensure safe use of chemotherapeutic, anti-infective and cardiovascular drugs; and perform research in the areas of medication safety and anti-infective clinical pharmacology. I present at local, state, national and international conferences and programs that provide continue education credits for professional licensure to pharmacists, nurses and physicians. As a clinical pharmacologist, my work has been directed towards evaluating and deriving the pharmacokinetics of drug, which describe the processes by which a drug is absorbed, distributed, metabolized and eliminated by the body; and the

pharmacodynamics of drugs, which links drug exposure to toxicity or efficacy. I am the author of the pharmacokinetics chapter in the Merck Manuals, a premier global healthcare resource established in 1899 and now available online in 10 languages; my chapter had 2,245,716 views in 2020 (https://www.msdmanuals.com/en-nz/professional/clinical-pharmacology/pharmacokinetics).[2] I will reference my work in this reputable medical resource throughout my analysis of the pharmacokinetics of ranitidine.

7.      Since 2018 to present time, I serve as a voting member on an advisory board for the United States Food and Drug Administration (FDA). In this role, I work directly with the FDA to review and advise on the approval of sponsored drugs under the status of an Investigational New Drug (regulations contained in Title 21, Code of Federal Regulations, Part 312). I evaluate pre-clinical, pharmacokinetic and clinical trial data, primarily focusing on the safety, to provide recommendations on the approval status, product labeling that may incorporate warning, and the monitoring of adverse effects, including rare events, for post-marketing surveillance. Data can originate from animal or human studies, performed by the pharmaceutical company or by the Food and Drug Administration. As part of my work in consideration for drug approval, I commonly review and rely on clinical pharmacology and clinical trial data as well as animal data in order to assess risks and effects to human health.

8.      With respect to my experience that is directly relevant to the issues in this case, I am a licensed pharmacist and clinical pharmacologist who have completed a great deal of work in clinical pharmacology and pharmacovigilance, both in the practice and research settings. As a pharmacist, I am knowledgeable and licensed to dispense prescription and non-prescription medications. As a clinical pharmacologist, much of my work relates to evaluating mechanistic approaches to drug handling in the human body (i.e., pharmacokinetics) as well as the toxic effects of drugs based on exposure (i.e., pharmacodynamics). I have specific expertise in pharmacokinetics, where I have conducted and published non-compartmental analysis, population-based modeling and Monte Carlo simulations to determine the optimal dose to ensure efficacy while minimizing toxicity. My clinical pharmacology work has supported product labeling change and informed national drug guidelines. I also have expertise in the conduct of clinical studies (including case series, cross-sectional, case-control, cohort, and pharmacokinetic/pharmacodynamic studies) and advanced biostatistical analysis (including generalized linear models for longitudinal data). In addition, I teach clinical pharmacology and pharmacotherapeutics to pharmacy students, including specific lectures pertaining to the therapeutic drug monitoring of antibiotics, digoxin, anticonvulsant and antidepressant drugs, that exhibit narrow therapeutic index, used to treat various diseases. I train pharmacy and medical students and residents on on-site clerkships that incorporates clinical pharmacology and mentor them on research projects with clinical trial design and statistical analysis. Throughout my career, I have published over 170 peer-reviewed original research and review articles, book chapters, conference proceedings and other work, which are listed in my curriculum vitae (Appendix A). I have authored book chapters on the administration and pharmacokinetics of drugs in the Merck Manuals, tailored for healthcare professionals and consumers. The main themes of my publications are pharmacovigilance, adverse drug reactions, pharmacokinetics, and pharmacodynamics. I serve as an editorial board member for pharmacy and medical journals including Pharmacotherapy and Pediatric Medicine for my expertise in pharmacokinetics and pharmacodynamics. I serve as a peer-reviewer for numerous medical and pharmacy journals in my capacity as a pharmacist and clinical pharmacologist. I serve as a voting member on an advisory board for the United States Food and Drug Administration, where I review and advise on the approval of sponsored drugs and, as such, I commonly review and rely on clinical pharmacology and clinical trial data as well as animal data in order to assess risks and effects to human health. I am, or was at one point, a member of member of the American Society of Health-System Pharmacists, American College of Clinical Pharmacy, American College of Clinical Pharmacology, and Clinical Pharmacology

Study Group of the European Society of Clinical Microbiology and Infectious Diseases.  I have provided expert testimony in the areas of clinical pharmacology, pharmacokinetics and pharmacodynamics.  My compensation for litigation work, for both defense attorneys and plaintiff attorneys, is at the rate of $450.00 per hour for research and review of documents and materials, and $600.00 to prepare report, deposition and/trial related to the case and for testimony.  The expert testimony I have provided in the past 4 years is attached in Appendix B.

## II.    Questions Addressed in this Report

9.      Based on my 20+year experience and expertise as a pharmacist and clinical pharmacologist who has a vast understanding of drug safety, drug pharmacokinetics and pharmacodynamics, and drug regulations, I was asked to address the following questions related to this case using current published literature, evidence-based medicine and regulatory materials.  The comprehensive report integrates basic scientific information as well as product-specific literature to provide a comprehensive.  The specific questions and pertinent section(s) that address the questions are described as follows.

### *Overall Impression of General Causation*

A.  What is the expert's overall impression of general causation?
B.  What evidentiary materials were used to formulate the overall impression of general causation?

### *Drug Development and Approval Process by the FDA: Focus on Safety*

C.  What is the regulatory process from discovery to post-marketing of a new drug?
D.  What are regulatory safeguards to ensure the safe use of medications under FDA regulations?
E.  What are the roles and values of pre-clinical non-human studies, including *in vitro* and *in vivo* (or animal) studies, in the FDA drug approval process?
F.  After drug approval, what regulatory safeguards are required to ensure safe use of medications?

### *Post-Marketing Surveillance for FDA-Approved Drugs*

G.  What are the components and functions, particularly as they pertain to patient safety, of post-marketing surveillance for FDA-approved drugs?
H.  What are the challenges of randomized controlled trials in addressing drug safety, especially to detect rare adverse events?
I.  What are regulatory standards to ensure that the absence of reliable evidence of risk in clinical trials should not be mistaken for reliable evidence of the absence of risk?
J.  Once a potential significant risk is assessed, how should this risk be communicated and who are the individuals and/or organizations involved?
K.  Who is responsible for each of thesethese steps – identify, characterize, quantify and communicate the safety risks following product marketing?
L.  What is the timeline and rationale for FDA's action to ensure consumer safety by ceasing and removal of ranitidine products from the market?

### *Clinical Pharmacology for Pharmacokinetics-Pharmacodynamic Profile of Ranitidine*

M.  How does ranitidine exert its clinical effectiveness (i.e., what is ranitidine's mechanism of

action)?

N.  What are the alternative drugs within the same class as ranitidine, including those that do not generate N-Nitrosodimethylamine (NDMA)?

O.  What is the pharmacokinetic profile and dosage recommendations that were available for consumer use before FDA's withdrawal of ranitidine?

P.  What are the specific values for the bioavailability, protein binding, volume distribution and renal excretion of ranitidine in humans and what are the clinical significance of these pharmacokinetic parameters?

Q.  What are first-pass metabolism and enterohepatic circulation? How may these be relevant to ranitidine?

R.  What are the various formulations (including oral and injectable) of ranitidine and how should these formulations appear in terms of color and shape?

S.  How is the stability of oral formulations of ranitidine maintained and regulated?

T.  What are the effects of temperature and humidity on the stability of ranitidine?

### *Clinical Pharmacology for Pharmacokinetics-Pharmacodynamic Profile of N-Nitrosodimethylamine (NDMA)*

U.  What is the pharmacokinetic profile of NDMA, including tissue and organ penetration, in animals and humans?

V.  How can animal data, particularly pharmacokinetic information, be applied to inform human pharmacokinetic profiling?

W.  What are the values of pharmacokinetic parameters based on *in vitro* and animal studies when human data are conflicting, incomplete or unethical to conduct?

X.  How does NDMA form and what are the sources or factors that contribute to NDMA formation?

Y.  How can NDMA mechanistically be formed directly from ranitidine, either exogenously or endogenously?

Z.  What is the magnitude of NDMA found in ranitidine products, compared with acceptable intake allowance per day?

AA.  What are the effect differences in small versus high or chronic ingestion of NDMA?

### *Toxicology and Epidemiology (Brief Report)*

BB.  What are the toxic and potential carcinogenic effects of NDMA based on *in vitro*, animal and human studies?

CC.  What are the US regulatory agencies that issued safety warnings about NDMA?

DD.  What is the timeline of early studies related to NDMA's potential carcinogenicity to different types of cancers, relative to the approval of ranitidine as a prescription and non-prescription drug?

EE. What are the environmental (including dietary intake) and endogenous conditions that are conducive for nitrosation to form NDMA?

FF. What is evidence-based medicine, including the types of epidemiologic studies used to inform the risk of exposure to an outcome?

GG.  What is sample size (under equal and unequal distribution) and how does it differ between cohort and case-control studies to quantify relative risk?

HH.  What is the mortality and morbidity, including quality of life, associated with cancer in the United States and the world?

II.  What is a modifiable risk factor in the content of risk assessment for use of a drug that can potentially cause cancer?

JJ.  What is the difference between clinical versus statistical significance?

### Shipping and Storage Requirements

KK.  What is the effect of temperature, humidity, and color changes, based on published studies and real-world transportation and storage conditions, on ranitidine and the formation of NDMA?

LL.  Are there other drugs, with therapeutic effects similar to ranitidine, that produce NDMA?

MM.  What is the quantitative significance of the conversion of NDMA from ranitidine produced by various manufacturers?

NN.  What is the clinical significance of discoloration that has been repeatedly reported by consumers and distributors about ranitidine products, including oral, suspension and intravenous?

OO.  What temperature, humidity, color and reflects real-world conditions that can occur during transportation and storage of medications?

PP.  What is critical relative humidity and how does this affect the quantitative assessment of NDMA production from ranitidine?

QQ.  Define temperature excursion in the context of shipping, storage and consumer use, including pertinent federal and world regulations and guidance programs for proper excursion management.

RR.  How are drug products defined based on their sensitivity to environmental conditions and what type of product would constitute ranitidine using this definition?

SS.  What are the different types of drug stability tests (including stress, accelerated/long-term, and thermal cycling), with their advantages and/or limitations?

TT.  Define controlled room temperature and legislation surround the need for controlled room temperature for drug products.

UU.  What are some serious consequence of inappropriate storage and/or handling of drug products?

### Legal Requirements for Branding of FDA-Approved Drugs

VV.  What is the role of drug manufacturers and FDA in the branding of approved drugs?

WW.  What are pre-clinical versus clinical studies and their values towards an Investigational New Drug (IND) application?

XX.  What are the drug labeling requirements?

## I.  Materials Used in the Production of this Report

10.  As part of my work on this case, I have reviewed the following materials:

a)  Published scientific literature and internal company studies relating to the pharmacology and toxicology of ranitidine;

b)  Published scientific literature relating to consumer medication storage and handling in the real-world setting;

c) Published scientific literature and internal company studies on the effects of heat and humidity on drug stability and integrity;

d) labeling for Zantac® (generic name ranitidine) and product availability using the National Drug Code (NDC) that identifies the labeler, drug product, and package size;

e) federal regulations, drug alerts and acceptable daily allowance issued by the U.S. Food and Drug Administration relating to the voluntary recall and removal of ranitidine;

f) state and federal regulations pertaining to storage requirement, distribution, transportation, and dispensing of prescription drugs in the United States and other foreign regulatory bodies (when applicable);

g) state and federal regulations pertaining to stability testing, cold chain supply, expired medications, and drug distribution centers;

h) documents produced during the litigation including internal company documents, adverse event reports, FDA documents relating to ranitidine's regulatory submissions, or documents produced as exhibits to depositions; and

i) deposition testimony of company representatives.

I anticipate reviewing depositions and/or reports of experts in the litigation as well as additional depositions of company representatives as they become available.

Most of the sources listed above are ones commonly used in my work as a pharmacist, clinical pharmacologist, and researcher, including internal company documents that often outline what was and is known by a manufacturer concerning their drug product, as well as outlining company policies that relate to human drug development in the United States and elsewhere. I have formulated summary statements for this case using standard methods that I apply in all of my work as a pharmacist, clinical pharmacologist and researcher that is related to assessing the risks and benefits of therapeutic products, both litigation and non-litigation projects. These methods include reviewing available scientific literature and data describing the effects of a drug on humans using pre-clinical (animals) and human studies, and then using weight-of-the-evidence methodology to analyze the information. I was trained in the use of these methods as part of my undergraduate, graduate and postdoctoral work in pharmacy and clinical pharmacology (PharmD) as well as while earning my Master's Degree in Clinical Research (MAS).  I apply this methodology frequently: (1) within my scope as an advisory member, with voting rights, on the U.S. FDA, NIH and AHRQ; (2) while publishing my scholarly work in clinical pharmacology and pharmacovigilance that includes national guidelines; and (3) service as editorial member and journal reviewer for many peer-reviewed journals, including *Pharmacotherapy*, *Therapeutic Drug Monitoring* and *Annals of Internal Medicine* (to name a few). Weight-of-the-evidence methodology is used as part of regulatory decision-making by many bodies including the FDA.[3] The *Reference Manual on Scientific Evidence* also describes the use of weight-of-the-evidence by experts in the process of evaluating a body of data or studies.[4] At the end of this report is attached a list of the published medical articles cited throughout this report. Attached to this report as Appendix C is a complete list of all materials that I have reviewed and relied upon in forming my opinions in this case. All of the opinions expressed in this report are based on a reasonable degree of scientific certainty.

## II.      Purpose of Review

11.     The following is a brief section of the summary statements I have formulated for this case based on current published literature, most of which are peer-reviewed; and my training and experience as a licensed pharmacist and clinical pharmacologist involved in patient care, drug safety, drug regulation and research of drug products that are regulated by the FDA.

My opinions are based on 20± years as a pharmacist and clinical pharmacologist who has a vast understanding of drug safety, drug pharmacokinetics and pharmacodynamics, and drug regulations, with reference to the regulations and/or science behind them. I have assessed the evidence including pertinent regulations and the published human and animal studies in forming my expert opinion. My understanding of carcinogenicity of drugs are based on the best published science, pharmacoepidemiology studies, and clinical reports and is more than sufficient to interpret and assess these general causation issues.

I reserve the right to supplement my opinions as new information becomes available.

## III.      Overall Impression of General Causation

12.     In my role as a clinical pharmacologist, clinical pharmacist and member of FDA advisory panel, my overall impression of general causation of ranitidine on the development of cancers are outlined below. My opinions are based on my comprehensive review of published studies, internal reports and materials provided to me regarding this case.  Applying evidence-based medicine that focuses on scientific and objective data, I critically evaluated studies and materials related to the pharmacokinetics-pharmacodynamics, toxicology, and epidemiology of ranitidine and NDMA as they pertain to cancer development to deliberate on general causation.  Balancing the quality, number and diversity of studies and information, I opine that the chronic use of ranitidine contributes to the development of certain cancers.  My reasons for deriving to this conclusion are provided below and based on evidentiary materials.

13.     Pharmacologically, the significant variability in oral bioavailability (wide range of 39% to 88%) of ranitidine most likely contributes to the differences in its pharmacodynamics, including toxic effect. As such, one patient may exhibit a toxic response, while another patient may not.  The difference in bioavailability stems from reduced first-pass effect and delayed gastric emptying that can increase enterohepatic recycling, resulting in high systemic circulation of ranitidine entering the blood. In fact, the peak blood concentration of 900 ng/mL per 300 mg oral dose occurs 2-3 hours after ranitidine ingestion, with a second peak concentration at 3-6 hours after ranitidine ingestion that occurs with significant enterohepatic circulation.  In addition, the low protein binding of ranitidine, leading to a volume of distribution exceeding that of blood volume, facilitates the transfer of ranitidine from the blood to the tissues where it can induce its toxic effect.  High tissue concentrations, with some tissue exceeding that of peak plasma concentration, have been demonstrated via manufacture's simulation of physiologic-based pharmacokinetic modeling in humans; tissues with significantly high concentrations are liver, stomach, pancreas, and kidneys (with implication of bladder concentration).  Notably, ranitidine, in the presence of nitrite, has been shown to increase the percentage of DNA fragmentation which is a signal for cancer formation.  The pharmacology of ranitidine lends plausibility that it can potentially induce certain organ-related cancers; ranitidine is present at the sites of these cancers.

14.     NDMA is a nitrosamine and appears to be one of the most toxic, carcinogenic, and mutagenic compounds among the 300 known nitrosamines.  Notably, NDMA was classified as a probable carcinogenic to humans (group 2A) by the International Agency for Research on Cancer (IARC) Working Group that is part of the World Health Organization (WHO) and as a probable human carcinogen (B2 category) by the Environmental Protection Agency (EPA) based on sufficient evidence of carcinogenicity in mammalian animal and human studies (as early as 1956 and 1981, respectively).  From a historical perspective, the WHO's IARC in 1978 identified dimethylamine as a source for NDMA formation and demonstrated the presence of NDMA in some drugs containing aminopyrine (a tertiary amine); ranitidine is a tertiary amine with a dimethylamine group.

The FDA recognizes the use of animals in pre-clinical studies to evaluate drug safety and establish dosing information.  While the pharmacokinetic data of NDMA in humans are limited, inference can be made from animal studies, especially more evolved animals (i.e., monkey, dog and pig) that more closely resemble humans pharmacokinetically.  Animal studies have demonstrated that after oral administration, NDMA gets absorbed rapidly (> 90%), enters the blood and extensively distributes to many organs throughout the body.  Furthermore, NDMA displays non-linear saturable kinetics at high and/or chronic doses, demonstrating that the hepatic metabolism of NDMA becomes saturated (i.e., reach its full capacity to metabolize), providing opportunities for other tissues, organs and metabolic pathways to transform NDMA directly at that site.  The pharmacology of NDMA lends plausibility that it can potentially induce certain organ-related cancers; NDMA is present at the sites of these cancers.

15.     Mechanistically, NDMA directly activates the RAS oncogenes to induce cancer.  NDMA is also metabolized by the hepatic cytochrome P450 CYP2E1 to methyldiazonium, an alkylating agent that crosslinks to DNA to induce cancer.  The CYP2E1 is present in the liver and other organs such as bladder, esophagus, stomach and pancreas.  The historical data and recent toxicology studies of NDMA lend plausibility that it can potentially induce certain organ-related cancers; NDMA is present at the sites of these cancers.

16.     Relevant epidemiologic studies in humans to establish causal association of ranitidine to various cancers were conflicting, with half demonstrating no statistical association and at least the other half, a statistically significant increase in risk.  Notably, the generalizability of more than half studies that concluded no association is limited since only specific populations were evaluated.  Of the 7 studies that concluded an association between ranitidine use and certain cancers, the cancer types affected were bladder (2 studies), esophagus (2 studies), stomach (2 studies), pancreas (2 studies), and liver (2 studies).  Overall, there were significant limitations with most of the epidemiologic studies; they did not provide specific dosing (which can be as low as 150 mg but maintenance can double that at 300 mg per day) and duration of use (which can be as low as one month but chronic users generally consume long-term over several years), and lacked a true control group (no drug exposure) that is required to estimate true risk for an adverse effect.  Despite these limitations that direct bias towards the null, any association of increased risk for a serious adverse effect, like cancer with important implications in morbidity and mortality, should be considered as clinically significant, especially if coupled to pharmacologic and toxicologic data that robustly demonstrate biologic plausibility.

17.     A highly crucial point to recognize is: NDMA can directly form from ranitidine (not its excipient nor solvent used in the manufacturing of NDMA) and this potential transformation can be inferred from WHO's IARC dating back since 1978.  Furthermore, based on studies conducted by the drug manufacture and FDA, even under optimal storage conditions at adequate temperature (59°F and 86°F for tablets) with protection from light and humidity, the breakdown of ranitidine to NDMA via nitrosation can still occur

since the structure of ranitidine itself can transform into NDMA.  Multiple studies have demonstrated significant NDMA formation at high temperature and humidity levels (including those representative of real-world scenarios); this has implications for the need for proper storage and transportation before consumer ingestion. While NDMA can be ingested from dietary sources and, to a lesser extent water and air, coupled to the requirement for the presence of nitrite to produce NDMA, FDA still referred NDMA as "cohort of concern" compound in the International Council on Harmonisation (ICH) guidance for industry that recommended control of any known carcinogen at or below a level to make human cancer risk negligible.  As such, mitigating the risk of a toxic effect, like cancer, with significant morbidity and mortality is particularly important when there are potentially safer and equally effective alternatives in drug therapy.

18.   Endogenous formation of NDMA is a complex process and its precise measurement can be exceedingly challenging and contain some uncertainty.  Even based on worst-case scenario for the daily intake of NDMA from outdoor air, water, and food, other exogenous sources of NDMA should be minimized since the risk of cancer development has been demonstrated in multiple epidemiologic studies coupled to substantive evidence of the carcinogenic effect in animals with mechanistic and biologic plausibility based on the pharmacokinetic and toxicologic studies of NDMA.  Notably, epidemiologic studies of dietary NDMA exposure as low as >125 ng/day have demonstrated an associated increase in the risk of some cancers in humans.  Furthermore, the FDA has established a strict permissible daily intake limit for NDMA of 96 ng/day to originate from medications.  Based on the FDA and manufacture testing of unexpired ranitidine tablets and syrup, the mean NDMA content was 50 (low, 0 to 360) to 317 ng (high, range 40 to 840 ng) per 75 to 300 mg unit dose.  The 300 mg unit dose (excluding single lot) had much higher mean NDMA content 225 (low) to 705 ng (high).  This is substantial exposure to NDMA, with the mean of the high NDMA content exceeding and even the range for the low NDMA content including the FDA strict limit of 96 ng/day.  The FDA and manufacture testing alone, would be enough to support causation at those levels and the testing results demonstrated by Emery Pharma further strengthen this opinion.

19.   Overall, ranitidine can and does convert to NDMA (a known carcinogen) and both the drug and this metabolite can penetrate tissues to potentially induce carcinogenic effects (figure). The carcinogenic effects of NDMA, is mechanistically facilitated by the activation of RAS oncogenes and the denitrosation by CYP2E1 to the DNA alkylating agent methyldiazonium that is present in the liver and other organs. Pharmacologic, toxicologic and epidemiologic data of ranitidine and its direct metabolite NDMA all suggest that ranitidine is capable of causing certain organ-related cancers, including bladder, liver, stomach, esophagus, and pancreas.  While there are conflicting data among epidemiologic studies due to the limitations of such study design along with short duration of exposure and follow-up period, the aggregate data that combines pharmacologic, toxicologic and most epidemiologic studies in animals and humans, along with the historical depth of NDMA experience and the regulatory agencies advocating for limiting its use due to its toxic effects, it is extremely challenging to deny any lack of causal inference.



20.     The reaction of immediate withdrawal of all ranitidine products (over-the-counter and prescription) by the FDA and regulatory agencies from other countries (European Union and Australia), while not definitive, provides evidence that there is a general concern for the development of cancer with the use of ranitidine due to the amount of NDMA that can potentially form during storage and transportation before consumer consumption.

### IV.     Drug Development and Approval Process by the FDA: Focus on Safety

21.     There are five critical steps in the drug development process leading to FDA approval (Figure).[5] Steps 2, 3 and 5 all pertain to and underscore the importance of safety evaluation before drug approval and as equally important, continued safety monitoring after drug approval.  Before a drug can be tested for safety and efficacy in humans (Step 3), usually as randomized, controlled clinical trials, the drug must



be evaluated for its potential to cause serious harm (Step 2).  The two types of preclinical research that can be performed to evaluate safety in non-humans are *in vitro* and *in vivo* (or animal) studies.  The FDA requires good laboratory practices for these preclinical laboratory-based studies, with regulations in 21 CFR Part 58.1: Good Laboratory Practice for Nonclinical Laboratory Studies, that provides basic

requirements for study conduct, including written protocols, operating procedures, study reports and a system of quality assurance oversight for each study to help assure the safety of the drug.[6]  These studies must provide detailed information on dosing and toxicity levels.  Since preclinical studies are usually not very large, they may fail to identify rare adverse drug events; in fact, only 19% of 93 post-marketing serious adverse outcomes were identified in preclinical animal studies,[7] thus increasing the need for post-marketing surveillance.  In contrast, preclinical studies with a toxic signal are highly suggestive of the presence of adverse drug effects in humans.

22.      Animal experiments in biomedical research to test pharmaceuticals for human use in the USA initiated in 1938 with the mandate for animal toxicity testing by the US Federal Food, Drug, and Cosmetic Act after deaths of adults and children from the testing of a sulfa antibiotic containing ethylene glycol.[8,9]  In 1946, the Nuremberg code and then the Helsinki Declaration required human trials to be "designed and based on the results of animal experimentation and a knowledge of the natural history of the disease."[10,11]  Today, the FDA generally requires preclinical testing of any new drug or biological therapeutic "for pharmacologic activity and acute toxicity in animals" prior to human clinical trials.[12]  Under special circumstances, including the emergency treatment for hazardous exposure, the FDA may approve a drug for human use based solely on animal testing under "The Animal Efficacy Rule".[13]  As such, the animal studies required by the FDA in the preclinical phase that focuses on safety evaluation in Step 2 of the drug development process is a critical step for toxicity screening and establishing safety profiles of newly developed drugs before drug approval for human use.

The use of preclinical animal models in biomedical research has led to notable medical achievements, including development of vaccines, treatment of ancient diseases (beriberi and rickets), development of blood transfusion, and discovery of insulin.[14]  Moreover, animal studies provide a framework for environmental and genetic manipulations, which is not feasible and perhaps considered unethical if assessed in humans.[15]  The adverse effects and toxicities reported in animal studies have accurately translated into humans, with a high concordance rate of 71% and even improved at 84% for predicting carcinogenic potential.[16]  Furthermore, this systematic review reported that 37% to 70% of adverse drug reactions in humans were predicted from animal studies, depending on the animal species, types of drugs, and target organs.[16]  Other studies reported similar accuracy of animal studies in predicting human toxicities, especially carcinogenesis.[17-20]

While some controversies and challenges exist in the reliability and generalizability of animal models to predict human toxicity originating from poor experimental design and heterogeneity of the data, animal models remain the basis within the drug development and approval process to ensure safety in conducting human clinical trials and subsequent human use upon approval.[5,21]  Systematic reviews and meta-analyses, which combine findings from multiple animal studies, may enhance their translation to human application.[20]    The absence of alternative approaches to evaluate the pharmacokinetics and pharmacodynamics of drugs and their metabolites further underscores the critical role of preclinical animal studies.[20,22]

23.      In addition to animal research, *in vitro* studies in the preclinical phase are also recognized by the FDA to evaluate for safety in Step 2 of the drug development process.  The development of *in vitro* assays (i.e., physicochemical methods, human tissue culture, microbiologic systems, stem cells, DNA chips, micro fluidics, computer analysis models, epidemiologic surveys, 3-dimensional modeling and bioprinting, in silico tests, and plant-tissue–based materials) may complement data derived from animal studies to provide additional safety data where animal studies are deficient.[21,23]

24.     In the hierarchy of evidence-based medicine, animal research provides the lowest level of evidence for therapeutic studies; however, they can stipulate biologic plausibility.[24]  Under most circumstances, human studies are necessary to ensure pharmaceutical safety and efficacy prior to approval for human use. Step 3 of the drug development process consists of clinical research, defined as studies or trials conducted in people, and consists of four phases, all of which evaluates drug safety.  Each phase can test 20 to several thousand volunteers who may be healthy or have the disease/condition of interest.  An Investigational New Drug (IND) application to FDA must be submitted before initiating clinical research.  Components of the IND that must be submitted to the FDA are pharmacology and toxicity data from animal studies and manufacturing information.[12]  Investigations that require an IND are those that involve a route of administration, dose (including dose, frequency and duration of administration), patient population, or other factor that significantly increases the risk (or decreases the acceptability of the risk) associated with the use of the drug product (21 CFR 312.2(b)(1)(iii)).[25] As such, a change in dose or duration of administration involve an IND submission by the drug manufacturer.

25.     The post-marketing surveillance for FDA-approved drugs is an essential step of the drug development to ensure continued, long-term safety of the marketed drug.  Based on 578 discontinued and withdrawn drugs in Europe and the United States, almost one-half were withdrawn or discontinued in post-approval actions due to toxicity.[26]  This implies that half of the toxicities that resulted in market discontinuation and withdrawal were missed during Steps 1 through 4 of the drug development and approval process.  In addition, approximately one-third of FDA-approved drugs were subsequently cited for safety and/or toxicity issues after remaining on the market for a median of 4.2 years.[27,28]  The importance, process and role of drug manufacturers in the post-marketing surveillance of FDA-approved drugs will be further discussed in the next section.

## V.     Post-Marketing Surveillance for FDA-Approved Drugs

26.     Post-marketing surveillance is an active process that focuses on patient safety after a drug is FDA-approved and involves three major components: (1) monitoring, labeling and advertising; (2) monitoring production plants and product quality; and (3) monitoring the use patterns and side effect profiles in clinical practice environments. This following section will focus exclusively on the third component. Patient safety remains paramount.

Randomized clinical trials (RCTs) on humans of pharmaceutical products are experiments designed to maximize internal validity and to test the null hypothesis of no effect. The statistical superiority or non-inferiority on one arm (hopefully the test drug product) over the other (usually a placebo or comparative) falsifies the null and this finding is considered significant if it is 95% certain, utilizing the appropriate statistical test for independent samples. The sample size (i.e., the number of subjects) of a clinical trial is usually determined by statistical power calculations based on anticipated treatment effect. Safety considerations usually do not factor into the determination of sample size. Size of an arm of a Phase III clinical trial, which focuses on drug efficacy and safety, can range from a few dozen for oncologic drugs to many thousands for antimicrobial drugs used to treat infectious diseases.

Unfortunately, clinical trials lack the power to confidently detect moderately rare events below the order of 1 in 100. The rule of three requires 300 persons exposed to provide a 95% certainty of detecting a 1:100 event.[29]  Nearly five thousand persons are required in a trial to detect two cases of a reaction that occurs at a 1:1000 rate. Any event occurring more rarely will not be identified within most clinical trials. Furthermore, latent adverse events (i.e., events that occur beyond the enrollment and evaluation periods

of clinical trials) cannot be detected during the clinical trials.  As such, rare and latent adverse drug events require close and vigilant post-marketing surveillance to ensure patient safety.

27.    The absence of reliable evidence of risk in clinical trials should not be mistaken for reliable evidence of the absence of risk.   As such, the FDA Modernization Act of 1997 was created to require post-marketing studies.  Section 130(a) of this Modernization Act added a new section 506B to the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 356b) that required sponsors of approved drugs and biological products to report to FDA annually on the progress of their post-marketing study commitments, which included required studies and clinical trials and agreed upon commitments.[30]   The purpose of post-marketing surveillance is to identify, characterize, quantify and communicate both the benefit and the risk, following product marketing, in order to protect the public health with more rational pharmacotherapy. The four key functions of post approval risk assessment are to: (1) monitor patterns of medication use, (2) identify and characterize potential new risks following product marketing, (3) assess and quantify known or suspected drug safety issues, and (4) respond to assessed risks. Functions #2-4 are further described below.

*A.*    *Identify and characterize potential new risks following product marketing.*   This function is fulfilled through the following steps;

- *Identification* of new potential associations between medicines and adverse clinical events, or "signals." These events include those that may be common, infrequent, or rare.

- *Assessment of Causation.* Assessment is usually conducted through careful evaluation of single cases (such as those reported through the spontaneous adverse experience reporting systems), or case series (including multiple cases reported spontaneously, published in the medical literature, or observed in the clinical setting).

- *Signal Confirmation.* This step involves the assessment of the strength of the signal. It may also involve replication from independent sources, and tests in other models, such as through the techniques of clinical pharmacology.

The ability to rapidly detect, identify and assess new and unanticipated drug safety issues is the cornerstone of the post-marketing surveillance efforts. Progress in spontaneous reporting (MedWatch, FDA's Adverse Event Reporting System ("AERS"), ICH standards, and focused new regulations) is improving our capability in the U.S. to identify signals.

Data systems are available for exploration of signals such as record-linkage data from health maintenance organizations ("HMOs").  These data systems have offered a significant advance in the development of safety assessment tools and have often been used to assess early signals of potential new medication risks. These data are usually collected for administrative or billing purposes and are not dedicated drug safety data, and may therefore not be appropriately detailed to assess all medication-event relationships. Moreover, they are not always amenable to evaluation in the time period required to assess quickly associations of potentially major public health impact

Replication is a scientific standard in experimental research. In observational research, because it has lower internal validity than experimental research, replication is even more important so multiple dedicated data sources are required for evidence formation.

**B.** *Assess and quantify known or suspected drug safety issues.*  Understanding the suspected risk and placing it into appropriate clinical context is perhaps the most challenging aspect of post-marketing safety assessment. This process requires the following elements:

- Description of the risk. The frequency, or incidence, of the adverse event is measured according to the relevant use of the medicine (e.g., number of events per 1,000 persons taking the new antidepressant for clinical depression). The frequency is evaluated according to factors that may influence the occurrence of the event. These risk factors include those associated with demographic or metabolic characteristics of the patients, as well as the concomitant administration of drugs, foods, and alcohol.

- Quantification of the risk. The frequency of the risk is placed into context by calculating the *relative risk* (e.g., how often does the event occur with this medication relative to other medications for the same medical condition, or relative to no therapy). The frequency may also be calculated as an *absolute risk* (e.g., the proportion of the total number of people taking this medicine experience this event).

Data collected systematically during clinical trials provides a strong basis for the initial use of a newly marketed drug product in clinical practice. However, as clinical practice exposure broadens, there are no data systematically collected which will monitor the continued accuracy (or inaccuracy) of those clinical trial estimates. Data that can both describe and quantify the risk profile of a drug are required. Drugs that are grouped within a class (e.g., the histamine-H2-antagonists or blockers) that are in reality very different compounds with different pharmacological activity need to be assessed as individual agents in order to determine if the rates of known 'class-effects' are different to a meaningful extent. Some computer databases exist that are both large enough and detailed enough to quantify risk and evaluate risk factors, such as those of HMOs. Often these databases must be supplemented with additional data collection to validate or supplement computer information with detailed information from patient medical records.

**C.** *Respond to Assessed Risk*.  Once a new risk has been identified, evaluated and placed into context, that new information is communicated to the following groups:

- Regulators
- Healthcare practitioners
- Consumers and the media

In addition to communicating the risk, additional action is sometimes required. That action may include *re-labeling* the medicine (i.e., changing the package insert), *restricting* the product's use or indications, or *withdrawing* the product from the marketplace. Regulatory mechanisms currently exist which can limit continued exposure to the risks identified. A variety of labeling changes and withdrawals from the marketplace are available. In addition, the medical profession can, through peer reviewed and other publications, educate practitioners on the merits of various pharmaceuticals. These methods are currently hampered or delayed due to weak or conflicting safety data. Moreover, the U.S. label also has at least two major shortcomings: (1) most changes are not highlighted from version to version, and (2) there are weak criteria for how most adverse drug reactions are listed.

28.    The primary responsibility to identify, characterize, quantify and communicate the safety risks following product marketing lies with the drug companies, and not the FDA. Based on the materials that I reviewed, the FDA took the ultimate action to withdraw all ranitidine products from the US market on April 1, 2020 due to safety concerns from levels of N-nitrosodimethylamine (NDMA) in ranitidine

products.  Here is the timeline of important events related to the withdrawal of all ranitidine products from the US market:[31-37]



29.     Based on FDA testing, the amount of NDMA ranged from **0.01 to 0.86 mcg (or 10 to 860 ng) for each ranitidine tablet or syrup dose**.[38]  **Elevated levels of NDMA were detected in ranitidine products after 2 weeks at room temperature.**  The amount of NDMA varied by ranitidine doses of 75 to 300 mg and by manufacturer.  In this report, preliminary findings from FDA testing demonstrated significant concern for increasing NDMA levels to unacceptable levels amongst ranitidine products stored at room temperature after 2 weeks.  **Recognizing the danger of nitrosamines, including NDMA, the FDA has set strict daily acceptable intake limits on NDMA in pharmaceuticals of** 0.096 micrograms (i.e., 96 ng or 0.32 parts per million [ppm]) for a tablet or capsule.[39]  However, the NDMA levels tested in ranitidine samples exceeded this allowable FDA limit.  Due to increasing concern for consumer safety, on April 1, 2020, the FDA requested immediate removal of all ranitidine products and provided this important statement underscoring the importance of proper storage of ranitidine products:[32]

*"The FDA is committed to ensuring that the medicines Americans take are safe and effective. We make every effort to investigate potential health risks and provide our recommendations to the public based on the best available science. We didn't observe unacceptable levels of NDMA in many of the samples that we tested. However, since we don't know how or for how long the product might have been stored, we*

*decided that it should not be available to consumers and patients unless its quality can be assured," said Janet Woodcock, M.D., director of the FDA's Center for Drug Evaluation and Research. "The FDA will continue our efforts to ensure impurities in other drugs do not exceed acceptable limits so that patients can continue taking medicines without concern."*

The FDA further wrote that "*NDMA is a probable human carcinogen (a substance that could cause cancer). … sustained higher levels of exposure may increase the risk of cancer in humans."*

30.    The immediate withdrawal of all ranitidine products from the US market by the FDA is notable due to the potential risk of NDMA, a nitrosamine compound, contamination in causing cancer in humans.[39] In fact, the World Health Organization (WHO) International Agency for Research on Cancer (IARC) classified NDMA as a probable carcinogenic to humans (group 2A) and FDA referred NDMA as "cohort of concern" compound in the International Council on Harmonisation (ICH) guidance for industry M7(R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals To Limit Potential Carcinogenic Risk, that recommended control of any known carcinogen at or below a level to make human cancer risk negligible. In addition, the Environmental Protection Agency (EPA) also classified NDMA as a probable human carcinogen (B2 category) based on sufficient evidence of carcinogenicity in rodent and non-rodent mammalian studies.[40]

In light of the FDA cautionary withdrawal of all ranitidine products from the US market and issuance of a guidance for industry to control nitrosamine impurities in human drugs, the issue and main focus of this expert report is to provide an evaluation of the clinical pharmacology and toxicology profile of ranitidine, with a comprehensive focus on the shipping and storage requirements to ensure the integrity of ranitidine products.


### VI.    Clinical Pharmacology: Pharmacokinetic-Pharmacodynamic Profile of Ranitidine

31.    Ranitidine (trademarked as Zantac®) is a member of a class of drugs known as histamine H2-receptor antagonist (or blocker) that reversibly inhibits the volume and concentration of acid secretion on gastric parietal cells. Ranitidine was FDA-approved and marketed as a prescription drug in the United States of America (USA) since 1983 and as over-the-counter drug since 1995.  The antacid effect makes ranitidine useful for clinical indications including treatment and prevention of ulcers of the stomach and intestines and treatment of gastroesophageal reflux disease (as prescription) and heartburn associated with acid indigestion (as over-the-counter [OTC]).[41]  Ranitidine's Chemical Abstracts Service (CAS) registry number is 66357-35-5 and molecular formula is $C_{13}-H_{22}-N_4-O_3-S$.[42]

32.    Focusing on H2-antagonists (or blockers) as a class, there is a variety of drugs that are similar to ranitidine, including three others—cimetidine, famotidine and nizatidine.  Their chemical structures, along with ranitidine, are provided below.[43]  The initial H2 blocker approved for use in the United States was cimetidine (1977), which was followed by ranitidine (1983), famotidine (1986), and nizatidine (1988). All four agents are (or were) available by prescription and as over-the-counter oral formulations. Intravenous and intramuscular forms are available for ranitidine, cimetidine and famotidine.

Adapted from LiverTox[43]

33.     Reviews of the mechanism of action of H2-antagonists are provided in textbooks of pharmacology, human physiology and disease, and product labeling.[41,44-47] The H2-antagonists inhibit acid production by reversibly competing with histamine for binding to $H_2$ receptors on the basolateral membrane of parietal cells.  Ranitidine is approximately 4 times more potent than cimetidine, on a molar basis, at inhibiting the secretory response and 10 times more potent at inhibiting the response to histamine.[48]  Despite ranitidine being the second marketed H2-antagonist, it became the world's best-selling drug and one of the first-ever drugs to top $1 billion in annual sales in 1988, potentially since the first marketed drug cimetidine was a potent inhibitor of the hepatic P450 system (specifically CYP 1A2, 2C9 and 2D6), which was less favorable since it can result in significant drug interactions.[49]

34.     As stated, the drug at issue in this case is Zantac, the trade name for ranitidine. Ranitidine is an H2-antagonist drug that was approved for use in the USA as a prescription drug in 1983 and over-the-counter (OTC) drug in 1995. Zantac was first manufactured and marketed as a prescription drug in the USA by GlaxoSmithKline (GSK), a company in the United Kingdom, and then by Pfizer, a USA company, as an over-the-counter drug. When the patent expired in 1997 becoming a generic drug, many companies began producing ranitidine (see Red Book Product Availability.xlsx for a complete list of manufacturers). The drug was first approved for short-term treatment of active duodenal ulcer (4-8 weeks) and the treatment of pathological hypersecretory conditions such as Zollinger-Ellison syndrome.[48] In 1985, Zantac was first marketed as a maintenance treatment (long term use) for healed duodenal ulcers for up to one year.[48,50] The medical use expanded to gastroesophageal reflux disease (heartburn), stress ulcer prophylaxis, erosive esophagitis, and others. With the multiple medical uses and receipt of approval in over 30 countries, it became the world's best-selling drug by 1988.

35.     The dose of ranitidine is based on the clinical indication and formulation. The table below provides the adult dose and formulations that were available for administration.

| Pharmacokinetic Parameter[48] | Value |
|---|---|
| **Adult Dose[a]** | Over-the-Counter [b] <br> • 75 mg orally once or twice daily (maximum 300 mg per day) <br> • 150 mg orally once or twice daily (maximum 300 mg per day) |

|  | Prescription |
|---|---|
|  | • 150 mg orally once or twice daily, alternate 300 mg orally once daily (maximum 300 mg per day) |
|  | • 150 mg orally four times daily (or 300 mg twice daily) for up to 12 weeks[c] |
|  | • 50 mg intermittent intravenous bolus every 6 to 8 hours (maximum 400 mg per day)[d] |
| **Formulation** | Injection solution:  25 mg/mL in 2 mL and 50 mL |
|  | Syrup:               15 mg/mL |
|  | Tablet:              75 mg, 150 mg (over-the-counter) |
|  |                      150 mg, 300 mg (prescription) |
|  | Capsule:             300 mg (prescription) |

[a] Usually administered 30 to 60 minutes before eating or drinking foods that cause heartburn.

[b] The over-the-counter duration should not exceed 2 weeks unless prescribed by a physician.

[c] For erosive esophagitis, gastric hypersecretion (up to 6 g/day has been used),[51] Zollinger-Ellison syndrome[48,50]

[d] For gastric hypersecretion, stress ulcer prophylaxis, duodenal ulcer, Zollinger-Ellison syndrome[48,50]

36.    Ranitidine is rapidly absorbed after oral administration, with peak serum concentrations within 2–3 hours in adults and 1.2–2.5 hours in children.[41,48] Absorption after oral administration is highly variable, ranging from 39 to 88% in adults and children, and its overall absorption is largely unaffected by food consumption at time of administration. Notably, first-pass metabolism and enterohepatic circulation affect the extent of ranitidine's absorption into the systemic circulation (see sections below for further discussion).[41,48] Briefly, the figure below explains the absorption of ranitidine with first-pass metabolism and enterohepatic circulation.  After oral administration, the drug is presented into the Gut compartment (G), from which a fraction ($F_{GP}$) of the dose (D) is absorbed by a first-order process into the central Plasma (or Blood) compartment from which blood samples may be obtained. A fraction ($F_{GL}$) of the drug from the Gut also passes into compartment Liver (L) in the remaining fraction first-pass transfer process. No assumptions are made about the type of transfer process from the Gut to the Liver because the kinetic behavior of the system does not depend on the rate of input into the Liver but only on the amount of drug in Liver at the time that recycling takes place. At this time a fraction ($F_{LG}$) of the drug accumulated in the Liver is spontaneously released into the absorption Gut compartment. The drug is eliminated from the plasma (or blood) and transferred into Liver compartment and a peripheral Tissue compartment by first-order processes. After intravenous administration, the same model applies, except that the input is a bolus input into the central compartment.



Therapeutic levels of ranitidine are achieved rapidly after intravenous dosing and are maintained for 6–8 hours.  Only a small fraction of ranitidine is protein bound; and the volume of distribution ranges from 0.98 to 4.09 L/kg in adults and children. The low protein binding and large volume of distribution (i.e., above 0.25 L/kg hence in an average 70-kg adult, ~18 L) indicate that ranitidine distributes into human tissues and organs.[48]

Ranitidine is metabolized by the liver's microsomal cytochrome P450 to at least three metabolites, including 4% desmethyl ranitidine, 1% N-oxide, and 1% S-oxide.[52]  Another metabolite of ranitidine is the furoic acid analogue (0.8-2.2%) that was not listed in the product information and identified in an internal GSK study by Broom et al in 1986 entitled "*A Radioisotope Study to Investigate the Metabolic Disposition if Ranitidine in Man*" (GSKZAN0000369313).  This metabolite appeared similar to the N-oxide on radio thin layer chromatography and was not detected in previous studies since the drug was not (or only at low dose) $^2$H$_3$-radiolabeled; however, "existence of another metabolite was suggested."

Ranitidine also inhibits the function of CYP 3A and 2D6, and injury may be the result of its activation to a toxic intermediate.[53]  Compared with intravenous administration of ranitidine, oral administration suggests significant hepatic biotransformation following oral absorption. In fact, 30% of an administered oral dose of ranitidine is excreted unchanged in the urine versus 70% of an intravenous dose.[54] The kidneys excrete ranitidine and its metabolites by filtration and renal tubular secretion, and it is important to reduce drug doses in patients with decreased renal creatinine clearance. The normal elimination half-life of ranitidine is 2 to 3 hours, but it is prolonged to 4 to 9 hours in patients with severe renal disease. Hemodialysis (especially high-flux membrane) and peritoneal dialysis (i.e., chronic continuous ambulatory) clear significant amounts of this drug. The values for pharmacokinetic parameters after oral administration of ranitidine are provided below for adults and children with normal renal function.[48]

| Pharmacokinetic Parameter[48] | Adults | Children |
|---|---|---|
| Oral Bioavailability (%)[a,b] | 50 (range 39 to 88) | 48, variable |
| Time to Peak Concentration (hr) | 2 to 3 | 1.2 to 2.5 |
| Peak Concentration (ng/mL) | 874 to 977 after single 300 mg oral dose[55,b] | -- |
| Protein Binding (%) | 15 (range 10 to 19) | -- |
| Volume of Distribution (L/kg) | 1.04 to 4.09 L/kg | 0.98 to 4 L/kg |
| Metabolism | Liver | Liver |

| Excretion, Renal | 24.6 to 31.8 L/hr<br><br>30% (oral) to 70% (intravenous) unchanged ranitidine in 24 hr | -- |
| Excretion, Feces[56,b] | 3.1 mL/min/kg<br>(Assuming 70 kg, 13 L/hr) | |
| Clearance, Total | 1.29 to 1.44 L/hr/kg<br>(Assuming 70 kg, 100 L/hr) | 9.89 to 11.7 mL/min/kg |
| Half-life (hr) | 2 to 2.5 hours (up to 3 to 4 hours in elderly patients; 4.8 to 9.8 hours in patients with severe renal disease; and clinically insignificant in hepatic insufficiency) | 1.7 to 2.8 (up to 7 for neonates) |

[a] The syrup, effervescent, and tablet formulations of ranitidine are bioequivalent.
[b] Enterohepatic circulation may occur.

37.     A complete list of ranitidine product availability made by each manufacturer and the National Drug Code (NDC) number is provided in the Red Book Product Availability.xlsx obtained from Micromedex.[48]  The Red Book provides access to updates for more than 100,000 prescription and over-the-counter (OTC) drugs, molecular entities, and generic products. Using the NDC number, drug products are identified and reported using a unique, three-segment number that is a universal product identifier.  This NDC number complies with two legislations: (1) Section 510 of the Federal Food, Drug and Cosmetic Act (Act), 21 U.S.C. §360, that requires registered drug establishments to provide the FDA with a current list of all drugs manufactured, prepared, propagated, compounded, or processed by it for commercial distribution; and (2) FDA Amendments Act of 2007 (Public Law 110-85) (FDAAA) that required that drug establishment registration and drug listing information be submitted electronically unless a waiver is granted.

The NDC is unique 10-digit, 3-segment number that provides labeler, product, and trade package size.
- The first segment, the **labeler code** is any firm that manufacturers (including repackers or relabelers), or distributes (under its own name) the drug
- The second segment, the **product code**, identifies a specific strength, dosage form, and formulation for a particular firm.
- The third segment, the **package code**, identifies package sizes and types. Both the product and package codes are assigned by the firm.
- For example, NDC 69842-0293-06, 69842 is the labeler code for CVS Pharmacy Inc, 0293 is the product code for the 75 mg oral tablet, and 06 is the package code for 160 package size.

38.     The appearance of various formulations of ranitidine is provided by Clinical Pharmacology Ranitidine Appearance - Clinical Pharmacology.pdf.[57]  The color, shape and size of each formulation varies by manufacturer.  For example, the appearance of a 150-mg tablet made by GlaxoSmithKline was pentagonal orange, in contrast to Rite Aid's that was round blue. Maintaining the integrity of the color and shape of each formulation is essential to ensure stability and hence safety and effectiveness of any drug, including ranitidine.  Based on U.S. Code Title 21, Chapter 9, § 331, the following acts, specifically pertaining to drugs, and the causing thereof are prohibited:
   (a) The introduction or delivery of any drug that is adulterated or misbranded.
   (b) The adulteration or misbranding of any drug.

(c) The receipt of any drug that is adulterated or misbranded, and the delivery or proffered delivery thereof for pay or otherwise.

This code furthermore prohibits:

(o) In the case of a prescription drug distributed or offered for sale, the failure of the manufacturer, packer, or distributor thereof to maintain for transmittal, or to transmit, to any practitioner licensed by applicable State law to administer such drug who makes written request for information, true and correct copies of all printed matter which is required to be included in any package in which that drug is distributed or sold.

39.    The instruction for storing ranitidine varies by the stability of each formulation that includes capsule, tablet, syrup and injection.  There is also variation in storage requirements between different manufacturers; the table below provides storage information from the product labeling of Zantac manufactured by GlaxoSmithKline.

| Formulation[41] | Temperature | Humidity | Other |
|---|---|---|---|
| **Capsule[48]** | • 20°C and 25°C (68°F and 77°F) | • Protect from moisture | Protect from light |
| **Tablet** | • 15°C and 30°C (59°F and 86°F)<br>• 2° and 30°C (36° and 86°F) for Efferdose | • Protect from moisture<br>• Store in dry place<br>• Replace cap securely after each opening | Protect from light |
| **Syrup** | • 20°C and 25°C (68°F and 77°F)<br>• Excursions permitted to 15°C to 30°C (59°F to 86°F)<br>• Do not freeze | -- | Protect from light |
| **Injection** | • 4°C and 25°C (39°F to 77°F)<br>• Excursion permitted to 30°C (86°F) | -- | Protect from light |
| **Injection Premixed** | • 2°C and 25°C (36°F to 77°F)<br>• Excursion permitted to 30°C (86°F)<br>• Avoid excessive heat (brief exposure up to 40°C does not affect the product)<br>• Protect from freezing | -- | Protect from light |

The FDA Code of Federal Regulation Title 21, Section 203.21 (21 CFR 203.32) addresses the need for maintaining drugs under stable conditions and adhering to the manufacturer's specifications. Understanding how to interpret storage conditions at "label claim" is a vital component of successfully storing drug samples according to manufacturer requirements.[58]  This code specifically states:

(a) *Storage and handling conditions.* Manufacturers, authorized distributors of record, and their representatives shall store and handle all drug samples under conditions that will maintain their stability, integrity, and effectiveness and ensure that the drug samples are free of contamination, deterioration, and adulteration.

(b) *Compliance with compendial and labeling requirements.* Manufacturers, authorized distributors of record, and their representatives can generally comply with this section by following the compendial and labeling requirements for storage and handling of a particular prescription drug in handling samples of that drug.

40.     A review of some basic concepts of pharmacokinetics and pharmacodynamics that relate to patient safety is important to appreciate the clinical pharmacology and toxicology of a drug. Pharmacokinetics (described as what the body does to the drug) is the study of the absorption, distribution, metabolism and elimination of a drug.[2] Pharmacokinetic studies in common laboratory species such as rats, mice and dogs are often performed during drug development and pharmacokinetic studies in humans are necessary to ascertain dosing before drug approval. Pharmacodynamics (described as what a drug does to the body) is the study of the biochemical, physiologic, and molecular effects of drugs on the body and involves receptor binding, postreceptor effects, and chemical interactions.[59] The combination of both pharmacokinetic and pharmacodynamic studies provides the basis for the relationship between a drug and its response that is essential to ascertain safety and efficacy before drug approval.

41.     There are several general principles of pharmacology and toxicology that are important to ascertain drug effects.  First, increasing the dose of a drug augments the likelihood that the drug will produce both the desired pharmacological effects (*i.e.,* efficacy) and the undesired adverse effects (*i.e.,* toxicity); this describes the dose-response relationship (figure below).[59,60]  Another general principle of pharmacology and toxicology is that, for most drugs that are administered on a multiple-dose chronic basis, drug accumulation occurs where the previous dose exerts an effect on successive doses. This principle of superposition assumes that the blood levels after the second, third, or *n*th dose will overlay or superimpose the blood level attained after the (*n*-1)th dose (figure below).[61]  Furthermore, the accumulation ratio (AR) represents the relationship between the dosing interval (tau) and the rate of elimination (k) for the drug (equation below). The maximum accumulation occurs when steady-state is achieved.

$$AR = \frac{1}{1 - e^{-k*tau}}$$



Accumulation can occur for drugs and their metabolites, particularly with chronic administration and the conditions in which ingestion occurs remain constant.  The AR for ranitidine was estimated and presented in the following table.  More frequent dosing (i.e., tau) and kidney (renal) insufficiency increased the AR.

| Ranitidine Dosing Regimen | Accumulation Ratio (AR)[a] | |
|---|---|---|
| | Normal Renal Function | Renal Insufficiency |
| 150mg once daily (tau=24 hr) | 1.00 | 1.02 to 1.19 |

| 150mg twice daily (tau=12 hr) | 1.02 to 1.03 | 1.14 to 1.66 |
| 150mg four times daily (tau=6 hr) | 1.14 to 1.23 | 1.55 to 2.70 |

[a] Elimination rate constant (k) was calculated by $0.693/t_{1/2}$ based on first-order pharmacokinetics and was 0.2772 to 0.3465 per hour for patients with normal renal function and 0.077 to 0.173 per hour for patients with renal insufficiency.[62]

42.     Inter-patient variability is an established and well-accepted scientific concept that describes differences in the pharmacokinetics of drugs between humans.[2]  This difference can occur during any of the pharmacokinetic processes, including absorption, distribution, metabolism and/or elimination and can elicit important effects that impact the efficacy and safety profiles of a drug.[2,63]  Differences in drug absorption, distribution, metabolism and elimination among individuals can be attributed to various host factors that include, but are not limited to, gender, age, genetics, body weight and/or ratios of fat to lean body mass, underlying disease state, use of concomitant drugs, liver and/or kidney function, and diet.  In general, inter-individual differences in host factors can have clinically significant effects on the pharmacokinetics of a drug, resulting in differences in the pharmacologic and toxicologic responses to a drug.  Furthermore, pharmacodynamic differences that also exist among individuals can contribute to differences in pharmacologic and toxicologic responses to a drug between patients.  The inter-individual differences in drug pharmacokinetics and pharmacodynamics can complicate the conduct and hence results and interpretation of clinical studies.[64]  As such, clinical trial designs attempt to reduce the variability among individuals by controlling for certain host factors (e.g., liver and/or kidney function), and/or excluding certain patients (e.g., certain age or underlying diseases).  As a consequence of controlling or excluding host factors to limit pharmacokinetic and pharmacodynamic inter-patient variability in clinical trials that are used for drug approval, data from clinical trials do not fully elucidate the safety profile of a drug, particularly uncommon and rare adverse drug events, which may become evident once the drug is used in the larger general population.[65-68]  The efficacy and safety profile of the drug may be different after a drug is marketed and used in the general population. Recent examples of this phenomenon that have led to changes in the safety product labeling of certain drugs include warning of hypersensitivity and other serious or fatal reactions associated with sulfamethoxazole/trimethoprim, QT prolongation associated with metronidazole, and severe dermatologic reactions associated with vancomycin.

43.     Therapeutic drug monitoring (TDM) combines knowledge related to a drug's pharmacokinetic and pharmacodynamic properties to ensure that plasma or blood drug concentrations are achieved within a targeted therapeutic range.[2,69-72]  Used by clinical pharmacists and pharmacologists to assess plasma or blood drug concentrations, TDM was introduced to clinical practice in the 1960s and originally focused on adverse drug reactions.[71]  Today in the clinical setting, TDM enables the assessment of the efficacy and safety of a drug and allows clinicians to individualize dose based on measured plasma or blood drug concentrations directly obtained from the patient (Figure).  Blood or plasma (not urine) concentrations bridge the pharmacokinetic and pharmacodynamic variabilities; it is the drug in the body via blood or plasma (not excreted in the urine) that impacts the pharmacologic activity or clinical effect on the patient, either efficacy or toxicity.[73,74]



To best estimate the pharmacokinetic variability, particularly drug elimination that is important for chronic administration (i.e., weeks, months or years), the measuring of the drug concentration should be performed at steady-state to account for drug accumulation. There may also be significant between-individual pharmacodynamic variability at a single plasma concentration, hence a range of concentrations is usually targeted.[75]  Plasma or blood drug concentrations are sometimes used as a marker for tissue concentrations since obtaining biologic tissue concentrations, especially deep tissue, are more invasive than blood and increases the risk for medical complications.

A.  The pharmacokinetics of ranitidine contribute to the toxicological profile of the drug.  Bioavailability is the measure of the amount of drug that is absorbed into the bloodstream and is then available to produce the desired (or undesired) pharmacological effects.  Notable pharmacokinetic properties of ranitidine are its: (1) high variability in oral bioavailability that may result from its first-pass metabolism and enterohepatic circulation; (2) low protein binding; and (3) high volume of distribution, which aggregately indicates the complexity of ranitidine metabolism as well as that ranitidine can significantly distribute throughout the human body into many tissues.[76]  These notable pharmacokinetic properties are essential to understand as they contribute to the pharmacodynamics of ranitidine and its metabolites.  As such, one patient may exhibit a toxic response, while another patient may not, due to these notable pharmacokinetic properties of ranitidine.   Basic pharmacologic concepts are presented below to substantiate formation of ranitidine into other molecular entities and significant distribution of ranitidine throughout the human body.

B.  ***High Variability in Oral Bioavailability.***  Bioavailability (F) is a measure of the amount of drug that is absorbed to reach the systemic circulation (i.e., blood where it can distribute to the site of pharmacologic action).  Physiologically, most drug absorption occurs in the small intestine, rather than stomach, due to its great surface area.  Pharmacologically, bioavailability is derived using the ratio of the area-under-the-concentration (AUC) time curves in the blood, after extra- (i.e., oral) and intravascular (i.e., intravenous [IV]) drug administration, where $F \sim AUC_{ORAL} / AUC_{IV}$. Excellent bioavailability (generally above 90%) is expected for injectables (i.e., intravenous and intramuscular) and good bioavailability (generally above 80%) is expected for oral water-soluble drugs, like ranitidine.[77]  However, the average oral bioavailability of ranitidine is 50%, indicating that half of the drug reaches the systemic circulation while the other half transforms into other entity or entities or eliminated prior to reaching the systemic circulation.  While oral bioavailability of ranitidine averages about 50%, it has high inter-patient variability from 39 to 88%.[48,76]  Since oral formulations are generally used long-term, I opine that the significant difference in oral bioavailability may affect the pharmacodynamics of ranitidine, including its toxicology, since different amounts of the drug enters the blood where it can be delivered into the tissues.  As such, one patient may exhibit a toxic response, while another patient may not.

The main reasons behind the significant difference in the total oral bioavailability of ranitidine are its first-pass metabolism (or effect) and enterohepatic circulation.

1.  ***First-Pass Metabolism***.  Bioavailability is often used to ascertain the extent of first-pass metabolism.  Many clinically important drugs undergo considerable first-pass metabolism after oral ingestion. Following the absorption of an orally-administered drug in the gastrointestinal wall (i.e., usually small intestine for its large surface area relative to the stomach), the drug is transported from the portal blood across the hepatocyte membranes to hepatic metabolizing sites and to the bile canniculae; both the gastrointestinal wall and especially the liver are

25

common sites for first-pass metabolism that transforms the drug into generally inactive metabolites and occurs before the drug reaches the systemic circulation (Figure).[2,78]   The extent of first-pass metabolism depends on certain physiological factors, including enzyme activity, plasma protein and blood cell binding, and gastrointestinal motility.[79]   The therapeutic implication of *extensive* first-pass metabolism is reduction in the drug's primary absorption, thereby decreasing bioavailability and plasma concentration.  With the decrease in plasma concentration, larger oral (as compared with intravenous) doses are needed to achieve equivalent plasma concentrations.  Alternative routes of administration (e.g., intravenous) avoid the first-pass effect.



Figure of First-Pass Effect[78]

Because ranitidine is metabolized by the hepatic P450 cytochrome system, it can undergo extensive first-pass metabolism.[54,55]   The bioavailability of oral ranitidine was 56% in one study, demonstrating significant first-pass metabolism.[80]   However, the extent of the first-pass effect, as measured by area-under-the-concentration (AUC) versus time curve, was complicated since AUC was also dependent on the extent of enterohepatic circulation (see below).  Therefore, the total bioavailability of ranitidine, as calculated by AUC, reflects both primary absorption after first-pass metabolism as well as additional absorption via enterohepatic circulation.

Ranitidine inhibits first-pass metabolism and alcohol dehydrogenase; this has implications on alcohol.  When consumed with alcohol, the oral form of ranitidine increases alcohol bioavailability by decreasing its first-pass metabolism (~ 62%) via acceleration of gastric emptying.[81,82]   This interaction under social drinking has been shown to increase blood alcohol levels (as well as prolong duration) that are known to impair psychomotor skills necessary for safe driving.[82]   In addition, ranitidine inhibits alcohol dehydrogenase, thereby increasing the peak concentration and AUC of alcohol, that can occur with both oral and intravenous ranitidine formulations.[83,84]

2. ***Enterohepatic Circulation.*** A drug that undergoes enterohepatic circulation is transported from the hepatocyte membrane to metabolizing sites and to the bile canniculae; biotransformed in the liver; transported from the hepatocytes across the canalicular membrane into the bile; actively transported from the hepatocytes into the sinusoid; and transported via the bile (i.e., biliary elimination) into the duodenum.[78]   The metabolism, usually conjugation, occurs in the liver by phase II enzymes.  In the duodenum, intestinal bacteria can break the conjugated drug,

releasing the original drug which is then reabsorbed across the intestinal mucosa to re-enter the systemic circulation (i.e., blood), or returned to the liver via the portal circulation (Figure).[78,85] This recycling process via enterohepatic circulation allows the drug to remain in the systemic circulation for a prolonged period of time. The aftermath of enterohepatic circulation is that the drug is deactivated in the liver but then reactivated in the intestine to induce an increase the drug's plasma concentration. This may prolong the pharmacological and toxic effects of a drug and its metabolites, and of critical importance in toxicologic processes involving the gastrointestinal tract.



Figure of Enterohepatic Circulation Of Oral Absorption into the Enterohepatic and Systemic Circulation. Adapted from Roberts et al.[86]

Enterohepatic circulation has been documented with the use of ranitidine in at least 80 to 100% of human subjects, which is consistently high.[55,87] However, the magnitude of enterohepatic circulation is vastly variable in humans. A comparative study of oral 300 mg tablets manufactured by LaborMed Pharma S.A. Romania and GlaxoSmithKline, Austria was conducted to assess their bioequivalence in 12 healthy human volunteers under fasting condition.[88] The extent of enterohepatic circulation varied widely between subjects, ranging from 9 to 71% of the oral ranitidine dose. This was hypothesized to be contributed by the different rates of gastric emptying after administration of oral ranitidine; a delay in gastric emptying increased enterohepatic circulation. The variable gastric emptying was confirmed by the percent of ranitidine dose present in the stomach. The resulting bioequivalence of the two oral formulations varied between 80 and 125% between the tested oral formulations.

In general, enterohepatic circulation can cause a lagging secondary absorption process (evident by a second peak concentration) and increases drug exposure and hence potentially toxic effects of the drug.[89] This is true for ranitidine, which exhibited a significant second peak plasma concentration that was observed with both oral and intravenous formulations (Figure).[80,90,91] The first peak from the primary drug absorption occurred at 0.5 to 2.5 hours and the second peak, at 3 to 6 hours after dosing of the ranitidine tablet.[80,90] Miller hypothesized that the second peak was derived from ranitidine's rapid transfer from mostly the systemic circulation (and to lesser extent, the first-pass effect) into the bile and hepatic parenchymal tissues, which spontaneously released ranitidine in response to food intake.[80] In

addition, the AUC (i.e., bioavailability) attributable to the enterohepatic recycling, was higher after oral administration, suggesting that ranitidine was transported to the bile and liver during the first-pass transfer. The recycling of ranitidine, which introduced more drug into the blood, was also reflected by the decrease in the clearance by 20%.



**Fig. 1.   Average plasma concentration-time profiles of raniti- dine from 12 subjects.**

Each data point represents the mean (± SE) plasma concentration of the test (○) and reference (●) tablets.

Adapted from Shim et al.[90]

Biliary elimination is an important process within enterohepatic circulation; as such, factors that impact biliary elimination can alter the extent of enterohepatic circulation. In humans, age, sex differences, genetic factors, co-administered drugs, food, drug transport across different barriers (membranes and transporters), and disease conditions can affect biliary elimination.[78] Food can significantly impact bile pool size and turnover, making food intake an important consideration for evaluating the extent of enterohepatic circulation and therefore bioavailability of ranitidine.[80] However, the overall impact of food on ranitidine's bioavailability is limited relative to the effect of other pharmacokinetic factors and parameters.[48,76] In patients with chronic liver disease, reduction in ranitidine clearance, perhaps due to reduced biliary elimination, has been observed.[76]

3. *Delayed Gastric Emptying.* The stomach is normally the first organ in which intense contact between a drug given orally and gastrointestinal fluids occurs.[2] Although the stomach has a relatively large epithelial surface, its thick mucous layer and short transit time limit drug absorption. Because most absorption of drugs, including ranitidine, occurs in the small intestine, gastric emptying which transports drugs from the stomach into the intestine is often the rate-limiting step.[92]

In general, food slows the rate of gastric emptying, which should theoretically slow the rate of passage to the intestines where the largest amounts of most drugs are absorbed. Food, especially fatty food, slows gastric emptying and therefore rate (but not necessarily extent) of drug absorption, explaining why administering some drugs on an empty stomach speeds absorption and consuming food with drug slows absorption.[93] For ranitidine, its overall absorption is largely unaffected by food consumption at the time of administration.[41,48]

In a report by GSKZAN0002034372 dated 1989, "Zantac®, but not Tagamet® (cimetidine), delays gastric emptying." The delay in gastric emptying induced by ranitidine was also reported by Mushambi et al and Parkman et al.[94,95] While this delay in gastric emptying was statistically significant between ranitidine and placebo or cimetidine, the range of the actual gastric emptying times in all of the studies cited in the report GSKZAN0002034372 fell within the normal values and hence, the effect is unlikely to be clinically significant for the effectiveness of ranitidine. However, delayed gastric emptying caused by ranitidine may have implication on toxicity, particularly in relation to the carcinogenic effects of NDMA. Ranitidine slows gastric emptying, which prolongs the time in which exogenous and endogenous NDMA (which can form in the stomach under acidic condition) reside in the stomach. This increased gastric residence time may augment the gut tissue penetration of NDMA, potentially increasing the occurrence of gastric cancer.

4. ***Other Factors Affecting Bioavailability.*** Other factors that generate variability in the bioavailability of ranitidine, but to a lesser extent than first-pass effect and enterohepatic circulation, are gut microbiome and formulation. Inactivation of a drug in the gastrointestinal tract by the gut microbiome can decrease diffusion of a drug into the systemic circulation, thus lowering its plasma concentration and bioavailability.[78] As observed for ranitidine, its poor absorption in the large intestine is likely due to its N-oxide reduction in colonic conditions.[96] In addition, when co-formulated with PEG 400 (a solubilizing excipient called polyethylene glycol), the bioavailability of oral ranitidine significantly increased in male, as compared with female, subjects.[97]

C. ***Low Protein Binding.*** The extent of drug distribution into tissues depends on the degree of plasma protein and tissue binding. Drugs that are minimally protein bound, like ranitidine at 15%, distributes tissue better than those that are highly bound. In fact, drugs that are less than 80-85% protein bound exhibit differences that are of slight clinical importance.[98] In the bloodstream, drugs are transported partly in solution as free (unbound) drug and partly reversibly bound to blood components (eg, plasma proteins, blood cells). Only unbound drug is available for passive diffusion to extravascular or tissue sites where the pharmacologic or toxic effects of the drug occur. Therefore, the unbound drug concentration in systemic circulation typically determines drug concentration at the active site and thus efficacy.[2]

To ascertain the magnitude of ranitidine's protein binding using updated technology, GlaxoSmithKline (GSK) Report 2020 by Aldinger entitled *An In Vitro Investigation of the Plasma Protein Binding and Blood Partitioning of Ranitidine in Rat and Human Plasma and Whole Blood* (GSKZNDAA0000637353) was critically reviewed. The low plasma protein binding of ranitidine was confirmed in vitro using plasma obtained from rats and male human donors. The mean binding of ranitidine ranged from 2.2 to 4.59% in rat plasma and 8.19 to 16.8% in human plasma donors. Concentration dependence in plasma protein binding was not observed. In addition, the mean blood-to-plasma ratio ranged from 1.08 to 1.21 in rat and human, respectively, indicating a slight increase in protein binding in whole blood, up to 20.3% based on the 1.21 ratio. The low protein binding parallels the high volume of distribution in humans, ranging from 1.04 to 4.09 L/kg that further substantiates tissue penetration, excluding CSF where it may be minimal.

In order to distribute into tissues, absorption of ranitidine into the systemic circulation must first occur. It is within the systemic circulation (or blood) in which therapeutic drug monitoring (TDM) becomes important to ensure efficacy and safety of drugs.[73,74] After absorption and with its relatively low

plasma protein binding, unbound ranitidine is readily available in the bloodstream, facilitating its distribution into tissues, including the kidneys where 30% (oral) to 70% (intravenous) of unchanged ranitidine are then excreted in the urine.[48]   The kidneys eliminate ranitidine and its metabolites by renal filtration and tubular secretion.  In the liver, ranitidine is metabolized to at least three metabolites, including 4% desmethyl ranitidine, 1% N-oxide, and 1% S-oxide.[52]   Ranitidine can also be metabolized via nitrosation to form NDMA under acidic reaction pH conditions, like of that in the human stomach and to a lesser extent intestines and blood.[99-101]   This conversion to NDMA occurs shortly after oral ingestion and potentially also during enterohepatic circulation of ranitidine since ranitidine itself can convert to NDMA.  The extent of tissue distribution is further presented in the next section.

D.  ***Significantly High Volume of Distribution.***  Tissue distribution can be discerned by protein binding and volume of distribution.  Ranitidine is widely distributed throughout the body since it is largely unbound in the plasma with only 10-19% protein binding.[77]   Extensive tissue penetration with concentrations in tissues exceeding that of plasma can also be inferred by ranitidine's high volume of distribution.  In general pharmacokinetics, the volume of distribution is the theoretical volume of fluid into which the total drug administered would have to be diluted to produce the concentration in plasma.[2]   For example, if 1000 mg of a drug is given and the subsequent plasma concentration is 10 mg/L, that 1000 mg seems to be distributed in 100 L (dose/volume =concentration; 1000 mg/$x$ L = 10 mg/L; therefore, $x$= 1000 mg/10 mg/L = 100 L).  Volume of distribution has nothing to do with the actual volume of the body or its fluid compartments but rather involves the distribution of the drug within the body.[2] For a drug that highly distributes into tissues, very little drug remains in the circulation; thus, plasma concentration is low and volume of distribution is high. Volume of distribution provides a reference for the plasma concentration expected for a given dose but provides little information about the specific pattern of distribution. Each drug is uniquely distributed in the body. Some drugs distribute mostly into fat, others remain in extracellular fluid, and others are bound extensively to specific tissues.  More information on ranitidine's distribution into tissues are further discussed in the sections that follow using an internal GSK report with physiologic-based pharmacokinetic modeling.

In a non-obese adult weighing 70 kg ($\sim$ 154 pounds), the average blood volume (5 L, or 0.07 L/kg) and extracellular fluid (14L or 20% body weight or 0.2 L/kg) combines to a total of 0.27 L/kg in volume.  Since this volume excludes tissues, any drug volume exceeding 0.27 L/kg reflects tissue distribution.  *As such, the significant tissue penetration of ranitidine is substantiated by its significantly high volume of distribution of 1.04 to 4.09 liters/kg, which is approximately 72 to 286 liters in a 70-kg human and exceeds the combined blood and extracellular volume.*[102]

The low protein binding (as reported in GSK Report 2020 by Aldinger entitled *An In Vitro Investigation of the Plasma Protein Binding and Blood Partitioning of Ranitidine in Rat and Human Plasma and Whole Blood* [GSKZNDAA0000637353]) parallels the high volume of distribution in humans, ranging from 1.04 to 4.09 L/kg, that further substantiates extensive tissue penetration, excluding CSF where it may be minimal.  To further demonstrate the extensive tissue penetration of ranitidine, another GSK Report 2020 by Jackson et al entitled *Distribution and Disposition of Ranitidine using Physiologically Based Pharmacokinetic Modeling* (GSKZNDAA0000637425) was critically reviewed.  In this report, physiologic-based pharmacokinetic (PBPK) modeling was conducted using GastroPlus™ and Simcyp® to ascertain the extent of conversion of ranitidine to NDMA. A rat model that combined both *in vitro* and clinical data in GastroPlus™ was used to inform human prediction on tissue penetration.  Using a model developed by Mojaverian et al in 12 male subjects, multiple dosing of 150 mg

twice daily of oral ranitidine achieved a mean observed peak plasma concentration of 532 mg/L and the simulation by Simcyp® estimated a mean plasma peak of 480 ng/mL (or mcg/L), which was 10% lower than the observed concentration. Simcyp® further estimated tissue concentrations, with the highest distribution achieved in the liver, heart, spleen, stomach, muscle, pancreas, and kidneys (with inference for bladder concentration), respectively (Figure).  Notably, these tissues achieved concentrations ranging from 506 to 2,291 ng/mL, which was significantly higher than even the maximum concentration achieved in the plasma as reflected in the >1 tissue-to-plasma ratio (Figure).  Ranitidine's distribution to other simulated tissues, including skin, bone, adipose, and even brain achieved concentration less than the peak plasma concentration.  The mechanistic tissue distribution to the liver and kidney incorporated active transporter mediated uptake and disposition.  The breadth and depth of tissue penetration, with some tissues exceeding the peak plasma concentration, was confirmed using other ranitidine pharmacokinetics models by Garg et al[56] and van Hecken et al and mechanistic models for simulation.[103]  Regarding pregnancy and lactation, another tissue with concentration of ranitidine that exceeds that of plasma is breastmilk.[76,104-106]  In addition to excretion in breastmilk with concentrations greater than in the plasma, ranitidine crosses the placenta.[106]  A case report documented serum levels of ranitidine in a single patient throughout her pregnancy, which were comparable to those in the amniotic fluid at 17 weeks, in the cord blood at delivery (and undetectable 12 hours after birth), and in the neonate's blood after breastfeeding.[107]  In addition to ranitidine, NDMA has been recorded in breastmilk, with concentrations ranging from 0.1 to 1.8 ng/g.[108]





Figure 27   Predicted tissue to plasma distribution coefficients (Kps) after 150 mg BID PO multiple dose of ranitidine.



Figure 26   Regional Distribution of the fraction of Dose Absorbed

Adapted from by Jackson et al (GSK Report)

Notably, this report cited a plasma protein binding of 88% (Table 4 of Report), which is much higher than reported in the literature.  In addition, the report stated "*NDMA modelling was not attempted in the absence of ant (any) suggestive data of physiological relevance from the internal or external reports and/or literature.*"  This action was not adequately justified in light of the abundance of literature linking NDMA (Entity A) to cancer (Entity B) and evidence from multiple labs showing degradation of ranitidine (Entity C) to NDMA (Entity A).  Scientifically, if Entity A=B and Entity A=C, then Entity B=C indicating that ranitidine must be reasonably linked to cancer. In addition to this deductive reasoning to infer causality of ranitidine in cancer formation via NDMA, PBPK modeling provides a scientifically-sound framework to assess this question since human clinical studies cannot be conducted due to ethical concerns of the direct carcinogenic risk of NDMA and the need for biopsy to obtain tissue samples. Furthermore, PBPK modeling has been used in toxicity testing and risk assessment to predict the time-course of parent chemical and/or metabolite(s) in the organism of interest.[109]  Lastly, the repeated reports of discoloration of ranitidine tablets,[109]  Lastly, the repeated reports of discoloration of ranitidine tablets (see section on Discoloration from Beige to Yellow to Dark Brown), which may potentially reflect the presence of NDMA, makes PBPK modeling of NDMA highly relevant and prudent.

In conclusion, the important features of ranitidine's pharmacokinetic profile that relate to potential patient safety concerns consist of its high inter-patient variability in bioavailability, low protein binding and high volume of distribution that facilitates penetration into tissues and organs.  Simulated data indicated wide and extensive tissue penetration of ranitidine into many tissues, reaching concentrations significantly exceeding that of the peak plasma concentration.  As such, the potential to exert its toxic effects, possibly via the formation of a probable human carcinogen NDMA under optimal conditions, is much higher in some tissues than in the plasma.  Furthermore, a major omission from these studies is the cumulative effect of chronic (i.e., long term) ranitidine ingestion; this is critical to accurately assess the risk of developing cancer since it is usually exhibits an exposure-response relationship.

44.     Another pharmacokinetic consideration for ranitidine that has implication on its bioavailability is the integrity of the color and shape of each formulation that are essential for its stability and hence safety and effectiveness.  The U.S. Code Title 21, Chapter 9, § 331, prohibits the introduction or delivery of any drug that is adulterated or misbranded.  Furthermore, Section 501(b) of the Food, Drug, and Cosmetic Act (the Act) deems an official drug (i.e., a drug purported to be or represented as a drug the name of which is recognized in an official compendium) to be adulterated if it fails to conform to compendial standards of quality, strength or purity.  As such, the proper storage of ranitidine is critical to ensure the quality and purity of ranitidine as well as minimize formation of impurities, including NDMA. Ranitidine formulations are readily degraded to NDMA when storage conditions, particularly temperature or humidity control, are violated, for example, when ranitidine is heated during storage, transported in a car on a summer day, or by the sun after home mail order delivery (see section Shipping and Storage Requirements).  The storage instruction varies by each formulation, that includes capsule, tablet, syrup and injection, and by each manufacturer.  In addition to protection from light to prevent degradation, the labeling indicates ranitidine products must be maintained at proper temperature ranging from 4°C to 30°C (39°F to 86°F) depending on formulation with avoidance of freezing and excessive heat above 40°C (86°F) as well as avoidance of excessive humidity.

### VII.     Clinical Pharmacology: Pharmacokinetic-Pharmacodynamic Profile of N-Nitrosodimethylamine

45.     A unique metabolic pathway that can originate directly from ranitidine itself is the formation of *N*-Nitrosodimethylamine, (NDMA, $(CH_3)_2N_2O$, molecular weight: 74.08). NDMA, also known as dimethylnitrosamine (DMN), is a byproduct of the degradation of ranitidine, a tertiary amine (Figure).[77]



NDMA is a form of nitrosamine with a similar basic chemical structure of N—NO to other nitrosamines; however, NDMA also contains two dimethyl groups (—$CH_3$) and appears to be one of the most toxic, carcinogenic, mutagenic, and teratogenic compounds among the 300 known nitrosamines.[110,111] From a historical perspective, the International Agency for Research on Cancer (IARC) Working Group that is part of the World Health Organization in 1978 identified dimethylamine as a source for NDMA formation and demonstrated the presence of NDMA in some drugs containing aminopyrine (a tertiary amine); ranitidine is a tertiary amine with a dimethylamine group.[112,113] This was reinforced in 2002 and 2003 when elevated levels of NDMA in drinking water produced by U.S. wastewater treatment was associated with the drug ranitidine via contact with a nitroso source (such as nitrite) and the reaction of DMA.[114,115] The high instability of the ranitidine was further elucidated when the mechanistic breakdown of ranitidine was proposed with monochloramine (commonly known as free chlorine for disinfecting drinking water, Figure).[116] These studies underscore the instability of the DMA group on the ranitidine molecule and its ability to form NDMA.



Adapted from Le Roux et al.[116]

**Ranitidine + Monochloramine**



Adapted from Le Roux et al.[116]

46.     The pharmacokinetic data of NDMA in humans are limited.[117]   NDMA can enter the human body during inhalation of air that contains NDMA, through the skin, or when orally consuming NDMA that may be present in food, water and/or medications.   The most important and probably the most harmful way of contacting NDMA appears to be by oral consumption since this is the primary human exposure pathway according to the Environmental Protection Agency.[40]  Since NDMA has been a known genotoxic carcinogen for decades, many animal studies have been conducted and appropriately extrapolated to infer human effects.   Experiments in animals have shown that after oral administration, NDMA gets absorbed rapidly (> 90%) primarily from the lower intestinal tract in a matter of minutes, enters the blood and extensively distributes to many organs throughout the body.[118-123]  In fact, the wide distribution of NDMA in tissues encompass mother's milk, with proven detection in rodent fetuses.[124,125]

Oral administration of exogenous NDMA and the NDMA formed by nitrosation reactions within the gastrointestinal tract are rapidly absorbed from the upper part of the small intestine and carried to the liver in the portal blood supply.[126]  NDMA is cleared rapidly from the blood, with both hepatic and extrahepatic metabolism, and excretion in the urine or exhalation as carbon dioxide.[122]  Primarily in the liver, NDMA is metabolized into other substances, most of which leave the body within 24 hours in air exhaled from the lungs and in urine or feces, along with unchanged NDMA.  Mechanistically, NDMA is metabolized by cytochrome P450 CYP2E1 (also known as NDMA demethylase), producing methyldiazonium that is a known mutation inducer via methylation.[127,128]   Denitrosation accounts for approximately 20% of NDMA clearance.  Hydroxylation is the major pathway that contributes to toxicity and carcinogenicity. The mechanism of its carcinogenicity involves metabolic activation steps resulting in the formation of methyldiazonium, an alkylating agent (Figure).[128]  While CYP2E1 in the liver has been well characterized, CYP2E1 is also present in other tissues such as lung, bladder, esophagus, stomach, colon, pancreas, and prostate.[129,130]   As such, NDMA is suspected to cause both localized and systemic carcinogenic effects.[128,131]   A comprehensive review of the pharmacokinetics of NDMA is provided below, with extrapolation of animal studies for human estimation of pharmacokinetic parameters.



Adapted from Tricker et al.[128]

47.     NDMA is a volatile nitrosamine and present in water and food, from negligible to significant amounts.  According to the World Health Organization's International Agency for Research on Cancer in 1976, the formation of NDMA and other nitrosamines from food or other entities through nitrosation generally requires the labile and reactive nitrite ($NO_2$), which is present in human saliva and gastric juice.[132]  Gastric nitrite concentrations, accompanied by and parallel that of gastric pH, significantly increase after meal consumption. Moreover, nitrite is also formed from the reduction of nitrate ($NO_3$), which is found abundantly in water and vegetables, by bacterial or plant enzymes (Figure).[133]  The daily intake of nitrite originates primarily from exogenous, rather than endogenous (i.e., stomach), sources of nitrates, including vegetables and food.[134]



Adapted from Ma et al[133]
Nitrate performs physiological functions through the exogenous $NO_3^-$-$NO_2^-$-NO pathway.
NO, nitric oxide; $NO_2^-$, nitrite; $NO_3^-$, nitrate.

48.     Nitrate and nitrite widely circulate and distribute in the human body, including the blood, saliva and tissues.[135]  The distribution of nitrates into different organs is variable, potentially due to the availability of the protein sialin that actively transports nitrates into the tissues.[136,137]  Nearly 25% of dietary nitrates are recycled by sialin in the salivary glands where nitrate is abundant (i.e., 10 times of that in plasma), and most nitrate are excreted by the kidneys.[135]  Nitrate is also converted to nitrite by oral bacteria and subsequently absorbed in the stomach and intestine.[133]  The microflora in the stomach and small intestine may also contribute to some nitrate reduction to nitrite, evident when plasma nitrite significantly rose even after the use of mouthwash that eliminated mouth bacteria.[138]

At fasting, gastric nitrate was 105 μmol/L, serum nitrate level at 17.9 to 24 μmol/L, the saliva nitrite 44 μmol/L (but ranged from 0-306 μmol/L) and the gastric nitrite very low or undetectable.[139,140]  After a nitrate diet, nitrate can enter the blood (with a peak in concentration within 15-30 minutes and half-life of about 5-8 hours), or nitrate can be reduced to nitrite.[140-143]  At approximately 20-40 minutes following the intragastric administration of a nitrate meal, the gastric nitrate increased to a peak concentration of 3430 μmol/L, serum nitrate to a peak concentration of 82 to 134 μmol/L and the salivary nitrate to a peak of 1516 μmol/L, and salivary nitrite to a peak concentration of 262 to 761.5 μmol/L.[139,140]  Despite the significant increase in salivary nitrite, the gastric nitrite increase was minimal at < 10 μmol/L and remained

undetectable in some subjects, likely resulting from vitamin C removing a considerable amount of nitrite delivered to gastric juice within the saliva.[139]  Saliva is the a major source of circulating nitrite.

Nitrite in blood can rapidly convert to nitrate with half-life about 110 seconds (<2 minutes), while nitrite in plasma (which is the liquid component of blood and constitutes 55% of the total blood volume) is relatively stable with half-life about 20-30 mins.[144,145]  Normal plasma levels of nitrite are 50-100 nM and increase 3-5 times after a nitrate-rich meal after the reduction of nitrate to nitrite.[138,146] The conversion of nitrate to nitrite is an enzymatic process, while the conversion of nitrite to NO is a non-enzymatic process.

49.     The rate of nitrosation can be non-linear and dependent on the nitrite concentration to a power of greater than one, indicating that exposure at high level of nitrite within a short period may produce more NDMA than prolonged duration at low concentration.[134]  Garland et al demonstrated this concept in a study of 24 healthy volunteers with normal dietary intake and showed that the mean urinary excretion of NDMA was 38.2 ng per day, which was unaffected with treatment of inhibitors of NDMA formation (including 600 mg of ascorbic acid [vitamin C] and 100 IU of alpha-tocopherol [vitamin E] four times daily for 3 weeks).[147]  The intake of low dose, rather than one single high dose, of these inhibitors may have contributed to the unchanged urinary NDMA excretion.  One explanation suggested by the investigators was "under the conditions of our study, much of the nitrosation may not have occurred in the gastrointestinal tract but may have occurred in tissue compartments not easily reached by ascorbic acid and alpha-tocopherol."  As such, NDMA formation may have concentrated in tissues rather than get eliminated in the urine via the serum.  Furthermore, since less than 1% of NDMA is recovered in urine, it would require significant increase in serum NDMA to detect change in urinary NDMA recovery.  Notably, this study concluded considerable person-to-person and day-to-day (as much as 5-fold higher on some days) variations in urinary NDMA excretion.  This underscores the importance of controlling for confounding factors that includes dietary intake between subjects and even on a daily basis to accurately assess urinary NDMA concentrations.

The conclusion by Garland et al that suggests nitrosation of NDMA in tissue compartments has high clinically relevant implication on the formation of NDMA in tissues directly from ranitidine.  As suggested by several studies and internal GSK reports with PBPK modeling, ranitidine has a high volume of distribution and penetrates in some tissues very well with concentrations that exceed serum concentration.[56,103,106]  The high tissue concentrations of ranitidine and the ability of NDMA to form in tissue compartments demonstrate biologic plausibility of ranitidine converting to NDMA in tissues, even potentially at high concentrations.

50.     Confounding factors, including the presence of inhibitors or inducers of nitrosation, can complicate the rate of NDMA formation.  For example, if consumed concurrently, thiocyanate present in cauliflower and ascorbic acid, in preserved meats can augment or reduce, respectively, formation of nitrosamine *in vivo*.  Coupled to these confounding factors is the "extremely low excretion rates" concluded in a study by Spiegelhalder that evaluated urinary excretion in rats and humans after oral ingestion of NDMA.[117]  The low excretion rates made detection in the urine undetectable, even when a high amount of NDMA at 13-26 micrograms was clearly ingested with orange juice.[148]  Urinary NDMA was detected only when alcohol was present since alcohol potentiate NDMA production by hindering nitrosamine metabolism.[149-151]  Notably, the lack of urinary concentration cannot be interpreted as lack of plasma or blood concentration of NDMA.  Using a pig model (more analogous to humans than rodents), Harrington et al showed that NDMA disappeared from blood in 8 hours yet detected in the bile with peak concentration approaching that in the circulating blood after a short time lag of 2 hrs and biliary concentrations exceeded that of the blood up to 10 hours.[152]  This suggests a potential for enterohepatic

cycling; after a substance is secreted in bile, it can be reabsorbed into the circulation from the intestine to increase bioavailability and therefore blood tissue penetration.[2]  With the compilation of all these factors, response to nitrite exposure can be highly variable between subjects and comparative studies without controlling for potential confounders become challenging to interpret.

51.    Based on a GlaxoSmithKline (GSK) internal study by Darkin et al entitled *The Formation of NDMA from Ranitidine and Other Marketed Drugs* (GSKZAN0003535392) dated 1982, it was noted that "*tertiary amines containing a dimethylamine group reacted with nitrous acid is expected to be nitrosodimethylamine (NDMA)*."  The ranitidine samples, oral and intravenous, were obtained from SK&F and GSK tested under conditions of 0.01M of ranitidine, sodium nitrite 0.04 M at pH3 and 37°C after 1, 4 and 24h.  Using gas-liquid chromatography, results indicated significant amount of NDMA from ranitidine, as compared to other tertiary amines like chlorpromazine, chlorpheniramine, and oxytetracycline, ranging from 1.3 to 3.9 molar %.  The amount of NDMA produced from ranitidine increased with higher sodium nitrite and time.

In another internal GSK report by Martin et al entitled *Nitrosastion of Ranitidine: Further Mutagenicity Studies* (GSKZAN0000986964) dated 1982, the mutagenicity of ranitidine was evaluated.  This internal study was conducted to follow-up on previous studies (Path 79/220, Path 79/224) that identified AH 23729X as a potential mutagen and thus further experiments were conducted.  Major findings from this study indicated that AH 23729X (dinitroso-ranitidine) was a *direct acting* bacterial mutagen that did *not require metabolic activation* to form base-substitution mutations through *DNA-alkylation* damage.  The formation of AH 23729X from nitrosation was dose-dependent on both the ranitidine concentration and acidity. The mutagenic effect was dose-related and significant down to approximately 3-10μg/mL (9-30μg/plate).  The formation of AH 23729X under conditions of excess nitrite is enhanced both by potassium thiocyanate and ascorbic acid (vitamin C). In fact, potassium thiocyanate shifts the optimum for nitrosation to a lower pH (1-1.6), while ascorbic acid exerts its effect through the generation of nitrogen oxides (which was more potent nitrosating species). In contrast, Vitamin E (alpha-tocopherol) inhibits nitrosation.  Based on *in vitro* experiment of human gastric juice, no significant mutagenic activity was detected with 10 mM ranitidine and nitrite levels up to 40 mM.  Mutagenicity assays on urine and gastric juice samples obtained from two healthy volunteers, who received one dose of 150 mg ranitidine, yielded negative results.  It is important to recognize that the in vitro and in vivo studies of human gastric juice and urine reflect single dose effects, without any drug accumulation that can occur with chronic dosing.

Nitrosation is catalyzed by the anion thiocyanate.[153]  The formation of nitrosamines in the stomach, where both nitrite and secondary or tertiary amines may be present, can be accelerated by the thiocyanate in saliva.[153]  In the presence of thiocyanate, nitrosation proceeds much more rapidly in acid conditions, such as in gastric juice with pH 1 to  2.[154] In fact at pH 1.5, 1 mM thiocyanate increased nitrosation about 550 times.  At pH 3.5 and greater, thiocyanate is less catalytic and the reaction rate is proportional to the square of the nitrite concentration.  Thiocyanate is secreted in saliva of non-smokers at approximately 50 mg/L (1 mM) but 3 to 4 times higher in smokers.[154]  In the stomach, the thiocyanate concentration is approximately 0.2 mM in non-smokers (and 0.6 mM in smokers);  these concentrations increase nitrosation 100 and 300 times at pH 2. Thiocyanate is secreted both by the kidneys and salivary glands at equal volumes in smokers. Non-smokers excrete thiocyanate three times more in urine than in saliva. Thiocyanate that is secreted in saliva is reabsorbed from the gastrointestinal tract.

52.    Conflicting data exist regarding nitrosation of ranitidine to form NDMA under physiologic acidic pH condition inside the human stomach where ranitidine sojourns upon oral administration.  A study by Braunstein et al evaluated NDMA formation in the stomach after ingestion of ranitidine using an *in vitro*

model.[100]    Formation of NDMA was proportional to increasing nitrite concentration and inversely proportional to pH (Figure).[100]   Formation of NDMA was proportional to increasing nitrite concentration and inversely proportional to pH (Figure).   In a simulated stomach acid pH of 2.5, the formation of NDMA increased as sodium nitrite increased from 1 mmol/L to 100 mmol/L (or 1000 to 100,000 μmol/L) and the amount of NDMA formed with 150-mg of ranitidine was alarmingly high, ranging from 947 to 320,000 ng amount, which is significantly higher than the FDA maximum allowable of 96 ng per product day (Figure A).[39]   The highest nitrite concentration reported in humans by Walters et al after a high-nitrite meal was 290 μmol/L, from a fasted state at nitrite concentration of 9.3 μmol/L.[132,155]   This significant increase in nitrite concentration after a meal underscores the importance of evaluating NDMA formation during the fed (rather than fasted) state to ascertain the true NDMA exposure.   While the study by Braunstein et al evaluated nitrite concentrations that were at least 3 times greater than that detected by Walters et al under physiologic conditions, a reduction in the pH from 5.5 to 2.5 as well as higher ranitidine dose of 300 mg increased NDMA formation when sodium nitrite was held constant at 50 mmol/L (Figure B). Notably, the dose recommended for the initial treatment of erosive esophagitis is 150 mg orally four times daily (i.e., 600 mg per day) for up to 12 weeks.[48,50]



Adapted from Braunstein et al[100]

53.    Similar to the Braunstein et al using an *in vitro* model of simulated gastric fluid with different nitrite concentrations, Gao et al reported that ranitidine conversion to NDMA was not detected until nitrite was 5000 μmol/L, which was 50-fold greater than the upper range of physiologic gastric nitrite concentrations at acidic pH.[99]   While this finding suggests that ranitidine may not significantly convert to NDMA in the human stomach, Braunstein et al suggests formation of NDMA from ranitidine at 1000 μmol/L (or 1 mmol/L) nitrite.[99,100]   Clearly, both studies (as well as others) importantly reveal that ranitidine's transformation to NDMA in the stomach prior to absorption is dependent on the amount of nitrite; and occurs under acidic pH (as conditioned in the human stomach) and not alkaline pH (as conditioned in human bladder, at pH ranging from 4.6 to 8.0; Figure).[99,100,132,155-157]



Adapted from Gao et al[99]

Gao et al tested lower and more confined nitrite concentrations ranging from 1 mmol/L to 100 mmol/L (or 100 to 10,000 µmol/L), as compared with Braunstein which was 100 times higher.  While this was the major difference between these studies, the clinical implication from both studies is similar and clear.  Based on the WHO, long-term ingestion of NDMA from all sources should remain below 200 ng per day to limit the 70-year estimated risk of cancer to less than 1 in 100,000.[158]  With an estimated consumption of ~ 100 ng of NDMA per day from the water and food, ingestion of NDMA from drugs (either in the product at ingestion or converted in the stomach) should not exceed 100 ng per day, which is consistent with FDA's limit of 96 ng per day.[101]   At high nitrite concentrations, both Gao and Braunstein observed increased NDMA formation from ranitidine at acidic pH level in the stomach.  Furthermore, Gao et al also showed that the amount (rather than the concentration) of nitrite impacts NDMA production from ranitidine.  As such, with the human stomach of an obese person reasonably retaining ~ 2 L of volume, a large acidic and nitrite-rich meal could drive appreciable NDMA production.[159]  The stomach condition in obesity cannot be ignored in light of its astounding increase in the prevalence of 42% in adults and 19% in children from 2017-18.[160,161]  Overall, while these studies shed light into NDMA conversion from ranitidine, the clinical implication remains limited.  Conditions that can exist in a human stomach were excluded, especially after a large acidic meal or one that contains high nitrite or nitrates content.  These studies, as well as others, did not account for the chronic ingestion of ranitidine, which is the major issue with the use of ranitidine in real-world, especially when multiple safer non-NDMA-producing alternatives are readily available.[99,100,132,155,162]  Lastly, the absence of adequate and specific information on the product labeling about the formation of NDMA from ranitidine makes it ambiguous for consumers to assess their own risk versus benefit when using ranitidine, either as a prescription or over-the-counter medication for largely non-life-threatening conditions, unlike some forms of cancer in which NDMA has been linked to.[41,101]

54.    Based on multiple internal manufacture reports, the detection of NDMA from various ranitidine products has occurred since 1982.  Using gas-liquid chromatography, ranitidine products from SK&F and GSK tested positive for NDMA (Darkin, GSKZAN0003535392).  Notably, NDMA from ranitidine was significantly highest amongst the tertiary amines including chlorpromazine, chlorpheniramine, and oxytetracycline.  Another report by Tanner using gas chromatography-mass spectrometry indicated that NDMA was formed in a 3.1% yield (equivalent to 232 mcg) when 40mM nitrite and 10mM ranitidine, and 6% acetic acid were combined and incubated at 37°C for 4 hours (no. WBP 82:011).[163]  Using an *in vitro* model to simulate 150mg of ranitidine with ingestion of a nitrite-rich meal, NDMA formation produced a "low intensity signal."  The investigator cited several studies, two of which were published in the WHO's International Agency for Research on Cancer, that implicated variable formation of NDMA

under different conditions.[164-166]   Furthermore. another GSK study in 1982 identified AH 23729X (dinitroso-ranitidine) as a mutagen that did not require metabolic activation to form base-substitution mutations through DNA-alkylation damage (Martin, GSKZAN0000986964), The mutagenic effect was dose-related and significant.

55.     The controversy over the NDMA transformation from ranitidine in the human stomach was further evaluated in an *in vivo* study by Zeng and Mitch.[157]   This NDMA pharmacokinetics study in humans demonstrated the presence of urinary NDMA excretion, specifically after oral intake of ranitidine, in all 10 human subjects (5 female and 5 male) who were enrolled in the study.[157]   After ranitidine intake, the urinary NDMA increased from a baseline of 110 ng/d to 47 600 ng/d. The content of NDMA in the ranitidine tablets before use was not measured, so the amount of NDMA created exogenously in the tablets or in the human remains uncertain. In addition to NDMA, desmethyl, N-oxide, and S-oxide metabolites of ranitidine were also detected in the urine.  Notably, urine samples were collected over 24-h periods before and after consumption of 150 mg ranitidine; as such, each patient served as their own control for the absence or presence of NDMA after receiving ranitidine.  Since this study was retracted by the authors due to the use of gas chromatography (rather than FDA-recommended liquid chromatography-tandem mass spectrometry [LC-MS/MS]) in measuring urine NDMA concentrations, the magnitude of NDMA concentration present in the urine cannot be elucidated from the study; however, this study still revealed that NDMA, along with its other metabolites, were formed and accumulated in the urine after oral intake of ranitidine.  Furthermore, this study showed that the NDMA achieved peak concentrations within 3 hours after ranitidine intake, demonstrating that this formation highly correlated to ranitidine intake and that the monitoring of the effect of NDMA by its concentration (or exposure) is time-dependent in that a single blood concentration reflects only the momentary situation rather than true exposure.

An earlier study of NDMA pharmacokinetics in humans confirmed the presence of urinary excretion of NDMA over a 24-hour period in human volunteers, which showed between 0 and 1.3% of an ingested dose of 12-30 mcg of NDMA in drinking fluids (i.e., orange juice and beer, respectively) was recovered in the urine.[117]   The addition of 6% ethanol to orange juice increased the detection of urinary NDMA to 1.8 - 2.4%,[117]   The addition of 6% ethanol increased the detection of urinary NDMA to 1.8 - 2.4% with orange juice and beer, respectively, and likely to be correlated with the interaction between alcohol and CYP2E1 (discussed later in detail).  As such, the monitoring of urinary NDMA is difficult and may be undetectable when in the absence of ethanol, likely due to its extremely low excretion rate.  Notably, even with single doses within the low 12-30 mcg range, urinary NDMA can still be detected when beer or ethanol is consumed or administered concurrently. Without alcohol, no significant amount of urinary NDMA was detected, suggesting an excretion to be less than 0.05% since the lower limit of NDMA detection was 0.05 mcg/L. To detect urinary NDMA exposure, single doses must be within the order of hundreds of micrograms, unless the excretion rate is increased by the co-administration with ethanol.  A later NDMA pharmacodynamics study in human also confirmed the presence of urinary NDMA after intake of oral 300 mg of oral ranitidine, with comparative placebo groups, and is discussed later in detail.[167]

56.     Another *in vivo* study that was a randomized, double-blind, placebo-controlled, crossover clinical trial was conducted at a clinical pharmacology unit of the FDA.[167]   The effect of a single-dose of 300 mg oral ranitidine, administered every other day for 4 days, versus placebo on urinary excretion of NDMA was evaluated in 18 healthy participants.  Participants were randomized to ranitidine or placebo with a noncured-meats plus distilled water diet and then a crossover with cured-meats plus tap water diet.  The same diets were provided to the ranitidine and placebo groups, with the cured-meat diet containing higher content of nitrites, nitrates (nitrate-reducing bacteria can convert nitrates to nitrites), and NDMA.

Ranitidine and NDMA concentrations in the plasma and urine were measured using the validated liquid chromatographic tandem mass spectrometric methods.

The primary outcome was powered at 90% to detect a difference in the 24-hour urinary excretion of NDMA.  While results indicated the lack of statistically significant difference between ranitidine and placebo in the primary outcome with noncured-meat or cured-meat diets, **the maximum NDMA concentration in the plasma was nearly twice as higher in the ranitidine than placebo groups** (Table). With similar diets in the ranitidine and placebo groups, this finding suggests that compared with urine, **more NDMA is retained in the body after oral ranitidine administration** where NDMA has the potential to exert its toxic effect. While this was not statistically significant, the pharmacologic activity of NDMA originates from the plasma or blood, not urine, concentration as explained previously on TDM. Briefly, TDM enables the assessment of the efficacy and safety of a drug and allows clinicians to individualize therapy based on measured plasma or blood drug concentrations directly obtained from the patient.  Blood or plasma (not urine) concentrations bridge the pharmacokinetic and pharmacodynamic variabilities; it is the drug in the body via blood or plasma (not excreted in the urine) that impacts the pharmacologic activity or clinical effect on the patient, either efficacy or toxicity.[73,74]

Table 2. Effect of Ranitidine on NDMA and DMA 24-Hour Urinary Excretion and Plasma Measurements (Primary and Exploratory Outcomes)

| Outcome | Diet | Ranitidine, median (IQR) | Placebo, median (IQR) | Paired differences, median (IQR)[a] | P value[b] |
|---|---|---|---|---|---|
| No. | | 17 | | | |
| **Primary outcome** | | | | | |
| NDMA 24-h urinary excretion, ng | Noncured meats | 0.6 (0–29.7) | 10.5 (0–17.8) | 0 (−6.9 to 0) | .54 |
| | Cured meats | 11.9 (5.6–48.6) | 23.4 (8.6–36.7) | −1.1 (−9.1 to 11.5) | .71 |
| **Exploratory outcomes** | | | | | |
| Maximum NDMA plasma concentration, pg/mL | Noncured meats | 18.9 (0–25.7) | 20.3 (0–33.5) | 0 (−20.5 to 13.6) | .79 |
| | Cured meats | 29.0 (0–34.5) | 16.2 (0–27.4) | 2.2 (−9.4 to 9.1) | .23 |
| | | Ranitidine, geometric mean (CV %) | Placebo, geometric mean (CV %) | Geometric mean ratio (90% CI) | |
| DMA 24-h urinary excretion, mg | Noncured meats | 38.8 (38) | 41.1 (33) | 0.94 (0.87 to 1.01) | .92 |
| | Cured meats | 40.7 (52) | 43.1 (34) | 0.95 (0.81 to 1.10) | .74 |
| Maximum DMA plasma concentration, pg/mL | Noncured meats | 1.51 (25) | 1.48 (27) | 1.02 (0.97 to 1.08) | .26 |
| | Cured meats | 1.36 (27) | 1.41 (26) | 0.97 (0.91 to 1.03) | .82 |
| 24-h plasma DMA area under the curve, h·pg/mL | Noncured meats | 26.3 (34) | 26.2 (35) | 1.00 (0.91 to 1.11) | .46 |
| | Cured meats | 20.9 (53) | 20.9 (46) | 1.00 (0.88 to 1.25) | .49 |

Abbreviations: CV, coefficient of variation; DMA, dimethylamine; IQR, interquartile range; NDMA, N-nitrosodimethylamine.

[a] Calculated by first determining the difference between the 2 treatments for each individual participant and then determining the median of those values. The Wilcoxon signed-rank test used for NDMA analyses is also based on first determining the difference between the treatment groups for each individual participant.

[b] A 1-sided lower P value <.05 was considered significant for the primary and exploratory analyses of ranitidine vs placebo because the study aim was to evaluate if ranitidine increased NDMA or DMA exposure.

Adapted from Florian et al[167]

In addition, the conclusion by the authors indicating "the findings do not support that ranitidine is converted to NDMA in a general, healthy population" is misleading for several reasons, primarily arising from the limitations of the study design.  The limitations may result in the underestimation of NDMA formation and include:

(1) The lack of accounting for the alkaline pH in the bladder, where the urine is collected, may promote intramolecular transformation of NDMA to other entities like DMA (as suggested by Gao et al and others)[99,100,132,155-157] and hence may mask the true NDMA exposure in the urine in those receiving ranitidine. The high urine DMA concentration seen in the placebo and treatment groups make this intramolecular transformation plausible and potentially deviating from the true estimation of risk of NDMA exposure. Furthermore, the half-life of NDMA is estimated to be 13 minutes in humans (assuming first-order kinetics, refer to NDMA PK table below); thus making time, environmental acidity and temperature control of sample collection, handling and storage extremely important to maximize assay accuracy.[120]  Temperature effects

on NDMA formation from ranitidine is presented in detail in section on Shipping and Storage Requirements.

(2) Ranitidine tablets were obtained from the same lot with presumably optimal handling during storage, which may not reflect real-world shipping and storage conditions. This is evident by the low baseline amount of NDMA in the ranitidine tablets. Nonetheless, the amount of NDMA contained in the ranitidine tablets were never zero, even at the initiation of the clinical trial. Based on eTable 1, the baseline NDMA contained in ranitidine tablets was 6.3 ng (notably, not zero) and the formation of NDMA increased by 66% within 8 months even under strict storage condition (Figure).[167] As such, there may be potentially higher amounts of NDMA within ranitidine tablets in the real-world scenario when stored in suboptimal conditions and for longer durations of time beyond 8 months. Temperature effects on NDMA formation from ranitidine is presented in detail in section on Shipping and Storage Requirements.



Adapted from Florian et al.[167]

(3) The controlled setting of the study does not reflect real-world handling and storage of ranitidine products. The lack of testing on the effect of heat and humidity on NDMA formation from ranitidine that can be an important source of exogenous NDMA, which can be transformed directly from ranitidine, prior to its oral administration;

(4) After an overnight fast, ranitidine was administered one minute before breakfast that was consumed over 25 minutes; this is inconsistent with the product labeling that infers once-daily dosing after dinner or before bedtime.[101] The volume and content of food, that may include nitrites and nitrates,[101] The volume and content of nitrites and nitrates can be significantly different between breakfast and dinner. Rolls et al demonstrated that the intake of food by amount and energy (i.e., calories) doubled that of breakfast during the dinner meal, which is consistent with the dietary guidelines for Americans in 2020 to 2025 established by the US Department of Agriculture.[168,169] Furthermore, when food is consumed, the buffering effect of food *temporarily increases* the gastric pH and then the gastric pH returns to baseline due to secretion of gastric acid.[170] Based on a meta-analysis that combined 16 studies that described the time course of the gastric pH after ingestion of foods of different caloric contents, the mean

± standard deviation of gastric pH under fasted (approximately 12 hours) and fed states were 1.88±0.46 and 4.98±0.65, respectively, which may product different effects on NDMA biotransformation from ranitidine under fasted versus fed states.[171]

In relation to the content of food, the amount of dietary intake of vitamin C and E (ascorbic acid and alpha-tocopherol, respectively) was not appropriately controlled for, nor evaluated in the study.  Since these vitamins inhibit nitrosation based on published and internal GSK studies, consumption of high amounts can potentially mask change in urinary NDMA concentrations by Garland et al.[147]  In fact, intake of low and frequent doses during different meals throughout the day, rather than one single high dose, of these inhibitors may potentially have contributed to the minimal urinary NDMA excretion in this study.  As suggested by Garland et al, nitrosation may have occurred in tissue compartments, suggesting that the serum rather than urinary concentrations of NDMA may be more important to evaluate especially with double the serum concentration when cured meats was consumed with ranitidine. Notably, Garland et al concluded considerable person-to-person and day-to-day (as much as 5-fold higher on some days) variations in urinary NDMA excretion.  This underscores the importance of controlling for these confounding variables between subjects and even on a daily basis to accurately assess urinary NDMA concentrations.

(5) In crossover trials that utilize the same subject as their own control to evaluate multiple sequential interventions or treatments in a random order, there is generally a washout period between each intervention to minimize the effect of the previous intervention (i.e., carryover effect).[172]  A carryover effect is present when the effect of the drug or intervention (including diet) given in the first (or previous) period persists into the second (or subsequent) period despite a washout period.[173]  A washout period is a phase during a trial in which the effect of the treatment given previously assumed to have disappeared. When a washout period is included, it is assumed that all measurements taken after the washout period are no longer affected by the previous treatment. The importance of the washout period is to allow time in which the patient receives no intervention to "washout" the effect of the previous intervention. Notably, a washout period to minimize the carryover effect was not stated in the published study by Florian et al.  The carryover effect may affect the limited urinary recovery of NDMA in the second and subsequent time periods if noncured meat diet or placebo was administered in the previous period. The presence of carryover effects might bias the estimate of urinary (or even plasma) NDMA if data from the second and subsequent periods are not properly used. When the residual carryover effect is thought to exist, the general advice is to use the first-period data in an analysis appropriate for a parallel design. However, reliance on data from the first (or early) period only negates most of the advantages of the crossover design.

(6) Exclusion of the actual patient population, including those with chronic reflux disease or ulcers, who are most likely to receive ranitidine, is a major study design flaw.  These chronic diseases affect gastric pH and bacterial flora that can contribute to NDMA formation.  In fact, Walsh et al have shown that patients with duodenal (i.e., stomach) ulcers release more gastrin, an endogenous hormone that increases acid secretion (or decrease the pH) to foster an environment conducive of nitrosation from ranitidine to NDMA.[174]  Multiple studies, that included patients with stomach ulcers, have shown that ranitidine treatment is associated with a further increase in serum gastrin concentration and/or an increase in meal-stimulated gastrin release.[54,175-177]  As such, the results based on solely healthy volunteers as evident in the study by Gao et al should be cautiously extrapolated to the actual patients since the stomach

physiologic conditions, and potentially pharmacokinetic processes, between healthy volunteers and ulcer patients are unlikely to be similar.

(7) While not directly related to the limitation of the study design, Florian et al omitted discussion on the unique pharmacokinetic characteristics of NDMA in the human plasma and tissue, which should be seriously cogitated in order to adequately extrapolate the study results to the clinical setting where serious and potentially lethal toxic effects are of concern.  Based on animal studies (i.e., pig, dog and monkeys) and assuming linear, first-order pharmacokinetics, NDMA has an estimated volume of distribution of 0.925 L/kg which is approximately 65 kg for an average 70-kg human.  Since the average human adult has approximately 5 liters of circulating blood, the excess of 5 liters from the high volume of distribution of NDMA demonstrates the presence of significant tissue distribution in the human body.[102]   As such, evaluation of tissue concentrations, not just plasma and urine, is equally (if not more) important to ascertain the true risk of tumorgenicity since the tissues are where tumors form.  However, evaluating tissue concentrations of a known carcinogen, like NDMA, that would require invasive biopsy is unethical to conduct in healthy volunteers, which was the cohort studied by Florian et al.[15]  Using other published studies, the results are consistent in that NDMA is distributed into many human organs and tissues, including placental transfer during pregnancy.[148,178,179]

While NDMA is widely distributed in many organs in humans, it is renally excreted at a negligible amount (i.e., 0 to 1.3% of amount administered) and its elimination half-life is estimated at 13 minutes.[117,120]   These unique pharmacokinetic features of NDMA have important clinical implications: detection of urinary concentration is expected to be low, potentially independent of diet and exposure to ranitidine, by both rapid elimination from the blood largely via hepatic metabolism and negligible renal excretion.  For any molecule that rapidly metabolizes to other forms, the recovery in the urine is expected to be low.  In addition, when the magnitude of any parameter is miniscule to begin with, the power to detect a statistical difference, between different diets or exposure to ranitidine, becomes even more challenging.  Importantly, TDM measures blood or plasma (*not* urine) concentrations and enables the assessment of the efficacy and safety of a drug; it is the drug in the body via blood or plasma (not excreted in the urine) that impacts the pharmacologic activity or clinical effect on the patient, either efficacy or toxicity.[73,74]  As such, minimal renal excretion implies that ranitidine is not readily eliminated from the human body and hence remains in the blood and/or tissues of the human body where the pharmacologic effects, that include toxic effects, are exerted.

A study by Spiegelhalder that evaluated urinary excretion in rats and humans after oral ingestion of NDMA concluded that exposure to NDMA is difficult to detect in urine because of "extremely low excretion rates."[117] In fact, even when high content of NDMA at 13-26 micrograms were ingested with orange juice, 0% of NDMA was excreted in the urine (detection limit of 0.05 mcg/L).[148]   Urinary NDMA was detected only when alcohol was present.[149,150]  Even with an enhanced assay, Florian et al showed that 73% urinary NDMA samples from patients were below the lower limit of quantification of 0.0156 mcg/L.[167]  These observations are attributed to ascorbic acid and antibiotics inhibiting NDMA production, and alcohol, potentiating NDMA production by hindering nitrosamine metabolism.[123,151,152,180,181] Furthermore, using a pig model (more analogous to humans than rodents) that allowed for collection of large volume of fluids and consumption of diet similar to humans, Harrington et

al showed that NDMA virtually disappeared from blood in 8 hours.[152]  In addition, this study detected nitrosamine in the bile with peak concentration approaching that in the circulating blood after a short time lag of 2 hrs and biliary concentrations exceeded that of the blood up to 10 hours (Figure).  This suggests a potential for enterohepatic cycling where after a substance is secreted in bile, it can be reabsorbed into the circulation from the intestine to increase bioavailability and therefore blood tissue penetration.[2]



Since the Florian et al study failed to address or discuss these specific issues pertaining to the unique pharmacokinetic properties of NDMA, it is important not to rely solely on one study that focused on urine data since it does not account for tissue penetration where the potentially toxic effects occur.  Other human studies and, if relevant, animal studies should be weighted more to allow extrapolation.  Animal studies provide a framework to stipulate biologic plausibility, which has been accepted by the FDA within the drug approval process for decades.[24]

For specific details, refer to the NDMA pharmacokinetic profile table that provides the projected estimation of NDMA parameters in humans.

Overall, the study by Florian et al provided insight on the magnitude of NDMA formation from ranitidine after administration of *one tablet after an overnight fast before breakfast within a controlled environment in healthy volunteers*.  Healthy volunteers began eating breakfast 1 minute after taking ranitidine.  The real-world effects in actual patients after chronic consumption of ranitidine in conjunction with a large-volume, acidic, and nitrite-rich dinner (which is when the product labeling suggests that once-daily dosing should occur—after the evening meal or before bedtime) and under variable storage situations remain to be elucidated.  The need to evaluate these important conditions have been published by critics of the study.[101]  Collectively, the studies by Braunstein, Gao, Zeng and Florian et al are clear: NDMA forms directly from ranitidine based on its molecular structure and the use of other equally effective $H_2$ antagonists that lack the ability to directly transform into NDMA from degradation in the medicine cabinet, is preferable to mitigate any risk of serious toxicities.  Importantly, they all fail to ascertain the true effects of chronic ranitidine administration, which is the primary concern related to serious carcinogenic effects of ranitidine.

57.    With the limited human studies, animal studies can and should prudently be evaluated to ascertain the risks for adverse drug reactions and events.  Recognized by the FDA to inform safety for human use during the preclinical step in the drug development and approval process, adverse effects and toxicities

reported in animal studies have accurately translated into humans, with a high concordance rate of 84% for predicting carcinogenic potential.[16]   Other studies reported similar accuracy of animal studies in predicting human toxicities, particularly carcinogenesis.[17-20]   Moreover, animal studies provide a framework for environmental manipulations, which is not feasible and perhaps considered unethical if assessed in humans.[15]   The study of NDMA in humans, even pharmacokinetics, is certainly unethical since it has been linked to tumorgenicity for decades. While animal research provides the lowest level of evidence for therapeutic studies within the hierarchy of evidence-based medicine, animal studies can stipulate biologic plausibility.[24]   Therefore, pharmacokinetics and toxicology studies in different animal species are reviewed in the following sections.

58.     While NDMA can enter the human body via inhalation and skin, the most important and probably the most harmful way of contacting NDMA appears to be by oral consumption since this is the primary human exposure pathway according to the Environmental Protection Agency.[40]   However, human deaths and near-fatal events have been reported following NDMA acute oral ingestion and inhalation.[122] Experiments in animals have shown that after oral administration, NDMA gets absorbed rapidly (> 90%) primarily from the lower intestinal tract in a matter of minutes, enters the blood and extensively distributes to many organs throughout the body.[118-123]   In fact, the wide distribution of NDMA in tissues encompass mother's or breast milk, with proven detection in rodent fetuses.[124,125]   Primarily in the liver via P450 CYP2E1, NDMA is metabolized into other substances, including the genotoxic carcinogen methyldiazonium.[127,128]   Once transformed into methyldiazonium by the liver, it can pass through the liver and distribute into other tissues, like the colon, to result in colon cancer as demonstrated in the rat with the use of dimethylhydrazine.[182]   While CYP2E1 in the liver has been well characterized, CYP2E1 is also present in other tissues such as lung, bladder, esophagus, stomach, colon, pancreas, and prostate.[129,130]   As such, NDMA can distribute into these other tissues to transform into the genotoxic carcinogen methyldiazonium. In fact, NDMA demethylase activity of the extrahepatic organs has been measured in the lungs of rats, rabbits (even higher in the presence of diabetes) and human microsomes.[183-186] Furthermore, the kidney has the highest NDMA demethylase activity of the extrahepatic organs, suggesting that the methyldiazonium formed in the urine travels from the kidney to the bladder via the ureters.[183]   Small amounts of urine flow from the ureters into the bladder about every 10 to 15 seconds and the bladder serves as the reservoir to store urine.[187]   NDMA is cleared rapidly from the blood, with both hepatic and extrahepatic metabolism, and excretion in the urine, feces or exhalation as carbon dioxide as unchanged drug and as metabolites.[120,122]

Based on animal studies, the pharmacokinetic profile of NDMA primarily follows first-order, linear kinetics after oral ingestion of low dose ranitidine, where a proportional increase in peak plasma concentration is observed relative to the dose (Figure).   However, at high NDMA doses of 5 mg/kg, saturable (or non-linear) kinetics occur where a dose increase can disproportionately increase plasma peak concentration and hence distribution into tissues.   Non-linear or saturable kinetics do not imply the absence of NDMA in the plasma and/or tissues.   In fact, saturable kinetics indicate that the concentrations of NDMA may be much higher (i.e., disproportionately) in plasma and/or tissues, relative to the administered dose.



An overview of pharmacokinetic processes that occur with NDMA exposure in animals demonstrate rapid absorption, extensive tissue penetration, hepatic metabolism and non-renal elimination (Table).

| Pharmacokinetic Process[118-121] | Animals (Mice, Rats, Dogs, Guinea Pigs and Monkeys) |
|---|---|
| **Absorption** | |
| *Oral* | Fast absorption (2% from gastrointestinal tract at 15 minutes after oral intake) |
| *Inhalation* | Extent unknown but absorption occurs based on reports of urinary NDMA detection in rats and dogs, and report of human deaths following NDMA inhalation |
| *Dermal* | Absorption likely to occur based on induction of lung adenomas in mice |
| **Distribution** | Extensively distributed in many organs of mice, rats and other animal species (lung, liver, esophagus, stomach, placenta, fetus and amniotic fluid) |
| **Metabolism** | 1. Hepatic metabolism is the primary route and varies by animal species, age and route of administration.<br>2. NDMA demethylase activity of the extrahepatic organs has been measured in the lungs of rats, rabbits (even higher in the presence of diabetes) and human microsomes.[183-186]<br>3. In the liver, denitrosation can occur along with hydroxylation of the a-carbon, followed by formation of formaldehyde, molecular nitrogen and a methylating (or alkylating) agent (which is considered carcinogenic).<br>4. Metabolized at a lower rate given orally to rats than by parenteral routes |
| **Excretion** | 1. Unchanged NDMA was recovered in the urine, feces and exhaled air[120,122]<br>2. Urinary excretion of unchanged compound is minimal in rats, dogs, and monkeys, and, in the monkey, little is found in expired air.[188]<br>3. Urinary excretion of unchanged compound is minimal in rats, dogs, and monkeys, and, in the monkey, little is found in expired air.[188]<br>4. In humans, 0.5 and 2.4% of an ingested dose of 12-30 mcg (μg) of NDMA (added to drinking water containing alcohol) was recovered in the urine.[117,118]<br>5. Despite high clearance in all species, there is wide (12 times) differences in interspecies bioavailability, suggesting that liver is not the only organ that clears NDMA. |

The values of the pharmacokinetic parameters are provided below for the more evolved animals, including monkey, dog and pig, that more closely resemble humans pharmacokinetically than other animals (Table).[189]  While rat data showed low bioavailability, rat data should be interpreted cautiously especially when data for multiple more-evolved species are available.  Application of allometric scaling indicates that the use of data from monkey, dog and pig (as compared with mice and rats) are pharmacokinetically more similar to humans (see section on the Use of Allometric Scaling to Predict Human Pharmacokinetics).[189]  Some pharmacokinetic parameters from more-evolved animals that resemble humans were extrapolated to predict their values in humans.  Notable pharmacokinetic features are further explained.

| Pharmacokinetic Parameter | *Predicted Human*[120] | Monkey[120] | Dog[119] | Pig[121] |
|---|---|---|---|---|
| **Oral Dose**[a] | *At 1 mg/kg:* 0.324 to 0.946 mg/kg (22 to 66 mg in 70-kg) | 1 mg/kg orally | 1 (first-order) and 5 mg/kg (*saturable*) | 1 (first-order) and 5 mg/kg (*saturable*) |
| **Oral Bioavailability (%)** | 49 to 93 (up to 175 at 5 mg/kg) | 49 | 93 at 1 mg/kg and 174 at 5 mg/kg[b] | 67 at 1 mg/kg[b] |
| **Time to Peak Concentration (min)** | $\leq 25$ | 25 | 20 – 25 | 23 |
| **Peak Concentration (ng/mL)** | -- | 205 | 424 at 1 mg/kg and 2,677 at 5 mg/kg[b] | 144 at 1 mg/kg and 2,217 at 5 mg/kg[b] |
| **Protein Binding (%)** | Likely Negligible | -- | 0 | 0 |
| **Volume of Distribution (L/kg)** | 0.925[c] | 1.24 | 2 | 1.4 |
| **Metabolism, Primarily** | Likely Liver[f] | Liver[f] | Liver[f] | Liver[f] |
| **Excretion, Renal** | 0 – 1.3%[117] | Negligible | Negligible | Negligible |
| **Clearance, Total (mL/min/kg)** | 49.3 (up to 70)[c,d] | 41.8 | 22.8 – 45.5 (Liver) | 113 |
| **Half-life (min)** | 13[e] | 22.9 | 39 – 52 | 50 – 67 |

Abbreviations: CL = clearance, Vd = volume of distribution, $k_e$ = elimination rate constant and $t_{1/2}$ = half-life

[a]  The oral human dose was derived using the dose conversion by Nair et al.[189] An animal (monkey to pig) dose of ranitidine 1 mg/kg is 22 mg to 66 mg in an average 70-kg human.  An animal dose of ranitidine 5 mg/kg is 113 mg (monkey; human equivalent dose of 1.62 mg/kg), 189 mg (dog; human equivalent dose of 2.705 mg/kg), and 331 mg (pig; human equivalent dose of 4.73 mg/kg) in an average 70-kg human.

[b] AUC measurement demonstrates non-linear, saturable first-pass effects at high oral ranitidine dose of 5 mg/kg

[c] Assumed 70 kg and extrapolated from animal studies.

[d] The maximum clearance in humans, assuming no lung clearance, would be approximately 5,000 mL/min (70 mL/min/kg).[190]

[e] Assumed linear, first-order pharmacokinetics that occur at low doses, $k_e$ = CL/Vd (which equates to 3.198 [up to 4.541] per hour) and $t_{1/2}$ = 0.693/$k_e$.

[f] Liver is most likely the main organ that eliminates or clears NDMA.  Extrahepatic metabolism may occur, to a much lesser extent, in the kidneys and lungs.

A. ***Significant Variability in Oral Bioavailability.***   Oral bioavailability of NDMA at low doses significantly varied between species, ranging from 49 to 93% in more evolved animals suggestive for human. The oral bioavailability of NDMA is affected by extensive hepatic first-pass metabolism of NDMA, that results in low bioavailability after oral administration at low doses.[191]  This rapid first-pass metabolism by the liver of NDMA at low doses prevents NDMA's systemic exposure (i.e., decrease plasma concentration) during its transit from the gut to the general circulation.  Furthermore, the first-pass metabolism is accompanied by a decreased hepatic and increased renal carcinogenic effects via DNA methylation.[122,192]  The associated increase in the alkylation of kidney DNA suggests that this change is due to a decrease in the amount of NDMA removed from the portal blood on the first-pass through the liver.[192]

Mico et al evaluated the contribution of first-pass effect of NDMA's bioavailability in rats exposed to its isotope, deuterated analogue [2H6]NDMA at low-doses (representative of low, chronic dosing) to ensure linearity, first-order kinetics.[193]  [2H6]NDMA is N-nitrosodi[2H6]methylamine that contains a heavy hydrogen (i.e., deuterium or $^2$H) with one proton and one neutron that weighs more than the ordinary $^1$H with one proton.  The use of isotope 2H6 provided a more accurate quantification of NDMA's pharmacokinetic parameters.  Notably, the apparent bioavailability (i.e., defined as the amount that was absorbed, escaped first-pass metabolism, and reached the general circulation) of NDMA was 8% and of [2H6]NDMA was 21%, resulting in a 2.6 times increase in bioavailability that would not have been detected in non-isotopic concentration of NDMA. The amount of oral NDMA and [2H6]NDMA that is metabolized during its transit from the gut to the blood is 92% and 79%, respectively, which correlated to a decrease in the first-pass effect using [2H6]NDMA by a hepatic extraction ratio factor of 1.2.  NDMA was removed from blood over 5 to 8 half-lives and limited by the blood flow rate.  In fact, the apparent total systemic blood clearances (largely from intrinsic hepatic clearance) for NDMA and [2H6]NDMA were 39 and 26 mL/min/kg, respectively, reaching hepatic blood flow.  This decrease in total clearance of [2H6]NDMA resulted in significant increase in blood concentrations, perhaps suggesting that more NDMA than that measured without the isotope, may be available to exert its effects.

B. ***Dose-Dependent Pharmacokinetics:  From Linear at Low Doses to Non-Linear Saturable Kinetics at High or Chronic Doses.***   Oral administration of NDMA and the NDMA formed by nitrosation within the gastrointestinal tract are rapidly absorbed from the upper part of the small intestine and carried to the liver in the portal blood supply.[126]  When low doses are orally administered, the liver can efficiently metabolize the NDMA, and NDMA is effectively cleared in a first-pass effect.  The pharmacokinetics of small doses of NDMA is termed first-order, denoting linear increase in plasma concentration that is proportional to the dose.

At high doses of NDMA, non-linear saturable kinetics replaces linear first-order kinetics to result in an overall *increase* in plasma blood concentration that is disproportionate to the administered dose.[191] At high oral NDMA dose (i.e., 5 mg/kg) in beagles, metabolism of NDMA was saturable, indicating a *non-linear and disproportionate increase in plasma or blood concentrations (i.e., 5 times increase in oral dose resulted in 6.3 times increase in maximum peak concentration*, Table above).[119] Furthermore, the oral bioavailability of NDMA remained high in dogs despite a high systemic

clearance, which was consistently higher in more evolved animals than rats. Despite high clearance in all animal species, there was wide (12 times, rather than the usual 2 times for compounds with large extractions ratios of >0.8) interspecies bioavailability, suggesting that the liver is not the only organ that metabolizes or clears NDMA.[119,121] This is similar conclusion to Mico et al indicating that other elimination pathways play an important role in NDMA transitioning from the blood to tissues or elimination.[193] Furthermore, single, large doses of NDMA produced similar DNA alkylation in the liver and kidneys.[122,194 192] This suggests that at high or chronic doses, the hepatic metabolism of NDMA, including first-pass effect, becomes saturated (i.e., reach its full capacity to metabolize), providing opportunities for other tissues, organs and metabolic pathways to transform NDMA.

In conclusion, the pharmacokinetic shift that occurs when transition from low to high or chronic NDMA doses has clinical implications. When low doses are orally administered, NDMA is the effectively metabolized into other entities or cleared by the body. With high or chronic NDMA dosing, its metabolism in the liver reaches full capacity, providing opportunities for other tissues, organs and metabolic pathways to transform NDMA which may result in increased production of an alkylating agent that is a known carcinogen.

C. **Cytochrome CYP2E1 Metabolism to Carcinogenic Alkylating Agent.** NDMA appears to induce local and systemic carcinogenic effects where tumors can form directly at the site of exposure or travel systemically through the blood to reach a distant susceptible organ.[110,128] Mechanistically similar to other nitrosamines, NDMA activates the RAS oncogenes and NDMA metabolism by cytochrome P450 2E1 (CYP2E1) creates methyldiazonium, a known carcinogenic mutation inducer via methylation.[122,127,128,131] The mechanism of its carcinogenicity involves metabolic activation steps by CYP2E1 resulting in the formation of *methyl diazonium*, an alkylating agent.[128] Due to its instability, monomethylnitrosamine (CH3NHN=O) undergoes rearrangement to the form the methyldiazonium ion (CH3N+/N), which alkylates (or methulates) biological macromolecules such as DNA (specifically at the $O^6$ position of guanine and the $O^4$ position of thymidine), RNA, and proteins (Figure).[122,195,196] The significance of CYP2E1 in carcinogen metabolism has been demonstrated using knockout mouse models (i.e., removing the 2E1 gene) and CYP2E1 inhibitors like disulfiram, all of which activated the conjugation pathway to result in the formation of carcinogenic inducer.[197-199] Studies in animals and of human liver preparations confirm this mechanism of NDMA carcinogenicity via denitrosation (i.e., hydroxylation).[122,200]



**Figure 2: Pathways of NDMA metabolism**
**(adapted from ATSDR, 1989; Haggerty & Holsapple, 1990; Lee et al., 1996).**
Adapted from Liteplo et al[122]

While CYP2E1 in the liver has been well characterized, CYP2E1 is also present in other tissues such as lung, bladder, esophagus, stomach, colon, pancreas, and hematopoietic tissue.[129,130] Experiments in animals have shown that after oral administration, NDMA gets absorbed extensively (> 90%) primarily from the lower intestinal tract, enters the blood and rapidly distributes to many organs throughout the body in a matter of minutes.[118-121] The presence of CYP2E1 is multiple tissues may provide a plausible mechanism for the conversion of NDMA to methyl diazonium in other tissues, not just the liver. Reasonably, NDMA is suspected to cause both localized and systemic carcinogenic effects.[128,131]

D. ***Distribution into Many Organs and Association with Cancer.*** After rapid (> 90%) oral absorption from the lower intestinal tract, NDMA is distributed into many organs and tissues, including placental transfer during pregnancy.[118-123] This wide distribution of NDMA in tissues encompass mother's milk, with proven detection in rodent fetuses.[124,125] Similar in rats and guinea pigs, NDMA is normally formed by bacteria in the human stomach and small intestine, but not usually in the large intestine.[148,178,179] In patients with chronic renal failure, NDMA is produced more in the small intestines due to increased levels of bacterial growth, which can be blocked by ascorbic acid or antibiotics and potentiated by alcohol.[123,151,180,181]

The relationship between NDMA and alcohol is further expanded here since alcohol metabolism is linked to CYP2E1, which is also the mechanism for carcinogenicity of NDMA. Most ethanol metabolism occurs in the liver, with conversion to acetaldehyde via alcohol dehydrogenases, catalase and CYP2E1 and later from acetaldehyde to acetate via aldehyde dehydrogenases (ALDHs). Since NDMA and alcohol compete for CYP2E1 enzymatic activity, the co-administration of alcohol with ranitidine may increase both plasma and urinary concentrations of NDMA. In addition to the liver where it is well characterized, Gonzalez et al showed that CYP2E1 was also present in other tissues, such as lung and hematopoietic tissue (also involved in ethanol metabolism).[129,130] Other investigators showed the presence of CYP2E1 in other tissues such as bladder, esophagus, stomach, colon, pancreas, and prostate.[129,130,201-205] Furthermore, CYP2E1 has been implicated in chronic diseases, such as

diabetes, obesity, liver diseases associated with alcoholic consumption, non-alcoholic steatohepatitis, and cancer, possibly as a result of its capacity to produce high levels of reactive oxygen species (ROS).[206-208]    In rats exposed to NDMA, dietary ethanol enhanced the levels for O6-methyl deoxyguanosine adducts in rats, presumably due to P450 2E1 induction.[209]

Several investigators have stated that they expect that chronic administration of low doses of NDMA results in liver tumors since first-pass metabolism occurs there, whereas single high doses result in renal tumors due to increased systemic circulation from the saturation of hepatic first-pass metabolism.[191,194,210] Furthermore, inhibition of hepatic metabolism augments tumorigenicity at extrahepatic sites, including esophagus,[211] lymphoma,[212] lung,[123,151] and other organs.[193] Since 1987, the carcinogenicity of NDMA and related nitrosamines has been demonstrated in at least 40 non-mammalian and mammalian species.[119] Extrapolation of DNA data from humans poisoned with NDMA was shown to contain the methylated bases 7-methylguanine and $O^6$-methylguanine.[213]

To demonstrate the extensive tissue penetration of ranitidine, another GSK Report 2020 by Jackson et al entitled *Distribution and Disposition of Ranitidine using Physiologically Based Pharmacokinetic Modeling* (GSKZNDAA0000637425) was critically reviewed.   In this report, physiologic-based pharmacokinetic (PBPK) modeling was conducted using GastroPlus[TM] and Simcyp[®] to ascertain the extent of conversion of ranitidine to NDMA. A rat model that combined both *in vitro* and clinical data in GastroPlus[TM] was used to inform human prediction on tissue penetration.  Using a model developed by Mojaverian et al in 12 male subjects, multiple dosing of 150 mg oral ranitidine achieved a mean observed peak plasma concentration of 532 mg/L and the simulation by Simcyp[®] estimated a mean plasma peak of 480 ng/mL (or mcg/L), which was 10% lower than the observed concentration. Simcyp[®] further estimated tissue concentrations, with the highest distribution achieved in the liver, lung, heart, spleen, gut, andmuscle, pancreas, and kidneys, respectively (Table).  Notably, these tissues achieved concentrations ranging from 506 to 2,291 ng/mL, which was significantly higher than even the maximum concentration achieved in the plasma as reflected in the >1 tissue-to-plasma ratio (Figure).  Ranitidine's distribution to other simulated tissues, including skin, bone, adipose, and even brain achieved concentration less than the peak plasma concentration.  The mechanistic tissue distribution to the liver and kidney incorporated active transporter mediated uptake and disposition.  The breadth and depth of tissue penetration, with some tissues exceeding the peak plasma concentration, was confirmed using other ranitidine pharmacokinetics models by Garg et al[56] and van Hecken et al and mechanistic models for simulation.[103]

E.   ***Use of Allometric Scaling to Predict Human Pharmacokinetics.*** Allometric scaling from animal studies to predict human pharmacokinetics of NDMA is a reasonable and prudent modality given that the study of NDMA in humans is unethical since NDMA has been linked to tumorigenicity for decades. Allometric scaling, a process which correlates a physiological function or condition with body weight, has been historically applied in the selection of the first-in-human dose to initiate clinical trials in the drug development process.[189,214] Allometry allows for differences in pharmacokinetics between animals and humans and quantitatively accounts for differences in metabolic processes (table).  In fact, allometric scaling is the most frequently used approach for dose extrapolation based on normalization of dose-to-body surface area, albeit careful consideration of additional factors including pharmacological, physiological and anatomical factors, pharmacokinetic parameters, metabolic function, receptor, and life span must be evaluated to derive the most optimal first-in-human dose.

**TABLE 1**  Dose conversion based on animal and human

| Species | Average body weight (kg) | Body surface area (m²) | To convert animal dose in mg/kg to HED in mg/m², multiply by $K_m$ | To convert animal dose in mg/kg to HED in mg/kg, multiply animal dose by | To convert human dose in mg/kg to AED in mg/kg, multiply human dose by |
|---|---|---|---|---|---|
| Human | 60 | 1.62 | 37 | – | – |
| Mouse | 0.02 | 0.007 | 3 | 0.081 | 12.3 |
| Hamster | 0.08 | 0.016 | 5 | 0.135 | 7.4 |
| Rat | 0.15 | 0.025 | 6 | 0.162 | 6.2 |
| Ferret | 0.30 | 0.043 | 7 | 0.189 | 5.3 |
| Guinea pig | 0.40 | 0.05 | 8 | 0.216 | 4.6 |
| Rabbit | 1.8 | 0.15 | 12 | 0.324 | 3.1 |
| Dog | 10 | 0.50 | 20 | 0.541 | 1.8 |
| Cat | 7 | 0.37 | 19 | 0.514 | 1.9 |
| Monkeys (rhesus) | 3 | 0.25 | 12 | 0.324 | 3.1 |
| Marmoset | 0.35 | 0.06 | 6 | 0.162 | 6.2 |
| Squirrel monkey | 0.60 | 0.09 | 7 | 0.189 | 5.3 |
| Baboon | 12 | 0.60 | 20 | 0.541 | 1.8 |
| Micro pig | 20 | 0.74 | 27 | 0.730 | 1.4 |
| Mini pig | 40 | 1.14 | 35 | 0.946 | 1.1 |

*Note.* Data obtained from FDA draft guidelines (US FDA, 2005). AED = animal equivalent dose; HED = human equivalent dose.

Adapted from Nair et al[189]

In addition to dose, allometric scaling is frequently used to predict pharmacokinetic parameters, including clearance, volume of distribution and elimination half-life, translating from animals to humans and between humans (i.e., adults to children and non-obese to obese populations).[120,214-216] An interesting generalization from studies is that the allometric exponent is usually less than 1 for compounds cleared primarily by metabolism, which implies that larger, long-lived species tend to have lower clearance (and other pharmacokinetic parameters) than smaller, short-lived species.[120,217] Consequently, large or more evolved species like monkeys, dogs and pigs (as compared with mice and rats) are pharmacokinetically more similar to humans. This is evident by the Table above where the conversion factor from human dose to animal dose are closer to 1 to 3 magnitude difference for monkeys, dogs and pigs versus 6 to 12 for mice and rats.

Using allometric scaling from several animal species (including mouse, hamster, rate, rabbit, monkey, dog and pig) that provided excellent linear fit for both clearance and volume of distribution, and assuming a body weight of 70 kg for humans, estimates of clearance and volume of distribution for humans were 3,450 mL/min and 64,800 mL, respectively (Table).[120] An alternative method using enzyme kinetic parameters with human microsomes and extrapolating the data from the enzyme to the organ level estimated an intrinsic hepatic clearance of 200 mL/min/kg, which indicates that this high value for intrinsic hepatic clearance should result in blood flow limitations in the clearing organ since hepatic blood flow in humans is approximately 20 mL/min/kg. The maximum clearance in humans, assuming no lung clearance, would be approximately 5,000 mL/min (70 mL/min/kg).[120,190] The relationship between body weight and bioavailability was less predictable than clearance and volume. In general, the smaller species tended to show lower bioavailability than the larger species.

The strength of evidence for the use of allometric scaling for interspecies predictions remains in metabolic function to estimate pharmacokinetic parameters in humans using animal data. A limited number of evolutionary models of cancer development has been developed and suggest a metabolic basis for Peto's paradox that stipulates that larger animals do not have the higher rates of cancers seen

in smaller animals despite the significant differences in cell numbers and a longer lifetime that would expose larger animals to more mutagens.[218]   The mechanistic basis for these models assume that metabolic rates correlate with mutagenic rates.  However, tumorigenesis involves a number of alterations in cell physiology, beyond metabolic rates, that contribute to malignant growth. Tumorigenesis involves angiogenesis, proliferation, metastasis, and differentiation that may not be accounted for in allometric scaling.   Notably, the FDA recognizes allometric scaling to pharmacokinetically estimate a dose for first-in-human clinical trials, not for the assessment of cancer risk.[219]

F.  *Use of Multiple Animal Species.*  The number of species used for regulatory toxicity testing of new drugs is based on International Council for Harmonisation of Technical Requirements for Pharmaceuticals for Human Use (ICH) guidance M3(R2).[220]  For quantitative risk assessment, the FDA's Guidance for Industry on M3(R2) Nonclinical Safety Studies states two mammalian species (one nonrodent, usually non-human primates) are generally expected for repeated-dose toxicity studies that are used to characterize the potential adverse toxicological effects of repeated daily dosing with, or exposure to, a drug for a specified period up to the expected lifespan of the test species (usually from 3 weeks up to 2 years in animal studies).  Repeated dose toxicity studies can inform the dose–response relationship, the toxicity to specific target organs, and responses to toxic metabolites. The No Observed Adverse Effect Level (NOAEL), or Lowest Observed Adverse Effect Level (LOAEL) are derived from repeated dose toxicity studies.

71.     In addition to animal studies, *in vitro* models are recognized by the FDA to inform safety for human use.  *In vitro* models and assays are particularly useful in evaluating metabolism and measuring levels of NDMA formation from other entities.

A.  *Formation of Alkylating Agent by Liver and Other Organs.* The metabolism (or degradation) of NDMA by the hepatic microsomal enzyme system generates a reactive alkylating agent.[119,126] When this alkylating moiety is produced in tissues or organs, alkylation of cellular components, particularly DNA, initiates of tumorigenesis. The liver exhibits the highest capacity to metabolize NDMA to alkylating agents. Other organs, including the esophagus, lung and kidney, also possess this capacity; these organs may be more susceptible to alkylation than the liver because they have a lesser ability to catalyze the removal of $0^6$-methylguanine from their DNA.

B.  *FDA's Liquid Chromatography–High-Resolution Mass Spectrometry for Detection of NDMA in Different Ranitidine Products*.  Based on FDA *in vitro* testing using liquid chromatography–high-resolution mass spectrometry (LC/MS) which does not use heating, unacceptably **elevated levels of NDMA were detected in ranitidine products after 2 weeks at room temperature**.[38]  In summary, nine tested products had at least some lots with NDMA levels exceeding 96 ng/tablet, 5 had NDMA levels exceeding 300 ng/tablet, and 3 had NDMA levels exceeding 500 ng/tablet.  Elevated NDMA levels observed in both tablet and syrup formulations serve as evidence that the NDMA formation is a result of an issue intrinsic to the active pharmaceutical ingredient.  FDA provided the acceptable daily limit for NDMA in a medication tablet or capsule at 0.096 micrograms (96 ng or 0.32 ppm) of NDMA per day.[39]  Setting the acceptable daily limit equal to the maximum amount allowed in a standard dose does not allow for any exposures from additional sources.  The results of FDA testing of ranitidine by company and lots tested are provided below, with red text noting levels above the acceptable daily limit.  In fact, **up to 0.86 mcg or 860 ng of NDMA (which notably exceeded FDA acceptable daily limit of 0.096 mcg or 96 ng) was detected for each ranitidine tablet** for some lots that were tested.  To the extent that the samples tested by the FDA may have been kept in more pristine,

ideal circumstances than real-world conditions, **these results provide a conservative estimate of NDMA formation from ranitidine since these samples were likely limited to exposure to heat and humidity** (as expected in clinical studies where exposure to heat, humidity and product color discoloration are monitored closely)**.**

| Company | Product | Lots Tested | NDMA level ppm | NDMA level (micrograms-mcg/tablet or oral dose) |
|---|---|---|---|---|
| Sanofi Pharmaceutical | OTC Ranitidine 150mg | 19E413M, 19D554, 19A432U, 19C540, 19D431I, 19D442N, 19D423M, 19D464M, | 0.07-2.38 | 0.01-0.36 |
| Sanofi Pharmaceutical | OTC Ranitidine 75mg | 18L012U, 9A003U, 19B006M, 18M025M, 18N023U, 19B005N, 19A002U, 18N026U | 0.10-0.55 | 0.01-0.04 |
| Dr Reddy's | Rx Ranitidine 300mg | C805265 | 0.68 | 0.20 |
| Sanofi Pharmaceutical | Ranitidine 150mg | 19D570, 19D428U, 19E408M | 0.08-2.17 | 0.01-0.33 |

C. *Two Types of FDA Testing.* Two types of testing were conducted by the FDA: baseline and stability tests. These tests and results are provided below.

1. *Baseline testing* was completed by the FDA in the fall of 2019 to quantify the baseline amount of NDMA in various ranitidine formulations that were provided by manufactures and produced in the same testing year. With the temperature and humidity exposure largely unknown, the samples that were tested by FDA provide a conservative estimate of NDMA formation in these ranitidine products.

2. *Stability testing* – Subsequent to the baseline testing and with the product unknown exposure to temperature and humidity that may not be reflective of real-world situations within the shipping/supply chain before reaching the consumer, the FDA conducted stability testing to

ascertain the degree of NDMA production.  Based on the results of the stability testing, which was 6 months or so after publishing their baseline testing results), the FDA lacked confidence in the stability of any ranitidine product through its labeled expiration date and concluded "*the preliminary results from FDA's stability testing, and other information available to the Agency, FDA is no longer confident that any ranitidine product will remain stable through its labeled expiration date.*"

Furthermore, excerpts from FDA April 2020 Letter stated that "*NDMA was consistently detected in ranitidine"; "preliminary findings from stability testing raised concerns that NDMA levels in some ranitidine products stored at room temperature can increase with time to unacceptable levels"; "the Agency's laboratory tests indicate that temperature and time contribute to an increase in NDMA levels in some ranitidine products"; "preliminary stability tests under accelerated conditions, one of which was conducted at 40ºC/75% humidity, indicate that elevated temperatures can lead to the presence of NDMA in the drug product"; and "the preliminary results from FDA's stability testing, and other information available to the Agency, FDA is no longer confident that any ranitidine product will remain stable through its labeled expiration date.*"

D.  *Emery Pharma Simulated Testing*.  In the practice of due diligence to ensure the depth of understanding in NDMA production from ranitidine in real-world situations, Emery Pharma evaluated the formation of NDMA at baseline and simulated consumer experience by testing ranitidine products exposed to different temperature and humidity.  These testing samples were products of 2 years old within their 3-year expiration time frame.  The results are summarized as follows.

1.  *Baseline testing* was conducted to evaluate the NDMA content of ranitidine formulations manufactured by different brands. The mean and median amounts of NDMA in tests exceeded the FDA's daily intake limit of 96 ng (table).  The NDMA content increased by dose, bulk container, and cool mint formulation. Alarmingly, the amount in some tests exceeded 1,000 ng/150mg (as noted in red), which far exceeds the FDA's daily limit by 10 times. The analysis by Chuck Davis of 166 unexpired samples is summarized below, with values greater than 1,000 in red text.

**Baseline NDMA Concentration of 166 Unexpired Samples**

| | | Average NDMA Level (ng/150mg) | | |
|---|---|---|---|---|
| | | *Mean* | *Standard Deviation* | *Median* |
| **Responsible Manufacturer and NDA Holder** | BI | 1092 | 510 | 1008.7 |
| | Sanofi | 1097 | 1,780 | 601 |
| **Manufacturer or CMO** | BI Patheon | 728 | 629 | 513.0 |
| | Sanofi via Patheon Chattem | 395 | 59 | 406 |
| | Patheon Sanofi Canada | 1,392 | | 1,392 |
| | BI Promeco | 1,955 | 3,435 | 732 |
| **Form** | Regular | 1,097 | 1,754 | 603 |
| **API Used in FD** | Uquifa | 1,097 | 1,754 | 603 |
| **Dose (MG)** | 75 | 853 | 689 | 601 |
| | 150 | 1153 | 1,915 | 603 |
| **Container** | Bottle | 1133 | 831 | 815 |
| | Blister Pack | 767 | 620 | 557 |
| | Bulk | 1410 | 2,980 | 446 |

| | | | | |
|---|---|---|---|---|
| | Individual Pouches | 1472 | 864 | 1,322 |
| **Status** | Retained | 1353 | 2,875 | 446 |
| | Unsold | 1600 | 842 | 1,354 |
| | Return | 723 | 560 | 552 |
| **Place of Storage Before Shipped to Plaintiffs** | Sanofi Forest Park, GA | 1784 | 3,557 | 565 |
| | Patheon Greenville NC | 461 | 264 | 410 |
| | Inmar Rural Hall NC | 1563 | 821 | 1,354 |
| | Inmar Reno, NV | 815 | 624 | 721 |
| | Inmar Lakeland, FL | 484 | 416 | 340 |
| | Inmar Grand Prairie, TX | 688 | 573 | 522 |
| | Inmar Allentown, PA | 943 | 609 | 613 |
| | Inmar Indianapolis, IN | 677 | 389 | 677 |
| | Atlanta | 793 | -- | 793 |
| | Inmar Fullerton, CA | 174 | -- | 174 |
| | Promeco, MX | 109 | 510 | 1,009 |
| **Storage Temperature 20-25 (None Monitored)** | Controlled | 1353 | 2,875 | 446 |
| | Ambient | 973 | 762 | 662 |
| **Years from Manufactured** | 2.0-2.5 | 1270 | 2,323 | 598 |
| | 2.5-3.0 | 906 | 701 | 648 |

1. *Simulated testing* was conducted in two different ways: condition (shade, sun and shower) and zone reflective of different geographic locations. By condition, there was presence of NDMA at baseline testing in all products. In the most conservative estimate, each cycle of testing can represent each day; one shower cycle can represent one day of shower at 20-30 minutes exposure to humidity. Notably, cycle 6 represented samples that were selected to contain the lower baseline NDMA; samples for cycle 15 represented a wider range of baseline NDMA. Samples from both cycles 6 and 15 were tested at 30 and 50 cycles.

For samples tested at cycle 6, all samples had a significant increase in NDMA formation ($p < 0.05$ based on 2-tail paired t-test) for all conditions (shade, sun and shower) from baseline at cycle 6, 15, 30 and 50 (figure below). In fact, most of the samples had $p < 0.01$. The mean change from baseline NDMA was most pronounced for sun and shower exposure, with a highly significant increase in NDMA with a mean change in baseline of 4013 ng/150mg and 4023 ng/150mg at 30 cycles. Notably and based on this conservative estimate at cycle 6, the 30-cycle testing represents a 30-day and has not reached the 90-day drug supply limit that consumers may get from pharmacies. As such, exposure to NDMA at 90-day may be even much higher, especially if testing the 300 mg rather than 150 mg dose. The decrease in the mean change at 50 cycles under all conditions suggest that NDMA may have transformed to other entities, that can be potentially its toxic metabolite that mediates cancer formation.

**Samples Selected for Low Baseline NDMA at Cycle 6: Change from Baseline from Cycle 6 to 50**



For samples tested starting at cycle 15 to 50, most samples had a significant increase in NDMA formation ($p<0.05$ based on 2-tail paired t-test) for all conditions (figure below); the only samples without a statistically-significant increase in NDMA formation was shade and sun at cycle 15. The mean change from baseline NDMA was most pronounced for shower exposure, with a highly significant increase in NDMA with a mean change in baseline of almost 3000 ng/150mg at 50 cycles. Samples with >10,000 ng/150mg at cycle 15 were excluded from this analysis.

**Change from Baseline of Samples at Cycle 15: Change from Baseline from Cycle 15 to 50**



Under simulation by zone reflective of different geographic locations, the mean NDMA formation of 283 ng/150mg at baseline for all zones confidently surpassed the FDA's daily intake limit of 96 ng. Over the 2 to 8 weeks of simulation, the mean change in baseline NDMA progressively increased over the testing period. Using a 2-tailed paired t-test, the change from baseline NDMA was significant for all samples, except zone 1, at 4 weeks ($p<0.05$) and this significant increase was sustained at 8 weeks. NDMA formation was most notable at zone 4a, with a mean baseline 283 ng/150mg rising to 807 ng/150mg at 8 weeks. Some samples, including those from zone 3 more than doubled from 2 to 4 weeks, suggesting a multiplicative rather than linear growth. In contrast, some samples contained less NDMA over time as seen by the error bars below zero. However, these were not representative of the majority of tested samples and may demonstrate that NDMA can bio-transform to other entities that may potentially mediate carcinogenicity.



Humidity was a significant issue in maintaining the stability of ranitidine in this simulated study, yet many consumers do not recognize the importance of factors, like humidity, to properly store medications.  In a revealing survey, only a few respondents thought humidity was important factor influencing home storage of medicines.[221]  Furthermore, another study showed that the majority of medications were stored in the kitchen (32.2%) and bathroom (28.7%), which are household areas with considerable humidity.[222]  In addition to humidity, temperature also contributed to the stability of ranitidine.  In a study with close monitoring of temperatures, 25ºC was exceeded throughout a 24-hour duration in bathrooms, kitchens and limited use rooms and temperatures in parked car interiors exceeded 70ºC.[223]

E.  ***Detection of NDMA in Different Ranitidine Products by Drug Manufacture and the FDA.*** Combining data provided by the drug manufactures (GSK, BI, Sanofi and Dr. Reddy's [as an API supplier for GSK]) and FDA, a summary of the NDMA content in unexpired (or presumed unexpired) ranitidine tablets and syrup for prescription and OTC use indicate the presence of substantial NDMA content since the mean of the high NDMA content exceeded the FDA strict limit of 96 ng/day (red dash line in figure).  The mean NDMA content was 50 (low, 0 to 360) to 317 ng (high, range 40 to 840 ng) per 75 to 300 mg unit dose.  For most clinical indications, ranitidine 150 mg can be consumed once or twice daily, either as OTC or prescription. For certain clinical indications (i.e., erosive esophagitis, gastric hypersecretion, Zollinger-Ellison syndrome), a ranitidine dose of 150 mg orally four times or 300 mg twice daily may be used for up to 12 weeks; this is significant daily exposure to NDMA.[48,50]  In addition, the 300 mg unit dose (excluding single lot) had much higher mean NDMA content 225 (low) to 705 ng (high).  Furthermore, even the range for the low NDMA content had some tablets exceeding the FDA. Sources for data were:   https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine,  SANOFI_ZAN_MDL_0000065220,  DRLMDL0000070416 to      DRLMDL0000070418,      DRLMDL0000022940,      GSKZAN0000883508      and SANOFI_ZAN_MDL_0000104997; SANOFI_ZAN_MDL_0000070586.

F.  ***Detection of NDMA in Different Ranitidine Products by Independent Laboratories***.  Independent labs, including Valisure and Emery Pharma, evaluated different manufacturers and lots of ranitidine.[224,225]    Using FDA-recommended protocol for the detection of NDMA, the ranitidine

molecule itself formed NDMA at high efficiency after heating in the GC/MS of 130 °C oven incubation for 15 minutes.[224] In fact, NDMA was detected in excess of 3,000,000 ng per tablet, significantly surpassing the FDA's daily intake limit of 96 ng. Notably, the same condition applied to other drugs, including cimetidine, famotidine, omeprazole, esomeprazole, lansoprazole, pantoprazole, rabeprazole, and dexlansoprazole did not result in production of NDMA; this demonstrates that ranitidine itself can be converted to NDMA due to its presence of structural components of NDMA.

High heat exposure significantly contributed to the high amount of NDMA detected in different ranitidine formulations. After adjusting the method to limit exposure to extreme heat, in January 2020, Emery Pharma using LC/MS showed that NDMA continued to form in ranitidine products stored at room temperature over a short period of 14 days. In fact, on day 12 and 15, the amount of NDMA per 150mg of ranitidine products ranged from 25 ng stored at 25°C to 70–142 ng at 70°C. This remarkable finding prompted a Citizen Petition to the FDA with request for revision of industry guidance, recall and suspension of sales of ranitidine from the U.S. market and other actions. The FDA responded to Emery Pharma's petition by removing all ranitidine products from the US market in April 2020.

G. ***Detection of NDMA in Ranitidine Products by Manufacturer Since 1982.*** Based on a report (no. WBP 82:011) written by Dr. Tanner addressed to Dr. Martin of the Biochemical Pharmacology Division/Department of the Glaxo Group Research Limited, NDMA was formed in a 3.1% yield (equivalent to 232 mcg) when 40mM nitrite and 10mM ranitidine, and 6% acetic acid were combined and incubated at 37ºC (or 98.6ºF similar to normal body temperature) for 4 hours.[163] Measurement of NDMA was performed using gas chromatography-mass spectrometry. The formation of NDMA from ranitidine appeared to be dependent on nitrite concentration, rather than ranitidine, since increase in ranitidine to 40 mM generated similar amount of NDMA as 10 mM of ranitidine. Using an *in vitro* model to simulate 150mg of ranitidine with ingestion of a nitrite-rich meal by incubating 0.3mM nitrite and 1mM ranitidine in gastric juice pH 3 or acetic acid 6%, NDMA formation produced a "low intensity signal" and similar to sample without ranitidine. The results indicate that GlaxoSmithKline had knowledge of formation of NDMA from ranitidine since 1982. The investigator cited several studies, two of which were published in the WHO's International Agency for Research on Cancer, that implicated variable formation of NDMA under different conditions, yet failed to evaluate different conditions to test for the effect of temperature, humidity and pH on NDMA formation from ranitidine.[164-166] The impact of temperature, humidity and pH on NDMA formation from ranitidine will be further discussed in the Shipping and Storage Requirements of this report.

Two other GSK internal reports in 1982 showed similar findings to Tanner, where NDMA was detected in various ranitidine products of SK&F and GSK (Darkin, GSKZAN0003535392). Notably, NDMA from ranitidine was significantly highest amongst the tertiary amines tested, including chlorpromazine, chlorpheniramine, and oxytetracycline. Furthermore. another study in 1982 identified AH 23729X (dinitroso-ranitidine) as a mutagen induced DNA-alkylation damage (Martin, GSKZAN0000986964), The mutagenic effect was dose-related and significant.

GSK Report 2020 by Hermes Licea Perez entitled *An in vitro investigation into the potential formation of N-nitrosodimethylamine (NDMA) and Dimethylamine (DMA) from ranitidine in human urine* (GSKZNDAA0000637495) was critically reviewed. Designed to respond to the study published by Zeng et al, the study evaluated the stability of ranitidine 40 - 160 mcg/mL at different pH values (9.5, 6.8, and 5.0) and three storage conditions (37°C, room temperature, and 4°C) via urinary concentration of NDMA and DMA (Figure).

The study showed that NDMA was present as an impurity in the Sigma-Aldrich ranitidine batch (MKCF6441) at 0.002% as compared to ranitidine concentration) and when tested with sodium hydroxide (versus without) at ~ 150 pg/mL.  The results were intriguing and conflicting for the following reasons:  (1) Even in the presence of sodium hydroxide that was used to prevent further potential NDMA formation and bacterial growth (as also done in studies by Gao et al and Zeng et al), NDMA formed in the presence (yet did not in the absence) of sodium hydroxide in this experimentation by GSK.[99,157]  (2) Furthermore, NDMA was formed even at higher tested pH; thus, the formation of NDMA would be much higher at lower pH.  (3) In addition, the relative humidity of the study conditions was not provided, which may have affected the results.  Omission of real-life and "critical" relative humidity of ~67% as studied by Teraoka et al can produce falsely low or absence of NDMA if tested at relative humidity above 70%.[226]  The optimal RH to evaluate should include the range from 60 to 70%.  (4) Lastly, the investigator noted two theoretical pathways that have been identified to result in the formation of NDMA from ranitidine *in vivo*: a) hydrolytic degradation of ranitidine leading to the formation of DMA which could further undergo nitrosation by nitrous acid, and b) direct nitrosation of ranitidine followed by degradation into NDMA.  Results showed that in human urine, both NDMA and DMA (which can convert to NDMA) were isolated within the very short duration of testing.  Even within the short 24-hour testing period, NDMA concentration approached 150 pg/mL.  The implication for long-term impurity formation can be significant with proper real-life testing conditions, including longer testing period, relative humidity, temperature and pH.  As such, the extrapolation of the results from this investigation is limited.

H. ***Detection of High NDMA in Ranitidine Versus Other Drugs With Drinking Water.***  Shen et al evaluated the formation of NDMA via gas chromatography using 25 nM of dimethylamine drugs after adding 28.4 mg/L chloramine (commonly used water disinfectant) at a pH of 7.0 and temperature of 21°C.[227]  While the interpretation of the exact magnitude of NDMA formation was limited due to the high temperature used in the testing assay, this study showed that when 20 drugs were subject to the same water disinfection process, ranitidine exhibited the strongest potential to form NDMA. In fact, the NDMA conversion from ranitidine was consistently 13 to 20 times higher than that of comparator drug nizatidine, that is a different H2 antagonist similar to ranitidine. This finding was consistent with

a proceeding by Schmidt et al (Table).[227,228]   The authors noted that the C2 on the furan ring of ranitidine is a strong electrophilic site due to the electron-donating effect of the oxygen heteroatom. While one single ranitidine dose ingested with chloraminated drinking water does not generate enough NDMA to cause a toxic effect, chronic administration of multiple doses of ranitidine and, if taken with other drugs (i.e., polypharmacy) that commonly occurs in older patients, the aggregate NDMA exposure can be significant and consequential.

| Table 2 – Comparisons with literature (MFP conditions: pH = 7, chloramine = 28.4 mg/L, PPCPs = 25 nM, room temperature). | | | | | |
|---|---|---|---|---|---|
| Compound | Schmidt et al., 2006 (Drinking water, 7d) | | Present data (Milli-Q® water, 24 h) | | Present data (Tap water, 24 h) | |
| | NDMA (ng/L) | Molar conversion (%) | NDMA (ng/L) | Molar conversion (%) | NDMA (ng/L) | Molar conversion (%) |
| Ranitidine | 1200 | 62.9 | 1665 ± 6 | 89.9 ± 0.3 | 1744 ± 82 | 94.2 ± 4.4 |
| Nizatidine | 91 | 4.9 | 88.0 ± 1.3 | 4.8 ± 0.1 | 82.7 ± 6.9 | 4.5 ± 0.4 |
| Tetracycline | 23 | 1.2 | 23.0 ± 1.6 | 1.2 ± 0.1 | 14.9 ± 1.0 | 0.8 ± 0.1 |

Adapted from Shen et al[227]

72.     The FDA acceptable daily limit of NDMA level in medications has been compared to eating one large steak. A 1-kg or 2.2-lb meat contains ~700 ng of NDMA and produces up to 6 steaks.[229]  Even if an individual consumes an extremely large 1-kg steak, very few people consume this much on a chronic daily basis.  In contrast, the chronic use of ranitidine, which can reach NDMA levels of 560 to 860 ng per tablet, on top of other NDMA-contaminated medications and added to the basal NDMA exposure from food and water, poses potentially consequential risk to humans.  This potentially consequential risk, with the most concerning risk being cancer, prompted many **manufacturers to voluntarily recall their ranitidine products and the FDA to entirely withdraw ranitidine** from the US market on April 1, 2020.[32]  The table below provides cancer risk information based on NDMA exposure.[39,230,231]

| Source | NDMA Content (ng/day)[a] | Cancer Risk |
|---|---|---|
| **Water 1.9 L/day** | 26 | 1 in 1 million after 70 years |
| **Medication[b]** | 96 (FDA) 18 (European Medicines Agency)[232] | 1 in 100,000 after 70 years of exposure |
| **Four medications daily in ≥65 years old** | 384 (assumption: 96 per tablet) | Multiplicative, even excluding water and food consumption |

[a] Conversion factor: 1 mcg (microgram) is equivalent to 1000 ng (nanogram); ng/day is approximately 2 x ng/L; and parts per million (PPM) is ng/day divided by ranitidine's maximum daily dose [ppm = AI (ng)/MDD (mg)].
[b] Acceptable intake allowance per day of NDMA by respective agencies. Based on the European Medicines Agency, a class specific threshold of toxicological concern for N-nitrosamines of 18 ng/day can be used as the default option.

73.     The FDA identified the general root causes for nitrosamine formation via two main mechanisms related to medications: (1) use of materials (i.e., solvents or catalysts) contaminated with NDMA in the manufacturing process, and (2) formation from the active pharmaceutical ingredient.[39]  While both mechanisms are likely to contribute to NDMA impurity in ranitidine products, NDMA formation in

ranitidine products can originate **directly from the active pharmaceutical ingredient itself** since ranitidine contains both a nitrite group and a dimethylamine group (Figure).[157,224,225]

## VIII.    Toxicology and Epidemiology (Brief Report)

74.    As a result of ranitidine's pharmacokinetic profile that includes: (1) high inter-patient variability in bioavailability that consequentially elicit varying toxic responses in patients; (2) low protein binding that facilitates distribution to tissues and organs to exert its toxic effects; and (3) the formation of a probable human carcinogen NDMA directly from ingestion of ranitidine itself with its *in vivo* degradation under the acidic-pH environment of the stomach and/or *in vitro* improper storage condition (discussed above), it cannot be ignored that these factors likely contribute to the development of toxic effects of ranitidine, including cancer via NDMA formation directly from the drug product, in humans (Figure). The potential carcinogenic effect of NDMA was reported, via animal studies, prior to ranitidine's first FDA approval as a prescription drug in 1983.  The use of animal studies in pre-clinical studies to evaluate drug safety is recognized by the FDA as a method for safety profiling and consistent with 21 CFR Part 58.1: Good Laboratory Practice for Nonclinical Laboratory Studies.[233]  Based on the timeline in simplest terms, the manufacturers of ranitidine understood their drug's safety profile, including historical data that linked to the formation of NDMA by tertiary amines and NDMA as a potential human carcinogen prior to the drug's approval.



75.    Multiple US regulatory agencies issued safety warnings about NDMA since 1987.  The US Environmental Protection Agency (EPA) first filed NDMA as a B2 probable human carcinogen on January 31, 1987 based on weight-of-evidence data demonstrating tumor induction in rodents and non-rodent mammals.[234]  In 1989[234]  In 1989, before the approval of ranitidine for its over-the-counter use that enhanced human consumption, the Agency for Toxic Substances and Disease Registry (ATSDR) and Environmental Protection Agency (EPA) issued a public health statement, implicating the potential risk of liver disease and other types of cancers in humans with exposure to NDMA based on numerous animal studies linking NDMA exposure to different types of cancers.[118]  As foreword information, the Superfund Amendments and Reauthorization Act of 1986 (Public Law 99-499) extended and amended the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (CERCLA or Superfund). This public law (also known as SARA) directed the ATSDR to prepare toxicological profiles

for hazardous substances which are most commonly found at facilities on the CERCLA National Priorities List and which pose the *most significant potential threat to human health*, as determined by ATSDR and the EPA. The lists of the most significant hazardous substances were published in the Federal Register on April 17, 1987, and on October 20, 1988. Section 110 (3) of SARA directs the Administrator of ATSDR to prepare a toxicological profile for each substance on the list. This report specifically and comprehensively evaluated NDMA. In addition in 2011, the U.S. Department of Health and Human Services reasonably anticipated NDMA to be a human carcinogen.[235]

**U.S. Regulatory Agencies that have Identified NDMA as a Carcinogen**



| Environmental Protection Agency | Agency for Toxic Substances and Disease Registry | FDA as an Agency of Department of Health and Human Services |

76. Based on the ATSDAR and EPA, health effects of NDMA in animals have been investigated in numerous oral studies and several inhalation and dermal studies.[118] Animal oral data are available for lethality, systemic toxicity, immunological effects, neurological effects, developmental effects, reproductive effects, genotoxic effects and cancer. These data indicate that hepatotoxicity and cancer are the most prominent NDMA-related effects. In general, adverse effects and toxicities reported in animal studies are accepted by the FDA for translation into human application or, at the very least, biologic plausibility when human data are insufficient.[16] While animal research provides the lowest level of evidence for therapeutic studies within the hierarchy of evidence-based medicine, animal studies can stipulate biologic plausibility and proven useful when ethical concerns exist for evaluation in humans.[24] This section focuses on the significant findings of major toxicologic studies in animals and humans and major epidemiologic studies in humans.

**Toxicology**

The toxic and potential carcinogenic effects of nitrosamines are not new; in fact, multiple studies published as early as 1956 in the rat have implicated the carcinogenic potential of nitrosamines and their implications on human health (Figure of Historical Timeline).[236-238] The nitrosation of nitrosamines has been established by systematic studies for decades, as early as 1967 for tertiary amines.[239-241] Furthermore, nitrosation of drugs that are tertiary amines, like ranitidine, has been studied since 1972 and shown to occur under mild acidic conditions.[240] Tertiary amines, like ranitidine, undergo nitrosamine formation to NDMA under *in vivo* intragastric acidic environment or upon *in vitro* exposure to heat. The chemistry, kinetics and formation of nitrosamines, like NDMA, have been studied and published since 1975.[242] While epidemiologic studies were unavailable during this period between 1975 and 1979, toxic effects associated specifically with NDMA formation were demonstrated in animal experiments and encompassed an array of different cancers and life-threatening toxic effects, including liver necrosis, gastric cancer, liver cancer, and fatal agranulocytosis.[110,242] Furthermore, the World Health Organization's (WHO) International Agency for Research on Cancer (IARC) in 1978 identified dimethylamine as a source for NDMA formation and demonstrated the presence of NDMA in some drugs containing aminopyrine (a tertiary amine).[112,113] Notably, ranitidine is a tertiary amine with a dimethylamine group and was approved as a

prescription drug in 1983, which occurred *after the knowledge* that ranitidine can transform into NDMA in 1978 and first report associated nitrosamines to human cancer in 1981. In addition, EPA filed NDMA as a B2 probable human carcinogen in 1987 and subsequent issuance of public health statement on NDMA's harmful effects on liver and lung cancers, with potential risk in humans in 1989. In 2002, the WHO published a comprehensive report solely on NDMA for its effects on human health.[108] After thorough evaluation of environmental (including dietary), epidemiologic, *in vitro* and animal studies on its carcinogenicity, WHO firmly concluded, "*Based upon laboratory studies in which tumours have been induced in all species examined at relatively low doses, NDMA is clearly carcinogenic. There is overwhelming evidence that NDMA is mutagenic and clastogenic… Qualitatively, the metabolism of NDMA appears to be similar in humans and animals; as a result, it is considered highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposure.*"

**Historical Timeline**

**1967 to 1979**



**1967**
• Animal studies showed **nitrosamines exhibited carcinogenic potential** with implication in humans

**1969**
• *In vivo* nitrosation of tertiary amines under gastric acidic condition

**1975**
• NDMA formation under heat exposure
• NDMA associated with cancers in animal studies

**1978**
• IARC (part of WHO) identified tertiary amines with dimethylamine functional groups as a source with the potential to form NDMA

**1979**
• Rodent studies indicated nitrosamines induced tumors in many organs

**1981 to 1990**



**1981**
- Human tissue and human studies showed nitrosamines, including NDMA, induced cancers [a] (See footnote for types of cancers and year discovered)

**1983**
- FDA approval of ranitidine as prescription drug

**1987**
- EPA filed NDMA as a B2 probable human carcinogen in IRIS

**1989**
- ATSDAR and EPA issued public health statement on NDMA's harmful effects on liver and lung cancers, with potential risk in humans

**1995 to Current**

**1995**
- FDA approval of ranitidine as over-the-counter drug

**2002 to 2003**
- Mechanistic reaction of ranitidine via DMA with water to form NDMA
- WHO concluded NDMA as highly carcinogenic in humans

**2011**
- U.S. DHHS stated that NDMA is reasonably a human carcinogen

[a] Early human studies demonstrated carcinogenic potential of nitrosamines to different types of cancers, including esophageal (1981)[179], gastric (1989),[243] nasopharyngeal (1988),[244] bladder / liver / lung (1989),[118,245,246] and colon (1990).[110,247]

77.    WHO's IRAC was the first agency in 1978 to identify NDMA originating from dimethylamine and to allude to the presence of NDMA in some drugs containing aminopyrine (a tertiary amine).[112,113] The regulations to minimize occupational NDMA exposure via inhalation and direct contact (not direct ingestion) were strict. Historically, one US company produced NDMA as an intermediate in the manufacture of 1,1-dimethylhydrazine that was used as fuel. Even during this time, regulations on NDMA included strict procedures to avoid occupational contact. In fact, mixtures containing 1% or more of NDMA were maintained in isolate or closed system, employees must observe special personal hygiene rules, and certain procedures must be followed during its transportation. Following a study that measured high NDMA levels in the air within the factory and surrounding residential area, the factory was closed down in April 1976.

78.     In a comprehensive review article published in 1995, nitrosamines were shown to induce tumors in many organs of rodents, including the liver, esophagus, nasal and oral mucosa, kidney, pancreas, urinary bladder, lung and thyroid.[110]  The diverse organ specificity of nitrosamines, including NDMA, in rodents indicated that nitrosamines may induce human cancer in these same organs.  Furthermore, nitrosamines, including NDMA, may be activated in one organ, alkylate DNA in another organ and thereby cause cancer the distant organ.  *In humans*, nitrosamines were the principal carcinogens that linked oral cancer to the chewing of tobacco, and associated with inducing gastric cancer, esophageal cancer, nasopharyngeal cancer, bladder cancer and colon cancer (Figure).  These numerous studies by different investigative groups were referenced in this comprehensive review article.[110]  Studies of human tissues demonstrating association of nitrosamines with human carcinogenesis were published as early as 1981 for pancreatic cancer.[248]  Furthermore, increased urinary levels of nitrosamines were observed in patients with some of these types of cancers.  Even as early as 1975, one source of nitrosamines noted was drugs that are tertiary amines, especially if administered chronically and taken by mouth, as is the case for ranitidine oral tablet, capsule and syrup formulations.[242]

79.     In 2002, the WHO published a comprehensive report on the carcinogenicity of NDMA in humans from environmental exposure.[108]  After thorough evaluation of environmental (including dietary and occupational), epidemiologic, *in vitro* and animal studies on its carcinogenicity, WHO firmly concluded that NDMA was highly likely carcinogenic to humans, potentially even at relatively low levels of exposure.  Some of the relevant findings from this report are summarized below.

Animal and *in vitro* studies provided consistent evidence of carcinogenicity when rodents were exposed to NDMA after single dose and short-term exposure, as well as hamsters, guinea pigs, cats, monkeys and minks after short-term exposure. Doses ranging from 0.2 to 5 mg/kg body weight per day for 5 to 34 days (up to 12 weeks) were evaluated.  Based on limited epidemiologic studies of human exposure to NDMA, liver damage and deaths after acute ingestion of at least four doses of 250–300 mg NDMA over a 2-year period have been reported.  Relevant epidemiological studies showed that most case–control studies, including some with matching or control for confounders, displayed an exposure–response relationship for gastric and lung cancer after ingestion of dietary NDMA (with mixed results for nitrite and inverse association with nitrate).

Based on studies of human tissues and biological fluids, NDMA has been detected quantified in the liver, kidneys, brain, and pancreas with concentrations ranging from 0.12 to 0.9 ng/g of tissue. Levels of NDMA in the blood or plasma have ranged from 0.03 to 1.5 ng/mL.  The role for O6-methylguanine formation in tumor development with NDMA exposure was studied in mice, noting G:C to A:T transitions in the RAS oncogenes in the lungs and liver.  Quantitatively, age- and species-related differences was observed in hepatic O6-methylguanine, possibly associated with variations in the activity of the DNA methyltransferase. These differences include greater hepatic activity in adults versus newborn mice.  In monkeys, O6-methylguanine was highest concentrated in the gastric mucosa and liver, but elevated levels were also measured in the esophagus, ovaries, pancreas, bladder, and uterus.  In addition, the DNA methyltransferase in monkeys that formed O6-Methylguanine varied over a 30-fold range, with the highest activities in the gastric mucosa, liver, and lungs. While there are quantitative differences in O6-methylguanine by age and species, there appears to be qualitative similarity between animals and humans in the formation of DNA adducts with NDMA exposure. Methylation of liver DNA was evident at both the N7 and O6 positions of guanine, with detection of the formation of O6-methylguanine in human pancreatic explants incubated *in vitro* with NDMA.

80.     It is important to note that NDMA contamination was not adequately assessed by manufacturers of ranitidine for over three decades.  Despite the availability of scientific data on the formation of NDMA by tertiary amines, like ranitidine, and its association to inducing multiple types of cancers in animal studies, the manufacturers neglected to properly evaluate NDMA impurities under different storage conditions that include temperature and humidity excursions during transportation. High levels of NDMA contamination in ranitidine products were reported by an independent evaluation; after which, **many manufacturers voluntarily recalled their ranitidine products and in April 2020, FDA entirely withdrew ranitidine** from the US market after their own independent evaluation of NDMA levels.  The FDA reported that famotidine, cimetidine, omeprazole, lansoprazole, and esomeprazole products do not exhibit NDMA contamination.[249]

81.     Historically, the nitrosation of nitrosamines has been established by systematic studies for decades, as early as 1961 for secondary amines[250,251] and 1967 for tertiary amines.[239-241] Notably, ranitidine is a tertiary amine that was FDA-approved and marketed as a prescription drug in the USA since 1983 and as over-the-counter drug since 2004.  Nitrosation of nitrosamines occurs in the presence of nitrite, which is the reduced form of nitrate that is abundantly found in food and water, and this chemical reaction has been appreciated since 1970.[252]   With the abundance of nitrites, the limiting factor in the formation of nitrosamines appears to be the availability of nitrosatable tertiary amines, like ranitidine.[240]

82.     Human exposure to NDMA occurs from both exogenous and endogenous sources.  Exogenous sources can originate from air, water and food consumption.

A. ***Exogenous Sources of NDMA – Dietary and Water***.   According to Hrudey et al using consumption data and depending on age, the daily mean intake of dietary NDMA in the U.S. population was estimated to range between 0.03 and 0.06 mcg/kg/day, which was ~60 ng/day (or 80 ng/day with beer) in adults aged 20–49 years (95th percentile is 1.4 ng/kg/day or 2.1 ng/kg/day with beer).[253]   Beer consumption significantly contributed to NDMA intake, with an average increase in dietary NDMA intake by ~ 33%.  Drinking water was also a source of NDMA, but was substantially below dietary intake of NDMA.   The mean NDMA intake from water was 0.007 ng/kg/day chlorine-treated surface water versus 0.006 ng/kg/day if chloramine-treated (which was much higher).  NDMA stemming from water and air are minimal.[108,253]

The WHO's assessment document examined the content of NDMA in food, which can be formed during food processing, preservation, and/or preparation.[108]  Based on data up to 2002, the amount of NDMA in certain foods can be high, including preserved meats and salted or pickled food. Concentrations of NDMA in meat products ranged from less than 0.1 μg/kg (the limit of detection) up to a maximum of 4.2 μg/kg in certain salted/dried fish, 9.2 μg/L in beer, 17.2 μg/kg in bacon during high-heat frying and 68 μg/kg in wine cheese.  Based on worst-case scenario, the daily intake of NDMA from outdoor air, water, and food may be as high as 0.03 μg/kg but unlikely to exceed 0.008 μg/kg body weight per day.

| NDMA[253] | Value (mcg/day, except where noted) |
|---|---|
| **Exogenous** | |
| Drinking Water | 0.005 |
| Diet | 0.06[a] |
| Total | 0.06[a] |
| Average Daily Dose | 7% |
| Lifetime Average Daily Dose | 5.5% |

---

[a]Excluded beer

B. ***Endogenous Sources of NDMA***.   NDMA may be endogenously produced *in vivo* from ingested food and/or already present in the human body (e.g., nitrate, nitrite).  There are several studies that examined endogenous formation of nitrosamines.  Of the extremely limited literature available, Hrudey et al in 2013 attempted to estimate endogenous NDMA formation with sources from food and water.[253]  The estimation of endogenous formation from urinary excretion rates alone is highly uncertain, making data from blood (rather than urine) most dependable.  The investigators conducted a Monte Carlo simulation to quantitatively estimate the amount of endogenous NDMA synthesis.[253]  The estimate of endogenous formation of NDMA derived from this study should be interpreted cautiously due to the limitation of existing literature that formed the basis for the simulation.  One significant finding by the investigators is the high inter-subject distribution arising from the variation within a population by using low and high estimates of NDMA exogenous sources and endogenous formation.

Briefly, Monte Carlo simulation is a mathematical technique that relies on repeated random sampling to appreciate the uncertainty within the probability of an outcome.  This methodology has been increasingly used in many scientific and economic fields as an experimental means of confirming data.  In fact, Monte Carlo simulation has been used with drug pharmacokinetic-pharmacodynamic modeling to improve precision in dosing.[216]  The use of data arising from Monte Carlo simulation supports decisions about dose both in the early stages of clinical development prior to Phase 2 and 3 studies, and in late stage clinical development after Phase 3 studies.[254]  While this mathematical approach can be used, the major limitation is that it requires input of rich data of variables with robust probability distributions, which was *not* the case for the literature currently available for endogenous NDMA blood and urine data.  As such, great caution should be exercised when data are scarce.  Furthermore, Monte Carlo simulation only provides statistical estimates of results, not exact figures.

Endogenous formation of NDMA is a complex process that occurs in the stomach and is dependent upon the presence of nitrosamine precursors, gastric pH, the presence of bacteria, and other physiologic parameters.[255]  Furthermore, NDMA has a short half-life of 13 minutes which indicates it can bio-transform to another entity like the DNA-alkylating methyldiazonium and make NDMA undetectable in lab assays.  Thus, precise measurement of exposure to endogenous NDMA can be exceedingly challenging and contain some uncertainty.  In fact, the WHO noted that available data up to 2002 were inadequate to quantify endogenous NDMA formed or their relative contribution to exposure via ingestion compared with that from exogenous NDMA present in food.[108]

83.   The degradation of ranitidine leading to NDMA impurity, similar to other N-nitroso compounds, can occur *in vivo* after oral administration when the drug exposed to the gastric acidic environment as well as *ex vivo* via improper storage with prolonged exposure to heat and humidity.[39,242]  Synonyms of NDMA include dimethylnitrosamine (DMNA or DMN), nitrosodimethylamine, N-methyl-N-nitrosomethanamine and N,N-dimethylnitrosamine (EPA IRIS 1993).[40]  The chemical and physical properties of NDMA indicate it is a semi-volatile organic chemical that readily transforms to various entities depending on the immediate environmental condition, including the pH, temperature, humidity, bacteria and other parameters.[40,255]  Thus, measurement of NDMA concentration is challenging and potentially imprecise and inaccurate without accounting for this transformation (or metabolism).  NDMA is yellow in color with zero to faint characteristic odor.[256]

| Property | Value/Description |
|---|---|
| Chemical Abstract Systems (CAS) Number | 62-75-9 |
| Physical Description (physical state at room temperature) | Yellow liquid with no to faint characteristic odor |
| Molecular weight (g/mol) | 74.08 |
| Water solubility at 25°C | Miscible |
| Melting point (°C) | -25 (estimated) |
| Boiling point (°C) | 152 to 154 |
| Specific gravity/Density at 20/4°C (g/mL) | 1.0048 to 1.0059 |
| Vapor pressure at 20°C (mm Hg) | 2.7 |
| Organic carbon partition coefficient (log $K_{oc}$) | 1.07 (estimated) |
| Octanol-water partition coefficient (log $K_{ow}$) | -0.57 |
| Henry's Law Constant at 20°C (atm - m³/mol) | $2.63 \times 10^{-7}$ to $1.08 \times 10^{-6}$ |

Abbreviations: g/mol – grams per mole; °C – degrees Celsius; g/mL – grams per milliliter; mm Hg – millimeters of  mercury; atm - m³/mol – atmosphere-cubic meters per mole.

84.     The impact of temperature, humidity and pH on NDMA formation from ranitidine was presented in detail in the **Shipping and Storage Requirements** of this report.  Notably, NDMA has been found in prescription and OTC ranitidine; this has resulted in its withdrawal by the FDA on April 1, 2020.[32]  With NDMA consumption likely resulting from the *ex vivo* degradation of ranitidine, the toxicology of nitrosamines, including NDMA, warrant further evaluation.

85.     The potent carcinogenicity of many nitrosamines has been documented in animal models as early as 1972.[166,239]  The abundance of nitrites and presence of tertiary amines in the environment, including those originating from drugs, makes the nitrosation reaction important to ascertain the magnitude of risk for developing cancer.[166,239,240,252,257]  By 1987, significant carcinogenicity and mutagenicity studies, that incorporated analysis of the structure-activity relationships, were established for over 100 nitrosamines.[258,259]  During this time, the Carcinogenicity Potency Database (CPDB) project was established; and today it is a single standardized resource containing results of at least 6153 experiments reported in the general literature and in the Technical Reports of the National Cancer Institute/National Toxicology Program and  spans over 45 years of chronic, long-term carcinogenesis bioassays.[260] Furthermore, the development of a quantitative model for carcinogenic potency in the form of the tumorigenic dose rate 50 ($TD_{50}$), defined as the dose which produces tumors in 50% of animals exposed, was established.[261]  The $TD_{50}$ values were established by Gold[261]  The $TD_{50}$ values were established by Gold[261,262] and Lhasa.[263]

86.     In the drug approval process related to carcinogenic studies, the FDA considers the mechanism of tumor induction in rodents for relevance in humans.  The human risk assessment of carcinogenic potential is generally conducted using a two-year rodent bioassay.  While rodents are generally used during initial testing due to feasibility, more evolved nonrodent mammals (like dogs, pigs, and non-human primates) should be highly considered especially when other pertinent data are available prior to drug approval; NDMA was associated with cancers in animal studies since 1975, compounds that are tertiary amines containing dimethylamine functional groups (like ranitidine) identified as a precursor to NDMA in 1978 and human tissue and human studies showed NDMA induced cancers since 1981 before ranitidine approval as prescription drug in 1983.[220]  Non-human primates (e.g., monkeys) closer represent humans due to the similar sequence homology between the proteomes of humans and non-human primates.[220] Furthermore, in repeated dose toxicity studies, human risk assessment based on nonclinical toxicology

data has mostly involved two species (rodent and non-rodent).  The processes of metabolic conversion are frequently involved in the mechanisms of carcinogenicity.[264]  If a drug is known to cause tumors in rodent and/or more evolved animals via a mechanism that exists in humans, the importance of the tumor findings is markedly increased.  Cessation of further drug testing and development has occurred even based on rodent studies alone.[220]  It is the sponsor's responsibility to provide pertinent data on the mechanism of tumor induction and its relevance for humans.[265]

The FDA's Guidance for Industry S1C(R2) Dose Selection for Carcinogenicity Studies outlines six criteria for selecting the high dose of drugs for carcinogenicity studies: the maximum tolerated dose (MTD), 25-fold area-under-the-exposure-curve (AUC) ratio (rodent:human), dose-limiting pharmacodynamic effects, saturation of absorption, maximum feasible dose, and limit dose. The MTD is the top dose which produces a minimum toxic effect over a 90-day period.[266]  Since systemic exposure is better assessed by blood concentrations of parent drug and metabolites than by administered dose, the pharmacokinetic marker AUC is usually used to quantify systemic drug exposure at the maximum recommended daily dose.  The unbound drug in plasma is the most relevant indirect measure of tissue concentrations, which can exceed plasma concentrations for some drugs.  The AUC is an appropriate endpoint for dose selection for carcinogenicity studies for drugs that have similar metabolic profiles in humans and rodents and low organ toxicity in rodents (i.e., high doses are well tolerated in rodents).  Based on an analysis of a database of carcinogenicity studies performed at the MTD, the selection of a high dose for carcinogenicity studies that represents a 25- to-1 exposure ratio of rodent to human plasma AUC of parent compound and/or metabolites is considered pragmatic.  The MTD can be limited to 1500 mg/kg/day when the maximum recommended human dose does not exceed 500 mg/day.  If the human dose exceeds 500 mg/day the high dose can be increased up to the maximum feasible dose.  Data to compare exposure of rodents and humans to drug and metabolites should be provided by manufacturer to support dose selection for and interpretation of the carcinogenicity studies.

87.    **NDMA appears to be one of the most toxic, carcinogenic, mutagenic, and teratogenic compound among the 300 known nitrosamines**.[110,111]  The carcinogenic potencies of nitrosamines vary by at least four orders of magnitude based on the Gold and Lhasa $TD_{50}$ values.[111,267]  Both Gold and Lhasa $TD_{50}$ scales demonstrated that nitrosamines with methyl and/or ethyl groups are the most potent.  Based on the table, NDMA, which is categorized as the methyl/ethyl subclass of nitrosamines, exhibited the lowest $TD_{50}$, indicating its high potency compared to other tested nitrosamines.  Compared with other nitrosamines that are larger, NDMA as a methyl/ethyl nitrosamine is smaller and hence less sterically hindered to metabolism and alkylation.  This reduction in steric hindrance augments the formation of reactive DNA-alkylating cations, which are the most potent genotoxicants and hence making NDMA more potent than its larger (particularly cyclic) counterparts.[111]

P-values for differences between within-class and outside-class distributions calculated using a KS test. No significant results obtained when testing the Gold $TD_{50}$s. The Lhasa $TD_{50}$s show three significant subclasses at $p < 0.05$ but not at the 0.01 threshold obtained by applying the Bonferroni adjustment to compensate for testing multiple subclasses.

| N-Nitrosamine subclass | P-value | |
|---|---|---|
| | Gold $TD_{50}$s | Lhasa $TD_{50}$s |
| Dialkyl | 0.371 | 0.253 |
| EWG | 0.186 | 0.0384 |
| Cyclic | 0.152 | 0.392 |
| Methyl/ethyl | 0.0896 | 0.0493 |
| Large acyclic alkyl | 0.459 | 0.0443 |

Adapted from Thomas et al[111]
KS test was used to evaluate for differences in log ($TD_{50}$) distributions between each subclass and the nitrosamines outside that subclass

88.     Nitrosation of drugs that are tertiary amines, like ranitidine, has been studied since 1972.[240]  In this study along with other studies that confirmed similar findings, nitrosation occurred under mild acidic conditions at pH 2.1 to 5.5, representative of the endogenous formation of NDMA or DMN in the human stomach at body temperature.[164,166,239,240,242,252,257]  Notably, all tested tertiary-amine drugs underwent nitrosation to produce measurable amounts of nitrosamines over a wide range of pH that was evaluated. Interestingly, excess nitrite did not augment the nitrosamine production, suggesting the amount of drug, rather than nitrite that is readily available in the environment, is the limiting factor in nitrosamine production.[240]  While this study utilized higher concentrations of drug and nitrite than that found in the human stomach, the yields of nitrosamine expected in normal use of the drugs can still be predicted.  As such, the significant clinical implication of nitrosamine formation on human health (i.e., carcinogenicity that impacts both mortality and morbidity via qualify of life and cost to healthcare system) from various drugs cannot be considered insignificant.

89.     Since nitrosation occurs under mild acidic conditions, it is essential to ascertain factors or conditions, in addition to the availability of nitrites found in food, that stimulate acid secretion in the human stomach.  The chemistry of food ingestion and gastrin release are discussed below. The aftermath of this stimulation of acid secretion after food consumption and gastrin release is potentially augmenting the biotransformation of ranitidine to NDMA when ranitidine is ingested.  Furthermore, gastrointestinal pH is among the primary factors that may significantly influence the absorption and bioavailability of orally administered drugs.  Due to the differences in pH conditions along the gastrointestinal tract, the rate of drug absorption and drug metabolism or transformation may be affected.  At the very least, the following section provides a plausible mechanistic framework for the metabolism of NDMA from ranitidine.

A. ***pH Changes with Food Ingestion***. The primary physiologic function of the stomach is to prepare food for digestion and absorption by the intestine.  Acid production, which corresponds to a decrease in the pH, is the unique and central component of the stomach's contribution to the digestive process.  Acid surrounds the food while it is in the stomach to facilitate digestion.[268]  On the parietal cell of the stomach, which is a source for hydrochloric acid and most of the water in the stomach juices, resides the histamine ($H_2$) receptor (Figure).  The $H_2$ receptor is stimulated by histamine and activates acid secretion by a pathway that increases intracellular cyclic adenosine triphosphate (cAMP).[269]  The stimulation of this $H_2$ receptor, along with other receptors like acetylcholine and gastrin, activates the $H^+/K^+$-ATPase which then releases gastric acid.



Adapted from Ramsay et al.[268]

When food is consumed, the buffering effect of food *temporarily increases* the gastric pH and then the gastric pH returns to baseline due to secretion of gastric acid.[170]  Based on a meta-analysis that combined 16 studies with pharmacokinetic modeling via NONMEM to describe the time course of the gastric pH after ingestion of foods of different caloric contents, the mean ± standard deviation of gastric pH under fasted (assumed as 12 hours) and fed states were 1.88±0.46 and 4.98±0.65, respectively (Figure).[171]  The mean gastric pH was higher and more variable in the fed state than in the fasted state. Mid/distal stomach pH was more acidic compared to the proximal stomach pH; however, it was not significantly different (p-value >0.35).   This increase in gastric pH upon food administration was transient.  The shortest time since last meal to return to basal pH was 4.5 hours of fasting, suggesting that fasting for 4.5 hours is adequate duration to restore the basal fasted gastric pH as longer fasting had no statistically significant effects on the mean gastric pH. The study also showed that proximal stomach pH tended to be slightly less acidic than mid/distal stomach, which suggests that the food-buffering effects may be more pronounced in proximal compared to mid/distal stomach; however, the pH was not significantly different.



Adapted from Abuhelwa et al.[171]

Furthermore, the meta-analysis showed that caloric content significantly affected the extent and duration of postprandial gastric buffering.[171]  In fact, the higher the caloric content, the higher and the longer the buffering capacity, which is reflected in a higher initial rise in postprandial gastric pH and a slower rise of pH over time. The prolonged buffering effect of high caloric content meal may be due not only to the higher buffering capacity of the meal but also to the increased gastric

residence time from fat-induced delay of gastric emptying.[270] The study did not inform the type of the meal (e.g., high-protein versus high-carbohydrate meals). However, gastric acidity was observed to fall to a lower extent and rise more slowly after a high-protein meal as compared to a high-carbohydrate meal with equivalent calories and fat since protein appears to be a more potent stimulant and more effective buffer.[271]

Using gastric ultrasound to ascertain the volume and timing of gastric emptying by different types of ingestion (i.e., liquid versus solid food), Carmona et al conducted a prospective, crossover, evaluator-blinded study of 17 healthy subject after fasting for 10 h.[272] The intake of 400 mL of coconut water took 50% and 100% of the subjects after 2 and 4 hours, respectively, to empty the stomach. This was significantly delayed after ingestion of a 145 g, 355 kcal meat sandwich where 65% and 100% of the subjects took after 4 and 7 hours, respectively, to completely empty their stomachs. Gastric emptying times were mean $2.5 \pm 0.7$ and $4.5 \pm 0.9$ h for liquid and solid foods, respectively ($p < 0.001$).

B. **Administration Relative to Food Intake**. AHFS® Drug Information is a highly-used drug-information resource by pharmacists that is published by the American Society of Health-System Pharmacists (www.ashp.org) and found at http://www.ahfsdruginformation.com. This resource is organized by monographs containing information on both the Food and Drug Administration (FDA)-approved and off-label uses of medications. Information about dosing in specific populations is also included, as is a wide variety of general information about medications. For some medicines, having food or liquids in the stomach can decrease absorption of the drug or cause an upset stomach. While it generally takes 4 to 5 hours for the stomach to empty after a full meal,[171] medications that should be administered on an empty stomach generally require waiting at least 30 minute to 2 hours before ingesting anything other than plain water, to give the body time to absorb the medication.

While the labeling of most oral ranitidine products does not specify its administration with regards to meal consumption since food does not directly affect ranitidine absorption, the magnitude of nitrosation of ranitidine to NDMA is affected by meal consumption through changes in gastric pH (i.e., more nitrosation occurs at lower pH). The general clinical practice has been to advise patients with mild heartburn and acid indigestion, which are common clinical indications for ranitidine, to take the oral formulations of ranitidine at least 30 to 60 minutes before eating food or drinking beverages that can cause indigestion (https://www.drugs.com/monograph/ranitidine.html). As such, the gastric pH is low at this time, providing a conducive environment for nitrosation. Alternatively, ranitidine can be administered once-daily after dinner or before bedtime, which is inferred in the product labeling for patients with chronic acid reflux and ulcer.[101]

C. **Gastrin Release**. The gastrin receptor, which is stimulated by gastrin and activates acid secretion via the intracellular $Ca^{2+}$ pathway that increases intracellular $Ca^{2+}$ levels (Figure).[269] Protein, which is high in meat products, is the major stimulant for gastrin release.[273] Multiple studies have shown that ranitidine treatment is associated with an increase in serum gastrin concentration and/or an increase in meal-stimulated gastrin release (Figure).[54,175-177] Elevated serum gastrin concentrations increases acid secretion (or decrease the pH), offering an environment conducive of nitrosation from ranitidine to NDMA (table).[174] Furthermore, patients with duodenal (i.e., stomach) ulcers release more gastrin; and hence secrete more acid and potentially convert more NDMA from ranitidine (Table).



Adapted from Fraser et al of gastrin concentrations before and on the 8th day of with ranitidine 300 mg twice daily in 24 duodenal ulcer patients[175]

**TABLE I**
*Patients Studied*

| Subject | Sex | Age | Acid output | | Basal gastrin |
|---|---|---|---|---|---|
| | | | Basal | Peak | |
| | | yr | meq/h | meq/h | pg/ml |
| **Normal** | | | | | |
| J. T. | M | 28 | 0.3 | 37 | 34 |
| R. T. | M | 22 | 0.0 | 25 | 20 |
| A. C. | F | 40 | 0.2 | 18 | 48 |
| G. L. | M | 33 | 0.6 | 30 | 16 |
| D. N. W. | F | 30 | 0.0 | 21 | 44 |
| D. N. R. | M | 25 | 2.6 | 32 | 23 |
| B. L. | F | 42 | 1.5 | 21 | 28 |
| Mean | | 31.4 | 0.74 | 26.3 | 30.4 |
| SE | | 2.8 | 0.37 | 2.6 | 4.6 |
| **Duodenal ulcer** | | | | | |
| L. S. | F | 32 | 14.5 | 55 | 32 |
| V. S. | F | 54 | 7.2 | 27 | 65 |
| J. D. | M | 56 | 2.5 | 49 | 26 |
| T. L. | M | 70 | 3.9 | 52 | 29 |
| T. K. | M | 39 | 8.6 | 81 | 23 |
| C. B. | F | 28 | 4.0 | 36 | 34 |
| Mean | | 46.5 | 6.78 | 50.0 | 34.0 |
| SE | | 6.6 | 1.80 | 7.6 | 6.2 |

Adapted from Walsh et al.[174]

D. ***Types of Food with High Nitrites.*** The sources of nitrites in the human body are: (1) endogenous in which a human produces approximately 62 milligrams (mg) of nitrites a day and (2) exogenous, originating from food consumption. Most nitrites consumed by humans originate from nitrates present in food that are readily converted to nitrites in the human body (Figure). The inorganic nitrate ($NO_3^-$) found in food provide a physiologic substrate for reduction to nitrite ($NO_2^-$), nitric oxide, and other metabolic products ($NO_x$) that produce vasodilation, decrease blood pressure, and support cardiovascular function.[274]



Adapted from Hord et al.[274]

The mean intake of nitrate from food are 31–185 mg/d in Europe and ≈40–100 mg/d in the United States. With a bioavailability of 100% for dietary nitrate, nitrite intake varies from 0 to 20 mg/d. Foods that are high in nitrates are provided below, found in both cured meats and certain vegetables

(table). Notably, a dessicated dietary supplement (Nature's Way Garden Veggies one 900mg capsule; Nature's Way Products Inc, Springville, UT) had extremely high concentration of nitrates and nitrites.  Incorporating two hypothetical dietary patterns, one high- and other low-nitrate, the study found that nitrate concentrations significantly varied from 174 to 1222 mg, with the high-nitrate diet pattern exceeding World Health Organization's acceptable daily intake for nitrate by 550% for a 60-kg adult.  A database consisting of 23 different N-nitroso compounds for 500 foods from 39 different food subgroups can be used to quantify N-nitroso intake for observational and epidemiological studies.[275] From this database, N-nitroso content of food items ranged from <0.01 mg/100 g to 142 mg/100 g and the richest sources were sausage, smoked meats, bacon, and luncheon meats.

| | Nitrates | Nitrites |
|---|---|---|
| | mg/100 g | mg/100 g |
| **Fruit** | | |
| Apple sauce | 0.3 | 0.008 |
| Banana | 4.5 | 0.009 |
| Fruit mix | 0.9 | 0.08 |
| Orange | 0.8 | 0.02 |
| **Vegetables** | | |
| Broccoli | 39.5 | 0.07 |
| Carrots | 0.1 | 0.006 |
| Cole slaw | 55.9 | 0.07 |
| French fries | 2.0 | 0.17 |
| Ketchup | 0.10 | 0.13 |
| Mustard greens | 116.0 | 0.003 |
| Salad mix | 82.1 | 0.13 |
| Spinach | 741 | 0.02 |
| Tomato | 39.2 | 0.03 |
| Vegetable soup | 20.9 | 0.001 |
| Desiccated vegetable dietary supplement[2] | 27,890 | 10.5 |
| **Meats/processed meats** | | |
| Bacon | 5.5 | 0.38 |
| Bacon, nitrite-free | 3.0 | 0.68 |
| Ham | 0.90 | 0.89 |
| Hot dog | 9.0 | 0.05 |
| Pork tenderloin | 3.3 | 0 |

Adapted from Hord et al.[274]

90.     Nitrosation of tertiary-amine drugs is a complex process that contains multiple reactions and produces various intermediate chemical entities and metabolites like NDMA, at a rapid pace. This was demonstrated in 1974 at different pH ranging from 2 to 4.5 (equations 1-5) using nitrite concentration 25

-100 μM for the analgesic drug, aminopyrine, that was once widely used in most countries, even as an over-the-counter medication.[164]  Notably, the amount and the rate (depicted by the rising part of the curves, ranging from non-linear at pH 2 to linear at pH 4.5) of NDMA (or DMN) formation varied at different pH.  The complexity of these chemical reactions of nitrosation was further confounded by concomitant ingestion of other drugs like ascorbate (or Vitamin C) which inhibited formation of NDMA.  Aminopyrine was subsequently discovered to increase the risk of fatal agranulocytosis, blood dyscrasia, and aplastic anemia and consequently withdrawn from the US market in 1999.

$$2\,HNO_2 \leftrightarrows N_2O_3 + H_2O, \tag{1}$$
$$AP + N_2O_3 \rightarrow DMN + other\ products, \tag{2}$$
$$rate = k_1 \times [HNO_2]^3, \tag{3}$$
$$rate = k_2 \times [R_3N] \times [HNO_2]^2, \tag{4}$$
$$rate = k_3 \times [amine] \times [nitrite]^2. \tag{5}$$



Fig. 4. Yield of DMN from AP after 0—15 min reaction at 0° and pH 2.0—4.5. [AP] = 20 mM, [nitrite] = 25 mM

Adapted from Mirvish et al[164]

91.     *In vivo* nitrosation within the stomach was first proposed in 1963 and the induction of tumors, specifically esophageal and hepatic in rats, by nitrosamines was demonstrated as early as 1969.[236,276]  The chemistry, kinetics and formation of nitrosamines, like NDMA, were further studied and published in 1975.[242]  During this time, the following important findings were uncovered about nitrosation in animals, mostly rats:[242]

92.     The chemistry, kinetics and formation of nitrosamines, like NDMA, were further studied and published in 1975.[242]  During this time, the following important findings were uncovered about nitrosation in animals, mostly rats:[242]

A. Nitrosation may occur *in vivo* within the stomach, large intestine and bladder, via the conversion from nitrate to nitrite under acidic condition, including hypoacidity;
B. Formation of NDMA, with the source being drugs that are tertiary amines; and
C. Induction of a variety of tumors by NDMA (or DMN).  Tumor induction is further discussed in the next section.

93.     Comprehensive reviews by Mirvish showed that toxic effects associated with NDMA formation were demonstrated in animal experiments and encompassed an array of different cancers and life-threatening toxic effects, including liver necrosis, gastric cancer, liver cancer, and fatal agranulocytosis.[110,242]  In one of these comprehensive reviews, nitrosamines were shown to induce tumors in many organs of rodents, including the liver, esophagus, nasal and oral mucosa, kidney, pancreas, urinary bladder, lung and thyroid.[110]  The diverse organ specificity of nitrosamines, including NDMA, in rodents indicated that nitrosamines may induce human cancer in these same organs.  Furthermore, nitrosamines, including NDMA, may be activated in one organ, alkylate DNA in another organ and thereby cause cancer the distant organ.  _In humans_, nitrosamines were the principal carcinogens that linked oral cancer to the chewing of tobacco, and associated with inducing gastric cancer, esophageal cancer, nasopharyngeal cancer, bladder cancer and colon cancer.  These numerous studies by different investigative groups were referenced in this comprehensive review article.[110]  Studies of human tissues demonstrating association of nitrosamines with human carcinogenesis were published as early as 1981 for pancreatic cancer.[248] Furthermore, increased urinary levels of nitrosamines were observed in patients with some of these types of cancers.  One source of nitrosamines noted was drugs that are tertiary amines, especially if administered chronically and taken by mouth, as is the case for ranitidine oral tablet, capsule and syrup formulations.[242]

94.     Adverse consequences of exposure to NDMA result both from the compound's primary effects, causing acute toxicity, as well as from its metabolites (monoalkyl amines, active carbocation).  NDMA appears to induce local and systemic carcinogenic effects where tumors can form directly at the site of exposure or travel systemically through the blood to reach a distant susceptible organ.[110,128] Mechanistically similar to other nitrosamines, NDMA activates RAS oncogenes and NDMA metabolism by CYP2E1 creates methyldiazonium, a known mutation inducer via methylation.[122,128,131]

The degree of toxic damage depends on the dosage.  The organ which is the most vulnerable to NDMA is the liver.[128]  Malignant liver cancer in the rat caused by nitrosamines was first reported in 1956.The organ which is the most vulnerable to NDMA is the liver.[128]  Malignant liver cancer in the rat caused by nitrosamines was first reported in 1956.[237,238]  Subsequently, other cancers and life-threatening toxic effects specifically associated with NDMA formation were reported in different animal species.[110,242] In addition, early human studies demonstrated carcinogenic potential of nitrosamines to different types of cancers, including esophageal (1981)[179], gastric (1989),[243] nasopharyngeal (1988),[244] bladder / liver / lung (1989), In addition, early human studies demonstrated carcinogenic potential of nitrosamines to different types of cancers, including esophageal (1981)[179], gastric (1989),[243] nasopharyngeal (1988),[244] bladder / liver / lung (1989),[118,245,246] and colon (1990).[110,247]

95.     In 1989 before the approval of ranitidine for its over-the-counter use that enhanced human consumption, the ATSDR and EPA issued a public health statement, implicating the potential risk of liver disease and other types of cancers in humans with exposure to NDMA based on numerous animal studies linking NDMA exposure to different types of cancers.[118]  In 1993, the EPA classified (and continues today) NDMA as a B2 probable human carcinogen based on the weighted evidence of tumor induction at multiple sites in both rodents and nonrodent mammals exposed to NDMA by various routes.[40]  Based on the technical fact sheet created by the EPA, the oral route is the primary human exposure pathway for NDMA.[40,118]  Furthermore per the EPA, exposure to high levels of NDMA may cause liver damage in humans, with symptoms of headache, fever, nausea, jaundice, vomiting, abdominal cramps, enlarged liver, reduced function of liver, kidneys and lungs and dizziness.  Since 2011, the U.S. Department of Health and Human Services states that NDMA is reasonably anticipated to be a human carcinogen.[235] Furthermore, the American Conference of Governmental Industrial Hygienist states that exposure by all routes toNDMA should be reduced to the lowest possible levels.[40]

96.     Humans are exposed to nitrosamines from diet, tobacco smoke, and other environmental sources, as well as from endogenous synthesis.[134] While exogenous nitrosamines exposure can originate from diet and the environment, drugs can augment the exposure to increase the risk for developing the toxicity.  As such, drugs that are nitrosamines, like ranitidine, which can increase the risk for developing serious and potentially fatal toxicities, are modifiable and should be minimized or eliminated, especially when safer alternatives are available.[277] While the FDA has established a permissible daily intake limit for NDMA of 96 ng/day, an independent lab detected NDMA in excess of 3,000,000 ng per ranitidine product. Although this result was reflective of the inherent instability of the ranitidine molecule reacting with itself in standard analysis conditions (e.g., GC/MS oven temperature of 130 °C), it provides a maximum threshhold value for potential NDMA formation with one ranitidine product, when subject extreme temperature.

97.     There are some preliminary data suggesting that the use of ranitidine is associated with developing cancer. In a rodent study by Brambilla et al,[278] it was shown that the addition of ranitidine and sodium nitrite increased the percentage of DNA fragmentation and formation of sister chromatids exchanges or diploid cells.

## Epidemiology

98.     This section provides only basic information pertaining to epidemiologic studies within the scope of evidence-based medicine.  It also contains a critical evaluation of summary of relevant epidemiologic studies to provide an overall probability of causation between ranitidine and different types of cancer. For specific studies on ranitidine and NDMA with quantitative analysis, please refer to epidemiology expert witness reports.

99.     Evidence-based medicine is the practice of making clinical decisions to care for patients based on explicit, reasonable and high-quality clinical research data.[24]   A hierarchical system of classifying evidence (Figure) and grading recommendation is the cornerstone of evidence-based medicine.  The levels of evidence were originally described in a report by the Canadian Task Force on the Periodic Health Examination in 1979, the base of which is still used today to articulate guidance on the optimization of drug therapy with worldwide adoption.[279,280]   Clinical studies with the highest level of evidence are randomized clinical trials, especially if placebo-controlled and double-blinded, followed by cohort (preferably prospective over retrospective) or case-control studies and case reports or series.  Systematic reviews and critically-appraised synopsis also provide high-quality evidence and are comprised of multiple studies that can incorporate randomized clinical trials when/if available.  The hierarchy of evidence rank studies according to the probability of bias, with randomized clinical trials classified with the highest level because they are designed to minimize bias and systematic errors.[24] By randomly assigning subjects to treatment groups, these studies also randomize confounding factors that may introduce bias into the results.

In epidemiology, the use of case-control studies limits bias by integrating a control group, marked by the absence of the outcome, and retrospectively evaluating for the presence or absence of the exposure in the case and control groups. It can also limit confounding factors by controlling for them within the study design or statistically using validated mathematical modeling. Cohort studies may also be performed in epidemiologic studies to assess the risk of developing an outcome based on an exposure; however, they require the enrollment of a higher number of subjects, compared with case-control, since they lack a

control group.  A case series or expert opinion is often biased by the author's experience or opinions and there is no control of confounding factors.

The grading of recommendations is based on the quality of evidence.  Grade A recommendation indicates strong level of evidence, usually randomized controlled trials, to support a recommendation, whereas Grade C or D signifies inconsistent or absence, respectively, of evidence.



Adapted from: https://libraryguides.umassmed.edu/EBM

100.    Epidemiologic studies strive to assess exposure to an outcome and quantifies the amount of the risk factor (or agent) across space and time.  The traditional model of disease transmission is the epidemiologic triad, comprised of an external agent, a host, and an environment for contact between the host and agent.  A vector may be part of the process to not directly cause the outcome in the host, but is at least part of its transmission.  The interplay of factors contributing to the triad for ranitidine as the agent and cancer patients as the host is provided in the Figure.



101.    To quantify the risk factor (or agent), exposure assessment requires knowledge of the intensity (i.e., exposure or dose), frequency, and duration of the exposure, and collates this information from multiple disciplines, including environmental, toxicological, and health studies derived from basic and

applied experiments.[281]  The duration of exposure, particularly for an outcome of cancer, may involve monitoring (or following-up) of study subjects over many years and the performance of such studies may be hindered by loss to follow-up.  While the FDA requires extensive safety data prior to any new drug approval, cancer risks are challenging to assess in studies that are inherently short and conducted primarily in animals. The exposure-dose-effect evaluation is a continuum from the source of the exposure to the outcome or effect and each route may produce additive or synergistic (i.e., multiplicative) effect on the final outcome.

102.    The sample size describes the number of participants or observations included in a study. Sample sizes for cohort studies depend upon the rate of the outcome, and for case-control studies, upon prevalence of exposure. Because the rate of outcome is usually smaller than the prevalence of the exposure, cohort studies typically require larger sample sizes to have the same power as a case-control study (Figure).  The sample size requirements to detect a given relative risk with the 90% power using two-sided 5% significance tests for cohort and case-control studies are listed below (Table):[282]

| Relative Risk | Risk Reduction (%) | Cohort study | Case-Control study |
|---|---|---|---|
| 1.1 | 10 | 44,398 | 21,632 |
| 1.2 | 20 | 11,568 | 5,820 |
| 1.3 | 30 | 5,346 | 2,774 |
| 1.4 | 40 | 3,122 | 1,668 |
| 1.5 | 50 | 2,070 | 1,138 |
| 2.0 | 2 Times | 602 | 376 |
| 3.0 | 3 Times | 188 | 146 |

In case-control studies when there is unequal distribution of the number of case and control subjects, a larger total sample size is required to achieve the same statistical power for a given effect size and level of significance (Table).[283]  Using an equal distribution with ratio of 1:1 for case:control, the power is 0.88 demonstrating that the study has an 88% chance of detecting a true difference.  The power decreases as the group sizes become unequal. In fact, the total sample size must double in order to achieve the same power when a ratio of 1:2 is used.  The extra increase in power is minute when the ratio reaches or exceeds 1:4. Unequal distribution may be considered when the outcome is rare, or treatment is expensive; sampling additional controls can be employed to increase study power to facilitate successful recruitment and contain cost.

| Sample size | | Ratio (Case:Control) | Power | N of controls needed to get the same power as a 1:1 ratio |
|---|---|---|---|---|
| Intervention | Control | | | |
| 50 | 50 | 1:1 | 0.88 | -- |
| 33 | 77 | 1:2 | 0.84 | 106 |
| 25 | 75 | 1:3 | 0.77 | >5000 |
| 20 | 80 | 1:4 | 0.71 | -- |

103.    Based on statistics generated by the Centers for Disease Control and Prevention, cancer was the second leading cause of death, after heart disease, in the United States in 2019, with 599,601 cancer deaths in which 283,725 were among females and 315,876 among males.[284]  The most common cancers resulting in death were lung (23%), colon and rectum (9%), pancreas (8%), female breast (7%), prostate (5%), and liver and intrahepatic bile duct (5%); and the highest death rate occurred among older patients (Figures).



Adapted from the Source National Center for Health Statistics,
National Vital Statistics System, Mortality Data[284]

According to the World Health Organization through IARC, cancer is a leading cause of death worldwide and accounts for nearly 10 million deaths in 2020.[285]  The most common causes of cancer death in 2020 were lung (1.80 million); colon and rectum (935,000); liver (830,000 deaths); and stomach (769,000 deaths); and breast (685,000 deaths).  Up to 50% of cancers can be prevented by avoiding risk factors and implementing existing evidence-based prevention strategies.[285]  **As such, when a risk factor is modifiable, as is the case for ranitidine, the use of ranitidine should be completely eliminated especially when safer drug alternatives exist.**

104.    The protocols and result reports of ranitidine clinical trials for various indications were comprehensively and critically evaluated.  A summary of these protocols and reports, with the focus on safety, that were furnished by the manufacturers are described in the Table below with the ranitidine dose, indication, sample size, duration of therapy and pertinent cancer-related safety signals.

| Study or Report | Ranitidine Dose and Indication | Sample Size of Ranitidine Group(s) | Duration of Therapy | Safety |
|---|---|---|---|---|
|  |  |  |  |  |

| 3001A1-302 GMR-36854 | 150 mg twice daily for erosive esophagitis (vs pantoprazole 10-40 mg) | 95 (estimated) | 36 weeks (3 years) | Results not available |
|---|---|---|---|---|
| **RAN-463** GSKZAN0003331700 GSKZAN0003331773 BOE_ZAN_MDL_0000 190133 | 150 mg twice daily for erosive esophagitis (vs placebo) | 86 | 48 weeks | Prostatic adenocarcinoma after 2.8 months of ranitidine use<br><br>Elevated serum gastrin concentration |
| **RAN-M12** GSKZAN0002850445 | 150 mg twice daily, then twice or once daily for gastro-esophageal reflux disease | 308 | 56 weeks (4 weeks acute phase, then long-term up 56 weeks total) | Breast carcinoma after 8.5 months of ranitidine use<br><br>Adverse events reported in acute (19%) and long-term (36%) phases |
| **RAN-526K** GSKZAN0002593116 GSKZAN0002853605 | 150 and 300 mg twice daily for gastro-esophageal reflux disease (vs placebo) | 187 | 48 weeks | Lung cancer after 6 weeks of ranitidine use and died at 32 weeks<br><br>Serum gastrin was not evaluated<br><br>Withdrawn due to adverse events: five (5.4%) from placebo, eight (8.7%) from ranitidine 150mg twice daily and 13 (13.7%) from ranitidine 300mg twice daily |
| **RAN-362** RAN-1140 RAN-533Z GSKZAN0001938855 | 300 mg at bedtime for gastro-esophageal reflux disease (vs placebo) | 47 for safety | 52 weeks (1 year) | Unremarkable, likely due to small sample size < 50 for treatment group |
| **RAN-X03** GSKZAN0002639348 GSKZAN0002852996 | 150 mg at bedtime and 150 mg twice daily for duodenal ulcer on continuous therapy from 1 to > 5 years | 573 | 572 weeks (Up to 11 years) | Retrospective study<br><br>24 new events of neoplasia were reported (Table 19, GSKZAN0002853046)<br><br>5 cases of prostate carcinoma (more |

| | | | | frequently than expected). Table 19 GSKZAN0002853046 does not match with the numbers presented in text.

7 cases of large bowel cancer (more frequently than expected)

5 cases of malignant diseases (GSKZAN0002853048): 1 stomach, 1 large bowel, 1 prostate, 1 melanoma, and 1 lymphoma; all patients used 3-5 years of ranitidine

3 deaths related to cancer: 1 stomach cancer, 1 large bowel and 1 non-Hodgkin's lymphoma |
|---|---|---|---|---|
| **RAN-422** | 150 mg and 300 mg at bedtime for duodenal ulcer (vs placebo) | 300 total | 16 weeks | Only protocol was provided; results were not provided. |
| **GGA-89-029** | 75 mg at bedtime to 300 mg twice daily for peptic ulcer disease | 195 | 156 weeks (3 years) | Death due to esophageal carcinoma (Table 27)

Safety assessment and results were limited to biochemistry and hematology. |
| **PATH-18-265** GSKZAN0003193031 | Biopsy results | 11 | Pretreatment and 56 weeks (14 months) | 3 cases of gastric epithelial dysplasia

2 cases of intestinal metaplasia |
| **RAN-S81Z** GGL-191-003 GSKZAN0000369203 GSKZAN0000369219 | 150 mg twice daily and 300 mg daily for gastric ulcer | 21 | 24 to 120 weeks (2 – 10 years) of ranitidine use | 18 cases of intestinal metaplasia, including 4 with type III

Median fasting plasma gastrin concentration |

| | | | 72 weeks study period (18 months) | was 26.4pmol/L (range 12.4-167.2pmol/L); no pre-treatment or control was available |
|---|---|---|---|---|
| **RAN-444** GSKZAN0003326732 | 300 mg at bedtime for gastric ulcer (vs placebo) | -- | 6 to 12 weeks | Only protocol was provided; results were not provided. |
| **RAN-445** GSKZNDAA0000298904 | 150 mg at bedtime for gastric ulcer (vs placebo) | -- | 48 weeks | Only protocol was provided; results were not provided. |
| **RAN-X06** GGL-92-008 GSKZAN0000747470 | 150 mg and 300 mg at bedtime for duodenal ulcer (vs placebo) | 42 (vs 40 placebo who previously received ranitidine) | 72 weeks (6 months after completion of 5-10 years of ranitidine*) | Safety assessment and results were limited to biochemistry and hematology. Serious adverse, including cancer, were not defined. |
| **RAN-X23 / 02** GSKZAN0003289891 | 300 mg twice daily in patients with hepatic metastases from colorectal cancer (vs placebo) | 100 | Up to 24 weeks (2 years) | Exclusion criteria was "use of H2 receptor antagonists or other anti-ulcer therapy within the previous two weeks." Only protocol was provided; results were not provided. |

A. Based on the aggregate results from GSK's clinical trials and studies (table above), studies with a long duration of therapy and study period were likely to report carcinogenic effects. In fact, during the long-term treatment studies (RAN-X03 for 572 weeks and RAN-S81Z for up to 120 weeks), the incidence of neoplasia and cancer, including malignancies and metastases, was notable given the limited sample size. According to the FDA's Guidance for Industry S1A on the Need for Long-term Rodent Carcinogenicity Studies of Pharmaceuticals, the need for carcinogenicity studies is determined by the maximum duration of patient treatment and any perceived cause for concern from other investigations.[286] Carcinogenicity studies should be performed for any pharmaceutical whose expected clinical use is continuous for at least 6 months, especially for pharmaceuticals with carcinogenic potential. Criteria to conduct carcinogenicity studies, in which apply to ranitidine since it can directly transform into NDMA and in the presence of multiple animal studies demonstrating carcinogenicity, are:

- o previous demonstration of carcinogenic potential in the product class that is considered relevant to humans;
- o structure-activity relationship suggesting carcinogenic risk; and
- o evidence of preneoplastic lesions in repeated dose toxicity studies.[286]

While epidemiologic studies were unavailable during this period between 1975 and 1979, toxic effects associated specifically with NDMA formation were demonstrated in animal experiments and encompassed an array of different cancers and life-threatening toxic effects, including liver necrosis, gastric cancer, and liver cancer.[110,242]  Furthermore, the WHO's IARC in 1978 identified dimethylamine as a source for NDMA formation and demonstrated the presence of NDMA in some drugs containing aminopyrine (a tertiary amine); ranitidine is a tertiary amine with a dimethylamine group.[112,113]   As such, carcinogenicity studies should have been performed for ranitidine for at least 6 months, or longer.

B. A dose-response relationship was evident in RAN-526K, where an increase in the incidence of study withdrawal due to adverse events with escalating ranitidine dose (5.4% in placebo, 8.7% for ranitidine 150mg twice daily and 13.7% for ranitidine 300mg twice daily).   Whereas pharmacokinetics describe the concentration-response relationship, pharmacodynamics refer to the dose-response relationship by quantifying the pharmacologic effect, including toxicity, relative to concentration.[287] Pharmacodynamics link the dose to the effect, providing value to the drug-concentration profile derived from pharmacokinetic analysis. In most cases, routine monitoring of drug concentrations occurs in the blood via TDM, not tissues due to clinical feasibility.  In fact, it is not possible to evaluate concentrations at the level of the receptor, and the surrogate concentrations measured in readily accessible fluids may not accurately reflect the availability of active drug or metabolite.  The combination of parent and metabolite may contribute to pharmacodynamic response.[287]  In addition, the dose-response relationships described after single- or multiple-dose administration may not reflect the concentration of the drug that interacts with the receptor at steady-state.  Furthermore, the amount of drug that interacts with the receptor may be restricted or enhanced by local metabolism and transport at the tissue level.[288]  Finally, factors such as concurrent alcohol or medication use, comorbid conditions, and age can displace a drug from its receptor site, moving or even shifting the patient's exposure-response curve.[289]

C. The following section elaborates on cancer-related adverse events that were described in the reports, most unpublished data, of the clinical trials (table above).  While, in all cases, the investigators deemed the adverse effects to be unrelated to ranitidine, it is important to note that the detailed medical history of these patients were not provided, nor were the cases evaluated by independent clinicians with expertise in hematology/oncology.  As such, the conclusion provided by the investigators should be considered bias, either conscious or unconscious.

D. Based on unpublished data from clinical trials and studies by GSK, the early signals for potential cancer associated with ranitidine use are:

1. ***Prostate Cancer***

   a) RAN-463, GSKZAN0003331771, BOE_ZAN_MDL_0000190193:   Patient 3390/100 (ranitidine) was withdrawn from study on Day 84 after being diagnosed with prostatic adenocarcinoma. This 70-year-old (209 lbs) white male, with a history of prostatic enlargement, urinary frequency and microscopic hematuria was withdrawn on Day 84 when the investigator became aware that the patient had a prostatic adenocarcinoma (which was considered a serious adverse event). The patient had been evaluated by a urologist prior to his baseline evaluation. Needle biopsy confirmed adenocarcinoma on Day 64. The patient refused surgery. He did not notify the investigator of the adenocarcinoma until he returned for his Week 12 study visit at which time he was withdrawn. Treatment was radiation therapy.

b)  RAN-X03, GSKZAN0002639368, GSKZAN0002853012: Five cases of prostate carcinoma arose more frequently than expected in elderly men.  One patient died.

2.  ***Esophageal Cancer*** - GGA/89/029, Patient Z082 who received 150 mg twice daily for 4 months (Table 27)

3.  ***Stomach Cancer***

a)  RAN-X03, GSKZAN0002853048, One case of malignant stomach cancer with death was reported.

b)  PATH-18-265 – 2 cases of gastric intestinal metaplasia were identified on biopsy after ranitidine use of 13 months.   Gastric intestinal metaplasia is an intermediate precancerous gastric lesion in the gastric cancer.[290] The risk of gastric cancer is increased in patients with gastric intestinal metaplasia.

c)  PATH-18-265 – 3 cases of gastric epithelial dysplasia were identified on biopsy after ranitidine use (dose and duration not provided). Gastric epithelial dysplasia occurs when the cells of the stomach lining (called the mucosa) change and become abnormal. These abnormal cells may eventually become adenocarcinoma, the most common type of stomach cancer.

4.  ***Colorectal (Large Bowel) Cancer***

a)  RAN-X03, GSKZAN0002639368, GSKZAN0002853046: Seven cases of large bowel cancer were observed, which was more frequently in the study population than would be expected (observed/expected ratio = 7/2.31 = 3.03).  Complete data were unavailable. One patient died.  Table 19 (GSKZAN0002853046) indicated a total of 24 new events, with 6 stomach/large bowel cancers; however, the text mentioned 7 cases.  The table does not match with the numbers presented in text.

b)  RAN S81Z – All but three patients had intestinal metaplasia in the antrum. ranging from mild to severe, usually type I with occasional type II. Traces of type III were seen in three patients, and one patient had a moderate number of glands with type III in conjunction with mild dysplasia and severe intestinal metaplasia.  Type Ill has been significantly associated with intestinal type gastric carcinoma

5.  ***Lung Cancer***

a)  *Death with Lung Cancer and Liver Metastases* - RAN-526K, GSKZAN0002593149, GSKZAN0002853638: Patient Number 157/12170 was a 57-year-old male, started treatment with ranitidine 150mg twice daily (acute phase) on 12 April 89. His grade 3 reflux esophagitis had healed following 4 weeks of acute therapy, and the patient entered the maintenance phase of the study. The patient had a history of hiatus hernia and had suffered reflux symptoms for 20 years. He had also suffered a peptic ulcer in the past, which had hemorrhaged. He had a history of angina, for which he continued to take isosorbide dinitrate and digoxin during the study.  Five days after starting maintenance study medication, the patient began to complain

of hoarseness, and further investigation diagnosed a spinocellular epithelioma or the left lung. The patient was hospitalized, but continued to take the study medication.

On day 49, 2 weeks before the patients 8-week follow-up assessment, the patient was diagnosed as having spinocellular carcinoma of the lung with lung and liver metastases. The study medication was not withdrawn. Radiotherapy was started 5 days after the 8 week assessment (Day 68). The study drug was withdrawn on day 213 and treatment with omeprazole and domperidone commenced. The patient also received supportive therapy, oxygen, fluids, steroids and analgesics. The patient died 17 days after withdrawal of the study medication, following a deterioration in his condition.

b) RAN-X03, Table 19 (GSKZAN0002853046): One case of haemangioma of lung.  Complete data were unavailable.

6. *Breast Cancer* – RAN-M12, GSKZAN0002850497: Subject number K3797 was a 72-year-old female patient with gastro-esophageal reflux disease who received oral ranitidine, 150mg twice daily for four weeks in the acute treatment phase and was receiving oral ranitidine, 150mg once to twice daily for long-term symptom relief. Eight and a half months after starting study medication (from June 15, 1993 to March 1, 1994), she was diagnosed with breast cancer and was hospitalized for a mastectomy. She underwent radiotherapy and began treatment with tamoxifen 40 mg once daily. Medical history of patient was not available, except for information described above. Complete data were unavailable.

E.   Other notable adverse effects associate with ranitidine use are:

1. *Increased Serum Gastrin* – RAN-463, BOE ZAN MDL 0000190196: Elevated serum gastrin concentrations increases acid secretion (or decrease the pH), offering an environment conducive of nitrosation from ranitidine to NDMA, a B2 probable human carcinogen described by the EPA.[174]  An increase in serum gastrin was reported and significantly higher between placebo and ranitidine treatment groups during ranitidine treatment (final visit [> Week 4] minus Week 0 gastrin levels; p=0.040); this reflected the greater increase in gastrin levels in ranitidine-treated patients than placebo-treated patients.

| RAN-463 Treatment | Inv./Pt. | Visit | Gastrin Con. | RAN-461 Treatment |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Ran-150mg BID | 0062/193 | 00 | 9 | Placebo |
| | | 04 | 18 | |
| | | 24 | 132 | |
| | | 48 | 199 | |
| | | 99 | 62 | |
| | 0062/237 | 00 | 5 | Placebo |
| | | 04 | 12 | |
| | | 24 | 47 | |
| | | 48 | 105 | |
| | | 99 | 61 | |
| | 0788/299 | 00 | 83 | Placebo |
| | | 04 | 107 | |
| | 1703/150 | 00 | 22 | Ran-150mg QID |
| | | 04 | 149 | |
| | 2846/114 | 00 | 6 | Ran-300mg QID |
| | | 04 | 24 | |
| | | 12 | 139 | |
| | 2846/115 | 00 | 7 | Ran-300mg QID |
| | | 04 | 19 | |
| | | 12 | 110 | |
| | | 99 | 88 | |
| | 2846/131 | 00 | 11 | Ran-150mg QID |
| | | 04 | 8 | |
| | | 12 | 99 | |
| | | 99 | 126 | |
| | 2846/250 | 00 | 17 | Placebo |
| | | 04 | 15 | |
| | | 48 | 263 | |
| | | 99 | 188 | |
| | 2846/252 | 00 | 14 | Ran-300mg QID |
| | | 04 | 18 | |
| | | 48 | 425 | |
| | 2853/068 | 00 | 50 | Placebo |
| | | 04 | 163 | |
| | 3529/218 | 00 | 97 | Ran-150mg QID |
| | | 04 | 116 | |
| | | 12 | 156 | |
| | | 99 | 45 | |

RAN-463, BOE_ZAN_MDL_0000190197

2. *Death with Pancreatitis* – RAN-M12, GSKZAN 0002850496:  Subject number K4239 (IPSP reference number CG004764).  This 57-year-old male patient with gastro-esophageal reflux disease received oral ranitidine 150mg twice daily for 4 weeks in the acute treatment phase. He had a history of alcohol abuse and smoked. After 21 days on study medication, he was withdrawn from the study due to lack of efficacy and on the same day he was diagnosed with acute pancreatitis, due to upper abdominal pain, vomiting and an ultrasound scan. Study medication was discontinued. He was admitted to hospital and given ranitidine for reflux disease and metamizole for analgesia. He was fed parenterally and, when he developed nausea, ranitidine was stopped, and omeprazole and metoclopramide commenced. His condition deteriorated and he died after 22 days. The cause of death was pancreatitis resulting in metabolic decompensation and multi-organ failure.  Medical information was unavailable to determine if this patient was evaluated for possible pancreatic cancer.

3.  While cancer was not diagnosed, biliary reflux, increased liver enzymes (SGOT and SGPT) occurred, liver failure, and impotence were reported as adverse effects in ranitidine clinical trials (Table 27 of GGA/89/029).

F.  There were major limitations of study design, largely originating from omission, for most of the clinical trials and studies (presented in table above) relative to safety assessment.  Notably, the lack of data should not be construed as absence of data, especially with the major limitations inherent with the study design and the nature of cancer events that are rare and latent.  Each limitation is presented below.

a)  *Inadequate study design for cancer assessment*. Most of these clinical studies and trials were *not* designed to measure rare and long-term adverse events, like cancer.  Most of the protocols integrated study treatment and follow-up period ranging from 16 to 72 weeks, which is short to adequately assess latent adverse events.   Two studies RAN-X03 and GGA-89-029 monitored subjects beyond 72 weeks.  Notably, a significant number of 24 neoplasia were reported in RAN-X03 in which 573 patients received ranitidine continuously from 1 to > 5 years and were monitored in up to 11 years.  Furthermore, 5 cases of malignant diseases (all patients used 3-5 years of ranitidine) and 3 deaths related to cancer were reported.  In particular, this study reported 5 cases of prostate carcinoma (which were more than expected) and table 19 GSKZAN0002853046 does not match with the numbers presented in text. In addition, the 7 cases of large bowel cancer reported with ranitidine use was more frequent than expected.

The other study GGA-89-029 reported one death due to esophageal carcinoma.  This study was limited by the small sample size of 195 subjects and safety assessment without adequately defining major and serious adverse that include cancer.

b)  *Limited laboratory testing for cancer biomarkers*.  According to the FDA's Guidance for Industry S1B Testing for Carcinogenicity of Pharmaceuticals, biochemical measurements, which are mechanistic studies useful for the interpretation of tumor findings in a carcinogenicity study, can inform relevance to human risk assessment.[291]  The biochemical or laboratory tests that were routinely monitored in most clinical trials were biochemistry (e.g., renal function and electrolytes) and hematology, which excluded cancer biomarkers (e.g., CEA, KRAS and anti-EGFR for colorectal cancer).[292,293]   A biomarker is "a biological molecule found in blood, other body fluids, or tissues that is a sign of a normal or abnormal process, or of a condition or disease," such as cancer.[293]  The concept of a biomarker test to detect cancer in individuals, who are usually healthy and asymptomatic, can be informative for ranitidine use since its chemical structure can directly transform into NDMA. Even if these biochemical measurements were not performed in early clinical trials of ranitidine, they should have been discussed and performed in later trials since the ranitidine chemical structure, as a tertiary amine containing a dimethylamine functional group identified as a precursor to NDMA in predisposes a tangible carcinogenic risk since it can directly transform into NDMA, which was known and informed by IARC (part of WHO) since 1978 and with animal studies associating NDMA with cancers since 1975.  If these tests were performed at baseline and during the study period, including the last follow-up assessment, the use of cancer biomarkers may be advantageous as they can estimate the risk of disease, screen for occult primary cancers, distinguish benign from malignant results, and monitor the status of the disease.

c) *Lack of biopsy testing.* According to the FDA's Guidance for Industry S1B Testing for Carcinogenicity of Pharmaceuticals, cellular changes within relevant tissues are mechanistic studies useful for the interpretation of tumor findings in a carcinogenicity study and can support human risk assessment.[291] Relevant tissues may be examined for changes at the cellular level using morphological, histochemical, or functional criteria and with consideration for dose-relationships for cancer-related cellular changes like apoptosis and cell proliferation. Biopsies to obtain relevant tissues were not planned nor performed in all studies, except for RAN-X23 that specifically evaluated colorectal cancer. In addition to lab and imaging tests, biopsies are important to diagnose cancer since they are necessary to definitively diagnosis cancer. Notably for RAN-X23 with a limited sample size of 11 patients, 5 (45%) cases of cellular changes along the gastro-intestinal tract were reported (specifically, 3 cases of gastric dysplasia that may be precancerous and 2 cases of intestinal metaplasia). According to the National Cancer Institute, a biopsy is a procedure in which the physician removes a sample of tissue and a pathologist evaluates the tissue microscopically to determine the presence of cancer, degree of malignancy and decide treatment options.[294] This is an important omission that essentially to ascertain the true risk and causation of ranitidine in the development of cancer.

d) *Lack of drug accountability in protocol.* Ranitidine formulations can be readily degraded *in vitro* to exogenous NDMA when storage conditions, particularly temperature and humidity control, are violated.[295] Clear instructions for appropriate storage condition and the monitoring of investigator and patient compliance to these conditions were not planned in the protocol nor assessed. Controlling and monitoring ranitidine's storage conditions throughout the supply chain and in patients' homes is necessary to mitigate the risk, especially in a clinical trial setting when this is more feasible than in the real-world setting. Using FDA-recommended protocol, Valisure and Emery Pharma are independent labs that reported the significant formation NDMA from ranitidine itself [224,225] Furthermore, the amount of NDMA formation also increased with time; this study showed that 150 mg of ranitidine tablets USP contained 18 ng of NDMA at baseline, but NDMA increased to 25 ng after storing it at 25 °C for 12 days, and even higher to 142 ng after storing it at 70 °C.[225] Notably, the same condition applied to other drugs, including cimetidine, famotidine, omeprazole, esomeprazole, lansoprazole, pantoprazole, rabeprazole, and dexlansoprazole did <u>not</u> result in production of NDMA.

e) *Insufficient definition of major and serious adverse effects of cancer.* Cancer was not specified as a major and serious adverse effect in the protocols of most of the clinical trials, except for RAN-445, GSKZN DAA0000298934. This is important for investigators to be informed to adequately monitor, evaluate and report in the clinical trials.

f) *Serum gastrin concentration was not measured.* In most of the clinical trials and studies, serum gastrin concentration was not assessed. The gastrin receptor, which is stimulated by gastrin, activates acid secretion.[269] Elevated serum gastrin concentrations increases acid secretion (or decrease the pH), offering an environment conducive of nitrosation from ranitidine to NDMA (table).[174] Furthermore, multiple studies have shown that ranitidine use is associated with an increase in serum gastrin concentration and/or an increase in meal-stimulated gastrin release.[54,175-177]

g) Results for protocol RAN-X23 that was created in 1993 were not available. The results would be particularly informative since this study was a randomized double-blind placebo-controlled

92

single-center study that uniquely aimed to investigate the effect of ranitidine on the survival of patients with hepatic metastases from colorectal cancer.  One of the exclusion criteria was "use of H2 receptor antagonists or other anti-ulcer therapy within the previous two weeks."  Depending on the randomization and selection of study subjects, this criterion may be a major study design limitation when a subject randomized to placebo received long-term ranitidine in the past excluding the previous 2 weeks prior to enrollment.  Exclusion of any (rather than just previous 2 weeks) use of ranitidine and other H2 blocker prior to enrollment would be ideal, especially with the small planned sample size of 100 subjects.

h) The absence of reliable evidence of risk in clinical trials should not be mistaken for reliable evidence of the absence of risk.   The FDA Modernization Act of 1997 was created to require post-marketing studies.  Section 130(a) of this Modernization Act added a new section 506B to the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 356b) that required sponsors of approved drugs and biological products to report to FDA annually on the progress of their post-marketing study commitments, which included required studies and clinical trials and agreed upon commitments.[30]  The purpose of post-marketing surveillance is to identify, characterize, quantify and communicate both the benefit and the risk, following product marketing, in order to protect the public health with more rational pharmacotherapy.

105.    Many of the hypotheses that are evaluated in epidemiologic studies are not definitive causal hypotheses.  Even if the verdict of causation is provisional, action to protect human health should not be delayed for more evidence if existing knowledge, that combines different types of data (i.e., clinical and non-clinical), are available.  A sufficient cause has been defined as a set of minimal conditions and events that inevitably produce the onset of disease.[296]   The Bradford Hill criteria, otherwise known as Hill's criteria for causation, consist of nine principles used to establish causality between a presumed cause and an observed effect in epidemiologic studies.   These criteria include: (1) strength, (2) consistency, (3) specificity, (4) temporality, (5) biological gradient, (6) biologic plausibility, (7) coherence, (8) experimental evidence, and (9) analogy.[297]  These criteria are discussed below, when pertinent, in specific studies epidemiologic related to the causal association between ranitidine and cancer.  In these cases, other evidence that demonstrates biologic plausibility (i.e., non-clinical *in vitro* and animal studies) can be used *concurrently* to support an increase or decrease in confidence for a factor being causally related to a disease.  As such, the collection of evidence, originating from different types of studies and sources, from preclinical studies (consisting of *in vitro* to animal data) and to clinical trials and epidemiologic studies in humans, should be jointly and weighted, as needed, used to inform causality.

106.    Relevant epidemiologic studies to establish causal association of ranitidine to various cancers were critically evaluated.  My interpretation of epidemiologic studies follows some conditions. In statistical analysis, using Hill's criterion of specificity which requires that a cause leads to a single effect (i.e., one cancer type), the quantification of "all" or aggregate cancers was omitted in my summary.[296]  Only the risk assessment for individual cancers was evaluated, and, when available, by separate studies to limit as many confounding factors as possible in subject selection.  To restrict the dilutional effect in which the combination of different cancers is used to estimate risk, studies with focus on specific cancers were closely examined and only the risk estimate for the specific (versus composite) cancer was provided.[298,299]  For example, if smoking is evaluated for its effect on many different cancers as a composite endpoint versus just lung cancer alone, the inclusion of many different cancers (including some that may not be affected by smoking) will decrease the overall risk estimate towards the null hypothesis.  The relative risk and odds or hazard ratio, depending on the type of study design, will consequently decrease and mask the risk of smoking on the development of lung cancer.  In addition, adjustment for or the use of "adjusted"

relative risk or hazard ratio is preferred to account for confounders, including dietary and alcohol use that affects NDMA formation based on internal manufacture and published *in vitro* studies.

In addition to including the risk assessment for only specific cancer types (versus one composite), my interpretation of results from epidemiologic studies did not focus on the conditions and limitations of the source data. In general, interpretation of epidemiologic studies is restricted by the type and method of data collection. Some epidemiologic studies originate from medical insurance claims data that are used for administrative purpose and generally lack patient-specific level information, particularly exact drug dosing, compliance to drug regimen and duration of exposure that are essential to accurately determine the presence of and to quantify the exposure-response relationship.[300,301] Furthermore, dates of drug use and events may be omitted from data collection to thereby hinder validation of the temporal relationship between exposure and outcome. In addition, some data sources (especially those with interventional scope) remove patients from the data source upon death, regardless of the reason for mortality that may include cancer. The incompleteness and omission of patient-specific level information may lead to measurement error related to information acquisition.

107.    Measurement error can arise from other issues related to study design, including the lack of control or adjustment for confounding factors and selection bias. Confounding factors can be controlled for, to a limited extent, statistically using propensity scoring and multivariate modeling with an adjustment in risk assessment.[302,303] The confounding factors of particular interest in establishing a causal inference of ranitidine to specific cancers are: dietary intake (especially for foods with high nitrate/nitrite content, vitamin C and E), smoking (due to thiocyanate content), alcohol consumption; these confounding factors affect NDMA formation either via inhibition or induction. In addition, certain chronic diseases impact CYP2E1 enzymatic activity that has been implicated in formation of the genotoxic carcinogen methyldiazonium[127,128]; these chronic diseases include diabetes, obesity, liver diseases associated with alcoholic consumption, non-alcoholic steatohepatitis.[206-208]

108.    In contrast to confounding factors, selection bias cannot be prevented by statistical methods. One major limitation of study design in some of the epidemiologic studies evaluating ranitidine was estimating risk without a true control group; this creates a selection bias and decrease the generalizability of the study results (i.e., relevance and/or applicability to the general or broader population). To estimate a true risk ratio especially for an adverse drug event (rather than drug efficacy), a placebo (not comparative drug) group should be used. This systematic selection bias was notable in studies that concluded lack of association when a comparative group (using another histamine-2-antagonist or a proton pump inhibitor) was used to estimate the relative risk or hazard ratio. Furthermore, bias towards the null was evident in these comparative studies since the comparative drugs had larger sample sizes, making fewer cases of exposure to ranitidine for analysis.

109.    The duration of exposure, particularly for an outcome of cancer, may involve monitoring (or follow-up) of study subjects over many years and the performance of such studies may be hindered by loss to follow-up. Notably, malignant transformation of cancer may take longer than 20 years. As such, studies that are 5 years or less should be interpreted cautiously. While the FDA requires extensive safety data prior to any new drug approval, cancer risks are challenging to assess in studies that are inherently short. Evaluating the exposure- or dose-response relationship is a continuum from the source of the exposure to the outcome and each route may produce additive or synergistic (i.e., multiplicative) effect on the outcome.

110.    In review of 15 relevant epidemiologic studies, published 2018 to 2021, to establish causal association between ranitidine and various cancers, a summary of the results and interpretation of such results are presented in the table below, with the ranitidine dose, duration, sample size, study period and outcomes.   Important notes and limitations regarding the conduct and/or conclusion of the studies are provided.   The table was not inclusive of all published studies, particularly of older dated.

A.   Of the 14 original research studies reviewed, 8 studies concluded an association between ranitidine use and certain types of cancers.   One of these 8 studies evaluated different cancers and had different results by the type of cancer.   In particular, the cancer types that have been linked to ranitidine use are: bladder (2 studies, both with adjustment), esophagus (2 studies), stomach (2 studies, 1 with adjustment), pancreas (2 studies, 1 with adjustment), and liver (2 studies, 1 with adjustment).

B.   Of the 14 original research studies reviewed, 7 studies concluded lack of statistical association between ranitidine use and certain types of cancers.   Two of these 7 studies evaluated gastric cancer in Asian descent, which suggested potential racial and dietary differences contributing to the results.   One meta-analysis suggested that CYP2E1 gene polymorphisms might be a contributing factor against bladder cancer in Asian people.[304]   However, these studies should be interpreted cautiously due to the small sample size (noted by the investigators) and they were confounded by the concurrent use of other H2-receptor antagonists (see table for details).

In addition, another 3 of these 7 studies evaluated specific patient populations (i.e., male veterans, *H pylori* infection and Barrett's esophagus) and consequently, the results were limited by generalizability.   A consistent limitation of most of studies that demonstrated lack of association was that the dose of ranitidine was not provided and the duration of use was short (i.e., 30 days up to several months listed as inclusion criteria).

**Effects of Ranitidine Exposure on Cancer**

| Author Year Study Design and Source of Data | Ranitidine Dose and Duration | Sample Size and Study Period | Outcome | Comment/Limitation |
|---|---|---|---|---|
| Adami 2021[305]<br><br>Comparative Cohort using Danish Prescription Registry | Dose not specified<br><br>15 and 30 months (at least 5 and 10 prescriptions; 3-month per prescription[306]) | ~14 years<br><br>• 103,565 first-time (or incident) users of ranitidine<br>• 182,497 of other H2RBs<br>• 807,725 of PPIs | *Based on pre-published version:*<br><br>Increased risk for esophageal cancer: HR 1.34; 95% CI 1.14–1.58 (vs H2RBs)<br><br>Increased risk specifically for esophageal adenocarcinoma: HR 1.66; 95% CI 1.29–2.13 (vs H2RBs)<br><br>HR 1.27; 95% CI 1.04–1.56 (vs PPIs)<br><br>Increased risk for stomach cancer of unknown/several regions: HR 1.28; 95% CI 1.07–1.54 (vs H2RBs)<br><br>Increased risk for pancreatic cancer: HR 1.18; 95% CI 1.05–1.32 (vs H2RBs) | The dose of ranitidine was not available, and half of ranitidine users had only one prescription (i.e., 3-month use).  Also, the total number of ranitidine users were limited (vs comparators).<br><br>Due to lack of control group, selection bias was present and study cannot truly assess magnitude of risk for cancer development<br><br>Consistent increase in 10-year risk difference for call cancers with increased duration of use from 15 (Fig 1) to 30 months (Fig 2)<br><br>Over-the-counter use of ranitidine was not included nor accounted for in all groups, including comparators<br><br>Propensity scoring did not adjust for alcohol use and smoking, and dietary NDMA intake and this scoring has not been validated |

| | | | Based on published version:<br><br>Decreased risk for pancreatic cancer HR 0.66; 95% CI 0.50–0.86 (vs PPIs)<br><br>No statistical association for stomach (except for unknown/several) and liver cancers. | |
|---|---|---|---|---|
| Cardwell 2021[307]<br><br>Nested Case-Control Study using PCCIUR Database in Scotland | Minimum 150mg per day<br><br>1 to >36 prescription (or month due to 28-day per prescription) | 8.4 years (5.7–11.1)<br><br>• 3,260 cases<br>• 14,037 controls (1:5) | Increased risk for:<br>Bladder cancer adjusted OR 1.22; 95% CI 1.06–1.40<br><br>Fully adjusted OR 1.45 (1.09–1.93) when controlled for alcohol and smoking status<br><br>Fully adjusted OR 1.43 (1.05–1.94) for >1,095 DDDs<br><br>Fully adjusted OR 1.44 (1.01–2.04) for >36 prescriptions | Charlson Comorbidity Index, smoking and alcohol status were accounted for in analysis.<br><br>DDD was used to ascertain exposure, with evidence of exposure-response relationship especially >1,095 DDD or > 36 prescriptions, with adjustment for smoking and alcohol use<br><br>Table 2 – Compared to control, the risk of ranitidine on bladder cancer was consistently higher than other H2RB and PPI, even when fully adjusted for DDD |
| Habel 2000[308]<br><br>Northern California Kaiser Permanente | At least one prescription of ranitidine (or cimetidine) | 4 to 7+ years<br><br>• 811 subjects on ranitidine | Increased risk for: Esophagus/stomach RR 2.42 (1.07–5.49) | Limited sample size and short duration of ranitidine exposure for RR < 1.6 (i.e., requires N=1,137 to achieve RR 1.5 with 90% power and two-sided 5% significance test).  However, for RR >2.0 adequate |

| Pharmacies and Cancer Center Databases | | • 3014 subjects on cimetidine<br>• 38,118 controls | Pancreas RR 2.60 (1.06–6.38)<br><br>No statistical association for:<br>Lung/bronchus RR 1.50 (0.90–2.51)<br><br>Colon/rectum RR 0.82 (0.39–1.74)<br><br>Kidney/bladder 1.56 (0.74–3.30)<br><br>Breast cancer 0.67 (0.17–2.70)<br><br>Prostate RR 1.88 (0.93–3.79) | sample size for cohort is 602 which was achieved for esophageal/stomach and pancreatic cancers. |
| Iwagami 2021[309]<br><br>Cohort Study using Japan Medical Data Center Claims Database | 150 mg/day (0.5 DDD; IQR 150–300 mg/day)<br><br>Likely limited duration but not specified and excluded prevalent users (defined as prescribed H2 blockers during the first 6 months after registration to the database because they were likely to have unknown cumulative doses and lengths of | 2.4 years (IQR 1.1–4.5)<br><br>• 113,745 on ranitidine or nizatidine<br>• 503,982 on other H2RB | No statistical association for:<br>Colorectal cancer adjusted HR 1.02 (0.91–1.15)<br><br>Gastric cancer adjusted HR 1.09 (0.96–1.24) | Dilutional effect was possible since patient can use other H2RB even if allocated as ranitidine/nizatidine group (17,406 of 113,745 = 15% were on other H2RB before switching to ranitidine/nizatidine).<br><br>Dilutional effect may have also occurred due to withdrawal for any reason disqualification from health insurance, end of study period of August 2018 yet patient may be enrolled up to August 2018.<br><br>Confounded by nizatidine in the analysis; ranitidine was not analyzed separately.<br><br>Limited exposure duration and short follow-up period |

| | | | | Due to lack of control group, selection bias was present and study cannot truly assess magnitude of risk for cancer development.

Temporal issue: Inclusion of ranitidine use from January 2005 to August 2018, with follow-up until the incidence of new cancer diagnosis, or August 31, 2018 which was same as end of inclusion period. |
| H2RB) | | | | |
| Kantor 2021[310]

UK Biobank Prospective Cohort with Questionnaire | Dose not specified

Regular use as most days of the week for the last 4 weeks | ~6.7 years

• 8,844 ranitidine
• 26,959 omeprazole | Increased risk for liver cancer HR, 1.91; 95% CI, 1.09–3.36

No statistical association for overall cancer risk, colorectum, lung, breast, prostate, bladder, ovarian and kidney cancers | Self-reported use with minimum exposure duration (~4 weeks) and limited follow-up period

Limited generalizability to racial-ethnic groups outside White race.

Alcohol and smoking were adjusted in analysis |
| Kim SM 2021[311]

Comparative cohort using Korean National Health Insurance Service | Dose not specified

At least 30 days of ranitidine and nizatidine use (versus other H2RBs) | 5 years

• 40,887 total enrolled
• 13,629 ranitidine/ nizatidine | No statistical association for gastric cancer | "Ranitidine" group confounded by nizatidine use also in the analysis; ranitidine was not analyzed separately.

Dose not specified with limited duration.

The dose of ranitidine was not available, and minimum exposure duration (i.e., 1-month use).

Potential limitation if the baseline (or control) incidence of gastric cancer is elevated in Korean population who consume salted, smoked, and pickled foods containing high levels of nitrosamines; this decreases the observed risk of gastric cancer with ranitidine use |

| | | | | 1:1 propensity score matching incorporated smoking/alcohol consumption |
|---|---|---|---|---|
| Kim YD 2021[312]<br><br>Comparative cohort using IBM Explorys (USA) | Dose not specified<br><br>Duration not specified (versus famotidine and omeprazole) | 5 years<br><br>• 581,028 ranitidine<br>• 909,970 famotidine<br>• 2,179,048 omeprazole | No statistical association for gastrointestinal cancers (esophagus, stomach, liver, pancreas, and colon/rectum) | Cancer was queried in 1-year intervals<br><br>Due to lack of control group, selection bias was present and study cannot truly assess magnitude of risk for cancer development.<br><br>Dose and duration not provided.<br><br>Ranitidine cohort consistently displayed lower prevalence of common risk factors for gastrointestinal malignancies so the risk appeared less than actual since it was compared to other cohorts with more risk factors for GI cancers<br><br>Medication compliance and OTC use were not assessed<br><br>Not all confounding factors for each type of cancer were controlled for |
| Kumar 2021[313]<br><br>Comparative Retrospective Cohort using Veterans Health Administration Data | Dose not specified<br><br>At least 30 days (versus other H2RBs and PPI) | 4.4 years, IQR 1.7–9.2 years<br><br>• 279,505 with *Helicobacter pylori*<br>• 69,157 ranitidine | No statistical association for non-proximal gastric adenocarcinoma with *H pylori* | The dose of ranitidine was not available and short exposure duration.<br><br>Due to lack of control group, selection bias was present and study cannot truly assess magnitude of risk for cancer development<br><br>Alcohol consumption was not evaluated<br><br>*H pylori* is considered a causative agent in the carcinogenic pathway for non-cardia gastric adenocarcinomas, and the World Health Organization has labeled it a class 1 carcinogen.  This means the baseline risk of gastric cancer is elevated which may dilute the effect of ranitidine on gastric cancer risk |

| Liu 2020[314]<br><br>Nested case-control study using Scottish Primary Care Clinical Informatics Unit and UK Biobank data | Dose not specified<br><br>Any prescription (1 to >36; ~30 days per prescription; versus other H2RBs and PPIs)<br><br>Exposure period ended 1 year before index date; assumes a lag time of 1 year for cancer to develop<br><br>365 defined daily dose was equivalent to 12 prescriptions per year | • 128 of 1119 cases used ranitidine<br>• 459 of 5394 controls matched by age, sex and practice (1:5) | Increased risk for gastric cancer, Adjusted OR 1.42 (1.10, 1.85), removing 1 year before index (cancer) | Study objective largely focused on PPI, with limited sampling of ranitidine users. Despite limited sample size, 42% increase in risk was reported.<br><br>Dose–response relationship was present for H2RB (that included ranitidine) when defined daily dose was evaluated. However, risk was present even for short-term use within 1 year. Association was attenuated when removing prescriptions in 2 and 3 years before diagnosis<br><br>Null associations were observed when using an active comparator analysis (i.e., H2RB vs PPI), suggesting that control group is needed to estimate risk. |
| McDowell 2021[315]<br><br>Nested case-control study using Scottish Primary Care Clinical Informatics Unit (PCCIUR) | Dose not specified<br><br>At least 1 prescription | At least 3 years<br><br>• 1,069 cases<br>• 4,729 controls | Increased risk for pancreatic cancer adjusted OR 1.37, 95 %CI 1.10, 1.70<br><br>Increased risk with short-term (1-5 prescription) use OR 1.49 (95 %CI 1.12.1.99; p = 0.007) versus long-term (6 or more) use OR 1.24 (95 % CI 0.91, 1.69; p = 0.179) | Of the 13 medicines studied, two (ranitidine, metronidazole) were significantly associated with an increased risk of pancreatic cancer.<br><br>Neither famotidine (ORad 2.71, 95 %CI (0.41, 17.81), p = 0.300) nor nizatidine (ORad 1.01, 95 %CI (0.40,2.54), p = 0.979 were significantly associated with cancer risk<br><br>OTC use was unaccounted<br><br>Adjusted for smoking, alcohol and co-morbidities<br><br>Exposure-response relationship not observed; dose and exact duration of exposure was not provided. |
| Norgaard 2021[316]<br><br>Cohort Study using Danish National Prescription and Cancer Registries | Dose not specified<br><br>At least 2 prescriptions (versus other H2RBs and PPIs) | 14 years (interquartile range: 9–18)<br><br>• 31,393 ranitidine | Increased risk for bladder cancer 10-year crude HR 1.33 (95% CI: 1.15–1.55) and weighted HR 1.11 (95% CI: | The dose of ranitidine was not available and exposure duration was relatively short.<br><br>Lack of control group may affect selection bias and cannot truly assess magnitude of risk for cancer development in general population |

| | | first-time use (hospitals and community pharmacies) • 65,384 other H2RBs • 509,849 PPIs | 0.95-1.29) compared with other H2RB<br><br>No statistical association for kidney cancer weighted HR 0.89 (95% CI: 0.72–1.10) compared with other H2RBs | Propensity scoring using stabilized inverse probability of treatment (sIPT) adjusted for confounders and co-morbidities (except for alcohol) |
|---|---|---|---|---|
| Tan 2018[317]<br><br>Nested Case-Control using Veterans Affairs Corporate Data Warehouse | Defined daily dose ≤150 vs >150 mg<br><br><6 to >18 months of H2RB use (ranitidine duration not specified, versus PPIs) | • 798 controls (201 ranitidine) • 300 cases (58 ranitidine) | For esophageal adenocarcinoma in Barrett's esophagus:<br><br>Increased adjusted OR ≤150 mg: 3; 95% CI, 1.84-4.90<br><br>Decreased adjusted OR >150 mg: 0.17; 95% CI, 0.09-0.32 | Major limitations: (1) Included only male veterans (2) very small sample size of ranitidine users<br><br>Misclassification of exposure to H2Ras may be possible because many are available over the counter |
| Tran 2018[318]<br><br>Nested Case-Control Study using PCCIUR Database in Scotland and UK Biobank | Defined daily dose and number of prescription 1-37+<br><br>Self-reported PPI and H2RA use from participants using questionnaire at baseline, and then verified during verbal interview with a UK Biobank nurse | 5.5 years (2–13.3)<br><br>• 434 cases (45 ranitidine) • 2103 matched controls (1:5, 166 ranitidine) | For liver cancer adjusted OR 1.38 (0.96, 1.99)<br><br>Fully adjusted OR 1.41 (0.91, 2.15) when controlled for alcohol and smoking status<br><br>Adjusted OR 1.82 (0.87, 3.79) from UK Biobank | Fully adjusted analysis accounted for smoking and alcohol status<br><br>Dose-response relationship by DDD and number of prescription was limited by small sample size (i.e., < 10 cases for longer duration)<br><br>OR was >1 but did not reach statistical significance due to limited sample size |

| Yoon 2021[319]<br><br>Cohort study using the Health Insurance Review and Assessment (HIRA) Databases in South Korea | Defined daily dose<br><br>Cumulative dose of ranitidine at least 10,800 mg (~ 1 to 2.5 months) and famotidine >14,400 mg | 12–17 months most users, up to more 30 months (maximum 7 years) in 20% of users<br><br>Primary cohort<br>• 88,416 ranitidine<br><br>Matched cohort (4:1)<br>• 40,488 ranitidine and 10,122 famotidine | No statistical association for cancers including:<br><br>Kidney cancer HR 0.78 (0.49–1.25);<br><br>Liver cancer HR 0.85 (0.69–1.05);<br><br>Lung cancer HR 0.99 (0.81–1.21);<br><br>Prostate cancer HR 1.01 (0.72–1.40)<br><br>Stomach cancer HR 1.06 (0.86–1.31)<br><br>Uterine cancer HR 1.15 (0.58–2.28)<br><br>Biliary cancer HR 1.22 (0.75–2.00);<br><br>Bladder cancer HR 1.41 (0.88–2.24); prostate cancer HR 1.01 (0.72–1.40);<br><br>No difference in cancer risk by cumulative duration (683 ± 347.9 days for ranitidine | Confounding factors (diet, alcohol, smoking and underlying diseases except diabetes) was not adjusted.<br><br>Control group was not assessed; hence, results not applicable to general population<br><br>Investigators noted that not all cancers and exposures were captured in analysis.<br><br>While not statistically significant, the HR was greater than 20% for increased risk in bladder and biliary cancers; and decreased risk in kidney cancer. |

| | | | and 739 ± 388.6 days for famotidine) | |
|---|---|---|---|---|

Abbreviations: HR=hazard ratio, OR=odds ratio, RR=relative risk, H2RB=histamine-2-receptor blockers (cimetidine, famotidine), PPI=proton-pump inhibitor, DDD=defined daily dose

111.    In review of 21 epidemiologic studies related to NDMA consumption or occupational exposure to establish causal association to various cancers, a summary of the major results is presented in the table below.  The table represent most studies but was not inclusive of all published studies.  In most studies, NDMA exposure was associated with approximately 2- to 3-times increase (adjusted for confounders and other risk factors) in the risk of certain cancers, including gastric/stomach, lung, liver, bladder, esophagus, pancreas, and prostate.  The most notable associated cancers were gastric and lung that were evaluated in different types of studies, including meta-analysis, case-control and prospective cohort studies.

Hidajat's study had the longest follow-up period of 49 years and a robust sample size of 36,441.  The highest quartile of occupational NDMA exposure at >9.67 mcg/m$^3$ per year exposure was associated with the highest risk for inducing different cancers, including stomach, liver, bladder, esophagus, pancreas, and prostate.[320,321]   Based on Larsson's prospective cohort study with the a long study period and a robust sample size in women, the highest exposure quintile of >0.194 mcg/day over 18 years was significantly associated with lung cancer.[322]   Both of these large robust studies demonstrated that low daily exposure requires longer duration for cancer development.  In addition, Larsson's study showed that high daily exposure requires shorter duration for cancer development.   As such, the lifetime cumulative is an important parameter to appreciate the full risk of cancer.

Another robust study that combined a prospective cohort with nested case-control by Keszei showed that increased exogenous NDMA intake by 0.1 (mid tertile) to 0.23 mcg/day (high tertile) versus 0.04 (low tertile) mcg/day was significantly associated with esophageal squamous cell carcinoma and gastric non-cardia adenocarcinoma in men.  Of all evaluated dietary NDMA studies, this study had one of the longest follow-up period of 16.3 years and a large sample size of 120,852.   No positive association was observed in women due to lower exposure level to NDMA, nitrite, smoking and alcohol (including beer).

All, but three by same investigative group, studies demonstrated association for specific cancers with increased exposure of NDMA.[323-325]  Jakszyn published the largest cohort studies with 139,005 to 521,457 subjects and concluded that increased dietary NDMA was not statistically associated with stomach and prostate cancers.  Major limitations of one study, even recognized by the investigators, were the small incidence of cancer (i.e., 314 cases) and short duration of follow-up of 6.6 years.[323]  Furthermore, alcohol use was not adjusted in estimating the hazard ratio for all three of Jakszyn's studies; alcohol is a known competitor for CYP2E1 that can increase NDMA level and hence potentially cancer development. In contrast to the finding by Jakszyn, Kneikt published the longest study period of 24 years and concluded a significant 2-times increased risk in colorectal cancer with high dietary NDMA exposure.[326]  In addition, Loh and Zeng showed exposure as low as >125 ng/day was associated with an increased risk of cancer.[327,328]   Notably for gastric cancer which Jakszyn evaluated in two studies, Song published a meta-analysis of 11 studies (which included findings from Jakszyn's 2006 study) evaluating the effect of dietary NDMA on gastric cancer and showed a 34% increased risk with higher NDMA consumption.[323,324,329]

These dietary and occupational studies of NDMA had some limitations.  For questionnaire-related studies, which accounted for most the studies, selection bias and recall bias are the major limitations.  In addition, the estimation of exposure by NDMA are limited by its indirect measurement by questionnaire; therefore, dose-exposure relationship may be falsely deficient unless the baseline exposure was significantly high to induce an effect even at the study's low exposure. Also, most of these studies did not estimate the lifetime cumulative which may improve the risk estimation. Lastly, during recent years, the levels of NDMA in foods have been markedly reduced, due to changes in the methods of processing, so the risk of cancer may have altered unless the exogenous NDMA is from a different non-dietary source.

**Effects of Dietary and Occupational Exposure of NDMA on Cancer**

| Author Year Study Design and Source of Data | Method of Diet or Occupational Exposure | Sample Size and Study Period | Outcome | Comment |
|---|---|---|---|---|
| De Stefani 1996[330]<br><br>Case-Control Study of 7 Hospitals in Uruguay | NDMA diet evaluated by patient questionnaire of 70 food items during hospitalization | 5 years preceding cancer<br><br>• 320 cases<br>• 320 matched controls | Increased risk for lung cancer with higher NDMA content:<br><br>3-fold increase in lung cancer risk for highest level of NDMA intake (4.6-fold for adenocarcinoma)<br><br>Salted meat 2.3 mcg/kg NDMA: OR 1.56 (95% CI: 1.01-2.42)<br><br>Beer 0.44 mcg/kg NDMA: OR 1.89 (95% CI: 0.96-3.73)<br><br>Increased risk observed also for salami, poultry, and hard liquor. | Patient-level data was available using hospitals for data collection<br><br>Dose-exposure relationship was observed between NDMA and lung cancer.<br><br>Adjustment for alcohol consumption, smoking and total energy intake was conducted.<br><br>While smoking increased risk of lung cancer in study, the risk of cancer was even higher with in those consuming higher amounts of NDMA. |
| De Stefani 1998[331]<br><br>Case-Control Study in Uruguay | NDMA diet evaluated by patient questionnaire during hospitalization | • 340 cases<br>• 698 matched controls | Increased risk for gastric cancer independently with NDMA<br><br>OR 3.6 (95% CI, 2.4-5.5) for highest NDMA intake $\geq 0.27$ | NDMA displayed increased risk in gastric independently and was multiplicative in interacting with PhIP 2-amino-l-methyl-6-phenylimidazo[4,5-b]pyridine (which is a mutagenic and carcinogenic heterocyclic amine); 12.7-times increased risk when both NDMA and PhIP was at high exposure versus 3- to 4- when each was at high exposure. |
| Gonzalez 1994[332]<br><br>Matched Case-Control Study in Spain | Nitrosamine diet evaluated by patient questionnaire of 26 food-frequency items via interview in 15 hospitals | • 354 histologically confirmed cases: 197 intestinal, 91 diffuse, 31 mixed, 14 nondifferentiated, 7 other types, and 14 | Increased risk for gastric cancer independently with dietary nitrosamines<br><br>OR 2.1 (p=0.007, 95% CI not provided) for highest quartile nitrosamine intake $\geq 0.26$ ng vs low <0.13 for cases vs $\geq 0.23$ ng vs low <0.11 for controls | Adjusted only for total calories (no alcohol, smoking, vitamin C).<br><br>No complete food composition table has been published.<br><br>Not specific to NDMA |

| | | | | |
|---|---|---|---|---|
| | | unclassified<br>• 354 matched controls | Inverse association with high intake of fiber, vitamin C, folate, carotene, and nitrates | |
| Goodman 1992[333]<br><br>Population-based, Case-Control Study in Hawaii | NDMA diet evaluated by patient questionnaire of 130 food items in homes | Duration not provided<br><br>• 226 men and 100 women with lung cancer<br>• 597 male and 268 female matched controls (2:1) | Increased risk for lung cancer with higher NDMA and nitrite content:<br><br>2.7 to 3.3-fold increase in lung cancer risk for highest level of NDMA intake (processed meats, including bacon, sausage etc)<br><br>1.5 to 2-fold increase in lung cancer risk for highest level of nitrite intake | A dose-response relationship was observed.<br><br>Adjustment for smoking was conducted.<br><br>Nitrate was inversely related to the risk of lung cancer (data not shown in study) since vegetable intake was a strong protective factor |
| Hidajat 2019[321]<br><br>Cohort Study in Rubber Factories | Exposure assessment was based on estimates from the published database of measurements of compounds in rubber factories in Europe | 49-year follow-up<br><br>• 36,441 from 381 rubber factories | Exposure (lifetime cumulative (LCE)-response association was found for NDMA for the following cancers (between lowest <3.12 and highest >9.67 mcg/m$^3$ per year exposure quartiles):<br><br>Bladder HR 2.82 (95% CI, 2.16-3.67)<br><br>Stomach HR 1.72 (95% CI, 1.41-2.10)<br><br>Leukemia HR 3.47 (95% CI, 2.35-5.13)<br><br>Multiple myeloma HR 2.81 (95% CI, 2.17-3.64)<br><br>Non-Hodgkin's lymphoma HR 2.35 (95% CI, 1.41-3.59)<br><br>Esophagus HR 3.04 (95% CI, 2.26-4.09)<br><br>Prostate HR 5.36 (95% CI, 4.27-6.73) | Notable long-term follow-up of 49 years<br><br>While other nitrosamines were evaluated, NDMA was the focus in this review since other nitrosamine are not relevant to this case and lack specificity.<br><br>Adjusted for birth year and LCE in quartiles<br><br>Another study by Hidajat 2020 found a significant association between increased cumulative NDMA >11.37 mcg/m$^3$ per year (compared to <5.77) and increased risk for *mortality* from respiratory disease (41%), cerebrovascular (27%), circulatory (17%), digestive (35%), ischemic and heart disease (29%).[320]  Study also showed increased cumulative NDMA 8.34–11.37 mcg/m$^3$ per year (compared to <5.77) was associated with increased risk for mortality from liver disease (22%) and bronchitis (22%).  For these two diseases, higher NDMA was not associated with significant increase in mortality due to limited sample size within that category. |

| | | | Liver HR 2.86 (95% CI, 1.78-4.59)<br><br>Pancreas HR 2.6 (95% CI, 1.94-3.49) | Response to editorial stated that comparison to a true control group is limited since occupational exposure differ with time. |
|---|---|---|---|---|
| Jakszyn 2006[323]<br><br>Prospective Cohort Study with Nested Case–Control EPIC-EURGAST in Europe | Endogenous nitroso compounds (ENOC) were *indirectly* estimated using iron in meat and fecal apparent total NOC from previous studies | 6.6-year follow-up<br><br>• 521,457 individuals in total cohort<br><br>• 314 incident cases<br>• 439,077 matched control using *H. pylori* antibodies and vitamin C levels | *No significant association with increased NDMA exposure 1 mcg/day (continuous):*<br><br>Stomach cancer:<br>Adjusted HR 1 (95% CI, 0.7–1.43)<br><br>Cardia cancer:<br>Adjusted HR 0.73 (95% CI, 0.3–1.79)<br><br>Non-cardia cancer:<br>Adjusted HR 1.09 (95% CI, 0.69–1.73)<br><br>*Increased risk for gastric cancer with:*<br><br>Increased ENOC of 40 mcg/day for non-cardia cancer:<br>Adjusted HR, 1.42 (95% CI, 1.14–1.78)<br><br>• Interaction between ENOC and *H. pylori* infection (P =0.09); infection increased non-cardia cancer risk; low cases of infection<br><br>• Interaction between plasma vitamin C and ENOC (P < 0.02); low vitamin C < 40 μmoL increased non-cardia cancer | Cardia is the part of the stomach that is closest to the esophagus.<br><br>First study reporting relationships between both endogenous and exogenous exposure to NOCs and gastric cancer risk.<br><br>Adjusted for smoking, citrus fruits intake, sex, energy intake and nitrites (no alcohol).<br><br>Limitation was in the short follow-up period and limited cases, which may have contributed to lack of association between cancer and NDMA per investigators.  Also, the amount estimation of NDMA in foods was based on published reports and the levels in similar items varied across countries.<br><br>Exposure to NDMA from food was <1 mcg/day, whereas that from ENOC was 93 mcg/day.  Mean NDMA was 0.26 mcg/day in cases and 0.19 mcg/day in controls.<br><br>Tertile cut-off points for NDMA were sex-specific: 0.12 and 0.28 in men; 0.06 and 0.11 in women. |
| Jakszyn 2011[324]<br><br>Prospective Cohort Study of European Prospective Investigation | NDMA diet evaluated by validated country-specific questionnaires over the previous 12 months | Follow-up of 8.7 years<br><br>• 481,419 participants<br>• 1,049 cases | No significant association between gastric cancer and:<br><br>Increased NDMA 0.19–21.11 mcg/day (high) vs 0–0.05 (low) quartiles<br>HR: 1.12; 95% CI: 0.88–1.44 | Adjusted for total energy intake, smoking, and others (no alcohol, vitamin C)<br><br>Investigators stated "Although there was no association between the intake of red meat and bladder cancer risk in a previously published analysis in EPIC, it does not preclude an |

| | | | Red meat $\log_2$ HR: 1.06; 95% CI: 0.99–1.13<br><br>ENOC $\log_2$ HR: 1.09; 95% CI: 0.92–1.30<br><br>Heme iron $\log_2$ HR: 1.05; 95 CI: 0.99–1.12 | association with certain aspects of meat intake, such as its content of heme iron, or nitrosamines.<br><br>The associations did not vary by sex, high-versus low-risk bladder cancers, smoking status, or occupation (high vs. low risk). |
|---|---|---|---|---|
| Jakszyn 2012[325]<br><br>Prospective Cohort Study of European Prospective Investigation into Cancer and Nutrition (EPIC) in 8 European Countries | NDMA diet evaluated by validated country-specific questionnaires over the previous 12 months | Follow-up of 11 years<br><br>• 139,005 men<br>• 4,606 cases | No significant association between prostate cancer and:<br><br>NDMA HR 1.04; 95% CI: 0.95–1.18<br><br>ENOC HR 0.91; 95% CI: 0.81– 1.03<br><br>Heme iron HR 1.00; 95 CI: 0.88–1.39 | Adjusted for total energy intake, smoking, and others (no alcohol, vitamin C) |
| Keszei 2013[334]<br><br>Prospective Cohort Study with Nested Case-Control in Netherlands | NDMA diet evaluated by food-frequency questionnaire of 150 food items<br><br>Endogenous nitroso compounds (ENOC) were *indirectly* estimated *heme* iron intake | 16.3-year follow-up<br><br>• 120,852 total cohort<br>• 110 esophageal squamous cell carcinoma (ESCC), 151 esophageal adenocarcinoma, 166 gastric cardia adeno-carcinoma, and 497 gastric non-cardia adenocarcinoma (GNCA) cases<br>• 4032 controls | *Increased risk for cancer with increased NDMA intake by 0.1 mcg/day (tertile):*<br><br>ESCC in men<br>• Adjusted HR 1.15 (95% CI: 1.05, 1.25; P-trend = 0.01)<br>• Adjusted HR 2.43 (95% CI: 1.13, 5.23) for NDMA intake was 0.23 vs 0.04 mcg/day<br><br>• GNCA in men<br>Adjusted HR 1.06 (95% CI: 1.01, 1.10; P-trend= 0.09) in men<br>• Adjusted HR 1.31 (95% CI: 0.95, 1.81)) for NDMA intake was 0.23 vs 0.04 mcg/day | Adjusted for age, smoking, alcohol (except beer) and total energy intake.<br><br>No positive association in women due to lower exposure level to NDMA, nitrite, smoking and beer.<br><br>Robust prospective study with large sample size and 16 years follow-up period.  Measure of ENOC using heme iron (rather than iron alone).<br><br>Exogenous NDMA was associated with increased risk of esophageal squamous cell carcinoma (ESCC) and gastric non-cardia adenocarcinoma (GNCA) |

| | | | *Increased risk for cancer with increased nitrite intake by 0.1 mg/day only for:*<br><br>ESCC<br>• Adjusted HR 1.19 (95% CI: 1.05, 1.36; P-trend = 0.06)<br>• Nitrite intake was 0.15 ± 0.21 vs 0.12 ± 0.16 mg/day<br><br>*Increased risk for cancer with increased heme iron (ENOC) intake by tertile:*<br><br>ESCC<br>• Adjusted HR 2.23 (95% CI: 1.05, 4.75; P-trend = 0.01)<br>• ENOC intake was 124.8 vs 80 mcg/day<br><br>*No significant association for nitrates* | |
| Kneikt 1999[326]<br><br>Cohort Study in Finland | NDMA diet evaluated by patient questionnaire for food intake over one previous year | 24-year follow-up<br><br>• 9,985 subjects<br>• 48 head and neck cancer<br>• 68 stomach cancer<br>• 73 colorectal cancer | Increased risk for cancer with increased NDMA intake by lowest and highest quartiles (exact values by Dich 1996):<br><br>Colorectal cancer<br>RR 2.12 (95% CI 1.04–4.33);<br><br>• Smoked and salted fish intake RR 2.58 (95% CI 1.21–5.51<br><br>• Cured meat was non-significantly<br><br>No significant associations between NDMA and cancers of the head & neck and stomach | Adjusted for sex, age, municipality, smoking and energy intake<br><br>Exposure-response relationship was observed for colorectal cancer, but not for stomach and head/neck cancers, likely due to limited sample size<br><br>Mean daily intake of dietary NDMA was 0.052 mcg; nitrates 77 mg; and nitrites 5.3 mg.<br><br>While there was long duration of follow-up, there was very limited number of cases, producing bias towards the null hypothesis. |

| | | | No significant associations between nitrate or nitrite intake and risk of cancers of the gastro-intestinal tract.<br><br>No significant associations between NDMA and intake of vegetables, fruits, vitamin C & E and smoking. | |
|---|---|---|---|---|
| La Vecchia 1995[335]<br><br>Case-Control Study in Italian Hospitals | NDMA diet evaluated by patient questionnaire for 29 food items | • 746 cases<br>• 2,053 controls | Increased risk for gastric cancer with increased NDMA intake ≥ 0.191 vs ≤ 0.130 mcg/day (tertile):<br><br>Adjusted OR 1.37 (95% CI 1.1-1.7) overall (*adjusted for nitrate/nitrite intake*)<br><br>Adjusted OR 1.75 (95% CI 1.3-2.3) in men<br><br>Adjusted OR 1.79 (95% CI 1.3-2.4) in age < 60 years | NDMA increased intake had significant association with gastric cancer even after *adjustment for nitrate/nitrite intake* |
| Larsson 2006[322]<br><br>Prospective Cohort Study in Swedish Women | NDMA diet evaluated by patient questionnaire for food intake over one previous year | 18-year follow-up<br><br>• 61,433 Swedish women<br>• 156 stomach cancers | Increased risk for lung cancer with:<br><br>Higher NDMA (between lowest <0.041 and highest >0.194 mcg/day exposure quintiles):<br>Adjust HR 1.96 (95% CI, 1.08-3.58)<br><br>Processed meat:<br>Adjust HR 1.66 (95% CI, 1.13-2.45) | Prospective study with long-term follow-up of 18 years<br><br>Adjusted for alcohol, total energy intake, and other parameters |
| Loh 2011[327]<br><br>Prospective Cohort Study via EPIC-Norfolk in United Kingdom | NDMA diet evaluated by patient food-frequency questionnaire<br><br>Frequency choices ranged from never | 11.4-year follow-up<br><br>• 23,363 subjects<br>• 3,268 incident cancer cases | Increased NDMA intake<br><br>Increased risk for all cancers, excluding nonmelanoma skin cancer<br><br>• HR 1.14 (95% CI: 1.03, 1.27; P= 0.03) for all | Adjusted for age and sex; no statistical association when adjusted for other variables including smoking, alcohol, and total energy intake.<br><br>A positive association between NDMA intake and gastrointestinal cancer risk, specifically of rectal cancer. |

| | or less than once a month to 6 times per day<br><br>Non-fasting blood samples were collected<br><br>Endogenous NOC (ENOC) estimated by iron content from meat intake and fecal ATNC from previous studies | Cancers assessed were esophageal, stomach, colon, rectum, gastrointestinal, breast, prostate, lung, ovarian and others | • HR: 1.24 (95% CI: 1.07, 1.44; P = 0.005) in men<br><br>Increased risk of:<br><br>• Gastrointestinal cancers HR: 1.13 (95% CI: 1.00, 1.28) per 1-SD<br><br>• Rectal cancer HR: 1.46 (95% CI: 1.16, 1.84) per 1-SD<br><br>Significant interaction between plasma vitamin C and dietary NDMA intake on cancer incidence (P <0.001); vitamin C < 50 μmol/L and increased NDMA were associated with increased cancer adjuted HR 1.08 (95% CI: 1.00, 1.16)<br><br>NDMA 59.1 ± 48.5 ng/day in case vs 57.0 ± 47.2 in control (p=0.02); quartile 16.8 ng/day lowest and 125.9 highest | There was evidence that plasma vitamin C concentrations had an effect-modifier role between cancer risk and NDMA exposure.<br><br>Per 1-SD referred to 1-SD increase after adjustment for age, sex, body mass index, cigarette smoking status, alcohol intake, energy intake, physical activity, education, and menopausal status (in women).<br><br>ENOC and dietary nitrite were not significantly associated with cancer risk.<br><br>ENOC 73.1 ± 19.5 mcg/day in case vs 72.3 ± 19.2 in control (p=0.04); quartile 64.4 mcg/day lowest and 78.3 highest<br><br>Nitrite 1.49 ± 0.50 mg/day in case vs 1.48 ± 0.51in control (p=0.10); quartile 1.17 mg/day lowest and 1.69 highest<br><br>Plasma vitamin C 51.3 ± 21.3 μmol/L in case and 53.7 ± 20.0 in control (p<0.001); quartile 56.4 μmol/L lowest and 49.6 highest |
| Palli 2000[336]<br><br>Population-based Case–Control Study in Italy | NDMA diet evaluated by patient questionnaire for 181 food items (28 food items were tested for NDMA and DMA) | 10-year follow-up on mortality<br><br>• 382 cases (No control mortality assessment) | Among those with first-degree family history of gastric cancer (n=84): 2-fold increased risk of dying with a high intake of preformed NDMA (HR, 1.99; 95% CI, 1.00 –3.98) and DMA (HR, 2.02; 95% CI, 1.01– 4.04).<br><br>Overall survival probability was 0.26 at 5 years and 0.18 at 10 years<br><br>Mortality predictors were disease stage, lymph node involvement, and | Evaluation of disease progression towards mortality rather than cancer risk.<br><br>Significant increase in mortality among familial gastric neoplasms with increased NDMA consumption; more studies needed to confirm results since low sample size.<br><br>Some food items tested for NDMA and DMA; values not provided. |

| | | | histopathologic grading (TNM classification). Increased alcohol was associated with an increased risk of dying (P= 0.02). Increased a-tocopherol was associated with an increased survival (P=0.04) | |
|---|---|---|---|---|
| Pobel 1995[337] Case-Control Study in France | NDMA diet evaluated by patient interview of food intake over one previous year | Duration not provided • 92 cases • 128 matched controls | Increased risk for gastric cancer with: Higher NDMA (between low 0.20 mcg/day and middle 0.25 mcg/day or high 0.51 mcg/day tertile): $OR_{second}$ 4.13 (95% CI, 0.93 - 18.27) $OR_{third}$ 7.00 (95% CI, 1.85-26.46) Mean NDMA intake was statistically significant (cases 0.55 ± 0.87 and controls 0.33 ± 0.50 mcg/day, p<0.05) | Intake of nitrite (mean 1.96 ± 0.54 mg/day) and nitrate (mean 143 ± 63.46 mg/day) was not associated with increased risk of stomach cancer |
| Rogers 1995[338] Population-based Case-Control Study Washington State | NDMA diet evaluated by food-frequency questionnaire of 125 food and beverage for 10-year prior intake and interview | • 645 cases of aerodigestive tract cancer (169 laryngeal, 125 esophageal, and 351 oral) • 458 controls | Consumption of high NDMA > 0.179 mcg (smoked fish) vs < 0.06 mcg was associated with: • 79% increased risk of upper aerodigestive tract cancer (P = 0.037) • Increased risk in oral cavity cancer OR 1.82 (95% CI 1.1-3.0) Higher nitrate > 226 mg/day (vs <134 mg/day tertile, P < 0.001) was associated with a 52% *reduction* in the risk of upper aerodigestive tract cancer Higher nitrite > 1.60 mg/day (vs <1.06 mg/day tertile) was associated with an increased risk of esophageal cancer in those with history of canker sores | Adjusted for tobacco, alcohol, energy intake, ascorbic acid, and other known risk factors. Vegetables high in nitrates were protective and NDMA increased risk of aerodigestive tract cancer |

| | | | OR 7.33 (95% CI 1.3-41) | |
|---|---|---|---|---|
| | | | No significant association between nitrite and the risk of laryngeal or oral cancer. | |
| | | | Meat and beer were associated with an increased esophageal cancer risk, OR = 1.82 to 2.48 | |
| | | | Protective effects with ascorbic acid (>195 mg/day) against upper aerodigestive trad cancer (P = 0.003) | |
| Ronco 2014[339]<br><br>Case-Control Study in Uruguayan Men in Hospitals | Diet evaluated by food frequency questionnaire (FFQ) on 64 food items | • 225 cases<br>• 1,510 controls | Increased in bladder cancer with increase in consumption of:<br><br>NDMA<br>OR 2.14, 95% CI 1.43-3.18 (P=0.0002)<br><br>Total meat consumption OR 1.47, 95% CI 1.02-2.11<br><br>Total processed meat<br>OR 1.57, 95% CI 1.08-2.27<br><br>Frankfurters (hot dogs)<br>OR 2.03, 95% CI 1.28-3.21<br><br>Ham<br>OR 1.79, 95% CI 1.21-2.67<br><br>Salted meat<br>OR 2.73, 95% CI 1.78-4.18<br><br>Eggs<br>OR 4.05, 95% CI 2.68-6.12 | Odds ratio adjusted for smoking, alcohol drinking, total energy, total vegetables and fruits intakes and other risk factors |

| | | | No significant association with nitrite; protective | |
|---|---|---|---|---|
| Song 2015[329]

Meta-Analysis | Exposure assessment per studies | Duration differed by study

• 49 studies
• 11 studies NDMA (7 cohort and 4 case-control)
• 19 studies for nitrates
• 19 studies for nitrites | Increased risk for gastric cancer with:

Higher NDMA:
RR 1.34 (95% CI, 1.02–1.76)

Higher nitrites:
RR 1.31 (95% CI, 1.13–1.52)

Decreased (slight) risk for gastric cancer with higher nitrates HR 0.80 (95% CI, 0.69–0.93) | Study heterogeneity was present for all three RR.

Significant associations were all observed in case-control studies; cohort studies showed a slight trend. Refer to figure for results from each NDMA study. |
| Zeng 2021[340]

Case-Control Study at MD Anderson Clinics | Diet evaluated by food frequency questionnaire (FFQ) on 131 food items

Also assessed N-nitrosodiethylamine (NDEA) and N-nitrosopiperidine (NPIP) | • 827 confirmed cases
• 1,013 controls | Increased risk in hepatocellular carcinoma with higher consumption of (based on mcg per 1000 kcal/day by quartile):

Plant-based NDMA (high vs low quartiles not provided)
OR 1.54; 95% CI=1.01-23 2.34)

Plant-based NDEA OR 1.58; 95% CI=1.03-2.41)

Dietary NPIP
OR 2.52; 95% CI =1.62-3.94

No association was observed for nitrate or total N-nitroso compounds (NOC) intake and hepatocellular carcinoma

Hepatitis B or C infection significantly enhanced NOCs' carcinogenic effects, but alcohol use or diabetes history did | High number of cases with pathological or radiological confirmation for hepatocellular carcinoma

Adjusted for age, total calorie, alcohol, diabetes, smoking status and dose, red and processed meat or plant sources (when applicable) and other risk factors

Quartiles of NDMA from plant and animal sources were high 1.20 (0.63-9.84) vs low 0.28 (0.05-0.46) mcg per 1000 kcal/day

Lower meat intake among cases with chronic liver diseases; hence meat-source NDMA was not significant

NDEA and NDMA are the most prevalent NOCs identified in foods and are classified as class 2A carcinogens; NPIP is a less potent class 2B carcinogen |

| | | | not act synergistically with carcinogenic NOCs | Plant-source of NDMA was grains primarily from rice and pasta |
|---|---|---|---|---|
| Zeng 2019[328]<br><br>Matched Case-Control Study at MD Anderson Clinics | Diet evaluated by self-administered food-frequency questionnaire | • 957 cases<br>• 938 controls | Increased risk of pancreatic cancer with higher consumption of (based on mcg per 1000 kcal/day, by quartile):<br><br>Plant-based NDMA (high 0.12 [0.07–0.37] mcg vs low 0.04 [<0.001–0.05]) OR 1.93, 95% CI = 1.42–2.61, P < 0.0001<br><br>Plant-based NDEA OR 2.28, 95% CI = 1.71–3.04, P < 0.0001<br><br>No association between nitrate or total NOCs and pancreatic cancer<br><br>Nitrite was inversely associated with pancreatic cancer. | Adjusted for red and processed meet intake, alcohol level, smoking, and other pertinent risk factors.<br><br>Reverse causation bias due to lower meat intake in cases with latent disease; nonetheless, biologically plausible findings for pancreatic carcinogens still exist for NDMA and NDEA.<br><br>Food related to NDMA and NDEA were fermented cheese, pizza, grains, seafood and beer.<br><br>Animal source NDMA was high 0.74 (0.46–3.37) vs low 0.18 (0.02–0.33) mcg per 1000 kcal/day |
| Zhu 2014[341]<br><br>Matched Case-Control Study in Ontario, Canada | Diet evaluated by self-administered food-frequency questionnaire for 1 year before diagnosis (cases) or interview (controls) | • 1,760 cases<br>• 2,053 controls | Increased NDMA intake was associated with (quintiles, high 2.29 vs 0.03 mcg):<br><br>Increased colorectal cancer Quintiles OR: 1.42; 95% CI: 1.03,1.96; p=0.005) Especially from meat consumption<br><br>Increased rectal cancer<br><br>OR: 1.61; 95% CI: 1.11,2.35; p =0.01<br><br>High NDMA and low vitamin E increased risk of colorectal cancer: OR:3.01; 95% CI: 1.43,6.51; p-interaction=0.017 | Pathologically confirmed adenocarcinoma<br><br>Exposure-response relationship was present.<br><br>Adjusted for smoking, alcohol, colon screening procedure, and other pertinent risk factors. |

| | | | No significant association observed with nitrites and nitrates. | |
|---|---|---|---|---|

Abbreviations: ENOC=Endogenous nitroso compounds, HR=hazard ratio, OR=odds ratio, RR=relative risk



Risk of Gastric Cancer with Exposure to NDMA
Adapted from Song et al[329]

112.     Among cancer patients who survive, the patient's quality of life (QoL) *during and after* chemotherapy can be greatly impacted.  QoL is defined as a sense of well-being that is multidimensional, incorporating physical, psychological, social, and spiritual elements of well-being.  While mortality is certainly significant, the QoL cannot be excluded in evaluating the clinical significance of cancer.  In one large Australian population-based cohort study, cancer survivors (n = 22,505) experienced significantly higher disability, psychological, and poor/fair QoL compared with those without cancer (n = 244,000).[342] Physical disability in cancer survivors contributed to adverse distress and QoL outcomes.  In a large meta-analysis that evaluated *64 relevant studies*, QoL was significantly impacted *even 2 to 26 years after cancer diagnosis*.[343]  Physical health, role-physical health, and mental health exhibited large, negative cumulative effect sizes, with worse QoL compared with acceptable QoL rates.

In addition to the disease itself, the treatment for most cancers is associated with significant adverse effects that can negatively impact the QoL of patients as well as caregivers.  In fact, with the reported increase in cancer survivors from advancement in effective treatment in the United States, long-term toxicities of cancer treatment have been shown to affect cognition, cardiac function, emotional well-being, muscle and bone health, balance and coordination, and sexual health of older cancer survivors.[344]

113.     While the scientific data from epidemiologic studies are essential to determine association and/or causality of an exposure to an outcome, the patient experience (or clinical significance) is equally important to be appreciated in order to comprehensively and ethically decide on the management of the exposure and outcome.  In interpreting clinical research to apply in patient care, the term "statistical significance" can be erroneously interpreted as a "clinically important" result.[345]  **When the outcome is clinically relevant, especially resulting in a toxicity or disease that can lead to significant mortality and morbidity, the patient experience (or clinical significance) should be carefully weighed, perhaps even more than the scientific data that are based on statistical (rather than clinical) significance**.

Statistical significance relies on the study results that are heavily dependent on the study design, sample size and effect size; whereas clinical significance reflects its impact on clinical practice. The balancing of clinical versus statistical significance, in favor of one versus the other, depends on the outcome of interest. For high-clinically relevant outcomes such as mortality, the delineation of a "minimal relevant clinical difference" can be challenging.[346]  However minute the difference is (e.g., in mortality or other significant morbidity), clinical significance is reasonably relevant.  Case in point: statins, as an entire class of drug, have been widely accepted for decades as evidence-based treatment for hypercholesteremia, but prolong life for a few months.[347]  The significance of the clinical benefit of statins is questionable when accounting for their adverse effects and costs associated with statin use as well as managing their toxicities.[347,348]

## IX.     Shipping and Storage Requirements

114.     This section provides information on the effects of temperature, humidity, and color changes on ranitidine and the formation of NDMA based on published studies and internal reports.   As the focus of this report pertains to general causation, I reserve the right to supplement my opinions related to liability expert opinions on a later date.

115.     Nitrosation of ranitidine form NDMA under *in vivo* acidic reaction pH conditions, including the human stomach where ranitidine resides upon oral administration.   Equally concerning is that ranitidine

formulations can be readily degraded *in vitro* to NDMA when storage conditions, particularly temperature and humidity control, are violated.[295]   While selling unrefrigerated meat or outdated cartons of milk is strictly prohibited, pharmaceutical products have been reported to be stored and shipped at improper temperatures.[349]  In this section, the effects of temperature, humidity and color discoloration are discussed. Collectively, these investigations demonstrate that maintaining appropriate temperature and humidity (which can be independent of each other) is critical to ensure ranitidine's stability and prevent degradation.

116.   ***Temperature Effect on Ranitidine in Multiple Studies.***  Major studies have evaluated the effect of high-temperature storage on the stability of ranitidine, specifically with respect to the potential formation of NDMA, which is classified as a probable human carcinogen by the federal regulatory agencies including the EPA, ATSDR and FDA (agency of DHHS).[224-226,350,351]   These studies show the need to control and monitor stability-related factors during storage/transportation and impurities during the manufacturing process.

A.   ***Independent Labs and Published Studies.***  Using FDA-recommended protocol, Valisure and Emery Pharma are independent labs that reported the formation NDMA from ranitidine itself.[224,225]  The amount of NDMA formation increased with time as reported by Emery Pharma.[225]  This study found that 150 mg of ranitidine tablets USP contained 18 ng of NDMA at baseline, but NDMA increased to 25 ng after storing it at 25 °C for 12 days, and even higher to 142 ng after storing it at 70 °C. Furthermore, ranitidine 150 mg, sold as Zantac Cool Mint, was found to increase from 19 ng NDMA at baseline to 70 ng NDMA when stored at 70 °C for 14 days, just below of the FDA's maximum acceptable level of 96 ng per day.[39] This suggests that an acceptable amount of NDMA at the time of manufacture cannot be assured on the day an individual ingests it.  Shortening the expiration date and strictly controlling ranitidine's storage conditions throughout the supply chain and in patients' homes is necessary to mitigate the risk. While challenging, this would be and should be a surmountable obstacle.

Notably in the Valisure study, the same condition applied to other drugs, including cimetidine, famotidine, omeprazole, esomeprazole, lansoprazole, pantoprazole, rabeprazole, and dexlansoprazole did <u>not</u> result in production of NDMA.  Using the change of magnitude between products (rather than the value of the single product), ranitidine itself can be converted to NDMA, to a significant amount, due to its presence of structural components of NDMA.  In January 2020, Emery Pharma's remarkable finding of NDMA discovered in Zantac products prompted a Citizen Petition to the FDA pursuant to Sections 301(21 U.S.C. § 331), 502 (21 U.S.C. § 352), 505 (21 U.S.C. § 355), 702 (21 U.S.C. § 372), 704 (21 U.S.C. § 374), and 705 (21 U.S.C. § 375) of the Federal Food, Drug and Cosmetic Act (the "FDCA"), in accordance with 21 C.F.R. 10.20 and 10.30.  A request to issue regulations including revision of industry guidance, recall and suspension of sales of ranitidine from the U.S. market and other actions were set forth in April 2020.

Using LC-MS/MS analysis, Abe et al evaluated commercially available ranitidine reagent powders and formulations stored under various conditions.[350]  Under accelerated condition at 40 °C with 75% relative humidity for up to 8 weeks using the drug stability guidelines issued by ICH-Q1A, the amount of NDMA in two different ranitidine brands substantially increased from 0.19 to 116 ppm and from 2.89 to 18 ppm, both above acceptable daily intake limit of 0.32 ppm.  In addition, storage of ranitidine tablets and reagent powders at the high temperatures also increased the amount of nitrites that can impact NDMA formation. A forced-degradation study under the stress condition of 60 °C for 1 week strongly indicated that additional environmental factors like moisture and oxygen are involved in the formation of NDMA in ranitidine formulations.

While NDMA was not directly measured in the study by Stewart et al, the stability of injectable ranitidine

was affected by temperature.[351]  Ranitidine was stable for 7 days at room temperature and 30 days at $4^0$C, demonstrating product instability, perhaps by degradation to other entities, at higher temperature. Furthermore, the admixture of ranitidine in Lactated Ringers solution should not be stored frozen due to drug loss with visual changes described as yellow color when thawed.

B.     ***Manufacture Internal Testing Reports.***  GlaxoSmithKline (GSK) Report 1984 by Mr. Haywood entitled *Preliminary Results of Investigation into the Thermal Degradation of Ranitidine Hydrochloride* (GSKZAN0000283135) was critically reviewed.  Designed to distinguish thermal decomposition from hydrolytic decomposition of ranitidine, minimal thermal decomposition was observed when stored and maintained at 65°C for 2 months under dry conditions. When ranitidine was heated in the presence of 75% RH (for only one day), however, decomposition was rapid predominantly via the hydrolytic pathways with the formation of the S-oxide and N-oxide metabolites. The reported noted an additional, unidentified, breakdown products were also produced.  There are multiple major concerns, that include study design and results, in this report as delineated below.

1. Lack of attempt to identify the additional breakdown products.
2. Omission of real-life and "critical" relative humidity as studied by Teraoka et al (Figure 6 below).[226]  The 75% RH that was tested is outside the "critical" RH in which minimal degradation is expected based on a study by Teraoka et al.  At a critical RH of ~67%, the percent degradation of ranitidine at 60-70% RH was higher than that above 70% RH.  Furthermore, the solid-state ranitidine significantly degraded below the critical RH which was left untested.  As such, the appropriate RH to test was a range, at a minimum, from 60 to 70%.  In this study by GSK, the 75% RH is likely to have produced a falsely low or undetectable NDMA.
3. Report stated "*After prolonged periods (about 3 months) at 30°/75% RH and 37°/75% RH ranitidine hydrochloride becomes a gum-like mass which shows considerable darkening and, as with the experiments at high RH …, the resultant material is not amenable to analysis due to difficulties of sample handling and gross interferences in the defined HPLC assay procedure for ranitidine.*"  This observation of discoloration via darkening of the drug substance, which has been repeatedly reported by consumers, after 3 months of storage may suggest the presence of NDMA. See section on Discoloration below.
4. Report stated "*A sample of ranitidine hydrochloride [D73] which had been stored at 37° /75% RH for 1 year was however subjected to TLC [thin layer chromatography] and preparative chromatographic procedures in an attempt to identify the major impurities. All of the compounds shown in Table 2 were identified in the decomposed sample of ranitidine hydrochloride and are known hydrolytic degradation products of ranitidine [see report WAR/82/008].*  This report was not available for review.  The duration of 1 year of storage will provide additional long-term stability data that may be critical to inform any discoloration (especially the degree of darkening) and unidentified impurities.

C.     ***Significant Formation of NDMA Even at Room Temperature Reported by the FDA.***  Based on FDA testing, the amount of NDMA produced from each ranitidine tablet or syrup dose after 2 weeks at room temperature ranged from 0.01 to 0.86 mcg (or 10 to 860 ng).[38]  Notably, detection of 860 ng of NDMA exceeds, by a factor of 9 times, the FDA's strict daily acceptable intake limit on NDMA of 96 ng or 0.32 ppm.[39]  Due to increasing concern for consumer safety, on April 1, 2020, FDA requested immediate removal of all ranitidine products and provided this important statement underscoring the importance of proper storage of ranitidine products.[32]

D.     ***Additional Testing with Temperature Simulations by Emery Pharma.***

117.     Humidity or Moisture Effect on Ranitidine.  Humidity can considerably affect the stability of oral drug products, including tablets and capsules which are protected from moisture by their packaging. Moisture promotes chemical reactions, and the presence of free water determines product safety and stability.  Degradation occurs when high moisture penetrates the product, altering its stability and possibly physical appearance too.  The physical stability of a drug is important to ensure its effectiveness.  When moisture is absorbed into the tablet or capsule, the change in physical stability can render the drug ineffective.[352]  This impurity can be inert, or toxic even causing cancer.[353]

Many drugs are highly sensitive to moisture; in fact, a study in 2018 of 300 drugs showed that 49% were categorized as moisture-sensitive.[354]  The original primary packaging is important to ensure the stability and shelf-life of a product.  However, in-use stability should be evaluated, as patients and caregivers increasingly remove drugs from the original packaging to use in pill holders for chronic treatment, especially in older patients.

A. ***Published Studies.***  Teraoka et al evaluated the chemical stability of different ranitidine formulations at various relative humidity using high-performance liquid chromatography (HPLC).[226]  In addition to its instability at reduced pH from 6.18 to 4, degradation of ranitidine was increased when the "critical" relative humidity (RH) of the bulk powder was at ~67% relative humidity (Figure 6).  While negligible degradation was detected when the RH was ≤50% (since it was a solid at this level) and above 70% (Figure 7), most of the decomposition occurred near the critical RH and at high temperature (65ºC vs low 45ºC) (Figure 8).  In fact, the percent degradation at 60-70% RH was higher than that above 70% RH.  For different formulations, ranitidine HCl powder was unstable around the critical RH, the solid state degraded below the critical RH, and the liquid, above the critical RH.



**Figure 6**—The effect of temperature on the water content of ranitidine HCl bulk powder after 2 h of storage at various RHs. Key: (○) 45 °C; (△) 55 °C; (□) 65 °C.



**Figure 7**—The effect of RH on the degradation of ranitidine HCl bulk powder at 45 °C. Key: (○) 50% RH; (□) 60% RH; (●) 70% RH; (▲) 85% RH; (■) 96% RH; (△) 100% RH.



**Figure 8**—The relationship between percent degradation of ranitidine HCl bulk powder after 288 h of storage and (A) RH and (B) absolute humidity at various temperatures. Key: (○) 45 °C; (△) 55 °C; (□) 65 °C.

Adapted from Teraoka et al[226]

B. ***Manufacture Internal Testing Reports.***   GlaxoSmithKline (GSK) Report 2015 entitled *The Characterisation and Toxicological Risk Assessment of Impurities present in Degraded Zantac Tablets* (GSKZAN0000228973) was critically reviewed.  In response to the discovery of discolored brown tablets during the Zantac stability program at GSKT (China) and a customer complaint, GSK conducted a toxicological assessment of impurities.  Zantac tablets (for 75mg, 150mg and 300mg strengths) were degraded under forced conditions at 40°C and 75% relative humidity [RH] for up to 4 weeks, at which point >0.2% impurities were identified and purified. This expert report critically evaluates and discusses the methodological design of the study, excluding laboratory design, that is relevant to the clinical application of the drug product (i.e., how this study is relevant to patient use, particularly the real-life environmental conditions under which patients use ranitidine tablets).

The conclusion of the study was "*Based on this assessment, there is considered to be no significant harm to patients from the ingestion of a ranitidine tablet of any strength degraded for 1 week at 40°C/75%.  And while, tablets degraded for 4 weeks had levels of some impurities in excess of the total daily intake for the qualification threshold in ICHQ3B (R2) Impurities in New Drug Products, given that a tablet degraded to this extent would likely be ingested no more than once in a lifetime, it is considered unlikely that it would result in significant harm to a patient.*"  This conclusion at 1- and 4-week timepoints should be interpreted with caution and in fact, it is misleading since it doesn't evaluate the proper temperature and humidity in which real-life environmental conditions occur within the patient setting.

Per regulatory authority International Council for Harmonisation (ICH), ***"The storage conditions and the lengths of studies chosen should be sufficient to cover storage, shipment, and subsequent use." ICH Q1A 2.1.7.[355]** ICH Q1A 2.1.7.[355]*  Here are the methodological flaws of this study design, resulting largely from exclusion of real-life environmental conditions:

1) ***Omission of real-life and "critical" relative humidity*** – While the studied conditions is consistent with USP 1150 for "accelerated" studies where are specified at 40°C ± 2 and at 75 ± 5% relative humidity, the manufacturer failed to explain the omission of "critical" RH that is important for ranitidine.  The 75% RH that was tested is outside the "critical" RH in which minimal degradation is expected based on a study by Teraoka et al that was published in 1993 which preceded the study conducted by GlaxoSmKline (Figure 6 above).[226]  At a critical RH of ~67%, the percent degradation of ranitidine at 60-70% RH was higher than that above 70% RH.  Furthermore, the solid-state ranitidine significantly degraded below the critical RH which was left untested.  As such, the appropriate RH to test was a range, at a minimum, from 60 to 70%.

The product label claim by GlaxoSmithKline to "protect form moisture" and/or "store in dry place" for capsule and tablet formulations does not provide adequate detail for patients to safely use tablet. In a patient's home, the RH is generally maintained below 55% to prevent the growth of mold, must, mildew, and mites. Since a bathroom is an area in which medications can be stored to maximize cool temperatures, up to 100% RH can be reached especially when the bathroom mirror gets fogged up.  With this real-life information, testing a range that is wider than 60 to 70% is prudent, ethical and most responsible, in light of repeated reports of color discoloration from beige to brown from multiple consumers.

2) **Extension of real-world duration of storage** – To facilitate patient adherence in pharmacy practice, a 30-day up to 90-day supply of medication is generally distributed to patients, especially among elderly patients when mobility and transportation can be hindered.  To ensure applicability to real-life conditions, a duration of 4-week (not 1 week in light of repeated report of the possible impurities due to discoloration) should be the minimum duration to test for the presence of NDMA. The testing duration should be at least 12 weeks (90 days) to reflect the maximum drug supply days that can be distributed to patients.  Furthermore, testing duration beyond 12 weeks to approach the expiration date is optimal as patients may still have and use unexpired drugs. Notably, at 4-week of testing, the presence of impurities, with several of unknown identity, were isolated (Table 4).

**Table 4     Levels of all known, unknown and newly identified impurities present at >0.2% in Zantac tablets stored for 4 weeks at 40°C/75% RH**

| Peak Name | Relative Retention Time | 4 week  stability results | | | | | |
|---|---|---|---|---|---|---|---|
| | | 75 mg % Area | mg per tablet | 150 mg % Area | mg per tablet | 300 mg % Area | mg per tablet |
| Simple nitroacetamide | 0.11 | 0.25 | 0.19 | 0.33 | 0.495 | 0.1 | 0.3 |
| Oxime | 0.22 | 2.36 | 1.77 | 2.53 | 3.795 | 2.65 | 7.95 |
| Impurity C and D | 0.36 | 0.49 | 0.37 | 0.58 | 0.87 | 0.48 | 1.44 |
| Amino alcohol | 0.41 | 0.42 | 0.32 | 0.5 | 0.75 | 0.51 | 1.53 |
| Unknown RRT 0.53 | 0.53 | 0.92 | 0.69 | 0.83 | 1.245 | 0.56 | 1.68 |
| Di amine | 0.54 | 2.51 | 1.88 | 2.93 | 4.395 | 2 | 6 |
| S-oxide | 0.60 | 5.15 | 3.86 | 5.84 | 8.76 | 3.9 | 11.7 |
| Unknown RRT 0.63 (Imp F) | 0.63 | 0.31 | 0.23 | 0.38 | 0.57 | 0.4 | 1.2 |
| Impurity G | 0.67 | 0.21 | 0.16 | 0.25 | 0.375 | 0.18 | 0.54 |
| Impurity H | 0.68 | 0.37 | 0.28 | | | | |
| N-oxide | 0.69 | 0.9 | 0.68 | 1.45 | 2.175 | 0.95 | 2.85 |
| Impurity I | 0.79 | 0.3 | 0.23 | 0.11 | 0.165 | 0.27 | 0.81 |
| Complex nitroacetamide (probable) | 0.85 | 0.34 | 0.26 | 0.42 | 0.63 | 0.28 | 0.84 |
| Unknown RRT 0.87 (imp J) | 0.87 | 0.32 | 0.24 | 0.28 | 0.42 | 0.17 | 0.51 |
| Ranitidine | 1.00 | 70.03 | | 66.66 | | 72.69 | |
| Unknown RRT 1.04 (Imp L) | 1.04 | 0.38 | 0.29 | 0.36 | 0.54 | 0.47 | 1.41 |
| Impurity M | 1.07 | 1.32 | 0.99 | 1.5 | 2.25 | 1.68 | 5.04 |
| Impurity N | 1.17 | 1.94 | 1.46 | 2.33 | 3.50 | 1.62 | 4.86 |
| Impurity O | 1.19 | 7.05 | 5.29 | 7.54 | 11.31 | 7.08 | 21.24 |
| Impurity P | 1.21 | 1.34 | 1.01 | 1.58 | 2.37 | 1.3 | 3.9 |
| Impurity S | 1.30 | 0.45 | 0.34 | 0.62 | 0.93 | 0.53 | 1.59 |
| Formaldehyde adduct | 1.33 | 1.23 | 0.92 | 1.38 | 2.07 | 1.13 | 3.39 |
| Unknown RRT 1.37 (Imp T) | 1.37 | 0.2 | 0.15 | 0.2 | 0.3 | 0.22 | 0.66 |
| Unknown RRT 1.5 (Imp U,V) | 1.5 | 0.29 | 0.22 | 0.3 | 0.45 | 0.24 | 0.72 |
| Impurity W | 1.55 | 0.89 | 0.67 | 0.96 | 1.44 | 0.7 | 2.1 |
| Bis-compound | 1.78 | 0.29 | 0.22 | 0.37 | 0.555 | 0.22 | 0.66 |

For structures, please refer to table 3

3) **Omission of NDMA Test** – NDMA was not listed as a specific impurity to be tested in the GSK study (Table 3, not copied here due to length).  There has been ample historical information, most published by independent investigators as well as regulatory agencies, to suggest NDMA as an impurity, potentially genotoxic.  One of the earliest studies in humans (with animals predated to 1967) that demonstrated the carcinogenic potential of nitrosamines was reported in 1981 for esophageal cancer[179], and subsequently other cancers including gastric (1989),[243] nasopharyngeal (1988),[244] bladder / liver / lung (1989),[244] bladder / liver / lung (1989),[118,245,246] and colon (1990).[110,247]  IARC (part of WHO) identified ranitidine as a precursor to NDMA formation in 1978.  **Notably, ranitidine was approved as a prescription drug in 1983, which occurred _after_ the knowledge that compounds that are tertiary amines containing dimethylamine can transform into NDMA in 1978 and first report associated nitrosamines to human cancer in 1981.**  In addition, EPA filed NDMA as a B2 probably human carcinogen in 1987 and subsequent issuance of public health statement on NDMA's harmful effects on liver and lung cancers, with potential risk in humans in 1989.

C.  *Additional Testing with Humidity Simulation by Emery Pharma.*

118.   *Discoloration from Beige to Yellow to Dark Brown*.  A pharmacokinetic consideration for ranitidine that has implication on its bioavailability is the integrity of the color and shape of each formulation that are essential for its stability and hence safety and effectiveness.  The U.S. Code Title 21, Chapter 9, § 331, prohibits the introduction or delivery of any drug that is adulterated or misbranded with potential impurities.  Furthermore, Section 501(b) of the Food, Drug, and Cosmetic Act (the Act) deems an official drug (i.e., a drug purported to be or represented as a drug the name of which is recognized in an official compendium) to be adulterated if it fails to conform to compendial standards of quality, strength or purity.  As such, the proper storage of ranitidine is critical to ensure the quality and purity of ranitidine as well as minimize formation of impurities, including NDMA. As a general condition in clinical practice regardless of the expiration date, patients are advised never take or discard any damaged medication that has changed color or consistency, unusual odor, stuck together, chipped, or harder or softer than normal.

In a stability study by Stewart et al of intravenous admixtures of ranitidine diluted in Lactated Ringers, 5% dextrose and 0.45% sodium chloride, visual changes were noted by yellow discoloration when thawed in Lactated Ringers admixtures and those containing ranitidine 2.0 mg/mL in 5% dextrose and 0.45% sodium chloride (discoloration was not noted at lower concentrations of 0.5 and 1 mg/mL).[351]  The yellow discoloration may suggest the presence of NDMA since it is yellow in color with zero to faint characteristic odor.[256]

One early documentation of brown discoloration of ranitidine tablets dated back to 1989.  In an internal GSK memo by Alan Colborn regarding questions on Zantac tablets from FDA to Sandoz, the FDA requested removal of the statement on the NDA "*Since tablet excipients can give rise to immobile material any spot at the origin should be ignored.*"  Mr. Colborn replied that the "interfering" spots were not generated from the excipients. He further noted that in *severely degraded* tablets (such as those that turn brown when heated at high humidity (e.g., 75% RH and 40ºC in open containers), a spot corresponding to the brown discoloration was detected.  This impurity directly from ranitidine, not its excipient, was not identified.  FDA also asked Sandoz to provide "*an additional temperature station for testing*," which was considered a "ridiculous request and intends to fight it with the FDA" by Mr. Colborn and Mike Brinkley of the manufacturer.

The concern for ranitidine tablet discoloration re-surfaced again in 2015.  In the study discussed previously by GlaxoSmithKline entitled *The Characterisation and Toxicological Risk Assessment of Impurities present in Degraded Zantac Tablets* (GSKZAN0000228973), tablet discoloration into beige at 1 week and dark brown at 4 weeks, from multiple consumers, was the impetus the toxicological assessment of impurities.  The investigators reported "*For the Zantac tablets stored for 4 weeks at 40°C/75% RH, it had been observed that the colour had changed from beige after 1 week, to a very dark red brown after 4 weeks.  None of the known impurities formed or the new impurities that have been identified are coloured... Most other structures would be expected to be colourless as is Ranitidine itself.*"  Furthermore, the investigators explained "*The likely explanation for this finding is that the impurity (or impurities) responsible for the colour seen on degradation is present at a much lower level. It is known that intensely coloured molecules such as dyes, can impart significant colour when present at low ppm levels, which is below the sensitivity of the HPLC analysis carried out. During the initial assessment of degraded tablets, a dark brown tablet was analysed by HPLC at two different detection wavelengths; 220nm which is the standard wavelength used for the testing, and 420nm, which is used to detect coloured molecules which*

*are yellow, orange or brown. No peaks were detected at 420nm when compared to a blank injection which does not rule out the presence of these coloured impurities, but indicates they are present at below the limit of detection."*

Based on the National Institute for Occupational Safety and Health, NDMA is yellow in color.[256]  One plausible explanation for the impurity that induced the discoloration in the ranitidine tablets was the presence of NDMA, which was undetected in the GSK study perhaps due to the poor limit of detection of the asasy and/or the lack of defining it as a potential impurity.  The yellow color of NDMA could theoretically be interpreted as beige or dark brown, depending on the original color of the ranitidine tablet and the amount of impurity present to cause the discoloration (noted by darkening in color from beige to dark brown from 1 to 4 weeks demonstrating higher amount of impurity at the later timepoint).  A study by Stewart et al identified instability of an injectable form of ranitidine by yellow color discoloration when diluted in Lactated ringers or at high concentration at 2 mg/mL.[351]  This also suggests the presence of NDMA causing the discoloration.

119.    The importance of complying to proper temperature and humidity is essential to ensuring the performance, stability and shelf-life of drug products during shipping and storage.  While many medications are recommended to be stored at "controlled" room temperature, several require storage in the refrigerator or freezer to ensure stability. The storage instruction of ranitidine varies by each formulation, that includes capsule, tablet, syrup and injection, and by each manufacture.  In addition to protection from light, ranitidine products must be maintained at proper temperature ranging from 2°C to 30°C (36°F to 86°F) depending on formulation with avoidance of freezing and excessive heat above 40°C (86°F) and protection from moisture for proper storage of ranitidine.  The table below provides storage information from the product labeling of Zantac manufactured by GlaxoSmithKline.  Oral formulations of ranitidine, excluding Efferdose (which are effervescent tablets), should be stored at room temperature, with permitted excursions from 15°C to 30°C (59°F to 86°F); injectable formulations should be stored in the refrigerator at temperatures ranging from 2-4°C to 25°C (36°F to 77°F), with excursion permitted to 30°C (86°F).  With the effect of humidity on ranitidine capsules and tablets, the recommendation is to protect from moisture by storing in a dry place.

| Formulation[41] | Temperature | Humidity | Other |
|---|---|---|---|
| Capsule[48] | • 20°C and 25°C (68°F and 77°F) | • Protect from moisture | Protect from light |
| Tablet | • 15°C and 30°C (59°F and 86°F)<br>• 2° and 30°C (36° and 86°F) for Efferdose | • Protect from moisture<br>• Store in dry place<br>• Replace cap securely after each opening | Protect from light |
| Syrup | • 20°C and 25°C (68°F and 77°F)<br>• Excursions permitted from 15°C to 30°C (59°F to 86°F)<br>• Do not freeze | -- | Protect from light |
| Injection | • 4°C and 25°C (39°F to 77°F)<br>• Excursion permitted to 30°C (86°F) | -- | Protect from light |
| Injection Premixed | • 2°C and 25°C (36°F to 77°F)<br>• Excursion permitted to 30°C | -- | Protect from light |

| | (86°F)<br>• Avoid excessive heat (brief exposure up to 40°C does not affect the product)<br>• Protect from freezing | | |
|---|---|---|---|

120. According to the World Health Organization (WHO), **temperature excursion** is "an excursion event in which a time-temperature sensitive pharmaceutical product is exposed to temperatures outside the range(s) prescribed for storage and/or transport".[356] The temperature ranges for storage and transport are determined by the product manufacturer based on stability data. To ensure that drug products are stored in temperature-controlled rooms, cold rooms, refrigerators and freezers should comply with the following requirements:

A. equipped with a calibrated continuous temperature monitoring system with sensors located at points representing greatest temperature variability and temperature extremes;

B. preferably equipped with continuous humidity monitoring devices with sensors located at points representing humidity extremes;

C. equipped with alarms to indicate temperature excursions and/or refrigeration failure.

121. While temperature excursions should be clearly defined by the drug manufacture and are permitted to a limited extent to protect patients by ensuring drug product quality or stability, opportunities for *unacceptable* excursions (exposure to elevated or subzero temperatures) may occur during transportation, storage and handling of drug products. A comprehensive temperature excursion management program can mitigate, assess, and justify temperature excursions as well as ensure regulatory compliance during distribution from the manufacturing facility to the patient. ***The participation and compliance of all key stakeholders and elements are essential to limit any violation of acceptable excursion that may potentially harm patients*** (Figures). Since the direct monitoring of proper handling and storage by patients may not feasible, drug manufacturers, at the minimum, need to clearly define allowable storage conditions, time out-of-storage conditions, and other pertinent instructions in the *Instructions for Use* section of the product labeling to ensure patients receive accurate and timely information. Furthermore, the manufacture's Medical Information and/or Quality and Pharmacovigilance/Safety departments should be readily available to provide accurate and up-to-date information in response to specific questions on temperature excursions (e.g., information based on in-use stability, development thermal cycling and stress study data, etc.) from distribution centers, wholesalers, healthcare providers, and patients.



Key Elements (Left) and Stakeholders (Right) of Temperature Excursion Management Program
Adapted from Desai et al[357]

122.    Temperature excursions for brief periods outside of respective storage label conditions may be acceptable only when justified by stability, scientific and technical data.  Stability testing is important to understand how the quality of a drug changes under different environment factors, that should incorporate a wide range of temperature, humidity and light.  It is a key component of drug development, including ***post-marketing testing to ensure ongoing stability*** (Figure).[357,358]



Adapted from Desai et al[357]



Adapted from Desai et al[357]
Abbreviations: IND: Investigational New Drug Application; NDA: New Drug Application;
IMPD: Investigational Medicinal Product Dossier.

123.    A drug substance (or drug) is defined as substance intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease and recognized by an official pharmacopoeia or formulary; a drug product is defined as a finished dosage form (e.g., tablet, capsule, or solution) that contains a drug substance, generally, but not necessarily, in association with other active or inactive ingredients.[359] Drug stability studies are conducted to: (1) determine the drug substance's degradation path; (2) establish suitable analytical methods; and (3) define stability under long-term and accelerated storage conditions.[358] Data derived from these studies provide the basis for optimal storage conditions and corresponding retest dates for the drug substance or shelf-lives for drug product.

124.    In the pharmaceutical supply chain, the two greatest risks are product adulteration during transport and non-compliance with federal regulations, guidelines and standards.   The transportation of temperature-sensitive drugs renders the supply chain a "cold chain" (sometimes also called "cool chain"), and products that fall under the purview of federal law and enforcement agencies further evolve the logistics process into a regulated cold chain. As stated in a paper by Sykes *"The deeper you go into the pharmaceutical supply chain, the less control is exhibited and the less investment is made to ensure proper storage, handling, and distribution."*[349] In fact, only approximately one-fifth of companies were aware of the environmental conditions under which their shipments travel.  The manufacturer's product label claim is based on stability studies that are important to inform excursions and their management. The reduced oversight and auditing in the later stages of the drug supply chain, when compared with earlier stages of drug distribution."

125.    Regulatory authorities require that the manufacture ensures product quality during storage, transport and until used in patient treatment: ***The storage conditions and the lengths of studies chosen should be sufficient to cover storage, shipment, and subsequent use." ICH Q1A 2.1.7.***[355]  As such, the manufacture is required to ensure the integrity of the supply chain, from production to wholesale to pharmacies or hospitals for distribution to patients, and when patients store the product at home. Furthermore, the manufacture is responsible for decreasing the risk of quality defects that might occur either if the temperature chosen for the transport of the drug is outside the registered storage temperature range, or if the transport organization fails to maintain the planned transport conditions.  Notably, the testing continues after commercial approval through an ***annual stability testing program***.

126.    The following regulatory authorities **and pharmaceutical associations** provide guidance on the stability testing and requirements to make decisions on the conditions under which the drug product, including one requiring cold or cool chain, is to be stored, transported, and used.  The manufacturer can use the accelerated stability data to assess the significance of temperature excursions outside the standard conditions during transport.

- ***International Council for Harmonisation (ICH)*** of Technical Requirements for Pharmaceuticals for Human Use. ICH Harmonised Tripartite Guideline. Quality of Biotechnological Products: Stability Testing of Biotechnological/Biological Products Q5C and Stability Testing of New Drug Substances and Products Q1A(R2)[355,360]

- ***ICH*** Harmonised Tripartite Guidelines Q6A and Q6B to Test Procedures and Acceptance Criteria for New Drug Substances and New Drug Products: Chemical Substances as well as New Drug Substances and New Drug Products: Biotechnological/ Biological Products

- ***World Health Organization (WHO)*** Technical Report Series, No.961 Annex 9. Model guidance for the storage and transport of time- and temperature–sensitive pharmaceutical products.[356]

- ***U.S. Department of Health and Human Services, Food and Drug Administration Center for drug evaluation and research (CDER)*** Guidance for industry Q1A(R2) stability testing of new drug substances and products[361]

- ***FDA*** *Code of Federal Regulations Title 21* 203.32, 203.36, 211.150[6]

- ***FDA*** *Form 483 for Observations* on audits of cold chain and their negative findings

    A. These international regulations provide general guidance on how to perform stress tests that determine the sensitivity of a drug substance to temperature, humidity, oxidation, pH and light. The results of the stress tests are used for drug transportation.

    B. ICH Q1A provides the recommended conditions for performing long-term and accelerated stability tests, including guidelines on the temperature and humidity conditions, on drug substances and drug products. Similar to WHO, accelerated testing is defined as "*Studies designed to increase the rate of chemical degradation or physical change of a drug substance or drug product by using exaggerated storage conditions as part of the formal stability studies. Data from these studies, in addition to long-term stability studies, can be used to assess longer term chemical effects at non-accelerated conditions and to evaluate the effect of short term excursions outside the label storage conditions such as might occur during shipping. Results from accelerated testing studies are not always predictive of physical changes.*"

    C. ICH Q1A chapter 2.1.7; similar to WHO 2.1.7: "*Data from accelerated stability studies can be used to evaluate the effect of short term excursions higher or lower than the label storage conditions that may occur during the shipping of drug products.*"

    D. ICH Q1A chapter 2.1.7.3; identical to WHO 2.1.7.3: Drug substances intended for storage in a freezer: "*...testing on a single batch at an elevated temperature (*e.g., *$5°C \pm 3°C$ or $25°C \pm 2°C$) for an appropriate time period should be conducted to address the effect of short*

*term excursions outside the proposed label storage condition,* e.g., *during shipping or handling.*"

E. ICH Q1A chapter 2.2.7.5, similar to WHO 2.2.6.5: Drug products intended for storage in a freezer "*In the absence of an accelerated storage condition for drug products intended to be stored in a freezer, testing on a single batch at an elevated temperature (*e.g., *5°C ± 3°C or 25°C ± 2°C) for an appropriate time period should be conducted to address the effect of short term excursions outside the proposed label storage condition.*"

F. ICH Q5C: Stability of Biotechnological/Biological Products section 6.3. Accelerated and Stress Conditions: "*Studies under stress conditions may be useful in determining whether accidental exposures to conditions other than those proposed (*e.g., *during transportation) are deleterious to the product.*"

G. The FDA Code of Federal Regulation Title 21, Section 203.32 (21 CFR 203.32) addresses the need for maintaining drugs under stable conditions and adhering to the manufacturer's specifications. Understanding how to interpret storage conditions at "label claim" created and validated by the drug manufacturer is a vital component of successfully storing drug samples according to manufacturer requirements.

   a. *Storage and handling conditions.* Manufacturers, authorized distributors of record, and their representatives shall store and handle all drug samples under conditions that will maintain their stability, integrity, and effectiveness and ensure that the drug samples are free of contamination, deterioration, and adulteration.

   b. *Compliance with compendial and labeling requirements.* Manufacturers, authorized distributors of record, and their representatives can generally comply with this section by following the compendial and labeling requirements for storage and handling of a particular prescription drug in handling samples of that drug.

H. 21 CFR 203.36 "Fulfillment houses, shipping and mailing services, comarketing agreements, and third-party recordkeeping" looks at "comarketing agreements" with any third party involved in shipping and storing drug samples. This section states that the manufacturer or distributor is responsible for record-keeping and documentation and must comply with the Prescription Drug Marketing Act (PDMA) and amendments. The PDMA document contains recommendations relating to 21 CFR Parts 203 and 205 and outlines how to document drug products that pass from manufacturers to Authorized Distributor of Record (ADR) and provisions regarding pedigrees. A drug pedigree is a statement of origin that identifies each prior sale, purchase, or trade of a drug, including the date of those transactions and the names and addresses of all parties to them. See Compliance Policy Guide (CPG) Sec. 160.900 Prescription Drug Marketing Act – Pedigree Requirements under 21 CFR Part 203.[362]

I. 21 CFR 211.150 of Subpart H: Holding and Distribution - "Distribution procedures" states that these products must be shipped within: "*...appropriate temperatures and under appropriate conditions in accordance with requirements, if any, in the labeling of such drugs, or with requirements in the current edition of an official compendium, such as the United States Pharmacopeia/ National Formulary (USP/NF).*"

J. 21 CFR 205.50 Guidelines for State Licensing of Wholesale Prescription Drug Distributors. The ability for drug distributor to be compliant with federal regulations is based on the label claim for the proper handling and storage of drugs.

o *"(2) Appropriate manual, electromechanical, or electronic temperature and humidity recording equipment, devices, and/or logs shall be utilized to document proper storage of prescription drugs."*

o (3) The recordkeeping requirements in paragraph (f) of this section shall be followed for all stored drugs.

– *"(f) Recordkeeping"* states that drug distributors must maintain records and inventories that show receipt and distribution or *"other disposition"* of prescription drugs. These records must include the source of the drugs, the address of the location that the drugs were shipped from, the identity and quantity, and the dates of receipt/distribution/other disposition. Records must be kept and accessible for inspection for 3 years after the date of their creation."*

K. Audits on the cold chain supply are conducted by FDA and negative findings are reported on **Form 483**.  These inspections address areas of cold chain logistics operations, including temperature-controlled storage and transport. A temperature-monitoring device should monitor and record all temperatures at a preset interval, including when excursion occurs and its duration.  The data should be stored for a minimum of three years and be downloadable. Physical temperature checks a minimum of twice a day. Physical checks should confirm storage units are functioning properly. In addition to the storage unit temperature, documentation of the ambient room temperature and duration should be recorded in the event the unit fails when knowledge of ambient room temperature and duration can be used to support (or not) the stability of the drug product.

To comply with federal regulations, documentation must include stability data, geographical and climatic zone data for warehousing and transport, and shipping and storage durations at each touchpoint along the cold chain.  Contingency plans for shipping delays, out-of-range temperature variations, and other events like power failures should also be detailed.  The manufacturer, that is responsible for the label claim that contains storage and transport conditions, should be contacted immediately when unacceptable excursions occur.  Transport conditions may differ from storage conditions as permissible by the FDA, but the manufacturer must present satisfactory supporting data.[358]

- ***United States Pharmacopoeia (USP) Standards***
  - <1079> Good Storage and Distribution Practices for Drug Product [363]
  - <659> Packaging and Storage Requirement[364]
  - <1150> Pharmaceutical Stability[365]
  - <1118> Monitoring Devices —Time, Temperature, and Humidity[366]

L. USP develops and disseminates public compendial quality standards for medicines, with the mission "to improve global health through public standards and related programs that help ensure the quality, safety and benefit of medicines and foods.

M. USP 1079 specifically states *"The mapping process will help determine when excursions could occur and are useful when pharmaceutical manufacturers develop a plan for dealing with them. Alarms should be used to reveal environmental excursions during operations. Temperature excursions for brief periods outside of respective storage label conditions may*

*be acceptable provided stability data and scientific/technical justification exists demonstrating that product quality is not affected."*[363]  It addressed product labeling and storage statements including:

| Temperature Storage Statement | Labeling |
|---|---|
| Room Temperature — For products with a storage statement reading, "Store at controlled room temperature" | "Store at 20°C to 25°C (68°F to 77°F), excursions permitted between 15°C and 30°C (between 59°F and 86°F). Brief exposure to temperatures up to 40°C (104°F) may be tolerated provided the *mean kinetic temperature* does not exceed 25°C (77°F); however, such exposure should be minimized." |
| Cool | "Store in a cool place, 8°C to 15°C (46°F to 59°F)." |
| Refrigerator | "Store in a refrigerator, 2°C to 8°C (36°F to 46°F)." |

N.  Based on *Pharmaceutical & Medical Packaging News* that surveyed supply chain experts in 2015, of temperature-sensitive products shipped, 51% were ambient, 31% were refrigerated, 17% were frozen, and 32% should not be allowed to freeze.[367]  The term **"cold chain"** refers to "temperature-controlled" for uninterrupted refrigeration.  The spectrum ranges from ambient, or controlled room temperature (20°C to 25°C), to refrigerated (2°C to 8°C), to cryogenic (below 0°C to as low as −150°C).[363,368]

O.  USP 659 defines of controlled cold temperature as "*The temperature maintained thermostatically between 2°C [36°F] and 8°C [46°F] that allows for an excursion experienced during storage or shipping...*" and controlled room temperature as: "*The temperature maintained thermostatically ... between 20°C and 25°C [68°F to 77°F].*"

USP 1150 defines "controlled room temperature" as "*delineates the allowable tolerance in storage circumstances at any location in the chain of distribution (e.g., pharmacies, hospitals, and warehouses). This terminology also allows patients or consumers to be counseled as to appropriate storage for the product. Products may be labeled either to store at "Controlled room temperature" or to store at temperatures "up to 25°C" where labeling is supported by long-term stability studies at the designated storage condition of 25°C.  Controlled room temperature limits the permissible excursions to those consistent with the maintenance of a mean kinetic temperature (MKT) calculated to be not more than 25°C.  The common international guideline for long-term stability studies specifies 25°C ± 2 at 60 ± 5% relative humidity. Accelerated studies are specified at 40°C ± 2 and at 75 ± 5% relative humidity. Accelerated studies also allow the interpretation of data and information on short-term spikes in storage conditions in addition to the excursions allowed by controlled room temperature.*"

The mean kinetic temperature (MKT) is a single calculated "virtual" temperature at which the total amount of degradation over a particular period is equal to the sum of the individual degradations that would occur at various temperatures (Figure).  In other words, MKT is an isothermal storage temperature that simulates the non-isothermal effects of storage temperature variation. The MKT should be obtained for any separate areas within the warehouse. Calculations for MKT are described in USP 1150 and further discussed in USP 659 and 1179.[363,364,369]

$$T_k = \frac{\frac{\Delta H}{R}}{-\ln\left(\frac{e^{\frac{-\Delta H}{RT_1}} + e^{\frac{-\Delta H}{RT_2}} + ... + e^{\frac{-\Delta H}{RT_n}}}{n}\right)}$$

$T_k$ = Mean Kinetic Temperature [°K]

$\Delta H$ = Heat of activation [kJ/mole]

R = Universal Gas constant [kJ.mole$^{-1}$.°K$^{-1}$]

n = total number of storage temperatures recorded during the observation period

$T_1$ = value of the temperature recorded during the first time-period [°K]

P.  MKT is applied when thermal stability of the product is known with support of scientific data. As new scientific data emerge, the MKT should be re-evaluated to ensure continued stability. To ensure controlled room and refrigerated temperature, recording instruments should be installed to obtain temperature and humidity profiles as outlined in USP 1118. Most drugs undergo multiple packaging during storage and distribution: primary package in a bottle, a vial, a syringe, or a blister; secondary package in a carton, individually or grouped, that are loaded as series and stacked on a pallet for shipment; and tertiary package in a 30 to 90-day supply bottle for patient use.[370] When a pallet is brought to "controlled" room or cold temperature, with appropriate duration to allow for thorough conditioning, external temperature variation will largely affect the edges of the secondary package, as compared with the inside the primary package. As such, while the placement of the temperature recording device relative to the drug product is important to register the excursion, it does not always provide adequate information for the actual temperature variation of the drug product itself.[363] Furthermore, temperature fluctuation along with humidity, physical exposure, shock impact, and UV radiation are important excursions to evaluate since all these environmental factors can impact the integrity and compromise the sterility of the product.

Q.  Given the nature of MKT and requirement for monitoring controlled temperature per USP 1150, 659, 1179 and 1118, the stability of a drug, and therefore the proposed shelf life, expiration date, and storage conditions, should be determined based on the results of real-time stability studies. "*During the life cycle of the drug — from when it leaves manufacturing and is stored for the first time, through mobile storage, when it may be moved to a central or satellite location and then to a sequence of distribution points or warehouses, to the point where it is delivered at the pharmacy or hospital, and from there to the patient — conditions can be monitored and recorded and samples taken to confirm safety and efficacy.*"[370]

R.  USP Standards 795, 797, and 1191 provide additional guidance on pharmaceutical compounding of nonsterile and sterile preparations as well as stability considerations in dispensing practice that underscore the importance of accurate information to ensure the stability and integrity of drug products throughout their life cycle from manufacturing to use by the patient.

Achieving FDA, ICH and USP standards requires a rigorous process that incorporates temperature monitoring, extensive record-keeping, and ongoing stress testing. Without these measures, improper drug handling can have life-threatening consequences.

127.    During transport and/or storage, drug products can be sensitive to environmental conditions such as temperature, humidity, light, oxygen, shock, pressure, vibrations, and X-rays. Drug degradation can occur and is dependent on the magnitude and the period of time exposed to the environmental conditions. The manufacturer is responsible for: (1) assessing the effects of transport and possible temperature excursions on the quality of the product until its delivery and use by patients; and (2) defining transport

conditions that are less sensitive to failure of transport operations (*e.g.*, room temperature); and (3) providing data to support the safe handling/distribution conditions of the product outside its long-term storage conditions.

Ammann discussed the three types of drug products that are subject to different stability testing programs based on their sensitivity to environmental conditions.[358]

    A. *Stable products* are *not* sensitive to environmental changes, heat sterilized after production, and usually be stored at 25°C. While extensive studies are unnecessary to define the transport conditions, environment-related conditions to preserve the physical integrity of the products should be evaluated.

    B. *Sensitive products* exhibit a certain sensitivity to environmental conditions that must be protected during transport.

    C. *Highly-sensitive products* exhibit a limited range of storage and transport conditions and usually cannot be transported outside their long-term storage conditions. Product degradation results when excursion outside these ranges occur.  As such, these products require extensive transport studies to assess the exact parameters to ensure their stability and quality. In addition to tests relating to transport conditions, the testing program should assess temperature, humidity (if not aqueous solutions), light, oxygen, shock, pressure and vibrations such as those experienced during transport and X-rays if transported by air.

128.    From stable to highly-sensitive drug products, *temperature* is the main focus for testing because almost all drug products are sensitive to temperature.   Different situations for the handling of drug products in their final packaging or container should be tested (Table).  The formulation, filling and intermediate storage should be studied independently, since the packaging of bulk product is not the same as drug product.

In addition, the safety margin should be incorporated to ascertain the potential risks along the entire distribution channel, including the worst case like longest transport time and hottest temperature, especially for products that can degrade to a probable carcinogen.  The safety margin can be the percentage of time (set the official limit at x% of real experimental time when degradation is observed), and/or percentage of product (set the official limit at y% of the real experimental quantity where toxicity is observed).[358]  The margin might be modified over time as experience grows, or new data emerge.

**Typical Studies for Drug Product Stored Under Refrigeration[358]**
**Typical Studies for Drug Product Stored Under Refrigeration[358]**

| Step | Temperature | Study |
| --- | --- | --- |
| Formulation of the drug product | Room temperature | Bulk stability study |
| Storage of drug bulk product | 2–8°C | Bulk stability study |
| Preparation of the product for filling | Room temperature | Bulk stability study |
| Filling of the product | Room temperature | Bulk stability study |
| Storage of filled drug product | 2–8°C | Long term |
| Preparation of the product for the packaging | Room temperature | Accelerated and cycling |
| Packaging of the product | Room temperature | Accelerated and cycling |
| Storage of packed drug product for step 1 | 2–8°C | Long term |

| Step | Temperature | Study |
| --- | --- | --- |
| Preparation of the product for the transport | Room temperature | Accelerated and cycling |
| Transport of drug product 1 to 2 | 2–8°C | Long term |
| Storage of drug product for step 2 | 2–8°C | Long term |
| Preparation of the product for the transport | Room temperature | Transport study |
| Transport of drug product 2 to3 | Room temperature | Transport study |
| Storage of drug product for step n | 2–8°C | Long term |
| Preparation of the product for the transport | Room temperature | Transport study |
| Transport of drug product n-1 to n | Room temperature | Transport study |
| Use of the product by the consumer | Room temperature | Stability in-use, cycling and accelerated |
| Extraordinary situations / Temperature excursions | | Temperature excursions/Cycling studies/additional studies |

129.   In light of temperature effects demonstrating the generation of NDMA directly from ranitidine, including those directly conducted in the FDA's lab, ranitidine is considered to be a sensitive to highly-sensitive drug product.  Furthermore, the overwhelming number of publications on the carcinogenicity of NDMA in both animals and humans *since 1967* with several federal US agencies listing NDMA as a probable carcinogen and subsequent removal of all ranitidine products from the US market, ranitidine should be considered a highly-sensitive drug product that should have undergone extensive testing, incorporating a wide safety margin with foreseeable and unforeseeable events, to ensure product integrity and stability.  The consequences of carcinogenicity can be enormous, affecting the quality of life for both patients and family members or caregivers and, even worse, death from a drug that has safer alternatives.

The following facts illustrate serious consequences of inadequate handling and storage of drug products due to temperature and/or moisture effects.  Notably, visual change of a damaged drug may or may not occur, making damage undetectable upon physical inspection.  Color discoloration, which may indicate damaged product, may be masked depending on the color of the original product.

A.  Colistimethate sodium (CMS; also known as colistin methanesulfonate) is a temperature-sensitive antibiotic that is hydrolyzed to the active antimicrobials, colistin A and B, and the degree of CMS hydrolysis varies by storage condition, time from reconstitution to administration, and lot number or manufacture.  Early hydrolysis prior to patient administration can result in bronchospasm, acute kidney damage, and even death.  In fact, the death of a patient following inhalation of a solution of CMS which was suspected to have hydrolyzed *in vitro* prompted the FDA to issue a public health advisory in 2007 and a consensus guideline to ensure safe use via nebulization by the Society of Infectious Diseases Pharmacists.[371]  The release of colistin from hydrolysis during storage and/or use of specific formulations is affected by temperature; even 48 hour of exposure change from 4°C to 25°C, the slight increase in the colistin release from 0.3% to <4% can be clinically significant especially when serious toxicity is a concern.[372,373]

B.  Other harmful effects from inappropriate storage and/or handling of drugs are provided below.  A more complete list can be located in the reference.[374]

1.  Insulin can cause hyperglycemia resulting in diabetic coma, nerve damage (neuropathy), kidney damage (nephropathy), and cardiovascular disease;

2.  Decayed antibiotics can cause stomach or kidney damage;

3. Compromised aspirin can cause severe stomach pain;
4. Nitroglycerin can become less effective as a life-saving treatment for heart attacks;
5. Any type of diagnostic strip, like test blood sugar levels, pregnancy, or ovulation can become unreliable if exposed to moisture since the moisture may stick to the strips which can dilute the test liquid and give potentially false readings.
6. Albuterol inhalers can explode when stored in temperatures over 120°F.  In moderately high temperatures, they deliver less of drug needed to treat potentially life-threatening asthma exacerbations.

C. Due to the potentially serious effects of some medications that can result from inadequate storage and handling, a drug manufacturer can proactively inform patients via the product labeling section Instruction for Use or Patient Information.  As an example, the Patient Information section for the use of albuterol sulfate provides, in detail, how to appropriately store and handle this medication, with specific temperature requirement and consequence if excursion occurs.

1. Store PROAIR HFA at room temperature between 59°F and 77°F (15°C and 25°C).
2. Avoid exposure to extreme heat and cold.
3. Shake the PROAIR HFA canister well before use.
4. Do not puncture the PROAIR HFA canister.
5. Do not store the PROAIR HFA canister near heat or a flame. Temperatures above 120° F may cause the canister to burst.
6. Do not throw the PROAIR HFA canister into a fire or an incinerator.
7. Avoid spraying PROAIR HFA in your eyes.

130.  Regulatory authorities require that the manufacture ensures product quality during storage, transport and until used in patient treatment: ***"The storage conditions and the lengths of studies chosen should be sufficient to cover storage, shipment, and subsequent use." ICH Q1A 2.1.7.***[355]  In one study of elderly patients who were usually receiving multiple medications for chronic conditions, temperature adherence was the most common issue identified for patient compliance, even compared with drug expiration.[375]  In fact, 53% of drugs requiring refrigeration were not stored properly by patients and drugs intended to be refrigerated at 2°C and 8°C were stored at 9°C.  The study result underscores the importance of drug manufacturers to provide complete and adequate instruction for proper storage and handling of medications can aggravate compliance by patients.  The manufacturer is required to ensure the integrity of the supply chain, from production to wholesale to pharmacies or hospitals for distribution to patients, and when patients store the product at home.   Guidance for industry to change storage labeling should be initiated by the drug manufacturers to the FDA.[376]

131.  Damage caused by prolonged exposure due delays, packaging failure, or incorrect handling can occur during handling and transportation for all drugs, especially those that are sensitive and highly-sensitive.  Transport in controlled conditions is not always dependable due to the following unforeseeable events: [358]

- weather might follow unpredictable changes;
- customs procedures might take longer than anticipated;
- accidents might cause disruption;
- route used for transport might not be that anticipated;
- transport might stop at unsuitable places;
- temperature control systems might malfunction;

- communications between the various transport companies might have blocked the product (this could happen when the transport is contracted out to a chain of transport specialist such as shipper, forwarders, ground handlers/transportation service providers, consignee, air carrier);
- temperature sensors might be defective; and
- information on the actual transport conditions might be inexact or lacking.

As such, assessing the extensive temperature limits, potentially including extremes like −100°C to 100°C, may be prudent to ensure that product can be handled safely.  This is critical for efficacy and toxicity, especially if breakdown of drug has the potential to generate a probable carcinogen.  Temperature minima have been measured at −89°C in Antarctica; and temperature maxima measured at +58°C in Libya and in Death Valley.[358]  If a product is stored in a closed environment under the sun, it will unlikely be heated over 100°C.

132.    The exposure time for humidity changes, either at high or low, during transport is generally short. However, exposure to long period of high humidity, particularly during storage, can alter the characteristics of solids or non-aqueous solutions that are packed in non-tight containers.  Preservation of a drug product at high or low humidity is a testing condition of the ICH/WHO studies.  Light is usually not a testing parameter since products are shipped and stored in light-resistant internal or external packaging.

133.    Several different types of stability testing can occur during the drug development process and post-marketing.  Combining stability data from these studies—stress studies, long-term and accelerated studies, temperature excursion studies, and temperature cycling studies—will provide information needed to evaluate the effect of temperature excursions on drug product quality that may occur during the storage and transportation process.

A. ***Stress studies*** are conducted at the beginning of a drug substance's development to evaluate its sensitivity to different environmental conditions, including temperature, humidity, light, and oxygen as stress factors, and test ***conditions up to when degradation paths are activated and detected***.  The focus of stress studies is to evaluate degradation of the drug substance that incorporates the value of analytical methods and the nature of the degradation paths. The toxicity of degradation byproducts can be significant; therefore, stress studies are critical to obtain such information. The conditions under which stress studies are conducted should incorporate real-life safety margin from drug manufacturing through the distribution channels to consumer use.  The safety margin should be incorporate potential worst-case excursions, like longest transport time and hottest temperature, especially for products that can degrade to a probable carcinogen; and should be modified over time as experience grows, or new data emerge.

The ICH Q5C recommends stability testing under stress conditions to ascertain temperature and time allowances that can inform whether accidental exposures to conditions outside of the intended storage conditions (e.g., during transportation). Excursions can be detrimental to the product and hence, potentially consumer of the product.  Stress conditions used to assess the stability are described in ICH and FDA's Q1A(R2) guideline 2.1.2, with the following excerpt:[355,361]

*"Stress testing of the drug substance can help identify the likely degradation products, which can in turn help establish the degradation pathways and the intrinsic stability of the molecule and validate the stability indicating power of the analytical procedures used. The nature of the stress testing will depend on the individual drug substance and the type of drug product involved.*

*Stress testing is likely to be carried out on a single batch of the drug substance. It should include the effect of temperatures (in 10°C increments (e.g., 50°C, 60°C, etc.) above that for accelerated testing), humidity (e.g., 75% RH or greater) where appropriate, oxidation, and photolysis on the drug substance. The testing should also evaluate the susceptibility of the drug substance to hydrolysis across a wide range of pH values when in solution or suspension. Photostability testing should be an integral part of stress testing. The standard conditions for photostability testing are described in ICH Q1B.*

*Examining degradation products under stress conditions is useful in establishing degradation pathways and developing and validating suitable analytical procedures. However, it may not be necessary to examine specifically for certain degradation products if it has been demonstrated that they are not formed under accelerated or long-term storage conditions."*

B. **Supportive accelerated/long-term studies** provide the effects of temperature changes on a drug product and can inform storage conditions. From the ICH and FDA's Q1A(R2) guideline excerpt above, these studies are occur at different testing frequency and noted in 2.1.6 as follows:[355,361]

*"For long-term studies, frequency of testing should be sufficient to establish the stability profile of the drug substance. For drug substances with a proposed retest period of at least 12 months, the frequency of testing at the long-term storage condition should normally be every 3 months over the first year, every 6 months over the second year, and annually thereafter through the proposed retest period.*

*At the accelerated storage condition, a minimum of three time points, including the initial and final time points (e.g., 0, 3, and 6 months), from a 6-month study is recommended. Where an expectation (based on development experience) exists that the results from accelerated studies are likely to approach significant change criteria, increased testing should be conducted either by adding samples at the final time point or including a fourth time point in the study design.*

*When testing at the intermediate storage condition is called for as a result of significant change at the accelerated storage condition, a minimum of four time points, including the initial and final time points (e.g., 0, 6, 9, 12 months), from a 12-month study is recommended."*

The minimum time period covered for long-term, intermediate, and accelerated storage conditions for a general drug substance (i.e., not refrigerated nor frozen) and drug substance intended for refrigeration (Tables). When long-term studies conducted at 25°C ± 2°C/60% RH ± 5% RH and **significant change (defined as failure to meet its specification)** occurs at any time during 6 months' testing at the accelerated storage condition, additional testing at the intermediate storage condition should be conducted and evaluated against significant change criteria. Testing at the intermediate storage condition should include all tests, unless otherwise justified.

General Drug Substance

| Study | Storage Condition | Minimum time period covered by data at submission |
|---|---|---|
| Long-term* | 25°C ± 2°C/60% RH ± 5% RH or 30°C ± 2°C/65% RH ± 5% RH | 12 months |
| Intermediate** | 30°C ± 2°C/65% RH ± 5% RH | 6 months |
| Accelerated | 40°C ± 2°C/75% RH ± 5% RH | 6 months |

Adapted from FDA's Q1A(R2) guideline [361]
* It is up to the applicant to decide whether long-term stability studies are performed at 25°C ± 2°C/60% RH ± 5% RH or 30°C ± 2°C/65% RH ± 5% RH.
** If 30°C ± 2°C/65% RH ± 5% RH is the long-term condition, there is no intermediate condition.

Drug Substance Intended for Storage in Refrigerator

| Study | Storage Condition | Minimum time period covered by data at submission |
|---|---|---|
| Long-term* | 5°C ± 3°C | 12 months |
| Accelerated | 25°C ± 2°C/60% RH ± 5% RH | 6 months |

Adapted from FDA's Q1A(R2) guideline [361]

C. ***Thermal cycling studies*** can be conducted to assess the impact of temperature excursions, including both upper and lower boundaries, on a drug product's quality and stability during development and on a commercial-scale current Good Manufacturing Practice in batches.[358,377] The excursions are simulated multiple times. Using historical knowledge or experience of the same or similar products (i.e., tertiary amine drugs that generate NDMA), excursion conditions can be envisaged. Important historical excursion information from the commercial distribution of existing biopharmaceutical drug products (e.g., number of excursions, excursion temperature and excursion duration) when selecting the cycling temperatures and duration of exposure. In addition, temperature/time profiles of the shipping validation studies may be used to inform potential excursions.

The ICH Q1A and WHO provide general guidance on performing thermal cycling studies under stress and accelerated stability studies to evaluate the impact of stress conditions (temperature, humidity, oxidation, pH, and light) on drug products. ICH Q1A and WHO also suggest that the data from accelerated stability studies can be used to evaluate the effect of short-term excursions higher or lower than the label storage conditions that may occur during the shipping of drug products. The guidelines also direct for the drug substance to be stored in a freezer: *"...testing on a single batch at an elevated temperature (e.g., 5°C ± 3°C or 25°C ± 2°C) for an appropriate time period should be conducted to address the effect of short-term excursions outside the proposed label storage condition, e.g., during shipping or handling."* ICH Q5C directs for the stability of Biotechnological/ Biological Products that "*Studies under stress conditions may be useful in determining whether accidental exposures to conditions other than those proposed (e.g., during transportation) are deleterious to the product.*"

Studies on temperature excursions and temperature cycling conditions are recommended in the Parenteral Drug Association (PDA) documents that were originally proposed by Bishara and Seevers.[378,379] "*The effect of temperature excursions, outside of labeled storage conditions, can be evaluated on the basis of the stability analysis for that drug. Because the distribution environment is highly variable, a stability program should be established that provides stability profiles for each product… on the basis of the information provided by the development and routine ICH Q1A stability programs.*"

134.   Congress passed the Drug Supply Chain Security Act (DSCSA) in 2013.  DSCSA's role is to modernize the identification of drug products, moving to barcode to encode the product's identifying National Drug Code number, the lot number, expiration date, and serial number for a package that will provide some huge benefits to the supply chain.[362] For temperature-sensitive products that require cold or cool supply chain, the temperature conditions a product was stored under, and for how long can be recorded and evaluated.  This additional information can help trace a product's location in the supply chain from product manufacturing to produce use by consumers.

135.   It is important to note that NDMA contamination was not adequately assessed by manufacturers of ranitidine for over three decades.  Despite the availability of scientific data on the formation of NDMA by tertiary amines, like ranitidine, and its association to inducing multiple types of cancers in animal studies, the manufacturers neglected to properly evaluate NDMA impurities during the manufacturing processing and under different storage conditions that include temperature excursions during transportation. High levels of NDMA in ranitidine products were reported by an independent evaluation; after which, many **manufactures voluntarily recalled their ranitidine products and in April 2020, FDA entirely withdrew ranitidine** from the US market after their own independent evaluation of NDMA levels.  The FDA reported that famotidine, cimetidine, omeprazole, lansoprazole, and esomeprazole products do not exhibit NDMA contamination.[249]

136.   Compliance violation to the following legislation should be deliberated in light of the recent discovery for the propensity of ranitidine to form the probable carcinogen NDMA that has prompted FDA to recall and suspend the sale of all ranitidine products.

   A.  Misbranding under Section 502 of the FDCA (21 U.S.C. § 352);

   B.  conduct examinations and investigation under Section 702 (a) of the FDCA (21 U.S.C. § 372(a)) regarding these products, their manufacturing processes, and the manufacturer submissions for FDA approval under 704 (a) of the FDCA (21 U.S.C. § 374(a));

   C.  provide information to the public regarding these products under Section 705(b) of the FDCA (21 U.S.C. § 375(b));

   D.  in addition to the instructions for disposal and/or return in the recall notices, issue additional guidance to the public for the safe disposal of ranitidine, given the recognized potential that the drug may degrade to form the probable carcinogen NDMA in municipal wastewater treatment plants and impact the public water supply; and

   E.  promulgate regulations requiring robust independent chemical testing and verification of pharmaceuticals and, while these regulations are pending, issue guidance requesting such testing and verification.

The FDA provided rigorous and prudent general advice to manufacturers of ARBs.[17] In essence, manufacturers of either API or finished ARB drug products should test a representative sample of each lot produced. Testing should include batches already distributed that have not yet reached their labeled

expiration date as well as those not yet distributed. Any batch already in distribution, with an NDMA level that exceeds the FDA published interim acceptable limit, should be recalled. Although not the focus of this editorial, the same would be true of NDEA as well. Manufacturers of finished drug products using API from another manufacturer should test each API lot received before creating tablets or capsules.[17]

137.    Cancer, that implicated variable formation of NDMA under different conditions, yet failed to evaluate different conditions to test for the effect of temperature, humidity and pH on NDMA formation from ranitidine.[164-166]  The impact of temperature, humidity and pH on NDMA formation from ranitidine was presented in detail in the Shipping and Storage Requirements of this report.


All tested tertiary amines produced measurable yields of nitrosamines at body temperature. Temperature, pH and timing of exposure with nitrites affect nitrosation and hence the degree of nitrosamine production.[240]


## X.    Legal Requirements for Branding of FDA-Approved Drugs

138.    This section provides information on the legal requirements for branding of FDA-approved drugs. As the focus of this report pertains to general causation, I reserve the right to supplement my views related to liability expert opinions on a later date.


139.    As a human drug product, ranitidine's manufacturing and marketing are regulated by the FDA (21 CFR Parts 200 through 499). The drug manufacturer is responsible for ensuring that its product is both safe and effective for its labeled uses. The FDA does not participate in the conduct and monitoring of clinical trials, and does not choose the investigators or the sites. Instead, the FDA relies on companies to conduct all testing, both preclinical and clinical, and to provide the results of testing that is accurate and reliable and shows that the drug has therapeutic activity and is also safe for use in humans. FDA makes its decisions about drug approval based on the information provided by the manufacturer in its New Drug Application (NDA). A failure to provide all safety information and related analyses that a manufacturer is aware of means that FDA must make regulatory decisions based on incomplete information, decisions that could impact patient safety.

140.    FDA regulations for human drug products cover the approval of new drug products as well as the continued marketing of drugs once approved for human use (i.e., post-marketing surveillance). The drug manufacturer is responsible for developing all of the data and analysis necessary to prove that the drug is both safe and effective. The data consist of preclinical (non-human like *in vitro* and animal) data that examines the pharmacology of the active ingredient as well as the toxicology of the active ingredient and the formulated drug product. The toxicology studies that companies sponsor or perform are animal studies that use common mammalian species such as rats, mice, and dogs. In some cases, studies may be performed using non-human primates, pigs, guinea pigs, rabbits and monkeys.  These preclinical studies form the basis of the submission to the FDA referred to as the Investigational New Drug (IND) application, along with the clinical testing plan. Once the FDA has reviewed and approved the IND application, clinical testing can begin.

141.    Clinical research for any human prescription drug typically include three phases (*i.e.,* Phase I, Phase II and Phase III). Phase I clinical studies are typically performed in healthy adults and are designed to investigate the pharmacokinetics of the drug product under development and to identify safe doses for human testing. Phase II clinical studies are typically performed in patients and are the first studies of

human efficacy, but also include measures of human safety. Phase III clinical studies are often referred to as "pivotal" clinical studies because they typically are the studies upon which the FDA bases its determination of whether the drug is safe and effective for use in humans for the indication that will be on the drug's label. Phase III studies are large, usually thousands of patients, complex and expensive to perform. As a result, Phase III clinical studies are carefully designed in terms of the characteristics of the patients included (*e.g.,* inclusion versus exclusion criteria are applied), the number of patients studied, and the endpoints used to determine both efficacy and safety.

142.    Labeling for a human drug product is written by the manufacturer, not the FDA. In the case of the initial labeling for a human prescription drug product, there is a negotiation process that occurs between the company and the FDA that results in an agreement being reached about the initial product labeling language. After a drug has been marketed, it is the manufacturer that is responsible for drafting changes to the initial labeling and ensuring the product's label remains an accurate reflection of the safety and efficacy of the drug during the postmarket period. The term labeling includes all advertising and promotional materials as well as the package insert and any patient information materials, including materials such as a Medication Guide which is intended to be distributed directly to patients. It is the duty of the manufacturer to include in the labeling of its products complete and accurate information about health risks, adequate instructions regarding use of the drug product, and adequate warnings to ensure that patient health is protected (*e.g.,* 21 CFR 201.57; 21 CFR 314.70; 21 CFR 314.80). The manufacturer has the responsibility for drafting the initial labeling for their product and for assuring that the labeling continues to reflect current knowledge concerning risks posed by the drug (see 21 CFR 314.80). The manufacturer is allowed to make changes to its labeling without first obtaining FDA agreement and submitting a supplement to its NDA, as long as the change is to *"add or strengthen a contraindication, warning, precaution, or adverse reaction for which the evidence of a causal association satisfies the standard for inclusion in the labeling under 201.57(c)"* (21 CFR 314.70).

## XI.    Compensation

85. My compensation for litigation work, for both defense attorneys and plaintiff attorneys, is at the rate of $450.00 per hour for research and review of documents and materials, and $600.00 to prepare report, deposition and/trial related to the case and for testimony.

## XII.    References

1.    California Board of Pharmacy. Lawbook for Pharmacy. Accessed May 31, 2021. https://www.pharmacy.ca.gov/laws_regs/lawbook.pdf

2.    Le, Jennifer. Pharmacokinetics. In: The Merck Manual of Diagnosis and Therapy. Whitehouse Station, NJ: Merck Sharp & Dohme Corp, 2020. https://www.merckmanuals.com/professional/clinical-pharmacology/pharmacokinetics Accessed June 16, 2021.

3.    US Food and Drug Administration. Guidance for Industry and Review Staff https://www.fda.gov/media/72266/download; Recommended Approaches to Integration of Genetic Toxicology Study Results Guidance for Industry S1B Testing for Carcinogenicity of Pharmaceuticals https://www.fda.gov/media/71935/download; Reproductive and Developmental Toxicities -- Integrating Study Results to Assess Concerns https://www.fda.gov/media/72231/download. Accessed June 15, 2021

4.    National Research Council. *The Reference Manual on Scientific Evidence.* *https://www.fjc.gov/sites/default/files/2015/SciMan3D01.pdf*. *Accessed June 15, 2021*. Washington, DC: The National Academies Press; 2011.

5.      US Food and Drug Administration. The Drug Development Process. Available at: https://www.fda.gov/patients/learn-about-drug-and-device-approvals/drug-development-process Accessed on July 15, 2020. .

6.      US Food and Drug Administration. CFR - Code of Federal Regulations Title 21 Available at: https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?CFRPart=58 Accessed on July 15, 2021.   .

7.      van Meer PJ, Kooijman M, Gispen-de Wied CC, Moors EH, Schellekens H. The ability of animal studies to detect serious post marketing adverse events is limited. *Regul Toxicol Pharmacol*. Dec 2012;64(3):345-9. doi:10.1016/j.yrtph.2012.09.002

8.      Greek R, Pippus A, Hansen LA. The Nuremberg Code subverts human health and safety by requiring animal modeling. *BMC Med Ethics*. Jul 8 2012;13:16. doi:10.1186/1472-6939-13-16

9.      Wax PM. Elixirs, diluents, and the passage of the 1938 Federal Food, Drug and Cosmetic Act. *Ann Intern Med*. Mar 15 1995;122(6):456-61. doi:10.7326/0003-4819-122-6-199503150-00009

10.     National Institutes of Health.  Regulations and Ethical Guidelines. Reprint from: Trials of War Criminals before the Nuremberg Military Tribunals under Control Council Law no. 10, Vol. 2 U.S. Government Printing Office, Washington, DC (1949), pp. 181-182.  Available at https://history.nih.gov/research/downloads/nuremberg.pdf, Accessed July 20, 2021.

11.     World Medical Assembly Declaration of Helsinki 1964: Recommendations Guiding Doctors in Clinical Research. World Medical Association Available at https://www.wma.net/what-we-do/medical-ethics/declaration-of-helsinki/doh-jun1964/ (June 1964), Accessed July 28, 2021.

12.     US Food and Drug Administration. Investigational New Drug (IND) Application. Available at: https://www.fda.gov/drugs/types-applications/investigational-new-drug-ind-application Accessed on July 15, 2020.   .

13.     US Food and Drug Administration Product Development Under the Animal Rule: Guidance for Industry. U.S. Food and Drug Administration  Available at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/product-development-under-animal-rule (October 2015), Accessed July 26, 2021.

14.     The contribution of animal science to the medical revolution. *Heart Views*. Jan 2011;12(1):43-4.

15.     Hackam DG. Translating animal research into clinical benefit. *BMJ*. Jan 27 2007;334(7586):163-4. doi:10.1136/bmj.39104.362951.80

16.     Leenaars CHC, Kouwenaar C, Stafleu FR, et al. Animal to human translation: a systematic scoping review of reported concordance rates. *J Transl Med*. Jul 15 2019;17(1):223. doi:10.1186/s12967-019-1976-2

17.     Fomchenko EI, Holland EC. Mouse models of brain tumors and their applications in preclinical trials. *Clin Cancer Res*. Sep 15 2006;12(18):5288-97. doi:10.1158/1078-0432.CCR-06-0438

18.     Huff J, Jacobson MF, Davis DL. The limits of two-year bioassay exposure regimens for identifying chemical carcinogens. *Environ Health Perspect*. Nov 2008;116(11):1439-42. doi:10.1289/ehp.10716

19.     Barre-Sinoussi F, Montagutelli X. Animal models are essential to biological research: issues and perspectives. *Future Sci OA*. Nov 2015;1(4):FSO63. doi:10.4155/fso.15.63

20.     Bahadoran Z, Mirmiran P, Kashfi K, Ghasemi A. Importance of Systematic Reviews and Meta-analyses of Animal Studies: Challenges for Animal-to-Human Translation. *J Am Assoc Lab Anim Sci*. Sep 1 2020;59(5):469-477. doi:10.30802/AALAS-JAALAS-19-000139

21.     Van Norman GA. Limitations of Animal Studies for Predicting Toxicity in Clinical Trials: Is it Time to Rethink Our Current Approach? *JACC Basic Transl Sci*. Nov 2019;4(7):845-854. doi:10.1016/j.jacbts.2019.10.008

22.     Bailey J, Thew M, Balls M. Predicting human drug toxicity and safety via animal tests: can any one species predict drug toxicity in any other, and do monkeys help? *Altern Lab Anim*. Dec 2015;43(6):393-403. doi:10.1177/026119291504300607

23.     Arora T, Mehta AK, Joshi V, et al. Substitute of Animals in Drug Research: An Approach Towards Fulfillment of 4R's. *Indian J Pharm Sci*. Jan 2011;73(1):1-6. doi:10.4103/0250-474X.89750

24.     Burns PB, Rohrich RJ, Chung KC. The levels of evidence and their role in evidence-based medicine. *Plast Reconstr Surg*. Jul 2011;128(1):305-310. doi:10.1097/PRS.0b013e318219c171

25.     US Food and Drug Administration. CFR - Code of Federal Regulations Title 21, Part 312, Subpart A. Available at: https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?fr=312.2 Accessed on July 15, 2021.   .

26.     Siramshetty VB, Nickel J, Omieczynski C, Gohlke BO, Drwal MN, Preissner R. WITHDRAWN--a resource for withdrawn and discontinued drugs. *Nucleic Acids Res*. Jan 4 2016;44(D1):D1080-6. doi:10.1093/nar/gkv1192

27.     S. Lupkin One-Third of New Drugs Had Safety Problems After FDA Approval. NPR: Shots: Health News From NPR Available at: https://www.npr.org/sections/health-shots/2017/05/09/527575055/one-third-of-new-drugs-had-safety-problems-after-fda-approval (May 9, 2017), Accessed July 20, 2021.

28.     Downing NS, Shah ND, Aminawung JA, et al. Postmarket Safety Events Among Novel Therapeutics Approved by the US Food and Drug Administration Between 2001 and 2010. *JAMA*. May 9 2017;317(18):1854-1863. doi:10.1001/jama.2017.5150

29.      Hanley JA, Lippman-Hand A. If nothing goes wrong, is everything all right? Interpreting zero numerators. *JAMA*. Apr 1 1983;249(13):1743-5.

30.      US Food and Drug Administration.  Guidance for Industry Reports on the Status of Postmarketing Study Commitments — Implementation of Section 130 of the Food and Drug Administration Modernization Act of 1997. https://www.fda.gov/media/72031/download. Accessed June 8, 2021.

31.      US Food and Drug Administration.  Sandoz Inc. Issues Voluntary Recall of Ranitidine Hydrochloride Capsules 150mg and 300mg Due to An Elevated Amount of Unexpected Impurity, N-Nitrosodimethylamine (NDMA), in the Product https://www.fda.gov/safety/recalls-market-withdrawals-safety-alerts/sandoz-inc-issues-voluntary-recall-ranitidine-hydrochloride-capsules-150mg-and-300mg-due-elevated.  Accessed January 15, 2022.

32.      US Food and Drug Administration.  FDA Requests Removal of All Ranitidine Products (Zantac) from the Market. https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market. June 28, 2021.

33.      US Food and Drug Administration. FDA Updates and Press Announcements on NDMA in Zantac (ranitidine). Available at: https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine  Accessed on January 15, 2022.

34.      CVS Pharmacy Statement Regarding Zantac and Other Ranitidine Products. Available at: https://cvshealth.com/news-and-insights/press-releases/cvs-pharmacy-statement-regarding-zantac-and-other-ranitidine. Accessed on January 15, 2022.

35.      GSK recalls ranitidine products over potential carcinogen contamination. Available at: https://www.bmj.com/content/bmj/367/bmj.l5933.full.pdf Accessed on January 15, 2022.

36.      Sanofi to conduct precautionary voluntary recall of Zantac OTC in U.S. and Canada. Available at: https://www.news.sanofi.us/2019-10-18-Sanofi-to-conduct-precautionary-voluntary-recall-of-Zantac-OTC-in-U-S-and-Canada Accessed on January 15, 2022.

37.      US Food and Drug Administration. Control of Nitrosamine Impurities in Human Drugs.  Available at: https://www.fda.gov/regulatory-information/search-fda-guidance-documents/control-nitrosamine-impurities-human-drugs Accessed on January 15, 2022.

38.      US Food and Drug Administration.  Laboratory Tests | Ranitidine. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine June 28, 2021.

39.      US Food and Drug Administration.  Guidance for Industry: Control of Nitrosamine Impurities in Human Drugs. https://www.fda.gov/regulatory-information/search-fda-guidance-documents/control-nitrosamine-impurities-human-drugs. June 28, 2021.

40.      US Environmental Protection Agency.  Technical Fact Sheet – N-Nitroso-dimethylamine. https://www.epa.gov/sites/production/files/2014-03/documents/ffrrofactsheet_contaminant_ndma_january2014_final.pdf and https://cfpub.epa.gov/ncea/iris2/chemicalLanding.cfm?substance_nmbr=45 Accessed June 30, 2021

41.      Zantac (Ranitidine) Package Insert https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/018703s068,019675s035,020251s019lbl.pdf.  Accessed June 8, 2021.

42.      Ranitidine. PubChem by the National Library of Medicine. https://pubchem.ncbi.nlm.nih.gov/substance/135007307. Cited June 12, 2021.

43.      Histamine Type-2 Receptor Antagonists (H2 Blockers). *LiverTox: Clinical and Research Information on Drug-Induced Liver Injury*. National Institute of Diabetes and Digestive and Kidney Diseases; 2012.

44.      Skidgel RA. Chapter 39: Histamine, Bradykinin, and Their Antagonists. In: al Be, ed. *Goodman & Gilman's The Pharmacological Basis of Therapeutics*. McGraw-Hill; 2018.

45.      May D, Thiman, M, Rao, S.S.C. Chapter 32: Gastroesophageal Reflux Disease. In: al De, ed. *Pharmacotherapy: A Pathophysiologic Approach*. McGraw-Hill 2017.

46.      Sharkey KAM, W.K. Chapter 50: Gastrointestinal Motility and Water Flux, Emesis, and Biliary and Pancreatic Disease. In: al Be, ed. *Goodman & Gilman's The Pharmacological Basis of Therapeutics*. McGraw-Hill 2018.

47.      Sharkey KAM, W.K. Chapter 49: Pharmacotherapy for Gastric Acidity, Peptic Ulcers, and Gastroesophageal Reflux Disease. In: al Be, ed. *Goodman & Gilman's The Pharmacological Basis of Therapeutics*. McGraw-Hill 2018.

48.      Ranitidine. IBM Micromedex Solutions.  Truven Health Analytics, Inc. Ann Arbor, MI. http://www.micromedexsolutions.com.  Accessed June 15, 2021. .

49.      Timeline: Population Heartburn Medicine Zantac Pulled off Store Shelves. Reuters. October 2019.  Available online: https://www.reuters.com/article/us-health-fda-heartburn-timeline/timeline-popular-heartburn-medicine-zantac-pulled-off-store-shelves-idUSKBN1X014E. Accessed December 31, 2021.

50.      Product Information: ranitidine HCl oral tablets, oral capsules, ranitidine HCl oral tablets, oral capsules. GlaxoSmithKline.  Research Triangle Park, NC, 2009.

51.     Silver MT, Murdock RH, Jr., Morrill BB, Sue SO. Ranitidine 300 mg twice daily and 150 mg four-times daily are effective in healing erosive oesophagitis. *Aliment Pharmacol Ther*. Jun 1996;10(3):373-80. doi:10.1111/j.0953-0673.1996.00373.x

52.     Louis WJ, Mihaly GW, Hanson RG, et al. Pharmacokinetic and gastric secretory studies of ranitidine in man. *Scand J Gastroenterol Suppl*. Jun 1981;69:11-7.

53.     LiverTox: Clinical and Research Information on Drug- Induced Liver Injury [Internet]. Bethesda (MD): National Institute of Diabetes and Digestive and Kidney Diseases; 2012-. Ranitidine. Available at: https://www.ncbi.nlm.nih.gov/books/. Accessed September 23, 2021.

54.     Grant SM, Langtry HD, Brogden RN. Ranitidine. An updated review of its pharmacodynamic and pharmacokinetic properties and therapeutic use in peptic ulcer disease and other allied diseases. *Drugs*. Jun 1989;37(6):801-70. doi:10.2165/00003495-198937060-00003

55.     Abad-Santos F, Carcas AJ, Guerra P, et al. Evaluation of sex differences in the pharmacokinetics of ranitidine in humans. *J Clin Pharmacol*. Aug 1996;36(8):748-51. doi:10.1002/j.1552-4604.1996.tb04245.x

56.     Garg DC, Weidler DJ, Eshelman FN. Ranitidine bioavailability and kinetics in normal male subjects. *Clin Pharmacol Ther*. Apr 1983;33(4):445-52. doi:10.1038/clpt.1983.60

57.     Ranitidine. Clinical Pharmacology.  Elsevier Inc. Chicago, IL.  https://www.clinicalkey.com/pharmacology/ Accessed June 15, 2021. .

58.     US Food and Drug Administration. Code of Federal Regulations, Title 21, Chapter 1, Section 203.32 https://www.govinfo.gov/content/pkg/CFR-2011-title21-vol4/pdf/CFR-2011-title21-vol4-sec203-32.pdf. Accessed June 18, 2021.

59.     Farinde, A.  Pharmacodynamics.  In: The Merck Manual of Diagnosis and Therapy.  Whitehouse Station, NJ: Merck Sharp & Dohme Corp, 2020.  https://www.merckmanuals.com/professional/clinical-pharmacology/pharmacodynamics Accessed June 16, 2021.

60.     Eaton, D.L. and S.G. Gilbert. 2013. In: Casarett & Doull's Toxicology: The Basic Science of Poisons, 8th edition. Klaassen, C.D. (ed.) McGraw Hill: New York. Chapter 2, pp. 13-48.

61.     Shargel L, Yu AC. Chapter 9 Multiple-Dosage Regimens.  In Applied Biopharmaceutics & Pharmacokinetics, 7e; 2016. Available at: https://accesspharmacy.mhmedical.com/content.aspx?sectionid=100671120&bookid=1592 Accessed: June 25, 2021.

62.     Zhou Q, Ruan ZR, Yuan H, Jiang B, Xu DH. Pharmacokinetics and bioequivalence of ranitidine and bismuth derived from two compound preparations. *World J Gastroenterol*. May 7 2006;12(17):2742-8. doi:10.3748/wjg.v12.i17.2742

63.     Buxton, I.L.O. 2006. In: Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th edition. Brunton et al. (eds.) McGraw-Hill: New York. Chapter 1, pp. 12.

64.     Rowland, M. and T.N. Tozer. 2011. Clinical Pharmacokinetics and Pharmacodynamics: Concepts and Applications, 4th edition. Wolters Kluwer: Philadelphia, chapter 12).

65.     Ahmad SR. Adverse drug event monitoring at the Food and Drug Administration. *J Gen Intern Med*. Jan 2003;18(1):57-60. doi:10.1046/j.1525-1497.2003.20130.x

66.     Goldman SA. Limitations and strengths of spontaneous reports data. *Clin Ther*. 1998;20 Suppl C:C40-4. doi:10.1016/s0149-2918(98)80007-6

67.     Goldman SA, Kennedy DL. MedWatch: FDA's Medical Products Reporting Program. *Postgrad Med*. Mar 1998;103(3):13-6. doi:10.3810/pgm.1998.03.408

68.     Wysowski DK, Swartz L. Adverse drug event surveillance and drug withdrawals in the United States, 1969-2002: the importance of reporting suspected reactions. *Arch Intern Med*. Jun 27 2005;165(12):1363-9. doi:10.1001/archinte.165.12.1363

69.     Kearns GL, Moss MM, Clayton BD, Hewett DD. Pharmacokinetics and efficacy of digoxin specific Fab fragments in a child following massive digoxin overdose. *J Clin Pharmacol*. Oct 1989;29(10):901-8. doi:10.1002/j.1552-4604.1989.tb03252.x

70.     Reed MD, Blumer JL. Therapeutic drug monitoring in the pediatric intensive care unit. *Pediatr Clin North Am*. Dec 1994;41(6):1227-43. doi:10.1016/s0031-3955(16)38870-8

71.     Tange SM, Grey VL, Senecal PE. Therapeutic drug monitoring in pediatrics: a need for improvement. *J Clin Pharmacol*. Mar 1994;34(3):200-14. doi:10.1002/j.1552-4604.1994.tb03987.x

72.     Le, Jennifer and Bradley JS.  Pharmacodynamic considerations and special populations – pediatrics.  In:  Antibiotic Pharmacodynamics.  New York: Springer Science & Business Media LLC, 2014. .

73.     Gross AS. Best practice in therapeutic drug monitoring. *Br J Clin Pharmacol*. 2001;52 Suppl 1:5S-10S. doi:10.1046/j.1365-2125.2001.0520s1005.x

74.     Ried LD, Horn JR, McKenna DA. Therapeutic drug monitoring reduces toxic drug reactions: a meta-analysis. *Ther Drug Monit*. Jan 1990;12(1):72-8. doi:10.1097/00007691-199001000-00013

75.     Levy G. Pharmacologic target-mediated drug disposition. *Clin Pharmacol Ther*. Sep 1994;56(3):248-52. doi:10.1038/clpt.1994.134

76.     Roberts CJ. Clinical pharmacokinetics of ranitidine. *Clin Pharmacokinet*. May-Jun 1984;9(3):211-21. doi:10.2165/00003088-198409030-00003

77.     Ranitidine.  PubChem by the National Library of Medicine. https://pubchem.ncbi.nlm.nih.gov/substance/135007307 Cited June 12, 2021.

78.     Vinarov Z, Abdallah M, Agundez JAG, et al. Impact of gastrointestinal tract variability on oral drug absorption and pharmacokinetics: An UNGAP review. *Eur J Pharm Sci*. Jul 1 2021;162:105812. doi:10.1016/j.ejps.2021.105812

79.     Pond SM, Tozer TN. First-pass elimination. Basic concepts and clinical consequences. *Clin Pharmacokinet*. Jan-Feb 1984;9(1):1-25. doi:10.2165/00003088-198409010-00001

80.     Miller R. Pharmacokinetics and bioavailability of ranitidine in humans. *J Pharm Sci*. Oct 1984;73(10):1376-9. doi:10.1002/jps.2600731013

81.     Amir I, Anwar N, Baraona E, Lieber CS. Ranitidine increases the bioavailability of imbibed alcohol by accelerating gastric emptying. *Life Sci*. 1996;58(6):511-8. doi:10.1016/0024-3205(95)02316-x

82.     Arora S, Baraona E, Lieber CS. Alcohol levels are increased in social drinkers receiving ranitidine. *Am J Gastroenterol*. Jan 2000;95(1):208-13. doi:10.1111/j.1572-0241.2000.01686.x

83.     Bye A, Lacey LF, Gupta S, Powell JR. Effect of ranitidine hydrochloride (150 mg twice daily) on the pharmacokinetics of increasing doses of ethanol (0.15, 0.3, 0.6 g kg-1). *Br J Clin Pharmacol*. Feb 1996;41(2):129-33. doi:10.1111/j.1365-2125.1996.tb00170.x

84.     DiPadova C, Roine R, Frezza M, Gentry RT, Baraona E, Lieber CS. Effects of ranitidine on blood alcohol levels after ethanol ingestion. Comparison with other H2-receptor antagonists. *JAMA*. Jan 1 1992;267(1):83-6.

85.     Lauritsen K, Laursen LS, Rask-Madsen J. Clinical pharmacokinetics of drugs used in the treatment of gastrointestinal diseases (Part I). *Clin Pharmacokinet*. Jul 1990;19(1):11-31. doi:10.2165/00003088-199019010-00002

86.     Roberts MS, Magnusson BM, Burczynski FJ, Weiss M. Enterohepatic circulation: physiological, pharmacokinetic and clinical implications. *Clin Pharmacokinet*. 2002;41(10):751-90. doi:10.2165/00003088-200241100-00005

87.     Shim CK, Hong JS. Inter- and intrasubject variations of ranitidine pharmacokinetics after oral administration to normal male subjects. *J Pharm Sci*. Dec 1989;78(12):990-4. doi:10.1002/jps.2600781204

88.     Chrenova J, Durisova M, Mircioiu C, Dedik L. Effect of gastric emptying and entero-hepatic circulation on bioequivalence assessment of ranitidine. *Methods and findings in experimental and clinical pharmacology*. 2010;32(6):413-419. doi:10.1358/mf.2010.32.6.1472184

89.     Barreto EF, Larson TR, Koubek EJ. Drug Excretion.

90.     Shim CH, JS.; Lee, CK.; Han, IS.; and Choi, KS. Bioequivalence Study of Ranitidine Tablet *Arch Pharm Res*. 1990;13(2):180-186.

91.     Woodings EP, Dixon GT, Harrison C, Carey P, Richards DA. Ranitidine--a new H2-receptor antagonist. *Gut*. Mar 1980;21(3):187-91. doi:10.1136/gut.21.3.187

92.     Zhang C, Wang L, Guan X, et al. Rapid determination of ranitidine in human plasma by liquid chromatography-tandem mass spectrometry and its application to a clinical pharmacokinetic study. *Chemical Research in Chinese Universities*. 2010;26(6):910-914.

93.     Formulations, Routes, and Dosage Design. *Drug Safety Evaluation*. 2010:121-184.

94.     Mushambi MC, Trotter TN, Barker P, Rowbotham DJ. A comparison of gastric emptying rate after cimetidine and ranitidine measured by applied potential tomography. *Br J Clin Pharmacol*. Sep 1992;34(3):278-80. doi:10.1111/j.1365-2125.1992.tb04139.x

95.     Parkman HP, Urbain JL, Knight LC, et al. Effect of gastric acid suppressants on human gastric motility. *Gut*. Feb 1998;42(2):243-50. doi:10.1136/gut.42.2.243

96.     Basit AW, Newton JM, Lacey LF. Susceptibility of the H2-receptor antagonists cimetidine, famotidine and nizatidine, to metabolism by the gastrointestinal microflora. *Int J Pharm*. Apr 26 2002;237(1-2):23-33. doi:10.1016/s0378-5173(02)00018-2

97.     Ashiru DA, Patel R, Basit AW. Polyethylene glycol 400 enhances the bioavailability of a BCS class III drug (ranitidine) in male subjects but not females. *Pharm Res*. Oct 2008;25(10):2327-33. doi:10.1007/s11095-008-9635-y

98.     Scheife RT. Protein binding: what does it mean? *DICP: The Annals of Pharmacotherapy*. 1989;23(7-8 Suppl):S27-S31.

99.     Gao Z, Karfunkle M, Ye W, et al. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. *JAMA Netw Open*. Jun 1 2021;4(6):e2118253. doi:10.1001/jamanetworkopen.2021.18253

100.    Braunstein LZ, Kantor ED, O'Connell K, et al. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. *JAMA Netw Open*. Jan 4 2021;4(1):e2034766. doi:10.1001/jamanetworkopen.2020.34766

101.    White CM, Hernandez AV. Ranitidine and Risk of N-Nitrosodimethylamine (NDMA) Formation. *JAMA*. Jul 20 2021;326(3):225-227. doi:10.1001/jama.2021.10043

102.    Sharma R, Sharma S. Physiology, Blood Volume. *StatPearls*. 2021.

103.    van Hecken AM, Tjandramaga TB, Mullie A, Verbesselt R, de Schepper PJ. Ranitidine: single dose pharmacokinetics and absolute bioavailability in man. *Br J Clin Pharmacol*. Aug 1982;14(2):195-200. doi:10.1111/j.1365-2125.1982.tb01961.x

104.    Hagemann TM. Gastrointestinal medications and breastfeeding. *J Hum Lact*. Sep 1998;14(3):259-62. doi:10.1177/089033449801400321

105.    Kearns GL, McConnell RF, Jr., Trang JM, Kluza RB. Appearance of ranitidine in breast milk following multiple dosing. *Clin Pharm*. May-Jun 1985;4(3):322-4.

106.    Broussard CN, Richter JE. Treating gastro-oesophageal reflux disease during pregnancy and lactation: what are the safest therapy options? *Drug Saf*. Oct 1998;19(4):325-37. doi:10.2165/00002018-199819040-00007

107.    Armentano G, Bracco PL, Di Silverio C. Ranitidine in the treatment of reflux oesophagitis in pregnancy. *Clin Exp Obstet Gynecol*. 1989;16(4):130-3.

108.    World Health Organization.  N-Nitrosodimethylamine.  Published 2002. https://www.who.int/ipcs/publications/cicad/en/cicad38.pdf Accessed January 8, 2022.

109.    Lipscomb JC, Haddad S, Poet T, Krishnan K. Physiologically-based pharmacokinetic (PBPK) models in toxicity testing and risk assessment. *Adv Exp Med Biol*. 2012;745:76-95. doi:10.1007/978-1-4614-3055-1_6

110.    Mirvish SS. Role of N-nitroso compounds (NOC) and N-nitrosation in etiology of gastric, esophageal, nasopharyngeal and bladder cancer and contribution to cancer of known exposures to NOC. *Cancer Lett*. Jun 29 1995;93(1):17-48. doi:10.1016/0304-3835(95)03786-V

111.    Thomas R, Thresher A, Ponting DJ. Utilisation of parametric methods to improve percentile-based estimates for the carcinogenic potency of nitrosamines. *Regul Toxicol Pharmacol*. Apr 2021;121:104875. doi:10.1016/j.yrtph.2021.104875

112.    International Agency for Research on Cancer (IARC) Working Group on the Evaluation of the Carcnogenic Risk of Chemicals to Humans. N-Nitrosodimethylamine. In IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans. Some N-Nitroso Compounds. Switzerland: World Health Organization, 1978(17):125–175.

113.    Eisenbrand G, Spiegelhalder B, Janzowski C, Kann J, Preussmann R. Volatile and non-volatile N-nitroso compounds in foods and other environmental media. *IARC Sci Publ*. 1978;(19):311-24.

114.    Mitch WA, Sharp, J.O., Trussell, R.R., Valentine, R.L., Alvarez-Cohen, L. and Sedlak, D.L. . N-Nitrosodimethylamine (NDMA) as a Drinking Water Contaminant: A Review.  Availabe at: https://superfund.berkeley.edu/pdf/231.pdf. *Environmental Engineering Science*. 2003;20(5)

115.    Mitch WA, Sedlak DL. Formation of N-nitrosodimethylamine (NDMA) from dimethylamine during chlorination. *Environ Sci Technol*. Feb 15 2002;36(4):588-95. doi:10.1021/es010684q

116.    Le Roux J, Gallard H, Croue JP, Papot S, Deborde M. NDMA formation by chloramination of ranitidine: kinetics and mechanism. *Environ Sci Technol*. Oct 16 2012;46(20):11095-103. doi:10.1021/es3023094

117.    Spiegelhalder B, Eisenbrand G, Preussmann R. Urinary excretion of N-nitrosamines in rats and humans. *IARC Sci Publ*. 1982;(41):443-9.

118.    Agency for Toxic Substances and Disease Registry (ATSDR) and Environmental Protection Agency (EPA). Toxicology Profile of N-Nitrosodimethylamine, December 1989 https://www.atsdr.cdc.gov/toxprofiles/tp141.pdf Accessed July 3, 2021.

119.    Gombar CT, Pylypiw HM, Jr., Harrington GW. Pharmacokinetics of N-nitrosodimethylamine in beagles. *Cancer Res*. Jan 15 1987;47(2):343-7.

120.    Gombar CT, Harrington GW, Pylypiw HM, Jr., et al. Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. *Cancer Res*. Jul 15 1990;50(14):4366-70.

121.    Gombar CT, Harrington GW, Pylypiw HM, Jr., et al. Pharmacokinetics of N-nitrosodimethylamine in swine. *Carcinogenesis*. Aug 1988;9(8):1351-4. doi:10.1093/carcin/9.8.1351

122.    Liteplo, RG, Meek, ME, Windle, W. Concise International Chemical Assessment Document 38—N-nitrosodimethylamine. https://www.who.int/ipcs/publications/cicad/en/cicad38.pdf. Accessed June 29, 2021. .

123.    Anderson LM, Harrington GW, Pylypiw HM, Jr., Hagiwara A, Magee PN. Tissue levels and biological effects of N-nitrosodimethylamine in mice during chronic low or high dose exposure with or without ethanol. *Drug Metab Dispos*. Nov-Dec 1986;14(6):733-9.

124.    Diaz Gomez MI, Tamayo D, Castro JA. Administration of N-nitrosodimethylamine, N-nitrosopyrrolidine, or N'-nitrosonornicotine to nursing rats: their interactions with liver and kidney nucleic acids from sucklings. *J Natl Cancer Inst*. Jun 1986;76(6):1133-6.

125.    Johansson-Brittebo E, Tjalve H. Studies on the distribution and metabolism of 14C-dimethylnitrosamine in foetal and young mice. *Acta Pharmacol Toxicol (Copenh)*. Jul 1979;45(1):73-80. doi:10.1111/j.1600-0773.1979.tb02363.x

126.    Pegg AE. Metabolism of N-nitrosodimethylamine. *IARC Sci Publ*. 1980;(27):3-22.

127.    Encell L, Foiles PG, Gold B. The relationship between N-nitrosodimethylamine metabolism and DNA methylation in isolated rat hepatocytes. *Carcinogenesis*. May 1996;17(5):1127-34. doi:10.1093/carcin/17.5.1127

128.    Tricker AR, Preussmann R. Carcinogenic N-nitrosamines in the diet: occurrence, formation, mechanisms and carcinogenic potential. *Mutat Res*. Mar-Apr 1991;259(3-4):277-89. doi:10.1016/0165-1218(91)90123-4

129.    Heit C, Dong H, Chen Y, Thompson DC, Deitrich RA, Vasiliou VK. The role of CYP2E1 in alcohol metabolism and sensitivity in the central nervous system. *Subcell Biochem*. 2013;67:235-247. doi:10.1007/978-94-007-5881-0_8

130.    Gonzalez FJ. Role of cytochromes P450 in chemical toxicity and oxidative stress: studies with CYP2E1. *Mutation Research/Fundamental and Molecular Mechanisms of Mutagenesis*. 2005/01/06/ 2005;569(1):101-110. doi:https://doi.org/10.1016/j.mrfmmm.2004.04.021

131.    Pottegard A, Kristensen KB, Ernst MT, Johansen NB, Quartarolo P, Hallas J. Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. *BMJ*. Sep 12 2018;362:k3851. doi:10.1136/bmj.k3851

132.    Walters CL, Dyke CS, Saxby MJ. Nitrosation of food amines under stomach conditions. *IARC Sci Publ*. 1976;(14):181-93.

133.    Ma L, Hu L, Feng X, Wang S. Nitrate and Nitrite in Health and Disease. *Aging Dis*. Oct 2018;9(5):938-945. doi:10.14336/AD.2017.1207

134.    Walters CL. The exposure to humans to nitrite. *Oncology*. 1980;37(4):289-96. doi:10.1159/000225455

135.    Xia DS, Deng DJ, Wang SL. Destruction of parotid glands affects nitrate and nitrite metabolism. *J Dent Res*. Feb 2003;82(2):101-5. doi:10.1177/154405910308200205

136.    Qin L, Liu X, Sun Q, et al. Sialin (SLC17A5) functions as a nitrate transporter in the plasma membrane. *Proc Natl Acad Sci U S A*. Aug 14 2012;109(33):13434-9. doi:10.1073/pnas.1116633109

137.    Qu XM, Wu ZF, Pang BX, Jin LY, Qin LZ, Wang SL. From Nitrate to Nitric Oxide: The Role of Salivary Glands and Oral Bacteria. *J Dent Res*. Dec 2016;95(13):1452-1456. doi:10.1177/0022034516673019

138.    Govoni M, Jansson EA, Weitzberg E, Lundberg JO. The increase in plasma nitrite after a dietary nitrate load is markedly attenuated by an antibacterial mouthwash. *Nitric Oxide*. Dec 2008;19(4):333-7. doi:10.1016/j niox.2008.08.003

139.    Mowat C, McColl KE. Alterations in intragastric nitrite and vitamin C levels during acid inhibitory therapy. *Best Pract Res Clin Gastroenterol*. Jun 2001;15(3):523-37. doi:10.1053/bega.2000.0196

140.    McKnight GM, Smith LM, Drummond RS, Duncan CW, Golden M, Benjamin N. Chemical synthesis of nitric oxide in the stomach from dietary nitrate in humans. *Gut*. Feb 1997;40(2):211-4. doi:10.1136/gut.40.2.211

141.    Lundberg JO, Carlstrom M, Larsen FJ, Weitzberg E. Roles of dietary inorganic nitrate in cardiovascular health and disease. *Cardiovasc Res*. Feb 15 2011;89(3):525-32. doi:10.1093/cvr/cvq325

142.    Tannenbaum SR. Nitrate and nitrite: origin in humans. *Science*. Sep 28 1979;205(4413):1332, 1334-7. doi:10.1126/science.472750

143.    Yoshida K, Kasama K, Kitabatake M, Okuda M, Imai M. Metabolic fate of nitric oxide. *Int Arch Occup Environ Health*. 1980;46(1):71-7. doi:10.1007/BF00377461

144.    Kelm M. The L-arginine-nitric oxide pathway in hypertension. *Curr Hypertens Rep*. Feb 2003;5(1):80-6. doi:10.1007/s11906-003-0015-z

145.    Weitzberg E, Lundberg JO. Novel aspects of dietary nitrate and human health. *Annu Rev Nutr*. 2013;33:129-59. doi:10.1146/annurev-nutr-071812-161159

146.    Zweier JL, Li H, Samouilov A, Liu X. Mechanisms of nitrite reduction to nitric oxide in the heart and vessel wall. *Nitric Oxide*. Feb 15 2010;22(2):83-90. doi:10.1016/j niox.2009.12.004

147.    Garland WA, Kuenzig W, Rubio F, Kornychuk H, Norkus EP, Conney AH. Urinary excretion of nitrosodimethylamine and nitrosoproline in humans: interindividual and intraindividual differences and the effect of administered ascorbic acid and alpha-tocopherol. *Cancer Res*. Oct 1986;46(10):5392-400.

148.    Spiegelhalder B, Preussmann R. In vivo nitrosation of amidopyrine in humans: use of 'ethanol effect' for biological monitoring of N-nitrosodimethylamine in urine. *Carcinogenesis*. Apr 1985;6(4):545-8. doi:10.1093/carcin/6.4.545

149.    Swann PF. Effect of ethanol on nitrosamine metabolism and distribution. Implications for the role of nitrosamines in human cancer and for the influence of alcohol consumption on cancer incidence. *IARC Sci Publ*. 1984;(57):501-12.

150.    Swann PF, Graves RJ, Mace R. International Commission for Protection against Environmental Mutagens and Carcinogens. ICPEMC Working Paper No. 15/6. Effect of ethanol on nitrosamine metabolism and distribution. Implications for the role of nitrosamines in human cancer and for the influence of alcohol consumption on cancer incidence. *Mutat Res*. Nov 1987;186(3):261-7. doi:10.1016/0165-1110(87)90008-x

151.    Anderson LM. Increased numbers of N-nitrosodimethylamine-initiated lung tumors in mice by chronic co-administration of ethanol. *Carcinogenesis*. Sep 1988;9(9):1717-9. doi:10.1093/carcin/9.9.1717

152.    Harrington GW, Magee PN, Pylypiw HM, Jr., et al. The formation, disposition, and hepatic metabolism of dimethylnitrosamine in the pig. *Drug Metab Dispos*. Sep-Oct 1990;18(5):626-31.

153. Boyland E, Nice E, Williams K. The catalysis of nitrosation by thiocyanate from saliva. *Food Cosmet Toxicol*. Oct 1971;9(5):639-43. doi:10.1016/0015-6264(71)90151-9

154. Boyland E, Walker SA. Effect of thiocyanate on nitrosation of amines. *Nature*. 1974/04/01 1974;248(5449):601-602. doi:10.1038/248601a0

155. Walters CL, Carr FP, Dyke CS, Saxby MJ, Smith PL, Walker R. Nitrite sources and nitrosamine formation in vitro and in vivo. *Food Cosmet Toxicol*. Oct 1979;17(5):473-9. doi:10.1016/0015-6264(79)90006-3

156. Riley RS, McPherson RA. Basic examination of urine. In: McPherson RA, Pincus MR, eds. Henry's Clinical Diagnosis and Management by Laboratory Methods. 23rd ed. St Louis, MO: Elsevier; 2017:chap 28.

157. Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. *Carcinogenesis*. Jun 2016;37(6):625-634. doi:10.1093/carcin/bgw034

158. World Health Organization. N-Nitrosodimethylamine in Drinking-Water: Background Document for Development of WHO Guidelines for Drinking-Water Quality. Published 2008. https://www.who.int/water_sanitation_health/dwq/chemicals/ndma_2add_feb2008.pdf. Accessed September 15, 2021.

159. Geliebter A. Gastric distension and gastric capacity in relation to food intake in humans. *Physiol Behav*. 1988;44(4-5):665-8. doi:10.1016/0031-9384(88)90333-2

160. Centers for Disease Control and Prevention. Adult Obesity Facts. Available at: https://www.cdc.gov/obesity/data/adult.html Accessed on September 22, 2021.

161. Centers for Disease Control and Prevention. Childhood Obesity Facts. Available at: https://www.cdc.gov/obesity/data/childhood.html Accessed on September 22, 2021.

162. Walters CL, Downes MJ, Edwards MW, Smith PL. Determination of a non-volatile N-nitrosamine on a food matrix. *Analyst*. Nov 1978;103(1232):1127-33. doi:10.1039/an9780301127

163. Tanner, R.J.N. The determination of n-nitrosodimethylamine formed by the reaction of ranitidine hydrochloride with sodium nitrite. 1982. Report No WBP 82:011 Biochemical Pharmacology of Glaxo Group Research Limited.

164. Mirvish SS, Gold B, Eagen M, Arnold S. Kinetics of the nitrosation of aminopyrine to give dimethylnitrosamine. *Z Krebsforsch Klin Onkol Cancer Res Clin Oncol*. 1974;82(4):259-68. doi:10.1007/BF00285560

165. Singer, G.M. The mechanism of nitrosation of tertiary amines, in 'N-nitroso comounds. Analysis, formation and occurrence', IARC scientific publication no. 31., ed Walker EA, Griciute L, Castegnaro M and Borzsonyi M, IARC, Lyon, 1980, 139-151. .

166. Lijinsky, W., Conrad, E., and Van de Bogart, R. Formation of carcinogenic nitrosamines by interactions of drugs with nitrite, in 'N-nitroso compounds analysis and formation', IARC scientific publication No,3, ed Bogovski P, Preussman Rand Walker E.A. IARC, Lyon, 1972, 130-133,.

167. Florian J, Matta MK, DePalma R, et al. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. *JAMA*. Jul 20 2021;326(3):240-249. doi:10.1001/jama.2021.9199

168. Rolls BJ, Castellanos VH, Halford JC, et al. Volume of food consumed affects satiety in men. *Am J Clin Nutr*. Jun 1998;67(6):1170-7. doi:10.1093/ajcn/67.6.1170

169. US Department of Agriculture. Dietary Guidelines for Americans, 2020-2025. Make Every Bite Count With the Dietary Guidelines. https://www.dietaryguidelines.gov. Accessed December 15, 2021.

170. McLauchlan G, Fullarton GM, Crean GP, McColl KE. Comparison of gastric body and antral pH: a 24 hour ambulatory study in healthy volunteers. *Gut*. May 1989;30(5):573-8. doi:10.1136/gut.30.5.573

171. Abuhelwa AY, Foster DJR, Upton RN. A Quantitative Review and Meta-Models of the Variability and Factors Affecting Oral Drug Absorption—Part I: Gastrointestinal pH. *The AAPS journal*. 2016;18(5):1309-1321. doi:10.1208/s12248-016-9952-8

172. Mills EJ, Chan AW, Wu P, Vail A, Guyatt GH, Altman DG. Design, analysis, and presentation of crossover trials. *Trials*. Apr 30 2009;10:27. doi:10.1186/1745-6215-10-27

173. Reed JF, 3rd. Analysis of two-treatment, two-period crossover trials in emergency medicine. *Ann Emerg Med*. Jan 2004;43(1):54-8. doi:10.1016/s0196-0644(03)00661-9

174. Walsh JH, Richardson CT, Fordtran JS. pH dependence of acid secretion and gastrin release in normal and ulcer subjects. *J Clin Invest*. Mar 1975;55(3):462-8. doi:10.1172/JCI107952

175. Fraser AG, Lam WM, Luk YW, et al. Effect of ranitidine bismuth citrate on postprandial plasma gastrin and pepsinogens. *Gut*. Mar 1993;34(3):338-42. doi:10.1136/gut.34.3.338

176. Ohsawa T, Hirata W, Higichi S. Effects of three H2-receptor antagonists (cimetidine, famotidine, ranitidine) on serum gastrin level. *Int J Clin Pharmacol Res*. 2002;22(2):29-35.

177. Lanzon-Miller S, Pounder RE, Hamilton MR, et al. Twenty-four-hour intragastric acidity and plasma gastrin concentration before and during treatment with either ranitidine or omeprazole. *Aliment Pharmacol Ther*. Jun 1987;1(3):239-51. doi:10.1111/j.1365-2036.1987.tb00623.x

178. Archer MC, Lee L, Bruce WR. Analysis and formation of nitrosamines in the human intestine. *IARC Sci Publ*. 1982;(41):357-63.

179.    Ziegler RG, Morris LE, Blot WJ, Pottern LM, Hoover R, Fraumeni JF, Jr. Esophageal cancer among black men in Washington, D.C. II. Role of nutrition. *J Natl Cancer Inst*. Dec 1981;67(6):1199-206.

180.    Lele PS, Dunn SR, Simenhoff ML. Nutritional and metabolic modulation of the carcinogen nitrosodimethylamine in chronic renal failure. *Kidney Int Suppl*. Oct 1987;22:S159-61.

181.    Lele PS, Dunn SR, Simenhoff ML, Fiddler W, Pensabene JW. Evidence for generation of the precarcinogen nitrosodimethylamine in the small intestine in chronic renal failure. *Kidney Int Suppl*. Dec 1983;16:S229-33.

182.    Chung DC, Podolsky DK. Chapter 3 - Cellular Growth and Neoplasia. In: Feldman M, Friedman LS, Brandt LJ, eds. *Sleisenger and Fordtran's Gastrointestinal and Liver Disease (Ninth Edition)*. W.B. Saunders; 2010:31-44.e2.

183.    Skipper PL, Tomera JF, Wishnok JS, Brunengraber H, Tannenbaum SR. Pharmacokinetic model for N-nitrosodimethylamine based on Michaelis-Menten constants determined with the isolated perfused rat liver. *Cancer Res*. Oct 1983;43(10):4786-90.

184.    Arinç E, Arslan S, Bozcaarmutlu A, Adali O. Effects of diabetes on rabbit kidney and lung CYP2E1 and CYP2B4 expression and drug metabolism and potentiation of carcinogenic activity of N-nitrosodimethylamine in kidney and lung. *Food Chem Toxicol*. Jan 2007;45(1):107-18. doi:10.1016/j.fct.2006.07.026

185.    Arinç E, Adali O, Gençler-Ozkan AM. Induction of N-nitrosodimethylamine metabolism in liver and lung in by in vivo pyridine treatments of rabbits. *Arch Toxicol*. Aug 2000;74(6):329-34. doi:10.1007/s002040000108

186.    Forkert PG, Lee RP, Reid K. Involvement of CYP2E1 and carboxylesterase enzymes in vinyl carbamate metabolism in human lung microsomes. *Drug Metab Dispos*. Mar 2001;29(3):258-63.

187.    National Institute of Diabetes and Digestive and Kidney Diseases.  The Urinary Tract & How It Works. https://www.niddk.nih.gov/health-information/urologic-diseases/urinary-tract-how-it-works Accessed January 8, 2022.

188.    Poirier S, Ohshima H, de-The G, Hubert A, Bourgade MC, Bartsch H. Volatile nitrosamine levels in common foods from Tunisia, south China and Greenland, high-risk areas for nasopharyngeal carcinoma (NPC). *Int J Cancer*. Mar 15 1987;39(3):293-6. doi:10.1002/ijc.2910390305

189.    Nair A, Morsy MA, Jacob S. Dose translation between laboratory animals and human in preclinical and clinical phases of drug development. *Drug Dev Res*. Dec 2018;79(8):373-382. doi:10.1002/ddr.21461

190.    Streeter AJ, Nims RW, Sheffels PR, et al. Metabolic denitrosation of N-nitrosodimethylamine in vivo in the rat. *Cancer Res*. Feb 15 1990;50(4):1144-50.

191.    Pegg AE, Perry W. Alkylation of nucleic acids and metabolism of small doses of dimethylnitrosamine in the rat. *Cancer Res*. Aug 1981;41(8):3128-32.

192.    Swann PF, Mace R, Angeles RM, Keefer LK. Deuterium isotope effect on metabolism of N-nitrosodimethylamine in vivo in rat. *Carcinogenesis*. 1983;4(7):821-5. doi:10.1093/carcin/4.7.821

193.    Mico BA, Swagzdis JE, Hu HS, Keefer LK, Oldfield NF, Garland WA. Low-dose in vivo pharmacokinetic and deuterium isotope effect studies of N-nitrosodimethylamine in rats. *Cancer Res*. Dec 1985;45(12 Pt 1):6280-5.

194.    Pegg AE. Alkylation of rat liver DNA by dimethylnitrosamine: effect of dosage on O6-methylguanine levels. *J Natl Cancer Inst*. Mar 1977;58(3):681-7. doi:10.1093/jnci/58.3.681

195.    Verna L, Whysner J, Williams GM. N-nitrosodiethylamine mechanistic data and risk assessment: bioactivation, DNA-adduct formation, mutagenicity, and tumor initiation. *Pharmacol Ther*. 1996;71(1-2):57-81. doi:10.1016/0163-7258(96)00062-9

196.    Arimoto-Kobayashi S, Kaji K, Sweetman GM, Hayatsu H. Mutation and formation of methyl- and hydroxylguanine adducts in DNA caused by N-nitrosodimethylamine and N-nitrosodiethylamine with UVA irradiation. *Carcinogenesis*. Dec 1997;18(12):2429-33. doi:10.1093/carcin/18.12.2429

197.    Valentine JL, Lee SST, Seaton MJ, et al. Reduction of benzene metabolism and toxicity in mice that lack CYP2E1 expression. *Toxicology and Applied Pharmacology*. 1996/11/01/ 1996;141(1):205-213. doi:https://doi.org/10.1016/S0041-008X(96)80026-3

198.    Kim D-H, Guengerich FP. Formation of the DNA adduct S-[2-(N7-guanyl)ethyl]glutathione from ethylene dibromide: effects of modulation of glutathione and glutathione S-transferase levels and lack of a role for sulfation. *Carcinogenesis*. 1990;11(3):419-424. doi:10.1093/carcin/11.3.419

199.    Luo Y-S, Furuya S, Soldatov VY, et al. Metabolism and Toxicity of Trichloroethylene and Tetrachloroethylene in Cytochrome P450 2E1 Knockout and Humanized Transgenic Mice. *Toxicological Sciences*. 2018;164(2):489-500. doi:10.1093/toxsci/kfy099

200.    Lee VM, Keefer LK, Archer MC. An evaluation of the roles of metabolic denitrosation and alpha-hydroxylation in the hepatotoxicity of N-Nitrosodimethylamine. *Chem Res Toxicol*. Dec 1996;9(8):1319-24. doi:10.1021/tx960077u

201.    Tan W, Song N, Wang GQ, et al. Impact of genetic polymorphisms in cytochrome P450 2E1 and glutathione S-transferases M1, T1, and P1 on susceptibility to esophageal cancer among high-risk individuals in China. *Cancer Epidemiol Biomarkers Prev*. Jun 2000;9(6):551-6.

202.    Bergheim I, Bode C, Parlesak A. Distribution of cytochrome P450 2C, 2E1, 3A4, and 3A5 in human colon mucosa. *BMC Clinical Pharmacology*. 2005/10/27 2005;5(1):4. doi:10.1186/1472-6904-5-4

203.     Wacke R, Kirchner A, Prall F, et al. Up-regulation of cytochrome P450 1A2, 2C9, and 2E1 in chronic pancreatitis. *Pancreas*. May 1998;16(4):521-8. doi:10.1097/00006676-199805000-00011

204.     Yang J, Qian LX, Wu HF, et al. Genetic polymorphisms in the cytochrome P450 1A1 and 2E1 genes, smoking, drinking and prostate cancer susceptibility: a case-control study in a Han nationality population in Southern China. *Int J Urol*. Jun 2006;13(6):773-80. doi:10.1111/j.1442-2042.2006.01401.x

205.     Sheweita SA, Abu El-Maati MR, El-Shahat FG, Bazeed MA. Changes in the expression of cytochrome P450 2E1 and the activity of carcinogen-metabolizing enzymes in Schistosoma haematobium-infected human bladder tissues. *Toxicology*. Apr 12 2001;162(1):43-52. doi:10.1016/s0300-483x(01)00357-2

206.     Caro AA, Cederbaum AI. Oxidative stress, toxicology, and pharmacology of CYP2E1. *Annu Rev Pharmacol Toxicol*. 2004;44:27-42. doi:10.1146/annurev.pharmtox.44.101802.121704

207.     Liu LG, Yan H, Yao P, et al. CYP2E1-dependent hepatotoxicity and oxidative damage after ethanol administration in human primary hepatocytes. *World J Gastroenterol*. Aug 7 2005;11(29):4530-5. doi:10.3748/wjg.v11.i29.4530

208.     Knockaert L, Fromenty B, Robin MA. Mechanisms of mitochondrial targeting of cytochrome P450 2E1: physiopathological role in liver injury and obesity. *Febs j*. Nov 2011;278(22):4252-60. doi:10.1111/j.1742-4658.2011.08357.x

209.     Navasumrit P, Ward TH, O'Connor PJ, Nair J, Frank N, Bartsch H. Ethanol enhances the formation of endogenously and exogenously derived adducts in rat hepatic DNA. *Mutation Research/Fundamental and Molecular Mechanisms of Mutagenesis*. 2001/08/08/ 2001;479(1):81-94. doi:https://doi.org/10.1016/S0027-5107(01)00156-7

210.     Magee, P. N., Montesanu. R., and Preussmann, R. Chemical carcinogenesis. Am. Chem. Soc. Monogr., 173:449-626, 1977.

211.     Swann PF, Coe AM, Mace R. Ethanol and dimethylnitrosamine and diethylnitrosamine metabolism and disposition in the rat. Possible relevance to the influence of ethanol on human cancer incidence. *Carcinogenesis*. Oct 1984;5(10):1337-43. doi:10.1093/carcin/5.10.1337

212.     Griciute L, Castegnaro M, Bereziat JC. Influence of ethyl alcohol on carcinogenesis with N-nitrosodimethylamine. *Cancer Lett*. Sep 1981;13(4):345-52. doi:10.1016/0304-3835(81)90063-x

213.     Herron DC, Shank RC. Methylated purines in human liver DNA after probable dimethylnitrosamine poisoning. *Cancer Res*. Sep 1980;40(9):3116-7.

214.     Mahmood I. Misconceptions and issues regarding allometric scaling during the drug development process. *Expert Opin Drug Metab Toxicol*. Aug 2018;14(8):843-854. doi:10.1080/17425255.2018.1499725

215.     Natale S, Bradley J, Nguyen WH, et al. Pediatric Obesity: Pharmacokinetic Alterations and Effects on Antimicrobial Dosing. *Pharmacotherapy*. Mar 2017;37(3):361-378. doi:10.1002/phar.1899

216.     Le J, Bradley JS. Optimizing Antibiotic Drug Therapy in Pediatrics: Current State and Future Needs. *J Clin Pharmacol*. Oct 2018;58 Suppl 10:S108-S122. doi:10.1002/jcph.1128

217.     Dedrick RL. Animal scale-up. *J Pharmacokinet Biopharm*. Oct 1973;1(5):435-61. doi:10.1007/BF01059667

218.     Peto R. Epidemiology, multistage models, and short-term mutagenicity tests. *Int J Epidemiol*. Jun 2016;45(3):621-37. doi:10.1093/ije/dyv199

219.     US Food and Drug Administration.  Guidance for Industry Estimating the Maximum Safe Starting Dose in Initial Clinical Trials for Therapeutics in Adult Healthy Volunteers.  https://www.fda.gov/media/72309/download. Accessed January 8, 2022.

220.     Prior H, Baldrick P, Beken S, et al. Opportunities for use of one species for longer-term toxicology testing during drug development: A cross-industry evaluation. *Regul Toxicol Pharmacol*. Jun 2020;113:104624. doi:10.1016/j.yrtph.2020.104624

221.     Huang Y, Wang L, Zhong C, Huang S. Factors influencing the attention to home storage of medicines in China. *BMC Public Health*. Jun 27 2019;19(1):833. doi:10.1186/s12889-019-7167-5

222.     Funk OG, Yung R, Arrighi S, Lee S. Medication Storage Appropriateness in US Households. *Innov Pharm*. 2021;12(2)doi:10.24926/iip.v12i2.3822

223.     Alqurshi A. Household storage of pharmaceutical products in Saudi Arabia; A call for utilising smart packaging solutions. *Saudi Pharm J*. Nov 2020;28(11):1411-1419. doi:10.1016/j.jsps.2020.09.006

224.     Valisure. Valisure citizen petition of ranitidine. https://www.valisure.com/wp-content/uploads/Valisure-Ranitidine-FDA-Citizen-Petition-v4.12.pdf. Published September 9, 2019. Accessed June 28, 2021.

225.     Emery Pharma Ranitidine: FDA Citizen Petition. News release. Emery Pharma. January 7, 2020. https://emerypharma.com/news/emery-pharma-ranitidine-fda-citizen-petition/#:~:text=Alameda%2C%20CA%20%E2%80%93%20On%20January%202,brand%20names%2C%20including%20Zantac%C2%AE.  Accessed June 28, 2021.

226.     Teraoka R, Otsuka M, Matsuda Y. Effects of temperature and relative humidity on the solid-state chemical stability of ranitidine hydrochloride. *J Pharm Sci*. Jun 1993;82(6):601-4. doi:10.1002/jps.2600820611

227.     Shen R, Andrews SA. Demonstration of 20 pharmaceuticals and personal care products (PPCPs) as nitrosamine precursors during chloramine disinfection. *Water Res*. Jan 2011;45(2):944-52. doi:10.1016/j.watres.2010.09.036

228.     Schmidt, C.K., Sacher, F., Brauch, H.J., 2006. Strategies for minimizing formation of NDMA and other nitrosamines during disinfection of drinking water. In: Proceedings of the AWWA Water Quality Technology Conference, Denvor, C.O., November 5-9, 2006.

229.     Park JE, Seo JE, Lee JY, Kwon H. Distribution of Seven N-Nitrosamines in Food. *Toxicol Res*. Sep 2015;31(3):279-88. doi:10.5487/TR.2015.31.3.279

230.     US Food and Drug Administration.  Guidance for Industry M7(R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals To Limit Potential Carcinogenic Risk. https://www.fda.gov/media/85885/download June 28, 2021.

231.     Environment Assured. NDMA—cancer in China's tap water? https://www.environment-assured.com/health-and-safety/ndma-cancer-in-chinas-tap-water/. Published October 21, 2016. Accessed June 28, 2021. .

232.     European Medicines Agency (EMA), 2021. Committee for Medicinal Products for Human Use (CHMP), "Procedure under Article 5(3) of Regulation EC (No) 726/2004:  Nitrosamine Impurities in Human Medicinal Products. Available at https://www.ema.europa.eu/en/human-regulatory/post-authorisation/referral-procedures/article-53-opinions#nitrosamine-impurities-in-human-medicinal-products-(updated-18/02/2021)-section. Accessed January 8, 2022.

233.     US Food and Drug Administration.  21 CFR Part 58.1: Good Laboratory Practice for Nonclinical Laboratory Studies. https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?CFRPart=58. Accessed June 28, 2021.

234.     US Environmental Protection Agency.  Integrated Risk Information System (IRIS) - N-Nitrosodimethylamine; CASRN 62-75-9.  https://iris.epa.gov/static/pdfs/0045_summary.pdf Accessed July 3, 2021

235.     Program NT. NTP 12th Report on Carcinogens. *Rep Carcinog*. 2011;12:iii-499.

236.     Druckrey H, Preussmann R, Ivankovic S, Schmahl D. [Organotropic carcinogenic effects of 65 various N-nitroso-compounds on BD rats]. *Z Krebsforsch*. 1967;69(2):103-201. Organotrope carcinogene Wirkungen bei 65 verschiedenen N-Nitroso-Verbindungen an BD-Ratten.

237.     Magee PN, Barnes JM. Carcinogenic nitroso compounds. *Adv Cancer Res*. 1967;10:163-246. doi:10.1016/s0065-230x(08)60079-2

238.     Magee PN, Barnes JM. The production of malignant primary hepatic tumours in the rat by feeding dimethylnitrosamine. *Br J Cancer*. Mar 1956;10(1):114-22. doi:10.1038/bjc.1956.15

239.     Singer GM. The mechanism of nitrosation of tertiary amines. *IARC Sci Publ*. 1980;(31):139-54.

240.     Lijinsky W, Conrad E, Van de Bogart R. Carcinogenic nitrosamines formed by drug-nitrite interactions. *Nature*. Sep 15 1972;239(5368):165-7. doi:10.1038/239165b0

241.     Smith PL, Loeppky, R.N. Nitrosamine cleavage of tertiary amines. *J Am Chem Soc*. 1967;89(5):1147-1157.

242.     Mirvish SS. Formation of N-nitroso compounds: chemistry, kinetics, and in vivo occurrence. *Toxicol Appl Pharmacol*. Mar 1975;31(3):325-51. doi:10.1016/0041-008x(75)90255-0

243.     Bartsch H, Ohshima H, Pignatelli B, Calmels S. Human exposure to endogenous N-nitroso compounds: quantitative estimates in subjects at high risk for cancer of the oral cavity, oesophagus, stomach and urinary bladder. *Cancer Surv*. 1989;8(2):335-62.

244.     Yu MC, Mo CC, Chong WX, Yeh FS, Henderson BE. Preserved foods and nasopharyngeal carcinoma: a case-control study in Guangxi, China. *Cancer Res*. Apr 1 1988;48(7):1954-9.

245.     Tricker AR, Kalbe T, Preussmann R. Increased urinary nitrosamine excretion in patients with urinary diversions. *Carcinogenesis*. Dec 1989;10(12):2379-82. doi:10.1093/carcin/10.12.2379

246.     Tricker AR, Mostafa MH, Spiegelhalder B, Preussmann R. Urinary excretion of nitrate, nitrite and N-nitroso compounds in Schistosomiasis and bilharzia bladder cancer patients. *Carcinogenesis*. Mar 1989;10(3):547-52. doi:10.1093/carcin/10.3.547

247.     Roediger WE, Lawson MJ, Radcliffe BC. Nitrite from inflammatory cells--a cancer risk factor in ulcerative colitis? *Dis Colon Rectum*. Dec 1990;33(12):1034-6. doi:10.1007/BF02139219

248.     Parsa I, Marsh WH, Sutton AL. An in vitro model of human pancreas carcinogenesis: effects of nitroso compounds. *Cancer*. Mar 15 1981;47(6 Suppl):1543-51. doi:10.1002/1097-0142(19810315)47:6+<1543::aid-cncr2820471417>3.0.co;2-3

249.     Woodcock, J . Statement on new testing results, including low levels of impurities in ranitidine drugs. https://www.fda.gov/news-events/press-announcements/statement-new-testing-results-including-low-levels-impurities-ranitidine-drugs. Published November 1, 2019. Accessed June 28, 2021.

250.     Ridd JH. Nitrosation, diazotisation, and deamination. *Q Rev Chem Soc*. 1961;15:418-441.

251.     Heath DF, Magee, P. N. Toxic Properties Of Dialkylnitrosamines and Some Related Compounds. *Br J Ind Med*. 1962;19(4):276–282.

252.     Lijinsky W, Epstein SS. Nitrosamines as environmental carcinogens. *Nature*. Jan 3 1970;225(5227):21-3. doi:10.1038/225021a0

253.     Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. *Risk Anal*. Dec 2013;33(12):2179-208. doi:10.1111/risa.12070

254.     Trang M, Dudley MN, Bhavnani SM. Use of Monte Carlo simulation and considerations for PK-PD targets to support antibacterial dose selection. *Curr Opin Pharmacol*. Oct 2017;36:107-113. doi:10.1016/j.coph.2017.09.009

255.     Davis FG, Preston-Martin S. Epidemiology. In: Russell and Rubinstein's Pathology of Tumors of the Nervous System, 6th ed, Bigner DD, McLendon RE, Bruner JM (Eds), Arnold, London 1998.

256.     National Institute for Occupational Safety and Health (NIOSH) Pocket Guide to Chemical Hazards. "#0461 on "N-Nitrosodimethylamine.  Available at: https://www.cdc.gov/niosh/npg/npgd0461 html  Accessed September 22, 2021.

257.     National Research Council. The health effects of nitrate, nitrite, and N-nitroso compounds. Part 1. National Academy Press; Washington DC.

258.     Guttenplan JB. N-nitrosamines: bacterial mutagenesis and in vitro metabolism. *Mutat Res*. Sep 1987;186(2):81-134. doi:10.1016/0165-1110(87)90026-1

259.     Lijinsky W. Structure-activity relations in carcinogenesis by N-nitroso compounds. *Cancer Metastasis Rev*. 1987;6(3):301-56. doi:10.1007/BF00144269

260.     Carcinogenic Potency Database (CPDB) [Online]. Available: https://www.nlm.nih.gov/databases/download/cpdb html  Accessed August 8, 2021.

261.     Peto R, Pike MC, Bernstein L, Gold LS, Ames BN. The TD50: a proposed general convention for the numerical description of the carcinogenic potency of chemicals in chronic-exposure animal experiments. *Environ Health Perspect*. Dec 1984;58:1-8. doi:10.1289/ehp.84581

262.     Gold LS, Manley NB, Slone TH, Rohrbach L, Garfinkel GB. Supplement to the Carcinogenic Potency Database (CPDB): results of animal bioassays published in the general literature through 1997 and by the National Toxicology Program in 1997-1998. *Toxicol Sci*. Jun 2005;85(2):747-808. doi:10.1093/toxsci/kfi161

263.     Thresher A, Gosling JP, Williams R. Generation of TD50 values for carcinogenicity study data. *Toxicol Res (Camb)*. Sep 1 2019;8(5):696-703. doi:10.1039/c9tx00118b

264.     Pharmacokinetics and Toxicokinetics in Drug Safety Evaluation. *Drug Safety Evaluation*. 2010:568-618.

265.     Carcinogenicity Studies. *Drug Safety Evaluation*. 2010:481-519.

266.     US Food and Drug Administration.  Guidance for Industry Guidance for Industry S1C(R2) Dose Selection for Carcinogenicity Studies.   September 2008. https://www fda.gov/regulatory-information/search-fda-guidance-documents/s1cr2-dose-selection-carcinogenicity-studies-pharmaceuticals.  Accessed December 31, 2021

267.     Thresher A, Foster R, Ponting DJ, Stalford SA, Tennant RE, Thomas R. Are all nitrosamines concerning? A review of mutagenicity and carcinogenicity data. *Regul Toxicol Pharmacol*. Oct 2020;116:104749. doi:10.1016/j.yrtph.2020.104749

268.     Ramsay PT, Carr A. Gastric acid and digestive physiology. *Surg Clin North Am*. Oct 2011;91(5):977-82. doi:10.1016/j.suc.2011.06.010

269.     Urushidani T, Forte JG. Signal transduction and activation of acid secretion in the parietal cell. *J Membr Biol*. Sep 15 1997;159(2):99-111. doi:10.1007/s002329900274

270.     Sifrin D, Gardner J, Zhang X, Tack J, Janssens J, editors. Gastric emptying and postprandial gastric acidity. Gastroenterology; 2004: WB Saunders Co-Elsevier Inc 1600 John F Kennedy Boulevard, STE 1800, Philadelphia, PA 19103-2899 USA.

271.     Lennard-Jones JE, Fletcher J, Shaw DG. Effect of different foods on the acidity of the gastric contents in patients with duodenal ulcer. 3. Effect of altering the proportions of protein and carbohydrate. *Gut*. Apr 1968;9(2):177-82. doi:10.1136/gut.9.2.177

272.     Carmona BM, Almeida CCA, Vieira W, Fascio MNC. Ultrasound dynamics of gastric content volumes after the ingestion of coconut water or a meat sandwich. A randomized controlled crossover study in healthy volunteers. *Rev Bras Anestesiol*. 2018;68(6):584-590.

273.     Mercer DW, Robinson EK. Stomach. In: Townsend CM, editor. Sabiston textbook of surgery. 18th edition. Philadelphia: Saunders; 2008. p. 1226–38.

274.     Hord NG, Tang Y, Bryan NS. Food sources of nitrates and nitrites: the physiologic context for potential health benefits. *Am J Clin Nutr*. Jul 2009;90(1):1-10. doi:10.3945/ajcn.2008.27131

275.     Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. Construction of an N-nitroso database for assessing dietary intake. *J Food Compost Anal*. Dec 1 2009;22(Suppl 1):S42-s47. doi:10.1016/j.jfca.2009.01.008

276.     Sander, J. and Schweinsberg, F. (1972). Wechselbeziehungen zwischen Nitrat, Nitrit und kanzerogenen N-Nitrosoverbindungen. Zbl. B&t. Hyg. B 156,299-340.

277.     Tricker AR. N-nitroso compounds and man: sources of exposure, endogenous formation and occurrence in body fluids. *Eur J Cancer Prev*. Jun 1997;6(3):226-68.

278.     Brambilla G, Cavanna M, Faggin P, et al. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. *Carcinogenesis*. Oct 1983;4(10):1281-5. doi:10.1093/carcin/4.10.1281

279.     The periodic health examination. Canadian Task Force on the Periodic Health Examination. *Can Med Assoc J*. Nov 3 1979;121(9):1193-254.

280.     Rybak MJ, Le J, Lodise TP, et al. Therapeutic monitoring of vancomycin for serious methicillin-resistant Staphylococcus aureus infections: A revised consensus guideline and review by the American Society of Health-System Pharmacists, the Infectious Diseases Society of America, the Pediatric Infectious Diseases Society, and the Society of Infectious Diseases Pharmacists. *Am J Health Syst Pharm*. May 19 2020;77(11):835-864. doi:10.1093/ajhp/zxaa036

281.     Lioy P. Assessing total human exposure to contaminants Journal. *Environ Sci Technol*. 1990;24:938-945.

282.     Woodward, M. Epidemiology Study Design and Analysis. Boca Raton: Chapman and Hall:, 1999, p.359.

283.     Feynman, Richard.  Reserach Methods & Statistics, Power and Sample Size Calculation.  Available at: http://www.bristol.ac.uk/medical-school/media/rms/red/power_and_sample_size_calculation.html. Accessed on September 21, 2021.

284.     Centers for Disease Control and Prevention.  An Update on Cancer Deaths in the United States.  Available at: https://www.cdc.gov/cancer/dcpc/research/update-on-cancer-deaths/index.htm. Accessed September 22, 2021.

285.     World Health Organization. Cancer.  Available at: https://www.who.int/news-room/fact-sheets/detail/cancer. Accessed September 22, 2021

286.     US Food and Drug Administration.   Guidance for Industry S1A Guideline for Industry: The Need for Long-term Rodent Carcinogenicity Studies of Pharmaceuticals.  March 1996. https://www.fda.gov/regulatory-information/search-fda-guidance-documents/s1a-need-long-term-rodent-carcinogenicity-studies-pharmaceuticals Accessed January 15, 2022

287.     Abdel-Rahman SM, Kauffman RE. The integration of pharmacokinetics and pharmacodynamics: understanding dose-response. *Annu Rev Pharmacol Toxicol*. 2004;44:111-36. doi:10.1146/annurev.pharmtox.44.101802.121347

288.     Pennycooke M, Chaudary N, Shuralyova I, Zhang Y, Coe IR. Differential expression of human nucleoside transporters in normal and tumor tissue. *Biochemical and Biophysical Research Communications*. Jan 2001;280(3):951-959. doi:10.1006/bbrc.2000.4205

289.     Kubacka RT, Antal EJ, Juhl RP. THE PARADOXICAL EFFECT OF CIMETIDINE AND RANITIDINE ON GLIBENCLAMIDE PHARMACOKINETICS AND PHARMACODYNAMICS. *British Journal of Clinical Pharmacology*. Jun 1987;23(6):743-751. doi:10.1111/j.1365-2125.1987.tb03110.x

290.     Correa P. The biological model of gastric carcinogenesis. *IARC Sci Publ*. 2004;(157):301-10.

291.     US Food and Drug Administration.  Guidance for Industry S1B Testing for Carcinogenicity of Pharmaceuticals. July 1997. https://www.fda.gov/media/71935/download. Accessed December 31, 2021

292.     Cohen JD, Li L, Wang Y, et al. Detection and localization of surgically resectable cancers with a multi-analyte blood test. *Science*. Feb 23 2018;359(6378):926-930. doi:10.1126/science.aar3247

293.     Henry NL, Hayes DF. Cancer biomarkers. *Mol Oncol*. Apr 2012;6(2):140-6. doi:10.1016/j.molonc.2012.01.010

294.     National Cancer Institute.  How Cancer Is Diagnosed https://www.cancer.gov/about-cancer/diagnosis-staging/diagnosis#biopsy.  Accessed December 23, 2021

295.     Lijinsky W. Reaction of drugs with nitrous acid as a source of carcinogenic nitrosamines. *Cancer Res*. Jan 1974;34(1):255-8.

296.     Rothman KJ, Greenland S. Causation and Causal Inference in Epidemiology. *American Journal of Public Health*. 2005;95(S1):S144-S150. doi:10.2105/ajph.2004.059204

297.     Hill AB. The Environment and Disease: Association or Causation? *Proc R Soc Med*. May 1965;58(5):295-300.

298.     Cordoba G, Schwartz L, Woloshin S, Bae H, Gøtzsche PC. Definition, reporting, and interpretation of composite outcomes in clinical trials: systematic review. *Bmj*. Aug 18 2010;341:c3920. doi:10.1136/bmj.c3920

299.     Palileo-Villanueva LM, Dans AL. Composite endpoints. *J Clin Epidemiol*. Dec 2020;128:157-158. doi:10.1016/j.jclinepi.2020.07.017

300.     Hyman J. The limitations of using insurance data for research. *J Am Dent Assoc*. May 2015;146(5):283-5. doi:10.1016/j.adaj.2015.02.010

301.     Tyree PT, Lind BK, Lafferty WE. Challenges of using medical insurance claims data for utilization analysis. *Am J Med Qual*. Jul-Aug 2006;21(4):269-75. doi:10.1177/1062860606288774

302.     Wang J. To use or not to use propensity score matching? *Pharm Stat*. Jan 2021;20(1):15-24. doi:10.1002/pst.2051

303.     Winkelmayer WC, Kurth T. Propensity scores: help or hype? *Nephrol Dial Transplant*. Jul 2004;19(7):1671-3. doi:10.1093/ndt/gfh104

304.     Yin X, Xiong W, Wang Y, et al. Association of CYP2E1 gene polymorphisms with bladder cancer risk: A systematic review and meta-analysis. *Medicine (Baltimore)*. Sep 2018;97(39):e11910. doi:10.1097/md.0000000000011910

305.     Adami HO, Trolle Andersen I, Heide-Jørgensen U, Chang ET, Nørgaard M, Toft Sørensen H. Ranitidine Use and Risk of Upper Gastrointestinal Cancers. *Cancer Epidemiol Biomarkers Prev*. Dec 2021;30(12):2302-2308. doi:10.1158/1055-9965.Epi-21-0831

306.     Pottegård A, Schmidt SAJ, Wallach-Kildemoes H, Sørensen HT, Hallas J, Schmidt M. Data Resource Profile: The Danish National Prescription Registry. *International Journal of Epidemiology*. 2016;46(3):798-798f. doi:10.1093/ije/dyw213

307.     Cardwell CR, McDowell RD, Hughes CM, Hicks B, Murchie P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *The American journal of gastroenterology*. 2021;Publish Ahead of Printdoi:10.14309/ajg.0000000000001310

308.     Habel LA, Levin TR, Friedman GD. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol Drug Saf*. Mar 2000;9(2):149-55. doi:10.1002/(sici)1099-1557(200003/04)9:2<149::Aid-pds481>3.0.Co;2-1

309.     Iwagami M, Kumazawa R, Miyamoto Y, et al. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. *Drug safety*. 2021;44(3):361-371. doi:10.1007/s40264-020-01024-0

310.     Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. Ranitidine Use and Cancer Risk: Results From UK Biobank. *Gastroenterology*. Apr 2021;160(5):1856-1859.e5. doi:10.1053/j.gastro.2020.12.037

311.     Kim S, Lee S, Hong J, Ko I, Kim JY, Kim DK. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. *Healthcare (Basel)*. Aug 20 2021;9(8)doi:10.3390/healthcare9081071

312.     Kim YD, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. *Alimentary pharmacology & therapeutics*. 2021;54(5):606-615. doi:10.1111/apt.16464

313.     Kumar S, Goldberg DS, Kaplan DE. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. *Digestive diseases and sciences*. 2021;

314.     Liu H, McMenamin Ú C, Johnston BT, et al. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. *Br J Cancer*. Jul 2020;123(2):307-315. doi:10.1038/s41416-020-0860-4

315.     McDowell RD, Hughes CM, Murchie P, Cardwell CR. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. *Cancer Epidemiol*. Apr 2021;71(Pt A):101880. doi:10.1016/j.canep.2020.101880

316.     Nørgaard M, Andersen IT, Heide-Jørgensen U, et al. Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. *Cancer Epidemiol Biomarkers Prev*. Oct 14 2021;doi:10.1158/1055-9965.Epi-21-0737

317.     Tan MC, El-Serag HB, Yu X, Thrift AP. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. *Aliment Pharmacol Ther*. Aug 2018;48(4):469-477. doi:10.1111/apt.14895

318.     Tran KT, McMenamin Ú C, Hicks B, et al. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. *Aliment Pharmacol Ther*. Jul 2018;48(1):55-64. doi:10.1111/apt.14796

319.     Yoon HJ, Kim JH, Seo GH, Park H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J Clin Med*. Jan 5 2021;10(1)doi:10.3390/jcm10010153

320.     Hidajat M, McElvenny DM, Ritchie P, et al. Lifetime cumulative exposure to rubber dust, fumes and N-nitrosamines and non-cancer mortality: a 49-year follow-up of UK rubber factory workers. *Occup Environ Med*. May 2020;77(5):316-323. doi:10.1136/oemed-2019-106269

321.     Hidajat M, McElvenny DM, Ritchie P, et al. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup Environ Med*. Apr 2019;76(4):250-258. doi:10.1136/oemed-2018-105181

322.     Larsson SC, Bergkvist L, Wolk A. Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women. *Int J Cancer*. Aug 15 2006;119(4):915-9. doi:10.1002/ijc.21925

323.     Jakszyn P, Bingham S, Pera G, et al. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. *Carcinogenesis*. Jul 2006;27(7):1497-501. doi:10.1093/carcin/bgl019

324.     Jakszyn P, González CA, Luján-Barroso L, et al. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). *Cancer Epidemiol Biomarkers Prev*. Mar 2011;20(3):555-9. doi:10.1158/1055-9965.Epi-10-0971

325.     Jakszyn PG, Allen NE, Lujan-Barroso L, et al. Nitrosamines and heme iron and risk of prostate cancer in the European prospective investigation into cancer and nutrition. *Cancer Epidemiol Biomarkers Prev*. Mar 2012;21(3):547-51. doi:10.1158/1055-9965.Epi-11-1181

326.     Knekt P, Järvinen R, Dich J, Hakulinen T. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study. *Int J Cancer*. Mar 15 1999;80(6):852-6. doi:10.1002/(sici)1097-0215(19990315)80:6<852::aid-ijc9>3.0.co;2-s

327.     Loh YH, Jakszyn P, Luben RN, Mulligan AA, Mitrou PN, Khaw KT. N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am J Clin Nutr*. May 2011;93(5):1053-61. doi:10.3945/ajcn.111.012377

328. Zheng J, Stuff J, Tang H, Hassan MM, Daniel CR, Li D. Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. *Carcinogenesis*. Apr 29 2019;40(2):254-262. doi:10.1093/carcin/bgy169

329. Song P, Wu L, Guan W. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. *Nutrients*. Dec 1 2015;7(12):9872-95. doi:10.3390/nu7125505

330. De Stefani E, Deneo-Pellegrini H, Carzoglio JC, Ronco A, Mendilaharsu M. Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay. *Cancer Epidemiol Biomarkers Prev*. Sep 1996;5(9):679-82.

331. De Stefani E, Boffetta P, Mendilaharsu M, Carzoglio J, Deneo-Pellegrini H. Dietary nitrosamines, heterocyclic amines, and risk of gastric cancer: a case-control study in Uruguay. *Nutr Cancer*. 1998;30(2):158-62. doi:10.1080/01635589809514656

332. González CA, Riboli E, Badosa J, et al. Nutritional factors and gastric cancer in Spain. *Am J Epidemiol*. Mar 1 1994;139(5):466-73. doi:10.1093/oxfordjournals.aje.a117029

333. Goodman MT, Hankin JH, Wilkens LR, Kolonel LN. High-fat foods and the risk of lung cancer. *Epidemiology*. Jul 1992;3(4):288-99. doi:10.1097/00001648-199207000-00004

334. Keszei AP, Goldbohm RA, Schouten LJ, Jakszyn P, van den Brandt PA. Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. *Am J Clin Nutr*. Jan 2013;97(1):135-46. doi:10.3945/ajcn.112.043885

335. La Vecchia C, D'Avanzo B, Airoldi L, Braga C, Decarli A. Nitrosamine intake and gastric cancer risk. *Eur J Cancer Prev*. Dec 1995;4(6):469-74. doi:10.1097/00008469-199512000-00005

336. Palli D, Russo A, Saieva C, Salvini S, Amorosi A, Decarli A. Dietary and familial determinants of 10-year survival among patients with gastric carcinoma. *Cancer*. Sep 15 2000;89(6):1205-13. doi:10.1002/1097-0142(20000915)89:6<1205::aid-cncr3>3.0.co;2-5

337. Pobel D, Riboli E, Cornée J, Hémon B, Guyader M. Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France. *Eur J Epidemiol*. Feb 1995;11(1):67-73. doi:10.1007/bf01719947

338. Rogers MA, Vaughan TL, Davis S, Thomas DB. Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. *Cancer Epidemiol Biomarkers Prev*. Jan-Feb 1995;4(1):29-36.

339. Ronco AL, Mendilaharsu M, Boffetta P, Deneo-Pellegrini H, De Stefani E. Meat consumption, animal products, and the risk of bladder cancer: a case-control study in Uruguayan men. *Asian Pac J Cancer Prev*. 2014;15(14):5805-9. doi:10.7314/apjcp.2014.15.14.5805

340. Zheng J, Daniel CR, Hatia RI, et al. Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A USA-Based Study. *Hepatology*. Dec 2021;74(6):3161-3173. doi:10.1002/hep.32046

341. Zhu Y, Wang PP, Zhao J, et al. Dietary N-nitroso compounds and risk of colorectal cancer: a case-control study in Newfoundland and Labrador and Ontario, Canada. *Br J Nutr*. Mar 28 2014;111(6):1109-17. doi:10.1017/s0007114513003462

342. Joshy G, Thandrayen J, Koczwara B, et al. Disability, psychological distress and quality of life in relation to cancer diagnosis and cancer type: population-based Australian study of 22,505 cancer survivors and 244,000 people without cancer. *BMC Med*. Dec 1 2020;18(1):372. doi:10.1186/s12916-020-01830-4

343. Firkins J, Hansen L, Driessnack M, Dieckmann N. Quality of life in "chronic" cancer survivors: a meta-analysis. *J Cancer Surviv*. Aug 2020;14(4):504-517. doi:10.1007/s11764-020-00869-9

344. Shahrokni A, Wu AJ, Carter J, Lichtman SM. Long-term Toxicity of Cancer Treatment in Older Patients. *Clin Geriatr Med*. Feb 2016;32(1):63-80. doi:10.1016/j.cger.2015.08.005

345. Ranganathan P, Pramesh CS, Buyse M. Common pitfalls in statistical analysis: Clinical versus statistical significance. *Perspect Clin Res*. Jul-Sep 2015;6(3):169-70. doi:10.4103/2229-3485.159943

346. Jakobsen JC, Gluud C, Winkel P, Lange T, Wetterslev J. The thresholds for statistical and clinical significance - a five-step procedure for evaluation of intervention effects in randomised clinical trials. *BMC Med Res Methodol*. Mar 4 2014;14:34. doi:10.1186/1471-2288-14-34

347. Stovring H, Harmsen CG, Wisloff T, et al. A competing risk approach for the European Heart SCORE model based on cause-specific and all-cause mortality. *Eur J Prev Cardiol*. Oct 2013;20(5):827-36. doi:10.1177/2047487312445425

348. Prasad V, Vandross A. Cardiovascular primary prevention: how high should we set the bar? *Arch Intern Med*. Apr 23 2012;172(8):656-9; discussion 659. doi:10.1001/archinternmed.2012.812

349. Sykes C. Time- and Temperature-Controlled Transport: Supply Chain Challenges and Solutions. *P T*. Mar 2018;43(3):154-170.

350. Abe Y, Yamamoto E, Yoshida H, et al. Temperature-Dependent Formation of N-Nitrosodimethylamine during the Storage of Ranitidine Reagent Powders and Tablets. *Chem Pharm Bull (Tokyo)*. Oct 1 2020;68(10):1008-1012. doi:10.1248/cpb.c20-00431

351. Stewart JT, Warren FW, Johnson SM, Galante LJ. Stability of ranitidine in intravenous admixtures stored frozen, refrigerated, and at room temperature. *Am J Hosp Pharm*. Sep 1990;47(9):2043-6.

352.     Langer, M.D.; Maibach, H.I.  Many Common Drugs in Dermatology are Light, Temperature, or Moisture-Sensitive, 2009. Available at: https://www.skintherapyletter.com/dermatology/light-temperature-moisture-sensitive/  Accessed September  21, 2021.

353.     Choudhary, Ankur.  Effect of Humidity Level on Tablet Stability. Available at: https://www.pharmaguideline.com/2018/09/effect-of-humidity-level-on-tablet-stability.html September 21, 2021.

354.     Colorcon. Excipient Science in Protecting Moisture Sensitive Drugs . Available at: https://www.colorcon.com/products-formulation/all-products/excipients/tablets/starch-1500/download/2909/4720/34 Accessed September 21, 2021

355.     International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use. ICH Harmonised Tripartite Guideline. Stability Testing of New Drug Substances and Products Q1A(R2) (Original 1994, Updated 2003) https://database.ich.org/sites/default/files/Q1A%28R2%29%20Guideline.pdf. Accessed September 15, 2021.

356.     World Health Organization Technical Report Series, No.961. Annex 9. Model guidance for the storage and transport of time- and temperature–sensitive pharmaceutical products, 2011. https://www.who.int/medicines/areas/quality_safety/quality_assurance/ModelGuidanceForStorageTransportTRS961Annex9.pdf?ua=1. Accessed September 15, 2021.

357.     Desai KG, Colandene JD, Adams M. Comprehensive Temperature Excursion Management Program for the Commercial Distribution of Biopharmaceutical Drug Products. *J Pharm Sci.* Jul 2020;109(7):2131-2144. doi:10.1016/j.xphs.2020.04.006

358.     Ammann C. Stability studies needed to define the handling and transport conditions of sensitive pharmaceutical or biotechnological products. *AAPS PharmSciTech.* Dec 2011;12(4):1264-75. doi:10.1208/s12249-011-9684-0

359.     US Food and Drug Administration. CFR - Code of Federal Regulations Title 21, Volume 5, 21 CFR 314.3 Available at: https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/cfrsearch.cfm?fr=314.3 Accessed September 15, 2021.

360.     International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use. ICH Harmonised Tripartite Guideline. Quality of Biotechnological Products: Stability Testing of Biotechnological/Biological Products Q5C (1995) https://database.ich.org/sites/default/files/Q5C%20Guideline.pdf Accessed January 15, 2022.

361.     U.S. Department of Health and Human Services, Food and Drug Administration Center for drug evaluation and research (CDER) Guidance for industry Q1A(R2) stability testing of new drug substances and products (2003) https://www.fda.gov/downloads/drugs/guidances/ucm073369.pdf  Accessed September 15, 2021.

362.     US Food and Drug Administration. Product Identifiers Under the Drug Supply Chain Security Act Questions and Answers: Guidance for Industry. Available at:  https://www.fda.gov/media/116304/downloadAccessed on January 15, 2022.

363.     United States Pharmacopeia. USP <1079> Good storage and shipping practices. Available at: https://pharmacy.ks.gov/docs/librariesprovider10/default-document-library/ups-36-good-storage-and-shipping-practices.pdf Acessed January 15, 2022.

364.     United States Pharmacopeia. USP <659> Packaging and Storage Requirements.  Available at: https://www.uspnf.com/sites/default/files/usp_pdf/EN/USPNF/revisions/659_rb_notice_english.pdf Accessed September 20, 2021

365.     United States Pharmacopeia. USP <1150> Pharmaceutical Stability.  Available at: http://www.uspbpep.com/usp29/v29240/usp29nf24s0_c1150 html Accessed September 17, 2021

366.     United States Pharmacopeia. USP <1118> Monitoring Devices —Time, Temperature, and Humidity. Available at: http://www.uspbpep.com/usp31/v31261/usp31nf26s1_c1118.asp  Accessed September 21, 2021.

367.     UPS. Temperature-sensitive packaging snapshot. 2015. https://www.ups.com/assets/resources/media/knowledge-center/UPS_temp_sensitive_packaging_snapshot_infographic.pdf. Accessed September 17, 2021.

368.     Markarian J. Understanding risks in pharmaceutical shipping. Pharmaceutical Technology. 2015 39(8):52–54. Available at: www.pharmtech.com/understanding-risks-pharmaceutical-shipping. Accessed September 17, 2021.

369.     United States Pharmacopeia. USP <1160> Pharmaceutical Calculations in Prescription Compound. Available at: http://www.pharmacopeia.cn/v29240/usp29nf24s0_c1160.html#usp29nf24s0_c1160 Accessed September 17, 2021

370.     Kuners, Tobias. Is It Time To Stop Using Mean Kinetic Temperature (MKT) In Pharma Storage & Transport?  2020 Available at: https://www.bioprocessonline.com/doc/is-it-time-to-stop-using-mean-kinetic-temperature-mkt-in-pharma-storage-transport-0001. Accessed September 21, 2021.

371.     Le J, Ashley ED, Neuhauser MM, et al. Consensus summary of aerosolized antimicrobial agents: application of guideline criteria. Insights from the Society of Infectious Diseases Pharmacists. *Pharmacotherapy.* Jun 2010;30(6):562-84. doi:10.1592/phco.30.6.562

372.     Wallace SJ, Li J, Rayner CR, Coulthard K, Nation RL. Stability of colistin methanesulfonate in pharmaceutical products and solutions for administration to patients. *Antimicrob Agents Chemother.* Sep 2008;52(9):3047-51. doi:10.1128/AAC.00103-08

373.     Healan AM, Gray W, Fuchs EJ, Griffiss JM, Salata RA, Blumer J. Stability of colistimethate sodium in aqueous solution. *Antimicrob Agents Chemother*. Dec 2012;56(12):6432-3. doi:10.1128/AAC.01079-12

374.     Pharmacist's Letter. Stability of Refrigerated and Frozen Drugs.  Available at: http://www.sceg.biz/generalDocuments/Stability%20of%20Refrigerated%20and%20Frozen%20Drugs.pdf Accessed September 20, 2021

375.     Vlieland ND, van den Bemt BJF, Bekker CL, Bouvy ML, Egberts TCG, Gardarsdottir H. Older Patients' Compliance with Drug Storage Recommendations. *Drugs Aging*. Mar 2018;35(3):233-241. doi:10.1007/s40266-018-0524-8

376.     US Food and Drug Administration. Guidance for Industry Changes to an Approved NDA or ANDA. Available at: https://www.fda.gov/files/drugs/published/Changes-to-an-Approved-NDA-or-ANDA.pdf Accessed on September 21, 2020.

377.     Handbook of stability testing in pharmaceutical development regulations, methodologies, and best practices. Huynh-Ba, Kim (Ed.). s.l.: Springer, 2008.

378.     Seevers RH, Bishara, R.H., Harber, P.J., Lucas, T.I. Designing stability studies for time/temperature exposure. *American Pharmaceutical Outsourcing*. 2005;6(5):18, 20, 21, 23, 55.

379.     Lucas TIB, R.H.; Seevers, R.H. . A stability program for the distribution of drug products. *Pharmaceutical Technology*. July 2004:68–73.

# APPENDIX A

jenle@ucsd.edu  |  (858) 534 - 3692



# JENNIFER LE
## PharmD, MAS, BCPS-ID, FIDSA, FCCP, FCSHP

Dr. Le is Professor of Clinical Pharmacy at the University of California at San Diego Skaggs School of Pharmacy and Pharmaceutical Sciences.  Her curriculum vitae, herein, describes her professional achievement during her academic career spanning 18 years.

## CONTACT

| | |
|---|---|
| Address | 9500 Gilman Drive, MC 0657, La Jolla, CA  92093-0714 |
| Email and Phone | jenle@ucsd.edu, leoffice@ucsd.edu and (858) 534 - 3692 |
| Faculty Website | https://pharmacy.ucsd.edu/faculty/le |
| Social Media | Skype jenleucsd, Twitter @idpedle, LinkedIn, Research Gate, E-Scholarship |

## EMPLOYMENT

**July 2015 - Present**

**PROFESSOR OF CLINICAL PHARMACY**
University of California San Diego
Skaggs School of Pharmacy and Pharmaceutical Sciences
La Jolla, California

**Dec 2016 - Present**

**DIRECTOR OF EXPERIENTIAL EDUCATION**
Los Angeles and Orange County
University of California San Diego
Skaggs School of Pharmacy and Pharmaceutical Sciences

**April 2002 – Present**

**FACULTY-IN-RESIDENCE**
Miller Children's & Women's and Long Beach Memorial Hospitals
MemorialCare Health System, Long Beach, California

**July 2011 – June 2015**

**ASSOCIATE PROFESSOR OF CLINICAL PHARMACY**
University of California San Diego
Skaggs School of Pharmacy and Pharmaceutical Sciences
La Jolla, California

**June 2009 – June 2011**

**ASSISTANT PROFESSOR OF CLINICAL PHARMACY**
University of California San Diego

jenle@ucsd.edu  |  (858) 534 - 3692

Skaggs School of Pharmacy and Pharmaceutical Sciences
La Jolla, California

**July 2008 – May 2009**  **ASSOCIATE PROFESSOR OF CLINICAL PHARMACY**
Western University of Health Sciences, College of Pharmacy
Pomona, California

**April 2002 – June 2008**  **ASSISTANT PROFESSOR OF CLINICAL PHARMACY**
Western University of Health Sciences, College of Pharmacy
Pomona, California

**June 2001 – June 2011**  **ASSISTANT PROFESSOR OF CLINICAL PHARMACY** *(WITHOUT SALARY)*
University of California San Francisco, School of Pharmacy
San Francisco, California

# EDUCATION

**1991 – 1995**  **BACHELOR OF SCIENCE, BIOLOGY**
University of California Los Angeles, Los Angeles, California

**1996 – 2000**  **DOCTOR OF PHARMACY**
University of California San Francisco, School of Pharmacy
San Francisco, California

**2000 – 2001**  **PHARMACY PRACTICE RESIDENCY**
Long Beach Memorial and Miller Children's & Women's and Hospitals
MemorialCare Health System, Long Beach, California

**2011 – 2012**  **MASTERS OF ADVANCED STUDIES, CLINICAL RESERACH**
University of California San Diego, La Jolla, California

# LICENSURE & BOARD CERTIFICATION

**1996 - Present**  **BASIC CARDIAC LIFE SUPPORT & FIRST AID**, American Heart Association
**2000 – Present**  **LICENSED PHARMACIST**, California Board of Pharmacy
**2002 – Present**  **HUMAN RESEARCH SUBJECTS PROTECTION TRAINING CERTIFICATION**, National Institutes of Health
**2005**  **NATIONAL PROVIDER IDENTIFIER** 1356346035, National Plan & Provider Enumeration System
**2006**  **PHARMACY-BASED IMMUNIZATION DELIVERY CERTFICATION**, American Pharmacists Association
**2007 – 2014**  **BOARD CERTIFICATION IN PHARMACOTHERAPY**, Board of Pharmaceutical

jenle@ucsd.edu  |  (858) 534 - 3692

Specialties

| | |
|---|---|
| 2008 – 2015 | **ADDED QUALIFICATION IN INFECTIOUS DISEASES**, Board of Pharmaceutical Specialties |
| 2010 – Present | **COLLABORATIVE INSTITUTIONAL TRAINING INITIATIVE** in The Protection of Human Research Subjects and Good Clinical Practice |
| 2014 – Present | **BOARD RE-CERTIFICATION IN PHARMACOTHERAPY,** Board of Pharmaceutical Specialties |
| 2015 – Present | **ADDED QUALIFICATION IN INFECTIOUS DISEASES**, Board of Pharmaceutical Specialties |
| 2018 | **CERTIFICATE OF COMPLETION**, Faculty Mentorship Training Program, University of California San Diego Health Sciences Office of Faculty Affairs |
| 2019 | **CERTIFICATE OF COMPLETION**, Faculty Leadership Academy, University of California San Diego Office of Academic Affairs, Academic Personnel Services |

## HONORS & AWARDS

| | |
|---|---|
| 2006 | **MEMBERSHIP AWARD** American College of Clinical Pharmacy for membership recruitment as President of Southern California College of Clinical Pharmacy |
| 2008 | **RHO CHI HONOR SOCIETY** Western University, College of Pharmacy |
| 2009 | **FACULTY SERVICE AWARD** Western University, College of Pharmacy |
| 2009 – Present | **ACADEMIC SENATE TRAVEL AWARD** University of California San Diego |
| 2010 | **RESEARACH AWARD** Complications Associated with *S. aureus* Bacteremia in Children Long Beach Research Symposium |
| 2011 | **FELLOW OF AMERICAN COLLEGE OF CLINICAL PHARMACY** |
| 2012 | **BEST POSTER AWARD** Vancomycin Pharmacokinetics and Dosage Requirements in Pediatric Cancer Patients,  Fourth Regional Congress of Cancer and Blood Disorders of Childhood, Jordan Society of Oncology Pediatrics |
| 2013 | **FELLOW OF CALIFORNIA SOCIETY OF HEALTH-SYSTEMS PHARMACISTS** |
| 2013 | **RECOGNITION AWARD FOR OUTSTANDING MENTOR** University of California San Diego, Faculty Mentor Program |
| 2017 | **FELLOW OF INFECTIOUS DISEASES SOCIETY OF AMERICA** |
| 2018 | **STERNFELS PRIZE FOR DRUG SAFETY INNOVATION** http://sternfelsprize.org/ |

## CONTRACTS & GRANTS

jenle@ucsd.edu   |   (858) 534 - 3692

| | |
|---|---|
| July 2007 – Dec 2008 | **PFIZER, INC**, *Complications Associated with Outpatient Parenteral Antibiotic Therapy in Children*, Principal Investigator (8% effort) of Investigator-Initiated Study, $32,125 |
| Oct 2007 – Dec 2009 | **AMERICAN COLLEGE OF CLINICAL PHARMACY,** *Optimizing Outcomes of Gram-negative Infections with Translational Research*, Principal Investigator (20% effort) of Investigator-Initiated Study, $20,000 |
| March 2008 – May 2009 | **MEMORIAL MEDICAL CENTER FOUNDATION,** *Treatment outcomes of urinary tract infection caused by multi-drug resistant Enterobacteriaceae,* Principal Investigator (5% effort) of Investigator-Initiated Study, $3,120 |
| Jan 2009 – May 2009 | **ASTELLAS**, *Effects of Delayed Initiation of Antifungal Therapy in Critically-Ill Neonates with Invasive Candidiasis*, Principal Investigator (5% effort) of Investigator-Initiated Study, $40,948 |
| Jan 2009 – Dec 2009 | **MEMORIAL MEDICAL CENTER FOUNDATION,** *Correlation Between Risk Factors and Outcomes in Critically Ill Infants with Invasive Candidiasis,* Principal Investigator (5% effort) of Investigator-Initiated Study, $3,330 |
| Feb 2009 – Dec 2011 | **MEMORIAL MEDICAL CENTER FOUNDATION,** *Longitudinal Surveillance of Antibiotic-Resistant Pathogens Causing Nosocomial Infections: Epidemiologic and Clinical Implications,* Principal Investigator (2% effort) of Investigator-Initiated Study, $18,720 |
| Jan 2010 – Dec 2010 | **CUBIST**, *Complications associated with Staphylococcus aureus bacteremia,* Principal Investigator (20% effort) of Investigator-Initiated Study, $50,252 |
| Jan 2010 – Dec 2010 | **NATIONAL INSTITUTES OF HEALTH: NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES**, *Pharmacokinetics-pharmacodynamics of antimicrobials in pediatric resistant infections* (K23), Principal Investigator (75-80% effort) of Investigator-Initiated Study, $604,250 |
| Sept 2011 – Aug 2016 | **NATIONAL INSTITUTES OF HEALTH: EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH AND HUMAN DEVELOPMENT,** *Developmental and Translational Pharmacology of Pediatric Antimicrobial Therapy* (U54), Co-Investigator (5% effort) of Investigator-Initiated Project, $3,734,148 |
| Feb 2011 – Present | **JMI LABORATORIES**, SENTRY Antimicrobial Surveillance Program, Principal Investigator (2% effort) of Investigator-Initiated Study, $80,000 |
| Dec 2012 – Aug 2014 | **NATIONAL INSTITUTES OF HEALTH: EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH AND HUMAN DEVELOPMENT,** *Pharmacokinetics of Understudies Drugs Administered to Children per Standard of Care*, Co-Investigator(20% effort) of Investigator-Initiated Project, $486,700 |
| June 2015 – May 2016 | **PRIVATE DONOR**, *Ceftaroline Pharmaockinetics in Children with Cystic Fibrosis,* Co-Investigator (10% effort) of Investigator-Initiated Study, $20,000 |
| May 2016 – April 2021 | **NATIONAL INSTITUTES OF HEALTH: EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH AND HUMAN DEVELOPMENT,** *Developing Pediatric Clinical Pharmacologists for the Advancement of Therapeutics* |

|  |  |
|---|---|
| | (T32), Co-Investigator (5% effort) of Investigator-Initiated Project, $828,245 |
| Sept 2016 – June 2021 | **NATIONAL INSTITUTES OF HEALTH: EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH AND HUMAN DEVELOPMENT**, *Specialized Centers in Research in Pediatric Developmental Pharmacology* (RPDP, U54), Co-Investigator (5% effort) of Investigator-Initiated Project, $3,872,907 |
| April 2017 – June 2017 | **NATIONAL INSTITUTES OF HEALTH: EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH AND HUMAN DEVELOPMENT**, Pharmacokinetics of Understudied Drugs Administered to Children Per Standard of Care (POPS) III, Site Principal Investigator (Subcontract with Duke University, 20% effort) of Investigator-Initiated Project, $4,545 |
| Aug 2018 – July 2019 | **NATIONAL INSTITUTES OF HEALTH: EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH AND HUMAN DEVELOPMENT**, Pediatric Trials Network's Antibiotic Safety in Infants with Complicated Intra-abdominal Infections (PTN SCAMP Task Order #25), Site Principal Investigator (Subcontract with Duke University, 20% effort) of Investigator-Initiated Project, $138,023 |
| Aug 2018 – July 2019 | **NATIONAL INSTITUTES OF HEALTH: EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH AND HUMAN DEVELOPMENT**, Duke University's Pediatric Trials Network's Antibiotic Safety in Infants with Complicated Intra-abdominal Infections (PTN SCAMP Task Order #25), Principal Investigator (20% effort) of Investigator-Initiated Project, $138,023 |
| Aug 2018 – June 2022 | **NATIONAL INSTITUTES OF HEALTH: EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH AND HUMAN DEVELOPMENT**, Longitudinal Assessment of Beta-lactam Antibiotic Exposure in in Critically-Ill Children with Sepsis in the PICU to Predict Dosing Requirements (RO1), Co-Investigator of Investigator-Initiated Project (14% effort), $1,885,634 |

## U N F U N D E D   R E S E A R C H

|  |  |
|---|---|
| 2001 | Pilot Study of Discrepancy Errors in the Medication-Use System, Principal Investigator of Investigator-Initiated Study |
| 2002 | Evaluation of the Management of Pyelonephritis in Obstetric Patients, Principal Investigator of Investigator-Initiated Study |
| | Retrospective Study of Insulin Management in Diabetic Obstetric Patients, Co-Investigator |
| 2003 | Safety and Tolerability of Amphotericin B Use in Neonates, Principal Investigator of Investigator-Initiated Study |
| 2004 | Evaluation of Disseminated Diseases in Neonates with Invasive Candidiasis, Principal Investigator of Investigator-Initiated Study |
| | Prospective Study and Implementation of Medication Reconciliation Process, Co-Investigator |

jenle@ucsd.edu  |  (858) 534 - 3692

| | |
|---|---|
| 2005 | Analysis Adverse Drug Reactions in Hospitalized Pediatrics Patients over a 10-Year Period, Principal Investigator of Investigator-Initiated Study |
| | Evaluation of Appropriate Use of Vancomycin with the Calculation of Defined Daily Dose, Principal Investigator of Investigator-Initiated Study |
| 2006 | Impact of Initial Antibiotic Treatment on the Development of ESBL Infections in Neonates, Principal Investigator of Investigator-Initiated Study |
| | Risk Factors and Appropriateness of Antibiotic Therapy in Hospitalized Patients with Healthcare-Associated Pneumonia, Principal Investigator of Investigator-Initiated Study |
| 2008 | Characterization of Prior Antibiotic Use and Risk of Acquisition of Imipenem-Resistant *Acinetobacter baumannii*, Principal Investigator of Investigator-Initiated Study |
| | Evaluation of a Revised Pediatric Vancomycin Pharmacokinetic Guideline in the Treatment of Presumed or Confirmed Methicillin-Resistant Staphylococcus aureus (Investigator-initiated study), Co- Investigator |
| 2009 | Hepatotoxicity Associated with Fluconazole in Critically-ill Infants, Principal Investigator of Investigator-Initiated Study |
| | Cough and Cold Medications Use in Children: Pharmacists' Perspectives, Principal Investigator of Investigator-Initiated Study |
| 2013 | Combination Antifungal Therapy in Children, Principal Investigator of Investigator-Initiated Study |
| 2014 | Medication Errors in Children and Adults: A Comparative Study, Principal Investigator of Investigator-Initiated Study |
| 2015 | Role of Hospital Discharge Education by Pharmacists, Principal Investigator of Investigator-Initiated Study |
| 2016 | Augmented Renal Clearance in Children: Vancomycin Pharmacokinetic Modeling, Principal Investigator of Investigator-Initiated Study |
| | Risk Factors Associated with Augmented Renal Clearance in Children, Principal Investigator of Investigator-Initiated Study |

**M E M B E R S H I P**

| | |
|---|---|
| 1998 – 2015 | **American Society of Health-System Pharmacists** |
| 1998 – 2010 | **American Pharmaceutical Association** |
| 2000 – Present | **California Society of Health-System Pharmacists** |
| 2001 – Present | **American College of Clinical Pharmacy**, Infectious Diseases and Pediatrics Pharmacy Research Network |
| 2002 – 2004 | **American Association of Colleges of Pharmacy** |
| 2004 – 2014 | **Southern California Chapter of College of Clinical Pharmacy** |
| 2004 – 2010 | **California Pharmacists Association** |
| 2006 – Present | **Society of Infectious Diseases Pharmacists** |
| 2006 – 2010 | **Central Los Angeles Pharmacists Association** |
| 2006, 2008 – 2012 | **American Society of Microbiology** |

jenle@ucsd.edu  |  (858) 534 - 3692

2008 – Present   **Infectious Disease Association of California**
2010 – Present   **Infectious Diseases Society of America (Full Member)**

# EDITORIAL BOARD

2010 – 2013   **INVITED EDITORIAL BOARD MEMBER**, Infectious Diseases Section, Pediatric Pharmacotherapy, Editors Milap Nahata and Sandra Caballero, American College of Clinical Pharmacy

2011 – 2012   **SECTION EDITOR**, Infectious Diseases Section, Pediatric Pharmacotherapy, American College of Clinical Pharmacy, 2013 (Chapter 45, 708-717)

2015 – 2017   **INVITED EDITORIAL FACULTY PANEL CHAIR**, Pediatric Self-Assessment Program (PedSAP) 2016 Book 1 (Immunology), American College of Clinical Pharmacy

2017 – 2020   **INVITED EDITORIAL BOARD MEMBER**, Pharmacotherapy, Areas of Expertise in Pediatrics, Infectious Diseases, Pharmacokinetics, and Pharmacodynamics American College of Clinical Pharmacy

# CONSULTATION & ADVISORY BOARD

2008 – 2012   **CONSULTANT**, Infectious Diseases for Network of Advisors (c/o Clinical Advisors), New York, NY

2006 – 2010   **CONSULTANT AND MEMBER OF SPEAKERS BUREAU**, Infectious Diseases for Pfizer Pharmaceuticals (Eraxis®, V-fend®, Zyvox®), New York, NY

2008   **EDITORIAL ADVISORY BOARD MEMBER**, California Society of Health-System Pharmacists

2009 – 2010   **CONSULTANT**, Antimicrobial Stewardship for Children's Hospital of Orange County, Orange, CA

2013 – 2014   **CONSULTANT**, Compass Point Research, Nashville, TN

2014 – 2015   **BIOSTATISTICIAN AND CLINICAL ANALYST**, Compass Point Research, Nashville, TN

2015   **CONSULTANT**, National Science Centre, Poland

2015 – Present   **MEMBER**, SDPharmNet, San Diego, CA

2013 – 2019   **CONSULTANT**, Therapeutic Drug Monitoring, Hospital for Tropical Diseases, Ho Chi Minh, Viet Nan

2016 – 2017   **CONSULTANT**, Pharmacy Operations, Children's Hospital #2, Ho Chi Minh City, Viet Nam

2017   **CONSULTANT**, Antibiotic Stewardship at Long An General Hospital, Ho Chi Minh City, Viet Nam

2017 – Present   **INVITED ADVISORY BOARD MEMBER**, *Infectious Diseases and Therapy Journal*

| 2018 – 2020 | **INVITED ADVISORY BOARD MEMBER**, Antimicrobial Drugs Advisory Committee, United States Food and Drug Administration |
| 2018 – Present | **INVITED ADVISORY BOARD MEMBER**, Asian Pacific Health Foundation |
| 2019 – 2020 | **EXPERT WITNESS**, Pharmacology & Toxicology, Klinedinst Law Orange County Office |

## J O U R N A L  &  B O O K   R E V I E W

| 200 3 – Present | Pharmacotherapy |
| 2004 | Journal of the American Pharmacists Association (JAPhA) |
| | Formulary |
| 2007 – Present | Pediatric Infectious Diseases Journal |
| 2009 | Critical Care Medicine |
| | Feature Coordinator for California Journal of Health-Systems Pharmacist |
| | Childhood Obesity Continuing Education Program |
| | Residency Pearls |
| | Journal of Global Infectious Diseases |
| 2010 – 2011 | Infectious Diseases (Book 9), Pharmacotherapy Self-Assessment Program, Seventh Edition |
| 2011 – Present | Journal of Antimicrobial Chemotherapy |
| 2012 – Present | Clinical Therapeutics |
| 2013 – Present | Journal of Pharmacokinetics and Pharmacodynamics |
| | Journal of Pediatric Infectious Diseases |
| 2014 | Expert Review of Anti-infective Therapy |
| | Antimicrobial Agents and Chemotherapy |
| 2015 – Present | Infectious Diseases and Therapy Journal |
| 2016 | Journal of Clinical Pharmacy and Therapeutics |
| | Journal of Global Antimicrobial Resistance |
| 2018 | Annals of Internal Medicine |

## G R A N T   R E V I E W

| 2010 | Medical Research Council, South Africa |
| 2015 | National Science Centre, Poland |
| 2019 | National Institutes of Health, Special Emphasis Panel/Scientific Review Group, Respiratory Sciences - Small Business Study Section |
| 2019 | National Institutes of Health, Study Section Microbiology and Infectious Diseases |
| 2020 | Healthcare Patient Safety and Quality Improvement Research |

## I N I V T E D   R E V I E W

jenle@ucsd.edu | (858) 534 - 3692

| | |
|---|---|
| 2003 | **ABSTRACT REVIEWER**, California Society of Health-System Pharmacist |
| 2004 | **ABSTRACT REVIEWER**, American Pharmacists Association (APhA) |
| 2010 | **PROGRAM REVIEWER**, Pharmacogenomics Education Program (PharmGenEd™), Expert Reviewer for Asthma |
| 2012 – 2013 | **PROMOTION FILE REVIEWER**, Faculty Promotion Review for Loma Linda University and Western University |
| 2016 | **PROGRAM REVIEWER**, American College of Clinical Pharmacy Self-Assessment Program (SAP) |
| 2017 – Present | **PROGRAM REVIEWER**, American College of Clinical Pharmacy: Self-Assessment Programs including Pediatrics (PedSAP), Ambulatory Care (ACSAP), Pharmacotherapy (PSAP) & Cardiology |
| 2019 | **ABSTRACT REVIEWER**, Infectious Diseases Society of America, ID Week Resistance Mechanism |
| | **PROMOTION FILE REVIEWER**, Faculty Promotion Review for University at Buffalo School of Pharmacy and Pharmaceutical Sciences |

## LEADERSHIP & SERVICE INPROFESSIONAL COMMITTEES

| | |
|---|---|
| 2001 – 2002 | **VOLUNTEER**, California Society of Health-System Pharmacists Seminar |
| 2002 – 2003 | **FACULTY ADVISOR**, South-Bay Long Beach Society of Health-System Pharmacists, Quiz Bowl |
| 2004 | **CHAIR**, Awards and Scholarship Committee, Southern California College of Clinical Pharmacy |
| | **MODERATOR**, California Society of Health-System Pharmacists Seminar |
| 2005 | **PRESIDENT-ELECT**, Southern California College of Clinical Pharmacy |
| 2006 | **PRESIDENT**, Southern California College of Clinical Pharmacy |
| | **FOUNDER AND COORDINATOR**, Southern California Infectious Diseases Pharmacists Working Group |
| 2007 | **PAST PRESIDENT**, Southern California College of Clinical Pharmacy |
| | **FOUNDER AND CHAIR-ELECT**, Southern California College of Clinical Pharmacy Infectious Diseases Pharmacists Working Group |
| | **CHAIR**, Taskforce for Expert Opinion Paper on Aerosolized Antibiotics Society of Infectious Disease Pharmacists |
| | **INITIATOR AND DEVELOPER**, Awards and Recognition Program, Southern California College of Clinical Pharmacy |
| | **FACULTY VOLUNTEER**, 27th Annual Western States Conference |
| | **MEMBER**, Awards Committee, American College of Clinical Pharmacy |
| 2008 | **INITIATOR AND DEVELOPER**, Awards Committee, Southern California College of Clinical Pharmacy |
| | **CHAIR**, Southern California College of Clinical Pharmacy Infectious Diseases Pharmacists Working Group |

jenle@ucsd.edu   |   (858) 534 - 3692

|  | **ALTERNATE-DELEGATE**, House of Representatives, Orange County Society of Health-System        Pharmacists |
|---|---|
|  | **INVITED TASKFORCE MEMBER**,  Program on Faculty Recruitment, Retention and Enrichment Sponsored by American Association of Colleges of Pharmacy |
|  | **REPORT CONTRIBUTOR AND INVITED GUEST TO DEAN'S COUNCIL, ARTICIPANT**, ACPE Focused Site Visit at Western University |
|  | **EDITORIAL ADVISORY BOARD MEMBER**, California Society of Health-System Pharmacists |
|  | **PARTICIPANT**, Focused-Investigator Training Program, American College of Clinical Pharmacy Research Institute |
| 2008 – 2010 | **CHAIR**, Aerosolized Antimicrobials Taskforce for Society of Infectious Diseases Pharmacists |
| 2009 | **MEMBER**, California Society of Health-System Pharmacists Editorial Advisory Board |
|  | **INVITED GUEST**, Graduate Education/Training in Experimental Pharmacotherapeutics Summit, American Association of Colleges of Pharmacy |
| 2009 – 2010 | **CO-CHAIR**, Awards Committee, Southern California College of Clinical Pharmacy |
| 2010 | **CHAIR AND LEAD CONTRIBUTOR**, Faculty Orientation and Development Information Guide, UCSD Skaggs School of Pharmacy - Faculty Development and Mentorship Committee |
|  | **SECRETARY & TREASURER**, American College of Clinical Pharmacy, Infectious Diseases Practice and Research Network |
| 2012 – 2013 | **APPOINTED MEMBER**, Board of Pharmacy Specialties in Infectious Diseases Pharmacy Practice Analysis Taskforce |

# L E A D E R S H I P   &   S E R V I C E

## U N I V E R S I T Y   O F   C A L I F O R N I A   S A N   D I E G O

| 2009 – 2010 | **MEMBER,** Faculty Development Committee, Comprehensive Exam Committee, Research Interest Group, Admissions Committee, Education Policy and Academic Oversight Committee |
|---|---|
| 2010 – 2011 | **CO-CHAIR**, Faculty Development and Mentorship Committee |
|  | **MEMBER**, Campus-wide Associated Health Professions Education Committee, Library Committee, Comprehensive Exam Committee, Subcommittee of Educational Policy (CEP) for Microbiology/Immunology, Student Summer Research Committee, Research Interest Group, Education Policy and Academic Oversight Committee |
| 2011 – 2012 | **CO-CHAIR**, Faculty Development and Mentorship Committee |

jenle@ucsd.edu  |  (858) 534 - 3692

**MEMBER,** Campus-wide Associated Health Professions Education Committee, Comprehensive Exam Committee, Student Summer Research Committee, Member, Education Policy and Academic Oversight Committee, Campus-wide Committee for Master of Advanced Studies, Clinical Research Program Review, *Ad Hoc* Pharm.D./Ph.D. Committee

2012 – 2013    **CO-CHAIR**, Faculty Development and Mentorship Committee

**MEMBER,** Campus-wide Associated Health Professions Education Committee, Comprehensive Exam Committee, Student Summer Research Committee, Education Policy and Academic Oversight Committee, Campus-wide Committee for Master of Advanced Studies in Clinical Research Program Review, Donor Stewardship Committee, *Ad Hoc* Search Committee for Dean Skaggs School of Pharmacy, *Ad Hoc* Pharm.D./Ph.D. Committee, *Ad Hoc* Search Committee for Faculty Position in Economics, Social and Administrative Sciences

2013 – 2014    **CO-CHAIR**, Faculty Development and Mentorship Committee

**MEMBER,** Campus-wide Associated Health Professions Education Committee, Faculty Awards Sub-committee, Comprehensive Exam Committee, Student Summer Research Committee, Education Policy and Academic Oversight Committee, Donor Stewardship Committee

2014 – 2015    **CHAIR**, Campus-wide Associated Health Professions Education

**CHAIR**, Faculty Awards Committee

**CO-CHAIR**, Faculty Development and Mentorship Committee

**MEMBER,** Faculty Awards Committee, Comprehensive Exam Committee, Student Summer Research Committee, Education Policy and Academic Oversight Committee, *Ad Hoc* SSPPS Research Retreat Planning Committee, *Ad Hoc* Pharm.D./Ph.D. Committee

2015 – 2016    **CHAIR**, Campus-wide Associated Health Professions Education

**CHAIR**, Faculty Awards Committee

**CO-CHAIR**, Faculty Development and Mentorship Committee

**MEMBER,** Comprehensive Exam Committee, SSPPS APPE/IPPE Course Committee (Sub-Committee for Committee on Educational Policy), Student Summer Research Committee, Education Policy and Academic Oversight Committee, *Ad Hoc* SSPPS Research Retreat Planning Committee

2016 – 2017    **CHAIR**, Faculty Awards Committee

**CHAIR**, Assessment Committee

**MEMBER,** Committee on Educational Policy, Committee on Academic Personnel, Comprehensive Exam Committee, Student Summer Research Committee, International Collaboration and Education

2017 – 2018    **CHAIR**, Assessment Committee

**CHAIR**, ACPE Self-Study on Educational Outcomes and Assessment

jenle@ucsd.edu | (858) 534 - 3692

**MEMBER,** ACPE Self-Study Steering Committee, Committee on Academic Personnel, Student Summer Research Committee, International Collaboration and Education, SSPPS APPE/IPPE Course Committee (Sub-Committee for Committee on Educational Policy), Ad-hoc Committee for Fourth-Year Appraisal

## LEADERSHIP

### WESTERN UNIVERSITY, COLLEGE OF PHARMACY

*Note: Member services were excluded*

| | |
|---|---|
| 2002 – 2003 | **CHAIR,** Scholarship Recognition and Award Committee |
| 2003 – 2004 | **CHAIR,** Faculty Orientation, Enhancement, and Development |
| | **CHAIR,** Ad hoc Post-Faculty Retreat Committee |
| | **PROGRAM REVIEWER,** EdScholar Implementation |
| 2004 – 2005 | **CHAIR,** Faculty Orientation, Enhancement, and Development |
| | **CHAIR,** ACPE Self-Study - Faculty Development Committee |
| | **SECRETARY,** Faculty Meetings |
| | **PROGRAM REVIEWER,** E-portfolio Implementation |
| 2005 – 2007 | **CHAIR,** Pharmacy Faculty Assembly |
| | **MEMBER,** Dean's Council and Committee for College of Pharmacy Mission Statement |
| 2007 – 2009 | **CHAIR,** Faculty Orientation, Enhancement, and Development |
| | **ASSESSOR,** Peer Formative Assessment of Teaching Program |
| | **MEMBER,** Mentorship Program |

## HEALTHCARE CENTER SERVICES AND COMMITTEES

| | |
|---|---|
| 2002 – Present | **FACULTY-IN-RESIDENCE,** Long Beach Memorial and Miller Children's & Women's Hospitals of Long Beach, MemorialCare Health System |
| 2004 | **INIVITED PARTICIPANT,** Strategic Planning Committees for Missing Medications, Customer Service, Clinical Programs, Emergency Department & Technician Program, Long Beach Memorial and Miller Children's & Women's Hospitals of Long Beach |
| | Women's Hospitals of Long Beach, MemorialCare Health System |
| 2003 – 2006 | **INITIATOR,** Inpatient Infectious Diseases Pharmacy Services, Long Beach Memorial and Miller Children's & Women's Hospitals of Long Beach, |
| 2008 – 2009 | **MEMBER,** Antimicrobial Stewardship Committee, Children's Hospital of Orange County |
| 2008 – 2009 | **MEMBER,** Epidemiology Committee, Miller Children's Hospital |
| 2009 – Present | **MEMBER,** Residency Oversight Committee, Long Beach Memorial Medical Center and Miller Children's Hospital |
| 2010 | **CONTRIBUTOR,** PGY-1 Residency Re-accreditation Report, Long Beach Memorial Medical Center |

jenle@ucsd.edu  |  (858) 534 - 3692

| 2010 | **MEMBER**, Residency Advisor Council, University of California San Diego Medical Center |
| 2011 | **MEMBER**, Memorialcare Health System, Academic Advisory Council |
| 2012 | **SCIENTIFIC REVIEWER**, Memorialcare Health System Institutional Review Board |
| 2013 | **MEMBER**, Clinical Research Operations Task Force, Memorialcare Health **MEMBER**, Clinical Research Operations Implementation Task Force Memorialcare Health System |
| 2013 | **MEMBER**, Clinical Research Managers Task Force, Memorialcare Health |
| 2014 | **MEMBER**,  pSCANNER Research Planning Roundtable, Memorialcare Health System |
| | **MEMBER**,  Hospital Discharge and Transitional Care Pharmacist Program, Long Beach Memorial Hospital |
| 2014– Present | **MEMBER**, Long Beach Memorial Residency Advisory Committee |

## C R E A T I V E  P R O G R A M S  E S T A B L I S H E D

| 2002 | **INITIATOR AND DEVELOPER**, Chemotherapeutic Agents Ordering and Monitoring Process, Long Beach Memorial Medical Center |
| 2003 | **DEVELOPER**, Revision of Instructor and Block Evaluations Western University of Health Sciences, College of Pharmacy |
| 2003, 2005 | **DEVELOPER**, Adult Digoxin Dosing Guideline for Pharmacist-Regulated Therapies, Long Beach Memorial Medical Center |
| 2004 | **CONTRIBUTOR**, Best Practice Guideline for the Management of Pyelonephritis in Pregnant, Women Long Beach, Orange Coast, Saddleback and Anaheim Memorial Medical Centers |
| | **DEVELOPER**, Medication Reconciliation Program Long Beach Memorial Medical Center and Miller Children's Hospital |
| | **INITIATOR AND DEVELOPER**, Cefepime in Neutropenic Pediatric Patients Miller Children's Hospital |
| 2005 | **INITIATOR AND DEVELOPER**,  Vancomycin Drug Utilization Evaluation Long Beach Memorial Medical Center |
| | **CONTRIBUTOR**, Maternal and fetal outcomes in the management of diabetic obstetric patients Long Beach Memorial Medical Center |
| | **INITIATOR AND DEVELOPER**, Adult intravenous Vancomycin Guideline for Pharmacist-Regulated Therapies Long Beach Memorial Medical Center |
| 2006 – Present | **INITIATOR, DEVELOPER AND DIRECTOR**,  PGY-1 Pharmacy Practice Residency with Emphasis in Education and Research (in affiliation with UC San Diego) Long Beach Memorial Medical Center |
| 2007 | **INITIATOR AND DEVELOPER**, Clinical Pharmacist in the Emergency Department Long Beach Memorial Medical Center and Miller Children's **CONTRIBUTOR**, University-wide Orientation Program Western University |

jenle@ucsd.edu   |   (858) 534 - 3692

| | |
|---|---|
| 2007 – 2008 | **INITIATOR AND DEVELOPER**, Antibiogram Supplement Long Beach Memorial Medical Center and Miller Children's Hospital |
| 2008 | **DEVELOPER AND ASSESSOR**, Peer Formative Assessment of Teaching Western University of Health Sciences, College of Pharmacy |
| | **CONTRIBUTOR**, Mentorship Program (for Faculty Members) Western University of Health Sciences, College of Pharmacy |
| 2009 | **CONTRIBUTOR**, Implementation of E-testing for *S. aureus* isolates and Implementation of modified Hodge's Test screening for KPC Long Beach Memorial Medical Center and Miller Children's Hospital |
| 2009 – 2010 | **INITIATOR AND DEVELOPER**, Antibiogram, Neonatal Antifungal and Sepsis Guidelines, Neutropenic Sepsis and Antifungal Guidelines, Restricted Antimicrobial Use Policy Children's Hospital of Orange County |
| 2009 – 2011 | **INITIATOR AND DEVELOPER**, Team-based Teaching and Medicine (APPE) Lesson Plan Long Beach Memorial Medical Center |

# COMMUNITY & INTERNATIONAL SERVICES

| | |
|---|---|
| 2001 | **PARTICIPANT**, Health Fair Expo at Long Beach Memorial Medical Center |
| 2004 | **COORDINATOR**, Pharmacy Booth, Miller Children's Annual Health Fair |
| | **COORDINATOR**, Poison Control Booth, Baby Expo, Long Beach Memorial Medical Center |
| 2007 | **JUDGE**, Final Posters, Pharmacy Technician Poster Competition, American University of Health Sciences |
| | **COORDINATOR**, Health Fair in El Monte for Hypertension and Diabetes Screening (APhA) and Ask Your Pharmacist (NCPA) |
| 2010- 2016 | **ADVISOR**, Summer Volunteer Program for High School and Pre-Pharmacy Students (Ivilynn Bui, Tri Tran, Gabriela Rodriguez, Tiana Vo, Austin Nguyen, Kelsey Schmidt, Andy Vo, and Alexandra Gionta), Long Beach Memorial |
| 2013 | **COLLABORATOR**, Food Insecurity Project, University of Wisconsin School of Pharmacy |
| 2015 | **PROGRAM INITIATOR, DEVELOPER AND IMPLEMENTOR**, Vancomycin Therapeutic Monitoring, Oxford University Clinical Research Unit and Hospital for Tropical Diseases in Viet Nam |
| 2016 | **PROGRAM INITIATOR, DEVELOPER AND IMPLEMENTOR**, Aminoglycosides Therapeutic Monitoring, Oxford University Clinical Research Unit and Hospital for Tropical Diseases in Viet Nam |
| 2017 | **PROGRAM INITIATOR AND DEVELOPER**, Access to Human Papilloma Virus Vaccine, Oxford University Clinical Research Unit in Viet Nam |

# INVITED LECTURE

jenle@ucsd.edu   |   (858) 534 - 3692

**LOCAL**

| | |
|---|---|
| 2001 | Gram-Positive Bacterial Infections: Pattern of Resistance and New Treatment, Long Beach Memorail Medical Center, 1 ACPE |
| 2002 | Faculty Retreat: Reframing Our Vision, Western University |
| 2003 | Ursodiol in the Treatment of Gallstones, Western University |
| 2006 | Management of Candidemia:  Focus on New Therapies, Southern California College of Clinical Pharmacy, 1 ACPE |
| | Fungal Diseases for the Clinician with a Focus on Candida Infection, Long Beach Memorail Medical Center, 1 CME |
| | Disseminated Candidiasis in Neonates, Long Beach Research Symposium |
| 2007 | Risk Factors and Treatment of Candidemia, Pacific Hospital |
| | Acute Otitis Media and the Role of Community Pharmacists, Orange County of Pharmacists Association, 1 ACPE |
| | Acute Otitis Media, University of Southern Califonia Physician Assistant Program |
| | Fungal Infections in the Changing Hospital Environment, Pacific Hospital |
| 2008 | Burden of MRSA Infection – Focus on HA-MRSA, Pacific Hospital |
| | Antifungal Guidance: Management Strategies and Practice Guideline, Pacific Hospital |
| 2009 | Update on Antifungal Agents, Pacific Hospital |
| 2009 – 2014 | Residency Seminar Series: Database Management, Statistical Analysis and Referencing for Research Projects |
| | Residency Seminar Series: Teaching Opportunities During Residency |
| | Residency Seminar Series: Career in Academia |
| | Residency Seminar Series: Effective Precepting of Pharmacy Students During Acute Care Rotation |
| | Long Beach Memorial Medical Center & Miller Children's Hospital |
| 2011 | Is A Career in Pharmacy Right for You?, Muir's Eventual Doctors University of California, San Diego |
| 2014 – 2018 | Residency Seminar Series: Academia and Pediatric Research |
| | Residency Seminar Series: Generating Hypothesis in Research |
| | Residency Seminar Series: Effective Precepting of Pharmacy Students |
| | Residency seminar series: Study Design and Research Hypothesis |
| | Residency Seminar Series: Database Management, Statistical Analysis and Referencing for Research Projects |
| | Residency Seminar Series: Precepting Pearls and Assessment & Academic Pharmacy |
| | Long Beach Memorial & Miller Children's and Women's Hospitals |
| 2018 | Academic Pharmacy in Pediatric Infectious Diseases: *From Bedside to Research and Back*, UC San Diego Pre-Pharmacy Society |
| | Optimizing Drug Dosing in Pediatrics Through Clinical Pharmacology, Rady Children's Hospital of San Diego, Research Seminar Series |

jenle@ucsd.edu   |   (858) 534 - 3692

Career in Academic Pharmacy: Pediatric Infectious Diseases, UCSD Alpha Epsilon Delta Pre-Health Society, Annual Health Professional Symposium

Academic Pharmacy: Focus in Pediatric Pharmacology Research, UCSD Alpha Epsilon Delta Pre-Health Society, General Meeting

### STATE

| | |
|---|---|
| 2000 | CAL-OPTIMA Asthma Training, CAL-OPTIMA, 2 ACPE |
| 2007 | Community Pharmacists in the Management of Pediatric Infectious Diseases, California Pharmacists Association, 1.5 ACPE |
| 2008 | Update on Treatment of Candidemia, California Pharmacists Association, 1.5 ACPE |
| | What Are You Doing to Treat and Prevent MRSA in Your Onstitution? - Discussion Panel, California Society of Health-System Pharmacists Seminar, 1 ACPE |
| 2013 | Therapeutic Drug Monitoring of Antimicrobial Agents in Children, California Society of Health-System Pharmacists Seminar, 1 ACPE |

### NATIONAL

| | |
|---|---|
| 2004 | Urinary Tract Infections During Pregnancy (manuscript invited for CE), Annals of Pharmacotherapy, 1 ACPE |
| | Management of Bacterial Rhinosinusitis (manuscript invited for CE), American Journal of Managed Care, 2 CME/ACPE |
| 2005 | Therapeutic Management of Bronchitis (manuscript invited for CE), American Journal of Managed Care, 2 CME/ACPE |
| 2011 | Following the Curve: Pharmacokinetic Guided-Dosing of Antimicrobials in Pediatrics, American College of Clinical Pharmacy, 1 ACPE |
| 2015 | Antimicrobial Dosing Challenges in Children, Making-a-Difference in Infectious Diseases, 1 ACPE |
| | Vaccines Update: Meningococcal B and Pneumococcal, Making-a-Difference in Infectious Diseases, 1 ACPE |
| 2016 | Translating Evidence into Practice: Vancomycin Nephrotoxicity in Pediatrics, American College of Clinical Pharmacy, 1 ACPE |
| | Best Practices for Pediatric Dosing Strategies: Ahead of the curve! Optimizing Vancomycin Dosing with Pharmacokinetic Modeling, American College of Clinical Pharmacy, 1 ACPE |
| 2017 | What is Standard for Adding Drug to Pediatric Formulary: Institutions, Systems and PBMs?, American College of Clinical Pharmacology, 1 ACPE |
| | Optimizing Vancomycin Dosing with Pharmacokinetic Modeling: Focus in Pediatrics, Vietnamese American Medical Association & Southern California Vietnamese Physicians Association, Garden Grove, CA, 1 ACPE |
| 2018 | Optimizing Vancomycin and Aminoglycoside Dosing in Neonatal and |

jenle@ucsd.edu  |  (858) 534 - 3692

Pediatric Patients on Extracorporeal Life Support (VancoAG-ECLS), Pediatric Acute Lung Injury and Sepsis Investigators (PALISI), Coronado, San Diego

Vancomycin Pharmacology in Pediatric Patients on ECMO, Extracorporeal Life Support Organization, Scottsdale, Arizona

2019    PK/PD Applications in Stewardship, Making-a-Difference in Infectious Diseases, 1 ACPE/CME

### INTERNATIONAL

| | |
|---|---|
| 9/2011 | Vancomycin Dosing in Children by Area-Under-the Curve (AUC), Interscience Conference on Antimicrobial Agents and Chemotherapy, 0.5 ACPE |
| 4/26/2013 | Therapeutic Drug Monitoring in Children, School of Pharmacy Ho Chi Minh City, Viet Nam |
| 4/24/2014 | Vancomycin: Therapeutic Drug Monitoring in Children and Adults, Hospital for Tropical Diseases, Ho Chi Minh City, Viet Nam |
| 11/15/2015 | Antimicrobial Dosing Challenges in Pediatric Patients, Pediatric Pharmaceutical Care Workshop in Children's Hospital of Chinese Medical University, Taichung, Taiwan |
| 11/15/2015 | Professional Development and Training in Pediatric Infectious Diseases: Clinical Pharmacists and Students, Pediatric Pharmaceutical Care Workshop in Children's Hospital of Chinese Medical University, Taichung, Taiwan |
| 11/16/2015 | The Art and Science of Clinical Pharmacy and Its Current Trend in Research: Pediatric Antimicrobial Stewardship,  Grand Rounds, Children's Hospital of Chinese Medical University, Taichung, Taiwan |
| 11/17/2015 | Pneumonia: Science of Selecting Antimicrobials for CAP, HAP, VAP, & HCAP,  Chinese Medical University, Taichung, Taiwan |
| 11/23/2015 | Case-Based Seminar on Clinical Pharmacists and Inpatient Medical Care: Pediatric Infectious Diseases, Grand Rounds, Children's Hospital of Chinese Medical University, Taichung, Taiwan |
| 11/24/2015 | (Presenting) and Publishing Patient-Oriented Research,  Children's Hospital of Chinese Medical University, Taichung, Taiwan |
| 11/25/2015 | Pharmacokinetics and Pharmacodynamics of Anti-infection Agents in Pediatrics,  Children's Hospital of Chinese Medical University, Taichung, Taiwan |
| 11/25/2015 | Non-HIV Viral Infections,  Chinese Medical University, Taichung, Taiwan |
| 11/30/2015 | Academic File for Advancement of Clinical Faculty,  Chinese Medical University, Taichung, Taiwan |
| 10/10/2016 | Pharmacology of Aminoglycosides,  Hospital for Tropical Diseases Centre for Tropical Medicine and Global Health, Ho Chi Minh City, Viet Nam |

jenle@ucsd.edu  |  (858) 534 - 3692

| 10/10/2016 | Aminoglycoside Therapeutic Drug Monitoring,  Hospital for Tropical Diseases Centre for Tropical Medicine and Global Health, Ho Chi Minh City, Viet Nam |
| 10/11/2016 | Antimicrobial Dosing Challenges in Pediatric Patients,  Hospital for Tropical Diseases Centre for Tropical Medicine and Global Health, Ho Chi Minh City, Viet Nam |
| 10/11/2016 | Pharmacokinetics and Pharmacodynamics of Anti-infection Agents in Pediatrics,  Hospital for Tropical Diseases Centre for Tropical Medicine and Global Health, Ho Chi Minh City, Viet Nam |
| 10/13/2016 | Clinical Preceptorship: Train-the-Trainer Program,  Chinese Medical University, Taichung, Taiwan |
| 10/14/2016 | Clinical Preceptorship: Train-the-Trainer Program,  Taiwan Medical University Taipei, Taiwan |
| 10/15/2016 | Optimizing Vancomycin Dosing with Pharmacokinetic Modeling and Bayesian Estimation,  Chinese Medical University, Taichung, Taiwan |
| 8/15/2017 | What is Standard for Adding Drug to Pediatric Formulary:  Institutions, Systems and PBMs?, Hospital for Tropical Diseases Centre for Tropical Medicine and Global Health Ho Chi Minh City, Viet Nam |
| 10/2/2017 | Generic Antibiotics:  Improved Use Using Systematic Clinical Pharmacology, Chengdu Food and Drug Administration, San Diego, CA |
| 10/2/2017 | Therapeutic Equivalent Evaluations: US Formulary System, Chengdu Food and Drug Administration, San Diego, CA |
| 4/10/2019 | Therapeutic Drug Monitoring (TDM): Overview<br>Vancomycin & Aminoglycosides TDM<br>Vancomycin Dosing in Children by AUC<br>TDM Workshop<br>University Medical Center, District 5, Ho Chi Minh City, Viet Nam, 8 CE |

**INSTRUCTION:**  **DIDACTIC**

**UNIVERSITY OF CALIFORNIA SAN DIEGO**

| 2009 – 2012 | **LECTURER**<br>SPPS 202A Concepts in Pharmacy Practice: Research<br>SPPS 212A Therapeutics I:  Clinical Pharmacokinetics and Pharmacokinetic Alterations in Special Populations<br>SPPS 212B Therapeutics II:  Digoxin Pharmacokinetics<br>SPPS 212C Therapeutics III:  Mood Stabilizer and Anticonvulsant Pharmacokinetics  Pharmacokinetics |
| 2009 – 2015 | **ORAL EXAMINER**, SPPS 212B & 212C Therapeutics |
| 2010 – 2012 | **PRE-CONFERENCE CO-FACILITATOR**, SPPS 212C Therapeutics |
| 2010 – 2012 | **COURSE CO-CHAIR (COORDINATOR)**, SPPS 212C Therapeutics |
| 2011 – Present | **LECTURER**, Infectious Diseases Pharmacotherapy Review |

jenle@ucsd.edu  |  (858) 534 - 3692

| | |
|---|---|
| 2011 – 2012 | **LECTURER** |
| | SPPS 208 Study Designs:  Pharmacokinetics Study Designs |
| | SPPS 249 Principles of Pharmacology and Physiology:  Aminoglycosides, Beta-Lactams and Vancomycin |
| 2013 – Present | **LECTURER** |
| | SPPS 212A Therapeutics I:  Clinical Pharmacokinetics and Pharmacokinetic Alterations in Special Populations |
| | SPPS 212B Therapeutics II:  Digoxin Pharmacokinetics |
| | SPPS 212C Therapeutics III:  Mood Stabilizer and Anticonvulsant Pharmacokinetics  Pharmacokinetics |
| | SPPS 246 Medical Microbiology and Infectious Diseases Therapeutics:  Pediatric Infections, Pneumonia, Vancomycin and Aminoglycosides Clinical Pharmacokinetics and Non-HIV Viral Infections |
| | SPPS 249 Principles of Pharmacology and Physiology:  Aminoglycosides |
| 2013 – Present | **LECTURER**, SPPS 201 Immunization Training Course:  Tetanus, Diphtheria, Pertussis , Dtap/Tdap, Hep A & B, HPV |
| 2017 – Present | **EXAMINER,** Multi-Station Objective Structured Clinical Examination (OSCE) |
| | **FACILITATOR,** Interprofessional Objective Structured Clinical Examination |

**INSTRUCTION:**        **DIDACTIC**

**WESTERN UNIVERSITY COLLEGE OF PHARMACY**

| | |
|---|---|
| 2002 – 2009 | **LECTURER** |
| | PHRM 5501 Pharmacokinetics:  Drug Dosing in Renal Diseases ; Pharmacokinetic Alterations in Special Populations – Children, Geriatrics, and Obesity ; Drug Dosing in Cardiovascular Diseases, Pharmacokinetic Drug Interactions, Therapeutic Drug Monitoring |
| | PHRM 6204 Pharmacy Practice:  Digoxin Pharmacokinetics |
| | PHRM 6202 Pharmacy Practice:  Fluids & Electrolytes |
| | PHRM 6205 Pharmacy Practice:  Comprehensive Case Presentation ; Digoxin Pharmacokinetics Review ; Review of Fluid & Electrolytes & TPN |
| | PHRM 6206 Pharmacy Practice:  Case Study (Asthma, Contraception, DVT/PE, Acne) |
| | PHRM 6207 Pharmacy Practice:  Theophylline Pharmacokinetics |
| | PHRM 6210 Foundation:  Case presentation – Respiratory Diseases  and Total Parenteral Nutrition - Focus on Calculations |
| | PHRM 6301 Pharmacy Practice:  Otitis Media, Pediatric Infectious Diseases |
| | PHRM 6302 Pharmacy Practice:  Vancomycin & Aminoglycosides Pharmacokinetics |
| | Comprehensive Review:  Review of Calculations and Applied Pharmacokinetics |

| | |
|---|---|
| 2004 – 2009 | **COURSE CHAIR**, PHRM 5501 *Pharmacokinetics* and PHRM 6206 Pharmacy Practice:  Respiratory & Endocrine Diseases |
| 2004 – 2009 | **WORKSHOP LEADER AND FACILITATOR**<br>PHRM 5501 Pharmacokinetics:  Workshops 1 – 8<br>PHRM 6206 Pharmacy Practice:  Case Study (Asthma, Contraception, DVT/PE, Acne)<br>PHRM 6210:  Comprehensive Case Study<br>PHRM 6301 Pharmacy Practice:  Case Study (*Pneumonia, Cellulitis*)<br>PHRM 6306:  Comprehensive Case Study (Leukemia, Tumor Lysis Syndrome, Anemia/Thrombocytopenia, *Neutropenic Fever*) |
| 2004 – 2009 | **EVALUATOR AND CASE FACILITATOR**<br>PHRM 5501 Pharmacokinetics:  Block orientation, review, quiz and examination<br>PHRM 5113 Pharmacy Practice: Objective Structured Clinical Evaluation<br>PHRM 6205 Foundation:  Objective Structured Clinical Evaluation<br>PHRM 6210 Pharmacy Practice:  Objective Structured Clinical Evaluation, Comprehensive Case (Depression, Hypertension, Anemia, Hypothyroidism)<br>PHRM 6306 Pharmacy Practice:  Objective Structured Clinical Evaluation |

### INSTRUCTION:                    EXPERIENTIAL

| | |
|---|---|
| 2001 – 2010 | **PRECEPTOR**, Acute Care Medicine APPE for 83 Pharmacy Students from Western University and UC San Francisco, Long Beach Memorial  Hospital |
| 2002 – 2008 | **PRECEPTOR**, Infectious Diseases and Pharmacokinetics Rotation for 32 PGY-1 Residents and International Pharmacists, Long Beach Memorial Hospital |
| 2009 – Present | **INITIATOR AND DEVELOPER**, Los Angeles and Orange County Experiential Program for UC San Diego Pharmacy Students, Completed 24 New Site Affiliations and Procured over 100 Advanced Pharmacy Practice Experiences (APPE) |
| 2009 – Present | **PRECEPTOR**, Acute Care Medicine APPE for over 45 Students from UC San Diego, Long Beach Memorial Hospital, |
| 2017 – Present | **DIRECTOR**, Los Angeles and Orange County Experiential Program for UC San Diego Pharmacy Students |

### STUDENT, RESIDENT & FACULTY MENTORSHIP

| | |
|---|---|
| 2000 – Present | **RESEARCH MENTOR**, Mentored over 40 UC San Diego Pharmacy and Medical Students (including T32 and T35 Awardees) |
| 2003 – 2008 | **RESEARCH MENTOR**, Mentored 14 Western University Pharmacy Students |

jenle@ucsd.edu  |  (858) 534 - 3692

| 2004 – Present | **POST-GRADUATE RESEARCH MENTOR**, Mentored 30 PGY-1 Pharmacy Practice Residents at Long Beach Memorial and Miller Children's & Women's Hospitals and UC San Diego |
| 2007 – 2017 | **RESEARCH ADVISOR**, Guided 10 Pre-Pharmacy & High School Students |
| 2009 – Present | **CAREER ADVISOR**, Guided over 10 UC San Diego Pharmacy Students |
| 2014 – Present | **FACULTY MENTOR**, Mentored 5 Pharmacists with Interest in Academic Career and Scholarly Activities |

# PUBLICATIONS

## ORIGINAL, PEER-REVIEW

1. Elstner E, Linker-Israeli M, Umiel T, **Le J**, et al.  Combination of a potent 20-epi-vitamin $D_3$ analogue (KH1060) with 9-cis-retinoic acid irreversibly inhibits clonal growth, decreased bcl-2 expression, and induces apoptosis in HL-60 leukemic cells.  *Cancer Research* 1996;56:3570-3576.  [Original laboratory research]

2. Elstner E, Linker-Israeli M, **Le J**, et al. Synergistic decrease of clonal proliferation, induction of differentiation and apoptosis in APL cells after combined treatment with novel 20-epi vitamin $D_3$ analogs and 9-cis retinoic acid.  *J Clin Invest* 1997;99:349-360.  [Original laboratory research]

3. de Vos S, Dawson MI, Holden S, **Le J**, et al.  Effects of retinoid x receptor-selective ligands on proliferation of prostate cancer cells.  *The Prostate* 1997;32:115-121.  [Original laboratory research]

4. Asou H, Koike M, Elstner E, Cambell M, **Le J**, et al. 19-nor vitamin D analogs: a new class of potent inhibitors of proliferation and inducers of differentiation of human myeloid leukemia cell lines. *Blood*. 1998;92:2441-9. [Original laboratory research]

5. **Le Jennifer**, Nguyen T, Law A, Hodding J.  Adverse drug reactions in pediatrics over a 10-year period.  *Pediatrics* 2006;118:555-562.  [Original clinical research; Role – conceived, analyzed, wrote and supervised entire study]

6. **Le Jennifer**, Nguyen T, Okamoto M, Lieberman JM.  Impact of empiric antibiotic use on the development of infections caused by extended-spectrum beta-lactamase bacterial pathogens in the neonatal intensive care unit.  *Pediatric Infectious Diseases Journal* 2008;27:314-318. [Original clinical research]

7. **Le Jennifer**, Adler-Shohet FC, Nguyen C, Lieberman JM.  Nephrotoxicity associated with conventional amphotericin B in neonates.  *Pediatric Infectious Diseases Journal* 2009;28:1061-3. [Original clinical research]

8. **Le Jennifer**, Castanheira M, Burgess DS, McKee B, Iqbal R and Jones RN. Clonal Dissemination of *Klebsiella pneumoniae* Carbapenemase KPC-3 in Long Beach, California. *J Clin Microbiol*. 2010;48(2):623-5. [Case series]

9. **Le Jennifer**, SanAgustin M, Tran T and Adler-Shohet FC.  Complications associated with outpatient parenteral antimicrobial therapy in children. *Clinical Pediatrics (Phila)* 2010;49:1038-43.  [Original clinical research]

10. **Le Jennifer**, Bookstaver B, Rudisill C, Hashem M, Iqbal R, James C, and Sakoulas G.  Treatment of meningitis caused by vancomycin-resistant

jenle@ucsd.edu  |  (858) 534 - 3692

*Enterococcus faecium*: high-dose and combination daptomycin therapy. *Annals of Pharmacotherapy* 2010;44(12):2001-6.  [Case series]

11.  McKamy S, Hernandez E, Jahng M, Moriwaki T, Deveikis A and **Le Jennifer**. Incidence and risk factors influencing the development of vancomycin nephrotoxicity in children. *J of Pediatrics* 2011;158(3):422-6. [Original clinical research]

12.  Wang MK, Tran T, Tran V, Padilla L and **Le Jennifer**.  Case-control study of risk factors and outcomes associated with neonatal candidiasis. *Journal of Neonatal-Perinatal Medicine* 2011;4:39-43. [Original clinical research]

13.  **Le Jennifer**, McKee B, Srisupha-olarn W and Burgess DS.  *In vitro* activity of carbapenems alone and in combination with amikacin against extended-spectrum beta-bactamase (ESBL)-producing bacteria with reduced carbapenem susceptibility.  *Journal of Clinical Medicine Research* 2011;3(3):106-110. [Original research]

14.  Law AV, Jackevicius C, Murray WI, Hess K, Pham DQ, Min DI, and **Le Jennifer**. Impact of a faculty orientation and development committee.  *American Journal of Pharmaceutical Education* 2012; 76 (1) Article 3.  [Original clinical research]

15.  Kook JL, Chao SR, **Le Jennifer** and Robinson PA.  Impact of the use of procalcitonin assay in hospitalized adult patients with pneumonia at a community acute care hospital.    *Infect Control Hosp Epidemiol* 2012;33(4):424-426. [Original clinical research]

16.  **Le Jennifer**, Bradley JS. Murray W, Romanowski GL, Tran TT, Nguyen N, et al. Improved vancomycin dosing in children using area under the curve exposure. *Pediatric Infectious Diseases Journal* 2013;32(4):e155-63. [Original clinical research]

17.  **Le Jennifer**, Tran TT, Bui I, Wang MK, Vo A, Adler-Shohet FC.  Time to Initiation of Antifungal Therapy for Neonatal Candidiasis.  *Antimicrobial Agents and Chemotherapy* 2013;57(6):2550-55. [Original clinical research]

18.  Dugan S, **Le Jennifer**, Jew RK. Maximum tolerated osmolarity for peripheral administration of parenteral nutrition in pediatric patients.  *JPEN Journal of Parenteral and Enteral Nutrition* 2013; 38(7):847-51. [Original clinical research]

19.  Tran TT, El-Ibiary S, Tindula R, Rai N, Nguyen A, and **Le Jennifer**. Unique pharmacist competency program at community-based, teaching hospitals. *Journal of Hospital Administration* 2013; 2(3):119-23. [Original clinical research]

20.  Hill SE, Iqbal R, Cadiz CL, and **Le Jennifer**. Foodborne botulism treated with heptavalent botulism antitoxin. *Ann Pharmacother* 2013;47(2):e12. [Case report]

21.  **Le Jennifer**, Vaida F, Nguyen E, Adler-Shohet FC, Romanowski GL, Kim J, Vo T, Capparelli EV.  Population-based pharmacokinetic modeling of vancomycin in children with renal impairment.  *Journal Pharmacol Clin Toxicol* 2014;2(1):1017-27.  [Original clinical research]

22.  Tremoulet A, **Le Jennifer**, Poindexter B, Sullivan JE, Laughon M, Delmore P, Salgado A, Chong SI, Melloni C, Gao J, Benjamin DK Jr, Capparelli EV, and Cohen-Wolkowiez M; on behalf of the Administrative Core Committee of the Best Pharmaceuticals for Children Act — Pediatric Trials Network. Characterization of the population pharmacokinetics of ampicillin in

jenle@ucsd.edu  |  (858) 534 - 3692

neonates using an opportunistic study design. *Antimicrob Agents Chemother* 2014;58(6):3013-3020. [Original clinical research]

23. **Le Jennifer**, Ngu B, Bradley JS, Murray W, Nguyen A, Nguyen L, Romanowski GL, Vo T, and Capparelli EV. Accuracy of vancomycin monitoring in children using Bayesian estimation. *Therapeutic Drug Monitoring* 2014;36(4):510-8. [Original clinical research]

24. Jackevicius CA, **Le Jennifer**, Nazer L, Hess K, Wang J, and Law AV. A formal mentorship program for faculty development. *American Journal of Pharmaceutical Education*, 2014;78(5):100. [Original research]

25. Vivian E, Ikem P, Shiyanbola O, Tolson Y, and **Le Jennifer**. Health needs and neighborhood concerns of low income households vulnerable to food insecurity. *Public Health* 2014; 128(8):743–745. [Original clinical research]

26. **Le Jennifer**, Dam Q, Schweizer M, Thienphrapa W, Nizet V, and Sakoulas G. Effects of vancomycin versus nafcillin in enhancing killing of methicillin-susceptible *Staphylococcus aureus* bacteremia by human cathelicidin LL-37. *European Journal of Clinical Microbiology & Infectious* 2016;35(9):1441-7. [Original clinical research]

27. **Le Jennifer**, Ny P, Capparelli EVC, Lane JR, Ngu B, Muus R, Romanowski G, Vo T, and Bradley JS. Pharmacodynamic characteristics of nephrotoxicity associated with vancomycin use in children. *J Pediatric Infect Dis Soc* 2015;4(4):e109-16. [Original clinical research]

28. Wing DA, Rumney PJ, Hindra SS, Guzman L, **Le Jennifer**, and Nageotte MP. Pilot investigation to evaluate compliance and tolerability of cranberry capsules in pregnancy for the prevention of asymptomatic bacteriuria in pregnancy. *J Altern Complement Med* 2015;21(11):700-6. [Original clinical research]

29. Ghonimat IM, Nazer LH, Aqel F, Mohammed MK, Hawari FI, and **Le Jennifer**. Effect of nebulized colistin on the ventilator circuit: a prospective pilot case-control study from a single cancer center. *Mediterr J Hematol Infect Dis* 2015;7(1):e2015032. [Original clinical research]

30. Nazer LH, Rihani S, Hawari FI, and **Le Jennifer**. High-dose colistin for microbiologically documented serious respiratory infections associated with carbapenem-resistant *Acinetobacter baummannii* in critically ill cancer patients: a retrospective cohort study. *Infect Dis (Lond)* 2015;47(11):755-60. [Original clinical research]

31. **Le Jennifer**, Capparelli EV, Wahid U, Wu YS, Romanowski GL, Tran TM, Nguyen A, Bradley JS. Bayesian estimation of vancomycin pharmacokinetics in obese children: matched case-control study. *Clin Ther* 2015 Jun 1;37(6):1340-51. [Original clinical research]

32. Abdel Hadi O, Al Omar S, Nazer LH, Mubarak S, and **Le Jennifer**. Vancomycin pharmacokinetics and predicted dosage requirements in pediatric cancer patients. *J Oncol Pharm Pract* 2016;22(3):448-53. [Original clinical research]

33. Cannavino CR, Mendes RE, Sader HS, Farrell DJ, Critchley IA, Biek D, **Le Jennifer**, et al. Evolution of ceftaroline-resistant MRSA in a child with cystic fibrosis following repeated antibiotic exposure. *Pediatr Infect Dis J* 2016;35(7):813-5. [Case report]

34. Kinney A, Bui Q, Hodding J, and **Le Jennifer**. Pharmacy dashboard: an innovative process for pharmacy workload and productivity in real-time. *Hospital Pharmacy* 2017;52(3):198-206. [Original clinical research]

35. Bethencourt DM, **Le Jennifer**, Rodriguez G, Kalayjian RW, and Thomas GS. Minimally-invasive aortic valve replacement via right anterior mini-thoracotomy and central aortic cannulation: a 13-year experience. *Innovations (Phila)* 2017;12(2):87-94 [Original clinical research]

36. Tran T, Khattar S, Vu TT, Potter M, Hodding J, Kuo GM, and **Le Jennifer**. Impact of pharmacist discharge counseling on hospital readmission and emergency department visit. *Journal of Hospital Administration* 2017;6(2):68-73. [Original clinical research]

37. Avedissian S, Bradley JS, Zhang D, Tran TM, Nguyen A, Bradley E, and **Le Jennifer**. Augmented renal clearance using population-based pharmacokinetic modeling in critically-ill pediatric patients *Pediatric Critical Care Medicine* 2017;18(9):e388-e394. [Original clinical research]

38. **Le Jennifer**, Dam Q, Tran TM, Nguyen A, Adler-Shohet FC, Kim S, Schmidt K, Lieberman JM, and Bradley JS. Complications associated with *Staphylococcus aureus* bacteremia in children over a 25-year period. *Epidemiology & Infection* 2017;145(12):2631-2639 [Original clinical research]

39. **Le Jennifer**, Capparelli EV, Hingtgen S, Scochko S, Black N, Jones RN, Lim Meerana, and Bradley JS. Population pharmacokinetic profile and pharmacodynamic target attainment for Staphylococcal pneumonia in children with cystic fibrosis following single-dose ceftaroline fosamil. *Pediatric Pulmonology* 2017;52(11):1424-1434. [Original clinical research]

40. **Le Jennifer**, Turner N, Deshpande LM, Davis AP, Castanheira M. Case Report of Transient *mcr-1*-haboring *E. coli* with concurrent *S. aureus* bacteremia in Long Beach, California. *Diagnostic Microbiology and Infectious Disease* 2017;89(4):303-304. [Case report]

41. Sauberan JB, Choi B, Paradyse AR, and **Le Jennifer**. Quality and Clinical Outcomes Associated with a Gentamicin Use System Change for Managing Chorioamnionitis. *Journal of Med Syst*. 2017;41(12):202. [Original clinical research]

42. **Le Jennifer**, Poindexter B, Sullivan JE, Laughon M, Delmore P, Blackford M, Yogev R, et al. Comparative Analysis of Ampicillin Plasma and Dried Blood Spot Pharmacokinetics in Neonates. *Therapeutic Drug Monitoring* 2018;40(1):103-108. [Original clinical research]

43. Sader HS, Mendes RE, **Le Jennifer**, Denys G, Flamm RK, and Jones RN. Antimicrobial Susceptibility of *Streptococcus pneumoniae* from North America, Europe, Latin America, and the Asia-Pacific Region: Results From 20 Years of the SENTRY Antimicrobial Surveillance Program (1997-2016). Open Forum Infect Dis. 201915;6(Suppl 1):S14-S23. [Original research]

**REVIEW AND INVITED ARTICLES**

44. **Le Jennifer** and Tsourounis C. Implanon: a critical review. *Annals of Pharmacotherapy* 2001;35:329-336. [Review article]

45. **Le Jennifer**, Briggs G, McKeown A, Bustillo J. Urinary tract infections during pregnancy. *Annals of Pharmacotherapy* 2004;38:1692-1701. [Review article]

46. **Le Jennifer** and Lipsky M. Management of bacterial rhinosinusitis. *American Journal of Managed Care* 2004;4:S3-11. [Review article]

47. **Le Jennifer** and Lipsky M. Therapeutic management of bronchitis. *American Journal of Managed Care* 2005;5:S3-10. [Review article]

48. **Le Jennifer** and Lieberman JM.  Management of community-associated methicillin-resistant *Staphylococcus aureus* infections in children. *Pharmacotherapy* 2006;26:1758-1770. [Review article]

49. **Le Jennifer,** Dodds-Ashley E, Neuhauser MM, Brown J, Gentry C, Klepser ME, et al.  Insights from the Society of Infectious Diseases Pharmacist: Consensus Review of Aerosolized Antimicrobial Agents Using Evidence-based Pharmacotherapy.  *Pharmacotherapy* 2010;30:562-584. [Major article in form of evidenced-based consensus statement by the Society of Infectious Diseases Pharmacists]

50. **Le Jennifer** and Schiller D.  Aerosolized delivery of antifungal agents. *Current Fungal Infection Reports* 2010;4:96-102. [Review article]

51. Jahng M and **Le Jennifer**. Daptomycin for treatment of complicated skin and skin structure infections.  *Healthy Aging & Clinical Care in the Elderly* 2012:413–25. [Invited Review Article; I invited Dr. Jahng (former pharmacy resident) to serve as first author to support his scholarly career development]

52. Natale S, Bradley JS, Nguyen WH, Tran TM, Ny P, La K, Vivian EM, and **Le Jennifer**. Pediatric obesity: pharmacokinetic alterations and effects on antimicrobial dosing.  *Pharmacotherapy* 2017 Mar;37(3):361-378. [Review article]

53. **Le Jennifer**, Bradley JS Optimizing Antibiotic Drug Therapy in Pediatrics: Current State and Future Needs. *J Clin Pharmacol* 2018;58 Suppl 10:S108-S122. [Review article]

54. Mashni O, Nazer L, and **Le Jennifer**.  Critical Review of Double-Carbapenem Therapy for the Treatment of Carbapenemase-Producing *Klebsiella pneumoniae*.  *Ann Pharmacotherapy* 2019;53(1):70-81 [Review article]

55. Nazer LH, Le J. Cost-effective Analysis of Low- versus High-dose Colistin in the Treatment of Multi-drug Resistant Pneumonia in Saudi Arabia. *Int J Clin Pharm*. 2019;41(1):1-2 [Letter to Editor]

## BOOKS AND BOOK CHAPTERS

56. **Le Jennifer**.  Pharmacokinetics.  In: *The Merck Manual of Diagnosis and Therapy*. 19th edition. Whitehouse Station, NJ: Merck Sharp & Dohme Corp, 2012. [Invited author]

57. **Le Jennifer**.  Administration and kinetics of drugs.  In: *The Merck Manual Home Health Handbook*.  Whitehouse Station, NJ: Merck Sharp & Dohme Corp, 2012. [Invited author]

58. **Le Jennifer**.  Upper respiratory tract infections: acute otitis media, rhinosinusitis and pharyngitis.  In: *Pediatric Pharmacotherapy*.  Lenexa, Kansas: American College of Clinical Pharmacy, 2013 (Chapter 36, 528-545). [Invited author and editorial board member]

59. **Le Jennifer**.  Kawasaki disease.  In: *Pediatric Pharmacotherapy*.  Editors: Nahata M, Lenexa, Kansas: American College of Clinical Pharmacy, 2013 (Chapter 45, 708-717). [Invited author and editorial board member]

60. **Le Jennifer**, Jahng M.  Skin and Skin Structure Infections.  Ambulatory Care Self-Assessment Program (ACSAP), Book 2: Infection Primary Care; July 15, 2013. [Invited author]

61. **Le Jennifer.**  Do I dose medications the same for the obese child as a normal weight child?  In: *Curbside Consultation in Pediatric Obesity:  49 clinical questions*.  Thorofare, New Jersey: Slack, Inc., April 2014. [Invited author]

62.  La K, **Le Jennifer**. What drugs are available to treat obesity in children? In: *Curbside Consultation in Pediatric Obesity: 49 clinical questions*. Thorofare, New Jersey: Slack, Inc., April 2014. [Invited author]

63.  **Le Jennifer**. Kawasaki disease.  In: *Pediatric Pharmacotherapy Self-Assessment*.  Bethesda, Maryland: American Society of Health-Systems Pharmacists Special Publishing, 2014 (Chapter 9) [Invited author]

64.  **Le Jennifer**. Skin and skin structure infection.  In: *Pediatric Pharmacotherapy Self-Assessment*.  Bethesda, Maryland: American Society of Health-Systems Pharmacists Special Publishing, 2014 (Chapter 9) [Invited author]

65.  **Le Jennifer**, Chan D. Neonatal sepsis. In: Electronic Supplement to *Pediatric Pharmacotherapy Self-Assessment*. Bethesda, Maryland: American Society of Health-Systems Pharmacists Special Publishing, 2014 (Chapter 9) [Invited author]

66.  **Le Jennifer**, Chan D.  Osteomyelitis.  In: Electronic Supplement to *Pediatric Pharmacotherapy Self-Assessment*. Bethesda, Maryland: American Society of Health-Systems Pharmacists Special Publishing, 2014 (Chapter 9). [Invited author]

67.  Chan D and **Le Jennifer**.  Acute otitis media. In: *Pediatric Pharmacotherapy Self-Assessment*.  Bethesda, Maryland: American Society of Health-Systems Pharmacists Special Publishing, 2014 (Chapter 9). [Invited author]

68.  Chan D and **Le Jennifer**.  Pneumonia.  In: *Pediatric Pharmacotherapy Self-Assessment*.  Bethesda, Maryland: American Society of Health-Systems Pharmacists Special Publishing, 2014 (Chapter 9). [Invited author]

69.  **Le Jennifer** and Bradley JS.  Pharmacodynamic considerations and special populations – pediatrics.  In:  *Antibiotic Pharmacodynamics*.  New York: Springer Science & Business Media LLC, 2014. [Invited author]

70.  **Le Jennifer**.  Pharmacokinetics.  In: *The Merck Manual of Diagnosis and Therapy*.  Whitehouse Station, NJ: Merck Sharp & Dohme Corp, 2014. [Invited author]

71.  **Le Jennifer**.  Administration and kinetics of drugs.  In: *The Merck Manual Home Health Handbook*.  Whitehouse Station, NJ: Merck Sharp & Dohme Corp, 2014. [Invited author]

72.  **Le Jennifer** and Bradley JS.  Pharmacodynamic considerations and special populations – pediatrics.  In:  *Antibiotic Pharmacodynamics*.  New York: Springer Science & Business Media LLC, 2016, pp 561-597.  [Invited author]

73.  Finley PR, **Le Jennifer** and Lee KC.  Antidepressants.  In:  *Applied Pharmacokinetic and Pharmacodynamics of Psychopharmacological Agents*.  Switzerland: Springer International Publishing Switzerland, 2016. [Invited author]

74.  **Le Jennifer**.  Pharmacokinetics.  In: *The Merck Manual of Diagnosis and Therapy*.  Whitehouse Station, NJ: Merck Sharp & Dohme Corp, 2016. [Invited author]

75.  **Le Jennifer**.  Administration and kinetics of drugs.  In: *The Merck Manual Home Health Handbook*.  Whitehouse Station, NJ: Merck Sharp & Dohme Corp, 2016. [Invited author]

76.  **Le Jennifer**. Upper respiratory tract infections: acute otitis media, rhinosinusitis and pharyngitis.  In: *Pediatric Pharmacotherapy*.  Lenexa, Kansas: American College of Clinical Pharmacy, 2017 in progress. [Invited author and editorial board member]

77. **Le Jennifer**. Kawasaki disease. In: *Pediatric Pharmacotherapy*. Editors: Nahata M, Lenexa, Kansas: American College of Clinical Pharmacy, 2017. [Invited author and editorial board member]

78. Lee H and **Le Jennifer**. Urinary tract infections. In: *ACCP's Pharmacotherapy Self-Assessment Programs (PSAP) 2016-2018 Series: Infectious Diseases*, 2017. [Invited author]

79. **Le Jennifer**. Pharmacokinetics. In: *The Merck Manual of Diagnosis and Therapy*. Whitehouse Station, NJ: Merck Sharp & Dohme Corp, 2017. [Invited author]

80. **Le Jennifer** and Dam Q. Skin and soft tissue infections. In: McGraw Hill and Scott Sutton Naplex Review Guide. New York, NY: McGraw-Hill, 2017, in press. [Invited author]

81. **Le Jennifer**. Kawasaki disease. In: *Pediatric Pharmacotherapy*. Editors: Nahata M, Lenexa, Kansas: American College of Clinical Pharmacy, 2018. [Invited author]

82. **Le Jennifer**. Upper respiratory tract infections: acute otitis media, rhinosinusitis and pharyngitis. In: *Pediatric Pharmacotherapy*. Lenexa, Kansas: American College of Clinical Pharmacy, 2019. [Invited author]

83. **Le Jennifer**. Pharmacokinetics. In: *The Merck Manual of Diagnosis and Therapy*. Whitehouse Station, NJ: Merck Sharp & Dohme Corp, 2019. [Invited author]

**REFEREED CONFERENCE PROCEEDINGS**

84. **Le Jennifer,** Nguyen T, Law AV, and Hodding J. Retrospective analysis of adverse drug reactions in hospitalized pediatrics over 10-year period. *Pharmacotherapy* 2005;25(10):1431.

85. Wang J, **Le Jennifer**, Murray W, McGory R. Longitudinal development of pharmacokinetics in the pharmacy curriculum. *American Journal of Pharmaceutical Education* 2006; 70 (3) Article 65; page 14.

86. **Le Jennifer,** Kim J, Taing S, Kildoo CW. Evaluation of empiric antibiotic use in the treatment (of healthcare-associated pneumonia in hospitalized patients. *American Journal of Health-System Pharmacy*; 2007;63(20):1901-2014

87. The FOD working committee (Betageri G, Hess K, Jackevicius C, Law AV, **Le Jennifer**, Min D, Murray W and Pham D - listed in alphabetical order). A model to address faculty development and enrichment: The Faculty Orientation and Development Committee. *American Journal of Pharmaceutical Education* 2009; 73 (4) Article 57; page 96.

88. **Le Jennifer**, Hernandez E, Jahng M, McKamy S. Nephrotoxicity associated with high vancomyin troughs in children. *Pharmacotherapy* 2009;29(10):1273.

89. **Le Jennifer**, Jones RN, Castanheira M, Srisupha-olarn W and Burgess DS. *In vitro* activity of carbapenems alone and in combination with amikacin against extended-spectrum beta-bactamase (ESBL)-producing bacteria with reduced carbapenem susceptibility. *Pharmacotherapy* 2009;29(10):1273.

90. Wang MW, Padilla L, Song T, Tran V, Tran T, and **Le Jennifer**. Evaluation of risk factors associated with invasive candidasis in critically ill infants. *Pharmacotherapy* 2009;29(10):1273.

jenle@ucsd.edu  |  (858) 534 - 3692

**ABSTRACTS**

91.  Nazer L, Sheikha L, Anabtawi N and **Le Jennifer**. Predictors of Augmented Renal Clearance in Critically-Ill Patients with Cancer. Poster presentation at Society of Critical Care Medicine. *Critical Care Medicine* 2019;47:702.

92.  **Le Jennifer,** Le K, Nazareth S, and Seto S.  Discrepancies in medication order entry within a dual- computer system.  Co-presenter, Poster presentation at ASHP Midyear Meeting, December 2001 in Las Vegas, NV.

93.  **Le Jennifer,** Adler-Shohet F, Nguyen C and Lieberman J.  Nephrotoxicity Associated with Conventional Amphotericin B in Neonates.  Presenter, Poster presentation at the 43rd Annual Meeting of the Infectious Diseases Society of America, October 2005 in San Francisco, CA.

94.  **Le Jennifer,** Nguyen T, Law AV, and Hodding J.  Retrospective analysis of adverse drug reactions in hospitalized pediatrics over 10-year period.  Presenter, Poster presentation at the Annual Meeting of the American College of Clinical Pharmacy, October 2005 in San Francisco, CA.

95.  Wang J, **Le Jennifer**, Murray W, McGory R.  Longitudinal development of pharmacokinetics in the pharmacy curriculum.  Co-presenter, Poster presentation at the Annual Meeting of American Association of Colleges of Pharmacy, July 2006 in San Diego, CA.

96.  **Le Jennifer**, Nguyen T, Okamoto M, Lieberman JM.  Impact of empiric antibiotic use on the development of infections caused by extended-spectrum beta-lactamase bacterial pathogens in the neonatal intensive care unit.  Presenter, Poster presentation at the 46th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, September 2006 in San Francisco, CA.

97.  **Le Jennifer**, Adler-Shohet FC, Quist R, Lieberman JM.  Disseminated candidiasis in neonates.  Presenter, Poster presentation at the 46th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, September 2006 in San Francisco, CA.

98.  **Le Jennifer,** Kim J, Taing S, Kildoo CW.  Evaluation of empiric antibiotic use in the treatment of healthcare-associated pneumonia in hospitalized patients.  Co-presenter, Poster presentation at the Annual Meeting of American Society of Health-System Pharmacists, December 2006 in Anaheim, CA; and encore presentation at the Spring Forum of the American College of Clinical Pharmacy, April 2007 in Memphis, TN.

99.  **Le Jennifer,** SanAgustin M, Hernandez E, Adler-Shohet FC. Complications associated with outpatient parenteral antibiotic therapy in children.  Co-presenter, Poster presentation at the Annual Meeting of Infectious Diseases Society of America, October 2007 in San Diego, CA and and encore presentation at the Annual Long Beach Research Symposium, November 2008 in Long Beach, CA.

100.  The FOD working committee (Betageri G, Hess K, Jackevicius C, Law AV, **Le Jennifer**, Min D, Murray W and Pham D - listed in alphabetical order).  A model to address faculty development and enrichment: The Faculty Orientation and Development Committee.  Poster presentation at the Annual Meeting of American Association of Colleges of Pharmacy, July 2009 in Boston, MA.

101.  **Le Jennifer**, Castanheira M, Chinn R, Jones RN.  Clinical outcomes of infections caused by extended-spectrum β-lactamase (ESBL)-producing

bacteria with reduced carbapenem susceptibility. Presenter, Poster presentation at the Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, September 2009 in San Francisco, CA.

102. Castanheira M, Woosley LN, Brady KM, Jones RN, and **Jennifer Le.** High prevalence of CTX-M-producing isolates and emergence of KPC-encoding genes in the western United States (USA). Poster presentation at the Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, September 2009 in San Francisco, CA.

103. **Le Jennifer**, Hernandez E, Jahng M, McKamy S. Nephrotoxicity associated with high vancomyin troughs in children. Co-presenter, Poster presentation at the Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, September 2009 in San Francisco, CA and encore presentation at the Annual Meeting of the American College of Clinical Pharmacy, October 2009 in Anaheim, CA

104. **Le Jennifer**, Jones RN, Castanheira M, Srisupha-olarn W and Burgess DS. *In vitro* activity of carbapenems alone and in combination with amikacin against extended-spectrum beta-bactamase (ESBL)-producing bacteria with reduced carbapenem susceptibility. Presenter, Poster presentation at the Annual Meeting of the American College of Clinical Pharmacy, October 2009 in Anaheim, CA.

105. Wang MW, Padilla L, Song T, Tran V, Tran T, and **Le Jennifer**. Evaluation of risk factors associated with invasive candidasis in critically ill infants. Co-presenter, Poster presentation at the Annual Meeting of the American College of Clinical Pharmacy, October 2009 in Anaheim, CA.

106. Burgess DS, McKee B, Srisupha-olarin W, and **Le Jennifer**. In vitro Activity of Carbapenems Alone and in Combination with Amikacin against KPC-producing *K. pneumoniae*. Poster presentation at the Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, September 2010 in Boston, MA.

107. **Le Jennifer,** Adler-Shohet FC, Bradley J, Tran T and Lieberman JM. Complications associated with *Staphylococcus aureus* bacteremia in children. Presenter, Poster presentation at the Annual Meeting of Infectious Diseases Society of America, October 2010 in Vancouver, Canada.

108. **Le Jennifer**, Bradley JS, Murray W, Romanowski GL, Nguyen N, Cho S, Natale S, Tran T, Bui I and Capparelli EV. Vancomycin Dosing in Children by Area-Under-the Curve (AUC). Presenter, Oral presentation at the Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, September 2011 in Chicago, IL.

109. **Le Jennifer**, Vaida F, Nguyen E, Adler-Shohet FC, Kim J, Vo T, and Capparelli EV. Population-based Pharmacokinetic Modeling of Vancomyin in Children with Renal Impairment. Presenter, Poster presentation at ID Week—Annual Meeting of Infectious Diseases Society of America and Pediatric Infectious Disease Society, October 2012 in San Diego, CA.

110. Ngu B, Capparelli EV, Bradley JS, Murray B, Romanowski GL, and **Le Jennifer**. Accuracy of Vancomycin Monitoring in Children. Presenter, Poster presentation at ID Week—Annual Meeting of Infectious Diseases Society of America and Pediatric Infectious Disease Society, October 2012 in San Diego, CA.

111. Abdel Hadi O, Nazer LH, Al Omar S, Mubarak S, Capparelli E, and **Le Jennifer**. Vancomycin Pharmacokinetics and Dosage Requirements in

jenle@ucsd.edu  |  (858) 534 - 3692

Pediatric Cancer Patients. Fourth Regional Congress of Cancer and Blood Disorders of Childhood, Jordan Society of Oncology Pediatrics, November 2012 in Amman, Jordan (**Best Poster Award**).

112. Ghonimat I, Nazer LH**,** Aqel F, **Le Jennifer**. Ventilator Circuit Obstruction Associated with Aerosolized Colistin. SCCM Annual Meeting, 2013 in San Juan, PR.

113. Ola A, Nazer L, **Le Jennifer**.  Vancomycin Pharmacokinetics and Dosage Requirements in Pediatric Cancer Patients.  Platform presentation at the Virtual Poster Symposium of the American College of Clinical Pharmacy, May 2013. [Encore]

114. Ghonimat I, Nazer L, Aqel E, Hawari F, and **Le Jennifer**.  Effect of Aerosolized Colistin on the Ventilator Circuit: A Pilot Case-control Study.   Platform presentation at the Virtual Poster Symposium of the American College of Clinical Pharmacy, May 2013 (Finalist for the Best Resident and Fellow Poster Competition). [Encore]

115. Bradley J,  **Le Jennifer,** Ramachandra Rao S, Rossi S, Hingtgen S, Farrell M, Capparelli EV. Colistin (COL) Single Dose Pediatric Pharmacokinetics and Renal Safety.  Presenter, poster presentation at the Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, September 2013 in Denver, CO.

116. Ny P, Capparelli EV, Bradley JS, Lane J, Ngu B, Muus R, Romanowski R, Vo T, and **Le Jennifer**.  Characteristics of Nephrotoxicity Associated with Vancomhycin Use in Children. Presenter, poster presentation at ID Week—Annual Meeting of Infectious Diseases Society of America and Pediatric Infectious Disease Society, October 2013 in San Francisco, CA.

117. Hornik CP, Benjamin DK, Clark RH, Capparelli EV, **Le Jennifer**, Tremoulet A, Cohen-Wolkowiez and Smith BP for the Best Pharmaceuticals for Children Act – Pediatric Trials Network.  Ampicillin Exposure and Odds of Seizures in a Large Cohort of Hospitalized Neonates.  Poster at the Annual Meeting of the Pediatric Academic Societies, May 2014 in Vancouver, Canada.

118. Adler-Shohet FC, Kleis K, Singh J, Schlechter J, Trent E, Osborne S, Davis AP, Frey-Perkis E, Arrieta A and **Le Jennifer**.  Treatment and Outcome of Culture-negative Osteomyelitis in Children.  Poster presentation at ID Week—Annual Meeting of Infectious Diseases Society of America and Pediatric Infectious Disease Society, October 2014 in Philadelphia, PA.

119. Nazer LH, Rihani S, Hawari FI, and **Le Jennifer**.  Microbiological Clearance and Nephrotoxicity Associated with High-dose Colistimethate Sodium (1720).  Poster presentation accepted at the 43rd Critical Care Congress of the Society of Critical Care Medicine, January 2015 in Phoenix, AZ.

120. Nguyen WH, Bradley JS, Capprelli EV, Wu YS, Tran TM, Romanowski GL, Adler-Shohet FC, and **Le Jennifer**.  Optimal Weight-based Vancomycin Dosing in Obese Children Using Bayesian Estimation.  Poster presentation at the University of California San Diego Pediatric Symposium, April 2015 in La Jolla, CA.

121. Tran T, Saijal K, Vu Tiffany, Potter M, Hodding J, Kuo GM, and **Le Jennifer**. Impact of Pharmacist Discharge Counseling on Hospital Readmission and Emergency Department Visit.  Poster presentation at California Health Systems Pharmacist, October 2015 in San Diego, CA

122. Avedissian S, Zhang D, Bradley JS, Nazer L, Nguyen A, Tran T, Bradley E, and **Le Jennifer**.  Augmented Renal Clearance Using Vancomycin Population-

jenle@ucsd.edu  |  (858) 534 - 3692

Based Pharmacokinetic Modeling With Bayesian Estimation in Critically-ill Pediatric Patients.  Poster presentation at ID Week—Annual Meeting of Infectious Diseases Society of America and Pediatric Infectious Disease Society, October 2016 in New Orleans, LA.

123. Singh S, Lee K, Humber D, Lorentz S, Ma J, Colbert J, Painter N, Fricovsky E, Atayee R, and Le Jennifer. An Innovative Process for Systematic Review of Experiential Courses.  Poster American Association of Colleges of Pharmacy, June 2017 in Nashville, TN.

124. Tran TT, Pham B, Vo T, Hodding, J and **Le Jennifer.** Innovative Approach to the Medication Verification Process:  Role of Pharmacists in Minimizing of Confirmation Bias. Poster presentation at CSHP Seminar 2017, October 2017 in in Las Vegas, NV.

125. Avedissian S, Rhodes NJ, Nazer L, Kim Y, Valdez J, Bradley JS, and **Le Jennifer**.  Augmented Renal Clearance Using Aminoglycoside Population-Based Pharmacokinetic Modeling With Bayesian Estimation in Children in the Pediatric Intensive Care Unit**.** Poster presentation at ID Week—Annual Meeting of Infectious Diseases Society of America and Pediatric Infectious Disease Society, October 2018 in San Francisco, CA.

126. Sader HS, Mendes RE, **Le Jennifer**, Denys G, Flamm RK, and Jones RN. Antimicrobial Susceptibility of Streptococcus Pneumonia From North America, Europe, Asia, and Lan America: Results from 20 Years of the Sentry Antimicrobial Surveillance Program (1997-2016).  Poster presentation at ASM Microbe, June 2018, Atlanta, GA.

127. Nazer L, Sheikha L, Anabtawi N and **Le Jennifer**. Predictors of Augmented Renal Clearance in Critically-Ill Patients with Cancer. Poster presentation at Society of Critical Care Medicine.  Critical Care Congress, February 2019 in San Diego, CA.

## POPULAR AND OTHER WORKS

128. **Le Jennifer**. Patient education pamphlet and a drug-herb interaction table of commonly-used herbal medicines. Long Beach Memorial Medical Center, 2001.

129. **Le Jennifer**. Aranesp monograph for pharmacy & therapeutics committee. Peer-reviewed by Susan Vancampen, Neepa Rai; Approved by the Pharmacy & Therapeutics Committee, 2002.

130. **Le Jennifer**.  Revision of adult intravenous digoxin guideline for pharmacist-regulated therapies.  Peer-reviewed by Ambrose P, Kildoo C, Rai N, Safani M, Tobias S, Van Campen S, Warren V; Approved by:  EP/Pacer Subcommittee of Department of Cardiology, October 30, 2003 and Pharmacy & Therapeutics Committee, November 18, 2003.  [Clinical practice guideline]

131. **Le Jennifer**, Wachtfogel M, Nazareth S, Chu Kathlynn and Tran K. Chemotherapy monitoring form.  Long Beach Memorial Medical Center, 2003. [Clinical practice form]

132. **Le Jennifer**.  Physiologic changes that affect drug dosing in the elderly. *Pharmacy Times*.  December 2003;26-7.  [Review article]

133. **Le Jennifer**.  Fluoroquinolones: focus on safety profile.  *Pharmacy Times*. September 2004;49-50.  [Review article]

jenle@ucsd.edu  |  (858) 534 - 3692

134. Medication facts.  Adapted from American Academy of Pediatrics. Educational pamphlet for children and parents distributed at health fairs, 2004.

135. **Le Jennifer**.  Revision of adult intravenous vancomycin guideline for pharmacist-regulated therapies.  Peer-reviewed by Kildoo C, Ambrose P, and Strayer G.  Approved by Pharmacy & Therapeutics Committee, October 2005.  [Clinical practice guideline]

136. **Le Jennifer**.  Acute otitis media.  *Rx Consultant*.  February 2008;17:1-6. [Review article]

137. **Le Jennifer** and Natale Stephanie.  Pharmacokinetic alterations in obese children.  Websites Part 1:  https://itunes.apple.com/us/podcast/episode-7-part-1/id1175416904?i=1000383843377&mt=2  and  Part  2: https://itunes.apple.com/us/podcast/episode-7-part-2/id1175416904?i=1000383843378&mt=2  [Invited by American College of Clinical Pharmacy for iTunes Podcast]

138. **Le Jennifer,** Adler-Shohet F, Nguyen C and Lieberman J.  Nephrotoxicity Associated with Conventional Amphotericin B in Neonates.  43rd Annual Meeting of the Infectious Diseases Society of America, October 6-9, 2005 - San Francisco; page 140.

139. Schieszer J.  Vancomycin-related renal toxicity in children.  *Renal and Urology News*.  November 2009.  [News article of research study]

# APPENDIX B

**Prior Testimony**

**Jennifer Le, PharmD, MAS, FIDSA, FCCP, FCSHP, BCPS-ID**

1. VETERINARY MEDICAL BOARD DEPARTMENT OF CONSUMER AFFAIRS STATE OF CALIFORNIA vs THOMAS SOMMERS JENKINS, DVM and CANYON VETERINARY HOSPITAL

   Court: SUPERIOR COURT FOR THE STATE OF CALIFORNIA COUNTY OF LOS ANGELES

   Year: 2019

2. GALERIE EXCEPTIONNELLE, INC v. SCOTT JEWETT, an individual, SANTIAGO CAMPA, an individual, WENDY BARTELS, an individual, JORGE QUIROZ, an individual, STEVEN EICHBERG, an individual, REGINA SPANIER, an individual, and DOES 1 through 10, inclusive,

   Court: SUPERIOR COURT FOR THE STATE OF CALIFORNIA COUNTY OF SAN DIEGO, HALL OF JUSTICE

   Year: 2021

3. JENNIFER LE and LE CHOCOLAT v. ALEX THINH and BUILD MAX CONSTRUCITON, INC.

   Court: SUPERIOR COURT FOR THE STATE OF CALIFORNIA COUNTY OF LOS ANGELES

   Year: 2021

# APPENDIX C

Materials Reviewed

1. Adami, H., et al., *Ranitidine Use and Risk of Upper Gastrointestinal Cancers*, 30 CANCER EPIDEMIOL. BIO. PREV. 12, 2302-2308 (2012).

2. Adami, H., et al., Supplementary Material Figure 1-2, *Ranitidine Use and Risk of Upper Gastrointestinal Cancers*, 30 CANCER EPIDEMIOL. BIO. PREV. 12, 2302-2308 (2012).

3. Adami, H., et al., Supplementary Material Table 1-3, *Ranitidine Use and Risk of Upper Gastrointestinal Cancers*, 30 CANCER EPIDEMIOL. BIO. PREV. 12, 2302-2308 (2012).

4. Adams, W.J., et al., *Cimetidine inhibits in vivo growth of human colon cancer and reverses histamine stimulated in vitro and in vivo growth*, 35 GUT 1632-1636 (1994).

5. Aldinger, Tanya, An In Vitro Investigation of the Plasma Protein Binding and Blood Partitioning of Ranitidine in Rat and Human Plasma and Whole Blood, GlaxoSmithKline (2020)

6. Basit, A., and L. Lacey*, Colonic metabolism of ranitidine: implications for its delivery and absorption*, 227 INT. J. PHARM. 157-165 (2001).

7. Basit, A., et al., *Influence of Polyethylene Glycol 400 on the Gastrointestinal Absorption of Ranitidine*, 19 PHARM. RES. 9, 1368-1374 (2002).

8. Bissonnette, E., *Histamine Inhibits Tumor Necrosis Factor α Release by Mast Cells through $H_2$ and $H_3$ Receptors*, 14 AM. J. RESPIR. CELL MOL BIOL. 620-626 (1996).

9. Bolton, E., et al., *H2-antagonists in the treatment of colon and breast cancer*, 10 CANCER BIOL. 3-10 (2000).

10. Cianchi, F., et al*., Histamine in cancer: The dual faces of the coin*, 7 CANCER BIOL. THER. 1, 36-37 (2008).

11. Collins, M. and K. Hellmann, Histamine Receptor Antagonism and Anti-Tumor Activity, 46 Br. J. Cancer 817-820 (1982).

12. Cricco, G., et al., *Histamine Inhibits Cell Proliferation and Modulates the Expression of Bcl-2 Family Proteins via the $H_2$ Receptor in Human Pancreatic Cancer Cells*, 26 ANTICANCER RES. 4443-4450 (2006).

13. Cui, J., et a., *The Expression of Non-Mast Histamine in Tumor Associated Microvessels in Human Colorectal Cancers*, 19 PATHOL. ONCOL. RES. 311-316 (2013).

14. Dallinga, J.W., et al., *Volatile N-nitrosamines in gastric juice of patients with various conditions of the gastrointestinal tract determined by gas chromatography-mass spectrometry and related to intragastric pH and nitrate and nitrite levels*, 124 CANCER LETTERS 119-125 (1998).

15. De Stefani, E., et al., *Dietary Nitrosodimethylamine and the Risk of Lung Cancer: A Case-Control Study from Uruguay,* 5 CANCER EPIDEMIOL. BIOMARK. PREV. 679-682 (1996).

16. De Stefani E, et al., *Dietary nitrosamines, heterocyclic amines, and risk of gastric cancer: a case-control study in Uruguay,* 30 NUTR CANCER. 2, 158-62. (1998).

17. Declaration of Helsinki, Recommendations Guiding Doctors in Clinical Research (1964).

18. Deva, J., *Histamine type 2 receptor antagonists as adjuvant treatment for resected colorectal cancer*, COCHRANE DATA. SYSTEM. REV. 8 (2012).

19. Eddershaw, P.J., *Absorption and disposition of ranitidine hydrochloride in rat and dog*, 26 XENOBIOTICA 9, 947-956 (1996).

20. Emery Pharma Testing Results and Combined Addl Testing Excel

21. Emery Pharma Testing Results – Summary Statistics for Baseline Average NDMA Level

22. Expert Report of Dr. Andrew Salmon

23. Expert Report of Dr. Anne McTiernan

24. Expert Report of Dr. Charles Davis

25. Expert Report of Dr. Dipak Panigrahy

26. Expert Report of Dr. Errol Zeiger

27. Expert Report of Dr. Jennifer Le

28. Expert Report of Dr. Michael Marletta

29. Expert Report of Dr. Patricia Moorman

30. Expert Report of Dr. Paul Michaels

31. Expert Report of Dr. Ron Najafi

32. Expert Report of Dr. Ronald Melnick

33. Expert Report of Zal Phiroz

34. Florian J, et al. *Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial*. 326 JAMA. 3, 240-249 (2021).

35. Florian J, et al. *Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial*, Supplemental Online Content 1-5.

36. Food & Drug Admin., The Drug Development Process (2018).

37. Food & Drug Admin., Statement of new testing results, including low levels of impurities in ranitidine drugs (Nov. 1, 2019).

38. Food & Drug Admin., Investigational New Drug Application (2021).

39. Furuta, K., et al., *Anti-tumor effects of cimetidine on hepatocellular carcinomas in diethylnitrosamine-treated rats*, 19 ONCOL. REPORTS 361-368 (2008).

40. Gao, C., et al., *Histamine H2 Receptor-Mediated Suppression of Intestinal Inflammation by Probiotic Lactobacillus reuteri*, 6 MBIO 6 (2015).

41. Gao, Z., Supplemental Online Content for *In vitro analysis of N-nitrosodimethylamine (NDMA) formation from ranitidine under simulated gastrointestinal conditions,* 4 JAMA NEW. OPEN. 6 (2021).

42. Gao, Z., *In vitro analysis of N-nitrosodimethylamine (NDMA) formation from ranitidine under simulated gastrointestinal conditions,* 4 JAMA NEW. OPEN. 6 (2021)

43. Garcia Del Risco, F., *Influence de la ranitidine durant une périod de 24 heures sur la teneur en nitrites, nitrates, nitrosamines et sur la flore bacterienne du suc gastrique du sujet sain*, 8 GASTROENTEROL. CLIN. BIOL. 749-753 (1984). (English & French Versions)

44. Garland, W.A., et al., *Urinary Excretion of Nitrosodimethylamine and Nitrosoproline in Humans: Interindividual and Intraindividual Differences and the Effect of Administered Ascorbic Acid and α-Tocophero*l, 46 Cancer Res. 5392-5400 (1986).

45. Gillatt, P.N., *Susceptibilities of Drugs to Nitrosation Under Simulated Gastric Conditions*, 23 FD. CHEM. TOXIC. 9, 849-855 (1985).

46. Gilford, R.M., and A.F. Tilberg, *Histamine type-2 receptor antagonist immune modulation II. Cimetidine and ranitidine increase interleukin-2 production*, 102 SURGERY 2, 242-247 (1987).

47. Gonzalez, C.A., et al., *Nutritional Factors and Gastric Cancer in Spain*, 139 Am. J. Epidemiol. 5, 466-473 (1994)

48. Goodman, M.T., et al., *High-Fat Foods and the Risk of Lung Cancer*, 3 Epidemiol. 4, 288-299 (1992).

49. Guidance for Industry: E9 Statistical Principles for Clinical Trials, Food & Drug Admin. (Sept. 1998).

50. Guidance for Industry: E 10 Choice of Control Group and Related Issues in Clinical Trials, Food & Drug Admin. (May 2011).

51. Hahm, K.B., et al., *Comparison of Antiproliferative Effects of 1-Histamine-2 Receptor Antagonists, Cimetidine, Ranitidine, and Famotidine, in Gastric Cancer Cells*, 18 Int. J. Immunopharmac. 6/7, 393-399 (1996).

52. Hellstrand, K., et al., *Role of histamine in natural killer cell-mediated resistance against tumor cells*, 145 J. Immunol. 4365-4314 (1990).

53. Hidajat, M., et al., *Lifetime exposure to rubber dusts, fumes and N-Nitrosamines and cancer mortality in a cohort of British rubber works with 49 years follow-up*, 76 Occup. Environ. Med. 250-258 (2019).

54. Hidajat, M., et al., *Online Supplement Lifetime exposure to rubber dusts, fumes and N-Nitrosamines and cancer mortality in a cohort of British rubber works with 49 years follow-up*, Occup. Environ. Med. (2019).

55. Hidajat, M., et al., *Job-exposure matrix for historical exposures to rubber dust, rubber fumes and n-Nitrosamines in the British rubber industry*, Occup. Environ. Med. (2019).

56. Hidajat M, et al. *Healthy worker effects explain differences in internal and external comparisons in a rubber industry cohort study*. 76 Occup Environ Med. 10, 781 (2019).

57. Hsu, C., et al., *Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients – an exploratory analysis*, 22 Pharmacoepidemiol. Drug Safety 632-640 (2013).

58. Jackson, C., *Distribution and Disposition of Ranitidine using Physiologically Based Pharmacokinetic Modeling* (2020).

59. Jakszyn, P., et al., *Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study*, 27 Carcinogenesis 7, 1497-1501 (2006).

60. Jakszyn, P., et al., *Nitrosamines and Heme Iron and Risk of Prostate Cancer in the European Prospective Investigation into Cancer and Nutrition*, 21 Cancer Epidemiol. Bio. Prev. 3, 547-551 (2012).

61. Jakszyn, P., et al., *Red Meat, Dietary Nitrosamines, and Heme Iron and Risk of Bladder Cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC)*, 20 Cancer Epidemiol. Bio. Prev. 3, 555-559 (2011)

62. Juárez-Olguín, H., et al., B*ioavailability of Ranitidine in Healthy Mexican Volunteers: Effect of Food*, 45 Proc. West. Pharmacol. Soc. 156-158 (2002).

63. Kennedy, L., et al., *Blocking H1/H2 histamine receptors inhibits damage/fibrosis in Mdr2−/− mice and human cholangiocarcinoma tumorigenesis*, 68 Hepatol. 3, 1042-1056 (2018).

64. Kennedy, L., et al., *Histamine and histamine receptor regulation of gastrointestinal cancers*, 1 TANSL. GASTROINTEST. CANCER 3, 215-227 (2012).

65. Keszei, A., et al., *Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study*, 97 AM. J. CLIN. NUTR. 135-146 (2013).

66. King, F., et al., *Ranitidine-Investigations into the Root Cause for the Presence of N-Nitroso-N,N-dimethylamine in Ranitidine Hydrochloride Drug Substances and Associated Drug Products*, 24 ORG. PROCESS RES. DEV. 12, 2915-2926 (2020)

67. Kmett, Casey, Investigation of the Tissue Distribution of Ranitidine HCl in the Male Sprague-Dawley Rat, GlaxoSmithKline (2020).

68. Knekt, P., et al., *Risk of Colorectal and Other Gastro-Intestinal Cancers After Exposure to Nitrate, Nitrite and N-Nitroso Compounds: A Follow-Up Study*, 80 INT. J. CANCER 852-856 (1999).

69. Kodama, K., et al., *Gastric juice nitrite and vitamin C in patients with gastric cancer and atrophic gastritis: is low acidity solely responsible for cancer risk?* 15 EUR. J. GASTRO. HEPATOL. 9, 987-993 (2003).

70. Krul, C., et al., *Intragastric formation and modulation of N-nitrosodimethylamine in a dynamic in vitro gastrointestinal model under human physiological conditions*, 42 FOOD CHEM. TOXICOL. 51-63 (2004).

71. La Vecchia, C., et al., *Nitrosamine intake and gastric cancer risk*, 4 EUR. J. CANCER PREV. 469-474 (1995).

72. Lampiasi, N., et al*., Histamine and spontaneously released mast cell granules affect the cell growth of human hepatocellular carcinoma cells*, 39 EXP. MOL. MED. 3, 284-294 (2007).

73. Larsson, S., et al., *Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women*, 119 INT. J. CANCER 915-919 (2006).

*74.* Lawson, J.A., et al., *Ranitidine and cimetidine differ in their in vitro and in vivo effects on human colonic cancer growth*, 73 BR. J. CANCER 872-876 (1996).

75. Lee, H.K., et al., *The Relationship between Gastric Juice Nitrate/Nitrite Concentrations and Gastric Mucosal Surface pH*, 53 YONSEI MED. J. 6, 1154-1158 (2012).

76. Lefranc, F., et al., *Cimetidine, an unexpected anti-tumor agent, and its potential for the treatment of glioblastoma (Review)*, 28 INT. J. ONCOL. 1021-1030 (2006).

77. Lijinsky, W. and M. Greenblatt, *Carcinogen dimethylnitrosamine produced in vivo from nitrite and aminopyrine*, 236 NATURE NEW BIO. 177-178 (1972).

78. Lijinsky, W. and S. Epstein, *Nitrosamines as Environmental Carcinogens*, 225 NATURE 21-24 (1970).

79. Lijinsky W, Conrad E, Van de Bogart R. Carcinogenic nitrosamines formed by drug-nitrite interactions. Nature. 1972 Sep 15;239(5368):165-7.

80. Loh, Y., et al., *N-nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)–Norfolk Study*, 93 Am. J. Clin. Nutr. 1053-1061 (2011).

81. Massari, N., et al., *Histamine receptors and cancer pharmacology: an update*, 177 BR. J. PHARMACOL. 516-538 (2020).

82. Matsumoto, S., et al., *Cimetidine increases survival of colorectal cancer patients with high levels of sialyl Lewis-X and sialyl Lewis-A epitope expression on tumour cells*, 86 BR. J. CANCER 161-167 (2002).

83. Meghnem, D., et al., Histamine receptor 2 blockade selectively impacts B and T cells in healthy subjects, 11 SCI. REP. 9405 (2021).

84. Mintz, J., et al., *Current Advances of Nitric Oxide in Cancer and Anticancer Therapeutics*, 9 VACCINES 94 (2021).

85. Modlin IM, et al. *Histamine as an intermediate growth factor in genesis of gastric ECLomas associated with hypergastrinemia in mastomys,* 37 DIG DIS SCI. 7, 1446-53 (1994).

86. Morris, D.L., et al., *Mutagenicity in gastric juice*, 25 GUT 7, 723-727 (1984).

87. Mowat, C. and K. McColl, *Alternations in intragastric nitrite and vitamin C levels during acid inhibitory therapy*, 15 BEST PRACT. RES. CLIN. GASTROENTEROL. 3, 523-537 (2001).

*88.* Mushambi, M.C., et al., *A comparison of gastric emptying rate after cimetidine and*

89. *ranitidine measured by applied potential tomography*, 34 BR. J. CLIN. PHARMAC. 278-280 (1992).

90. Nguyen, P.L. and J. Cho, *Pathophysiological Roles of Histamine Receptors in Cancer Progression: Implications and Perspectives as Potential Molecular Targets*, 11 BIOMOLECULES 8,1232 (2021).

91. Nielson, H.J., et al., *Ranitidine as adjuvant treatment in colorectal cancer*, 89 BR. J. SURG. 1416-1422 (2002).

92. Nilsson, O., et al., *Rapid Induction of Enterochromaffinlike Cell Tumors by Histamine2-Receptor Blockade*, 142 AM. J. PATHOL. 4, 1173-1185 (1993).

93. Noguchi, K., et al., *Histamine receptor agonist alleviates severe cardiorenal damages by eliciting anti-inflammatory programming*, 117 PROC. NATL. ACAD. SCI. 6, 3150-3156 (2020).

94. Palli, D., et al., *Dietary and Familial Determinants of 10-Year Survival among Patients with Gastric Carcinoma*, 89 AM. CANCER SOC. 6, 1205-1213 (2000).

95. Parkman, H P et al. "Effect of gastric acid suppressants on human gastric motility." *Gut* vol. 42,2 (1998): 243-50.

96. Parshad, R., et al., *Does Famotidine Enhance Tumor Infiltrating Lymphocytes in Breast Cancer?*, 41 ACTA ONCOLOGICA 4, 362-365 (2002).

97. Perez, L. An in vitro investigation into the potential formation of N-nitrosodimethylamine (NDMA) and Dimethylamine (DMA) from ranitidine in human urine, GlaxoSmithKline (2020).

98. Pinson, D.M., *Drug-Induced Hypergastrinemia: Absence of Trophic Effects of Colonic Carcinoma in Rats*, 108 GASTROENTEROL. 4, 1068-1074 (1995).

99. Pobel, D., et al., *Nitrosamine, nitrate and nitrite in relation to gastric cancer: A case-control study in Marseille*, 11 EUR. J. EPIDEMIOL. 1, 67-73 (1995).

100. Primrose, J.N., et al., *A prospective randomised controlled study of the use of ranitidine in patients with gastric cancer*, 42 GUT 1, 17-19 (1998).

101.     Rajendra, S., et al., *The Effect of H2 Antagonists on Proliferation and Apoptosis in Human Colorectal Cancer Cell Lines*, 49 DIG. DIS. SCI. 10, 1634-1640 (2004).

102.     Reed, P.I., et al., *Gastric juice N-nitrosamines in health and gastroduodenal disease*, 12 LANCET 2, 550-553 (1981).

103.     Reynolds, et al., *In vitro effect of histamine and histamine $H_1$ and $H_2$ receptor antagonists on cellular proliferation of human malignant melanoma cell lines*, 6 MELANOMA RES. 2, 95-99 (1996).

104.     Rogers, M., et al., *Consumption of Nitrate, Nitrite and Nitrosodimethylamine and the Risk of Upper Aerodigestive Tract Cancer*, 4 CANCER EPIDMIOL. BIO. PREV. 1, 29-36 (1995).

105.     Rogers, D., et al., *Ranitidine Inhibition of Breast Tumor Growth is B Cell Dependent and Associated with an enhanced Antitumor Antibody Response*, 15 FRONT. IMMUNOL. 9 (2018).

106.     Rogers, D., et al., *Supplementary Material Ranitidine Inhibition of Breast Tumor Growth is B Cell Dependent and Associated with an enhanced Antitumor Antibody Response*, 15 FRONT. IMMUNOL. 9 (2018).

107.     Ronco, A.L., et al., *Meat Consumption, Animal Products, and the Risk of Bladder Cancer: A Case-Control Study in Uruguayan Men*, 15 ASIAN PAC. J. CANCER PREV. 14, 5805-5809 (2014).

108.     Ruddell, W., et al., *Nitrite and thiocyanate in the fasting and secreting stomach and in saliva*, 18 GUT 1, 72-77 (1976).

109.     Saarloos, M., et al., *Effects of histamine type-2 receptor antagonists on indomethacin and IL-2 immunotherapy of metastasis*, 11 CLIN. EXP. METASTASIS 3, 275-283 (1993).

110.     Sarasola, M.P., et al., *Histamine in cancer immunology and immunotherapy. Current status and new perspectives*, 9 PHARMACOL. RES. PERSPECT. 5 (2021).

111.     Sasson, A.R., et al.,  *Cimetidine: An inhibitor or promoter of tumor growth?*, 81 INT. J. CANCER 5, 835-838 (1999).

112.     Scarpignato C., and G. Bertaccini,  *Different effects of cimetidine and ranitidine on gastric emptying in rats and man*, 12 AGENTS ACTIONS 172-3 (1982).

113.     Scarpignato C., et al., *Ranitidine delays gastric emptying of solids in man,* 13 BR. J. CLIN. PHARMACOL. 2, 252-253 (1982).

114.     Sharma BK, et al., *Intragastric bacterial activity and nitrosation before, during, and after treatment with omeprazole*, 289 BR. MED. J. (CLIN. RES. ED). 6447, 717-719 (1984)

115.     Sheehan, P., et al., *Effects of Histamine and 5-Hydroxytryptamine on the Growth Rate of Xenografted Human Bronchogenic Carcinomas*, 23 CLIN. EXPER. PHARM. PHYSIOL. 465-471 (1996).

116.     Siegers CP,  et al., *Does cimetidine improve prospects for cancer patients? A reappraisal of the evidence to date,* 60 DIGESTION 5, 415-421 (1999).

117.     Singer, S., et al., *Alicyclic Nitrosamines and Nitrosamino Acids as Transnitrosating Agents*, 45 J. ORG. CHEM. 24, 4931-4935 (1980).

118.     Singer, GM, *The Mechanism of Nitrosation of Tertiary Amines*, IARC Sci Publ. 1980;(31):139-54. Smit MJ, et al., *Inverse agonism of histamine H2 antagonist accounts for upregulation of spontaneously active histamine H2 receptors,* 93 Proc. Natl. Acad. Sci. U S A. 13, 6802-6807 (1996).

119.     Smit MJ, et al. Inverse agonism of histamine H2 antagonist accounts for upregulation of spontaneously active histamine H2 receptors. Proc Natl Acad Sci U S A. 1996 Jun 25;93(13):6802-7.

120.     Song, P., et al., *Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis*, 7 Nutrients 12, 9872-9895 (2015).

121.     Song, P., et al., Supplementary Material, *Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis*, 7 Nutrients 12, 9872-9895 (2015).

122.     Sobala, G.M., *Levels of nitrite, nitrate, N-nitroso compounds, ascorbic acid and total bile acids in gastric juice of patients with and without precancerous conditions of the stomach*, 12 Carcinogenesis 2, 193-198 (1991).

123.     Spiegelhalder, B, et al., *Influence of dietary nitrate on nitrite content of human saliva: possible relevance to in vivo formation of N-nitroso compounds*, 14 Food Cosmet Toxicol. 6, 545-548 (1976).

124.     Strauss, D.G., et al*., Letter to the Editor Response Risk of N-Nitrosodimethylamine (NMDA) Formation with Ranitidine*, 326 JAMA 20, 2077-2078 (2021).

125.     Teraoka, R., et al., *Effects of Temperature and Relative Humidity on the Solid-State Chemical Stability of Ranitidine Hydrochloride*, 82 J. Pharmacol. Sci. 6, 501-505 (1993).

126.     Thomas, J.M., et al., *Effects of one year's treatment with ranitidine and of truncal vagotomy on gastric contents*, 28 Gut 6, 726-738 (1987).

127.     Tracey, Helen, An in vitro Investigation into the Metabolism of Ranitidine by Human Recombinant Dimethylarginine Dimethylaminohydrolase-1, GlaxoSmithKline (2020).

128.     Triggiani, M., et al., *Histamine Induces Exocytosis and IL-6 Production from Human Lung Macrophages through interaction with H1 receptors*, 166 J. Immunol. 6, 4083-91 (2001).

129.     Tutton, P., and D. Barkla, *Comparison of the Tumor Inhibiting Effects of Three Histamine H$_2$-Receptor Antagonists*, 3 Anticancer Res. 7-10 (1983).

130.     Ucar, K., *The effects of histamine H2 receptor antagonists on melanogenesis and cellular proliferation in melanoma cells in culture*, 177 Biochem Biophys Res Commun. 1, 545-50 (1991).

131.     Vermeer IT, et al., *Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet*, 106 Environ Health Perspect. 8, 459-63 (1998).

132.     Vila-Leahey A., et al., *The impact of ranitidine on monocyte responses in the context of solid tumors,* 7 Oncotarget. 10, 10891-904 (2016).

133.     Vila-Leahey A., et al., Supplementary Material, *The impact of ranitidine on monocyte responses in the context of solid tumors,* 7 ONCOTARGET. 10, 10891-904 (2016).

134.     Vila-Leahey A, et al. Ranitidine modifies myeloid cell populations and inhibits breast tumor development and spread in mice. Oncoimmunology. 2016 Mar 10;5(7):e1151591.

135.     Walters, CL, et al., *Nitrite Sources and Nitrosamine Formation in Vitro and In Vivo*, 17 FOOD COSM. TOXICOL. 5, 473-479 (1979).

136.     Walters, CL, *The Exposure of Humans to Nitrite*, 37 ONCOL. 289-296 (1980).

137.     Watt, PCH, et al., *Relationship between histology and gastric juice pH and nitrite in the stomach after operation for duodenal ulcer*, 25 GUT 3, 246-252 (1984).

138.     White CM, Hernandez AV. *Ranitidine and Risk of N-Nitrosodimethylamine (NDMA) Formation*. 326 JAMA 3,225-227 (2021).

139.      Xu, G.P. and P.I. Reed, *N-Nitroso compounds in fresh gastric juice and their relation to intragastric pH and nitrite employing an improved analytical method*, 14 CARCINOGENESIS 12, 2547-2551 (1993).

140.     Yeomans, N.D., *Effects of Acid Suppression on Microbial Flora of Upper Gut*, 40 DIG. DIS. SCI. 2, 81S-95S (1995).

141.     Zantac NDMA Testing Results

142.     Zheng, J., et al., *Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A US-Based Study*, 74 HEPATOL. 6, 3161-3173 (2021).

143.     Zheng, J., et al., Supplementary Material, *Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A US-Based Study*, 74 HEPATOL. 6, 3161-3173 (2021).

144.     Zheng, J., et al., *Dietary N-Nitroso Compounds and Risk of Pancreatic Cancer: results from a large case-control study,* 40 CARCINOGENESIS 2, 254-262 (2019).

145.     Zhu,Y., et al., *Dietary N-nitroso compounds and risk of colorectal cancer: a case-control study in Newfoundland and Labrador and Ontario, Canada*, 111 BR. J. NUTR. 6, 1109-1117 (2014).

DRLMDL0000153868- DRLMDL0000153872

DRLMDL0000342017- DRLMDL0000342028

DRLMDL0000010280- DRLMDL0000010311

DRLMDL0000010314 - DRLMDL0000010344

DRLMDL0000022940- DRLMDL0000022968

DRLMDL0000068301- DRLMDL0000068383

DRLMDL0000069778 - DRLMDL0000069788

DRLMDL0000070414- DRLMDL0000070659

DRLMDL0000424051- DRLMDL0000424061

DRLMDL0000204804- DRLMDL0000204838

GSKZNDAD0000314536- GSKZNDAD0000314548Singer

GSKZAN0000462834

GSKZAN0002621344

GSKZAN0000603391 - GSKZAN0000603454

GSKZAN0000292401 -  GSKZAN0000292416

GSKZAN0000369554 - GSKZAN0000369604

GSKZAN0001312433 - GSKZAN0001312489

GSKZAN0000756538 - GSKZAN0000756580

GSKZAN0002520615 - GSKZAN0002520739

GSKZAN0000719816 - GSKZAN0000719856

GSKZAN0000714566- GSKZAN0000714573

GSKZAN0000722911 -  GSKZAN0000722972

GSKZAN0000714583 - GSKZAN0000714626

GSKZAN0000714637 - GSKZAN0000714706

GSKZAN0000290596 - GSKZAN0000290609

GSKZAN0000722673- GSKZAN0000722721

GSKZAN0000369203 - GSKZAN0000369238

GSKZAN0002853429 - GSKZAN0002853604

GSKZAN0003296667- GSKZAN0003296694

GSKZAN0000369239 -  GSKZAN0000369276

GSKZAN0003310986 - GSKZAN0003310018

GSKZAN0000369277 - GSKZAN0000369312

GSKZAN0000290139 - GSKZAN0000290166

GSKZAN0000292368 - GSKZAN0000292380

GSKZAN0003193031 - GSKZAN0003193036

GSKZAN0000917222 - GSKZAN0000917245

GSKZAN0000986964 - GSKZAN0000986997

GSKZAN0000754926 - GSKZAN0000754929

GSKZNDAA0000636707- GSKZNDAA0000636873

GSKZNDAA0000636986 - GSKZNDAA0000637005

GSKZNDAD0000314027 - GSKZNDAD0000314051

GSKZNDAA0000298904 - GSKZNDAA0000299199

GSKZNDAA0000292183- GSKZNDAA0000292388

GSKZNDAA0000292389 - GSKZNDAA0000292706

GSKZNDAA0000292707- GSKZNDAA0000293077

GSKZNDAA0000293078 - GSKZNDAA0000293452

GSKZNDAA0000293857 - GSKZNDAA0000294126

GSKZNDAA0000296802 - GSKZNDAA0000297013

GSKZNDAA0000297014 - GSKZNDAA0000297278

GSKZNDAA0000301384 - GSKZNDAA0000301688

GSKZNDAA0000014773- GSKZNDAA0000014790

GSKZAN0003288805- GSKZAN0003288851

GSKZAN0003332239 - GSKZAN0003332273

GSKZAN0003332201 - GSKZAN0003332238

GSKZAN0003466222- GSKZAN0003466563

GSKZAN0000253456- GSKZAN0000253483

GSKZAN0003199263- GSKZAN0003199302

GSKZAN0003445098- GSKZAN0003445104

GSKZAN0000917248- GSKZAN0000917268

GSKZAN0003331343 - GSKZAN0003331390

GSKZAN0000916845- GSKZAN0000916969

GSKZAN0000917196- GSKZAN0000917221

GSKZAN0002210593- GSKZAN0002210716

GSKZAN0002603391- GSKZAN0002603454

GSKZAN0002852996- GSKZAN0002853061

GSKZAN0002853320- GSKZAN0002853428

GSKZAN0002856477- GSKZAN0002856546

GSKZAN0000290045- GSKZAN0000290081

GSKZAN0000253081- GSKZAN0000253121

GSKZAN0000290610- GSKZAN0000290619

GSKZAN0000713884- GSKZAN0000713904

GSKZAN0000714001- GSKZAN0000714267

GSKZAN0000755756- GSKZAN0000756130

GSKZAN0001300925 - GSKZAN0001301265

GSKZAN0000761072- GSKZAN0000761273

GSKZAN0000369313- GSKZAN0000369342

GSKZAN0000314536- GSKZAN0000314548

GSKZAN0001295159 - GSKZAN0001295228

GSKZAN0000728668- GSKZAN0000729125

GSKZAN0001301833 - GSKZAN0001301953

GSKZAN0001300514- GSKZAN0001300558

GSKZAN0003274304 - GSKZAN0003274339

GSKZAN0000720745- GSKZAN0000720796

GSKZAN0003308510 - GSKZAN0003308826

GSKZAN0002034372- GSKZAN0002034376

GSKZAN0000051927- GSKZAN0000052018

GSKZAN0000064796- GSKZAN0000064819

GSKZAN0000075548

GSKZAN0000080400

GSKZAN0000091133

GSKZAN0000883508

GSKZAN0002621344

GSKZAN0000883507- GSKZAN0000883507

GSKZAN0000098684 - GSKZAN0000098702

GSKZAN0000104752- GSKZAN0000104753

GSKZAN0000211457- GSKZAN0000211458

GSKZAN0000211459- GSKZAN0000211461

GSKZAN0000211462- GSKZAN0000211465

GSKZAN0000236728 - GSKZAN0000236740

GSKZAN0000283135 - GSKZAN0000283146

GSKZAN0000436140- GSKZAN0000436141

GSKZAN0003274346 - GSKZAN0003274365

GSKZAN0001938855 - GSKZAN0001939395

GSKZAN0002102112 - GSKZAN0002102129

GSKZAN0003308124 - GSKZAN0003308509

GSKZAN0003326732 - GSKZAN0003326766

GSKZAN0002169325 - GSKZAN0002169333

GSKZAN0000968352 - GSKZAN0000968355

GSKZAN0003331700 - GSKZAN0003331772

GSKZAN0003331773 - GSKZAN0003331816

GSKZAN0000751925 - GSKZAN0000751981

GSKZAN0002593116 - GSKZAN0002593411

GSKZAN0002853605- GSKZAN0002853783

GSKZAN0002850445- GSKZAN0002850748

GSKZAN0002276388 - GSKZAN0002276415

GSKZAN0000759586 - GSKZAN0000759745

GSKZAN0002639348- GSKZAN0002639457

GSKZAN0000747470- GSKZAN0000747567

GSKZAN0003289891- GSKZAN0003289920

GSKZAN0000720594- GSKZAN0000720675

PFI00006582- PFI00007556

BOE_ZAN_MDL_0002709944 - BOE_ZAN_MDL_0002710480

BOE_ZAN_MDL_0002855239 - BOE_ZAN_MDL_0002855622

BOE_ZAN_MDL_0002711216 - BOE_ZAN_MDL_0002711305

BOE_ZAN_MDL_0000190133 - BOE_ZAN_MDL_0000190450

BOE_ZAN_MDL_0002713971 - BOE_ZAN_MDL_0002714456

MITCH001609- MITCH001616

KONI_A_1151591_s02a

KONI_A_1151591_s02b

KONI_A_1151591_s02c

KONI_A_1151591_s03

KONI_A_1151591_s04

KONI_A_1151591_s05

SANOFI_ZAN_MDL_0000000759 - SANOFI_ZAN_MDL_0000000768

SANOFI_ZAN_MDL_0000033849 - SANOFI_ZAN_MDL_0000033891

SANOFI_ZAN_MDL_0000034095 - SANOFI_ZAN_MDL_0000034096

SANOFI_ZAN_MDL_0000038687

SANOFI_ZAN_MDL_0000070580

SANOFI_ZAN_MDL_0000038881 - SANOFI_ZAN_MDL_0000038969

SANOFI_ZAN_MDL_0000041364 - SANOFI_ZAN_MDL_0000041367

SANOFI_ZAN_MDL_0000043248 - SANOFI_ZAN_MDL_0000043251

SANOFI_ZAN_MDL_0000063093 - SANOFI_ZAN_MDL_0000063173
SANOFI_ZAN_MDL_0000064936 - SANOFI_ZAN_MDL_0000064948

SANOFI_ZAN_MDL_0000065219 - SANOFI_ZAN_MDL_0000065236

SANOFI_ZAN_MDL_0000065347- SANOFI_ZAN_MDL_0000065498

SANOFI_ZAN_MDL_0000065771 - SANOFI_ZAN_MDL_0000065796

SANOFI_ZAN_MDL_0000065844- SANOFI_ZAN_MDL_0000065853

SANOFI_ZAN_MDL_0000070581 - SANOFI_ZAN_MDL_0000070588

SANOFI_ZAN_MDL_0000071072 - SANOFI_ZAN_MDL_0000071141

SANOFI_ZAN_MDL_0000071194 - SANOFI_ZAN_MDL_0000071223

SANOFI_ZAN_MDL_0000104997

SANOFI_ZAN_MDL_0000144537

SANOFI_ZAN_MDL_0000144542

SANOFI_ZAN_MDL_0000144544

SANOFI_ZAN_MDL_0000149327

SANOFI_ZAN_MDL_0000558161

SANOFI_ZAN_MDL_0000708322

SANOFI_ZAN_MDL_0000708585

SANOFI_ZAN_MDL_0000714911

SANOFI_ZAN_MDL_0000038687

SANOFI_ZAN_MDL_0000714931 - SANOFI_ZAN_MDL_0000714931

SANOFI_ZAN_MDL_0000714921 - SANOFI_ZAN_MDL_0000714926

SANOFI_ZAN_MDL_0000714199 - SANOFI_ZAN_MDL_0000714234

SANOFI_ZAN_MDL_0000708582- SANOFI_ZAN_MDL_0000708584

SANOFI_ZAN_MDL_0000153457 - SANOFI_ZAN_MDL_0000153471

SANOFI_ZAN_MDL_0000153124 - SANOFI_ZAN_MDL_0000153138

SANOFI_ZAN_MDL_0000167162 - SANOFI_ZAN_MDL_0000167283

SANOFI_ZAN_MDL_0000167654 - SANOFI_ZAN_MDL_0000167727

SANOFI_ZAN_MDL_0000167966 - SANOFI_ZAN_MDL_0000168043

SANOFI_ZAN_MDL_0000227721 -SANOFI_ZAN_MDL_0000227727

SANOFI_ZAN_MDL_0000227822 - SANOFI_ZAN_MDL_0000227824

SANOFI_ZAN_MDL_0000228157 -SANOFI_ZAN_MDL_0000228161

SANOFI_ZAN_MDL_0000236126 - SANOFI_ZAN_MDL_0000236131

SANOFI_ZAN_MDL_0000236132 - SANOFI_ZAN_MDL_0000236136

SANOFI_ZAN_MDL_0000237183 - SANOFI_ZAN_MDL_0000237190

SPIRND00014375- SPIRND00014378

SPIRND00014688 - SPIRND00014688

SPIRND00014705 - SPIRND00014705

SPIRND00037439 - SPIRND00037442

SPIRND00037692 - SPIRND00037692

SPIRND00063250- SPIRND00063257

SPIRND00063346 - SPIRND00063349

SPIRND00064695- SPIRND00064725

SPIRND00064867-SPIRND00064891

SPIRND00071871- SPIRND00071874

SPIRND00072140- SPIRND00072140

SPIRND00072142- SPIRND00072144

SPIRND00093258- SPIRND00093261

SPIRND00093547 - SPIRND00093547

SPIRND00093549 - SPIRND00093551

SPIRND00109881 - SPIRND00109886

SPIRND00110128 - SPIRND00110128

MITCH001609-MITCH001616SRAUSS

# EXHIBIT

# 729

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 2924<br>20-MD-2924 |

# SUPPLEMENTAL EXPERT REPORT

# JENNIFER LE, PHARMD, MAS, BCPS-ID, FIDSA, FCCP, FCSHP

_____

Date: October 4, 2022     Jennifer Le, Pharm.D., MAS, BCPS-ID, FIDSA, FCCP, FCSHP

**Exhibit**
0004

# Supplemental Report

## Jennifer Le, PharmD, MAS, BCPS-ID, FIDSA, FCCP, FCSHP

## October 11, 2022

### I.   Epidemiology

**Section VIII, #110 of Le Zantac 2022-0124 Report**

As supplement to this particular section within Epidemiology, I would like to provide my critical evaluation of a recently published article by Wang et al.[1]

The Wang study concluded an association between ranitidine use and liver cancer, gastric cancer and pancreatic cancer.  This finding is consistent with multiple other studies that have demonstrated an association between ranitidine use and liver cancer, gastric cancer and pancreatic cancer. This study further bolsters my opinion for liver cancer, gastric cancer and pancreatic cancer that pharmacologic, toxicologic and epidemiologic data of ranitidine and its direct metabolite NDMA all suggest that ranitidine is capable of causing these certain organ-related cancer.  The Wang study had elevated, non-statistically significant increased risks for esophageal cancer and non-statistically significant slightly elevated risks for bladder cancer.  These findings did not change my opinions regarding bladder and esophageal cancer and my opinion continues to be that the pharmacologic, toxicologic and epidemiologic data of ranitidine and its direct metabolite NDMA all suggest that ranitidine is capable of causing bladder cancer and esophageal cancer.

The following section in the original report was updated to account for all studies:

Of the 15 original research studies reviewed, 7 studies concluded lack of statistical association between ranitidine use and certain types of cancers.  Two of these 7 studies evaluated gastric cancer in Asian descent, which suggested potential racial and dietary differences contributing to the results.  One meta-analysis suggested that CYP2E1 gene polymorphisms might be a contributing factor against bladder cancer in Asian people.[304]  However, these studies should be interpreted cautiously due to the small sample size (noted by the investigators) and they were confounded by the concurrent use of other H2-receptor antagonists (see table for details).

| Author Year Study Design and Source of Data | Ranitidine Dose and Duration | Sample Size and Study Period | Outcome | Comment/Limitation |
|---|---|---|---|---|
| Wang 2022[1]<br><br>Population-based study longitudinal study with propensity score-matching procedure to match the ranitidine-treated group with the ranitidine-untreated group and famotidine controls | Ranitidine at > 90 defined daily dose (i.e, at least 300 mg ranitidine daily for 3 months)<br><br>Those who never used ranitidine belonged to the non-ranitidine cohort (famotidine with or without proton pump inhibitors) | 18 years (January 2000 and December 2018)<br><br>• 55,110 users of ranitidine<br>• patients were evaluated from the index date until the target cancer onset, death, or the end of the study period | *Based on first-incident of the many cancers. Findings based on Cox regression to allow for control for pertinent co-variates (Figure 2)*<br><br>Increased risk for all cancer: HR: 1.10, CI: 1.06–1.15, p < 0.001<br><br>Increased risk for liver cancer: HR: 1.22, 95% CI: 1.09–1.36, p < 0.001<br><br>Increased risk for gastric cancer: HR: 1.26, CI: 1.05–1.52, p = 0.012<br><br>Increased risk for pancreatic cancer: HR 1.35, CI: 1.03–1.77, p = 0.030 | Large sample size selected from a high-quality nationwide and population-based database with prospective study design, outcome data were retrieved from formal cancer registries and long follow-up period of 18 years<br><br>Propensity scoring was used to increase the robustness in comparing the groups in allowing control for some pertinent variables.<br><br>Cox regression adjusted for age, sex, the Charlson comorbidity index, co-medications (aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors, and antiviral therapy for hepatitis B or C), comorbidities (hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, and chronic kidney disease).<br><br>Authors concluded long-term ranitidine use was associated with a higher likelihood of liver cancer development in ranitidine users compared with the control groups of non-ranitidine users treated with famotidine or proton-pump inhibitors.<br><br>Evaluated dose-response relationship by 90–180, 181–270, 271–360, and >360 DDDs and indicated significant dose-response relationship over 18 years of study period (see figure)<br><br>Limitations of study included lack of accurate estimation of NDMA levels and lack of control for alcohol and smoking, and medication compliance was not evaluated. |

Increased risk for lung cancer: HR: 1.17, CI: 1.05–1.31, p = 0.005

No significant associations were observed for the 14 other cancers.



## II.   References

1.  Wang, C.-H.; Chen, I.-I.; Chen, C.-H.; Tseng, Y.-T. Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-TermCancer Risk: A Population-Based Longitudinal Cohort Study. Int. J. Environ. Res. Public Health 2022, 19, 12469. https://doi.org/10.3390/ijerph191912469

# EXHIBIT
# 730

Gastroenterology 2021;160:1856–1859

# Ranitidine Use and Cancer Risk: Results From UK Biobank



**Elizabeth D. Kantor,**[1,*] **Kelli O'Connell,**[1,*] Mengmeng Du,[1] Robin B. Mendelsohn,[2] Peter S. Liang,[3,4] and Lior Z. Braunstein[5]

[1]Department of Epidemiology and Biostatistics, Memorial Sloan Kettering Cancer Center, New York, New York; [2]Department of Medicine, Memorial Sloan Kettering Cancer Center, New York, New York; [3]Gastroenterology, Hepatology and Nutrition Service, Department of Medicine, New York University Langone Health, New York, New York; [4]Veterans Affairs New York Harbor Health Care System, New York, New York; and [5]Department of Radiation Oncology, Memorial Sloan Kettering Cancer Center, New York, New York

*Keywords:* Cancer; Epidemiology; NDMA; Omeprazole; Ranitidine.

Ranitidine (brand name Zantac) is an $H_2$-receptor antagonist ($H_2$-blocker) commonly used to treat gastroesophageal reflux and peptic ulcer disease. After recent studies showed that ranitidine degrades to form high levels of *N*-nitrosodimethylamine (NDMA), a potent carcinogen in animal models and probable human carcinogen,[1,2] the US Food and Drug Administration (FDA) requested that ranitidine sales be halted.[3] Because the implications for human carcinogenesis remain unclear, we evaluated the association between ranitidine use and cancer risk in UK Biobank.

## Methods

UK Biobank is a prospective cohort of 502,493 men and women residing in the United Kingdom.[4] At baseline (2006–2010), participants completed a detailed questionnaire (assessing lifestyle and health history, among other factors); participants' information was also linked with health records and registries. We excluded those with prior history of invasive cancer, except non-melanoma skin cancer (n = 27,666) and those missing exposure (n = 10,134) or covariates (n = 5489), leaving 459,204 persons aged 38–73 years for analysis.

The baseline questionnaire asked participants to indicate regular use of "ranitidine (eg, Zantac)" and "omeprazole (eg, Zanprol)." *Regularly* was defined as "most days of the week for the last 4 weeks." Exposure was defined 2 ways: (1) a binary yes/no variable and (2) use of ranitidine vs the active comparator, omeprazole—a proton pump inhibitor (PPI) with similar indications of use. In active comparator analyses, persons reporting use of neither (n = 424,221) or both (n = 820) were excluded.

Primary outcomes include overall cancer (diagnosis with any invasive cancer, excluding non-melanoma skin cancer) and cancers of the colorectum, lung, breast, and prostate. We also explored less-common malignancies of a priori interest (liver, kidney, bladder, and ovary).

Participants were followed up until date of cancer diagnosis, death, loss to follow-up, or end of study (October 31, 2015). For site-specific analyses, participants were censored at the date of first invasive cancer. Cox proportional hazards regression was used to estimate hazard ratios (HRs) and 95% confidence intervals (95% CIs). Minimally adjusted and multivariable models are detailed in the Table 1 footnotes and the Supplementary Methods.

Analyses of overall cancer were stratified by sex, median age, body mass index, and smoking status, with statistical significance of interaction assessed with a likelihood ratio test.

Sensitivity analyses (for overall cancer) were stratified by follow-up time, providing effect estimates in the first 5 years of follow-up vs thereafter.

UK Biobank was approved by the North West Multicenter Research Ethics Committee in the United Kingdom. The Memorial Sloan Kettering Cancer Center institutional review board determined this analysis did not require oversight. Analyses were conducted by using R (R Foundation for Statistical Computing).

## Results

Of 459,204 study participants, 26,230 were diagnosed with cancer (median follow-up, 6.7 years). Cases include cancers of the colorectum (n, 2728 cases), lung (n, 1833), breast (n, 5099), and prostate (n, 5164). Exploratory analyses examined associations pertaining to cancers of the liver (n = 262), kidney (n = 700), bladder (n = 554), and ovary (n = 483).

Overall, 8844 (1.9%) study participants reported regular ranitidine use, whereas 26,959 (5.9%) reported omeprazole use. Factors associated with use of ranitidine and omeprazole were generally comparable, with some small differences (Supplementary Table 1).

Regular use of ranitidine (yes/no) was not associated with overall cancer risk (HR, 1.01; 95% CI, 0.93–1.09) (Table 1). Active comparator results were similar (HR, 0.94; 95% CI, 0.85–1.04). No significant associations were observed for cancers of the colorectum, lung, breast, or prostate.

In exploratory analyses, regular ranitidine use (yes/no) was associated with 91% higher risk of liver cancer (HR, 1.91; 95% CI, 1.09–3.36) (Table 1); no association was observed in active comparator analyses (HR, 1.15; 95% CI, 0.58–2.26). Regular ranitidine use (yes/no) was associated with a non-significant decreased risk of kidney cancer (HR,

---

*Authors share co-first authorship.

*Abbreviations used in this paper:* CI, confidence interval; FDA, US Food and Drug Administration; HR, hazard ratio; NDMA, *N*-nitrosodimethylamine; PPI, proton pump inhibitor.



Most current article

© 2021 by the AGA Institute
0016-5085/$36.00
https://doi.org/10.1053/j.gastro.2020.12.037



Exhibit 0005

BRIEF COMMUNICATIONS

**Table 1.** Association Between Ranitidine and Cancer Risk

| | Cohort n (%) | Case n (%) | Minimally adjusted[a] HR (95% CI) | Multivariable adjusted[b] HR (95% CI) |
|---|---|---|---|---|
| Primary: overall cancer and common cancer sites | | | | |
| Overall cancer[c] | | | | |
| Regular ranitidine use | | | | |
| No | 450,360 (98.1) | 25,665 (97.8) | Reference | Reference |
| Yes | 8844 (1.9) | 565 (2.2) | 1.06 (0.98–1.15) | 1.01 (0.93–1.09) |
| Ranitidine vs omeprazole | | | | |
| Regular omeprazole use | 26,139 (76.5) | 1907 (78.9) | Reference | Reference |
| Regular ranitidine use | 8024 (23.5) | 509 (21.1) | 0.95 (0.87–1.05) | 0.94 (0.85–1.04) |
| Colorectal cancer[d] | | | | |
| Regular ranitidine use | | | | |
| No | 428,360 (98.1) | 2664 (97.7) | Reference | Reference |
| Yes | 8281 (1.9) | 64 (2.3) | 1.17 (0.92–1.50) | 1.12 (0.88–1.44) |
| Ranitidine vs omeprazole | | | | |
| Regular omeprazole use | 24,453 (76.4) | 167 (74.6) | Reference | Reference |
| Regular ranitidine use | 7537 (23.6) | 57 (25.4) | 1.26 (0.93–1.71) | 1.25 (0.92–1.69) |
| Lung cancer[e] | | | | |
| Regular ranitidine use | | | | |
| No | 450,360 (98.1) | 1783 (97.3) | Reference | Reference |
| Yes | 8844 (1.9) | 50 (2.7) | 1.32 (1.00–1.75) | 0.96 (0.72–1.27) |
| Ranitidine vs omeprazole | | | | |
| Regular omeprazole use | 26,139 (76.5) | 199 (81.6) | Reference | Reference |
| Regular ranitidine use | 8024 (23.5) | 45 (18.4) | 0.84 (0.60–1.16) | 0.76 (0.55–1.06) |
| Breast cancer[f,g] | | | | |
| Regular ranitidine use | | | | |
| No | 235,859 (98.1) | 4989 (97.8) | Reference | Reference |
| Yes | 677 (1.9) | 110 (2.2) | 1.08 (0.89–1.30) | 1.04 (0.86–1.26) |
| Ranitidine vs omeprazole | | | | |
| Regular omeprazole use | 14,525 (77.3) | 324 (76.1) | Reference | Reference |
| Regular ranitidine use | 4267 (22.7) | 102 (23.9) | 1.09 (0.87–1.36) | 1.08 (0.86–1.35) |
| Prostate cancer[h,i] | | | | |
| Regular ranitidine use | | | | |
| No | 196,195 (98.1) | 5067 (98.1) | Reference | Reference |
| Yes | 3785 (1.9) | 97 (1.9) | 0.96 (0.78–1.17) | 1.01 (0.82–1.23) |
| Ranitidine vs omeprazole | | | | |
| Regular omeprazole use | 10,377 (75.2) | 309 (78.6) | Reference | Reference |
| Regular ranitidine use | 3424 (24.8) | 84 (21.4) | 1.00 (0.78–1.27) | 1.02 (0.80–1.30) |
| Exploratory: less common cancer sites | | | | |
| Liver cancer[j] | | | | |
| Regular ranitidine use | | | | |
| No | 450,360 (98.1) | 249 (95.0) | Reference | Reference |
| Yes | 8844 (1.9) | 13 (5.0) | 2.49 (1.43–4.35) | 1.91 (1.09–3.36) |
| Ranitidine vs omeprazole | | | | |
| Regular omeprazole use | 26,139 (76.5) | 37 (77.1) | Reference | Reference |
| Regular ranitidine use | 8024 (23.5) | 11 (22.9) | 1.10 (0.56–2.16) | 1.15 (0.58–2.26) |
| Kidney cancer[k] | | | | |
| Regular ranitidine use | | | | |
| No | 450,360 (98.1) | 691 (98.7) | Reference | Reference |
| Yes | 8844 (1.9) | 9 (1.3) | 0.63 (0.33–1.22) | 0.53 (0.27–1.02) |
| Ranitidine vs omeprazole | | | | |
| Regular omeprazole use | 26,139 (76.5) | 74 (90.2) | Reference | Reference |
| Regular ranitidine use | 8024 (23.5) | 8 (9.8) | 0.39 (0.19–0.81) | 0.39 (0.19–0.82) |
| Bladder cancer[l] | | | | |
| Regular ranitidine use | | | | |
| No | 450,360 (98.1) | 538 (97.1) | Reference | Reference |
| Yes | 8844 (1.9) | 16 (2.9) | 1.44 (0.87–2.36) | 1.22 (0.74–2.01) |
| Ranitidine vs omeprazole | | | | |
| Regular omeprazole use | 26,139 (76.5) | 36 (73.5) | Reference | Reference |
| Regular ranitidine use | 8024 (23.5) | 13 (26.5) | 1.34 (0.71–2.54) | 1.30 (0.69–2.46) |
| Ovarian cancer[l,m] | | | | |

BRIEF COMMUNICATIONS

**Table 1.**Continued

| | Cohort n (%) | Case n (%) | Minimally adjusted[a] HR (95% CI) | Multivariable adjusted[b] HR (95% CI) |
|---|---|---|---|---|
| Regular ranitidine use | | | | |
| No | 225,680 (98.1) | 472 (97.7) | Reference | Reference |
| Yes | 4284 (1.9) | 11 (2.3) | 1.13 (0.62–2.06) | 1.11 (0.61–2.02) |
| Ranitidine vs omeprazole | | | | |
| Regular omeprazole use | 13,156 (77.1) | 34 (75.6) | Reference | Reference |
| Regular ranitidine use | 3917 (22.9) | 11 (24.4) | 1.17 (0.59–2.31) | 1.08 (0.54–2.15) |

[a]Adjusted for age (time axis of analysis), sex, and race (white, non-White).
[b]Adjustment variables depend on the outcome of interest.
[c]Analyses of overall cancer were adjusted for factors listed in footnote a, as well as household income (<£18,000; £18,000–30,999; £31,000–51,999; £52,000–100,000; >£100,000; do not know/prefer not to answer/missing), BMI (12.1–25 kg/m², 25 to <30 kg/m², 30 to <35 kg/m², 35–74.7 kg/m²), history of smoking status (never, former, current), pack-years (0/nonsmokers, 0.05–12.5, >12.5 to 26.3, >26.3 to 301.0). alcohol intake (never, special occasions only, 1–3 times a month, 1–4 times a week, daily or almost daily), physical activity (none, any moderate, any vigorous, do not know/prefer not to answer/missing), and diabetes (no, yes).
[d]Analyses of colorectal cancer were adjusted for factors listed in footnote c as well as history of bowel screening (no, yes), fruit intake (0 to <2.0 servings per day, 2.0–2.9 servings per day, 3.0–3.9 servings per day, 4.0–65.0 servings per day), vegetable intake (0 to <2.0 servings per day, 2.0–2.9 servings per day, 3.0–3.9 servings per day, 4.0–50.0 servings per day), red meat intake (0 to <1 time per week, 1.0–1.9 times per week, 2.0–2.9 times per week, 3.0–21.0 times per week), processed meat intake (never, <1.0 time per week, 1.0 time per week, ≥2.0 times per week to 1.0 or more times per day), aspirin intake (no, yes), nonaspirin nonsteroidal anti-inflammatory drug (NSAID) intake (no, yes), and menopause status and postmenopausal hormone use (PMH) (premenopausal/men, postmenopausal with no PMH, postmenopausal with PMH, do not know/missing).
[e]Analyses of lung cancer were adjusted for factors listed in footnote c. We additionally adjusted for history of pre-existing lung disease (no, yes).
[f]Analyses restricted to women.
[g]Analyses of breast cancer were adjusted for factors listed in footnote c, except for sex. We additionally adjusted for history of screening/mammogram (no, yes), age at menarche (5 to <11, 11–12, 14–15, 16–25 years), menopause status and PMH use (premenopausal, postmenopausal with no PMH, postmenopausal with PMH, do not know/missing), and parity (0, 1–2, 3–22).
[h]Analyses restricted to men.
[i]Analyses of prostate cancer were adjusted for factors listed in footnote c, except for sex, as well as prostate specific antigen screening (no, yes).
[j]Analyses of liver cancer adjusted for factors listed in footnote c, as well as history of pre-existing liver disease (no, yes).
[k]Analyses of kidney cancer were adjusted for factors listed in footnote c. We additionally adjusted for NSAID use (no, yes) and hypertension/hypertension medications (no, yes–unmedicated, yes–medicated).
[l]Analyses of bladder cancer were adjusted for factors listed in footnote c.
[m]Analyses of ovarian cancer were adjusted for factors listed in footnote c, except for sex. We additionally adjusted for parity (0, 1–2, 3–22), NSAID use (no, yes), oral contraceptive use (no, yes), menopause status and PMH use (premenopausal; postmenopausal with no PMH; postmenopausal with PMH; do not know/missing), history of tubal ligation (no, yes), and history of hysterectomy (no, yes). Women with history of bilateral oophorectomy were excluded from this analysis.

0.53; 95% CI, 0.27–1.02); this association strengthened to statistical significance in active comparator analyses (HR, 0.39; 95% CI, 0.19–0.82). No associations were observed for bladder or ovarian cancer.

Body mass index, age, sex, or smoking status did not modify the ranitidine-cancer association (not shown). In sensitivity analyses, the association between ranitidine and overall cancer risk was null in the first 5 years of follow-up, and inverse thereafter (Supplementary Table 2).

## Discussion

Ranitidine use was not associated with overall cancer risk. It is possible that baseline use may not capture exposure in the etiologically relevant timeframe, and longer follow-up may show different associations. When stratified by time, however, there was an inverse association in later years, reducing concern that shorter follow-up may obscure a

strong positive association. Ranitidine use was not associated with risk of common cancers (lung, breast, prostate, and colorectum).

We explored associations for less-common cancer sites. Given drug metabolism and patterns of NDMA-induced malignancies in animal models, liver cancer was of particular a priori interest.[5] Compared to non-use, ranitidine use was positively associated with liver cancer; however, this association was attenuated when directly compared to omeprazole, which may reflect residual confounding by indication (or another jointly related factor). Alternatively, the association may have attenuated in active comparator analyses if omeprazole independently increases liver cancer risk. These possibilities need follow-up given inconsistent data for PPIs and liver cancer.[6] We explored ranitidine use and kidney cancer risk because of elevated urinary NDMA after ranitidine exposure—with results showing an unexpected inverse association. Although prior studies suggest

that PPI use (vs $H_2$ blockers) is associated with increased risk of chronic kidney disease,[7] data specific to renal malignancies are needed. Exploratory analyses of less-common cancers were underpowered and should be interpreted cautiously.

We used a large, prospective cohort to address a question of immediate public health relevance about which little is known; there were limitations, however. Exposure was self-reported and we were unable to examine associations by dose or distinguish long- vs short-term use. Variables were captured at 1 timepoint; secular changes in exposure could lead to measurement error, attenuating results, and changes in covariates could lead to residual confounding. We did not capture long-term outcomes; some data suggest longer latency between NDMA exposure and cancer.[8] Finally, this study included adults, most of whom are White, potentially limiting generalizability.

We found no association between ranitidine use and cancers of the breast, prostate, lung, or colorectum. The exploratory positive association with liver cancer and inverse association with kidney cancer are compelling for hypothesis generation, and study findings merit confirmation in other populations. Cohorts with longer follow-up may further elucidate associations, particularly for less common malignancies.

## Supplementary Material

Note: To access the supplementary material accompanying this article, visit the online version of *Gastroenterology* at www.gastrojournal.org, and at https://doi.org/10.1053/j.gastro.2020.12.037.

## References

1. Valisure citizen petition on ranitidine. https://www.valisure.com/wp-content/uploads/Valisure-Ranitidine-FDA-Citizen-Petition-v4.12.pdf.
2. Emery Pharma Citizen Petition. https://emerypharma.com/wp-content/uploads/2020/01/EP-Ranitidine-FDA-Citizen-Petition-v21-January-2-2020.pdf.
3. FDA requests removal of all ranitidine products (Zantac) from the Market. https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market.
4. UK Biobank. https://www.ukbiobank.ac.uk.
5. Souliotis VL, et al. Mutat Res 2002;500:75–87.
6. Chang TE, et al. J Chin Med Assoc 2019;82:756–761.
7. Lazarus B et al. JAMA Intern Med 201;176:238–246.
8. Mirvish SS. Cancer Lett 1995;93:17–48.

Received October 22, 2020. Accepted December 20, 2020.

**Correspondence**
Address correspondence to: Lior Z. Braunstein, MD, Memorial Sloan Kettering Cancer Center, 1275 York Avenue, Box 22, New York, New York 10065. e-mail: braunstl@mskcc.org; or Elizabeth D. Kantor, PhD, MPH, Memorial Sloan Kettering Cancer Center, 485 Lexington Avenue, 2nd Floor, New York, New York 10017. e-mail: kantore@mskcc.org.

**Acknowledgments**
This research was conducted using the UK Biobank Resource under application no. 19115. The authors would like to acknowledge David Light, Kaury Kucera, Alexandra Jirstrand, Amber Jessop, and Robert Cunningham.

**CRediT Authorship Contributions**
Elizabeth D. Kantor, PhD (Conceptualization: Equal; Data curation: Supporting; Formal analysis: Supporting; Funding acquisition: Equal; Investigation: Supporting; Methodology: Equal; Project administration: Lead; Supervision: Equal; Writing – original draft: Equal; Writing – review & editing: Equal); Kelli O'Connell, MSPH (Conceptualization: Supporting; Data curation: Lead; Formal analysis: Lead; Investigation: Lead; Methodology: Equal; Visualization: Lead; Writing – review & editing: Supporting); Mengmeng Du, ScD (Conceptualization: Supporting; Data curation: Supporting; Formal analysis: Supporting; Funding acquisition: Equal; Investigation: Supporting; Methodology: Supporting; Writing – review & editing: Supporting); Robin B. Mendelsohn, MD (Investigation: Supporting; Writing – review & editing: Supporting; clinical input / interpretation: Supporting); Peter S. Liang, MD (Investigation: Supporting; Writing – review & editing: Supporting; clinical input /interpretation: Supporting); Lior Z. Braunstein, MD (Conceptualization: Equal; Data curation: Supporting; Investigation: Supporting; Methodology: Supporting; Supervision: Equal; Writing – original draft: Equal; Writing – review & editing: Equal).

**Conflicts of interest**
The authors disclose no conflicts.

**Funding**
This work was supported by grants P30 CA008748 and K08 CA230162 from the National Cancer Institute at the National Institutes of Health. The funding sources had no role in the analysis of data, preparation of the manuscript, or decision to submit the manuscript for publication.

## Supplementary Methods

Minimally adjusted models were adjusted for age, sex, and race, with multivariable models further adjusted for income, body mass index, smoking status, pack-years smoked, alcohol intake, physical activity, and diabetes (detailed in the Table 2 footnotes). Covariates were assessed at baseline, at the time of exposure assessment. We have largely used a complete case approach, whereby analyses include only participants with complete data (ie, those missing covariate data are excluded). However, for those variables for which data are missing for >5% of the study population, we have alternatively used a missing indicator. This hybrid approach avoids the issue of nonconvergence due to small cells (resulting from small numbers missing for most covariates) but also avoids dropping large groups because of missing data for a particular covariate. Models of each cancer site were adapted to additionally include covariates specific to that site; thus, sample size differs slightly across analyses.

Sensitivity analyses were conducted with regard to covariate selection in site-specific analyses. As information on family history of cancer was only available for certain cancer sites (colorectum, lung, breast, prostate), we conducted sensitivity analyses of these sites adjusting for site-specific family history. Results were unchanged; thus, family history variables were not included in final models. For breast cancer, sensitivity analyses were conducted with additional adjustment for age at menopause (as determined at baseline); because effect estimates did not materially change, we have not included this covariate in the analyses. Finally, in models of kidney cancer, we were unable to adjust for pre-existing kidney disease (indicated by renal/kidney failure, polycystic kidney disease, or transplant), given the small number of persons with these conditions; thus, we conducted a sensitivity analysis excluding these persons from analyses. Results did not differ from the main model, and thus persons with these conditions were not excluded.

**Supplementary Table 1.** Population Characteristics, by Regular Use of Ranitidine and Omeprazole

| | Total, n (%) (n = 459,204) | Regular ranitidine use[a] | | Regular omeprazole use[a] | |
|---|---|---|---|---|---|
| | | No (n = 450,360; 98.1%) | Yes (n = 8844; 1.9%) | No (n = 432,245; 94.1%) | Yes (n = 26,959; 5.9%) |
| **Age, y[b]** | | | | | |
| <50 | 111,021 (24.2) | 109,201 (98.4) | 1820 (1.6) | 107,597 (96.9) | 3424 (3.1) |
| 50–60 | 154,284 (33.6) | 151,433 (98.2) | 2851 (1.9) | 146,399 (94.9) | 7885 (5.1) |
| 60–70 | 191,801 (41.8) | 187,685 (97.9) | 4116 (2.2) | 176,374 (92.0) | 15,427 (8.0) |
| ≥70 | 2098 (0.5) | 2041 (97.3) | 57 (2.7) | 1875 (89.4) | 223 (10.6) |
| **Sex** | | | | | |
| Female | 248,338 (54.1) | 243,540 (98.1) | 4798 (1.9) | 232,988 (93.8) | 15,350 (6.2) |
| Male | 210,866 (45.9) | 206,820 (98.1) | 4046 (1.9) | 199,257 (94.5) | 11,609 (5.5) |
| **Race** | | | | | |
| White | 433,602 (94.4) | 425,620 (98.1) | 8342 (1.9) | 408,150 (94.1) | 25,452 (5.9) |
| Non-White | 25,602 (5.6) | 25,100 (98.0) | 502 (2.0) | 24,095 (94.1) | 1507 (5.9) |
| **Household income, £** | | | | | |
| <18,000 | 87,290 (19.0) | 84,950 (97.3) | 2340 (2.7) | 79,512 (91.1) | 7778 (8.9) |
| 18,000–30,999 | 99,687 (21.7) | 97,839 (98.2) | 1848 (1.9) | 93,528 (93.8) | 6159 (6.2) |
| 31,000–51,999 | 104,003 (22.6) | 102,297 (98.4) | 1706 (1.6) | 99,249 (95.4) | 4754 (4.6) |
| 52,000–100,000 | 81,983 (17.9) | 80,716 (98.5) | 1267 (1.6) | 79,127 (96.5) | 2856 (3.5) |
| >100,000 | 21,867 (4.8) | 21,549 (98.6) | 318 (1.5) | 21,138 (96.7) | 729 (3.3) |
| Missing | 64,374 (14.0) | 63,009 (97.9) | 1365 (2.1) | 59,691 (92.7) | 4683 (7.3) |
| **BMI,[c] kg/m²** | | | | | |
| <25 | 152,339 (33.2) | 150,439 (98.8) | 1900 (1.3) | 146,946 (96.5) | 5393 (3.5) |
| 25 to <30 | 195,394 (42.6) | 191,641 (98.1) | 3753 (1.9) | 183,799 (94.1) | 11,595 (5.9) |
| 30 to <35 | 79,987 (17.4) | 77,843 (97.3) | 2144 (2.7) | 73,223 (91.5) | 6764 (8.5) |
| ≥35 | 31,484 (6.9) | 30,437 (96.7) | 1047 (3.3) | 28,277 (89.8) | 3207 (10.2) |
| **Smoking status** | | | | | |
| Never | 252,663 (55.0) | 248,663 (98.4) | 4000 (1.6) | 239,888 (94.9) | 12,775 (5.1) |
| Former | 158,082 (34.4) | 154,542 (97.8) | 3540 (2.2) | 146,900 (92.9) | 11,182 (7.1) |
| Current | 48,459 (10.6) | 47,155 (97.3) | 1304 (2.7) | 45,457 (93.8) | 3002 (6.2) |
| **Pack-years, tertiles among smokers[d]** | | | | | |
| 0/Nonsmokers | 320,758 (69.9) | 315,467 (98.4) | 5291 (1.7) | 304,036 (94.8) | 16,722 (5.2) |
| Tertile 1 | 46,293 (10.1) | 45,372 (98.0) | 921 (2.0) | 43,772 (94.6) | 2521 (5.5) |
| Tertile 2 | 45,227 (9.8) | 44,085 (97.5) | 1142 (2.5) | 41,913 (92.7) | 3314 (7.3) |
| Tertile 3 | 46,926 (10.2) | 45,436 (96.8) | 1490 (3.2) | 42,524 (90.6) | 4402 (9.4) |
| **Alcohol intake** | | | | | |
| Never | 36,062 (7.9) | 35,106 (97.4) | 956 (2.7) | 32,801 (91.0) | 3261 (9.0) |
| Special occasions only | 52,258 (11.4) | 51,098 (97.8) | 1160 (2.2) | 48,076 (92.0) | 4182 (8.0) |
| 1–3 times a month | 51,295 (11.2) | 50,270 (98.0) | 1025 (2.0) | 48,211 (94.0) | 3084 (6.0) |
| 1–4 times a week | 225,740 (49.2) | 221,805 (98.3) | 3935 (1.7) | 214,145 (94.9) | 11,595 (5.1) |
| Daily or almost daily | 93,849 (20.4) | 92,081 (98.1) | 1768 (1.9) | 89,012 (94.9) | 4837 (5.2) |
| **Physical activity** | | | | | |
| None | 47,582 (10.4) | 46,344 (97.4) | 1238 (2.6) | 43,644 (91.7) | 3938 (8.3) |
| Any moderate | 105,533 (23.0) | 103,267 (97.9) | 2266 (2.2) | 98,288 (93.1) | 7245 (6.9) |
| Any vigorous | 275,171 (59.9) | 270,728 (98.4) | 4443 (1.6) | 262,179 (95.3) | 12,992 (4.7) |
| Missing | 30,918 (6.7) | 30,021 (97.1) | 897 (2.9) | 28,134 (91.0) | 2784 (9.0) |
| **Diabetes** | | | | | |
| No | 435,598 (94.9) | 427,504 (98.1) | 8094 (1.9) | 411,276 (94.4) | 24,322 (5.6) |
| Yes | 23,606 (5.1) | 22,856 (96.8) | 750 (3.2) | 20,969 (88.8) | 2637 (11.2) |
| **Colorectal cancer–specific variables** | | | | | |
| **History of bowel screening** | | | | | |
| No | 313,090 (68.2) | 307,872 (98.3) | 5218 (1.7) | 299,213 (95.6) | 13,877 (4.4) |
| Yes | 138,810 (30.2) | 135,364 (97.5) | 3446 (2.5) | 126,299 (91.0) | 12,511 (9.0) |
| Missing | 7304 (1.6) | 7124 (97.5) | 180 (2.5) | 6733 (92.2) | 571 (7.8) |

**Supplementary Table 1.** Continued

| | Total, n (%) (n = 459,204) | Regular ranitidine use[a] | | Regular omeprazole use[a] | |
|---|---|---|---|---|---|
| | | No (n = 450,360; 98.1%) | Yes (n = 8844; 1.9%) | No (n = 432,245; 94.1%) | Yes (n = 26,959; 5.9%) |
| Aspirin use | | | | | |
| No | 395,051 (86.0) | 388,012 (98.2) | 7039 (1.8) | 374,490 (94.8) | 20,561 (5.2) |
| Yes | 64,153 (14.0) | 62,348 (97.2) | 1805 (2.8) | 57,755 (90.0) | 6398 (10.0) |
| Nonaspirin NSAID use | | | | | |
| No | 390,072 (84.9) | 383,143 (98.2) | 6929 (1.8) | 366,583 (94.0) | 23,489 (6.0) |
| Yes | 69,132 (15.1) | 67,217 (97.2) | 1915 (2.8) | 65,662 (95.0) | 3470 (5.0) |
| Menopause status/PMH use[e] | | | | | |
| Pre-menopausal | 61,631 (24.8) | 60,754 (98.6) | 877 (1.4) | 59,892 (97.2) | 1739 (2.8) |
| Postmenopausal without PMH use | 83,861 (33.8) | 82,561 (98.5) | 1300 (1.6) | 79,588 (94.9) | 4273 (5.1) |
| Postmenopausal with PMH use | 88,001 (35.4) | 85,678 (97.4) | 2323 (2.6) | 79,485 (90.3) | 8516 (9.7) |
| Missing | 14,845 (6.0) | 14,547 (98.0) | 298 (2.0) | 14,023 (94.5) | 822 (5.5) |
| Fruit intake, servings/d[f] | | | | | |
| 0 to <2 | 149,508 (32.6) | 146,253 (97.8) | 3255 (2.2) | 140,877 (94.2) | 8631 (5.8) |
| 2 to <3 | 115,243 (25.1) | 113,210 (98.2) | 033 (1.8) | 108,889 (94.5) | 6354 (5.5) |
| 3 to <4 | 87,999 (19.2) | 86,408 (98.2) | 1,591 (1.8) | 82,781 (94.1) | 5218 (5.9) |
| ≥4 | 100,630 (21.9) | 98,819 (98.2) | 1811 (1.8) | 94,335 (93.7) | 6295 (6.3) |
| Missing | 5824 (1.3) | ,670 (97.4) | 154 (2.6) | 5636 (92.1) | 461 (7.9) |
| Vegetable intake, servings/d[g] | | | | | |
| 0 to <2 | 156,197 (34.0) | 152,981 (97.9) | 3216 (2.1) | 146,839 (94.0) | 9358 (6.0) |
| 2 to <3 | 152,665 (33.2) | 149,870 (98.2) | 2795 (1.8) | 144,019 (94.3) | 8646 (5.7) |
| 3 to <4 | 80,189 (17.5) | 78,720 (98.2) | 1469 (1.8) | 75,509 (94.2) | 4680 (5.8) |
| ≥4 | 61,858 (13.5) | 60,702 (98.1) | 1156 (1.9) | 58,247 (94.2) | 3611 (5.8) |
| Missing | 8295 (1.8) | 8087 (97.5) | 208 (2.5) | 7631 (92.0) | 664 (8.0) |
| Processed meat, times/week[h] | | | | | |
| Never | 42,544 (9.3) | 41,861 (98.4) | 683 (1.6) | 40,286 (94.7) | 2258 (5.3) |
| <1 | 139,495 (30.4) | 136,980 (98.2) | 2515 (1.8) | 131,200 (94.1) | 8295 (5.9)) |
| 1 | 133,837 (29.1) | 131,209 (98.0) | 2628 (2.0) | 125,956 (94.1) | 7881 (5.9) |
| ≥2 | 142,441 (21.0) | 139,448 (97.9) | 2993 (2.1) | 133,999 (94.1) | 8442 (5.9) |
| Missing | 887 (0.2) | 862 (97.2) | 25 (2.8) | 804 (90.6) | 83 (9.4) |
| Red meat intake, times/week[i] | | | | | |
| 0 to <1 | 46,115 (10.0) | 45,377 (98.4) | 738 (1.6) | 43,869 (95.1) | 2246 (4.9) |
| 1 to <2 | 179,492 (39.1) | 176,275 (98.2) | 3217 (1.8) | 169,224 (94.3) | 10,268 (5.7) |
| 2 to <3 | 127,684 (27.8) | 125,254 (98.1) | 2430 (1.9) | 120,166 (94.1) | 7518 (5.9) |
| ≥3 | 101,040 (22.0) | 98,715 (97.7) | 2325 (2.3) | 94,487 (93.5) | 6553 (6.5) |
| Missing | 4873 (1.1) | 4739 (97.3) | 134 (2.8) | 4499 (92.3) | 374 (7.7) |
| Lung cancer-specific variables | | | | | |
| Any pre-existing lung disease | | | | | |
| No | 451,397 (98.3) | 442,882 (98.1) | 8515 (1.9) | 425,568 (94.3) | 25,829 (5.7) |
| Yes | 7807 (1.7) | 7478 (95.8) | 329 (4.2) | 6677 (85.5) | 1130 (14.5) |
| Breast cancer–specific variables[e] | | | | | |
| History of screening/mammogram | | | | | |
| No | 52,450 (21.1) | 51,646 (98.5) | 804 (1.5) | 50,854 (97.0) | 1596 (3.0) |
| Yes | 195,535 (78.7) | 191,546 (98.0) | 3989 (2.0) | 181,793 (93.0) | 13,742 (7.0) |
| Missing | 353 (0.1) | 348 (98.6) | 5 (1.4) | 341 (96.6) | 12 (3.4) |
| Age at menarche, y[j] | | | | | |
| <11 | 11,095 (4.5) | 10,827 (97.6) | 268 (2.4) | 10,235 (92.3) | 860 (7.8) |
| 11–12 | 82,482 (33.2) | 80,799 (98.0) | 1683 (2.0) | 77,035 (93.4) | 5447 (6.6) |

**Supplementary Table 1.** Continued

| | Total, n (%) (n = 459,204) | Regular ranitidine use[a] | | Regular omeprazole use[a] | |
|---|---|---|---|---|---|
| | | No (n = 450,360; 98.1%) | Yes (n = 8844; 1.9%) | No (n = 432,245; 94.1%) | Yes (n = 26,959; 5.9%) |
| 13–15 | 133,214 (53.6) | 130,782 (98.2) | 2432 (1.8) | 125,456 (94.2) | 7758 (5.8) |
| ≥16 | 14,191 (5.7) | 13,888 (97.9) | 303 (2.1) | 13,299 (93.7) | 892 (6.3) |
| Missing | 7356 (3.0) | 7244 (98.5) | 112 (1.5) | 6963 (94.7) | 393 (5.3) |
| Parity[k] | | | | | |
| 0 | 46,480 (18.7) | 45,590 (98.1) | 890 (1.9) | 44,077 (94.8) | 2403 (5.2) |
| 1–2 | 141,812 (57.1) | 139,165 (98.1) | 2647 (1.9) | 133,211 (93.9) | 8601 (6.1) |
| ≥3 | 59,839 (24.1) | 58,586 (97.9) | 1253 (2.1) | 55,509 (92.8) | 4330 (7.2) |
| Missing | 207 (0.1) | 199 (96.1) | 8 (3.9) | 191 (92.3) | 16 (7.7) |
| Menopause status/PMH use[e] | | | | | |
| Premenopausal | 61,631 (24.8) | 60,754 (98.6) | 877 (1.4) | 59,892 (97.2) | 1739 (2.8) |
| Postmenopausal without PMH use | 83,861 (33.8) | 82,561 (98.5) | 1300 (1.6) | 79,588 (94.9) | 4273 (5.1) |
| Postmenopausal with PMH use | 88,001 (35.4) | 85,678 (97.4) | 2323 (2.6) | 79,485 (90.3) | 8516 (9.7) |
| Missing | 14,845 (6.0) | 14,547 (98.0) | 298 (2.0) | 14,023 (94.5) | 822 (5.5) |
| **Prostate cancer–specific variables[j]** | | | | | |
| Prostate-specific antigen screening | | | | | |
| No | 141,259 (67.0) | 138,677 (98.2) | 2582 (1.8) | 134,810 (95.4) | 6449 (4.6) |
| Yes | 58,721 (27.8) | 57,518 (98.0) | 1203 (2.1) | 54,432 (92.7) | 4289 (7.3) |
| Missing | 10,886 (5.2) | 10,625 (97.6) | 261 (2.4) | 10,015 (92.0) | 871 (8.0) |
| **Liver cancer specific variables** | | | | | |
| Any pre-existing liver disease | | | | | |
| No | 456,962 (99.5) | 448,167 (98.1) | 8795 (1.9) | 430,218 (94.2) | 26,744 (5.9) |
| Yes | 2242 (0.5) | 2193 (97.8) | 49 (2.2) | 2027 (90.4) | 215 (9.6) |
| **Kidney cancer–specific variables** | | | | | |
| Nonaspirin NSAID use | | | | | |
| No | 390,072 (84.9) | 383,143 (98.2) | 6929 (1.8) | 366,583 (94.0) | 23,489 (6.0) |
| Yes | 69,132 (15.1) | 67,217 (97.2) | 1915 (2.8) | 65,662 (95.0) | 3470 (5.0) |
| Hypertension | | | | | |
| No | 334,793 (72,9) | 329,212 (98.3) | 5581 (1.7) | 319,177 (95.3) | 15,616 (4.7) |
| Yes–unmedicated | 34,822 (7.6) | 34,054 (97.8) | 768 (2.2) | 32,591 (93.6) | 2231 (6.4) |
| Yes–medicated | 89,589 (19.5) | 87,094 (97.2) | 2495 (2.8) | 80,477 (89.8) | 9112 (10.2) |
| **Ovarian cancer–specific variables[e]** | | | | | |
| Oral contraceptive use | | | | | |
| No | 45,787 (18.4) | 44,822 (97.9) | 965 (2.1) | 42,268 (92.3) | 3519 (7.7) |
| Yes | 201,901 (81.3) | 198,092 (98.1) | 3809 (1.9) | 190,122 (94.2) | 11,779 (5.8) |
| Missing | 650 (0.3) | 626 (96.3) | 24 (3.7) | 598 (92.0) | 52 (8.0) |
| History of tubal ligation | | | | | |
| No | 228,634 (92.1) | 224,344 (98.1) | 4290 (1.9) | 215,059 (94.1) | 13,575 (5.9) |
| Yes | 19,704 (7.9) | 19,196 (97.4) | 508 (2.6) | 17,929 (91.0) | 1775 (9.0) |
| History of hysterectomy | | | | | |
| No | 203,591 (82.0) | 200,088 (98.3) | 3503 (1.7) | 192,971 (94.8) | 10,620 (5.2) |
| Yes | 44,747 (18.0) | 43,452 (97.1) | 1295 (2.9) | 40,017 (89.4) | 4730 (10.6) |
| Parity[k] | | | | | |
| 0 | 46,480 (18.7) | 45,590 (98.1) | 890 (1.9) | 44,077 (94.8) | 2403 (5.2) |
| 1–2 | 141,812 (57.1) | 139,165 (98.1) | 2647 (1.9) | 133,211 (93.9) | 8601 (6.1) |
| ≥3 | 59,839 (24.1) | 58,586 (97.9) | 1253 (2.1) | 55,509 (92.8) | 4330 (7.2) |
| Missing | 207 (0.1) | 199 (96.1) | 8 (3.9) | 191 (92.3) | 16 (7.7) |
| Menopause status/PMH use[e] | | | | | |
| Premenopausal | 61,631 (24.8) | 60,754 (98.6) | 877 (1.4) | 59,892 (97.2) | 1739 (2.8) |
| Postmenopausal without PMH use | 83,861 (33.8) | 82561 (98.5) | 1300 (1.6) | 79,588 (94.9) | 4273 (5.1) |

**Supplementary Table 1.** Continued

| | Total, n (%) (n = 459,204) | Regular ranitidine use[a] | | Regular omeprazole use[a] | |
|---|---|---|---|---|---|
| | | No (n = 450,360; 98.1%) | Yes (n = 8844; 1.9%) | No (n = 432,245; 94.1%) | Yes (n = 26,959; 5.9%) |
| Postmenopausal with PMH use | 88,001 (35.4) | 85,678 (97.4) | 2323 (2.6) | 79,485 (90.3) | 8516 (9.7) |
| Missing | 14,845 (6.0) | 14,547 (98.0) | 298 (2.0) | 14,023 (94.5) | 822 (5.5) |

BMI, body mass index; NSAID, nonsteroidal anti-inflammatory drug; PMH, postmenopausal hormone.
[a]Percentages in these columns reflect row percentages (for example, 2.7% of adults aged 70+ years report use of ranitidine, as compared to 1.6% of adults <50 years of age).
[b]Age range for <50: 38–49 years; age range for ≥70: 70–73 years.
[c]BMI range for <25: 12.1–24.9 kg/m²; BMI range for ≥35: 35–74.7 kg/m².
[d]Tertile 1: 0.05–12.5; tertile 2: >12.5 to 26.3; tertile 3: >26.3 to 301.0.
[e]Descriptive statistics calculated only in women.
[f]Fruit intake category ≥4: 4–65 servings/day.
[g]Vegetable intake category ≥4: 4–50 servings/day.
[h]Processed meat category ≥2: 2/week to ≥1/day.
[i]Red meat category ≥3: 3≥21 times/week.
[j]Age at menarche range <11: 5–10; ≥16: 16–25 years.
[k]Parity range >3: 3–22.
[l]Descriptive statistics calculated only in men.

**Supplemental Table 2.** Time-Stratified Analyses

| | First 5 years of follow-up[a] | | | Later follow-up[b] | | |
|---|---|---|---|---|---|---|
| | Cohort n (%) | Case n (%) | Multivariable adjusted[c] HR (95% CI) | Cohort n (%) | Case n (%) | Multivariable adjusted[c] HR (95% CI) |
| Overall cancer | | | | | | |
| Regular ranitidine use | | | | | | |
| No | 450,360 (98.1) | 18,179 (97.7) | Reference | 428,647 (98.1) | 7486 (98.1) | Reference |
| Yes | 8844 (1.9) | 422 (2.3) | 1.07 (0.97–1.18) | 8314 (1.9) | 143 (1.9) | 0.86 (0.73–1.01) |
| Ranitidine vs omeprazole | | | | | | |
| Regular omeprazole use | 26,139 (76.5) | 1374 (78.3) | Reference | 24,401 (73.4) | 533 (80.6) | Reference |
| Regular ranitidine use | 8024 (23.5) | 381 (21.7) | 0.99 (0.88–1.11) | 7553 (23.6) | 128 (19.4) | 0.86 (0.73–1.01) |

[a]Defined by the first 5 years of each participant's follow-up (such that all participants were censored at 5 years of follow-up).
[b]Includes follow-up beyond the first 5 years of each participant's follow-up, such that all participants with more than 5 years of follow-up are entered into the models at 5 years and followed for the remainder of their follow-up.
[c]Analyses of overall cancer were adjusted for age (time axis of analysis), sex, and race (white, non-White), household income (<£18,000; £18,000–30,999; £31,000–51,999; £52,000–100,000; >£100,000; do not know/prefer not to answer/missing), BMI (12.1–25 kg/m², 25 to <30 kg/m², 30 to <35 kg/m2, 35–74.7 kg/m²), history of smoking status (never, former, current), pack-years (0/nonsmokers, 0.05–12.5, >12.5 to 26.3, >26.3 to 301.0). alcohol intake (never, special occasions only, 1–3 times a month, 1–4 times a week, daily or almost daily), physical activity (none, any moderate, any vigorous, do not know/prefer not to answer/missing), and diabetes (no, yes).

# EXHIBIT 731

```
                                           Page 1

 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF FLORIDA
 3    MDL NO. 2924
      20-MD-2924
 4    --------------------------------------x
      IN RE:  ZANTAC (RANITIDINE)
 5    PRODUCTS LIABILITY
      LITIGATION
 6    THIS DOCUMENT RELATES TO:
      ALL CASES
 7    --------------------------------------x
      SUPERIOR COURT OF THE STATE OF CALIFORNIA
 8    COUNTY OF ALAMEDA
      CCP NO. 5150
 9    --------------------------------------x
      COORDINATION PROCEEDING SPECIAL TITLE
10    (Rule 3.550)
11    RANITIDINE PRODUCTS CASES
12    THIS DOCUMENT RELATES TO:
      ALL ACTIONS
13    --------------------------------------x
14
15            ***** CONFIDENTIAL *****
16             VIDEOTAPED DEPOSITION
17           VIA ZOOM VIDEOCONFERENCING
18                     OF
19            ANNE McTIERNAN, MD, Ph.D.
20            Monday, October 24, 2022
21
22
23    REPORTED BY:
24    LINDA J. GREENSTEIN
25    JOB NO. 5536450
```

Page 2

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2                    October 24, 2022

3                    8:59 A.M. PDT

4

5

6

7            Confidential Videotaped

8        Deposition held via Zoom

9        Videoconferencing of Anne McTiernan,

10       MD, Ph.D., taken by Defendants, before

11       Linda J. Greenstein, a Certified

12       Shorthand Reporter and Notary Public

13       of the State of New York.

14

15

16

17

18

19

20

21

22

23

24

25

```
                                            Page 3
 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    A P P E A R A N C E S:
      (All parties appearing via Zoom
 3    Videoconferencing)
 4
 5    ANAPOL WEISS, LLP
      Counsel for Plaintiffs
 6              One Logan Square
                130 North 18th Street
 7              Suite 1600
                Philadelphia, Pennsylvania 19103
 8
      BY:       JAMES R. RONCA, ESQ.
 9              jronca@anapolweiss.com
10              TRACY A. FINKEN MAGNOTTA, ESQ.
                tfinken@anapolweiss.com
11
12
      CHAFFIN LUHANA, LLP
13    Counsel for Plaintiffs
                600 Third Avenue - 12th Floor
14              New York, New York 10016
15    BY:       ROOPAL P. LUHANA, ESQ.
                luhana@chaffinluhana.com
16
17
      MARTIN, HARDING & MAZZOTTI, LLP
18    Counsel for Plaintiffs
                100 Park Avenue
19              New York, New York 10017
20    BY:       ROSEMARIE R. BOGDAN, ESQ.
                rosemarie.bogdan@1800law1010.com
21
22
23
24
25
```

```
                                              Page 4

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   A P P E A R A N C E S: (Continued)
 3
 4   HAUSFELD, LLP
     Counsel for Plaintiffs
 5            One Marina Park Drive
              Suite 1410
 6            Boston, Massachusetts 02210
 7   BY:      STEVEN ROTMAN, ESQ.
              srotman@hausfeld.com
 8
              COLLEEN RYF, ESQ.
 9            ryf@hausfeld.com
10
11   KING & SPALDING, LLP
     Counsel for Defendants
12   Boehringer Ingelheim Pharmaceuticals,
     Inc., Boehringer Ingelheim Corporation,
13   Boehringer Ingelheim USA Corporation,
     Boehringer Ingelheim International GmbH,
14   Boehringer Ingelheim Promeco, S.A. de C.V.
              1185 Avenue of the Americas
15            34th Floor
              New York, New York 10036-2601
16
     BY:      EVA CANAAN, ESQ.
17            ecanaan@kslaw.com
18            LUKE BOSSO, ESQ.
              lbosso@kslaw.com
19
20
     SHOOK, HARDY & BACON, LLP
21   Counsel for Defendant GlaxoSmithKline
              1325 Avenue of the Americas
22            28th Floor
              New York, New York 10019
23
     BY:      THOMAS J. SHEEHAN, ESQ.
24            tjsheehan@shb.com
25
```

```
 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   A P P E A R A N C E S: (Continued)
 3

 4   WILLIAMS & CONNOLLY, LLP
     Counsel for Defendant Pfizer, Inc.
 5              680 Maine Avenue S.W.
                Washington, D.C. 20024
 6
     BY:        M. ELAINE HORN, ESQ.
 7              ehorn@wc.com
 8
 9   DLA PIPER LLP (US)
     Counsel for Defendants Chattem, Inc.,
10   Sanofi-Aventis U.S. LLC, Sanofi US
     Services, Inc. and Sanofi S.A.
11
     BY:        BRADLEY JENNINGS, ESQ.
12              bradley.jennings@dlapiper.com
13
14   NATHAN A. SCHACHTMAN, ESQ., PC
     Counsel for Defendant Dr. Reddy's
15   Laboratories
                325 East 79th Street
16              Suite 16D
                New York, NY 10075
17
     BY:        NATHAN SCHACHTMAN, ESQ.
18              nathan@schachtmanlaw.com
19
20   Also Present:
21   King & Spalding, LLP
     Nicole Costello, Scientific Specialist
22
     Marc Friedman, Veritext Videographer
23   David Johnson, Veritext Concierge
24
25
```

Page 6

1          CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2                    THE VIDEOGRAPHER:  Good morning.

3                    We are going on the record at

4          8:59 a.m. Pacific Daylight Time on

5          Monday, October 24, 2022.                11:59:16

6                    This deposition is being

7          conducted virtually.  Quality of the

8          recording depends on the quality of

9          the camera and Internet connection of

10         all participants.                        11:59:25

11                   What is heard from the witness

12         and seen on the screen is what will be

13         recorded.  Audio and video recording

14         will continue to take place unless all

15         parties agree to go off the record.      11:59:35

16                   This is Media Unit Number 1 of

17         the video-recorded deposition of

18         Dr. Anne McTiernan in the Matter of

19         Zantac Products Liability Litigation.

20                   This case is filed in the United  11:59:47

21         States District Court, Southern

22         District of Florida, MDL Number

23         2924-20-MD-2924.

24                   My name is Marc Friedman.  I'm

25         your certified legal video specialist.   12:00:01

```
                                              Page 7
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2              Your court reporter today is
 3         Linda Greenstein and we are both from
 4         the firm of Veritext Legal Solutions.
 5              I'm not related to any parties    12:00:08
 6         in this action or financially
 7         interested in the outcome.
 8              If there are any objections to
 9         these proceedings, please state them
10         now.                                  12:00:16
11              Hearing no objections, counsel
12         will be noted on the stenographic
13         record and at this time our court
14         reporter will swear in our witness and
15         we can proceed.                       12:00:27
16              ANNE McTIERNAN, MD, Ph.D.,
17      having been first duly sworn/affirmed, was
18      examined and testified as follows:
19      EXAMINATION BY
20      MS. CANAAN:                              12:00:49
21         Q.   Good morning, Dr. McTiernan.
22              How are you doing today?
23         A.   Fine, thanks.  How are you?
24         Q.   Good, good.  Thank you.
25              So, Dr. McTiernan, obviously     12:00:57
```

Page 8

1        CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    this deposition is being taken remotely.

3               Where are you today?

4        A.    I'm in Seattle, Washington in my

5    home, in my office.                    12:01:04

6        Q.    And is there anyone with you or

7    are you alone?

8        A.    Nobody else is in the room here.

9        Q.    And do you have any email or

10   instant messaging applications open on your  12:01:12

11   computer or your iPhone?

12       A.    I have email open in order to

13   get onto this so I can close it now.

14   Should I?

15       Q.    Yes, please.  I'd appreciate      12:01:21

16   that.  And, Dr. McTiernan, you know, you've

17   been through this, so all the prior rules

18   about how depositions go apply.

19               If I refer to the five cancers,

20   I'll be talking about bladder, esophageal,  12:01:34

21   gastric, liver and pancreatic cancers;

22   okay?

23       A.    Yes.

24       Q.    And, Doctor, do you have any

25   hard copy documents in front of you, like   12:01:44

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    your expert report, for example, or the

3    Wang study?

4        A.    I do.  I have Wang, I have the

5    other ranitidine epidemiology studies, I    12:01:51

6    have my original report, I have the Wang

7    addendum report, and let me see...

8            Various -- various tables that

9    came from these reports.

10       Q.    Terrific.                            12:02:10

11           Dr. McTiernan, so as you just

12   mentioned, you served a supplemental expert

13   report relating to the Wang study on

14   October 3, 2022; correct?

15       A.    Yes.                                 12:02:25

16           MS. CANAAN:  And we'll mark that

17       October 3rd report as Exhibit 110.

18               (Exhibit 110 marked for

19       identification, multi-page document,

20       Supplement to Expert Report of Dr.

21       Anne McTiernan.)

22   BY MS. CANAAN:

23       Q.    So, Dr. McTiernan, this

24   supplemental report was related to the

25   recently published Wang 2022 study; right?   12:02:40

Page 10

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2         A.    Yes.
 3         Q.    And when did you become aware of
 4    the Wang paper?
 5         A.    I'm not sure when I became aware  12:02:51
 6    of the -- I'm sorry.  I wasn't sure when I
 7    became aware of the abstract.  That was my
 8    first knowledge that this study was being
 9    done.  And that abstract was presented at
10    DDW, it's a gastroenterology meeting in       12:03:16
11    May 21, 2022.
12              THE WITNESS:  There's an echo
13         here.  For some reason somebody must
14         have something open and I'm echoing.
15         I guess it stopped.                       12:03:37
16         A.    So May 2022 is when that meeting
17    occurred.  So sometime after that, I became
18    aware of that abstract.
19              And the way I became aware was
20    because every once in a while I do Google    12:03:47
21    searches and I search on "ranitidine,"
22    "cancer," "abstract."
23              And so that's how I find out
24    when something is happening in a meeting,
25    because otherwise those don't show up --      12:03:59
```

```
 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   usually don't show up on the PubMed, which
 3   is the medical publication website that I
 4   search, so --
 5        Q.    I got you.                          12:04:09
 6              When did you get --
 7              MR. RONCA:  I'm sorry, don't
 8         interrupt, please.
 9        A.    I haven't finished.
10              MR. RONCA:  Don't interrupt.        12:04:16
11              Go ahead.
12        A.    Yeah, so I had that abstract and
13   I did share that with the lawyers, and then
14   there was a question of whether I could --
15   we didn't know -- I didn't know if or when   12:04:28
16   a paper would be coming.
17              But often these abstracts that
18   are presented at meetings then are then --
19   are developed into a full paper and
20   published.  And so I shared this with the    12:04:42
21   lawyers.  So the question was could I ask
22   the investigators, the authors of that
23   abstract, about a potential paper.
24              And so I emailed the main author
25   to ask him if there would be a publication.  12:05:00
```

Page 12

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2      And he -- I believe we shared all those

3      emails with defense, and so from whatever

4      it's called -- I don't have a copy of it

5      here, my email is closed now -- but he gave    12:05:17

6      information that, yes, it was under review

7      and that they -- they would then be

8      adjusting it in relation to -- in response

9      to the review at the publication.  He

10     didn't tell me the name of the publication,    12:05:36

11     of the journal.

12               And then -- and that was it.

13               You can see what's in the email,

14     whatever that exchange was.

15          Q.    Dr. McTiernan --                     12:05:47

16          A.    And --

17          Q.    Dr. McTiernan, please --

18          A.    And then I was going to finish

19     on that.

20          Q.    Excuse me, excuse me,               12:05:53

21     Dr. McTiernan, you've answered my question.

22          A.    Oh.

23          Q.    You've now answered my question

24     so you don't need to go on.

25          A.    Okay.                               12:06:00

```
                                         Page 13

 1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2        Q.    Now, I have limited time with
 3    you today, Dr. McTiernan, so I'm going to
 4    ask you very specific and targeted
 5    questions.  Okay?                          12:06:07
 6        A.    Okay.
 7        Q.    And I'd appreciate it if you try
 8    to answer just the question that I ask,
 9    okay?  Okay?
10        A.    To the best of my knowledge,    12:06:16
11    I'll be answering the questions that you
12    ask, yes.
13        Q.    Okay.  Now, the Court has
14    allotted the plaintiffs' counsel one
15    and-a-half hours, during which you'll have  12:06:28
16    an opportunity to elaborate on any other
17    issues that you would like to elaborate on.
18             Okay?
19        A.    Yes.
20        Q.    Now, Dr. McTiernan, how much    12:06:37
21    time did you spend preparing your
22    supplemental report?
23        A.    I believe that we have an
24    invoice, and, again, I don't have it open
25    because my email is closed.                12:06:51
```

```
                                              Page 14
 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2              There was an invoice that we

 3    shared with defense that describes on

 4    there, the words "Prepare Report," and

 5    those number of hours I believe is about    12:07:03

 6    12 hours there that -- that specified

 7    "Prepare Report," but since I don't have it

 8    in front of me I can't remember exactly.

 9        Q.    Okay.  Understood.

10              And how much time did you spend    12:07:15

11    preparing for this deposition?

12        A.    So it would be about 60 hours so

13    far.

14        Q.    So you spent 60 hours preparing

15    for this deposition?                         12:07:23

16        A.    Yes.

17        Q.    Okay.  And did you meet with

18    plaintiffs' counsel to prepare for today's

19    deposition?

20        A.    We met by Zoom, yes.              12:07:30

21        Q.    Okay.  Who did you meet with?

22        A.    Mr. Ronca, Mr. Rotman, several

23    others, Ms. Bogdan, Ms. Ryf, people that

24    are on the call today, and I think that was

25    it, in general.                             12:07:58
```

Page 15

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2              Most of the meetings were with

3    Mr. Ronca or Mr. Rotman or both.

4         Q.    Now, does your supplemental

5    report contain all your opinions on the      12:08:06

6    Wang study that you will be proffering in

7    this litigation?

8         A.    It contains my opinions, yes.

9              There may be some details that

10   come up with questioning in reference to     12:08:19

11   the paper.  But the things that are

12   referenced, the papers referenced, and

13   there may be additional details that --

14   that I'll use to answer a question.

15        Q.    Okay.  And did you draft this      12:08:34

16   report?

17        A.    I wrote the report, yes.

18        Q.    Okay.  Is there anything in this

19   report that as you sit here today you know

20   to be inaccurate?                             12:08:44

21        A.    I don't believe so, no.

22        Q.    So there's nothing in this

23   report that as you sit here today you would

24   like to correct?

25        A.    Oh, there -- sorry, there is one   12:08:53

Page 16

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    thing.

3          Q.    Okay.

4          A.    On page -- because it's missing

5    one of the cancers in a list.                    12:09:08

6          Q.    What page, Doctor, why don't you

7    tell us.

8          A.    I'm looking.  Yes, page 5, the

9    second paragraph at the top.

10               So instead of the word "than" it  12:09:34

11   should say "for," but it's missing the word

12   "stomach."  It should be "liver, lung,

13   stomach and pancreas cancer."

14         Q.    I got you.  Okay.  Thank you,

15   Doctor.  Doctor, when did you last read     12:09:53

16   your supplemental report on the Wang study?

17         A.    I believe last night.

18         Q.    And when did you last read the

19   Wang study?

20         A.    Also yesterday, last night.      12:10:01

21         Q.    Are you prepared to answer

22   questions about the Wang study?

23         A.    Yes.

24         Q.    Did you read the supplemental

25   expert reports of other plaintiffs' experts  12:10:15

Page 17

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2   about the Wang study?

3        A.    I don't believe I did.  I can't

4   recall.  I think I may have seen pieces of

5   Dr. Moorman's after it had been submitted,    12:10:30

6   but I don't believe that I read the entire

7   report.

8        Q.    Did you read any deposition

9   transcripts of the plaintiffs' experts

10  regarding the Wang study?                      12:10:44

11       A.    Again, it would be pieces.

12             I did not receive the full

13  transcript and I did not read the full

14  transcript.

15       Q.    So your testimony is that           12:10:52

16  plaintiffs' counsel only sent you pieces of

17  the deposition transcripts?

18       A.    That's correct.  And I don't

19  know if that was the final transcript or if

20  it was something that was recorded in          12:11:04

21  real-time.

22       Q.    And, Dr. McTiernan, did you read

23  the supplemental expert report of defense

24  epidemiology expert, Dr. Witte?

25       A.    I read parts of it briefly, yes.  12:11:18

Page 18

1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2         Q.     When did you read it?

3         A.     I think that was a week ago, at

4     least.  It was probably shortly after it

5     had been shared with plaintiffs, but I          12:11:29

6     don't remember the date.

7         Q.     Okay.

8              MS. CANAAN:  Let's mark the

9         invoices that you have submitted as

10        Exhibit 131 and let's bring them up on  12:11:41

11        the screen, please.

12                  (Exhibit 131 marked for

13        identification, invoices.)

14             THE VIDEOGRAPHER:  Counsel, this

15        is Marc, the videographer.               12:11:50

16             Did you want me to record the

17        split screen showing the exhibit or

18        just the witness?

19             The way it's set now is

20        70 percent is recording the exhibit    12:12:02

21        and about a 2- to 3-inch box on the

22        right side of just the witness.

23             MS. CANAAN:  That's fine.

24        That's fine.

25             THE VIDEOGRAPHER:  Thank you       12:12:12

Page 19

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2        very much.  Sorry for the

3        interruption.

4            MS. CANAAN:  No problem.

5    BY MS. CANAAN:                          12:12:15

6        Q.    So, Doctor, do you see on the

7    screen here and what we've marked as

8    Exhibit 131 are the invoices for work in

9    this litigation that you performed from

10   June 5, 2022 through October 4, 2022;     12:12:27

11   correct?

12       A.    Yes.

13       Q.    And you billed 139 hours in

14   total during this period; correct?

15       A.    Yes.                           12:12:41

16       Q.    Now, the only new study

17   published during this time frame was the

18   Wang study; is that correct?

19       A.    To my knowledge, yes.

20       Q.    So can you explain to me what  12:12:50

21   documents did you review in addition to the

22   Wang study in this 139 hours?

23            MR. RONCA:  Objection.

24   BY MS. CANAAN:

25       Q.    If you recall.                 12:13:03

```
                                                    Page 20
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2              MR. RONCA:  Object to form.

 3              Any discussions or information

 4          about discussions with counsel are

 5          privileged.                        12:13:12

 6    BY MS. CANAAN:

 7          Q.    Go ahead, Doctor.

 8          A.    Okay.  So those early ones,

 9    parts of this invoice that are talking

10    about "reviewed documents" would be        12:13:25

11    reviewing and rereading studies that were

12    already in my original report and providing

13    interpretation along to the lawyers and

14    reviewing documents that they shared, and

15    so it's a consultation type of work.       12:13:49

16          Q.    Okay.  And I assume you

17    continued working on your -- you continued

18    working on this litigation after

19    October 4th; correct?  After October 4,

20    2022; correct?                             12:14:04

21          A.    Yes.

22          Q.    Okay.  And approximately how

23    many hours have you worked on this

24    litigation since October 4, 2022?

25          A.    Those are the 60 hours that I   12:14:12
```

```
                                        Page 21
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   mentioned earlier.
 3         Q.    I see.  Perfect.
 4             MS. CANAAN:  Okay.  Let's bring
 5         up Exhibit 132, please.            12:14:21
 6                   (Exhibit 132 marked for
 7         identification, three-page document,
 8         email exchange.)
 9   BY MS. CANAAN:
10         Q.    This is your email           12:14:27
11   communications with the Wang study authors;
12   is that correct?
13         A.    Yes.
14         Q.    Okay.  And this is what you
15   testified about earlier today; correct?    12:14:41
16         A.    Yes.
17         Q.    Doctor, did you review any
18   version of the Wang study before it was
19   published?  And, I mean, I should be clear.
20   I'm not referring to the abstract.        12:14:55
21             Did you review any draft
22   manuscript or other version, other than the
23   unpublished abstract of the Wang study
24   before it was published?
25         A.    No.                           12:15:08
```

```
                                        Page 22

  1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

  2         Q.    Doctor, did you perform any

  3   calculations or analyses related to the

  4   Wang study that are not in your

  5   supplemental expert report?              12:15:19

  6         A.    I think that in preparation for

  7   this deposition, the Wang study, since it

  8   had several sets of numbers, I did some

  9   adding with the calculator, but I did not

 10   write that down.                         12:15:41

 11              So, yes, there were

 12   calculations, but not -- not something that

 13   I documented.

 14         Q.    Okay.  And what were you

 15   calculating?                            12:15:55

 16         A.    Oh, well, for example, one of

 17   the figures in the Wang study, Figure 4,

 18   there are -- the years of follow-up are

 19   indicated at the bottom of that figure, and

 20   this is a dose-response analysis.         12:16:11

 21              So when I saw the numbers of

 22   people or numbers of individuals that were

 23   represented here, there are numbers that

 24   are for never use and then there are

 25   numbers for four categories of defined     12:16:27
```

```
                                        Page 23

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2    daily dose.

 3              And so I added those top four

 4    numbers to see if they added to the same

 5    number as the never users, which is 55,110.  12:16:38

 6              And what else did I write, what

 7    else did I do...

 8         Q.    Maybe I can short-circuit this:

 9              Did you perform any calculations

10    with respect to the Wang study on which you  12:16:56

11    are relying for, for your opinions?

12         A.    I don't believe so.

13         Q.    All right, Doctor, let's go to

14    the Wang study.

15              MS. CANAAN:  Let's bring it up.   12:17:09

16         We've marked it as Exhibit 111.  And

17         let's go, please, to page 2, the

18         second paragraph.

19                   (Exhibit 111 marked for

20         identification, multi-page document,

21         study by Wang, et al.)

22    BY MS. CANAAN:

23         Q.    Do you see the highlighted

24    sentence on the screen, Doctor?

25         A.    Yes, I do.                       12:17:26
```

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2        Q.    So here, the Wang authors write:

3            "The conflicting results of

4    studies underlie the lack of concrete

5    evidence supporting the role of ranitidine   12:17:36

6    in cancer development."

7            Do you see that?

8        A.    Yes.

9        Q.    Do you have a basis to disagree

10   with the Wang authors?                        12:17:46

11       A.    I -- I do.  The Wang authors did

12   not represent a systematic review of all

13   the studies that had been done.

14            And from my experience, as an

15   author of many papers, it's typical to       12:18:01

16   write some rationale in the first

17   paragraph, in the introduction of why to do

18   this study.

19            So these authors presented only,

20   I believe, four studies, perhaps, looking    12:18:17

21   at -- that had reported on ranitidine and

22   risk of cancer, so it's not a full

23   systematic review.

24            I take this as the justification

25   for them for why this isn't a study that's   12:18:30

```
                                           Page 25

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2    useful to publish.

 3          Q.    And the journal that the Wang

 4    study was published in, International

 5    Journal of Environmental Research and

 6    Public Health, have you ever published in

 7    this journal?

 8          A.    No, I've not.

 9          Q.    And are you aware that one must

10    pay a fee in order to get published in this  12:18:52

11    journal?

12          A.    I believe so.  That's common for

13    the MGPI set of journals.  I've published

14    in one of the others of those, I believe.

15    Not too many, but many journals do charge   12:19:06

16    for publishing now.

17          Q.    Doctor, let's go to page 3 of

18    your report.  So on page 3 of your report,

19    let's go to the first paragraph.  There we

20    go.  You write:                             12:19:36

21             "All relative risks were above

22    1.0, and all but bladder and esophagus had

23    confidence intervals that did not include

24    1.0 (The inclusion of 1.0 is likely to be

25    related to low numbers of cases, especially  12:19:52
```

Page 26

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    for esophageal cancer)."

3            Did I read that correctly?

4      A.    Yes.

5      Q.    Now, you previously testified,    12:19:56

6    Doctor, that you did not do power

7    calculations for any ranitidine studies; is

8    that correct?

9      A.    That's correct.

10     Q.    And I assume you also did not do  12:20:06

11   any power calculations for the Wang study;

12   correct?

13     A.    That's correct.

14     Q.    Now, I want to go to Figure 2.

15   That's on page 7 of the Wang paper.       12:20:21

16           And if you have a hard copy,

17   Doctor, and if it's easier for you, you can

18   follow along.

19     A.    I prefer to do both.

20     Q.    Exactly.  I'm the same way.  I   12:20:44

21   prefer to look at both.

22           So here in Figure 2 we have the

23   ranitidine versus non-user analysis from

24   the Wang study; correct?

25     A.    Yes.                              12:20:58

```
                                         Page 27
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2         Q.    Okay.  And if we focus on
 3    pancreatic cancer, okay, pancreatic cancer
 4    we had 121 ranitidine-exposed cases and 93
 5    controls; correct?                       12:21:21
 6              Do you see that, Doctor?
 7         A.    Yes.
 8         Q.    And the risk estimate for
 9    pancreatic cancer was statistically
10    significant; correct?                    12:21:31
11         A.    Yes, the confidence interval did
12    not include 1 and the p-value is .03.
13         Q.    Now, bladder cancer had 181
14    ranitidine-exposed cases and 177 controls,
15    do you see that, for bladder cancer?     12:21:51
16         A.    Yes.
17         Q.    And the risk estimate for
18    bladder cancer was not statistically
19    significant; correct?
20         A.    That's correct.  And one thing  12:21:59
21    to remember for bladder cancer is that they
22    didn't -- they only included invasive
23    bladder cancers, so they excluded about
24    half of the likely cases.
25         Q.    Doctor, that was not my         12:22:16
```

Page 28

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
2    question.  Please listen to my question.
3                My only question was the risk
4    estimate for bladder cancer was not
5    statistically significant; correct?        12:22:24
6         A.    That's correct.
7         Q.    Okay.  And certainly the bladder
8    cancer analysis had more cases; correct?
9         A.    Yes.
10        Q.    It had more cases than the        12:22:34
11   pancreatic cancer analysis; correct?
12        A.    Correct.
13        Q.    So the bladder cancer analysis
14   was better powered than the pancreatic
15   cancer analysis; correct?                   12:22:43
16        A.    Perhaps.  The power depends on
17   additional things beyond just sample size.
18                But, clearly, the number of
19   cases in both of those, the treated -- the
20   ranitidine treated and untreated groups was 12:23:02
21   higher for bladder than for pancreas.
22        Q.    Okay.  Now, one way to increase
23   statistical power, Doctor, is to do a
24   meta-analysis; correct?
25        A.    It can increase power.          12:23:22

Page 29

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2              That doesn't -- it doesn't make

3    up for the deficits in individual studies,

4    but it certainly can increase power.

5         Q.    And you have not attempted to      12:23:33

6    perform a meta-analysis of ranitidine

7    studies in this litigation; correct?

8         A.    I have not.  I did not believe

9    that the data were available from these

10   studies, that they were similar enough to     12:23:44

11   perform a meta-analysis.

12        Q.    And when you say the data were

13   not available for these studies that were

14   similar enough to perform a meta-analysis,

15   what do you mean?  What was dissimilar        12:23:57

16   about these studies?

17        A.    There are very different ways of

18   collecting the data, the different ways of

19   presenting it, and the data were not always

20   available in the individual papers that       12:24:12

21   might be needed.

22              And, in addition, I did what is

23   always done in a meta-analysis, which is to

24   do a systematic review first.  And my

25   methods were to do a systematic review and    12:24:33

```
                                        Page 30
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    evaluate where the data are coming from.
 3             So not just looking at the final
 4    measures, like we see in this table.  This
 5    represents sources of data, methods, and     12:24:44
 6    how these data were collected, how they
 7    were evaluated, were they validated
 8    variables.  And so these differed quite a
 9    bit among the ranitidine epidemiology
10    studies.                                      12:25:02
11        Q.    Understood.  Now, Doctor, when a
12    confidence interval does not include 1.0, I
13    understand that this increases the
14    likelihood that the observed relative risk
15    is reflective of the real relative risk; is  12:25:18
16    that correct?
17        A.    My take from the years of
18    epidemiology that I have done and the
19    studies I've evaluated is that the relative
20    risk that we see in studies represents what  12:25:33
21    is likely with that study.
22             The confidence interval tells us
23    where a relative risk might fall if we knew
24    the reality, if we knew the universe, if we
25    had enough that we could say what would      12:25:53
```

```
                                              Page 31

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2      happen in the -- in reality.  If we had

 3      information on everybody in the world, for

 4      example.  And so it's an estimate.  It's an

 5      estimate of where a relative risk might      12:26:07

 6      lie.

 7           Q.   Dr. McTiernan, you didn't answer

 8      my question, but why don't we just go

 9      straight to your original report, Exhibit 1

10      at page 201.                                 12:26:22

11                     (Exhibit 1 marked for

12           identification, mult-page document,

13           Rule 26 Expert Report of Dr.

14           McTiernan.)

15      BY MS. CANAAN:                               12:26:26

16           Q.   Okay, Doctor, do you see the

17      highlighted sentence on the screen?  Let me

18      read it for you.  Here you write in your

19      original Zantac report:

20                 "The study by Cardwell, et al.,   12:26:42

21      with 3,260 cases, had a narrow confidence

22      interval that did not include 1, and

23      therefore increases the likelihood that the

24      observed relative risk was reflective of

25      the real relative risk."                     12:26:58
```

```
                                        Page 32
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2              Did I read that correctly?
 3      A.    Yes, and the operative word
 4   there --
 5      Q.    Doctor, I just asked you did I    12:27:06
 6   read that correctly.  I'm going to ask you
 7   a follow-up question.
 8              Sometimes I'm just going to ask
 9   you "did I read that correctly," and that's
10   all I want to know.  And then there will be  12:27:13
11   a follow-up, okay?
12              So did I read that correctly?
13      A.    Yes.
14      Q.    Okay.  Now, my next question is
15   this:  By the same token, Doctor, when a    12:27:21
16   confidence interval includes 1.0, that
17   decreases the likelihood that the observed
18   relative risk is reflective of the real
19   relative risk; yes or no?
20              MR. RONCA:  I'm going to object  12:27:40
21         to form.  The witness can answer and
22         does not need to simply respond to
23         your instruction of yes or no.
24   BY MS. CANAAN:
25      Q.    Go ahead, Doctor.                  12:27:51
```

Page 33

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

1

2       A.      If the confidence interval

3    includes 1, then that tells us, first of

4    all, why is that, where did that data come

5    from.  And in most cases, when a confidence  12:28:01

6    interval does not include 1, it's because

7    it's a small number of cases.

8               And that can then make the rates

9    more unstable if there are small numbers of

10   cases and widen the confidence interval     12:28:19

11   sometimes to include 1.

12              So I think my statement that I

13   mentioned earlier is very relevant here,

14   that if a -- the confidence interval

15   suggests where a relative risk might lie if  12:28:37

16   we knew the totality of evidence, if we

17   knew the real relative risk and not -- if

18   these studies were repeated over and over

19   again with new populations and new

20   subsamples of the entire population.         12:28:55

21              So a relative risk that includes

22   1 does say that the relative risk could

23   fall within a wide range.  But, again, the

24   reason could be smaller sample size.

25              The fact that a small sample      12:29:12

                                        Page 34

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    size shows a narrow confidence interval

3    that doesn't include 1 doesn't mean that

4    the opposite is not true.

5              So it's still a sample size       12:29:21

6    issue largely for these relative risks

7    where the confidence intervals include 1.

8         Q.    Now, Doctor, first of all, you

9    again didn't answer my question, but we'll

10   move on in the interest of time.           12:29:36

11             Another reason why a study may

12   not show a statistically significant

13   increased risk, apart from a potential

14   small sample size, is that there's no true

15   increased risk; correct?                   12:29:50

16        A.    That's correct.

17        Q.    Now, let's go to Exhibit 110,

18   which is your supplemental report.

19                  (Previously marked

20        Exhibit 110 shown to witness.)        12:30:10

21   BY MS. CANAAN:

22        Q.    Do you see the highlighted

23   sentence in front of you, Doctor?  I'll

24   read it for you.

25             So here you write:               12:30:18

Page 35

1        CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2                  "Several potential confounding

3        variables were not available (e.g., smoking

4        and alcohol use).

5                  "This lack of confounding          12:30:27

6        variables can bias the relative risk in

7        either direction."

8                  Did I read that correctly?

9            A.    Yes.

10           Q.    And here, of course, you're        12:30:35

11       talking about the Wang study; correct?

12           A.    Yes.

13           Q.    Now, smoking is, of course, a

14       risk factor for all five cancers; correct?

15           A.    It can be.  It depends on the      12:30:46

16       data set to determine whether -- and of the

17       population.

18                 But I believe that smoking could

19       increase -- be associated with increased

20       risk for any of these cancers, depending on  12:31:09

21       the subtype of cancer as well.

22           Q.    Okay.  Now, let's go to your

23       rebuttal report that we previously marked

24       as Exhibit 2.

25                     (Exhibit 2 marked for

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2          identification, mult-page document,
 3          Rebuttal Expert Report of Dr.
 4          McTiernan.)
 5   BY MS. CANAAN:                              12:31:32
 6      Q.    And if we could go to page 30,
 7   please.  Okay.  So, Doctor, this is your
 8   rebuttal report that you have submitted
 9   earlier in this litigation.
10          And here, in the highlighted     12:31:49
11   portion, you state:
12              "By and large, the
13   active-comparator studies relied upon by
14   Dr. Witte and the other experts hired by
15   the defense have serious flaws which render  12:32:01
16   their results unreliable."
17              Do you see that sentence?
18      A.    Yes.
19      Q.    Yes.  And then you give some
20   examples.  You give some examples about the  12:32:12
21   Kim study, the Wang study, the Mohy-ud-Din
22   study, and then you say:
23              "The Nørgaard study did not have
24   information on smoking, which is a risk
25   factor for bladder cancer and can influence  12:32:24
```

```
                                    Page 37
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   use of acid-reducing drugs, and therefore
 3   could have been a confounder or effect
 4   modifier."
 5              Did I read that correctly?     12:32:35
 6              MR. RONCA:  Object to form.
 7              You read it as if Kim and Wang
 8        were two different studies.
 9              MS. CANAAN:  That's true.  I
10        apologize.  That's my mistake.       12:32:43
11   BY MS. CANAAN:
12      Q.    I meant to say, you gave an
13   example about the Kim study and the
14   Mohy-ud-Din study.
15      A.    Yes, otherwise you've read it    12:32:53
16   correctly.
17      Q.    So with respect to the Nørgaard
18   study, lack of smoking information was a
19   serious flaw that render the results
20   unreliable for you; correct?             12:33:06
21      A.    I do not believe I used the word
22   "unreliable" for any study.  I've included
23   Nørgaard in my -- in my causal opinion.
24              And Dr. Nørgaard mentioned, or
25   the authors mentioned, that lack of smoking 12:33:24
```

```
                                          Page 38

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2    data was a weakness.

 3              So when I've looked at studies,

 4    I looked at where the data came from, I

 5    evaluated the methodology, I evaluated what  12:33:36

 6    variables they considered for confounding,

 7    I looked at how they adjusted for this, and

 8    then I considered the results in that

 9    setting.

10              I identified the strengths and    12:33:57

11    weaknesses of every study, including the

12    Nørgaard study.

13              So Nørgaard focused on bladder

14    and kidney cancer, and a number of studies

15    in this litigation on ranitidine and        12:34:11

16    epidemiology and risk of bladder cancer did

17    adjust for smoking and they found various

18    similar effects.

19              So smoking is a risk factor.  It

20    can be a confounder in individual studies.   12:34:26

21    And there are some studies that adjusted

22    for it and still showed relative risks that

23    were elevated and statistically

24    significant.

25         Q.    Okay, Doctor --                   12:34:37
```

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2              MR. RONCA:  Don't interrupt.
 3         Don't interrupt.
 4              MS. CANAAN:  The witness is not
 5         being responsive so I'm going to move   12:34:42
 6         to strike.
 7              MR. RONCA:  But you are not
 8         permitted to make that determination.
 9              I think the witness is being
10         responsive.                             12:34:52
11              MS. CANAAN:  Well, we can
12         disagree on that.
13              MR. RONCA:  Just let the witness
14         answer the question, okay?
15    BY MS. CANAAN:                               12:34:56
16         Q.    Dr. McTiernan --
17              MR. RONCA:  You should have
18         highlighted the whole paragraph
19         instead of just the part you wanted.
20              But let the witness answer the    12:35:03
21         way the witness sees best and don't
22         interrupt and then you can ask another
23         question.
24              MS. CANAAN:  The question has
25         been answered.                          12:35:10
```

```
                                        Page 40

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2    BY MS. CANAAN:

 3         Q.    Doctor, do you see -- one more

 4    time, do you see the sentence --

 5              MR. RONCA:  Dr. McTiernan, would  12:35:17

 6         you finish your answer.

 7    BY MS. CANAAN:

 8         Q.    Dr. McTiernan, do you see the

 9    sentence that starts with:

10              "By and large, the              12:35:22

11    active-comparator studies relied upon by

12    Dr. Witte and the other experts hired by

13    the defense have serious flaws which render

14    their results unreliable."

15              Do you see that sentence?        12:35:33

16         A.    Agreed, I've not finished my

17    statement, what I was talking about before.

18         Q.    My only question, Dr. McTiernan,

19    is do you see that sentence.

20         A.    I'm just saying that I didn't    12:35:52

21    finish my answer to the last question.

22         Q.    And the last question is

23    withdrawn.

24         A.    It is?

25         Q.    Yes, it's withdrawn.  There's    12:36:01
```

```
                                        Page 41

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2    nothing else for you to say.

 3            So now listen to my question,

 4    Dr. McTiernan.

 5        A.    Okay.                           12:36:07

 6        Q.    Do you see the sentence:

 7              "By and large, the

 8    active-comparator studies relied upon by

 9    Dr. Witte and the other experts hired by

10    the defense have serious flaws which render  12:36:16

11    their results unreliable."

12            Do you see that sentence?

13        A.    I see that sentence.

14        Q.    Okay.  Now do you see the

15    sentence, one sentence after that sentence,  12:36:23

16    where you state:

17              "The Nørgaard study did not have

18    information on smoking, which is a risk

19    factor for bladder cancer and can influence

20    use of acid-reducing drugs, and therefore   12:36:35

21    could have been a confounder or effect

22    modifier."

23            Do you see that sentence?

24        A.    I do see that sentence, yes.

25        Q.    Okay.  Now, in your report       12:36:49
```

```
                                        Page 42

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2    regarding the Wang study, do you ever state

 3    that the lack of smoking information was a

 4    serious flaw that render the results of the

 5    Wang study unreliable?  Go ahead, Doctor.   12:37:02

 6         A.    So similar to what Nørgaard said

 7    in that paper about the use of additional

 8    variables related to smoking in their

 9    adjustment, that that was the way that

10    Nørgaard handled that issue.  Wang did the   12:38:03

11    same type of issue.

12              I did not see any place where I

13    said that a study -- that the Wang study

14    was unreliable, nor in my original report

15    did I label studies as "unreliable."         12:38:18

16              I went through, did a systematic

17    review, gave the strengths and weaknesses

18    of every study that met criteria.

19              So this rebuttal report was in

20    response to looking through an expert        12:38:38

21    witness report, and it's true that there

22    were some results of some studies that

23    could have been -- had serious errors or

24    serious flaws.

25              But I stand by what I put into     12:38:55
```

Page 43

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    my report, my original report, and now

3    adding Wang to it, of which studies

4    provided information that I could use for

5    my opinion.                              12:39:07

6         Q.    Okay.  Doctor, alcohol is a risk

7    factor for esophageal, stomach, liver and

8    pancreatic cancers; correct?

9         A.    It can be for some types of

10   those cancers and in some populations, yes.  12:39:21

11        Q.    And the Wang study also did not

12   control for obesity; correct?

13        A.    I don't believe that they had

14   that information, no.

15        Q.    Okay.  And the Wang study also   12:39:39

16   did not control for H.pylori infection;

17   correct?

18        A.    Well, the Wang -- correct,

19   H.pylori, to my knowledge, they did not

20   have that data available.                 12:39:56

21        Q.    And I forgot to ask one more

22   question about obesity.

23             So obesity, of course, is a risk

24   factor for esophageal adenocarcinoma, liver

25   cancer and pancreatic cancer; correct?     12:40:10

Page 44

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2         A.    It can be, and, again, it

3    depends on the data set.

4         Q.    And H.pylori, of course, is a

5    risk factor for stomach cancer; correct?    12:40:19

6         A.    For some types of stomach

7    cancer, yes.

8         Q.    And the Wang study also did not

9    control for Barrett's esophagus; correct?

10        A.    To my knowledge, they did not.   12:40:35

11        Q.    And Barrett's esophagus is a

12   risk factor for esophageal cancer, of

13   course; correct?

14        A.    It's an early stage for some

15   types of esophageal cancer, and it depends.  12:40:46

16   It's very underdiagnosed, so it depends on

17   whether people have access to being -- have

18   an upper endoscopy to determine that they

19   actually have this.

20             So most data sets are not going   12:41:02

21   to have Barrett's esophagus, and this is

22   true for most of the studies in the

23   ranitidine epidemiology --

24        Q.    Doctor, I didn't --

25        A.    -- ranitidine cancer           12:41:14

Page 45

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2      epidemiology data that these variables were

3      not available, especially the electronic

4      health records.

5                  Pharmaceutical databases tended    12:41:23

6      not to have that information.

7          Q.    Doctor, I didn't ask you at all

8      whether Barrett's esophagus is likely to be

9      available or unavailable in a data set.

10                 There was nothing in my question   12:41:37

11     that even suggested that.

12                 My only question was, Barrett's

13     esophagus is a risk factor for esophageal

14     cancer; correct?  Can you please answer

15     that question.                                 12:41:49

16         A.    I believe that I did.

17                 I said that it was an early --

18     an early stage in some esophageal cancers.

19         Q.    Do you understand -- well, do

20     you know that Barrett's esophagus is the       12:42:05

21     strongest, by far, the strongest risk

22     factor for esophageal carcinoma?

23         A.    From my knowledge, that since

24     it's an early stage of changes in cells,

25     that is seen with an upper endoscopy and       12:42:24

```
                                        Page 46
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   collection of materials and examination
 3   under -- by a pathologist.
 4             So it's an early pre-cancer
 5   stage, so, yes.                       12:42:37
 6       Q.    Okay.  Dr. McTiernan, let's go
 7   to your report.  Let's go to Exhibit 1,
 8   your original report.
 9                   (Previously marked
10      Exhibit 1 shown to witness.)       12:43:01
11   BY MS. CANAAN:
12       Q.    Okay.  So here in your original
13   report with respect to the Adami study, you
14   state:  "There were very few established
15   risk factors for the various cancers      12:43:09
16   included as covariates.
17             "Notably missing were smoking
18   history (risk factor for all four cancers),
19   alcohol use (risk factor for all four
20   cancers), obesity (risk factor for        12:43:22
21   esophageal adenocarcinoma, liver cancer and
22   pancreas cancer), hepatitis B or C
23   infection (risk factor for liver cancer),
24   or H.pylori infection (risk factor for
25   stomach cancer).                          12:43:36
```

Page 47

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2                "The failure to account for

3    these potential confounders could bias the

4    relative risk either toward or away from

5    the null value."                          12:43:44

6                And did I read that correctly?

7         A.    Yes, and could you tell me what

8    page you're on in my original report?

9         Q.    Of course.   129, Doctor.

10                And then right beneath that,    12:43:56

11   with respect to the Nørgaard study, Doctor,

12   you write:   "The primary factor (other than

13   age and sex) for bladder cancer is smoking,

14   which was not available in the database."

15                Do you see that also, Doctor?   12:44:11

16        A.    Yes.

17        Q.    Now let's go to page 105 of this

18   same report.

19                So now on page 105, Doctor, in

20   the highlighted paragraph, you write:        12:44:31

21                "Ranitidine use is indicated for

22   gastrointestinal symptoms, and therefore

23   factors that affect gastrointestinal

24   symptoms and conditions such as smoking,

25   alcohol use, obesity and diet should be      12:44:44

Page 48

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    considered because these are also risk

3    factors for several cancers.

4              "Medical conditions, such as

5    H.pylori infection, hepatitis B or C          12:44:55

6    infection, diabetes and Barrett's

7    esophagus, are risk factors for cancers of

8    the stomach, liver, pancreas and esophagus,

9    respectively.

10              "These conditions could cause       12:45:08

11   symptoms, leading patients to take

12   ranitidine (or comparator drugs) and

13   therefore are candidates for confounding

14   variables."

15              Did I read that correctly?          12:45:22

16        A.    Yes.

17        Q.    And I assume you still agree

18   with what you wrote; correct?

19        A.    Yes.

20        Q.    Now, the Wang authors also did      12:45:26

21   not control for hepatitis B or C virus

22   infections; correct?

23        A.    They controlled for a variable

24   called the Charlson Comorbidity Index,

25   which includes various diseases related to    12:45:52

Page 49

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2    the liver.

 3              They have two categories.  One

 4    is mild liver disease and one is severe

 5    liver disease.  And those include codes for  12:46:02

 6    multiple types of liver disease,

 7    including -- and I think you just said two

 8    viruses, the hepatitis A and hepatitis B, I

 9    can't remember which ones you said.

10              But the codes for those           12:46:15

11    hepatitis variables, the types and

12    unspecified hepatitis, are also included in

13    the Charlson Index.

14        Q.    Now, the Charlson Comorbidity

15    Index, Doctor, it's a mortality index;      12:46:28

16    correct?

17        A.    It's --

18        Q.    Is that correct?

19        A.    That, to my knowledge, it is

20    developed by NCI.  It's looking at          12:46:36

21    competing types of diseases that might be

22    seen in any cohort, and these diseases that

23    are listed are not deaths.

24              These are -- they can be mild

25    diseases that are listed, and mild liver    12:46:53
```

```
                                            Page 50
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   disease isn't going to cause death unless
 3   it advances.  So this is --
 4        Q.    Doctor --
 5        A.    This is -- I'm sorry, I didn't    12:47:02
 6   finish.  These are -- this Charlson
 7   Comorbidity Index is a measure of other
 8   diseases that a patient population might
 9   have.
10        Q.    Doctor, do you know how many     12:47:14
11   conditions are encompassed in the Charlson
12   Comorbidity Index?
13        A.    It depends on the version that
14   the authors use.  I think it can be up to
15   19.  I think NCI has altered this over       12:47:28
16   time, so I -- I can't recall exactly how
17   many were in the Wang study.
18        Q.    Right.  And what you get from
19   this index -- it's called the CCI Index --
20   what you get is a composite score; right?    12:47:42
21   You get a score.
22        A.    Consisting of those different
23   variables, these different medical
24   conditions.
25        Q.    So depending --                   12:47:52
```

```
                                        Page 51

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2         A.     The propensity --

 3                MR. RONCA:  Don't interrupt,

 4         please.  Please.

 5   BY MS. CANAAN:                           12:47:58

 6         Q.     So Doctor --

 7                MR. RONCA:  Don't interrupt.

 8                Finish, please.

 9   BY MS. CANAAN:

10         Q.     Go ahead.                   12:48:03

11         A.     The propensity scores that these

12    various studies have used in this

13    ranitidine epi litigation, they have used

14    propensity scores, which are also a score

15    for adjusting for multiple variables, so    12:48:19

16    that's similar to what the Charlson

17    Comorbidity Index would do.

18         Q.     Right.  But my question is this:

19                You can get the same score,

20    because you're adding up a score for 19 or   12:48:31

21    18 different variables, you can get the

22    same score irrespective of whether you have

23    liver disease or you don't have liver

24    disease; right?

25                Your total score is going to     12:48:43
```

Page 52

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2     depend on the other items in the index;

3     correct?

4          A.    And that's exactly like

5     propensity score matching.                    12:48:50

6               So it's people get a certain

7     score based on having a certain condition

8     or a certain variable, and it isn't a

9     method of adjustment for these other

10    diseases.                                     12:49:04

11         Q.    Doctor, let's go to your

12    rebuttal report.

13              First of all, I think you will

14    agree that the Charlson Comorbidity Index

15    does not directly adjust for hepatitis B or  12:49:16

16    hepatitis C infection; correct?

17         A.    It adjusts for these diseases,

18    though.

19         Q.    It's your sworn testimony today

20    that the Charlson Comorbidity Index          12:49:26

21    directly adjusts for hepatitis B and

22    hepatitis C infection; is that correct?

23         A.    It's my testimony that it

24    adjusts for the diseases that are part of

25    that index.                                   12:49:41

                                        Page 53

1        CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2           Q.    That's not my question.  Please

3     listen to my question.

4                 Is it your sworn testimony

5     sitting here today that the Charlson          12:49:48

6     Comorbidity Index directly adjusts for

7     hepatitis B or C infections?

8           A.    It's my -- it's my opinion and

9     my testimony that the variables, the

10    diseases that are included in that index      12:50:05

11    are -- they're included there.

12                It's an adjustment based on

13    presence or absence of the various diseases

14    that are part of that index, very similar

15    to propensity score matching.                 12:50:19

16          Q.    I did not ask you anything about

17    propensity score matching at all.  So

18    listen to my question one more time, and if

19    you can't answer it, just tell me "I can't

20    answer it."                                    12:50:29

21                The question again is, is it

22    your sworn testimony, yes or no, that the

23    Charlson Comorbidity Index directly adjusts

24    for hepatitis B or hepatitis C viral

25    infections?                                    12:50:44

                                        Page 54

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2              MR. RONCA:  Object to form.

3              You can't instruct the witness

4         that the answer must be yes or no.

5    BY MS. CANAAN:                              12:50:49

6         Q.    Go ahead, Doctor.

7         A.    My opinion and my testimony is

8    that the Charlson Comorbidity Index adjusts

9    for these conditions that make up the

10   index, similar to propensity score         12:51:01

11   matching.

12             And I keep repeating that

13   because that's part of the analyses for so

14   many of these studies, including the Wang

15   study.                                      12:51:09

16        Q.    Okay.  The Wang study does not

17   adjust for cirrhosis; correct?

18        A.    Again, cirrhosis is part of the

19   -- the Charlson Comorbidity Index, and it's

20   part of the -- either mild cirrhosis is     12:51:24

21   part of the mild liver disease.  Severe

22   cirrhosis would be part of the moderate to

23   severe liver disease.

24             And this is similar -- what the

25   Charlson Comorbidity Index separation and   12:51:41

```
                                                  Page 55

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2   how they categorize liver disease is very

 3   similar to how Adami did, for example, one

 4   of the other studies, when they were

 5   adjusting for liver disease, they used the   12:51:54

 6   same broad categories:  Mild liver disease

 7   and moderate to severe liver disease.

 8              So they didn't pick out

 9   cirrhosis.  They kind of lumped together

10   all liver disease like that, similar to the  12:52:08

11   Charlson Comorbidity Index.

12      Q.    All right.  Let's go to your

13   rebuttal report and let's go to page 15.

14              So, Doctor, in your rebuttal

15   report in this litigation, let's see what    12:52:27

16   you wrote before today.

17              You write:  "Propensity scoring

18   does not make up for missing variables.  If

19   a data set is missing potential confounding

20   variables, it is not possible to create      12:52:43

21   other variables to replace them."

22              Did I read that correctly?

23      A.    Yes.

24              MR. RONCA:  Eva, would you give

25         us the page?                           12:52:52
```

Page 56

1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2              MS. CANAAN:  Of course.  It's

3        page 15.

4     BY MS. CANAAN:

5        Q.    All right, Doctor.           12:53:04

6              Let's go to the Exhibit 111.

7     It's your Wang study report.

8                    (Previously marked

9        Exhibit 111 shown to witness.)

10    BY MS. CANAAN:                          12:53:27

11       Q.    And let's go to Table 3.

12             So this Table 3 in the Wang

13    study --

14       A.    Okay.  Can you hold on.  I'm

15    just printing off the rebuttal report    12:53:50

16    because I didn't have that available, so

17    I'm printing that off while we go to this

18    next thing that you mentioned.

19       Q.    Well --

20       A.    I'm sorry, I'm just getting back  12:54:05

21    into Zoom and I'm getting my view on.

22       Q.    Are you ready, Doctor?

23       A.    No.

24       Q.    Okay.

25       A.    Okay.  So this is now the Wang    12:54:19

Page 57

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   study?  Okay.
 3        Q.    So we are on the Wang study.
 4              We are looking at Table 3, and I
 5   believe it shows analysis of dose-response   12:54:32
 6   for certain cancers; correct?
 7        A.    Yes.
 8        Q.    Okay.  And obviously the
 9   comparator here is non-ranitidine; correct?
10        A.    Non-ranitidine users, correct.   12:54:49
11        Q.    And, of course, the authors did
12   not present dose-response analyses for the
13   active-comparator analyses; correct?
14              I'm sorry --
15        A.    Pardon me?                        12:55:11
16        Q.    It was a bad question.  I'm
17   going to rephrase it.
18              The authors did not present
19   dose-response analyses comparing ranitidine
20   to an active-comparator -- that's what I     12:55:21
21   meant to ask -- correct?
22        A.    Correct, they presented by
23   follow-up.  I don't see anything about
24   dose-response, no.
25        Q.    Okay.  So let's go to page 13 of  12:55:31
```

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    Wang, the first full paragraph.
 3             Do you see that?
 4       A.    Do I see the paragraph?
 5       Q.    Do you see what I just read?    12:56:12
 6             MR. RONCA:  You didn't read
 7       anything.
 8             MS. CANAAN:  Can you hear me?
 9             MR. RONCA:  I didn't hear you
10       read anything.                         12:56:28
11             THE WITNESS:  I didn't either.
12             MS. CANAAN:  Let's go off the
13       record for a second.
14             THE VIDEOGRAPHER:  The time is
15       9:56 and we are off the record.        12:56:35
16             (Discussion held off the
17       record.)
18             THE VIDEOGRAPHER:  The time is
19       9:57 a.m. and we are back on the
20       record.                                12:57:37
21             MR. RONCA:  Eva, when you go to
22       these things, I'd appreciate it if you
23       say the page.
24             MS. CANAAN:  Of course.
25    BY MS. CANAAN:                            12:57:44
```

Page 59

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2         Q.    So this is page, we are now on

3    page 13 of the Wang study.  And here,

4    Dr. McTiernan, the authors write:

5              "Notably, when considering the    12:57:54

6    dose-response of ranitidine usage, there

7    were significant trends of increased liver

8    cancer risk with an increasing dose of

9    ranitidine.  However, there was no

10   continuous dose-response relationship among  12:58:06

11   the other individual cancers."

12             Do you see that?

13        A.    Yes.

14        Q.    And do you have a basis to

15   disagree with the Wang authors?            12:58:16

16        A.    I -- if we're looking at Table

17   3, that's where they presented their

18   dose-response, then, yes, clearly you see

19   increasing relative risk or hazard ratio

20   with increasing levels of defined daily     12:58:36

21   dose for liver cancer.

22             But you also see this with

23   gastric -- stomach cancer in the sense that

24   the relative risk for -- or the risk for

25   stomach cancer increases by 26 percent in    12:58:53

Page 60

1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    individuals that were in the category for

3    90 to 180 defined daily dose, but were

4    higher than that for the over 360 defined

5    daily dose.                                12:59:10

6         Q.    So as I understand it, you

7    disagree with the Wang authors with respect

8    to their conclusions about dose-response

9    for gastric cancer.

10            That's what you disagree with;    12:59:21

11   correct?

12        A.    Can you show us again that

13   statement?

14        Q.    Of course.  It's on the screen

15   in front of you, Doctor.                   12:59:33

16        A.    Okay.  Well, they say there was

17   no continuous dose-response, and I don't

18   disagree with that.

19            Obviously the risk went from

20   1.26 -- the relative risk, 1.26, a         12:59:43

21   26 percent increase, to 13 percent increase

22   at the next level of dose, up to 27 percent

23   and then finally at 33 percent.

24            So there was one category that

25   it did not continuously increase.          13:00:00

```
                                         Page 61
  1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
  2              And this is standardly what we
  3    see when -- in epidemiology when studies
  4    divide patients into categories of exposure
  5    that some of the categories are going to be   13:00:14
  6    small.
  7              And, in particular, that
  8    category of 181 to 270 defined daily dose
  9    we know has less numbers than some of the
 10    other categories, certainly less than        13:00:29
 11    either the 90 to 180 or the over 360.
 12              So there are smaller numbers of
 13    people in there, you expect then smaller
 14    numbers of cases and more unstable rates.
 15      Q.    Okay.  So with respect -- so you     13:00:43
 16    just said a couple of things.  You said
 17    there are a smaller number of cases.
 18              Doctor, the authors of the Wang
 19    study don't give us the numbers of cases
 20    for gastric cancer in the dose-response      13:00:58
 21    analyses; correct?
 22      A.    What I said was expected smaller
 23    numbers.  So based on the incidence rate
 24    that was given to us in Table 2, and then
 25    the numbers that are below the figure of     13:01:12
```

Page 62

```
1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
2   Figure 4, the numbers of people that are in
3   the cohorts that fall into those categories
4   of defined daily dose, that those are not
5   equal-sized categories.  Some of them have    13:01:27
6   small numbers.
7           And so if you apply the
8   incidence rate of the number per thousand
9   people per year who developed cancer in the
10  ranitidine group, for example, it's going    13:01:39
11  to be expected to be smaller in each of
12  these categories -- in some of these
13  categories compared to others.
14           Now, the fact that even in spite
15  of that you see the highest relative risk    13:01:53
16  at the highest category, and two of the
17  other three categories do show increasing
18  relative risk with increasing dose tells me
19  that's a trend towards -- towards a
20  dose-response.                                13:02:10
21           And I believe that's what I
22  stated in my addendum report on Wang.
23      Q.   Do the Wang authors anywhere in
24  their paper state that there's a trend
25  towards a dose-response for gastric cancer?  13:02:21
```

Page 63

1        CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2        A.    I don't know.  I would need to

3    read all of that.  But as you showed, their

4    summary was, there wasn't -- what did they

5    say again?                                 13:02:34

6        Q.    Continuous dose-response.

7        A.    It just says there was no

8    continuous dose-response relationship among

9    the other individual cancers.

10            It does not state that there    13:02:45

11   wasn't a dose-response relationship.

12       Q.    And as you sit here today, you

13   can't tell me whether -- you can't point me

14   to any place in the Wang study where the

15   authors say there's a trend of a           13:03:00

16   dose-response for gastric cancer; correct?

17       A.    I would need to read the entire

18   paper again to say whether -- to answer

19   that question.

20            But for the part that you        13:03:10

21   pointed out, they said there was no

22   continuous dose-response.  But there, as

23   they're summarizing their study, they did

24   not say that there was no dose-response.

25            THE WITNESS:  I think -- is this  13:03:27

```
                                        Page 64
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2          a good time, are we able to take a
 3          break if you're --
 4                MS. CANAAN:  Well, one more
 5          question, one more question while      13:03:32
 6          we're on this topic and then we'll
 7          take a break, okay?
 8                THE WITNESS:  Okay.
 9      BY MS. CANAAN:
10          Q.    Okay.  So a dose-response       13:03:37
11      analysis, of course -- well, actually,
12      strike that.
13                I just want to clarify that in
14      Table 3, where you have the risk estimates
15      for dose-response for gastric cancer, you  13:03:56
16      see the risk estimate of 1.26, 1.13, 1.27,
17      1.33.  Do you see those four risk
18      estimates?
19          A.    Yes.
20          Q.    You don't know what the numbers  13:04:04
21      of cases of gastric cancer they had for any
22      of these risk estimates; correct?
23          A.    The numbers were not provided.
24                What they did provide were
25      confidence intervals with a Y like that,   13:04:19
```

```
                                        Page 65

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2    that tells me there's likely small numbers.

 3              Plus -- yeah, so that tells me

 4    that there's likely small numbers in some

 5    of those categories.                    13:04:30

 6              MS. CANAAN:  Okay.  We can take

 7         a break now.

 8              THE WITNESS:  Thank you.

 9              THE VIDEOGRAPHER:  Stand by,

10         please.  The time is 11:04 a.m. and    13:04:39

11         we're going off the record and this

12         will end Media Unit Number 1.

13              (A recess was taken.)

14              THE VIDEOGRAPHER:  The time is

15         11:18 a.m.  we are back on the record.  13:18:26

16              This will be the start of Media

17         Unit Number 2.

18    BY MS. CANAAN:

19         Q.   Dr. McTiernan, are you ready to

20    proceed?                                13:18:34

21         A.   Yes.

22         Q.   So, Dr. McTiernan, earlier we

23    talked about the Charlson Comorbidity Index

24    that was used in the Wang study.

25              Do you recall that?            13:18:45
```

```
                                     Page 66
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2         A.    Yes.
 3         Q.    And I'm going to read a section
 4    from your testimony.
 5              You stated:  "And this is        13:18:53
 6    similar -- what the Charlson Comorbidity
 7    Index separation and how they categorize
 8    liver disease is very similar to how Adami
 9    did, for example, one of the other studies,
10    when they were adjusting for liver disease,  12:51:53
11    they used the same broad categories:  Mild
12    liver disease and moderate to severe liver
13    disease."
14              Do you recall that?
15         A.    Yes.                            13:19:22
16         Q.    So you testified that the Adami
17    authors then in their study controlled also
18    for mild liver disease and moderate to
19    severe liver disease; correct?
20         A.    Well, they listed in their --    13:19:34
21    Adami listed in their Table 1 the
22    prevalence of liver disease, and then they
23    state that they use logistic regression,
24    including all available covariates to
25    compute propensity scores.                 13:19:57
```

```
                                              Page 67
  1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
  2              So your question about whether
  3   all of these variables -- which particular
  4   variables were included is a good question.
  5              They use the word "all," so we     13:20:10
  6   don't know which ones ended up being thrown
  7   out.
  8              But it appears that they did
  9   consider it because they list it as one of
 10   the available variables.                      13:20:21
 11        Q.    Okay.
 12        A.    And they show the prevalence, a
 13   very low prevalence of those diseases in
 14   that population.
 15        Q.    Okay.  But I think we can agree    13:20:28
 16   that you testified earlier that Adami, when
 17   they adjusted for liver disease, they used
 18   the same broad categories, mild liver
 19   disease and moderate to severe liver
 20   disease.  That's what you said on the         13:20:43
 21   record; correct?
 22        A.    I did.  And looking at the
 23   paper, it's clear that they have these
 24   variables available, they showed the
 25   distribution of those variables in their      13:20:52
```

```
                                        Page 68
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   characteristics of Table 1, showing
 3   characteristics of the ranitidine users and
 4   non-users, but that they did not list it
 5   off as an adjustment variable.  Instead,    13:21:08
 6   they said all available covariates.
 7        Q.    Okay.  So now let's see what you
 8   actually said about the Adami study in your
 9   report.  Let's go to Exhibit 1 at page 129.
10                   (Previously marked        13:21:23
11        Exhibit 1 shown to witness.)
12   BY MS. CANAAN:
13        Q.    Okay.  So when you were
14   discussing the Adami study, you wrote in
15   your report:                              13:21:31
16             "There were very few established
17   risk factors for the various cancers
18   included as covariates.  Notably missing
19   were," and you list a bunch of variables,
20   and you then say "hepatitis B or C        13:21:44
21   infection (risk factor for liver cancer)."
22             Do you see that?
23        A.    Yes.
24        Q.    Now, Doctor, do you have a basis
25   to disagree that at least 80 percent of    13:22:02
```

Page 69

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    liver cancer cases worldwide are attributed

3    to hepatitis B or C infection?

4         A.    I don't have the data to agree

5    or disagree with that.                    13:22:16

6         Q.    Okay.  Do you have a basis to

7    agree or disagree that over 89 percent of

8    hepatocellular cancer or liver cancer cases

9    in Taiwan are due to hepatitis B or C?

10        A.    I don't have any basis to agree  13:22:33

11   or disagree, and these -- the author of

12   Wang study -- the Wang study did not

13   mention anything about that.

14             MS. CANAAN:  Let's bring up

15        Exhibit 122.                          13:23:03

16                 (Exhibit 122 marked for

17        identification, mult-page document,

18        study by Chang, et al.)

19   BY MS. CANAAN:

20        Q.    All right, Doctor, what I am     13:23:08

21   showing to you as exhibit, and what has

22   been previously marked as Exhibit 122 is a

23   study by Chang, et al., and it's titled

24   "The Hepatitis Viral Status in Patients

25   With Hepatocellular Carcinoma:  A Study of  13:23:23

```
                                      Page 70

 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    3843 Patients From Taiwan Liver Cancer
 3    Network."
 4            Do you see that?
 5       A.    Yes.                            13:23:29
 6       Q.    Have you reviewed this study
 7    before, as you recall?
 8       A.    I don't recall ever seeing this,
 9    no.
10       Q.    Okay.  Now, in the abstract, in   13:23:36
11    the second line, the authors state:
12            "Chronic viral hepatitis
13    infections have long been considered as the
14    most important risk factors for
15    hepatocellular carcinoma in Taiwan."        13:23:53
16            Do you see that?
17       A.    I see that.  Again, I don't know
18    what paper this is.  I've not read the
19    paper.  I'm not going to be able to respond
20    to questions out of context about it.  I    13:24:05
21    can't even see what journal it's in.
22       Q.    And does it matter to you what
23    journal it's in?
24       A.    It would be nice to know if it's
25    a -- you know, where -- I look at           13:24:14
```

```
                                        Page 71
 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   everything when I look at a paper:  What
 3   journal it comes from, whether it's
 4   something in PubMed, how long it took to
 5   get published.                       13:24:27
 6       Q.   Okay.  We can move on.  We'll
 7   take this off.
 8            All right, Doctor, before we
 9   took a break we were talking about
10   dose-response.                        13:24:47
11            Now, a dose-response analysis,
12   Doctor, can also be confounded; right?
13            A dose-response analysis can be
14   confounded if the dose of ranitidine
15   increases with the increase of a       13:25:03
16   confounding factor; correct?
17       A.   It depends.  It would see
18   potential for confounding -- if it's not
19   just whether -- whether a confounder is
20   related to the exposure.              13:25:23
21            It would have to be related --
22   related to the exposure and to the disease
23   at each of those different levels.
24       Q.   Okay.  So if, for example, if
25   people who smoke take more ranitidine,  13:25:33
```

```
                                        Page 72
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    people who smoke more take more ranitidine,
 3    then failure to account for smoking can
 4    manifest a false evidence of dose-response
 5    in studies of ranitidine and the five      13:25:48
 6    cancers; correct?
 7          A.    Could you state that again, that
 8    whole question?  I'm going to try to find
 9    the screen where I can look at it.
10          Q.    Of course.                      13:26:00
11          A.    There we go.  Okay.
12          Q.    Do you have a screen in front of
13    you?
14          A.    Yes.
15          Q.    Do you want to just take a       13:26:05
16    minute to read the question?
17          A.    Yes, please.
18          Q.    Go ahead.  Tell me when you're
19    ready.  Are you thinking, Doctor?
20          A.    I was reading that -- that --    13:26:54
21    the question.
22                So usually confounding variables
23    have to be related to both the exposure and
24    the disease regardless of how you're
25    categorizing the exposure.  And so a         13:27:19
```

Page 73

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    confounding factor could have an effect, it

3    could bias risk in either direction.

4            One thing I should mention is

5    that these electronic health databases      13:27:36

6    tended not to have full smoking variables,

7    regardless of which study it was.

8            So we -- this is an issue with

9    the electronic health databases.  We're

10   limited by what they have.                   13:27:54

11           And many of them adjusted for

12   diseases that were related to smoking as a

13   potential for adjusting for part of the

14   confounding, but it doesn't adjust for all,

15   and I mentioned that as a weakness for the   13:28:09

16   Wang study and for many of the other

17   studies that don't have it.  So definitely

18   it's something that I've mentioned in my

19   reports.

20           We don't know about patterns of     13:28:18

21   smoking and use of any of these drugs, have

22   not seen that level of detail, of how much

23   somebody uses it or what extent they use it

24   and whether it changes over level of

25   defined daily dose.  I haven't seen that     13:28:35

Page 74

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    type of data.

3              So it's a question -- it's a

4    theoretical question.  It's not possible to

5    answer from this data.                    13:28:42

6       Q.    Doctor, you did not answer my

7    question, and with all due respect, I

8    didn't ask you anything about electronic

9    healthcare databases.

10             But in the interest of time, we  13:28:52

11   will move on and I'm going to show you

12   Exhibit 125.

13                    (Exhibit 125 marked for

14        identification, mult-page document,

15        excerpt from Modern Epidemiology,

16        Third Edition, by Kenneth J. Rothman.)

17   BY MS. CANNON:

18      Q.    And what has been previously

19   marked as Exhibit 125 is an except from

20   Modern Epidemiology, and I believe you have  13:29:04

21   testified earlier that it's a reputable

22   text that you use; correct?

23      A.    I can't recall if I've used the

24   reference for this version or another

25   version, but, yes, I've referenced the    13:29:16

```
                                          Page 75

 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   Rothman book.
 3       Q.    I'll represent to you that I
 4   pulled the exact same version that you have
 5   referenced in your report.  It's the 2008   13:29:25
 6   version.
 7       A.    Okay.
 8       Q.    So let's see what Dr. Rothman
 9   writes in Modern Epidemiology.
10               Dr. Rothman states:              13:29:36
11               "Associations that do show a
12   monotonic trend in disease frequency with
13   increasing levels of exposure are not
14   necessarily causal.
15               "Confounding can result in a     13:29:46
16   monotonic relation between a non-causal
17   risk factor and disease if the confounding
18   factor itself demonstrates a biologic
19   gradient in its relation with disease.
20               "The relation between birth rank 13:29:59
21   and Down syndrome mentioned earlier shows a
22   strong biologic gradient that merely
23   reflects the progressive relation between
24   maternal age and occurrence of Down
25   syndrome."                                   13:30:15
```

```
                                          Page 76
```

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2              Did I read that correctly?

 3      A.    Yes.

 4      Q.    Do you have a basis to disagree

 5   with what Dr. Rothman states in that        13:30:18

 6   paragraph?

 7      A.    It looks like he's talking about

 8   the theoretical relationship, and he uses

 9   an example of birth rank and Down syndrome,

10   which I've not reviewed so I don't know      13:30:30

11   anything about his particular example.

12      Q.    Okay.

13              MS. CANAAN:  We can take that

14      off.

15   BY MS. CANAAN:                               13:30:40

16      Q.    Now, Dr. McTiernan, the Adami

17   study did not find dose-response with liver

18   cancer; correct?

19      A.    The Adami study was conducted in

20   a very different way.  Their main analysis   13:30:48

21   was comparing ranitidine use to either

22   other H2 blockers or PPI medications, and

23   they did not compare to non-use, so it's a

24   different type of analysis.

25              And the other thing is when they  13:31:12

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2     did their propensity score matching, that
 3     changed the number of cases.  So it's not
 4     the exact same type of analysis as Wang is.
 5               They did not, to my knowledge,    13:31:27
 6     do dose-response.  I think that was your
 7     question, "Did they do dose-response?"
 8     Yes?
 9               They looked at number of
10     prescriptions, so looked at -- they          13:31:38
11     categorized people who had had five or more
12     prescriptions and analyzed that data
13     compared to a comparator use, so five or
14     more prescriptions for ranitidine compared
15     to the comparison.                           13:31:56
16               And then separately they looked
17     at -- they categorized people who had ten
18     or more prescriptions and compared that to
19     -- to non-users, non-ranitidine users.  And
20     I believe in my report I mentioned that      13:32:11
21     that was an indirect look.
22               And it certainly is because one
23     of the problems is that every person that's
24     in the ten or more years -- ten or more
25     prescriptions was also in the five or more   13:32:23
```

Page 78

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2     prescriptions.

3              So these are not discrete

4     categories like you would do with a

5     dose-response.                              13:32:33

6              With a dose-response, you look

7     at who is taking this amount of drug in

8     this range for a certain period of time and

9     compare that to the people who have taken

10    the next higher, the next higher.           13:32:42

11             So this is not a real

12    dose-response analysis, in my opinion.

13             And then the other --

14    Q.     So looking --

15    A.     No, I haven't finished.              13:32:52

16             The other part of the issue here

17    is that there could be overlap in how much

18    dose people were getting.

19             So somebody who has five

20    prescriptions that are two weeks in length  13:33:03

21    could overlap, could have very low

22    exposure.  And somebody who has five

23    prescriptions at -- at three months each

24    might be quite a bit more.

25             So it's a very inexact way of      13:33:21

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    trying to look at dose.
 3         Q.    So I heard you say the Adami way
 4    of assessing dose-response is not a
 5    dose-response, it's not a real              13:33:32
 6    dose-response, it's an inexact way to
 7    assess dose-response.
 8              Did I hear that correctly?
 9         A.    I think I said it was indirect.
10         Q.    Okay.  So now let's see what you  13:33:45
11    actually said in your report.  Let's look
12    at Exhibit 1.
13                   (Previously marked
14         Exhibit 1 shown to witness.)
15    BY MS. CANAAN:                              13:33:54
16         Q.    So in your report,
17    Dr. McTiernan --
18              MS. CANAAN:  And we're at page
19         145, Jim.
20              MR. RONCA:  Thank you.           13:34:04
21    BY MS. CANAAN:
22         Q.    So in your report, in the
23    context of conducting a different study,
24    what you say, Dr. McTiernan, is that:
25                   "A particular strength of the   13:34:10
```

```
                                            Page 80
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2   studies was that the investigators for the

 3   bladder and pancreatic cancer studies

 4   tested the dose-response relationship using

 5   either the WHO daily defined dose or the      13:34:21

 6   number of prescriptions for ranitidine."

 7            Did I read that correctly?

 8      A.    I see that, and I know that

 9   Cardwell used both, but I believe that --

10      Q.    My only question was did I read   13:34:35

11   that correctly.

12      A.    Yes, you did.

13      Q.    So in the context of a different

14   study, in the Scottish Cancer Registry, you

15   note that "it's a particular strength for    13:34:47

16   the investigators to assess dose-response

17   based on the number of prescriptions for

18   ranitidine"; correct?

19      A.    Yes, and I should clarify that

20   number -- that prescriptions in the         13:34:58

21   Scottish database, that they did define how

22   long a prescription was, which was 28 days.

23            So they specified if somebody

24   had missing data, that they would assign

25   the length of 28 days.                      13:35:12
```

                                                    Page 81

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2          Q.    But the number of prescriptions

3    assessing dose-response based on the number

4    of prescriptions of ranitidine, it is now

5    your testimony it is a valid way to assess   13:35:22

6    dose-response; correct?

7          A.    If you knew what the dose was

8    and if you knew what the length of the

9    duration was, then it could be.  So it

10   really depends on the individual study and   13:35:35

11   how they assessed it.

12         Q.    Well, in the Scottish database,

13   they didn't tell you the dose, Doctor.

14         A.    I would have to look at that

15   paper again to see what they -- what they   13:35:45

16   stated.

17         Q.    Okay.

18               MS. CANAAN:  We could take that

19         off now.

20   BY MS. CANAAN:                              13:35:54

21         Q.    Doctor, do you have an opinion

22   about the minimum dose and duration of

23   ranitidine use necessary to cause liver

24   cancer based on the Wang study?

25         A.    So the -- let me see what you -- 13:36:06

```
                                         Page 82

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2    I want to read this again, okay?

 3              So on review of Wang and the

 4    other studies, it's my opinion that

 5    epidemiology can provide information on      13:36:31

 6    what dose and duration -- if the study had

 7    it -- what dose and duration is associated

 8    with increased risk in groups of people.

 9              And so this question of yours

10    can be answered in epidemiology based on     13:36:52

11    groups.  And so in Wang, your question was

12    about liver cancer.

13              Since they divided the case --

14    the users, the ranitidine users, into

15    levels of use, using the variable called    13:37:13

16    defined daily dose, and from their -- their

17    presentation of that data, it's clear that

18    you see a 12 percent increase in risk of

19    liver cancer in individuals who had used

20    181 to 270 defined daily dose.              13:37:34

21              So that defined daily dose for

22    ranitidine is 300 milligrams.  So this

23    would be equal to use of 300 milligrams

24    over 181 to 270 days.

25              Furthermore, for those            13:37:53
```

```
                                         Page 83
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   individuals who had used 271 to 360 defined
 3   daily doses, then the risk increased by
 4   26 percent.
 5             And then for those who had used   13:38:06
 6   over 360 defined daily dose, the risk
 7   increased by a statistically significant
 8   42 percent.
 9       Q.    Okay, Doctor, now the risk
10   estimate of 1.12 that you cited earlier and  13:38:19
11   the risk estimate of 1.26, both of those
12   are not statistically significant; correct?
13       A.    Correct.
14       Q.    But as I understand your
15   testimony, your -- and please correct me if  13:38:34
16   I'm wrong -- as I understand your
17   testimony, you believe that the minimum
18   dose and duration of ranitidine necessary
19   to cause liver cancer is this 181 to 270
20   defined daily doses; is that correct?        13:38:54
21       A.    Sorry, I'm just --
22       Q.    Doctor --
23       A.    I'm having trouble getting back
24   onto the site here.
25       Q.    Do we need to go off the record   13:39:13
```

Page 84

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    or are you with me, Doctor?

3         A.    No, I think this should just

4    take me a second but I'm not sure why this

5    is minimized -- sorry, could you ask the        13:39:23

6    question again?

7         Q.    Yes.  I just want to clarify,

8    when I asked you the question you said the

9    increased risk starts at 12 percent.

10              So is it your testimony that the    13:39:33

11   minimum dose and duration of ranitidine use

12   necessary to cause liver cancer is 181 to

13   270 defined daily doses, and that's six to

14   nine months of ranitidine use, correct, at

15   300 milligrams?  That's your testimony?       13:39:51

16        A.    My testimony is that in

17   epidemiology we can't define what can cause

18   cancer in an individual.  We look in

19   groups.

20              And my testimony, because these     13:40:02

21   authors did not specifically state they

22   were looking for minimal dose, what they

23   did was provide us with these dose ranges

24   and relative risks or hazard ratios in each

25   of those ranges, and so that's what I'm       13:40:18

Page 85

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    stating.

3              That for people who took 181 to

4    270 defined daily dose, that that was

5    associated with a 12 percent increase in      13:40:26

6    risk.

7              The next higher level, 271 to

8    360 defined daily dose, showed a 26 percent

9    increase risk.

10             And then over 360 defined daily   13:40:38

11   dose showed a 42 percent risk, a level --

12   increase of risk that was statistically

13   significant.

14      Q.    So if I asked you, is there a

15   minimum dose and duration of ranitidine use  13:40:50

16   necessary to cause liver cancer based on

17   the Wang study, your answer would be "I

18   can't answer that question."

19             Is that right?

20      A.    My answer is the information       13:41:01

21   that I just gave you.

22      Q.    Okay.  Now, why didn't you cite

23   to me the 3 percent non-significant

24   increased risk in the 90 to 180 defined

25   daily doses?  You don't think that's high    13:41:12

Page 86

```
 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    enough?
 3         A.    I could have.  But to me, I
 4    would say 12 percent is -- is something
 5    more -- that looks more like an elevation.   13:41:21
 6              At 3 percent, we have people in
 7    that group that would range from 90 to 180
 8    defined daily dose is a small exposure,
 9    anyway.
10              And so, I mean, just -- to me,    13:41:38
11    elevation of 12 percent looked like it was
12    clinically meaningful.
13         Q.    A validation of 3 percent is not
14    clinically meaningful; correct?
15         A.    I can't say that.  I can say     13:41:54
16    that 12 percent I thought was.
17              3 percent could be clinically
18    meaningful for some things, for some
19    particular types of exposures, especially
20    if it was in a very small increment of      13:42:05
21    exposure.
22              You see this in some other
23    variables, so I can't say that 3 percent
24    would never be clinically meaningful.
25              But what I'm looking at here,     13:42:15
```

Page 87

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    looking at both exposure and the disease

3    and the amount of exposure, I'm considering

4    12 percent clinically elevated.

5          Q.    Okay.  Okay, Doctor, so if I      13:42:25

6    asked you to give me a single number

7    representing the minimum dose and duration

8    of ranitidine use necessary to cause liver

9    cancer based on the Wang study, your

10   testimony -- you can't give that to me.      13:42:38

11   Your testimony is that you cannot give that

12   to me; correct?

13         A.    The Wang study in my opinion did

14   not give that type of information, nor did

15   any of the other ranitidine epidemiology      13:42:49

16   studies.

17         Q.    Okay.  And do you have an

18   opinion about the minimum dose and duration

19   of ranitidine use -- well, actually, strike

20   that.                                         13:43:00

21              Would your answer be the same

22   about the other four cancers?

23         A.    Well, it would be with different

24   numbers.

25              For stomach cancer, I would say   13:43:12

Page 88

```
 1       CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    that at 90 to 180 defined daily dose, the
 3    increase was 26 percent, and that was a
 4    confidence interval that included 1.
 5              So many investigators considered  13:43:23
 6    that marginally statistically significant.
 7              The next higher dose was
 8    13 percent -- sorry -- at 181 to 270; and
 9    271 to 360 it was 27 percent; and then at
10    over 360 it was 33 percent increase risk     13:43:41
11    and that was statistically significant.
12       Q.    Dr. McTiernan, that was not my
13    question.  My question is this:
14              I asked you earlier to give me a
15    number representing the minimum dose and      13:44:02
16    duration of ranitidine use necessary to
17    cause liver cancer based on the Wang study.
18              And your answer was:  "The Wang
19    study in my opinion did not give that type
20    of information, nor did any of the other      13:44:15
21    ranitidine epidemiology studies."
22              Do you recall that?
23       A.    Yes.
24       Q.    Okay.  Would that answer be the
25    same for all other four cancers?             13:44:23
```

```
                                          Page 89
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2              In other words, you can't give
 3    me a single number representing the minimum
 4    dose or duration, and duration of
 5    ranitidine use necessary to cause the other  13:44:37
 6    four cancers?
 7         A.    For the studies that Wang --
 8    sorry.  The cancers that Wang presented
 9    that were part of this litigation -- liver,
10    stomach and pancreas -- then the answer      13:44:47
11    would be the same.  That the data were not
12    presented to be able to say -- to give one
13    particular number.
14              And I presented the data that
15    were available in Table 3, so it tells the   13:45:01
16    number of -- the amount of increase in risk
17    at given levels of dose, and I mentioned
18    those that were considered statistically
19    significant.
20              And so we have that for those      13:45:14
21    three cancers, that the Wang paper does not
22    provide these for the other two cancers,
23    either esophageal or bladder cancer.
24         Q.    But in your analysis of -- I
25    mean, you just said "I mentioned those that  13:45:28
```

```
                                        Page 90
 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   were statistically significant."
 3              But if I understand your
 4   testimony correctly, Doctor, in your
 5   analysis of dose, you're not just relying    13:45:35
 6   on statistically significant findings;
 7   right?
 8        A.   That's correct.  I'm looking at
 9   what the relative risk found.  But this is
10   -- your question was different.              13:45:44
11              Your question was on what's the
12   minimal dose that can cause cancer.  Your
13   question was not on dose-response.
14              I just took my answer about what
15   level of exposure is associated with what    13:45:56
16   level of risk from this dose-response
17   table.
18              MS. CANAAN:  Okay.  All right,
19        Doctor, let's go off the record for a
20        second because I have an issue with     13:46:16
21        real-time.
22              THE VIDEOGRAPHER:  Stand by,
23        please.  The time is 10:46.
24              We're going off the record.
25              (A recess was taken.)            13:56:34
```

```
                                    Page 91

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2              THE VIDEOGRAPHER:  The time is

 3         10:56 a.m.  We are back on the record.

 4              This will be the start of

 5         Continued Media 2.                    13:56:43

 6                    (Previously marked

 7         Exhibit 111 shown to witness.)

 8    BY MS. CANAAN:

 9         Q.    Dr. McTiernan, let's go actually

10    to the Wang study.  All right.  Here we    13:57:03

11    are.  So we are on page 11 of the Wang

12    study, and here the Wang authors state:

13              "Furthermore, liver cancer risk

14    was significantly lower in the

15    non-ranitidine with PPI group than in the  13:57:17

16    non-ranitidine without PPI group (adjusted

17    hazard ratio, 0.49; 95 percent confidence

18    interval, .33 to 0.75)."

19              Correct?  Did I read that

20    correctly?                                 13:57:36

21         A.    I'm just trying to get to where

22    you are.  You're at the "furthermore"?

23         Q.    Correct.

24         A.    Yes.

25         Q.    So, Dr. McTiernan, in this       13:57:44
```

Page 92

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   database, there was a statistically
 3   significant 51 percent decreased risk of
 4   liver cancer with PPI use; correct?
 5        A.    In this database, yes.          13:58:00
 6        Q.    That's a statistically
 7   significant protective association;
 8   correct?
 9        A.    It's reduced risk, yes.
10        Q.    Now, if you compare ranitidine  13:58:22
11   to a drug that is actually protective, that
12   reduces risk, then you can get a false
13   impression of an increased risk; correct?
14        A.    I think that these various
15   studies have an issue when they're picking  13:58:45
16   comparative medications.
17              And so I have not seen any of
18   these studies characterize their
19   comparators as protective.  Now, maybe I
20   have not read through all of them obviously 13:59:02
21   today to see if that's true.
22              So my understanding is that they
23   picked these as what they call
24   active-comparators that may have similar
25   indications.                                13:59:15
```

```
                                         Page 93
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2               Now, we do know there's
 3    instances of -- in various places around
 4    the world where some people have more
 5    access to some of these drugs than others,   13:59:26
 6    depending on insurance and finances.
 7               We also know that PPIs are a
 8    more -- they tend to be better at the
 9    indications for which they're used than do
10    the -- are the H2 blockers.                  13:59:44
11               So it could be that somebody --
12    people with PPIs have more severe disease
13    of their underlying indication.  So there
14    may not be exactly the same population as
15    the ranitidine users.                        14:00:02
16               And so I think to state that
17    from this one graph, one study with -- I
18    believe they only had about 5,000 in the
19    PPI group -- now where do they have it?
20               They have ranitidine with PPI.    14:00:17
21    I think they mean non-ranitidine users is
22    -- is only 3,749.  That's what they state
23    right there.  So a small number.
24               And so we don't know why that
25    relative risk is lower, but the non-users    14:00:36
```

Page 94

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    is in between, and we can just go with what
 3    their data is showing.
 4        Q.    Doctor, you did not answer my
 5    question, of course.  So let me ask it one    14:00:49
 6    more time, and if you can't answer it, you
 7    can just say "I cannot answer your
 8    question."
 9            The question is, if you compare
10    ranitidine to a medication that is            14:01:00
11    associated with a reduced risk of cancer,
12    and you have clearly testified a minute ago
13    or a few minutes ago that PPIs in this
14    database show a reduced risk of cancer, so
15    if you compare ranitidine to a drug that is  14:01:15
16    associated with a reduced risk of cancer,
17    you can get a false impression of an
18    increased risk; correct?
19        A.    I want to clarify.  If I said
20    that something was reduced risk, it's         14:01:30
21    reduced compared to the ranitidine users.
22            And, again, it's a small --
23    relatively small cohort.  I don't see
24    numbers of cases.
25        Q.    Doctor, it's not reduced           14:01:48
```

Page 95

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2      compared to ranitidine users, of course.  I

3      mean, look at the sentence.

4                It says:  "Liver cancer risk was

5      significantly lower in the non-ranitidine    14:01:57

6      with PPI group than in the non-ranitidine

7      without PPI group."

8                So in both groups, there's no

9      ranitidine; right?

10       A.    That's true.  That's what that    14:02:07

11     shows.

12       Q.    Right.  So we're taking

13     ranitidine out of the equation, and yet in

14     this study, in this database there's a

15     statistically significantly reduced risk of  14:02:25

16     liver cancer for PPIs; correct?

17       A.    In that data.  Another thing we

18     have to keep in mind is that this control

19     group, which included both the PPI users

20     and non-users, non-PPI users in the         14:02:40

21     non-ranitidine group, that Wang described

22     this as an artificial cohort.

23                So it says that they -- and then

24     a discussion using propensity score

25     matching:  "Our study constructed an        14:02:58

Page 96

1        CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2      artificial control group of non-ranitidine

3      users with similar characteristics by

4      combining it with additional matching

5      factors for multiple prognostic factors or   14:03:10

6      regression cancer risk."

7                   So it's an artificial cohort.

8                   I'm not sure that we can say,

9      even though -- I don't know if I said yes

10     or if I said something about protective,      14:03:22

11     but it's an artificial cohort, so I don't

12     think we can really state.

13                  All I know is that they used

14     this as a secondary analysis for both the

15     comparison of ranitidine to PPI users and    14:03:37

16     the comparison of ranitidine to famotidine

17     users that used them as secondary analyses,

18     whereas the main analysis was looking at

19     the total group of non-users.

20          Q.   Okay, Doctor, so you're calling   14:03:51

21     this an artificial cohort now, which I'll

22     represent to you is not something you said

23     in your report.

24                  So I'll ask you this:  Are you

25     or are you not relying on the PPI analysis   14:04:02

Page 97

1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2     in this paper?

3          A.    Okay, I'm going to look again at

4     what you just asked.

5                Okay.  So it sounds like you        14:05:13

6     state -- you said that I'm calling this an

7     artificial cohort now, which is not

8     something I said in your report, so I'll

9     believe that.

10               But the fact still is that this     14:05:25

11    is a statement that Wang made, that they

12    constructed an artificial cohort.  It's

13    their words.  I didn't use -- I didn't make

14    those words up.

15         Q.    Doctor, I'm just asking, are you    14:05:35

16    relying on this analysis?  Are you relying

17    on any analysis of ranitidine, you know,

18    any PPI-related analysis in this paper; yes

19    or no?

20         A.    I'm looking at all the analysis     14:05:45

21    that the paper presented.  I'm looking at

22    the main analysis, which was ranitidine

23    versus non-users.

24               And I look first at the methods

25    of how they got to all of this information   14:05:57

```
                                        Page 98
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   and then how they presented the data.
 3         Q.    Okay.  I got it.
 4         A.    And then secondary -- I wasn't
 5   finished.  The secondary analysis --      14:06:06
 6         Q.    Doctor, the question is
 7   withdrawn, Doctor.  The question is
 8   withdrawn now.  Let's keep going.
 9               Let's go to page 10, Figure 5.
10               And I want you to focus on     14:06:21
11   Figure B, Doctor.  And Figure B here, if we
12   look at the statement right beneath the
13   figure, the legend beneath the figure
14   states this represents:  "Cumulative
15   incidences of liver cancer among          14:06:37
16   ranitidine, non-ranitidine with famotidine,
17   and non-ranitidine without famotidine users
18   after adjustment for competing risks."
19               Do you see that?
20         A.    So you're referring to the     14:06:48
21   footnote under the figure or someplace
22   else?
23         Q.    Yeah, exactly, Figure B.  Figure
24   5(B), I should say.
25         A.    Okay.                          14:07:05
```

Page 99

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

1

2    Q.    Okay.  And I want you to focus

3    on the lines for "non-ranitidine with

4    famotidine" and "non-ranitidine without

5    famotidine."                              14:07:14

6          Do you see those two lines?

7    A.    Yes.

8    Q.    Okay.  So fair to say there is

9    no ranitidine in both of those groups;

10   correct?                                  14:07:24

11   A.    Yes.

12   Q.    Okay.  Now, there was a lower

13   risk of liver cancer in the famotidine

14   group compared to the non-famotidine group;

15   correct?                                  14:07:36

16   A.    Yes.

17   Q.    So in this database, famotidine

18   users had a lower risk of liver cancer

19   compared to folks who did not use

20   famotidine; correct?                      14:07:50

21   A.    Yes.

22   Q.    Okay.  Now, you have previously

23   testified, Doctor, that you never

24   prescribed PPIs; correct?

25   A.    I don't recall testifying that.  14:08:07

```
                                    Page 100
```

 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2              When I was in training and when

 3     I saw patients after my internal medicine

 4     residency, I did prescribe PPIs, but they

 5     would have been the ones that were          14:08:18

 6     available at that time, so that was in the

 7     early '90s, so the medications that were

 8     available at that time.

 9              And I don't recall exactly which

10     medication it would have been, but I         14:08:33

11     believe the PPIs were approved and on the

12     market after that point.

13        Q.   Okay.  Well, I'll represent to

14     you that when I deposed you, during your

15     first deposition, you testified "I don't     14:08:45

16     believe that I've prescribed PPIs," but I

17     don't think it's relevant to the point

18     whether you've prescribed them during your

19     internal medicine training or not.

20        A.   I just mentioned about general       14:08:58

21     medicine training and after that, when I

22     saw patients after my training.

23        Q.   Well, maybe we should look at

24     your deposition testimony then.

25              Let's look at Exhibit 112.          14:09:07

Page 101

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2                    (Exhibit 112 marked for

3        identification, multi-page document,

4        deposition transcript of Dr. Anne

5        McTiernan dated 4/28/22.)              14:09:14

6    BY MS. CANAAN:

7        Q.    And let's go to page 98, I want

8    to say.

9                MR. RONCA:  Hold on for a

10       second.  Let me get there.             14:09:20

11               It's from 98 going on to 99.

12   BY MS. CANAAN:

13       Q.    So here, in your earlier

14   deposition, Doctor, I asked you:

15               "Question:  Have you ever       14:09:58

16   prescribed H2 blockers or PPIs?"

17               And your answer was:

18               "Answer:  I don't believe that

19   I've prescribed PPIs, but certainly when I

20   was in internal medicine, in training, I    14:10:07

21   prescribed H2 blockers."

22               Did I read that correctly?

23       A.    Sorry, I was trying to look on

24   Exhibit Share for this, so if I need to

25   look at something in context I can't do     14:10:21

Page 102

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

1    that with -- but I do see what you've

2    highlighted here.

3         Q.    Okay.

4         A.    That's not inconsistent with        14:10:29

5    what I just said.  I don't believe I

6    prescribed PPIs.

7         Q.    Okay.  Doctor, are you aware

8    that PPIs have been associated with an

9    increased rate of infections and liver          14:10:42

10   decompensation in patients with liver

11   disease?

12        A.    I've not read any literature on

13   that topic.

14        Q.    So then you have no basis to         14:10:55

15   disagree that prescribers avoid PPIs in

16   patients with advanced liver disease;

17   correct?

18        A.    I've not read anything in that

19   topic, no.                                       14:11:11

20        Q.    Do you have a basis to disagree

21   that H2 blockers are routinely

22   preferentially prescribed over PPIs in

23   patients with liver disease?

24        A.    I have no basis to know whether      14:11:23

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2     that's -- where that comes from and whether
 3     that's -- what the evidence is for that,
 4     no.
 5          Q.    Okay.  And if -- I want you to      14:11:35
 6     assume for a moment, if H2RAs are
 7     preferentially prescribed over PPIs in
 8     patients with liver disease, then H2RA
 9     users may have a higher baseline risk of
10     liver cancer; correct?                         14:11:53
11          A.    It would depend on the data set
12     and it would depend on the prevalence of
13     severe liver disease.
14               In the Adami cohort, for
15     example, they showed that only .1 percent      14:12:08
16     of their cohort had severe liver disease.
17               So we don't know that
18     information for the Wang cohort.  They
19     didn't provide that evidence from their
20     original study.                                14:12:21
21               But if it's extremely rare, it's
22     not going to have an effect on most
23     analyses.
24          Q.    That is exactly the point,
25     Doctor.  That is exactly the point I'm         14:12:35
```

Page 104

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   getting at.
 3              What is the prevalence of liver
 4   disease in Taiwan?
 5        A.    I don't have that information.    14:12:41
 6   It wasn't in the paper.
 7        Q.    You didn't go looking for it;
 8   right?
 9        A.    I did not.
10        Q.    Okay.  So let's bring up          14:12:48
11   Exhibit 126.
12                    (Exhibit 126 marked for
13          identification, multi-page document,
14          study by Bajaj, et al.)
15   BY MS. CANAAN:                               14:12:58
16        Q.    So this is a study called:
17              "Proton Pump Inhibitors Are
18   Associated With a High Rate of Serious
19   Infections in Veterans With Decompensated
20   Cirrhosis."                                  14:13:09
21              Correct?
22        A.    I see that, and I've not seen
23   this paper before.  So to comment on it or
24   answer questions I would need to have
25   access to it and to be able to read it.      14:13:19
```

```
                                                  Page 105

 1       CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2         Q.    Fair enough.

 3               Now, under "Conclusions," the

 4    authors write:  "Among patients with

 5    decompensated cirrhosis, proton pump          14:13:29

 6    inhibitors but not H2 receptor antagonists

 7    increase the rate of serious infections."

 8               Do you see that?

 9               MR. RONCA:  I'm going to object

10         to the use of this exhibit, reading       14:13:40

11         from it, because it would not be

12         admissible at trial without a

13         foundation, and there's been no

14         foundation in any defense expert

15         report.                                   14:13:51

16               MS. CANAAN:  Objection noted.

17    BY MS. CANAAN:

18         Q.    Doctor, do you see what I just

19    read?

20         A.    I see that.  Again, I don't know    14:13:56

21    the context because I've not been able to

22    read this paper.

23         Q.    Okay.  Let's go to page 873.

24               And here the authors state:

25               "As patients with decompensated     14:14:08
```

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    cirrhosis remain at a high risk of serious
 3    infections, clinicians should reevaluate
 4    the reason for prescribing PPI, and
 5    wherever possible, replace their acid        14:14:19
 6    suppressive needs with H2RAs."
 7              Do you see that?
 8              MR. RONCA:  Same objection.
 9      A.    I see what's written.  I have no
10    idea what the context is.                     14:14:30
11              And also, since there -- I don't
12    know if this is a paper, that it's a review
13    paper or if it has actual data that it
14    could be reviewed, and -- by me.
15              And so, yes, you've read that       14:14:41
16    correctly, but I have no idea what this
17    context is.
18      Q.    Okay.  Now, the authors --
19              MS. CANAAN:  We can take that
20      off.                                        14:14:50
21    BY MS. CANAAN:
22      Q.    The authors of the Wang paper do
23    not report an adjusted hazard ratio for
24    ranitidine versus PPIs; correct?
25      A.    Let me see what you wrote -- I        14:14:59
```

Page 107

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    mean, what your question stated again.

3         Q.    Do you see my question, Doctor?

4         A.    I do see your question.  I'm

5    reading the section of Wang where they're      14:15:36

6    talking about PPIs.

7         Q.    Sure.

8         A.    They don't give a relative risk

9    for -- for ranitidine versus PPI, but they

10   do provide a relative risk -- sorry -- they    14:16:17

11   do have a relative risk here.

12        Q.    My only question, Doctor, and I

13   think you've answered it, is they don't

14   give a relative risk for ranitidine versus

15   PPIs, so we can move on.                         14:16:32

16        A.    I'm trying to read this and see

17   exactly what it is and what your question

18   is and how I can answer it.

19        Q.    Doctor, my only question is, and

20   I'm going to repeat it:  The authors of the    14:16:40

21   Wang paper do not report an adjusted hazard

22   ratio for ranitidine versus PPIs.

23             That's my only question, Doctor.

24             MR. RONCA:  And my only

25        objection is that she already said she    14:16:58

1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2          wants to read through it in context

3          and make sure she can answer the

4          question.

5               MS. CANAAN:  That is not a        14:17:03

6          problem.

7          A.    So what they state, the analysis

8     that they did was the Kaplan-Meier

9     analysis, finding liver cancer risk was

10    significantly higher in the ranitidine        14:17:45

11    group than in both the non-ranitidine

12    without PPI and the non-ranitidine with

13    PPI.

14               And with PPI, that p-value was

15    less than .001, so it was statistically        14:17:53

16    significant.

17         Q.    Dr. McTiernan, do you recall

18    what my question was?

19         A.    You asked about one statistic,

20    one particular statistic on that              14:18:06

21    comparison, and I told you what the Wang

22    paper stated what statistical analysis they

23    had done and presented.

24         Q.    I asked you two times to tell me

25    if there was a hazard ratio presented.        14:18:20

Page 109

1        CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2                    You did not answer my question,

3        and in the interest of time, I'm going to

4        move on.

5                    So, Dr. McTiernan, why don't you    14:18:26

6        tell me what are the most common cancers in

7        the United States.

8            A.    I don't have them memorized

9        right here.  I'm happy to go to the SEER

10       website and make sure that I'm not making    14:18:44

11       an error.  I know a couple of them are

12       breast cancer, lung cancer, colorectal

13       cancer, prostate cancer, but --

14           Q.    Fair to say --

15           A.    But I don't have those exact      14:18:57

16       numbers memorized.  Skin cancer is probably

17       even higher than these others, but they're

18       not registered so they don't show up on

19       like SEER registry.

20           Q.    Is it fair to say that liver      14:19:10

21       cancer is not one of the most common

22       cancers in the United States; correct?

23           A.    I don't know how to define "most

24       common."  I don't have the number

25       memorized, the incidence.  I would need to    14:19:23

Page 110

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    look that up to answer it.
 3              To my knowledge, liver cancer,
 4    if it's a primary liver cancer, if we're
 5    talking about hepatocellular cancer, it's    14:19:33
 6    not as common as the four that I mentioned.
 7    It's not as common as breast, lung,
 8    colorectal or prostate cancers.
 9        Q.    Thank you, Dr. McTiernan.
10              Now, do you have an               14:19:46
11    understanding of how the prevalence of
12    liver cancer in the U.S. compares to the
13    prevalence of liver cancer in Taiwan?
14              Do you have any understanding of
15    that?                                       14:19:57
16        A.    So you're talking about
17    prevalence as a different number --
18        Q.    You're right, you're right.
19    You're absolutely right.  I should clarify.
20              I'm talking about incidence.      14:20:08
21        A.    So do you want to reword the
22    question?
23        Q.    Okay.  Do you have an
24    understanding of how the incidence of liver
25    cancer in the U.S. compares to the          14:20:18
```

```
                                          Page 111
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    incidence of liver cancer in Taiwan?
 3        A.    So I don't know the numbers.
 4            I did not see them available or
 5    presented in the Wang study and I do not      14:20:31
 6    know the numbers.
 7            I know that there's geographic
 8    variation around the world in incidence of
 9    liver cancer, as there is for other
10    cancers.                                       14:20:48
11        Q.   Okay.  Now, you earlier
12    mentioned, you said the word "primary liver
13    cancer"; right?  And what does that mean,
14    "primary liver cancer," can you explain
15    that?                                          14:20:57
16        A.    Sometimes liver cancer, if it's
17    not obtained from a registry that has
18    looked at pathology reports and determined
19    that this is a real liver cancer, sometimes
20    it can present -- represent a metastasis      14:21:08
21    from another site, such as colorectal
22    cancer can commonly metastasize to the
23    liver.
24        Q.   Okay.  Now, in the Wang study,
25    you cannot rule out that there are cases      14:21:23
```

```
                                              Page 112

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    being counted as liver cancer that are
 3    actually metastatic cancer from other
 4    primary cancers; correct?
 5         A.    Well, Wang did state that their    14:21:36
 6    cases were obtained from a cancer registry,
 7    and I'm going to see if they provided --
 8    they provided codes as well, and those are
 9    primary liver codes for the ones that are
10    liver cancer.                                 14:21:55
11         Q.    Well, they obviously wouldn't be
12    looking for primary codes for metastatic
13    cancer.  Nobody would do that; right?  That
14    would make no sense; right?
15         A.    Right, it would have been          14:22:05
16    classified as something else.
17              But if something is coded in a
18    cancer registry, then I think we have to
19    realize that's as good as the data can be.
20              For the studies that didn't use     14:22:19
21    cancer registries and didn't use codes,
22    just took a medical record code, then there
23    could be more error.  But here they stated
24    that they used register codes.
25         Q.    Now, the Adami study, just like    14:22:31
```

```
                                          Page 113
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    this study, also used a Danish cancer
 3    registry; correct?
 4        A.    Yes.
 5        Q.    Do you recall criticizing the    14:22:40
 6    Adami study on the basis that the liver
 7    cancers in the Adami study could be
 8    metastases from other primary cancers?
 9            Do you recall that as you sit
10    here today?                                14:22:54
11        A.    I don't recall saying that.
12        Q.    Okay.  Why don't we go to the
13    page and take a look at what you said.
14    Let's go to Exhibit 1.
15                   (Previously marked          14:23:02
16        Exhibit 1 shown to witness.)
17            MR. RONCA:  What page, please?
18            MS. CANAAN:  We're going to page
19        225 -- no, that's not the one.  226.
20    BY MS. CANAAN:                             14:23:28
21        Q.    So here on page 225, with
22    respect to the Adami study, you write that:
23    "The database was linked to the Danish
24    cancer registry, with nearly complete
25    cancer ascertainment since 1943 to identify  14:23:38
```

```
                                    Page 114
```

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2    new cases of cancer of the liver."

 3              And then we go to the next page,

 4    where you write:

 5              "While cases were identified      14:23:48

 6    through a nationwide registry, the number

 7    of liver cancers is larger than expected

 8    for a Western European country, and raises

 9    concern that many may represent metastatic

10    cancer from other primary sites (such as    14:24:03

11    breast, colorectal, esophageal, stomach,

12    pancreatic, lung, kidney and melanoma

13    cancers)."

14              Do you see that?

15      A.    So you're on page 226 now?          14:24:16

16      Q.    226 to 227.  Do you see what I

17    just read?  It's on the screen in front of

18    you, Doctor.

19              And my only question is, do you

20    see what you wrote on page 226 to 227 of    14:24:38

21    your expert report?

22      A.    I see that it says that, but I

23    don't know which -- which of the numbers

24    that I'm referring to so I can't answer

25    that in context, but I can see that you've   14:24:50

```
                                    Page 115
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   outlined that.
 3        Q.    Okay.  Is there any place in
 4   your supplemental report regarding the Wang
 5   study where you similarly raise a concern     14:25:00
 6   that the liver cancer cases in the Wang
 7   study could actually be metastases from
 8   primary cancers, from other primary
 9   cancers?  Is there any such place in your
10   Wang supplemental report?                     14:25:13
11             Are you thinking, Doctor?
12        A.    I'm reading through that section
13   in my supplemental report, we talk about
14   weaknesses or limitations.
15        Q.    Okay.
16        A.    No, I don't see anywhere where I
17   talk about number of cases compared to what
18   would be expected in a Western European
19   country, so, no, it was a different issue
20   and I didn't say that or anything similar     14:26:35
21   in Wang.
22        Q.    Is there the word "metastases"
23   that appears anywhere in the four corners
24   of your supplemental report regarding the
25   Wang study?  Does that word appear           14:26:47
```

Page 116

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    anywhere?

3         A.    I'm going to have to do a search

4    of that.

5         Q.    Go ahead.                          14:26:52

6               Have you done it yet, Doctor?

7         A.    I don't see it on a quick search

8    of the PDF, no.

9         Q.    So now let's go back to the Wang

10   paper, page 12.                               14:27:42

11               (Previously marked

12       Exhibit 111 shown to witness.)

13   BY MS. CANAAN:

14        Q.    And here highlighted in yellow

15   the Wang authors write:                       14:28:00

16               "Therefore, based on a direct

17   comparison with either the non-ranitidine

18   group or the famotidine group (similar

19   indication to ranitidine users), only liver

20   cancer displayed a significant association    14:28:13

21   with long-term ranitidine use."

22               Do you see that?

23        A.    Okay, which page are you on

24   again, please?

25        Q.    It's page 12.  It's the sentence    14:28:28

Page 117

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    highlighted in front of you, Doctor.

3         A.    Yeah, I'm trying to see the

4    context again.

5         Q.    Okay.  And my initial question    14:28:42

6    is simply, do you see that.

7         A.    I see that, yes.

8         Q.    Okay.  And what the Wang authors

9    are saying there is that only liver cancer

10   was statistically significant in both the     14:29:11

11   non-use and the famotidine comparators;

12   correct?

13        A.    That's what that states, yes.

14        Q.    Okay.  And I assume you have no

15   basis to disagree with them on that point;    14:29:30

16   correct?

17        A.    So they said a significant

18   association, yes.

19        Q.    Okay --

20        A.    Say it again.  Do I have a basis   14:29:38

21   of -- to disagree with the statistical

22   significance for those two analyses?

23        Q.    Do you have a basis to disagree

24   with the authors' conclusion, that only

25   liver cancer was statistically significant    14:29:53

1       CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    in both non-use and famotidine comparisons?

3       A.    That's correct.  Even though the

4    hazard ratios were elevated for the other

5    comparisons, they did not reach statistical    14:30:06

6    significance.

7       Q.    Okay.  So let's go to page 13.

8             So under "Conclusions," the Wang

9    authors state:

10            "To conclude, the clinically          14:30:22

11   meaningful results of this large-scale,

12   longitudinal population-based cohort study

13   using an excellent prescription and cancer

14   database provide concrete evidence with

15   very convincing long-term follow-up            14:30:35

16   information for exploring the causative

17   role of ranitidine increasing the risk of

18   carcinogenic effects on the liver, which

19   was primarily caused by increasingly

20   heavier ranitidine usage."                     14:30:48

21            Did I read that correctly?

22       A.    Yes.

23       Q.    Okay.  So the Wang authors do

24   not conclude that their study is supportive

25   of an increased risk of any cancer other       14:30:59

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    than liver; correct?
 3         A.    That's what they state, and as I
 4    said -- have said before, my review is
 5    different.  It's looking at all the studies    14:31:10
 6    together.  But this is what these authors
 7    have concluded about their own data.
 8         Q.    Okay.  Now let's go to page 6 of
 9    the Wang paper.
10              And this table shows "Baseline       14:31:42
11    characteristics of the non-ranitidine
12    cohort and ranitidine cohort with over 90
13    defined daily doses"; correct?  I just read
14    the heading.
15         A.    That's what it says, yes.           14:32:02
16         Q.    So this table shows the matched
17    characteristics, right, of the 55,110
18    ranitidine users and 55,110 non-ranitidine
19    users; correct?
20         A.    It's propensity score-matched,      14:32:26
21    so for many of these variables it's matched
22    on a propensity score.  Not a necessary --
23    necessarily a match.
24              And we can tell this because
25    first of all, the authors stated that in      14:32:43
```

```
                                        Page 120

 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   the conclusions of the paper that it was an
 3   artificial cohort that they created,
 4   untreated persons.
 5             So this artificial cohort looks    14:32:54
 6   like it's matched to ranitidine perfectly.
 7   Every single one matches 100 percent, which
 8   is what you'd not see if you had two
 9   separate cohorts.
10             And so that they have matched on   14:33:06
11   some key variables, they mentioned.  They
12   did mention specifically a match on sex,
13   age, CCI --
14        Q.   Dr. McTiernan, I didn't ask you
15   to now read me the whole table.  With all    14:33:22
16   due respect, you've answered my question
17   and it was a helpful clarification about
18   the propensity score matching, so that's
19   helpful.  Thank you.
20             Now, do you see that this table,   14:33:32
21   in this table, ranitidine users and
22   ranitidine non-users were matched on
23   famotidine use?
24             Do you see that?
25        A.   I see the -- that they have        14:33:43
```

```
                                              Page 121
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    listed famotidine.  It's not clear to me
 3    there that all of those 35,000 that it
 4    shows in that category of both groups used
 5    famotidine.                               14:33:59
 6              I assume that the -- that
 7    because of this -- sorry, strike that.
 8              It's not clear that the
 9    famotidine represents, that variable
10    represents actual famotidine use at that   14:34:12
11    level for both groups.
12              They did propensity score
13    matching on a number of variables.
14              And for some of them -- for
15    example, glucocorticoids, it indicates that  14:34:22
16    almost 90 percent were using
17    glucocorticoids.
18              That would be very unusual to
19    see in any cohort of people that are not
20    significantly ill with something like      14:34:38
21    asthma, so it's an unusual look.
22              To me, it makes me believe that
23    these are a score, that they match
24    perfectly on what is represented by the
25    score.                                     14:34:51
```

```
                                         Page 122

 1        CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2              So, yes, it says the number

 3    35,269 in both of those cohorts, keeping in

 4    mind one is an artificial cohort.

 5              But since that subgroup was         14:35:04

 6    specifically selected in those untreated to

 7    be famotidine users, I assume there's

 8    35,000 famotidine users there.  I'm just

 9    not clear on the ranitidine, if that

10    represents actual famotidine users or if it   14:35:20

11    represents a batch on a score.

12        Q.    I understand what you're saying.

13              You're not clear about whether

14    the 64 percent in the ranitidine group,

15    whether that represents famotidine users or   14:35:35

16    a propensity score.  I think I understand

17    what you're saying.

18              And my question is, isn't that

19    important information that you'd want to

20    know?                                         14:35:45

21        A.    I think it would be useful if

22    they had presented that data, yes.

23        Q.    Isn't that the kind of

24    information where -- I mean, you emailed

25    the Wang study authors before; right?  You    14:35:59
```

```
                                        Page 123
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   had email correspondence with the authors?
 3        A.    I asked them about the paper.  I
 4   was surprised when they sent it to me.  I
 5   didn't expect them to send it, I didn't ask   14:36:07
 6   it, but they sent it on the day it was
 7   published.
 8            But, yeah, my question for them
 9   is:  Is this going to be a paper, is this
10   going to be published.                        14:36:17
11        Q.    Right.  But I --
12        A.    I did -- I'm sorry, I wasn't --
13        Q.    Go ahead.  I didn't mean to
14   interrupt you.
15        A.    I didn't email or call any of      14:36:24
16   the authors from any of the other
17   ranitidine epi papers or any of the diet
18   studies or occupational studies because I
19   felt that if I was going to e-mail somebody
20   with questions -- and there were questions    14:36:37
21   for many papers because not every author
22   can anticipate what every single reader is
23   going to want, so I had a lot of questions
24   for many ones -- for many, but I didn't
25   feel that I could be asking some authors      14:36:50
```

```
 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    questions about their papers and not
 3    others.  It didn't seem to me that that
 4    would be an impartial way to look at these,
 5    so I chose to use the published versions of    14:37:00
 6    all these papers that I reviewed.
 7         Q.    That's understandable, Doctor.
 8              My only question is, you're
 9    telling me you're not sure as you sit here
10    today whether the famotidine users were      14:37:14
11    matched, you know, specifically to the
12    ranitidine users on famotidine use; right?
13    You're not sure what those 64 percent in
14    both columns represent.
15              And my question is, if -- let's   14:37:27
16    assume if ranitidine users were matched to
17    famotidine users on famotidine use, if
18    those 64 percent represents actual matching
19    as opposed to propensity scoring, then
20    would you agree that the                     14:37:45
21    famotidine-controlled analysis is not a
22    reliable active controlled analysis;
23    correct?
24         A.    I would not agree that -- with
25    that.  I would say that the comparison on    14:37:55
```

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2     that point would be looking at

3     famotidine-only users versus famotidine

4     plus ranitidine.

5             And this is something that I've     14:38:06

6     done in several of my own clinical trials.

7     We look at -- have everybody in both arms

8     of the trial, similar to both arms of a

9     observational study.  Everybody has some --

10    an intervention, and then you add           14:38:20

11    something, an added drug, an active drug to

12    one arm of the placebo to the other, so

13    I've done that in several trials.

14            And so that, it would be a

15    question, it's a different question than     14:38:32

16    just famotidine versus ranitidine.  But it

17    certainly gives you information about

18    famotidine use compared to an

19    active-comparator.

20       Q.    Can you cite to me any             14:38:45

21    authority, any textbook, any study in the

22    world that says that an appropriate active

23    control analysis can have one drug on one

24    side and the same drug plus another drug on

25    the other side?                             14:39:05

```
                                          Page 126
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2              Does that exist in literature?

 3      A.    I can tell you about the Women's

 4   Health Initiative, calcium and Vitamin D

 5   trial, which randomized 40,000 women to        14:39:16

 6   either a calcium/Vitamin D combination or a

 7   placebo and looked at various endpoints.

 8              So these 40,000 women were

 9   allowed to use their own calcium and

10   Vitamin D pills.  It just had to be up to a    14:39:33

11   certain level.

12              So the question for that trial

13   ended up being:  What is the effect of

14   added calcium and Vitamin D against

15   background level of calcium and Vitamin D      14:39:44

16   that the women were taking on risk of

17   things like fractures and cancer.

18              So -- and one of my other -- one

19   of my trials that I led was to compare the

20   effect of Vitamin D --                         14:39:58

21      Q.    Doctor, I'm going to --

22              MR. RONCA:  Do not --

23              MS. CANAAN:  I'm not

24      interrupting.

25              MR. RONCA:  I let you go like        14:40:05
```

Page 127

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2          three times, and you asked her -- you

3          asked her a question.  She's answering

4          it.  Let her finish, please.  Please.

5    BY MS. CANAAN:                              14:40:10

6          Q.   Doctor, I understand.  I'm going

7    to withdraw my question so there's no

8    question, in the interest of time.  So

9    let's keep going.

10              MR. RONCA:  There is no question  14:40:17

11         on the record then?

12              MS. CANAAN:  There's no question

13         on the record.  Exactly.

14              Let's go to Figure 5 on page 5

15         of the Wang study -- Figure 1, I'm      14:40:34

16         sorry.

17                   (Previously marked

18         Exhibit 111 shown to witness.)

19    BY MS. CANAAN:

20         Q.   So, Dr. McTiernan, the inclusion   14:40:40

21    criteria for ranitidine users in the Wang

22    study was at least 90 defined daily doses;

23    correct?

24         A.   Yes.

25         Q.   And obviously the authors did     14:40:49

Page 128

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2      not -- of the Wang study did not have the

3      same requirement of 90 defined daily doses

4      -- a minimum, I should say, of 90 defined

5      daily doses in the non-ranitidine cohort;      14:41:06

6      correct?

7           A.    That's correct.  And the same

8      would be true if famotidine in that number

9      is in the ranitidine users, they would not

10     -- also not have the -- that defined daily    14:41:20

11     dose requirement.

12          Q.    Okay.  So in the famotidine

13     comparator, obviously the users were not

14     limited to patients that took at least 90

15     defined daily doses of famotidine; correct?   14:41:38

16          A.    That's correct.

17          Q.    And in the PPI comparator, the

18     users were not limited to patients who took

19     at least 90 defined daily doses of PPIs;

20     correct?                                       14:41:53

21          A.    That's correct.

22          Q.    So the ranitidine users may have

23     been more chronic users compared to

24     famotidine users; correct?

25          A.    We don't know about chronic and   14:42:05

```
                                          Page 129
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    length of time.  We just know that they
 3    don't have that same restriction of being
 4    over 90 defined daily doses, which is three
 5    months.                                14:42:22
 6             So three months is very short
 7    term, but some of the medications in any of
 8    these groups could have been almost as
 9    short.  This is -- none of the
10    classifications were very long-term use, is   14:42:35
11    what I'm saying.
12        Q.    Let's see what you say in your
13    supplemental.  Let's go to your
14    supplemental report on page 6.
15                    (Previously marked      14:42:57
16        Exhibit 110 shown to witness.)
17    BY MS. CANAAN:
18        Q.    So here in your supplemental
19    report on page 6, you write -- so here,
20    Doctor, you state:                       14:43:15
21             "If famotidine or PPI users
22    differed from ranitidine users on
23    underlying diagnoses, general health,
24    insurance status, socioeconomic status, or
25    other risk factors for cancer, the results   14:43:28
```

```
                                          Page 130
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   could be biased."
 3             Did I read that correctly?
 4      A.    Yes.
 5      Q.    Do you agree with what you      14:43:36
 6   wrote?
 7      A.    Yes.
 8      Q.    And certainly patients that need
 9   to be treated with two different H2
10   blockers, right -- for example, ranitidine  14:43:52
11   plus famotidine -- may differ from those
12   patients who only need to be treated with
13   one H2 blocker; correct?
14      A.    I should answer that by saying I
15   don't know of physicians that would treat   14:44:05
16   with two H2 blockers.  Usually it's one or
17   the other.
18             And for all of these electronic
19   health records, there's mixed use that we
20   don't even have recorded because these      14:44:19
21   cohorts tended to start in the '90s, in the
22   '90s or in the 2000s, and patients could
23   have been using something previously.
24             In this study -- what did I say
25   here -- that eliminated any patients who     14:44:34
```

Page 131

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    had a prescription for ranitidine or

3    famotidine one year prior to the index

4    date.

5              So before the Year 2000, they      14:44:45

6    could have been using other medications, or

7    before one year before that.

8              And so there's certainly

9    potential for use, and we know that many

10   patients who start on an H2 blocker, they     14:45:00

11   may eventually use a PPI blocker.

12             But from my knowledge, even

13   though people can use -- move, they can

14   migrate from using one or the other of

15   these, depending on access, what             14:45:13

16   deposition, things might work well for

17   them, they can move between types of H2

18   blockers, but I wouldn't think that they

19   would commonly be using two at the same

20   time.                                        14:45:28

21             And so if this Figure 1 that you

22   showed a minute ago from the Wang study is

23   showing real famotidine users and not just

24   a propensity score among ranitidine users,

25   it's unlikely they're going to be using      14:45:43

```
                                           Page 132

  1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

  2    them at the same time.  There's going to be

  3    somebody moved in one way or another, or

  4    had used one prior to using ranitidine.

  5         Q.    Dr. McTiernan, you're not a         14:45:57

  6    gastroenterologist; correct?

  7         A.    I'm not.  I'm an internist.

  8         Q.    And you haven't treated for,

  9    what, at least two decades?  Can you remind

 10    me, what is the number of years that you      14:46:09

 11    haven't treated patients?

 12         A.    I'm not sure.  I don't have my

 13    CV in front of me, but it's been decades.

 14    But I would not at that time have used two

 15    H2 blockers.  I would have -- at that time    14:46:22

 16    the drugs we had mostly available was --

 17    were cimetidine, and then a little later

 18    ranitidine, and we gave patients one or the

 19    other.  Not both.

 20         Q.    Now, Doctor, you don't have        14:46:34

 21    information on over-the-counter use

 22    patterns of ranitidine and other acid

 23    suppressant medications in Taiwan; correct?

 24         A.    That's correct, I didn't see

 25    that information in the paper.  I didn't      14:46:46
```

Page 133

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    see anything in any of their references.

3         Q.    So you don't know one way or the

4    other if over-the-counter use of ranitidine

5    has any impact on the result of this Wang      14:46:55

6    study specifically; correct?

7         A.    I'm going to look.

8              I believe the author has

9    mentioned, and it's possible in any of the

10   countries, any of the database studies that   14:47:12

11   looked to this, if they didn't have

12   over-the-counter data available, there's

13   certainly potential for any of those

14   studies to have what we call

15   non-differential misclassification.           14:47:28

16             So if you don't know if people

17   -- you had outside sources of these

18   medications, it would bias relative risk to

19   1.

20        Q.    Doctor, I understand that          14:47:37

21   there's always a potential for

22   over-the-counter medication, but my only

23   question is, you don't know one way or the

24   other how much over-the-counter ranitidine

25   or other acid suppressant agents are even     14:47:47

Page 134

1        CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2     used in Taiwan; correct?

3          A.    That's right, and the authors

4     state themselves that there was scarce

5     information regarding over-the-counter        14:47:58

6     ranitidine usage, which causes the

7     underestimation of ranitidine exposure, so

8     they stated it as well.

9          Q.    Okay.

10               MS. CANAAN:  Let's go off the       14:48:08

11          record for a minute and get a time

12          check.

13               THE VIDEOGRAPHER:  Stand by one

14          second.

15               The time is 11:48.                  14:48:17

16               We are going off the record.

17               (A recess was taken.)

18               THE VIDEOGRAPHER:  The time is

19          11:57 a.m.

20               We are back on the record.          14:57:13

21               This will be the start of Media

22          Unit Number 3.

23               Counsel?

24               MS. CANAAN:  Let's bring up

25          Dr. McTiernan's rebuttal report at       14:57:23

```
                                      Page 135
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2         page 31.
 3                    (Previously marked
 4         Exhibit 2 shown to witness.)
 5    BY MS. CANAAN:                          14:57:28
 6         Q.   Dr. McTiernan, what you see on
 7    the screen is an excerpt from your rebuttal
 8    report in this litigation, and here you
 9    write:  "An additional issue that Dr. Witte
10    and the other defense experts do not        14:57:43
11    address is the applicability of study
12    results from other countries to the U.S.
13    population, medical system, prescribing
14    practices and patient adherence to
15    medications.                               14:57:55
16              "Note that five of the six
17    active-comparator studies were from
18    countries other than the U.S.
19              "Adami and Nørgaard used medical
20    records and registries of the Danish        14:58:04
21    population; Iwagami used an insurance
22    claims database from Japan; Kantor used a
23    prospective cohort study of the UK; Yoon
24    used a health insurance claims database
25    from South Korea.  Only the Kim study        14:58:20
```

```
                                    Page 136

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2    included patients from the U.S., although

 3    the information provided and the sources of

 4    patient database was vague."

 5              Did I read that correctly?        14:58:29

 6       A.    Yes.

 7       Q.    Okay.  Dr. McTiernan, what did

 8    you do to analyze how comparable the

 9    Taiwanese population is to the U.S.

10    population?                                 14:58:40

11       A.    Well, first I would note that

12    this -- if I were to update this now, I

13    would say it was six out of seven of the

14    studies, although obviously Wang was

15    primarily a comparison to non-users.       14:58:51

16              But some of the issues about how

17    this population compares to the U.S. is

18    certainly relevant.

19              And the Wang paper did not

20    provide information comparing the results   14:59:10

21    to the U.S.  We do know for all these

22    studies, and in my review -- in my report,

23    when I was reviewing the study, I looked at

24    what we call internal validation or -- so

25    internal validation.                        14:59:29
```

```
                                              Page 137
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2                 That means that within a study,

 3      you're comparing one exposure to a

 4      comparison or one exposure to another in

 5      terms of risk of disease.                    14:59:38

 6                 And so these studies have

 7      internal validity, as long as they meet

 8      good practice for epidemiology and meet

 9      criteria.  But it's true that there are not

10      many studies from the U.S.                   14:59:55

11                 Now, many of these studies did

12      have information they provided about how

13      common over-the-counter use was, for

14      example.  So Adami provided that for

15      Denmark.  And some of them provided          15:00:10

16      information about the indications for use

17      of those medications.

18                 They often used codes.  If they

19      used ICD-9 or 10 codes, those are relevant

20      to the U.S. because it's an international     15:00:24

21      classification disease code, so they're

22      readily applicable to the U.S.

23                 So first of all, I looked at the

24      studies to make sure they're internally

25      valid, comparing one set of the population   15:00:42
```

Page 138

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2     to another.  But then, and also realizing
 3     the cancer codes and any code area, codes
 4     that are disease oriented, if they used the
 5     ICD-9 codes or ICD-10 codes, they are          15:00:54
 6     relevant.
 7              But there are -- there will be
 8     differences across populations.  There's no
 9     doubt about that.  But that's part of what
10     we look at for consistency.                    15:01:04
11              So when I evaluated studies and
12     talked about consistency, I also looked at
13     how the relative risk, how the studies
14     compared and what they found across
15     studies.                                       15:01:24
16         Q.    Okay.  Doctor, in this paragraph
17     that we just looked at, you criticize Dr.
18     Witte and the other defense experts for not
19     addressing "the applicability of study
20     results from other countries to the U.S.       15:01:36
21     population, medical system, prescribing
22     practices and patient adherence to
23     medications."
24              So my question, Doctor, is, is
25     there any section of your supplemental         15:01:47
```

```
                                          Page 139

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2   report regarding the Wang study or is there

 3   any citation in your supplemental report

 4   for the Wang study where you explain

 5   whether the Taiwanese and the U.S.          15:02:04

 6   populations are comparable or not

 7   comparable?  Do you do that?

 8        A.    I don't see that I've reviewed

 9   this, but I also have not read my report

10   and my expert report in sufficient detail   15:02:37

11   to see what I have written there about the

12   issue of results in one country or another.

13        Q.    Okay.  Dr. McTiernan, do you

14   recall that in the Wang study, the Wang

15   study reports on the incidence rates of     15:03:01

16   individual cancers, obviously; correct?

17        A.    Say it again?

18        Q.    The Wang study reports on

19   incidence rates for individual cancers.

20             Do you see that?               15:03:10

21        A.    So they -- they give incident

22   rates per a thousand person-years for each

23   group.  And, again -- again, this is not --

24   it's not the same as what you might see if

25   you had a whole population rate.           15:03:29
```

Page 140

1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2              It's not like we get from the

3    SEER incidence data from the United States,

4    for example.

5              It's what they saw in their          15:03:39

6    population, so it's relevant internally,

7    comparing one group to another.

8         Q.    And my only question, Doctor, my

9    only question --

10        A.    I'm just -- I think you asked me   15:03:51

11   is this incidence rate.  It's not incidence

12   rate for a whole population.

13        Q.    I understand that.  It's the

14   incidence rate for this study.

15             In this study, the cancer with      15:03:59

16   the highest incidence, the highest

17   background rate in this study was liver

18   cancer; correct?

19        A.    That is correct.

20        Q.    Okay.                               15:04:10

21             MS. CANAAN:  I'm going to

22        reserve the rest of my time and turn

23        now the questioning over to Mr. Ronca.

24             We can go off the record.

25             Let's go off the record, please.    15:04:26

Page 141

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2              THE VIDEOGRAPHER:  Stand by.

3              We'll go off the record.

4              The time is 12:04.  We're going

5         off the record.                        15:04:38

6              (A luncheon recess was taken

7         from 12:04 p.m. PDT to 12:49 PDT)

8    A F T E R N O O N     S E S S I O N

9         (Time Resumed:  12:49 p.m. PDT)

10            ANNE McTIERNAN, MD, Ph.D.,

11   having been previously duly sworn/affirmed,

12   resumed and testified as follows:

13             THE VIDEOGRAPHER:  The time is

14        12:49.

15             We are back on the record and    15:49:12

16        this will be the start of Media Unit

17        Number 3.

18   EXAMINATION BY

19   MR. RONCA:

20        Q.   Good afternoon, Dr. McTiernan.   15:49:24

21             So we're here today because a

22   new study came out, the Wang study, and the

23   Court wanted to hear testimony about that

24   and how that study dovetails into what had

25   been in the reports previously from before  15:49:39

```
                                        Page 142

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    the Wang study's publication date.
 3              So I think what we'll do is
 4    we'll start talking about Wang and then
 5    we'll get into the dovetailing and how it    15:49:48
 6    affects other things and we may pick up
 7    some along the way.
 8              So first, did you use the same
 9    scientific method in evaluating the Wang
10    study and integrating the results of Wang    15:50:03
11    into your opinions as you used in your
12    earlier reports?
13         A.   Yes.
14         Q.   And that was a systematic
15    review?                                      15:50:13
16         A.   Yes.
17         Q.   And in your original report, did
18    you describe all the elements necessary to
19    do a systematic review, and actually in
20    great detail?                                15:50:26
21              MS. CANAAN:  Objection.
22              Form.
23         A.   Yes.
24         Q.   Did you follow all of those
25    steps in dealing with the Wang study?        15:50:34
```

```
                                             Page 143
 1       CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2                MS. CANAAN:   Objection.
 3                Form.
 4       A.     Yes.
 5       Q.     Can you explain briefly, does      15:50:39
 6    the evaluation of a study in a systematic
 7    review simply mean looking at the results
 8    and comparing results from one study to
 9    another?
10       A.     Not at all.                        15:50:55
11                The systematic review requires
12    first identifying what the question is,
13    looking at the methods used, looking at the
14    population that it represents, what -- what
15    data were collected, how they were          15:51:13
16    collected, what their validity are, how the
17    investigators decided on comparisons and
18    how they conducted those comparisons and
19    how they minimized bias for that particular
20    study question and set of data.             15:51:32
21                And then finally it looks at the
22    data they had, how they analyzed it and how
23    they presented it.
24       Q.     And does it require you to go
25    and look behind the actual results and see  15:51:43
```

Page 144

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    how the authors of the study got to the

3    result?

4         A.    Absolutely.  It's critical to

5    look at where the data came from and what        15:51:50

6    they mean.

7         Q.    Okay.  Now, going to the Wang

8    study, you mentioned that what's important

9    to look at is what is the study design and

10   study questioning.                                15:52:01

11              Can you in summary form, because

12   we have time limits, describe the Wang

13   study and how they went about getting to

14   their results.

15              MS. CANAAN:  Objection to the          15:52:09

16       form.

17        A.    Well, the study asked the

18   question, does ranitidine affect risk of

19   various cancers; overall cancer, not

20   specific cancers.  And it was set within         15:52:21

21   the insurance and health and record

22   database that's in Taiwan.

23              This is a health insurance

24   system that's -- that it represents the

25   entire population of Taiwan of 23 million        15:52:41

```
                                             Page 145
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    people.  Two million people in Taiwan had
 3    long-term follow-up, so this is the cohort
 4    that the investigators started with, two
 5    million people.                           15:52:52
 6              Then they had set criteria of
 7    eligibility for their study.  Either the
 8    individuals had used ranitidine for over 90
 9    defined daily doses, or had not.
10              And then they had -- they set    15:53:07
11    certain methods for selecting comparison
12    groups using a matching criteria which has
13    been done in many of these other
14    large-scale electronic health record
15    database study.  It's called a propensity   15:53:26
16    score matching.
17              So they identified a cohort of
18    ranitidine users and selected and created a
19    cohort, and they call it an artificial
20    cohort, but it's set up to compare          15:53:41
21    non-users to users of ranitidine.
22              And then they followed these
23    people for up to 18 years in both groups.
24    And then they determined the incidence of
25    cancer in both groups and compared          15:53:59
```

Page 146

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    incidence of cancer in ranitidine users

3    versus non-users, and specific cancers.

4              The cancer diagnoses were

5    obtained from a cancer registry and the          15:54:13

6    ranitidine use was obtained from the

7    prescription dispensation database that's

8    used by all of the population of Taiwan.

9              As a secondary analyses, then

10   they also looked at a subcohort of              15:54:31

11   famotidine users.  And famotidine is

12   another H2 blocker that is similar in

13   indications and activity as is ranitidine,

14   but without the NDMA contamination or

15   content.  And so famotidine use was the          15:54:55

16   main comparator, but as another secondary

17   analysis -- sorry, the main comparator for

18   that secondary analysis.

19              And a third comparison group was

20   also a secondary analysis that was looking      15:55:11

21   at people who had used protein pump

22   inhibitors, another acid blocking medicine.

23              And so the investigators looked

24   at incidence in the two groups in their

25   main analysis, in ranitidine users and in        15:55:29

Page 147

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    non-users, and calculated hazard ratio,

3    which is an estimate of relative risk in

4    ranitidine users compared to non-users.

5              They also divided users into how    15:55:42

6    much of these medications they had used,

7    using the pharmacy records.  So this --

8    sorry -- how much they have been dispensed

9    using the pharmacy records.

10             And so they divided users into      15:55:55

11   four groups and looked at risk in each of

12   these groups for three specific cancers

13   that are relevant to this litigation, and

14   that is liver cancer, stomach cancer and

15   pancreas cancer.                               15:56:13

16             And that dividing into groups

17   gives us two sets of information.  One is

18   dose-response analysis, meaning if you have

19   higher -- in dispensation, a higher amount

20   of medication that was -- that was used for   15:56:29

21   -- that these individuals used, what does

22   that do to the risk.  Is there increased

23   risk with increasing use.

24             It also gives us some

25   information about what is the relative risk   15:56:43

Page 148

```
 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   for these specific ranges of doses.
 3              And then the investigators did
 4   some of these analyses as well for these
 5   comparisons to famotidine use and to          15:56:59
 6   protein pump inhibitor use.
 7     Q.    Okay, let me stop you there for
 8   a second.  A couple of things I want you to
 9   just answer.
10              First, you mentioned "primary     15:57:10
11   analysis" and "secondary analysis."  So can
12   you just give us a little bit about why
13   that's important and what the difference
14   is.
15              MS. CANAAN:  Objection to the     15:57:23
16         form.
17     A.    When investigators are deciding
18   to look into a question, they set out,
19   whether it's writing it on a paper, in a
20   protocol, but the question is what's the     15:57:37
21   main thing they're interested in knowing.
22              And these investigators chose to
23   look at the effect of ranitidine compared
24   to non-users.  And that's a similar type of
25   analysis as what's recommended by the FDA.   15:57:56
```

```
                                              Page 149
```

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    FDA recommends that multiple comparison

3    groups be looked at.

4              And so these investigators

5    decided that was their question for their    15:58:05

6    main analysis.

7              For a sub question, they were

8    interested in looking at a little closer of

9    the potential for protopathic bias, which

10   is when there could be bias in choice of a    15:58:24

11   medication based on symptoms of an early

12   cancer.  So they decided to look at what's

13   called an active-comparator, and then chose

14   famotidine.

15             And then they did a second          15:58:35

16   active-comparator analysis, which was

17   protein pump inhibitors.

18             Usually in studies, the main

19   analysis is the one that the study is

20   powered for.  It's the main analysis.  And    15:58:51

21   sub-analyses often will have smaller

22   groups, and that's what we found in this

23   study as well.  Smaller groups of people,

24   secondary analysis, and they're there as a

25   way to check on the first analysis, the       15:59:07

Page 150

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
2    main analysis.
3         Q.    So in the Wang study, the main
4    analysis was, is there an increased risk of
5    cancer for users of ranitidine versus          15:59:18
6    non-users of ranitidine; correct?
7         A.    That's correct.
8         Q.    And then the secondary analysis
9    was to see whether comparisons with
10   famotidine or PPIs also showed an increased   15:59:30
11   risk for ranitidine users.
12            MS. CANAAN:  Objection to the
13        form.
14        A.    Correct.
15        Q.    And in this study, was there an    15:59:40
16   increased risk for certain cancers -- and
17   we'll go into it, but was there an
18   increased risk for certain cancers for
19   ranitidine users over non-users?
20        A.    There was elevated risk for        15:59:56
21   several cancers.
22            For the cancers that are
23   involved in this litigation, the relative
24   risk were above 1 for every one, and so
25   including liver, stomach, pancreas,           16:00:09

Page 151

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    esophagus and bladder.  They were all --

3    the relative risks were all above 1.

4              And the --

5              MR. RONCA:  Can we bring up the      16:00:33

6         Wang study?  Eva marked it as an

7         exhibit.

8              THE TECHNICIAN:  One second,

9         please.

10                   (Previously marked

11         Exhibit 111 shown to witness.)

12              MR. RONCA:  There it is.  And

13         can you make it a little larger,

14         please?  Okay.

15    BY MR. RONCA:                                 16:01:07

16         Q.   So let's back up for a second

17    and let's talk about the -- let's start

18    with the incidence rates.

19              MR. RONCA:  So the incidence

20         rates are on page 12.  It should be a    16:01:21

21         table.  Now I'm in the wrong place.

22              Give me a second, please.

23              THE WITNESS:  Table 2.

24              MR. RONCA:  Table 2.  Sorry.

25              There you go.  You can make that     16:01:59

```
                                              Page 152

 1       CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2          table bigger.

 3   BY MR. RONCA:

 4       Q.    This is a table of incidence

 5   rates for the individual cancers per a        16:02:03

 6   thousand person-years.

 7              Can you explain what this table

 8   shows?

 9       A.    So these show the number of

10   cancer cases of each specific type that's     16:02:13

11   listed there for each thousand persons

12   followed for one year.  And these rates are

13   presented separately from ranitidine users

14   and the non-user comparison cohort.

15              So you can see the incidence        16:02:33

16   rates of liver cancer for ranitidine users

17   is 1.35, then it's 1.16 for the comparison

18   cohort.

19              And for the five cancers in this

20   litigation, the incidence rate is higher      16:02:45

21   for all of the -- the five cancers in the

22   ranitidine users compared to the non-users.

23       Q.    Does the incident rate give us

24   any information about whether the result of

25   this study might be generalizable because     16:03:02
```

Page 153

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    it balances information from two different

3    groups within the same population?

4              MS. CANAAN:  Objection to the

5         form of the question.                    16:03:10

6         A.    What this tells us is the

7    incidence rates in these two cohorts, this

8    is the rate per thousand per year.

9              Since this cohort came from the

10   entire population of Taiwan, it's more       16:03:25

11   representative than if we just randomly

12   picked people off the street or picked

13   whoever was walking by, so it does

14   represent a population.

15             However, there were some           16:03:40

16   criteria of exclusion here.  So if you

17   looked at a registry, you might see

18   different numbers.

19             And so we see -- and, for

20   example, this cohort excluded anybody under  16:03:56

21   age 40, and so that -- and people age 40

22   and over, there would be higher rates of

23   most of these cancers, because most cancers

24   increase in the older age groups.  There

25   are no young adults to water down that       16:04:11

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   rate.  So it represents the population of
 3   people that fit those eligibility criteria
 4   for this study.
 5        Q.    But it gives us some information   16:04:22
 6   about the generalizability of the results
 7   between an untreated group and a
 8   ranitidine-treated group; correct?
 9        A.    Well --
10             MS. CANAAN:  Objection to the --   16:04:32
11        Dr. McTiernan, just give me a tiny
12        amount of time to object.
13             Objection to the form of the
14        question.  Leading.
15   BY MR. RONCA:                                 16:04:46
16        Q.    You can answer.
17        A.    Okay.  Can you repeat the
18   question?
19        Q.    Yes.  Does the fact that they
20   have the incident rate for two matched       16:04:53
21   groups -- one treated, one untreated --
22   give us some confidence that there is some
23   generalizability to the results?
24             MS. CANAAN:  Objection to the
25        form of the question.               16:05:06
```

```
1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
2         A.     Well, the fact that they're
3    matched means that it's not directly
4    exactly what we would see in a population.
5              And as I mentioned, it excludes    16:05:20
6    people under age 40.  But because they
7    match, they're very high validity within
8    this comparison.
9              And it does tell us something
10   about the relative frequency in that        16:05:31
11   population with that particular cancer, but
12   we couldn't say the incident rate in Taiwan
13   for liver cancer is 1.16 exactly.  We just
14   don't know for their entire population.
15             So it's -- it has high internal    16:05:48
16   validity based on their method of
17   selection.
18             And this is going to be true of
19   any of these studies that are based on
20   large databases, that they represent a      16:06:01
21   population so that's very valuable for the
22   studies.  But when they start getting
23   smaller and smaller sections of a cohort,
24   then it doesn't mean that that's an exact
25   one-to-one match to what you're going to     16:06:19
```

```
                                        Page 156
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   see in the general population.
 3        Q.    Okay.  Did you use this incident
 4   rates table and the other information in
 5   this study to help incorporate that into    16:06:30
 6   your systematic review?
 7             MS. CANAAN:  Objection to the
 8        form.
 9        A.    Well, these incident rates are
10   useful because you can see how they compare  16:06:44
11   with ranitidine users and non-users.
12             But particularly important is it
13   tells us the number of cases within these
14   two cohorts.  Then you can see some cancers
15   are more common in these cohorts, and so     16:06:57
16   that they're going to have higher power to
17   see statistically significant effects.
18             So the more common cancers here
19   are liver cancer and stomach cancer and the
20   least common are pancreas and esophagus      16:07:15
21   cancer.
22        Q.    Okay.
23             MR. RONCA:  Would you bring up
24        Tab 1 from my folder.
25             THE TECHNICIAN:  Coming up.       16:07:32
```

Page 157

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2                Confirming that we're

3         introducing that as Exhibit 1?

4                MR. RONCA:  Yes.

5                    (Plaintiffs' Exhibit 1      16:07:43

6         marked for identification, article by

7         Wang, et al. from International

8         Journal of Environmental Research and

9         Public Health.)

10               MR. RONCA:  Now, can you make      16:08:25

11        the abstract paragraph larger.  Would

12        you highlight the sentence in the

13        middle of the paragraph that begins "a

14        multivariable Cox regression

15        analysis."  Yes.  Can you highlight      16:08:49

16        that sentence?

17               THE TECHNICIAN:  Not as such.

18               (Technical discussion.)

19               MR. RONCA:  That's all right.

20               We'll do it without.      16:08:59

21     BY MR. RONCA:

22        Q.    So, Dr. McTiernan, just to speed

23     things up, these authors reported that

24     after they did a multivariable Cox

25     regression analysis comparing cancer risk      16:09:12

```
                                          Page 158
 1       CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    with the untreated groups and the
 3    ranitidine, increased risk of liver, lung,
 4    gastric and pancreatic cancer foreseen; is
 5    that right?                              16:09:28
 6        A.    Yes, that's what they state in
 7    that paragraph, yes.
 8        Q.    And each of those results were
 9    statistically significant?
10        A.    Yes.                           16:09:37
11        Q.    And I'm fully aware of the
12    debate about whether the words "statistical
13    significant" should be used as opposed to
14    talking about confidence interval.
15            But just as a shorthand, would    16:09:47
16    you, throughout the rest of your testimony,
17    if it's got a confidence interval that
18    doesn't include 1 or otherwise meets the
19    requirements of the p-value, that you call
20    it "statistically significant" so we can    16:10:05
21    move a little faster.  Okay?
22            MS. CANAAN:  Objection to the
23        form.
24        A.    Yes.
25        Q.    Let's go down to Figure 2.      16:10:11
```

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    Figure 2.  Dr. McTiernan, does Figure 2

3    represent all of the study's findings

4    regarding cancer risk and exposure to

5    ranitidine compared to an untreated group?    16:10:47

6              MS. CANAAN:  Objection to the

7         form.

8         A.    Yes.

9         Q.    And we've highlighted here the

10   five cancers:  bladder, pancreas, gastric,    16:10:57

11   esophageal and liver cancer.

12             Three of those -- liver, gastric

13   and pancreas -- are statistically

14   significant; is that right?

15        A.    That's correct, and these are    16:11:12

16   hazard ratios.  The "HR" at the top of that

17   graph stands for hazard ratio, which is

18   similar to relative risk.

19             So what that tells us is that

20   for liver cancer, the risk was increased by    16:11:25

21   22 percent in ranitidine users versus

22   non-users.  The risk for stomach cancer,

23   which is gastric there, was increased by

24   26 percent in ranitidine users compared to

25   non-users.  And pancreas cancer was    16:11:43

```
                                        Page 160
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   increased by 35 percent in ranitidine users
 3   compared to non-users.
 4           And then esophageal cancer was
 5   increased by 27 percent, but the results    16:11:57
 6   did not include statistical significance.
 7      Q.    And what about bladder cancer?
 8      A.    And bladder cancer was increased
 9   by 6 percent, also was not statistically
10   significant.                                 16:12:16
11      Q.    All right.  And we're going to
12   talk about bladder cancer later and also
13   the numbers that underlie these hazard
14   ratios, but let's go down to the charts
15   that are immediately below that.             16:12:25
16           These are called Kaplan-Meier
17   curves; is that correct?
18      A.    Yes.
19      Q.    Would you explain what we're
20   looking at and why it's important.           16:12:36
21      A.    So these are graphs showing the
22   risk of cancers, four specific cancers.
23   The top left is liver, top right is lung,
24   bottom left is stomach and bottom right is
25   pancreas.  So risk of those cancers over     16:12:51
```

Page 161

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    time in those two groups.

3              So the blue line on the bottom

4    in each graph represents non-users, people

5    that did not use ranitidine, and the line      16:13:01

6    on top, the red line is those who did use

7    ranitidine.

8              And just looking up at the one

9    for liver on top, the number of -- along

10   the axis on the bottom is the years of        16:13:14

11   follow-up, and you see it goes from zero to

12   18 years of follow-up.

13             The number on the Y axis on the

14   left is the cumulative incidence, so the

15   number of cases that have accrued over        16:13:32

16   time.

17             And we see that the line for

18   ranitidine users compared to non-users

19   starts out very similar the first year to

20   -- in between those two lines, between        16:13:47

21   ranitidine users and non-users.

22             And as time goes on, you see a

23   widening of those lines, the increased

24   distance between ranitidine users and

25   non-users.  And that's typical for what I     16:14:02

Page 162

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2      see in a carcinogen.  A carcinogen takes

3      time to take effect.

4                It early on can make changes in

5      cellular DNA, can start the cancer process,    16:14:18

6      but it's going to take years for cancer to

7      be diagnosed.

8                And so this is consistent with

9      that, that you see not much effect in the

10     beginning of follow-up and you see more         16:14:34

11     increased differences between the lines, so

12     greater risk with ranitidine users compared

13     to non-users over time.

14               You see that same trend for all

15     of these graphs, and particular notice to       16:14:49

16     those three cancers that are part of this

17     litigation, so being liver, stomach and

18     pancreas.

19        Q.    And is there an importance to

20     the fact that these lines separate on a         16:15:02

21     sort of regular pattern from the earliest

22     point up to 18 years as opposed to getting

23     closer together and farther apart?

24               MS. CANAAN:  Objection to the

25        form.  Leading.                              16:15:15

```
                                        Page 163
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2         A.    This tells me that risk
 3   increases over time.  The risk of
 4   ranitidine acting as a carcinogen is
 5   increasing over time.                    16:15:29
 6             It also tells me that if a study
 7   had very short follow-up, then all of the
 8   lines that you would see -- I suppose this
 9   study only had four years of follow-up --
10   you wouldn't see so much difference between  16:15:44
11   the lines.
12             And there were some studies in
13   this litigation that had very short
14   follow-up.  And they therefore may have
15   underestimated the difference between     16:15:55
16   ranitidine users and non-users in terms of
17   risk of specific cancers.
18         Q.    So one of the things that this
19   series of charts demonstrates visually is
20   that over time, the ranitidine users had   16:16:10
21   more and more and more cancer; is that
22   right?
23             MS. CANAAN:  Objection to the
24         form.
25         Q.    And the second thing is --      16:16:18
```

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2              THE WITNESS:  I didn't answer
 3          "yes."
 4   BY MR. RONCA:
 5          Q.    And the second thing is that if    16:16:24
 6   you were to cut it off at shorter times,
 7   the lines would be so close together that
 8   you wouldn't really see much difference.
 9              MS. CANAAN:  Objection to the
10          form.                                    16:16:33
11          A.    That's correct.
12          Q.    And this kind of demonstration
13   shows that studies with shorter follow-up
14   times may not show the increased cancer
15   risk.                                           16:16:44
16          A.    That's correct.
17              MS. CANAAN:  Objection to the
18          form.  Leading.
19   BY MR. RONCA:
20          Q.    Now, we're going to go maybe       16:16:49
21   just for a minute into comparison between
22   the Wang study and some of the other
23   studies.
24              I'm going to take an example of
25   the Denmark -- studies from the Denmark        16:17:00
```

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   database, and that's Adami and Nørgaard.
 3              Did Adami and Nørgaard show
 4   graphs like these?
 5      A.    No, they did not.              16:17:16
 6      Q.    And are graphs like these
 7   important in making your determination as
 8   to whether there's a causal relationship
 9   between ranitidine and cancer?
10              MS. CANAAN:  Objection to the    16:17:30
11        form.
12      A.    A graph like this is very
13   useful.  It shows the increasing level of
14   risk over time.  It shows consistency with
15   what one would expect with a carcinogen.    16:17:43
16              It's not seen -- not all studies
17   are going to have this, and so it's not
18   necessary for a causal analysis, but it's
19   very helpful.
20      Q.    Okay.  And one other thing that    16:17:59
21   I just want to point out here from a detail
22   point of view.
23              So looking at the X axis on
24   these four graphs, they're not all the
25   same, are they?                        16:18:10
```

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2         A.    Just a correction:  The X axis

3    is 18 on all of this, so the Xs on the

4    bottom --

5         Q.    I'm sorry, the Y axis.           16:18:21

6         A.    Yeah.  But the Y axis is

7    incidence of cancer, so number --

8    cumulative incidence of liver, gastric,

9    pancreas and lung cancers.

10             So we know from Table 1 that --   16:18:33

11    or 2, sorry -- that there's a difference in

12    incidence and difference in numbers of

13    cases of these different types of cancer,

14    so it's not unexpected that that X axis --

15    Y axis would be different.               16:18:49

16         Q.    But that's the kind of detail a

17    person doing -- or an epidemiologist doing

18    a systematic review needs to look at to

19    make sure they're comparing apples to

20    apples; is that right?                   16:19:00

21             MS. CANAAN:  Objection to the

22         form.  Leading.  That's not in

23         evidence.

24         A.    Yes.

25         Q.    Okay.  Now, let's move down to   16:19:08

Page 167

```
 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   Figure 4, please.  And I want to show
 3   Figure 4 and the -- some things are blocked
 4   out.
 5           Look, what we need to do, this      16:19:26
 6   is not working.  We need to go back to the
 7   other Adami -- not Adami -- the other
 8   exhibit which shows the Wang study.
 9           THE TECHNICIAN:  One second,
10      please.                                  16:19:49
11           MR. RONCA:  Is there a way I can
12      have annotation?
13           THE TECHNICIAN:  That's what I'm
14      trying to give you now.  You want to
15      highlight some things; right?            16:20:01
16           MR. RONCA:  Yes.  We're going to
17      go back down to Table 4 -- I mean,
18      Figure 4, Table 3, and make that
19      bigger.
20   BY MR. RONCA:                               16:20:48
21      Q.   Now, Dr. McTiernan, would you
22   explain what's going on, what information
23   is given by Figure 4, and Figure 4 only
24   regards liver cancer.
25      A.   So this is a figure showing         16:21:01
```

Page 168

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2     cumulative incidence, number of cases

3     accumulating over time for liver cancer for

4     different lengths of prescription -- sorry

5     -- different defined daily dose compared to    16:21:20

6     non-user, and this is liver cancer.

7               So there are five curves in this

8     graph.  One curve, one line for each of

9     these different categories.

10              The bottom curve on that graph       16:21:37

11    is never users; the next one up in red is

12    for users of 90 to 180 defined daily doses;

13    the beige one is for 181 to 270 defined

14    daily doses; the purple one is 271 to 360

15    defined daily doses; and the green one on      16:22:00

16    top is for over 360 defined daily doses.

17              Along the bottom, like in the

18    other graph we just saw, is the years of

19    follow-up, up to 18 years.

20              And on the line on the left, the      16:22:14

21    vertical line, the Y axis shows the

22    incidence of that cancer, the cumulative

23    incidence.

24              And so what this graph shows is

25    several things.  One, it shows that we have     16:22:29

```
                                      Page 169
```

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    very different curves depending on how much

3    dose the person -- persons, the group,

4    received.

5                  So for that, those individuals    16:22:40

6    who had received over 360 defined daily

7    doses of ranitidine, they had the highest

8    risk.  It's shown in green and it goes up

9    with time.

10                 So similar to those other         16:22:58

11   graphs, we see divergence of all of these

12   doses with the exception of the very lowest

13   dose.  For this cancer, for liver cancer,

14   we see an effect from the 181 to 270, the

15   271 to 360, and then over 360 defined daily  16:23:18

16   dose.

17                 The p-values there are

18   describing two comparisons, the green line

19   versus the non-users is statistically

20   significant, a minus .001.                     16:23:33

21                 The other thing it tells us, if

22   a study had people in it or the majority of

23   people who had used very little ranitidine,

24   who would have been in the smallest user

25   group, 90 to 180, they had -- that line was   16:23:50

```
                                              Page 170
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    very similar to the non-users.
 3              So we can see that this -- if a
 4    study only included people like this, very
 5    short-term low-dose users, it's not going     16:24:05
 6    to look like this much of an effect.
 7              Where you really see an effect
 8    is in the longer term users.
 9              Now, over 360 DDDs, there were
10    14,000 people in the ranitidine users, so     16:24:17
11    it's a fairly large group, but it still
12    does not represent the majority of users by
13    any means, so most of the users still were
14    not long-term users.
15              And we don't know how many         16:24:34
16    people over 360, which is similar to one
17    year of use, we don't know how many people
18    were at what level of use beyond that.
19              So it tells us several things.
20    That dose matters, that high dose has the     16:24:49
21    greatest effect, that low dose might not
22    show such an effect.
23      Q.    Okay.  A couple of things.
24              First of all, what the Wang
25    authors used was a defined daily dose and     16:25:07
```

```
                                    Page 171

 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2    then broke it down into these four

 3    categories; right?

 4         A.    Yes.

 5         Q.    And so they had a specific      16:25:13

 6    amount of ranitidine exposure that was

 7    measured for each of these groups.

 8               MS. CANAAN:  Objection to the

 9         form.

10         A.    That's correct.  It's based on a  16:25:27

11    World Health Organization categorization or

12    drug.  So for ranitidine, a defined daily

13    dose is considered to be the 300-milligram

14    tablet or pill.  And so if somebody has

15    over 360 DDDs, that means they would be     16:25:44

16    taking 300 milligrams for 360 days.

17         Q.    Some of the other studies did

18    not have a defined daily dose as part of

19    their analysis; is that right?

20         A.    That's correct.                  16:26:04

21         Q.    And what the Wang authors did

22    was break down all of the ranitidine users

23    into how much they used and the number of

24    years of exposure; right?

25         A.    Yes.                             16:26:19
```

```
                                             Page 172
 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2              MS. CANAAN:  Objection to the
 3         form.
 4    BY MR. RONCA:
 5         Q.    Do we see this type of breakdown   16:26:23
 6    in some of the other studies, like the
 7    Denmark studies by Adami or Nørgaard?
 8              MS. CANAAN:  Objection to the
 9         form.
10         A.    Adami and Nørgaard did not have   16:26:33
11    this type of breakdown.  Cardwell, who
12    looked at bladder cancer, did have this
13    information, but the other studies did not
14    give this type of breakdown.
15         Q.    And with respect to making        16:26:47
16    decisions and coming to opinions about dose
17    and dose-response, is it important to have
18    this kind of information and this kind of
19    breakdown within the study?
20              MS. CANAAN:  Objection to the      16:27:01
21         form.
22         A.    Yes.
23         Q.    And is it important to have a
24    defined exposure, like defined daily dose,
25    as opposed to just prescription?             16:27:10
```

Page 173

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2            MS. CANAAN:  Objection to the

3        form.

4        A.    Yes, because if you have a

5    prescription, and the investigators or the    16:27:18

6    authors of the paper have not told you what

7    a prescription represents, meaning how long

8    a prescription was, was it two weeks, a

9    month, two months, three months, and what

10   the dose was in the prescription, then you    16:27:34

11   really don't know what you're looking at.

12           And, two, somebody with a

13   different -- somebody with the same

14   category of prescription, so say one person

15   had five prescriptions, that could be five    16:27:45

16   prescriptions of two weeks in length.

17   That's only ten weeks of medication.

18           Another person -- for another

19   person, each prescription might be three

20   months.  So when you add those together,     16:27:58

21   pretend that they're the same dose, you get

22   misclassification.  That's going to

23   underestimate any estimate of risk.

24       Q.    And does having this type of

25   information make a study stronger when       16:28:11

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    you're trying to determine from a
 3    systematic review whether there's a causal
 4    relationship with cancer?
 5              MS. CANAAN:  Objection to the      16:28:19
 6        form.
 7        A.    Well, one of the most important
 8    things that this can provide is
 9    dose-response information, and that's part
10    of a causal analysis.  It's not required,    16:28:32
11    but it's a helpful thing to know for
12    determining causation.
13              And the other thing it can tell
14    us is what -- what's the impact of
15    ranitidine somebody had, meaning how much    16:28:50
16    were these people taking.
17              If you have a study that just
18    tells us ever and ever for ranitidine use,
19    you don't know if somebody just had tried
20    out a few pills and stopped taking them or   16:29:02
21    somebody else might have been taking them
22    for ten years.
23              So what this does is gives us
24    more information about that and it helps
25    clarify relationships, associations and      16:29:19
```

Page 175

1       CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    determining causal analysis.

3         Q.    Okay.  So you mentioned

4    dose-response so let's go to that, and

5    that's the Table 3 below that.                16:29:31

6              MR. RONCA:  So can you move that

7         up a little bit?  Okay.

8              You can move it down again.

9         Thank you.  A little more.  Thank you.

10   BY MR. RONCA:                                 16:29:48

11        Q.    All right.  So Table 3

12   represents dose-response relationships for

13   three of the cancers of interest?

14        A.    Yes, for liver cancer, stomach

15   cancer and pancreas cancer.                   16:29:57

16        Q.    So let's just look at the

17   results for liver cancer first.

18              I think in the questioning by

19   Ms. Canaan, it came out that liver cancer

20   had a continuous dose-response curve; is      16:30:12

21   that right?

22              MS. CANAAN:  Objection to the

23        form.

24        A.    That's correct.

25        Q.    And what does that mean?           16:30:20

```
                                          Page 176
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2          A.    So looking at categories like
 3    this, it would mean that you see a
 4    continuous increase in risk with increasing
 5    dose.                              16:30:34
 6              So the relative risk was 1.03
 7    for the lowest dose of use, increasing to
 8    1.42, or 42 percent increased risk for
 9    people who had over 360 defined daily dose.
10          Q.    And for people who had over 360   16:30:50
11    defined daily doses, was the increased risk
12    of 42 percent statistically significant?
13          A.    Yes.
14          Q.    Let's go to the next category,
15    which is gastric cancer.            16:31:06
16              Now, gastric did not have
17    continuous dose-response, but did have
18    increased risk in each group; is that
19    right?
20              MS. CANAAN:  Objection to the       16:31:18
21        form of the question.
22          A.    That's right.  Relative risk for
23    people in the lowest group, the 90 to 180
24    defined daily dose, had a 26 percent
25    increased risk.  That dropped to 13 percent  16:31:32
```

Page 177

1        CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    in the next group, but then overcame the

3    first group at 27 percent, and that the

4    highest dose group had a 33 percent

5    increased risk.                              16:31:46

6        Q.    And in that highest dose group,

7    that's people over 360 defined daily doses,

8    was the increased risk statistically

9    significant?

10       A.    Yes.                               16:31:58

11       Q.    And the last group was

12   pancreatic cancer.

13             Pancreatic cancer had an

14   increased risk in the lowest group?

15             MS. CANAAN:  Objection to the      16:32:11

16       form.

17   BY MR. RONCA:

18       Q.    I think your answer was covered

19   up.

20       A.    Yes.                               16:32:18

21       Q.    But it didn't show an increased

22   risk in the higher groups; is that right?

23       A.    Well, the second group showed a

24   10 percent increased risk, and the highest

25   group showed a 22 percent increased risk.    16:32:28

Page 178

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

1

2       Q.    But it appears that the risks

3   are going down.  Is that the way it should

4   go?

5              MS. CANAAN:  Objection to the      16:32:35

6       form.

7       A.    The relative risk, agreed, went

8   down with higher dose.  It's not clear if

9   that's because of small sample size or if

10  there's a threshold effect.  We just know     16:32:50

11  what we see, what the data show us, that

12  the highest risk was in the lowest dose

13  range.

14      Q.    So the fact that there is no

15  dose-response here, that could be             16:33:00

16  attributable to other causes?

17      A.    That's right.  It could be a

18  real threshold effect for that cancer or it

19  could be because there's small numbers of

20  pancreas.                                     16:33:13

21              And we know that they have

22  smaller numbers overall in this study, and

23  once we divide it into four categories,

24  they were going to be small numbers in each

25  category.                                     16:33:23

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2          Q.    All right.  Now let's talk
 3   briefly about the active-comparator
 4   analysis because we're taking a lot of time
 5   here.  We're running out of time.          16:33:49
 6              MR. RONCA:  If we can go to page
 7       10.
 8   BY MR. RONCA:
 9          Q.    And these are the results on
10   Table 4 of the active-comparator analysis   16:34:23
11   with famotidine; is that right?
12          A.    Yes.
13          Q.    And were the hazard ratios
14   increased for the ranitidine group for each
15   of the five cancers?                        16:34:44
16          A.    Yes, they were.
17          Q.    And could you just give us the
18   amount for each cancer versus famotidine.
19          A.    Okay.  This is a comparison of
20   the ranitidine users versus famotidine, the  16:34:59
21   relative risk was increased 22 percent for
22   liver, which is identical to what was seen
23   for non-users; increased 19 percent --
24   sorry, that first one was statistically
25   significant, famotidine for liver; the       16:35:15
```

```
                                           Page 180
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   esophageal cancer was increased by
 3   19 percent compared to 27 percent in the
 4   users overall; pancreas cancer was
 5   increased by 25 percent compared to         16:35:30
 6   35 percent in the non-users overall; and
 7   bladder cancer was increased 3 percent
 8   compared to 6 percent in the users
 9   overall.  And I think I missed one,
10   esophagus -- esophagus maybe?              16:35:49
11      Q.    Yeah.  Esophageal is on the
12   third line down.
13      A.    That was increased -- both
14   esophageal and stomach cancer increased 19
15   percent, esophagus compared to 27 percent  16:35:58
16   in the non-user comparison.
17      Q.    All right.  So I want to talk a
18   minute about bladder cancer.
19           Now, did bladder cancer show
20   higher statistically significant increased  16:36:08
21   risk in other studies; for example, the
22   Cardwell study?
23           MS. CANAAN:  Objection to the
24      form.  Beyond the scope of the
25      supplemental report that Dr. McTiernan  16:36:18
```

```
 1       CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2          submitted regarding the Wang study.
 3          A.    Yes, in the Cardwell study there
 4     was a statistically significant increase in
 5     bladder cancer in ranitidine users.          16:36:37
 6          Q.    All right.  Did you investigate
 7     an explanation for that?
 8               MS. CANAAN:  Objection to the
 9          form.  Beyond the scope of the
10          supplemental report that Dr. McTiernan  16:36:50
11          submitted regarding the Wang study.
12          A.    Well, one difference between the
13     Wang study and the Cardwell study and some
14     of the other studies that looked at bladder
15     cancer is that the Wang study included only  16:37:04
16     the quote for invasive bladder cancer.
17               So bladder cancer --
18     approximately half of bladder cancers are
19     of the invasive type and have -- or
20     classified as noninvasive.                   16:37:25
21               However, my understanding is
22     that noninvasive bladder cancer is still
23     something that's treated aggressively,
24     because some types of noninvasive cancer
25     can go on to metastasize or can recur, and   16:37:40
```

```
                                        Page 182

 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2    so many of those patients will have surgery

 3    or may have chemotherapy or some other

 4    intense types of therapy, so it's not just

 5    a benign condition.                      16:37:53

 6            But what it does is if,

 7    depending on that population, how many

 8    cases of noninvasive versus invasive were

 9    in that population, this can result in a

10    misclassification of disease and          16:38:13

11    understatement of relative risk.

12        Q.    Okay.  Can you go to page 3.

13            So let's just look at that for a

14    second.  So these are the codes that the

15    authors used to determine what type of     16:38:44

16    cancer would affect the various subjects of

17    the study.

18            MS. CANAAN:  Objection to the

19        form.

20    BY MR. RONCA:                             16:38:59

21        Q.    Is that right?

22        A.    Yes.

23        Q.    And the code for bladder cancer

24    is -- one second, there it is -- they have

25    an ICD-9 code of 188 and an ICD-10 code of  16:39:14
```

```
                                          Page 183
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   C-67.
 3        A.    Yes.
 4        Q.    That's invasive or malignant
 5   cancers only; correct?                    16:39:28
 6        A.    That's my understanding, yes.
 7             MS. CANAAN:  Objection to the
 8        form.
 9        Q.    And the Cardwell study had both
10   invasive and in situ cancers, and the      16:39:38
11   Nørgaard study used not only C67, but D303,
12   D090 and D095, which is invasive and in
13   situ cancers; correct?
14             MS. CANAAN:  Objection to the
15        form.  Lacks foundation.  Leading.    16:39:52
16        A.    Yes.
17        Q.    And so the fact that they were
18   looking at a broader scope of bladder
19   cancer is a reason why the numbers in this
20   study, the Wang study, were different from  16:40:10
21   the numbers in Cardwell and the numbers in
22   Nørgaard; is that right?
23             MS. CANAAN:  Objection to the
24        form.  Leading.  Lack of foundation.
25        A.    When you say "numbers," are you  16:40:21
```

Page 184

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    referring to a hazard ratio, relative risk

3    or --

4        Q.    Numbers of cancers from which

5    they calculate hazard ratios.              16:40:30

6        A.    Okay.  Well, they all had

7    different numbers because of the size of

8    their cohorts.  But for this study it could

9    have had half of the number of real cancers

10   as compared to what some of the other        16:40:42

11   studies had.

12            So most of the other studies

13   that looked at bladder cancer for this

14   litigation included both invasive and

15   noninvasive cancers.                          16:40:56

16            The only one that was also

17   limited to invasive cancer was the Kantor

18   study.

19       Q.    And this is the kind of detail

20   that you have to go into when you're doing    16:41:07

21   a systematic review.

22            You can't just look at the

23   results, but you have to look at, well,

24   what cancers did they look for, and all

25   those details in order to do a systematic    16:41:19

```
                                        Page 185
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    review and end up with a causal assessment
 3    under the Bradford Hill criteria; right?
 4              MS. CANAAN:  Objection to the
 5         form of the question.  Leading.       16:41:29
 6         A.    That's correct.
 7              MR. RONCA:  Now, let's take down
 8         the exhibit, please.
 9    BY MR. RONCA:
10         Q.    I want to ask you about two      16:41:38
11    elements of this study.  One is that there
12    were famotidine users in the ranitidine
13    group, and the other one is that we know
14    the ranitidine group had a minimum of 90
15    defined daily doses, but there's no such     16:41:59
16    information on the famotidine group.
17              Do you know what area we're
18    talking about?
19         A.    Yes.
20         Q.    Okay.  The question is, do       16:42:08
21    either of those things have any effect on
22    the primary analysis in the Wang paper?
23              MS. CANAAN:  Objection to the
24         form of the question.
25         A.    So if the primary analysis,      16:42:21
```

Page 186

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    whether or not it includes ranitidine in
 3    each group, this would not affect the
 4    primary analysis because the authors state
 5    that they adjusted famotidine in their       16:42:38
 6    regression models.
 7              So if you adjust for a variable,
 8    then that handles that comparison of the
 9    ranitidine to non-users.
10              So it would not affect that --     16:42:55
11    if this ranitidine -- sorry -- if there's
12    famotidine use in both groups, it's not
13    going to affect that overall hazard ratio
14    for the main analysis.
15      Q.    Now, in the secondary analysis,     16:43:13
16    does the fact that famotidine might appear
17    in both groups or that famotidine does not
18    have the limitation of 90 defined daily
19    doses, does that have any effect on the
20    secondary analysis?                          16:43:26
21      A.    No, because the secondary
22    analysis is then going to be a comparison
23    of famotidine use plus ranitidine versus
24    famotidine-only use.
25              So this is similar to what we      16:43:39
```

Page 187

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    talked about earlier, that in studies it's

3    not unusual to look at the effect of an

4    intervention or a medication versus

5    something else where everybody in the          16:43:55

6    cohort has a similar condition or a similar

7    other medication.

8         Q.    In one of the earlier

9    depositions relating to the Wang study,

10   witnesses were asked whether there was any     16:44:13

11   other study where you had both ranitidine

12   and other H2RA in the same cohort.

13              Are there any other studies that

14   did that?

15              MS. CANAAN:  Objection to the        16:44:26

16        form of the question.

17        A.    Yes, and for example, the Adami

18   study, which we can put up and find what

19   they stated, that because they allowed

20   people to have used other drugs, so           16:44:43

21   ranitidine users could have used other H2

22   blockers either after the cohort began or,

23   because of when the pharmaceutical

24   databases started, before then.

25              And so you have this mix of use     16:45:02

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    of medications.  So ranitidine users --

3    most likely, a large proportion of them, at

4    least some proportion -- had used these

5    other H2 blockers because they were allowed   16:45:18

6    to use them.

7        Q.    And are there any other studies

8    where there was a difference in the amount

9    of the ranitidine versus the

10   active-comparator and so that they were       16:45:32

11   unbalanced in terms of exposure?

12            MS. CANAAN:  Objection to the

13        form of the question.

14        A.    Yes.  The Yoon study had

15   different levels of defined daily dose.  So   16:45:43

16   they -- let's see what the Yoon study said

17   in terms of number of milligrams.

18            They had different number of

19   milligrams for ranitidine as eligibility,

20   cumulative milligrams -- sorry, I'll just     16:46:02

21   read what it stated.

22            So this is the Yoon cohort study

23   looking at ranitidine and the risk of

24   cancer, and they state that "ranitidine

25   users of a cumulative dose exceeding 10,000   16:46:17

```
                                            Page 189

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    milligrams and famotidine users of a
 3    cumulative dose exceeding 14,400 milligrams
 4    were selected."
 5               Now, to look at how comparable    16:46:32
 6    those two values are, you divide by the
 7    defined daily dose.
 8               So it's -- the defined daily
 9    dose is 300 for ranitidine and it's 40 for
10    famotidine.  So this tells us that the       16:46:46
11    defined daily dose and this level of
12    milligrams means that people were eligible
13    only if they used 36 days for ranitidine
14    and 360 days for famotidine.
15               So that's clearly a difference    16:46:58
16    in equivalent type of doses between the two
17    drugs.
18        Q.    Okay.  Let's go to a different
19    subject matter, okay?
20               Now, the defense has argued and   16:47:10
21    you were actually asked some questions
22    about this in your direct questioning by
23    Ms. Canaan, that in your analysis, you
24    determined that some studies were
25    unreliable, was the word they used, yet at   16:47:24
```

```
                                            Page 190
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    the same time you rely on the same results
 3    from those studies.
 4               In other words, you're relying
 5    on results from studies that, according to    16:47:33
 6    the defense, you've deemed unreliable.  And
 7    this very statement by the defendants has
 8    generated a question from Judge Rosenberg.
 9               So in the context of Wang and
10    how it dovetails with the other studies,      16:47:47
11    how do you respond to this defense
12    statement?
13               MS. CANAAN:  Objection to the
14          form of the question.
15          A.    In my reports, I did not define    16:47:56
16    or claim that any study that I listed was
17    reliable or unreliable.  I didn't use that
18    term for studies.
19               What I did was set criteria
20    ahead of time, just like with a systematic    16:48:12
21    review, determining what type of study
22    would be eligible for this type of
23    systematic review.
24               And once I had done that search
25    and gone through papers, and there were       16:48:26
```

Page 191

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    very few that I determined were

3    uninformative.

4              Examples include one that was an

5    FDA report of spontaneous adverse effects,    16:48:36

6    one that -- where the cancers that were

7    investigated were combined as a group, such

8    as a paper by Chow that combined esophagus

9    and pancreas -- esophagus and stomach

10   cancers so you couldn't tell which cancer     16:48:58

11   they were talking about, and some which

12   combined ranitidine use with something

13   else, and looking at all H2 blockers, for

14   example, which you couldn't tell was the

15   effect of ranitidine.                         16:49:11

16             There were some studies within

17   which some of the particular analyses fell

18   into that, had that issue as well.

19             So the Habel study combined

20   cancers of the bladder and kidney, so it      16:49:27

21   was not possible to tell which they were

22   talking about, and they also combined

23   stomach with esophagus, and you couldn't

24   tell which one was being looked at, but

25   they separately looked at other cancers.      16:49:42

Page 192

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2              And so if they looked at a

3    cancer where you could tell what cancer

4    they're talking about in their analysis,

5    then that's a result that I included.          16:49:51

6              There -- occasionally studies

7    combined -- I'm sorry -- one study did

8    combine ranitidine use with another H2

9    blocker, which was Iwagami, included

10   ranitidine plus nizatidine.

11             So I did rely on that study

12   because -- or did include it in my causal

13   analysis because the studies -- the

14   investigators stated that nizatidine had

15   NDMA in it, the carcinogen, or the probable   16:50:30

16   human carcinogen.

17             But I did mention that in my

18   report, that that was a weakness because

19   you really couldn't tell what's the effect

20   there of ranitidine separate from            16:50:43

21   nizatidine.

22        Q.    So when doing a systematic

23   review, you need to weigh all the studies

24   carefully and then determine qualitatively

25   whether they have sufficient strength to      16:51:00

```
                                          Page 193
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   rely on a result or to use a result in your
 3   Bradford Hill analysis; is that fair?
 4             MS. CANAAN:  Objection to the
 5        form of the question.                16:51:09
 6        A.    That is correct.  And I should
 7   mention there was one other study that I
 8   found uninformative and didn't rely on for
 9   my causal analysis, and that was a WiCAM
10   study based on a group's analysis, a group   16:51:24
11   data analysis from a large insurance
12   database in the U.S. called the Explorys
13   IBM database, so I found that study so
14   problematic, especially since the analyses
15   were not done on individual persons.        16:51:44
16             So -- but otherwise I looked at
17   every study and considered the data in all
18   the studies, whether it increased risk of
19   cancers with ranitidine or it did not.
20             And, you know, for example, the    16:51:58
21   FDA -- the study that used FDA reporting,
22   so that study looked like it showed
23   increased risk with ranitidine, but I did
24   not rely on it because it did not give the
25   kinds of data that an epidemiology study     16:52:13
```

Page 194

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2   should be giving.

3        Q.    But you talked about and you

4   described in detail the studies that you

5   found were not informative, but the fact of    16:52:22

6   the matter is that most of the

7   ranitidine-specific studies you did find

8   were informative, and then you gave weight

9   to the information in the study, depending

10  on how the study was done; is that right?     16:52:36

11            MS. CANAAN:  Objection to the

12        form of the question.  Leading and

13        entirely beyond the scope of the

14        supplemental report relating to the

15        Wang study.                              16:52:48

16       A.    Correct, there's about 15 -- I

17  haven't counted them recently -- about 15

18  studies that I did include in terms of

19  ranitidine and cancer risk.

20       Q.    So is it fair to say that the       16:52:57

21  description by the defense that you rely on

22  results of unreliable studies, that's not

23  what you did?

24            MS. CANAAN:  Objection to the

25        form of the question.  Beyond the        16:53:08

Page 195

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2        scope of the supplemental report

3        relating to the Wang study.

4        A.    That's not what I did.

5        Q.    Okay.  Let's go to -- just a          16:53:19

6    couple examples.

7                MR. RONCA:  Can we bring up

8        Dr. McTiernan's rebuttal report and go

9        to page 31.

10               And with Eva's permission, I        16:53:41

11       have it.  I can share the screen and

12       show it.  I'm just going to show page

13       31.  Is that okay, Eva?

14               MS. CANAAN:  What are you

15       showing, Jim?                              16:53:53

16               MR. RONCA:  Page 31 of the

17       rebuttal report.

18               MS. CANAAN:  Okay.  I don't know

19       what you're going to be asking but I

20       guess we'll wait and hear.                 16:54:03

21               MR. RONCA:  Page 30.  Go back

22       one page.

23               So can you start with this

24       sentence here, "by and large."  Just

25       do that sentence right here.               16:54:39

```
                                            Page 196

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2              THE TECHNICIAN:  I don't see it,

 3         sir.

 4              MR. RONCA:  Fifth line from the

 5         top.  "By and large, the            16:54:50

 6         active-comparator studies."

 7                    (Previously marked

 8         Exhibit 2 shown to witness.)

 9  BY MR. RONCA:

10      Q.    All right.  In her questioning,   16:54:55

11  Ms. Canaan asked you about this particular

12  sentence:  "By and large, the

13  active-comparator studies relied on by

14  Dr. Witte and the other experts hired by

15  the defense have serious flaws which render  16:55:09

16  their results unreliable."

17              When you wrote this sentence and

18  you were talking about "their results,"

19  were you talking about Dr. Witte and the

20  other experts' results?                  16:55:23

21              MS. CANAAN:  Objection to the

22         form of the question.  Misstates the

23         document and misrepresents

24         Dr. McTiernan's sworn testimony

25         earlier today.                     16:55:35
```

Page 197

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2          A.    This document was written as an

3    -- after my review of defense experts.  And

4    this statement refers to the work and

5    report of Dr. Witte and the other experts.   16:55:51

6              And I've not -- when I reviewed

7    these active-comparator studies as well as

8    all of the other ranitidine epidemiology

9    studies, I didn't call any of those studies

10   unreliable.  It's not a term that           16:56:11

11   epidemiologists usually use to describe a

12   study anyway, so this refers to the reports

13   of Dr. Witte and those other defense

14   experts.

15        Q.    Okay.  And let's do another       16:56:24

16   example.

17              MR. RONCA:  Can we bring up Tab

18        6 in my folder.  Do you have that?

19              THE TECHNICIAN:  One second,

20        please.                                 16:57:12

21                    (Plaintiffs' Exhibit 2

22        marked for identification, mult-page

23        document headed "Wang (2022) Does Not

24        Change the Picture.")

25   BY MR. RONCA:                                16:57:25

Page 198

```
 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2        Q.    Now, Dr. McTiernan, I'll
 3   represent to you that this was a slide that
 4   the defense showed to Judge Rosenberg at
 5   the Daubert hearings, and I want to ask you    16:57:34
 6   some questions related to this.
 7              You'll see on the right that
 8   there are two graphs.
 9              MR. RONCA:  So can we go to the
10        next page, please.                        16:57:45
11   BY MR. RONCA:
12        Q.    So this is a graph done by the
13   defendants from Wang of the dose-response
14   for liver cancer in the Wang study.
15              Did you check these numbers?        16:58:03
16   Are these numbers accurate?
17              MS. CANAAN:  Objection to the
18        form of the question.
19        A.    Yes, these relative risks that
20   have been -- so first of all, this -- it       16:58:14
21   looks like a graph of defined daily dose
22   and risk ratio.  So these look like the
23   numbers from the Table 3 in Wang, which is
24   presenting estimates for association
25   between ranitidine use duration and cancer     16:58:35
```

```
                                           Page 199
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    risk compared with non-ranitidine use on
 3    multivariable Cox proportional hazards
 4    regression.  Those are hazards ratios that
 5    have been calculated.                    16:58:51
 6              And so, yes, it looks like these
 7    are the numbers for -- for Wang, 1.03,
 8    1.12, 1.26 and 1.42, so showing the level
 9    of risk with increasing level of dose of
10    ranitidine.                              16:59:10
11              And those bars around them,
12    confidence intervals, I can't compare them
13    to see if they're accurate or not.
14       Q.    Would it be fair to say this
15    shows a nice linear increase with increased  16:59:18
16    exposure?
17              MS. CANAAN:  Objection to the
18         form.  Leading.
19       A.    Yes.
20              MR. RONCA:  Next slide, please.  16:59:27
21    BY MR. RONCA:
22       Q.    And that's based on a certain
23    number of cancers that were in that group;
24    right?
25       A.    That's correct.  Among the       16:59:37
```

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   ranitidine users, there were 711 cancers.
 3             So if you divide that into four
 4   groups, and we don't know how many cancers
 5   fell in each of those groups, but you would   16:59:50
 6   expect to see relatively large numbers in
 7   each of those four groups.
 8      Q.    As part of a systematic review,
 9   it's part of your job to look at the
10   numbers that underlie any results; correct?   17:00:01
11             MS. CANAAN:  Objection to the
12        form of the question.
13        A.    Yes.
14             MR. RONCA:  All right.  Next
15        slide, please.                           17:00:10
16   BY MR. RONCA:
17      Q.    So 711 total cases in the
18   ranitidine group for this dose-response
19   curve.
20             MS. CANAAN:  Objection to the       17:00:23
21        form.
22   BY MR. RONCA:
23      Q.    Do I have the numbers right?
24      A.    Yes.
25             MR. RONCA:  Next slide, please.     17:00:28
```

```
                                            Page 201

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2   BY MR. RONCA:

 3       Q.    Now, the defendants also

 4   presented this as a negative dose-response

 5   curve from the Adami study.              17:00:36

 6            Did you check the numbers on

 7   this?

 8       A.    Well, first I would say this is

 9   not a dose-response curve.  So from the

10   Adami study, they did two separate         17:00:49

11   analyses.  They looked at numbers of

12   prescriptions and risk of cancer in people

13   who have that many prescriptions.

14            And so this is relative risk of

15   -- let me see if they used the word         17:01:08

16   "relative risk" or "hazard ratio."

17            The hazard ratio, according to

18   -- in people who have five or more

19   prescriptions of ranitidine, and then

20   separately looked at hazard ratio for those  17:01:24

21   who had ten or more prescriptions of

22   ranitidine.  And this is compared to their

23   active-comparator.

24            Now, the issue, the reason it's

25   not a dose-response is that everybody who    17:01:36
```

```
                                          Page 202
```

1        CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2     had ten or more also would fall into the

3     five or more category.  So it's not

4     discrete categories of individuals by how

5     much -- how many prescriptions they had.    17:01:51

6     Ten or more is part of five or more.

7              The other problem is that we

8     don't have a dose from this.  As I

9     mentioned earlier, we don't know how long

10    these prescriptions were for.              17:02:02

11             Adami and Nørgaard didn't state

12    that in the papers so we couldn't get any

13    information on that from their papers.

14             But the prescription length

15    could have been very short or longer, so    17:02:20

16    one prescription length of five

17    prescriptions could have been two weeks for

18    each prescription, that would be ten weeks,

19    or it could have been 15 months, and

20    similar things for the larger group, so --   17:02:33

21        Q.   Okay -- Anne, I've got to stop

22    you.  We're running out of time.

23             MS. CANAAN:  Jim, Jim, please

24         don't interrupt the witness.

25             MR. RONCA:  I get to --           17:02:43

```
                                        Page 203
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2              MS. CANAAN:  Dr. McTiernan,
 3          please, take your time and continue.
 4              MR. RONCA:  I'm running out of
 5          time so I've got to move on.          17:02:47
 6              So can we go to the next slide,
 7          please.  No, back up one.
 8   BY MR. RONCA:
 9      Q.    So these two numbers, 1.09 and
10   0.79, let's see where they came from.        17:03:04
11              Next slide.
12              The 1.09 comes from the Adami
13   supplement; is that right, Dr. McTiernan?
14              MS. CANAAN:  Objection to the
15          form of the question.                 17:03:14
16      A.    Yes.
17      Q.    And how many cases were there in
18   the ranitidine group?
19      A.    They state 44.
20              MR. RONCA:  Next slide.           17:03:22
21   BY MR. RONCA:
22      Q.    0.79 comes from the Adami study
23   itself in the published version.
24              And how many liver cancers do
25   they show that make up that group?          17:03:38
```

Page 204

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2          A.    23.

3          Q.    And those 23 were already

4     included in the 44 in the previous slide;

5     is that right?                              17:03:48

6          A.    Yes.

7          Q.    So...

8                MR. RONCA:  Next slide.

9     BY MR. RONCA:

10         Q.    The numbers underlying this     17:03:52

11    representation by the defendants are only

12    44 cases for the 1.09 and only 23 cases for

13    the 0.79.

14         A.    Yes.

15         Q.    And does that emphasize the     17:04:06

16    reason why when an epidemiologist does a

17    systematic review, it's important to look

18    carefully at all the numbers?

19         A.    Yes.

20               MS. CANAAN:  Objection to the   17:04:17

21         form of the question.

22               MR. RONCA:  Next -- take that

23         down, please.

24    BY MR. RONCA:

25         Q.    You were asked some questions by  17:04:25

```
                                        Page 205
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    Ms. Canaan, and you were also asked in your
 3    other depositions about the minimum dose of
 4    ranitidine that can cause cancer, which
 5    defendants have characterized as a            17:04:38
 6    threshold dose.
 7              I want you to explain, but
 8    you've got to be real brief because we're
 9    running out of time, how does epidemiology
10    deal with this issue and what are your        17:04:50
11    opinions regarding this issue unrelated to
12    ranitidine and cancer.
13              MS. CANAAN:  Objection to the
14         form of the question.
15         A.   So epidemiology can't answer a      17:05:01
16    question about a person.  It can answer
17    questions about dose that is associated
18    with increased risk or that can cause
19    cancer in -- in terms of a group, so the
20    relative risk for a particular dose of        17:05:17
21    people that fall into that group.
22              And the Wang study provided
23    information so that we can see dose by
24    certain level of use of ranitidine.
25              We can see doses of certain         17:05:34
```

Page 206

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    amounts of ranitidine compared to risk in

3    that particular dose level.

4              And then from Cardwell, we can

5    see dose of bladder cancer seen with          17:05:45

6    particular dose ranges of ranitidine.

7         Q.   Okay.  So for bladder cancer

8    from Cardwell and liver and gastric cancer

9    from Wang, are there statistically

10   significant increased risks that are          17:06:07

11   associated with a certain dose?

12        A.   Yes.

13             MS. CANAAN:  Objection to the

14        form of the question.  Beyond the

15        scope of the supplemental report         17:06:15

16        relating to the Wang study.

17   BY MR. RONCA:

18        Q.   And you gave those specifics in

19   your report.  Those specifics are in the

20   study and I believe you gave those           17:06:30

21   specifics when Ms. Canaan was asking you

22   questions previously, so we can stand by

23   those.

24             As far as pancreatic cancer

25   goes, within the ranitidine-specific         17:06:38

Page 207

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    epidemiology, is there a statistically
 3    significant -- is there a level of dose
 4    where there is a statistically significant
 5    increase in risk shown in the studies?      17:06:50
 6              MS. CANAAN:  Objection to the
 7         form of the question.
 8         A.    In Wang, we see a statistically
 9    significant 64 percent increase risk with
10    90 to 180 DDDs.                             17:07:03
11         Q.    Okay.  Now for bladder, liver
12    and gastric, there was also dose-response
13    shown in the Cardwell and Wang studies; is
14    that right?
15         A.    Yes.                             17:07:15
16              MS. CANAAN:  Objection to the
17         form of the question.  Leading and
18         beyond the scope of the Wang
19         supplemental report.
20    BY MR. RONCA:                               17:07:22
21         Q.    And for pancreatic cancer --
22         A.    I didn't get to answer that.
23              So the answer is yes.
24         Q.    And for pancreatic cancer,
25    again, the Wang study, while it showed a    17:07:31
```

Page 208

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    dose with an increased risk, it did not
 3    show dose-response spread over the four
 4    groups?
 5             MS. CANAAN:  Objection to the      17:07:40
 6        form.
 7        A.    Correct.
 8        Q.    And as I recall your explanation
 9    for that was it could be related to the
10    numbers or to the nature of pancreatic       17:07:48
11    cancer.
12             MS. CANAAN:  Objection to the
13        form of the question.  Leading.
14        A.    Yes.
15        Q.    All right.                         17:07:55
16             MR. RONCA:  Let's take a break
17        and get a time check.
18             THE VIDEOGRAPHER:  The time is
19        2:08 p.m.  We are going off the
20        record.                                  17:08:08
21             This will end Media Unit Number
22        3.  Stand by for time check.
23             (A recess was taken.)
24             THE VIDEOGRAPHER:  We are back
25        on the record.                           17:52:15
```

```
                                          Page 209
```

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2              The time is 2:52 p.m.

 3              This will be the start of Media

 4         Unit Number 4.

 5              Counsel?                      17:52:22

 6    FURTHER EXAMINATION

 7    BY MS. CANAAN:

 8         Q.    Good afternoon, Dr. McTiernan.

 9              Are you ready to proceed?

10         A.    Yes.                         17:52:27

11         Q.    Okay.  So, Dr. McTiernan, when

12    Mr. Ronca questioned you earlier today, you

13    testified that the term "unreliable" is,

14    and I quote, "not a term that an

15    epidemiologist would use."              17:52:43

16              Do you recall that?

17         A.    I'm not sure of those exact

18    words.  It's not a term that an -- that

19    this epidemiologist would typically use --

20    I'm sorry -- for a study.  I would not     17:52:57

21    typically use it for a study.

22         Q.    Okay.  So did you or did you not

23    -- did you write your rebuttal expert

24    report or did someone else write it?

25         A.    I wrote it.                  17:53:09

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2         Q.    Now, earlier when you were
 3    questioned by Mr. Ronca, you testified that
 4    with respect to most ranitidine studies you
 5    found them to be informative.              17:53:21
 6              Do you recall that?
 7         A.    I -- I don't recall it.
 8         Q.    You don't recall that testimony
 9    at all?
10         A.    I would need to look at it, so   17:53:29
11    if you could point to where it is in the --
12         Q.    I mean, I can't point you to any
13    place in real-time, but let me see if this
14    refreshes your recollection.
15              You provided testimony that, and  17:53:43
16    I quote, "very few studies, there were very
17    few studies that I determined to be
18    uninformative."
19              Do you recall that?
20         A.    It sounds right.                 17:53:55
21         Q.    Okay.  And by "very few
22    studies," you're talking about ranitidine
23    studies; right?
24         A.    Yes.
25         Q.    So let's go to Exhibit 106,      17:54:01
```

Page 211

```
 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   please.
 3                      (Exhibit 106 marked for
 4         identification, mult-page document,
 5         plaintiffs' brief to Court.)          17:54:09
 6   BY MS. CANAAN:
 7       Q.     So Exhibit 106, Dr. McTiernan,
 8   I'll represent to you is a brief that
 9   plaintiffs have submitted to the Court in
10   this litigation.  Let's go to pages 8       17:54:17
11   through 9.
12             So here in this brief the
13   plaintiffs submitted to the Court in this
14   litigation, plaintiffs write:
15             "Defendants propose that the key   17:54:32
16   studies for Dr. McTiernan's opinions are
17   the 14 ranitidine-specific epidemiological
18   studies which are," quote-unquote,
19   "'obviously critical.'  Motion at 6."
20             "Defendants may think so, but      17:54:48
21   Dr. McTiernan did not, for reasons
22   explained at length in her report and
23   addressed briefly in the deposition (e.g.
24   transcript at 107; 2 to 11) 'The existing
25   epidemiologic studies are missing key       17:55:04
```

```
                                          Page 212
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    epidemiologic elements that preclude them
 3    from being definitive or informative.
 4              "'Therefore, epidemiologic
 5    studies of other sources of NDMA and risks    17:55:13
 6    for cancer provide additional evidence of
 7    the role of the carcinogen NDMA and cancer
 8    risk to humans.'
 9              "Despite Dr. McTiernan's
10    opinion, that those studies were not         17:55:26
11    informative," and then it goes on and on
12    and on and talks about what defendants
13    asked and didn't ask you.
14              Did I read that correctly, first
15    of all, Dr. McTiernan?                       17:55:35
16        A.    Yes, but it's out of context.
17              This is the first time I'm
18    seeing this document, and obviously I don't
19    know what the context is, if that's a quote
20    from one of my -- from my expert report.  I  17:55:47
21    would need to see the context of what --
22    where that is from.
23              And so, to me, this is --
24        Q.    My only --
25        A.    I don't understand what this is    17:55:59
```

Page 213

```
 1     CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   saying.  I don't know what it's referring
 3   to and it's obviously something that was
 4   for litigation, for the Court, not for my
 5   eyes, so I can't interpret it.              17:56:09
 6       Q.    Fair enough, Doctor.  We can
 7   move on.
 8            MS. CANAAN:  You can take that
 9       off.
10   BY MS. CANAAN:                              17:56:17
11       Q.    Now, earlier when you spoke with
12   Mr. Ronca today, you discussed the bladder
13   cancer findings in the Wang study.
14            Do you recall that?
15       A.    Yes.                              17:56:35
16       Q.    And you testified that the Wang
17   study only looked at invasive bladder
18   cancers.
19            Do you recall that?
20       A.    I recall that, yes.              17:56:49
21       Q.    Is there anywhere in your
22   supplemental expert report on the Wang
23   study where you criticize the Wang study
24   for looking only at invasive bladder
25   cancers?                                   17:57:03
```

Page 214

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2        A.    I'll need to read through this

3    to answer that.

4        Q.    Okay.  Well, unfortunately I

5    have limited time, Dr. McTiernan, so I'm        17:57:14

6    just going to ask you, as you sit here

7    today at this moment, you told me you read

8    your report yesterday, last night, so we're

9    going to go by your recollection.

10            As you sit here right now, do        17:57:24

11   you recall even mentioning the word

12   "invasive bladder cancer" in your report?

13       A.    I would need to read through

14   this to know.  I read through it last night

15   but did not memorize it.  I know it's        17:57:38

16   shorter than other things, but it's still a

17   24-page report.

18       Q.    I understand that,

19   Dr. McTiernan.  No judgment.

20            I'm just saying, as you sit here   17:57:47

21   right now, do you recall whether your

22   report even mentioned the word "invasive

23   bladder cancer"?

24       A.    I don't recall whether it said

25   it or whether it didn't say it, so it's not   17:57:58

Page 215

1        CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2     something I can answer without reading

3     through it.

4        Q.     Okay.   Doctor, is there any

5     biologically plausible reason why NDMA in        17:58:09

6     ranitidine would increase the risk of

7     non-invasive bladder cancer but not

8     invasive bladder cancer?

9               Is there some biological

10    mechanism why that might occur?                   17:58:25

11       A.     I've not investigated biological

12    mechanisms for this cancer for non-invasive

13    to invasive.

14               I know there were different

15    types of non-invasive bladder cancer that        17:58:35

16    may have different prognosis and are

17    treated differently, have different

18    likelihoods of recurrence or of

19    metastasizing, and so there are different

20    types.   And so the word "non-invasive" is a     17:58:50

21    bit of a non -- it's confusing for some of

22    those cancers.

23               The other thing that's different

24    with bladder cancer is that its diagnosis

25    is primarily made after symptoms, symptoms       17:59:05

```
                                        Page 216

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2     of blood in the urine.  This can happen

 3     with either non-invasive or invasive.

 4              So it's not a cancer that is

 5     getting routinely screened to find early    17:59:15

 6     cancers, unlike some other cancers, like

 7     breast cancer or prostate or colorectal.

 8              And so when it's found, it's

 9     already significant enough to cause

10     symptoms, meaning primarily blood in the    17:59:33

11     urine.  And is often treated --

12     non-invasive is often treated with a more

13     aggressive treatment than you would see

14     for --

15          Q.    Okay.                            17:59:46

16          A.    -- non-invasive and other

17     cancers.

18          Q.    Okay, Dr. McTiernan, I have

19     limited time.

20          A.    I'm just trying to answer --     17:59:53

21          Q.    I understand.  I have limited

22     time so let's move on.

23              Now, we have already established

24     earlier today that you're not claiming that

25     the bladder cancer analysis in the Wang     18:00:03
```

Page 217

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    study is underpowered; correct?
 3        A.    I didn't -- I didn't do power
 4    calculations.  If I had done -- for people
 5    who do calculations often, they will          18:00:19
 6    estimate the number of cases and non-cases
 7    needed for something like a relative risk
 8    of 1.3 or 4 or something, so --
 9        Q.    You didn't do the power
10    calculation; right?                           18:00:33
11        A.    I --
12             MR. RONCA:  Just let her answer.
13        A.    So it's certainly consistent
14    with low power, the fact that it didn't
15    show a relative risk of that level, such as   18:00:41
16    seen in some of the other studies.
17        Q.    Doctor, did you just say that
18    it's consistent with low power that it
19    didn't show a relative risk such as seen in
20    the other studies?                            18:00:55
21             Is that your sworn testimony?
22        A.    Sorry.  It's -- power
23    calculations are usually done to see if a
24    certain level of relative risk can be found
25    with a certain -- or how many cases or        18:01:07
```

Page 218

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   non-cases would be needed to see a relative
 3   risk at a certain level, and so I've not --
 4   and with statistical significance.  And so
 5   I did not do a power calculation.          18:01:21
 6        Q.    Okay, okay.
 7              And certainly we've established
 8   that the bladder cancer analysis in Wang
 9   had more cases than the statistically
10   significant pancreatic cancer analysis.    18:01:36
11              Do you recall that?
12        A.    I'm just going to look.
13              Yes.
14        Q.    Okay.  Now, you also testified
15   that the Kantor study was also limited to   18:01:55
16   invasive bladder cancer.
17              Do you recall that?
18        A.    Yes.
19        Q.    Is there any place in your
20   multiple reports in this litigation that    18:02:05
21   you recall as you sit here today where you
22   have ever criticized the Kantor study for
23   being limited to invasive bladder cancer?
24        A.    I don't recall that I specified
25   that, that I mentioned that.  I don't       18:02:23
```

Page 219

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2     recall.  I'd need to look through all those

3     documents in order to answer that question.

4          Q.    I'll represent to you that we

5     looked and we didn't find it.            18:02:30

6               Dr. McTiernan, do you recall

7     talking to Mr. Ronca today about the number

8     of cases of liver cancer in the analyses

9     from the Adami study that focused on

10    five-plus prescriptions of ranitidine and    18:02:48

11    ten-plus prescriptions of ranitidine?

12              Do you recall that discussion?

13         A.    Yes.

14         Q.    Okay.  And Mr. Ronca had the

15    slides that he brought up, and the slides    18:02:59

16    show that there were 24 cases of liver

17    cancer in one of those subanalyses and

18    44 cases of liver cancer in another

19    subanalysis.

20              Do you recall that?            18:03:12

21         A.    Yes, and he pointed to the

22    ranitidine cases.

23         Q.    Exactly, exactly.  That's

24    exactly what I'm talking about, Doctor.

25              And the point of a discussion,    18:03:19

Page 220

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

1   or your testimony, as I recall, was that

2   it's a low number of cases.  24 liver cases

3   and 44 liver cases; correct?

4       A.    Yes.                              18:03:30

5       Q.    Okay.  Dr. McTiernan, do you

6   recall relying on the finding in the Habel

7   study for pancreatic cancer that had only

8   five exposed pancreatic cancer cases?

9           Do you recall that in your          18:03:46

10  expert reports you repeatedly rely on the

11  Habel finding for pancreatic cancer that

12  was based on only five exposed cases?

13      A.    I'm just looking.

14      Q.    It's in front of you on the       18:04:09

15  screen, Doctor.

16      A.    Yes, I see.  And the way that

17  power works, it's -- the issue is not --

18  once you see a study is powered enough with

19  that number of cases, then you can accept   18:04:30

20  it.  You don't have to do power

21  calculations.

22          So having five cases there

23  showing a relative risk of 2.6 show that

24  there was enough power to show a            18:04:39

Page 221

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2      statistically significant association.

3                If you saw a non-statistically

4      significant association, then you might do

5      power calculations to explain why that was      18:04:52

6      not true.

7           Q.    Okay.  Let's talk about the Yoon

8      study, Doctor.

9                MS. CANAAN:  And let's bring up

10          the study, please.                         18:05:02

11                    (Exhibit 16 marked for

12          identification, mult-page document,

13          study by Yoon, et al.)

14     BY MS. CANAAN:

15          Q.    So do you recall discussing with    18:05:03

16     Mr. Ronca earlier today that the doses were

17     not perfectly matched between the

18     ranitidine and the famotidine users in the

19     Yoon study?

20                Do you recall that?                  18:05:16

21          A.    Yes.

22          Q.    Okay.  So let's look at what the

23     Yoon study actually said.

24                Do you see the highlighted

25     sentence that starts with:  "We enrolled       18:05:23

```
                                             Page 222
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2   patients who were using ranitidine or
 3   famotidine for more than one year between
 4   January 2009 and December 2011."
 5           Do you see that sentence?          18:05:34
 6       A.    Are you on page -- the end of
 7   page 2?
 8       Q.    It's on the screen, Doctor.
 9   It's on page 2 to page 3.
10           MR. RONCA:  The doctor is          18:05:51
11       allowed to see it in context and not
12       just what you show on the screen.
13       A.    Yes, I see that.
14       Q.    Okay.  So in this sentence,
15   clearly the authors are saying that both    18:06:03
16   ranitidine and famotidine users had more
17   than one use of the medication; right?
18       A.    More than one use of the
19   medication?
20       Q.    More than one year.  Sorry.      18:06:14
21       A.    That's what it states.
22           It doesn't say how those doses
23   were spread over that year.  It just says
24   one-year duration.
25       Q.    And in the next sentence they    18:06:27
```

Page 223

1        CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    say:  "Ranitidine users of a cumulative

3    dose exceeding 10,800 milligrams and

4    famotidine users of a cumulative dose

5    exceeding 14,400 milligrams were selected."   18:06:38

6              Correct?

7        A.    Yes.

8        Q.    And 10,800 milligrams of

9    ranitidine is 36 defined daily doses;

10   right?                                       18:06:52

11       A.    Yes.

12       Q.    Okay.  So that's one month,

13   correct, that's not one year?

14       A.    One month.  If it's not spread

15   out over the year, it's one month.           18:06:59

16       Q.    Correct.

17              And so my point is this,

18   Dr. McTiernan:  Do you have a basis to

19   disagree that that number, 10,800

20   milligrams, is a typo and that it's missing  18:07:10

21   one zero in that sentence?

22       A.    There could be typos in any of

23   these papers.  The typo for Wang -- I'm

24   sorry -- the paper with Wang could have

25   been a typo about famotidine users in the    18:07:23

Page 224

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    ranitidine use.  So I think we -- I can't

3    -- I can't determine if something is a typo

4    or not.  You know, all I can go is what

5    they said, and a lot of the studies have        18:07:36

6    errors, what could have been errors or

7    something that wasn't clear and I can't

8    make assumptions.

9         Q.    Let's see if I could help you

10   with that.  Let's go to page 3.  Okay.          18:07:48

11             Do you see the sentence, the

12   highlighted sentence that says:  "These

13   groups were matched by sex, age, diabetes,

14   mellitus and cumulative exposure."

15             Do you see that sentence?             18:08:07

16        A.    Yes.

17        Q.    So then let's keep going and go

18   to Table 2.  So in Table 2, do you see that

19   the cumulative duration of both ranitidine

20   and famotidine starts at 12 to 17 months?       18:08:27

21             Do you see that's the lowest

22   cumulative duration of use?

23        A.    Yes.

24        Q.    Okay.  That's certainly not

25   consistent with 36 defined daily doses that     18:08:39

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    we saw before in that sentence; correct?

3        A.    This says duration, and the

4    number we were talking about before was

5    dose, so that was pill dose, milligrams.    18:08:49

6    This is months.

7        Q.    Yes, but you see the "Defined

8    Daily Dose" section there as well; right?

9    734.6 for ranitidine.

10           Do you see that, plus or minus    18:09:04

11   the standard deviation, do you see that?

12       A.    Yes.

13       Q.    That's certainly not consistent

14   with 36 defined daily doses that we saw

15   earlier in the Yoon paper.    18:09:17

16       A.    I don't know.  I haven't done

17   math like that.  I have no way of

18   calculating what a mean would be for these

19   two groups.

20           All I know is what they've    18:09:28

21   stated in their paper of what their minimal

22   dose was, and that was the question,

23   whether any other studies have different

24   starting doses for the ranitidine and

25   comparator.    18:09:38

Page 226

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2              This is what this states.

3   That's all I can go by.

4      Q.    Okay, Doctor.  Let's keep going.

5              Now, you stated earlier when        18:09:44

6   questioned by Mr. Ronca that in the Wang

7   study, all relative risks -- that in the

8   Wang study, relative risks were above 1.0

9   for all five cancers.

10             Do you recall that?                18:10:08

11     A.    That sounds familiar, yes.

12     Q.    And you also said there were

13  increased risks for several cancers.

14             Do you recall that?

15     A.    I don't recall that -- I don't      18:10:17

16  know the context and I don't know when and

17  in response to what question it was.

18     Q.    That's fine.

19             My only question is, are you

20  making a distinction between increased risk   18:10:28

21  based on statistical significance or are

22  you saying relative risks were above 1.0

23  for all five cancers; therefore, there was

24  an increased risk for all five cancers?

25             That's what you're saying;         18:10:45

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    right?

3         A.    I'm saying the hazard ratio or

4    relative risk was above 1 for all of them,

5    and that's the definition for relative risk    18:10:51

6    I use, is the one that's in the standard

7    epidemiology textbook.

8              If a relative risk or comparable

9    measure, like hazard ratio or odds ratio,

10   is above 1, that shows an increased risk.      18:11:03

11        Q.    Okay.  But if a confidence

12   interval includes the number 1.0, then I'm

13   assuming you will agree that the

14   association between the exposure and the

15   disease could be null; right?                  18:11:16

16        A.    Yes, and I think what we've

17   agreed for brevity in this deposition is

18   that we call that statistical significance

19   or not, but knowing what it means.  That if

20   a confidence interval includes 1, the          18:11:33

21   relative risk could be at the null value or

22   lower, but it could also -- the most likely

23   relative risk is the one that you actually

24   see for that data set.

25        Q.    Okay.  Now, do you recall           18:11:46

Page 228

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2     talking earlier with Mr. Ronca about the

3     dose-response analysis in the Wang study?

4              Let's go to that analysis,

5     please.  Do you see the highest category is    18:11:58

6     over 360 defined daily doses; correct?

7        A.    What are you pointing to now,

8     Table 3?

9        Q.    Yes.  The highest category is

10    over 360 defined daily doses; correct?       18:12:17

11       A.    Yes.

12       Q.    And that's the only category

13    that produces statistically significant

14    increased risk for either liver or gastric

15    cancer; correct?                             18:12:29

16       A.    With the caveat that where

17    gastric cancer, stomach cancer, the

18    confidence interval started at 1, at the

19    lowest level, the lowest dose level.

20              And some people consider that    18:12:42

21    marginal -- marginally statistically

22    significant.

23       Q.    We're not talking margin.

24              We're talking by textbook

25    definition of statistical significance is a   18:12:52

Page 229

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    confidence interval does not include 1;

3    correct?

4         A.    I'm not sure if you've used

5    "textbook," used the word "textbook," but I    18:12:59

6    think we can agree that for today that

7    statistical significance would be a

8    confidence interval that does not include

9    1.

10         Q.    Okay.  So we don't know,           18:13:07

11    Dr. McTiernan, right, what the defined

12    daily doses were in this group of over 360

13    defined daily doses.

14              In other words, it's possible,

15    for example, that all the defined daily      18:13:23

16    doses in that group were 1,000-plus defined

17    daily doses; right?  We don't know what

18    that number is there, what the distribution

19    of numbers is in that grouping; correct?

20         A.    That's correct.                    18:13:41

21         Q.    Okay.  Now, you also discussed

22    with Mr. Ronca earlier the analyses, and

23    various studies have focused on users of

24    five-plus prescriptions of ranitidine or

25    ten-plus prescriptions of ranitidine.        18:13:58

Page 230

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

1

2          Do you recall that?

3     A.    Yes.

4     Q.    I'll represent to you that

5  Dr. Chan and Dr. Vaezi, who are                18:14:04

6  gastroenterologists, have testified in this

7  litigation that when users of acid

8  suppressants are prescribed, are given five

9  or they're given ten prescriptions of an

10 acid suppressant, those patients are          18:14:22

11 chronic users of acid suppressants.

12          And my question is, do you have

13 a basis to disagree with them?

14     A.    I haven't seen the statement

15 that they've made.  I haven't seen what        18:14:33

16 reference they have used for that.

17          I don't know if that's similar

18 to what's true for another country -- in

19 this case, we're talking about Taiwan -- so

20 I can't comment on that.                       18:14:47

21     Q.    Okay.  Let's go to the Table 2

22 in the Wang study, which looks at the

23 incidence rates.

24               (Previously marked

25       Plaintiffs' Exhibit 2 shown to

Page 231

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2        witness.)

3    BY MS. CANAAN:

4        Q.    And do you recall there were

5    some questions about this table and          18:14:55

6    generalizability?

7             Do you recall that?

8        A.    Yes.

9        Q.    Okay.  Dr. McTiernan, just to be

10   perfectly clear, this table from the Wang     18:15:08

11   study said nothing about generalizability

12   of this study in Taiwan to the U.S.

13   population; correct?

14       A.    To my knowledge, it didn't

15   mention the U.S. population.                  18:15:20

16       Q.    Okay.  And certainly in the U.S.

17   population, I think we've established liver

18   is certainly not the most common cancer;

19   correct?

20       A.    That's correct.                     18:15:32

21       Q.    Now, one of the things that you

22   mentioned in response to questions from Mr.

23   Ronca is that it's critical to look at

24   where the data came from.

25             Do you recall that?                 18:15:46

```
                                        Page 232

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2         A.    Yes.

 3         Q.    And this data in this study, of

 4   course, in the Wang study, came from an

 5   insurance claims database; correct?         18:15:52

 6         A.    Yes, a single-party insurance

 7   claims database, yes.

 8         Q.    It's an administrative database;

 9   correct?

10         A.    Yes.                             18:16:01

11         Q.    Okay.

12            MS. CANAAN:   So let's go to

13        Exhibit 1, your original report.

14                 (Previously marked

15        Exhibit 1 shown to witness.)           18:16:08

16   BY MS. CANAAN:

17         Q.    And let's see what you have said

18   about -- at page 78, and we'll see what you

19   said previously about administrative claims

20   databases -- page 79.  Sorry about that.    18:16:26

21            So here in your original report

22   you write:  "There are several

23   disadvantages to the electronic health

24   record/claims databases/pharmaceutical

25   databases.                                  18:16:49
```

Page 233

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2                 "As described recently,

3      'Patient, electronic health record data

4      have inherent limitations when used for

5      research purposes:  Data are collected for      18:16:58

6      billing purposes; often reflect

7      underdiagnosis, overdiagnosis or

8      misdiagnosis; do not include all

9      confounding factors; have limited

10     time-series information for patients; have      18:17:14

11     limited information on socioeconomic and

12     lifestyle determinants; and lack

13     finer-grained information of admitting

14     diagnoses of hospitalization and

15     contributing causes of death.'

16                 "Pharmacoepidemiology

17     researchers have identified several biases

18     in these administrative databases.  In

19     particular, confounding, selection bias,

20     and measurement bias."                          18:17:34

21                 Did I read that correctly?

22          A.    Yes, and all of these biases --

23     in particular, the misclassification

24     biases -- would tend to minimize relative

25     risk, bias it to the null.

Page 234

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2              And I said that when I mentioned

3    -- talked about any of these electronic

4    health records.

5         Q.    Dr. McTiernan, you have          18:17:57

6    testified several times in this litigation

7    that confounding, for example, can bias the

8    relative risks either to or away from the

9    null.

10             Are you trying to change your     18:18:12

11   sworn testimony now?

12        A.    Confounding, yes, can bias

13   either towards or away from the null, but

14   these other biases that we're mentioning,

15   especially for all of these               18:18:22

16   misclassification of exposures and disease,

17   that's non-differential misclassification

18   which can bias towards the null.

19        Q.    And selection bias --

20        A.    Sorry.  Does tend to bias to the  18:18:36

21   null.

22        Q.    I'm sorry, what did you say?

23   Does tend?

24        A.    Does tend to bias towards the

25   null.                                      18:18:42

Page 235

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2          Q.    Okay.  Selection bias certainly

3    can bias either towards or away from the

4    null; right?

5          A.    If it's a case-control study, it    18:18:48

6    can.

7          Q.    Okay.  And you have previously

8    testified also, Dr. McTiernan, that even

9    non-differential classification of exposure

10   does not always bias towards the null.        18:19:00

11              Do you recall that testimony or

12   not?

13         A.    I don't recall that exact words,

14   but usually non-differential

15   misclassification biases towards the null,     18:19:09

16   especially -- you know, I think the one

17   condition where it may not is when there's

18   multiple levels of exposure.

19              But in -- when you look at the

20   -- either an all or none exposure, meaning     18:19:23

21   the person used ranitidine or didn't use

22   ranitidine, that that is biased towards the

23   null, that -- and if ranitidine was divided

24   into several categories, that the outer

25   categories would still be biased toward the    18:19:40

Page 236

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    null.

3              So if we're looking at

4    dose-response, those dose-response of 42 --

5    whatever it was -- percent increased risk      18:19:48

6    for liver cancer is likely, in reality,

7    even higher.  This is probably some -- some

8    dampening of a fact because of bias towards

9    the null.

10       Q.    Dr. McTiernan --                      18:20:03

11             MR. RONCA:  Eva, I think you're

12       out of time.  Can we go off the record

13       and get a time check?

14             THE VIDEOGRAPHER:  Counsel,

15       we're at 28 minutes.  Do you want me       18:20:19

16       to go off the record?

17             MS. CANAAN:  How much did I have

18       left?  Actually, I don't even know.

19             MR. RONCA:  28.

20             MS. CANAAN:  Okay.

21             MR. RONCA:  Let's go off the

22       record.

23             THE VIDEOGRAPHER:  Hearing no

24       objections, we are going off the

25       record at 3:20 p.m.                        18:20:36

Page 237

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2                 Stand by.  We're off the record,

3         counsel.

4                 (A recess was taken.)

5                 THE VIDEOGRAPHER:  The time is    18:37:19

6         3:37 p.m.

7                 We are back on the record.

8    FURTHER EXAMINATION

9    BY MR. RONCA:

10        Q.    Dr. McTiernan, you were asked by    18:37:28

11   Ms. Canaan, I'm going to quote it from the

12   transcript I have:

13                "Doctor, so if I asked you to

14   give me a single number representing the

15   minimum dose and duration of ranitidine        18:37:41

16   used necessary to cause liver cancer based

17   on the Wang study, your testimony -- you

18   can't give that to me.  Your testimony is

19   that you cannot give that to me; correct?

20                "Answer:  The Wang study, in my    18:37:56

21   opinion, did not give that type of

22   information nor did any of the other

23   ranitidine epidemiology studies."

24                In the context of the question,

25   single number representing the minimum dose    18:38:09

Page 238

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2      and duration of use necessary to cause

3      liver cancer based on Wang, Dr. McTiernan,

4      can you explain the difference between

5      calling for a single number and a minimum      18:38:22

6      dose that the study shows can cause cancer?

7               MS. CANAAN:  Objection to the

8          form and beyond the scope of the

9          recross.

10              A.    So what Wang has provided in the    18:38:37

11     data are information on levels of defined

12     daily dose that can -- that do increase

13     risk of cancer.

14              So, for example, liver cancer,

15     with a defined daily dose of 360 or more,      18:38:54

16     increases risk of liver cancer by

17     42 percent, and that was statistically

18     significant.

19              But it also showed increased

20     risk at lower levels, so at 271 to 360         18:39:08

21     defined daily dose, it increased by

22     26 percent; and at 181 to 270 defined daily

23     dose, it increased risk by 12 percent, so

24     it can give that information.

25              But it can't -- it doesn't give        18:39:25

Page 239

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2    information on one particular number.  We

3    can't say that's an individual person who

4    has, or a group of people who have a

5    defined daily dose of 67 -- so 67 defined      18:39:37

6    daily dose at that level or above, they can

7    get cancer; but below that, they don't.

8            The data just is not there to

9    provide that level of information.

10       Q.    So epidemiology can set a dose       18:39:57

11   that shows an increased risk, but can't

12   pick out a single number that will cause

13   cancer in a specific person?

14           MS. CANAAN:  Objection to the

15       form of the question.                      18:40:12

16           Misstates the witness's

17       testimony.

18       A.    For this type of exposure, this

19   type of outcome, that's correct.

20       Q.    All right.  I want to ask you        18:40:23

21   some questions regarding the Wang study and

22   how it measures up against another study of

23   a national databank, the Adami study for

24   similar cancers.

25           My understanding is that you          18:40:39

```
                                        Page 240
1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
2    weighed the Wang results more heavily than
3    the Adami results.
4              MS. CANAAN:  Objection to the
5         form of -- were you done with the    18:40:51
6         question?
7              MR. RONCA:  Yes.
8              MS. CANAAN:  So objection to the
9         form of the question.  Assumes facts
10        not in evidence and facts that are not  18:41:01
11        stated in Dr. McTiernan's expert
12        reports.
13             THE WITNESS:  Can you repeat the
14        question?
15             MR. RONCA:  One second.          18:41:17
16             THE WITNESS:  Or I can try to
17        find the screen and read it.
18             MR. RONCA:  Your objections are
19        preserved.  I'm going to read it back.
20   BY MR. RONCA:                              18:41:32
21        Q.   I want to ask you some questions
22   regarding the Wang study and how it
23   measures up against another study of a
24   national databank, the Adami study, for
25   similar cancers.                           18:41:40
```

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2              My understanding is that you
 3      weighed the Wang results more heavily than
 4      the Adami results.
 5              MS. CANAAN:  Same objection.      18:41:47
 6         A.   I didn't put numbered weights on
 7      individual studies.  I evaluated every
 8      study's strengths and weaknesses.
 9              But certainly Wang, in my
10      opinion, has -- has significant strengths   18:42:00
11      and it helped with some of the -- overcome
12      some of the deficiencies and weaknesses
13      that I saw in other studies.
14         Q.   And some of those strengths that
15      were different from Adami are Wang had       18:42:13
16      defined daily doses?
17         A.   That's correct.  So it's defined
18      dose information that helps determine
19      dose-response and helps identify levels at
20      which -- or ranges at which cancer can be    18:42:30
21      caused.
22              MS. CANAAN:  Dr. McTiernan, I'm
23          just going to ask you to give me just
24          a little bit of time.  I'm not a quick
25          thinker so it takes me a little bit of   18:42:41
```

```
                                        Page 242

 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2          time to process a question and object,

 3          and if you could give me just a little

 4          pause between when Mr. Ronca asks a

 5          question and when you answer so I can    18:42:48

 6          object.

 7                  So I want to lodge a belated

 8          objection to the previous question

 9          based on form.

10                  MR. RONCA:  Okay.              18:42:55

11   BY MR. RONCA:

12       Q.    Adami does not have defined

13   daily dose?

14                  MS. CANAAN:  Objection to the

15          form.                                 18:43:02

16       A.    Correct.

17       Q.    Second, Wang had a non-use arm

18   and an active-comparator analysis.  Adami

19   did not have a non-use arm.

20                  Is that also correct?         18:43:15

21       A.    Yes.

22       Q.    Wang had follow-up Kaplan-Meier

23   curves; Adami did not.

24                  Is that correct?

25                  MS. CANAAN:  Objection to the  18:43:28
```

Page 243

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2        form of the question.

3        A.    Correct.

4        Q.    Wang had dose-response

5    information; Adami did not.              18:43:33

6              Is that correct?

7              MS. CANAAN:  Objection to the

8        form of the question.  Leading.

9        A.    That's correct.

10             MR. RONCA:  Thank you,            18:43:41

11       Dr. McTiernan.

12             I know it's been yet another

13       long day with two of your favorite

14       people and we appreciate your patience

15       with our questions.               18:43:51

16             THE WITNESS:  Thank you.

17             MS. CANAAN:  Thank you,

18       Dr. McTiernan.  Thank you for your

19       time.  Thanks, Jim.

20             MR. RONCA:  Thank you, Eva.      18:43:59

21             Everyone have a great evening.

22             THE VIDEOGRAPHER:  Stand by

23       while I close the record at this time,

24       please.

25             This concludes today's          18:44:06

Page 244

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

 2         deposition given by Dr. McTiernan.

 3              The number of Media Units used

 4         is 4.  They will be retained by

 5         Veritext Legal Solutions.              18:44:16

 6              We are going off the record at

 7         3:44 Pacific Daylight Time.

 8              Thank you everybody.  Stay safe.

 9              (Time noted:  3:44 p.m. PDT)

10                    _____

11                    ANNE McTIERNAN, MD, Ph.D.

12   Subscribed and sworn to on the ____ day of

13   _____, 20 ____ before me.

14   _____

     Notary Public,

15   in and for the State of

     _____.

16

17

18

19

20

21

22

23

24

25
```

Page 245

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
2              C E R T I F I C A T E
3
4      I, Linda J. Greenstein, Professional
5   Shorthand Reporter and Notary Public in and
6   for the State of New York, do hereby
7   certify that, ANNE McTIERNAN, MD, Ph.D.,
8   the witness whose deposition is
9   hereinbefore set forth, was duly sworn and
10  that such deposition is a true record of
11  the testimony given by the witness to the
12  best of my skill and ability.
13     I further certify that I am neither
14  related to or employed by any of the
15  parties in or counsel to this action, nor
16  am I financially interested in the outcome
17  of this action.
18     IN WITNESS WHEREOF, I have hereunto set
19  my hand this 26th day of October 2022.
20
21  _____
22          Linda J. Greenstein
23
24  My commission expires:   January 30, 2025
25

Page 246

```
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2                     I N D E X
 3
 4    WITNESS             EXAMINED BY        PAGE
 5    ANNE McTIERNAN,  Ms. Canaan         7, 209
      MD, Ph.D.
 6                       Mr. Ronca        141, 237
 7
      ---------- INFORMATION REQUESTS ---------
 8
      DIRECTIONS NOT TO ANSWER:
 9
      Page      Line
10    (NONE)
11    REQUESTS:
12    Page      Line
      (NONE)
13
      ----------  E X H I B I T S  -----------
14
      NO.                                  PAGE
15
       (Exhibit 110 marked for             9
16     identification, multi-page
       document, Supplement to Expert
17     Report of Dr. Anne McTiernan.)
       (Exhibit 131 marked for            18
18     identification, invoices.)
       (Exhibit 132 marked for            21
19     identification, three-page
       document, email exchange.)
20     (Exhibit 111 marked for            23
       identification, multi-page
21     document, study by Wang, et al.)
       (Exhibit 1 marked for              31
22     identification, mult-page
       document, Rule 26 Expert Report
23     of Dr. McTiernan.)
       (Previously marked Exhibit 110     34
24     shown to witness.)
25
```

```
                                           Page 247
```

1    CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
2   C O N T I N U E D
    I N D E X:
3
4   ------------  E X H I B I T S  -------------
    NO.                                 PAGE
5
    (Exhibit 2 marked for               35
6   identification, mult-page
    document, Rebuttal Expert Report
7   of Dr. McTiernan.)
    (Previously marked Exhibit 1        46
8   shown to witness.)
    (Previously marked Exhibit 111      56
9   shown to witness.)
    (Previously marked Exhibit 1        68
10  shown to witness.)
    (Exhibit 122 marked for             69
11  identification, mult-page
    document, study by Chang, et al.)
12  (Exhibit 125 marked for             74
    identification, mult-page
13  document, excerpt from Modern
    Epidemiology, Third Edition, by
14  Kenneth J. Rothman.)
    (Previously marked Exhibit 1        79
15  shown to witness.)
    (Previously marked Exhibit 111      91
16  shown to witness.)
    (Exhibit 112 marked for             101
17  identification, multi-page
    document, deposition transcript
18  of Dr. Anne McTiernan dated
    4/28/22.)
19  (Exhibit 126 marked for             104
    identification, multi-page
20  document, study by Bajaj, et al.)
    (Previously marked Exhibit 1        113
21  shown to witness.)
    (Previously marked Exhibit 111      116
22  shown to witness.)
    (Previously marked Exhibit 111      127
23  shown to witness.)
    (Previously marked Exhibit 110      129
24  shown to witness.)
25
```

```
                                         Page 248
 1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
 2    C O N T I N U E D
      I N D E X:
 3

 4    ------------ E X H I B I T S -------------
      NO.                              PAGE
 5
       (Previously marked Exhibit 2       135
 6     shown to witness.)
       (Previously marked Exhibit 111     151
 7     shown to witness.)
       (Plaintiffs' Exhibit 1 marked for  157
 8     identification, article by Wang,
       et al. From International Journal
 9     of Environmental Research and
       Public Health.)
10     (Previously marked Exhibit 2       196
       shown to witness.)
11     (Plaintiffs' Exhibit 2 marked for  197
       identification, mult-page
12     document headed "Wang (2022) Does
       Not Change the Picture.")
13     (Exhibit 106 marked for            211
       identification, mult-page
14     document, plaintiffs' brief to
       Court.)
15     (Exhibit 16 marked for             221
       identification, mult-page
16     document, study by Yoon, et al.)
       (Previously marked Plaintiffs'     230
17     Exhibit 2 shown to witness.)
       (Previously marked Exhibit 1       232
18     shown to witness.)
19
20
21
22
23
24
25
```

Page 249

1      CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.
2              DEPOSITION ERRATA SHEET
3
4    Our Assignment No.:  5536450
5    Case Caption:  In Re Zantac Litigation
6
7          DECLARATION UNDER PENALTY OF PERJURY
8
9              I declare under penalty of
10   perjury that I have read the entire
11   transcript of my Deposition taken in the
12   captioned matter or the same has been read
13   to me, and the same is true and accurate,
14   save and except for changes and/or
15   corrections, if any, as indicated by me on
16   the DEPOSITION ERRATA SHEET hereof, with
17   the understanding that I offer these
18   changes as if still under oath.
19                      _____
20                      ANNE McTIERNAN, MD, Ph.D.
21   Subscribed and sworn to on the ____ day of
22   _____, 20 ____ before me.
23   _____
     Notary Public,
24   in and for the State of
     _____.
25

Page 250

1        CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

2                DEPOSITION ERRATA SHEET

3    Page No.____Line No.____Change to:_____

4    _____

5    Reason for change:_____

6    Page No.____Line No.____Change to:_____

7    _____

8    Reason for change:_____

9    Page No.____Line No.____Change to:_____

10   _____

11   Reason for change:_____

12   Page No.____Line No.____Change to:_____

13   _____

14   Reason for change:_____

15   Page No.____Line No.____Change to:_____

16   _____

17   Reason for change:_____

18   Page No.____Line No.____Change to:_____

19   _____

20   Reason for change:_____

21   Page No.____Line No.____Change to:_____

22   _____

23   Reason for change:_____

24

25

Page 251

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D.

DEPOSITION ERRATA SHEET

Page No.____Line No.____Change to:_____

_____

Reason for change:_____

Page No.____Line No.____Change to:_____

_____

Reason for change:_____

Page No.____Line No.____Change to:_____

_____

Reason for change:_____

Page No.____Line No.____Change to:_____

_____

Reason for change:_____

Page No.____Line No.____Change to:_____

_____

Reason for change:_____

Page No.____Line No.____Change to:_____

_____

Reason for change:_____

Page No.____Line No.____Change to:_____

_____

Reason for change:_____

[& - 181]

**&**

**&** 3:17 4:11,20
5:4,21

**0**

**0.49** 91:17
**0.75** 91:18
**0.79** 203:10,22
**0.79.** 204:13
**001** 108:15
169:20
**02210** 4:6
**03** 27:12

**1**

**1** 6:16 27:12
31:9,11,22 33:3
33:6,11,22 34:3
34:7 46:7,10
65:12 66:21
68:2,9,11 79:12
79:14 88:4
103:15 113:14
113:16 127:15
131:21 133:19
150:24 151:3
156:24 157:3,5
158:18 166:10
227:4,10,20
228:18 229:2,9
232:13,15
246:21 247:7,9
247:14,20 248:7
248:17
**1,000** 229:16
**1.0** 25:22,24,24
30:12 32:16
226:8,22 227:12

**1.03** 176:6 199:7
**1.09** 203:9,12
204:12
**1.12** 83:10 199:8
**1.13** 64:16
**1.16** 152:17
155:13
**1.26** 60:20,20
64:16 83:11
199:8
**1.27** 64:16
**1.3** 217:8
**1.33.** 64:17
**1.35** 152:17
**1.42** 176:8 199:8
**10** 98:9 137:19
138:5 177:24
179:7 182:25
**10,000** 188:25
**10,800** 223:3,8
223:19
**100** 3:18 120:7
**10016** 3:14
**10017** 3:19
**10019** 4:22
**10036-2601** 4:15
**10075** 5:16
**101** 247:16
**104** 247:19
**105** 47:17,19
**106** 210:25 211:3
211:7 248:13
**107** 211:24
**10:46** 90:23
**10:56** 91:3
**11** 91:11 211:24
**110** 9:17,18
34:17,20 129:16

**246:15,23
247:23
111** 23:16,19
56:6,9 91:7
116:12 127:18
151:11 246:20
247:8,15,21,22
248:6
**112** 100:25 101:2
247:16
**113** 247:20
**116** 247:21
**1185** 4:14
**11:04** 65:10
**11:18** 65:15
**11:48** 134:15
**11:57** 134:19
**12** 14:6 82:18
84:9 85:5 86:4
86:11,16 87:4
116:10,25
151:20 224:20
238:23
**121** 27:4
**122** 69:15,16,22
247:10
**125** 74:12,13,19
247:12
**126** 104:11,12
247:19
**127** 247:22
**129** 47:9 68:9
247:23
**12:04** 141:4,7
**12:49** 141:7,9,14
**12th** 3:13
**13** 57:25 59:3
60:21 88:8

**118:7 176:25
130** 3:6
**131** 18:10,12
19:8 246:17
**132** 21:5,6
246:18
**1325** 4:21
**135** 248:5
**139** 19:13,22
**14** 211:17
**14,000** 170:10
**14,400** 189:3
223:5
**141** 246:6
**1410** 4:5
**145** 79:19
**15** 55:13 56:3
194:16,17
202:19
**151** 248:6
**157** 248:7
**16** 221:11 248:15
**1600** 3:7
**16d** 5:16
**17** 224:20
**177** 27:14
**18** 51:21 145:23
161:12 162:22
166:3 168:19
246:17
**180** 60:3 61:11
85:24 86:7 88:2
168:12 169:25
176:23 207:10
**1800law1010....**
3:20
**181** 27:13 61:8
82:20,24 83:19

84:12 85:3 88:8
168:13 169:14
238:22
**188**   182:25
**18th**   3:6
**19**   50:15 51:20
179:23 180:3,14
**19103**   3:7
**1943**   113:25
**196**   248:10
**197**   248:11

**2**

**2**   18:21 23:17
26:14,22 35:24
35:25 61:24
65:17 91:5
135:4 151:23,24
158:25 159:2,2
166:11 196:8
197:21 211:24
222:7,9 224:18
224:18 230:21
230:25 247:5
248:5,10,11,17
**2.6**   220:24
**20**   1:3 244:13
249:22
**2000**   131:5
**2000s**   130:22
**20024**   5:5
**2008**   75:5
**2009**   222:4
**201**   31:10
**2011**   222:4
**2022**   1:20 2:2
6:5 9:14,25
10:11,16 19:10

19:10 20:20,24
197:23 245:19
248:12
**2025**   245:24
**209**   246:5
**21**   10:11 246:18
**211**   248:13
**22**   159:21 177:25
179:21
**221**   248:15
**225**   113:19,21
**226**   113:19
114:15,16,20
**227**   114:16,20
**23**   144:25 204:2
204:3,12 246:20
**230**   248:16
**232**   248:17
**237**   246:6
**24**   1:20 2:2 6:5
214:17 219:16
220:3
**25**   180:5
**26**   31:13 59:25
60:21 83:4 85:8
88:3 159:24
176:24 238:22
246:22
**26264**   245:20
**26th**   245:19
**27**   60:22 88:9
160:5 177:3
180:3,15
**270**   61:8 82:20
82:24 83:19
84:13 85:4 88:8
168:13 169:14
238:22

**271**   83:2 85:7
88:9 168:14
169:15 238:20
**28**   80:22,25
236:15,19
**28th**   4:22
**2924**   1:3,3 6:23
**2924-20**   6:23
**2:08**   208:19
**2:52**   209:2

**3**

**3**   9:14 18:21
25:17,18 56:11
56:12 57:4
59:17 64:14
85:23 86:6,13,17
86:23 89:15
134:22 141:17
167:18 175:5,11
180:7 182:12
198:23 208:22
222:9 224:10
228:8
**3,260**   31:21
**3,749**   93:22
**3.550**   1:10
**30**   36:6 195:21
245:24
**300**   82:22,23
84:15 171:13,16
189:9
**31**   135:2 195:9
195:13,16
246:21
**325**   5:15
**33**   60:23 88:10
91:18 177:4

**34**   246:23
**34th**   4:15
**35**   160:2 180:6
247:5
**35,000**   121:3
122:8
**35,269**   122:3
**36**   189:13 223:9
224:25 225:14
**360**   60:4 61:11
83:2,6 85:8,10
88:9,10 168:14
168:16 169:6,15
169:15 170:9,16
171:15,16 176:9
176:10 177:7
189:14 228:6,10
229:12 238:15
238:20
**3843**   70:2
**3:20**   236:25
**3:37**   237:6
**3:44**   244:7,9
**3rd**   9:17

**4**

**4**   19:10 20:19,24
22:17 62:2
167:2,3,17,18,23
167:23 179:10
209:4 217:8
244:4
**4/28/22**   101:5
247:18
**40**   153:21,21
155:6 189:9
**40,000**   126:5,8

[42 - addition]                                                                    Page 3

**42**   83:8 85:11
176:8,12 236:4
238:17
**44**   203:19 204:4
204:12 219:18
220:4
**46**   247:7
**4th**   20:19

**5**

**5**   16:8 19:10
98:9,24 127:14
127:14
**5,000**   93:18
**51**   92:3
**5150**   1:8
**55,110**   23:5
119:17,18
**5536450**   1:25
249:4
**56**   247:8

**6**

**6**   119:8 129:14
129:19 160:9
180:8 197:18
211:19
**60**   14:12,14
20:25
**600**   3:13
**64**   122:14 124:13
124:18 207:9
**67**   183:2 239:5,5
**68**   247:9
**680**   5:5
**69**   247:10

**7**

**7**   26:15 246:5
**70**   18:20
**711**   200:2,17
**734.6**   225:9
**74**   247:12
**78**   232:18
**79**   232:20 247:14
**79th**   5:15

**8**

**8**   211:10
**80**   68:25
**873**   105:23
**89**   69:7
**8:59**   2:3 6:4

**9**

**9**   137:19 138:5
182:25 211:11
246:15
**90**   60:3 61:11
85:24 86:7 88:2
119:12 121:16
127:22 128:3,4
128:14,19 129:4
145:8 168:12
169:25 176:23
185:14 186:18
207:10
**90s**   100:7 130:21
130:22
**91**   247:15
**93**   27:4
**95**   91:17
**98**   101:7,11
**99**   101:11
**9:56**   58:15

**9:57**   58:19

**a**

**a.m.**   2:3 6:4
58:19 65:10,15
91:3 134:19
**ability**   245:12
**able**   64:2 70:19
89:12 104:25
105:21
**absence**   53:13
**absolutely**
110:19 144:4
**abstract**   10:7,9
10:18,22 11:12
11:23 21:20,23
70:10 157:11
**abstracts**   11:17
**accept**   220:20
**access**   44:17
93:5 104:25
131:15
**account**   47:2
72:3
**accrued**   161:15
**accumulating**
168:3
**accurate**   198:16
199:13 249:13
**acid**   37:2 41:20
106:5 132:22
133:25 146:22
230:7,10,11
**acting**   163:4
**action**   7:6
245:15,17
**actions**   1:12

**active**   36:13
40:11 41:8
57:13,20 92:24
124:22 125:11
125:19,22
135:17 149:13
149:16 179:3,10
188:10 196:6,13
197:7 201:23
242:18
**activity**   146:13
**actual**   106:13
121:10 122:10
124:18 143:25
**adami**   46:13
55:3 66:8,16,21
67:16 68:8,14
76:16,19 79:3
103:14 112:25
113:6,7,22
135:19 137:14
165:2,3 167:7,7
172:7,10 187:17
201:5,10 202:11
203:12,22 219:9
239:23 240:3,24
241:4,15 242:12
242:18,23 243:5
**add**   125:10
173:20
**added**   23:3,4
125:11 126:14
**addendum**   9:7
62:22
**adding**   22:9 43:3
51:20
**addition**   19:21
29:22

[additional - answer]                                                           Page 4

additional   15:13
  28:17 42:7 96:4
  135:9 212:6
address   135:11
addressed
  211:23
addressing
  138:19
adenocarcinoma
  43:24 46:21
adherence
  135:14 138:22
adjust   38:17
  52:15 54:17
  73:14 186:7
adjusted   38:7,21
  67:17 73:11
  91:16 106:23
  107:21 186:5
adjusting   12:8
  51:15 55:5
  66:10 73:13
adjustment   42:9
  52:9 53:12 68:5
  98:18
adjusts   52:17,21
  52:24 53:6,23
  54:8
administrative
  232:8,19 233:18
admissible
  105:12
admitting
  233:13
adults   153:25
advanced   102:17
advances   50:3

adverse   191:5
affect   47:23
  144:18 182:16
  186:3,10,13
affirmed   7:17
  141:11
afternoon
  141:20 209:8
age   47:13 75:24
  120:13 153:21
  153:21,24 155:6
  224:13
agents   133:25
aggressive
  216:13
aggressively
  181:23
ago   18:3 94:12
  94:13 131:22
agree   6:15 48:17
  52:14 67:15
  69:4,7,10 124:20
  124:24 130:5
  227:13 229:6
agreed   40:16
  178:7 227:17
ahead   11:11
  20:7 32:25 42:5
  51:10 54:6
  72:18 116:5
  123:13 190:20
al   23:21 31:20
  69:18,23 104:14
  157:7 221:13
  246:21 247:11
  247:20 248:8,16
alameda   1:8

alcohol   35:4
  43:6 46:19
  47:25
allotted   13:14
allowed   126:9
  187:19 188:5
  222:11
altered   50:15
americas   4:14
  4:21
amount   78:7
  87:3 89:16
  147:19 154:12
  171:6 179:18
  188:8
amounts   206:2
analyses   22:3
  54:13 57:12,13
  57:19 61:21
  96:17 103:23
  117:22 146:9
  148:4 149:21
  191:17 193:14
  201:11 219:8
  229:22
analysis   22:20
  26:23 28:8,11,13
  28:15,24 29:6,11
  29:14,23 57:5
  64:11 71:11,13
  76:20,24 77:4
  78:12 89:24
  90:5 96:14,18,25
  97:16,17,18,20
  97:22 98:5
  108:7,9,22
  124:21,22
  125:23 146:17

146:18,20,25
  147:18 148:11
  148:11,25 149:6
  149:16,19,20,24
  149:25 150:2,4,8
  157:15,25
  165:18 171:19
  174:10 175:2
  179:4,10 185:22
  185:25 186:4,14
  186:15,20,22
  189:23 192:4,13
  193:3,9,10,11
  216:25 218:8,10
  228:3,4 242:18
analyze   136:8
analyzed   77:12
  143:22
anapol   3:5
anapolweiss.c...
  3:9,10
anne   1:19 2:9
  6:18 7:16 9:21
  101:4 141:10
  202:21 244:11
  245:7 246:5,17
  247:18 249:20
annotation
  167:12
answer   13:8
  15:14 16:21
  31:7 32:21 34:9
  39:14,20 40:6,21
  45:14 53:19,20
  54:4 63:18 74:5
  74:6 85:17,18,20
  87:21 88:18,24
  89:10 90:14

94:4,6,7 101:17
101:18 104:24
107:18 108:3
109:2 110:2
114:24 130:14
148:9 154:16
164:2 177:18
205:15,16
207:22,23 214:3
215:2 216:20
217:12 219:3
237:20 242:5
246:8
**answered** 12:21
12:23 39:25
82:10 107:13
120:16
**answering** 13:11
127:3
**antagonists**
105:6
**anticipate**
123:22
**anybody** 153:20
**anyway** 86:9
197:12
**apart** 34:13
162:23
**apologize** 37:10
**appear** 115:25
186:16
**appearing** 3:2
**appears** 67:8
115:23 178:2
**apples** 166:19,20
**applicability**
135:11 138:19

**applicable**
137:22
**applications**
8:10
**apply** 8:18 62:7
**appreciate** 8:15
13:7 58:22
243:14
**appropriate**
125:22
**approved** 100:11
**approximately**
20:22 181:18
**area** 138:3
185:17
**argued** 189:20
**arm** 125:12
242:17,19
**arms** 125:7,8
**article** 157:6
248:8
**artificial** 95:22
96:2,7,11,21
97:7,12 120:3,5
122:4 145:19
**ascertainment**
113:25
**asked** 32:5 84:8
85:14 87:6
88:14 97:4
101:14 108:19
108:24 123:3
127:2,3 140:10
144:17 187:10
189:21 196:11
204:25 205:2
212:13 237:10
237:13

**asking** 97:15
123:25 195:19
206:21
**asks** 242:4
**assess** 79:7 80:16
81:5
**assessed** 81:11
**assessing** 79:4
81:3
**assessment**
185:2
**assign** 80:24
**assignment**
249:4
**associated** 35:19
82:7 85:5 90:15
94:11,16 102:9
104:18 205:17
206:11
**association** 92:7
116:20 117:18
198:24 221:2,4
227:14
**associations**
75:11 174:25
**assume** 20:16
26:10 48:17
103:6 117:14
121:6 122:7
124:16
**assumes** 240:9
**assuming** 227:13
**assumptions**
224:8
**asthma** 121:21
**attempted** 29:5
**attributable**
178:16

**attributed** 69:2
**audio** 6:13
**author** 11:24
24:15 69:11
123:21 133:8
**authority** 125:21
**authors** 11:22
21:11 24:2,10,11
24:19 37:25
48:20 50:14
57:11,18 59:4,15
60:7 61:18
62:23 63:15
66:17 70:11
84:21 91:12
105:4,24 106:18
106:22 107:20
116:15 117:8,24
118:9,23 119:6
119:25 122:25
123:2,16,25
127:25 134:3
144:2 157:23
170:25 171:21
173:6 182:15
186:4 222:15
**available** 29:9
29:13,20 35:3
43:20 45:3,9
47:14 56:16
66:24 67:10,24
68:6 89:15
100:6,8 111:4
132:16 133:12
**aventis** 5:10
**avenue** 3:13,18
4:14,21 5:5

**avoid** 102:16
**aware** 10:3,5,7
  10:18,19 25:9
  102:8 158:11
**axis** 161:10,13
  165:23 166:2,5,6
  166:14,15
  168:21

**b**

**b** 46:22 48:5,21
  49:8 52:15,21
  53:7,24 68:20
  69:3,9 98:11,11
  98:23,24 246:13
  247:4 248:4
**back** 56:20
  58:19 65:15
  83:23 91:3
  116:9 134:20
  141:15 151:16
  167:6,17 195:21
  203:7 208:24
  237:7 240:19
**background**
  126:15 140:17
**bacon** 4:20
**bad** 57:16
**bajaj** 104:14
  247:20
**balances** 153:2
**barrett's** 44:9,11
  44:21 45:8,12,20
  48:6
**bars** 199:11
**based** 52:7 53:12
  61:23 80:17
  81:3,24 82:10

85:16 87:9
  88:17 116:16
  118:12 149:11
  155:16,19
  171:10 193:10
  199:22 220:13
  226:21 237:16
  238:3 242:9
**baseline** 103:9
  119:10
**basis** 24:9 59:14
  68:24 69:6,10
  76:4 102:15,21
  102:25 113:6
  117:15,20,23
  223:18 230:13
**batch** 122:11
**began** 187:22
**beginning**
  162:10
**begins** 157:13
**beige** 168:13
**belated** 242:7
**believe** 12:2
  13:23 14:5
  15:21 16:17
  17:3,6 23:12
  24:20 25:12,14
  29:8 35:18
  37:21 43:13
  45:16 57:5
  62:21 74:20
  77:20 80:9
  83:17 93:18
  97:9 100:11,16
  101:18 102:6
  121:22 133:8
  206:20

**beneath** 47:10
  98:12,13
**benign** 182:5
**best** 13:10 39:21
  245:12
**better** 28:14
  93:8
**beyond** 28:17
  170:18 180:24
  181:9 194:13,25
  206:14 207:18
  238:8
**bias** 35:6 47:3
  73:3 133:18
  143:19 149:9,10
  233:19,20,25
  234:7,12,18,19
  234:20,24 235:2
  235:3,10 236:8
**biased** 130:2
  235:22,25
**biases** 233:17,22
  233:24 234:14
  235:15
**bigger** 152:2
  167:19
**billed** 19:13
**billing** 233:6
**biologic** 75:18
  75:22
**biological** 215:9
  215:11
**biologically**
  215:5
**birth** 75:20 76:9
**bit** 30:9 78:24
  148:12 175:7
  215:21 241:24

241:25
**bladder** 8:20
  25:22 27:13,15
  27:18,21,23 28:4
  28:7,13,21 36:25
  38:13,16 41:19
  47:13 80:3
  89:23 151:2
  159:10 160:7,8
  160:12 172:12
  180:7,18,19
  181:5,14,16,17
  181:18,22
  182:23 183:18
  184:13 191:20
  206:5,7 207:11
  213:12,17,24
  214:12,23 215:7
  215:8,15,24
  216:25 218:8,16
  218:23
**blocked** 167:3
**blocker** 130:13
  131:10,11
  146:12 192:9
**blockers** 76:22
  93:10 101:16,21
  102:22 130:10
  130:16 131:18
  132:15 187:22
  188:5 191:13
**blocking** 146:22
**blood** 216:2,10
**blue** 161:3
**boehringer** 4:12
  4:12,13,13,14
**bogdan** 3:20
  14:23

**book** 75:2
**bosso** 4:18
**boston** 4:6
**bottom** 22:19
  160:24,24 161:3
  161:10 166:4
  168:10,17
**box** 18:21
**bradford** 185:3
  193:3
**bradley** 5:11
**bradley.jennings**
  5:12
**break** 64:3,7
  65:7 71:9
  171:22 208:16
**breakdown**
  172:5,11,14,19
**breast** 109:12
  110:7 114:11
  216:7
**brevity** 227:17
**brief** 205:8
  211:5,8,12
  248:14
**briefly** 17:25
  143:5 179:3
  211:23
**bring** 18:10 21:4
  23:15 69:14
  104:10 134:24
  151:5 156:23
  195:7 197:17
  221:9
**broad** 55:6
  66:11 67:18
**broader** 183:18

**broke** 171:2
**brought** 219:15
**bunch** 68:19

**c**

**c** 3:2 4:2 5:2
  46:22 48:5,21
  52:16,22 53:7,24
  68:20 69:3,9
  183:2 245:2,2
  247:2 248:2
**c.v.** 4:14
**c67** 183:11
**calcium** 126:4,6
  126:9,14,15
**calculate** 184:5
**calculated** 147:2
  199:5
**calculating**
  22:15 225:18
**calculation**
  217:10 218:5
**calculations**
  22:3,12 23:9
  26:7,11 217:4,5
  217:23 220:22
  221:5
**calculator** 22:9
**california** 1:7
**call** 14:24 92:23
  123:15 133:14
  136:24 145:19
  158:19 197:9
  227:18
**called** 12:4 48:24
  50:19 82:15
  104:16 145:15
  149:13 160:16

193:12
**calling** 96:20
  97:6 238:5
**camera** 6:9
**canaan** 4:16
  7:20 9:16,22
  18:8,23 19:4,5
  19:24 20:6 21:4
  21:9 23:15,22
  31:15 32:24
  34:21 36:5 37:9
  37:11 39:4,11,15
  39:24 40:2,7
  46:11 51:5,9
  54:5 56:2,4,10
  58:8,12,24,25
  64:4,9 65:6,18
  68:12 69:14,19
  76:13,15 79:15
  79:18,21 81:18
  81:20 90:18
  91:8 101:6,12
  104:15 105:16
  105:17 106:19
  106:21 108:5
  113:18,20
  116:13 126:23
  127:5,12,19
  129:17 134:10
  134:24 135:5
  140:21 142:21
  143:2 144:15
  148:15 150:12
  153:4 154:10,24
  156:7 158:22
  159:6 162:24
  163:23 164:9,17
  165:10 166:21

171:8 172:2,8,20
  173:2 174:5
  175:19,22
  176:20 177:15
  178:5 180:23
  181:8 182:18
  183:7,14,23
  185:4,23 187:15
  188:12 189:23
  190:13 193:4
  194:11,24
  195:14,18
  196:11,21
  198:17 199:17
  200:11,20
  202:23 203:2,14
  204:20 205:2,13
  206:13,21 207:6
  207:16 208:5,12
  209:7 211:6
  213:8,10 221:9
  221:14 231:3
  232:12,16
  236:17,20
  237:11 238:7
  239:14 240:4,8
  241:5,22 242:14
  242:25 243:7,17
  246:5
**cancer** 10:22
  16:13 24:6,22
  26:2 27:3,3,9,13
  27:15,18,21 28:4
  28:8,11,13,15
  35:21 36:25
  38:14,16 41:19
  43:25,25 44:5,7
  44:12,15,25

45:14 46:4,21,22
46:23,25 47:13
59:8,21,23,25
60:9 61:20 62:9
62:25 63:16
64:15,21 68:21
69:2,8,8 70:2
76:18 80:3,14
81:24 82:12,19
83:19 84:12,18
85:16 87:9,25
88:17 89:23
90:12 91:13
92:4 94:11,14,16
95:4,16 96:6
98:15 99:13,18
103:10 108:9
109:12,12,13,13
109:16,21 110:3
110:4,5,12,13,25
111:2,9,13,14,16
111:19,22 112:2
112:3,6,10,13,18
112:21 113:2,24
113:25 114:2,10
115:6 116:20
117:9,25 118:13
118:25 126:17
129:25 138:3
140:15,18
144:19 145:25
146:2,4,5 147:14
147:14,15
149:12 150:5
152:10,16
155:11,13
156:19,19,21
157:25 158:4

159:4,11,20,22
159:25 160:4,7,8
160:12 162:5,6
163:21 164:14
165:9 166:7,13
167:24 168:3,6
168:22 169:13
169:13 172:12
174:4 175:14,15
175:15,17,19
176:15 177:12
177:13 178:18
179:18 180:2,4,7
180:14,18,19
181:5,15,16,17
181:22,24
182:16,23
183:19 184:13
184:17 188:24
191:10 192:3,3
194:19 198:14
198:25 201:12
205:4,12,19
206:5,7,8,24
207:21,24
208:11 212:6,7
213:13 214:12
214:23 215:7,8
215:12,15,24
216:4,7,25 218:8
218:10,16,23
219:8,17,18
220:8,9,12
228:15,17,17
231:18 236:6
237:16 238:3,6
238:13,14,16
239:7,13 241:20

cancers   8:19,21
16:5 27:23
35:14,20 43:8,10
45:18 46:15,18
46:20 48:3,7
57:6 59:11 63:9
68:17 72:6
87:22 88:25
89:6,8,21,22
109:6,22 110:8
111:10 112:4
113:7,8 114:7,13
115:8,9 139:16
139:19 144:19
144:20 146:3
147:12 150:16
150:18,21,22
152:5,19,21
153:23,23
156:14,18
159:10 160:22
160:22,25
162:16 163:17
166:9 175:13
179:15 181:18
183:5,10,13
184:4,9,15,24
191:6,10,20,25
193:19 199:23
200:2,4 203:24
213:18,25
215:22 216:6,6
216:17 226:9,13
226:23,24
239:24 240:25
candidates   48:13
cannon   74:17

caption   249:5
captioned
249:12
carcinogen
162:2,2 163:4
165:15 192:15
192:16 212:7
carcinogenic
118:18
carcinoma   45:22
69:25 70:15
cardwell   31:20
80:9 172:11
180:22 181:3,13
183:9,21 206:4,8
207:13
carefully   192:24
204:18
case   6:20 82:13
230:19 235:5
249:5
cases   1:6,11
25:25 27:4,14,24
28:8,10,19 31:21
33:5,7,10 61:14
61:17,19 64:21
69:2,8 77:3
94:24 111:25
112:6 114:2,5
115:6,17 152:10
156:13 161:15
166:13 168:2
182:8 200:17
203:17 204:12
204:12 217:6,6
217:25 218:2,9
219:8,16,18,22
220:3,3,4,9,13

[cases - clinically]

220:20,23
categories   22:25
  49:3 55:6 61:4,5
  61:10 62:3,5,12
  62:13,17 65:5
  66:11 67:18
  78:4 168:9
  171:3 176:2
  178:23 202:4
  235:24,25
categorization
  171:11
categorize   55:2
  66:7
categorized
  77:11,17
categorizing
  72:25
category   60:2,24
  61:8 62:16
  121:4 173:14
  176:14 178:25
  202:3 228:5,9,12
causal   37:23
  75:14,16 165:8
  165:18 174:3,10
  175:2 185:2
  192:12 193:9
causation
  174:12
causative   118:16
cause   48:10 50:2
  81:23 83:19
  84:12,17 85:16
  87:8 88:17 89:5
  90:12 205:4,18
  216:9 237:16
  238:2,6 239:12

caused   118:19
  241:21
causes   134:6
  178:16 233:15
caveat   228:16
cci   50:19 120:13
ccp   1:8
cells   45:24
cellular   162:5
certain   52:6,7,8
  57:6 78:8
  126:11 145:11
  150:16,18
  199:22 205:24
  205:25 206:11
  217:24,25 218:3
certainly   28:7
  29:4 61:10
  77:22 101:19
  125:17 130:8
  131:8 133:13
  136:18 217:13
  218:7 224:24
  225:13 231:16
  231:18 235:2
  241:9
certified   2:11
  6:25
certify   245:7,13
chaffin   3:12
chaffinluhana....
  3:15
chan   230:5
chang   69:18,23
  247:11
change   197:24
  234:10 248:12
  250:3,5,6,8,9,11

250:12,14,15,17
  250:18,20,21,23
  251:3,5,6,8,9,11
  251:12,14,15,17
  251:18,20,21,23
changed   77:3
changes   45:24
  73:24 162:4
  249:14,18
characteristics
  68:2,3 96:3
  119:11,17
characterize
  92:18
characterized
  205:5
charge   25:15
charlson   48:24
  49:13,14 50:6,11
  51:16 52:14,20
  53:5,23 54:8,19
  54:25 55:11
  65:23 66:6
charts   160:14
  163:19
chattem   5:9
check   134:12
  149:25 198:15
  201:6 208:17,22
  236:13
chemotherapy
  182:3
choice   149:10
chose   124:5
  148:22 149:13
chow   191:8
chronic   70:12
  128:23,25

230:11
cimetidine
  132:17
circuit   23:8
cirrhosis   54:17
  54:18,20,22 55:9
  104:20 105:5
  106:2
citation   139:3
cite   85:22 125:20
cited   83:10
claim   190:16
claiming   216:24
claims   135:22,24
  232:5,7,19,24
clarification
  120:17
clarify   64:13
  80:19 84:7
  94:19 110:19
  174:25
classification
  137:21 235:9
classifications
  129:10
classified   112:16
  181:20
clear   21:19
  67:23 82:17
  121:2,8 122:9,13
  178:8 224:7
  231:10
clearly   28:18
  59:18 94:12
  189:15 222:15
clinical   125:6
clinically   86:12
  86:14,17,24 87:4

**[clinically - conclusion]**

118:10
**clinicians** 106:3
**close** 8:13 164:7
243:23
**closed** 12:5
13:25
**closer** 149:8
162:23
**code** 112:22
137:21 138:3
182:23,25,25
**coded** 112:17
**codes** 49:5,10
112:8,9,12,21,24
137:18,19 138:3
138:3,5,5 182:14
**cohort** 49:22
94:23 95:22
96:7,11,21 97:7
97:12 103:14,16
103:18 118:12
119:12,12 120:3
120:5 121:19
122:4 128:5
135:23 145:3,17
145:19,20
152:14,18 153:9
153:20 155:23
187:6,12,22
188:22
**cohorts** 62:3
120:9 122:3
130:21 153:7
156:14,15 184:8
**collected** 30:6
143:15,16 233:5
**collecting** 29:18

**collection** 46:2
**colleen** 4:8
**colorectal**
109:12 110:8
111:21 114:11
216:7
**columns** 124:14
**combination**
126:6
**combine** 192:8
**combined** 191:7
191:8,12,19,22
192:7
**combining** 96:4
**come** 15:10 33:4
**comes** 71:3
103:2 203:12,22
**coming** 11:16
30:2 156:25
172:16
**comment** 104:23
230:20
**commission**
245:24
**common** 25:12
109:6,21,24
110:6,7 137:13
156:15,18,20
231:18
**commonly**
111:22 131:19
**communications**
21:11
**comorbidity**
48:24 49:14
50:7,12 51:17
52:14,20 53:6,23
54:8,19,25 55:11

65:23 66:6
**comparable**
136:8 139:6,7
189:5 227:8
**comparative**
92:16
**comparator**
36:13 40:11
41:8 48:12 57:9
57:13,20 77:13
125:19 128:13
128:17 135:17
146:16,17
149:13,16 179:3
179:10 188:10
196:6,13 197:7
201:23 225:25
242:18
**comparators**
92:19,24 117:11
**compare** 76:23
78:9 92:10 94:9
94:15 126:19
145:20 156:10
199:12
**compared** 62:13
77:13,14,18
94:21 95:2
99:14,19 115:17
125:18 128:23
138:14 145:25
147:4 148:23
152:22 159:5,24
160:3 161:18
162:12 168:5
180:3,5,8,15
184:10 199:2
201:22 206:2

**compares**
110:12,25
136:17
**comparing**
57:19 76:21
136:20 137:3,25
140:7 143:8
157:25 166:19
**comparison**
77:15 96:15,16
108:21 116:17
124:25 136:15
137:4 145:11
146:19 149:2
152:14,17 155:8
164:21 179:19
180:16 186:8,22
**comparisons**
118:2,5 143:17
143:18 148:5
150:9 169:18
**competing** 49:21
98:18
**complete** 113:24
**composite** 50:20
**compute** 66:25
**computer** 8:11
**concern** 114:9
115:5
**concierge** 5:23
**conclude** 118:10
118:24
**concluded** 119:7
**concludes**
243:25
**conclusion**
117:24

| | | | |
|---|---|---|---|
| **conclusions** 60:8 | 38:1 39:1 40:1 | 135:1 136:1 | 211:1 212:1 |
| 105:3 118:8 | 41:1 42:1 43:1 | 137:1 138:1 | 213:1 214:1 |
| 120:2 | 44:1 45:1 46:1 | 139:1 140:1 | 215:1 216:1 |
| **concrete** 24:4 | 47:1 48:1 49:1 | 141:1 142:1 | 217:1 218:1 |
| 118:14 | 50:1 51:1 52:1 | 143:1 144:1 | 219:1 220:1 |
| **condition** 52:7 | 53:1 54:1 55:1 | 145:1 146:1 | 221:1 222:1 |
| 182:5 187:6 | 56:1 57:1 58:1 | 147:1 148:1 | 223:1 224:1 |
| 235:17 | 59:1 60:1 61:1 | 149:1 150:1 | 225:1 226:1 |
| **conditions** 47:24 | 62:1 63:1 64:1 | 151:1 152:1 | 227:1 228:1 |
| 48:4,10 50:11,24 | 65:1 66:1 67:1 | 153:1 154:1 | 229:1 230:1 |
| 54:9 | 68:1 69:1 70:1 | 155:1 156:1 | 231:1 232:1 |
| **conducted** 6:7 | 71:1 72:1 73:1 | 157:1 158:1 | 233:1 234:1 |
| 76:19 143:18 | 74:1 75:1 76:1 | 159:1 160:1 | 235:1 236:1 |
| **conducting** | 77:1 78:1 79:1 | 161:1 162:1 | 237:1 238:1 |
| 79:23 | 80:1 81:1 82:1 | 163:1 164:1 | 239:1 240:1 |
| **confidence** 25:23 | 83:1 84:1 85:1 | 165:1 166:1 | 241:1 242:1 |
| 27:11 30:12,22 | 86:1 87:1 88:1 | 167:1 168:1 | 243:1 244:1 |
| 31:21 32:16 | 89:1 90:1 91:1 | 169:1 170:1 | 245:1 246:1 |
| 33:2,5,10,14 | 92:1 93:1 94:1 | 171:1 172:1 | 247:1 248:1 |
| 34:2,7 64:25 | 95:1 96:1 97:1 | 173:1 174:1 | 249:1 250:1 |
| 88:4 91:17 | 98:1 99:1 100:1 | 175:1 176:1 | 251:1 |
| 154:22 158:14 | 101:1 102:1 | 177:1 178:1 | **confirming** |
| 158:17 199:12 | 103:1 104:1 | 179:1 180:1 | 157:2 |
| 227:11,20 | 105:1 106:1 | 181:1 182:1 | **conflicting** 24:3 |
| 228:18 229:2,8 | 107:1 108:1 | 183:1 184:1 | **confounded** |
| **confidential** 1:1 | 109:1 110:1 | 185:1 186:1 | 71:12,14 |
| 1:15 2:1,7 3:1 | 111:1 112:1 | 187:1 188:1 | **confounder** 37:3 |
| 4:1 5:1 6:1 7:1 | 113:1 114:1 | 189:1 190:1 | 38:20 41:21 |
| 8:1 9:1 10:1 | 115:1 116:1 | 191:1 192:1 | 71:19 |
| 11:1 12:1 13:1 | 117:1 118:1 | 193:1 194:1 | **confounders** |
| 14:1 15:1 16:1 | 119:1 120:1 | 195:1 196:1 | 47:3 |
| 17:1 18:1 19:1 | 121:1 122:1 | 197:1 198:1 | **confounding** |
| 20:1 21:1 22:1 | 123:1 124:1 | 199:1 200:1 | 35:2,5 38:6 |
| 23:1 24:1 25:1 | 125:1 126:1 | 201:1 202:1 | 48:13 55:19 |
| 26:1 27:1 28:1 | 127:1 128:1 | 203:1 204:1 | 71:16,18 72:22 |
| 29:1 30:1 31:1 | 129:1 130:1 | 205:1 206:1 | 73:2,14 75:15,17 |
| 32:1 33:1 34:1 | 131:1 132:1 | 207:1 208:1 | 233:9,19 234:7 |
| 35:1 36:1 37:1 | 133:1 134:1 | 209:1 210:1 | 234:12 |

confusing
  215:21
connection   6:9
connolly   5:4
consider   67:9
  228:20
considered   38:6
  38:8 48:2 70:13
  88:5 89:18
  171:13 193:17
considering   59:5
  87:3
consistency
  138:10,12
  165:14
consistent   162:8
  217:13,18
  224:25 225:13
consisting   50:22
constructed
  95:25 97:12
consultation
  20:15
contain   15:5
contains   15:8
contamination
  146:14
content   146:15
context   70:20
  79:23 80:13
  101:25 105:21
  106:10,17 108:2
  114:25 117:4
  190:9 212:16,19
  212:21 222:11
  226:16 237:24
continue   6:14
  203:3

continued   4:2
  5:2 20:17,17
  91:5
continuous
  59:10 60:17
  63:6,8,22 175:20
  176:4,17
continuously
  60:25
contributing
  233:15
control   43:12,16
  44:9 48:21
  95:18 96:2
  125:23 235:5
controlled   48:23
  66:17 124:21,22
controls   27:5,14
convincing
  118:15
coordination   1:9
copy   8:25 12:4
  26:16
corners   115:23
corporation   4:12
  4:13
correct   9:14
  15:24 17:18
  19:11,14,18
  20:19,20 21:12
  21:15 26:8,9,12
  26:13,24 27:5,10
  27:19,20 28:5,6
  28:8,11,12,15,24
  29:7 30:16
  34:15,16 35:11
  35:14 37:20
  43:8,12,17,18,25

44:5,9,13 45:14
  48:18,22 49:16
  49:18 52:3,16,22
  54:17 57:6,9,10
  57:13,21,22
  60:11 61:21
  63:16 64:22
  66:19 67:21
  71:16 72:6
  74:22 76:18
  80:18 81:6
  83:12,13,15,20
  84:14 86:14
  87:12 90:8
  91:19,23 92:4,8
  92:13 94:18
  95:16 99:10,15
  99:20,24 102:18
  103:10 104:21
  106:24 109:22
  112:4 113:3
  117:12,16 118:3
  119:2,13,19
  124:23 127:23
  128:6,7,15,16,20
  128:21,24
  130:13 132:6,23
  132:24 133:6
  134:2 139:16
  140:18,19 150:6
  150:7,14 154:8
  159:15 160:17
  164:11,16
  171:10,20
  175:24 183:5,13
  185:6 193:6
  194:16 199:25
  200:10 208:7

217:2 220:4
  223:6,13,16
  225:2 228:6,10
  228:15 229:3,19
  229:20 231:13
  231:19,20 232:5
  232:9 237:19
  239:19 241:17
  242:16,20,24
  243:3,6,9
correction   166:2
corrections
  249:15
correctly   26:3
  32:2,6,9,12 35:8
  37:5,16 47:6
  48:15 55:22
  76:2 79:8 80:7
  80:11 90:4
  91:20 101:22
  106:16 118:21
  130:3 136:5
  212:14 233:21
correspondence
  123:2
costello   5:21
counsel   3:5,13
  3:18 4:4,11,21
  5:4,9,14 7:11
  13:14 14:18
  17:16 18:14
  20:4 134:23
  209:5 236:14
  237:3 245:15
counted   112:2
  194:17
counter   132:21
  133:4,12,22,24

134:5 137:13
countries 133:10
135:12,18
138:20
country 114:8
115:19 139:12
230:18
county 1:8
couple 61:16
109:11 148:8
170:23 195:6
course 35:10,13
43:23 44:4,13
47:9 56:2 57:11
58:24 60:14
64:11 72:10
94:5 95:2 232:4
court 1:2,7 6:21
7:2,13 13:13
141:23 211:5,9
211:13 213:4
248:14
covariates 46:16
66:24 68:6,18
covered 177:18
cox 157:14,24
199:3
create 55:20
created 120:3
145:18
criteria 42:18
127:21 137:9
145:6,12 153:16
154:3 185:3
190:19
critical 144:4
211:19 231:23

criticize 138:17
213:23
criticized 218:22
criticizing 113:5
cumulative
98:14 161:14
166:8 168:2,22
188:20,25 189:3
223:2,4 224:14
224:19,22
curve 168:8,10
175:20 200:19
201:5,9
curves 160:17
168:7 169:2
242:23
cut 164:6
cv 132:13

d

d 126:4,6,10,14
126:15,20 246:2
247:2,2 248:2,2
d.c. 5:5
d090 183:12
d095 183:12
d303 183:11
daily 23:2 59:20
60:3,5 61:8 62:4
73:25 80:5
82:16,20,21 83:3
83:6,20 84:13
85:4,8,10,25
86:8 88:2
119:13 127:22
128:3,5,10,15,19
129:4 145:9
168:5,12,14,15

168:16 169:6,15
170:25 171:12
171:18 172:24
176:9,11,24
177:7 185:15
186:18 188:15
189:7,8,11
198:21 223:9
224:25 225:8,14
228:6,10 229:12
229:13,15,17
238:12,15,21,22
239:5,6 241:16
242:13
dampening
236:8
danish 113:2,23
135:20
data 29:9,12,18
29:19 30:2,5,6
33:4 35:16 38:2
38:4 43:20 44:3
44:20 45:2,9
55:19 69:4 74:2
74:5 77:12
80:24 82:17
89:11,14 94:3
95:17 98:2
103:11 106:13
112:19 119:7
122:22 133:12
140:3 143:15,20
143:22 144:5
178:11 193:11
193:17,25
227:24 231:24
232:3 233:3,5
238:11 239:8

databank 239:23
240:24
database 47:14
80:21 81:12
92:2,5 94:14
95:14 99:17
113:23 118:14
133:10 135:22
135:24 136:4
144:22 145:15
146:7 165:2
193:12,13 232:5
232:7,8
databases 45:5
73:5,9 74:9
155:20 187:24
232:20,24,25
233:18
date 18:6 131:4
142:2
dated 101:5
247:18
daubert 198:5
david 5:23
day 123:6
243:13 244:12
245:19 249:21
daylight 6:4
244:7
days 80:22,25
82:24 171:16
189:13,14
ddds 170:9
171:15 207:10
ddw 10:10
de 4:14
deal 205:10

**dealing**  142:25
**death**  50:2
  233:15
**deaths**  49:23
**debate**  158:12
**decades**  132:9
  132:13
**december**  222:4
**decided**  143:17
  149:5,12
**deciding**  148:17
**decisions**  172:16
**declaration**
  249:7
**declare**  249:9
**decompensated**
  104:19 105:5,25
**decompensation**
  102:11
**decreased**  92:3
**decreases**  32:17
**deemed**  190:6
**defendant**  4:21
  5:4,14
**defendants**  2:10
  4:11 5:9 190:7
  198:13 201:3
  204:11 205:5
  211:15,20
  212:12
**defense**  12:3
  14:3 17:23
  36:15 40:13
  41:10 105:14
  135:10 138:18
  189:20 190:6,11
  194:21 196:15
  197:3,13 198:4

**deficiencies**
  241:12
**deficits**  29:3
**define**  80:21
  84:17 109:23
  190:15
**defined**  22:25
  59:20 60:3,4
  61:8 62:4 73:25
  80:5 82:16,20,21
  83:2,6,20 84:13
  85:4,8,10,24
  86:8 88:2
  119:13 127:22
  128:3,4,10,15,19
  129:4 145:9
  168:5,12,13,15
  168:16 169:6,15
  170:25 171:12
  171:18 172:24
  172:24 176:9,11
  176:24 177:7
  185:15 186:18
  188:15 189:7,8
  189:11 198:21
  223:9 224:25
  225:7,14 228:6
  228:10 229:11
  229:13,15,16
  238:11,15,21,22
  239:5,5 241:16
  241:17 242:12
**definitely**  73:17
**definition**  227:5
  228:25
**definitive**  212:3
**demonstrates**
  75:18 163:19

**demonstration**
  164:12
**denmark**  137:15
  164:25,25 172:7
**depend**  52:2
  103:11,12
**depending**  35:20
  50:25 93:6
  131:15 169:2
  182:7 194:9
**depends**  6:8
  28:16 35:15
  44:3,15,16 50:13
  71:17 81:10
**deposed**  100:14
**deposition**  1:16
  2:8 6:6,17 8:2
  14:11,15,19 17:8
  17:17 22:7
  100:15,24 101:4
  101:14 131:16
  211:23 227:17
  244:2 245:8,10
  247:17 249:2,11
  249:16 250:2
  251:2
**depositions**  8:18
  187:9 205:3
**describe**  142:18
  144:12 197:11
**described**  95:21
  194:4 233:2
**describes**  14:3
**describing**
  169:18
**description**
  194:21

**design**  144:9
**despite**  212:9
**detail**  73:22
  139:10 142:20
  165:21 166:16
  184:19 194:4
**details**  15:9,13
  184:25
**determinants**
  233:12
**determination**
  39:8 165:7
**determine**  35:16
  44:18 174:2
  182:15 192:24
  224:3 241:18
**determined**
  111:18 145:24
  189:24 191:2
  210:17
**determining**
  174:12 175:2
  190:21
**developed**  11:19
  49:20 62:9
**development**
  24:6
**deviation**  225:11
**diabetes**  48:6
  224:13
**diagnosed**  162:7
**diagnoses**
  129:23 146:4
  233:14
**diagnosis**  215:24
**diet**  47:25
  123:17

**differ** 130:11

**differed** 30:8
  129:22

**difference**
  148:13 163:10
  163:15 164:8
  166:11,12
  181:12 188:8
  189:15 238:4

**differences**
  138:8 162:11

**different** 29:17
  29:18 37:8
  50:22,23 51:21
  71:23 76:20,24
  79:23 80:13
  87:23 90:10
  110:17 115:19
  119:5 125:15
  130:9 153:2,18
  166:13,15 168:4
  168:5,9 169:2
  173:13 183:20
  184:7 188:15,18
  189:18 215:14
  215:16,17,19,23
  225:23 241:15

**differential**
  133:15 234:17
  235:9,14

**differently**
  215:17

**din** 36:21 37:14

**direct** 116:16
  189:22

**direction** 35:7
  73:3

**directions** 246:8

**directly** 52:15,21
  53:6,23 155:3

**disadvantages**
  232:23

**disagree** 24:9
  39:12 59:15
  60:7,10,18 68:25
  69:5,7,11 76:4
  102:16,21
  117:15,21,23
  223:19 230:13

**discrete** 78:3
  202:4

**discussed** 213:12
  229:21

**discussing** 68:14
  221:15

**discussion** 58:16
  95:24 157:18
  219:12,25

**discussions** 20:3
  20:4

**disease** 49:4,5,6
  50:2 51:23,24
  54:21,23 55:2,5
  55:6,7,10 66:8
  66:10,12,13,18
  66:19,22 67:17
  67:19,20 71:22
  72:24 75:12,17
  75:19 87:2
  93:12 102:12,17
  102:24 103:8,13
  103:16 104:4
  137:5,21 138:4
  182:10 227:15
  234:16

**diseases** 48:25
  49:21,22,25 50:8
  52:10,17,24
  53:10,13 67:13
  73:12

**dispensation**
  146:7 147:19

**dispensed** 147:8

**displayed**
  116:20

**dissimilar** 29:15

**distance** 161:24

**distinction**
  226:20

**distribution**
  67:25 229:18

**district** 1:2,2
  6:21,22

**divergence**
  169:11

**divide** 61:4
  178:23 189:6
  200:3

**divided** 82:13
  147:5,10 235:23

**dividing** 147:16

**dla** 5:9

**dlapiper.com**
  5:12

**dna** 162:5

**doctor** 8:24 16:6
  16:15,15 19:6
  20:7 21:17 22:2
  23:13,24 25:17
  26:6,17 27:6,25
  28:23 30:11
  31:16 32:5,15,25
  34:8,23 36:7

38:25 40:3 42:5
  43:6 44:24 45:7
  47:9,11,15,19
  49:15 50:4,10
  51:6 52:11 54:6
  55:14 56:5,22
  60:15 61:18
  68:24 69:20
  71:8,12 72:19
  74:6 81:13,21
  83:9,22 84:2
  87:5 90:4,19
  94:4,25 96:20
  97:15 98:6,7,11
  99:23 101:14
  102:8 103:25
  105:18 107:3,12
  107:19,23
  114:18 115:11
  116:6 117:2
  124:7 126:21
  127:6 129:20
  132:20 133:20
  138:16,24 140:8
  213:6 215:4
  217:17 219:24
  220:16 221:8
  222:8,10 226:4
  237:13

**document** 1:6,12
  9:19 21:7 23:20
  31:12 36:2
  69:17 74:14
  101:3 104:13
  196:23 197:2,23
  211:4 212:18
  221:12 246:16
  246:19,21,22

247:6,11,13,17
247:20 248:12
248:14,16
**documented**
22:13
**documents** 8:25
19:21 20:10,14
219:3
**doing** 7:22
166:17,17
184:20 192:22
**dose** 22:20 23:2
57:5,12,19,24
59:6,8,10,18,21
60:3,5,8,17,22
61:8,20 62:4,18
62:20,25 63:6,8
63:11,16,22,24
64:10,15 71:10
71:11,13,14 72:4
73:25 76:17
77:6,7 78:5,6,12
78:18 79:2,4,5,6
79:7 80:4,5,16
81:3,6,7,13,22
82:6,7,16,20,21
83:6,18 84:11,22
84:23 85:4,8,11
85:15 86:8 87:7
87:18 88:2,7,15
89:4,17 90:5,12
90:13,16 128:11
147:18 168:5
169:3,13,16
170:5,20,20,21
170:25 171:13
171:18 172:16
172:17,24

173:10,21 174:9
175:4,12,20
176:5,7,9,17,24
177:4,6 178:8,12
178:15 188:15
188:25 189:3,7,9
189:11 198:13
198:21 199:9
200:18 201:4,9
201:25 202:8
205:3,6,17,20,23
206:3,5,6,11
207:3,12 208:2,3
223:3,4 225:5,5
225:8,22 228:3
228:19 236:4,4
237:15,25 238:6
238:12,15,21,23
239:5,6,10
241:18,19
242:13 243:4
**doses** 83:3,20
84:13 85:25
119:13 127:22
128:3,5,15,19
129:4 145:9
148:2 168:12,14
168:15,16 169:7
169:12 176:11
177:7 185:15
186:19 189:16
205:25 221:16
222:22 223:9
224:25 225:14
225:24 228:6,10
229:12,13,16,17
241:16

**doubt** 138:9
**dovetailing**
142:5
**dovetails** 141:24
190:10
**dr** 5:14 6:18
7:21,25 8:16
9:11,20,23 12:15
12:17,21 13:3,20
17:5,22,24 31:7
31:13 36:3,14
37:24 39:16
40:5,8,12,18
41:4,9 46:6 59:4
65:19,22 75:8,10
76:5,16 79:17,24
88:12 91:9,25
101:4 108:17
109:5 110:9
120:14 127:20
132:5 134:25
135:6,9 136:7
138:17 139:13
141:20 154:11
157:22 159:2
167:21 180:25
181:10 195:8
196:14,19,24
197:5,13 198:2
203:2,13 209:8
209:11 211:7,16
211:21 212:9,15
214:5,19 216:18
219:6 220:6
223:18 229:11
230:5,5 231:9
234:5 235:8
236:10 237:10

238:3 240:11
241:22 243:11
243:18 244:2
246:17,23 247:7
247:18
**draft** 15:15
21:21
**drive** 4:5
**dropped** 176:25
**drug** 78:7 92:11
94:15 125:11,11
125:23,24,24
171:12
**drugs** 37:2 41:20
48:12 73:21
93:5 132:16
187:20 189:17
**due** 69:9 74:7
120:16
**duly** 7:17 141:11
245:9
**duration** 81:9,22
82:6,7 83:18
84:11 85:15
87:7,18 88:16
89:4,4 198:25
222:24 224:19
224:22 225:3
237:15 238:2

**e**

**e** 3:2,2 4:2,2 5:2
5:2 123:19
141:8,8 245:2,2
246:2,13 247:2,2
247:4 248:2,2,4
**e.g.** 35:3 211:23

**earlier** 21:2,15
33:13 36:9
65:22 67:16
74:21 75:21
83:10 88:14
101:13 111:11
142:12 187:2,8
196:25 202:9
209:12 210:2
213:11 216:24
221:16 225:15
226:5 228:2
229:22
**earliest** 162:21
**early** 20:8 44:14
45:17,18,24 46:4
100:7 149:11
162:4 216:5
**easier** 26:17
**east** 5:15
**ecanaan** 4:17
**echo** 10:12
**echoing** 10:14
**edition** 74:16
247:13
**effect** 37:3 41:21
73:2 103:22
126:13,20
148:23 162:3,9
169:14 170:6,7
170:21,22
178:10,18
185:21 186:19
187:3 191:15
192:19
**effects** 38:18
118:18 156:17
191:5

**ehorn** 5:7
**either** 35:7 47:4
54:20 58:11
61:11 73:3
76:21 80:5
89:23 116:17
126:6 145:7
185:21 187:22
216:3 228:14
234:8,13 235:3
235:20
**elaborate** 13:16
13:17
**elaine** 5:6
**electronic** 45:3
73:5,9 74:8
130:18 145:14
232:23 233:3
234:3
**elements** 142:18
185:11 212:2
**elevated** 38:23
87:4 118:4
150:20
**elevation** 86:5
86:11
**eligibility** 145:7
154:3 188:19
**eligible** 189:12
190:22
**eliminated**
130:25
**email** 8:9,12
12:5,13 13:25
21:8,10 123:2,15
246:19
**emailed** 11:24
122:24

**emails** 12:3
**emphasize**
204:15
**employed**
245:14
**encompassed**
50:11
**ended** 67:6
126:13
**endoscopy** 44:18
45:25
**endpoints** 126:7
**enrolled** 221:25
**entire** 17:6 33:20
63:17 144:25
153:10 155:14
249:10
**entirely** 194:13
**environmental**
25:5 157:8
248:9
**epi** 51:13 123:17
**epidemiologic**
211:25 212:2,4
**epidemiological**
211:17
**epidemiologist**
166:17 204:16
209:15,19
**epidemiologists**
197:11
**epidemiology**
9:5 17:24 30:9
30:18 38:16
44:23 45:2 61:3
74:15,20 75:9
82:5,10 84:17
87:15 88:21

137:8 193:25
197:8 205:9,15
207:2 227:7
237:23 239:10
247:13
**equal** 62:5 82:23
**equation** 95:13
**equivalent**
189:16
**errata** 249:2,16
250:2 251:2
**error** 109:11
112:23
**errors** 42:23
224:6,6
**esophageal** 8:20
26:2 43:7,24
44:12,15 45:13
45:18,22 46:21
89:23 114:11
159:11 160:4
180:2,11,14
**esophagus** 25:22
44:9,11,21 45:8
45:13,20 48:7,8
151:2 156:20
180:10,10,15
191:8,9,23
**especially** 25:25
45:3 86:19
193:14 234:15
235:16
**esq** 3:8,10,15,20
4:7,8,16,18,23
5:6,11,14,17
**established**
46:14 68:16
216:23 218:7

231:17
estimate 27:8,17
  28:4 31:4,5
  64:16 83:10,11
  147:3 173:23
  217:6
estimates 64:14
  64:18,22 198:24
et 23:21 31:20
  69:18,23 104:14
  157:7 221:13
  246:21 247:11
  247:20 248:8,16
european 114:8
  115:18
eva 4:16 55:24
  58:21 151:6
  195:13 236:11
  243:20
eva's 195:10
evaluate 30:2
evaluated 30:7
  30:19 38:5,5
  138:11 241:7
evaluating 142:9
evaluation 143:6
evening 243:21
eventually
  131:11
everybody 31:3
  125:7,9 187:5
  201:25 244:8
evidence 24:5
  33:16 72:4
  103:3,19 118:14
  166:23 212:6
  240:10

exact 75:4 77:4
  109:15 155:24
  209:17 235:13
exactly 14:8
  26:20 50:16
  52:4 93:14
  98:23 100:9
  103:24,25
  107:17 127:13
  155:4,13 219:23
  219:23,24
examination
  7:19 46:2
  141:18 209:6
  237:8
examined 7:18
  246:4
example 9:2
  22:16 31:4
  37:13 55:3
  62:10 66:9
  71:24 76:9,11
  103:15 121:15
  130:10 137:14
  140:4 153:20
  164:24 180:21
  187:17 191:14
  193:20 197:16
  229:15 234:7
  238:14
examples 36:20
  36:20 191:4
  195:6
exceeding
  188:25 189:3
  223:3,5
excellent 118:13

exception 169:12
excerpt 74:15
  135:7 247:13
exchange 12:14
  21:8 246:19
excluded 27:23
  153:20
excludes 155:5
exclusion 153:16
excuse 12:20,20
exhibit 9:17,18
  18:10,12,17,20
  19:8 21:5,6
  23:16,19 31:9,11
  34:17,20 35:24
  35:25 46:7,10
  56:6,9 68:9,11
  69:15,16,21,22
  74:12,13,19
  79:12,14 91:7
  100:25 101:2,24
  104:11,12
  105:10 113:14
  113:16 116:12
  127:18 129:16
  135:4 151:7,11
  157:3,5 167:8
  185:8 196:8
  197:21 210:25
  211:3,7 221:11
  230:25 232:13
  232:15 246:15
  246:17,18,20,21
  246:23 247:5,7,8
  247:9,10,12,14
  247:15,16,19,20
  247:21,22,23
  248:5,6,7,10,11

248:13,15,17,17
exist 126:2
existing 211:24
expect 61:13
  123:5 165:15
  200:6
expected 61:22
  62:11 114:7
  115:18
experience 24:14
expert 9:2,12,20
  16:25 17:23,24
  22:5 31:13 36:3
  42:20 105:14
  114:21 139:10
  209:23 212:20
  213:22 220:11
  240:11 246:16
  246:22 247:6
experts 16:25
  17:9 36:14
  40:12 41:9
  135:10 138:18
  196:14,20 197:3
  197:5,14
expires 245:24
explain 19:20
  111:14 139:4
  143:5 152:7
  160:19 167:22
  205:7 221:5
  238:4
explained
  211:22
explanation
  181:7 208:8
exploring
  118:16

explorys 193:12
exposed 27:4,14
  220:9,13
exposure 61:4
  71:20,22 72:23
  72:25 75:13
  78:22 86:8,21
  87:2,3 90:15
  134:7 137:3,4
  159:4 171:6,24
  172:24 188:11
  199:16 224:14
  227:14 235:9,18
  235:20 239:18
exposures 86:19
  234:16
extent 73:23
extremely
  103:21
eyes 213:5

**f**

f 141:8 245:2
fact 33:25 62:14
  97:10 154:19
  155:2 162:20
  178:14 183:17
  186:16 194:5
  217:14 236:8
factor 35:14
  36:25 38:19
  41:19 43:7,24
  44:5,12 45:13,22
  46:18,19,20,23
  46:24 47:12
  68:21 71:16
  73:2 75:17,18

factors 46:15
  47:23 48:3,7
  68:17 70:14
  96:5,5 129:25
  233:9
facts 240:9,10
failure 47:2 72:3
fair 99:8 105:2
  109:14,20 193:3
  194:20 199:14
  213:6
fairly 170:11
fall 30:23 33:23
  62:3 202:2
  205:21
false 72:4 92:12
  94:17
familiar 226:11
famotidine
  96:16 98:16,17
  99:4,5,13,14,17
  99:20 116:18
  117:11 118:2
  120:23 121:2,5,9
  121:10 122:7,8
  122:10,15
  124:10,12,17,17
  124:21 125:3,3
  125:16,18 128:8
  128:12,15,24
  129:21 130:11
  131:3,23 146:11
  146:11,15 148:5
  149:14 150:10
  179:11,18,20,25
  185:12,16 186:5
  186:12,16,17,23
  186:24 189:2,10

189:14 221:18
  222:3,16 223:4
  223:25 224:20
far 14:13 45:21
  206:24
farther 162:23
faster 158:21
favorite 243:13
fda 148:25 149:2
  191:5 193:21,21
fee 25:10
feel 123:25
fell 191:17 200:5
felt 123:19
fifth 196:4
figure 22:17,19
  26:14,22 61:25
  62:2 98:9,11,11
  98:13,13,21,23
  98:23 127:14,15
  131:21 158:25
  159:2,2 167:2,3
  167:18,23,23,25
figures 22:17
filed 6:20
final 17:19 30:3
finally 60:23
  143:21
finances 93:6
financially 7:6
  245:16
find 10:23 72:8
  76:17 187:18
  194:7 216:5
  219:5 240:17
finding 108:9
  220:7,12

findings 90:6
  159:3 213:13
fine 7:23 18:23
  18:24 226:18
finer 233:13
finish 12:18 40:6
  40:21 50:6 51:8
  127:4
finished 11:9
  40:16 78:15
  98:5
finken 3:10
firm 7:4
first 7:17 10:8
  24:16 25:19
  29:24 33:3 34:8
  52:13 58:2
  97:24 100:15
  119:25 136:11
  137:23 142:8
  143:12 148:10
  149:25 161:19
  170:24 175:17
  177:3 179:24
  198:20 201:8
  212:14,17
fit 154:3
five 8:19 35:14
  72:5 77:11,13,25
  78:19,22 135:16
  152:19,21
  159:10 168:7
  173:15,15
  179:15 201:18
  202:3,6,16
  219:10 220:9,13
  220:23 226:9,23
  226:24 229:24

230:8

**flaw** 37:19 42:4

**flaws** 36:15
40:13 41:10
42:24 196:15

**floor** 3:13 4:15
4:22

**florida** 1:2 6:22

**focus** 27:2 98:10
99:2

**focused** 38:13
219:9 229:23

**folder** 156:24
197:18

**folks** 99:19

**follow** 22:18
26:18 32:7,11
57:23 118:15
142:24 145:3
161:11,12
162:10 163:7,9
163:14 164:13
168:19 242:22

**followed** 145:22
152:12

**follows** 7:18
141:12

**footnote** 98:21

**foreseen** 158:4

**forgot** 43:21

**form** 20:2 32:21
37:6 54:2
142:22 143:3
144:11,16
148:16 150:13
153:5 154:13,25
156:8 158:23
159:7 162:25

163:24 164:10
164:18 165:11
166:22 171:9
172:3,9,21 173:3
174:6 175:23
176:21 177:16
178:6 180:24
181:9 182:19
183:8,15,24
185:5,24 187:16
188:13 190:14
193:5 194:12,25
196:22 198:18
199:18 200:12
200:21 203:15
204:21 205:14
206:14 207:7,17
208:6,13 238:8
239:15 240:5,9
242:9,15 243:2,8

**forth** 245:9

**found** 38:17 90:9
138:14 149:22
193:8,13 194:5
210:5 216:8
217:24

**foundation**
105:13,14
183:15,24

**four** 22:25 23:3
24:20 46:18,19
64:17 87:22
88:25 89:6
110:6 115:23
147:11 160:22
163:9 165:24
171:2 178:23
200:3,7 208:3

**fractures** 126:17

**frame** 19:17

**frequency** 75:12
155:10

**friedman** 5:22
6:24

**front** 8:25 14:8
34:23 60:15
72:12 114:17
117:2 132:13
220:15

**full** 11:19 17:12
17:13 24:22
58:2 73:6

**fully** 158:11

**further** 209:6
237:8 245:13

**furthermore**
82:25 91:13,22

**g**

**gastric** 8:21
59:23 60:9
61:20 62:25
63:16 64:15,21
158:4 159:10,12
159:23 166:8
176:15,16 206:8
207:12 228:14
228:17

**gastroenterolo...**
132:6

**gastroenterolo...**
230:6

**gastroenterology**
10:10

**gastrointestinal**
47:22,23

**general** 14:25
100:20 129:23
156:2

**generalizability**
154:6,23 231:6
231:11

**generalizable**
152:25

**generated** 190:8

**geographic**
111:7

**getting** 56:20,21
78:18 83:23
104:2 144:13
155:22 162:22
216:5

**give** 36:19,20
55:24 61:19
87:6,10,11,14
88:14,19 89:2,12
107:8,14 139:21
148:12 151:22
152:23 154:11
154:22 167:14
172:14 179:17
193:24 237:14
237:18,19,21
238:24,25
241:23 242:3

**given** 61:24
89:17 167:23
230:8,9 244:2
245:11

**gives** 125:17
147:17,24 154:5
174:23

**giving** 194:2

[glaxosmithkline - h2]                    Page 21

| | | | |
|---|---|---|---|
| **glaxosmithkline** 4:21 | 211:10 214:9 224:4,10,17 | 241:23 244:6 **good** 6:2 7:21,24 | 177:3,4,6,11,14 177:23,25 |
| **glucocorticoids** 121:15,17 | 226:3 228:4 230:21 232:12 | 7:24 64:2 67:4 112:19 137:8 | 179:14 185:13 185:14,16 186:3 |
| **gmbh** 4:13 | 236:12,16,21 | 141:20 209:8 | 191:7 193:10 |
| **go** 6:15 8:18 | **goes** 161:11,22 | **google** 10:20 | 199:23 200:18 |
| 11:11 12:24 | 169:8 206:25 | **gradient** 75:19 | 202:20 203:18 |
| 20:7 23:13,17 | 212:11 | 75:22 | 203:25 205:19 |
| 25:17,19,20 | **going** 6:3 12:18 | **grained** 233:13 | 205:21 229:12 |
| 26:14 31:8 | 13:3 32:6,8,20 | **graph** 93:17 | 229:16 239:4 |
| 32:25 34:17 | 39:5 44:20 50:2 | 159:17 161:4 | **group's** 193:10 |
| 35:22 36:6 42:5 | 51:25 57:17 | 165:12 168:8,10 | **grouping** 229:19 |
| 46:6,7 47:17 | 61:5 62:10 | 168:18,24 | **groups** 28:20 |
| 51:10 52:11 | 65:11 66:3 | 198:12,21 | 82:8,11 84:19 |
| 54:6 55:12,13 | 70:19 72:8 | **graphs** 160:21 | 95:8 99:9 121:4 |
| 56:6,11,17 57:25 | 74:11 90:24 | 162:15 165:4,6 | 121:11 129:8 |
| 58:12,21 68:9 | 97:3 98:8 | 165:24 169:11 | 145:12,23,25 |
| 72:11,18 83:25 | 101:11 103:22 | 198:8 | 146:24 147:11 |
| 90:19 91:9 94:2 | 105:9 107:20 | **great** 142:20 | 147:12,16 149:3 |
| 98:9 101:7 | 109:3 112:7 | 243:21 | 149:22,23 153:3 |
| 104:7 105:23 | 113:18 116:3 | **greater** 162:12 | 153:24 154:21 |
| 109:9 113:12,14 | 123:9,10,19,23 | **greatest** 170:21 | 158:2 161:2 |
| 114:3 116:5,9 | 126:21 127:6,9 | **green** 168:15 | 171:7 177:22 |
| 118:7 119:8 | 131:25 132:2 | 169:8,18 | 186:12,17 200:4 |
| 123:13 126:25 | 133:7 134:16 | **greenstein** 1:24 | 200:5,7 208:4 |
| 127:14 129:13 | 140:21 141:4 | 2:11 7:3 245:4 | 224:13 225:19 |
| 134:10 140:24 | 144:7 155:18,25 | 245:22 | **guess** 10:15 |
| 140:25 141:3 | 156:16 160:11 | **group** 62:10 | 195:20 |
| 143:24 150:17 | 162:6 164:20,24 | 86:7 91:15,16 | |
| 151:25 158:25 | 165:17 167:16 | 93:19 95:6,7,19 | **h** |
| 160:14 164:20 | 167:22 170:5 | 95:21 96:2,19 | **h** 246:13 247:4 |
| 167:6,17 175:4 | 173:22 178:3,24 | 99:14,14 108:11 | 248:4 |
| 176:14 178:4 | 186:13,22 | 116:18,18 | **h.pylori** 43:16 |
| 179:6 181:25 | 195:12,19 | 122:14 139:23 | 43:19 44:4 |
| 182:12 184:20 | 208:19 214:6,9 | 140:7 146:19 | 46:24 48:5 |
| 189:18 195:5,8 | 218:12 224:17 | 154:7,8 159:5 | **h2** 76:22 93:10 |
| 195:21 198:9 | 226:4 236:24 | 169:3,25 170:11 | 101:16,21 |
| 203:6 210:25 | 237:11 240:19 | 176:18,23 177:2 | 102:22 105:6 |

[h2 - impartial]

130:9,13,16
131:10,17
132:15 146:12
187:21 188:5
191:13 192:8
**h2ra** 103:8
187:12
**h2ras** 103:6
106:6
**habel** 191:19
220:7,12
**half** 13:15 27:24
181:18 184:9
**hand** 245:19
**handled** 42:10
**handles** 186:8
**happen** 31:2
216:2
**happening** 10:24
**happy** 109:9
**hard** 8:25 26:16
**harding** 3:17
**hardy** 4:20
**hausfeld** 4:4
**hausfeld.com**
4:7,9
**hazard** 59:19
84:24 91:17
106:23 107:21
108:25 118:4
147:2 159:16,17
160:13 179:13
184:2,5 186:13
201:16,17,20
227:3,9
**hazards** 199:3,4
**headed** 197:23
248:12

**heading** 119:14
**health** 25:6 45:4
73:5,9 126:4
129:23 130:19
135:24 144:21
144:23 145:14
157:9 171:11
232:23 233:3
234:4 248:9
**healthcare** 74:9
**hear** 58:8,9 79:8
141:23 195:20
**heard** 6:11 79:3
**hearing** 7:11
236:23
**hearings** 198:5
**heavier** 118:20
**heavily** 240:2
241:3
**held** 2:8 58:16
**help** 156:5 224:9
**helped** 241:11
**helpful** 120:17
120:19 165:19
174:11
**helps** 174:24
241:18,19
**hepatitis** 46:22
48:5,21 49:8,8
49:11,12 52:15
52:16,21,22 53:7
53:24,24 68:20
69:3,9,24 70:12
**hepatocellular**
69:8,25 70:15
110:5
**hereinbefore**
245:9

**hereof** 249:16
**hereunto** 245:18
**high** 85:25
104:18 106:2
155:7,15 170:20
**higher** 28:21
60:4 78:10,10
85:7 88:7 103:9
108:10 109:17
147:19,19
152:20 153:22
156:16 177:22
178:8 180:20
236:7
**highest** 62:15,16
140:16,16 169:7
177:4,6,24
178:12 228:5,9
**highlight** 157:12
157:15 167:15
**highlighted**
23:23 31:17
34:22 36:10
39:18 47:20
102:3 116:14
117:2 159:9
221:24 224:12
**hill** 185:3 193:3
**hired** 36:14
40:12 41:9
196:14
**history** 46:18
**hold** 56:14 101:9
**home** 8:5
**horn** 5:6
**hospitalization**
233:14

**hours** 13:15 14:5
14:6,12,14 19:13
19:22 20:23,25
**hr** 159:16
**human** 192:16
**humans** 212:8

**i**

**ibm** 193:13
**icd** 137:19 138:5
138:5 182:25,25
**idea** 106:10,16
**identical** 179:22
**identification**
9:19 18:13 21:7
23:20 31:12
36:2 69:17
74:14 101:3
104:13 157:6
197:22 211:4
221:12 246:16
246:18,19,20,22
247:6,11,12,17
247:19 248:8,11
248:13,15
**identified** 38:10
114:5 145:17
233:17
**identify** 113:25
241:19
**identifying**
143:12
**immediately**
160:15
**impact** 133:5
174:14
**impartial** 124:4

importance
    162:19
important    70:14
    122:19 144:8
    148:13 156:12
    160:20 165:7
    172:17,23 174:7
    204:17
impression
    92:13 94:17
inaccurate    15:20
inch    18:21
incidence    61:23
    62:8 109:25
    110:20,24 111:2
    111:8 139:15,19
    140:3,11,11,14
    140:16 145:24
    146:2,24 151:18
    151:19 152:4,15
    152:20 153:7
    161:14 166:7,8
    166:12 168:2,22
    168:23 230:23
incidences    98:15
incident    139:21
    152:23 154:20
    155:12 156:3,9
include    25:23
    27:12 30:12
    31:22 33:6,11
    34:3,7 49:5
    158:18 160:6
    191:4 192:12
    194:18 229:2,8
    233:8
included    27:22
    37:22 46:16

49:12 53:10,11
    67:4 68:18 88:4
    95:19 136:2
    170:4 181:15
    184:14 192:5,9
    204:4
includes    32:16
    33:3,21 48:25
    186:2 227:12,20
including    38:11
    49:7 54:14
    66:24 150:25
inclusion    25:24
    127:20
inconsistent
    102:5
incorporate
    156:5
increase    28:22
    28:25 29:4
    35:19 60:21,21
    60:25 71:15
    82:18 85:5,9,12
    88:3,10 89:16
    105:7 153:24
    176:4 181:4
    199:15 207:5,9
    215:6 238:12
increased    34:13
    34:15 35:19
    59:7 82:8 83:3,7
    84:9 85:24
    92:13 94:18
    102:10 118:25
    147:22 150:4,10
    150:16,18 158:3
    159:20,23 160:2
    160:5,8 161:23

162:11 164:14
    176:8,11,18,25
    177:5,8,14,21,24
    177:25 179:14
    179:21,23 180:2
    180:5,7,13,14,20
    193:18,23
    199:15 205:18
    206:10 208:2
    226:13,20,24
    227:10 228:14
    236:5 238:19,21
    238:23 239:11
increases    30:13
    31:23 59:25
    71:15 163:3
    238:16
increasing    59:8
    59:19,20 62:17
    62:18 75:13
    118:17 147:23
    163:5 165:13
    176:4,7 199:9
increasingly
    118:19
increment    86:20
index    48:24
    49:13,15,15 50:7
    50:12,19,19
    51:17 52:2,14,20
    52:25 53:6,10,14
    53:23 54:8,10,19
    54:25 55:11
    65:23 66:7
    131:3
indicated    22:19
    47:21 249:15

indicates    121:15
indication    93:13
    116:19
indications
    92:25 93:9
    137:16 146:13
indirect    77:21
    79:9
individual    29:3
    29:20 38:20
    59:11 63:9
    81:10 84:18
    139:16,19 152:5
    193:15 239:3
    241:7
individuals
    22:22 60:2
    82:19 83:2
    145:8 147:21
    169:5 202:4
inexact    78:25
    79:6
infection    43:16
    46:23,24 48:5,6
    52:16,22 68:21
    69:3
infections    48:22
    53:7,25 70:13
    102:10 104:19
    105:7 106:3
influence    36:25
    41:19
information
    12:6 20:3 31:3
    36:24 37:18
    41:18 42:3 43:4
    43:14 45:6 82:5
    85:20 87:14

88:20 97:25
103:18 104:5
118:16 122:19
122:24 125:17
132:21,25 134:5
136:3,20 137:12
137:16 147:17
147:25 152:24
153:2 154:5
156:4 167:22
172:13,18
173:25 174:9,24
185:16 194:9
202:13 205:23
233:10,11,13
237:22 238:11
238:24 239:2,9
241:18 243:5
246:7
**informative**
194:5,8 210:5
212:3,11
**ingelheim** 4:12
4:12,13,13,14
**inherent** 233:4
**inhibitor** 148:6
**inhibitors**
104:17 105:6
146:22 149:17
**initial** 117:5
**initiative** 126:4
**instances** 93:3
**instant** 8:10
**instruct** 54:3
**instruction**
32:23
**insurance** 93:6
129:24 135:21

135:24 144:21
144:23 193:11
232:5,6
**integrating**
142:10
**intense** 182:4
**interest** 34:10
74:10 109:3
127:8 175:13
**interested** 7:7
148:21 149:8
245:16
**internal** 100:3
100:19 101:20
136:24,25 137:7
155:15
**internally**
137:24 140:6
**international**
4:13 25:4
137:20 157:7
248:8
**internet** 6:9
**internist** 132:7
**interpret** 213:5
**interpretation**
20:13
**interrupt** 11:8
11:10 39:2,3,22
51:3,7 123:14
202:24
**interrupting**
126:24
**interruption**
19:3
**interval** 27:11
30:12,22 31:22
32:16 33:2,6,10

33:14 34:2 88:4
91:18 158:14,17
227:12,20
228:18 229:2,8
**intervals** 25:23
34:7 64:25
199:12
**intervention**
125:10 187:4
**introducing**
157:3
**introduction**
24:17
**invasive** 27:22
181:16,19 182:8
183:4,10,12
184:14,17
213:17,24
214:12,22 215:7
215:8,12,13,15
215:20 216:3,3
216:12,16
218:16,23
**investigate**
181:6
**investigated**
191:7 215:11
**investigators**
11:22 80:2,16
88:5 143:17
145:4 146:23
148:3,17,22
149:4 173:5
192:14
**invoice** 13:24
14:2 20:9
**invoices** 18:9,13
19:8 246:18

**involved** 150:23
**iphone** 8:11
**irrespective**
51:22
**issue** 34:6 42:10
42:11 73:8
78:16 90:20
92:15 115:19
135:9 139:12
191:18 201:24
205:10,11
220:18
**issues** 13:17
136:16
**items** 52:2
**iwagami** 135:21
192:9

**j**

**j** 1:24 2:11 4:23
74:16 245:4,22
247:14
**james** 3:8
**january** 222:4
245:24
**japan** 135:22
**jennings** 5:11
**jim** 79:19 195:15
202:23,23
243:19
**job** 1:25 200:9
**johnson** 5:23
**journal** 12:11
25:3,5,7,11
70:21,23 71:3
157:8 248:8
**journals** 25:13
25:15

**jronca** 3:9
**judge** 190:8
  198:4
**judgment**
  214:19
**june** 19:10
**justification**
  24:24

**k**

**kantor** 135:22
  184:17 218:15
  218:22
**kaplan** 108:8
  160:16 242:22
**keep** 54:12 95:18
  98:8 127:9
  224:17 226:4
**keeping** 122:3
**kenneth** 74:16
  247:14
**key** 120:11
  211:15,25
**kidney** 38:14
  114:12 191:20
**kim** 36:21 37:7
  37:13 135:25
**kind** 55:9 122:23
  164:12 166:16
  172:18,18
  184:19
**kinds** 193:25
**king** 4:11 5:21
**knew** 30:23,24
  33:16,17 81:7,8
**know** 8:16 11:15
  11:15 15:19
  17:19 32:10

45:20 50:10
61:9 63:2 64:20
67:6 70:17,24,25
73:20 76:10
80:8 93:2,7,24
96:9,13 97:17
102:25 103:17
105:20 106:12
109:11,23 111:3
111:6,7 114:23
122:20 124:11
128:25 129:2
130:15 131:9
133:3,16,23
136:21 155:14
166:10 170:15
170:17 173:11
174:11,19
178:10,21
185:13,17
193:20 195:18
200:4 202:9
212:19 213:2
214,14,15
215:14 224:4
225:16,20
226:16,16
229:10,17
230:17 235:16
236:18 243:12
**knowing** 148:21
  227:19
**knowledge** 10:8
  13:10 19:19
  43:19 44:10
  45:23 49:19
  77:5 110:3
  131:12 231:14

**korea** 135:25
**kslaw.com** 4:17
  4:18

**l**

**label** 42:15
**laboratories**
  5:15
**lack** 24:4 35:5
  37:18,25 42:3
  183:24 233:12
**lacks** 183:15
**large** 36:12
  40:10 41:7
  118:11 145:14
  155:20 170:11
  188:3 193:11
  195:24 196:5,12
  200:6
**largely** 34:6
**larger** 114:7
  151:13 157:11
  202:20
**lawyers** 11:13,21
  20:13
**lbosso** 4:18
**leading** 48:11
  154:14 162:25
  164:18 166:22
  183:15,24 185:5
  194:12 199:18
  207:17 208:13
  243:8
**led** 126:19
**left** 160:23,24
  161:14 168:20
  236:18

**legal** 6:25 7:4
  244:5
**legend** 98:13
**length** 78:20
  80:25 81:8
  129:2 173:16
  202:14,16
  211:22
**lengths** 168:4
**level** 60:22 73:22
  73:24 85:7,11
  90:15,16 121:11
  126:11,15
  165:13 170:18
  189:11 199:8,9
  205:24 206:3
  207:3 217:15,24
  218:3 228:19,19
  239:6,9
**levels** 59:20
  71:23 75:13
  82:15 89:17
  188:15 235:18
  238:11,20
  241:19
**liability** 1:5 6:19
**lie** 31:6 33:15
**lifestyle** 233:12
**likelihood** 30:14
  31:23 32:17
**likelihoods**
  215:18
**limitation**
  186:18
**limitations**
  115:14 233:4
**limited** 13:2
  73:10 128:14,18

184:17 214:5
216:19,21
218:15,23 233:9
233:11
**limits**   144:12
**linda**   1:24 2:11
7:3 245:4,22
**line**   70:11 161:3
161:5,6,17 168:8
168:20,21
169:18,25
180:12 196:4
246:9,12 250:3,6
250:9,12,15,18
250:21 251:3,6,9
251:12,15,18,21
**linear**   199:15
**lines**   99:3,6
161:20,23
162:11,20 163:8
163:11 164:7
**linked**   113:23
**list**   16:5 67:9
68:4,19
**listed**   49:23,25
66:20,21 121:2
152:11 190:16
**listen**   28:2 41:3
53:3,18
**literature**   102:13
126:2
**litigation**   1:5
6:19 15:7 19:9
20:18,24 29:7
36:9 38:15
51:13 55:15
89:9 135:8
147:13 150:23

152:20 162:17
163:13 184:14
211:10,14 213:4
218:20 230:7
234:6 249:5
**little**   132:17
148:12 149:8
151:13 158:21
169:23 175:7,9
241:24,25 242:3
**liver**   8:21 16:12
43:7,24 46:21,23
48:8 49:2,4,5,6
49:25 51:23,23
54:21,23 55:2,5
55:6,7,10 59:7
59:21 66:8,10,12
66:12,18,19,22
67:17,18,19
68:21 69:2,8
70:2 76:17
81:23 82:12,19
83:19 84:12
85:16 87:8
88:17 89:9
91:13 92:4 95:4
95:16 98:15
99:13,18 102:10
102:11,17,24
103:8,10,13,16
104:3 108:9
109:20 110:3,4
110:12,13,24
111:2,9,12,14,16
111:19,23 112:2
112:9,10 113:6
114:2,7 115:6
116:19 117:9,25

118:18 119:2
140:17 147:14
150:25 152:16
155:13 156:19
158:3 159:11,12
159:20 160:23
161:9 162:17
166:8 167:24
168:3,6 169:13
175:14,17,19
179:22,25
198:14 203:24
206:8 207:11
219:8,16,18
220:3,4 228:14
231:17 236:6
237:16 238:3,14
238:16
**llc**   5:10
**llp**   3:5,12,17 4:4
4:11,20 5:4,9,21
**lodge**   242:7
**logan**   3:6
**logistic**   66:23
**long**   70:13 71:4
80:22 116:21
118:15 129:10
137:7 145:3
170:14 173:7
202:9 243:13
**longer**   170:8
202:15
**longitudinal**
118:12
**look**   26:21 70:25
71:2 72:9 77:21
78:6 79:2,11
81:14 84:18

95:3 97:3,24
98:12 100:23,25
101:23,25 110:2
113:13 121:21
124:4 125:7
133:7 138:10
143:25 144:5,9
148:18,23
149:12 166:18
167:5 170:6
175:16 182:13
184:22,23,24
187:3 189:5
198:22 200:9
204:17 210:10
218:12 219:2
221:22 231:23
235:19
**looked**   38:3,4,7
77:9,10,16 86:11
111:18 126:7
133:11 136:23
137:23 138:12
138:17 146:10
146:23 147:11
149:3 153:17
172:12 181:14
184:13 191:24
191:25 192:2
193:16,22
201:11,20
213:17 219:5
**looking**   16:8
24:20 30:3
42:20 49:20
57:4 59:16
67:22 78:14
84:22 86:25

87:2 90:8 96:18
97:20,21 104:7
112:12 119:5
125:2 143:7,13
143:13 146:20
149:8 160:20
161:8 165:23
173:11 176:2
183:18 188:23
191:13 213:24
220:14 236:3

**looks** 76:7 86:5
120:5 143:21
198:21 199:6
230:22

**lot** 123:23 179:4
224:5

**low** 25:25 67:13
78:21 170:5,21
217:14,18 220:3

**lower** 91:14
93:25 95:5
99:12,18 227:22
238:20

**lowest** 169:12
176:7,23 177:14
178:12 224:21
228:19,19

**luhana** 3:12,15
3:15

**luke** 4:18

**lumped** 55:9

**luncheon** 141:6

**lung** 16:12
109:12 110:7
114:12 158:3
160:23 166:9

**m**

**m** 5:6

**magnotta** 3:10

**mail** 123:19

**main** 11:24
76:20 96:18
97:22 146:16,17
146:25 148:21
149:6,18,20
150:2,3 186:14

**maine** 5:5

**majority** 169:22
170:12

**making** 109:10
165:7 172:15
226:20

**malignant** 183:4

**manifest** 72:4

**manuscript**
21:22

**marc** 5:22 6:24
18:15

**margin** 228:23

**marginal** 228:21

**marginally** 88:6
228:21

**marina** 4:5

**mark** 9:16 18:8

**marked** 9:18
18:12 19:7 21:6
23:16,19 31:11
34:19 35:23,25
46:9 56:8 68:10
69:16,22 74:13
74:19 79:13
91:6 101:2
104:12 113:15
116:11 127:17

129:15 135:3
151:6,10 157:6
196:7 197:22
211:3 221:11
230:24 232:14
246:15,17,18,20
246:21,23 247:5
247:7,8,9,10,12
247:14,15,16,19
247:20,21,22,23
248:5,6,7,10,11
248:13,15,16,17

**market** 100:12

**martin** 3:17

**massachusetts**
4:6

**match** 119:23
120:12 121:23
155:7,25

**matched** 119:16
119:20,21 120:6
120:10,22
124:11,16
154:20 155:3
221:17 224:13

**matches** 120:7

**matching** 52:5
53:15,17 54:11
77:2 95:25 96:4
120:18 121:13
124:18 145:12
145:16

**materials** 46:2

**maternal** 75:24

**math** 225:17

**matter** 6:18
70:22 189:19
194:6 249:12

**matters** 170:20

**mazzotti** 3:17

**mctiernan** 1:1
1:19 2:1,9 3:1
4:1 5:1 6:1,18
7:1,16,21,25 8:1
8:16 9:1,11,21
9:23 10:1 11:1
12:1,15,17,21
13:1,3,20 14:1
15:1 16:1 17:1
17:22 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1,7
31:14 32:1 33:1
34:1 35:1 36:1,4
37:1 38:1 39:1
39:16 40:1,5,8
40:18 41:1,4
42:1 43:1 44:1
45:1 46:1,6 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1,4
60:1 61:1 62:1
63:1 64:1 65:1
65:19,22 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1,16 77:1
78:1 79:1,17,24
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1

| | | | |
|---|---|---|---|
| 88:12 89:1 90:1 | 166:1 167:1,21 | 239:1 240:1 | 74:1 75:1 76:1 |
| 91:1,9,25 92:1 | 168:1 169:1 | 241:1,22 242:1 | 77:1 78:1 79:1 |
| 93:1 94:1 95:1 | 170:1 171:1 | 243:1,11,18 | 80:1 81:1 82:1 |
| 96:1 97:1 98:1 | 172:1 173:1 | 244:1,2,11 245:1 | 83:1 84:1 85:1 |
| 99:1 100:1 | 174:1 175:1 | 245:7 246:1,5,17 | 86:1 87:1 88:1 |
| 101:1,5 102:1 | 176:1 177:1 | 246:23 247:1,7 | 89:1 90:1 91:1 |
| 103:1 104:1 | 178:1 179:1 | 247:18 248:1 | 92:1 93:1 94:1 |
| 105:1 106:1 | 180:1,25 181:1 | 249:1,20 250:1 | 95:1 96:1 97:1 |
| 107:1 108:1,17 | 181:10 182:1 | 251:1 | 98:1 99:1 100:1 |
| 109:1,5 110:1,9 | 183:1 184:1 | **mctiernan's** | 101:1 102:1 |
| 111:1 112:1 | 185:1 186:1 | 134:25 195:8 | 103:1 104:1 |
| 113:1 114:1 | 187:1 188:1 | 196:24 211:16 | 105:1 106:1 |
| 115:1 116:1 | 189:1 190:1 | 212:9 240:11 | 107:1 108:1 |
| 117:1 118:1 | 191:1 192:1 | **md**   1:1,3,19 2:1 | 109:1 110:1 |
| 119:1 120:1,14 | 193:1 194:1 | 2:10 3:1 4:1 5:1 | 111:1 112:1 |
| 121:1 122:1 | 195:1 196:1 | 6:1,23 7:1,16 | 113:1 114:1 |
| 123:1 124:1 | 197:1 198:1,2 | 8:1 9:1 10:1 | 115:1 116:1 |
| 125:1 126:1 | 199:1 200:1 | 11:1 12:1 13:1 | 117:1 118:1 |
| 127:1,20 128:1 | 201:1 202:1 | 14:1 15:1 16:1 | 119:1 120:1 |
| 129:1 130:1 | 203:1,2,13 204:1 | 17:1 18:1 19:1 | 121:1 122:1 |
| 131:1 132:1,5 | 205:1 206:1 | 20:1 21:1 22:1 | 123:1 124:1 |
| 133:1 134:1 | 207:1 208:1 | 23:1 24:1 25:1 | 125:1 126:1 |
| 135:1,6 136:1,7 | 209:1,8,11 210:1 | 26:1 27:1 28:1 | 127:1 128:1 |
| 137:1 138:1 | 211:1,7,21 212:1 | 29:1 30:1 31:1 | 129:1 130:1 |
| 139:1,13 140:1 | 212:15 213:1 | 32:1 33:1 34:1 | 131:1 132:1 |
| 141:1,10,20 | 214:1,5,19 215:1 | 35:1 36:1 37:1 | 133:1 134:1 |
| 142:1 143:1 | 216:1,18 217:1 | 38:1 39:1 40:1 | 135:1 136:1 |
| 144:1 145:1 | 218:1 219:1,6 | 41:1 42:1 43:1 | 137:1 138:1 |
| 146:1 147:1 | 220:1,6 221:1 | 44:1 45:1 46:1 | 139:1 140:1 |
| 148:1 149:1 | 222:1 223:1,18 | 47:1 48:1 49:1 | 141:1,10 142:1 |
| 150:1 151:1 | 224:1 225:1 | 50:1 51:1 52:1 | 143:1 144:1 |
| 152:1 153:1 | 226:1 227:1 | 53:1 54:1 55:1 | 145:1 146:1 |
| 154:1,11 155:1 | 228:1 229:1,11 | 56:1 57:1 58:1 | 147:1 148:1 |
| 156:1 157:1,22 | 230:1 231:1,9 | 59:1 60:1 61:1 | 149:1 150:1 |
| 158:1 159:1,2 | 232:1 233:1 | 62:1 63:1 64:1 | 151:1 152:1 |
| 160:1 161:1 | 234:1,5 235:1,8 | 65:1 66:1 67:1 | 153:1 154:1 |
| 162:1 163:1 | 236:1,10 237:1 | 68:1 69:1 70:1 | 155:1 156:1 |
| 164:1 165:1 | 237:10 238:1,3 | 71:1 72:1 73:1 | 157:1 158:1 |

| | | | |
|---|---|---|---|
| 159:1 160:1 | 235:1 236:1 | **measures** 30:4 | **meets** 158:18 |
| 161:1 162:1 | 237:1 238:1 | 239:22 240:23 | **meier** 108:8 |
| 163:1 164:1 | 239:1 240:1 | **mechanism** | 160:16 242:22 |
| 165:1 166:1 | 241:1 242:1 | 215:10 | **melanoma** |
| 167:1 168:1 | 243:1 244:1,11 | **mechanisms** | 114:12 |
| 169:1 170:1 | 245:1,7 246:1,5 | 215:12 | **mellitus** 224:14 |
| 171:1 172:1 | 247:1 248:1 | **media** 6:16 | **memorize** |
| 173:1 174:1 | 249:1,20 250:1 | 65:12,16 91:5 | 214:15 |
| 175:1 176:1 | 251:1 | 134:21 141:16 | **memorized** |
| 177:1 178:1 | **mdl** 1:3 6:22 | 208:21 209:3 | 109:8,16,25 |
| 179:1 180:1 | **mean** 21:19 | 244:3 | **mention** 69:13 |
| 181:1 182:1 | 29:15 34:3 | **medical** 11:3 | 73:4 120:12 |
| 183:1 184:1 | 86:10 89:25 | 48:4 50:23 | 192:17 193:7 |
| 185:1 186:1 | 93:21 95:3 | 112:22 135:13 | 231:15 |
| 187:1 188:1 | 107:2 111:13 | 135:19 138:21 | **mentioned** 9:12 |
| 189:1 190:1 | 122:24 123:13 | **medication** | 21:2 33:13 |
| 191:1 192:1 | 143:7 144:6 | 94:10 100:10 | 37:24,25 56:18 |
| 193:1 194:1 | 155:24 167:17 | 133:22 147:20 | 73:15,18 75:21 |
| 195:1 196:1 | 175:25 176:3 | 149:11 173:17 | 77:20 89:17,25 |
| 197:1 198:1 | 210:12 225:18 | 187:4,7 222:17 | 100:20 110:6 |
| 199:1 200:1 | **meaning** 147:18 | 222:19 | 111:12 120:11 |
| 201:1 202:1 | 173:7 174:15 | **medications** | 133:9 144:8 |
| 203:1 204:1 | 216:10 235:20 | 76:22 92:16 | 148:10 155:5 |
| 205:1 206:1 | **meaningful** | 100:7 129:7 | 175:3 202:9 |
| 207:1 208:1 | 86:12,14,18,24 | 131:6 132:23 | 214:22 218:25 |
| 209:1 210:1 | 118:11 | 133:18 135:15 | 231:22 234:2 |
| 211:1 212:1 | **means** 137:2 | 137:17 138:23 | **mentioning** |
| 213:1 214:1 | 155:3 170:13 | 147:6 188:2 | 214:11 234:14 |
| 215:1 216:1 | 171:15 189:12 | **medicine** 100:3 | **merely** 75:22 |
| 217:1 218:1 | 227:19 | 100:19,21 | **messaging** 8:10 |
| 219:1 220:1 | **meant** 37:12 | 101:20 146:22 | **met** 14:20 42:18 |
| 221:1 222:1 | 57:21 | **meet** 14:17,21 | **meta** 28:24 29:6 |
| 223:1 224:1 | **measure** 50:7 | 137:7,8 | 29:11,14,23 |
| 225:1 226:1 | 227:9 | **meeting** 10:10 | **metastases** 113:8 |
| 227:1 228:1 | **measured** 171:7 | 10:16,24 | 115:7,22 |
| 229:1 230:1 | **measurement** | **meetings** 11:18 | **metastasis** |
| 231:1 232:1 | 233:20 | 15:2 | 111:20 |
| 233:1 234:1 | | | |

**metastasize**
111:22 181:25
**metastasizing**
215:19
**metastatic** 112:3
112:12 114:9
**method** 52:9
142:9 155:16
**methodology**
38:5
**methods** 29:25
30:5 97:24
143:13 145:11
**mgpi** 25:13
**middle** 157:13
**migrate** 131:14
**mild** 49:4,24,25
54:20,21 55:6
66:11,18 67:18
**milligram**
171:13
**milligrams**
82:22,23 84:15
171:16 188:17
188:19,20 189:2
189:3,12 223:3,5
223:8,20 225:5
**million** 144:25
145:2,5
**mind** 95:18
122:4
**minimal** 84:22
90:12 225:21
**minimize** 233:24
**minimized** 84:5
143:19
**minimum** 81:22
83:17 84:11

85:15 87:7,18
88:15 89:3
128:4 185:14
205:3 237:15,25
238:5
**minus** 169:20
225:10
**minute** 72:16
94:12 131:22
134:11 164:21
180:18
**minutes** 94:13
236:15
**misclassification**
133:15 173:22
182:10 233:23
234:16,17
235:15
**misdiagnosis**
233:8
**misrepresents**
196:23
**missed** 180:9
**missing** 16:4,11
46:17 55:18,19
68:18 80:24
211:25 223:20
**misstates** 196:22
239:16
**mistake** 37:10
**mix** 187:25
**mixed** 130:19
**models** 186:6
**moderate** 54:22
55:7 66:12,18
67:19
**modern** 74:15
74:20 75:9

247:13
**modifier** 37:4
41:22
**mohy** 36:21
37:14
**moment** 103:6
214:7
**monday** 1:20 6:5
**monotonic** 75:12
75:16
**month** 173:9
223:12,14,15
**months** 78:23
84:14 129:5,6
173:9,9,20
202:19 224:20
225:6
**moorman's** 17:5
**morning** 6:2
7:21
**mortality** 49:15
**motion** 211:19
**move** 34:10 39:5
71:6 74:11
107:15 109:4
131:13,17
158:21 166:25
175:6,8 203:5
213:7 216:22
**moved** 132:3
**mult** 31:12 36:2
69:17 74:14
197:22 211:4
221:12 246:22
247:6,11,12
248:11,13,15
**multi** 9:19 23:20
101:3 104:13

246:16,20
247:17,19
**multiple** 49:6
51:15 96:5
149:2 218:20
235:18
**multivariable**
157:14,24 199:3

**n**

**n** 3:2 4:2 5:2
141:8,8,8 246:2
247:2,2,2 248:2
248:2,2
**name** 6:24 12:10
**narrow** 31:21
34:2
**nathan** 5:14,17
5:18
**national** 239:23
240:24
**nationwide**
114:6
**nature** 208:10
**nci** 49:20 50:15
**ndma** 146:14
192:15 212:5,7
215:5
**nearly** 113:24
**necessarily**
75:14 119:23
**necessary** 81:23
83:18 84:12
85:16 87:8
88:16 89:5
119:22 142:18
165:18 237:16
238:2

**need** 12:24 32:22
63:2,17 83:25
101:24 104:24
109:25 130:8,12
167:5,6 192:23
210:10 212:21
214:2,13 219:2
**needed** 29:21
217:7 218:2
**needs** 106:6
166:18
**negative** 201:4
**neither** 245:13
**network** 70:3
**never** 22:24 23:5
86:24 99:23
168:11
**new** 2:13 3:14,14
3:19,19 4:15,15
4:22,22 5:16
19:16 33:19,19
114:2 141:22
245:6
**nice** 70:24
199:15
**nicole** 5:21
**night** 16:17,20
214:8,14
**nine** 84:14
**nizatidine**
192:10,14,21
**non** 26:23 57:9
57:10 68:4
75:16 76:23
77:19,19 85:23
91:15,16 93:21
93:25 95:5,6,20
95:20,21 96:2,19

97:23 98:16,17
99:3,4,14 108:11
108:12 116:17
117:11 118:2
119:11,18
120:22 128:5
133:15 136:15
145:21 146:3
147:2,4 148:24
150:6,19 152:14
152:22 156:11
159:22,25 160:3
161:4,18,21,25
162:13 163:16
168:6 169:19
170:2 179:23
180:6,16 186:9
199:2 215:7,12
215:15,20,21
216:3,12,16
217:6 218:2
221:3 234:17
235:9,14 242:17
242:19
**noninvasive**
181:20,22,24
182:8 184:15
**north** 3:6
**notably** 46:17
59:5 68:18
**notary** 2:12
244:14 245:5
249:23
**note** 80:15
135:16 136:11
**noted** 7:12
105:16 244:9

**notice** 162:15
**null** 47:5 227:15
227:21 233:25
234:9,13,18,21
234:25 235:4,10
235:15,23 236:2
236:9
**number** 6:16,22
14:5 23:5 28:18
33:7 38:14
61:17 62:8
65:12,17 77:3,9
80:6,17,20 81:2
81:3 87:6 88:15
89:3,13,16 93:23
109:24 110:17
114:6 115:17
121:13 122:2
128:8 132:10
134:22 141:17
152:9 156:13
161:9,13,15
166:7 168:2
171:23 184:9
188:17,18
199:23 208:21
209:4 217:6
219:7 220:3,20
223:19 225:4
227:12 229:18
237:14,25 238:5
239:2,12 244:3
**numbered** 241:6
**numbers** 22:8,21
22:22,23,25 23:4
25:25 33:9 61:9
61:12,14,19,23
61:25 62:2,6

64:20,23 65:2,4
87:24 94:24
109:16 111:3,6
114:23 153:18
160:13 166:12
178:19,22,24
183:19,21,21,25
184:4,7 198:15
198:16,23 199:7
200:6,10,23
201:6,11 203:9
204:10,18
208:10 229:19
**ny** 5:16
**nørgaard** 36:23
37:17,23,24
38:12,13 41:17
42:6,10 47:11
135:19 165:2,3
172:7,10 183:11
183:22 202:11

**o**

**o** 141:8,8,8 247:2
248:2
**oath** 249:18
**obesity** 43:12,22
43:23 46:20
47:25
**object** 20:2
32:20 37:6 54:2
105:9 154:12
242:2,6
**objection** 19:23
105:16 106:8
107:25 142:21
143:2 144:15
148:15 150:12

153:4 154:10,13
154:24 156:7
158:22 159:6
162:24 163:23
164:9,17 165:10
166:21 171:8
172:2,8,20 173:2
174:5 175:22
176:20 177:15
178:5 180:23
181:8 182:18
183:7,14,23
185:4,23 187:15
188:12 190:13
193:4 194:11,24
196:21 198:17
199:17 200:11
200:20 203:14
204:20 205:13
206:13 207:6,16
208:5,12 238:7
239:14 240:4,8
241:5 242:8,14
242:25 243:7
**objections** 7:8
7:11 236:24
240:18
**observational**
125:9
**observed** 30:14
31:24 32:17
**obtained** 111:17
112:6 146:5,6
**obviously** 7:25
57:8 60:19
92:20 112:11
127:25 128:13
136:14 139:16

211:19 212:18
213:3
**occasionally**
192:6
**occupational**
123:18
**occur** 215:10
**occurred** 10:17
**occurrence**
75:24
**october** 1:20 2:2
6:5 9:14,17
19:10 20:19,19
20:24 245:19
**odds** 227:9
**offer** 249:17
**office** 8:5
**oh** 12:22 15:25
22:16
**okay** 8:22 12:25
13:5,6,9,9,13,18
14:9,17,21 15:15
15:18 16:3,14
18:7 20:8,16,22
21:4,14 22:14
27:2,3 28:7,22
31:16 32:11,14
35:22 36:7
38:25 39:14
41:5,14,25 43:6
43:15 46:6,12
54:16 56:14,24
56:25 57:2,8,25
60:16 61:15
64:7,8,10 65:6
67:11,15 68:7,13
69:6 70:10 71:6
71:24 72:11

75:7 76:12
79:10 81:17
82:2 83:9 85:22
87:5,5,17 88:24
90:18 96:20
97:3,5 98:3,25
99:2,8,12,22
100:13 102:4,8
103:5 104:10
105:23 106:18
110:23 111:11
111:24 113:12
115:3,15 116:23
117:5,8,14,19
118:7,23 119:8
128:12 134:9
136:7 138:16
139:13 140:20
144:7 148:7
151:14 154:17
156:3,22 158:21
165:20 166:25
170:23 175:3,7
179:19 182:12
184:6 185:20
189:18,19 195:5
195:13,18
197:15 202:21
206:7 207:11
209:11,22
210:21 214:4
215:4 216:15,18
218:6,6,14
219:14 220:6
221:7,22 222:14
223:12 224:10
224:24 226:4
227:11,25

229:10,21
230:21 231:9,16
232:11 235:2,7
236:20 242:10
**older** 153:24
**once** 10:20
178:23 190:24
220:19
**ones** 20:8 49:9
67:6 100:5
112:9 123:24
**open** 8:10,12
10:14 13:24
**operative** 32:3
**opinion** 37:23
43:5 53:8 54:7
78:12 81:21
82:4 87:13,18
88:19 212:10
237:21 241:10
**opinions** 15:5,8
23:11 142:11
172:16 205:11
211:16
**opportunity**
13:16
**opposed** 124:19
158:13 162:22
172:25
**opposite** 34:4
**order** 8:12 25:10
184:25 219:3
**organization**
171:11
**oriented** 138:4
**original** 9:6
20:12 31:9,19
42:14 43:2 46:8

46:12 47:8
103:20 142:17
232:13,21
**outcome** 7:7
239:19 245:16
**outer** 235:24
**outlined** 115:2
**outside** 133:17
**overall** 144:19
178:22 180:4,6,9
186:13
**overcame** 177:2
**overcome**
241:11
**overdiagnosis**
233:7
**overlap** 78:17,21

**p**

**p** 3:2,2,15 4:2,2
5:2,2 27:12
108:14 158:19
169:17
**p.m.** 141:7,9
208:19 209:2
236:25 237:6
244:9
**pacific** 6:4 244:7
**page** 9:19 16:4,6
16:8 21:7 23:17
23:20 25:17,18
26:15 31:10,12
36:2,6 47:8,17
47:19 55:13,25
56:3 57:25
58:23 59:2,3
68:9 69:17
74:14 79:18

91:11 98:9
101:3,7 104:13
105:23 113:13
113:17,18,21
114:3,15,20
116:10,23,25
118:7 119:8
127:14 129:14
129:19 135:2
151:20 179:6
182:12 195:9,12
195:16,21,22
197:22 198:10
211:4 214:17
221:12 222:6,7,9
222:9 224:10
232:18,20 246:4
246:9,12,14,16
246:19,20,22
247:4,6,11,12,17
247:19 248:4,11
248:13,15 250:3
250:6,9,12,15,18
250:21 251:3,6,9
251:12,15,18,21
**pages** 211:10
**pancreas** 16:13
28:21 46:22
48:8 89:10
147:15 150:25
156:20 159:10
159:13,25
160:25 162:18
166:9 175:15
178:20 180:4
191:9
**pancreatic** 8:21
27:3,3,9 28:11

28:14 43:8,25
80:3 114:12
158:4 177:12,13
206:24 207:21
207:24 208:10
218:10 220:8,9
220:12
**paper** 10:4 11:16
11:19,23 15:11
26:15 42:7
62:24 63:18
67:23 70:18,19
71:2 81:15
89:21 97:2,18,21
104:6,23 105:22
106:12,13,22
107:21 108:22
116:10 119:9
120:2 123:3,9
132:25 136:19
148:19 173:6
185:22 191:8
223:24 225:15
225:21
**papers** 15:12
24:15 29:20
123:17,21 124:2
124:6 190:25
202:12,13
223:23
**paragraph** 16:9
23:18 24:17
25:19 39:18
47:20 58:2,4
76:6 138:16
157:11,13 158:7
**pardon** 57:15

**park** 3:18 4:5
**part** 39:19 52:24
53:14 54:13,18
54:20,21,22
63:20 73:13
78:16 89:9
138:9 162:16
171:18 174:9
200:8,9 202:6
**participants**
6:10
**particular** 61:7
67:3 76:11
79:25 80:15
86:19 89:13
108:20 143:19
155:11 162:15
191:17 196:11
205:20 206:3,6
233:19,23 239:2
**particularly**
156:12
**parties** 3:2 6:15
7:5 245:15
**parts** 17:25 20:9
**party** 232:6
**pathologist** 46:3
**pathology**
111:18
**patience** 243:14
**patient** 50:8
135:14 136:4
138:22 233:3
**patients** 48:11
61:4 69:24 70:2
100:3,22 102:11
102:17,24 103:8
105:4,25 128:14

[patients - ph.d.]                                                        Page 34

128:18 130:8,12
130:22,25
131:10 132:11
132:18 136:2
182:2 222:2
230:10 233:10
**pattern** 162:21
**patterns** 73:20
132:22
**pause** 242:4
**pay** 25:10
**pc** 5:14
**pdf** 116:8
**pdt** 2:3 141:7,7,9
244:9
**penalty** 249:7,9
**pennsylvania**
3:7
**people** 14:23
22:22 44:17
52:6 61:13 62:2
62:9 71:25 72:2
77:11,17 78:9,18
82:8 85:3 86:6
93:4,12 121:19
131:13 133:16
145:2,2,5,23
146:21 149:23
153:12,21 154:3
155:6 161:4
169:22,23 170:4
170:10,16,17
174:16 176:9,10
176:23 177:7
187:20 189:12
201:12,18
205:21 217:4
228:20 239:4

243:14
**percent** 18:20
59:25 60:21,21
60:22,23 68:25
69:7 82:18 83:4
83:8 84:9 85:5,8
85:11,23 86:4,6
86:11,13,16,17
86:23 87:4 88:3
88:8,9,10 91:17
92:3 103:15
120:7 121:16
122:14 124:13
124:18 159:21
159:24 160:2,5,9
176:8,12,24,25
177:3,4,24,25
179:21,23 180:3
180:3,5,6,7,8,15
180:15 207:9
236:5 238:17,22
238:23
**perfect** 21:3
**perfectly** 120:6
121:24 221:17
231:10
**perform** 22:2
23:9 29:6,11,14
**performed** 19:9
**period** 19:14
78:8
**perjury** 249:7,10
**permission**
195:10
**permitted** 39:8
**person** 77:23
139:22 152:6
166:17 169:3

173:14,18,19
205:16 235:21
239:3,13
**persons** 120:4
152:11 169:3
193:15
**pfizer** 5:4
**ph.d.** 1:1,19 2:1
2:10 3:1 4:1 5:1
6:1 7:1,16 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1

93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1,10 142:1
143:1 144:1
145:1 146:1
147:1 148:1
149:1 150:1
151:1 152:1
153:1 154:1
155:1 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1
167:1 168:1
169:1 170:1

**[ph.d. - powered]** Page 35

| | | | |
|---|---|---|---|
| 171:1 172:1 | 247:1 248:1 | 157:5 197:21 | **pointed** 63:21 |
| 173:1 174:1 | 249:1,20 250:1 | 211:5,9,13,14 | 219:21 |
| 175:1 176:1 | 251:1 | 230:25 248:7,11 | **pointing** 228:7 |
| 177:1 178:1 | **pharmaceutical** | 248:14,16 | **population** |
| 179:1 180:1 | 45:5 187:23 | **plausible** 215:5 | 33:20 35:17 |
| 181:1 182:1 | 232:24 | **please** 7:9 8:15 | 50:8 67:14 |
| 183:1 184:1 | **pharmaceuticals** | 11:8 12:17 | 93:14 118:12 |
| 185:1 186:1 | 4:12 | 18:11 21:5 | 135:13,21 136:9 |
| 187:1 188:1 | **pharmacoepid...** | 23:17 28:2 36:7 | 136:10,17 |
| 189:1 190:1 | 233:16 | 45:14 51:4,4,8 | 137:25 138:21 |
| 191:1 192:1 | **pharmacy** 147:7 | 53:2 65:10 | 139:25 140:6,12 |
| 193:1 194:1 | 147:9 | 72:17 83:15 | 143:14 144:25 |
| 195:1 196:1 | **philadelphia** 3:7 | 90:23 113:17 | 146:8 153:3,10 |
| 197:1 198:1 | **physicians** | 116:24 127:4,4 | 153:14 154:2 |
| 199:1 200:1 | 130:15 | 140:25 151:9,14 | 155:4,11,14,21 |
| 201:1 202:1 | **pick** 55:8 142:6 | 151:22 167:2,10 | 156:2 182:7,9 |
| 203:1 204:1 | 239:12 | 185:8 197:20 | 231:13,15,17 |
| 205:1 206:1 | **picked** 92:23 | 198:10 199:20 | **populations** |
| 207:1 208:1 | 153:12,12 | 200:15,25 | 33:19 43:10 |
| 209:1 210:1 | **picking** 92:15 | 202:23 203:3,7 | 138:8 139:6 |
| 211:1 212:1 | **picture** 197:24 | 204:23 211:2 | **portion** 36:11 |
| 213:1 214:1 | 248:12 | 221:10 228:5 | **possible** 55:20 |
| 215:1 216:1 | **pieces** 17:4,11,16 | 243:24 | 74:4 106:5 |
| 217:1 218:1 | **pill** 171:14 225:5 | **plus** 65:3 125:4 | 133:9 191:21 |
| 219:1 220:1 | **pills** 126:10 | 125:24 130:11 | 229:14 |
| 221:1 222:1 | 174:20 | 186:23 192:10 | **potential** 11:23 |
| 223:1 224:1 | **piper** 5:9 | 219:10,11 | 34:13 35:2 47:3 |
| 225:1 226:1 | **place** 6:14 42:12 | 225:10 229:16 | 55:19 71:18 |
| 227:1 228:1 | 63:14 115:3,9 | 229:24,25 | 73:13 131:9 |
| 229:1 230:1 | 151:21 210:13 | **point** 63:13 | 133:13,21 149:9 |
| 231:1 232:1 | 218:19 | 100:12,17 | **power** 26:6,11 |
| 233:1 234:1 | **placebo** 125:12 | 103:24,25 | 28:16,23,25 29:4 |
| 235:1 236:1 | 126:7 | 117:15 125:2 | 156:16 217:3,9 |
| 237:1 238:1 | **places** 93:3 | 162:22 165:21 | 217:14,18,22 |
| 239:1 240:1 | **plaintiffs** 3:5,13 | 165:22 210:11 | 218:5 220:18,21 |
| 241:1 242:1 | 3:18 4:4 13:14 | 210:12 219:25 | 220:25 221:5 |
| 243:1 244:1,11 | 14:18 16:25 | 223:17 | **powered** 28:14 |
| 245:1,7 246:1,5 | 17:9,16 18:5 | | 149:20 220:19 |

| | | | |
|---|---|---|---|
| **ppi** 76:22 91:15 91:16 92:4 93:19,20 95:6,7 95:19,20 96:15 96:25 97:18 106:4 107:9 108:12,13,14 128:17 129:21 131:11 | 230:8 **prescribers** 102:16 **prescribing** 106:4 135:13 138:21 **prescription** 80:22 118:13 131:2 146:7 168:4 172:25 173:5,7,8,10,14 | **preserved** 240:19 **pretend** 173:21 **prevalence** 66:22 67:12,13 103:12 104:3 110:11,13,17 **previous** 204:4 242:8 | **privileged** 20:5 **probable** 192:15 **probably** 18:4 109:16 236:7 **problem** 19:4 108:6 202:7 **problematic** 193:14 **problems** 77:23 |
| **ppis** 93:7,12 94:13 95:16 99:24 100:4,11 100:16 101:16 101:19 102:7,9 102:16,23 103:7 106:24 107:6,15 107:22 128:19 150:10 | 173:19 202:14 202:16,18 **prescriptions** 77:10,12,14,18 77:25 78:2,20,23 80:6,17,20 81:2 81:4 173:15,16 201:12,13,19,21 202:5,10,17 219:10,11 | **previously** 26:5 34:19 35:23 46:9 56:8 68:10 69:22 74:18 79:13 91:6 99:22 113:15 116:11 127:17 129:15 130:23 135:3 141:11,25 151:10 196:7 | **proceed** 7:15 65:20 209:9 **proceeding** 1:9 **proceedings** 7:9 **process** 162:5 242:2 **produces** 228:13 **products** 1:5,11 6:19 **professional** |
| **practice** 137:8 **practices** 135:14 138:22 **pre** 46:4 **preclude** 212:2 **prefer** 26:19,21 **preferentially** 102:23 103:7 **preparation** 22:6 | 229:24,25 230:9 **presence** 53:13 **present** 5:20 57:12,18 111:20 **presentation** 82:17 **presented** 10:9 11:18 24:19 | 206:22 230:24 232:14,19 235:7 246:23 247:7,8,9 247:14,15,20,21 247:22,23 248:5 248:6,10,16,17 **primarily** 118:19 136:15 215:25 216:10 | 245:4 **proffering** 15:6 **prognosis** 215:16 **prognostic** 96:5 **progressive** 75:23 **promeco** 4:14 **propensity** 51:2 |
| **prepare** 14:4,7 14:18 **prepared** 16:21 **preparing** 13:21 14:11,14 **prescribe** 100:4 **prescribed** 99:24 100:16,18 101:16,19,21 102:7,23 103:7 | 57:22 59:17 89:8,12,14 97:21 98:2 108:23,25 111:5 122:22 143:23 152:13 201:4 **presenting** 29:19 198:24 | **primary** 47:12 110:4 111:12,14 112:4,9,12 113:8 114:10 115:8,8 148:10 185:22 185:25 186:4 **printing** 56:15 56:17 **prior** 8:17 131:3 132:4 | 51:11,14 52:5 53:15,17 54:10 55:17 66:25 77:2 95:24 119:20,22 120:18 121:12 122:16 124:19 131:24 145:15 **proportion** 188:3,4 |

**proportional**
199:3
**propose** 211:15
**prospective**
135:23
**prostate** 109:13
110:8 216:7
**protective** 92:7
92:11,19 96:10
**protein** 146:21
148:6 149:17
**protocol** 148:20
**proton** 104:17
105:5
**protopathic**
149:9
**provide** 64:24
82:5 84:23
89:22 103:19
107:10 118:14
136:20 174:8
212:6 239:9
**provided** 43:4
64:23 112:7,8
136:3 137:12,14
137:15 205:22
210:15 238:10
**providing** 20:12
**public** 2:12 25:6
157:9 244:14
245:5 248:9
249:23
**publication** 11:3
11:25 12:9,10
142:2
**publish** 25:2
**published** 9:25
11:20 19:17

21:19,24 25:4,6
25:10,13 71:5
123:7,10 124:5
203:23
**publishing** 25:16
**pubmed** 11:2
71:4
**pulled** 75:4
**pump** 104:17
105:5 146:21
148:6 149:17
**purple** 168:14
**purposes** 233:5
233:6
**put** 42:25 187:18
241:6

### q

**qualitatively**
192:24
**quality** 6:7,8
**question** 11:14
11:21 12:21,23
13:8 15:14 28:2
28:2,3 31:8 32:7
32:14 34:9
39:14,23,24
40:18,21,22 41:3
43:22 45:10,12
45:15 51:18
53:2,3,18,21
57:16 63:19
64:5,5 67:2,4
72:8,16,21 74:3
74:4,7 77:7
80:10 82:9,11
84:6,8 85:18
88:13,13 90:10

90:11,13 94:5,8
94:9 98:6,7
101:15 107:2,3,4
107:12,17,19,23
108:4,18 109:2
110:22 114:19
117:5 120:16
122:18 123:8
124:8,15 125:15
125:15 126:12
127:3,7,8,10,12
133:23 138:24
140:8,9 143:12
143:20 144:18
148:18,20 149:5
149:7 153:5
154:14,18,25
176:21 185:5,20
185:24 187:16
188:13 190:8,14
193:5 194:12,25
196:22 198:18
200:12 203:15
204:21 205:14
205:16 206:14
207:7,17 208:13
219:3 225:22
226:17,19
230:12 237:24
239:15 240:6,9
240:14 242:2,5,8
243:2,8
**questioned**
209:12 210:3
226:6
**questioning**
15:10 140:23
144:10 175:18

189:22 196:10
**questions** 13:5
13:11 16:22
70:20 104:24
123:20,20,23
124:2 189:21
198:6 204:25
205:17 206:22
231:5,22 239:21
240:21 243:15
**quick** 116:7
241:24
**quite** 30:8 78:24
**quote** 181:16
209:14 210:16
211:18 212:19
237:11

### r

**r** 3:2,8,20 4:2 5:2
141:8 245:2
**raise** 115:5
**raises** 114:8
**randomized**
126:5
**randomly**
153:11
**range** 33:23 78:8
86:7 178:13
**ranges** 84:23,25
148:2 206:6
241:20
**ranitidine** 1:4,11
9:5 10:21 24:5
24:21 26:7,23
27:4,14 28:20
29:6 30:9 38:15
44:23,25 47:21

48:12 51:13
57:9,10,19 59:6
59:9 62:10 68:3
71:14,25 72:2,5
76:21 77:14,19
80:6,18 81:4,23
82:14,22 83:18
84:11,14 85:15
87:8,15,19 88:16
88:21 89:5
91:15,16 92:10
93:15,20,21
94:10,15,21 95:2
95:5,6,9,13,21
96:2,15,16 97:17
97:22 98:16,16
98:17 99:3,4,9
106:24 107:9,14
107:22 108:10
108:11,12
116:17,19,21
118:17,20
119:11,12,18,18
120:6,21,22
122:9,14 123:17
124:12,16 125:4
125:16 127:21
128:5,9,22
129:22 130:10
131:2,24 132:4
132:18,22 133:4
133:24 134:6,7
144:18 145:8,18
145:21 146:2,6
146:13,25 147:4
148:23 150:5,6
150:11,19
152:13,16,22

154:8 156:11
158:3 159:5,21
159:24 160:2
161:5,7,18,21,24
162:12 163:4,16
163:20 165:9
169:7,23 170:10
171:6,12,22
174:15,18
179:14,20 181:5
185:12,14 186:2
186:9,11,23
187:11,21 188:2
188:9,19,23,24
189:9,13 191:12
191:15 192:8,10
192:20 193:19
193:23 194:7,19
197:8 198:25
199:2,10 200:2
200:18 201:19
201:22 203:18
205:4,12,24
206:2,6,25 210:4
210:22 211:17
215:6 219:10,11
219:22 221:18
222:2,16 223:2,9
224:2,19 225:9
225:24 229:24
229:25 235:21
235:22,23
237:15,23
**rank** 75:20 76:9
**rare** 103:21
**rate** 61:23 62:8
102:10 104:18
105:7 139:25

140:11,12,14,17
152:20,23 153:8
154:2,20 155:12
**rates** 33:8 61:14
139:15,19,22
151:18,20 152:5
152:12,16 153:7
153:22 156:4,9
230:23
**ratio** 59:19
91:17 106:23
107:22 108:25
147:2 159:17
184:2 186:13
198:22 201:16
201:17,20 227:3
227:9,9
**rationale** 24:16
**ratios** 84:24
118:4 159:16
160:14 179:13
184:5 199:4
**reach** 118:5
**read** 16:15,18,24
17:6,8,13,22,25
18:2 26:3 31:18
32:2,6,9,12
34:24 35:8 37:5
37:7,15 47:6
48:15 55:22
58:5,6,10 63:3
63:17 66:3
70:18 72:16
76:2 80:7,10
82:2 91:19
92:20 101:22
102:13,19
104:25 105:19

105:22 106:15
107:16 108:2
114:17 118:21
119:13 120:15
130:3 136:5
139:9 188:21
212:14 214:2,7
214:13,14
233:21 240:17
240:19 249:10
249:12
**reader** 123:22
**readily** 137:22
**reading** 72:20
105:10 107:5
115:12 215:2
**ready** 56:22
65:19 72:19
209:9
**real** 17:21 30:15
31:25 32:18
33:17 78:11
79:5 90:21
111:19 131:23
178:18 184:9
205:8 210:13
**reality** 30:24
31:2 236:6
**realize** 112:19
**realizing** 138:2
**really** 81:10
96:12 164:8
170:7 173:11
192:19
**reason** 10:13
33:24 34:11
106:4 183:19
201:24 204:16

215:5 250:5,8,11
250:14,17,20,23
251:5,8,11,14,17
251:20,23
**reasons** 211:21
**rebuttal** 35:23
36:3,8 42:19
52:12 55:13,14
56:15 134:25
135:7 195:8,17
209:23 247:6
**recall** 17:4 19:25
50:16 65:25
66:14 70:7,8
74:23 88:22
99:25 100:9
108:17 113:5,9
113:11 139:14
208:8 209:16
210:6,7,8,19
213:14,19,20
214:11,21,24
218:11,17,21,24
219:2,6,12,20
220:2,7,10
221:15,20
226:10,14,15
227:25 230:2
231:4,7,25
235:11,13
**receive** 17:12
**received** 169:4,6
**receptor** 105:6
**recess** 65:13
90:25 134:17
141:6 208:23
237:4

**recollection**
210:14 214:9
**recommended**
148:25
**recommends**
149:2
**record** 6:3,15
7:13 18:16
58:13,15,17,20
65:11,15 67:21
83:25 90:19,24
91:3 112:22
127:11,13
134:11,16,20
140:24,25 141:3
141:5,15 144:21
145:14 208:20
208:25 232:24
233:3 236:12,16
236:22,25 237:2
237:7 243:23
244:6 245:10
**recorded** 6:13
6:17 17:20
130:20
**recording** 6:8,13
18:20
**records** 45:4
130:19 135:20
147:7,9 234:4
**recross** 238:9
**recur** 181:25
**recurrence**
215:18
**red** 161:6 168:11
**reddy's** 5:14
**reduced** 92:9
94:11,14,16,20

94:21,25 95:15
**reduces** 92:12
**reducing** 37:2
41:20
**reevaluate** 106:3
**refer** 8:19
**reference** 15:10
74:24 230:16
**referenced** 15:12
15:12 74:25
75:5
**references** 133:2
**referring** 21:20
98:20 114:24
184:2 213:2
**refers** 197:4,12
**reflect** 233:6
**reflective** 30:15
31:24 32:18
**reflects** 75:23
**refreshes** 210:14
**regarding** 17:10
42:2 115:4,24
134:5 139:2
159:4 181:2,11
205:11 239:21
240:22
**regardless** 72:24
73:7
**regards** 167:24
**register** 112:24
**registered**
109:18
**registries** 112:21
135:20
**registry** 80:14
109:19 111:17
112:6,18 113:3

113:24 114:6
146:5 153:17
**regression** 66:23
96:6 157:14,25
186:6 199:4
**regular** 162:21
**related** 7:5 9:24
22:3 25:25 42:8
48:25 71:20,21
71:22 72:23
73:12 97:18
198:6 208:9
245:14
**relates** 1:6,12
**relating** 9:13
187:9 194:14
195:3 206:16
**relation** 12:8
75:16,19,20,23
**relationship**
59:10 63:8,11
76:8 80:4 165:8
174:4
**relationships**
174:25 175:12
**relative** 25:21
30:14,15,19,23
31:5,24,25 32:18
32:19 33:15,17
33:21,22 34:6
35:6 38:22 47:4
59:19,24 60:20
62:15,18 84:24
90:9 93:25
107:8,10,11,14
133:18 138:13
147:3,25 150:23
151:3 155:10

159:18 176:6,22
178:7 179:21
182:11 184:2
198:19 201:14
201:16 205:20
217:7,15,19,24
218:2 220:24
226:7,8,22 227:4
227:5,8,21,23
233:24 234:8
**relatively** 94:23
200:6
**relevant** 33:13
100:17 136:18
137:19 138:6
140:6 147:13
**reliable** 124:22
190:17
**relied** 36:13
40:11 41:8
196:13
**rely** 190:2
192:11 193:2,8
193:24 194:21
220:11
**relying** 23:11
90:5 96:25
97:16,16 190:4
220:7
**remain** 106:2
**remember** 14:8
18:6 27:21 49:9
**remind** 132:9
**remotely** 8:2
**render** 36:15
37:19 40:13
41:10 42:4
196:15

**repeat** 107:20
154:17 240:13
**repeated** 33:18
**repeatedly**
220:11
**repeating** 54:12
**rephrase** 57:17
**replace** 55:21
106:5
**report** 9:2,6,7,13
9:17,20,24 13:22
14:4,7 15:5,16
15:17,19,23
16:16 17:7,23
20:12 22:5
25:18,18 31:9,13
31:19 34:18
35:23 36:3,8
41:25 42:14,19
42:21 43:2,2
46:7,8,13 47:8
47:18 52:12
55:13,15 56:7,15
62:22 68:9,15
75:5 77:20
79:11,16,22
96:23 97:8
105:15 106:23
107:21 114:21
115:4,10,13,24
129:14,19
134:25 135:8
136:22 139:2,3,9
139:10 142:17
180:25 181:10
191:5 192:18
194:14 195:2,8
195:17 197:5

206:15,19
207:19 209:24
211:22 212:20
213:22 214:8,12
214:17,22
232:13,21
246:17,22 247:6
**reported** 1:23
24:21 157:23
**reporter** 2:12
7:2,14 245:5
**reporting** 193:21
**reports** 9:9
16:25 73:19
111:18 139:15
139:18 141:25
142:12 190:15
197:12 218:20
220:11 240:12
**represent** 24:12
75:3 96:22
100:13 111:20
114:9 124:14
153:14 155:20
159:3 170:12
198:3 211:8
219:4 230:4
**representation**
204:11
**representative**
153:11
**represented**
22:23 121:24
**representing**
87:7 88:15 89:3
237:14,25
**represents** 30:5
30:20 98:14

121:9,10 122:10
122:11,15
124:18 143:14
144:24 154:2
161:4 173:7
175:12
**reputable** 74:21
**requests** 246:7
246:11
**require** 143:24
**required** 174:10
**requirement**
128:3,11
**requirements**
158:19
**requires** 143:11
**rereading** 20:11
**research** 25:5
157:8 233:5
248:9
**researchers**
233:17
**reserve** 140:22
**residency** 100:4
**respect** 23:10
37:17 46:13
47:11 60:7
61:15 74:7
113:22 120:16
172:15 210:4
**respectively** 48:9
**respond** 32:22
70:19 190:11
**response** 12:8
22:20 42:20
57:5,12,19,24
59:6,10,18 60:8
60:17 61:20

62:20,25 63:6,8
63:11,16,22,24
64:10,15 71:10
71:11,13 72:4
76:17 77:6,7
78:5,6,12 79:4,5
79:6,7 80:4,16
81:3,6 90:13,16
147:18 172:17
174:9 175:4,12
175:20 176:17
178:15 198:13
200:18 201:4,9
201:25 207:12
208:3 226:17
228:3 231:22
236:4,4 241:19
243:4
**responsive** 39:5
39:10
**rest** 140:22
158:16
**restriction** 129:3
**result** 75:15
133:5 144:3
152:24 182:9
192:5 193:2,2
**results** 24:3
36:16 37:19
38:8 40:14
41:11 42:4,22
118:11 129:25
135:12 136:20
138:20 139:12
142:10 143:7,8
143:25 144:14
154:6,23 158:8
160:5 175:17

179:9 184:23
190:2,5 194:22
196:16,18,20
200:10 240:2,3
241:3,4
**resumed** 141:9
141:12
**retained** 244:4
**review** 12:6,9
19:21 21:17,21
24:12,23 29:24
29:25 42:17
82:3 106:12
119:4 136:22
142:15,19 143:7
143:11 156:6
166:18 174:3
184:21 185:2
190:21,23
192:23 197:3
200:8 204:17
**reviewed** 20:10
70:6 76:10
106:14 124:6
139:8 197:6
**reviewing** 20:11
20:14 136:23
**reword** 110:21
**right** 9:25 18:22
23:13 47:10
50:18,20 51:18
51:24 55:12
56:5 69:20 71:8
71:12 85:19
90:7,18 91:10
93:23 95:9,12
98:12 104:8
109:9 110:18,18

110:19 111:13
112:13,14,15
119:17 122:25
123:11 124:12
130:10 134:3
157:19 158:5
159:14 160:11
160:23,24
163:22 166:20
167:15 171:3,19
171:24 175:11
175:21 176:19
176:22 177:22
178:17 179:2,11
180:17 181:6
182:21 183:22
185:3 194:10
195:25 196:10
198:7 199:24
200:14,23
203:13 204:5
207:14 208:15
210:20,23
214:10,21
217:10 222:17
223:10 225:8
227:2,15 229:11
229:17 235:4
239:20
**risk** 24:22 27:8
27:17 28:3
30:14,15,20,23
31:5,24,25 32:18
32:19 33:15,17
33:21,22 34:13
34:15 35:6,14,20
36:24 38:16,19
41:18 43:6,23

44:5,12 45:13,21
46:15,18,19,20
46:23,24 47:4
48:2,7 59:8,19
59:24,24 60:19
60:20 62:15,18
64:14,16,17,22
68:17,21 70:14
73:3 75:17 82:8
82:18 83:3,6,9
83:11 84:9 85:6
85:9,11,12,24
88:10 89:16
90:9,16 91:13
92:3,9,12,13
93:25 94:11,14
94:16,18,20 95:4
95:15 96:6
99:13,18 103:9
106:2 107:8,10
107:11,14 108:9
118:17,25
126:16 129:25
133:18 137:5
138:13 144:18
147:3,11,22,23
147:25 150:4,11
150:16,18,20,24
157:25 158:3
159:4,18,20,22
160:22,25
162:12 163:2,3
163:17 164:15
165:14 169:8
173:23 176:4,6,8
176:11,18,22,25
177:5,8,14,22,24
177:25 178:7,12

179:21 180:21
182:11 184:2
188:23 193:18
193:23 194:19
198:22 199:2,9
201:12,14,16
205:18,20 206:2
207:5,9 208:2
212:8 215:6
217:7,15,19,24
218:3 220:24
226:20,24 227:4
227:5,8,10,21,23
228:14 233:25
236:5 238:13,16
238:20,23
239:11
**risks** 25:21 34:6
38:22 84:24
98:18 151:3
178:2 198:19
206:10 212:5
226:7,8,13,22
234:8
**role** 24:5 118:17
212:7
**ronca** 3:8 11:7
11:10 14:22
15:3 19:23 20:2
32:20 37:6 39:2
39:7,13,17 40:5
51:3,7 54:2
55:24 58:6,9,21
79:20 101:9
105:9 106:8
107:24 113:17
126:22,25
127:10 140:23

141:19 151:5,12
151:15,19,24
152:3 154:15
156:23 157:4,10
157:19,21 164:4
164:19 167:11
167:16,20 172:4
175:6,10 177:17
179:6,8 182:20
185:7,9 195:7,16
195:21 196:4,9
197:17,25 198:9
198:11 199:20
199:21 200:14
200:16,22,25
201:2 202:25
203:4,8,20,21
204:8,9,22,24
206:17 207:20
208:16 209:12
210:3 213:12
217:12 219:7,14
221:16 222:10
226:6 228:2
229:22 231:23
236:11,19,21
237:9 240:7,15
240:18,20 242:4
242:10,11
243:10,20 246:6
**room** 8:8
**roopal** 3:15
**rosemarie** 3:20
**rosemarie.bog...**
3:20
**rosenberg** 190:8
198:4

**rothman** 74:16
75:2,8,10 76:5
247:14
**rotman** 4:7
14:22 15:3
**routinely** 102:22
216:5
**rule** 1:10 31:13
111:25 246:22
**rules** 8:17
**running** 179:5
202:22 203:4
205:9
**ryf** 4:8,9 14:23

**s**

**s** 3:2 4:2 5:2
141:8,8,8 246:13
247:4 248:4
**s.a.** 4:14 5:10
**s.w.** 5:5
**safe** 244:8
**sample** 28:17
33:24,25 34:5,14
178:9
**sanofi** 5:10,10
5:10
**save** 249:14
**saw** 22:21 100:3
100:22 140:5
168:18 221:3
225:2,14 241:13
**saying** 40:20
113:11 117:9
122:12,17
129:11 130:14
213:2 214:20
222:15 226:22

226:25 227:3
**says** 63:7 95:4
95:23 114:22
119:15 122:2
125:22 222:23
224:12 225:3
**scale** 118:11
145:14
**scarce** 134:4
**schachtman**
5:14,17
**schachtmanla...**
5:18
**scientific** 5:21
142:9
**scope** 180:24
181:9 183:18
194:13 195:2
206:15 207:18
238:8
**score** 50:20,21
51:14,19,20,22
51:25 52:5,7
53:15,17 54:10
77:2 95:24
119:20,22
120:18 121:12
121:23,25
122:11,16
131:24 145:16
**scores** 51:11,14
66:25
**scoring** 55:17
124:19
**scottish** 80:14,21
81:12
**screen** 6:12
18:11,17 19:7

[screen - set]

23:24 31:17
60:14 72:9,12
114:17 135:7
195:11 220:16
222:8,12 240:17
**screened** 216:5
**search** 10:21
11:4 116:3,7
190:24
**searches** 10:21
**seattle** 8:4
**second** 16:9
23:18 58:13
70:11 84:4
90:20 101:10
134:14 148:8
149:15 151:8,16
151:22 163:25
164:5 167:9
177:23 182:14
182:24 197:19
240:15 242:17
**secondary** 96:14
96:17 98:4,5
146:9,16,18,20
148:11 149:24
150:8 186:15,20
186:21
**section** 66:3
107:5 115:12
138:25 225:8
**sections** 155:23
**see** 9:7 12:13
19:6 21:3 23:4
23:23 24:7 27:6
27:15 30:4,20
31:16 34:22
36:17 40:3,4,8

40:15,19 41:6,12
41:13,14,23,24
42:12 47:15
55:15 57:23
58:3,4,5 59:12
59:18,22 61:3
62:15 64:16,17
68:7,22 70:4,16
70:17,21 71:17
75:8 79:10 80:8
81:15,25 82:18
86:22 92:21
94:23 98:19
99:6 102:2
104:22 105:8,18
105:20 106:7,9
106:25 107:3,4
107:16 111:4
112:7 114:14,16
114:20,22,25
115:16 116:7,22
117:3,6,7 120:8
120:20,24,25
121:19 129:12
132:24 133:2
135:6 139:8,11
139:20,24
143:25 150:9
152:15 153:17
153:19 155:4
156:2,10,14,17
161:11,17,22
162:2,9,10,14
163:8,10 164:8
169:11,14 170:3
170:7 172:5
176:3 178:11
188:16 196:2

198:7 199:13
200:6 201:15
203:10 205:23
205:25 206:5
207:8 210:13
212:21 216:13
217:23 218:2
220:17,19
221:24 222:5,11
222:13 224:9,11
224:15,18,21
225:7,10,11
227:24 228:5
232:17,18
**seeing** 70:8
212:18
**seen** 6:12 17:4
45:25 49:22
73:22,25 92:17
104:22 165:16
179:22 206:5
217:16,19
230:14,15
**seer** 109:9,19
140:3
**sees** 39:21
**selected** 122:6
145:18 189:4
223:5
**selecting** 145:11
**selection** 155:17
233:19 234:19
235:2
**send** 123:5
**sense** 59:23
112:14
**sent** 17:16 123:4
123:6

**sentence** 23:24
31:17 34:23
36:17 40:4,9,15
40:19 41:6,12,13
41:15,15,15,23
41:24 95:3
116:25 157:12
157:16 195:24
195:25 196:12
196:17 221:25
222:5,14,25
223:21 224:11
224:12,15 225:2
**separate** 120:9
162:20 192:20
201:10
**separately** 77:16
152:13 191:25
201:20
**separation** 54:25
66:7
**series** 163:19
233:10
**serious** 36:15
37:19 40:13
41:10 42:4,23,24
104:18 105:7
106:2 196:15
**served** 9:12
**services** 5:10
**set** 18:19 25:13
35:16 44:3 45:9
55:19 103:11
137:25 143:20
144:20 145:6,10
145:20 148:18
190:19 227:24
239:10 245:9,18

**[sets - small]**

**sets** 22:8 44:20
  147:17
**setting** 38:9
**seven** 136:13
**severe** 49:4
  54:21,23 55:7
  66:12,19 67:19
  93:12 103:13,16
**sex** 47:13 120:12
  224:13
**share** 11:13
  101:24 195:11
**shared** 11:20
  12:2 14:3 18:5
  20:14
**shb.com** 4:24
**sheehan** 4:23
**sheet** 249:2,16
  250:2 251:2
**shook** 4:20
**short** 23:8 129:6
  129:9 163:7,13
  170:5 202:15
**shorter** 164:6,13
  214:16
**shorthand** 2:12
  158:15 245:5
**shortly** 18:4
**show** 10:25 11:2
  34:12 60:12
  62:17 67:12
  74:11 75:11
  94:14 109:18
  152:9 164:14
  165:3 167:2
  170:22 177:21
  178:11 180:19
  195:12,12

203:25 208:3
  217:15,19
  219:16 220:24
  220:25 222:12
**showed** 38:22
  63:3 67:24 85:8
  85:11 103:15
  131:22 150:10
  177:23,25
  193:22 198:4
  207:25 238:19
**showing** 18:17
  68:2 69:21 94:3
  131:23 160:21
  167:25 195:15
  199:8 220:24
**shown** 34:20
  46:10 56:9
  68:11 79:14
  91:7 113:16
  116:12 127:18
  129:16 135:4
  151:11 169:8
  196:8 207:5,13
  230:25 232:15
  246:24 247:8,9
  247:10,15,16,21
  247:22,23,24
  248:6,7,10,17,18
**shows** 34:2 57:5
  75:21 95:11
  119:10,16 121:4
  152:8 164:13
  165:13,14 167:8
  168:21,24,25
  199:15 227:10
  238:6 239:11

**side** 18:22
  125:24,25
**signature** 245:20
**significance**
  117:22 118:6
  160:6 218:4
  226:21 227:18
  228:25 229:7
**significant** 27:10
  27:19 28:5
  34:12 38:24
  59:7 83:7,12
  85:13,23 88:6,11
  89:19 90:2,6
  92:3,7 108:16
  116:20 117:10
  117:17,25
  156:17 158:9,13
  158:20 159:14
  160:10 169:20
  176:12 177:9
  179:25 180:20
  181:4 206:10
  207:3,4,9 216:9
  218:10 221:2,4
  228:13,22
  238:18 241:10
**significantly**
  91:14 95:5,15
  108:10 121:20
**similar** 29:10,14
  38:18 42:6
  51:16 53:14
  54:10,24 55:3,10
  66:6,8 92:24
  96:3 115:20
  116:18 125:8
  146:12 148:24

159:18 161:19
  169:10 170:2,16
  186:25 187:6,6
  202:20 230:17
  239:24 240:25
**similarly** 115:5
**simply** 32:22
  117:6 143:7
**single** 87:6 89:3
  120:7 123:22
  232:6 237:14,25
  238:5 239:12
**sir** 196:3
**sit** 15:19,23
  63:12 113:9
  124:9 214:6,10
  214:20 218:21
**site** 83:24 111:21
**sites** 114:10
**sitting** 53:5
**situ** 183:10,13
**six** 84:13 135:16
  136:13
**size** 28:17 33:24
  34:2,5,14 178:9
  184:7
**sized** 62:5
**skill** 245:12
**skin** 109:16
**slide** 198:3
  199:20 200:15
  200:25 203:6,11
  203:20 204:4,8
**slides** 219:15,15
**small** 33:7,9,25
  34:14 61:6 62:6
  65:2,4 86:8,20
  93:23 94:22,23

178:9,19,24
**smaller** 33:24
  61:12,13,17,22
  62:11 149:21,23
  155:23,23
  178:22
**smallest** 169:24
**smoke** 71:25
  72:2
**smoking** 35:3,13
  35:18 36:24
  37:18,25 38:17
  38:19 41:18
  42:3,8 46:17
  47:13,24 72:3
  73:6,12,21
**socioeconomic**
  129:24 233:11
**solutions** 7:4
  244:5
**somebody** 10:13
  73:23 78:19,22
  80:23 93:11
  123:19 132:3
  171:14 173:12
  173:13 174:15
  174:19,21
**someplace** 98:21
**sorry** 10:6 11:7
  15:25 19:2 50:5
  56:20 57:14
  83:21 84:5 88:8
  89:8 101:23
  107:10 121:7
  123:12 127:16
  146:17 147:8
  151:24 166:5,11
  168:4 179:24

186:11 188:20
  192:7 209:20
  217:22 222:20
  223:24 232:20
  234:20,22
**sort** 162:21
**sounds** 97:5
  210:20 226:11
**sources** 30:5
  133:17 136:3
  212:5
**south** 135:25
**southern** 1:2
  6:21
**spalding** 4:11
  5:21
**special** 1:9
**specialist** 5:21
  6:25
**specific** 13:4
  144:20 146:3
  147:12 148:2
  152:10 160:22
  163:17 171:5
  194:7 206:25
  211:17 239:13
**specifically**
  84:21 120:12
  122:6 124:11
  133:6
**specifics** 206:18
  206:19,21
**specified** 14:6
  80:23 218:24
**speed** 157:22
**spend** 13:21
  14:10

**spent** 14:14
**spite** 62:14
**split** 18:17
**spoke** 213:11
**spontaneous**
  191:5
**spread** 208:3
  222:23 223:14
**square** 3:6
**srotman** 4:7
**stage** 44:14
  45:18,24 46:5
**stand** 42:25 65:9
  90:22 134:13
  141:2 206:22
  208:22 237:2
  243:22
**standard** 225:11
  227:6
**standardly** 61:2
**stands** 159:17
**start** 65:16 91:4
  130:21 131:10
  134:21 141:16
  142:4 151:17
  155:22 162:5
  195:23 209:3
**started** 145:4
  187:24 228:18
**starting** 225:24
**starts** 40:9 84:9
  161:19 221:25
  224:20
**state** 1:7 2:13
  7:9 36:11 41:16
  42:2 46:14
  62:24 63:10
  66:23 70:11

72:7 84:21
  91:12 93:16,22
  96:12 97:6
  105:24 108:7
  112:5 118:9
  119:3 129:20
  134:4 158:6
  186:4 188:24
  202:11 203:19
  244:15 245:6
  249:24
**stated** 62:22
  66:5 81:16
  107:2 108:22
  112:23 119:25
  134:8 187:19
  188:21 192:14
  225:21 226:5
  240:11
**statement** 33:12
  40:17 60:13
  97:11 98:12
  190:7,12 197:4
  230:14
**states** 1:2 6:21
  75:10 76:5
  98:14 109:7,22
  117:13 140:3
  222:21 226:2
**stating** 85:2
**statistic** 108:19
  108:20
**statistical** 28:23
  108:22 117:21
  118:5 158:12
  160:6 218:4
  226:21 227:18
  228:25 229:7

**statistically** 27:9
27:18 28:5
34:12 38:23
83:7,12 85:12
88:6,11 89:18
90:2,6 92:2,6
95:15 108:15
117:10,25
156:17 158:9,20
159:13 160:9
169:19 176:12
177:8 179:24
180:20 181:4
206:9 207:2,4,8
218:9 221:2,3
228:13,21
238:17
**status** 69:24
129:24,24
**stay** 244:8
**stenographic**
7:12
**steps** 142:25
**steven** 4:7
**stomach** 16:12
16:13 43:7 44:5
44:6 46:25 48:8
59:23,25 87:25
89:10 114:11
147:14 150:25
156:19 159:22
160:24 162:17
175:14 180:14
191:9,23 228:17
**stop** 148:7
202:21
**stopped** 10:15
174:20

**straight** 31:9
**street** 3:6 5:15
153:12
**strength** 79:25
80:15 192:25
**strengths** 38:10
42:17 241:8,10
241:14
**strike** 39:6 64:12
87:19 121:7
**strong** 75:22
**stronger** 173:25
**strongest** 45:21
45:21
**studies** 9:5 20:11
24:4,13,20 26:7
29:3,7,10,13,16
30:10,19,20
33:18 36:13
37:8 38:3,14,20
38:21 40:11
41:8 42:15,22
43:3 44:22
51:12 54:14
55:4 61:3 66:9
72:5 73:17 80:2
80:3 82:4 87:16
88:21 89:7
92:15,18 112:20
119:5 123:18,18
133:10,14
135:17 136:14
136:22 137:6,10
137:11,24
138:11,13,15
149:18 155:19
155:22 163:12
164:13,23,25

165:16 171:17
172:6,7,13
180:21 181:14
184:11,12 187:2
187:13 188:7
189:24 190:3,5
190:10,18
191:16 192:6,13
192:23 193:18
194:4,7,18,22
196:6,13 197:7,9
197:9 207:5,13
210:4,16,17,22
210:23 211:16
211:18,25 212:5
212:10 217:16
217:20 224:5
225:23 229:23
237:23 241:7,13
**study** 9:3,13,25
10:8 15:6 16:16
16:19,22 17:2,10
19:16,18,22
21:11,18,23 22:4
22:7,17 23:10,14
23:21 24:18,25
25:4 26:11,24
30:21 31:20
34:11 35:11
36:21,21,22,23
37:13,14,18,22
38:11,12 41:17
42:2,5,13,13,18
43:11,15 44:8
46:13 47:11
50:17 54:15,16
56:7,13 57:2,3
59:3 61:19

63:14,23 65:24
66:17 68:8,14
69:12,12,18,23
69:25 70:6 73:7
73:16 76:17,19
79:23 80:14
81:10,24 82:6
85:17 87:9,13
88:17,19 91:10
91:12 93:17
95:14,25 103:20
104:14,16 111:5
111:24 112:25
113:2,6,7,22
115:5,7,25
118:12,24
122:25 125:9,21
127:15,22 128:2
130:24 131:22
133:6 135:11,23
135:25 136:23
137:2 138:19
139:2,4,14,15,18
140:14,15,17
141:22,22,24
142:10,25 143:6
143:8,20 144:2,8
144:9,10,13,17
145:7,15 149:19
149:23 150:3,15
151:6 152:25
154:4 156:5
163:6,9 164:22
167:8 169:22
170:4 172:19
173:25 174:17
178:22 180:22
181:2,3,11,13,13

181:15 182:17
183:9,11,20,20
184:8,18 185:11
187:9,11,18
188:14,16,22
190:16,21
191:19 192:7,11
193:7,10,13,17
193:21,22,25
194:9,10,15
195:3 197:12
198:14 201:5,10
203:22 205:22
206:16,20
207:25 209:20
209:21 213:13
213:17,23,23
217:2 218:15,22
219:9 220:8,19
221:8,10,13,19
221:23 226:7,8
228:3 230:22
231:11,12 232:3
232:4 235:5
237:17,20 238:6
239:21,22,23
240:22,23,24
246:21 247:11
247:20 248:16
**study's** 142:2
159:3 241:8
**sub** 149:7,21
**subanalyses**
219:17
**subanalysis**
219:19
**subcohort**
146:10

**subgroup** 122:5
**subject** 189:19
**subjects** 182:16
**submitted** 17:5
18:9 36:8 181:2
181:11 211:9,13
**subsamples**
33:20
**subscribed**
244:12 249:21
**subtype** 35:21
**sufficient** 139:10
192:25
**suggested** 45:11
**suggests** 33:15
**suite** 3:7 4:5
5:16
**summarizing**
63:23
**summary** 63:4
144:11
**superior** 1:7
**supplement** 9:20
203:13 246:16
**supplemental**
9:12,24 13:22
15:4 16:16,24
17:23 22:5
34:18 115:4,10
115:13,24
129:13,14,18
138:25 139:3
180:25 181:10
194:14 195:2
206:15 207:19
213:22
**supporting** 24:5

**supportive**
118:24
**suppose** 163:8
**suppressant**
132:23 133:25
230:10
**suppressants**
230:8,11
**suppressive**
106:6
**sure** 10:5,6 84:4
96:8 107:7
108:3 109:10
124:9,13 132:12
137:24 166:19
209:17 229:4
**surgery** 182:2
**surprised** 123:4
**swear** 7:14
**sworn** 7:17
52:19 53:4,22
141:11 196:24
217:21 234:11
244:12 245:9
249:21
**symptoms** 47:22
47:24 48:11
149:11 215:25
215:25 216:10
**syndrome** 75:21
75:25 76:9
**system** 135:13
138:21 144:24
**systematic** 24:12
24:23 29:24,25
42:16 142:14,19
143:6,11 156:6
166:18 174:3

184:21,25
190:20,23
192:22 200:8
204:17

| **t** |
| --- |

**t** 141:8 245:2,2
246:13 247:2,4
248:2,4
**tab** 156:24
197:17
**table** 30:4 56:11
56:12 57:4
59:16 61:24
64:14 66:21
68:2 89:15
90:17 119:10,16
120:15,20,21
151:21,23,24
152:2,4,7 156:4
166:10 167:17
167:18 175:5,11
179:10 198:23
224:18,18 228:8
230:21 231:5,10
**tables** 9:8
**tablet** 171:14
**taiwan** 69:9 70:2
70:15 104:4
110:13 111:2
132:23 134:2
144:22,25 145:2
146:8 153:10
155:12 230:19
231:12
**taiwanese** 136:9
139:5

**take** 6:14 24:24
   30:17 48:11
   64:2,7 65:6 71:7
   71:25 72:2,15
   76:13 81:18
   84:4 106:19
   113:13 162:3,6
   164:24 185:7
   203:3 204:22
   208:16 213:8
**taken** 2:10 8:2
   65:13 78:9
   90:25 134:17
   141:6 208:23
   237:4 249:11
**takes** 162:2
   241:25
**talk** 115:13,17
   151:17 160:12
   179:2 180:17
   221:7
**talked** 65:23
   138:12 187:2
   194:3 234:3
**talking** 8:20 20:9
   35:11 40:17
   71:9 76:7 107:6
   110:5,16,20
   142:4 158:14
   185:18 191:11
   191:22 192:4
   196:18,19
   210:22 219:7,24
   225:4 228:2,23
   228:24 230:19
**talks** 212:12
**targeted** 13:4

**technical** 157:18
**technician** 151:8
   156:25 157:17
   167:9,13 196:2
   197:19
**tell** 12:10 16:7
   47:7 53:19
   63:13 72:18
   81:13 108:24
   109:6 119:24
   126:3 155:9
   174:13 191:10
   191:14,21,24
   192:3,19
**telling** 124:9
**tells** 30:22 33:3
   62:18 65:2,3
   89:15 153:6
   156:13 159:19
   163:2,6 169:21
   170:19 174:18
   189:10
**ten** 77:17,24,24
   173:17 174:22
   201:21 202:2,6
   202:18 219:11
   229:25 230:9
**tend** 93:8 233:24
   234:20,23,24
**tended** 45:5 73:6
   130:21
**term** 116:21
   118:15 129:7,10
   145:3 170:5,8,14
   190:18 197:10
   209:13,14,18
**terms** 137:5
   163:16 188:11

   188:17 194:18
   205:19
**terrific** 9:10
**tested** 80:4
**testified** 7:18
   21:15 26:5
   66:16 67:16
   74:21 94:12
   99:23 100:15
   141:12 209:13
   210:3 213:16
   218:14 230:6
   234:6 235:8
**testifying** 99:25
**testimony** 17:15
   52:19,23 53:4,9
   53:22 54:7 66:4
   81:5 83:15,17
   84:10,15,16,20
   87:10,11 90:4
   100:24 141:23
   158:16 196:24
   210:8,15 217:21
   220:2 234:11
   235:11 237:17
   237:18 239:17
   245:11
**text** 74:22
**textbook** 125:21
   227:7 228:24
   229:5,5
**tfinken** 3:10
**thank** 7:24 16:14
   18:25 65:8
   79:20 110:9
   120:19 175:9,9
   243:10,16,17,18
   243:20 244:8

**thanks** 7:23
   243:19
**theoretical** 74:4
   76:8
**therapy** 182:4
**thing** 16:2 27:20
   56:18 73:4
   76:25 95:17
   148:21 163:25
   164:5 165:20
   169:21 174:11
   174:13 215:23
**things** 15:11
   28:17 58:22
   61:16 86:18
   126:17 131:16
   142:6 148:8
   157:23 163:18
   167:3,15 168:25
   170:19,23 174:8
   185:21 202:20
   214:16 231:21
**think** 14:24 17:4
   18:3 22:6 33:12
   39:9 49:7 50:14
   50:15 52:13
   63:25 67:15
   77:6 79:9 84:3
   85:25 92:14
   93:16,21 96:12
   100:17 107:13
   112:18 122:16
   122:21 131:18
   140:10 142:3
   175:18 177:18
   180:9 211:20
   224:2 227:16
   229:6 231:17

**[think - type]**

Page 49

235:16 236:11
**thinker** 241:25
**thinking** 72:19
  115:11
**third** 3:13 74:16
  146:19 180:12
  247:13
**thomas** 4:23
**thought** 86:16
**thousand** 62:8
  139:22 152:6,11
  153:8
**three** 21:7 62:17
  78:23 89:21
  127:2 129:4,6
  147:12 159:12
  162:16 173:9,19
  175:13 246:19
**threshold** 178:10
  178:18 205:6
**thrown** 67:6
**time** 6:4 7:13
  13:2,21 14:10
  17:21 19:17
  34:10 40:4
  50:16 53:18
  58:14,18 64:2
  65:10,14 74:10
  78:8 90:21,23
  91:2 94:6 100:6
  100:8 109:3
  127:8 129:2
  131:20 132:2,14
  132:15 134:11
  134:15,18
  140:22 141:4,9
  141:13 144:12
  154:12 161:2,16

161:22 162:3,13
  163:3,5,20
  165:14 168:3
  169:9 179:4,5
  190:2,20 202:22
  203:3,5 205:9
  208:17,18,22
  209:2 210:13
  212:17 214:5
  216:19,22
  233:10 236:12
  236:13 237:5
  241:24 242:2
  243:19,23 244:7
  244:9
**times** 108:24
  127:2 164:6,14
  234:6
**tiny** 154:11
**title** 1:9
**titled** 69:23
**tjsheehan** 4:24
**today** 7:2,22 8:3
  13:3 14:24
  15:19,23 21:15
  52:19 53:5
  55:16 63:12
  92:21 113:10
  124:10 141:21
  196:25 209:12
  213:12 214:7
  216:24 218:21
  219:7 221:16
  229:6
**today's** 14:18
  243:25
**token** 32:15

**told** 108:21
  173:6 214:7
**top** 16:9 23:3
  159:16 160:23
  160:23 161:6,9
  168:16 196:5
**topic** 64:6
  102:14,20
**total** 19:14 51:25
  96:19 200:17
**totality** 33:16
**tracy** 3:10
**training** 100:2
  100:19,21,22
  101:20
**transcript** 17:13
  17:14,19 101:4
  211:24 237:12
  247:17 249:11
**transcripts** 17:9
  17:17
**treat** 130:15
**treated** 28:19,20
  130:9,12 132:8
  132:11 154:8,21
  181:23 215:17
  216:11,12
**treatment**
  216:13
**trend** 62:19,24
  63:15 75:12
  162:14
**trends** 59:7
**trial** 105:12
  125:8 126:5,12
**trials** 125:6,13
  126:19

**tried** 174:19
**trouble** 83:23
**true** 34:4,14 37:9
  42:21 44:22
  92:21 95:10
  128:8 137:9
  155:18 221:6
  230:18 245:10
  249:13
**try** 13:7 72:8
  240:16
**trying** 79:2
  91:21 101:23
  107:16 117:3
  167:14 174:2
  216:20 234:10
**turn** 140:22
**two** 37:8 49:3,7
  62:16 78:20
  89:22 99:6
  108:24 117:22
  120:8 130:9,16
  131:19 132:9,14
  145:2,4 146:24
  147:17 153:2,7
  154:20 156:14
  161:2,20 169:18
  173:8,9,12,16
  185:10 189:6,16
  198:8 201:10
  202:17 203:9
  225:19 243:13
**type** 20:15 42:11
  74:2 76:24 77:4
  87:14 88:19
  148:24 152:10
  172:5,11,14
  173:24 181:19

**[type - user]**                                                   Page 50

182:15 189:16
190:21,22
237:21 239:18
239:19
**types** 43:9 44:6
44:15 49:6,11,21
86:19 131:17
166:13 181:24
182:4 215:15,20
**typical** 24:15
161:25
**typically** 209:19
209:21
**typo** 223:20,23
223:25 224:3
**typos** 223:22

**u**

**u** 247:2 248:2
**u.s.** 5:10 110:12
110:25 135:12
135:18 136:2,9
136:17,21
137:10,20,22
138:20 139:5
193:12 231:12
231:15,16
**ud** 36:21 37:14
**uk** 135:23
**unavailable** 45:9
**unbalanced**
188:11
**underdiagnosed**
44:16
**underdiagnosis**
233:7
**underestimate**
173:23

**underestimated**
163:15
**underestimation**
134:7
**underlie** 24:4
160:13 200:10
**underlying**
93:13 129:23
204:10
**underpowered**
217:2
**understand**
30:13 45:19
60:6 83:14,16
90:3 122:12,16
127:6 133:20
140:13 212:25
214:18 216:21
**understandable**
124:7
**understanding**
92:22 110:11,14
110:24 181:21
183:6 239:25
241:2 249:17
**understatement**
182:11
**understood** 14:9
30:11
**unexpected**
166:14
**unfortunately**
214:4
**uninformative**
191:3 193:8
210:18
**unit** 6:16 65:12
65:17 134:22

141:16 208:21
209:4
**united** 1:2 6:20
109:7,22 140:3
**units** 244:3
**universe** 30:24
**unpublished**
21:23
**unquote** 211:18
**unrelated**
205:11
**unreliable** 36:16
37:20,22 40:14
41:11 42:5,14,15
189:25 190:6,17
194:22 196:16
197:10 209:13
**unspecified**
49:12
**unstable** 33:9
61:14
**untreated** 28:20
120:4 122:6
154:7,21 158:2
159:5
**unusual** 121:18
121:21 187:3
**update** 136:12
**upper** 44:18
45:25
**urine** 216:2,11
**usa** 4:13
**usage** 59:6
118:20 134:6
**use** 15:14 22:24
35:4 37:2 41:20
42:7 43:4 46:19
47:21,25 50:14

66:23 67:5
73:21,23 74:22
76:21,23 77:13
81:23 82:15,23
84:11,14 85:15
87:8,19 88:16
89:5 92:4 97:13
99:19 105:10
112:20,21
116:21 117:11
118:2 120:23
121:10 124:5,12
124:17 125:18
126:9 129:10
130:19 131:9,11
131:13 132:21
133:4 137:13,16
142:8 146:6,15
147:23 148:5,6
156:3 161:5,6
170:17,18
174:18 176:7
186:12,23,24
187:25 188:6
190:17 191:12
192:8 193:2
197:11 198:25
199:2 205:24
209:15,19,21
222:17,18 224:2
224:22 227:6
235:21 238:2
242:17,19
**useful** 25:2
122:21 156:10
165:13
**user** 26:23
152:14 168:6

169:24 180:16
**users** 23:5 57:10
68:3,4 77:19,19
82:14,14 93:15
93:21,25 94:21
95:2,19,20,20
96:3,15,17,19
97:23 98:17
99:18 103:9
116:19 119:18
119:19 120:21
120:22 122:7,8
122:10,15
124:10,12,16,17
125:3 127:21
128:9,13,18,22
128:23,24
129:21,22
131:23,24
136:15 145:18
145:21,21 146:2
146:3,11,25
147:2,4,4,5,10
148:24 150:5,6
150:11,19,19
152:13,16,22,22
156:11,11
159:21,22,24,25
160:2,3 161:4,18
161:18,21,21,24
161:25 162:12
162:13 163:16
163:16,20
168:11,12
169:19 170:2,5,8
170:10,12,13,14
171:22 179:20
179:23 180:4,6,8

181:5 185:12
186:9 187:21
188:2,25 189:2
200:2 221:18
222:16 223:2,4
223:25 229:23
230:7,11
**uses** 73:23 76:8
**usually** 11:2
72:22 130:16
149:18 197:11
217:23 235:14

**v**

**vaezi** 230:5
**vague** 136:4
**valid** 81:5
137:25
**validated** 30:7
**validation** 86:13
136:24,25
**validity** 137:7
143:16 155:7,16
**valuable** 155:21
**value** 27:12 47:5
108:14 158:19
227:21
**values** 169:17
189:6
**variable** 48:23
52:8 68:5 82:15
121:9 186:7
**variables** 30:8
35:3,6 38:6 42:8
45:2 48:14
49:11 50:23
51:15,21 53:9
55:18,20,21 67:3

67:4,10,24,25
68:19 72:22
73:6 86:23
119:21 120:11
121:13
**variation** 111:8
**various** 9:8,8
38:17 46:15
48:25 51:12
53:13 68:17
92:14 93:3
126:7 144:19
182:16 229:23
**veritext** 5:22,23
7:4 244:5
**version** 21:18,22
50:13 74:24,25
75:4,6 203:23
**versions** 124:5
**versus** 26:23
97:23 106:24
107:9,14,22
125:3,16 146:3
150:5 159:21
169:19 179:18
179:20 182:8
186:23 187:4
188:9
**vertical** 168:21
**veterans** 104:19
**video** 6:13,17,25
**videoconferen...**
1:17 2:9 3:3
**videographer**
5:22 6:2 18:14
18:15,25 58:14
58:18 65:9,14
90:22 91:2

134:13,18 141:2
141:13 208:18
208:24 236:14
236:23 237:5
243:22
**videotaped** 1:16
2:7
**view** 56:21
165:22
**viral** 53:24 69:24
70:12
**virtually** 6:7
**virus** 48:21
**viruses** 49:8
**visually** 163:19
**vitamin** 126:4,6
126:10,14,15,20

**w**

**wait** 195:20
**walking** 153:13
**wang** 9:3,4,6,13
9:25 10:4 15:6
16:16,19,22 17:2
17:10 19:18,22
21:11,18,23 22:4
22:7,17 23:10,14
23:21 24:2,10,11
25:3 26:11,15,24
35:11 36:21
37:7 42:2,5,10
42:13 43:3,11,15
43:18 44:8
48:20 50:17
54:14,16 56:7,12
56:25 57:3 58:2
59:3,15 60:7
61:18 62:22,23

63:14 65:24
69:12,12 73:16
77:4 81:24 82:3
82:11 85:17
87:9,13 88:17,18
89:7,8,21 91:10
91:11,12 95:21
97:11 103:18
106:22 107:5,21
108:21 111:5,24
112:5 115:4,6,10
115:21,25 116:9
116:15 117:8
118:8,23 119:9
122:25 127:15
127:21 128:2
131:22 133:5
136:14,19 139:2
139:4,14,14,18
141:22 142:2,4,9
142:10,25 144:7
144:12 150:3
151:6 157:7
164:22 167:8
170:24 171:21
181:2,11,13,15
183:20 185:22
187:9 190:9
194:15 195:3
197:23 198:13
198:14,23 199:7
205:22 206:9,16
207:8,13,18,25
213:13,16,22,23
216:25 218:8
223:23,24 226:6
226:8 228:3
230:22 231:10

232:4 237:17,20
238:3,10 239:21
240:2,22 241:3,9
241:15 242:17
242:22 243:4
246:21 248:8,12
**want** 18:16
26:14 32:10
64:13 72:15
82:2 84:7 94:19
98:10 99:2
101:7 103:5
110:21 122:19
123:23 148:8
165:21 167:2,14
180:17 185:10
198:5 205:7
236:15 239:20
240:21 242:7
**wanted** 39:19
141:23
**wants** 108:2
**washington** 5:5
8:4
**water** 153:25
**way** 10:19 18:19
26:20 28:22
39:21 42:9
76:20 78:25
79:3,6 81:5
124:4 132:3
133:3,23 142:7
149:25 167:11
178:3 220:17
225:17
**ways** 29:17,18
**wc.com** 5:7

**we've** 19:7 23:16
159:9 218:7
227:16 231:17
**weakness** 38:2
73:15 192:18
**weaknesses**
38:11 42:17
115:14 241:8,12
**website** 11:3
109:10
**week** 18:3
**weeks** 78:20
173:8,16,17
202:17,18
**weigh** 192:23
**weighed** 240:2
241:3
**weight** 194:8
**weights** 241:6
**weiss** 3:5
**went** 42:16
60:19 144:13
178:7
**western** 114:8
115:18
**whereof** 245:18
**wicam** 193:9
**wide** 33:23
**widen** 33:10
**widening** 161:23
**williams** 5:4
**withdraw** 127:7
**withdrawn**
40:23,25 98:7,8
**witness** 6:11
7:14 10:12
18:18,22 32:21
34:20 39:4,9,13

39:20,21 42:21
46:10 54:3 56:9
58:11 63:25
64:8 65:8 68:11
79:14 91:7
113:16 116:12
127:18 129:16
135:4 151:11,23
164:2 196:8
202:24 231:2
232:15 240:13
240:16 243:16
245:8,11,18
246:4,24 247:8,9
247:10,15,16,21
247:22,23,24
248:6,7,10,17,18
**witness's** 239:16
**witnesses** 187:10
**witte** 17:24
36:14 40:12
41:9 135:9
138:18 196:14
196:19 197:5,13
**women** 126:5,8
126:16
**women's** 126:3
**word** 16:10,11
32:3 37:21 67:5
111:12 115:22
115:25 189:25
201:15 214:11
214:22 215:20
229:5
**words** 14:4 89:2
97:13,14 158:12
190:4 209:18
229:14 235:13

**work** 19:8 20:15
  131:16 197:4
**worked** 20:23
**working** 20:17
  20:18 167:6
**works** 220:18
**world** 31:3 93:4
  111:8 125:22
  171:11
**worldwide** 69:2
**write** 22:10 23:6
  24:2,16 25:20
  31:18 34:25
  47:12,20 55:17
  59:4 105:4
  113:22 114:4
  116:15 129:19
  135:9 209:23,24
  211:14 232:22
**writes** 75:9
**writing** 148:19
**written** 106:9
  139:11 197:2
**wrong** 83:16
  151:21
**wrote** 15:17
  48:18 55:16
  68:14 106:25
  114:20 130:6
  196:17 209:25

**x**

**x** 1:4,7,9,13
  165:23 166:2,14
  246:2,13 247:2,4
  248:2,4
**xs** 166:3

**y**

**y** 64:25 161:13
  166:5,6,15
  168:21
**yeah** 11:12 65:3
  98:23 117:3
  123:8 166:6
  180:11
**year** 62:9 131:3
  131:5,7 152:12
  153:8 161:19
  170:17 222:3,20
  222:23,24
  223:13,15
**years** 22:18
  30:17 77:24
  132:10 139:22
  145:23 152:6
  161:10,12 162:6
  162:22 163:9
  168:18,19
  171:24 174:22
**yellow** 116:14
**yesterday** 16:20
  214:8
**yoon** 135:23
  188:14,16,22
  221:7,13,19,23
  225:15 248:16
**york** 2:13 3:14
  3:14,19,19 4:15
  4:15,22,22 5:16
  245:6
**young** 153:25

**z**

**zantac** 1:4 6:19
  31:19 249:5

**zero** 161:11
  223:21
**zoom** 1:17 2:8
  3:2 14:20 56:21

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.