# McTiernan
# Deposition and Exhibits

# EXHIBIT
# 732

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY
LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES*

MDL NO. 2924
20-MD-2924

RULE 26 EXPERT REPORT OF
ANNE MCTIERNAN, MD, PHD

Date: January 23, 2022

Anne McTiernan, MD, PhD

**Exhibit
0001**

10/24/2022

Anne McTiernan, M.D., Ph.D

Table of Contents

Mandate..................................................................................................................................7

Credentials, Expertise, and Experience....................................................................................7

Overall Approach and Methodology........................................................................................12

Executive Summary................................................................................................................15

Reports, Documents, Commentaries from Governmental Agencies and Cancer Organizations ............17

    U.S. Food and Drug Administration (FDA) ........................................................................17

    U.S. National Toxicology Program (NTP)...........................................................................18

    International Agency for Research on Cancer (IARC) .........................................................19

    World Health Organization (WHO) ..................................................................................20

    American Cancer Society .................................................................................................20

    U.S. Environmental Protection Agency (EPA) ..................................................................21

The Science of Epidemiology ................................................................................................22

Terminology and Concepts in Epidemiological Studies ..........................................................23

    Disease incidence and rate:.............................................................................................23

    Risk:...............................................................................................................................23

    Risk factor: .....................................................................................................................24

    Exposures:.......................................................................................................................24

    Association:.....................................................................................................................25

    Etiology:..........................................................................................................................25

    Multi-factorial etiology: ...................................................................................................25

    Generalizability:..............................................................................................................25

    Latency period: ...............................................................................................................26

    Exposure measurement:..................................................................................................26

    Diagnosis and classification of disease outcome:..............................................................27

    Relative risk, odds ratio, and hazard ratio: ......................................................................28

    Statistical analyses: ........................................................................................................29

    Sample size:....................................................................................................................31

    Standardized incidence ratio and standardized mortality ratio: .........................................32

    Dose-response: ...............................................................................................................32

    Bias:...............................................................................................................................34

Confounding:...........................................................................................................................34

Effect modification:..................................................................................................................35

Ranitidine, NDMA, and Cancer Risk ...............................................................................................36

Types of Epidemiologic Studies on Cancer and Exposure to Ranitidine and NDMA ..............................38

Critical Components to Both Case-control and Cohort Studies...........................................................39

Case-control Studies ...............................................................................................................41

Cohort Studies........................................................................................................................42

Meta-analyses........................................................................................................................43

Possible Sources of Bias in Epidemiologic Studies.........................................................................44

Ecologic Studies .....................................................................................................................44

FDA Adverse Events Reports.....................................................................................................44

Measurement of Exposure to Ranitidine and Other Sources of NDMA ....................................................47

Table 1: Ranitidine and Other NDMA Exposures* ...........................................................................48

Measurement of ranitidine use exposure ...................................................................................49

Exposure to other sources of NDMA: occupation, diet, and water.....................................................50

Measurement of NDMA from occupational exposure .......................................................................51

Measurement of NDMA exposure from diet..................................................................................52

Measurement of NDMA exposure from water................................................................................57

Exposure measurement ..........................................................................................................58

Doses of NDMA in Different Sources ...........................................................................................61

Ranitidine exposure ..............................................................................................................61

Occupational exposure ...........................................................................................................62

Food and water.....................................................................................................................62

Biases That May Affect Epidemiologic Studies of Ranitidine or Other NDMA Sources and Cancer...........64

Missing data bias.....................................................................................................................64

Missing Data on Ranitidine Use or other NDMA Exposure...............................................................64

Missing Data on Cancer Occurrence ............................................................................................64

Incomplete Case Ascertainment ...............................................................................................64

Incomplete Follow-up due to Latency Period of Cancer Development...................................................65

Publication bias ......................................................................................................................66

Cancer process affecting likelihood of exposure (indication bias) .......................................................66

Confounding bias .....................................................................................................................67

Channeling bias .......................................................................................................................67

2

Recall bias ............................................................................................................................. 67

Non-response bias ................................................................................................................. 68

Table 2: Effects of Biases on Relative Risks in Epidemiologic Studies ................................. 69

Differential results of cohort versus case-control studies: ..................................................... 72

Population-based case-control versus hospital-based case-control studies: .......................... 72

Pharmacoepidemiology ............................................................................................................... 73

Occupational Epidemiology .......................................................................................................... 81

Nutritional Epidemiology ............................................................................................................. 82

Plausibility/ Biological Mechanisms ............................................................................................ 83

Common Misconceptions in Interpretation of Epidemiologic Research .................................... 84

Causal Inference in Epidemiology ................................................................................................ 91

Methods Used for this Report ...................................................................................................... 96

Systematic Search .................................................................................................................. 97

Data Extraction ...................................................................................................................... 98

Descriptions of Studies .......................................................................................................... 98

Causal Inference Methods ...................................................................................................... 98

Epidemiologic Evidence on the Association between Ranitidine Use and Cancer Risk ............... 99

Table 3: Evidence available for ranitidine and other sources of NDMA and risk of cancer ................. 100

Evaluation of Observational Studies  to Determine Risk of Developing Cancer from Use of Ranitidine . 101

Defined Study Questions ........................................................................................................ 101

Defined population  studied .................................................................................................... 101

Exposure measurement methods ........................................................................................... 103

Outcomes measurement ........................................................................................................ 104

Availability and Quality of Data on Covariates – Confounders and Effect Modifiers ............ 105

Sample Sizes ........................................................................................................................... 106

Study Conduct ........................................................................................................................ 106

Data Analyses and Interpretation .......................................................................................... 107

Epidemiologic Studies of Ranitidine and Risk of Multiple Cancers ........................................... 109

Cohort Studies, including Nested Case-control Studies, of Ranitidine and Several Cancers ............... 110

UK Biobank Cohort Study ................................................................................................... 110

Group Health Cooperative Health Maintenance Organization .......................................... 112

Electronic Health Record and Pharmaceutical Databases ..................................................... 113

Nationwide Commercial Electronic Health Record Database - IBM Explorys ....................... 115

Denmark Pharmaceutical and Medical Record Database ................................................................ 121

South Korean Health Insurance Review Database............................................................................ 132

Japanese Medical Data Center Claims Database ............................................................................. 136

Scottish Primary Care Clinical Informatics Unit Research.............................................................. 142

Kaiser (California) Pharmaceutical Database................................................................................... 147

Table 4: Comparators, Doses, Missing Data, and Follow-up in Studies on Ranitidine and Cancer Risk
................................................................................................................................................................ 151

Clinical Trials of Ranitidine ...................................................................................................................... 155

Occupational Studies of NDMA, Nitrate, and Risk of Multiple Cancers ................................................. 156

Rubber Manufacturing NDMA Exposure and Cancer Risk.................................................................... 156

German Rubber Industry Cohort (Straif) ........................................................................................ 156

UK Rubber Industry Cohort (Hidajat)............................................................................................. 160

Nitrate Manufacturing and Cancer Risk............................................................................................... 164

Epidemiologic Studies of Dietary Exposure to NDMA, Nitrate, and Nitrite and Risk for Multiple Cancers
................................................................................................................................................................ 167

NDMA Exposure and Risk for Multiple Cancers.................................................................................... 167

European Prospective Investigation into Cancer (EPIC) ....................................................................... 168

Netherlands Cohort Study .................................................................................................................... 174

Finnish Cohort Study............................................................................................................................. 179

Bladder Cancer......................................................................................................................................... 183

Ranitidine .............................................................................................................................................. 183

Occupational Studies ............................................................................................................................ 189

Rubber Manufacturing...................................................................................................................... 189

Nitrate Fertilizer Workers ................................................................................................................ 190

Dietary NDMA Exposure ....................................................................................................................... 192

Dietary Nitrate, Nitrite, or Combined Nitrosamines............................................................................ 192

Water Sources of Nitrate and Nitrite Exposure .................................................................................. 196

Summary of Findings on Bladder Cancer: Weight of the Evidence/Bradford Hill Analysis ................. 199

Esophagus Cancer .................................................................................................................................... 206

Ranitidine .............................................................................................................................................. 207

Occupational Exposures to NDMA......................................................................................................... 212

Rubber Manufacturing...................................................................................................................... 212

Wood Screw Manufacturing Nitrite Exposure ................................................................................. 213

Nitrate Fertilizer Manufacturing ...................................................................................................... 213

Dietary NDMA Exposure ................................................................................................................ 214

Nitrate and Nitrite........................................................................................................................ 215

Water Nitrate Exposure ............................................................................................................... 217

Biological Mechanisms Linking NDMA to Esophagus Cancer ...................................................... 218

Summary of Findings on Esophageal Cancer: Weight of the Evidence/Bradford Hill Analysis .......... 218

Liver Cancer....................................................................................................................................... 225

Ranitidine ..................................................................................................................................... 225

Occupational Exposure to NDMA ................................................................................................ 230

Rubber Manufacturing............................................................................................................. 230

Dietary NDMA Exposure .............................................................................................................. 231

Dietary Nitrite and Nitrate .......................................................................................................... 232

Biological Mechanisms Linking NDMA to Liver Cancer............................................................... 232

Summary of Findings on Liver Cancer: Weight of the Evidence/Bradford Hill Analysis ..................... 233

Pancreas Cancer................................................................................................................................ 238

Ranitidine ..................................................................................................................................... 238

Occupational Sources of NDMA................................................................................................... 243

Rubber Manufacturing............................................................................................................. 244

Nitrate Fertilizer Manufacturing ............................................................................................. 245

Dietary Nitrite, Nitrate, Nitrosamines......................................................................................... 245

Water Sources of Nitrate/Nitrite/NDMA ..................................................................................... 248

Biological Mechanisms Linking NDMA to Pancreas Cancer......................................................... 250

Summary of Findings on Pancreas Cancer: Weight of the Evidence/Bradford Hill Analysis .............. 250

Stomach (gastric) Cancer .................................................................................................................. 257

Ranitidine ..................................................................................................................................... 258

Occupational Exposure to NDMA ................................................................................................ 265

Rubber Manufacturing............................................................................................................. 265

Nitrate Fertilizer Manufacturing ............................................................................................. 266

Dietary NDMA Exposure .............................................................................................................. 267

Dietary Nitrite and Nitrate .......................................................................................................... 273

Water Nitrate/Nitrite/NDMA Exposure ....................................................................................... 277

Biological Mechanisms Linking NDMA to Stomach Cancer ........................................................ 279

Summary of Findings on Stomach Cancer: Weight of the Evidence/Bradford Hill Analysis.............. 279

Ranitidine Dose Level that Can Cause Cancer.............................................................................. 286

Table 5: Relative risks of specific cancers associated with ranitidine use by "dose" ..........................287

Minimal Dose of NDMA in other Sources that Can Cause Cancer..........................................................291

Table 6: Relative risks of specific cancers associated with dietary NDMA intake by dose..................295

References ...............................................................................................................................................299

Table 7: Epidemiological Studies of NDMA and Cancer Risk, by Source of NDMA..............................318

## Mandate

I have been retained to review the current state of the scientific literature regarding ranitidine and N-Nitroso-dimethylamine (NDMA) and risk of cancer, to evaluate the scientific evidence, undertake a causal assessment of the evidence, and offer opinions on whether it is likely that ranitidine (and the NDMA forming in and from ranitidine) is capable of causing human cancer, and if so, which cancers. When I refer to ranitidine in this report, I am referring to oral prescription and over-the-counter medication and all constituent elements contained within. All my opinions in this report are based upon a reasonable degree of scientific and medical certainty. My time was billed at $450-$500 per hour for the literature review and preparation of this report, and will be charged at $800 per hour for testifying and $250 per hour for travel time.

Credentials, Expertise, and Experience

I am a Full Professor at the Fred Hutchinson Cancer Research Center in Seattle, Washington, Division of Public Health Sciences, Program in Epidemiology. I am also a Full Research Professor at the University of Washington School of Public Health, Department of Epidemiology, and the University of Washington School of Medicine, Department of Medicine, Division of Geriatrics. I am an elected member of the American College of Epidemiology, the Obesity Society, and the American College of Sports Medicine. From 2002-2012, I directed the Fred Hutchinson Cancer Research Center's Prevention Center.

I have received several prestigious awards for my research work including: the American College of Sports Medicine Wolffe Lecture, 2018,  the American College of Sports Medicine Citation Award, 2012; the McDougall Mentoring Award, Fred Hutchinson Cancer Research Center, 2011; Komen for the Cure Scientific Advisory Council/Komen Scholars, 2010-2012; the University of Washington Roger E. Moe Award for Translational Research 2009; and the Joan P. Liman MD Award, Recipient, New York Medical College, 1989.

I received my PhD in Epidemiology in 1982 from the University of Washington, and my MD degree in 1989 from New York Medical College. I completed Internal Medicine residency training from the University of Washington in 1992. For over 30 years, I have focused on epidemiologic research, primarily

7

in cancer and women's health. My research studies used the methodology employed in the studies of cancer risk and NDMA in ranitidine and other sources, namely, cohort studies, case-control studies, and meta-analyses. In addition, I have had leadership positions for several randomized controlled trials testing interventions to prevent cancer. I have published over 400 scientific manuscripts in peer-reviewed medical and scientific journals, have contributed to several academic texts, and have edited two academic texts. In the past year, I have been invited to author three editorial commentaries in prestigious medical journals.

I have held several leadership positions in scientific U.S. Government work. Most recently, I was a member of the 2018 U.S. Department of Health and Human Services Physical Activity Guidelines Advisory Committee and was a member of the 2008 U.S. Department of Health and Human Services Physical Activity Guidelines Advisory Committee. I served as chair of the Cancer subcommittees for both Committees. I have served on, or chaired, grant review panels for the U.S. Department of Defense Congressionally Directed Medical Research Programs and the National Institutes of Health, and serve as a program reviewer for NCI intramural epidemiologic research branches and for NCI comprehensive cancer centers.

I have served on editorial boards for the American Association for Cancer Research Cancer Prevention Journal, the Journal of Women's Health, and Medscape Women's Health. I have performed peer review for over a dozen prestigious journals including: JAMA, Journal of the National Cancer Institute, Archives of Internal Medicine, American Journal of Epidemiology, Annals of Internal Medicine, European Journal of Cancer, British Journal of Cancer, Cancer Causes & Control, Cancer Epidemiology Biomarkers & Prevention, Annals of Epidemiology, Epidemiology, Nutrition, and Medicine & Science in Sports & Exercise.

My research funding has been provided by the U.S. National Cancer Institute, the National Institutes of Health, the National Heart Lung & Blood Institute, Komen for the Cure, the Breast Cancer Research Foundation, National Cancer Institute Canada, and various pharmaceutical companies and other foundations. I have been Principal Investigator of several randomized clinical trials testing effects of various agents in relation to prevention of cancers, including exemestane, raloxifene, tamoxifen, aspirin, and vitamin D.  In addition, I have been Principal Investigator of four randomized clinical trials testing effects of weight loss and exercise on biomarkers of several cancers. I am co-investigator of a National

Cancer Institute funded trial testing the effect of exercise on quality of life in women with ovarian cancer. I was Principal Investigator of the Seattle site of a prospective cohort study of 1100 breast cancer survivors that investigated associations of hormones, inflammation, diet, exercise, obesity, and breast cancer survival. I was Principal Investigator of a case-control study of thyroid cancer and hormones in women, and co-investigator of a case-control study of breast cancer in men. I have published on data from other case-control studies including studies on breast cancer, pituitary tumors, melanoma, and colorectal adenomas. I have collaborated in several prospective cohort studies, resulting in lead, senior, and co-authorship of several epidemiologic manuscripts. These included the Women's Health Initiative Observational Study, the Tromso study, the Carotene and Retinol Efficacy Trial cohort, the VITAL cohort, and the Pancreatic Cancer Cohort Consortium.

I have extensive experience in pharmacoepidemiology, both observational studies and clinical trials. I was project director and co-investigator for the Women's Health Initiative hormone therapy trials and calcium and vitamin D trial, which recruited over 60,000 women from across the United States. I also was Principal Investigator of trials testing aspirin, exemestane, tamoxifen, and vitamin D on breast cancer incidence and risk factors for various cancers. I have authored over 70 peer-reviewed scientific papers on the effects of medications and supplements on cancer risk, and on cancer risk factors, including menopausal hormones, antihypertensive medications, oral contraceptives, statins, aspirin, aromatase inhibitors, tamoxifen, metformin, bisphosphonates, vitamin D, supplements, and others.

I have published on several cancers including breast, colorectal, pancreas, ovarian, endometrial, melanoma, lung, thyroid, and prostate cancers.

I have worked in nutritional epidemiology for decades, which is relevant because NDMA is contained in foods linked to increased risk of several cancers. I have been Principal Investigator of several National Institutes of Health and foundation grants on nutrition and cancer risk, including grants related to diet and breast and other cancers as well as diet and cancer survivorship. I have authored over 130 peer-reviewed scientific papers on nutrition or dietary factors and cancer risk and survivorship. I have served on advisory boards, committees, and working groups related to nutrition and cancer, including for the American Cancer Society, the World Cancer Research Fund, and the International Agency for Research on Cancer, among others.

My international work in epidemiology has included work with the International Association for Research in Cancer (IARC), the World Cancer Research Fund, and the Norwegian Tromso and EBBA studies. For IARC, I chaired a working group on mechanisms for a monograph on obesity, physical activity, and cancer risk (IARC Handbook of Cancer Prevention 2002: Physical Activity and Weight Control, 2000-1). For the World Cancer Research Fund, I have been a member of the advisory panel of experts that guides interpretation of meta-analyses and systematic reviews of nutrition, physical activity, obesity, and risk for many cancers including bladder, breast, colorectal, endometrial, esophagus, gallbladder, kidney, liver, lung, oropharynx, ovary, pancreas, prostate, and stomach cancers (http://wcrf.org/sites/default/files/Ovarian-Cancer-2014-Report.pdf).

From 1992 to 1997, I was the Project Director for clinical work at the Women's Health Initiative Clinical Coordinating Center. I held this role from the inception of the Women's Health Initiative, and therefore directed all aspects of development and implementation of the three clinical trials and observational study.

As Project Director, I oversaw development of the protocol and procedures for ascertainment and adjudication of cancer outcomes. I also oversaw development and implementation of a drug database for which women were asked to bring all prescription and over-the-counter medications to clinic and staff entered the medications into a dedicated database. My oversight also included development and implementation of an interview questionnaire and protocol for ascertaining lifetime use of oral contraceptives and menopausal hormone therapy. When I stepped down as Project Director (to lead my own National Cancer Institute funded studies), I retained leadership of the outcomes work for the Women's Health Initiative through 2005. This outcomes work entailed identifying cases of specific diseases such as cancer, collecting medical records, and classifying cases according to standardized criteria.

While my expertise is in the area of epidemiology, primarily cancer research, I regularly consider the reports and studies from different scientific and medical fields including pathology, oncology, physiology, molecular biology, and toxicology, and therefore, I have experience and expertise to consider evidence presented by experts in these fields, as I do when I prepare scientific manuscripts and grant proposals, when I review grants and manuscripts for government and private funding agencies,

10

and when I do peer-reviewing for scientific and medical journals. Attached as Exhibit A to this report is a current copy of my curriculum vitae.

Attached as Exhibit B to this report is a list of my prior testimony as an expert witness and Exhibit C is a list of the materials I considered.

## Overall Approach and Methodology

The foundation for this report is based upon my education, expertise, and years of experience in designing, conducting, and interpreting epidemiologic studies, as well as my medical training in Internal Medicine. I drew upon my years of experience with synthesizing and interpreting large numbers of epidemiologic studies for comprehensive reports including work for the U.S. government, the World Health Organization International Agency for Research on Cancer (IARC), and the World Cancer Research Fund. My opinions are based on the published epidemiologic evidence including original case-control and cohort studies, systematic reviews, and meta-analyses on the topic of ranitidine, NDMA, and cancer. In reviewing the epidemiologic literature, I used my experience as a researcher in evaluating study quality, and in determining evidence of association between ranitidine, NDMA, and cancer. I drew upon my almost 40 years as a PhD-trained epidemiologist and MD-trained clinical scientist.

In developing my opinions in this report, I applied the same rigor and standards as I utilize in my academic and research work. In addition to my review of epidemiologic studies, I also considered and reviewed clinical, pathological, and biologic and mechanistic evidence regarding ranitidine, NDMA, and cancer development.

On April 1, 2020, the FDA withdrew ranitidine from the U.S. market, citing the presence of unacceptably high levels of the carcinogen NDMA in the medication and produced as a byproduct of the medication. While the major question of interest is to determine the causal relationship between ranitidine use and risk for cancer, the epidemiologic data on the association between NDMA exposure and risk for cancer provide considerable clarity on the role of NDMA exposure in causing cancer in humans. As stated on the FDA website, "FDA has set the acceptable daily intake limit for NDMA at 0.096 micrograms or 0.32 ppm for ranitidine." (ttps://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 10/17/2021) Furthermore, the FDA's website states: "FDA has determined that the levels of NDMA in ranitidine and nizatidine are similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats." It follows that ranitidine, with similar NDMA amounts as processed meats, would also increase cancer risk, and that a review of the associations between NDMA intake from food (and occupation) and cancer risk would inform the science on ranitidine and cancer risk.

12

# How much NDMA is in Ranitidine and How that Relates to Exposure in Epidemiological Studies

The FDA reported testing found that ranitidine contains as much as 360 nanograms in a single 150 mg size pill. (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 10/17/2021). FDA testing showed that NDMA was "consistently" detected in ranitidine. (FDA letter to Emery Pharma April 1, 2020, Docket no. FDA-2020-P-0042)

I understand that there will be evidence presented at trial that testing by manufacturers and by FDA confirmed the formation of NDMA in tablets (finished dose) as detailed below:

FDA tested Sanofi's Zantac 75 mg tablets to have a range of 10 nanograms to 40 nanograms of NDMA (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine.)  and 150 mg tablets tested at between 10 nanograms to 360 nanograms NDMA (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine.). Sanofi's own tests found between 0 and 105 nanograms NDMA (75 mg) and 0 to 420 nanograms (150 mg) NDMA to have formed in tablets (SANOFI_ZAN_MDL_0000104997; SANOFI_ZAN_MDL_0000070586).

GSK's testing found NDMA levels ranging from 24.75 nanograms to 195 nanograms per tablet in 75 mg tablets, 36 nanograms to 435 nanograms in 150 mg tablets, 168 nanograms to 330 nanograms in 300 mg tablets, and below detectable limits to 405 nanograms in 150 mg syrup (GSKZAN0000883508).

The FDA tested Boehringer Ingelheim (BI's) Zantac tablets to have NDMA levels ranging from 18.225 nanograms to 41.175 nanograms in 75 mg tablets, and a range of 16.2 nanograms to 62.25 nanograms per 150 mg tablet (SANOFI_ZAN_MDL_0000065220.). Sanofi tested BI's 150 mg tablets to have NDMA levels with a range of 11.1 nanograms to 420.15 nanograms (SANOFI_ZAN_MDL_0000065220.).

Dr. Reddy's tested its Ranitidine products and confirmed the presence of NDMA ranging from 13.335 nanograms to 109.838 nanograms in 75 mg tablets (DRLMDL0000070416 - DRLMDL0000070418.), a

13

range from 28.185 nanograms to 122.16 nanograms in 150 mg tablet (DRLMDL0000070416 - DRLMDL0000070418.), and from 360 nanograms to 840 nanograms per 300 mg tablet (DRLMDL0000022940).

I have based my causation opinions on the above testing information. However, I also understand that heat and humidity accelerate the degradation process to form more NDMA and that some ranitidine products "stored at room temperature can increase with time to unacceptable levels." (FDA letter to Emery Pharma April 1, 2020, Docket no. FDA-2020-P-0042).

I understand that substantially higher levels of NDMA in tablets was found when tested by Emery Pharma, a lab retained by plaintiffs, which tested under various conditions. Specifically, I have been provided with a spreadsheet of the results of Emery Pharma baseline testing of numerous samples of ranitidine tablets manufactured by GSK, Sanofi and Boehringer Ingelheim and have been advised by plaintiffs' counsel that these results will be presented as evidence at trial. Significant among these many results are the following:

1. Base testing showed an average of approximately 1100 nanograms of NDMA was formed in 75, 150 and 300 mg tablets, all of which were within the expiration date. The range of NDMA content in the 150 mg pill was 97.1 ng (Batch/Lot AL5814B) for the lowest and 14,029 ng (Batch/Lot 960738) for the highest per pill. Both lots were "regular Zantac."
2. 182 of 254 batches tested showed more than 400 ng. per 150 mg. pill average.
3.  Substantially more NDMA was found in the "Cool Mint" as compared with other formulations.
4. NDMA levels varied based on date since manufacture, generally increasing until 4 years. For tablets between 2 and 2.5 years from manufacture, NDMA levels were over 1800 ng, and for 3-3.5 years, Emery found over 2500 ng of NDMA. The NDMA levels were under 1000 ng for 4 years or more.
5. It is my understanding that the amount of NDMA in ranitidine is increased if the drug is exposed to higher heat and/or humidity. (https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market).

The Emery Lab testing results strengthen my causation opinions, but my opinions are not predicated on these higher levels.

14

As I describe below, there is some evidence that daily intake of just 47 nanograms of NDMA from foods is enough to elevate risk of cancer.(Loh et al. 2011) The elevation of risk for all cancer combined is 6%, and the risk increases directly with each additional 47 nanograms per day intake, so that eating approximately 150 nanograms per day of NDMA increases risk of all cancer by 19% (relative risk 1.19).(Loh et al. 2011). Four slices of bacon contain about 150 nanograms of NDMA. (Lee 2019) Eating this amount of bacon per day, therefore could increase risk of all cancers combined by about 19%.(Loh et al. 2011) The consistently elevated risks seen with high dietary intake of processed meats has led several national and international cancer organizations to warn individuals to avoid or limit intake of processed meats. (Rock et al. 2020) (Thompson et al. 2018)(https://www.wcrf.org/dietandcancer/limit-red-and-processed-meat/) (accessed 10/17/2021) (https://www.cancer.org/healthy/eat-healthy-get-active/acs-guidelines-nutrition-physical-activity-cancer-prevention/guidelines.html) (accessed 10/17/2021) Given that this amount of daily NDMA is enough to raise cancer risk as reflected in studies on processed meats and cancer risk, the dietary studies of NDMA are highly relevant.

Therefore, my analysis for this report included studies of the association between ranitidine and cancer, as well as studies on the associations of other sources of NDMA and cancer risk. Studies on these other sources include worksite exposure (especially rubber manufacturers and nitrate fertilizer manufacturers), and diet (foods and beverages that contain NDMA). As supporting evidence, studies on occupational, dietary, and water sources of nitrosamines unspecified, nitrites or nitrates, which form NDMA in vitro, were also reviewed. A full discussion of the exposure evidence is in a separate section of my report.

## Executive Summary

This review assessed relevant published epidemiologic evidence on the association between use of ranitidine, exposure to other sources of NDMA, and risk of developing cancer. In reviewing the evidence on associations between ranitidine and cancer risk, and between other sources of NDMA and cancer risk, I looked at all specific types of cancer. After this exhaustive review, I determined that evidence was stronger for some cancers than others. That does not mean that ranitidine and NDMA do not cause the other cancers, rather that there was not sufficient evidence at the time of my review to form an opinion

15

that NDMA is a cause of the other cancers. I did the exact same analysis of the scientific literature to determine the association of ranitidine use and the inevitable NDMA exposure that accompanies that use and the risk of breast, prostate, kidney, lung and colorectal cancer. While there is evidence in the literature to support an association of ranitidine use with those 5 cancers, applying a Bradford Hill analysis, the evidence was not sufficient to support an opinion that the use of ranitidine can cause breast, prostate, kidney, lung or colorectal cancer.

This report, then, in reviewing evidence for specific cancers, focuses in depth on five types: bladder, esophagus, liver, pancreas, and stomach cancer. Data on other cancers abstracted from studies is included in the tables at the end of the report.

The epidemiologic evidence in total, along with the biological and pathological evidence, fits the Bradford Hill aspects of causation(Hill 1965), namely: strength, consistency, specificity, temporality, biologic gradient (dose-response), plausibility, coherence, experiment, and analogy. The weight of the evidence related to ranitidine, NDMA, and cancer development demonstrates a consistent increased risk for bladder, esophagus, liver, pancreas, and stomach cancer.

In my opinion, as an epidemiologist and physician, stated to a reasonable degree of medical and scientific certainty, use of ranitidine can cause cancer, and this report addresses a number of specific cancers. I base this opinion on the elevated risk estimates (relative risk, odds ratios) for use of ranitidine as well as for other sources of NDMA, the pathological evidence, the consistency of results across geographic areas and in different race/ethnic groups, the evidence of a positive dose-response effect, and the plausible biological mechanisms.

16

# Reports, Documents, Commentaries from Governmental Agencies and Cancer Organizations

That NDMA is a human carcinogen, and that NDMA comes from several sources, is underscored by documents and statements produced by several governmental agencies and cancer organizations, as described below. These organizations have evaluated the NDMA content in ranitidine, have looked at available human and animal studies on NDMA and cancer, and have taken actions or advised public action regarding avoiding ranitidine and other sources of NDMA because of the danger of carcinogenicity.

## U.S. Food and Drug Administration (FDA)

On April 1, 2020, the FDA withdrew ranitidine from the U.S. market, citing the presence of unacceptably high levels of the carcinogen NDMA in the medication and produced as a byproduct of the medication. (https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market   (accessed 1/1/2022). As stated on the FDA website, "FDA has set the acceptable daily intake limit for NDMA at 0.096 micrograms or 0.32 ppm for ranitidine." (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine)          (accessed 10/17/2021)

The FDA testing found that ranitidine contains as much as 860 nanograms in a single 300-mg size pill, and as much as 360 nanograms in a single 150mg size pill. (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 10/17/2021)

Furthermore, the FDA's website states: "FDA has determined that the levels of NDMA in ranitidine and nizatidine are similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats." (However, the website does not mention amount of processed meat intake, and indeed, national and international cancer organizations recommend that individuals limit or eliminate intake of processed meats because of their cancer risk.(Fund 2018; Rock et al. 2020)

17

Of note, the FDA monitors levels of volatile nitrosamines in processed meats (including NDMA since it is the most prevalent), because of carcinogenicity.(Lee 2019) The comparison of processed meats to ranitidine NDMA content is exemplified using the FDA's compilation, which estimates 5 micrograms per kilogram of fried bacon. Assuming a serving size of two slices of bacon, which would weigh 30 grams or 0.03 kilograms, the amount of NDMA in those two slices of bacon would be .15 micrograms of NDMA for a serving of bacon, or 150 nanograms. In one cohort study, each 47 nanograms increase in dietary NDMA intake increased risk for gastrointestinal cancers by 13%.(Loh et al. 2011) The FDA has found NDMA in ranitidine pills as high as 860 nanograms per pill (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 1/1/22). With daily ranitidine intake of a pill with 860 nanograms of NDMA, the risk would be more than five times greater than from a daily serving of bacon.

## U.S. National Toxicology Program (NTP)

Since 1978, the U.S. Congress has legislated that the U.S. Department of Health and Services publish a report identifying environmental causes of cancer. This report is prepared by the National Toxicology Program. In 2016, the National Toxicology Program provided information on nitrosamines including NDMA.(Ntp 2016) The National Toxicology Program identifies carcinogens by reviewing studies in humans, animals, and other scientific reports to determine the carcinogenic properties of substances. The National Toxicology Program also considers results of carcinogen identification work by the World Health Organization International Agency for Research on Cancer, the Environmental Protection Agency of the State of California, and the U.S. Environmental Protection Agency (EPA). In its 2016 report, the National Toxicology Program stated that "The most applicable evidence for establishing a relationship between exposure to any given substance and cancer in humans comes from epidemiologic studies..."(Ntp 2016) In addition, the National Toxicology Program reviews studies of carcinogenicity testing in experimental animals, and toxicological, toxicokinetic, and mechanistic studies. To be listed in a National Toxicology Program Report of Cancer, a substance or exposure circumstance is identified as known or reasonably anticipated to be a human carcinogen (and therefore a potential hazard). The 2016 report lists NDMA as being reasonably anticipated to be a human carcinogen based on sufficient evidence of carcinogenicity in experimental animals. The report stated that NDMA caused tumors in numerous species of experimental animals, in diverse tissues, and by different routes of exposure (oral ingestion, inhalation, subcutaneous injection, and others). Cancers formed included liver, bile duct, respiratory tract, kidney, blood vessels, digestive glands, hematopoietic systems, and ovaries. The

National Toxicology Program report also described NDMA exposures and formation from food, water, and air, and relies on several of the epidemiological studies of diet and cancer risk that were available before 2016 and that I reference in my report.

## International Agency for Research on Cancer (IARC)

The International Agency for Research on Cancer (IARC), which is the cancer branch of the World Health Organization, classified NDMA as a class 2A carcinogen (i.e., probably carcinogenic to humans) in 1987.

In the 1978 IARC monograph, IARC summarized the literature on NDMA (from any known source at the time) and cancer risk. ('IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds'   1978) That 1978 IARC monograph stated that NDMA is carcinogenic in all animal species tested, including mice, rats, Syrian golden, Chinese and European hamsters, guinea-pigs, rabbits, ducks, mastomys, various fish, newts and frogs. The report states that NDMA induces benign and malignant tumors by various routes, including ingestion and inhalation, in various organs, and in various species. The monograph states that in several studies, dose-response relationships were established. The monograph did not report on human epidemiologic studies of NDMA and cancer risk citing lack of such studies at that time.  In 1987, IARC designated NDMA as probably carcinogenic to humans (2A classification). ('Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42'  1987)  At the time of the IARC monograph work, the NDMA content of ranitidine was not known, and therefore ranitidine was not included as a source of NDMA exposure. In my opinion, if IARC were to review the human epidemiologic studies that exist today, NDMA would be designated Group 1 (Carcinogenic to Humans).

In a 2018 monograph, IARC reviewed the epidemiologic evidence of processed meats (and other meats) and cancer, and classified processed meats as Carcinogenic to Humans (Group 1)(Humans 2018) and listed NDMA content (and other N-nitrosamine contents) of processed meat as a potential mechanism linking processed meat to cancer risk.

IARC relies strongly on nutritional epidemiologic studies to assess the relationships between diet, nutrition, and cancer risk, and uses this type of human data in assigning the highest level of carcinogenicity to chemicals, foods, occupations, and other carcinogenic exposures. In addition, IARC

developed and continues to coordinate a nutritional epidemiologic cohort study with over a half million European participants. (https://epic.iarc.fr/index.php) (accessed 1/8/22) IARC's significant allocation of resources to nutritional epidemiology shows its past and ongoing support to this science.

## World Health Organization (WHO)

In 2002, the World Health Organization (WHO) issued a report which stated that "NDMA is a genotoxic carcinogen."(Liteplo, Meek, and Windle 2002)  The report noted that 'tumours have been induced in all species examined at relatively low doses," and concluding that "NDMA is clearly carcinogenic." As relates to human risk, WHO stated that because "metabolism appears to be similar in humans and animals" it is "highly likely that NDMA is carcinogenic to humans, potentially at low levels of exposure." (Liteplo, Meek, and Windle 2002) In addition to relying on animal experimental studies and toxicological studies, the report relied on several epidemiological studies of NDMA intake from food and risk for several cancers.  It is important to note that the WHO report was published in 2002. In the twenty years following this report, the number of published epidemiologic studies on dietary NDMA and cancer risk has grown significantly, including studies from the well-validated EPIC cohort.(Loh et al. 2011)  The WHO report stated that "There appears to be no qualitative difference between rodents and humans in the formation of DNA adducts following exposure to NDMA", and cite a case of NDMA poisoning in a human, with evidence of liver DNA methylation as well as pancreatic cell culture studies.

## American Cancer Society

The American Cancer Society states on their website: **"**In general, the American Cancer Society does not determine if something causes cancer (that is, if it is a carcinogen). Instead, we rely on the determinations of other respected agencies, such as the International Agency for Research on Cancer (IARC) and the US National Toxicology Program (NTP). Not only does the American Cancer Society rely on IARC and NTP's review of evidence including dietary epidemiology, it (Calle et al. 2002) also conducts several ongoing cohort studies of diet and risk for cancer. The American Cancer Society does recommend that individuals limit or eliminate intake of processed meats because of risk of cancer.(Rock et al. 2020)

## U.S. Environmental Protection Agency (EPA)

The U.S. Environmental Agency classifies NDMA as a B2 carcinogen (probably human carcinogen) based on the induction of tumors at multiple sites in different mammal species exposed to NDMA by various routes (EPA IRIS 2002 https://iris.epa.gov/static/pdfs/0045_summary.pdf) (https://www.epa.gov/sites/default/files/2014-03/documents/ffrrofactsheet_contaminant_ndma_january2014_final.pdf)  (accessed 1/7/2022).

## The Science of Epidemiology

Epidemiology is the science of diseases in human populations. Epidemiologists study patterns of disease occurrence within populations to determine causes of the disease of interest, with the goal of finding ways to prevent the disease.  Observational epidemiologic studies use and compare data collected on individuals within populations.   By comparing these data on such variables as health factors, medications, demographics, diet, and other lifestyle factors, with risk of disease, epidemiologists can identify associations that may be causal.

In epidemiologic observational studies, an exposure is a factor that may influence the risk of disease. For assessing effects of some exposures, epidemiologists may conduct randomized controlled clinical trials, but for exposures that have possible adverse effects with little known benefit, such studies would be unethical. For example, the effects of vitamin supplements have been tested in large-scale clinical trials to determine effects on risk for several cancers. This was considered ethical because the expectation was that the vitamin supplements could have benefit, and were unlikely to have risk, for study participants.  For carcinogen exposures, however, with little expectation of benefit to offset possible adverse effects, observational studies will usually be the only available epidemiological evidence.

Much public health knowledge derives from epidemiology. For example, observational epidemiological studies show us that individuals who drink excessive amounts of alcohol have a high risk for developing liver failure and other diseases. Such studies have shown that persons with obesity have a high risk for developing diabetes and that smokers have high risk for developing lung cancer. Similarly, the effects of toxic agents on risk for several diseases have been identified through observational epidemiological studies. Examples include the effect of lead paint on cognitive development in children; the effect of radium exposure on bone health, blood abnormalities, and cancers; and the effect of second-hand smoke on risk for lung cancer in nonsmokers.  When epidemiologists study effects of medications and other therapeutics, it is referred to as pharmacoepidemiology (see Pharmacoepidemiology section below).

The associations between ranitidine and NDMA exposure and risk for cancer have been studied in two types of epidemiologic studies—cohort and case-control —and therefore this description of epidemiologic methodology below is limited to those types of studies.

In describing the science of epidemiology, its terminology, concepts, and methods, I have relied on epidemiology texts, reports, and my own experience.(Rothman 2008; Celentano 2019; Research. 2007) In addition, I reference journal articles relevant to individual topics in epidemiology. My use of a reference does not mean that all parts of that reference are relevant to the epidemiology of ranitidine and cancer risk or to the epidemiology of other sources of NDMA and cancer risk.

## Terminology and Concepts in Epidemiological Studies

Disease incidence and rate: The incidence of a disease is the number of new cases that occur. An incidence rate is the number of new cases that occur per number of persons over an interval of time. In cohort studies, where people are identified at one point in time (called study baseline or study entry), data are collected, and individuals are followed over time to look at incidence of specific diseases. The incidence in persons exposed to a carcinogen is then calculated, and an incidence rate of number of cases that occurred per year in a given size population or exposed (for example, 100 cases per 1000 study participants per year).  Also calculated is the incidence in persons not exposed to that carcinogen.,

Disease incidence (can be called the background rate) is the incidence of disease in the overall population. Typically, for cancer, incidence rates per 100,000 individuals per year are determined. The incidence rates for select cancers in the U.S. for 2020-2021 as provided by the U.S. National Cancer Institute and the American Cancer Society are provided in this report's descriptions of individual cancers.(https://seer.cancer.gov/statfacts/). The incidence rate of disease in a population can also be called the "background rate" of that population. In this report, I examine numerous studies that compare the incidence rate of cancer in people exposed to ranitidine or NDMA and defined cohorts of unexposed people (as estimates of background rate).

Risk: The risk of a disease refers to likelihood of its occurrence. In epidemiological studies, risk is usually used in relative terms, that is, the risk of developing cancer in one group versus the risk in another

23

group. In cancer epidemiology, the risk almost exclusively refers to risk of incident cancer, that is, risk of a new cancer occurrence.

Risk factor: The World Health Organization defines a risk factor as any attribute, characteristic or exposure of an individual that increases the likelihood of developing a disease or injury (http://www.who.int/topics/risk_factors/en/). Risk factors can be inherent, such as sex, age, and genetics; lifestyle-related such as diet, physical activity, or smoking; health related such as medication use, menstrual factors, reproductive history, or history of infectious diseases; or toxic exposures such as minerals, metals, chemicals, or radiation. NDMA falls into the toxic exposure category, but its vehicle for delivery can be a medication (e.g., ranitidine), diet, water, or occupational contamination.

Exposures: In epidemiology, an exposure is something that may increase or decrease the risk of developing disease. In this report, use of ranitidine or ingestion of NDMA from other sources (diet, occupation) are the exposures investigated. Assessment of exposure often results in incomplete or inaccurate information, because individuals or records over- or under-report use of ranitidine, dietary NDMA intake, or occupational exposure.

Studies that use pharmaceutical databases to determine use of ranitidine often do not provide dose of ranitidine used, nor how long the drug was used, and how often, if at all, the drug was ingested. Pharmaceutical databases (which were sources of ranitidine exposure in several reviewed studies) do not capture all sources of ranitidine use (such as changes in use patterns over time, use of alternative sources like over-the-counter formulations, or switching among medications for the same medical conditions), and therefore underestimate exposure. Some studies that use pharmaceutical databases also have obtained information on use only for discrete periods of time, and therefore have incomplete information on length of time the medication was used.

Cohort studies ask participants to complete dietary intake questionnaires when they enter the study. Most of these diet questionnaires were self-administered, while those administered by trained interviewers provide opportunities for more complete and detailed information.(Bowling 2005)   If cohort studies do not repeat collection of dietary information again in the study, total exposure to NDMA in diet will be underestimated.

24

Occupational studies can also make inaccurate estimates of NDMA exposure because it is difficult to measure exposures at all times on the job and to determine the amount absorbed from sources such as workspace air and skin contamination.

The underestimation of ranitidine or dietary or occupational NDMA exposure will result in bias to the null.(Copeland et al. 1977) If a study collects information in such a way that exposure is overestimated regardless in both cases and non-cases, that will also drive the relative risk toward the null value.(Copeland et al. 1977). This type of nondifferential misclassification, i.e., underestimating (or overestimating) exposure to ranitidine or other sources of NDMA, biases the relative risk toward the null value. That is, it would likely underestimate the relative risk, suggesting that true effects of ranitidine or dietary or occupational sources of NDMA is stronger than reported in epidemiologic studies.

Association: Epidemiologists use the term association to describe how a disease occurrence varies as a result of the effect of an exposure. A positive association indicates that the exposure increases risk of the outcome; a negative association indicates that the exposure decreases risk of the outcome.

Etiology: The etiology is the cause or origin of a disease or condition.

Multi-factorial etiology: Very few cancers occur as a result of only one cause. Most, on the other hand, have several likely causes, each with different levels of effect. The most common risk factor for cancer is age, as older persons have increased risk for developing most of the common cancers. For example, even though certain human papilloma viruses increase risk for head and neck cancers, their effect is most often seen with increasing age despite individuals acquiring the virus at a young age. For some cancers, exposures add to the effects of other exposures, or even multiply their effects. For example, both smoking and alcohol use increase risk for squamous cell carcinoma of the esophagus, but individuals who both smoke and drink have a risk of this cancer that is greater than what would be expected by adding the effects of the two exposures.

Generalizability: The goal for epidemiologic research is to identify causes of disease that can be applicable to all populations. Most modern-day case-control studies attempt to do this by conducting population-based studies. That is, they identify all cases of a cancer occurring in a population and

25

attempt to include as many of those cases as possible. They also identify a similar sample of persons from the same population who do not have cancer and recruit as many of those as possible. Many of the case-control studies of ranitidine or NDMA identified cases through population-based cancer registries, which register almost 100% of cases of cancer occurring in the population served by the registry. These population-based studies are better able to produce results that are generalizable to the whole population.  Hospital-based case-control studies of include all cases of cancer that present to a hospital and compare them to a comparable group of hospitalized patients without cancer. While the comparisons between cases and controls can be valid, the generalizability of the results to the population can be low if patients from the recruiting hospital differ from the population as a whole.

Generalizability can be more of an issue for cohort studies, depending on how the study participants were recruited. Most cohort studies, especially ones in the U.S., represent just a small fraction of the population, and most include few Blacks, Latinx, Asian-American, Native Americans, Pacific Islanders, and other race/ethnic groups.

Latency period: The length of time between when a person is exposed to a causal agent and when their cancer is first diagnosed is called the latent period. This period is typically years to decades, and may differ between cancers and between causal factors. For exposures that continue over time, it may not be possible to determine the latency period of that cancer in relation to that exposure. Many of the cohort studies on ranitidine and cancer risk follow participants for less than 10 years—not long enough for cancer to develop. This lack of complete follow-up to include a full latency period will underestimate the relative risk. That is, it will falsely bias the relative risk toward the null value of "no association." Note that the latency period is separate from the length of use of a medication, or length of other NDMA exposure. Rather, latency refers to the period of time between when a carcinogen initiates the cancer process and the cancer is diagnosed.

Exposure measurement: Defining whether a person is exposed to a potentially causal agent is important to the science of epidemiology. For many exposures, we must rely on what the individual can tell us about their medications, diet, health habits, lifestyle, work history, and use of products. Recall of these variables can be challenging. Epidemiologists, therefore, often have interviewers use tools to jog participants' memories, such as anchoring around particular ages and life events. The most thorough epidemiologic studies queried about both frequency and duration of use of medications and dietary and

water intake habits. Details on measurement of exposures to ranitidine and other sources of NDMA (occupation, diet, water) are given later in this report.

Diagnosis and classification of disease outcome: "Outcome" refer to the disease or health condition of interest; in this report, any type of cancer is the outcome.

Determination of outcomes (which are usually diseases such as cancer) is a critical part of epidemiologic research. If cases of a disease are over- or under-counted, results of exposure-disease associations will be skewed. If the source of cases differs from the source of controls, comparisons between cases and controls may be biased. In case-control studies, researchers try to include all cases that were newly diagnosed with the disease in a defined population within a set period. Population-based cancer studies often identify cases through population-based cancer registries. Hospital-based studies, conversely, identify cases that were newly diagnosed in one or more hospitals. Whichever method is used, researchers try to include as high a proportion as possible of identified cases, to reduce chances of biased results.  Some studies, such as occupational cohort studies, identified only cases of cancer that resulted in death (i.e., cancer mortality). For cancers with high mortality, such as pancreas cancer, cancer mortality can be a reasonable proxy of cancer occurrence. For many other cancers, such as breast cancer, most patients survive for decades, and therefore cancer mortality is a significantly underestimate of cancer occurrence. Most of the studies of NDMA and cancer included cancer incidence (new diagnoses of cancer), rather than cancer mortality, as the study outcome. For those that did not, such as the occupational studies in rubber workers, (Hidajat, McElvenny, Ritchie, et al. 2019; Straif et al. 2000) this needs to be considered in the interpretation of study results as relates to risk of developing (not dying from) specific cancers from ranitidine.

For cohort studies, the length of follow-up time is critical because most cancers take many years to decades to develop and to be diagnosed after exposure to a carcinogen.(Rothman 2008)

For epidemiologic studies of cancer, it is important to identify, at the minimum, the type of cancer. Sometimes, researchers also identify the subtype of cancer, such as the particular cell types involved in the cancer. Using pathologists' reports from medical records, trained coders classify patients into the correct categories depending on the pathology and other medical records.

27

*Relative risk, odds ratio, and hazard ratio.* Epidemiologists use various ways to measure the strength of an association between disease occurrence and exposure to a risk factor. The most common term is the relative risk, which is the ratio of disease occurrence in persons with an exposure to disease occurrence in persons without that exposure. Relative risk can be measured directly in prospective cohort studies. In case-control studies, relative risk is estimated with the odds ratio, which measures how much higher the odds of exposure are among cases than among controls. For rare diseases like cancer, the odds ratio is an accurate approximation of the relative risk. In cohort studies, the hazard ratio can also be calculated, and is the chance of disease occurring in the exposed group divided by the chance of the disease occurring in the unexposed group, taking into account time intervals. Relative risks, odds ratios, and hazard ratios greater than 1.0 indicate an increased risk, while those below 1.0 indicate a protective effect. For example, a relative risk of 1.2 means that the exposed group has a 20% increased risk compared with the unexposed group. Any relative risk other than 1.0 indicates an association, whether positive or negative, regardless of the results of statistical tests used with the relative risk (see below). There are no standardized definitions of what constitute "small," "weak," "moderate," "large," or "strong" relative risks, odds ratios, or hazard ratios.

Ideally, the relative risk compares the incidence rate in the population in persons exposed to the risk factor of interest to the incidence rate (or background rate) in the population in persons who are not exposed to that risk factor. In cohort studies, the disease incidence rate in unexposed persons ideally represents the population incidence rate in unexposed persons (background rate). In case-control studies, the odds ratio is used to estimate the relative risk. In population-based case-control studies, the exposure in controls ideally represents what the exposure would be in the population from which the controls were selected. In occupational cohort studies, the population incidence rate (background rate) is used to calculate the number of cases that would be expected in the population that does not have the occupational exposure. That "expected" number is then compared with the "observed" number of cases in the occupational cohort.

There is no scientifically accepted cut point to accept or reject a relative risk as supporting a causal relationship. A "large" relative risk is not synonymous with "causal" and a "small" or "weak" relative risk does not rule out causation. There is no pre-defined level of relative risk that defines an association as clinically or biologically relevant. The size of a relative risk reflects many things including: 1) unit of measure (such as relative risk associated with taking 150 mg ranitidine per day for a year); 2) size of the

association; 3) presence of other cancer risk factors in a population; and 4) level of error in measurement of exposure or disease.(Rothman and Greenland 2005) In pharmacoepidemiology, the time course of use of a drug may be relevant, as well as dose, in determining the relative risk seen between drug and risk of a disease such as cancer. (Suissa and LeLorier 2020)

In reviewing the studies for the report below, I interpreted data results as presented in the data tables in the papers. Thus, if a relative risk was presented as "1.10," I interpreted that as a 10% increase in risk. I did not give qualifiers to relative risks, such as "small" "moderate" or "large," because there are no scientifically accepted levels of relative risk that fall into such categories. To state that one relative risk of "1.10" shows no association but that another relative risk of "1.10" shows a positive association, based on differences in confidence intervals (see below) shows a lack of understanding of relative risk and epidemiologic relationships.(Rothman 2014) Furthermore, the level of relative risk depends on the unit change in the variable being tested. For example, nutritional epidemiology studies may measure the relative risk associated with a 50-gram portion increase in intake of a certain food. If they instead use a unit of 100-grams, the relative risk could look larger, but in fact the impact is the same. If the units of measure are grams or micrograms, depending on nutrients, the relative risks could be much lower.

Another issue to consider is comparison of levels of relative risks across exposures. A common example is the relative risk for lung cancer in smokers versus nonsmokers. However, those relative risks typically are for individuals who smoked 2 or more packs of cigarettes for 30 years or more. In the case of ranitidine and cancer risk, there are no studies that had data for 30 years. In general, the studies of ranitidine followed patients on average for less than 15 years, some as short as 1 year, during which time cancers would not have time to develop (see section on latency period below).

Statistical analyses. Epidemiologists use several types of statistical analyses to determine the likelihood relationships occurring among variables in sets of data. As described above, the most common measures of risk in observational studies are the relative risk, odds ratio, and hazard ratio. These estimates are calculated in individual studies. Sometimes, they are computed in pooled studies in which individual-level data from several studies are combined. Or, they can be calculated from meta-analyses, in which relative risks are averaged from the relative risks in several individual published studies.

29

To determine the likelihood of relative risks, odds ratios, and hazard ratios being true estimates of risk, rather than just occurring by chance, epidemiologists perform statistical testing. For the relative risk, odds ratio, and hazard ratio, they calculate a confidence interval (CI), which shows the range of values that the true risk estimate likely represents. Most commonly, they use 95% CI, which means they are 95% sure that a true relative risk or odds ratio lies within that interval of numbers. If a confidence interval includes the number 1.0, then we say the association between the exposure and the disease could be null, although it could be either positive or negative. In fact, the most likely scenario is that the observed relative risk in that study represents the most likely estimate of association whether or not a confidence interval contains the null value.

Another statistic is the p-value, which estimates how likely the observed association is due to chance. The term just refers to the likelihood of a chance finding, and should not be used to determine whether or not an exposure is causally related to disease occurrence.(Amrhein, Greenland, and McShane 2019)

In recent years, the American Statistical Association has provided leadership on the issue of statistical testing. The association provided a statement on statistical significance and p-values, that "a p-value is the probability under a specified statistical model that a statistical summary of the data (e.g., the sample mean difference between two compared groups) would be equal to or more extreme than its observed value."(Wasserstein, Schirm, and Lazar 2019) The statement provides several principles: 1) P-values can indicate how incompatible the data are with a specified statistical model; 2) P-values do not measure the probability that the studied hypothesis is true, or the probability that the data were produced by random chance alone; 3) Scientific conclusions and business or policy decisions should not be based only on whether a p-value passes a specific threshold; 4) Proper inference requires full reporting and transparency; 5) A p-value, or statistical significance, does not measure the size of an effect or the importance of a result; and 6) By itself, a p-value does not provide a good measure of evidence regarding a model or hypothesis.(Wasserstein and Lazar 2016)

The equations used to determine the p-value are the same as those used to calculate confidence intervals, and therefore the issues of one are similar to both.

Both confidence intervals and p-values depend largely on the size of the population studied.  Therefore, while the information from statistical tests should be considered when assessing the weight to be given

to the study results,  it is not appropriate to dismiss relative risks that show increased risk from an exposure, based on a confidence interval that includes 1.0 or a p-value greater than 0.05.(Amrhein, Greenland, and McShane 2019). It is also a misconception to describe studies as "inconsistent" if some have relative risks with confidence intervals that include 1.0 or p-values greater than 0.05, while others do not.(Rothman and Greenland 2005) The consistency of studies, rather, is a reflection of associations between exposure and disease seen across studies, depicted by epidemiologic measures such as relative risk, odds ratio, or hazard ratio.

It is critically important to note that the measures of statistical significance do not change the measures of association. A relative risk of 1.3 shows a 30% increased risk regardless of what p-value is calculated for it, and regardless of what confidence intervals are calculated. The American Statistical Association and individual statisticians recently called for abandoning the term "statistically significant," because there is no bright line for a statistical test that rules in or out the presence of association between exposure and disease (Wasserstein, Schirm, and Lazar 2019; Amrhein, Greenland, and McShane 2019)

In terms of causal inference, statistical testing results should be considered just to examine how well the data fit a model. The results of statistical testing (confidence intervals, p-values) should never be used to determine a causal effect, nor should they be used to discard or include studies in the totality of evidence.

A newer method of adjusting for potential confounding variables is through propensity scoring, in which potential confounding factors are given a score for individual patients, and the scores are the adjustment variable when comparing exposure and disease relationships.(Stürmer et al. 2014) However, it still requires the presence of data for the confounding variables—it cannot substitute for them. In this sense then, it is simply another way of adjustment. Some reports state that it is a way to approximate a randomized controlled trial for observational data, but there is no randomization with this method so it cannot substitute for the gold standard for testing pharmaceuticals' effects.(King and Nielsen 2019)

Sample size.  Epidemiologists strive to determine the likelihood that an association between an exposure and disease occurred by chance. If the study is designed appropriately, the chance of random occurrences explaining observed associations is reduced. One way to assess this is through statistical testing. Common tests include confidence intervals and p-values. Greenland et al. describe statistical

31

testing as " A more refined goal of statistical analysis is to provide an evaluation of certainty or uncertainty regarding the size of an effect."(Greenland et al. 2016) The sample size of a study is chosen to maximize the chance of estimates of effects and the statistical testing around them being representative of what would be seen if all known cases and noncases of disease could be counted. The larger the sample size, the greater the chance of "statistically significant" estimates of effect (relative risk, odds ratio). Smaller studies may show "non-statistically significant" relative risks that simply reflect the size of the sample. It does not mean that the relative risk is inaccurate, just that the study sample was small.

Standardized incidence ratio and standardized mortality ratio: In some epidemiologic studies, only exposed persons are available for study. This is a common occurrence in studies of occupations with high levels of exposures to carcinogens, such as NDMA in rubber manufacture workers. Researchers may then compare the incidence (or mortality) in the exposed cohort with the incidence in the general population (i.e., background rate) from which the exposed cohort is drawn. The standardized incidence ratio compares the actual versus expected number of cases of a disease, using the population data to determine expected numbers. Similarly, the standardized mortality ratio compares actual versus expected numbers of cause-specific or overall deaths. The standardized incidence ratio and standardized mortality ratio are similar to relative risks, and 95% confidence intervals are often calculated. (Note that it is not a requirement for occupational studies to compare incidence rates in exposed workers to that in the general population. For example, if other, unexposed, workers are available from the same factories, they might be chosen as the comparison group. Alternatively, workers with low levels of exposure could serve as the comparison group. An example is Hidajat et al.)(Hidajat, McElvenny, Ritchie, et al. 2019)

Dose-response: "Dose response" refers to a change in the effect of an exposure on disease risk according to the amount of exposure. The demonstration of a biological gradient adds weight to evidence that an exposure is causal. Classifying amount of exposure depends on the risk factor. For medications, the amount ideally includes the medication dose, the frequency of use, and the duration of use. For dietary factors, the dose ideally includes the amount of food or nutrient, the frequency ingested, and the duration ingested. Some of the medication epidemiologic studies used pharmaceutical databases, which track individual patient prescriptions.

Dose-response information is based on assessing the amount of exposure (daily dose, frequency of use and duration of use). Studies using pharmaceutical databases or other records of prescriptions typically assume that patients were compliant in use of prescribed ranitidine. To the extent that patients were not compliant, this assumption will tend to overstate the use of the medication. Also, to the extent that use of over-the-counter (U.S.) ranitidine was not tracked in a study, the use of ranitidine is likely to be underestimated. Underestimation of exposure will likely drive the relative risks toward the null value (i.e., toward 1.0).(Copeland et al. 1977) The utility of pharmaceutical databases, advantages and disadvantages, are described in more detail below in the "Pharmacoepidemiology" section.

Dose response effects may take different shapes. They may be linear, where an increase in the exposure increases risk of disease at each level of increase in the exposure. A common example is the relationship between average packs/day and years of cigarette smoking and risk for lung cancer. Alternatively, there may be a 'threshold' above which an effect of exposure on disease is seen. An example is the association between exposure to menopausal hormone therapy; use for short periods has little effect on risk of breast cancer, but risk consistently increases for five years' or longer use.

There are other ways in which an exposure may affect disease. An exposure may influence risk one way at both low and high levels of exposure, but the other way at intermediate levels of exposure, shown as 'J'- or 'U'-shaped curves. In such cases, the exposure is evidently beneficial or harmful only within certain ranges. For example, intake of alcohol at small amounts has been related in some studies to lower risk of cardiovascular disease, whereas heavy intake increases risk.

Epidemiologists can report data on variables in continuous or discrete categories. This is usually done to increase statistical power by grouping individual data, but can obscure true relationships.

If a study collects data only on whether an individual ever or never used a medication, it will not be possible to test whether a dose-response relationship exists. The study may not collect dose information, or may lump together all doses (for ranitidine, daily doses range from 75 mg to 300 mg or more, depending on the disease being treated and patient response). If a cohort study asks about use at one time, such as at study entry, but fails to update exposure information, the person could be incorrectly labeled as a nonuser even if they begin use at a later date. If either case-control or cohort

studies do not obtain a history of medication use, participants would also be incorrectly classified for lifetime use.

Bias: A systematic error in the study design, recruitment, data collection or statistical analysis that results in false estimations of the true effect of the exposure on disease. There are several types of biases that can be present in epidemiologic studies, that can affect estimates of associations between exposure and disease.

Confounding: This type of bias occurs when a third variable interferes with a true relationship between an exposure and an outcome. A confounding variable is one that is related to the risk of disease and to the exposure in the particular study. It is not by itself a cause of the disease and does not lie in the pathway between the exposure and disease. In analyzing data, epidemiologists assess the effect of variables on relative risk. Variables that are shown to be confounders are then adjusted for in the final analyses. Most of the epidemiologic studies reviewed for this report adjusted for some confounding factors. However, several of the studies using pharmaceutical databases had limited data on health characteristics or other risk factors for disease, and therefore didn't fully assess the potential effects of possible confounding variables.(Yoon et al. 2021; Iwagami et al. 2021) Similarly, smoking and alcohol use were not adjusted for in the rubber manufacturing occupational studies on NDMA exposure and cancer risk or mortality.(Hidajat, McElvenny, Ritchie, et al. 2019; Straif et al. 2000) An empiric investigation of the effects of alcohol and tobacco use within occupational cohorts showed that lack of adjustment for these lifestyle factors may alter relative risks, although the amount of alteration may depend on size of the relative risk and whether dose-response relationships are being assessed.(Siemiatycki, Wacholder, Dewar, Cardis, et al. 1988; Siemiatycki, Wacholder, Dewar, Wald, et al. 1988)

Some health factors such as tobacco smoking, alcohol use, obesity, and insufficient exercise increase risk for several types of cancer, and therefore studies of carcinogen exposure and risk for cancer ideally take into account individuals' exposure to these factors. In some studies, researchers have looked separately at risk of ranitidine or NDMA and cancer risk in persons with or without an exposure (such as in smokers versus nonsmokers). In other studies, researchers adjusted for these variables in analyses.  In some studies, however, other health variables were unknown or not mentioned in the journal article. If the

health factor is either related to ranitidine use, or to other exposure to NDMA, relationships between ranitidine exposure or other NDMA exposure and cancer could be confounded by the health factor.

Effect modification: In some groups, an exposure increases risk of disease while in others it has no effect, has a smaller effect, or may even reverse the effect. This is called effect modification. An example is that obesity has a larger effect on risk for colon cancer in men than in women. In this case, sex is an effect modifier on the relationship between obesity and risk of colon cancer.

## Ranitidine, NDMA, and Cancer Risk

In April 2020, the U.S. FDA withdrew ranitidine from the U.S. market, and released the following statement in a press release: "The U.S. Food and Drug Administration today announced it is requesting manufacturers withdraw all prescription and over-the-counter ranitidine drugs from the market immediately. This is the latest step in an ongoing investigation of a contaminant known as N-Nitrosodimethylamine (NDMA) in ranitidine medications (commonly known by the brand name Zantac). The agency has determined that the impurity in some ranitidine products increases over time and when stored at higher than room temperatures and may result in consumer exposure to unacceptable levels of this impurity. As a result of this immediate market withdrawal request, ranitidine products will not be available for new or existing prescriptions or OTC use in the U.S." (https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market) accessed 2/23/2021.

The International Agency for Research on Cancer (IARC), which is the cancer branch of the World Health Organization, has classified NDMA as a class 2A carcinogen (i.e., probably carcinogenic to humans). In the 1978 IARC monograph, IARC summarized the literature on NDMA (from any known source at the time) and cancer risk. ('IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds' 1978) That 1978 IARC monograph stated that NDMA is carcinogenic in all animal species tested, including mice, rats, Syrian golden, Chinese and European hamsters, guinea-pigs, rabbits, ducks, mastomys, various fish, newts and frogs. The report states that NDMA induces benign and malignant tumors by various routes, including ingestion and inhalation, in various organs, and in various species. Furthermore, IARC stated that NDMA primarily causes tumors of the liver, kidney and respiratory tract. Finally, the monograph states that in several studies, dose-response relationships were established. The monograph did not report on human epidemiologic studies of NDMA and cancer risk.

In 1987, IARC designated NDMA as probably carcinogenic to humans (2A classification). ('Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42' 1987) At the time of

the IARC monograph work, the NDMA content of ranitidine was not known, and therefore ranitidine was not included as a source of NDMA exposure.

The 2002 WHO report stated that "NDMA is a genotoxic carcinogen," also noting that 'tumours have been induced in all species examined at relatively low doses," and concluding that "NDMA is clearly carcinogenic." As relates to human risk, WHO stated that because "metabolism appears to be similar in humans and animals" it is "highly likely that NDMA is carcinogenic to humans, potentially at low levels of exposure." (Liteplo, Meek, and Windle 2002) The FDA has stated that NDMA is a probable human carcinogen, and for this reason, withdrew ranitidine from market because of its NDMA content. (https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market) (accessed 1/16/22) Furthermore, FDA has stated that NDMA is genotoxic. (https://www.fda.gov/media/141720/download) (accessed 1/16/22)

This review of the epidemiologic science of ranitidine and cancer risk includes a review of the epidemiologic science on NDMA and cancer risk, in order to provide a full picture of the effect of NDMA in ranitidine in causation of cancer. While the studies of ranitidine and cancer risk would have the highest validity in assessing the causal role of ranitidine and cancer in humans, many of the existing epidemiologic studies are missing key epidemiologic elements that preclude them from being definitive or informative. Therefore, epidemiologic studies of other sources of NDMA and risk for cancer provide additional evidence on the role of the carcinogen NDMA and cancer risk in humans. The statements by the FDA and other authoritative bodies establish that it is generally accepted that NDMA is both genotoxic and carcinogenic in humans.

## Types of Epidemiologic Studies on Cancer and Exposure to Ranitidine and NDMA

Epidemiologists have assessed the relationships between use of ranitidine and risk of cancer development, using several types of epidemiologic studies. These have included case-control and prospective cohort studies of ranitidine use and risk of various types of cancer. I have reviewed these studies and discuss them in this report.

The main sources of NDMA exposure are ingested and airborne. Ingestion can come through medications, diet, or occupational contamination. Airborne exposure has been documented in certain occupations such as rubber manufacturing. Dietary exposure to NDMA occurs primarily through intake of processed foods, especially cured meats, with some exposure from drinking beer and eating some vegetables.(Rogers et al. 1995; Jakszyn, Agudo, et al. 2006) I reviewed studies of NDMA exposure that looked at ranitidine and other exposures of NDMA: occupation (in rubber manufacturers) and diet. It is difficult to determine dose of ingested NDMA from airborne contamination, although scientists have examined blood and urine levels within occupational groups.

I also reviewed epidemiologic studies on nitrates and nitrates (from fertilizer manufacturing occupational studies, diet, and water) and cancer risk, because nitrates and nitrites are sources of NDMA production once introduced in the body.

Studies of ranitidine and other NDMA-contaminated exposure and cancer risk included case-control and prospective cohort designs. Some studies of rubber and fertilizer manufacturer occupational exposure were of longitudinal design, with comparison of cancer incidence or mortality in workers to that of the general population, or comparison of high- versus low-exposure on risk of cancer. Others were prospective cohort or case-control studies. The studies of diet and water exposure to NDMA and cancer risk were prospective cohort and case-control studies.

Finally, after several epidemiologic studies were published, researchers combined data from these studies using meta-analyses. All of these studies contribute to the science of the epidemiologic evidence relating exposure to ranitidine or other sources of NDMA and risk of cancer development. As I reviewed these studies, I considered strengths and limitations of different study types, different methods of

exposure assessment, and different sources and doses of NDMA. The totality of evidence on the causal effect of ranitidine, NDMA, and cancer development relies on data from epidemiologic studies, and biological evidence linking NDMA with carcinogenesis.

## Critical Components to Both Case-control and Cohort Studies

1) The accurate and complete ascertainment of cases. In case-control studies, this means that all cases of cancer should be identified in a given population and as high percent of them should be included in the study as possible. The controls should be free of cancer and should be as similar as possible to the cases except for the exposure under study. In cohort studies, this means that all individuals should be followed over time to determine how many did or did not develop cancer. For both types of studies, cases should be confirmed by medical record and pathological report review.

2) Accurate determination of exposure. In both case-control and cohort studies, both cases and non-cases should have completed questionnaires about their current and past exposure to ranitidine or other sources of NDMA, including how often they were exposed, when their exposure began, and number of years of exposure. In case-control studies, this is often done with the help of a trained interviewer. In cohort studies, which typically involve larger numbers of participants because only a small fraction will go on to develop specific diseases, questionnaires are usually self-administered without the assistance of an interviewer. In cohort studies, exposures should ideally be updated after the baseline assessments, to ensure that changes in exposure can be captured. For an exposure like diet, lifetime use would be relevant for determining total exposure. For both case-control and cohort studies, determining early life exposures depend on participants' ability to recall typical exposure. Interviewer-administered surveys would typically include prompts to help participants recall past habits. Self-administered questionnaires may include some printed prompts, but these are usually minimal.

In some studies, exposure data is obtained from outside sources, such as medical records, pharmaceutical databases, work exposure databases, or other sources. These types of sources may have high accuracy for some variables, such as the name of a prescription given to a patient, the type of disease experienced by a patient, or the occupational exposure of a worker. There are limitations to these types of data however. The patient may never fill the prescription, the medical record may have

errors in disease attribution, and a worker may have had more or less exposure than estimated in an occupational database.

Most studies of ranitidine or dietary NDMA did not have complete lifetime exposure. That is, most queried participants about ranitidine use or diet at one point at time. Since a carcinogen can initiate or promote cancer at any time in a person's lifespan, it is ideal to know the lifetime exposure history. This is rarely accomplished in epidemiologic studies, however, but some effort to determine exposure patterns at various time points is often made. Having exposure information over long periods accomplishes several things: 1) It increases the precision of exposure measurement. If someone is classified as a "ranitidine user" "ranitidine nonuser," having information on decades-long use patterns will more likely classify that person into the correct category; 2) It provides data for determining dose-response effects, since "dose" for most medications is the product of pill dose, frequency of ingestion, and time period of use; 3) It reduces measurement error, which in turn reduces biased estimates of association (relative risk).

In the reviewed cohort studies, exposure measurement was usually performed at the time of study entry. In case-control studies, it was typically obtained by asking participants about exposure 1-2 years before diagnosis (for cases), or a comparable date (for controls). If an individual changed intake of ranitidine or diet over time, their NDMA exposure could be under-estimated or over-estimated. Calculations of the relative risk of cancer from NDMA exposure are likely to under-estimate the true impact of the carcinogen (regression to the null) when exposure is either under-estimated or over-estimated. In case-control studies, there is a possibility of cases remembering their exposures differently than controls, in which case the relative risks/odds ratios could be artificially either over-estimated or under-estimated. . For more detailed discussion, see "bias" section above.

For a rare endpoint like cancer, a cohort must be followed for decades in order for a sufficient number of cases to accrue to determine effects of particular exposures. Since exposure was not updated in the epidemiologic studies, the exposure would be over-estimated or under-estimated, and there would therefore be bias of the relative risk toward the null value.(Copeland et al. 1977)

(3) For both case-control and cohort studies, the populations should be well-characterized, so that any potential confounding variables can be accounted for in comparing exposure rates of cases and non-cases.

## Case-control Studies

In case-control studies, newly diagnosed (incident) individuals with cancer (cases) are compared with those without cancer (controls).(Research Washington DC: AICR, 2007) Case-control studies typically look at specific kinds of cancer or cancers, such as a case-control study of bladder cancer, although some are designed to study multiple types of cancer. Ideally, the control group is selected from the same population as the cases. The control group also provides estimates of how the exposures are distributed in that population. Case-control studies should be designed such that controls are similar to the cases on all variables other than the exposure under question. Epidemiologists often match controls to cases on such variables as age, race, and ethnicity, but matching is not required if the study has a large enough number of participants to allow for adjustment for these and other potential confounding variables.

Case-control studies can enroll a large number of cases, are usually less expensive than cohort studies, and can be completed over shorter periods of time. Case-control studies are designed to answer specific questions related to particular exposure-cancer relationships.

Case-control studies can have limitations, including recall bias, which can occur when participants' reports of various exposures are differentially affected by whether they are cases or controls in the study. Relevant to this report, if exposures are collected such that participants are not the sole source of information (such as use of medical records), recall bias can be avoided. "Nested" case-control studies, in which data are collected before someone is identified as a case or control are also not subject to recall bias. Studies that have investigated other sources of data on exposures have failed to confirm the presence of differential recall between cases and controls.(Coughlin 1990) Selection bias can also be a problem if participation rates among case and control groups is much less than 100 percent, and where participation may be related to exposures being studied.

## Cohort Studies

In prospective cohort studies, the exposures of a large group of people are assessed, and the group is followed over time. During follow-up, some individuals will develop cancer (cases), while others will not (non-cases). The study investigators will then compare people who do or do not develop cancer with respect to various exposures. Cohort studies need to have methods to follow members to avoid loss-to-follow-up, must be very large (up to hundreds of thousands of individuals), and follow participants for decades, to have sufficient statistical power to identify factors that increase cancer risk by 20 or 30 percent. The long-term follow-up is also important for allowing enough time for the latent period between exposures and cancer development.(Rothman 1981) Importantly, cohort studies identify exposures when participants are enrolled into the study, in order to determine effect of the exposures on eventual development of the outcome of interest. Because many cohort studies are designed to look at multiple outcomes such as cancers, cardiovascular diseases, mortality, and other diseases, information collected on exposures tends to be minimal, to pertain to current levels of exposure, not updated during follow-up, and to lack data on exposures earlier in the individuals' lives. Many of the recent cohort studies on medications and cancer risk are set within databases set up for medical billing purposes rather than for research purposes, which limits the scientific validity of these studies. These are discussed in detail below in later sections of this report.

In some cohort studies, researchers obtain repeated assessments of participants' exposures at regular intervals, which may improve the assessment of the exposures. However, for this to happen, the investigators need to have planned for repeated measures of the exposure so that: 1) errors in measurement can be minimized and 2) long-term, preferably lifetime, exposure can be estimated. Some pharmacy database studies did include ranitidine prescription records for a few years. In the studies that failed to update ranitidine exposure information, the participants could be incorrectly classified as ever having been exposed to ranitidine vs never having been exposed, and dose information could also be erroneous.  In published cohort studies of diet and cancer risk, few repeated measures of diet were reported. In some diet studies, repeated measured have been collected for subsamples of participants. Analyses of data from these subsamples has been used to show the reliability of diet data to measure intake over time. These repeated measures of food frequency questionnaires show that data reflect at least 5 years of dietary intake. (Goldbohm et al. 1995)

Failure to update exposure information can result in errors in estimating amount of ranitidine or other NDMA ingested. This under-estimation or over-estimation of exposure in cohort studies is a type of nondifferential misclassification, which drives the relative risk toward the null value. (Copeland et al. 1977) ("Nondifferential" means misclassification does not depend on whether someone was a case or a non-case, that is anyone in the study might have errors in their medical or diet history data, regardless of whether or not they have cancer.)

In cohort studies, the ascertainment and adjudication of cancer outcomes can be accomplished by directly asking participants about illnesses and hospitalizations and requesting medical records for reviewing these events. If many participants are lost to follow-up, do not accurately report their illnesses or hospitalizations, or hospitals do not provide documentation, cancer occurrences can be under-reported. Ascertainment of disease events by linking to a cancer registry is one way to improve ascertainment of cancer cases, but only if the cancer diagnoses are close to 100% registered for people in the cohort. Key to adjudication of cancer cases are the pathology reports, which will verify the site and subtypes of cancers. Registries obtain pathology reports (or data from pathology reports) in order to register a cancer case. The pathology report is important because a medical record may include a diagnosis of a cancer site that turns out to be a metastasis from another site. The pathology report documents that a pathologist has examined tissue from the tumor to determine what body tissue the tumor originated from. (Occasionally, it is not possible to determine the site of cancer, in which case it is classified as undetermined.) If individuals move around between medical care systems, as is common in the U.S., having a cancer diagnosis may not be captured in an electronic health record database if it does not link to all medical systems those individuals use or does not include pathology reports.

Meta-analyses

Meta-analysis is a method used to combine the statistical results of several studies to produce an average estimate of effect of an exposure on an outcome of interest. These summary estimates can provide evidence regarding the presence or absence of an association and can allow examination of dose-response relationships. Several meta-analyses have been published for dietary sources of NDMA, nitrite, or nitrate and risk for specific cancers. (Song, Wu, and Guan 2015; Essien et al. 2020; Zhang et al. 2019; Hosseini et al. 2020; Xie et al. 2016)

## Possible Sources of Bias in Epidemiologic Studies

It is important to criticality evaluate epidemiologic studies for both strengths and potential limitations in order to determine the totality of evidence. Limitations in epidemiologic studies are often characterized as biases.(Delgado-Rodríguez and Llorca 2004) As listed below, these biases include: information (misclassification), selection, non-response, exclusion, confounding, recall, indication for use (for drug exposures), and publication.  The presence of bias does not render an epidemiologic study invalid. Rather, biases are issues that should be carefully considered when assessing how much weight should be given to individual studies, and what conclusions can be drawn from them. Different types of epidemiologic studies are prone to varied types of bias, and there are some biases that apply to all epidemiologic study designs. The present review of NDMA and cancer risk necessitated review of several fields of epidemiologic study: pharmacoepidemiology, occupational epidemiology, and nutritional epidemiology. These literatures all included cohort and case-control studies, with the biases that are relevant to those study types, plus biases that are relevant to the particular field of study.

## Ecologic Studies

Ecologic studies are another type of study has been employed in the field of NDMA and cancer risk, in particular water sources of nitrate (which then can form NDMA). (Cantor 1997) In these studies, the exposure in a whole population (e.g., quantity of nitrate per unit volume of water) is measured, the rate of overall or specific cancer is determined in that same population, and the two metrics are assessed for correlations. However, this type of study is prone to biases. The most important one is called the "ecological fallacy," in which characteristics of a group are ascribed to members even if they do not as individuals possess those characteristics(Celentano 2019) This is where factors that drive exposures are also related to incidence of cancer, and thereby create a false appearance of correlation between the exposure and risk of cancer. These studies cannot account for individual exposures to NDMA, nitrite, or nitrate, and cannot control for potential individual-level confounding factors, and therefore did not count in my causation analysis.

## FDA Adverse Events Reports

The U.S. Food and Drug Association (FDA) invites and collects reports of potential adverse events and reactions to medications in the U.S. Data from this reporting system is compiled into the FDA Adverse Event Reporting System (FAERS) database and made available for research (https://www.fda.gov/drugs/surveillance/questions-and-answers-fdas-adverse-event-reporting-system-faers) (accessed 11/26/2021). FAERS is a centralized computerized information database used by the FDA and other experts for post-marketing drug safety surveillance.(Hoffman et al. 2014) Governments and other organizations also use FAERS to assess post-approval drug safety. In 2021, McGwin published results of a study using the FAERS database to address cancer adverse effects related to use of ranitidine.(McGwin 2020) He analyzed 13,856 adverse event reports for ranitidine through 2020, and compared them to 128,107 reports associated with use of other H2 antagonists or proton pump inhibitors. More than two thirds (68.4%) of the ranitidine reports were made by consumers, compared with 43.5% of the other H2 blockers and proton pump inhibitors combined. Approximately 64% of those reporting were female. The numbers of reports increased yearly between 2012 and 2019 with similar proportions per year for ranitidine users as for the comparator drug group. Proportional reporting ratios (PRR) associated with ranitidine use for several cancers were elevated: pharynx, 9.24 (95% CI 1.87–45.80); esophagus, 3.56 (95% CI 2.54–4.98); stomach, 1.48 (95% CI 1.08–2.01); colorectum, 16.31 (95% CI 12.58–21.14); liver, 2.64 (95% CI 1.76–3.96); pancreas, 2.18 (95% CI 1.34–3.54); anus, 4.62 (0.42–50.98); and gallbladder, 4.62 (0.85–25.24). Strengths of the study were as follows. It uses data from the FDA FAERS, a primary data source for FDA determination of post-marketing safety. The database is readily accessible for research. The study focused on ranitidine, which the FDA has determined contains a probable human carcinogen (NDMA) and has recalled from the market. Finally, the study attempted to minimize bias by indication by comparing ranitidine users to all users of other H2 blockers and proton pump inhibitors, combined. There were several weaknesses. The reports of adverse events are self-propelled (or physician propelled); the consumer (or physician) decision to report likely varies by demographic, health, or other variables that are not accounted for in the FAERS database. The reports of cancers do not account for all possible cancers caused by ranitidine, and therefore there could be underreporting bias. (Of note, the authors state that the majority of reports were submitted prior to media reports of NDMA-contaminated ranitidine drugs, and cite research that such notoriety bias does not lead to over-reporting in the FAERS and has minimal impact on measures of association. (Neha et al. 2021)) Users of ranitidine or other drugs could have previously used other drugs in the class, thereby diluting differences between ranitidine and the group of other medications. Since the numbers of persons using ranitidine and the comparator medications was not available, incidence rates could not be

calculated. However, the statistics used—proportional reporting ratios—are widely used in pharmacoepidemiology according to the author.(McGwin 2020) The proportional reporting ratios were not adjusted for potential confounders. There was no dose-response analysis. Finally, only gastrointestinal cancers were included.  While this study does not provide data on incidence of cancers in ranitidine users and nonusers, its signals support the epidemiologic data that show positive associations between use of ranitidine and risk for several cancers as discussed later in this report.

## Measurement of Exposure to Ranitidine and Other Sources of NDMA

The U.S. FDA has set the acceptable level of NDMA per pill or tablet to be no more than 96 ng (0.096 µg).(White 2020) In 2019, the FDA released results of its testing of ranitidine tablets and syrups from 12 manufacturers    (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 9/30/2021). NDMA was found in all tested samples, ranging up to .36 micrograms (360 nanograms) in 150 milligram tablets to .86 micrograms (860 nanograms) in 300 milligram tablets.

Manufacturer-tested results have found even higher levels of NDMA. In particular, GSK testing found 1,140 nanograms in a 150 tablet of ranitidine (GSKZNDAD000314027 at 314040). For individuals taking 2 tablets per day (for example, as recommended for duodenal ulcer treatment(Farley et al. 1985), or 4 tablets per day (recommended for erosive esophagitis)(Silver et al. 1996), the daily ingested dose would be even higher.

I have been advised that there will be evidence at trial that ranitidine also forms NDMA under physiological gastric conditions over and above the amount in the original tablet. There have been published studies addressing this issue. For example, in one study a 300 milligram tablet of ranitidine produced extremely high levels of NDMA.(Braunstein et al. 2021) However, other studies, for example (Gao et al. 2021; Florian et al. 2021) have provided conflicting results. I have been asked to assume this issue will be addressed by others at trial. My opinions in this case are not dependent on NDMA formation endogenously, but to the extent that does occur, it would strengthen my causation opinions.

Since NDMA can come from sources other than ranitidine ingestion, and because many of the ranitidine epidemiologic studies have very limited value for the reasons detailed in this report, the totality of evidence on NDMA as causing cancer must include all sources of NDMA including ranitidine, food, occupation, and sources of nitrites and nitrates (food, water, occupation). Table 1 gives the range of amount of NDMA exposure that may come from dietary sources. It should be noted that determining the exact level of exposure to NDMA is difficult, as such accounting would require detailed information on the dose, frequency, and duration of intake. Furthermore, while most exposure comes through ingestion (medications, food, water), certain occupations are associated with high levels of NDMA through inhalation as well as ingestion.

47

Table 1: NDMA Exposures from Foods & Beverages*

| Exposure | Type | Maximum Measured Amount of NDMA | Notes |
|---|---|---|---|
| Processed meats(Park et al. 2015) | Ingestion | Up to 10 micrograms/kg (10,000 nanograms /kg) | Exposure measured per kg food ingested. For 3 slices bacon (25 gm), dose is 250 nanograms NDMA. |
| Beer(Massey et al. 1990) | Ingestion | Up to 1.2 micrograms /kg (1200 nanograms /kg) | Exposure measured per kg food ingested NDMA content of beer has decreased in past decades |
| Vegetables & Fruits(Park et al. 2015) | Ingestion | Up to 6 micrograms /kg (up to 6,000 nanograms/kg) | Exposure measured per kg food ingested |

*References in Exposure column are sources for these estimates

NDMA in food is produced from nitrites and nitrates during processing, preserving, and preparation.(Tricker and Preussmann 1991) This process can be inhibited to some degree by vitamins C or E.(Tannenbaum, Wishnok, and Leaf 1991; Mergens et al. 1978; Bartsch, Ohshima, and Pignatelli 1988) Therefore, vegetable and fruit sources of nitrates or nitrites may produce less NDMA than other foods to which nitrates or nitrites are added without these vitamins (such as processed meats or fish). Many epidemiologic studies of diet and cancer have estimated the amount of diet sources of NDMA based on individuals' reports of typical diets. Other studies estimate amounts of nitrites or nitrates. Since these latter two are the main sources of NDMA from food sources, their epidemiology is of interest to the question of NDMA and cancer risk.

Some, but not all, epidemiologic studies adjusted for intakes of vitamin C or E in presenting associations between nitrites, nitrates, or NDMA and cancer risk. This misclassification of exposure to NDMA could cause an underestimate of relative risk of cancer by level of NDMA in diet.

Measurement of ranitidine use exposure

Ranitidine is an H2 blocker that, before being removed from the U.S. market by the FDA, was prescribed in the treatment of gastroesophageal reflux disease (GERD), gastric and duodenal ulcers, erosive esophagitis, and Zollinger-Ellison syndrome.(White 2020) Ranitidine contains a nitrite group and a dimethylamine group; the nitrosation of ranitidine creates NDMA under pH conditions similar to the human stomach, (White 2020)

As stated above, the U.S. FDA has set an acceptable level of NDMA in tablets or capsules at 96 ng/day. ( https://www.fda.gov/media/141720/download) FDA testing found doses of NDMA to be unacceptably high, with doses up to 860 ng/tablet. (https://www.fda.gov/news-events/press-announcements/statement-janet-woodcock-md-director-fdas-center-drug-evaluation-and-research-impurities-found) (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) In April 2020, the FDA issued a withdrawal request to manufacturers. ( https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market) (accessed 9/30/21). Since people often took two or more ranitidine tablets per day,(Simon et al. 1986) (https://www.drugs.com/dosage/zantac.html) (accessed 10/19/2021) and used the medication for years, the potential exposure is very large. Note that different doses and dose schedules are recommended for different conditions and may be so prescribed by treating physicians. For example, 300 mg ranitidine once per day at nighttime was shown to be equally efficacious as 150 mg twice per day for gastroduodenal ulcer treatment.(Farley et al. 1985) Therefore, for the same conditions, patients could be prescribed different formulations even though the total daily dose is identical. Maintenance therapy for duodenal ulcer at 150 mg ranitidine nightly has been shown to be efficacious for two years. (Ruszniewski et al. 1993) Higher dose treatment (300 mg per day) may have been used for maintenance for higher-risk patients.(Lee, Hardman, and Jaderberg 1991) Patients with erosive esophagitis could have been treated with 300 mg ranitidine twice per day, or with 150 mg four times per day.) (Silver et al. 1996) However, patients may alter the prescribed dosing schedule, or the scheduling may change over time (such as increased dose for persistent or worsening symptoms, or reduced dose (or medication stopped) for cessation of symptoms. Clearly, the amount of ranitidine ingested can vary by pill, by number of pills taken, and by length of time the medication was used. Individuals who take, for example, a 300 mg pill of ranitidine daily for maintenance therapy for many years will have high levels of exposure. The pharmaceutical databases, however, do not provide this level of detail. Some just give a snapshot of what a group of patients were using at one time,

49

some provide a duration of use by providing number of prescriptions patients received (usually without giving information on length of that prescription), and often without showing whether prescriptions were actually filled.

Until 1996, ranitidine was available in the U.S. only with a prescription.(Cohen 2003) Since that time, it has been available over-the-counter in doses of 75 (twice daily for heartburn and acid indigestion)(Cohen 2003). Since 2004 it has been available over-the-counter150 mg (up to twice daily for heartburn). (https://www.accessdata.fda.gov/drugsatfda_docs/label/2004/21698lbl.pdf) (accessed 11/29/21)

Epidemiologic studies that ascertain ranitidine use only through prescription drug databases, therefore, will underestimate the use of this drug. Individuals who never received a prescription for ranitidine but obtained it over-the-counter will be erroneously classified as "never users." Individuals who received prescriptions for ranitidine for one period of time, but later changed to over-the-counter medication, will be misclassified in terms of duration of use of this medication, i.e., their duration of use will be underestimated. In some studies, individuals who took a different type of H2blocker at one point, and ranitidine at another, were deleted from analyses. The result of all of these types of exposure misclassification is an under-estimate of ranitidine use and a likely under-estimate of the association between ranitidine use and cancer (bias toward the null). Alternatively, relying only on prescription records assumes that all patients given a prescription did take the medication, which would over-estimate exposure to ranitidine to the extent people who are prescribed ranitidine do not take it.(Rothman 2008) This systematic error would also bias the relative risk or odds ratio to the null. In other words, systematic misclassification of exposure in either direction results in bias of the relative risk toward the null value of 1.0.(Copeland et al. 1977)

Exposure to other sources of NDMA: occupation, diet, and water

Other than exposure to NDMA from ranitidine and select occupations, primary sources of NDMA exposure are food and beverages. The study of associations between occupational and dietary exposure to NDMA are relevant to the science of ranitidine and cancer risk, because NDMA is a carcinogen known to be present in ranitidine after manufacture or storage (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 9/30/21), and may also be produced in the human body after ingestion of ranitidine (Braunstein et al. 2021) but there is contrary evidence. (Gao et al. 2021) This is an issue that I understand will be addressed by other expert witnesses in their reports.

Measurement of NDMA from occupational exposure

The study of occupational exposure to NDMA in relation to cancer risk is relevant to the issue of ranitidine NDMA exposure and risk of cancer, because it provides evidence of carcinogenicity of NDMA in humans. Some occupations expose workers to high and/or prolonged levels of NDMA or to nitrates or nitrites (which can convert to NDMA once ingested). One challenge is that it is not clear how the amount of NDMA inhaled relates to the amount ingested through ranitidine or food/drink. Toxicologists and other specialists have methods for calculating an exposure conversion rate from inhalation to ingestion, but this is outside my area of expertise.

While some of the occupational NDMA exposure is through inhalation or skin, ingestion occurs as well through contamination of mouth and hands.(Gorman Ng et al. 2012) For example, nitrate fertilizer workers have been shown to have high levels of nitrate in saliva.(Hagmar et al. 1991) In rodents, NDMA can be detected in urine after inhalation exposure.(Klein et al. 1991; Klein and Schmezer 1984) Regardless of route, NDMA enters the blood stream where it can pass through the body and reach any organ. This was shown in an experiment in Sprague-Dawley rats in which the researchers administered NDMA through a breathing apparatus to some animals, and by the oral route to other animals, while controls received no NDMA. The doses administered via both routes were identical (ranging from 0.1-1.0 mg/kg). The animals were sacrificed one hour after NDMA administration, organs were removed, and cells were examined. After the NDMA administration, DNA damage was seen in liver cells in both inhalation- and oral- administered rats, compared to cells in control rats. There was also a dose-response effect; the higher the inhaled (or oral) dose of NDMA, the higher the DNA damage. The dose-response effect was as strong, or stronger than, the NDMA administered through the oral route. (Pool-Zobel et al. 1992).

While determining exact amount of NDMA exposure received on the job is difficult, examining associations between estimated exposure levels and cancer risk can inform whether there is a gradient of risk—do higher doses produce higher rates of cancer (dose-dependent relationship)? Additionally, it can answer questions about whether people exposed on the job to NDMA have higher cancer rates than the general population in which the workers reside.

Exposure levels have been estimated for various occupations within the manufacturing companies, and therefore dose-response relationships have been studied. By studying the associations of varying dose of NDMA on risk for cancer, parallels can be drawn to the role of NDMA in ranitidine in causing cancer. Classifying occupational exposure requires knowledge of average exposures within workspaces, in particular job categories, and the temporal trajectories of each of these. It also requires history of individual workers' job categories and duration at each, which are often available from worker records. A job exposure matrix was developed for occupational epidemiology research for rubber worker exposures including NDMA that was based on measurements conducted in different countries, factories, and job areas.(Hidajat, McElvenny, Mueller, et al. 2019)  However, the measurements were compiled from various sources (compliance testing, research, worker complaints), the numbers of measurements varied by factory, exhaust ventilation was not recorded, and safety measures placed over time varied exposure levels.  Of these sources of measurement error, the authors state that: "…the use of group-based estimates of exposure for workers will have likely resulted in epidemiological findings containing Berkson-type error rather than classical errors, resulting in reduced statistical power rather than significant bias in the results."(Hidajat, McElvenny, Mueller, et al. 2019) The major issue with occupational NDMA exposure, however, is that exposures have been measured in air, without assessment of inhaled, absorbed, or ingested from that air exposure. Therefore, the animal experimental research on effect of NDMA inhalation on genotoxicity provides information for understanding why occupational NDMA exposure leads to increased risk of cancer development.

## Measurement of NDMA exposure from diet

Assessment of dietary intake of NDMA, and the nitrates and nitrites  that can form NDMA, relies on asking individuals about their usual diet. Epidemiologists typically determine usual dietary patterns via food frequency questionnaires or via diet recording for several days.(Patterson et al. 1999) The most common—food frequency questionnaires—list 100 or more individual foods and beverages, and participants are asked to indicate which items they eat or drink, how much they have, and how often.(Patterson et al. 1999) Food frequency questionnaires are designed specific to geographic regions or cultures. Researchers use nutrient databases to assign amounts of NDMA (or nitrites of nitrates) contained or produced from a particular food, and add all of those together into an estimate of average daily intake of NDMA, nitrate, or nitrite. The main dietary sources of NDMA, nitrates, and nitrites are processed meats and fish, other preserved foods, vegetables, and beer.(Hord, Tang, and Bryan 2009)

The estimation of NDMA intake relies on accurate reporting of whether the person ate a particular food, how much they ate a time, how often they ate that food, and the number of years they ate the food. There are many sources of error in dietary measurement: 1) the questionnaire may not include all the foods eaten; 2) individuals may not accurately report whether they ate a particular food, nor how much or how often; 3) the dietary databases may not accurately reflect NDMA content of all foods; 4) or NDMA content of specific foods and beverages may vary by time, geographic area, and preparation that is not reflected in nutrition databases. Therefore, estimating the "dose," of NDMA, nitrate, or nitrite ingested through diet may not be precise. This lower accuracy of exposure estimates biases studies to the null.

In cohort studies, food frequency questionnaires are typically completed by participants when they are enrolled in the study. Although some cohort studies repeat these questionnaires over time, most reports have relied on data from only the baseline questionnaire. However, reliability studies indicate that the patterns of dietary intake calculated from food frequency questionnaire reflect patterns for at least a five year period.(Goldbohm et al. 1995) Therefore, the estimate of NDMA intake from food frequency questionnaires likely reflects a longer period.

While the primary dietary exposure of interest is NDMA, dietary exposure to nitrate and nitrite also can be considered related to NDMA exposure. This is because nitrate and nitrite in diet (and water) can form NDMA. An experimental study in 25 women showed that a one-week diet with nitrate at the World Health Organization acceptable daily intake (in combination with an amine-rich diet) increases urinary excretion of both NDMA and nitrate. (Vermeer et al. 1998) Adding control and experimental data together, there was a high linear correlation (correlation coefficient 0.68, p=0.0001) between urinary nitrate and NDMA. There was also a high correlation between salivary nitrate levels and urinary NDMA levels (correlation coefficient 0.48, p= 0.0001). The authors estimate that, since urinary excretion of NDMA is just a very small percentage of the amount produced in the human body,  the actual NDMA present in the experimental condition is comparable to the load that is carcinogenic in rodents.(Peto et al. 1984) However, urinary excretion as a measurement of NDMA in the body seems to be highly dependent on individual variables such as diet and other conditions.

The measurement of dietary sources of NDMA is complicated. Not all nitrite or nitrate convert to nitrosamines, and of the conversions, not all of the resulting nitrosamines are NDMA.('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010)

While fruits and vegetables contain nitrates and nitrites, they also contain vitamin C and other micronutrients that counteract the conversion of nitrites and nitrates to NDMA.(Loh et al. 2011) Foods that do not contain these counteracting micronutrients, such as processed meats, convert nitrites or nitrates to NDMA unchecked. The epidemiologic data, unsurprisingly, show much larger associations between processed meats and risk for several cancers than do vegetables or fruits. The risk of processed meats is high enough that the World Cancer Research Fund recommends that individuals avoid intake of processed meat. (https://www.wcrf.org/diet-and-cancer/cancer-prevention-recommendations/) (accessed 7/13/21).

In analyzing data on NDMA, nitrate, or nitrite exposure from dietary or water sources, investigators typically divide study samples into equal size groups and determine risk for that group compared with those with the lowest level of exposure. Usual divisions are tertiles (three equal size groups), quartiles (four equal size groups), or quintiles (5 equal size groups). The actual exposure levels in each of the groups varies by study. So, for example, the top quintile in one study may represent very different exposure levels compared with the top quintile in another study. Therefore, care needs to be taken in assessing risk across studies by exact level of exposure.

It could be argued that there are other components of high-NDMA foods such as processed meats (other than NDMA) that could be responsible for the increased cancer risk. The meat itself could be the carcinogen, and increased red meat intake has been linked to increased risk for cancers such as colorectal cancer.(Veettil et al. 2021) However, IARC gave processed meats the highest grade of carcinogenicity—Group 1 ("carcinogenic to humans), while it gave red meat a grade of Group 2A ("probably carcinogenic to humans)". https://www.wcrf.org/wp-content/uploads/2021/02/Colorectal-cancer-report.pdf (accessed 1/9/22) Furthermore, the World Cancer Research Fund assigned a higher grade of evidence for processed meats than for red meat for increasing risk for colorectal cancer and recommends that people avoid eating processed meats (https://www.wcrf.org/wp-content/uploads/2021/02/Colorectal-cancer-report.pdf) (accessed 1/8/22)

54

There are other nitrosamines in processed meats than NDMA, although NDMA is the most prevalent of the nitrosamines. Some studies addressed this by estimating NDMA, other nitrosamines, nitrite and nitrate, and assessed relationships between each while adjusting for others. This likely resulted in over-adjustment however, because they are highly correlated. Loh et al looked separately at dietary intake of NDMA, a composite index of nitrosamines, and nitrite, and found significant associations between NDMA and cancer risk but not with the other two measures.(Loh et al. 2011) Similarly, Knekt et al. looked at risk of head and neck, stomach, and colorectal cancers by level of NDMA, nitrite, and nitrate, and found higher risk for two of the cancers with increased NDMA but not with increased nitrite or nitrate.(Knekt et al. 1999)

While most of the dietary studies reviewed for this report estimated NDMA (or nitrite or nitrate) contents from all food types as gathered in food frequency questionnaires, a small number of studies measured these compounds only in processed meats.(Catsburg et al. 2014; De Stefani, Ronco, et al. 1998; Freedman et al. 2010; Wilkens et al. 1996) It may be questioned why the NDMA content is postulated as the mechanism linking processed meats to cancer risk, rather than some other component of the processed meats. The following offers an explanation.

1. Processed meat is not the only source of dietary NDMA in most of the studies that have looked at NDMA exposure and cancer risk. Other significant NDMA exogenous (external) sources include beer, cured cheese, and processed fish, and other foods contain NDMA but at much lower levels than these high-content foods.(Dich et al. 1996; Jakszyn, Agudo, et al. 2006; Park et al. 2015; Tricker and Preussmann 1991)

2. Importantly, the calculated total amount of dietary NDMA has been related to risk for several cancers, regardless of source, as described in the case-specific sections later in this report.

3. Some processed meat is made from red meat (e.g., beef, lamb, pork), and red meat is related to risk for several cancers.(Humans 2018) Therefore, it could be argued that red meat and its contents are the true carcinogens. However, when NDMA is used in pure form in the laboratory setting, it is clearly genotoxic and, and causes many types of cancers in animals.('IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds' 1978) NDMA has been acknowledged as a carcinogen in animals and a probable human carcinogen by IARC and other organizations (see beginning of this report). Furthermore,

55

red meat forms endogenous nitrosamines including NDMA, so the red meat content in some processed meat does not negate the carcinogenic capacity of NDMA.(Bingham et al. 1996)

4. One of the potential carcinogens contained in red meat—heme iron—forms N-nitroso compounds in humans after being ingested.(Cross, Pollock, and Bingham 2003) Therefore, there is no contradiction in both processed meat and red meat being considered group 1 and 2A carcinogens, respectively, by IARC.

5. Even if other carcinogens are present in processed meat, it does not negate the effect of NDMA as causing cancer. For example, DeStefani et al. studied the associations between levels of NDMA, PhIP (a heterocyclic amine formed from barbecuing meat), and both, and found that each significantly increased risk of stomach cancer by factors of 3 – 4 fold increases, with the greatest risk when both were high.(De Stefani, Boffetta, et al. 1998)

6. The biological mechanism for processed meats conveying large amounts of NDMA exposure are that processed meats are "cured" with nitrites and/or nitrates, which interact with the meat amines and amides necessary for endogenous formation of nitrosamines including NDMA (the most prevalent nitrosamine).(Ferrucci et al. 2010)

7. A meta-analysis of red and processed meats and risk for bladder cancer notes other reasons processed meat causes cancer but states, "The most established mechanism involves the formation of endogenous nitrosamines from nitrites that are particularly abundant in processed meats."(Crippa et al. 2018)

8. In a paper describing their meta-analysis of nitrites, nitrates, nitrosamines and stomach cancer risk, Song et al. state: "A high consumption of processed meats is linked to an increased gastric cancer risk, and many people consider nitrates/nitrites as the main reason for that. (Larsson, Orsini, and Wolk 2006) Nitrosamines are produced by chemical reactions of nitrates, nitrites and other proteins. N-nitrosodimethylamine (NDMA) is one of the most frequently occurring nitrosamines in our dietary foods.(Tricker et al. 1991; Jakszyn, Agudo, et al. 2006) NDMA is a potent carcinogen, capable of inducing malignant tumors in various animal species in a variety of tissues, including liver, lung, and stomach.(Tricker and Preussmann 1991; Anderson et al. 1996)"

9. Finally, organizations focusing on nutrition and cancer have considered mechanisms linking processed meats with cancer risk, such as dietary fat, heme, and heterocyclic amines from high temperature cooking. Notably, IARC does not list dietary fat or heme as carcinogens. IARC does list as group 2A carcinogens both "nitrate or nitrite (ingested) under conditions that induce

endogenous nitrosation" and "frying, emissions from high temperature." (https://monographs.iarc.who.int/list-of-classifications/) (Accessed 1/19/22) The World Cancer Research Fund meta-analyses did not find strong associations between increased dietary fat and cancer risk of any site.(Research. 2007) The World Cancer Research Fund did find a strong association between processed meat intake and risk of colorectal cancer, and mention several potential mechanisms including N-nitroso compounds, high temperature cooking causing heterocyclic amines and polycyclic aromatic hydrocarbons, and weak evidence in humans for synthesis of secondary bile acids from fat content. https://www.wcrf.org/dietandcancer/meat-fish-and-dairy/

## Measurement of NDMA exposure from water

NDMA can contaminate drinking water through run-off from NDMA-producing factories (such as rubber manufacturers), sewage, and treatment of drinking water (chlorination). (https://www.epa.gov/sites/default/files/2014-03/documents/ffrrofactsheet_contaminant_ndma_january2014_final.pdf) (accessed 12/1/21). Water sources of NDMA contribute only a small percent of overall NDMA exposure in the U.S.(Fristachi and Rice 2007) Further, epidemiologic studies on water contamination with NDMA and cancer risk have not published. However, since nitrates in water form NDMA (Ward et al. 2018), and have been studied in relation to cancer risk, epidemiologic studies on water nitrate and cancer risk have been included in this report.

Exposure measurement

*Ranitidine*

Determining whether, how much, and for how long individuals were exposed to ranitidine or other sources of NDMA is difficult. Studies may only ascertain use of medications or dietary habits at one timepoint. Individuals may not remember whether they used ranitidine, and may not accurately recall what they ate. Occupational studies may have inaccurate work histories or inexact estimates of exposure to NDMA. For any of these NDMA exposure sources, the dose and length of exposure may not have been accurately ascertained if at all.

To determine total exposure to ranitidine, it is important to ascertain dose, frequency of intake, and duration of use.(Pottegård, Friis, et al. 2018) Before it was pulled from the U.S. market, ranitidine was available in 75, 150, or 300 mg tablets or capsules. Depending on the medical condition for which ranitidine was prescribed, (Morgan KA, Ahlawat R. Ranitidine. [Updated 2021 Mar 20]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2021 Jan-. Available from: https://www.ncbi.nlm.nih.gov/books/NBK532989/) patients were advised to take the dose once a day, once every 12 hours, or once every 6 hours. (https://medlineplus.gov/druginfo/meds/a601106.html) (accessed 10/20/2021) Patients were usually advised to take their prescribed medication every day for the length of time prescribed. For some patients, this length of time could have been limited to the period of time until their condition resolved. Or, patients may have taken the medication for a period of time, stopped for a while, and begun taking again as symptoms return. For other patients, the dose could have varied, either being increased or decreased depending on symptom change with treatment. Some patients may have used ranitidine for some period, then switched to another H2 blocker (or vice versa), or may have switched to a proton pump inhibitor.

However, patients do not always take medication as prescribed.(Neiman et al. 2017) Without ascertaining doses, patterns of use, frequency of use, and duration of use, directly from the individual patients, the estimates of exposure to ranitidine will not be accurate. This type of imprecision in exposure measurement will result in an underestimate of effect of the exposure on risk of

disease.(Copeland et al. 1977) That is, it will drive the relative risk (or odds ratio) toward the null value of "no effect." Another importance of determining accurate dose exposure is so that dose-response effects can be studied.

Most of the epidemiologic studies on ranitidine and risk of cancer ascertained ranitidine use at one period of time. Most recorded no information on dose used. Most recorded only whether or not the individual used the medication, or received a prescription for the medication. Duration of use was not obtained, nor frequency, although some contained multiple prescriptions over a time period for individual patients. Therefore, the exposure data on ranitidine exposure was poor across studies. This will result in an underestimate of the effect of ranitidine on cancer risk. It will also reduce the accuracy of dose-response estimates, because assessment of dose-response in pharmacoepidemiology requires knowledge of medication dose, frequency of use, and duration of use.

Before 1995, ranitidine was available in the U.S. only with a prescription. After that, it became available over-the-counter. (Cohen 2003) If a U.S.-based study ascertained ranitidine exposure after 1995, but obtained data only on prescription use, it will significantly underestimate the use of this drug and thereby bias the relative risk/odds ratio to the null. Many of the reviewed studies were conducted outside of the U.S., with varying patterns of prescriptions and over-the-counter availability, and that information was not typically provided within the article.

It has been argued that the dose of NDMA conferred on humans (estimated from the FDA measure of amount of NDMA per ranitidine pill) is much lower than the doses in animal carcinogenicity studies.(Yoon et al. 2021) However, in animal experiments, the animals receive carcinogen in large doses, and are followed for relatively small lengths of time, at which they are sacrificed and examined to determine numbers of tumors. If they are dosed with "chronic" carcinogens, they are still sacrificed at a prespecified timepoint and their remains are searched for tumors. The animals, therefore, do not live out a lifespan until their tumors cause symptoms as would happen with humans. In humans, the NDMA content in ranitidine could be lower per kg per day, but the dose is chronic with daily dosing over years to decades. In other words, the animal experiments do not mirror the experience of humans from ingesting carcinogens. Furthermore, the FDA testing has not explored the effects of patients' storing and handling of ranitidine once it is brought into the home. Therefore, the actual daily dose of NDMA from ranitidine could be much higher than the published FDA testing.

*Dietary Sources of NDMA*

Determination of dietary sources of NDMA is done through collecting data from individuals' reports of intake of foods and drinks, and correlating types and amounts of foods and drinks to amount of NDMA (or nitrate or nitrite) present in that food or drink. Studies typically use national food databases to assign NDMA/nitrate/nitrite levels to individual foods and drinks.(Jakszyn et al. 2004) Optimally, the study will have collected a comprehensive set of food and drink items, as well as information on amount of food or drink ingested.

The most common method of dietary intake measurement in epidemiologic studies is called the food frequency questionnaire. (Bailey 2021) These are pre-printed questionnaires that ask participants to recall their usual diet within a defined time period. The individual food and drink items are listed on the form, along with selections for how much (portion size, depicted by pictures, household measures, or units) and how often the participant ate or drank that item. These questionnaires are usually self-administered, although interviewers may administer them. Food frequency questionnaires can be comprehensive, attempting to ascertain complete dietary intake patterns. Such types of questionnaires usually contain over 100 separate food and drink items. Food frequency questionnaires can be more focused, however, such as asking only about intake of particular foods or nutrients. Since diet varies by geographic region and culture, food frequency questionnaires typically reflect the usual food and drink items in a particular area or population. The studies in this report did not use more modern methods of dietary assessment (via computer or mobile device), so those are not described here.

Nutrition scientists validate food frequency questionnaires by asking a group of individuals to complete a food frequency questionnaire for the same period of time for which the complete more intensive diet assessment methods such as keeping complete diet diaries of all items eaten or drunk over several days to a week, or undergoing interviews in which they are asked to recall their diet over the previous 24 hours.(Freedman et al. 2017) Additional validation measures include biological measures, such as checking blood values of a vitamin and correlating those with intake of foods and drinks containing that vitamin on the food frequency questionnaire.(Neuhouser et al. 2021) Studies using double-labelled water have validated energy intake from food frequency questionnaires.(Freedman et al. 2014)

*Occupational Sources of NDMA*

The measurement of occupational sources of NDMA is provided in detail in the section of the report on studies of occupational exposures and cancer risk or mortality. In brief, NDMA exposure has been described in several manufacturing facilities, but has been most studied in the rubber industry. (Hidajat, McElvenny, Mueller, et al. 2019)

## Doses of NDMA in Different Sources

It is very difficult to determine precise doses of NDMA exposure. The U.S. FDA has set 96 nanograms per day as the upper limit of acceptable daily intake from medications.(Adamson and Chabner 2020) However, many individuals who used ranitidine took more than one tablet per day, which could result in exceeding the 96 nanogram limit even if each individual ranitidine tablet met the acceptable limits. (https://medlineplus.gov/druginfo/meds/a601106.html) (accessed 10/20/2021)

The FDA explained the rationale for choice of 96 nanograms per day as the amount that daily intake over 70 years in a 50 kg person would cause 1 cancer for every 100,000 persons. There are approximately 330 million persons in the U.S., so this would translate into 3,300 Americans developing a cancer who would not otherwise develop it. https://www.fda.gov/media/141720/download The FDA describes this as a theoretical risk. If an individual also is inadvertently exposed to NDMA from other sources such as diet, the addition of more NDMA from a daily pill could put their risk at a higher level. In addition, many of the ranitidine pills tested by the FDA and other labs have contained much higher amounts of NDMA.

Ranitidine exposure

In 2019, the U.S. FDA tested several preparations and doses of ranitidine for presence of NDMA, of which half exceeded the upper limit of safe daily intake from medications. Since some of the formulations would be taken more than once per day (such as 150 milligram tablet morning and night for gastric ulcer treatment),(Brogden et al. 1982) and some would typically be used for years or decades (such as for chronic GERD maintenance treatment),(Lipsy, Fennerty, and Fagan 1990) the amount of NDMA exposure in this medication is considerable.

Occupational exposure

Prior to evidence of extremely high levels of NDMA in ranitidine, the highest measured exposure to nitrosamine has been in the rubber industry.(Straif et al. 2000) This exposure decreased over time in measured UK workers,(Hidajat, McElvenny, Mueller, et al. 2019) but the elevated risk of several cancers seen in studies of these workers reflects high historical levels. Hidajat et al devised a matrix to estimate NDMA exposure in specific job categories in the rubber industry over time.(Hidajat, McElvenny, Mueller, et al. 2019) In 1915, the exposures ranged from 0.06 to 71.42 micrograms/m$^3$. In 2002, the exposures ranged from 0.08 to 0.58 micrograms/m$^3$.

Food and water

The average infant, child, and adult consume an estimated average of 70, 100, and 110 nanograms/day, respectively, of NDMA from food and water sources.(White 2020) As summarized by Tricker et al.(Tricker and Preussmann 1991), there is considerable variation in NDMA intake by country, sex, and survey. For example, in 1978, the estimated micrograms/day for the UK was 0.53 (530 nanograms), although that did not include beer. At a similar date, the estimated micrograms/day for The Netherlands, which includes beer, was 0.38 (380 nanograms). In Japan, the mean intake ranged from 0.5-1.8 micrograms/day (500 – 1,800 nanograms). In Germany, the mean microgram/day intake for men was 1.02 (1020 nanograms), but was 0.57 (570 nanograms) for women.

The World Health Organization has set the acceptable limit of NDMA in water at 100 nanograms/L with an average intake of 1.9 L/day of water.(White 2020) NDMA from water can be higher in some geographic areas, especially where contaminated by agricultural fertilizers.(Barry et al. 2020) Well water can also have high levels of NDMA.(Barry et al. 2020)

Certain foods, especially cured, smoked, or salted meats salted fish, have high NDMA content.(Tricker and Preussmann 1991; Park et al. 2015) The amount of NDMA exposure to individuals depends on particular type of food, quantity consumed, and frequency consumed. Furthermore, there is evidence that vitamin C intake negates some of the carcinogenic potential of NDMA. (Tannenbaum, Wishnok, and Leaf 1991; Mergens et al. 1978; Bartsch, Ohshima, and Pignatelli 1988) Therefore, individuals with high

vitamin C intake may have less carcinogenic effect from NDMA. It is very difficult to determine this in human studies, as the exact amount of vitamin C needed to counteract the carcinogenic properties of NDMA is not known. Some studies attempted to account for this by adjusting for vitamin C intake when studying associations between NDMA intake and risk for cancer development.(Loh et al. 2011)

A study in the UK showed levels of NDMA in beer that ranged from below 0.1 up to 1.2 micrograms (100 to 1200 nanograms) per kilogram.(Massey et al. 1990) An analysis for IARC, Scanlan et al found NDMA in 56% of U.S. and Canadian beers (detection level, 0.05 microgram/kg), at a mean level of 0.074 microgram/kg.(Scanlan and Barbour 1991)  While leafy green vegetables may have high levels of nitrites or nitrates (both of which can form NDMA), the concurrent higher intake of vitamin C in high vegetable diets may lower the resulting production of NDMA.

While it is difficult to map exact doses from these various sources of NDMA and NDMA from ranitidine, studying the epidemiology of other sources of NDMA and risk for cancer provides important information. First, it shows, as described in detail in the individual cancers' sections, that increased NDMA exposure is associated with increased risk for several cancers. Second, for several cancers, data were available to show a dose-response relationship that is not determined by a particular threshold. Third, as described in this report, regular intake of NDMA in the amounts measured in ranitidine tablets has been found to increase risk for several cancers. Therefore, extrapolating from dietary and occupational exposures allows interpolation to doses that may result from ranitidine exposure.

# Biases That May Affect Epidemiologic Studies of Ranitidine or Other NDMA Sources and Cancer

There are several types of biases that may affect the relative risks or other measures of association in epidemiologic studies. Below and in Table 2 are several types of biases that may affect the types of studies reviewed for this report.

## Missing data bias

### Missing Data on Ranitidine Use or other NDMA Exposure

Epidemiologic studies can suffer from missing data. If the exposure data are missing (i.e., use of ranitidine or other intake of NDMA), then the estimated relative risks/odds ratios will likely be biased toward the null value (toward 1.0). This is an example of nondifferential bias, which causes relative risks/ratios to move closer to the null value.(Copeland et al. 1977)  Copeland et al. explained that errors in exposure information, whether they are over-estimates of exposure or under-estimates of exposure, result in artificial lowering of relative risk toward the null value.(Copeland et al. 1977) In the case of missing exposure data, exposure would be underestimated. Further, for cohort studies, if the background rate (incidence rate) of the disease is low, missing exposure data has an even stronger effect on pushing the relative risk artificially toward the null.(Copeland et al. 1977)

### Missing Data on Cancer Occurrence

#### Incomplete Case Ascertainment

If, in cohort studies, the cases of cancer are not identified, i.e., the cancer data are missing, the statistical power to detect statistically significant effects will be decreased. Both of these conditions would likely mean the true association between ranitidine or other NDMA exposure and risk of cancer is actually higher, or has stronger statistical significance, than what is observed in the epidemiologic studies.

64

If cases are not completely identified in a hospital or community from which a case-control study draws, the cases in the study may not represent the diversity of cases of that cancer. Similarly, if cases do not agree to participate in the study, the remaining cases may present an issue of bias.

## Incomplete Follow-up due to Latency Period of Cancer Development

In cohort studies, participants are identified at one point in time, while healthy, and followed over time to determine who develops cancer and who does not. Since exposure to a carcinogen can take years to decade to result in a diagnosed cancer, it is critical for studies to follow patients for long periods in order to detect the rate of cancer developing in exposure persons versus that occurring in unexposed persons. Pharmacy database studies that identified persons using ranitidine in one period of time, and then follow the "cohort" for 5-10 years thereafter will not have followed patients long enough to observe cancer development in response to that exposure.

The method through which carcinogens work is important to consider in relation to latency period. For carcinogens that work by causing DNA damage to target cells, the period of cancer development can be years to decades. If, on the other hand, the carcinogen works by promoting growth of the cancer, the latency period may be shorter. Some carcinogens, such as estrogen, work both to initiate cancer (e.g. damage DNA) and promote growth. (Russo and Russo 2006) Evidence from animal studies support the role of NDMA as a cancer initiator (REFS), and therefore, the latency period of carcinogenesis from NDMA exposure would be expected to be long.  Therefore, the longer that cohort studies have followed participants to allow time for development of cancers in response to NDMA exposure, the more reliable will be the results.

In some occupational cohort studies, individuals were followed for decades, by which time most of the cohort had died. This gives the opportunity for complete case ascertainment. If the study uses cause of death as the proxy for cancer occurrence, the results will be reliable if the cause of death is ascribed to that cancer. However, for some cancers with more benign courses, the listed cause of death may not be due to that cancer. Therefore, there could be an undercounting of cancer occurrence for the less lethal cancers, even with long follow-up.

## Publication bias

The publication of epidemiologic studies depends on several factors. The investigators must have developed hypotheses about certain questions and designed the study accordingly, including asking the correct questions about the exposure and potential confounding variables, and collecting information from a sufficient number of participants. The investigators then need to perform statistical analyses, develop scientific manuscripts, and submit for journal publication. It may be difficult to find a journal that will accept null results (i.e., where an exposure is shown to not be related to an outcome).(Sridharan and Greenland 2009; Rising, Bacchetti, and Bero 2008)

## Cancer process affecting likelihood of exposure (indication bias)

If individuals use ranitidine or change diet due to symptoms from an early cancer process, results of studies could be biased. The term "indication" refers to the medical condition, set of symptoms, or disease for which a medication is prescribed, or for which an individual chooses to take a medication "over-the-counter" if available. Indication bias can occur if the symptoms or disease that prompts use of a medication are similar to those associated with the cancer of interest. Epidemiologists use several methods to reduce the potential impact of this bias. Cohort studies often guard against this by eliminating cases that develop within a short time of study enrollment. Case-control studies guard against this by asking participants to recall exposures one or more years prior to their cancer diagnosis (and similarly ask controls to recall exposures at least one year prior to interview). First, studies that are specifically designed to examine the associations between use of a medication and risk for cancer will collect information on the study participants' current and past history of symptoms and medical conditions that could be related both to use of the medication and to development of the disease, and adjust for these factors in the analyses. Second, cohort studies may not count cases that develop within a short time of study enrollment. Similarly, case-control studies may ask participants to recall exposures that occurred one or more years prior to their cancer diagnosis (and similarly ask controls to recall exposures at least one year prior to interview). Third, epidemiologists may choose, as comparators, persons who are prescribed or choose to use medications for these health conditions. However, if the persons who are prescribed nonrelated medications differ in other ways compared with those prescribed the medication of interest, indication bias could result.

## Confounding bias

Variables related to both use of ranitidine or other sources of NDMA exposure and risk of cancer could mask the true relationship between these variables. Epidemiologists handle this by adjusting in the analysis for these potential confounding variables. Typically, epidemiologists test for presence of potential confounders within a dataset, by calculating relative risks (or odds ratios) with and without adjustment for the potential confounding variable(s). If adjustment does not materially change the size of the relative risk (often 10% is used as a cut-off), then the final presented relative risks will not be adjusted for that variable. However, it is important to note that adjusting an analysis for a variable that is not actually confounding in the particular dataset leads to overadjustment bias which can considerably affect relative risk estimates and/or precision of the estimate (e.g., changing p-values or confidence intervals).(Schisterman, Cole, and Platt 2009; Breslow 1982)

## Channeling bias

A particular type of confounding bias is seen in pharmacoepidemiology. Channeling bias is a form of allocation bias, where drugs with similar therapeutic indications are prescribed to groups of patients with prognostic differences.(Petri and Urquhart 1991) Channeling bias is a particular problem when studies compare individuals prescribed ranitidine to individuals prescribed other acid suppressing medications (e.g. other H2 blockers or proton pump inhibitors).

## Recall bias

For the case-control studies, media reports of associations between ranitidine and cancer risk could have influenced cases such that they recalled use of ranitidine to a greater degree than controls. However, information about NDMA in ranitidine was first reported in 2019 (https://www.valisure.com/wp-content/uploads/Valisure-Ranitidine-FDA-Citizen-Petition-v4.12.pdf) (accessed 10/10/21), and the FDA withdrew ranitidine from the market in 2020 (https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market) (accessed 10/10/21), whereas the published case-control studies collected data prior to that time. However, recall bias has little impact on the totality of evidence on ranitidine

and cancer risk, because very few case-control studies were published on ranitidine and cancer. Some used pharmacy data recorded prior to selection of cases or controls in nested case-control studies (Cardwell et al. 2021; McDowell et al. 2021a; Tan et al. 2018) or other case-control designs (Rossing et al. 2000), recorded medications from medical charts by abstractors blinded to case-control status (Chow, Finkle, McLaughlin, Franki, et al. 1995), used structured in-person interviews in 1997-2004 recording use of all H2 blockers going back 20 years (Mathes et al. 2008).Recall bias could be a factor in diet studies, as cases may report diet components and patterns differently because of their cancer diagnosis. As mentioned above, recall bias is a theoretical bias; studies that have investigated other sources of data on exposures have failed to confirm the presence of differential recall between cases and controls.(Coughlin 1990)

## Non-response bias

Case-control studies with low levels of response in cases or controls can be biased, in that the non-responding cases and controls could differ with respect to use of ranitidine or on diet habits, or on other sources of NDMA.

Table 2: Effects of Biases on Relative Risks in Epidemiologic Studies

| Type of Bias | Source of Bias | Effect on Relative Risk or Statistical Testing | Type of Studies Affected |
|---|---|---|---|
| Non-response | Willingness or ability to join a study affects exposure-disease relationship | Bias toward or away from null (Delgado-Rodríguez and Llorca 2004) | Case-control |
| Exclusion | Exclusion status affects exposure-disease relationship | Bias toward or away from null (Delgado-Rodríguez and Llorca 2004) | Cohort or case-control |
| Nondifferential misclassification: outcomes | Equal misclassification of outcome status in exposed & unexposed persons | Bias to null (Copeland et al. 1977) | Cohort or case-control |
| Nondifferential misclassification: exposure | Exposure status misclassified in persons with or without cancer | Bias to null (Copeland et al. 1977) | Cohort or case-control |
| Differential misclassification: exposure (recall bias is an example) | Exposure measured differently in cases vs. noncases<br><br>Exposure measured differently in exposed vs. nonexposed | Bias either toward or away from null (Rothman 2008) | Case-control or cohort |
| Confounding bias | Third variable(s) affect exposure-outcome relationship | Bias either toward or away from null (Delgado-Rodríguez and Llorca 2004) | Cohort or case-control |
| Overadjustment bias | Adjusting for a variable that is | Bias either toward or away from null; | |

| | not actually a confounder | reduced precision, affecting confidence intervals or p-values (Schisterman, Cole, and Platt 2009) | |
|---|---|---|---|
| Indication bias (type of confounding bias in pharmacoepidemiology) | Indication for taking a drug related to risk of specific cancer | Bias either toward or away from null (Psaty et al. 1999) | Cohort or case-control |
| Channeling bias | Drugs with similar therapeutic indications are prescribed to groups of patients with prognostic differences | Bias either toward or away from null(Petri and Urquhart 1991) | Cohort or case-control |
| Healthy worker effect | Workers compared with general population instead of other workers | Bias toward null (Pearce, Checkoway, and Kriebel 2007) | Occupational cohort studies |
| Hospital patient bias | Controls hospitalized for exposure related to cancer of interest | Bias to null, reduced precision, affecting confidence intervals or p-values (Schisterman, Cole, and Platt 2009) | Hospital-based case-control |
| Loss to follow-up | Those who drop out of a study have different exposure-disease relationship | Bias either toward or away from null; reduced precision, affecting confidence intervals or p-values (Schisterman, Cole, and Platt 2009) | Cohort |

| Publication bias | Authors or journals choose to publish certain results | Bias either toward or away from null (Delgado-Rodríguez and Llorca 2004) | Cohort or case-control |

## Differential results of cohort versus case-control studies:

Ideally, results of case-control and cohort studies would be similar for the relationship between an exposure and risk of disease. However, there could be several reasons for discrepancy in results between case-control and cohort studies. The exposure measurement may differ in the two types of studies. For example, cohort studies may measure exposure at study entry without updating and without ascertaining lifetime exposure. The study would then have only one time point of an exposure that could significantly attenuate the observed associations between exposure and disease.

## Population-based case-control versus hospital-based case-control studies:

In the ideal case-control study, cases and controls will be similar to each other on all variables other than the one under study. For some exposure-disease relationships, population-based case control studies are the most valid method of comparing risk for exposed versus non-exposed persons because the controls resemble the cases for most factors and therefore reduce the likelihood of confounding by other variables. For others, however, hospital-based case control studies may provide important information because controls with illnesses may be more likely to recall exposures compared with healthy controls from the community, and therefore recall bias can be reduced.

## Pharmacoepidemiology

The study of effects of pharmaceutical products in human populations is called pharmacoepidemiology. The effects studied can be beneficial or adverse. The randomized clinical trial is the preferred method of testing potential benefits of a medication, in which individuals are randomly assigned (i.e. by chance) to receive either the medication under investigation or to another treatment.(Caparrotta et al. 2019) The comparison treatment can be another medication, or a "standard of care" treatment, or a placebo. To determine adverse effects of a medication, such as cancer incidence in persons who are free of cancer when entering the trial, the trial would have to include many thousands of individuals followed for decades. Since that is not feasible, not required for FDA approval of a medication, and not considered ethical unless benefits are expected to outweigh risks, this type of large-scale, long-term trial is rarely conducted.

Observational studies are the usual modality for studying adverse effects of a medication on risk for cancer or other diseases or adverse effects. The optimal observational studies for pharmacoepidemiology, as described below, are either cohort or case-control in design. Observational studies are also useful for studying long term benefits of medications, where randomized controlled trials do not follow patients long-term.

An important issue in the pharmacoepidemiology of drug-cancer associations stems from the long period of cancer development. (Pottegård, Friis, et al. 2018) There may be a period of several decades between when an individual is first exposed to a carcinogen (cancer-causing agent) and the time point where the carcinogenic process has led to tumors large enough or significant enough to be diagnosed. Studies of the associations between taking a medication and being diagnosed with cancer should ascertain drug exposure for many years prior to diagnosis, and preferably for lifetime of use.  While carcinogen exposures may initiate some cancers with short-term use, they may also promote cancer growth over time. A study that examines only a short period of exposure may thereby miss the cancer-promoting effects of a carcinogen.

73

The relatively low incidence of most cancers means that very large populations or sample sizes need to be studied in order to determine the association between use of a drug and risk of its causing cancer. Studies that do not have sufficient sample size, studies that do not account for the full extent of usage and studies that do not account for the long period of cancer development will understate the risk of cancer from the exposure to the drug. These are examples of nondifferential misclassification of either exposures or outcomes, which results in bias of the relative risk toward the null value of 1.0.(Copeland et al. 1977; Rothman 2008) Nondifferential misclassification occurs if there is equal misclassification of exposure between individuals who do or do not develop cancer during the study. Nondifferential misclassification also occurs if there is equal misclassification of cancer development between people who are classified as ranitidine users and as non-users.

Optimally, studies will determine long-term drug exposure histories, or "cumulative exposure", in order to determine usual dose used, total amount of drug received, frequency of use, and duration of use.(Pottegård, Friis, et al. 2018) There are two critical issues in pharmacological studies regarding the time relationship between drug exposure and disease. The first—induction period—is the time between causal action of the carcinogen and disease initiation.(Rothman 1981) This relates to how long a period between the exposure to a carcinogen and the time when it has begun the carcinogenic process. The second—latent period—is the period from initiation of a cancer until diagnosis of that cancer. Individual cancer types have varying induction and latent periods. If a study doesn't take these into account, biases can be introduced. If a cohort study does not follow participants for a long enough period of time after first exposure to a medication, there may not have been enough time for cases of cancer to arise. This would result in an underestimate of the numbers of cases occurring in medication users, and therefore a bias toward a relative risk of 1.0 (which is called the null effect, or no effect of the medication exposure).(Copeland et al. 1977; Rothman 2008) A similar bias may arise from ignoring the latent effect in cancer development and diagnosis. If a cancer is slow-growing, it may take many years before symptoms arise prompting medical attention and a diagnosis. For some cancers, such as colorectal cancer, cancer screening may result in interruption of cancer development by removing cancer precursors. This would also lower the numbers of cases occurring, and bias the relative risks toward the null effect.

Another issue that is relevant to pharmacoepidemiology is the potential for indication bias. The term "indication" refers to the medical condition, set of symptoms, or disease for which a medication is prescribed, or for which an individual chooses to take a medication "over-the-counter" if available. Indication bias can occur if the symptoms or disease that prompts use of a medication are similar to those associated with the cancer of interest. Epidemiologists use several methods to reduce the potential impact of this bias. First, studies that are specifically designed to examine the associations between use of a medication and risk for cancer will collect information on the study participants' current and past history of symptoms and medical conditions that could be related both to use of the medication and to development of the disease, and adjust for these factors in the analyses. Second, epidemiologists typically do not count cases of the cancer of interest that occurred in the 1-2 years after study enrollment (for cohort studies), or will delete exposures that occurred in the 1-2 years prior to cancer diagnosis (for case-control studies).

Third, epidemiologists may choose, as comparators, persons who are prescribed or choose to use medications for these health conditions. For ranitidine studies, these "active comparators" have been one or more other H2 blockers or one or more proton pump inhibitors. However, if the persons who are prescribed nonrelated medications differ in other ways compared with those prescribed the medication of interest, indication bias could result. In the epidemiologic studies that compared ranitidine users to users of other acid reducers (other H2 blockers, proton pump inhibitors), there are several additional concerning sources of bias. The indications for these drugs, and reasons for prescriptions and taking these drugs, are not random. For example, proton pump inhibitors have been shown to be superior to H2 blockers in the treatment of specific gastrointestinal conditions, such as peptic ulcer, duodenal ulcer, and GERD. (Walan et al. 1989; Agrawal et al. 2000; Katz, Gerson, and Vela 2013; Lee et al. 1986; Lee, Hardman, and Jaderberg 1991) Therefore patients prescribed these drugs are likely to be sicker than those prescribed H2 blockers, and likely to be more closely followed with return medical visits. Each medical visit prompts the addition of medical codes to the electronic health record, increasing the chance that diagnostic codes related to other diseases such as cancer are added.(Gianfrancesco and Goldstein 2021) If studies compare patients using higher or lower doses in the comparator versus ranitidine, it could also signal an imbalance between the groups of users in relation to indications for use or severity of illness. This type of imbalance between the drug of interest (i.e., ranitidine) and comparator drugs (i.e., other H2 blockers and proton pump inhibitors) is called channeling bias as

discussed above in the section on "Biases That May Affect Epidemiologic Studies of Ranitidine or Other NDMA Sources and Cancer" and in Table 2.

There are several ways in which pharmacoepidemiology studies determine individuals' exposure to the medications of interest.(Drieling et al. 2016) One includes individuals who are asked about their use of specific drugs, the dose used, frequency used, and duration used. Sometimes this information is obtained through structured self-administered questionnaires. Other times, participants are interviewed about drug use, often with the use of photos of medications that are still under patent to jog the individual's memory. After generic versions of medications are approved, photos of medications are not useful for identification, because pill design can change across manufacturers and time. In some studies, participants are asked to present medication containers for medications they currently use, whether prescription or over-the-counter, and are interviewed about dose, frequency, and duration of use of each. Providing the current medication bottles improves accuracy of name, dose, and frequency of use, as the interviewer records this information from the bottle. It requires participants to remember to bring all their currently-using medication bottles to show to the interviewer, however.

In recent years, linkage to pharmaceutical prescription databases have been used, such as Medicare, Medicaid, health maintenance organizations, hospital and medical practice groups, and country-wide databases available in some countries.(Pottegård, Friis, et al. 2018). There are both advantages and disadvantages to these databases, but it is important to note that they have not been designed with research in mind and, therefore, are lacking several important basic epidemiologic data elements.(White and Hernandez 2021)

Some advantages are: 1) The databases are very large (e.g. "big data") and contain records for up to many thousands to millions of individuals; 2) Some databases represent whole geographic area and therefore can represent an entire population; 3) The prescription record is an accurate record of what a patient was prescribed to take to treat a condition, thus reducing the risk of error from patients' lack of knowledge of prescribed medications.

The disadvantages are several:

1) None of the databases track patients' over-the-counter medication purchases and none track actual use. If a large portion of a medication's use comes from over-the-counter purchases, there will be a considerable underestimation of exposure to the medication. For example, in Denmark, 84% of

76

ranitidine daily defined doses sold were by prescription in 1999. That percentage declined steadily, until it was 18% in 2018.(Adami et al. 2021) In the Danish studies described below, during the time period when ranitidine exposure was studied, only about half of the ranitidine medications were sold by prescription.(Adami et al. 2021; Nørgaard et al. 2021) Therefore, there is serious under-representation of use of ranitidine in those two studies. Since the comparison medications (PPIs, famotidine) were overwhelmingly sold by prescription during the study period,(Adami et al. 2021; Nørgaard et al. 2021) there was an imbalance in misclassification between ranitidine exposure and the comparator exposures. This would seriously bias the study results toward the null value as relates to the ranitidine risk vs the comparator medications. For U.S.-based studies also, lack of data on over-the-counter use is particularly important for use of ranitidine since 1996 (when over-the-counter became available in the U.S.).(Cohen 2003)

2) Pharmacy databases may track prescriptions for limited periods of time, after electronic medical records were introduced into a medical system. Therefore, lifetime use, or even use over several years or decades is rarely tracked. This results in an underestimate of medication exposure, and biases study results toward the null.

3) If a database is set within one medical system in which patients move in or out of the system, the database will not have information on prescriptions received by patients when they were in other systems. This causes an underestimate of medication exposure and biases the relative risk toward the null value. Moving from one health care system to another is very common in the U.S. particularly. For example, patient turnover in health maintenance organizations in the U.S. is 20% - 30% each year.(Schneeweiss and Avorn 2005)

4) Since electronic medical record systems have not been in place in many areas of the world until the past decade or two, long-term follow-up of patients after first use of the medication is rarely included. This results in insufficient time for cancers to develop, and also underestimation of medication exposure.

5) The databases do not determine whether patients actually take the medications, of if they take them as prescribed which can falsely overestimate medication exposure. The assumption that all patients take all medications as prescribed is erroneous. There are many reasons why patients do not take medications as prescribed, including: forgetting to take medicines, running out of medicines, lack of

understanding of how to take the medication, insufficient funds to pay for the medicines, medication not working, symptoms experienced, concern about adverse effects, or other reasons.(Neiman et al. 2017) In a study in practices in the UK, where health care is free or reduced cost, only 82-83% of patients took long-term ranitidine (150 mg) as prescribed.(Ryder et al. 1994) Clinical trials of ranitidine that have counted pills from study-dispensed bottles have reported that 88% – 93% of pills were taken, which is an over-estimate of adherence since many patients left the trial or were dropped from analyses.(Mason et al. 1998; Lee, Hardman, and Jaderberg 1991; Ruszniewski et al. 1993) In another clinical trial testing ranitidine versus placebo, only 75% of patients took over 90% of their prescribed study pills.(Ehsanullah et al. 1988) Where a presumption is made by study authors that subjects took their prescribed medication, the absence of a study effect would erroneously be attributed to the medication. This over-estimate of actual use, if equal across cases and non-cases, would be nondifferential misclassification of exposure, and would bias the relative risk toward the null value of 1.0.

6) The databases do not typically track prescription length, and prescription length is not standard, and therefore duration of use will not be known.(Rabbani and Alexander 2009) In several of the reviewed papers, the authors used numbers of prescriptions written or dispensed as a proxy for length of use, but none of them provide data on actual length of the prescription.

7) The databases, as reported in the ranitidine-cancer studies reviewed in this report do not link to the diagnosis or symptoms for which the medication was prescribed. If a comparator group using a different medication is used, differences between the patient groups could be significant and introduce uncontrollable confounding, such as: underlying diagnoses, general health, insurance status, socioeconomic status, and other risk factors for cancer.

All of these errors – overestimates or underestimates of medication exposure - will bias the relative risk toward the null value of 1.0.

Recent publications present data from very large databases of de-identified patient data that are sourced from hospital billing records, electronic health records, and laboratory systems. For pharmacoepidemiologic research there are several advantages to such databases, as well as several disadvantages.

The primary advantage is that these electronic health record/pharmaceutical databases are very large, representing millions of patients. These can be useful in studying prescribing patterns, health effects of

prescribed medicines, and rates of prescription refills, for example.(Hennessy 2006) However, large studies are not better studies than smaller studies just because they are larger (have more study participants). The overall assessment of the study involves looking at many other considerations, including those discussed above, and others discussed below.

There are several disadvantages to the electronic health record/claims databases/pharmaceutical databases. As described recently, "[P]atient EHR data have inherent limitations when used for research purposes: data are collected for billing purposes; often reflect underdiagnosis, overdiagnosis, or misdiagnosis; do not include all confounding factors; have limited time-series information for patients; have limited information on socioeconomic and lifestyle determinants; and lack finer-grained information of admitting diagnoses of hospitalization and contributing causes of death..."(Wang, Berger, and Xu 2021) Pharmacoepidemiology researchers have identified several biases in these administrative databases, in particular, confounding, selection bias, and measurement bias.(Prada-Ramallal, Takkouche, and Figueiras 2019) Confounding by medication indication, outcome misclassification, and time-related biases are common issues. Databases that are developed for commercial purposes may not have information on medication content, nor on algorithms to harmonize data items across contributing hospital and other administrative systems. In the study of associations between ranitidine and cancer risk, several critical issues emerge. First is the identification of exposure to ranitidine. A hospital electronic medical record database may have recorded a prescription for ranitidine from a physician to a particular patient, but not have data on whether that prescription was filled, nor information on whether, how much, and for how long the patient took the medication. This is a critical consideration, because many patients do not fill their prescribed medications. A recent study in the U.S. found that only 75% of prescribed medications were actually dispensed.(Hoopes et al. 2018) Furthermore, a physician may recommend ranitidine to a patient, but the patient may opt to purchase the medication over-the-counter. If the patient chooses a different H2 blocker than ranitidine, that may not end up recorded in the health record. For a medication like ranitidine, for which over-the-counter formulations have been available for decades, a prescriptions database almost certainly represents only a small slice of ranitidine exposure. The same issue could apply to other H2 blockers or to proton pump inhibitors, although their over-the-counter approval dates did not coincide with those of ranitidine. Importantly, the over-the-counter approval dates differ not only between H2blockers and proton pump inhibitors, but they also differ across countries.

There is considerable cross-over in use of ranitidine and other medications used for gastrointestinal conditions. Starting in the 1980s-1990s, patients were often prescribed an H2 blocker because those were the available medications at the time. As the superior healing properties of proton pump inhibitors were reported,(Walan et al. 1989; Agrawal et al. 2000; Katz, Gerson, and Vela 2013) patients were switched over to proton pump inhibitors.(Abrahami et al. 2020; Kumar, Goldberg, and Kaplan 2021) In several studies of ranitidine and cancer risk, individuals were excluded if they had used both ranitidine and a proton pump inhibitor, which introduces misclassification error and subsequent bias of relative risk to the null. Furthermore, some individuals who were prescribed proton pump inhibitors likely had more serious underlying conditions that could have confounded the relationship between ranitidine use and cancer risk. For example, in a cohort of veteran patients diagnosed with H. pylori infection, 48,908 of 69,157 (71%) originally prescribed ranitidine were later prescribed a proton pump inhibitor.(Kumar, Goldberg, and Kaplan 2021) The result of this cross-over of medication use between ranitidine and comparator medication is that there is misclassification of exposure, which drives the relative risk for ranitidine versus comparator toward the null value. Also, to the extent that ranitidine users use a drug that has a different relationship to cancer risk, there would be a relative risk that is artificially lower than 1.0 for ranitidine. Therefore, the choice of PPIs, or even of other H2 blockers, as comparators to ranitidine use does not address the issue of indication bias, but instead introduces other biases related to the reason the physician or patient chose one drug over the other.

To improve accuracy of medication use, blood, urine, or saliva may be tested for evidence of the drug or its metabolites. However, this method does not establish dose, frequency, or duration of use. The absence of any of these medication ascertainment aspects results in medication exposure under-estimation or over-estimation, which biases the association estimate (relative risk or odds ratio) to the null.

A second important issue with the electronic health databases is the identification of outcomes, in this case, new cases of cancer. If electronic health databases cover only certain hospitals or medical practices, they may not include all diagnoses of cancer. They may also not have information on cancers diagnosed in another state or country.

Covariate/confounder variable data are also prone to errors in electronic health records when the data are not validated, or there is no linkage to validated data. For example, in a study using the U.S. Veterans Administration electronic health record database, the reported percent of veterans whose

electronic record in 2002 indicated they had never smoked was 60%.(Kumar, Goldberg, and Kaplan 2021) However, a survey of over 8600 veterans from 2010 show a much lower rate of never smokers of 34%.(Golden et al. 2018) Variables such as these that rely on what a health professional records in a medical encounter, rather than data collected directly from an individual, are prone to errors such as this that can reduce reliability of studies that depend on electronic health record data.

## Occupational Epidemiology

Occupational epidemiology is the branch of epidemiology that focuses on diseases or health conditions caused by occupational exposures. The U.S. Department of Labor Occupational Safety and Health Administration (OSHA) states that "Occupational epidemiology involves the application of epidemiologic methods to populations of workers. Occupational epidemiologic studies may involve looking at workers exposed to a variety of chemical, biological or physical (e.g., noise, heat, radiation) agents to determine if the exposures result in the risk of adverse health outcomes. Alternatively, epidemiologic studies may involve the evaluation of workers with a common adverse health outcome to determine if an agent or set of agents may explain their disease." (https://www.osha.gov/occupational-epidemiology) (accessed 1/8/22)

Occupational epidemiologic studies use similar methods to non-occupational epidemiology (e.g., cohort studies, case-control studies) but often specifically focus on a cohort of workers in one or more units such as factories or other worksites. In some cases, the comparisons are between disease rates in workers with and without an exposure, while in others, the comparisons are between those with high versus low levels of that exposure. The unit of exposure may be defined by job categories, or may be directly measured. In some cases, disease rates in a group of workers may be compared with rates in the general population.

In the occupational studies of NDMA or nitrate exposures reviewed in this report, cohorts of workers in specific jobs (rubber manufacturing, nitrate fertilizer manufacturing) were characterized by job categories and followed for cancer deaths or incidence. In some cases, rates of cancer deaths or incidence were compared among categories of exposures within the occupation, while in some, comparisons were to the general population from which the workers came. One additional study was a case-control study of occupational history and risk for bladder cancer.

81

There are some limitations to the occupational studies of NDMA and cancer risk in addition to limitations in epidemiologic studies in general. Almost all of the studies reviewed for this report were conducted only in men, and therefore the associations in women are not known.  For the studies that compared cancer rates to those in the general population, there could be a healthy worker bias which could underestimate the effect of the carcinogen NDMA on cancer risk.(Pearce, Checkoway, and Kriebel 2007) Many studies did not have information on potential confounding factors and therefore could not adjust for such factors. Also, several studies assessed risk of cancer deaths rather than cancer occurrence. This will underestimate the risk of being diagnosed with cancer because many cancer patients survive for decades after their diagnosis.

## Nutritional Epidemiology

Nutritional epidemiology is the branch of epidemiology that studies associations between diet, nutrition, and disease. Much of this science is focused on the measurement of dietary intake of nutrients, foods, and food patterns, in order to correlate with disease incidence and mortality. Nutritional epidemiology also studies relationships between *in vitro* (such as blood or tissue levels of nutrients) nutritional status measures and disease risk.

The science of nutritional exposure measurement was described in detail earlier in this report.

## Plausibility/ Biological Mechanisms

There are several possible biological mechanisms that could explain associations between ranitidine use, NDMA from other sources, and risk for cancer. This is not an exhaustive or systematic review, but a summary of several possibilities to explain the associations.

NDMA from drug, food, water, or occupational sources has been classified by the International Agency for Research on Cancer as a 2a carcinogen (possible carcinogen).('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) Evidence from animal studies show that NDMA causes tumor formation in the gastrointestinal tract, liver, lungs, and kidney. ('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010; Pottegård, Kristensen, et al. 2018)

In the 2010 review of nitrites, nitrates, and nitrosamines and risk of cancer, IARC stated that nitrosamines increase cancer in rodents for the following cancers: liver, esophagus, nasal and oral mucosa, kidney, pancreas, bladder, lung, and thyroid.('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) Since that time, scientists have determined that the mechanism through which NDMA causes cancer is through increasing DNA methylation which leads to DNA damage and cancer formation.(Kay et al. 2021)

In animals, NDMA is used as a carcinogen to test effects of anti-cancer products, or effects of co-carcinogens.(Wongsena et al. 2018; Thongchot et al. 2020; Kim et al. 2019)

NDMA activates ras oncogenes, and NDMA metabolism by CYP2E1 creates methyldiazonium, a known mutation inducer via methylation.(White 2020; Pottegård, Kristensen, et al. 2018; Tricker and Preussmann 1991) NDMA exposure causes promutagenic DNA adducts and DNA damage in animals.(Souliotis et al. 1995; Souliotis et al. 2002; Souliotis et al. 1998) If adducts persist through a cycle of DNA replication, point mutations at critical sites in DNA may result.(Adamson and Chabner 2020)

## Common Misconceptions in Interpretation of Epidemiologic Research

In recent decades, epidemiologic methods and results have been used by the medical and scientific community in general, and have been interpreted by the public, governments, and legal system to determine whether substances cause cancer. In doing so, however, some epidemiologic principles may be misunderstood or misinterpreted, causing confusion about study results and validity.(Rothman 2014) Some common misconceptions have arisen that pertain to epidemiologic studies of exposure to medications or other carcinogen exposures. Other misconceptions apply to interpretations in the field of epidemiology in general, including epidemiologic, statistical, bias, and error related concepts.(Rothman 2014)

*Larger epidemiologic studies are always better than smaller studies.*

Epidemiologic studies are designed to test hypotheses about exposure-disease relationships, with the goal of determining causality. Since some relationships could happen by chance, epidemiologists use statistical tools to aid in interpreting relationships. By designing large studies, with large numbers of persons with a disease and a comparable group without disease, the relationships seen are less likely to be due solely to chance. In cohort studies of rare diseases, very large numbers of healthy persons will need to enroll in the study in order to have large enough number of diseased persons. A large cohort with no diseased individuals obviously contributes no information about exposure-disease relationships. While a large study is considered a strength, there are many other considerations that affect the reliability of a study.  A large study that does a poor job of ascertaining exposure (including dose, frequency of use, and duration of use) to the agent of interest (e.g., ranitidine or NDMA, in this case), will not be more reliable than a smaller study that does a better job of ascertaining exposure.

In summary, the number of cases is the critical number for epidemiologic studies, not the size of the overall study. Other considerations, for example, how well the study ascertains exposures, outcomes, and potential biases must also be considered.

*Studies that include entire populations are more valid than smaller samples of the population.*

A study of any size is only as good as the data it includes. If a study of an entire population has all of the data elements needed to determine exposure-disease relationships, then it could be more valid than other studies. However, this is rarely the case. If a nation-wide study has not collected complete exposure and outcome data, or does not have sufficient data on covariates to control for potential confounding variables, its validity will not be greater than a smaller study that has been correctly designed.

*There is a hierarchy of epidemiologic studies that applies to determination of causality.*

The most valid epidemiologic studies are those that are designed and conducted to test specific hypotheses. For some scientific questions, one type of study may be more valid for others. For some questions, all types of studies may provide valid answers. The fact that there is no accepted hierarchy of epidemiologic studies is supported by the fact that there are several hierarchies proposed by different organizations and authors.

In particular, there have been claims that cohort studies are more valid than case-control studies, or the reverse. However, there are strengths to both of these types of studies. In general, case-control studies can and often do collect data on long-term exposures to a carcinogen. In cohort studies, on the other hand, exposures are often collected at one point of time, without a lifetime history. While cohort studies could update exposure data during follow-up, in the cohort studies of ranitidine and cancer risk, none have updated exposure after baseline. Cohort studies can collect data on occurrence of most types of cancer, assuming that the cohort has been followed long enough, with large enough numbers, and include individuals with increased risk such as middle-aged to older persons.

*Hospital-based case-control studies are better than population-based case-control studies.* Or, the reverse, "*population-based case-control studies are better than hospital-based case-control studies.*"

Both population-based and hospital-based case-control studies can provide important information about exposure-disease relationships. For some hypotheses, it will be important to determine relationships relevant to the whole population, and therefore population-based studies would be more

85

appropriate. For other hypotheses, hospital-based case-control studies may provide more valid information. In all cases, other considerations of study design and execution must be considered.

*"Statistical significance" should be used to rank epidemiologic studies, or discard studies as invalid or unreliable.*

This shows lack of understanding of what statistical testing, including p-values and confidence intervals, are and what they mean. In recent years, the American Statistical Association has provided leadership on the issue of statistical testing. The association provided a statement on statistical significance and p-values, stating that "a p-value is the probability under a specified statistical model that a statistical summary of the data (e.g., the sample mean difference between two compared groups) would be equal to or more extreme than its observed value."(Wasserstein, Schirm, and Lazar 2019) The statement provides several principles: 1) P-values can indicate how incompatible the data are with a specified statistical model; 2) P-values do not measure the probability that the studied hypothesis is true, or the probability that the data were produced by random chance alone; 3) Scientific conclusions and business or policy decisions should not be based only on whether a p-value passes a specific threshold; 4) Proper inference requires full reporting and transparency; 5) A p-value, or statistical significance, does not measure the size of an effect or the importance of a result; and 6) By itself, a p-value does not provide a good measure of evidence regarding a model or hypothesis.(Wasserstein and Lazar 2016)

The equations used to determine the p-value are the same as those used to calculate confidence intervals, and therefore the issues of one are similar to both.

Both confidence intervals and p-values depend largely on the size of the population studied. Therefore, while the information from statistical tests should be considered when assessing the weight to be given to the study results,  it is not appropriate to dismiss relative risks that show increased risk from an exposure, based on a confidence interval that includes 1.0 or a p-value greater than 0.05.(Amrhein, Greenland, and McShane 2019). It is also a misconception to describe studies as "inconsistent" if some have relative risks with confidence intervals that include 1.0 or p-values greater than 0.05, while others do not.(Rothman and Greenland 2005) The consistency of studies, rather, is a reflection of associations between exposure and disease seen across studies, depicted by epidemiologic measures such as relative risk, odds ratio, or hazard ratio.

It is critically important to note that the measures of statistical significance do not change the measures of association. A relative risk of 1.3 shows a 30% increased risk regardless of what p-value is calculated for it, and regardless of what confidence intervals are calculated. The American Statistical Association and individual statisticians recently called for abandoning the term "statistically significant," because there is no bright line for a statistical test that rules in or out the presence of association between exposure and disease (Wasserstein, Schirm, and Lazar 2019; Amrhein, Greenland, and McShane 2019)

In terms of causal inference, statistical testing results should be considered just to examine how well the data fit a model. The results of statistical testing (confidence intervals, p-values) should never be used to determine a causal effect, nor should they be used to discard or include studies in the totality of evidence.

*There is a defined relative risk required for causality. (For example, a relative risk of 2.0, or doubling of risk) required for a risk factor to be considered a cause of a disease.)*

There is no defined relative risk required for establishing causality in epidemiology. There are several examples of exposures that have been accepted as causing a disease with lower relative risks than 2.0, as described in detail below under Causal Inference in Epidemiology, such as intermittent sun exposure and melanoma, air pollution and heart disease, and hormone replacement therapy and breast cancer. This level of increased relative risk has resulted in FDA warnings and guidance from major medical groups.(Rajagopalan et al. 2020) (Stephenson 2003). Furthermore, many clinical trials are designed to test treatments with lower effect sizes, with subsequent acceptance for clinical use. For example, the National Institutes of Health Diabetes Prevention Program trial tested the effect of metformin on reducing risk of diabetes in individuals at high risk for the disease. Compared with placebo, metformin reduced incidence of diabetes by 31% after a mean 2.8 years follow-up.('Reduction in the incidence of type 2 diabetes with lifestyle intervention or Metformin. Diabetes Prevention Program Research Group' 2002) This level of relative risk led to the American Diabetes Association recommendation for metformin for diabetes prevention. (Aroda and Ratner 2018)

Another example of established human carcinogens with relative risks less than 2.0 is that of hormone replacement therapy. In cohort studies, the relative risk for current estrogen plus progesterone

hormone therapy users is approximately 1.6 for women currently using hormone therapy, and for those using less than 5 years.(Cancer 2019; Prentice et al. 2008; Reeves et al. 2006) In the Women's Health Initiative clinical trial, use of estrogen plus progesterone over a mean 5.2 years follow-up yielded a relative risk of 1.26 compared with women assigned to placebo.(Writing Group for the Women's Health Initiative 2002) This level of risk—seen in both a randomized trial and in observational studies, prompted an FDA warning label. (Stephenson 2003)

A question could be raised about why carcinogens, like tobacco smoking, could have relative risks associated with cancer risk in the order of 8.0 or more, while some carcinogens incur lower relative risks with cancer such as with ranitidine use and NDMA intake. A critical reason for this difference is dose. Given the addictive properties of nicotine, smokers often smoke one or two packs of cigarettes per day for decades, which gives continuous high doses of carcinogens. In contrast, the second-hand smoke in never-smokers, which results in the same carcinogen type of exposure but at a much lower dose, results in relative risks of the order of 1.2.(Kim, Ko, Kwon, et al. 2018) This evidence has resulted in U.S. governmental agencies stating that secondhand smoke causes lung cancer, including the CDC (https://www.cdc.gov/tobacco/data_statistics/fact_sheets/secondhand_smoke/health_effects/index.ht m) and the U.S. Surgeon General (Office on and Health 2006). Relevant to this issue, when dose of NDMA exposure is specifically measured, as in occupational studies and dietary studies, dose-response relationships are seen, with relative risks often greater than 2.0 in individuals exposed to higher doses of NDMA.

*All known risk factors must be adjusted for in a study's analyses in order to produce reliable relative risks.*

This is not correct. Adjustment for confounders should be performed only for those variables that are actually confounders in that specific dataset. Epidemiologists have different methods of determining whether a variable could be a confounder. If it is not a confounder, the analysis should not adjust for it, because adjusting for a non-confounding variable leads to over-adjustment which lowers study power to detect statistically significant associations.(Schisterman, Cole, and Platt 2009)

*In a cohort study, more people followed for a short period of time is as valid in determining risk of cancer as a smaller group of people followed for a longer time period.*

88

The most important number in epidemiologic studies is the number of properly ascertained and validated cases. However, case numbers being equal, following a very large cohort for a short period of time is not the same as following a smaller cohort longer-term. If an exposure occurred at study entry, and study participants are followed for less than 20 years, there may be insufficient number of years' follow-up for cancers to develop sufficiently to be diagnosed.

*Proven biological mechanisms must be identified in order to determine whether a risk factor causes a specific type of cancer.*

In determining causality, it is important to consider the biological mechanisms that can link an exposure with a disease. However, knowing the exact biological mechanism is not a required aspect of causation analysis and the mechanism of causation for many exposure-disease relationships are unknown or not known completely. Similarly, medication labeling for many medications approved by the FDA to treat medical conditions state that the mechanism of action for how the drug is effective to treat the condition for which it prescribed is unknown. The Bradford Hill list of items to consider in causation analysis specifically states that while knowing the biological mechanism is helpful, it is not always possible to know, and is not necessary for deciding that an exposure causes cancer in humans.(Hill 1965)

*Government, inter-government, academic, and nonprofit agencies regularly update data on effects of carcinogens on cancer risk in humans.*

These types of organizations and agencies do not regularly update most information on carcinogens. Even the World Health Organization's cancer branch (International Agency for Cancer Research – IARC), which is a world leader on assessing carcinogens, does not regularly update evidence for individual carcinogens.(Pearce et al. 2015) If they update the scientific evidence on a carcinogen, it may be decades after the last scientific report. Many nonprofit organizations write statements on cancer-causing agents, either by their own staff, or by an expert committee, but do so without the IARC type of systematic review. The U.S. government has several institutes and agencies that can study and produce reports on carcinogens (e.g., National Toxicology Program (NTP), National Institutes of Health, National Cancer Institute, National Institute of Environmental Health Sciences, Environmental Protection Agency, Food and Drug Administration). (https://ntp.niehs.nih.gov/whatwestudy/assessments/cancer/roc/index.html)

(https://www.cancer.gov/about-cancer/causes-prevention/risk/substances/carcinogens)
(https://www.epa.gov/sites/default/files/2017-10/documents/ndma_fact_sheet_update_9-15-17_508.pdf) (accessed 11/13/21) These institutes, agencies, and cancer organizations work in different ways, and their websites and reports do not always report the same findings. However, the following agencies do list NDMA as a carcinogen: IARC (2A, probably carcinogenic to humans)('Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42'   1987); FDA (https://www.fda.gov/news-events/press-announcements/statement-alerting-patients-and-health-care-professionals-ndma-found-samples-ranitidine) (accessed 11/13/21); National Toxicology Program [N-Nitrosodimethylamine is reasonably anticipated to be a human carcinogen. (https://ntp.niehs.nih.gov/ntp/roc/content/listed_substances_508.pdf) (accessed 11/13/21)]; World Health Organization (https://www.who.int/ipcs/publications/cicad/en/cicad38.pdf) (accessed 11/13/21); the American Cancer Society (https://www.cancer.org/cancer/cancer-causes/general-info/known-and-probable-human-carcinogens.html) (accessed 11/13/21).

## Causal Inference in Epidemiology

The ultimate goal of epidemiologic research is to determine likely causes of disease, in order to determine who is at risk for that disease and how to prevent the disease in individuals and populations. Assessing causal relationships between an exposure and a disease is a matter of judgment. Sometimes there is widespread agreement on causal relationships; sometimes there are differences of opinions. The causal inference judgment should be based on applying a reliable methodology.

Much of epidemiologic observational research in cancer focuses on determining the *associations* between an exposure and an outcome. In other words, in a sample of individuals, are the number of persons exposed to an agent more likely to develop a cancer than those who are not exposed? There are several related questions. For example, will the persons who are exposed to a higher dose have an even greater risk than persons with little exposure? Will those exposed for a longer period of time have greater risk than those exposed for only a short time? Epidemiologists follow guidelines and logic in determining likelihood of an exposure causing cancer.(Rothman and Greenland 2005) In addition to epidemiologic data, epidemiologists also consider plausible biological mechanisms to explain observed associations. The weight of evidence depends on assessing the validity of the data based on the considerations discussed above (biases and likely implication of biases on over or understating the risk estimate, role of chance, sample size, statistical tests, etc., as well as the clinical and biological evidence, if available, to explain these associations. Considerations of evidence of dose-response is also an important part of assessing causal relationships.

In epidemiology, and therefore in this report, a positive association means that the exposure in question increases risk for a disease or outcome. A negative association refers to an exposure decreasing risk for the outcome.

In 1965, English epidemiologist Sir Austin Bradford Hill attempted to describe several aspects of the causal relationship in a speech to the Royal Society of Medicine's newly-established Section of Occupational Medicine.(Hill 1965) In assessing causal relationships, applying what Hill called "viewpoints" is helpful.  As Bradford Hill explained, his list is not a checklist of factors to be counted:

91

"What I do not believe—and this has been suggested—is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*." Epidemiologists perform causal analyses when they want to answer specific questions on whether an exposure causes cancer. There is no pre-defined set of studies or set of data that is universally accepted as required before a causal analysis is performed. Indeed, scientific groups look at totality of evidence, whatever that is, to determine: 1) if evidence is sufficient to support a given conclusion; 2) and what that conclusion consists of.

These aspects of a causal relationship are the strength of the association, consistency across populations, specificity, temporality, biologic gradient (dose-response), plausibility, coherence, experiment, and analogy, as described in detail below.

***Strength of the association.*** If the risk of developing cancer is several times higher in persons exposed to a toxic agent, that increases the likelihood of causality. It is not a necessary condition for establishing causality and providing recommendations for avoiding a potential cancer-causing agent, however. Indeed, several carcinogens raise risk of cancer less than doubling of risk, but can clearly be established as causing cancer. Furthermore, those with a high prevalence of exposure can have major public health effects even with less than doubling of risk. It is important to note that the U.S. FDA does not require doubling of effect from a medical intervention to establish benefit. Other exposures may be highly prevalent to certain groups such as factory workers; such exposures need to be minimized to meet government regulations for worker safety. Several examples follow:

Alcohol and risk for postmenopausal breast cancer: Risk for postmenopausal breast cancer increases by approximately 10% (a relative risk of 1.1) for each 10 gram/day intake of alcohol (the amount in a four-ounce glass of wine).(Thompson et al. 2018) Women are advised to avoid alcohol or minimize alcohol intake to no more than one alcoholic drink per day to reduce risk for this cancer.(Thompson et al. 2018) As Bradford Hill pointed out in his address: "We must not be too ready to dismiss a cause-and-effect hypothesis merely on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so."(Hill 1965)

Air pollution and risk for cardiovascular disease: A 2013 meta- analysis found that for each 10 μg/m3 rise in $PM_{2.5}$, the air pollution caused by motor vehicles, yields an 15% increase in risk of cardiovascular disease (similar to a relative risk of 1.15).  Given the widespread prevalence of exposure to ambient pollution, even modest contributions to cardiovascular disease risk can have a substantial effect on population health. (Cosselman, Navas-Acien, and Kaufman 2015)

Outdoor particulate matter air pollution and lung cancer: A 2014 meta-analysis including 18 studies showed a relative risk of 1.09 (95% CI 1.04-1.14) per 10-$\mu g/m^3$ of exposure to particulate matter ($PM_{2.5}$).(Hamra et al. 2014) This is highly significant, because 10-$\mu g/m^3$ of exposure to $PM_{2.5}$ is the lowest recommended limit set by IARC for minimizing health effects of air pollution.

Benzene at work and risk of leukemia: In 2010, a meta-analysis of 15 epidemiologic studies found that worksite benzene exposure increased risk of any leukemia by 40% (relative risk 1.40, 95% CI 1.23-1.57).(Khalade et al. 2010)

Estrogen-progestin menopausal hormone therapy and breast cancer risk: The Women's Health Initiative clinical trial showed that this type of hormone therapy increases risk of breast cancer by 26% after an average 5 years of use. That level of risk was sufficient for clinical interest groups and governmental agencies to advise women to use hormone therapy for limited periods of time, if at all, because of risk for breast cancer and other adverse events with similar levels of increased risk (29% increase in coronary heart disease, and 41% increase in stroke).(Rossouw et al. 2002) A meta-analysis of clinical trials and observational studies in 2018 found that use of this therapy increased risk of breast cancer by 59% (relative risk 1.59, 95% CI 1.40-1.81).(Kim, Ko, Lee, et al. 2018) These results led to FDA-required label warnings on estrogen and progesterone therapy preparations(Stephenson 2003), and to clinical warnings against use of estrogen plus progesterone for prevention of chronic conditions.(Grossman et al. 2017)

Trichloroethylene and risk of kidney cancer: In 2012, a meta-analysis was published showing that occupational exposure to trichloroethylene was associated with an approximately 30% increased risk for kidney cancer (relative risk 1.32, 95% CI 1.17-1.50).(Karami et al. 2012)

Intermittent intense sun exposure and risk of melanoma: A 2005 meta-analysis included data from 57 epidemiologic studies with 38,671 cases of melanoma, and found a relative risk of 1.61 (95% CI 1.31-1.99) for intermittent intense sun exposure.(Gandini et al. 2005)

Prevention of skin cancer with use of sunscreen has also been observed, with similar effect sizes. In a 4.5-year trial with an additional 8-years follow-up, individuals randomly assigned to daily sunscreen use had almost a 40% reduced risk of squamous cell carcinoma (rate ratio, 0.62; 95% confidence interval, 0.38-0.99).(van der Pols et al. 2006) To compare with the relative risks for adverse exposure, one would look at the inverse of the risk ratio, i.e., 1.6.

***Consistency of the association.*** A consistent association would be observed in various populations, places, circumstances, and times. Has the association been found in different countries, in persons from various race/ethnic groups, and of different ages? This is also not a requirement, as there could be occasions when an exposure only increases risk for specific categories of individuals. An example, again from the breast cancer field, is that obesity increases risk for breast cancer occurring after menopause but decreases it for women who have not yet undergone menopause. Epidemiologic studies on ranitidine and cancer risk have included individuals from the U.S., Asia, and Europe primarily. Similarly, studies on other sources of NDMA (diet, water) and cancer risk have also come from the U.S., Asia, and Europe.

It is a misconception to describe studies as "inconsistent" if some have relative risks with confidence intervals that include 1.0 or p-values greater than 0.05, while others do not.(Rothman and Greenland 2005) The consistency of studies, rather, is a reflection of associations between exposure and disease seen across studies, depicted by epidemiologic measures such as relative risk, odds ratio, or hazard ratio.

***Specificity of the association:*** This suggests that if an exposure causes only one type of disease, that its causal link to that disease is strengthened. However, Bradford Hill recognized the limits of this aspect. One noxious agent, such as tobacco smoke, is an accepted cause of multiple cancers as well as cardiovascular disease. Similarly, one disease can have multiple causes. For example, lung cancer risk is increased with exposure to radon and asbestos, even in persons who do not smoke. In support of this,

94

Bradford Hill stated, "One-to-one relationships are not frequent. Indeed I believe that multi-causation is generally more likely than single causation..."(Hill 1965)

**Temporality:** The time course between exposure and disease occurrence is an important consideration. Bradford Hill was referring to the need to document that the exposure came before the disease, rather than something about the disease causing a person to come into contact with the exposure. Epidemiologic researchers handle this issue by ascertaining the dates of exposure to a carcinogen and dates of cancer diagnoses. Many studies go a step further and discount cancer cases that occur within one or two years of initiating ranitidine use (or, similarly within one or two years of dietary NDMA assessment).

**Biologic gradient:** This refers to the dose-response curve or the shape of the association between exposure and risk as the amount of exposure changes. If risk for a disease increases with increasing amount of exposure, the likelihood of a causal relationship is often increased. The exposure can be classified by total duration of exposure, by usual amount of exposure, or by a combination of these two. However, there are numerous carcinogens for which there is no safe dose.

**Plausibility:** The association is strengthened if it is biologically plausible. However, Bradford Hill recognized that "What is biologically plausible depends upon the biological knowledge of the day." It is important to note that biologic plausibility does not require proof of mechanism.

**Coherence:** The cause-and-effect interpretation of the data should not significantly conflict with the known facts about the natural history and biology of the disease. Therefore, for example, the concurrent rise in tobacco smoking rates and rise in lung cancer incidence in the 20th century in the U.S., as well as the more recent concurrent decrease in smoking rates and decrease in lung cancer occurrence, strengthen the association between smoking and lung cancer as causal.

**Experiment:** The evidence from randomized controlled trials can provide strong support to observational evidence. However, in many situations, randomized controlled trials are not feasible. In the case of ranitidine or NDMA and cancer risk, a trial would have to be very large, involving 50,000 women or more, followed for decades, to determine effects of these exposures on risk for ovarian cancer. This is because cancer is a rare disease and typically takes many years to develop to be clinically

diagnosable. In addition, because the effects of exposure to ranitidine or other sources of NDMA could be harmful, it would be unethical to conduct a trial of this type.

***Analogy:*** Bradford Hill states that in some circumstances it would be fair to judge by analogy. Therefore, since some toxic agents such as thalidomide or rubella have been shown to cause birth defects, other drugs or viral exposures may be recognizable as possibly leading to harmful effects to a fetus. Other medications have been found to affect risk of cancer.(Pottegård, Friis, et al. 2018) However, this aspect of Bradford-Hill causality is the weakest, and even described by Bradford-Hill as "In some circumstances it would be fair to judge by analogy."(Hill 1965)

## Methods Used for this Report

In performing this evidence review and for purposes of my opinions, I first conducted a review of the relevant literature on the epidemiology of ranitidine, other NDMA exposure, and cancer risk, using the same process I use for systematic review articles I write for my academic work.(Chan et al. 2014; 2018) I triaged articles by title, then by abstract, and finally by complete paper. As I read the epidemiologic literature, I considered the "Bradford Hill" aspects of causal inference(Hill 1965), as well as causal inference as defined by Rothman(Rothman and Greenland 2005), and weighed the evidence.   To evaluate aspects of Bradford-Hill, I considered the number of studies, quality of studies, size of studies, potential biases, completeness of ranitidine and NDMA exposure assessment, relative risks, variables available for dose-response, statistical tests (confidence intervals, p-values), adjustment for potential confounding variables, consistency of magnitude of relative risk across studies and populations.

The detailed steps I took were as follows. I conducted systematic searches through the PubMed database to identify studies on ranitidine and cancer risk, studies on dietary sources of NDMA and cancer risk, occupational exposures to NDMA, nitrate, and nitrite and cancer risk, and dietary and water sources of nitrate, nitrite, and nitrosamines and cancer risk. I updated these searches regularly while finalizing my report. I also looked for additional epidemiological studies referenced in individual studies. I extracted key data from individual studies and imported them into a data table. These items included study year, type (case-control, cohort, meta-analysis), population source, relative risk and confidence intervals (p-values as relevant), confounding variables adjusted, and dose-response effects if assessed. If more than one relative risk was presented, I chose the most-adjusted relative risk to present, unless

there were significant apparent errors in the adjusted estimates. If there were no adjusted relative risks to present, but data were available in the paper, I calculated and presented crude relative risks. I determined the quality of studies, and whether they used sound epidemiologic and pharmacoepidemiologic principles. I examined whether dose-response relationships were evaluated, and assessed dose-response data if presented. In doing this, I did not rely solely on a p-value, but rather visually inspected levels of relative risk by levels of exposure to ranitidine or other sources of NDMA, depending on the particular study. I considered issues of bias, confounding and other sources of error in the various studies. I read and evaluated review articles and reports from government agencies, cancer societies, and cancer organizations. I searched for and reviewed reviews of studies on biological mechanisms. This included animal studies, cell biology studies, and human experimental studies. Finally I considered all aspects of the epidemiologic estimates of association, and determined causal inference.

My search identified studies with reported results that both support and do not support my eventual opinion on whether exposure to ranitidine and other sources of NDMA can cause cancer. Each of these studies required a careful assessment of the strengths and limitations, a qualitative and quantitative evaluation of the study, and evaluation of that study in the context of the totality of research on ranitidine, NDMA, and cancer risk.

## Systematic Search

I searched in the PubMed database for research studies published in peer-reviewed, PubMed indexed journals, using the following search terms in three searches: 1) ("ranitidine" AND "cancer"; 2) ("nitrate" or "nitrate") AND "cancer"; 3) ("NDMA" OR "N-Nitroso-dimethylamine") AND "cancer". As a check for alternate nomenclature, I conducted two additional searches: 1) "ranitidine" AND "carcinoma"; 2) ("NDMA" OR "N-Nitroso-dimethylamine") AND "carcinoma". Neither of these latter two searches added to the first three.

The search produced relevant reports of epidemiologic studies, which included reports of original epidemiologic studies that tested the association between use of ranitidine or dietary exposure to NDMA or occupational exposure to NDMA, and risk of cancer.  Also included were meta-analyses which pooled statistical data from several reports.

## Data Extraction

For all of the reviewed studies, I performed data extraction using a standardized data extraction table (see Table 7) at the end of this report. I recorded information on the publication year, study design, number of cases, number of controls (for case-control studies), total sample size (for cohort studies), population type, country, risk estimates, confidence intervals, potential confounding variables adjusted for, and the type of cancer. I also indicated whether dose-response relationships were assessed, method used, and results.

## Descriptions of Studies

In this report, I provide descriptions of the study methods and main study results including risk estimates (odds ratio, relative risk, or hazard ratio). Most studies included control for some confounders and presented the risk estimates with adjustment for the confounders. I present below the results from adjustment with the greatest number of variables.

## Causal Inference Methods

I also followed the methodology discussed in the section Causal Inference in Epidemiology, and I weighed the evidence from all sources based on the considerations affecting the interpretation of observational studies discussed above.

## Epidemiologic Evidence on the Association between Ranitidine Use and Cancer Risk

Earlier epidemiologic studies on the association between ranitidine use and cancer risk have included several types of prospective cohort studies and case-control studies. The cohort studies have included traditional designs, in which individuals were asked about ranitidine use at study entry, and then followed over time to determine occurrence of cancer in ranitidine users and non-users. Because cancer occurrence in any one year is rare, these types of studies typically follow participants for decades in order to accrue enough cases to determine associations. A more recent type of cohort study has employed electronic health records and pharmaceutical databases, and cross-linked individuals' ranitidine use with the occurrence of cancer. The ranitidine studies of this type followed participants for less than 10 years, and as a result, the number of cancer cases accruing was small. A detailed description of each epidemiologic study of ranitidine and cancer risk is included in this section. Later, these studies are again reviewed for individual cancer sites.

The carcinogen contained within ranitidine (and produced by ranitidine in storage and in the human body once ingested) is NDMA. NDMA has also been measured in other settings and has been associated with cancer risk, such as in particular occupations (e.g., rubber workers) and in dietary intake. Therefore, the human evidence on the associations between NDMA exposure from diet and occupation with cancer risk is informative for examining ranitidine and cancer risk. It is therefore included in this systematic review, causal analysis, and report.

Precursors of NDMA, namely nitrites and nitrates, that can degrade and metabolize into NDMA, have also been correlated with risk for various cancers. Therefore, in this review I also included a systematic review of dietary and water exposure to nitrites, nitrates, and nitrosamines in general, in relation to risk for cancer. However, neither nitrate nor nitrite levels correlate perfectly with NDMA levels, because some foods with high nitrate levels (e.g., some vegetables) are low in NDMA. Many processed meats, high in nitrites, are also high in NDMA, but the amount of NDMA varies by product.

In my searching, I included all cancer types. After conducting a systematic review, the following cancer types have sufficient epidemiologic and biologic evidence (Table 3) to conduct a causal analysis linking

99

ranitidine and/or NDMA with cancer risk: bladder, esophagus, liver, pancreas, and stomach. Other cancers for which I conducted a systematic review of epidemiologic evidence linking ranitidine and/or NDMA include: brain, breast, colon/rectum, kidney, larynx, leukemia, lung, lymphoma, multiple myeloma, non-Hodgkin's lymphoma, oral cavity, ovary, pharynx, prostate, thyroid, uterus.

Table 3: Evidence available for ranitidine and other sources of NDMA and risk of cancer

| Cancer Type | Published Epidemiological Studies of NDMA Exposure & Cancer | | | |
|---|---|---|---|---|
| | Ranitidine | Rubber Workers or other Occupational NDMA | Diet NDMA | Diet Nitrite/Nitrate/Nitrosamines |
| Bladder | X | X | X | X |
| Esophagus | X | X | X | X |
| Liver | X | X | X | X |
| Pancreas | X | X | X | X |
| Stomach (gastric) | X | X | X | X |

# Evaluation of Observational Studies to Determine Risk of Developing Cancer from Use of Ranitidine

There are several key elements I looked at in reviewing the epidemiologic studies on the association between ranitidine use and risk for cancer, and between other NDMA exposures and risk for cancer.

## Defined Study Questions

The first consideration is to evaluate whether the study defined relevant questions. For example, a set of questions addressing bladder cancer could be: 1) What is the association between taking a 150 mg pill of ranitidine daily and risk for developing cancer of the bladder?; 2) Does risk change as the total amount of ranitidine taken changes? That is, is there a dose-response relationship such that cancer risk increases as ranitidine exposure increases?; 3) Does ranitidine affect the risk of different histologic types of a specific cancer? These questions should drive the study design to: 1) ensure accurate and long-term measurement of drug use; 2) identify all cases of bladder cancer that occur within a defined period of time that includes many years of ranitidine use in a substantial number of users and that allows enough follow-up time for cancers to develop; 3) collect accurate dose, frequency, and duration of use of ranitidine, so that dose-response relationships can be assessed.

## Defined population studied

The study population refers to both the population from which all study participants will be drawn, as well as to the cancers that develop in that population. If the goal is to study one rare cancer, even a large cohort followed for decades may not produce enough cases of that cancer. Instead, a case-control study may be used, which would allow larger numbers of cases to be identified through various sources, such as registries or hospitals, increasing the power of the study to identify a statistically significant effect, where an effect in fact exists.

If the goal is to study multiple cancer types, the cohort design likely is a preferable choice, as long as the study includes large enough numbers of at-risk individuals followed long enough for sufficient numbers of specific cancers to develop. Since cancer rates rise with age, an effective cohort study will enroll

101

individuals in their middle- to later- years so that enough numbers of cancer cases develop in order to test hypotheses. Further decisions must be made about the study population, such as whether it will be representative of the general population, or a specific subset, and how study participants or patients will be selected and enrolled.

The sample sizes needed to maximize the chance of identifying clinically relevant relative risks (or similar risk estimates) must be determined. For cohort studies, the length of time needed to follow study participants to allow time for cancers to develop and be diagnosed needs to be defined. The sample size calculations will be a function of numbers of people enrolled, the expected numbers of cancers that will develop over a given number of years, and the expected levels of relative risks. For case-control studies, the sample size calculations will be for numbers of cases and controls needed to identify given levels of relative risk.

Both cohort and case-control designs are effective for these types of pharmacoepidemiologic studies. However, if medication use is only measured through patient self-report, there is the theoretical risk of recall bias if cases recall use of ranitidine more than do controls. Among the published studies on ranitidine use and cancer risk, however, almost all were cohort studies, or were nested case-control studies from cohorts with linkages to pharmacy databases and therefore not at risk of recall bias, (Hsu et al. 2013; Cardwell et al. 2021; McDowell et al. 2021a), or the cases and controls were asked about a long list of medications and were blind to study hypotheses.(Coogan et al. 2005)

Of particular relevance to the studies on ranitidine and cancer risk is when investigators eliminate cases from analyses. This occurred in several studies that I reviewed, and the results can bias study results either toward or away from the null value. Reduction in cases also reduces study precision, widening confidence intervals, making the likelihood greater that confidence intervals include 1.0, and increasing p-values. Thus, even if the investigators calculated the necessary sample sizes before launching their study, eliminating cases will negate the applicability of those calculations. Furthermore, by eliminating a large proportion of cases from analyses, the reported sample size in the abstract and results are erroneous if they do not report the actual numbers used in the study.

There were several reasons that studies eliminated cases. One reason is because ranitidine or comparator drug users stopped using that drug or switched to another medication. If this switching reflected drug use to a greater degree in ranitidine users than in other users, the relative risk can be

biased in either direction. Second, some studies eliminated patients who have used more than one acid-suppressing drug. Since this "switching" happens more to PPI users. Patients start on H2 blockers and those with continued symptoms or non-healing (such as ulcer) are switched to a PPI. Furthermore, in some studies, ranitidine users were more likely than other H2 blocker users to be switched to a PPI.(Kumar, Goldberg, and Kaplan 2021) In a study in UK primary care practices, one-third of H2 blocker users discontinued use because of a switch to a PPI.(Abrahami et al. 2020) This differential misclassification of exposure can bias the relative risk either toward or away from the null value. Third, some studies eliminated cases, sometimes the majority of cases,(Adami et al. 2021) as part of the "trimming" that occurs with propensity score matching. While they also removed some non-cases, it's the number of cases that is most crucial to having adequate sample size.

## Exposure measurement methods

The measurement of medication exposure involves several steps. For prescribed medicine, a physician (or other licensed professional) must write a prescription indicating dose, frequency, and duration of use. That prescription is then submitted to a pharmacy and filled. The patient must receive the prescription. In the U.S. and some other countries, these steps assume that the patient is able and willing to fill the prescription, has the necessary insurance or funds to pay for the medication, and takes the medication as instructed.

The patient decides on an ongoing basis whether to keep taking the drug, based on his or her perceptions of benefit, any side effects attributed to the drug, worries about adverse effects, and continued funds to pay for the drug. For medications that do not require a prescription, e.g., over-the-counter medications, the fact of use and other needed data including dose, frequency, and duration, will require obtaining information directly from patients.

Important data items for assessing medication exposure include dose, frequency of use, and length of time used. These items are critical for determining the dose-response effects, to answer the question of whether the effect of this medication differs with different amounts of exposure. Since patients may have taken ranitidine for years or decades, this requires a detailed long-term history of exposure. Basic information, including drug name and dose, may be part of a prescription database or an electronic health record. Therefore, an informative study's method for measuring medication exposure would include data on names and doses of prescriptions, patient compliance with instructions on how many

pills to take each day, and patient reports on use of over-the-counter medications. To the extent that study participants switch from one medication to another (e.g. from ranitidine to a PPI or other H2 blocker, or from a prescription to over-the-counter medication) this information should be ascertained. Since patients may stop and re-start medications, a full history of use would include stop and start dates, as well. While a lifetime of exposure to a carcinogen such as the NDMA in ranitidine is not needed for initiating or promoting cancer development, lack of information on lifetime use is a type of misclassification of exposure. If that misclassification is in both cases and noncases (as is the case in cohort studies like the pharmacy databases), it is a type of nondifferential misclassification and will bias the relative risk toward the null value.

It is important to identify the reason the patient was prescribed ranitidine (and comparator drugs). This reason is referred to as an "indication" for use. The indication can be for symptoms, set of symptoms, or diagnosed disease. If patients prescribed ranitidine have certain underlying diagnoses or symptoms that differ from comparator drug users, and those are not adjusted for, confounding bias could result from any of diagnoses, general health, insurance status, socioeconomic status, and other risk factors for cancer. Similarly, if a comparator group using a different medication is used, differences between the patient groups could be significant and introduce uncontrollable confounding.

Validation of study data should be included, i.e., testing the validity of pharmaceutical records in terms of medication name, dose, duration of use, and whether the prescription was actually filled. Validation of study data is a standard technique in epidemiology; I have pointed out the studies that reference validation studies for the studies' data sources.

Outcomes measurement

There are over 100 cancer types, and of those, several have subtypes based on histology (cell type). Informative ranitidine studies define the cancers that will be studied. In determining cancer risk, only incident (new) primary cancers should be included as endpoints, although for some patients with fatal disease, the first identification of a new cancer diagnosis may through a death record. For some studies, cancer deaths may be used as endpoints, which can be reasonable proxies for fatal cancers but would underestimate incidence of nonfatal cancers as I discuss in the Occupational studies sections below. Other key data include diagnosis date, and cancer site, histology, and stage. If the goal is to look at a medication's effects on several cancer types, the study will need to be large enough to individually

investigate specific cancers of interest. For a medication that includes a known carcinogen like ranitidine and NDMA, it is reasonable to look at all cancer types but the study must be powered to look separately at individual cancers.

Validation of cancer identification should be performed (or previous validation cited) to determine that all cancers can be identified from the data source in the population and that cancers will be correctly classified as to cancer type. As explained for exposure measurement validation, validation of cancer sources is routine in epidemiology, with high standards imposed for certified cancer registries.(Tucker et al. 2019) Of great concern in pharmacoepidemiology studies is that studies show poor recording of cancer diagnoses in electronic health records, in some cases recording less than half of incident cancers in patient populations.(Hoopes et al. 2021; Thompson et al. 2020) As stated above, under-reporting of cancer cases seriously biases the relative risk toward the null value.

### Availability and Quality of Data on Covariates – Confounders and Effect Modifiers

Because observed associations in epidemiologic studies can be biased by confounding variables, the informative study will collect information on, and account for, potential confounding factors. Confounding factors are variables that are related to both exposure (ranitidine use) and outcomes (specific cancers) and can bias relative risks if not controlled for in analyses. Effect modifiers are variables that change relative risks between a risk factor and disease risk. For example, if women and men have different effects of ranitidine on cancer risk, sex would be an effect modifier of the relationship between ranitidine use and cancer risk.

Ranitidine use is indicated for gastrointestinal symptoms, and therefore factors that affect gastrointestinal symptoms and conditions such as smoking, alcohol use, obesity, and diet, should be considered because these are also risk factors for several cancers. Medical conditions such as *H. pylori* infection, hepatitis B or C infection, diabetes, and Barrett's esophagus, are risk factors for cancers of the stomach, liver, pancreas, and esophagus, respectively. These conditions could cause symptoms, leading patients to take ranitidine (or comparator drugs) and therefore, are candidates for confounding variables. These all underscore the importance of careful planning for studies looking at ranitidine and

risk for specific cancers, so that potential confounding variables and effect modifying variables can be measured at the beginning of the study and taken into account in the data analyses.

However, the informative study will adjust for confounders in a manner that does not over-adjust, because over-adjustment may distort the statistical tests such that confidence intervals widen, include 1.0, and p-values increase. In other words, a study should not be dismissed just because one potential confounding variable has not been included in statistical modelling. If a variable has been tested and shown to not be a confounder, it is actually erroneous to adjust for it.

## Sample Sizes

Sample size is an important consideration when evaluating a study. If a study has too few cases of cancer (or, less commonly, too few individuals without cancer for comparison), the chance of identifying clinically relevant and statistically significant relative risks (or similar risk estimates) will be decreased. For cohort studies, the length of time needed to follow study participants to allow time for cancers to develop and be diagnosed is important. The sample size calculations will be a function of numbers of people enrolled, the expected numbers of cancers that will develop over a given number of years, and the expected levels of relative risks. For case-control studies, the sample size calculations will be for numbers of cases and controls needed to identify given levels of relative risk, with expected prevalence of exposure as well as. However, it is critical to realize that a very large study with many cases cannot make up for missing data or inaccurately collected data.

## Study Conduct

How a study was conducted is an item for evaluation. Once a study has commenced, there are key components to optimize a study's reliability. For cohort studies, it is important to have as complete a follow-up as possible. If participants drop out of the study or are otherwise lost, it will reduce the chance of identifying cancers, will reduce study power, and likely cause biased study results. Confirming diagnoses of cancer with pathology reports is critical, because some medical records report a cancer site that turns out to be a metastasis from another site. For example, the liver is a common site of metastasis. A cancer classified as "liver" in an electronic medical record may have originated in another site. Long-term follow-up is important, in order to allow enough time between use of ranitidine and development of cancer, i.e., to allow for induction and latency periods for specific cancers.

Data Analyses and Interpretation

Evaluation of an epidemiologic study includes consideration of appropriateness and accuracy of data analyses. The investigators' first step is usually to analyze variables to characterize the study. Often, this will be done separately for exposed and unexposed individuals. This step serves also to identify potential confounding of effect modifying variables. The next step is to calculate crude (unadjusted) measures of association, (relative risk, hazard ratios, odds ratios, or other) then repeat the analyses data for confounders. Next, for exposures that may coincide with a cancer diagnosis, will be to conduct sensitivity analyses by excluding cancer cases that occurred in the 1-2 years after study enrollment to reduce reverse causation bias. Then, investigators will identify effect modifiers (such as age, sex, race/ethnicity). Finally, the researchers will analyze data by level of exposure to determine if there are dose-response relationships.

While many studies use multivariate logistic regression to adjust for confounding variables, some use a method called propensity scoring.(Stürmer et al. 2014) The latter is another way to adjust for confounding variables, but cannot make up for missing covariate data. Furthermore, the "trimming" that occurs with propensity score matching results in cases being discarded from analyses, which lowers the precision of relative risks and decreases study power to detect statistically significant associations.(King and Nielsen 2019)

As an aid to interpretation, statistical testing can inform about the likelihood of the relative risk falling within a certain range around the measured relative risk. There are three basic premises in interpreting study data and calculations: 1) the relative risk measured in the study is the best estimate of what the true relative risk would be; 2) there is no scientifically proven "bright line" above or below which a study should be discarded based on statistical testing.(Amrhein, Greenland, and McShane 2019); and 3) there is no level of relative risk below which an association is considered not meaningful or not indicative of causation.(Rothman and Greenland 2005)

The next evaluation will be to assess how the researchers interpreted study results, whether they are following epidemiologic principles (Rothman 2008), as well as guidelines by statisticians in interpreting statistical tests.(Amrhein, Greenland, and McShane 2019) Importantly, the scientists should have shown a clear understanding that the measure of association (e.g. relative risk) does not change based on a confidence interval or p-value, that there is no confidence interval or p-value that scientifically justifies

discarding results of a study, and that there is no level of relative risk other than 1.0 that indicates lack of association.

Finally, evaluation includes checking that when presenting and interpreting study results, the study investigators have disclosed all conflicts of interest and funding sources, identified and discussed the principal study strength and limitations, and identified likely biases toward and away from the null.

## Epidemiologic Studies of Ranitidine and Risk of Multiple Cancers

There have been several published studies on the relationship between ranitidine use and cancer risk that investigated several types of cancer from one pharmacy database or cohort study. These are described here, as well as within specific cancer sections below. Detailed statistical data, as well as dose-response and subgroup analyses, are provided in the specific cancer sections. Studies that only looked at one cancer type are included only in that individual cancer section.

Several of these studies compare risk of cancer in ranitidine users vs risk in users of other medications for gastro-intestinal conditions and symptoms, in particular other H2 blockers and proton pump inhibitors. The rationale that investigators give for this is to reduce indication bias. However, the studies varied in how they handled this methodology, and several concerning issues arise. First of all, for a medication to be a valid comparator, the indications for use of the comparator should be identical to the indications for use of the drug of interest (in this case, ranitidine). Furthermore, people using the comparator medication should be similar to ranitidine users, such that whether a patient was prescribed ranitidine versus the comparator should be random.

There is a high prevalence of cross-over of use in these medications. Starting in the 1980s-1990s, patients were often prescribed an H2 blocker because those were the available medications at the time. As the superior healing properties of proton pump inhibitors were reported,(Walan et al. 1989; Agrawal et al. 2000) patients were switched over to proton pump inhibitors.(Abrahami et al. 2020; Kumar, Goldberg, and Kaplan 2021) In several studies, individuals were excluded if they had used both ranitidine and a proton pump inhibitor, which introduces misclassification error and subsequent bias of relative risk to the null. Furthermore, individuals who were prescribed proton pump inhibitors may have had more serious underlying conditions, that could have confounded the relationship between ranitidine use and cancer risk. For example, in a cohort of veteran patients diagnosed with H. pylori infection, 48,908 of 69,157 (71%) originally prescribed ranitidine were later prescribed a proton pump inhibitor.(Kumar, Goldberg, and Kaplan 2021)

Table 4 below summarizes these studies that looked at ranitidine exposure and risk for cancer, including the source(s) of study data, the years during which ranitidine use was recorded, comparator group used,

whether over-the-counter ranitidine was available at the time of data collection and whether the study included such data, length of follow-up time, and whether long-term ranitidine use was ascertained.

## Cohort Studies, including Nested Case-control Studies, of Ranitidine and Several Cancers

The following studies assessed the relationships between ranitidine use and risk for more than one cancer. In some cases, all of the cancer types were included in one publication; in other cases, cancer outcomes were spread over two or more publications. Because the source data items were the same across cancers, I have described the study's methods, results (briefly), strengths, and weaknesses in this section. As is typical with published papers, the authors address in summary form the limitations of their study methods.  I have considered all the stated limitations, however, published studies have word limitations and it is often necessary to evaluate strengths and weaknesses from secondary sources to assure the review is as complete as possible. Some datasets have detailed information in the types of data collected and how it is collected and maintained. Some data sets are described in more detail in other studies. Sometimes it is important to compare two studies from the same dataset to see how the data is applied. When I have done this, it is expressed in my review of the individual studies below. In addition, sometimes study authors express broad subjective opinions on the significance of the results from the individual study. I have reviewed and considered the authors conclusions in each study. The basis of my opinions is a comprehensive review, a weighting of each study based on methods, data and limitations and applying epidemiological principles and Bradford Hill criteria to all of the data and results of the relevant studies. More details on particular cancers, especially the five cancers of focus in this report (bladder, esophagus, liver, pancreas, and stomach), are provided in the cancer-specific sections.

### UK Biobank Cohort Study

An analysis of data from the UK Biobank of over 459,204 individuals aged 38-73 years was conducted to determine the associations between ranitidine use and cancer risk.(Kantor et al. 2020) The UK Biobank is a publicly available dataset of a cohort study of UK men and women that collects information on health factors, lifestyle, linked health records and linked disease registries. Blood is also collected for analyte measures.

At cohort entry (2006-2010), regular ranitidine use (yes/no) for the previous 4 weeks was determined as part of a self-administered questionnaire. Only 1.9% of the cohort reporting ranitidine use. Use of omeprazole was also ascertained, and used as a comparator. Participants were followed through 2015 for a diagnosis of cancer, death, or loss to follow-up. The cancer outcomes included overall cancer, and colorectal, lung, breast, prostate, liver, kidney, bladder, and ovarian cancers.

A total of 26,230 cases of cancer occurred over 5-9 years of follow-up (median 6.7 years' follow-up). Numbers of specific cancer cases were: colorectum (2728), lung (1833), breast (5099), prostate (5164), liver (262), kidney (700), bladder (554), and ovary (483). Multivariate adjusted relative risks comparing ranitidine use to non-use were: overall, 1.01; bladder, 1.22; liver, 1.91; colorectal, 1.12; lung, 0.96; breast 1.04; prostate, 1.01; kidney, 0.53; ovary, 1.11. No dose-response analysis was included.

The strengths of this study were several. The UK Biobank is well-characterized and well-published including studies on cancer risk factors (https://www.ukbiobank.ac.uk/enable-your-research/publications?page=14&terms=cancer#articles) (referenced 11/5/21). Cancer cases were ascertained through registry linkages (although the investigators do not cite any validation references). There were relatively large numbers of specific cancer cases: liver (262), bladder (554), colorectum (2728), lung (1833), breast (5099), prostate (5164), kidney (700), and ovary (483). The investigators analyzed the data by stratifying on sex, age, BMI, and smoking, and adjusted for multiple potential confounding factors that were modified for individual cancers in this database.

There were several weaknesses. Ranitidine exposure was self-reported and queried only at baseline, and only for a four-week period, therefore the authors were unable to establish dose or long term versus short term use. Since there was no history of use determined, and no updates during follow-up, the use of ranitidine was underestimated. This exposure bias will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk. Follow-up was for a mean 6.7 years, so that the amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer. This would result in a low number of cancers formed, a type of nonsystematic misclassification, with resulting bias toward the null.

The applicability of a four-week exposure at one point in time to situations where patients took ranitidine daily or twice daily for decades is not clear.

111

The choice to test ranitidine versus omeprazole use could result in biased estimates because PPI use has been linked to increased risk for some cancers.(Seo et al. 2021) The study reported only on use/nonuse of ranitidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis. While not required to determine causality, dose-response is a key construct for evaluation for a causal analysis.

While this UK Biobank cohort study has many strengths, the collection of only a 4-week time period of use of ranitidine, as well as lack of dose-response information, were significant weaknesses. Importantly, since the exposure data was for only a 4-week period, the relevance of this to individuals with daily intake over many years is uncertain. The methodological problems with this study will underestimate the magnitude of relative risks. Therefore, when evaluating the results of this study for individual cancers, I considered the high likelihood of the true relative risks being higher than those reported in the paper.

Group Health Cooperative Health Maintenance Organization

In a 2000 publication, Rossing et al. published results of a nested case-control study within a cohort of H2blocker users in the Group Health Cooperative health maintenance organization to look at associations between H2blockers and risk for breast and prostate cancers.(Rossing et al. 2000) The Group Health Cooperative database included the enrollment, pharmacy, and demographic databases, and links to the western Washington cancer registry. The pharmacy database included information on each prescription dispensed at Group Health Cooperative outpatient pharmacies since March 1977. Between 89% and 99% of prescriptions written to Group Health Cooperative members were filled at its pharmacies. The pharmacy records contain the patient consumer number, the drug number, date dispensed, and quantity dispensed.

The study selected 20,709 men and 27,803 women who had been prescribed cimetidine or other H2 blockers (99.1% of the "other" being ranitidine and hereby termed "ranitidine users"). Members over age 84 were excluded. The study was restricted to individuals who filled at least two prescriptions for either cimetidine or another type of H2 blocker within a 6-month period. Mean follow-up was 5.1 years, during which time, 75 cases of breast cancer and 61 cases of prostate cancer occurred.

112

Comparing incidence of breast cancer in ranitidine users to that in the greater population, among women followed for 0-11 months, 12-59, 60-119, and > 120 months, the standard incidence ratios were 1.1, 1.0, 1.1, 1.2, and 1.7. Comparing incidence of prostate cancer in ranitidine users to that in the greater population, among men followed for 0-11 months, 12-59, 60-119, and > 120 months, the standard incidence ratios were 0.7, 0.7, 0.9, and 0.0.

This study had several strengths. The prescriptions of H2 blockers were documented, and almost all patients filled prescriptions in the Group Health Cooperatives pharmacy. The study was conducted at a time when H2 blockers were only available through prescriptions (1977-1995), thereby avoiding the bias of lack of information on over-the-counter drug use.

There were some weaknesses in this study. The primary aim of the study was to look at breast and prostate cancer risk in cimetidine users. "Other" H2 blocker users were used as a comparison group to avoid indication bias. A small number of H2 blockers were non-ranitidine medications, and the authors did not present analyses specific to ranitidine. However, since 99.1 percent of "other" H2 blocker users did use ranitidine, this exposure error is minimal.  The measure of the extent of use was a crude estimate and the study was not able to determine the strength of the dispensed drugs. The mean follow-up period was 5.2 years, which was not sufficient time for development of breast or prostate cancer. The numbers of breast and prostate cancers were very small, which lowers the chance of finding statistically significant associations. No dose-response data were provided for ranitidine and risk of either cancer.

## Electronic Health Record and Pharmaceutical Databases

In recent years, patients' medical information has been digitized and combined into very large databases. For most of the publications originating the U.S., the electronic medical records used were designed for billing purposes. While some of the data can be used for research purposes, the databases have significant limitations for answering particular research questions. For pharmacoepidemiology in particular, the data are likely to be too rudimentary to accurately classify individuals into those who took

ranitidine vs those who did not, and to determine dose and duration of use in those who did take the medication.

Ideally, epidemiologic studies collect data that are valid reflections of biology and health. Validation of cancer outcomes usually requires pathology reports plus clinical confirmation to identify: 1) fact of incident cancer; 2) classification by site of cancer; 3) classification by cancer subtype such as histology. These items are critical, because if they are in error in the database, any associations or lack of associations observed may be false.

Patients' hospital records may incorrectly classify them as to having a new cancer. In some instances, a person with a pre-cancerous condition, or a benign tumor, may be incorrectly classified as having a cancer. If the cancer is one that the patient has had for some time, their prescription for ranitidine may be related to cancer symptoms rather than to development of cancer. Many cancers metastasize (spread) over time. Common sites of spread are liver, bone, and lung. (https://www.cancer.gov/types/metastatic-cancer#where-cancer-spreads) (accessed 11/1/21). If a person's medical record states that they have a new liver cancer, it could be that the person instead has been living with another cancer, and the cancer has now spread to the liver. Similarly, a newly diagnosed cancer may be incorrectly ascribed to a site. For these reasons, well-designed epidemiologic studies collect both pathology and medical record information about the study patients' cancers, and ensure that all patients classified as having a particular cancer do in fact have that cancer and that the cancer originated at that site.

Cancer registries apply similar diagnostic criteria across cancers in a community or country, including classification of cancer using pathology and medical record data. Some of the pharmaceutical database studies linked to cancer registries,(Adami et al. 2021; Nørgaard et al. 2021; Rossing et al. 2000; McDowell et al. 2021a) while others relied on only hospital record data.(Kim, Wang, et al. 2021; Yoon et al. 2021; Iwagami et al. 2021)

Many epidemiologic studies also investigate associations between carcinogen exposures and risk for particular subtypes of cancer, such as particular cell types. In some instances, risk associated with a carcinogen may be greater for some subtypes than others. Cancer registries often collect information on cancer subtypes, but typically do not have the most recent subtype information.(Duggan et al. 2016)

Several issues of concern are evident across the pharmaceutical database studies. First, the measurement of exposure to ranitidine is incomplete. The databases store data on prescriptions only, and do not record if the person actually took the medication and at what frequency, nor do they record whether the patient used ranitidine purchased over-the-counter (which are not recorded in the pharmacy databases). Some pharmacy databases, however, do collect data on drug dispensation, although these also do not have patient reports of adherence (taking the medicine as prescribed). Very few of the databases provide data on duration of use, or cross-over from one H2 blocker to another, or cross-over to a PPI. This misclassification of exposure seriously lowers the ability to observed risks of cancer associated with ranitidine use. For many of these databases, outcomes are based only on hospital records, or outpatient general practice records, without linkage to cancer registries. Validation studies show that some medical conditions are significantly under-counted in electronic medical records.(Ahmad et al. 2017) Furthermore, since subtypes of some cancers may vary in susceptibility to carcinogens, it is important to classify cancers by those subtypes. Few of the pharmacy databases had cancer subtype data available.(Desai, Khaki, and Kuderer 2021) Many of the databases contain limited information outside of prescribed medications and medical diagnoses codes. The lack of other cancer risk factors can lead to uncontrolled bias in study results. (Prada-Ramallal, Takkouche, and Figueiras 2019)

## Nationwide Commercial Electronic Health Record Database - IBM Explorys

Using a commercial database (IBM Explorys), investigators linked data on prescriptions for ranitidine, famotidine, and omeprazole to diagnoses of several cancers including esophagus, stomach, liver, pancreas, and colon/rectum. (Kim, Wang, et al. 2021) The paper states that the database provides aggregated and deidentified electronic medical records from 73 million patients across the U.S. Data come from billing inquiries, health records, and laboratory systems, and are mapped to standardized coding nomenclature. Each of the 3 cohorts (defined by prescriptions for one of the 3 drugs) was followed for up to 10 years for new diagnoses of cancer. Patients who were prescribed more than one of the 3 medications were excluded. For example, if someone was prescribed ranitidine, and later their doctor switched their prescription to omeprazole, that patient was excluded from the study.

A total of 909,970 famotidine users, 581,028 ranitidine users, and 2,179,048 omeprazole users were included, and followed for up to 10 years for incidence of cancer. The authors state that they only queried patients' records for new cancers if they currently used one of the drugs: "Furthermore, it was ensured that each anti- reflux medication was continued until the initial diagnoses of each gastrointestinal malignancy by querying cohorts only with a concurrent prescription of given anti- reflux therapy at the time of initial cancer diagnosis."(Kim, Wang, et al. 2021)

During the 10 years' follow-up, 12,190 cases of these 5 cancer types (esophagus, stomach, liver, pancreas, and colon/rectum) were identified in the famotidine group, 2920 in the ranitidine group, and 17,110 in the omeprazole group. (These results are detailed below under individual cancers' results.) The authors calculated odds ratios (as estimates of relative risks) for individual cancers associated with use of ranitidine compared to famotidine, and then compared to omeprazole use. An analysis with multivariate adjustment was done first controlling for three "common risk factors" for each type of cancer (detailed below). Then, an analysis adjusting for demographic factors (age, sex, race [White vs African American] was done. The final analysis adjusted for a combination of demographic factors and whichever of the three medical risk factors was most significant. In the final analyses, compared with famotidine use, the odds ratios for esophagus, stomach, liver, pancreas, and colorectal cancers were 0.56, 0.49, 0.38, 0.50, and 0.49, respectively. Compared with omeprazole use, the odds ratios for esophagus, stomach, liver, pancreas, and colorectal cancers were 0.80, 0.93, 0.97, 0.84, and 0.97, respectively.

There were several strengths to the study. First, it represents a very large number of patients across the U.S., with a resulting relatively large sample size of the 5 cancers of interest. The fact that the database was from electronic medical records means that the sample is representative of persons with access to medical care. Second, the availability of medication prescription data is an advantage, as many individuals are not aware of what exact medication their doctors prescribe, and on what dates they prescribed it. Third, from the electronic health record, the database includes diagnosis codes for several co-morbid conditions that could affect the relationship between ranitidine use and cancer risk, either by confounding the association or by functioning as effect modifiers. (An effect modifier is a variable that can change the association between ranitidine and cancer risk. For example, if the association differs between men and women, we'd say sex modifies the effect between ranitidine and cancer). Because these medical conditions were available in the database, adjustment for some potential confounding

116

variables would have been possible. Fourth, the database includes medical records from across the U.S. (the paper said that the data came from "360" but did not state whether that was hospitals, medical practices, health maintenance organizations, or other entities. However, the IBM Explorys site states that the 360 refers to hospitals (https://www.ibm.com/downloads/cas/4P0QB9JN) (accessed 10/26/21).

The study weaknesses were considerable. First, the database was not designed for research studies, but rather was a compilation of data designed for billing insurance companies and patients. This limitation has been discussed previously for this data base. Of the Explorys database, Kaelber et al. warned that, "...the clinical data were initially obtained for clinical and not specifically research purposes and so the accuracy may be less than data collected solely for research purposes."(Kaelber et al. 2012) The standard methodology of epidemiologic studies was not followed. This lack of valid methodology affects both the reliability of outcome (cancer cases) identification, and exposure classification (ranitidine use and the two comparator medications).

The authors state that the Explorys data could only be provided in aggregate form. To the extent that the aggregate analyses cannot mimic what would occur with individual-level data, the study validity could be seriously compromised.

The method of cancer case confirmation across the Explorys database was not provided. It is not clear if pathology reports were used to determine fact of cancer, site of cancer, and date of diagnosis. A review of the cancer incidence in the Explorys database raises questions. For example, the stated rate of liver cancer in this database is 10.2/100,000/year. However, the U.S. annual incidence of liver cancer is 8.5/100,000 (https://cancerstatisticscenter.cancer.org/?_ga=2.111336193.40971355.1620767384-325020077.1620767384#!/) (accessed 10/31/21).  Since liver is a common site of metastases for several other primary cancers (especially colorectal but also breast, esophagus, stomach, pancreas, lung, kidney, and skin), the "liver" cancer cases in this study could well include non-liver cancers.(Griscom and Wolf 2021) Similarly, the stated incidence of pancreas cancer appear to be low compared to the U.S. expected numbers (13.1/100,000/year (https://cancerstatisticscenter.cancer.org/?_ga=2.111336193.40971355.1620767384-325020077.1620767384#!/) (accessed 1/20/22). Of note, to justify their incidences of included cancers, the authors reference papers with worldwide incidence rate, which do not apply to the U.S. for the cancers included in this report. Cases of cancer could also be missed with reliance on only the patients'

117

hospital records, because patients could have been diagnosed outside of the hospital/treating institution where the prescription occurred. Mortality data were not linked; diagnoses that were missing from hospital records would have been missed for the more fatal cancers.

No information was provided about when patients were censored, i.e., when follow-up stopped for them. No criteria were provided to explain how the investigators were assured that follow-up was complete so that all cancer diagnoses of interest were ascertained. It is not clear how many of the patients remained in the database over time. There is considerable loss to medical databases that are not government-provided medical care databases such as in northern Europe, or Medicare in the U.S. Since many patients are covered by job-associated insurance, those who are sicker may lose their jobs and thereby drop out of employer-provided health insurance. This may force them to move to other health systems that are not covered in the Explorys database. For example, patient turnover in health maintenance organizations in the U.S. is 20% - 30% each year.(Schneeweiss and Avorn 2005)

This study had several problems with measurement of exposure to ranitidine and the two comparator medications. Individuals were excluded from the study if they used more than one of the three types of medications. Since ranitidine was on the market before PPIs such as omeprazole, those patients with chronic gastrointestinal symptoms likely used ranitidine or another H2 blocker before being prescribed omeprazole. By eliminating such cross-over patients, the study biases the omeprazole users to younger persons and persons whose symptoms and diagnoses began more recently. It also likely eliminates a large number of ranitidine exposed persons, which will bias the sample. Individuals had to be taking one of the three study medications at the time of their cancer diagnosis. That means that people were excluded if they had recently stopped the drug. If an individual stopped taking the medication at the time of cancer screening or diagnosis, they would not be counted. Since some cancers are only diagnosed with invasive procedures or surgery, it is highly likely that some would have had medications stopped by their physicians, leaving a biased population of cancer patients in the study.

Adherence to the prescribed medication was not described in the paper. If many patients stopped their prescribed medication, or took intermittently, the relative risk estimates would be biased toward the null value.

118

Use of over-the-counter medications was not included in the classification of exposed individuals. This seriously underestimates the use of these three medications.

Individuals who see gastroenterologists for endoscopic procedures for symptoms or diagnostic procedures may be more likely to be prescribed omeprazole than H2 blockers, especially in the years included in this study (2009-2018) as randomized clinical trial data were available that showed omeprazole to be superior to ranitidine for several gastrointestinal conditions.(Salas, Ward, and Caro 2002; Caro, Salas, and Ward 2001; Gisbert et al. 2001) Therefore, the omeprazole users may be more likely have more serious gastrointestinal disorders.

The choice of comparing cancer incidence in ranitidine users to that in users of other medications used for similar conditions could theoretically reduce indication bias (i.e., where the indication increases cancer risk rather than the medication used to treat it). However, the lack of comparison to incidence in the entire cohort limits the information available from this large dataset. Furthermore, selection of users of protein pump inhibitors as comparators is problematic, because those medications are themselves associated with increased risk for cancer, and therefore comparing ranitidine to PPI users will be biased.(McDowell et al. 2021b).

No data on dose-response was presented in the paper. While not required to determine causality, dose-response is a key construct for evaluation for a causal analysis.

The identification and adjustment of potential confounding factors was incomplete. For example, rates of colorectal cancer screening significantly affect incidence of colorectal cancer. If individuals who take prescribed famotidine or omeprazole are more likely to be screened, their rates of colorectal cancer will be lower. Diet and physical activity are also related to risk of esophagus, stomach, liver, pancreas, and colorectal cancers, but were not included as covariates. Data on race, obesity, smoking, and alcohol use are incomplete in hospital medical records (the source of these electronic health records). Missing or underestimated data on covariates can affect the relative risks, so not having this information further decreases the informative value of this study. It is also not clear why only one of the group of risk factors was included as a covariate for final analyses for each cancer.

The study population does not represent the U.S. population in general, but rather a population that has high use of medical services. For example, approximately 40% of the cohorts were labelled as having diabetes. In a U.S. representative sample (NHANES), in contrast, only 10% of U.S. adults over age 65 have diabetes, and younger persons have lower rates.(Cheng et al. 2013)

The method of analysis was inadequate. Most epidemiological studies decide in the design phase to collect data on variables that could confound the exposure-disease relationship. This study database was not designed for this purpose. The investigators instead chose medical co-morbidities that they state were "common risk factors" for the individual cancers. They then chose only one of those risk factors for a final adjustment model. This is unusual to pick just one confounding risk factor variable for an analysis, and the study results could be biased from this. Furthermore, since the study data were in aggregate form, the researchers could not accurately adjust for confounding factors.

Given the significant methodological problems with this study, it was not informative.

An additional study using the Explorys database was a poster abstract published online for the cancelled 2020 Digestive Disease Week.(Mohy-ud-din 2020) (https://ddwnews.org/news/featured-abstract-tuesday-may-5/) (accessed 12/23/21). The abstract stated that the Explorys database "is a source of longitudinal real world deidentified data collected from electronic medical records from over 40 health systems nationwide." The investigators searched on the word "ranitidine" as an index event and then searched for subsequent cancer diagnoses from 1999-2019. They used two control populations: famotidine and the general population that used neither drug. The statistical analysis was not described. The population included 1.62 users of ranitidine, 3.37 users of famotidine, and 59.63 million who used neither drug. The investigators presented data showing marked differences between ranitidine users, famotidine users, and the general population, including age, race/ethnicity, sex, smoking status, obesity, "alcohol use," family history of cancer, and GERD (this latter comparing ranitidine versus famotidine users). The investigators first calculated risk in ranitidine users versus famotidine users for cancers of the colon/rectum, pancreas, lung, melanoma, bladder, uterus, prostate, breast, and liver. All odds ratios were less than 1.0 (the abstract quality was too low to distinguish exact odds ratios and confidence intervals). It appears that these were crude odds ratios, not adjusted for the baseline variables mentioned above. A second analysis was done for risk of all cancers combined in ranitidine versus famotidine users, limited to individuals with none of the following cancer-related risk factors: smoking,

120

obesity, alcohol use, family history, cirrhosis, and GERD. An odds ratio of 1.0 was presented, but the confidence interval did not include 1.0.

This abstract is included for completeness, but it adds nothing to the science of ranitidine use and risk of cancer. In addition to the Explorys database deficiencies for research discussed above (inadequate measures of exposure and outcomes, erroneous choice of another H2 blocker for comparison, unclear follow-up of persons who move out of the participating medical systems), this study had significant flaws. The authors did not adequately characterize the database, and neglected to specify numbers of medical centers included, what the population represents, and how the data were collected. The investigators failed to conduct standard data analyses accounting for potential confounding variables. The investigators chose to compare ranitidine users to famotidine users, although the two groups differed substantially in many ways that are related to cancer and therefore produced biased results. The investigators failed to present analyses of ranitidine users versus the general population, even though they had access to that data. Therefore I did not rely on this study for my causal analysis of any of the included cancers.

Denmark Pharmaceutical and Medical Record Database

Three studies have published investigations of ranitidine use and risk for cancers using the Denmark national registry of pharmaceutical data (titled the National Prescription Registry).(Pottegård et al. 2017)

The first was a screening study published in 2016, in which investigators identified, through the Denmark national cancer registry, all incident cancers that occurred in Denmark between 2000 and 2012.(Pottegård et al. 2016) The investigators focused on 34 cancer sites (and 99 cancer subtypes). Ten controls for each case were randomly selected from the population of Danish citizens, matched to the case on sex and year of birth. Eligibility for both cases and controls included: age 18-85, having at least 10 years of complete follow-up prior to sampling, and with a minimum of 5 years of prescription data. For both cases and controls, complete prescription/dispensing histories since 1995 were extracted from the National Prescription Registry. After a first screen comparing cases and controls on class and name of prescriptions, those comparisons showing elevated cancer risk with odds ratios greater than 1.5 or confidence intervals with lower limit greater than 1.2, that met specificity levels, and that showed preset dose-response relationships, the remaining drug-cancer relationships were again tested to determine odds ratios. Dose was assessed by number of prescription refills, where each refill was typically for 3

months. The investigators classified number of refills as: 0-1 refills, "non-use"; 2-7 refills, "intermediate use"; $\geq 8$ refills, "long-term use". Prescriptions filled within one year before cancer diagnosis (for cases and their matched controls) were disregarded, to avoid reverse causation bias. The researchers found relative risks for 8 or more refills for stomach, lung, and esophageal cancers of 1.87, 2.18, and 0.62, after adjustment for age and birth year respectively (see individual cancer sections below for additional data). The p values for trend for stomach and lung cancers, respectively, were 0.03 and <0.01, which the investigators interpreted as supporting dose-response relationships for both. Of their screening study results, the authors state their findings suggest "...a potential causal relationship between the specific drugs and cancer types."

There were several strengths to this screening study. The data were from registries that cover the entire population of Denmark. The Danish pharmaceutical database, established in 1995, records prescription medications dispensed from community pharmacies.(Kildemoes, Sørensen, and Hallas 2011; Pottegård et al. 2017) Advantages to this database are that it records dispensed medications (rather than only prescribed drugs) for all residents of Denmark. The researchers linked the pharmaceutical database to the Danish population cancer registry, which records cancer occurrence, site, stage and histology. Linking to a high quality cancer registry like this lessens the chance of misclassification of outcomes and the chance of missing outcomes.(Thompson et al. 2020) The Denmark cancer registry has almost 100% registration of cancers, and 89% validity of morphology (subtypes of cancers), which reduce misclassification of cancer outcomes. Furthermore, the national identification number of Denmark residents means that follow-up of the population is virtually complete. Eligibility for both cases and controls included having at least 10 years of complete follow-up prior to sampling, and with a minimum of 5 years of prescription data, therefore increasing the chance of finding cancers because of the relatively long follow-up, and of being able to study longer-term use of ranitidine. The investigators compared ranitidine users to randomly selected subsamples of the general Danish population, thereby eliminating the biases found with comparisons to other H2 blocker users and proton pump inhibitor users.

There were also several weaknesses. Because this was a screening study, the authors set *a priori* parameters required for an exposure and cancer to be considered associated. In particular, the odds ratio (relative risk) was set at 1.5, the dose-response assessment was made via regression and a statistical test, and a specificity criterion was applied. As a result, some other cancer-medication associations could have been missed, such as if the relative risk was lower than 1.0, if the dose-response

122

did not meet a level of statistical significance, or if a threshold effect was seen rather than a dose-response curve. As the authors acknowledge, the pharmacy database does not include over-the-counter medication, which is an issue especially for ranitidine which moved from almost all prescription (84%) to almost all over-the-counter (18%) during the two decades 1999-2018.(Adami et al. 2021) The authors also reference "the NPR's major limitation is lack of data on indication for use, intended duration and dosage." The authors made assumptions on these points based on treatment guidelines, package size and number of packages. While participants were followed for a maximum 17 years, some could have been followed for only 5 years since the pharmaceutical registry only began documenting use since 1995, and cases were eligible beginning in 2000. Therefore, none of the cases or controls had been followed long enough to account for many cancers' likely latency periods of 20 or more years. This failure to follow participants long enough for cancers to be diagnosed, will result in underestimate of cancers in both exposed and unexposed individuals (nondifferential misclassification of outcomes), driving the relative risk toward the null value of 1.0.

Two more recent investigations used data from the Denmark national registries of pharmaceutical data, medical records, and cancer registrations.(Adami et al. 2021; Nørgaard et al. 2021)

Using data from the nationwide Danish Prescription Registry, Adami et al. identified a subcohort of 103,565 new ranitidine users and two "active comparator" cohorts who were newly using other H2 blockers (N=182,497) and protein pump inhibitors (PPI) (N=807,725) through 2008. All of these 3 cohorts were followed through 2018 for incidence of several cancers including esophagus, stomach, liver, and pancreas.(Adami et al. 2021) The Danish registration system records a unique identification number, sex, date of birth, prescription medications dispensed from outpatient community pharmacies since 1995. The unique registration number allows complete follow-up of Danish citizens.(Pottegård et al. 2017) Ranitidine cohort members redeemed their first ranitidine prescription between 1996 and 2008, and had no previous prescriptions for nizatidine (which also contains NDMA). For the H2 blocker active comparator group, all adult first-time users of cimetidine or famotidine who redeemed their first prescriptions between 1996 and 2008 were included. Similarly, all adult first-time users of PPIs who redeemed their first PPI prescriptions between 1996 and 2008 were included in the PPI active comparator group. No non-users were included. Non-ranitidine users were censored at the time they crossed over to fill a ranitidine prescription. While 84% of ranitidine was sold by prescription in 1999, by 2012-17, only 20% of ranitidine was sold by prescription. Additional linked data included other gastrointestinal diseases, chronic diseases, and alcohol-related diseases. The database was linked to the

123

Danish cancer registry, which has high complete cancer ascertainment since 1943, with currently almost complete cancer registration and 89% valid morphology.(Gjerstorff 2011) Through the registry, the study identified new cases of cancers of the esophagus, stomach, liver, and pancreas, and to the Danish death register to identify cancer-specific deaths. To reduce bias from indication for using the study medications, the investigators began participant follow-up one year after the first prescription date. The authors used statistical techniques to compute propensity scores for exposure to ranitidine, adjusting for age and date of cohort entry, and estimating covariate distributions in the overall Danish population. They first presented results of analyses limited to individuals who had filled prescriptions of their respective medications during the entire follow-up period. Doing so resulted in a markedly reduced number of ranitidine-using cancer cases compared with the entire sample: 246 vs 1268, and a similar reduction in other H2 blocker using cases (206 vs 2105). The analysis of ranitidine vs PPI users that was limited to continuous users similarly showed markedly lower sample size: 154 vs 1268 in ranitidine users, and 3795 vs 11,040 in PPI users. Presented here are the hazard ratio results from logistic regression with all cases included since the authors do not state why they eliminated so many of the cases from their first analyses. After a median 14 years' follow-up, compared with other H2 blocker medication use, risks in ranitidine users of developing cancer of the esophagus, stomach, liver, or pancreas were 1.34, 1.15, 1.13, and 1.18, respectively. After a median 14 years' follow-up, compared with PPI medication use, risks in ranitidine users of developing cancer of the esophagus, stomach, liver, or pancreas were 0.87, 0.91, 0.65, and 0.89, respectively.

In the second study based on the Danish Prescription Registry, Norgaard et al. identified a subcohort of 31,393 individuals with at least two ranitidine prescriptions and two "active comparator" cohorts who had at least two prescriptions of H2 blockers (N=65,384) or protein pump inhibitors (N=509,849) through 2008, to determine associations with bladder or kidney cancer.(Nørgaard et al. 2021) The 3 cohorts were followed through 2018 for incidences of bladder or kidney cancer. Ranitidine cohort members redeemed their first ranitidine prescription between 1996 and 2008, and had no previous prescriptions for nizatidine (which also contains NDMA). For the H2 blocker active comparator group, all adult first-time users of cimetidine or famotidine who redeemed their first prescriptions between 1996 and 2008 were included. Similarly, all adult first-time users of PPIs who redeemed their first PPI prescriptions between 1996 and 2008 were included in the PPI active comparator group. No non-users were included. Non-ranitidine users were censored at the time they crossed over to fill a ranitidine prescription. While 84% of ranitidine was sold by prescription in 1999, by 2012-17, only 20% of

ranitidine was sold by prescription. Additional linked data included other gastrointestinal diseases, chronic diseases, and alcohol-related diseases. The database was linked to the Danish cancer registry (nearly complete cancer ascertainment since 1943) to identify new cases of cancer of the, and to the Danish death register to identify cancer-specific deaths. To reduce bias from indication for using the study medications, the investigators began participant follow-up one year after the first prescription date. The authors used statistical techniques to compute propensity scores for exposure to ranitidine, adjusting for age and date of cohort entry, and estimating covariate distributions in the overall Danish population. During a median 14 years follow-up, 270 bladder cancers and 107 kidney cancer cases were identified in ranitidine users. During a median 15 years follow-up of other H2 blocker users, 424 bladder cancers and 222 kidney cancers occurred, and during a median 11 years follow-up of PPI users, a total of 3590 bladder cancers and 1593 kidney cancers occurred. After a median 14 years follow-up, the crude relative risks of developing bladder or kidney cancer were 1.33 and 1.13, respectively, in ranitidine users vs other H2 blocker medications. When data were inverse probability of treatment weighted, the relative risk was 1.11. Compared with PPI users, the relative risks of bladder or kidney cancer associated with ranitidine use was 1.24 and 0.84, respectively.

Because the studies are similar in design and methodology, and used the same or similar data, I have summarized their strengths and weaknesses collectively here. First, there were several strengths. The data were from registries that cover the entire population of Denmark. The researchers linked the pharmaceutical database to the Danish population cancer registry, which records cancer occurrence, site, stage and histology. Linking to a high-quality cancer registry like this lessens the chance of misclassification of outcomes and the chance of missing outcomes. The Denmark cancer registry has almost 100% registration of cancers, and 89% validity of morphology (subtypes of cancers), which reduce misclassification of cancer outcomes. Furthermore, the national identification number of Denmark residents means that follow-up of the population is virtually complete.

The Adami et al and Norgaard et. al researchers attempted to avoid bias from medication indication by comparing only to persons who used medications for similar conditions as for ranitidine (although this also has limitations as discussed below). The investigators paid attention to likely cross-over from one medication to another by censoring individuals when this occurred, rather than deleting all patients who had used more than one of the medications.

There were also several weaknesses to these studies. The Danish pharmaceutical registry only began collecting data in 1995.(Pottegård et al. 2017) Therefore, there were a limited number of participants in the Adami et al and Norgaard studies with long-term follow-up to account for the cancers' likely latency period of 20 or more years. This failure to follow participants long enough for cancers to be diagnosed will result in underestimate of cancers in both exposed and unexposed individuals (nondifferential misclassification of outcomes), driving the relative risk toward the null value of 1.0. The authors themselves called this "the most serious shortcoming of our study."

The choice of comparing cancer incidence in ranitidine users to that in users of other medications used for similar conditions could theoretically reduce indication bias (i.e., where the indication increases cancer risk rather than the medication used to treat it). However, the lack of comparison to incidence in the entire cohort limits the information available from this large dataset. Selection of users of protein pump inhibitors as comparators is problematic, because those medications are themselves associated with increased risk of developing cancer, and therefore comparing ranitidine to PPI users will be biased.(McDowell et al. 2021b). Indeed, in the Danish screening study, nizatidine (which contains NDMA) increased risk for several cancers, as did omeprazole and other proton pump inhibitors.(Pottegård et al. 2016)

The studies also have limitations in exposure measurement. The Danish National Prescription Registry includes information on dispensed medications, but does not have information on whether the patient actually took the medication. They Danish registry lacks data on indications for use, intended duration, and dosage beginning in 1996.(Pottegård et al. 2017) Therefore, any use before 1996 is unknown. This lack of exposure information is a type of nondifferential misclassification, which will bias the relative risk toward the null value. Additionally, the lack of data on over-the-counter medication use is a recognized limitation of the Denmark database.(Pottegård et al. 2017) Since ranitidine was available over-the-counter in Denmark from 1989-90,(Andersen and Schou 1991) non-prescription purchases of ranitidine were available throughout the prescription inventory period. This could result in nondifferential misclassification of exposure, driving the relative risk toward the null value of 1.0.

Of special concern in this population, proton pump inhibitors were not sold over-the-counter during the follow-up period, whereas the proportion of ranitidine and nizatidine were increasingly available over the counter. Indeed, the authors state, "Similarly, the proportion of total H2RB DDDs sold by prescription was 83% in 1999, declining to 60% in 2004–2007, and with a further decline thereafter

126

(data not available for 2010–2017). In contrast, 97–98% of PPIs were sold by prescription throughout the period." Furthermore, from 1999-2004 (the only years data on over the counter use were available for famotidine), the percent of famotidine sold over the counter remained at 97% - 98%, while during that time, ranitidine sold over the counter dropped from 84% to 49%. (Adami et al. 2021) This discrepancy in classification validity by exposures introduces significant exposure bias. This is differential misclassification by exposure status, and can bias the relative risk either away from or toward the null value. With ranitidine exposure being under-counted, most likely the bias will be to the null value when comparing risk from ranitidine use compared with either famotidine or PPI comparator use.

Dose of medication was not assessed in relation to cancer risk, and therefore dose-response was not presented in the paper. Dose-response is a key construct for a causal analysis. It is particularly concerning that these two studies did not address dose-response, because the data are available in the Danish pharmaceutical electronic record, and dose-response data were used in the screening study described above.(Pottegård et al. 2016)

There were additional significant issues in the analysis of data in the Danish registry studies. The lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity, could have biased the relative risks in either a positive or negative direction for any of the three studies.

Adami et al.: The use of propensity scoring matching resulted in only a small subgroup of study participants available for analyses. This limitation reduces the statistical power of the study, reducing the likelihood of observing a statistically significant association where an association exists.

Population studied: the study used a database on the entire population of Denmark, aged 18 and older. The Adami et al. study limited participants to those who redeemed a first prescription for ranitidine, other H2 blockers, or proton pump inhibitors between 1996 and 2008. The Norgaard study limited itself to participants who redeemed at least two prescriptions of the same drug category in 1996-2008. This changes the number in the ranitidine cohort from 103,565 (Adami) to 33,393 (Norgaard). No explanation is given regarding this difference in two nearly identical studies from the same database. It also appears a substantial number of participants had fewer than 10 prescriptions.  Based on the respective follow-up times, those who were 18 years of age at baseline would have been under 35 years of age at follow-up.  Because these subjects would not reach the average diagnostic age for the

respective cancers for at least three decades, including subjects likely to be diagnosed many years after the studies' conclusion defeated the objective of the study.

Exposure measurement – Adami et al. and Norgaard et al.: Ranitidine exposure was defined as redeeming a first prescription for ranitidine, other H2 blockers, or proton pump inhibitors between 1996 and 2008. Number of prescriptions were also collected, and categorized as "5 or more" and "10 or more." No information was provided on the dose of ranitidine, nor on the number of pills dispensed or days of coverage. Therefore, the needed information to determine total exposure or to determine dose-response relationships (dose, frequency ingested, months or years of use) was not reported.

The studies did not identify diagnoses or symptoms for which ranitidine or comparator medications were prescribed (i.e., "indications" for use). If a comparator group is using a different medication, differences between the patient groups could be significant and introduce uncontrollable confounding, such as: underlying diagnoses, general health, insurance status, socioeconomic status, and other risk factors for cancer.

Over-the-counter use was not ascertained, as described in detail above.

The Adami and Norgaard studies do not meet the key requirements for measuring exposure to a medication because the fact of use and pattern of use of the medication is unknown, because patients were not asked about use. There is some advantage to identifying medications through an electronic health system because it removes the difficulty of patients knowing the name of their medication, however.

Outcomes measurement:

Adami et al: Outcomes included any incident (newly diagnosed) cancer of the esophagus (any, adenocarcinoma, squamous cell), stomach (any, proximal, distal, unknown/several regions), liver (hepatocellular), or pancreas occurring two or more years after the patients' first ranitidine prescription through 2018. Cancers were obtained through linkage to the Danish Cancer Registry. Cancer specific deaths were also counted as cases if the cancer was not identified through the cancer registry. For the cancers selected, the measurement was acceptable, and references were provided that describe the Danish Cancer Registry. However, the rationale for limiting the study to just these cancers is not well justified. The authors state that these organs where these gastrointestinal cancers originate will be in

128

contact with ingested ranitidine, and therefore should be studied. It is not clear, then, why other gastrointestinal cancers were not included (such as colorectal, small intestine, oral cavity).

Norgaard et al: Outcomes were bladder (total and invasive) and kidney cancers, using the exact same cancer registry as for the Adami et al. paper.

Covariates – Confounders and Effect Modifiers: Because these studies used pre-existing data in large-scale databases and registries, the data collection preceded the hypotheses development, and the studies used what data were available.

Adami et al.: There were very few established risk factors for the various cancers included as covariates. Notably missing were smoking history (risk factor for all four cancers), alcohol use (risk factor for all four cancers), obesity (risk factor for esophageal adenocarcinoma, liver cancer, and pancreas cancer), Hepatitis B or C infection (risk factor for liver cancer), or H. pylori infection (risk factor for stomach cancer). The failure to account for these potential confounders could bias the relative risk either toward or away from the null value.

Norgaard et al.: The primary risk factor (other than age and sex) for bladder cancer is smoking, which was not available in the database. Other risk factors are occupational exposures, also not included as covariates. For kidney cancer, a primary covariate is obesity, which was not included as a covariate. Other kidney and bladder cancer risk factors – hypertension, medications – were obtained from the pharmacy and electronic health databases and included as covariates.

Sample Size:

Adami et al.: The sample size remaining after "trimming" after propensity score matching, i.e., after removing most of the cases, was insufficient and was a serious flaw in the Adami study.

Norgaard et al.: The study included persons aged 18 and over at study entry, and the mean age was 55. However, the mean age of bladder cancer diagnosis is 73. (https://cdn.ymaws.com/www.pnwa.org/resource/resmgr/contest/2021/2021_nancy_pearl_contest_fin.pdf) (accessed 12/7/21) With a median follow-up of 14 years, most of the study members would not have aged enough to develop either symptomatic or diagnosable bladder cancer, so the cancers in the study would be effectively undercounted. The sample size of 107 kidney cases was likely too small to

detect statistically significant associations. The investigators did not acknowledge the limitations presented by low sample size.

Study Conduct: The data were already collected before this study was conceived. No information was provided for the validity of the ranitidine exposure measurement. One flaw was that the investigators in both studies used "number of prescriptions" as an indicator of dose of ranitidine and the comparator drugs, without clarifying how long those prescriptions indicated (e.g. one month, two months), or whether that duration differed between ranitidine and the comparator drugs. There also was no information on dose of the medication prescribed. (However, in the screening study, a statement was made that "...drugs for chronic treatment are typically supplied for 3 months use for each dispensing in Denmark..."(Pottegård et al. 2016), although these investigators do not site that study so it is not clear if this statement refers also to the ranitidine, other H2 blockers, and PPIs that were the focus of the Adami et al. and Norgaard et al. studies.) Furthermore, some individuals receive only two weeks' of prescription medications at a time, primarily elderly persons although it is not clear what ages that pertains to.(Pottegård et al. 2017) Over a third of the Norgaard et al cohort of ranitidine users were aged 60 and older, so this difference in dispensing amount could pertain to a significant proportion of both studies' participants.

Validation studies have been done for the cancer outcomes, and were referenced. The covariates used in propensity score analyses were age, gender, and medical diagnoses listed on a linked electronic health record. No validation studies were referenced for these variables. However, the age and gender data were obtained from the registration of all Danish residents using a unique identifying number.

Follow-up of participants was a mean 14 years, with at least 5 years of medication history. While the 14 years' follow-up may not be long enough for some cancers' induction and latency periods, this follow-up is longer than many of the other ranitidine-cancer epidemiologic studies reviewed in this report.

Data Analyses and Interpretation: Data analysis of crude hazard ratios were appropriate. Adjustment for potential confounding factors was done with propensity scoring. However, propensity scoring does not make up for lack of data for appropriate risk factors. Since these two papers used existing databases, rather than datasets designed for research, the lack of data characterizing the population is significant.

Adami et al: The propensity score matching resulted in most of the cancer cases being removed, which is a serious limitation. The study abstract states that the study ascertained the following numbers of newly

diagnosed cancer cases among ranitidine users: 276 esophageal, 342 stomach, 133 liver, and 517 pancreas. However, after "trimming" by the propensity score matching, the following numbers remained: 65 esophageal, 75 stomach, 23 liver, 83 pancreas. Similar reductions in numbers of cases from the comparison groups occurred. The result was a lowering of precision and widening of confidence intervals around the hazard ratio values. It is most likely that none of the remaining cancer-specific sample sizes produced sufficient power to identify statistically significant results. The authors did not acknowledge this limitation in their paper.

Norgaard et al: There were several errors in the reporting figures. The study results (and abstract) state that there were 270 bladder cancer cases and 107 kidney cancer cases in ranitidine users. Figure 1 analysis of ranitidine vs other H2 blocker users gives the number of bladder cases in ranitidine users as 251, which could have resulted from propensity match "trimming." However. The in the data on analysis of ranitidine vs PPI use, the number of bladder cancer cases in ranitidine users is 301, higher than the stated number of bladder cancer cases in ranitidine users in the entire dataset. Figure 2 analysis of ranitidine vs other H2 blocker users gives the number of kidney cases in ranitidine users as 108, higher than the stated number of cases in the entire dataset. These errors raise concern about validity of these analyses.

Dose-response was not formally tested in either study, although both performed separate analyses for participants who had used ranitidine or comparator drug for at least 5 years and also for those who had used for 10 years. In Adami et al., the relative risks for the longest use were virtually identical to those for ever-use of ranitidine compared with comparators. In Norgaard et al, the relative risk for 10 prescriptions was reduced to 0.84, but this was based on only 52 cases in the ranitidine group. If the 3-month prescription duration was true for ranitidine and comparator drugs, then the 10 prescriptions would refer to 30 months. If the prescription duration differed between ranitidine and the various comparator drugs, there could be considerable bias in these assessments of dose-effect relationships.

The Adami et al. authors suggest that the study "design emulated a randomized trial." I disagree. The study did not randomize subjects to one treatment or another. It did not ensure that the timing of exposures was the same among the three subcohorts. It did not collect relevant data throughout the period of observation on all potentially relevant drug exposures (prescription and non-prescription) or on all relevant covariates. These and other features would be necessary in order to claim that they

emulated a randomized trial. Finally, because there was no randomization, patients were not balanced across the three drugs in terms of likelihood of developing cancer

Despite the high quality of cancer outcome data, and the coverage of an entire population, there were significant methodological problems with these studies in regard to exposure measurement, choice of non-exposed comparators, and method of analyses. Because of the significant limitation of exclusions of most cases in the Adami et al. study, I found the results minimally informative.

South Korean Health Insurance Review Database

South Korean researchers conducted a cohort study of users of ranitidine and famotidine (as comparator) identified through  Health Insurance Review and Assessment databases.(Yoon et al. 2021) This database contains the National Health Insurance Service claims data of the 52 million individuals in South Korea who are required to register. The database contains inpatient, outpatient, prescription drugs, rehabilitation, and health promotion records. Cancers are registered and coded with ICD-10 codes. No mention of reviewing pathology reports for confirming diagnoses, nor for subclassifying cancers by histology.

Patients were selected if they had at least one year of use of either drug, with cumulative dose of 10,800 mg for ranitidine and 14,400 mg for famotidine, between 2009-11. Patients were excluded if they were over age 80 or under age 30. The researchers selected 40,488 ranitidine users and matched them to 10,122 famotidine users, matched by sex, age, presence of diabetes mellitus, and duration of H2 blocker use. No nonusers of H2 blockers were included. During follow-up from 2012 through 2018, 3783 cases of cancer occurred. The investigators looked at all cancers combined, and separately at cancers of the: liver, colon/rectum, biliary tract, stomach, lung, prostate, kidney, bladder, uterus, breast, and thyroid.

Cancer hazard ratios (relative risks) for ranitidine compared with famotidine use were: overall, 0.99; liver, 0.85; colorectal, 0.98; biliary, 1.22; stomach, 1.06; lung, 0.99; prostate, 1.01; kidney, 0.78; bladder, 1.41; uterine, 1.15; breast, 0.82; thyroid, 1.07. Dose-response relationships were not presented for individual cancers.

There were strengths to the study. The study used a very large database of electronic health information including prescription data for 53 million South Korean individuals.  However, the authors chose to

include only a subset of ranitidine users by selecting to match patients to famotidine users. This reduced the number of ranitidine users in this database by half. Theoretically, comparison to another H2 blocker removed the potential confounding effect of medical indication for use of an H2 blocker. However, by not presenting data for the patient database overall, the full picture of cancer risk with ranitidine was obscured.

There were several weaknesses of the study.

The study authors themselves acknowledge that "some cancer incidences and drug exposures are not included due to study design limitations."

The investigators selected a subset of ranitidine users, matched them to famotidine users, and followed for at most 6 years to observe cancer incidence in each cohort. This length of time, and limited number of patients followed, resulted in very small numbers of patients with specific cancers in either of the two medication cohorts, as low as 56 for breast and 95 for kidney. This seriously hindered the study's power to detect statistically significant associations. In addition, limiting follow-up to only 6 years resulted in an insufficient length of time to observe cancer development given that the latency of most cancers is decades long.

Over 35% of the study cohort patients had diabetes. Since the prevalence of diabetes in South Korea is only 8%,(Kim et al. 2006) This raises questions about the make-up of these cohorts and the reliability of the study overall. While the investigators did match for diabetes across the two cohorts (and stated that diabetes is a risk factor for *most* cancers without referencing), it does not diminish the concern that there was some selection bias for persons with diabetes in their cohort construction.

There was no information on whether the H2 blockers are available over-the-counter in South Korea. If they are, the lack of data would underestimate exposure. Furthermore, there are no data on whether or not the patients took the medication as prescribed. All of these sources of error fall under the category of nondifferential misclassification, and would be expected to bias the relative risk toward the null.

There were no data on risk by dose or duration of use for individual cancers. While not required for causation, dose-response data is a key construct to consider for causal analyses.

Given the significant methodological problems with this study in regard to study design, exposure measurement, choice of non-exposed comparator, small numbers of individual cancers, method of analyses, and bias toward the null, I provided less weight to the results that did not find a relative risk greater than 1.0 and put more weight on the results that found an increase in risk of cancer with ranitidine exposure.

Population studied:

This study used data from a very large electronic health record database that covered the entire 52 million population of South Korea, and therefore had the potential to be highly representative of that population. However, once ranitidine and famotidine users were identified, most were excluded, resulting in two cohorts matched on age, gender, duration of pill use (ranitidine or famotidine), diabetes diagnosis, and duration of diabetes. Over a third of the cohorts were patients with diabetes, which is much higher than for the Korean population in general (8%).(Kim et al. 2006) The study, therefore, is not representative of a whole country's population.

The study selected a subset of individuals who had been prescribed either ranitidine, or as comparator, another H2 blocker (famotidine) between 2009-2011. After excluding most of the ranitidine users, the study ended up with a cohort of 42,488 ranitidine users. After excluding most of the famotidine users, the remaining 10,122 comprised the comparator group. Famotidine and ranitidine have similar clinical efficacy, and therefore it is not clear why one is chosen over the other by prescribing physicians. If the reason for choice is because of insurance coverage or cost, there may be imbalance between ranitidine and famotidine user groups on related variables such as general health, employment status, or socioeconomic status.

Exposure measurement:

The Korean Health Insurance Review and Assessment database contains health claims data for the entire population of South Korea. The insurance program is compulsory for all Koreans, and all transactions are recorded in the database. The study references a supporting paper which indicates that for medications, the following information is recorded in the database: name of drug, date filled, days of supply, quantity dispensed, and price of each drug.(Song et al. 2014) The study therefore included data on dose of the medications as well as cumulative length of use, which the investigators categorized as

12-18 months, 18-24 months, 24-30 months, and over 30 months. The study did not provide information on patient adherence to study medications as prescribed.

The study did not identify diagnoses or symptoms for which ranitidine or famotidine medications were prescribed. If famotidine users differed from ranitidine users on underlying diagnoses, general health, insurance status, socioeconomic status, or other risk factors for cancer, the results could be biased.

The investigators addressed crossover of medications in only a limited way, by eliminating any patients who had received a prescription for ranitidine or famotidine in two years prior to study onset in 2009. This did not adequately address the issue of whether patients in the famotidine cohort had previously used ranitidine. If famotidine users had previously used ranitidine, the study results would be biased toward the null value of 1.0. A similar issue is whether patients in either cohort had used proton pump inhibitors at any time. These medications, commonly prescribed for patients with the same conditions as for patients who have used H2 blockers,  have been linked to increased risk for several cancers, and should have been adjusted for in analyses.(Abrahami et al. 2021; Seo et al. 2021; Zeng et al. 2021) In summary, the exposure measurement was higher quality relative to the other pharmaceutical database studies.

Outcomes measurement:

The outcomes, defined by ICD-10 codes for primary malignant neoplasms of the liver, cecum, appendix, colon, rectum, stomach, bronchus and lung, kidney (except renal pelvis), bladder, uterus/myometrium/cervix, breast, thyroid, gallbladder/biliary tract, prostate. No information is provided on if, and how, these diagnoses are validated. The study links to another publication describing the Korean database,(Cheol Seong et al. 2017) which states, "…, information on diagnosis and disease may not be optimal for identifying disease occurrence and prevalence since the data have been collected for medical service claims and reimbursement." With a database this large, it is concerning that subtypes of these cancers were not analyzed, as cancer risk can vary by subtype. In summary, the validity of the cancer outcomes measure is questionable.

Data on Covariates – Confounders and Effect Modifiers: The covariates used in analyses were from linked electronic health records. Ranitidine and famotidine users were matched on age, sex, cumulative duration of drug use, and diabetes. No validation studies were referenced for these variables. It does not appear that other medical or health variables were considered as confounders. South Korean

135

patients are required to complete questionnaires at health promotion visits with physicians, including smoking, alcohol, obesity, and exercise.(Song et al. 2014) It does not appear that these variables were considered as confounders.

Sample Size: The numbers of patients prescribed ranitidine (554,987) and famotidine (147,830) were very large, and the numbers of cancer cases in these groups would have been expected to be large. However, the investigators eliminated most of the medication users, and as a result had much smaller medication cohorts with small numbers of cases occurring in these groups. The small sample sizes adversely affected the study's ability to detect statistically significant results, although several of the relative risks were elevated, indicating increased risk of specific cancers with use of ranitidine.

Study Conduct: The data were already collected before this study was conceived. No validation information was provided for the ranitidine or famotidine exposure measurements, cancer outcomes, or covariates. Ranitidine and famotidine use between 2009-2011 was determined, and patients were followed for cancer occurrence between 2012 and 2018. Therefore, the maximum follow-up was 9 years, which was too short for most cancers to occur given the induction and latency periods for most cancers after exposure to a carcinogen.

Data Analyses and Interpretation: Statistical analyses were performed using a Cox proportional hazards regression model.  This type of regression model is used to adjust for multiple covariates. However, no covariates were named, either in the Methods or in the table footnotes. The results showed several hazard ratios (relative risks) for risk of specific cancers in ranitidine vs. famotidine users (relative risks) that were greater than 1.0, including biliary, stomach, bladder uterine, and thyroid. All had confidence intervals that included 1.0, which is not surprising since the investigators excluded almost all ranitidine and famotidine users, significantly reducing the numbers of cases of specific cancers.


Japanese Medical Data Center Claims Database


Iwagami et al reported results of an analysis of data from a Japanese medical data center claims database.(Iwagami et al. 2021) This database is a commercially available, administrative claims database that has, since 2005, collected outpatient, inpatient, and pharmacy (both prescribed and dispensed) claims data from health insurance associations for employed workers and family members in medium or

large companies. The database had a total of 5.7 million patients by the end of study date of 2018. Approximately 3.65 million patients were "active," although the investigators do not define that term. Only persons under age 75 were included.

The investigators first identified all patients who had been dispensed any type of H2 blocker from 2005 to 2018, and follow-up began after dispensation. The investigators grouped together ranitidine users and nizatidine users. While the paper does not specifically state why the study grouped these two, the paper Introduction mentions NDMA being found in nizatidine as well as ranitidine. This is concerning, since FDA testing showed nizatidine contained much lower amounts of NDMA (maximum found was 30 nanograms/tablet) than did ranitidine (maximum found was 860 nanograms/tablet). (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 12/20/21. For individuals who were using an H2 blocker other than ranitidine/nizatidine, but switched to ranitidine/nizatidine, their time as another H2 blocker was censored, and they were then followed as ranitidine/nizatidine users. For originally ranitidine/nizatidine who switched to another H2 blocker, however, patients continued to be followed in the ranitidine/nizatidine group.

Cancer diagnoses were identified through the inpatient and outpatient electronic health records, using ICD-10 codes from the database. There was no linkage to a cancer registry. No mention of pathology review was made. There were also no data on cancer subtypes. The authors cite a previous validation study of this database for "any cancer" diagnoses in hospitalized patients that showed a sensitivity of just 83.5%, which means that approximately 1 in 8 cancers could be missed in this database for hospitalized patients, and likely more for patients seen in outpatient clinics. Furthermore, the sensitivity was measured for all cancers combined. Therefore, in addition to the 1 in 8 with missing cancer diagnosis, many more could have the wrong cancer site inserted.

The investigators calculated incidence of overall and site-specific cancers in new users of either ranitidine or nizatidine (the latter combined with ranitidine because of reported NDMA content for that drug). They then compared that to incidence in new users of other H2 blockers. Out of 600,321 individuals, a total of 11,327 cases of cancer occurred over a median 2.4 years (range 1.1-4.5 years) follow-up.

Analyses (hazard ratios, similar to relative risks) adjusted for age, sex, and comorbidities were presented for all cancers combined (relative risk 1.02), as well as for breast, colorectal, and stomach cancers (1.04,

137

1.02, and 1.09, respectively. The authors also provided the numbers of other specific cancers in both the ranitidine/nizatidine and other H2 blocker groups, so that crude rates can be calculated (see write-ups for individual cancers below for crude relative risk calculations). Importantly, however, those data were for combined ranitidine/nizatidine, and therefore it was not possible to calculate crude relative risks for ranitidine alone versus comparators. Fifty-eight percent of the patients in the ranitidine/nizatidine group were nizatidine users. Therefore, the ranitidine/nizatidine group is heavily influenced by the nizatidine NDMA exposure, and is not an appropriate representation of the effect of ranitidine on risks for specific cancers.

The strengths of the study were several. The large medical claims database represents 3% of the Japanese population, which makes the study more likely to be representative of the Japanese population. The study database included both prescribed and dispensed medications. While dispensation does not mean that the individual took all pills as prescribed, the metric of dispensation is closer to estimating use than is prescription. Importantly, the investigators calculated cumulative dose of the H2 blockers including ranitidine.

The large number of cases of cancer was a bonus, although the numbers for some specific cancers were too low to have power to detect statistically significant associations. As described above,

There were major weaknesses to the study. Individuals aged 75 and older were not included. Since cancers occur in older individuals, by eliminating that population, the numbers of cancers will be limited. The database included only individuals working in medium or large companies (and their families), and therefore do not represent all strata of Japanese society.  Follow-up of individuals after entry into the database was limited, and not likely long enough for persons to develop cancer in response to their exposure (e.g., did not consider the likely latency period).

Much of the analyses were conducted for all cancers combined. This is not the accepted method of examining risk factors for cancers. While some risk factors may be shared across several types of cancer, other risk factors may pertain to only one or a small number of cancers. While the investigators conducted analyses separately for ranitidine and nizatidine users, they did so only for all cancers combined. Furthermore, the presentation of site-specific results for only 3 cancers limits the amount of information to be gleaned from this study.

The study combined ranitidine users with nizatidine users. Since nizatidine produces a much lower amount of NDMA compared with ranitidine (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 12/20/21), by combining the two the study significantly lowered the relative risk for ranitidine vs. comparators toward the null value. Dose-response was assessed only for all cancers combined, and therefore, for specific cancers, no dose-response assessment was available.

The variables available in the database for consideration as confounders were limited to age, sex, other medications, and chronic illnesses. Multivariate adjusted relative risks for were only presented for overall cancer and for three specific cancers (stomach, breast, colorectal). The crude relative risks that can be calculated from the incidence data presented could be confounded. Furthermore, other potentially confounding variables that are usually considered in epidemiologic studies—such as smoking, alcohol, obesity, as well as site-specific risk factors—were not available in the database. This incomplete adjustment could bias the relative risks in either direction.

There were significant methodological problems with this study in regard to presentation of results for all cancers combined, and presentation of adjusted relative risks for only 3 specific cancers, use of other H2 blocker comparators, combination of ranitidine with nizatidine, which has much less NDMA than ranitidine, and method of analyses. Therefore, I considered the study to be minimally informative.

Population Studied:

The study used the Japan Medical data Center claims database of individuals under age 75 years. The paper states that this "claims database has been collecting outpatient, inpatient, and pharmacy claims data from health insurance associations for employed workers in medium to large scale companies and their family members (the third-degree kinship) since 2005." At the time of the study end (2018), the database included 5.7 million persons. The paper states that as of that date there were "3.65 million active patients registered in the database" but do not explain what "active" means. They also state that this represents 3% of the Japanese population.

Exposure measurement:

The database includes monthly data on both prescribed and dispensed medication. From the database, the investigators identified all new adult users of H2 blockers including ranitidine, nizatidine, cimetidine,

139

famotidine, roxatidine, and lafutidine between 2005 and 2018. Patients were excluded if they were prescribed H2 blockers during their first 6 months of registration. The investigators combined users of ranitidine and nizatidine into one group, and all other H2 blocker users into another group. If a patient in the comparator H2 blocker group received a ranitidine or nizatidine prescription during follow-up, the patient was censored from that group and included in the ranitidine/nizatidine group. However, ranitidine/nizatidine users were not censored, that is, once counted as a ranitidine/nizatidine, patients always stayed in that group.

Combining ranitidine and nizatidine users into one group is highly problematic, because nizatidine has been shown to have lower levels of NDMA than ranitidine as discussed above, the majority of the combined group were nizatidine users, and therefore the two drugs grouped together will not show the specific effects of ranitidine use on cancer risk.

Outcomes measurement:

Cancer diagnoses were based on an ICD10 cancer code in the database. Those codes are inserted by treating physicians.(Yamana et al. 2017) Up to two main diagnoses and four co-morbidities can be inserted for each patient. Therefore, a diagnosis may be missed for patients with multiple medical problems. In the Iwagami et al. study, the first cancer diagnosis (excluding non-melanoma skin cancer) in the database was the outcome of interest. It is not clear if both main and co-morbid diagnoses were included. No mention of cancer deaths was included; in epidemiologic studies, cancer deaths are sometimes the only cancer diagnosis recorded for fatal cancers.

Two validation studies have been performed on cancer using the database. The paper states that one showed an 83.5% sensitivity and 97.7% specificity for "any cancer" diagnosis in hospitalized patients. Another study, limited to breast cancer, found a 98.7% sensitivity and 99.3% specificity. These data show that while an individual counted as having any cancer likely has some sort of cancer, there was no validation data on whether the specific cancer type was correct. Furthermore, almost 17% of cancer cases were not identified in the database. These types of outcome misclassification would bias the results toward the null value. Finally, the study did not include data on subtypes of cancer. In summary, the outcomes measurement could seriously under-count specific cancer outcomes, resulting in bias of the relative risk toward the null value of 1.0.

Covariates – Confounders and Effect Modifiers

Potential confounding variables were limited to electronic health record data: age, sex, indications for H2 blockers (peptic ulcer disease, gastritis, reflux esophagitis), several other medications including proton pump inhibitors, comorbidities (diabetes, chronic obstructive pulmonary disease, heart failure, "alcohol-related disease"), comorbidity index, and calendar year at start of follow-up. It is a significant weakness that typical risk factors for the studied cancers were not available and considered for adjustment.

Sample Size:

Due to the relatively young age of the cohort (all were employed workers or their families) with median age 41 years, and the short follow-up period (median 2.3-2.4 years), the number of cancers that developed during follow-up was small. Among ranitidine/nizatidine users, the numbers of patients with stomach, colorectal, pancreas, lung, melanoma, breast, uterus, prostate, kidney, and bladder cancers were, respectively: 263, 334, 93, 155, 7, 338, 93, 116, 55, 53. Small sample sizes of cases results in high chance of missing statistically significant associations.

Study Conduct:

The study enrollment period (first use of an H2 blocker) ran from 2005-2018, so some patients could have been followed for 13 years. However, the median follow-up was only 2.3-2.4 years, and half of the patients had only approximately 1 – 4.3 years' follow-up. This is not a sufficient amount of time for cancers to have developed and grown large enough to be diagnosed.

Data Analyses and Interpretation:

Most of the analyses were performed for all cancers combined, which is not the accepted method of considering associations of carcinogens with specific cancer type risk. The accepted method is to look at associations with specific cancer type, since etiology often varies between cancer types, and combining cancers together can obscure associations. Thus, the analyses separating associations of ranitidine/nizatidine in the first 5 years after first prescription, and beyond 5 years after first prescription, were performed only for all cancers combined. Similarly, sensitivity analyses and dose-response analyses were all performed only for all cancers combined.

The investigators provided numbers of cases of specific cancers in the ranitidine/nizatidine cancer group and in the other H2 blocker group (allowing for calculation of crude relative risks). However, they only calculate multivariate adjusted relative risks (hazard ratios) for three specific cancers (breast, colorectal, and gastric).

The data analyses were, therefore, not informative for specific questions of interest, including associations with specific cancers (other than breast, colorectal, stomach), dose-response, and years of follow-up.

Scottish Primary Care Clinical Informatics Unit Research

Four publications have used the Primary Care Clinical Informatics Unit Research (PCCIUR) database in Scotland to examine the association between ranitidine use and risk for cancer.(McDowell et al. 2021b; McDowell et al. 2021a; Cardwell et al. 2021; Liu et al. 2020) This population-based database includes 2 million patients registered at 393 general practices across Scotland between 1993 and 2011. The dataset consisted of complete copies of clinical data for all registered patients from 314 medical practices caring for about a third of the Scottish population. The UK National Health Service (NHS) requires registration with a medical practice to access health-care services for people living at home or in nursing care homes.(Barnett et al. 2012) The database contains 20 years of demographic, clinical, and diagnostic information. Cancer diagnoses are coded with a UK-based coding system (called the Read code), and linkage to the Scottish cancer registry. Another report found that practices captured in the PCCIUR database are very similar to those not captured in the dataset. (Elder et al. 2007)

One study using this data was a systematic screening assessment of the associations between commonly prescribed drugs and risk for specific cancers, using a series of nested case-control studies.(McDowell et al. 2021b) The other studies investigated the associations between ranitidine use and cancers of the bladder (Cardwell et al. 2021), pancreas, (Cardwell et al. 2021) and stomach.(Liu et al. 2020)

In a screening study in this Scottish database, McDowell et al investigated associations between commonly prescribed medications and risks for 22 cancer sites.(McDowell et al. 2021b) The investigators conducted a series of nested case control studies set in the Primary Care Clinical Informatics Unit Research database in Scotland. The cases were new diagnoses of primary cancers that comprise the 22 most common cancers in Scotland. Up to 5 controls per case were selected and

matched to cases on practice, year of birth, gender, and year of registration with the practice. Both cases and controls had at least 3 years of follow-up data in the general practice. Medication use from 1993 to the most recent general practice registration data was collected, up to one year prior to the diagnosis date of the case. Covariates were also extracted including; a comorbidity index of chronic diseases, risk factors for specific cancers, and the most recent smoking and alcohol use recorded by the general practice, and these all were adjusted for in analyses. Analyses were done for the 250 medications most commonly prescribed for the controls for each cancer site. Odds ratios were calculated for low and high use vs no use. The investigators set pre-specified conditions for identifying medications for further consideration, including: 1) odds ratios greater than 1.25; 2) p-value $\leq$ 0.01; and 3) evidence of dose-response. The study included 62,019 cases and 276,580 controls. The median exposure across all medications was 8.1 years. A total of 5622 medication-cancer associations were studied across the 22 cancers sites. A total of 2060 had relative risks greater than 1.25 (or less than 0.8 for those with reduced risk associations), had p-value $\leq$ 0.01. Of these, 118 showed evidence of dose-response relationships.  After adjustment for smoking, 77 medicine-cancer associations remained. The screening procedure found associations between ranitidine and increased cancer risk for two sites: bladder and cervix. No associations decreased cancer risk for ranitidine were found. For bladder cancer, there were 3229 cases and 13,907 controls overall, and 392 cases and 1252 controls in the ranitidine specific analyses.  When analyses were for any exposure to ranitidine, and adjusted for comorbidity and smoking, the relative risk was 1.26 (95% CI 1.10-1.44). The relative risks were 1.2 (95% CI 1.0-1.44) for low use and 1.32 (95% CI 1.09-1.59) for high use, indicating a dose-response relationship. The investigators subsequently published a journal article detailing this association (see Cardwell below).(Cardwell et al. 2021) In the ranitidine-specific analyses for cervical cancer, there were 109 cases and 374 controls, with a relative risk of 1.37 (95% confidence interval, 1.08 - 1.73) for any use of ranitidine. The relative risks were 1.15 (95% CI 0.83 -1.60) for low use and 1.64 (95% CI 1.18 -2.26) for high use, indicating a dose-response relationship. Detailed information on bladder cancer is included below and in the Bladder Cancer section of this report.

Cardwell et al. published results of a nested case-control study of bladder cancer set within the Scottish database.(Cardwell et al. 2021)   A total of 3260 cases of bladder cancer were diagnosed between 1999 and 2011, and were matched (sex, year of birth, physician practice, and year of practice registration) to a total of 14,037 controls. Exposures to medications between 1993 and one year prior to diagnosis of the index case were ascertained. The odds ratio (relative risk) of bladder cancer was 1.22 in ranitidine

users vs nonusers. The association was stronger with use for over 3 years of ranitidine use (relative risk 1.43), which supports a dose-response effect. When use was categorized by daily defined dose (quantity of tablets and dose), those with 1-182, 182-365, 365-1095, and > 1095, had relative risks for bladder cancer compared with nonusers of 1.18, 1.24, 1.17, and 1.43, respectively showing a strong dose-response effect. The p for trend was 0.004.

The second study in the Scottish database (McDowell et al. 2021a) was a case-control study examining use of one or more of thirteen medications related to pancreatitis and risk for subsequent pancreatic cancer. A total of 1069 cases of pancreatic cancer were diagnosed between 1999 and 2011, and were matched (sex, year of birth, physician practice, and year of practice registration) to a total of 4729 controls. Exposures to medications between 1993 and one year prior to diagnosis of the index case were ascertained. Adjustment for several covariates was done, including co-morbidities, smoking, and alcohol use. Comparing ranitidine users with nonusers, the odds ratio (relative risk) of pancreatic cancer was 1.37. Dose-response was estimated by calculating relative risk in two categories of numbers of prescriptions (1-5 vs 6 or more), with no estimate of dose, frequency, or years of use.

In 2020, Liu et al. published results of a study of ranitidine and stomach cancer risk using the Scottish Primary Care Clinical Informatics database.(Liu et al. 2020) This was a nested case-control study with 1119 cases of stomach cancer (diagnosed 1999-2011) and 5394 controls (matched on age, sex, general practitioners practice). The risks for stomach cancer in ranitidine users vs. non-users was increased by 42% (RR 1.42, 95% CI 1.1-1.85). Dose-response was not assessed.

The strengths of the case-control study were: 1) relatively large number of cases; 2) medication data from Scottish general practice databases, which minimizes chance of recall bias since neither cases nor controls were asked to provide medication exposures; 3) adjustment for multiple covariates. Weaknesses included: 1) lack of dose-response data for ranitidine use; 2) lack of data on medication adherence; 3) lack of data on over-the-counter use; 5) lack of data on adherence to medication use. These inaccurate measures on exposure increase the likelihood of biasing the relative risk to the null value.

The studies from the Scottish database had several strengths. This was nationally-representative database covering 15% of the Scottish population. Ranitidine prescriptions were documented, and there was no risk of recall bias because the medication data was obtained independently from patients' case

or control statuses. There was high coverage of cancer cases from the general practice records. In addition, the database conducts comprehensive linking of practice data to the Scottish Cancer Registry data, with the result of a high coverage of cancer cases. A particular strength of the studies was that the investigators for the bladder and pancreatic cancer studies tested the dose-response relationship using either the WHO daily defined dose or the number of prescriptions for ranitidine. Another important strength of the studies was the adjustment for smoking, which was not previously done with screening studies, or in most other pharmaceutical database studies. The screening study replicated well-known medication-cancer associations, such as hormone therapy cancer and increased risk for breast cancer, and nonsteroidal anti-inflammatory medications and reduced risk for colon cancer. This replication bolsters the validity of other observed associations in the screening study.

There were several weaknesses. The studies did not ascertain over-the-counter use of ranitidine, which had been licensed for over-the-counter purchase in the UK in 1995. Because of the lack of over-the-counter use data, the studies likely underestimated ranitidine exposure and likely biased the relative risk to the null. Furthermore, there was no information on patient adherence to prescribed medications in any of the studies. This can have resulted in misclassification of exposure, which would underestimated ranitidine exposure and likely biased the relative risks to the null. The electronic health record database was not designed primarily for epidemiologic research, and therefore there are limited numbers and types of variables for characterizing the database and for use in adjusting for covariates. For example, alcohol and smoking are related to risk for both pancreatic, bladder, and stomach cancers, and could be related to propensity to use ranitidine. The studies did attempt to adjust for these potential confounding variables. However, the data on alcohol or smoking were "incomplete and did not capture detailed information on the extent of exposure", resulting in the "possibility of" misclassification of patients' smoking and alcohol use patterns. This misclassification can bias the relative risk in either direction. A further weakness of the Liu et al. study was that its primary focus was to look at associations between use of proton pump inhibitors or H2 blockers in general and risk for stomach cancer.

There were significant strengths of the studies from the Scottish database, and some methodological problems. As a group, on balance, these studies were substantially more informative than the studies that compared ranitidine only to other H2 blockers or to proton pump inhibitors. Because of its bias toward the null, I gave less weight to the relative risks that were not greater than 1.0, and put more weight on relative risks that were greater than 1.0.

145

Population studied: the study used a database from the Scottish general medical practices including patients registered between 1993-2011. Since all UK residents are registered to a general practice, this is a population-based study. The study designs for the Cardwell et. al, McDowell et al. and Liu et al. studies were matched case-controls within the practices' database, so in effect were nested case-control studies.

Exposure measurement:

Medication use was determined from primary care records of each individual prescription made in the exposure period. Included were prescriptions ranitidine, cimetidine, famotidine, and nizatidine, esomeprazole, lansoprazole, omeprazole, pantoprazole, and rabeprazole sodium. The Cardwell et al. and McDowell et al. allocated a prescription length of 28 days (pack size of pills). For ranitidine, a dose of 150 mg was assumed when dose was missing. Defined daily doses (DDDs) were calculated from the quantity of tablets and dose, as defined by the World Health Organization.

Over-the-counter use of any of the H2 blockers or proton pump inhibitors was not ascertained.

Outcomes measurement:

Cases were identified based on a primary care record of a diagnosis of primary cancer between 1999 and 2011. The papers cite a validation study comparing the Scottish practices' diagnoses to local cancer registries and showed that 93 – 100% of cases were correctly identified in the practices.(Margulis et al. 2018)

Covariates – Confounders and Effect Modifiers: Because these studies used pre-existing data in electronic health records, the data collection preceded the hypotheses development, and the studies used what data were available. Cancer-specific potential confounders were not available, and there could have been residual confounding of associations.

Sample Size:

The sample sizes for all of the studies were appropriate, and for the three case-control studies, the numbers of cases and matched controls were likely large enough to have power to detect statistically

significant associations for the various cancers. For the screening study, however, numbers of some individual cancer types were likely too small to match the preset criteria of p value < 0.01.

Study Conduct: The data were already collected before this study was conceived. No information was provided for the validity of the ranitidine exposure measurement. Medication data only were available from 1993, and therefore ranitidine used before that data would not have been counted. That would have resulted in nondifferential misclassification, and bias of the relative risk toward the null.

Data Analyses and Interpretation:

The screening study pre-set conditions for a medication-cancer association to be flagged including: 1) odds ratios greater than 1.25; 2) p-value $\leq$ 0.01; and 3) evidence of dose-response. Therefore, some associations between ranitidine use and specific cancers could have been missed. The other studies on bladder, pancreas, and stomach cancers calculated odds ratios since their designs were nested case-control, which is an appropriate estimate of relative risk. None of these studies had data to consider a range of potential confounders such as risk factors for specific cancers. Liu et al. interpreted the relative risks seen in ranitidine users versus nonusers (removing cases 1, 2, and 3 years prior to diagnosis yielded relative risks of 1.42, 1.22, and 1.17, respectively) as no association.

Dose-response

The screening study addressed dose-response and used it as a criterion for positive findings. The bladder and pancreas cancer studies addressed dose-response, but the stomach cancer did not look at dose-response for ranitidine alone.

Because of the strong methodology in these Scottish studies, I found these studies to be most informative of the ranitidine studies.

Kaiser (California) Pharmaceutical Database

Investigators identified men and women who received a prescription of ranitidine or cimetidine from two computerized pharmacy databases that had been created for administrative purposes. One of the

databases was a 1% sample of medications dispensed at all Northern California Kaiser Permanente pharmacies during 1982-1985. The second database was comprised of all medications dispensed at the Kaiser Permanente Oakland Medical Center pharmacy during a one-year period in 1984-85. The databases include information on Kaiser patient member number, medication name, and date of dispensation. The study identified men and women who were prescribed or dispensed ranitidine (N=922) or cimetidine (N=4125) between 1982 and 1987, and followed them through 1995 to identify new diagnoses of cancer.(Habel, Levin, and Friedman 2000) Individuals who had used both medications were excluded. Ten nonusers were matched to ranitidine and cimetidine on year of birth, gender, and pharmacy database. In total, 49,229 nonusers controls were followed through 1995. Cancers were identified through Kaiser records and linkages to the SEER cancer registries covering Northern California. Over the follow-up period, 225 cancers were diagnosed among the cimetidine users, 70 cancers were diagnosed among the ranitidine users, and 2699 cancers were diagnosed among the nonuser controls. Analyses comparing cancer incidence in ranitidine users vs nonusers were adjusted for birth year, gender, and source of pharmacy data.

Compared with nonuser controls, the relative risks for ranitidine users for cancer overall was 1.26. Relative risks for specific cancers were: prostate, 1.57; breast, 0.92; uterus, 052; ovary, 0.77; lung/bronchus, 1.5; colorectal, 0.82; esophagus/stomach, 2.42; pancreas, 2.6; kidney/bladder, 1.56; melanoma, 0.67; lymphoma/myeloma/leukemia, 0.91.

The strengths of this study were several. The data on ranitidine use were from pharmacy records of a health maintenance organization for dispensed medications, and therefore was likely accurate with regard to use at one point in time assuming patients' adherence to the medications. During the data collection period, ranitidine was prescription-only, and therefore there was no bias from undercounting over-the-counter use of the medication. However, the databases were only samples of pharmacy records.

Ranitidine was FDA approved in 1983, and therefore, this study which collected data on ranitidine use between 1982 and 1987, would capture first-time users of ranitidine. This contrasts with other pharmacy databases that collected data from decades later, but without early information, leading to bias of under-counting full ranitidine exposure history.

By identifying cancer cases through both medical records and the local SEER cancer registries, there was high quality ascertainment and adjudication of cancer cases, with low likelihood of missing cases. The researchers used two comparison groups—cimetidine users, and users of no H2 drugs, and therefore could control for effect of medical condition.

There were some weaknesses. Participants who used both ranitidine and cimetidine were excluded, which adds to the underestimate of ranitidine exposure. Also, some of those classified as "nonusers" could have used ranitidine at other time points. Ranitidine/cimetidine exposure was queried only at baseline. Since there was no history of use determined, and no updates during follow-up, the use of these H2 blockers was likely to be misclassified. These exposure biases (nondifferential misclassification) will bias the relative risk toward the null value.

Follow-up was for at most 13 years; this amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer. (However, this period of follow-up was longer than for most of the other pharmacy database studies.) The sample sizes for specific cancers were relatively small, which reduces the chance of identifying statistically significant associations.

The study reported only on use/nonuse of ranitidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis.

There were significant strengths of this study, and some methodological problems. Because of its bias toward the null, I gave less weight to the relative risks that were not greater than 1.0, and put more weight on relative risks that were greater than 1.0.

Population studied

The study used two pharmaceutical electronic health record databases of dispensed medications from a Kaiser Permanente medical center. The cohort was comprised of members who had been dispensed ranitidine or cimetidine from 1982-1987 and compared them to nonusers (10 nonusers to each user matched on year of birth, gender, and database). A total of 922 ranitidine users, 4125 cimetidine users, and 49,229 nonusers were included.

Exposure measurement

149

Ranitidine use was ascertained through pharmaceutical records of dispensed medications. Kaiser patients tend to use Kaiser pharmacies to reduce costs, and over-the-counter ranitidine was not yet available, so users were likely to have been identified. Individuals who had used both ranitidine and cimetidine were excluded, and therefore exposure was underestimated.

Outcomes measurement

The study linked to SEER cancer registries, which provided high quality of cancer ascertainment and adjudication.

Covariates – Confounders and Effect Modifiers

Only birth year, gender, and pharmacy database were adjusted for, and therefore there could be residual confounding.

Sample Size

With the small number of 922 ranitidine users followed until 1995, the study was underpowered to detect statistically significant associations between ranitidine use and risk of specific cancers.

Study Conduct

Follow-up was for at most 13 years; this amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer.

Data Analyses and Interpretation

Multivariate regression was used to calculate relative risks and confidence intervals. The study focus was on cimetidine, so the study authors did not summarize ranitidine findings in the abstract, despite several increased relative risks including statistically significant ones.

Table 4: Comparators, Doses, Missing Data, and Follow-up in Studies on Ranitidine and Cancer Risk

| Study | Source of data | Years of medication use included[a] | Prescription vs. Dispensed Medication Data | Over the Counter Use Included or Relevant? | Ranitidine vs H2 blocker | Ranitidine vs Proton Pump Inhibitor | Ranitidine vs Nonusers | Long-term ranitidine use[b] | Length of follow-up[c] |
|---|---|---|---|---|---|---|---|---|---|
| (Iwagami et al. 2021)<br><br>Cancers: Stomach Bladder Pancreas<br><br>Also: Colorectal Lung Malignant melanoma Breast Uterine Prostate Kidney Other cancers | Japanese electronic health records databases | 2005-2018 (Combined ranitidine & nizatidine users) | Prescribed & Dispensed | No OTC data provided | Combined ranitidine & nizatidine vs other H2 blockers | No | No | Not reported for specific cancers | Median (interquartile range): R & N: 2.4 (1.1-4.5) Other H2 blockers: 2.3 (.9-4.2) |
| (Yoon et al. 2021)<br><br>Cancers: Bladder Liver Stomach<br><br>Also: Kidney Prostate Breast Uterus Lung Colorectal Thyroid Biliary | South Korea electronic health records database | 2009-2011 (excluded those using 2007-2008) | Prescribed | No OTC data provided | Yes (vs famotidine) | No | Not reported for specific cancers | Ranitidine and famotidine users matched for cumulative exposure; RR for duration reported not reported for specific cancers | 2009-11 to 2012-18 |
| (Adami et al. 2021)<br><br>Cancers: Pancreas Liver Stomach Esophageal | Danish electronic health records database, pharmacy registry, cancer registry | 1996-2008 | Dispensed | From 2002, half of ranitidine use OTC, versus almost none of comparators | Yes | Yes | No | ≥ 10 prescriptions | Median (IQR): Ranitidine: 14 (10-18) Other H2 B: 16 (11-19) PPI: 12 (9-16) |
| (Nørgaard et al. 2021) | Danish electronic health | 1996-2008 | Dispensed | From 2002, half of ranitidine | Yes | Yes | No | ≥ 10 prescriptions | Median (IQR): Ranitidine |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Bladder cancer Also: Kidney cancer | records database, pharmacy registry, cancer registry | | | use OTC, versus almost none of comparators | | | | | : 14 (9-18) Other H2 B: 15 (7-19) PPI: 12 (5-16) |
| (Kumar, Goldberg, and Kaplan 2021) Stomach cancer in *H. pylori* patients | Cohort, U.S. Veterans electronic health records database including pharmacy use | 1998-2018 | Prescribed | Not included but OTC provided by VA at deep discounts, may decrease non-VA purchase | Yes | Yes | No | Not reported | Median 4.4 years, IQR 1.7–9.2 years |
| (Kim, Wang, et al. 2021) Cancers: Esophagus Stomach Liver Pancreas Also: Colorectal | IBM Explorys electronic health records database | 2009-2018 | Prescribed | Over-the-counter data missing | Yes | Yes | No | Not reported | 1-10 years |
| (Kim, Lee, et al. 2021) Stomach cancer | Korean electronic health records database | 2002-2008 (Combined ranitidine & nizatidine users) | Prescribed | No OTC data provided | Yes Combined ranitidine & nizatidine users vs other H2 users | No | Yes | Not reported | 2002-8 to 2013 |
| (Kantor et al. 2021) Cancers: Bladder Liver Also: Colorectal Lung Breast Prostate Kidney Ovary | Cohort (UK Biobank), cancer registry | 2006-2010 | Self-report of use in 4 week period | Self-report could have included OTC use | No | Yes | Yes | Not reported | Median 6.7 years |
| (McDowell et al. 2021a) Pancreas cancer | Scottish general practice electronic health records database, pharmacy registry, cancer registry | 1993-2010 | Prescribed | Not included (but only 10% of ranitidine purchased OTC in UK) | No | No | Yes | 6 or more prescriptions | Nested case-control study Cases diagnosed 1999-2011; prescriptions 1993-1 year before diagnosis |
| (Cardwell et | Scottish | 1993-2010 | Prescribed | Not included | Yes | Yes | Yes (main | 36 or | Nested |

152

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| al. 2021)<br><br>Bladder cancer | general practice electronic health records database | | | (but only 10% of ranitidine purchased OTC in UK) | (sensitivity analyses) | (sensitivity analyses) | analyses) | more prescriptions | case-control study Cases diagnosed 1999-2011; prescriptions 1993-1 year before diagnosis |
| (Liu et al. 2020)<br><br>Stomach cancer | Scottish general practice electronic health records database | 1993-2010 | Prescribed | Not included (but only 10% of ranitidine purchased OTC in UK) | No | No | Yes | > 1095 DDD (~ > 3 years) | Nested case-control study Cases diagnosed 1999-2011; prescriptions 1993 - 1 year before diagnosis |
| (Tran et al. 2018)<br><br>Liver cancer | Cohort (UK Biobank), cancer registry | 2006-2010 | Self-report of use in 4 week period | Self-report could have included OTC use | No | No | Yes | Not reported | Median 5.6 years (range 1-8.6 years) |
| (Tran et al. 2018)<br><br>Liver cancer | Scottish general practice electronic health records database | 1993-2010 | Prescribed | Not included (but only 10% of ranitidine purchased OTC in UK) | No | No | Yes | Not reported | Nested case-control study Cases diagnosed 1999-2011; prescriptions 1993 - 1 year before diagnosis |
| (Tan et al. 2018)<br><br>Esophageal cancer in Barrett's esophagus patients | Cohort, U.S. Veterans electronic health records database including pharmacy use | 2003-2011 | Dispensed | Not included but OTC provided by VA at deep discounts, may decrease non-VA purchase | No | No | Yes | DDD > 150 | Nested case-control study within cohort of Barrett's' Esophagus patients diagnosed 2004-9; esophageal cases diagnosed in cohort through |

153

| | | | | | | | | | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| (Habel, Levin, and Friedman 2000) Cancers: Bladder/kidney Pancreas Liver Stomach Esophageal Also: Prostate Breast Uterus Ovary Lung Colorectal Melanoma Lymphoma/ myeloma/ leukemia | U.S. Kaiser computerized pharmacy and electronic health record databases; linkages to SEER cancer registries | 1982-1985 | Dispensed | OTC not available during time of data collection | No | No | Yes | Only reported for breast and prostate cancers | 1982-85 to 1995 |
| | | | | | | | | | |

[a]Relevant to availability of over-the-counter preparations of ranitidine, other H2 blockers, and PPIs

[b]Relevance of study data versus actual use of highly-exposed individuals who have used ranitidine daily for decades

[c]Relevance of study data to the induction and latency periods of carcinogens: were the study participants followed for long enough to allow time to allow for cancer initiation and latency periods

154

## Clinical Trials of Ranitidine

Zantac was indicated for treatment and maintenance therapy and marketed as safe and effective for long term use. (https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/018703s068,019675s035,020251s019lbl.pdf) I reviewed the clinical trial data and documents that were submitted in support of each maintenance therapy indication. None of the randomized clinical trials evaluated the safety or efficacy of ranitidine use to assess cancer risk. None of the trials were long enough, large enough, nor were they designed, to determine cancer outcomes.

I also reviewed internal documents and published medical literature regarding additional maintenance clinical trials and/or long-term use. These studies followed patients for up to 8 years. Overall, the studies were not designed to evaluate the risk of cancer development from ranitidine treatment, were not powered to detect a statistically significant risk, and suffered from other limitations e.g. lack of a control or comparator group, insufficient pre-study diagnostic evaluation, or an in ability to adjust for confounders.

While randomized clinical trials are typically referred to as the gold standard, they suffer significant limitations in detecting the risk when it involves latent chronic effects like cancer if patients are not followed long-term or if there is significant loss to follow-up. These limitations are well known. (Singh and Loke 2012; Pottegård, Friis, et al. 2018; Llewellyn-Bennett et al. 2018)  While I considered the information that could be gleaned from internal clinical trial documents and the published medical literature, the insufficient study design, lack of follow-up, lack of controls and adjustments for confounding rendered the information of limited value in my analysis.  The information that I considered is contained on my materials considered list.

155

## Occupational Studies of NDMA, Nitrate, and Risk of Multiple Cancers

The following studies assessed the relationships between occupational exposure to NDMA (or to nitrate) and risk for more than one cancer. In some cases, all of the cancer types were included in one publication; in other cases, cancer outcomes were spread over two or more publications. Because the source data items were the same across cancers, I have described the study's methods, results (briefly), strengths, and weaknesses in this section. More details on particular cancers, especially the five cancers of focus in this report (bladder, esophagus, liver, pancreas, and stomach), are provided in the cancer-specific sections.

Several occupations have been found to expose workers to large amounts of NDMA.(de Vocht et al. 2007; Ducos et al. 1988) While some of the NDMA exposure is through inhalation or skin, ingestion occurs as well through contamination of mouth and hands.(Gorman Ng et al. 2012) One of the strengths of these studies is that exposure levels have been estimated for various occupations within the manufacturing companies, and therefore dose-response relationships have been studied. By studying the associations of varying dose of NDMA on risk for cancer, parallels can be drawn to the role of NDMA in ranitidine in causing cancer. Another strength to considering occupational exposure to NDMA is that the exposures are unlikely to be counteracted by protective vitamins as happens with intake of NDMA in vegetables that can be offset by the vitamin C in vegetables.(Hagmar et al. 1991) Most of the data available on occupational NDMA exposure has been in rubber manufacturing workers. The highest NDMA exposure has been reported in rubber manufacturing.(Straif et al. 2000) Several studies have investigated associations between nitrate exposure and cancer risk, and nitrate fertilizer workers have been shown to have high levels of nitrate in saliva(Hagmar et al. 1991), although the amount of NDMA produced after occupational nitrate exposure has not been estimated in these studies.

### Rubber Manufacturing NDMA Exposure and Cancer Risk

### German Rubber Industry Cohort (Straif)

A cohort of 8933 German men working in the rubber industry was followed for cancer mortality from 1981 to 1991 associated with on-the-job NDMA exposure.(Straif et al. 2000) The study included all male

156

German blue collar workers who had been employed in one of five rubber manufacturing companies, still active or retired as of 1981, restricted to all workers who were hired in 1950 or later (n=8933) to focus on potential risks of working conditions in the more recent rubber industry and to reduce the potential for a healthy worker survivor effect. Follow up of individual cohort members started on 1 January 1981 but not before completion of 1 year of employment, and ended at death, or the end of the follow up period, 31 December 1991, or to age 85, whichever occurred first.

NDMA exposure level was determined from job histories and from a categorization scheme based on a previous hazard survey that tested air samples for NDMA in several job categories, comprehensive nitrosamine measurements in all factories, and adjustments for changes in work safety measures over time. Jobs were classified as having had high, medium, or low exposure to NDMA and another nitrosamine. Both medium and high exposure jobs had high airborne levels of NDMA exposure. Exposure categories for individuals were based on years of work at the different job exposure categories. Complete occupational histories and job exposure codes were available for 94.8% of the men.

Outcomes (deaths) were ascertained in several ways. Health insurance data and personnel files of the participating factories as well as German population registries were used to determine the vital status of cohort members at the end of the observation period, and death certificates were used to determine cause of death. Follow-up status was known for almost all men (99.7%), and cause of death was known for 97.2% of the 1521 deceased men.

Analyses compared cancer-specific deaths in high and medium exposure categories to that in low-exposure categories. Relative risks (hazard ratios) for highly exposed men compared to men with those with low levels of exposure were: oral cavity, 2.9; pharynx, 4.7; esophagus, 9.1; stomach, 1.2; colon, 1.5; rectum, 0.8; liver, 1.0; pancreas, 0.5; larynx, 0.0; lung, 1.2; prostate, 2.1; bladder, 1.3; kidney, 0.0; brain, 3.5; lymphoma, 0.0; leukemia, 0.8.

The strengths of this study were several:  1) job classification exposures were well documented for virtually all men, with comprehensive job measurements taken at various points, and historical exposures considered; 2) individual exposure categories were determined based on decades of job classifications; 3) follow-up was accomplished through health and mortality records, which enhances

validity of outcome exposures, with outstanding levels of follow-up completeness; 4) outstanding completeness of outcome (cancer specific deaths) determinations; 5) the comparator group consisted of men with low level exposure to NDMA who worked in the same manufacturing plants, thereby minimizing risk of healthy cohort effect.

Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases for some types of cancer; 2) job exposures were measured in air, and it is not clear how much individual men inhaled or ingested the NDMA; 3) the study was relatively small 1521 cancer deaths in total), which reduces the likelihood of detecting statistically significant results for specific cancers; 4) only men were included in the study.

Below is a description of how the German rubber occupational study addressed the key epidemiologic issues I considered as I evaluated studies' informativeness for the role of NDMA and cancer causation in humans.

Population studied

The study included all male German blue collar workers who had been employed in one of five rubber manufacturing companies, still active or retired as of 1981, restricted to all workers who were hired in 1950 or later (n=8933) to focus on potential risks of working conditions in the more recent rubber industry and to reduce the potential for a healthy worker survivor effect.(Straif et al. 2000; Pearce, Checkoway, and Kriebel 2007)

Exposure measurement

NDMA exposure level was determined from detailed job histories and from a categorization scheme based on a previous hazard survey that tested air samples for NDMA in several job categories, comprehensive nitrosamine measurements in all factories, and adjustments for changes in work safety measures over time. Jobs were classified as having had high, medium, or low exposure to NDMA and another nitrosamine. Both medium and high exposure jobs had high airborne levels of NDMA exposure. Exposure categories for individuals were based on years of work at the different job exposure categories. Complete occupational histories and job exposure codes were available for 94.8% of the men. However, the actual NDMA ingested through air, skin, or orally for individual workers was not

determined, and therefore there could be errors in exposure measurement. However, these exposure measurement errors were nonsystematic misclassification, which bias relative risks toward the null value.

Outcomes measurement

The outcomes were cancer-specific deaths. Outcomes (deaths) were ascertained in several ways. Health insurance data and personnel files of the participating factories as well as German population registries were used to determine the vital status of cohort members at the end of the observation period, and death certificates were used to determine cause of death. Follow-up status was known for almost all men (99.7%), and cause of death was known for 97.2% of the 1521 deceased men. By looking only at cancer deaths (rather than cancer incidence and deaths), however, the identification of several cancer is under-estimated, especially for cancers that have low mortality.

Covariates – Confounders and Effect Modifiers

As with many occupational studies, information on possible confounding factors other than age was not available, and therefore the hazard ratios (relative risks) were only adjusted for age (and date of starting the particular rubber manufacturing job). This lack of control for confounders could bias the relative risks in either direction, and particularly could be affected by risk factors such as smoking and alcohol use.

Sample Size

A total of 1429 men had died of known causes, by the end of the follow-up period, of whom 444 died of cancer. As a result, the numbers of deaths of individual cancer sites were small, reducing the chance of observing statistically significant associations.

Study Conduct

Participants began work in the factories as early as 1950 and alive as of 1981. Active follow-up of participants was from 1981-1991, to age 85, or death. Of the 8933 workers, 7621 were first employed in

159

the factories before 1970, and therefore the range of follow-up through 1991 would have been 22 – 41 years. This amount of time would likely have included latency periods.

### Data Analyses and Interpretation

Data analyses were hazard ratios comparing high and moderate exposure workers to low exposure workers. Adjustment for age and time was performed with multivariate regression analyses. Since all analyses were within the cohort of workers, the healthy worker effect (seen when comparing occupational cohorts to the general population) is minimized.

### Dose-response

Dose-response was addressed by calculating hazard ratios for highly exposed versus moderately exposed, and by separately looking at 10 years versus lower duration of exposure.

### UK Rubber Industry Cohort (Hidajat)

A cohort of 36,441 UK men aged 35 or older were followed from 1967 through 2015, by which time 94% had died, and their occupational exposure to rubber dust, rubber fumes, and N-nitrosamines was calculated.(Hidajat, McElvenny, Ritchie, et al. 2019) The men were workers from 381 factories in the UK. Exposure assessment was based on estimates from a database of measurements of compounds in rubber factories in Europe. Because only job information in 1967 was available, the primary analyses assumed all subjects remained in the same factory department (i.e., not necessarily in the same job) throughout their careers and were employed until retirement at age 70, death or emigration. Lifetime cumulative exposures to N-nitrosamines were calculated for each worker based on the assumed number of years worked and department.

Deaths and cause of death were determined from death certificates, as reported in other publications from the same cohort study.(Hidajat et al. 2020) Specifically the underlying cause of death reported on the death certificate was used as the cause of death.

Cohort members were followed for up to 49 years, after which 94% of the cohort had died. The median employment start year was 1954. Analyses were adjusted for year of birth and lifetime cumulative exposure to rubber dust or fumes. Fifteen-year lags were used in analyses because of the latency period between exposure and cancer development.

There were 9101 deaths from cancer over the 49 years of follow-up. The numbers of deaths of some specific cancers were provided in the paper: bladder, 417; lung, 3377; stomach, 768; leukemia, 195; multiple myeloma, 462; non-Hodgkin's lymphoma, 141; esophagus, 333; prostate, 885; larynx, 62; brain, 106; pancreas, 328; liver, 122.

The researchers divided study participants into four equal size groups (quartiles) based on NDMA exposure, and calculated competing risk survival analyses to examine cancer mortality risk. Compared with the lowest quartile of NDMA exposure, those with higher exposure had increased risk for dying of cancers of the bladder, lung, stomach, leukemia, multiple myeloma, non-Hodgkin's lymphoma, esophagus, prostate, larynx, brain, pancreas, and liver (hazard ratios, 95% confidence intervals, and p trend values provided below in individual cancer write-ups).

I understand that there will be evidence at trial based on the expert opinion of a toxicologist that converts estimates airborne to oral ingested doses of NDMA occupational exposure. For example, the relative risks in Hidajat et al. 2019 showed risks by quartile of increasing NDMA exposure.(Hidajat, McElvenny, Ritchie, et al. 2019) The lowest quartile (quartile 1), used as the comparator group; the median converted oral equivalent cumulative lifetime exposure to NDMA at work ranges from 2.6 to 3.4 milligrams. Quartile 2 showed a converted median oral equivalent cumulative lifetime dose of 7.6 to 9.8 milligrams. When quartile 1 is compared to quartile 2, the increased risk for those in quartile 2 was 1.32 for all cancers, 1.57 for bladder cancer and 1.59 for pancreatic cancer. In each case the confidence interval did not include 1. Workers could have had more or less exposure within the range of the quartile. It is also important to consider that the base group, quartile 1, was also exposed to NDMA at work above and beyond what this large cohort would have received from other sources, such as diet. Those in quartile 1 received a median converted oral equivalent lifetime does of 2.6 to 3.4 milligrams and therefore were likely to have a higher incidence of cancer than the background population (which was not provided in the Hidajat paper).

161

The strengths of this study were that: 1) the cohort was large, and followed until almost all of the men had died. Therefore, a more complete classification of cancer mortality was possible; 2) there were a relatively large number of cancer deaths compared with most occupational cohort studies.

Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) job exposures in occupations were measured in air, and it is not clear how much individual men inhaled or ingested NDMA; 3) only men were included in the study.

There are some limitations to these occupational studies in general: 1) Most of the studies were conducted only in men, and therefore the occupational associations in women are not known; 2) Some studies compared cancer rates to those in the general population rather than to rates in unexposed workers. Therefore, there could be a healthy worker bias which could underestimate the effect of the carcinogen NDMA on cancer risk. However, the two rubber manufacturing cohort studies did internal comparisons, which avoids healthy worker effects for those analyses; 3) Many studies did not have information on potential confounding factors and therefore could not adjust for such factors; 4) Establishing the dose of NDMA exposure in individuals in occupational studies can be difficult. While methods exist for estimating NDMA exposure in particular job categories(Hidajat, McElvenny, Mueller, et al. 2019), it cannot be proven that an individual had that actual exposure. This type of inaccuracy in exposure biases the relative risk/odds ratio to the null value; 5) Many occupational studies assume that inhalation and dermal exposures are primary. However, there is evidence of significant ingestion of occupational carcinogens.(Gorman Ng et al. 2012) It is very likely, therefore, that occupational exposure to NDMA is relevant to ranitidine NDMA exposure, although establishing a parallel dose between occupation and medication is difficult; 6) Several occupational studies included only cancer deaths as the outcomes. To the extent that many cancers do not cause death, this will considerably drive the relative risk toward the null value; 7) The rubber factory workers could have been exposed to other carcinogens in their occupations. However, the researchers looked separately at amounts of NDMA exposure, rubber fumes, rubber dust, and another nitrosamine (NMOR), and found increased, linear dose-response, risks for several cancers with increasing NDMA exposure after adjustment for these other exposures. This shows that NDMA is an independent risk factor for cancer.

Population studied

162

The study included a cohort of 36,411 male workers from 381 factories in the UK.

### Exposure measurement

Exposure assessment was based on estimates from a database of measurements of compounds in rubber factories in Europe.(Hidajat, McElvenny, Mueller, et al. 2019) Lifetime cumulative exposures to N-nitrosamines were calculated for each worker based on the assumed number of years worked and department.

### Outcomes measurement

The outcomes were cancer-specific deaths. Deaths were ascertained through links to national registrars, and death certificates were obtained for determining causes of death.(Sorahan et al. 1986) No references for validation of cancer death diagnoses were provided. Follow-up status was known for almost all men (96.3%). By looking only at cancer deaths (rather than cancer incidence and deaths), however, the identification of several cancer is under-estimated, especially for cancers that have low mortality.

### Covariates – Confounders and Effect Modifiers

As with many occupational studies, information on possible confounding factors other than age was not available, and therefore the hazard ratios (relative risks) were only adjusted for age. This lack of control for confounders could bias the relative risks in either direction, and particularly could be affected by risk factors such as smoking and alcohol use. Sensitivity analyses were performed testing modelled alternate numbers of employment years.

### Sample Size

The cohort of 36,411 men was followed long-term, after which time 94% of the men had died including 9101 cancer deaths.  As a result, the numbers of deaths of individual cancer sites were small for some cancer types, reducing the chance of observing statistically significant associations.

Study Conduct

The workers were followed long-term until a point where 94% had died. With linkage to national registrars and death certificates, the study had high retention in order to ascertain outcomes.

Data Analyses and Interpretation

Data analyses were hazard ratios comparing workers in the 2nd, 3rd, and 4th quartiles versus bottom quartile of NDMA exposure. Adjustment for age was performed with multivariate regression analyses. Since all analyses were within the cohort of workers, the healthy worker effect (seen when comparing occupational cohorts to the general population) is minimized.

Dose-response

Dose-response was addressed by calculating hazard ratios by quartile of lifetime NDMA exposure.

Summary of the rubber manufacturing studies:

These two studies were highly informative in determine the associations between NDMA exposure and cancer risk. Both estimated long-term NDMA exposure, both followed workers long-term, and both looked a cancer-specific deaths. The weaknesses were that only deaths were ascertained, so that low-mortality cancers were under-counted (which would bias the relative risks to the null), and that other exposures in the plants could also have contributed to carcinogenicity (although both studies estimated NDMA exposure in specific job categories, and Hidijat et al. found elevated risks for several cancers with increased NDMA exposure after adjustment for other exposures including rubber dust, rubber fumes, and other nitrosamines). However, the strengths outweighed the weaknesses, and they contributed highly to my causation opinions.

## Nitrate Manufacturing and Cancer Risk

Four cohort studies looked at risk for cancer incidence or mortality in nitrate manufacturing workers.(Fandrem et al. 1993; Hagmar et al. 1991; Zandjani et al. 1994; Al-Dabbagh et al. 1986) While the studies found associations between high nitrate exposure and risk of some cancer subtypes or deaths, the studies did not estimate amount of NDMA that might have been formed as a result of the

occupational nitrate exposure. Furthermore, the studies were all too small to have power to detect statistically significant effects for specific types of cancer.

Swedish investigators followed for up to 22 years a cohort of 2,131 men who had worked in nitrate fertilizer manufacturing, and compared the number of cases of cancer to that in the general population from the same geographic area.(Hagmar et al. 1991) Several specific cancers were studied, including: lips, oral cavity, pharynx, stomach, lung, prostate, bladder, and lymphomas/leukemias. Comparisons were also made to fertilizer workers who had no exposure to nitrate. Strengths of this study were that cancers were obtained from linkages to tumor registries, the relatively long follow-up, and the comparisons both to the general population and to non-nitrate exposed workers. The main drawback was that the small study produced only 114 cases of cancer, with very small numbers of specific cancers, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

A cohort of 1756 Norwegian male nitrate fertilizer workers was followed from 1953 through 1992, and observed numbers of cancers were compared with expected numbers from the local population.(Zandjani et al. 1994) The main strength of this study was the relatively long follow-up. The main drawback was that the small study produced only 195 cases of cancer, with very small numbers of specific cancers, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

Another cohort of 2023 male Norwegian nitrate fertilizer workers was followed from 1953 – 1988, and incidence of cancer was compared with national rates.(Fandrem et al. 1993). Strengths of this study were that cancers were obtained from linkages to Norwegian tumor registries and the relatively long follow-up. The main drawback was that the small study produced only 185 cases of cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

A British cohort of 1327 male nitrate fertilizer workers who had worked in the production of fertilizers was followed from 1946-1981 to determine cause-specific deaths.(Al-Dabbagh et al. 1986) Strengths of this study were that: 1) separate analyses were conducted for men with very high nitrate exposure; 2) nitrate exposure was confirmed through saliva measurement; 3) some women were included; 4)  the

relatively long follow-up. The main drawbacks were that: 1) the study only looked at mortality. For cancers with low mortality, this will significantly under-count cancer outcomes, and bias the study results toward the null; 2) there were only 91 cancer deaths, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

## Epidemiologic Studies of Dietary Exposure to NDMA, Nitrate, and Nitrite and Risk for Multiple Cancers

The following studies assessed the relationships between dietary sources of NDMA, nitrate, or nitrite and risk for more than one cancer. In some cases, all of the cancer types were included in one publication; in other cases, cancer outcomes were spread over two or more publications. Because the source data items were the same across cancers, I have described the study's methods, results (briefly), strengths, and weaknesses in this section. More details on particular cancers, especially the five cancers of focus in this report (bladder, esophagus, liver, pancreas, and stomach), are provided in the cancer-specific sections.

### NDMA Exposure and Risk for Multiple Cancers

A number of epidemiologic studies have investigated the associations between dietary intake of NDMA and risk for several different cancers. In order to do this, the study had to have been designed to address the role of diet in risk of developing cancer. That is, at study onset, the study investigator had developed hypotheses about diet and cancer risk, measured diet with validated tools, and estimated NDMA intake by linking dietary intake variables with nutrition databases that contain data on NDMA content of foods and beverages. (Dietary measurement methods are described in detail above in the Dietary Sources of NDMA section.) The cohort studies that have looked at dietary NDMA intake and several cancers have been large, with decades of follow-up, and large numbers of incident cancers. Importantly, they have collected data on multiple risk factors for cancer, potential confounding variables, and possible effect modifiers. These studies were designed to look at exposures related to cancer incidence, and therefore had validated protocols for ascertaining diagnoses of cancer and adjudicating the cancers for site (and often for subtypes). Some of these studies linked to cancer registries, others used ascertainment protocols similar to registries, and all relied on pathology reports to validate occurrence of cancer and date of diagnosis.

Since oral administration of NDMA in animals is a proven carcinogen for multiple cancers,('IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso

167

compounds' 1978) the oral intake of NDMA through diet is highly relevant to answering the question about NDMA causing cancers in humans, and provides strong scientific support to the question of ranitidine, with its contained NDMA, and causation of cancer.

## European Prospective Investigation into Cancer (EPIC)

The European Prospective Investigation into Cancer (EPIC) is a cohort of 521,000 individuals in 10 countries across Europe.(Riboli 1992) Initiated by IARC investigators, the study was designed to investigate the role of nutrition in the etiology of cancer in humans.(Riboli et al. 2002) Enrollment in EPIC began in 1989-1990, with follow-up continuing to the present day. At enrollment, men aged 40 to 63, and women aged 35 to 69 years were eligible. Usual diet was measured with detailed self-administered dietary history questionnaire with quantification of usual portion size based on food photographs in most participants, with some having more extensive diet interviews or completion of diet diaries. Nutrient intake was harmonized across countries and diet intake methods. Over the decades, validation studies have verified EPIC diet assessment.(Kaaks and Riboli 1997) NDMA was assessed in EPIC by matching food items with a food database of potential carcinogens.(Loh et al. 2011)

Cancer incidence was determined by cancer registry linkage in seven countries (Denmark, Italy, Netherlands, Spain, Sweden, United Kingdom and Norway), while for others, a combination of health insurance records, cancer and pathology hospital registries and active follow-up was used (France, Germany and Greece).(Büchner et al. 2009) Mortality data (for cancers detected from cancer-specific deaths) were also collected from regional or national level registries.

In 2011, Loh et al. published a study that reported on associations between nitrosamines (including NDMA) intake and risk for cancers of the esophagus, stomach, colon, rectum, GI combined, prostate, lung, breast, ovary, and other cancers in the UK EPIC cohort of 22,920 men and women.(Loh et al. 2011) Diet was assessed with a 131-item food frequency questionnaire. A total of 3268 cancer cases occurred over a mean follow-up of 11.4 years. For each 47 nanograms/day intake of NDMA, the relative risks for specific cancers were: esophagus, 1.13; stomach, 1.13; colon, 0.99; rectum, 1.46; gastrointestinal (previous 4 combined), 1.13; breast, 1.01; prostate, 1.01; lung, 1.05; ovary, 0.96; other cancers, 1.11. (Note, more specific data including 95% confidence intervals are included in the individual cancer write-ups below.)

An additional three studies based on EPIC data have been published, for cancers of the bladder, prostate, and stomach.(Jakszyn et al. 2011; Jakszyn et al. 2012; Jakszyn, Bingham, et al. 2006) Detailed results are presented in the individual cancer write-ups.

In a 2006 paper, Jakszyn et al. reported on a study within EPIC investigating associations between nitrosamine intake and risk of stomach cancer.(Jakszyn, Bingham, et al. 2006) The cohort consisted of 521,457 individuals from 10 European countries. Participants were followed for an average 6.6 years during which 314 cases of stomach cancer occurred. Individuals were classified into three tertiles of NDMA intake. Compared with those in the lowest tertile, those in tertiles 2 and 3 had relative risks for stomach cancer of 0.87 and 0.99. Jakszyn et al. published results of a study on dietary nitrosamine (including NDMA) intake and risk for bladder cancer among 481,489 individuals in 1 of the 10 EPIC cohort participating countries. After a mean 8.7year follow-up, 1001 cases of bladder cancer had occurred.(Jakszyn et al. 2011) Individuals were classified into quartiles (4 categories) of NDMA intake. Compared with those in the lowest category, those in quartiles 2, 3, and 4 had relative risks for bladder cancer of 1.14, 1.07, and 1.12. In 2012, Jakszyn et al. published results of a study on dietary nitrosamine intake and risk for prostate cancer among 139,005 men in eight of the EPIC cohort participating countries.(Jakszyn et al. 2012) After a mean 10 year follow-up, 4606 cases of prostate cancer had occurred. Comparing the top versus bottom quintile of NDMA intake, with respective means of 0.87 and 0.45 micrograms/day, the relative risk for prostate cancer was 1.04. Dose response (quintiles of intake) was assessed; higher intake was not associated with higher relative risks.

Because the EPIC studies used the same data source and many of the same methodologies, I have summarized their strengths and weaknesses here. There are several strengths of the EPIC studies that looked at NDMA and risk for several cancers. EPIC was specifically designed and conducted to investigate the role of diet and nutrients in the etiology of several cancers in humans. It is the largest cohort study of its type, and spans 10 countries across Europe. The study used state-of-the art methods of assessing dietary intake, and the dietary data methods have been validated.(Kaaks and Riboli 1997) Cancer outcomes were ascertained primarily through cancer registries, which record almost 100% of cancers occurring in seven of the 10 participating countries (the remaining three countries' cohorts used validated documentation for EPIC). Data were presented on dose of NDMA intake (1 standard deviation, or 47 nanograms/day) associated with cancer risk for the Loh study, allowing for estimation of linear

169

dose-response relationships. This is a key finding, that an estimated 47 nanograms per day of NDMA intake is associated with increased risk for several cancers shows that doses even lower than the FDA allowable level of NDMA per pill, https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine#:~:text=nitrosodimethylamine%20(NDMA).-,FDA%20has%20advised%20companies%20to%20recall%20their%20ranitidine%20if%20testing,parts%20per%20million%20for%20ranitidine) (accessed 12/29/21), and much lower than the actual NDMA levels measured in several ranitidine formulations, increases cancer risk. (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 12/29/21).

The EPIC study contains hundreds of data points relevant to etiology of several cancers, including diet, lifestyle, smoking, body size, and multiple health related variables, so that potential confounding factors could be adjusted for in analyses. In particular, the studies were able to address strong risk factors for individual cancers, either through controlling for confounding, or assessing for effect modification (such as smoking and lifestyle factors for all cancers, presence of H. pylori infection for a subset in the stomach cancer study; occupational carcinogens in the bladder cancer study; and grade and stage of cancer in the prostate cancer study). The EPIC cohort is very large, including 521,000 enrolled individuals, and has been followed for decades. Depending on the year of data analysis for the different publications, the numbers of cases accrued were relatively large, allowing greater chance for detection of statistically significant associations. Finally, all of the studies assessed dose-response relationships between NDMA or nitrite or nitrate and cancer risk.

There were several weaknesses. As with all nutrition studies, there is possibility of errors in individuals' reports of dietary intake as well as NDMA intake, which reflects nondifferential misclassification and drives the relative risk toward the null value.(Loh et al. 2011) However, there is high correlation between the food frequency questionnaire used by most of the EPIC cohort with the more time-intensive dietary data from 7-day diet diaries, which supports the reliability of diet data in EPIC.(Bingham et al. 2001) Of particular relevance to NDMA assessment, the mean meat and meat product intakes in the Bingham validation study were similar when measured by the food frequency questionnaire and by the 7-day food diary. Diet was assessed at only one timepoint in these studies which reduces accuracy of diet variables and biases the relative risk toward the null value. However,

repeated measures of food frequency questionnaires show that data reflect at least 5 years of dietary intake. (Goldbohm et al. 1995)

Below is a description of how the EPIC studies addressed the key epidemiologic issues I considered as I evaluated studies' informativeness for the role of NDMA and cancer causation in humans. The EPIC cohort participating countries use common protocols, methodologies, data collection, questionnaire items, and validation studies. Some items were designed or modified for feasibility and validity by country.

Population studied

The EPIC study is a multi-center, prospective large-scale cohort study comprised of cohorts from 10 European countries. The EPIC cohort consists of 521,457 study participants (368,010 women and 153,447 men), aged 35–70 years, and recruited between 1992 and 1998.(Riboli et al. 2002) Since EPIC was designed to primarily study nutrition and cancer incidence and mortality, the recruitment of study participants was designed to obtain a broad range of dietary intake reflected across Europe.(Riboli 1992)

Exposure measurement

Usual diet was measured with detailed self-administered dietary history questionnaire with quantification of usual portion size based on food photographs in most participants, with some having more extensive diet interviews or completion of diet diaries. Nutrient intake was harmonized across countries and diet intake methods. Over the decades, validation studies have verified EPIC diet assessment.(Kaaks and Riboli 1997) NDMA was assessed in EPIC by matching food items with a food database of potential carcinogens.(Loh et al. 2011) The EPIC nutritional data, therefore, are the highest quality possible in observational epidemiologic research. Nevertheless, collection of dietary data is prone to error, which likely underestimates relative risks comparing exposure to disease incidence.(Paeratakul et al. 1998) The measurement of NDMA correlating nutrition databases and dietary questionnaire data makes several assumptions, such as size of portions and frequency of eating foods and beverages. The measurement also makes assumptions that all products of a food type have similar NDMA content, and that the content remains stable over time and does not change with transport or storage condition. Finally, the measurement does not take into account the amount of NDMA formed from nitrate or nitrite in the diet, nor does it account for intake of nutrients that can

block formation of NDMA. All of these errors produce nonsystematic misclassification biases, which bias relative risks toward the null value.

Outcomes measurement

Cancer ascertainment and adjudication in EPIC was performed in different ways in different countries. Cancer incidence was determined by cancer registry linkage in seven countries (Denmark, Italy, Netherlands, Spain, Sweden, United Kingdom and Norway), while for others, a combination of health insurance records, cancer and pathology hospital registries and active follow-up was used (France, Germany and Greece).(Büchner et al. 2009) Mortality data (for cancers detected from cancer-specific deaths) were also collected from regional or national level registries. Cancer registries must meet standards for completeness of ascertainment of cancers, as well as correct classification for type of cancer.(Thompson et al. 2020; Teppo, Pukkala, and Lehtonen 1994) For the countries that do not have cancer registries for linkage, EPIC has established protocols for follow-up of participants and ascertainment of medical records.(Bergmann, Bussas, and Boeing 1999)The EPIC study website lists information about cancer ascertainment and adjudication: "A working group created in 1996 (End-Point Committee) prepared a detailed protocol for the collection and standardization of clinical and pathological data on each cancer site. In parallel, data on total and cause-specific mortality are collected at the EPIC study centres through mortality registries or active follow-up and death-record collection." (https://epic.iarc.fr/about/vitalstatus.php) (accessed 1/3/21)

Covariates – Confounders and Effect Modifiers

The EPIC study is well-characterized with data on health, nutrition, lifestyle, genes, and blood markers that are available to evaluate for potential confounding. Studies have adjusted for some or all of: age, sex, center, body mass index, smoking, and energy intake, alcohol intake, physical activity, education, menopausal status, vegetable intake, fruit intake, dietary nitrites. (Jakszyn et al. 2011; Loh et al. 2011; Jakszyn, Bingham, et al. 2006) EPIC, like all cohort studies, may not have every risk factor for the cancers investigated in EPIC with regards to NDMA to consider as confounders or effect modifiers. For example, the Loh et al. paper on multiple cancers does not include information on Barrett's' esophagus (esophageal cancer). However, this is a rare condition that is likely to affect only a small number of cases (2.5% in the UK Biobank)(Marley et al. 2021). The Jakszyn et al. paper on bladder cancer does address

occupational exposures relevant to bladder cancer by assessing effect modification (high versus low risk occupations).(Jakszyn et al. 2011) Similarly, the Jakszyn et al paper on stomach cancer addressed H. pylori status as a potential effect modifier.(Jakszyn, Bingham, et al. 2006)

Sample Size

EPIC is a large cohort, with long-term follow-up. Furthermore, the relevant number for sample sizes is the number of cases. However, the Loh et al. study was limited to a UK cohort of EPIC. Accordingly, there were only 55 cases of esophageal cancer in the Loh et al. study, and only 64 stomach cancer cases, number too small to have power to detect statistically significant associations.(Loh et al. 2011) The Jakszyn et al. bladder cancer study with 1001 cases is large and likely well-powered.(Jakszyn et al. 2011) The Jakszyn et al. study, which included all EPIC participants, included 314 stomach cancer cases likely has too low power to detect statistically significant associations.(Jakszyn, Bingham, et al. 2006)

Study Conduct

The EPIC cohort is a collaborative effort among the 10 participating countries, and is coordinated by IARC and the Imperial College, London. Using cancer and mortality registries ensures almost 100% follow-up for cancer case ascertainment. Validation studies have been done for the cancer outcomes and for the dietary measurements.

Follow-up of participants was a mean 11.4 years for Loh et al., 8.7 years for the Jakszyn et al. bladder cancer study, and 6.6 years for the Jakszyn et al. stomach cancer study. While the mean 6.6 – 11.4 years' follow-up may not be long enough for some cancers' induction and latency periods, this follow-up is longer than many of the other epidemiologic studies reviewed in this report.

Data Analyses and Interpretation

Data analyses were appropriate. Adjustment for potential confounding factors was performed with multivariate regression analyses. In the Jakszyn et al. bladder cancer study, the interpretation of relative risks was not appropriate, as the abstract stated "no association" in spite of relative risks for bladder cancer of 1.14 in those in the highest quartile versus lowest quartile of NDMA intake. Similarly, the paper did not acknowledge the relative risk for bladder cancer of 1.24 in men in the highest versus lowest quartile of NDMA intake. Note that Loh et al. (Jakszyn was a co-author) described a relative risk

173

of 1.14 for cancer risk in the highest versus lowest quartile of NDMA as a statistically significant association. Clearly, the difference in the analyses was the sample size – the relative risks were identical.

Dose-response

By performing modeling regression analyses and presenting relative risks per each standard deviation increase in NDMA, Loh et al. provided dose-response information. The Jaksyn et al bladder cancer and stomach cancer studies also analyzed data for dose-response relationships by categories of exposure and by continuous variables.

In summary, the EPIC studies provided high quality data on dietary NDMA exposure and cancer risk, included attention to dose-response relationships, and studied relatively long duration of NDMA exposure (since food frequency questionnaire reflect at least 5 years' exposure) and follow-up of up to a mean 11 years. Despite the challenges of measuring dietary NDMA intake, I considered these studies informative when evaluating NDMA causation in human cancers.

Netherlands Cohort Study

Three studies have been published on dietary NDMA, nitrite, or nitrate exposure and risk of specific cancers using the Netherlands Cohort Study.(Keszei et al. 2013; Zeegers et al. 2006; van Loon et al. 1998) Begun in 1986, the Netherlands Cohort Study (NLCS) is a prospective cohort study originally designed to investigate associations between diet and cancer, that recruited 58,279 men and 62,573 women aged 55–69 years, randomly selected from population registries.(van den Brandt et al. 1990; Keszei et al. 2013) At baseline, participants completed a 150-item self-administered questionnaire on diet (which was validated against a 9-day food diary and found to have high correlation for foods and drinks containing nitrosamines. Also collected at baseline were potential confounding variables. Follow-up for cancer incidence was done through linkage to the Netherlands Cancer Registry, which includes more than 95% of cancers occurring in that country.

One study from this cohort investigated the association between NDMA intake and risks for esophageal and stomach cancers. A total of 261 cases of esophageal cancer and 663 cases of stomach cancer developed over a mean 14.3 years follow-up.  The investigators also looked a histologic subtypes of both cancers. Cases were compared with a randomly selected sub-cohort of 4032 participants. In men, per

174

each 0.1 micrograms/day (i.e., per 100 nanograms/day) increase in NDMA, the relative risk for esophageal squamous cell cancer was 1.15. Risk of esophageal squamous cell carcinoma in men increased with increasing tertile of intake of NDMA, with relative risks for tertiles 2 and 3 compared with tertile 1 of 1.21 and 2.43. The p for trend was 0.01, supporting a dose-response effect. In women, per each 0.1 micrograms/day (100 nanograms/day) increase in NDMA, the relative risk was 1.34. Risk of esophageal squamous cell carcinoma in women increased with increasing tertile of intake of NDMA, with relative risks for tertiles 2 and 3 compared with tertile 1 of 0.92 and 1.21. In men, the relative risk of noncardia stomach cancer per each 0.1 micrograms/day increase (e.g., 100 nanograms/day) in NDMA was 1.06. In men, the risk of noncardia stomach cancer increased with increasing tertile of intake of NDMA, with relative risks for tertiles 2 and 3 compared with tertile 1 of 1.09 and 1.31, with a p for trend of 0.09.

The study by Zeegers et al. focused on bladder cancer in relation to nitrite and nitrate intake. Diet information was collected as above, with nitrite and nitrate content assigned from a nutrient database. water nitrate intake was estimated by linking residence to water company data. After a mean follow-up of 9.3 years, 889 cases of bladder cancer were identified. A sub-cohort of 4441 participants was selected as a comparison group. Increased nitrate from diet alone was not associated with increased risk for bladder cancer, although there was evidence of increased risk with combined food and water sources of nitrate. Compared to individuals in the lowest quintile of total nitrate intake (food and water), risk of bladder cancer was elevated, although risk did not increase with increasing level of intake (RR's for 2nd, 3rd, 4th, and 5th quintiles, respectively, were 1.26, 1.18, 1.17, and 1.09).

There are several strengths of the Netherlands cohort study. 1) The Netherlands Cohort Study was specifically designed to look at diet and cancer associations; 2) the study used high quality, validated dietary measurement methods and cancer ascertainment and adjudication; 3) there were a relatively large numbers of cases, which increased power to detect statistically significant associations; 4) the Keszei et al. investigators assessed the dose of NDMA that is associated with increased risk for stomach cancer; 5) estimations of dose-response effects were included. This is a key finding from Keszei et al.: that an estimated 250 nanograms per day (median for top tertile of intake in this cohort) of NDMA intake is associated with increased risk for types of esophageal and stomach cancers shows that doses lower than the actual NDMA levels measured in several ranitidine formulations, increases cancer risk. (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine)          (accessed

12/29/21); 6) the study, with well-characterized participants, adjusted for multiple potential confounders; 7) results were presented separately for men and women in the Keszei study; 8) the Keszei et al. study on stomach cancer included a relatively long follow-up compared with other cohort studies; 9) ) both water and food sources of nitrates were assessed in the van Loon et al. study.

Weaknesses included: 1) diet was assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value. However, previous research shows that food frequency questionnaires reflect at least 5 years of dietary intake; 2) investigators did not use data from the entire cohort, but instead chose a subset for comparison to cases. This does not affect the power of the study, but assumes that the random subcohort reflects the larger cohort; 3) NDMA intake was not estimated for the Zeegers et al. bladder cancer analysis or the earlier stomach cancer study by van Loon et al. (However, NDMA was included in the more recent study by Keszei which is an update of the stomach cancer analysis.

Below is a description of how the Netherlands Cohort studies addressed the key epidemiologic issues I considered as I evaluated studies' informativeness for the role of NDMA and cancer causation in humans.

Population studied

The Netherlands Cohort Study is a prospective cohort study begun in 1986. The study recruited 58,279 men and 62,573 women aged 55–69 years.(Keszei et al. 2013) Follow-up for cancer is through the Netherlands Cancer Registry, which has 95% complete cancer registration, and a nationwide network of pathology labs.

Exposure measurement

Usual diet was measured at study entry with a detailed self-administered food frequency questionnaire that has been validated with 9-day food records and with repeated measurements.(Goldbohm et al. 1995; Goldbohm et al. 1994) These validation studies show high correlation between nutrient estimates from the food frequency questionnaires and the more time intensive 3-day food record method. The repeated measures show high correlation of nutrients over time, which supports stability in the study's nutrition measurement.

The Netherlands Cohort Study nutritional data, therefore, are the highest quality possible in large-scale observational epidemiologic research. Nevertheless, collection of dietary data is prone to error, which likely underestimates relative risks comparing exposure to disease incidence.(Paeratakul et al. 1998) The measurement of NDMA correlating nutrition databases and dietary questionnaire data makes several assumptions, such as size of portions and frequency of eating foods and beverages. The measurement also makes assumptions that all products of a food type have similar NDMA content, and that the content remains stable over time and does not change with transport or storage condition. Finally, the measurement does not take into account the amount of NDMA formed from nitrate or nitrite in the diet, nor does it account for intake of nutrients that can block formation of NDMA. All of these errors produce nonsystematic misclassification biases, which bias relative risks toward the null value.

Outcomes measurement

Cancer ascertainment and adjudication in the Netherlands Cohort Study is through the Netherlands Cancer Registry and the Nationwide Network and Registry of Histo- and Cytopathology in the Netherlands.  Mortality data (for cancers detected from cancer-specific deaths) were also collected from regional or national level registries. Cancer registries must meet standards for completeness of ascertainment of cancers, as well as correct classification for type of cancer.(Thompson et al. 2020; Teppo, Pukkala, and Lehtonen 1994) The Netherlands cancer registry reportedly has a 95% capture rate for Netherlands residents, and covers all but emigrants.

Covariates – Confounders and Effect Modifiers

The Netherlands Cohort Study is well-characterized with data on health, nutrition, and lifestyle, that are available to evaluate for potential confounding. The following were available from the baseline questionnaire and were assessed as potential confounders: education, smoking, total energy intake, body mass index, nonoccupational physical activity, beer, alcohol, vegetable, and fruit consumption, long-term (.0.5 y) use of non-steroidal anti-inflammatory drugs and lower esophageal sphincter–relaxing medications, history of esophageal or gastric cancer in the family (Keszei et al paper), nitrite/nitrate in food/water (van Loon et al. and Zeeger et al. papers).

Sample Size

With 120,852 participants followed for a mean 16.3 years, the Netherlands Cohort Study is a large cohort, with long-term follow-up. Furthermore, the relevant number for sample sizes is the number of cases. The study by Keszei et al. analyzed the stomach cancer data as a case-cohort analysis, where 924 cases were compared with a randomly selected subcohort of 4032 individuals (with an average follow-up of 14.3 y in the subcohort). This sample size of cases and comparators was large. However, when the investigators subdivided cases into types of stomach and esophageal cancer, and by sex, the numbers in some groups were likely too small to detect statistically significant associations. For the bladder cancer analysis, after a mean 9.3 years' follow-up, a total of 889 bladder cancer cases were identified. For the earlier stomach cancer analysis, after a mean 6.3 years' follow-up, a total of 282 stomach cancer cases were identified.(van Loon et al. 1998)

Study Conduct

Since the cohort is set within Netherlands, and links for outcomes to the registry that covers the entire population, the cohort is not followed directly. Instead, a subsample of 5000 study participants is followed each year. After a mean 16.3 years' follow-up of that subsample, only 1 individual was lost to follow-up, which indicates that the population as a whole is stable enough that cancers will be ascertained in full.

Follow-up of participants for identification of cases was a mean 16.3 years at the time of data set up for the Keszei et al. analys3s. While the mean 16.3 years' follow-up may not be long enough for some cancers' induction and latency periods, this follow-up is longer than most of the other epidemiologic studies reviewed in this report.

Data Analyses and Interpretation

Data analyses were appropriate. Adjustment for potential confounding factors was performed with multivariate regression analyses. For the most part, the interpretation of relative risks was appropriate. However, the Keszei et al. authors state that there were no convincing associations for women. Yet, there was clearly a positive association between increasing NDMA intake and esophageal squamous cell carcinoma risk in women, with a p value for trend of 0.01, supporting an increased risk for some cancers in women. The Zeegers et al. paper interpreted relative risks of 1.06 – 1.09 for those with the highest

178

versus lowest intakes of nitrate as "no association." The van Loon paper on gastric cancer failed to state that the relative risk of 1.44 for those in the highest versus lowest of dietary nitrite represents an increased risk for stomach cancer.

Dose-response

The Keszei et al esophageal and stomach cancer studies analyzed data for dose-response relationships by categories of exposure and by continuous variables. The other studies also broke down exposure levels into 4-5 categories of nitrite or nitrate intake, so that dose-response could be assessed.

In summary, the Netherland Cohort Study had high quality data on dietary NDMA exposure and cancer risk, included assessment of dose-response relationships, and had a relatively long duration of NDMA exposure (since food frequency questionnaire reflect at least 5 years' exposure) and follow-up of a mean over 16 years. Therefore, I considered the study to be highly informative for my causal analyses.

Finnish Cohort Study

In a Finnish cohort of 9985 individuals, investigators examined the relationship between NDMA intake in the diet and risk of stomach cancer.(Knekt et al. 1999) Participants underwent a dietary history interview. Separate tests of reproducibility of the diet interview show poor long-term reproducibility (over 4-7 years). All baseline diet data were collected 1966-72 and participants were followed from 1967-1990; therefore, follow-up was 18 – 24 years, during which time 68 cases of stomach cancer, 48 cases of head and neck cancer, and 73 cases of colorectal cancer had occurred. Comparing highest versus lowest quartile of NDMA intake, the relative risks for head and neck, stomach, and colorectal cancers was 1.37, 0.56, and 2.12, respectively. There was no evidence of a dose-response effect. Strengths of the study were: 1) assessment of NDMA as well as nitrite and nitrate; 2) assessment of dose-response; 3) identification of cases through the Finnish cancer registry, which has almost 100% complete registration of cancers.(Teppo, Pukkala, and Lehtonen 1994) Weaknesses included: 1) very small number of cases, which lowers the likelihood of observing a statistically significant association; 2) diet ascertained at only one timepoint, which increases error and the likelihood of biasing the relative risk to the null value.

Population studied

The cohort study was part of a Finnish mobile health screening study conducted in several areas of Finland from 1996-1972.

Exposure measurement

Usual diet was measured with a detailed dietary history interview at study entry. The study tested the reproducibility of the diet data, both short-term and long-term. As described in the paper, "The short-term reproducibility of the daily consumption of nitrates, nitrites and NDMA was estimated from dietary interviews repeated 4 to 8 months apart. The intraclass correlation coefficients for reproducibility were 0.48 for nitrates, 0.73 for nitrites and 0.53 for NDMA. The corresponding figures for long-term reproducibility, during a period of 4 to 7 years, were 0.36, 0.25 and 0.26. The short-term and long-term reproducibilities for smoked and salted fish were 0.63 and 0.36, respectively, and for cured meats 0.43 and 0.15, respectively." These data show good reproducibility of diet data, but lower reproducibility for long-term for NDMA.

Collection of dietary data is prone to error, which likely underestimates relative risks comparing exposure to disease incidence.(Paeratakul et al. 1998)  The measurement of NDMA correlating nutrition databases and dietary data makes several assumptions, such as size of portions and frequency of eating foods and beverages. The measurement also makes assumptions that all products of a food type have similar NDMA content, and that the content remains stable over time and does not change with transport or storage condition. Finally, the measurement does not take into account the amount of NDMA formed from nitrate or nitrite in the diet, nor does it account for intake of nutrients that can block formation of NDMA. All of these errors produce nonsystematic misclassification biases, which bias relative risks toward the null value.

Outcomes measurement

Cancer cases were ascertained through the nationwide Finnish Cancer Registry, with 96% complete reporting for solid tumors such as the ones for this study. (Teppo, Pukkala, and Lehtonen 1994; Leinonen et al. 2017)

Covariates – Confounders and Effect Modifiers

Potential confounding variables were ascertained at study interview, and adjusted for in analyses including sex, age, municipality, smoking and energy intake.

Sample Size

Even with up to 24 years' follow-up, the study only was large enough to produce a total of 189 cases among the three types, and for each individual type of cancer was too small to have power to detect statistically significant relationships.

Study Conduct

The cohort was followed from entry (1966-72) to as late as 1990, and therefore had a range of 18 - 24 years' follow-up. This is one of the longer follow-up periods available from any of the NDMA exposure-cancer risk studies, and has higher likelihood of having a sufficient time from first exposure to account for cancer latency periods.

Since the cancer ascertainment was through the nationwide Finnish registry, only individuals who emigrated before their cancer diagnosis would be missed. However, the cohort was relatively young (72% were under age 50 at study entry), which would explain the relative low number of cancer cases occurring during follow-up.

Data Analyses and Interpretation

Data analyses were appropriate. Adjustment for potential confounding factors was performed with multivariate regression analyses.

Dose-response

By performing modeling regression analyses and presenting relative risks per each standard deviation increase in NDMA, Loh et al. provided dose-response information. The Jaksyn et al bladder cancer and stomach cancer studies also analyzed data for dose-response relationships by categories of exposure and by continuous variables.

In summary, the Finnish study of multiple cancers provided high quality data on dietary NDMA exposure and cancer risk, included attention to dose-response relationships, and studied relatively long duration of NDMA exposure due to the good reproducibility of diet data, and long enough follow-up for accounting for cancer latency. Despite the challenges of measuring dietary NDMA intake, I considered this study informative when evaluating NDMA causation in human cancers.

## Evidence for Ranitidine and Other NDMA Exposures and Risk for Specific Cancers

## Bladder Cancer

An estimated 83,730 Americans will develop bladder cancer in 2021, and approximately three-fourths of these cases will be in men.(Siegel et al. 2021) From 2014-2018, the age-adjusted incidence rate of bladder cancer in the U.S. was 19.9/100,000 individuals/year (34.6/100,000/year in men and 8.6/100,000/year in women.

(https://cancerstatisticscenter.cancer.org/?_ga=2.111336193.40971355.1620767384-325020077.1620767384#!/ (accessed 5/11/21) Since bladder cancer is a relatively rare cancer, cohort studies need to be very large and followed long-term in order for enough cases to accrue to determine risk of bladder cancer in exposed vs unexposed individuals.

## Ranitidine

Using data from the nationwide Danish Prescription Registry, Norgaard et al. identified a sub cohort of 31,393 individuals with at least two ranitidine prescriptions and two "active comparator" cohorts who had at least two prescriptions H2 blockers (N=65,384) or protein pump inhibitors (N=509,849) through 2008, to determine associations with bladder cancer.(Nørgaard et al. 2021) The 3 cohorts were followed through 2018 for incidences of bladder cancer. The Danish registration system records a unique identification number, sex, date of birth, prescription medications dispensed from outpatient community pharmacies since 1995. Ranitidine cohort members redeemed their first ranitidine prescription between 1996 and 2008, and had no previous prescriptions for nizatidine (which also contains NDMA). For the H2 blocker active comparator group, all adult first-time users of cimetidine or famotidine who redeemed their first prescriptions between 1996 and 2008 were included. Similarly, all adult first-time users of PPIs who redeemed their first PPI prescriptions between 1996 and 2008 were included in the PPI active comparator group. No non-users were included. Non-ranitidine users were censored at the time they crossed over to fill a ranitidine prescription. While 84% of ranitidine was sold by prescription in 1999, by 2012-17, only 20% of ranitidine was sold by prescription. Additional linked data included other gastrointestinal diseases, chronic diseases, and alcohol-related diseases. The

183

database was linked to the Danish cancer registry (nearly complete cancer ascertainment since 1943) to identify new cases of cancer of the, and to the Danish death register to identify cancer-specific deaths. To reduce bias from indication for using the study medications, the investigators began participant follow-up one year after the first prescription date. The authors used statistical techniques to compute propensity scores for exposure to ranitidine, adjusting for age and date of cohort entry, and estimating covariate distributions in the overall Danish population. During a median 14 year follow-up, 270 bladder cancers were identified in ranitidine users. During a median 15 year follow-up of other H2 blocker users, 424 bladder cancers occurred, and during a median 11 year follow-up of PPI users, a total of 3590 bladder cancers occurred. After a median 14 year follow-up, the crude risk of developing bladder cancer was increased by 33% in ranitidine users vs other H2 blocker medications (RR 1.33, 95% CI 1.15-1.55) When data were inverse probability of treatment weighted, the risk of developing bladder cancer was increased by 11% in ranitidine users vs other H2 blocker medications (RR 1.11, 95% CI 0.95-1.29). Compared with PPI users, risk of bladder cancer associated with ranitidine use was increased by 24% (RR 1.24, 95% CI 1.04-1.48). Strengths of the study include: 1) the data were from registries of Denmark, and therefore reflect an entire population; 2) linkage to a population cancer registry; 3) attention to likely cross-over from one medication to another by censoring individuals when this occurred; 4) relatively large number of cases. Limitations include: 1) limited number of participants with long-term follow-up to account for the cancer's likely latency period of 20 or more years. This will result in nondifferential misclassification of outcomes, driving the relative risk toward the null value of 1.0; 2) receipt of a prescription does not mean that an individual actually took the medication, or took it as prescribed. This could result in either under- or over-statement of use, a nondifferential misclassification of exposure, driving the relative risk toward the null value of 1.0; 3) the lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity could have biased the relative risks in either a positive or negative direction; 4) dose-response was not assessed; 5) use of over-the-counter ranitidine and comparison medications was not ascertained. This results in understatement of use of ranitidine, a type of nondifferential misclassification, which biases the relative risks toward the null.6) Selection of users of protein pump inhibitors as comparators is problematic, because those medications are themselves associated with increased risk for cancer.(McDowell et al. 2021b). Selection of users of H2 blockers as comparators is also problematic, since there was a differential percent of prescription versus over-the-counter use in ranitidine users versus other users. This introduces misclassification that can bias toward or away from

the null value. In addition, use of any of the comparator drugs was problematic because indication for prescription was not presented and adjusted for.

Iwagami et al reported results of an analysis of data from a Japanese medical data center claims database.(Iwagami et al. 2021) Out of 600,321 individuals, a total of 265 cases of bladder cancer occurred over a median 2.4 year follow-up. While the authors did not present adjusted relative risks for bladder cancer, they provided numbers of cases within ranitidine/nizatidine users and within other H2 blocker users. A crude calculation produced a relative risk of 1.11 for bladder cancer in ranitidine/nizatidine vs. other H2 blockers. Dose-response was not assessed. Strengths of this study were: 1) large medical claims database that represents 3% of the Japanese population; 2) records available for diagnoses and dispensed medications. Weaknesses were: 1) the study combined ranitidine users with nizatidine users. Since nizatidine produces a much lower amount of NDMA compared with ranitidine, by combining the two the study significantly lowered the relative risk toward the null value; 2) adjusted relative risks for bladder cancer were not presented. The crude relative risk, therefore, could represent a biased estimate; 3) the short follow-up period (median 2.4 years) was not sufficient time for cancers to develop after exposure. Most of these weaknesses will cause bias of the relative risk toward the null value.

Cardwell et al. published results of a nested case-control study set within the Primary Care Clinical Informatics Unit Research database in Scotland.(Cardwell et al. 2021)   A total of 3260 cases of bladder cancer were diagnosed between 1999 and 2011, and were matched (age, gender, physician, and database) to a total of 14,037 controls. Exposures to medications between 1993 and one year prior to diagnosis of the index case were ascertained. Risk of bladder cancer was increased 22% in ranitidine users compared with nonusers (OR= 1.22 95% CI 1.06, 1.40). The association was stronger with use for over 3 years of ranitidine (OR=1.43 95% CI 1.05,1.94), which supports a dose-response effect. There was a strong dose-response relationship. When use was categorized by daily defined dose (quantity of tablets and dose), those with 1-182, 182-365, 365-1095, and > 1095, had relative risks for bladder cancer compared with nonusers of 1.18, 1.24, 1.17, and 1.43, respectively. The p for trend was 0.004. Strengths of the study included: 1) documented prescriptions for ranitidine in a nationally-representative database covering 15% of the Scottish population; 2) high coverage of cancer cases; 3) nine years of exposure

collected; 4) analysis of dose-response; 5) no risk of recall bias because medication data was obtained independent from case or control status. Weaknesses:1) the study did not ascertain over-the-counter use of ranitidine, which had been licensed for over-the-counter purchase in the UK in 1995; 2) no information on patient adherence to prescribed medications. These weaknesses may bias the relative risk estimate to the null value, that is, the true relative risk is likely to be greater than 1.22.

In an analysis of the Health Professionals Follow-up Study cohort, 414 male cases of bladder cancer developed during follow-up of up to 14 years.(Michaud et al. 2004) Cases of bladder cancer were determined by medical record and pathology report reviews. Study participants were asked in 1986 if they were currently taking cimetidine or ranitidine, but were not asked to specify which or to provide dose or duration of use. Cases were compared with non-cases (~ 51,000 men) for use of H2 blockers (cimetidine or ranitidine) for gastric or duodenal ulcer. The risk of bladder cancer was increased by 58% (RR 1.58, 95% CI 0.93-2.69) in men who had used cimetidine or ranitidine.  The strengths of this study were that: 1) The participants were health professionals, and therefore were likely to accurately report use/nonuse of ranitidine or cimetidine; 2) The men were asked directly about actual use of ranitidine or cimetidine; 3) The participants were well-characterized, and therefore the analyses could be adjusted for potential confounding factors; 4) High quality ascertainment and adjudication of cancer cases and low loss to follow-up. There were several weaknesses: 1) Ranitidine/cimetidine exposure was queried only at baseline (1986). Since there was no history of use determined, and no updates during follow-up beyond the one query of (other than in 1988 for the small subset of those reporting GI ulcers), the use of these H2 blockers was underestimated. This exposure bias will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk; 2) Follow-up was for only 14 years. The men were about a mean age 55 at study entry. Since the average age at diagnosis of bladder cancer is between ages 70-83(Lenis et al. 2020), the amount of follow-up is insufficient to determine all cases of bladder cancer occurrence; 3) The men were asked simply if they currently used ranitidine or cimetidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis; 4) The question on ranitidine/cimetidine use did not distinguish between these two drugs, and therefore the numbers of men actually using ranitidine is unknown, and the association of ranitidine use with bladder cancer is underestimated.

In summary, while the Health Professionals Study is a well-designed and conducted cohort with excellent follow-up, and participants are well-characterized, the study did not differentiate between use

of cimetidine or ranitidine. Therefore, this study is not informative on the relationship between ranitidine use and bladder cancer risk, and therefore it did not weigh in my causal analysis of ranitidine and bladder cancer.

A prospective study of patients in the Northern California Kaiser Permanente identified men and women who were prescribed or dispensed ranitidine (N=922), cimetidine (N=4125), or neither (N= 49,229) between 1982 and 1987, and followed them through 1995 to identify new diagnoses of cancer.(Habel, Levin, and Friedman 2000) Seven cases of kidney or bladder cancers occurred. Compared with persons not prescribed either cimetidine or ranitidine, the risk of kidney or bladder cancer was increased by 57% (RR 1.56, 95% CI 074-3.3). The strengths of this study were that: 1) The data on ranitidine use was from pharmacy records of a health maintenance organization, and therefore was likely accurate with regard to use at one point in time; 2) Participants who used both ranitidine and cimetidine were excluded, which adds to the underestimate of ranitidine exposure; 3) The participants were members of one health maintenance organization, and therefore had high retention to follow-up; 3) The researchers used two comparison groups—cimetidine users, and users of no H2 drugs, and therefore could control for effect of medical condition; 4) High quality ascertainment and adjudication of cancer cases. There were several weaknesses: 1) Ranitidine/cimetidine exposure was queried only at baseline. Since there was no history of use determined, and no updates during follow-up, the use of these H2 blockers was underestimated. Furthermore, only prescribed ranitidine and other H2 blockers was ascertained; the intake of over-the-counter medications was not determined. These exposure biases will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk; 2) Follow-up was for at most 13 years, so that the amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer; 3) The study reported only on use/nonuse of ranitidine or cimetidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis; 4) Only 7 cases of bladder/kidney cancer occurred (number of bladder cases alone not provided); 5) number of bladder cases in those not taking either ranitidine or cimetidine not provided.

In summary, while the study was a well-designed and conducted cohort with excellent follow-up, and participants are well-characterized, with high quality method of cancer ascertainment, the study combined bladder cancers with kidney cancers, with only 7 cases in total. Therefore, this study is not

informative on the relationship between ranitidine use and bladder cancer risk, and therefore it did not weigh in my causal analysis of ranitidine and bladder cancer.

An analysis of data from the UK Biobank of 459,204 individuals was conducted to determine the associations between ranitidine use and cancer risk. At cohort entry (2006-2010), regular ranitidine use (yes/no) for most days of the week for the previous 4 weeks was determined. Only 1.9% of the cohort reporting ranitidine use. Use of omeprazole was also ascertained, and used as a comparator. At total of 554 cases of bladder cancer occurred over a median 6.7 years of follow-up. Risk of bladder cancer development was increased by 22% in ranitidine users compared with non-users (RR 1.22, 95% CI 0.74-2.01). Ranitidine was also associated with increased bladder cancer when compared with omeprazole users (as a comparator for indication) (RR 1.30, 95% CI 0.69-2.46). The strengths of this study were that: 1) The association of ranitidine with cancer risk was tested both against the general cohort participants and against omeprazole users. Testing against omeprazole users reduces the effect of medical indication for taking the drug from consideration. 2) The UK Biobank is well-characterized and therefore had data on potential confounding variables; 4) High quality ascertainment and adjudication of cancer cases through registry linkages; 5) The study had a relatively large number of cases of bladder cancer, giving it larger power to detect associations. There were several weaknesses: 1) Ranitidine exposure was queried only at baseline. Since there was no history of use determined, and no updates during follow-up, the use of ranitidine was underestimated. This exposure bias will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk; 2) Follow-up was for a mean 6.7 years, so that the amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer; 3) The study reported only on use/nonuse (on most days of the week over a 4-week period) of ranitidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis.

South Korean researchers conducted a cohort study of ranitidine and famotidine users (at least one year of use, cumulative dose of 10,800 mg for ranitidine and 14,400 mg for famotidine, between 2009-11, identified through   Health Insurance Review and Assessment databases.(Yoon et al. 2021) The researchers selected 40,488 ranitidine users and matched them to 10,122 famotidine users as a comparator group, matched by sex, age, presence of diabetes mellitus, and duration of H2 blocker use. No nonusers of H2 blockers were included. After follow-up through 2018, 139 cases of bladder cancer occurred. Risk of bladder cancer occurrence was increased in ranitidine users vs. famotidine users (RR 1.41, 95% CI 0.88- 2.24). The strengths of the study were: 1) It was a very large database of ranitidine

188

users; 2) comparison to another H2 blocker removed the potential confounding effect of medical indication for use of an H2 blocker; 3) linkage to medical datasets for cancer determination. The weakness of the study included: 1) there was a very short time period for ascertainment of ranitidine, and a very short time period between exposure ascertainment and years of diagnosis, leaving insufficient time for cancers to occur; 2) There was no information on whether the H2 blockers are available over-the-counter in South Korea. If they are, the lack of data would underestimate exposure. Furthermore, there are no data on whether or not the patients took the medication as prescribed. All of these sources of error fall under the category of nondifferential misclassification, and would be expected to bias the relative risk toward the null; 3) There were no data on risk by dose or duration of use for individual cancers, and therefore no dose-response relationship was ascertained for bladder cancer; 4) The number of bladder cases (139) was small, which would reduce study power to detect relationships. Furthermore, it is not clear why the researchers selected only subsets of ranitidine and famotidine users. By doing so, they reduced the number of cases included, thereby reducing power to detect associations; 5) Famotidine use as a comparator could introduce bias if the population of users was different than users of ranitidine. The authors did not address this, nor did they provide data on why some patients used ranitidine versus famotidine.

## Occupational Studies

### Rubber Manufacturing

A cohort of 8933 German men working in the rubber industry was followed for mortality from 1981 to 1991.(Straif et al. 2000) Risk of bladder cancer mortality was 30% higher in highly exposed men compared to men with low levels of exposure (RR 1.3, 95% CI 0.4-5.0). The strengths of this study were that job classification exposures were well document, and follow-up was accomplished through health and mortality records. Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) job exposures were measured in air, and it is not clear how much individual men inhaled or ingested the NDMA; 3) the study was relatively small (21 bladder cancer deaths), which reduces the likelihood of detecting a statistically significant result; 4) only men were included in the study.

A cohort of 36,441 British men were followed from 1967 through 2015, by which time 94% had died, and their occupational exposure to rubber dust, rubber fumes, and N-nitrosamines was calculated.(Hidajat, McElvenny, Ritchie, et al. 2019) There were 417 deaths from bladder cancer. The researchers divided study participants into four equal size groups (quartiles) based on NDMA exposure. Compared with men in the lowest quartile of NDMA exposure, those in the second, third, and fourth quartiles had increasing relative risks of dying of bladder cancer (RR 1.57, 2.45, and 2.82, respectively). The p-value for trend was less than 0.01 which supports a dose-response effect. The strengths of this study were that: 1) the cohort was large, and followed until almost all had died. Therefore, a more complete classification of cancer mortality was possible; 2) there were a relatively large number of bladder cancer deaths compared with most occupational cohort studies. Weaknesses were: 1) not all bladder cancers cause death (77% 5-year survival rate https://www.cancer.net/cancer-types/bladder-cancer/statistics) (accessed 10/24/21), and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of bladder cancer cases; 2) job exposures in occupations were measured in air, and it is not clear how much individual men inhaled or ingested NDMA; 3) only men were included in the study.

In a small case-control study in France (116 cases, 232 controls), risk of bladder cancer was markedly increased in persons occupationally exposed to nitrates (RR 8.2, 95% CI 0.9-77), as well as exposures that may include nitrates such as natural rubber (RR 5.71, 95% CI 0.6-52) and cutting fluids (RR 2.56, 95% CI 1.2-5.4).(Hours et al. 1994) The strengths of this study were that: 1) the study focused on bladder cancer; 2)  several occupations were assessed in one study; 3) health and lifestyle data were available for adjustment for confounders; 4) women were included. The main weaknesses were: 1 the small size which reduced chance of finding statistically significant results; 2) Potential for recall bias, which could bias the relative risk upward.

Nitrate Fertilizer Workers

Several small cohorts of individuals occupationally exposed to nitrate fertilizer have been published. Nitrate is degraded to nitrosamines, the majority of which are NDMA, and therefore these studies are

190

pertinent to the study of NDMA and cancer risk.(Tricker and Preussmann 1991; Wolff and Wasserman 1972; Fandrem et al. 1993)

Swedish investigators followed for up to 22 years a cohort of 2,131 men who had worked in nitrate fertilizer manufacturing, and compared the number of cases of cancer to that in the general population from the same geographic area.(Hagmar et al. 1991) No excess of bladder cancer was seen. Strengths of this study were that cancers were obtained from linkages to tumor registries and the relatively long follow-up. The main drawback was that the small study produced only 7 cases of bladder cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

A cohort of 1756 Norwegian male nitrate fertilizer workers was followed from 1953 through 1992, and observed numbers of cancers were compared with expected numbers from the local population.(Zandjani et al. 1994) Comparing observed to expected, a 21 percent higher risk of bladder cancer was seen (standardized incidence ratio [SIR] = 121 (95% confidence interval 71-194). Strength of this study was the relatively long follow-up. The main drawback was that the small study produced only 17 cases of bladder cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

Another cohort of 2023 male Norwegian nitrate fertilizer workers was followed from 1953 – 1988, and incidence of cancer was compared with national rates.(Fandrem et al. 1993). No excess risk of bladder cancer in this cohort was found. Strengths of this study were that cancers were obtained from linkages to tumor registries and the relatively long follow-up. The main drawback was that the small study produced only 13 cases of bladder cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

A British cohort of 1327 male nitrate fertilizer workers who had worked in the production of fertilizers was followed from 1946-1981 to determine cause-specific deaths.(Al-Dabbagh et al. 1986) Risk of bladder cancer mortality was not elevated compared with general population rates. Strengths of this study were that: 1) separate analyses were conducted for men with very high nitrate exposure; 2) nitrate exposure was confirmed through saliva measurement; 3) some women were included; 4) the relatively long follow-up. The main drawbacks were that: 1) the study only looked at mortality; 2) there

were only 2 deaths from bladder cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

## Dietary NDMA Exposure

Jakszyn reported on an analysis from a large cohort study on risk of bladder cancer associated with intake of NDMA and other nitrosamines.(Jakszyn et al. 2011) The cohort consisted of 481,419 individuals from 10 European countries. Diet was assessed with country-specific diet questionnaires. Participants were followed for an average 8.7 years during which 1001 cases of bladder cancer occurred. Individuals were classified into quartiles (4 categories) of NDMA intake. Compared with those in the lowest category, those in quartiles 2, 3, and 4 had relative risks for bladder cancer of 1.14, 1.07, and 1.12. There were some study participants among whom the risk was higher, however. In men, compared with those in the lowest category, those in quartiles 2, 3, and 4 had relative risks for bladder cancer of 1.23, 1.23, and 1.24. Study participants with low carcinogen-occupational history had relative risks for bladder cancer associated with increasing dietary NDMA intake quartiles 2, 3, and 4 of 1.1.9, 1.45, and 1.39, respectively, with p trend of 0.11) Strengths of the study include: 1) relatively large number of cases; 2) dose-response assessment; 3) adjustment for multiple potential confounders. Weaknesses include: 1) the follow-up (mean 8.7 years) is likely not sufficient for most cancers to develop 2) diet assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value.

## Dietary Nitrate, Nitrite, or Combined Nitrosamines

In 2020, a New England case-control study that included 1037 bladder cancer cases and 1225 population controls published data on the association between intake of nitrate and nitrite from dietary sources and risk for bladder cancer.(Barry et al. 2020) The authors found a 40% increased risk for bladder cancer in individuals whose intake of dietary nitrate from processed meat was in the highest versus lowest quintile of intake (OR 1.4, 95% CI 1.0-2.0, p trend = 0.04) and a 50% increased risk in those with highest vs lowest level of nitrite intake (OR 1.5, 95% CI 1.0-2.1, p trend = 0.04). The strengths of this study were: 1) there were a large number of cases and control, giving it power to accurately ascertained risk associated with nitrate and nitrite ingestion; 2) the study collected data on both dietary and water sources of nitrate and nitrite; 3) the study was population-based; 4) results were adjusted for

confounders including vitamin C intake (which can counteract the conversion of nitrites/nitrates to NDMA). Weaknesses were that 1) NDMA exposure was not estimated; 2) Potential for recall bias, which could bias the relative risk upward.

In a study from the Iowa Women's Health Study of 34,708 postmenopausal women, dietary nitrate and nitrite intake was estimated from a food frequency questionnaire. Vitamin C intake was also estimated.(Jones et al. 2016) A total of 258 cases of bladder occurred over a mean 21 year follow-up. Dietary nitrate and nitrite intakes were each classified into 4 quartiles. Risk of bladder cancer did not increase with increasing dietary nitrate intake. Women who consumed at least .86 mg/day of nitrite had an increased risk for bladder cancer, and the continuous measure showed a 59% increased risk with each one-unit natural log increase in intake (hazard ratio 1.59, 95% CI 0.89-2.84). The strengths of this study were: 1) Inclusion of both water and diet estimates of nitrates and nitrites; 2) long follow-up; 3) available data for multivariate adjustment for confounders; 4) adjustment for vitamin C intake. Weaknesses: 1) relatively small numbers of cases, which reduced study power and therefore widened the confidence interval; 2) NDMA exposure was not estimated.

Investigators in Los Angeles looked at associations between dietary N-nitroso compounds and bladder cancer risk in 1660 cases and 1586 population-based controls.(Catsburg et al. 2014) Estimated mg/day intake of nitrates, nitrites, and combined nitrosamines were calculated. Increasing average daily intake of nitrate, nitrite, or nitrosamines were not associated with increased bladder cancer risk, with multivariate adjustment including vitamin C. However, high nitrate intake (>= 103 mg/day) plus high levels of heme intake from processed meats increased bladder cancer risk (compared with the bottom quintile, the relative risks for quintiles 2, 3, 4, and 5 were 1.40, 1.24, 1.33, and 1.76, respectively; p-value for interaction for these two variables was 0.01). Compared with those with the lowest levels of nitrate and heme, those who had the highest level of nitrate and heme had a 76% increased risk of bladder cancer (RR 1.76, 95% CI 1.21-2.55). Strengths of this study included a large sample size, the population-based sample, and multivariate adjustment for confounding variables. Limitations were that: 1) NDMA was not specifically estimated, but nitrosamines were (in most studies, NDMA accounts for most nitrosamines); 2) the diet questionnaire was not comprehensive, included only 40 food groups, and did not ask about portion size. Therefore, the dietary variables likely underestimated intake of nitrates, nitrites, and nitrosamines.

193

A meta-analysis summarized data from studies that had been published through April 2016.(Xie et al. 2016) It included a total of 6 studies with data on dietary nitrate exposure and 4 studies with data on dietary nitrite exposure. The relative risk of bladder cancer for highest vs lowest intake of dietary nitrate was 0.93 (95% CI 0.72-1.06).  Risk of bladder cancer in the highest vs lowest category of dietary nitrite was increased by 11 % (95% CI 0.97-1.28). The main strength of this study was that as a meta-analysis, it summarized data from multiple studies representing thousands of cases of cancer. Weaknesses included: 1) The main comparison was for "highest" vs "lowest" level of nitrite or nitrate intake. The classifications of highest and lowest differed across studies, and therefore the resulting relative risks are imprecise; 2) The number of studies available for dose-response analyses was small, and data were not shown; 3) Meta-analyses were not performed for associations between NDMA and cancer risk.

Investigators from the National Institutes of Health studied the associations between meat sources of nitrite and nitrate and risk for bladder cancer in the American Association of Retired Persons cohort study.(Ferrucci et al. 2010) After an average (mean) 7 years of follow-up of 300,933 men and women, 854 cases of bladder cancer occurred. Risk of bladder cancer did not increase with increasing nitrate intake. Risk of bladder cancer, however, did increase with increasing intake of nitrates. Compared with individuals in the lowest quintile of nitrate intake, those in the highest group had a 28% increased risk (HR 1.28, 95% CI 1.02-1.61). The p value for trend was 0.06. A similar finding was seen for nitrates from processed meat, and also for the combined exposure to both nitrate and nitrite from processed meat. Effects of nitrates and nitrites on bladder cancer did not differ in men and women. Strengths of this study were: 1) relatively large numbers of cases, which provided greater power; 2) assessment of effects of other dietary variables including vitamin C and water sources of nitrites/nitrates; and 3) assessment in both men and women. Weaknesses were: 1) The study did not estimate associations between NDMA in diet and cancer risk.

Researchers from the Netherlands investigated the association between nitrate intake from water and diet and bladder cancer risk in a cohort study of 120,852 men and women.(Zeegers et al. 2006) Diet intake was measured with a food frequency questionnaire, and water nitrate intake was estimated by linking residence to water company data. After a mean follow-up of 9.3 years, 889 cases of bladder cancer were identified. A sub-cohort of 4441 participants was selected as a comparison group. Increased nitrate from diet alone was not associated with increased risk for bladder cancer, although there was evidence of increased risk with combined food and water sources of nitrate. Compared to individuals in

194

the lowest quintile of total nitrate intake (food and water), risk of bladder cancer was elevated, although risk did not increase with increasing level of intake (RR's for 2nd, 3rd, 4th, and 5th quintiles, respectively, were 1.26, 1.18, 1.17, and 1.09). Results were not affected by vitamin C intake. Strengths: 1) Both water and food sources of nitrates assessed; 2) record linkage to the Netherlands cancer registry for identification of cases; 3) adjustment for multiple potential confounders including diet, vitamins, and smoking.   Weaknesses: 1) investigators did not use data from the entire cohort, but instead chose a subset for comparison to cases; 2) NDMA intake was not estimated.

In a population-based case-control study in Iowan men and women, public water supplies and dietary intake of nitrate was assessed as risk factors for bladder cancer.(Ward et al. 2003) A total of 1118 cases and 1886 controls were included. Diet was assessed via a 55-item food frequency questionnaire. The study found no increased risk for bladder cancer with increased dietary nitrate levels, in either men or women. However, there was an indication of increasing bladder cancer risk with increasing nitrite intake in the diet in men.  Strengths of the study were: 1) The relatively large number of cases; 2) estimation of nitrate exposure from water and food, as well as vitamin C; 3) analyses in women separate from men. Weaknesses included: 1) an abridged food frequency questionnaire which may have excluded some foods high in nitrates; 2) Potential for recall bias, which could bias the relative risk upward; 3) NDMA intake was not estimated.

In a 1996 publication, researchers presented data from a population-based case-control study of bladder cancer and exposure to nitrites and nitrosamines in individuals of Japanese and Caucasian ancestry in Hawaii. (Wilkens et al. 1996) A total of 195 men and 66 women with bladder cancer were included. Diet intake was measured via a structured interview focused on foods high in nitrates or nitrosamines. Among men of Japanese descent, those in the highest tertile of intake of nitrites had double the risk of bladder cancer compared with men in the lowest tertile (OR 2.0, 95% CI 1.0-4.0, p trend = 0.05). In this same group, those in the highest tertile of nitrosamine intake had triple the risk of developing bladder cancer compared with those in the lowest tertile for intake (OR 3.0, 95% CI 1.4-6.4, p trend =0.01). In Japanese women, risk of bladder cancer was almost two times higher in the highest tertile of exposure to nitrosamines (OR 1.9, 95% CI 0.6-5.8, p=0.25). No association between intake of nitrates or nitrosamines was see in those of Caucasian descent. Strengths of the study were: 1) separate analyses of individuals by Japanese vs Caucasian descent; 2) analyses adjusted for multiple potential confounders; 3) dose-response relationship assessed. Weaknesses included: the relatively small number

of cases (The very small number of cases in women likely explains the lack of statistical significance with nitrosamine intake, in spite of an elevated relative risk (1.9 for top tertile of intake); 2) Potential for recall bias, which could bias the relative risk upward; 3) NDMA intake was not estimated.

## Water Sources of Nitrate and Nitrite Exposure

In 2020, a New England case-control study that included 1037 bladder cancer cases and 1225 population controls published data on the  association between intake of nitrate and nitrite from drinking water sources and risk for bladder cancer.(Barry et al. 2020) The study included detailed estimates of nitrate from residential and work site water sources, and multiplied that by average daily water intake as reported by study patients and controls.  The authors found a 40%-50% increased risk for bladder cancer in individuals whose average daily intake of nitrate from water was 1.29 mg/day or greater, compared with 30 mg/day or less (OR 1.5, 95% CI 1.1-1.9 for 1.29-4.59 mg/day; OR 1.4 (95% CI 0.89-2.2) for more than 4.59 mg/day, p trend = 0.06, suggesting a threshold effect). The study collected data on both dietary and water sources of nitrate and nitrite. An analysis of nitrate exposure from both diet (processed red meat) and water showed a striking increase with both high levels of processed red meat and high levels of water nitrate (OR 3.5, 95% CI 1.8-6.9, for 6.5 g/day or more of processed meat and more than 2.07 mg/L in drinking water, p interaction 0.07). This study gives strong support for a dose-response effect of ingested nitrates (which are converted to NDMA in the body) and risk for bladder cancer.  Strengths of this study were: 1) there were a large number of cases and controls, giving it power to accurately ascertained risk associated with nitrate and nitrite ingestion; 2) nitrate intake from both water and food was estimated; 3) the study was population-based; 4) results were adjusted for confounders including vitamin C intake (which can counteract the conversion of nitrites/nitrates to NDMA). Weaknesses were: 1) NDMA exposure was not estimated; 2) Potential for recall bias, which could bias the relative risk upward.

A 2020 publication detailed a meta-analysis of water sources of nitrate and risk for several cancers including bladder.(Essien et al. 2020) Eight epidemiologic studies were included in the meta-analysis of nitrate and bladder cancer risk. Comparing highest versus lowest levels of water nitrate, the relative risk for bladder cancer was 0.94 (95% CI 0.70-1.17). Combing all nitrate levels above the lowest level did not show any association with bladder cancer risk. Strengths of the study were: 1) a meta-analysis can provide a good summary of results from several studies. Weaknesses: 1) the included studies used

different cut-points for nitrate levels, and therefore "highest" and "lowest" categories were imprecise; 2) Although several of the studies had collected diet information on individuals, this meta-analysis did not include data on dietary sources of nitrate/nitrite/NDMA. Therefore, there is likely error in classification of individuals' exposure to NDMA and its precursor nitrate/nitrite levels.

In a study from the Iowa Women's Health Study of 34,708 postmenopausal women, nitrate in water was estimated from public drinking water sources, and vitamin C intake was estimated from food frequency questionnaires.(Jones et al. 2016) A total of 258 cases of bladder occurred over a mean 21 years follow-up. Water nitrate was classified into 4 quartiles. Those in the highest quartile had a 48% increased risk of developing bladder cancer compared with those in the lowest quartile (HR 1.48, 95% CI 0.92-2.40, p trend = 0.11). Risk increased with increasing duration of water nitrate above 5 mg/L. Compared with no exposure, those with less than 4 years of exposure to high nitrate had a 5% increased risk for bladder cancer, while those with 4 or more years of exposure of at least one half the maximum contaminant level had a 62% increased risk (HR 1.62, 95% CI 1.06-2.47, p trend 0.03). Accounting for vitamin C intake did not change these increased risks. The strengths of this study were: 1) Good estimates of water nitrate levels; 2) Long follow-up; 3) available data for multivariate adjustment for confounders; 4) adjustment for vitamin C intake. Weaknesses were: 1) relatively small sample size that reduces study power to detect statistically significant associations; 2) NDMA exposure was not estimated.

In a hospital-based case-control study, researchers investigated the relationship between nitrate in drinking water and risk of bladder cancer.(Espejo-Herrera et al. 2015)  A total of 531 cases and 556 controls were enrolled. Historical water nitrate levels were calculated from municipal records. Relative to less than 5 mg/L average residential levels, bladder cancer odds ratios were 1.2 (95% CI 0.7–2.0) for 45–10 mg/L and 1.1 (95% CI 0.6–1.9) for 410 mg/L. The odds ratio for subjects with longest exposure duration (>20 years) to highest levels (>9.5 mg/L) was 1.4 (95% CI 0.9–2.3). Stratification by intake of vitamin C, vitamin E, meat, and gastric ulcer diagnosis did not modify these results. Strengths of this study include the relatively large numbers of cases. Weaknesses include: 1) Potential for recall bias, which could bias the relative risk upward; 2) potential for bias in hospital-based case-control studies because controls may not be similar to cases in all variables other than the exposure under study.

In a case-control study from Taiwan, researchers compared persons who had died from bladder cancer (513 cases) to persons who had died of other causes (513 matched controls).(Chiu, Tsai, and Yang 2007)

197

The researchers assumed that municipality of residence to be the source of water nitrate exposure. The adjusted odds ratios for bladder cancer death for those with the middle (.19-.45 mg/L) and highest (.48-2.86 mg/L) tertiles for nitrate in drinking water were 1.76 (1.28–2.42) and 1.96 (1.41–2.72) as compared to the lowest tertile (<= .18 mg/L). A dose-response effect was clear, with increasing odds ratios across tertiles, and the statistician test was significant (p<0.001). Strengths of this study were: 1) it was a population-based study that included all bladder cancer deaths, identified through vital records; 2) dose-response relationship was examined; 3) analyses were adjusted for potential confounders of age and gender; 4) nitrate exposure was estimated from records, and therefore the potential for recall bias is eliminated. Weaknesses are: 1) only deaths from bladder cancer were included rather than all incident cases, and therefore the identification of cases was underestimated; 2) the assumption of residence municipality for water nitrate exposure does not consider lifetime movement, water consumption when traveling, or non-tap sources of water. These errors in data collection may bias the odds ratio/relative risk toward the null value.

Researchers from the Netherlands investigated the association between nitrate intake from water and diet and bladder cancer risk in a cohort study of 120,852 men and women.(Zeegers et al. 2006) Diet intake was measured with a food frequency questionnaire, and water nitrate intake was estimated by linking residence to water company data. After a mean follow-up of 9.3 years, 889 cases of bladder cancer were identified. A sub-cohort of 4441 participants was selected as a comparison group. For each 10 mg/day increase in nitrate intake from water, risk of bladder cancer increased by 9% (RR 1.09, 95% CI 0.96-1.24). Compared to individuals in the lowest quintile of total nitrate intake (food and water), risk of bladder cancer was elevated, although risk did not increase with increasing level of intake (RR's for 2nd, 3rd, 4th, and 5th quintiles, respectively, were 1.26, 1.18, 1.17, and 1.09). Results were not affected by vitamin C intake. The strengths of this study were: 1) calculation of both water and diet nitrate exposure in the same study; 2) record linkage to the Netherlands cancer registry for identification of cases; 3) adjustment for multiple potential confounders including diet, vitamins, and smoking. Weaknesses include: 1) the relatively low level of nitrates in Dutch drinking water may explain the level of risk observed, which may not reflect risk in high-nitrate areas.

In a population-based case-control study in Iowan men and women, public water supplies and dietary intake of nitrate was assessed as risk factors for bladder cancer.(Ward et al. 2003) A total of 808 cases and 1259 controls were included. Water nitrate level was estimated from residential history, drinking

water sources, and typical intake of beverages made with tap water. The study found no increased risk for bladder cancer with increased water nitrate levels, in either men or women. A dose-response analysis showed decreasing relative risk with increasing water nitrate levels. Strengths of this study: 1) Study set in area (Iowa) with high water nitrate levels historically from fertilizer use; 2) estimation of nitrate exposure from water and food, as well as vitamin C; 3) analyses in women separate from men; 4) adjustment for multiple confounders. Weaknesses include: 1) Potential for recall bias, which could bias the relative risk upward.  It should be noted that later studies in Iowa did show elevated bladder cancer risk with increased water nitrate levels in a prospective cohort study.(Jones et al. 2016; Weyer et al. 2001)

Biological Mechanisms Linking NDMA to Bladder Cancer:

In the 2010 review of nitrites, nitrates, and nitrosamines and risk of cancer, IARC stated that nitrosamines increase cancer in rodents for the following cancers: liver, esophagus, nasal and oral mucosa, kidney, pancreas, bladder, lung, and thyroid.('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins'  2010) Since that time, scientists have determined that the mechanism through which NDMA causes cancer is through increasing DNA methylation which leads to DNA damage and cancer formation.(Kay et al. 2021)

Summary of Findings on Bladder Cancer: Weight of the Evidence/Bradford Hill Analysis

Epidemiological evidence shows that NDMA from ranitidine, diet, and occupational exposure is associated with increased risk for bladder cancer.  Several cohort studies (or nested case-control studies within cohorts) reported on the relationship between ranitidine use and risk of bladder cancer.(Yoon et al. 2021; Kantor et al. 2020; Michaud et al. 2004; Habel, Levin, and Friedman 2000; Iwagami et al. 2021; McDowell et al. 2021b; Nørgaard et al. 2021) Of the five informative studies, the increased risk in ranitidine users vs. nonusers ranged from 10% to 41% increased risk of developing bladder cancer. With the exception of Yoon et al., the studies adjusted for some potential confounders, although the electronic health record/pharmaceutical database studies had data on few potential confounders. All likely underestimated amount of ranitidine used because none assessed long-term use and most did not have data on over-the-counter use. The one study that asked participants about any ranitidine use which could have included over-the-counter (Kantor et al. 2020), asked only about a four week period at

199

one point in time and therefore is an inadequate estimate of ranitidine exposure. Therefore, the true risk of bladder cancer with ranitidine use likely exceeds the levels seen in these studies. Only one of the studies assessed whether there was a dose-response relationship between ranitidine use and risk for bladder cancer,(Cardwell et al. 2021) but in that one there was strong evidence of increased risk with increased years of use and increased total dose. Occupational exposure to NDMA in the rubber manufacturing industry was assessed in three studies and was found to increase risk of bladder cancer occurrence or death, ranging to more than five times great risk of risk of bladder cancer occurrence or death.(Hidajat, McElvenny, Ritchie, et al. 2019; Straif et al. 2000; Hours et al. 1994) The one study to address dose-response did see a pattern of increasing risk with greater NDMA exposure.(Hidajat, McElvenny, Ritchie, et al. 2019) Four studies looked at the effect of working in nitrate fertilizer related jobs, with little evidence of effect on bladder cancer risk. One challenge in comparing associations across these job exposures is that in the rubber industry, the amount of NDMA exposure in air has been tested. In the studies of nitrate fertilizer workers, however, there were no NDMA estimates provided.

The studies on dietary sources of NDMA, nitrate, and nitrite showed mixed results. In the European EPIC cohort, increased NDMA intake was associated with increased bladder cancer overall and particularly in men. Nitrates from processed meats showed clear association with bladder cancer risk and several studies showed evidence of dose-response effects. Studies of total food sources of nitrate and nitrate (which primarily were accounted for by vegetables and fruits) did not show strong associations between nitrate/nitrite amount and bladder cancer risk.

Of the six reviewed studies on water nitrate and risk of bladder cancer, three showed evidence of increased risk for bladder cancer with higher estimated nitrate in public drinking water.(Chiu, Tsai, and Yang 2007; Jones et al. 2016; Barry et al. 2020) No water study estimated amount of NDMA that would have been produced from the given amount of water nitrates, however, and no study asked individuals about actual amounts of water drunk from municipal tap water.

This review of the association between ranitidine use and NDMA from other sources produced several clear findings. Below, they are outlined according to the aspects of causality as described by Bradford Hill.(Hill 1965) The epidemiologic evidence in total, along with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects for causation, namely: the strength of the association,

consistency across populations, specificity, temporality, biologic gradient (dose-response), plausibility, coherence, experiment, and analogy.

Strength of the association and statistical significance

A review of epidemiologic studies found that risk of bladder cancer is 10% to 40% higher in ranitidine users compared with nonusers. Occupational studies show that individuals exposed to NDMA in rubber manufacturing have risks of bladder cancer that are more than 5 times greater than in the general population. Nutritional epidemiological studies have shown that with increased intake of NDMA, nitrates or nitrites from processed meats, risk of bladder cancer increases by 10-50%. Nitrites and nitrates measured in foods overall were not as strongly associated with bladder cancer risk as were those from processed meat, this likely represents the counteracting effect of vitamin C and E in counteracting NDMA formation from nitrates and nitrites in vivo. Increased nitrate levels in drinking water were associated with increased bladder cancer in some studies but not others, perhaps reflecting low nitrate levels in some municipal water systems.

The presence or absence of "statistical significance" (typically described in this literature as $p<0.05$ or confidence interval that does not include 1.0) largely reflected the numbers of cases in individual studies. The study by Cardwell et al., with 3260 cases, had a narrow confidence interval that did not include 1.0, and therefore increases the likelihood that the observed relative risk was reflective of the real relative risk. In contrast, the other studies on ranitidine use and bladder cancer risk had between 139 and 554 cases, a number which provides lower power to detect a statistically significant relationship.

Viewed in the context of the high consistency of the study results across time, diverse study populations, and strong study designs, bias and chance as explanation for the increased risk are unlikely. Further, my confidence in the reliability of the data on magnitude of the risk is enhanced. Therefore, my analysis of these studies strongly supports a causal association and, given the high levels of NDMA produced in ranitidine, these levels of risk present a clinically significant concern for individuals exposed to ranitidine. I placed high weight on this factor in my causation analysis.

Consistency of the Association

201

Across the case-control and cohort studies, and across studies of various NDMA exposure, the association between NDMA and risk of bladder cancer was highly consistent. As indicated above, the studies included population-based and electronic health record studies from a diverse geographic area across the U.S., as well as Asia and Europe. Of the 5 ranitidine studies, 4 found relative risks greater than 1.1 for bladder cancer in ranitidine users compared with nonusers. All of the occupational studies on rubber workers showed elevated bladder cancer risk with greater NDMA exposure. The one dietary study to assessed NDMA and bladder cancer risk showed increased relative risks in individuals in the top three quartiles of NDMA intake compared with those in the bottom quartile.

The consistency across studies, led by many investigators, using different study designs, and in diverse geographic populations over a period of nearly 35 years weighs heavily as to the consistency and reliability of the data in favor of a causal risk. I placed high weight on this factor in my causation analysis.

Specificity of the Association

In cancer causation, one carcinogen can cause several types of cancers. Therefore, the factor of specificity is less relevant in the cancer field. Given that NDMA has been shown to cause cancers of the pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid in experimental animals, ('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) and that, as shown in this report, it is associated with increased risks for several different types of cancer, the relevance of this Bradford Hill factor is lower than other factors. I placed low weight on this factor in my causation analysis.

Temporality

The finding of temporality is an important component in the causal analysis. Since ranitidine is used for gastrointestinal tract diseases and symptoms, it is possible that such symptoms could arise due to the cancer and lead to ranitidine use. To guard against this, most studies have discarded cancer cases that occurred within one to two years of use of ranitidine (or comparator medication). I placed high weight on this factor in my causation analysis.

Biologic Gradient: Dose-response

Dose-response was not directly assessed in the epidemiologic studies of ranitidine use and bladder cancer risk, although in the study by Cardwell et al. using Scottish medical records data, use for 3 years or longer showed higher effects on bladder cancer risk than did use overall. Dose-response was tested in studies of occupational and dietary exposures to NDMA. Strong dose-response was seen with NDMA exposure in rubber manufacturing but not with increased exposure to nitrates in the fertilizer industry. I placed high weight on this factor in my causation analysis.

Plausibility

In my consideration of whether ranitidine or NDMA from other sources can cause bladder cancer, I considered the data for biologically plausible mechanisms by which exposure to ranitidine or other NDMA could result in bladder cancer. In that regard, I assessed data and determined that: 1) NDMA is produced during storage and transport of ranitidine; 2) NDMA is formed in the human body and passes through several body tissues; 3) NDMA has been classified by IARC as a class 2A carcinogen; 4) NDMA is considered by U.S. and worldwide government agencies to be a carcinogen, of danger to humans, and that because of contamination with NDMA, ranitidine has been recalled from the market. NMDA exposure to human tissue provides opportunity for carcinogenesis to occur: 1) NDMA has been shown to form from ranitidine during transport and storage; 2) NDMA is produced after ingestion of nitrates and nitrites in food and water; 3) occupational exposure to NDMA in air can be both inhaled and ingested. Therefore, there are ample opportunities for NDMA to initiate and promote carcinogenesis.

While I have considered the data that do not support the plausibility of NDMA's carcinogenicity, otherwise overwhelming and reliable evidence indicates that there are biologically plausible mechanisms by which NDMA can induce bladder carcinogenicity. NDMA can reach the bladder through the urinary tract system (McNeil et al. 1981; Roberts 1984; van Hecken et al. 1982), create DNA adducts and DNA methylation, causing DNA damage that leads to genotoxicity and to development of bladder cancer. While this mechanism of carcinogenicity is not proven, it is highly biologically plausible based on the present scientific information and understanding. I placed high weight on this factor in my causation analysis.

Coherence

The cause-and-effect interpretation of the data on ranitidine and other sources of NDMA and risk of bladder cancer clearly do not significantly conflict with the known facts about the natural history and biology of the disease. Since ranitidine is excreted through the urinary system *(Zantac package Insert, pharmacology accessdate.fda.gov.)*, it makes biological sense that bladder would be one site to have an increased risk for cancer development. The fact that NDMA from multiple sources in humans (ranitidine, diet, and occupation) is associated with increased bladder cancer risk supports this aspect of Bradford Hill analysis for cancer causation. I placed high weight on this factor in my causation analysis.

Experiment

As discussed above, the evidence from randomized controlled trials can provide strong support to observational evidence. However, in the case of NDMA, randomized controlled trials are neither feasible nor ethical. This is because bladder cancer is a rare disease and typically takes decades to develop to be clinically diagnosable. In addition, because the effects of ranitidine or NDMA from other sources could be harmful, it would be unethical to conduct a trial of this type. While there are experimental data supporting causation from cell studies and animal models, given the inability to conduct experimental studies in humans to test effects of ranitidine or NDMA alone on bladder cancer development, there are no human experimental data. Despite this, data from reliable observational studies as described in this report strongly support causation.  I placed low weight on this factor in my causation analysis.

Analogy

Other medications have been found to affect risk of cancer.(Pottegård, Friis, et al. 2018) However, this aspect of Bradford-Hill causality is the weakest, and even described by Bradford-Hill as "In some circumstances it would be fair to judge by analogy."(Hill 1965) I placed low weight on this factor in my causation analysis.

CONCLUSION

In conclusion, it is my professional opinion, stated to a medical and scientific degree of certainty, that based on the totality of the evidence, which includes epidemiological, biological, pathological, and mechanistic data, ranitidine can cause bladder cancer.

## Esophagus Cancer

An estimated 19,260 individuals will develop esophageal cancer in the U.S. in 2021 (https://cancerstatisticscenter.cancer.org/?_ga=2.98294431.1635865680.1621919673-325020077.1620767384#!/ accessed 6/30/21). From 2014-2018, the age-adjusted incidence rate of esophagus cancer in the U.S. was 4.5/100,000 individuals/year. The rates in men are almost four as high as those in women. Because esophageal cancer is a relatively rare cancer, cohort studies need to be very large and followed long-term in order for enough cases to accrue to determine risk of esophageal cancer in exposed vs unexposed individuals. There are two main types of esophageal cancer—adenocarcinoma and squamous cell carcinoma. The proportions of these two cancers varies by geographic area of the world. In the U.S., approximately 63% of esophageal cancer are adenocarcinomas, and 37% are squamous cell cancers.(Then et al. 2020) The incidence rate of esophageal adenocarcinoma has increased steadily over the past several decades in the U.S., while the rate of squamous cell carcinoma has decreased. A carcinogen such as NDMA may show different associations with cancer risk, depending on the types of esophageal cancer in the cases.

Ranitidine, other H2 blockers, and protein pump inhibitors (PPIs) are used for the treatment of many gastro-intestinal disorders, such as ulcers, esophagitis, heartburn, gastro-esophageal reflux disorder (GERD), and other, rarer, conditions. The symptoms for many of these may be early symptoms of esophageal cancer, although there may be no early symptoms. Therefore, a putative association between use of ranitidine, other H2 blockers, or PPIs and risk of esophageal cancer could instead reflect the underlying association of esophageal cancer with gastrointestinal symptoms. To address this issue, epidemiologists typically do not count use of ranitidine, H2 blockers, or PPIs within 1 to 2 years prior to cancer diagnosis. Alternately, some researchers have chosen to compare ranitidine users to users of other H2 blockers or PPIs, in order to compare individuals with similar gastro-intestinal syndromes or symptoms. If these other medications also increase the risk of esophageal cancer, then the resulting relative risk will be falsely lowered, and will not be reliable. That PPIs are related to risk of stomach cancer has been seen in recent studies.(Seo et al. 2021; Cheung et al. 2018) H2 blockers other than

206

ranitidine could also pose a risk for increased esophageal cancer occurrence, if they contain or produce NDMA, such as nizatidine.

Four studies on the association between ranitidine and esophageal cancer have been published. Two were case-control studies and two were prospective cohort studies.

Given the issues on studies of esophagus cancer and ranitidine use, the studies on other sources of NDMA such as occupation and diet are important for evaluating the relationship between ranitidine and esophagus cancer risk.

## Ranitidine

Using data from the nationwide Danish Prescription Registry, Adami et al. identified a subcohort of 103,565 new ranitidine users and two "active comparator" cohorts who were newly using other H2 blockers (N=182,497) and protein pump inhibitors (N=807,725) through 2008, in order to examine risk for esophageal cancer. All of these 3 cohorts were followed through 2018 for incidence of several cancers including esophageal cancer.(Adami et al. 2021) The Danish registration system records a unique identification number, sex, date of birth, prescription medications dispensed from outpatient community pharmacies since 1995. Ranitidine cohort members redeemed their first ranitidine prescription between 1996 and 2008, and had no previous prescriptions for nizatidine (which also contains NDMA). For the H2 blocker active comparator group, all adult first-time users of cimetidine or famotidine who redeemed their first prescriptions between 1996 and 2008 were included. Similarly, all adult first-time users of PPIs who redeemed their first PPI prescriptions between 1996 and 2008 were included in the PPI active comparator group. No non-users were included. Non-ranitidine users were censored at the time they crossed over to fill a ranitidine prescription. While 84% of ranitidine was sold by prescription in 1999, by 2012-17, only 20% of ranitidine was sold by prescription. Additional linked data included other gastrointestinal diseases, chronic diseases, and alcohol-related diseases. The database was linked to the Danish cancer registry (nearly complete cancer ascertainment since 1943) to identify new cases of cancer of the esophagus, stomach, liver, and pancreas, and to the Danish death register to identify cancer-specific deaths. To reduce bias from indication for using the study medications, the investigators began participant follow-up one year after the first prescription date. The authors used statistical techniques to compute propensity scores for exposure to ranitidine, adjusting

207

for age and date of cohort entry, and estimating covariate distributions in the overall Danish population. They first presented results of analyses limited to individuals who had filled prescriptions of their respective medications during the entire follow-up period. Doing so resulted in a markedly reduced number of ranitidine-using esophageal cancer cases compared with the entire sample: 65 vs 276. Similarly, there was an unexplained number of non-ranitidine using cancer cases left in the analyses: 45 vs 392). Presented here are the hazard ratio results from logistic regression with all cases included. After a median 14 years follow-up, risk of developing esophageal cancer was increased by 34% in ranitidine users vs other H2 blocker medications (RR 1.34, 95% CI 1.14-1.56). Risk of the adenocarcinoma subtype was increased by 66% (RR 1.66, 95% CI 1.29-2.13). Risk of squamous cell carcinoma subtype was increased 21% (RR 1.21, 95% CI 0.91-1.60). When data were limited to the smaller subset of continuous prescription refills, the risk were as follows. Risk of developing esophageal cancer was increased by 16% in ranitidine users vs other H2 blocker medications (RR 1.16, 95% CI 0.80-1.69). Risk of the adenocarcinoma subtype was not increased (RR 0.97, 95% CI 0.53-1.76). Risk of squamous cell carcinoma subtype was increased 71% (RR 1.71, 95% CI 0.70-4.15). Risk of esophageal cancer was not increased compared with PPI users. Strengths of the study include: 1) the data were from registries of Denmark, and therefore reflect an entire population; 2) the researchers attempted to avoid bias from medication indication by comparing only to persons who used medications for similar conditions as for ranitidine; 3) linkage to a population cancer registry; 4) attention to likely cross-over from one medication to another by censoring individuals when this occurred. Limitations include: 1) limited number of participants with long-term follow-up to account for the cancer's likely latency period of 20 or more years. This will result in nondifferential misclassification of outcomes, driving the relative risk toward the null value of 1.0; 2) receipt of a prescription does not mean that an individual actually took the medication, or took it as prescribed. This could result in nondifferential misclassification of exposure, driving the relative risk toward the null value of 1.0; 3) the lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity could have biased the relative risks in either a positive or negative direction; 4) dose of medication was not assessed in relation to cancer risk; 5) use of over-the-counter ranitidine and comparison medications was not ascertained. This results in nondifferential misclassification, which biases the relative risks toward the null.6) Selection of users of protein pump inhibitors as comparators is problematic, because those medications are themselves associated with increased risk for esophageal cancer.(McDowell et al. 2021b); 7) presentation as primary results data on a subgroup of study participants which severely reduced the number of cases in all cohorts.

Using a commercial database (IBM Explorys), investigators linked data on prescriptions for ranitidine, famotidine, and omeprazole to diagnoses of cancer including esophageal. (Kim, Wang, et al. 2021) The paper states that the database provides aggregated and deidentified electronic medical records from 73 million patients across the U.S. Data come from billing inquiries, health records, and laboratory systems, and are mapped to standardized coding nomenclature. Each of the 3 cohorts (defined by prescriptions for one of the 3 drugs) was followed for up to 10 years for new diagnoses of cancer. Patients who were prescribed more than one of the 3 medications were excluded. No data on over-the-counter use of any of the medications were included. A total of 909,970 famotidine users, 581,028 ranitidine users, and 2,179,048 omeprazole users were included. During the 10 years' follow-up, 550 cases were identified in the famotidine group, 180 in the ranitidine group, and 1260 in the omeprazole group. Cancer diagnoses were not confirmed, nor were subtypes of cancer presented. The authors calculated odds ratios (as estimates of relative risks) for esophageal cancer associated with use of ranitidine compared to famotidine, and then compared to omeprazole use. Multivariate adjustment was done first controlling for tobacco use, alcohol use, and Barrett's esophagus, then for demographic factors (age, sex, race [White vs African American]), then for a combination of demographic factors and whichever of tobacco use, alcohol use, and Barrett's esophagus was most significant. In the final analyses, compared with famotidine use, the odds ratio for esophageal cancer was 0.49 (95% CI 0.46-0.52); compared with omeprazole use, the odds ratio for esophageal cancer was 0.97 (95% CI 0.90-0.1.03). There were some strengths to this study, and many weaknesses. Strengths included: 1) very large sample size of cases; 2) prescription data; 3) adjustment for some potential confounding variables; 4) inclusion of medical records from across the U.S. (the paper said that the data came from "360" but did not state whether that was hospitals, medical practices, health maintenance organizations, or other entities. However, the IBM Explorys site states that the 360 refers to hospitals (https://www.ibm.com/downloads/cas/4P0QB9JN) (accessed 10/26/21). Weaknesses included: 1) the method of case confirmation across the Explorys database was not provided. It is not clear if pathology reports were used to determine fact of cancer, site of cancer, and date of diagnosis. If cases were diagnosed outside of the hospital/treating institution where the prescription occurred, a diagnosis of cancer could be missed. 2) Subtypes of esophageal cancer were not identified.; 3) the Explorys database population grew from 13,776,740 at the start of follow-up to 68,495,130), a large increase, and therefore the maximal 10-year follow-up pertains to only 20% of the cohort; 4) the identification and

adjustment of potential confounding factors was incomplete. Diet, physical activity and obesity are also related to esophageal cancer, but were not included as covariates. Data on race, obesity, smoking, and alcohol use are incomplete in hospital medical records (the source of these electronic health records). Missing or underestimated data on covariates can affect the relative risks. 5) The study population does not represent the U.S. population, but rather a population that has high use of medical services. For example, approximately 40% of the cohorts were labelled as having diabetes. In a U.S. representative sample (NHANES), in contrast, only 10% of U.S. adults over age 65 have diabetes, and younger persons have lower rates.(Cheng et al. 2013) 6) The use of over the counter ranitidine, famotidine, and omeprazole medications was not included. This seriously underestimates the use of these three medications; 7) Individuals who see gastroenterologists for endoscopic procedures for symptoms or diagnostic procedures may be more likely to be prescribed omeprazole than H2 blockers, especially in the years included in this study (2009-2018) as randomized clinical trial data were available that showed omeprazole to be superior to ranitidine for several gastrointestinal conditions.(Gisbert et al. 2001; Salas, Ward, and Caro 2002) This suggests that the omeprazole users may have had more severe conditions than the ranitidine users.

In summary, this study using the Explorys database has serious limitations, and therefore is not informative on the association between ranitidine use and risk for cancer.

In a nested case-control study set in a U.S. veterans' cohort of men with the cancer precursor Barrett's Esophagus (enrolled 2004-2009), researchers studied the association between H2 blockers and risk of esophageal cancer.(Tan et al. 2018) The study included 300 cases of esophageal cancer and 798 controls. Ranitidine use was determined from the VA system pharmacy database. Overall, there was no association between use of ranitidine and risk for esophageal cancer (relative risk 0.71, 95% CI 0.5-1). Among men prescribed < 150 mg/day of ranitidine, there was a tripling of risk of esophageal cancer (relative risk 3.0, 95% CI 1.84-4.9). That elevated risk was not present in those prescribed daily doses higher than 150 mg/day, however. Only 11 cases had been prescribed a higher dose of ranitidine. There was no dose-response effect seen, either from dose or from length of use. Strengths of the study include: 1) focus on a group at high risk for esophageal cancer; 2) pharmacy data records available; 3) adjustment for multiple potential confounders. Weaknesses included: 1) relatively small number of cases, which reduces the power to detect statistically significant associations; 2) almost all of the men used protein pump inhibitors, which themselves are associated with increased risk for esophageal

cancer.(McDowell et al. 2021b); 3) the use of over-the-counter medications including ranitidine was not ascertained.

A prospective study of patients in the Northern California Kaiser Permanente identified men who were prescribed or dispensed ranitidine (922), cimetidine (4125), or neither (49,229) between 1982 and 1987, and followed them through 1995 to identify new diagnoses of cancer.(Habel, Levin, and Friedman 2000) Six cases of esophagus or stomach cancer occurred (data were not provided for either alone). Compared with persons not prescribed either cimetidine or ranitidine, the risk of esophagus or stomach cancer was more than doubled (RR 2.42, 95% CI 1.07-5.49). The strengths of this study were that: 1) the data on ranitidine use was from pharmacy records of a health maintenance organization, and therefore was likely accurate with regard to use at one point in time; 2) the participants were members of one health maintenance organization, and therefore had high retention to follow-up; 3) the researchers used two comparison groups—cimetidine users, and users of no H2 drugs, and therefore could control for effect of medical condition; 4) high quality ascertainment and adjudication of cancer cases. There were several weaknesses: 1) ranitidine/cimetidine exposure was queried only at baseline. Since there was no history of use determined, and no updates during follow-up, the use of these H2 blockers was underestimated. Furthermore, only prescribed ranitidine and other H2 blockers was ascertained; the intake of over-the-counter medications was not determined. These exposure biases will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk; 2) follow-up was for at most 13 years, so that the amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer; 3) the study reported only on use/nonuse of ranitidine or cimetidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis; 4) data for esophageal cancer only were not included. 5) only 6 cases of esophagus/stomach cancer occurred; 6) participants who used both ranitidine and cimetidine were excluded, which adds to the underestimate of ranitidine exposure; 7) by combining esophagus and gastric cancers together, it is not possible to look at the associations between esophagus risk and ranitidine use.

Chow et al conducted a case-control study using data from a health maintenance organization database, to look at H2 blockers, gastrointestinal conditions, and risk of esophageal adenocarcinoma and gastric cardia cancer.(Chow, Finkle, McLaughlin, Franki, et al. 1995) While overall, H2 blocker use was not associated with risk for these cancers, There was a clear gradient of increasing risk with increasing

duration of use. Compared with nonusers, those with 1 prescription, 2-3 prescriptions, or 4 or more prescriptions had relative risks of either esophageal adenocarcinoma or cardiac gastric cancer of 0.2, 0.8, and 1.8, respectively. While the authors did not present data for ranitidine alone, they stated that findings for the individual H2 blockers—cimetidine and ranitidine—were similar to the findings for all H2 blockers combined.(Chow, Finkle, McLaughlin, Franki, et al. 1995) Strengths of the study were: 1) set in a health maintenance organization with linkage to medical and pharmacy databases; 2) adjusted for multiple potential confounders; 3) dose-response tested. Weaknesses included: 1) lack of data on ranitidine alone in relation to esophageal cancer risk; 2) relatively small numbers of cases and controls, which likely reduced chance of finding a statistically significant association; 3) combining esophageal adenocarcinoma and cardiac gastric cancer together makes it impossible to determine effect of ranitidine on esophageal adenocarcinoma.

## Occupational Exposures to NDMA

### Rubber Manufacturing

A cohort of 36,441 British men were followed from 1967 through 2015, by which time 94% had died, and their occupational exposure to rubber dust, rubber fumes, and N-nitrosamines was calculated.(Hidajat, McElvenny, Ritchie, et al. 2019) There were 333 deaths from esophageal cancer. The researchers divided study participants into four equal size groups (quartiles) based on NDMA exposure. Compared with men in the lowest quartile of NDMA exposure, those in the second, third, and fourth quartiles had increasing relative risks of dying of esophageal cancer (RR 1.7 2.43, and 3.04, respectively), which supports a dose-response effect. The strengths of this study were that: 1) the cohort was large, and followed until almost all had died. Therefore, a more complete classification of cancer mortality was possible. Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) exposures in occupations were measured in air, and it is not clear how much individual men inhaled or ingested NDMA; 3) only men were included in the study.

A cohort of 8933 German men working in the rubber industry was followed for mortality from 1981 to 1991.(Straif et al. 2000) Risk of esophageal cancer mortality was 9 times higher in men with the highest exposure to rubber compared to men with low levels of exposure (RR 9.1, 95% CI 2.1-38.8). Risk with

medium exposure was also increased: relative risk 1.7 (95% CI 0.7-11.5). A dose-response association was seen. The strengths of this study were that job classification exposures were well documented, and follow-up was accomplished through health and mortality records. Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) exposures were measured in air, and it is not clear how much NDMA individual men inhaled or ingested; 3) the study was relatively small (13 esophageal cancer deaths), which reduces the likelihood of detecting a statistically significant result; 4) only men were included in the study.

Wood Screw Manufacturing Nitrite Exposure

A study in male and female workers in a wood screw manufacturing plant in China followed workers from 1977 through 2007. A total of 160 workers were classified as highly exposed to nitrite, and 255 workers were determined to be unexposed. Exposure included nitrate ingestion through their face, gastrointestinal tract, respiratory tract, and skin. Length of exposure in the nitrite-exposed individuals ranged from 16-23 years (mean 22.1 years). During 30 years of follow-up, a total of 11 esophageal cancers occurred in the highly exposed group, versus none in the unexposed group. (Ten additional cancers occurred in exposed persons: 4 liver, 3 lung, 2 breast, and 1 leukemia. No malignancies occurred in the unexposed group.) The researchers calculated a relative risk for esophageal cancer for exposed versus nonexposed of 1.26 (95% CI 1.08-1.46) using a log-rank test. Strengths of the study included: 1) complete enrollment of all workers into the follow-up study; 2) long-term follow-up to 30 years.

Nitrate Fertilizer Manufacturing

A British cohort of 1327 male nitrate fertilizer workers who had worked in the production of fertilizers was followed from 1946-1981 to determine cause-specific deaths.(Al-Dabbagh et al. 1986) Among men classified as "heavily exposed" to nitrates, there were 3 deaths from esophageal cancer, compared with 1.26 expected deaths from this cancer given the background population rate, which gives a mortality ratio (relative risk) of 2.4. Neither length of exposure nor time since first exposure were associated with risk. Strengths of this study were that: 1) separate analyses were conducted for men with very high nitrate exposure; 2) nitrate exposure was confirmed through saliva measurement; 3) some women were included; 4) the relatively long follow-up. The main drawbacks were that: 1) the study only looked at

mortality, and therefore the impact of exposure on cancer incidence is underestimated; 2) there were only 5 deaths from esophageal cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

## Dietary NDMA Exposure

A study within the Netherlands Cohort Study investigated associations between dietary NDMA intake and risk of esophageal cancer.(Keszei et al. 2013) A total of 261 cases of esophageal cancer developed over a mean 14.3 years follow-up.  Of these, 110 were squamous cell carcinoma, and 151 were adenocarcinomas. These were compared with a randomly selected sub-cohort of 4032 participants. Diet was assessed with a 150-item food frequency questionnaire. In men, per each 0.1 micrograms/day (i.e., per 100 nanograms/day) increase in NDMA there was a 15% increased risk of esophageal squamous cell cancer (hazard ratio: 1.15, 95% CI 1.05-1.25). In men, the risk of adenocarcinoma did not increase with increasing NDMA intake.  Risk of esophageal squamous cell carcinoma in men increased with increasing tertile of intake of NDMA, with relative risks for tertiles 2 and 3 compared with tertile 1 of 1.21 and 2.43, with a p for trend of 0.01, showing a dose-response effect. In women, per each 0.1 micrograms/day (100 nanograms/day) increase in NDMA there was a 34% increased risk of esophageal squamous cell carcinoma (hazard ratio: 1.34, 95% CI 1.04-1.71). In women, the risk of adenocarcinoma did not increase with increasing NDMA intake.  Risk of esophageal squamous cell carcinoma in women increased with increasing tertile of intake of NDMA, with relative risks for tertiles 2 and 3 compared with tertile 1 of 0.92 and 1.21, with a p for trend of 0.57, suggesting a dose-response effect. Relative risks for greater intakes are calculated by multiplying risks. Thus, the relative risk for esophageal squamous cell cancer per 200 nanograms per day of NDMA intake is 1.15 X 1.15 = 1.32, and for women is 1.34 X 1.34 = 1.8. Strengths of this study include: 1) relatively large numbers of cases, which increased power to detect statistically significant associations; 2) identification of dose of NDMA that is associated with increased cancer risk; 3) estimation of dose-response effects; 4) adjustment for multiple potential confounders; 4) relatively long follow-up. Weaknesses included: 1) diet assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value.

Loh et al investigated the association between dietary N-nitroso compounds (including NDMA) and risk of several cancers including esophageal in a UK cohort of 22,920 men and women.(Loh et al. 2011) Diet was assessed with a 131-item food frequency questionnaire. A total of 55 esophageal cancer cases

occurred over a mean follow-up of 11.4 years. The risk of esophageal cancer was increased by 13% for each standard deviation increase ((47 nanograms/day) in level of dietary NDMA (relative risk 1.13, 95% CI 0.77-1.68). Since the authors used a Cox proportional hazards regression model, in order to estimate the risk associated with greater intakes of NDMA, the risks are multiplied. Thus, the relative risk for 94 nanograms per day of NDMA intake for esophageal cancer is 1.28. The risk for esophageal cancer was increased by 14% for each standard deviation increase in nitrite intake (relative risk 1.14, 95% CI 0.84-1.54). Strengths of this study include: 1) measurement of NDMA as well as nitrite; 2) available data for multivariate adjustment for confounders. Weaknesses include: 1) small number of cases which reduce power to detect statistically significant results. (The cohort population included persons as young as 40 at study entry, which likely explains the small number of cases after 11 years' follow-up. 2) diet assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value; 3) dose-response not assessed.

In a population-based case-control study in western Washington, researchers included 125 cases of esophageal cancer and 458 controls and assessed relationships with dietary nitrate, nitrite, and NDMA.(Rogers et al. 1995) Diet was assessed with a 125-item food frequency questionnaire, with added items for foods high in nitrate, nitrite, or NDMA. Increased intake of NDMA was associated with increased risk of esophageal cancer. Compared with those ingesting <.06 µg/day, those ingesting .06-.179 µg/day, and >0.179 µg/day had 31% (relative risk 1.31) and 86% (relative risk 1.86) increased risks for esophageal cancer, respectively. The p for trend was 0.06. This supports a dose-response effect. Similarly, increasing amounts of intake of nitrite were associated with increased risk of esophageal cancer. Compared with those with intake <1.06 mg/day, those with 1.06-1.6 mg/day and >1.6 mg/day had relative risks for esophageal cancer of 1.17 and 1.58, respectively. P for trend was 0.20. These findings suggested a dose-response effect.

Nitrate and Nitrite

In a meta-analysis of epidemiologic studies published through April 2016, Xie et al examined the associations between nitrate, nitrite, and risk of cancer including esophagus.(Xie et al. 2016) A total of 7 studies of nitrite and esophageal cancer, and 4 studies of nitrate and esophageal cancer were included in the meta-analysis. Comparing highest versus lowest intake of nitrite across studies, the risk esophageal stomach cancer was increased by 25% (RR 1.25, 95% CI 0.99-1.56). Risk was higher in case-

215

control studies and in U.S. studies. Risk was slightly higher for adenocarcinoma than for squamous cell carcinoma. For nitrate, risk of esophageal cancer in highest versus lowest intake, the relative risk was 0.94 (95% CI 0.74-1.19). Dose-response effects were not addressed for either nitrite or nitrate. Strengths of the study included: 1) systematic review of the literature to publication year; 2) inclusion of multiple studies in the meta-analysis which increases the power to detect statistically significant associations; 3) assessment of risk within subgroups of study type, geographic area, and other cancer risk factors. Weaknesses included: 1) lack of dose-response assessment; 2) NDMA was not addressed; 3) the included case-control and cohort studies measured diet at one timepoint, which results in errors in estimates of nitrite and nitrate. The result is a bias of the relative risk to the null value.

A population-based study in Nebraska looked at associations between dietary nitrite and nitrate intake and risk of esophageal cancer.(Ward et al. 2008) There were 84 cases of esophageal cancer and 321 controls. Diet was assessed with a standard form, supplemented with foods high in nitrite or nitrate. The investigators combined estimates of nitrite and nitrate from animal sources, and found that compared with those in the lowest quartile for the combined nitrite + nitrate variable, those in the 2nd, 3rd, or 4th quartiles had relative risks of 0.7, 1.7, and 2.2 for esophageal cancer (p trend = 0.015). This shows a dose-response effect. Similarly, dietary nitrate or nitrite from plant sources were not associated with risk. Strengths of the study include: 1) Focus specifically on nitrite and nitrate in relation to cancer risk (the study also assessed water sources of nitrate). Weaknesses include: 1) small number of cases, which reduces the chance of observing a statistically significant association; 2) diet was assessed at just one time point, which can result in imprecise measurement of nitrite and nitrate and regression of the relative risk to the null value; 3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 4) NDMA was not assessed.

In a population-based case-control study in Connecticut, New Jersey, and western Washington, researchers studied 488 cases of esophageal cancer (282 adenocarcinoma, 206 squamous cell cancer) and 687 controls in relation to dietary intake of nitrite.(Mayne et al. 2001) Diet was ascertained via interview and a 104-item food frequency questionnaire. Comparing the 75th percentile of intake of nitrite versus the 25th, the risk of squamous cell cancer was increased by 13% (relative risk 1.13, 95% CI 0.82-1.56). Comparing the 75th percentile of intake of nitrite versus the 25th, the risk of adenocarcinoma was not increased (relative risk 1.05, 95% CI 0.80-1.38). Dose-response was not assessed. Strengths of

216

the study: 1) the number of cases was relatively high, which increases the ability to observe statistically significant relative risks; 2) the investigators separately analyzed data for squamous cell cancer versus adenocarcinoma; 3) multiple variables were adjusted for. Weaknesses included: 1) the numbers of cases within the two histologic subgroups (squamous cell cancer, adenocarcinoma) were small, which reduces the chance of observing statistically significant relative risks; 2) NDMA was not measured; 3) the case-control design may increase risk for recall bias, which can bias the relative risk upward (away from the null).

## Water Nitrate Exposure

A 2020 publication detailed a meta-analysis of water sources of nitrate and risk for several cancers including esophagus.(Essien et al. 2020) Three epidemiologic studies were included in the meta-analysis of nitrate and esophageal cancer risk. Comparing highest versus lowest levels of water nitrate, the relative risk for esophageal cancer was 1.06 (95% CI 0.99-1.13). Combing all nitrate levels above the lowest level did not show any association with esophageal cancer risk. Strengths of the study were: 1) a meta-analysis can provide a good summary of results from several studies. Weaknesses: 1) the included studies used different cut-points for nitrate levels, and therefore "highest" and "lowest" categories were imprecise; 2) Although several of the studies had collected diet information on individuals, this meta-analysis did not include data on dietary sources of nitrate/nitrite/NDMA. Therefore, there is likely error in classification of individuals' exposure to NDMA and its precursor nitrate/nitrite levels.

A population-based study in Nebraska looked at associations between water nitrate content and risk of stomach cancer.(Ward et al. 2008) Nitrate content of water was determined for residential water source histories. For those with private well water, the investigators measured nitrate in well water samples. Among those who primarily used public water supplies, those in the highest quartile of nitrate intake had a 20% increased risk of esophageal cancer (relative risk 1.2, 95% CI 0.5-2.7). There was no evidence of a dose-response trend. Number of years exposed to high nitrate water content was not associated with esophageal cancer risk. Nitrate content in private wells was not related to esophageal cancer risk. Strengths of the study include: 1) assessment of nitrate exposure from both public sources and well water. Weaknesses include: 1) small number of cases, which reduces the chance of observing a statistically significant association; 2) water source was assessed at just one time point, which can result in imprecise measurement of nitrate and regression of the relative risk to the null value; 3) the case-

control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null).

Using the Taiwan vital statistics death records, Liao et al identified all deaths from esophageal cancer from 2006-10, and matched them on age, sex, marital status, and residence to deaths from other causes. Nitrate in drinking water in cases' municipalities was determined. There was no association between drinking water nitrate and risk of esophageal cancer, nor was a dose-response effect seen. Strengths of the study: Strengths of the study: 1) large number of cases and controls. Weaknesses: 1) including only cases that resulted in death may skew results if those who died differed greatly than those who didn't; 2) using deceased controls could bias results if the water content or municipality was related to other causes of death; 3) no personal data were collected – this was a vital records only study – and there could have been confounding variables that were not taken into account; 4) only municipality at time of death was assessed for water nitrate level, which could bias the relative risk toward the null value.

## Biological Mechanisms Linking NDMA to Esophagus Cancer

In the 2010 review of nitrites, nitrates, and nitrosamines and risk of cancer, IARC stated that nitrosamines increase cancer in rodents for the following cancers: pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid.('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) Since that time, scientists have determined that the mechanism through which NDMA causes cancer is through increasing DNA methylation which leads to DNA damage and cancer formation.(Kay et al. 2021) (See also section on Plausibility/Biological Mechanisms above).

## Summary of Findings on Esophageal Cancer: Weight of the Evidence/Bradford Hill Analysis

This review of the association between ranitidine use and exposure to NDMA in other sources and esophageal cancer risk produced several clear findings. Below, they are outlined according to the aspects of causality as described by Bradford Hill.(Hill 1965) The epidemiologic evidence in total, along

with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects for causation, namely: the strength of the association, consistency across populations, specificity, temporality, biologic gradient (dose-response), plausibility, coherence, experiment, and analogy.

Strength of the association and statistical significance

Few studies have examined the association between ranitidine use and risk of esophageal cancer, and they all had serious flaws. The Adami et. al study eliminated most cases from some analyses. However, the analysis of the data with all cases (which the authors characterized as "crude" numbers) included show that ranitidine use compared with other H2 blockers increased risk of esophageal cancer by 34% (RR 1.34, 95% CI 1.14-1.56). Among long-term ranitidine users, risk of squamous cell carcinoma was increased by 71%. These findings are especially significant since the Adami et al. study had several limitations that biased relative risks toward the null. The Tan et al case-control was limited to patients with Barrett's esophagitis, in which almost all cases had also received a protein pump inhibitor (which may increase or decrease risk of this cancer).  The study by Habel et al included only 6 cases, and they did not differentiate between stomach and esophageal cancer. The study by Chow et al. also combined stomach and esophageal cancers, and combined all types of H2 blockers with no analysis of ranitidine alone. Therefore, the epidemiologic data on ranitidine and esophageal cancer is limited.

Occupational studies show that individuals exposed to rubber manufacturing have risks of esophageal cancer that are two to nine times that in the general population (that is, compared with background risk). A study of wood screw manufacturing with high nitrite exposure found a 26% increased risk in exposed versus unexposed workers. A study in nitrate fertilizer workers found that exposed workers had two times the risk of dying of esophageal cancer compared with the general population (background rate).

There have been numerous cohort and case-control studies of NDMA, nitrite, and nitrate intake in diet and risk of esophageal cancer. Three studies assessed NDMA levels in diet; of these, two found that high NDMA intake was associated with increased esophageal cancer risk. Increases ranged up to 240% (more than doubling of risk with the highest levels of intake).

219

Nutritional epidemiological studies have shown that with increased intake of nitrites, a precursor of NDMA, risk of esophageal cancer increases. The meta-analysis that combined multiple studies up to 2016 found that overall, those with the highest versus lowest intake of dietary nitrites had a 25% increased risk for esophageal cancer. The individual studies showed elevated risk up to doubling in risk in those who had the highest versus lowest intake of nitrite.

Increased nitrate levels in diet in general did not increase risk for esophageal cancer, and in only 1 of 3 studies in water was high nitrate level associated with increased risk (20% increase).

The presence or absence of "statistical significance" (typically described in this literature as $p<0.05$ or confidence interval that does not include 1.0) largely reflected the numbers of cases in individual studies.

Viewed in the context of the high consistency of the study results across time, occupational and dietary exposure to NDMA, diverse study populations, and strong study designs, bias and chance as explanation for the increased risk are unlikely. Further, my confidence in the reliability of the data on magnitude of the risk is enhanced. Therefore, my analysis of these studies strongly supports a causal association and, given the high levels of NDMA produced in ranitidine, these levels of risk present a clinically significant concern for individuals exposed to ranitidine. I placed high weight on this factor in my causation analysis.

Consistency of the association

Across the case-control and cohort studies, and across studies of occupational and dietary NDMA exposure, the association between NDMA and risk of esophageal cancer was highly consistent. As indicated above, the studies included population-based and hospital-based studies from a diverse geographic area across the U.S., as well as Asia and Europe.

Both of the occupational studies on rubber workers showed elevated esophageal cancer risk with greater NDMA exposure.

Two of three dietary studies found elevated risk of esophageal cancer in those with highest versus lowest intake of NDMA. Four of four studies found elevated risk esophageal cancer in those with the highest versus lowest intake of dietary nitrites.

The consistency across studies, led by many investigators, using different study designs, and in diverse geographic populations over a period of more than 25 years weighs heavily as to the consistency and reliability of the data in favor of a causal risk. I placed high weight on this factor in my causation analysis.

Specificity of the association

In cancer causation, one carcinogen can cause several types of cancers. Therefore, the factor of specificity is less relevant in the cancer field. Given that NDMA has been shown to cause cancers of the pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid ('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins'  2010) in laboratory animals, and that, as shown in this report, it is associated with increased risks for several different types of cancer, the relevance of this Bradford Hill factor is lower than other factors. I placed low weight on this factor in my causation analysis.

Temporality

The finding of temporality is an important component in the causal analysis and, as such, I place great weight in its applicability to the determination of causality. Since ranitidine (and other H2 blockers and PPIs) are used for gastrointestinal tract diseases and symptoms, it is possible that such symptoms could arise due to the cancer and lead to ranitidine use. To guard against this, researchers have compared cases of esophageal cancer associated with ranitidine use to that in users of other H2 blockers or other drugs indicated for the same conditions (such as PPIs). By comparing against these as well as persons not using any H2 blocker or other similar drug, researchers have reduced chance of temporality bias. However, several other studies have shown that PPI's are associated with risk of esophageal cancer, and the H2 blocker nizatidine contains NDMA. Therefore, the studies that used PPIs or nizatidine as comparators may have introduced bias, and therefore their results may not be reliable. I placed high weight on this factor in my causation analysis.

Biologic gradient/ dose-response

Dose-response was not assessed or not seen in the epidemiologic studies of ranitidine use and esophageal cancer risk.   Dose-response was tested in studies of other sources of NDMA, including occupational exposure, diet, and water. Dose-response was seen with NDMA exposure in rubber manufacturing but not in the one nitrates fertilizer occupational study that tested it. Of the three dietary studies that assessed it, a dose-response was seen with NDMA or nitrite in two. I placed high weight on this factor in my causation analysis.

Plausibility

In my consideration of whether NDMA from ranitidine or other sources can cause esophageal cancer, I considered the data for biologically plausible mechanisms by which exposure to NDMA could result in esophageal cancer. In that regard, I assessed data and determined that: 1) NDMA is produced during storage and transport of ranitidine; 2) NDMA is formed in the human body and passes through several body tissues; 3) NDMA has been classified by IARC as a class 2A carcinogen.

Availability of NMDA to human tissue provides opportunity for carcinogenesis to occur: 1) NDMA has been shown to form from NDMA during transport and storage; 2) NDMA is produced after ingestion of nitrates and nitrites in food and water; 3) occupational exposure to NDMA in air can be both inhaled and ingested. Therefore, there are ample opportunities for NDMA to initiate and promote carcinogenesis.

While I have considered the data that do not support the plausibility of NDMA's carcinogenicity, otherwise overwhelming and reliable evidence indicates that there are biologically plausible mechanisms by which NDMA can induce esophageal carcinogenicity. NDMA can reach the esophagus early after ingestion, create DNA adducts and DNA methylation, causing DNA damage that leads to genotoxicity and to development of esophageal cancer. While this mechanism of carcinogenicity is not proven, it is highly biologically plausible based on the present scientific information and understanding. I placed high weight on this factor in my causation analysis.

Coherence

The cause-and-effect interpretation of the data on ranitidine and other sources of NDMA and risk of esophageal cancer clearly do not significantly conflict with the known facts about the natural history and biology of the disease. Since NDMA moves through the gastrointestinal tract, it makes biological sense that esophageal would be one site to have an increased risk for cancer development. The fact that NDMA from multiple sources in humans is associated with increased esophageal cancer risk supports this aspect of Bradford Hill analysis for cancer causation. I placed high weight on this factor in my causation analysis.

Experiment

As discussed above, the evidence from randomized controlled trials can provide strong support to observational evidence. However, in the case of NDMA, randomized controlled trials are neither feasible nor ethical. This is because esophageal cancer is a rare disease and typically takes decades to develop to be clinically diagnosable. In addition, because the effects of ranitidine or NDMA from other sources could be harmful, it would be unethical to conduct a trial of this type. While there are experimental data supporting causation from cell studies and animal models, given the inability to conduct experimental studies in humans to test effects of ranitidine or NDMA alone on esophageal cancer development, there are no human experimental data. Despite this, data from reliable observational studies as described in this report strongly support causation.  I placed low weight on this factor in my causation analysis.

Analogy

Other medications have been found to affect risk of cancer.(Pottegård, Friis, et al. 2018) However, this aspect of Bradford-Hill causality is the weakest, and even described by Bradford-Hill as "In some circumstances it would be fair to judge by analogy."(Hill 1965) I placed low weight on this factor in my causation analysis.

CONCLUSION

In conclusion, it is my professional opinion, stated to a medical and scientific degree of certainty, that based on the totality of the evidence, which includes epidemiological, biological, pathological and mechanistic data, ranitidine can cause esophageal cancer.

## Liver Cancer

An estimated 42,230 Americans will develop liver cancer in 2021.(Siegel et al. 2021) From 2014-2018, the age-adjusted incidence rate of liver cancer in the U.S. was 8.5/100,000 individuals/year (https://cancerstatisticscenter.cancer.org/?_ga=2.98294431.1635865680.1621919673-325020077.1620767384#!/) (accessed 5/24/21) The rates in men are approximately three times higher than those in women. Since 1975, rates of liver cancer in the U.S. have more than tripled in men and more than doubled in women. Because liver cancer is a relatively rare cancer, cohort studies need to be very large and followed long-term in order for enough cases to accrue to determine risk of liver cancer in exposed vs unexposed individuals.

### Ranitidine

Using data from the nationwide Danish Prescription Registry, Adami et al. identified a subcohort of 103,565 new ranitidine users and two "active comparator" cohorts who were newly using other H2 blockers (N=182,497) and protein pump inhibitors (N=807,725) through 2008, to determine associations with liver cancer. All of these 3 cohorts were followed through 2018 for incidence of several cancers including liver cancer.(Adami et al. 2021) The Danish registration system records a unique identification number, sex, date of birth, prescription medications dispensed from outpatient community pharmacies since 1995. Ranitidine cohort members redeemed their first ranitidine prescription between 1996 and 2008, and had no previous prescriptions for nizatidine (which also contains NDMA). For the H2 blocker active comparator group, all adult first-time users of cimetidine or famotidine who redeemed their first prescriptions between 1996 and 2008 were included. Similarly, all adult first-time users of PPIs who redeemed their first PPI prescriptions between 1996 and 2008 were included in the PPI active comparator group. No non-users were included. Non-ranitidine users were censored at the time they crossed over to fill a ranitidine prescription. While 84% of ranitidine was sold by prescription in 1999, by 2012-17, only 20% of ranitidine was sold by prescription. Additional linked data included other gastrointestinal diseases, chronic diseases, and alcohol-related diseases. The database was linked to the Danish cancer registry (nearly complete cancer ascertainment since 1943) to identify new cases of cancer of the liver, and to the Danish death register to identify cancer-specific deaths. To reduce bias from indication for using the study medications, the investigators began participant follow-up one year

225

after the first prescription date. The authors used statistical techniques to compute propensity scores for exposure to ranitidine, adjusting for age and date of cohort entry, and estimating covariate distributions in the overall Danish population. They first presented results of analyses limited to individuals who had filled prescriptions of their respective medications during the entire follow-up period. Doing so resulted in a markedly reduced number of ranitidine-using liver cancer cases compared with the entire sample: 23 vs 133. Similarly, there was an unexplained number of non-ranitidine using liver cancer cases left in the analyses: 24 vs 228. Presented here are the hazard ratio results from logistic regression with all cases included. After a median 14 years follow-up, risk of developing liver cancer was increased by 13% in ranitidine users vs other H2 blocker medications (RR 1.13, 95% CI 0.92-1.39). When data were limited to the smaller subset of continuous prescription refills, the risk of developing liver cancer was not increased in ranitidine users vs other H2 blocker medications (RR 0.79, 95% CI 0.43-1.44). Risk of liver cancer was not increased compared with PPI users. Strengths of the study include: 1) the data were from registries of Denmark, and therefore reflect an entire population; 2) the researchers attempted to avoid bias from medication indication by comparing only to persons who used medications for similar conditions as for ranitidine; 3) linkage to a population cancer registry; 4) attention to likely cross-over from one medication to another by censoring individuals when this occurred. Limitations include: 1) limited number of participants with long-term follow-up to account for the cancer's likely latency period of 20 or more years. This will result in nondifferential misclassification of outcomes, driving the relative risk toward the null value of 1.0; 2) receipt of a prescription does not mean that an individual actually took the medication, or took it as prescribed. This could result in nondifferential misclassification of exposure, driving the relative risk toward the null value of 1.0; 3) the lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity could have biased the relative risks in either a positive or negative direction; 4) dose of medication was not assessed in relation to cancer risk; 5) use of over-the-counter ranitidine and comparison medications was not ascertained. This results in nondifferential misclassification, which biases the relative risks toward the null.6) Selection of users of protein pump inhibitors as comparators is problematic, because those medications are themselves associated with increased risk for cancer.(McDowell et al. 2021b); 7) presentation as primary results data on a subgroup of study participants which severely reduced the number of cases in all cohorts; 8) while cases were identified through a nationwide registry, the number of liver cancers is larger than expected for a western European country, and raises concern that many may represent metastatic cancer from other primary sites (such as breast, colorectal, esophageal, stomach, pancreatic, lung,

226

kidney and melanoma cancers). This type of nondifferential misclassification of outcomes can move the relative risk toward the null value.

Using a commercial database (IBM Explorys), investigators linked data on prescriptions for ranitidine, famotidine, and omeprazole to diagnoses of cancer including liver. (Kim, Wang, et al. 2021) The paper states that the database provides aggregated and deidentified electronic medical records from 73 million patients across the U.S. Data come from billing inquiries, health records, and laboratory systems, and are mapped to standardized coding nomenclature. Each of the 3 cohorts (defined by prescriptions for one of the 3 drugs) was followed for up to 10 years for new diagnoses of cancer. Patients who were prescribed more than one of the 3 medications were excluded. No data on over-the-counter use of any of the medications were included. A total of 909,970 famotidine users, 581,028 ranitidine users, and 2,179,048 omeprazole users were included. During the 10 years' follow-up, 4520 cases were identified in the famotidine group, 880 in the ranitidine group, and 5440 in the omeprazole group. Cancer diagnoses were not confirmed. The authors calculated odds ratios (as estimates of relative risks) for liver cancer associated with use of ranitidine compared to famotidine, and then compared to omeprazole use. Multivariate adjustment was done first controlling for obesity, cirrhosis, and chronic viral hepatitis, then for demographic factors (age, sex, race [White vs African American], then for a combination of demographic factors and whichever of obesity, cirrhosis, and chronic viral hepatitis was most significant. In the final analyses, compared with famotidine use, the odds ratio for liver cancer was 0.38 (95% CI 0.34- 0.42); compared with omeprazole use, the odds ratio for liver cancer was 0.97 (95% CI 0.88- 1.07). There were some strengths to this study, and many weaknesses. Strengths included: 1) very large sample size of cases; 2) prescription data; 3) adjustment for some potential confounding variables; 4) inclusion of medical records from across the U.S. (the paper said that the data came from "360" but did not state whether that was hospitals, medical practices, health maintenance organizations, or other entities. However, the IBM Explorys site states that the 360 refers to hospitals (https://www.ibm.com/downloads/cas/4P0QB9JN) (accessed 10/26/21). Weaknesses included: 1) the method of case confirmation across the Explorys database was not provided. It is not clear if pathology reports were used to determine fact of cancer, site of cancer, and date of diagnosis. The authors state that the annual incidence ratio per 100,000 for liver cancer was 9.03, and state that this shows "reasonable consistency" with rates reported in the literature. However, since the annual incidence of liver cancer in the U.S. is 8.5/100,000, the cases of liver cancer may include some cases that are actually metastases from other sites such as colorectal cancer. Alternatively, if cases were diagnosed outside of

the hospital/treating institution where the prescription occurred, a diagnosis of liver cancer could be missed. 2) the Explorys database population grew from 13,776,740 at the start of follow-up to 68,495,130), a large increase, and therefore the maximal 10-year follow-up pertains to only 20% of the cohort; 3) the identification and adjustment of potential confounding factors was incomplete. Hepatitis virus infections are also related to liver cancer, but were not included as covariates. These diagnoses should have been available in a comprehensive medical record database. Data on race, obesity, smoking, and alcohol use are incomplete in hospital medical records (the source of these electronic health records). Missing or underestimated data on covariates can affect the relative risks. 4) The study population does not represent the U.S. population, but rather a population that has high use of medical services. For example, approximately 40% of the cohorts were labelled as having diabetes. In a U.S. representative sample (NHANES), in contrast, only 10% of U.S. adults over age 65 have diabetes, and younger persons have lower rates.(Cheng et al. 2013) 5) The use of over the counter medications was not included. This seriously underestimates the use of these three medications. Individuals who see gastroenterologists for endoscopic procedures for symptoms or diagnostic procedures may be more likely to be prescribed omeprazole than H2 blockers, especially in the years included in this study (2009-2018) as randomized clinical trial data were available that showed omeprazole to be superior to ranitidine for several gastrointestinal conditions. (Gisbert et al. 2001; Salas, Ward, and Caro 2002; Katz, Gerson, and Vela 2013) This supports the likelihood that individuals prescribed omeprazole may have had more several medical conditions.

South Korean researchers conducted a cohort study of ranitidine and famotidine (another H2 blocker) users (at least one year of use, identified through   Health Insurance Review and Assessment databases.(Yoon et al. 2021) The researchers selected 40,488 ranitidine users and matched them to 10,122 famotidine users as a comparator group. No nonusers of H2 blockers were included. Risk of liver cancer occurrence was not increased in ranitidine users vs. famotidine users (RR 0.85, 95% CI 0.69 – 1.05). Strengths of this study were: The strengths of the study were: 1) It was a very large database of ranitidine users; 2) comparison to another H2 blocker removed the potential confounding effect of medical indication for use of an H2 blocker; 3) linkage to medical datasets for cancer determination. The weakness of the study included: 1) there was a very short time period for ascertainment of ranitidine, and a very short time period between exposure ascertainment and years of diagnosis, leaving insufficient time for cancers to occur; 2) There was no information on whether the H2 blockers are available over-the-counter in South Korea. If they are, the lack of data would underestimate exposure.

Furthermore, there are no data on whether or not the patients took the medication as prescribed. All of these sources of error would fall under the category of nondifferential misclassification and would be expected to bias the relative risk toward the null; 3) There were no data on risk by dose or duration of use, and therefore no dose-response relationship was ascertained. Furthermore, it is not clear why the researchers selected only subsets of ranitidine and famotidine users. By doing so, they reduced the number of cases included, thereby reducing power to detect associations.

An analysis of data from the UK Biobank of over 459,204 individuals was conducted to determine the associations between ranitidine use and cancer risk.(Kantor et al. 2020) At cohort entry, regular ranitidine use (yes/no) for the previous 4 weeks was determined. Only 1.9% of the cohort reporting ranitidine use. Use of omeprazole was also ascertained, and use as a comparator. At total of 262 cases of liver cancer occurred over 5-9 years of follow-up. Risk of liver cancer development was increased by almost double in ranitidine users compared with non-users (RR 1.91, 95% CI 1.43-3.36). Ranitidine was also associated with increased liver cancer when compared with omeprazole users (RR 1.15, 95% CI 0.58-2.26). The strengths of this study were that: 1) The UK Biobank is well-characterized and therefore had data on potential confounding variables; 2) High quality ascertainment and adjudication of cancer cases through registry linkages. There were several weaknesses: 1) Ranitidine/cimetidine exposure was queried only at baseline. Since there was no history of use determined, and no updates during follow-up, the use of these H2 blockers was underestimated. This exposure bias will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk; 2) Follow-up was for a mean 6.7 years, so that the amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer; 3) The study reported only on use/nonuse of ranitidine or cimetidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis. 4) Testing ranitidine versus PPI use could result in biased estimates because PPI use has been linked to increased risk for some cancers.(Seo et al. 2021)

In 2018, Tran et al. published results of two studies of ranitidine and liver cancer risk. The first was a nested case-control study within a UK clinical informatics database, which covers 15% of the population of Scotland. A total of 434 cases (diagnosed 1999-2011) and 2103 controls (matched on year of birth, sex, general practitioners practice) were included. The risks for liver cancer in ranitidine users vs. non-users was increased by 41% (RR 1.41, 95% CI 0.91-2.15). Dose-response was not assessed for ranitidine

alone.  The strengths of the case-control study were: 1) relatively large number of cases; 2) medication data from UK general practice databases, which minimizes chance of recall bias since neither cases nor controls were asked to provide medication exposures; 3) Adjustment for multiple covariates. Weaknesses included: 1) Lack of dose-response data for ranitidine use; 2) Lack of data on medication adherence; 3) Lack of data on over-the-counter use; 5) Lack of data on adherence to medication use. These inaccurate measures on exposure increase the likelihood of biasing the relative risk to the null value.

In the second study in Tran et al., the UK Biobank analysis, data on medication use and covariates at study entry between 2006-10 were used; liver cancer diagnoses through 9/2014 were included. A total of 182 liver cancer cases were identified, out of 471,669 cohort members. Risk of liver cancer in ranitidine users vs. nonusers was increased by 82% (RR 1.82, 95% CI 0.87-3.79). Dose-response was not assessed for ranitidine alone.  Strengths of the cohort study include: 1) Relatively small number of cases (only 8 cases had a history of use of ranitidine), which diminishes the likelihood of finding a statistically significant result; 3) Lack of dose-response data for ranitidine use; 2) Lack of data on medication adherence; 4) Lack of data on over-the-counter use; 5) Lack of data on adherence to medication use. These inaccurate measures on exposure increase the likelihood of biasing the relative risk to the null value.

## Occupational Exposure to NDMA

### Rubber Manufacturing

A cohort of 8933 German men working in the rubber industry was followed for mortality from 1981 to 1991.(Straif et al. 2000) A total of 9 men died from liver cancer. Risk of liver cancer mortality was not increased in highly exposed men compared to men with low levels of exposure (RR 1.0, 95% CI 0.1-8.3). The strengths of this study were that job classification exposures were well document, and follow-up was accomplished through health and mortality records. Weaknesses were: 1) not all liver cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) job exposures were measured in air, and it is not clear how much individual men inhaled

230

or ingested the NDMA; 3) the study was very small (9 liver cancer deaths), which reduces the likelihood of detecting a statistically significant result; 4) only men were included in the study.

A cohort of 36,441 British men were followed from 1967 through 2015, by which time 94% had died, and their occupational exposure to rubber dust, rubber fumes, and N-nitrosamines was calculated.(Hidajat, McElvenny, Ritchie, et al. 2019) There were 122 deaths from liver cancer. The researchers divided study participants into four equal size groups (quartiles) based on NDMA exposure. Compared with men in the lowest quartile of NDMA exposure, those in the second, third, and fourth quartiles had increasing relative risks of dying of liver cancer (RR 1.53, 1.96, and 2.86, respectively). The p-value for trend was 0.03, which supports a dose-response effect. The strengths of this study were that: 1) the cohort was large, and followed until almost all had died. Therefore, a more complete classification of cancer mortality was possible; 2) there were a relatively large number of liver cancer deaths compared with most occupational cohort studies. Weaknesses were: 1) not all liver cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases. However, liver cancer has a high mortality death rate within 5 years of diagnosis (80%), and therefore mortality likely reflects incidence for this cancer; 2) job exposures in occupations were measured in air, and it is not clear how much individual men inhaled or ingested NDMA; 3) only men were included in the study.

Dietary NDMA Exposure

In a hospital-based case-control study, researchers looked at the relationship between dietary intake of NMDA, other N-nitroso compounds, nitrate, and nitrite and risk of liver cancer (hepatocellular cancer).(Zheng et al. 2021) The study included 827 cases of liver cancer and 1013 controls. NDMA was estimated from data from food frequency questionnaires (84 or 131 items, depending on when interviewed), and expressed as micrograms NDMA per 1000 kcal/day. After multivariate adjustment, overall NDMA intake was not positively associated with liver cancer risk (highest vs lowest quartile RR 0.80, 95% CI 0.53-1.21). However, when NDMA intake was limited to plant sources, the risk of liver cancer was increased 54% in the highest vs lowest quartile (RR 1.54, 95% CI 1.01-2.34). When NDMA intake was limited to animal sources, the risk of liver cancer was increased 26% in the highest vs lowest quartile (RR 1.26, 95% CI 0.83-1.91). Individuals in the highest quartile of nitrate intake had a 19% increased risk for liver cancer (RR 1.18, 95% CI 0.79-1.79). Increased dietary intake of nitrite was not

231

associated with increased risk for liver cancer. Strengths of the study include: 1) relatively large number of cases, which increases power to detect statistically significant associations; 2) estimates of NDMA intake; 3) control for multiple potential confounding factors. Weaknesses include: 1) case-control studies have the potential for recall bias, in which cases remember exposures differently than controls. Since there is no reason to believe that cases would be aware of food items containing NDMA, recall bias in this case could move the relative risk either away from or toward the null; 2) units of NMDA intake were not provided for the subcategories of plant and animal NDMA sources, and therefore it is not possible to determine the lowest dose that increased risk for liver cancer; 3) dietary intake as measured by food frequency questionnaires underestimate many nutrients in both cases and controls, and therefore may result in nondifferential exposure misclassification, driving the relative risk toward the null value.

## Dietary Nitrite and Nitrate

In an analysis of the NIH-AARP cohort of 496,006 individuals aged 50 and older, researchers assessed the relationship between intake of nitrites and nitrates and risk for hepatocellular cancer (which account for 90% of liver cancer in the U.S(Kim and Viatour 2020).).(Freedman et al. 2010) A total of 338 cases of hepatocellular cancer were diagnosed during follow-up, which began in 1995-96. Using data from a 124-item food frequency questionnaire, researchers estimated intake of nitrates and nitrates and categorized them into five equal categories (quintiles). Risk of liver cancer increased with increasing nitrate level, with hazard ratios for quintiles 2, 3, 4, and 5 of 1.1, 1.18, 1.21, and 1.11, compared with quintile 1. Risk of liver cancer was also increased with greater intake of nitrites, with hazard ratios for quintiles 2, 3, 4, and 5 of 1.31, 1.61, 1.23, and 0.93, compared with the lowest quintile. These hazard ratios included 1.0, and p values for trend were 0.81 and 0.15, respectively.  Strengths included: 1) relatively large number of cases; 2) adjustment for multiple potential confounders.  Weaknesses included: 1) measured diet at just one time point (study entry) which can underestimate intake of nitrites or nitrates, and bias relative risk to null value; 2) no measure of NDMA; 3) mean or median years of follow-up were not provided; 4) lack of adjustment for hepatitis B or C status, which could have confounded the associations.

## Biological Mechanisms Linking NDMA to Liver Cancer

In the 2010 review of nitrites, nitrates, and nitrosamines and risk of cancer, IARC stated that nitrosamines increase cancer in rodents for the following cancers: pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid.('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) Since that time, scientists have determined that the mechanism through which NDMA causes cancer is through increasing DNA methylation which leads to DNA damage and cancer formation.(Kay et al. 2021) (See also section on Plausibility/Biological Mechanisms above).

## Summary of Findings on Liver Cancer: Weight of the Evidence/Bradford Hill Analysis

Epidemiological evidence shows that NDMA from ranitidine, occupational, and diet exposure is associated with increased risk for liver cancer. Five cohort studies reported on the relationship between ranitidine use and risk of liver cancer.(Adami et al. 2021; Kantor et al. 2021; Kim, Wang, et al. 2021; Tran et al. 2018; Yoon et al. 2021) One of these consisted of two separate studies.(Tran et al. 2018) Risk for users vs. nonusers increased in two of these five studies, ranging from a 41 percent increase to almost a doubling in risk (91% increased risk). The studies all adjusted for some potential confounders, but all likely underestimated amount of ranitidine used because none assessed long-term use. Therefore, the risk of liver cancer with ranitidine use likely exceeds the levels seen in these studies. Dose-response was not addressed in these studies. Occupational exposure to NDMA in the rubber manufacturing industry was assessed in two studies and was found to increase risk of liver cancer death in one having a 2.8 times greater risk of liver cancer death.(Hidajat et al. 2020) The one study to address dose-response did show a pattern of increasing risk with greater NDMA exposure.(Hidajat, McElvenny, Ritchie, et al. 2019) There has been one published study on dietary sources of NDMA, and two studies on dietary nitrate and nitrite, and risk for liver cancer. Increased NDMA from plant or animal sources was associated with increased liver cancer risk. Nitrates/nitrites showed an association with liver cancer risk and showed suggestive evidence of dose-response.(Freedman et al. 2010)

This review of the association between NDMA in ranitidine and other sources with liver cancer risk produced several clear findings. Below, they are outlined according to the aspects of causality as described by Bradford Hill.(Hill 1965) The epidemiologic evidence in total, along with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects for causation, namely: the strength of

233

the association, consistency across populations, specificity, temporality, biologic gradient (dose-response), plausibility, coherence, experiment, and analogy.

Strength of the association and statistical significance

A review of epidemiologic studies found that risk of liver cancer was increased in ranitidine users compared with nonusers in three of the four published studies, with statistically significant risk increases by 41% in one(Tran et al. 2018) and by almost than double in two others.(Kantor et al. 2020; Tran et al. 2018) One of the two occupational studies showed that individuals highly exposed in the rubber manufacturing industry have risks of liver cancer that are almost triple the risk in the general population.(Hidajat, McElvenny, Ritchie, et al. 2019) The other occupational study(Straif et al. 2000) had too few liver cancer cases to rely on its findings of no association.

Only one nutritional epidemiological study on nitrites or nitrates in relation to liver cancer has been published.(Freedman et al. 2010) This study showed higher risk of liver cancer for persons with higher intake of either nitrite or nitrates. The dose response analyses did not show higher risks at the highest levels of intake, however.

The presence or absence of "statistical significance" (typically described in this literature as p<0.05 or confidence interval that does not include 1.0) largely reflected the numbers of cases in individual studies. Since liver cancer is rare, the cohort studies included fewer cancers than many of the other cancers studied. The studies reviewed had a range of liver cancer cases of deaths from 9 to 517, and as a result, the studies were not powered to show statistically significant relative risks.

Viewed in the context of the high relative risks seen in the studies of ranitidine and liver cancer risk, as well as the occupational study and the diet study, my confidence in the reliability of the data on magnitude of the risk is enhanced. Therefore, my analysis of these studies strongly supports a causal association and, given the high levels of NDMA produced in ranitidine, these levels of risk present a clinically significant concern for individuals exposed to ranitidine. I placed high weight on this factor in my causation analysis.

Consistency of the association

234

Across the studies of various NDMA exposure, the association between NDMA and risk of liver cancer was highly apparent in more studies than not. As indicated above, the studies included cohort studies from Asia, Europe, and the U.S. Of the 4 ranitidine studies, 3 found elevated relative risks for liver cancer in ranitidine users compared with nonusers; one was statistically significant (e.g., the confidence intervals did not include 1.0). One of the two occupational exposure studies showed elevated liver cancer risk with greater NDMA or precursor nitrate exposure. The one dietary study showed increased liver cancer risk with increased nitrate or nitrite exposure.

The consistency across studies, led by many investigators, using different study designs, with different NDMA sources, and in diverse geographic populations weighs heavily as to the consistency and reliability of the data in favor of a causal risk. I placed high weight on this factor in my causation analysis.

Specificity of the association

In cancer causation, one carcinogen can cause several types of cancers. Therefore, the factor of specificity is less relevant in the cancer field. Given that NDMA has been shown to cause cancers of the pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid in laboratory animals,('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010), and that, as shown in this report, it is associated with increased risks for several different types of cancer, the relevance of this Bradford Hill factor is lower than other factors. I placed low weight on this factor in my causation analysis.

Temporality

The finding of temporality is an important component in the causal analysis and, as such, I place great weight in its applicability to the determination of causality. Since ranitidine (and other H2 blockers) are used for gastrointestinal tract diseases and symptoms, it is possible that such symptoms could arise due to the cancer and lead to ranitidine use. To guard against this, researchers have discounted ranitidine or NDMA exposures in the 1-2 years before cancer diagnoses (or comparable dates for controls). I placed high weight on this factor in my causation analysis.

Biologic gradient/ dose-response

Dose-response was directly assessed in a subset of the epidemiologic studies of ranitidine use and liver cancer risk: in the study of deaths in rubber workers, risk of dying of liver cancer increased with increasing quartile of NDMA exposure.(Hidajat, McElvenny, Ritchie, et al. 2019) The p test for trend was 0.03, suggesting strong statistical significance.  Strong dose-response was seen with NDMA exposure in one rubber manufacturing  study,(Hidajat et al. 2020) A dose response relationship was suggested in the Freedman study on nitrates, nitrites, and liver cancer risk.(Freedman et al. 2010) I placed high weight on this factor in my causation analysis.

Plausibility

In my consideration of whether NDMA, or its precursors nitrate or nitrite, from ranitidine or other sources can cause liver cancer, I considered the data for biologically plausible mechanisms by which exposure to NDMA could result in liver cancer. In that regard, I assessed data and determined that: 1) NDMA is produced during storage and transport of ranitidine; 2) NDMA is formed in the human body after ingestion of ranitidine, nitrates, or nitrites in food, and passes through several body tissues; 3) NDMA has been classified by IARC as a class 2A carcinogen.

While I have considered the data that do not support the plausibility of NDMA's carcinogenicity, otherwise overwhelming and reliable evidence indicates that there are biologically plausible mechanisms by which NDMA can induce liver carcinogenicity. NDMA is metabolized in the liver, creates DNA adducts and DNA methylation, causing DNA damage that leads to genotoxicity and to development of liver cancer. While this mechanism of carcinogenicity is not proven, it is highly biologically plausible based on the present scientific information and understanding. I placed high weight on this factor in my causation analysis.

Coherence

The cause-and-effect interpretation of the data on ranitidine and other sources of NDMA and risk of liver cancer clearly do not significantly conflict with the known facts about the natural history and biology of the disease. The fact that NDMA (or its precursors nitrite and nitrate) from multiple sources in humans (ranitidine, diet, and occupation) is associated with increased liver cancer risk supports this

236

aspect of Bradford Hill analysis for cancer causation. NDMA has been classified by the International Agency for Research on Cancer (IARC) as a class 2A carcinogen. Nitrate and nitrite form NDMA in vivo as well as in condition mimicking the human stomach. Once formed, NDMA can cause DNA adducts, leading to initiation and promotion of cancer. I placed high weight on this factor in my causation analysis.

Experiment

As discussed above, the evidence from randomized controlled trials can provide strong support to observational evidence. However, in the case of NDMA, randomized controlled trials are neither feasible nor ethical. The infeasibility is because liver cancer is a rare disease and typically takes decades to develop to be clinically diagnosable. Therefore, very large studies with decades of follow-up would be needed. In addition, because the effects of ranitidine or NDMA from other sources could be harmful, it would be unethical to conduct a trial of this type. While there are experimental data supporting causation from cell studies and animal models, given the inability to conduct experimental studies in humans to test effects of ranitidine or NDMA alone on liver cancer development, there are no human experimental data. Despite this, data from reliable observational studies as described in this report strongly support causation.  I placed low weight on this factor in my causation analysis.

Analogy

Other medications have been found to affect risk of cancer.(Pottegård, Friis, et al. 2018) However, this aspect of Bradford-Hill causality is the weakest, and even descripted by Bradford-Hill as "In some circumstances it would be fair to judge by analogy."(Hill 1965) I placed low weight on this factor in my causation analysis.

CONCLUSION

In conclusion, it is my professional opinion, stated to a medical and scientific degree of certainty, that based on the totality of the evidence, which includes epidemiological, biological, pathological and mechanistic data, ranitidine can cause liver cancer.

## Pancreas Cancer

An estimated 60,430 Americans will develop pancreas cancer in 2021, and approximately half of these cases will be in women.(Siegel et al. 2021) From 2014-2018, the age-adjusted incidence rate of pancreas cancer in the U.S. was 13.1/100,000 individuals/year (https://cancerstatisticscenter.cancer.org/?_ga=2.145528756.1234561705.1642472983-1102910971.1634508005#!/) (accessed 1/17/22). Since pancreas cancer is a relatively rare cancer, cohort studies need to be very large and followed long-term in order for enough cases to accrue to determine risk of pancreas cancer in exposed vs unexposed individuals.

## Ranitidine

Using data from the nationwide Danish Prescription Registry, Adami et al. identified a subcohort of 103,565 new ranitidine users and two "active comparator" cohorts who were newly using other H2 blockers (N=182,497) and protein pump inhibitors (N=807,725) through 2008, to determine associations with pancreatic cancer. All of these 3 cohorts were followed through 2018 for incidence of several cancers including pancreatic cancer.(Adami et al. 2021) The Danish registration system records a unique identification number, sex, date of birth, prescription medications dispensed from outpatient community pharmacies since 1995. Ranitidine cohort members redeemed their first ranitidine prescription between 1996 and 2008, and had no previous prescriptions for nizatidine (which also contains NDMA). For the H2 blocker active comparator group, all adult first-time users of cimetidine or famotidine who redeemed their first prescriptions between 1996 and 2008 were included. Similarly, all adult first-time users of PPIs who redeemed their first PPI prescriptions between 1996 and 2008 were included in the PPI active comparator group. No non-users were included. Non-ranitidine users were censored at the time they crossed over to fill a ranitidine prescription. While 84% of ranitidine was sold by prescription in 1999, by 2012-17, only 20% of ranitidine was sold by prescription. Additional linked data included other gastrointestinal diseases, chronic diseases, and alcohol-related diseases. The database was linked to the Danish cancer registry (nearly complete cancer ascertainment since 1943) to identify new cases of cancer of the pancreas, and to the Danish death register to identify cancer-specific deaths. To reduce bias from indication for using the study medications, the investigators began

238

participant follow-up one year after the first prescription date. The authors used statistical techniques to compute propensity scores for exposure to ranitidine, adjusting for age and date of cohort entry, and estimating covariate distributions in the overall Danish population. They first presented results of analyses limited to individuals who had filled prescriptions of their respective medications during the entire follow-up period. Doing so resulted in a markedly reduced number of ranitidine-using pancreatic cancer cases compared with the entire sample: 83 vs 517. Similarly, there was an unexplained number of non-ranitidine using pancreatic cancer cases left in the analyses: 83 vs 835. Presented here are the hazard ratio results from logistic regression with all cases included. After a median 14 years follow-up, risk of developing pancreatic cancer was increased by 18% in ranitidine users vs other H2 blocker medications (RR 1.18, 95% CI 1.05-1.32). When data were limited to the smaller subset of continuous prescription refills, the risk of pancreatic cancer was not increased in ranitidine users vs other H2 blocker medications (RR 0.81, 95% CI 0.60-1.09). Risk of pancreatic cancer was not increased compared with PPI users. Strengths of the study include: 1) the data were from registries of Denmark, and therefore reflect an entire population; 2) the researchers attempted to avoid bias from medication indication by comparing only to persons who used medications for similar conditions as for ranitidine; 3) linkage to a population cancer registry; 4) attention to likely cross-over from one medication to another by censoring individuals when this occurred. Limitations include: 1) limited number of participants with long-term follow-up to account for the cancer's likely latency period of 20 or more years. This will result in nondifferential misclassification of outcomes, driving the relative risk toward the null value of 1.0; 2) receipt of a prescription does not mean that an individual actually took the medication, or took it as prescribed. This could result in nondifferential misclassification of exposure, driving the relative risk toward the null value of 1.0; 3) the lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity could have biased the relative risks in either a positive or negative direction; 4) dose of medication was not assessed in relation to cancer risk; 5) use of over-the-counter ranitidine and comparison medications was not ascertained. This results in nondifferential misclassification, which biases the relative risks toward the null.6) Selection of users of protein pump inhibitors as comparators is problematic, because those medications are themselves associated with increased risk for esophageal cancer.(McDowell et al. 2021b); 7) presentation as primary results data on a subgroup of study participants which severely reduced the number of cases in all cohorts.

Using a commercial database (IBM Explorys), investigators linked data on prescriptions for ranitidine, famotidine, and omeprazole to diagnoses of cancer including pancreas. (Kim, Wang, et al. 2021) The paper states that the database provides aggregated and deidentified electronic medical records from 73 million patients across the U.S. Data come from billing inquiries, health records, and laboratory systems, and are mapped to standardized coding nomenclature. Each of the 3 cohorts (defined by prescriptions for one of the 3 drugs) was followed for up to 10 years for new diagnoses of cancer. Patients who were prescribed more than one of the 3 medications were excluded. No data on over-the-counter use of any of the medications were included. A total of 909,970 famotidine users, 581,028 ranitidine users, and 2,179,048 omeprazole users were included. During the 10 years' follow-up, 1120 cases were identified in the famotidine group, 320 in the ranitidine group, and 2060 in the omeprazole group. Cancer diagnoses were not confirmed. The authors calculated odds ratios (as estimates of relative risks) for pancreatic cancer associated with use of ranitidine compared to famotidine, and then compared to omeprazole use. Multivariate adjustment was done first controlling for obesity, diabetes, and tobacco use, then for demographic factors (age, sex, race [White vs African American], then for a combination of demographic factors and whichever of obesity, diabetes, and tobacco use was most significant. In the final analyses, compared with famotidine use, the odds ratio for pancreatic cancer was 0.50 (95% CI 0.42-0.59); compared with omeprazole use, the odds ratio for pancreatic cancer was 0.84 (95% CI 0.71-0.99). There were some strengths to this study, and many weaknesses. Strengths included: 1) prescription data; 2) adjustment for some potential confounding variables; 3) inclusion of medical records from across the U.S. (the paper said that the data came from "360" but did not state whether that was hospitals, medical practices, health maintenance organizations, or other entities. However, the IBM       Explorys       site       states       that       the       360       refers       to       hospitals (https://www.ibm.com/downloads/cas/4P0QB9JN) (accessed 10/26/21). Weaknesses included: 1) the method of case confirmation across the Explorys database was not provided. It is not clear if pathology reports were used to determine fact of cancer, site of cancer, and date of diagnosis. The authors state that the annual incidence ratios per 100,000 for pancreas cancer was 7.35, and state that this shows "reasonable consistency" with rates reported in the literature. However, since the annual incidence of pancreatic cancer in the U.S. is 12.9/100,000, the cases of pancreatic cancer may be underreported in this study. Furthermore, since 40% of the study's patients had a diagnosis of diabetes, a risk factor for pancreatic cancer, there should have been a much higher incidence of pancreatic cancer in this database. If cases were diagnosed outside of the hospital/treating institution where the prescription occurred, a diagnosis of cancer could be missed. 2) the Explorys database population grew from

13,776,740 at the start of follow-up to 68,495,130), a large increase, and therefore the maximal 10-year follow-up pertains to only 20% of the cohort; 3) the identification and adjustment of potential confounding factors was incomplete. History of pancreatitis is strongly related to pancreatic cancer, but was not included as a covariate. Since the Explorys database is a comprehensive dataset of medical records, that information should have been available. Data on race, obesity, smoking, and alcohol use are incomplete in hospital medical records (the source of these electronic health records). Missing or underestimated data on covariates can affect the relative risks. 4) The study population does not represent the U.S. population, but rather a population that has high use of medical services. For example, approximately 40% of the cohorts were labelled as having diabetes. In a U.S. representative sample (NHANES), in contrast, only 10% of U.S. adults over age 65 have diabetes, and younger persons have lower rates.(Cheng et al. 2013) 5) The use of over the counter medications was not included. This seriously underestimates the use of these three medications. Individuals who see gastroenterologists for endoscopic procedures for symptoms or diagnostic procedures may be more likely to be prescribed omeprazole than H2 blockers, especially in the years included in this study (2009-2018) as randomized clinical trial data were available that showed omeprazole to be superior to ranitidine for several gastrointestinal conditions. (Gisbert et al. 2001; Salas, Ward, and Caro 2002; Katz, Gerson, and Vela 2013) This supports the likelihood that omeprazole users had more severe conditions than did ranitidine users.

McDowell et al. 2021(McDowell et al. 2021a) published results of a case-control study set within the Primary Care Clinical Informatics Unit Research database in Scotland. Thirteen medications within the highest category of evidence for drug-induced pancreatitis were investigated to determine associations with risk of pancreatic cancer. A total of 1069 cases of pancreatic cancer were diagnosed between 1999 and 2011, and were matched (age, gender, physician, and database) to a total of 4729 controls. Exposures to medications between 1993 and one year prior to diagnosis of the index case were ascertained. Risk of pancreatic cancer was increased 37% in ranitidine users compared with nonusers (OR 1.37, 95% CI 1.1-1.7). Dose-response was estimated by calculating relative risk in two categories of numbers of prescriptions (1-5 vs 6 or more), with no estimate of dose, frequency, or years of use. Higher usage (6 or more prescriptions) did not have higher relative risks than did lower use (1-5 prescriptions) with relative risks of 1.24 and 1.49, respectively.   Strengths were: 1) documented prescriptions for ranitidine, nationally-representative database covering 15% of the Scottish population; 2) high coverage of cancer cases; 3) nine years of exposure coverage. Weaknesses were: 1) the study did not ascertain

241

over-the-counter use of ranitidine, which had been licensed for over-the-counter purchase in the UK in 1995; 2) no information on patient adherence to prescribed medications; 3) insufficient data for dose-response assessment because only numbers of prescriptions were presented rather than dose of medication. Because of the lack of over-the-counter use data, the study likely underestimated ranitidine exposure and likely biased the relative risk to the null. Note that while the study was case-control design, the chance of recall bias is eliminated because medication information was obtained from an independent source.

Iwagami et al reported results of an analysis of data from a Japanese medical data center claims database.(Iwagami et al. 2021) Out of 304,952 individuals, a total of 525 cases of pancreas cancer occurred over a median 2.4 years follow-up. While the authors did not present adjusted relative risks for pancreas cancer, they provided numbers of cases within ranitidine/nizatidine users and within other H2 blocker users. A crude calculation produced a relative risk of 0.95 for pancreas cancer in ranitidine/nizatidine vs. other H2 blockers. Dose-response was not assessed. Strengths of this study were: 1) large medical claims database that represents 3% of the Japanese population; 2) records available for diagnoses and dispensed medications. Weaknesses were: 1) the study combined ranitidine users with nizatidine users. Since nizatidine produces a much lower amount of NDMA compared with ranitidine, by combining the two the study significantly lowered the relative risk toward the null value; 2) adjusted relative risks for pancreas cancer were not presented.

A prospective study of patients in the Northern California Kaiser Permanente identified men and women who were prescribed or dispensed ranitidine (N=922), cimetidine (N=4125), or neither (N= 49,229) between 1982 and 1987, and followed them through 1995 to identify new diagnoses of cancer.(Habel, Levin, and Friedman 2000) Five cases of pancreas cancer occurred. Compared with persons not prescribed either cimetidine or ranitidine, the risk of pancreas cancer was increased by more than double (RR 2.6, 95% CI 1.06-6.38). The strengths of this study were that: 1) The data on ranitidine use was from pharmacy records of a health maintenance organization, and therefore was likely accurate with regard to use at one point in time; 2) Participants who used both ranitidine and cimetidine were excluded, which adds to the underestimate of ranitidine exposure; 3) The participants were members of one health maintenance organization, and therefore had high retention to follow-up; 3) The researchers used two comparison groups—cimetidine users, and users of no H2 drugs, and therefore could control for effect of medical condition; 4) High quality ascertainment and adjudication of cancer cases. There

242

were several weaknesses: 1) Ranitidine/cimetidine exposure was queried only at baseline. Since there was no history of use determined, and no updates during follow-up, the use of these H2 blockers was underestimated. Furthermore, only prescribed ranitidine and other H2 blockers was ascertained; the intake of over-the-counter medications was not determined. These exposure biases will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk; 2) Follow-up was for at most 13 years, so that the amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer; 3) The study reported only on use/nonuse of ranitidine or cimetidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis; 4) Only 5 cases of pancreas cancer occurred.

## Occupational Sources of NDMA

Several occupations have been found to expose workers to large amounts of NDMA and/or its precursor nitrates or nitrites. While some of the NDMA exposure is through inhalation or skin, ingestion occurs as well through contamination of mouth and hands.(Gorman Ng et al. 2012) For example, nitrate fertilizer workers have been shown to have high levels of nitrate in saliva.(Hagmar et al. 1991) One of the strengths of these studies is that exposure levels have been estimated for various occupations within the manufacturing companies, and therefore dose-response relationships have been studied. By studying the associations of varying dose of NDMA on risk for cancer, parallels can be drawn to the role of NDMA in ranitidine in causing cancer.  Another strength to considering occupational exposure to nitrites, nitrates, and NDMA is that the exposures are unlikely to be counteracted by protective vitamins as happens with intake of NDMA in vegetables that can be offset by the vitamin C in vegetables.(Hagmar et al. 1991)

There are some limitations to these studies in general: 1) Almost all of the studies were conducted only in men, and therefore the associations in women are not known; 2) Some studies compared cancer rates to those in the general population rather than to rates in unexposed workers. Therefore, there could be a healthy worker bias which could underestimate the effect of the carcinogen NDMA on cancer risk; 3) Many studies did not have information on potential confounding factors and therefore could not adjust for such factors; 4) Establishing the dose of NDMA exposure in individuals in occupational studies can be difficult. While methods exist for estimating NDMA exposure in particular job categories(Hidajat,

McElvenny, Mueller, et al. 2019), it cannot be proven that an individual had that actual exposure. This type of inaccuracy in exposure can move the relative risk/odds ratio to the null value; 5) Many occupational studies assume that inhalation and dermal exposures are primary. However, there is evidence of significant ingestion of occupational carcinogens.(Gorman Ng et al. 2012) It is very likely, therefore, that occupational exposure to NDMA is relevant to ranitidine NDMA exposure, although establishing a parallel dose between occupation and medication is difficult.

Epidemiologic studies of risk of cancer from NDMA exposure have included manufacturing of rubber, nitrate fertilizers, and other occupations in which nitrates are formed such as cutting fluids in metal workers. The highest NDMA exposure has been reported in rubber manufacturing.(Straif et al. 2000)

Rubber Manufacturing

A cohort of 8933 German men working in the rubber industry was followed for mortality from 1981 to 1991.(Straif et al. 2000) A total of 15 men died from pancreas cancer. Risk of pancreas cancer mortality was not increased in highly exposed men compared to men with low levels of exposure (RR 0.5, 95% CI 0.1-4.4). The strengths of this study were that job classification exposures were well document, and follow-up was accomplished through health and mortality records. Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) job exposures were measured in air, and it is not clear how much individual men inhaled or ingested the NDMA; 3) the study was small (15 pancreas cancer deaths), which reduces the likelihood of detecting a statistically significant result; 4) only men were included in the study.

A cohort of 36,441 British men were followed from 1967 through 2015, by which time 94% had died, and their occupational exposure to rubber dust, rubber fumes, and N-nitrosamines was calculated.(Hidajat, McElvenny, Ritchie, et al. 2019) There were 328 deaths from pancreas cancer. The researchers divided study participants into four equal size groups (quartiles) based on NDMA exposure. Compared with men in the lowest quartile of NDMA exposure, those in the second, third, and fourth quartiles had increasing relative risks of dying of pancreas cancer (RR 1.59, 2.19, and 2.6, respectively). The p-value for trend was 0.07, which supports a dose-response effect. The strengths of this study were that: 1) the cohort was large, and followed until almost all had died. Therefore, a more complete

244

classification of cancer mortality was possible; 2) there were a relatively large number of pancreas cancer deaths compared with most occupational cohort studies. Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) job exposures in occupations were measured in air, and it is not clear how much individual men inhaled or ingested NDMA; 3) only men were included in the study.

Nitrate Fertilizer Manufacturing

A cohort of 2023 male Norwegian nitrate fertilizer workers was followed from 1953 – 1988, and incidence of cancer was compared with national rates.(Fandrem et al. 1993). A 23% increased risk of pancreas cancer in this cohort of exposed workers was found (SIR 1.23, 95% CI .56-2.34). Strengths of this study were that cancers were obtained from linkages to tumor registries and the relatively long follow-up. The main drawback was that the small study produced only 9 cases of pancreas cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

Dietary Nitrite, Nitrate, Nitrosamines

In a hospital-based case-control study of 957 pancreatic cancer patients and 938 controls in Texas, researchers looked at associations between quartile of dietary intake of NDMA and risk of pancreatic cancer.(Zheng et al. 2019) Individuals with the highest levels of NDMA had almost a doubling of risk of pancreatic cancer (OR 1.93, 95% CI 1.42-2.61). There was evidence of a dose-response effect: compared with the lowest quartile, those in the 2nd, 3rd, and 4th quartiles of NDMA intake from plant sources had odds ratios of 1.48, 1.97, and 1.93, and the p value for trend was < 0.0001. Risk of pancreatic cancer was 17% higher for persons in the highest quartile of NDMA from animal sources (OR 1.17, 95% CI 0.89-1.54). Strengths were: 1) large numbers of cases; 2) estimated NDMA levels from foods. Weaknesses included: 1) potential for recall bias, which could bias the relative risk upward; 2) risk of bias if the hospital-based controls were not similar to cases in all but exposure data.

A 2018 report from the Iowa Women's Health Study investigated the association between dietary nitrate and nitrite levels and risk of pancreatic cancer.(Quist et al. 2018) Among 41,836 postmenopausal women who enrolled in the study in 1986 and completed a food frequency questionnaire, 313

developed pancreatic cancer through 2011 after a median 25 years follow-up. Compared with women who were in the lowest quintile (fifth) of dietary nitrate levels, risk for pancreatic cancer was increased in the top quintiles, with hazard ratios for quintiles 2, 3, 4, and 5 of .85, .94, 1.3, and 1.28. Compared with women who were in the lowest quintile (fifth) of dietary nitrite levels from processed meat, risk for pancreatic cancer was increased in the top quintile, with hazard ratios for quintiles 2, 3, 4, and 5 of .98, 1.02, 1.06, and 1.66. Risks for pancreatic cancer were also increased at the top quintiles for animal sources of nitrites and for total dietary nitrite. The p for trend for processed meat source of nitrite was 0.05 supporting a dose-response effect. Strengths of this study included: 1) collection of both water and diet information; 2) long-term follow-up. Weaknesses included: 1) relatively small number of cases which limited power to detect statistically significant associations; 2) NDMA was not assessed.

A meta-analysis of studies published before 2016 on the association between dietary nitrate and nitrite and risk for several cancers included pancreatic cancer.(Xie et al. 2016) Because of inclusion criteria requiring certain published data, only 3 studies of pancreatic cancer were included. Neither dietary nitrate nor nitrite were associated with risk for pancreatic cancer, and dose-response was not assessed for individual cancers. The strength of this study was that it combined relative risks for 3 studies. The weakness was that most of the published studies were not included, and NDMA was not assessed.

In 2011, Aschebrook-Kilfoy et al. published results from a study of dietary nitrate and nitrite intake and pancreas cancer risk in the NIH-AARP study cohort of 492,226 men and women aged 50 and older at entry.(Aschebrook-Kilfoy et al. 2011) Diet was assessed at study entry via a 124-item food frequency questionnaire. The participants also provided information on diet at ages 12-13 years. Total dietary nitrate and nitrite as well as nitrate and nitrite from processed meats were estimated from these data using nutrient databases. A total of 1728 individuals developed pancreas cancer during a follow-up of 10 years. In men, increased intake of nitrates plus nitrates from processed meats increased risk of pancreatic cancer. Compared to men in the lowest quintile of intake, those in the 2nd, 3rd, 4th, and 5th quintiles had 5%, 8%, 18%, and 18% increased risk for pancreatic cancer (p trend = 0.11). Risks were higher with increased intake at ages 12-13; compared to men in the lowest quintile of intake at that age, those in the 2nd, 3rd, 4th, and 5th quintiles had 39%, 25%, 46%, and 32% increased risk for pancreatic cancer (p trend = 0.11).  Elevated risks were not seen in women for intake at either baseline or ages 12-13. Strengths of this study included: 1) Relatively large sample size; 2) 10 years follow-up; 3) Estimate of

dietary nitrite and nitrate at two different age periods. Weaknesses included: 1) Lack of lifetime exposure to nitrates/nitrites which can bias results to the null; 2) no estimate of NDMA exposure.

In a population-based case-control study with 189 cases of pancreatic cancer and 1244 controls from Iowa, researchers found that increasing dietary nitrite from animal sources was associated with increased risk of pancreatic cancer in both men and women.(Coss et al. 2004) Dietary nitrite and nitrate were assessed with a 55-item food frequency questionnaire. In men, those with the highest quartile of nitrite intake from animal sources (>.53 mg/day) had more than double the risk of pancreatic cancer than those in the lowest quartile (<.22 mg/day) (OR 2.3, 95% CI 1.1-5.1). Total food nitrite also increased risk in men: those in the top two quartiles of risk had 50% higher risk of pancreatic cancer compared with those in the lowest quartile. In women, the risk was more than triple for those in the highest (>.26 mg/day vs lowest quartile (<.13 mg/day) (OR 3.2, 95% CI 1.6-6.4). In contrast, dietary nitrate did not increase risk for pancreatic cancer. Risk did not increase with increasing quartile, so rather than dose-response, there was a threshold effect. Strengths were: 1) population-based study with comprehensive study of both diet and water; 2) Adjustment for confounders including vitamin C and smoking; 3) high response rate of cases and controls, which reduces chance of bias. Weaknesses included: 1) relatively small number of cases; 2) lack of lifetime diet data; 3) large number of cases for whom spouses provided data (because of the high morbidity in the cases); 4) potential for recall bias, which could bias the relative risk upward. All of these weaknesses could have introduced bias into the study, resulting in biasing the relative risk to the null (for recall bias, the relative risk may be biased upward); 5) NDMA was not assessed.

In an analysis of data from a cohort study of 27,111 male Finnish smokers, researchers assessed the association between diet including nitrate and nitrites and pancreas cancer risk.(Stolzenberg-Solomon et al. 2002) A total of 163 men developed pancreatic cancer over 12 years' follow-up. Compared with men in the lowest quintile for nitrate intake, those in the 2nd, 3rd, 4th, and 5th quintiles had relative risks of pancreatic cancer of .9, .82, .9, and .79, respectively. Compared with men in the lowest quintile for nitrite intake, those in the 2nd, 3rd, 4th, and 5th quintiles had relative risks of pancreatic cancer of .91, .75, .79, and 1.06, respectively. There was no dose-response effect apparent. Strengths of this study included: 1) focus on a high-risk population (male smokers). Weaknesses included: 1) relatively small number of cases which reduces chance of detecting a statistically significant association; 2) relatively short follow-up; 3) NDMA was not assessed.

247

In an Australian population-based case-control study, dietary nitrosamines, nitrate, and nitrite intake were compared in 104 pancreatic cancer cases and 253 controls.(Baghurst et al. 1991) Dietary intake was obtained from a 179-item food frequency questionnaire. Risk of pancreas cancer increased with increasing intake of nitrosamines, with doubling of risk in those with the highest intake. Compared with the lowest quartile (fourth), those in the 2nd, 3rd, and 4th quartiles of nitrosamine intake had relative risks of 1.26, 1.69, and 2.02 for pancreas cancer. The P for trend was 0.11. The strengths of this study were: 1) Comprehensive dietary variables calculated; 2) Adjustment for multiple potential confounders. Weaknesses include: 1) Potential for recall bias, which could bias the relative risk upward; 2) relatively small number of cases, which reduces the chance of finding a statistically significant relevant risk.

A Canadian case-control study of pancreatic cancer reported on nutritional factors and pancreatic cancer risk in 249 cases and 505 controls.(Howe, Jain, and Miller 1990) Using data from a 200-item diet interview, the investigators found that those in the highest quartile for nitrate intake from foods had a 21% higher risk of developing pancreatic cancer compared with those in the lowest quartile (where the inter-quartile difference in nitrate intake was 31.8 mg). They did not present data on dose-response, and did not observe an association with nitrite intake. Strengths of the study were: 1) a population-based study; 2) large number of dietary items assessed. Weaknesses included: 1) relatively small sample size which reduced the chance of finding statistically significant relationships; 2) diet assessed at only one timepoint, which increases chance of bias toward the null value; 3) NDMA was not assessed; 4) potential for recall bias, which could bias the relative risk upward.

### Water Sources of Nitrate/Nitrite/NDMA

Researchers published data from the Iowa Women's Health Study on municipal water nitrate levels and cancer risk including pancreas.  From a cohort of 21,977 women who were 55– 69 years of age at baseline in 1986 and had used the same water supply more than 10 years (87% ≥20 years); 16,541 of these women were on a municipal supply, and the remainder used a private well.  A total of 69 women developed pancreas cancer. The researchers assessed nitrate exposure from 1955 through 1988 using public databases for municipal water supplies in Iowa (quartile cut points: 0.36, 1.01, and 2.46 mg per liter nitrate-nitrogen). A total of 69 women developed pancreas cancer during the follow-up period. Compared with women in the lowest quartile for nitrate intake, those in the 2nd, 3rd, and 4th quartiles had hazard ratios of 0.79, 0.86,

A 2020 publication detailed a meta-analysis of water sources of nitrate and risk for several cancers including pancreas.(Essien et al. 2020) Four epidemiologic studies were included in the meta-analysis of nitrate and pancreatic cancer risk. Comparing highest versus lowest levels of water nitrate, the relative risk for pancreatic cancer was 1.08 (95% CI 0.94-1.22). Combing all nitrate levels above the lowest level did not show any association with pancreas cancer risk. Strengths of the study were: 1) a meta-analysis can provide a good summary of results from several studies. Weaknesses: 1) the included studies used different cut-points for nitrate levels, and therefore "highest" and "lowest" categories were imprecise; 2) Although several of the studies had collected diet information on individuals, this meta-analysis did not include data on dietary sources of nitrate/nitrite/NDMA. Therefore, there is likely error in classification of individuals' exposure to NDMA and its precursor nitrate/nitrite levels.

In a case-control study in Taiwan, investigators identified all pancreatic cancer deaths in Taiwan from 2000-2006, and matched them to persons who had died from other causes.(Yang, Tsai, and Chiu 2009) Data on nitrate levels in municipalities in 1990 were recorded for the 2412 cases and 2412 matched controls. There was no increased risk of dying of pancreatic cancer (vs other causes) by level of drinking water nitrate. The strengths of this study were: 1) inclusion of all pancreatic cancer deaths in one country. Limitations included: 1) use of mortality as case definition. While pancreatic cancer is a high-mortality cancer and therefore mortality is a reasonable proxy for incidence, deaths for the causes for controls (diabetes, liver cancer, liver disease, myocardial infarction, motor vehicle accidents) may reflect differences in health or lifestyle that led to greater mortality from the underlying disease; 3) the water nitrate levels in 1990 may not have reflected lifetime exposure. Note that while this was a case-control study, ascertainment of exposure was done independently, which eliminates risk of recall bias.

A 2018 report from the Iowa Women's Health Study investigated the association between municipal water nitrate levels and risk of pancreatic cancer.(Quist et al. 2018) Among postmenopausal women who enrolled in the study in 1986 and completed water source questions in 1989, 313 developed pancreatic cancer through 2011 after a median 25 years follow-up. A total of 15,719 cohort participants (189 cases) had data available to analyze municipal water nitrate levels. Compared with women who were in the lowest quintile (fifth) of water nitrate levels, risk for pancreatic cancer was increased in all higher levels, with hazard ratios ranging from 1.16 to 1.56. However, the risk did not increase with increasing quintile of nitrate level. Strengths of this study included: 1) collection of both water and diet

information; 2) long-term exposure data on drinking water nitrate. Weaknesses included: 1) relatively small number of cases which limited power to detect statistically significant associations; 2) large numbers of cohort participants with missing water data or who used only private well water (for which nitrate measures were not available); 3) lack of data on women's water consumption.

In a population-based case-control study  with 189 cases of pancreatic cancer and 1244 controls from Iowa, researchers investigated the associations between lifetime municipal water source nitrate levels and pancreatic cancer risk.(Coss et al. 2004) They found no association between pancreatic cancer risk and increasing quartiles of community water supply nitrate levels. Strengths were: 1) population-based study with comprehensive study of both diet and water; 2) Adjustment for confounders including vitamin C and smoking; 3) high response rate of cases and controls, which reduces chance of bias. Weaknesses included: 1) relatively small number of cases; 2) inability to determine private water nitrate levels; 3) large number of cases for whom spouses provided data (because of the high morbidity in the cases); 4) potential for recall bias, which could bias the relative risk upward. All of these weaknesses could have introduced bias into the study, resulting in biasing the relative risk to the null (except for recall bias which can falsely elevate relative risk).

## Biological Mechanisms Linking NDMA to Pancreas Cancer

In the 2010 review of nitrites, nitrates, and nitrosamines and risk of cancer, IARC stated that nitrosamines increase cancer in rodents for the following cancers: pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid.('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins'  2010) Since that time, scientists have determined that the mechanism through which NDMA causes cancer is through increasing DNA methylation which leads to DNA damage and cancer formation.(Kay et al. 2021)

## Summary of Findings on Pancreas Cancer: Weight of the Evidence/Bradford Hill Analysis

Epidemiological evidence shows that NDMA from ranitidine, diet, water, and occupational exposure is associated with increased risk for pancreas cancer.  Three cohort studies reported on the relationship between ranitidine use and risk of pancreatic cancer.(McDowell et al. 2021a; Habel, Levin, and Friedman 2000; Iwagami et al. 2021) Risk for users vs. nonusers increased in two of these three studies (one found

more than doubling or risk and one found a 37% increased risk for pancreatic cancer.(McDowell et al. 2021a; Habel, Levin, and Friedman 2000) The studies all adjusted for potential confounders, but all likely underestimated amount of ranitidine used because none assessed long-term use. Therefore, the risk of pancreatic cancer with ranitidine use likely exceeds the levels seen in these studies. Dose-response was only addressed in one study, with negative findings. Occupational exposure to NDMA in the rubber manufacturing industry was assessed in three studies and was found to increase risk of pancreatic cancer occurrence or death, ranging to a 2.6 times greater risk of pancreatic cancer occurrence or death.(Hidajat, McElvenny, Ritchie, et al. 2019; Straif et al. 2000; Hours et al. 1994) The one study to address dose-response did show a pattern of increasing risk with greater NDMA exposure.(Hidajat, McElvenny, Ritchie, et al. 2019) One study looked at the effect of working in nitrate fertilizer related jobs, and found that risk for these workers was increased 23% compared with the general population. . One challenge in comparing associations across these job exposures is that in the rubber industry, the amount of NDMA exposure in air has been tested. In the studies of nitrate fertilizer workers, however, there were no NDMA estimates provided.

The studies on dietary sources of NDMA, nitrate, and nitrite showed strong associations between NDMA, nitrates, and nitrites and risk for pancreatic cancer. Only one study estimated NDMA intake from diet data.(Zheng et al. 2019) Nitrates/nitrites from total, animal and processed meat sources showed clear association with pancreatic cancer risk(Zheng et al. 2019; Quist et al. 2018; Aschebrook-Kilfoy et al. 2011; Coss et al. 2004) and several studies showed evidence of dose-response effects.(Zheng et al. 2019; Quist et al. 2018) Studies of total food sources of nitrate and nitrate (which primarily are accounted for by vegetables and fruits) do not show strong associations between nitrate/nitrite amount and pancreatic cancer risk. While some water studies found associations between nitrate and pancreas cancer risk, no water study estimated amount of NDMA that would have been produced from the given amount of water nitrates, however, and no study asked individuals about actual amounts of water drunk from municipal tap water.

This review of the association between NDMA in ranitidine and other sources with pancreatic cancer risk produced several clear findings. Below, they are outlined according to the aspects of causality as described by Bradford Hill.(Hill 1965)  The epidemiologic evidence in total, along with the biological and pathological evidence, fits virtually all of the Bradford Hill aspects for causation, namely: the strength of

the association, consistency across populations, specificity, temporality, biologic gradient (dose-response), plausibility, coherence, experiment, and analogy.

Strength of the association and statistical significance

A review of epidemiologic studies found that risk of pancreatic cancer was increased in ranitidine users compared with nonusers in two of the three studies, with statistically significant risk increases by 37% in one(McDowell et al. 2021a) and by more than double in another(Habel, Levin, and Friedman 2000). One of the two occupational studies showed that individuals highly exposed in the rubber manufacturing industry have risks of pancreas cancer that are more than double the risk in the general population. The one study in nitrate fertilizer workers indicated a 23% increased risk of pancreas cancer.

Nutritional epidemiological studies have shown that with increased intake of NDMA, risk of pancreas cancer increased by almost double in persons with the highest exposure. Furthermore, nutritional studies reviewed showed that increased dietary nitrates or nitrites increase risk of pancreas cancer by at least 20%, up to doubling of risk with high doses.

The presence or absence of "statistical significance" (typically described in this literature as p<0.05 or confidence interval that does not include 1.0) largely reflected the numbers of cases in individual studies. Since pancreas cancer is rare, the cohort studies included fewer cancers than many of the other cancers studied, and similarly the case-control studies were smaller. For example, the study by McDowell et al., with 1069 cases, had a narrow confidence interval that did not include 1.0, and therefore increases the likelihood that the observed relative risk (1.37) was reflective of the real relative risk. In contrast, the other studies on ranitidine use and pancreas cancer risk had between 5 and 525 cases, a number which will provide lower power to detect a statistically significant relationship.

Viewed in the context of the high relative risks seen in several studies across sources of NDMA, diverse study populations, and strong study designs, bias and chance as explanation for the increased risk are unlikely. Further, my confidence in the reliability of the data on magnitude of the risk is enhanced. Therefore, my analysis of these studies strongly supports a causal association and, given the high levels of NDMA produced in ranitidine, these levels of risk present a clinically significant concern for individuals exposed to ranitidine. I placed high weight on this factor in my causation analysis.

Consistency of the association

Across the case-control and cohort studies, and across studies of various NDMA exposure, the association between NDMA and risk of pancreas cancer was highly apparent in more studies than not. As indicated above, the studies included cohort and population-based and hospital-based case-control studies from a diverse geographic area across the U.S., as well as Asia and Europe. Of the 3 ranitidine studies, 2 found elevated relative risks for pancreas cancer in ranitidine users compared with nonusers, and both were statistically significant (e.g., the confidence intervals did not include 1.0). Two of the three occupational exposure studies showed elevated pancreas cancer risk with greater NDMA or precursor nitrate exposure. Several dietary studies showed increased pancreas cancer risk with increased nitrate or nitrite exposure.

The consistency across studies, led by many investigators, using different study designs, with different NDMA sources, and in diverse geographic populations over a period of nearly 35 years weighs heavily as to the consistency and reliability of the data in favor of a causal risk. I placed high weight on this factor in my causation analysis.

Specificity of the association

In cancer causation, one carcinogen can cause several types of cancers. Therefore, the factor of specificity is less relevant in the cancer field. Given that NDMA has been shown to cause cancers of the pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins'  2010) in laboratory animals, and that, as shown in this report, it is associated with increased risks for several different types of cancer, the relevance of this Bradford Hill factor is lower than other factors. I placed low weight on this factor in my causation analysis.

Temporality

The finding of temporality is an important component in the causal analysis and, as such, I place great weight in its applicability to the determination of causality. Since ranitidine (and other H2 blockers) are

used for gastrointestinal tract diseases and symptoms, it is possible that such symptoms could arise due to the cancer and lead to ranitidine use. To guard against this, researchers have compared cases of cancer associated with ranitidine use to that in users of other H2 blockers or other drugs indicated for the same conditions. By comparing against these as well as persons not using any H2 blocker or other similar drug, researchers have reduced chance of temporality bias. In the Habel study,(Habel, Levin, and Friedman 2000) the risk of pancreatic cancer associated with cimetidine use (the most common H2 blocker at the time of the study) was 1.1, whereas the risk associated with ranitidine use was 2.6. This gives to support to ranitidine as being a cancer-causing agent rather than the medical condition for which it is prescribed. I placed high weight on this factor in my causation analysis.

Biologic gradient/ dose-response

Dose-response was directly assessed in one of the epidemiologic studies of ranitidine use and pancreas cancer risk: in the study by McDowell et al using Scottish medical records data, the risk for more than 6 prescriptions was slightly lower than that for 1-6 prescriptions. This suggests a threshold effect, or that number of prescriptions was not an adequate proxy of total exposure, which would require knowing dose, frequency, and duration of use. Dose-response was tested in studies of other sources of NDMA, including occupational exposure, diet, and water. Strong dose-response was seen with NDMA exposure in one rubber manufacturing  study,(Hidajat et al. 2020) but not with increased exposure to nitrates in the fertilizer industry.(Fandrem et al. 1993) A dose response relationship was seen in some of the dietary studies, but the exposure variable varied (i.e. NDMA vs nitrate vs. nitrite). I placed high weight on this factor in my causation analysis.

Plausibility

In my consideration of whether NDMA, or its precursors nitrate or nitrite, from ranitidine or other sources can cause pancreas cancer, I considered the data for biologically plausible mechanisms by which exposure to NDMA could result in pancreatic cancer. In that regard, I assessed data and determined that: 1) NDMA is produced during storage and transport of ranitidine; 2) NDMA is formed in the human body and passes through several body tissues; 3) NDMA has been classified by IARC as a class 2A carcinogen.

254

Availability of NMDA to human tissue provides opportunity for carcinogenesis to occur: 1) NDMA has been shown to form from ranitidine during transport and storage; 2) NDMA is produced after ingestion of nitrates and nitrites in food and water; 3) occupational exposure to NDMA in air can be both inhaled and ingested. Therefore, there are ample opportunities for NDMA to initiate and promote carcinogenesis.

While I have considered the data that do not support the plausibility of NDMA's carcinogenicity, otherwise overwhelming and reliable evidence indicates that there are biologically plausible mechanisms by which NDMA can induce pancreas carcinogenicity. NDMA can reach the pancreas through the bloodstream, create DNA adducts and DNA methylation, causing DNA damage that leads to genotoxicity and to development of pancreas cancer. While this mechanism of carcinogenicity is not proven, it is highly biologically plausible based on the present scientific information and understanding. I placed high weight on this factor in my causation analysis.

Coherence

The cause-and-effect interpretation of the data on ranitidine and other sources of NDMA and risk of pancreas cancer clearly do not significantly conflict with the known facts about the natural history and biology of the disease. The fact that NDMA (or its precursors nitrite and nitrate) from multiple sources in humans (ranitidine, diet, and occupation) is associated with increased pancreas cancer risk supports this aspect of Bradford Hill analysis for cancer causation. NDMA has been classified by the International Agency for Research on Cancer (IARC) as a class 2A carcinogen. Nitrate and nitrite form NDMA in vivo as well as in condition mimicking the human stomach. Once formed, NDMA can cause DNA adducts, leading to initiation and promotion of cancer. I placed high weight on this factor in my causation analysis.

Experiment

As discussed above, the evidence from randomized controlled trials can provide strong support to observational evidence. However, in the case of NDMA, randomized controlled trials are neither feasible nor ethical. The infeasibility is because pancreatic cancer is a rare disease and typically takes decades to develop to be clinically diagnosable. Therefore, very large studies with decades of follow-up would be needed. In addition, because the effects of ranitidine or NDMA from other sources could be harmful, it

would be unethical to conduct a trial of this type. While there are experimental data supporting causation from cell studies and animal models, given the inability to conduct experimental studies in humans to test effects of ranitidine or NDMA alone on pancreas cancer development, there are no human experimental data. Despite this, data from reliable observational studies as described in this report strongly support causation.  I placed low weight on this factor in my causation analysis.

Analogy

Other medications have been found to affect risk of cancer.(Pottegård, Friis, et al. 2018) However, this aspect of Bradford-Hill causality is the weakest, and even descripted by Bradford-Hill as "In some circumstances it would be fair to judge by analogy."(Hill 1965) I placed low weight on this factor in my causation analysis.

CONCLUSION

In conclusion, it is my professional opinion, stated to a medical and scientific degree of certainty, that based on the totality of the evidence, which includes epidemiological, biological, pathological and mechanistic data, NDMA from ranitidine can cause pancreas cancer.

## Stomach (gastric) Cancer

An estimated 26,560 individuals will develop stomach cancer in the U.S. in 2021.(Siegel et al. 2021) From 2014-2018, the age-adjusted incidence rate of stomach cancer in the U.S. was 6.5/100,000 individuals/year (https://cancerstatisticscenter.cancer.org/?_ga=2.98294431.1635865680.1621919673-325020077.1620767384#!/ ) (accessed 6/6/21) The rates in men are approximately twice as high as those in women. Since 1975, rates of stomach cancer in the U.S. have decreased in both men and women. Because stomach cancer is a relatively rare cancer, cohort studies need to be very large and followed long-term in order for enough cases to accrue to determine risk of stomach cancer in exposed vs unexposed individuals.

Ranitidine, other H2 blockers, and protein pump inhibitors (PPIs) are used for the treatment of many gastro-intestinal disorders, such as ulcers, esophagitis, heartburn, gastro-esophageal reflux disorder (GERD), and other, rarer, conditions. The symptoms for many of these (such as stomach pain, heartburn, nausea) are common early symptoms of stomach cancer. Therefore, a putative association between use of ranitidine, other H2 blockers, or PPIs and risk of stomach cancer could instead reflect the underlying association of stomach cancer with gastrointestinal symptoms. To address this issue, epidemiologists typically do not count use of ranitidine, H2 blockers, or PPIs within 1 to 2 years prior to cancer diagnosis. Alternately, some researchers have chosen to compare ranitidine users to users of other H2 blockers or PPIs. If these other medications also increase the risk of stomach cancer, then the resulting relative risk will be falsely lowered, and will not be reliable. That PPIs are related to risk of stomach cancer has been seen in recent studies.(Seo et al. 2021; Cheung et al. 2018) H2 blockers other than ranitidine could also pose a risk for increased stomach cancer occurrence, if they also produce NDMA, such as nizatidine.

The literature on the epidemiology of ranitidine and risk of stomach cancer is new, with 5 of the 6 studies published in the past two years. These studies, which were prospective cohort studies, followed participants for short periods of time after exposure measurement, as little as 2-4 years, which is insufficient time for cancers to develop in response to carcinogen exposure. There is no way to correct for this sort of bias.

Given the issues on studies of stomach cancer and ranitidine use, the studies on other sources of NDMA such as occupation and diet are critically important for evaluating the relationship between ranitidine and stomach cancer risk.

## Ranitidine

Using data from the nationwide Danish Prescription Registry, Adami et al. identified a subcohort of 103,565 new ranitidine users and two "active comparator" cohorts who were newly using other H2 blockers (N=182,497) and protein pump inhibitors (N=807,725) through 2008, to determine risk of stomach cancer. All of these 3 cohorts were followed through 2018 for incidence of several cancers including stomach cancer.(Adami et al. 2021) The Danish registration system records a unique identification number, sex, date of birth, prescription medications dispensed from outpatient community pharmacies since 1995. Ranitidine cohort members redeemed their first ranitidine prescription between 1996 and 2008, and had no previous prescriptions for nizatidine (which also contains NDMA). For the H2 blocker active comparator group, all adult first-time users of cimetidine or famotidine who redeemed their first prescriptions between 1996 and 2008 were included. Similarly, all adult first-time users of PPIs who redeemed their first PPI prescriptions between 1996 and 2008 were included in the PPI active comparator group. No non-users were included. Non-ranitidine users were censored at the time they crossed over to fill a ranitidine prescription. While 84% of ranitidine was sold by prescription in 1999, by 2012-17, only 20% of ranitidine was sold by prescription. Additional linked data included other gastrointestinal diseases, chronic diseases, and alcohol-related diseases. The database was linked to the Danish cancer registry (nearly complete cancer ascertainment since 1943) to identify new cases of cancer of the stomach, and to the Danish death register to identify cancer-specific deaths. To reduce bias from indication for using the study medications, the investigators began participant follow-up one year after the first prescription date. The authors used statistical techniques to compute propensity scores for exposure to ranitidine, adjusting for age and date of cohort entry, and estimating covariate distributions in the overall Danish population. They first presented results of analyses limited to individuals who had filled prescriptions of their respective medications during the entire follow-up period. Doing so resulted in a markedly reduced number of ranitidine-using stomach cancer cases compared with the entire sample: 75 vs 342. Similarly, there was an unexplained number of non-ranitidine using stomach cancer cases left in the analyses: 54 vs 560. Presented here are the hazard ratio results from logistic regression with all cases included. After a median 14 years follow-up,

258

risk of developing stomach cancer was increased by 15% in ranitidine users vs other H2 blocker medications (RR 1.15, 95% CI 0.99-1.33). Risk of the proximal subtype was increased by 16% (RR 1.16, 95% CI 0.93-1.45). Risk of the distal subtype was not increased in ranitidine users (RR 0.88, 95% CI 0.66-1.16). Risk of the unknown or multiple stomach regions subtype was increased by 28% in ranitidine vs other H2 blocker users (RR 1.28, 95% CI 1.07-1.54). When data were limited to the smaller subset of continuous prescription refills, the risk were as follows. Risk of developing stomach cancer was increased by 13% in ranitidine users vs other H2 blockers (RR 1.13, 95% CI 0.77-1.65) Risk of the proximal subtype was increased by 25% (RR 1.25, 95% CI 0.73-2.13). Risk of distal subtype was not increased (RR 0.32, 95% CI 0.09-1.16). Risk of the unknown or multiple stomach regions subtype was increased 44% with ranitidine use (RR 1.44, 95% CI 0.88-2.38). Risk of stomach cancer was not increased in ranitidine vs PPI users. Strengths of the study include: 1) the data were from registries of Denmark, and therefore reflect an entire population; 2) the researchers attempted to avoid bias from medication indication by comparing only to persons who used medications for similar conditions as for ranitidine; 3) linkage to a population cancer registry; 4) attention to likely cross-over from one medication to another by censoring individuals when this occurred. Limitations include: 1) limited number of participants with long-term follow-up to account for the cancer's likely latency period of 20 or more years. This will result in nondifferential misclassification of outcomes, driving the relative risk toward the null value of 1.0; 2) receipt of a prescription does not mean that an individual actually took the medication, or took it as prescribed. This could result in nondifferential misclassification of exposure, driving the relative risk toward the null value of 1.0; 3) the lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity could have biased the relative risks in either a positive or negative direction; 4) dose of medication was not assessed in relation to cancer risk; 5) use of over-the-counter ranitidine and comparison medications was not ascertained. This results in nondifferential misclassification, which biases the relative risks toward the null.6) Selection of users of protein pump inhibitors as comparators is problematic, because those medications are themselves associated with increased risk for cancer.(McDowell et al. 2021b); 7) presentation as primary results data on a subgroup of study participants which severely reduced the number of cases in all cohorts.

Using a commercial database (IBM Explorys), investigators linked data on prescriptions for ranitidine, famotidine, and omeprazole to diagnoses of cancer including stomach. (Kim, Wang, et al. 2021) The paper states that the database provides aggregated and deidentified electronic medical records from 73

million patients across the U.S. Data come from billing inquiries, health records, and laboratory systems, and are mapped to standardized coding nomenclature. Each of the 3 cohorts (defined by prescriptions for one of the 3 drugs) was followed for up to 10 years for new diagnoses of cancer. Patients who were prescribed more than one of the 3 medications were excluded. No data on over-the-counter use of any of the medications were included. A total of 909,970 famotidine users, 581,028 ranitidine users, and 2,179,048 omeprazole users were included. During the 10 years' follow-up, 670 cases were identified in the famotidine group, 170 in the ranitidine group, and 1160 in the omeprazole group. Cancer diagnoses were not confirmed, nor were subtypes of stomach cancer presented. The authors calculated odds ratios (as estimates of relative risks) for stomach cancer associated with use of ranitidine compared to famotidine, and then compared to omeprazole use. Multivariate adjustment was done first controlling for atrophic gastritis, tobacco use, and obesity, then for demographic factors (age, sex, race [White vs African American], then for a combination of demographic factors and whichever of atrophic gastritis, tobacco use, and obesity was most significant. In the final analyses, compared with famotidine use, the odds ratio for stomach cancer was 0.49 (95% CI 0.40-0.60); compared with omeprazole use, the odds ratio for stomach cancer was 0.93 (95% CI 0.76-0.1.13). There were some strengths to this study, and many weaknesses. Strengths included: 1) prescription data; 2) adjustment for some potential confounding variables; 3) inclusion of medical records from across the U.S. (the paper said that the data came from "360" but did not state whether that was hospitals, medical practices, health maintenance organizations, or other entities. However, the IBM Explorys site states that the 360 refers to hospitals (https://www.ibm.com/downloads/cas/4P0QB9JN) (accessed 10/26/21). Weaknesses included: 1) the method of case confirmation across the Explorys database was not provided. It is not clear if pathology reports were used to determine fact of cancer, site of cancer, and date of diagnosis. The authors state that the annual incidence ratios per 100,000 for stomach cancer was 5.54, and state that this shows "reasonable consistency" with rates reported in the literature. However, since the annual incidence of stomach cancer in the U.S. is 6.5/100,000/year, the cases of stomach cancer may be underreported in this study. If cases were diagnosed outside of the hospital/treating institution where the prescription occurred, a diagnosis of cancer could be missed. 2) the Explorys database population grew from 13,776,740 at the start of follow-up to 68,495,130, a large increase, and therefore the maximal 10-year follow-up pertains to only 20% of the cohort; 3) the identification and adjustment of potential confounding factors was incomplete. Infection with H. pylori is strongly related to stomach cancer, but was not included as covariate. Since the Explorys database is a comprehensive dataset of medical records, that information should have been available. Data on race, obesity, smoking, and alcohol use

are incomplete in hospital medical records (the source of these electronic health records). Missing or underestimated data on covariates can affect the relative risks. 4) The study population does not represent the U.S. population, but rather a population that has high use of medical services. For example, approximately 40% of the cohorts were labelled as having diabetes. In a U.S. representative sample (NHANES), in contrast, only 10% of U.S. adults over age 65 have diabetes, and younger persons have lower rates.(Cheng et al. 2013) 5) The use of over the counter medications was not included. This seriously underestimates the use of these three medications. Individuals who see gastroenterologists for endoscopic procedures for symptoms or diagnostic procedures may be more likely to be prescribed omeprazole than H2 blockers, especially in the years included in this study (2009-2018) as randomized clinical trial data were available that showed omeprazole to be superior to ranitidine for several gastrointestinal conditions. (Gisbert et al. 2001; Salas, Ward, and Caro 2002; Katz, Gerson, and Vela 2013) This supports the likelihood that omeprazole users had more severe conditions than did ranitidine users.

An analysis of a Veteran Administration database of individuals with treated H. pylori infection (a risk factor for stomach cancer) examined the associations between ranitidine use, other H2 blockers use (cimetidine, famotidine, or nizatidine), and proton pump inhibitors and risk for stomach cancer.(Kumar, Goldberg, and Kaplan 2021) Among a cohort of 279,505 men and women who had been prescribed at least 30 days of acid suppressant treatment, and were followed for a mean 4.4 years, a total of 1524 cases of stomach cancer (nonproximal gastric adenocarcinoma) occurred. Compared with PPI use, the relative risk among ranitidine users was 1.09; compared with H2blocker use other than ranitidine, risk among ranitidine users was 0.55. Dose-response was not assessed. Strengths of the study include: 1) large number of stomach cancer cases; 2) focus on a group of persons at elevated risk for stomach cancer. Weaknesses include: 1) By comparing only to PPI or other H2 blockers, the study is comparing ranitidine to other agents that could increase risk for gastric cancer: nizatidine contains NDMA, and PPIs have been associated with increased stomach cancer risk.(Seo et al. 2021; Iwagami et al. 2021); 3) no dose-response analysis, either with years of use or with dose, was provided; 4) the relatively short follow-up time was likely too short a time for cancers to develop, which can bias the relative risk to the null.

Using data from the Korean Health Insurance Service, Kim et al. investigated the association between stomach cancer risk and use of ranitidine.(Kim, Lee, et al. 2021) The investigators identified patients who

were prescribed ranitidine and nizatidine or other H2 blockers for more than 30 days between 2002-2008. The investigators chose to combine ranitidine and nizatidine users together and termed them "ranitidine product users," without an explanation for rationale and without data on proportion of actual ranitidine users in that grouping. All patients were followed until 2013, and those with a diagnosis of stomach cancer were identified. Patients who had been prescribed proton pump inhibitors were excluded due to what the investigators stated as "...potential carcinogenicity in patients with gastric cancer arising from hypergastrinemia, gastric atrophy, and bacterial overgrowth in the stomach." The investigators compared stomach cancer incidence rates in those using ranitidine/nizatidine versus other H2 blockers and versus non-H2 blocker using controls. Out of 40,887 enrolled individuals, a total of 906 developed stomach cancer. The study used propensity score matching according to age, sex, residential area, income, disability, NSAID dose, smoking, and alcohol. After the matching, only 13,629 study subjects remained, although it appears that no cases were discarded. Risk of stomach cancer was not increased in ranitidine users versus controls (nonusers; relative risk 1.01, 95% CI 0.86-1.18)) or users of other H2 blockers (relative risk 0.98, 95% CI 0.84-1.15). Cox regression analysis showed no change in relative risk over time in ranitidine users versus the comparator groups. Strengths of the study include: 1) population-based pharmaceutical data from Korea; 2) relatively large numbers of stomach cancer. Weaknesses included: 1) The major weakness is that this study appears to replicate much of the Yoon et al. study of ranitidine and stomach cancer risk. It uses the same S. Korea database, and has the same endpoint, although Kim et al. compared to both non-users and to all H2 blockers combined; 2) no information was provided on how cancer outcomes were determined, nor any validation studies; 3) only prescription data are included – it is not clear if participants took the medication or if they purchased over-the-counter ranitidine; 4) patients who used omeprazole were excluded. Since many patients are switched from an H2 blocker like ranitidine to omeprazole when symptoms persist, this exclusion will eliminate many exposed patients which will underestimate ranitidine use and bias the relative risk toward the null value; 5) since the study data were from electronic health records, several potential confounding variables were not considered or adjusted for.

In 2020, Liu et al. published results of two studies of ranitidine and stomach cancer risk.(Liu et al. 2020) The first was a nested case-control study within the Scottish Primary Care Clinical Informatics database. A total of 1119 cases (diagnosed 1999-2011) and 5394 controls (matched on age, sex, general practitioners practice) were included. The risks for stomach cancer in ranitidine users vs. non-users was increased by 42% (RR 1.42, 95% CI 1.1-1.85). Dose-response was not assessed for ranitidine alone.  The

262

strengths of the case-control study were: 1) relatively large number of cases; 2) medication data from Scottish general practice databases, which minimizes chance of recall bias since neither cases nor controls were asked to provide medication exposures; 3) adjustment for multiple covariates. Weaknesses included: 1) lack of dose-response data for ranitidine use; 2) lack of data on medication adherence; 3) lack of data on over-the-counter use; 5) lack of data on adherence to medication use. These inaccurate measures on exposure increase the likelihood of biasing the relative risk to the null value. In the second study set, in a cohort of 471,779, only 4 cases of stomach cancer occurred in persons taking any H2 blocker, and therefore no analysis of the effect of ranitidine on stomach cancer was performed. The lack of cases was therefore a major weakness to this second Liu study.

Iwagami et al reported results of an analysis of data from a Japanese medical data center claims database.(Iwagami et al. 2021) Out of 600,321 individuals, a total of 1274 cases of stomach cancer occurred over a median 2.4 years follow-up. The adjusted relative risk for stomach cancer in ranitidine/nizatidine vs. other H2 blockers was 1.09 (95% CI 0.92-1.17). Dose-response was not assessed. Strengths of this study were: 1) large medical claims database that represents 3% of the Japanese population; 2) records available for diagnoses and dispensed medications. Weaknesses were: 1) the study combined ranitidine users with nizatidine users. Since nizatidine produces a much lower amount of NDMA compared with ranitidine, by combining the two, the study significantly lowered the relative risk toward the null value; 2) the short follow-up time was insufficient for cancers to occur, and therefore the estimate of cancers occurring in response to ranitidine is underestimated.

South Korean researchers conducted a cohort study of ranitidine and famotidine users (defined as at least one year of use, cumulative dose of 10,800 mg for ranitidine and 14,400 mg for famotidine, between 2009-11). Patients were identified through   Health Insurance Review and Assessment databases.(Yoon et al. 2021) (Note this study used the same South Korea database as did Kim et al. but ranitidine and other H2 blocker data were collected between 2002-2008).(Kim, Lee, et al. 2021) The researchers selected 40,488 ranitidine users and matched them to 10,122 famotidine users as a comparator group, matched by sex, age, presence of diabetes mellitus, and duration of H2 blocker use. No nonusers of H2 blockers were included. After follow-up through 2018, 556 cases of stomach cancer occurred. The relative risk of stomach cancer for ranitidine users vs. famotidine users was 1.06, 95% CI 0.86- 1.31). The strengths of the study were: 1) it was a very large database of ranitidine users; 2) comparison to another H2 blocker removed the potential confounding effect of medical indication for

263

use of an H2 blocker; 3) linkage to medical datasets for cancer determination. The weakness of the study included: 1) there was a very short time period for ascertainment of ranitidine, and a very short time period between exposure ascertainment and years of diagnosis, leaving insufficient time for cancers to occur; 2) there was no information on whether the H2 blockers are available over-the-counter in South Korea. If they are, the lack of data would underestimate exposure. Furthermore, there are no data on whether or not the patients took the medication as prescribed. All of these sources of error would fall under the category of nondifferential misclassification and would be expected to bias the relative risk toward the null; 3) There were no data on risk by dose or duration of use, and therefore no dose-response relationship was ascertained. Furthermore, it is not clear why the researchers selected only subsets of ranitidine and famotidine users. By doing so, they reduced the number of cases included, thereby reducing power to detect associations.

A prospective study of patients in the Northern California Kaiser Permanente identified men and women who were prescribed or dispensed ranitidine (N=922), cimetidine (N=4125), or neither (N= 49,229) between 1982 and 1987, and followed them through 1995 to identify new diagnoses of cancer.(Habel, Levin, and Friedman 2000) Six cases of esophagus or stomach cancer occurred. Compared with persons not prescribed either cimetidine or ranitidine, the risk of esophagus or stomach cancer was more than doubled (RR 2.42, 95% CI 1.07-5.49). The strengths of this study were that: 1) the data on ranitidine use was from pharmacy records of a health maintenance organization, and therefore was likely accurate with regard to use at one point in time; 2) the participants were members of one health maintenance organization, and therefore had high retention to follow-up; 3) the researchers used two comparison groups—cimetidine users, and users of no H2 drugs, and therefore could control for effect of medical condition; 4) high quality ascertainment and adjudication of cancer cases. There were several weaknesses: 1) ranitidine/cimetidine exposure was queried only at baseline. Since there was no history of use determined, and no updates during follow-up, the use of these H2 blockers was underestimated. Furthermore, only prescribed ranitidine and other H2 blockers was ascertained; the intake of over-the-counter medications was not determined. These exposure biases will cause the relative risk to move toward the null value. That is, the relative risk reported likely underestimates the true relative risk; 2) follow-up was for at most 13 years, so that the amount of follow-up is insufficient to determine effects of a carcinogen exposure on risk for cancer; 3) the study reported only on use/nonuse of ranitidine or cimetidine. No dose information was requested, and duration of use was not ascertained. Therefore, there was no dose-response analysis; 4) data for stomach cancer only were not included. 5) only 6 cases

of esophagus/stomach cancer occurred; 6) participants who used both ranitidine and cimetidine were excluded, which adds to the underestimate of ranitidine exposure.

## Occupational Exposure to NDMA

### Rubber Manufacturing

A cohort of 36,441 British men were followed from 1967 through 2015, by which time 94% had died, and their occupational exposure to rubber dust, rubber fumes, and N-nitrosamines was calculated.(Hidajat, McElvenny, Ritchie, et al. 2019) There were 768 deaths from stomach cancer. The researchers divided study participants into four equal size groups (quartiles) based on NDMA exposure. Compared with men in the lowest quartile of NDMA exposure, those in the second, third, and fourth quartiles had increasing relative risks of dying of stomach cancer (RR 1.32, 1.62, and 1.72, respectively), which supports a dose-response effect. The p-value for trend was less than 0.01. The strengths of this study were that: 1) the cohort was large, and followed until almost all had died. Therefore, a more complete classification of cancer mortality was possible. Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) exposures in occupations were measured in air, and it is not clear how much individual men inhaled or ingested NDMA; 3) only men were included in the study.

A cohort of 8933 German men working in the rubber industry was followed for mortality from 1981 to 1991.(Straif et al. 2000) Risk of stomach cancer mortality was 20% higher in men with the highest exposure to rubber compared to men with low levels of exposure (RR 1.2, 95% CI 0.5-3.2). The strengths of this study were that job classification exposures were well document, and follow-up was accomplished through health and mortality records. Weaknesses were: 1) not all cancers cause death, and therefore using cancer mortality as a proxy for cancer occurrence results in underestimate of cancer cases; 2) exposures were measured in air, and it is not clear how much NDMA individual men inhaled or ingested; 3) the study was relatively small (44 stomach cancer deaths), which reduces the likelihood of detecting a statistically significant result; 4) only men were included in the study.

Nitrate Fertilizer Manufacturing

Several small cohorts of individuals occupationally exposed to nitrate fertilizer have been published. Nitrate is degraded to nitrosamines, the majority of which are NDMA, and therefore these studies are pertinent to the study of NDMA and cancer risk.

A cohort of 1756 Norwegian male nitrate fertilizer workers was followed from 1953 through 1992, and observed numbers of cancers were compared with expected numbers from the local population.(Zandjani et al. 1994) Comparing observed to expected number of cases, a 41 percent higher risk of stomach cancer was seen (standardized incidence ratio [SIR] = 141 (95% confidence interval 93-203). The strength of this study was the relatively long follow-up. The main weakness was that the small study produced only 28 cases of stomach cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

Another cohort of 2023 male Norwegian nitrate fertilizer workers was followed from 1953 – 1988, and incidence of cancer was compared with national rates.(Fandrem et al. 1993). No excess risk of stomach cancer in this cohort was found. Strengths of this study were that cancers were obtained from linkages to tumor registries and the relatively long follow-up. The main drawback was that the small study produced only 15 cases of stomach cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

Swedish investigators followed for up to 22 years a cohort of 2,131 men who had worked in nitrate fertilizer manufacturing, and compared the number of cases of cancer to that in the general population from the same geographic area.(Hagmar et al. 1991) No excess of stomach cancer was seen. Strengths of this study were that cancers were obtained from linkages to tumor registries and the relatively long follow-up. The main drawback was that the small study produced only 5 cases of stomach cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

A British cohort of 1327 male nitrate fertilizer workers who had worked in the production of fertilizers was followed from 1946-1981 to determine cause-specific deaths.(Al-Dabbagh et al. 1986) Risk of stomach cancer mortality was increased by 19 to 36 percent, depending on area of UK used for

comparison. Strengths of this study were that: 1) separate analyses were conducted for men with very high nitrate exposure; 2) nitrate exposure was confirmed through saliva measurement; 3) some women were included; 4) the relatively long follow-up. The main drawbacks were that: 1) the study only looked at mortality, and therefore the impact of exposure on cancer incidence is underestimated; 2) there were only 12 deaths from stomach cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk.

## Dietary NDMA Exposure

A meta-analysis of NDMA, nitrite, and nitrate and risk of stomach cancer included epidemiologic studies published through August 2015.(Song, Wu, and Guan 2015) Included were 11 studies that looked at stomach cancer and NDMA, and 19 studies for each of nitrite and nitrate. These studies represented 742,038 individuals for the NDMA analyses and approximately 650,000 for the nitrite and nitrate analyses.   The meta-analysis showed a 34% increased risk of stomach cancer for those in the highest versus lowest level of NDMA (RR 1.34, 95% CI 1.02-1.76). For those in the highest versus lowest level of nitrite intake, the risk was increased by 31% (RR 1.31, 95% CI 1.13-1.52). For nitrate, the highest versus lowest level of intake showed a reduction in risk (RR 0.80, 95% CI 0.69-0.93). Using the studies for which data were available, the authors conducted a dose-response analysis for each of NDMA, nitrite, and nitrate. For NDMA, an analysis with four studies showed increasing stomach cancer risk with increasing level of NDMD, with a p value <0.001. The authors stated that when daily NDMA intake reached 0.12 micrograms, the harmful effect because more obvious. (Note 0.12 microgram is 120 nanograms, which is lower than the amount of NDMA present in many ranitidine tablets). For nitrite, with five studies, a linear trend toward increasing risk with increasing nitrite level was seen. For nitrate, risk remained lower than 1.0 for all but the highest level of intake. Strengths of the study included: 1) systematic review of the literature to publication year; 2) inclusion of multiple studies in the meta-analysis which increases the power to detect statistically significant associations; 3) assessment of dose-response. Weaknesses included: 1) the included case-control and cohort studies measured diet at one timepoint, which results in errors in estimates of NDMA, nitrite and nitrate. The result is a bias of the relative risk to the null value.

A study within the Netherlands Cohort Study investigated associations between dietary NDMA intake and risk of stomach cancer.(Keszei et al. 2013) A total of 663 cases of stomach cancer developed over a

267

mean 14.3 years follow-up. These were compared with a randomly selected sub-cohort of 4032 participants. Diet was assessed with a 150-item food frequency questionnaire. In men, the risk of stomach cancer per each 0.1 micrograms/day increase (e.g., 100 nanograms/day) in NDMA was associated with a 6% increased risk of noncardia stomach cancer (hazard ratio: 1.06, 95% CI 1.01-1.10). In men, the risk of noncardia stomach cancer increased with increasing tertile of intake of NDMA, with relative risks for tertiles 2 and 3 compared with tertile 1 of 1.09 and 1.31, with a p for trend of 0.09. Relative risks for greater intakes are calculated by multiplying risks. Thus, the relative risk for stomach noncardia cancer per 200 nanograms per day of NDMA intake in men is 1.06 X 1.06 = 1.12. Strengths of this study include: 1) relatively large numbers of cases, which increased power to detect statistically significant associations; 2) presentation of data on dose of NDMA that increases cancer risk; 3) estimation of dose-response effects; 4) adjustment for multiple potential confounders; 5) relatively long follow-up. Weaknesses included: 1) diet assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value.

Loh et al investigated the association between dietary N-nitroso compounds (including NDMA) and risk of several cancers including stomach in a UK cohort of 22,920 men and women.(Loh et al. 2011) Diet was assessed with a 131-item food frequency questionnaire. A total of 64 stomach cancer cases occurred over a mean follow-up of 11.4 years. The risk of stomach cancer was increased by 13% for each standard deviation increase (47 nanograms/day) in level of dietary NDMA (RR 1.13, 95% CI 0.81-1.57). Since the authors used a Cox proportional hazards regression model, in order to estimate the risk associated with greater intakes of NDMA, the risks are multiplied. Thus, the relative risks for 94 nanograms per day of NDMA intake for stomach cancer is 1.28. Strengths of this study include: 1) measurement of NDMA as well as nitrite; 2) data presented on dose that increases cancer risk; 3) available data for multivariate adjustment for confounders. Weaknesses include: 1) small number of cases which reduce power to detect statistically significant results. (The cohort population included persons as young as 40 at study entry, which likely explains the small number of cases after 11 years' follow-up. 2) diet assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value; 3) dose-response not assessed.

Jakszyn reported on an analysis from a large cohort study on risk of stomach cancer associated with NDMA intake.(Jakszyn, Bingham, et al. 2006) The cohort consisted of 521,457 individuals from 10 European countries. Diet was assessed with country-specific food frequency questionnaires. Participants

268

were followed for an average 6.6 years during which 314 cases of gastric cancer occurred. Individuals were classified into three tertiles of NDMA intake. Compared with those in the lowest tertile, those in tertiles 2 and 3 had relative risks for stomach cancer of 0.87 and 0.99. Strengths of the study include: 1) relatively large number of cases; 2) dose-response assessment; 3) adjustment for multiple potential confounders. Weaknesses include: 1) the short follow-up (6 years) is not sufficient for most cancers to develop 2) diet assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value.

A study used data from the Swedish mammography cohort of 61,433 women to examine the association between NDMA intake and risk of stomach cancer.(Larsson, Bergkvist, and Wolk 2006) Diet was ascertained at baseline (1987-90) and follow-up (1997) with food frequency questionnaires (67-item at baseline, 96-item at follow-up). During 18-years follow-up, a total of 156 cases of stomach cancer occurred. The investigators divided women into quintiles of intake of NDMA. Risk of stomach cancer was doubled in those with the highest versus lowest intake of NDMA (relative risk 1.96, 95% CI 1.08-3.58). Compared with the lowest quintile, those in quintiles 2, 3, 4, and 5 had relative risks for stomach cancer of 1.03, 1.66, 1.6, and 1.96. The p for trend was 0.02.  Strengths include: 1) Long-term follow-up; 2) diet assessment at two time points, with averaging of dietary intake from the two. This increases the precision of diet measurement, and reduces chance of bias toward the null; 3) dose-response assessed; 4) adjustment for multiple potential confounders.  Weaknesses include: 1) relatively small sample size which reduces the chance of observing statistically significant results.

In a population-based case-control study in a high-risk area of Italy, Palli et al interviewed 382 cases with stomach cancer and 561 controls to look at associations with NDMA, nitrate, and nitrate intake.(Palli, Russo, and Decarli 2001) Dietary intake was determined with a 181-item food frequency questionnaire. Risk for stomach cancer increased by 10% for those in the top two versus bottom tertile of intake of NDMA. Risk increased by 40% for those in the top two tertiles of nitrite intake (relative risk 1.4, 95% CI 1.0-2.0). These results support a threshold effect. Strengths of the study include: 1) assessment of NDMA as well as nitrite and nitrate; 2) adjustment for multiple potential confounders; 3) study conducted in an area at high risk for stomach cancer. Weaknesses include: 1) diet assessed at one time point only, increasing the likelihood of biasing the relative risk to the null value; 2) case-control studies are at risk of recall bias, where cases and controls remember exposures to different degrees. This can bias the results to increase relative risk (away from null).

In a small Finnish cohort, investigators examined the relationship between NDMA intake in the diet and risk of stomach cancer.(Knekt et al. 1999) Participants underwent a dietary history interview. Separate tests of reproducibility of the diet interview show poor long-term reproducibility (over 4-7 years). All baseline diet data were collected 1966-72 and participants were followed from 1967-1990; therefore, follow-up was 18 – 24 years, during which time 60 cases of stomach cancer had occurred. For NDMA, nitrite, and nitrate intake, risk of stomach cancer was lowest in those with the highest quartile of intake compared with those in the lowest quartile (RR's for top quartile of NDMA, nitrite, and nitrate, respectively, were 0.75, 0.71, and 0.56). There was no evidence of a dose-response effect. Strengths of the study were: 1) assessment of NDMA as well as nitrite and nitrate; 2) assessment of dose-response; 3) identification of cases through the Finnish cancer registry, which has almost 100% complete registration of cancers.(Teppo, Pukkala, and Lehtonen 1994) Weaknesses included: 1) very small number of cases, which lowers the likelihood of observing a statistically significant association; 2) diet ascertained at only one timepoint, which increases error and the likelihood of biasing the relative risk to the null value.

A hospital-based case-control study in Uruguay, an area with high stomach cancer risk, investigated the associations between NDMA, nitrites, and stomach cancer risk.(De Stefani, Boffetta, et al. 1998) Controls were selected from the same hospitals as the cases. Diet was assessed with a food frequency questionnaire interview. Participants were divided into quartiles of NDMA intake. Compared with those in the lowest quartile, those in the 2nd, 3rd, and 4th quartiles had relative risks of 2.07, 3.23, and 3.62, respectively. There was clear evidence of a dose-response effect, with more than tripling of risk in those at the highest intake. The p for trend was < 0.0001. Risk of stomach cancer with increased nitrite intake, however, was decreased (RR 0.53, 95% CI 0.42-0.67). Strengths of the study: 1) relatively large number of cases, which increases likelihood of observing a statistically significant association; 2) study conducted in a country with high stomach cancer risk; 3) dose-response assessed. Weaknesses include: 1) limited items on the food frequency questionnaire; 2) diet assessed at one time point only, increasing the likelihood of biasing the relative risk to the null value; 3) case-control studies are at risk of recall bias, where cases and controls remember exposures to different degrees. This can bias the results to increase relative risk (away from null); 4) the hospital-based case-control design can interfere with relative risk estimation if the controls are very different from cases (other than the exposure under study).

A small hospital-based case-control (92 cases, 128 controls) study in France investigated associations between dietary NDMA, nitrite, and nitrate.(Pobel et al. 1995) Diet was ascertained through a diet history interview. Comparing risk across tertiles of NDMA, those in the 2nd and 3rd tertiles, compared with the lowest tertile, had four and seven times higher risks for stomach cancer (RR 4.13, 95% CI 0.93-18.3 and 7.0, 95% CI 1.85-26.5, respectively. Higher intakes of either nitrite or nitrate, on the other hand, were associated with lower stomach cancer risk. The positive dose-response was also supported by a p for trend of 0.04. Strengths of the study included: 1) measurement of NDMA as well as nitrite and nitrate; 2) dose-response was assessed. Weaknesses were: 1) the small sample size reduces the chance of observing a statistically significant association; 2) diet was assessed at just one time point, which can result in imprecise measurement of diet and regression of the relative risk to the null value; 3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 4) the hospital based case-control design can interfere with relative risk estimation, if the controls are very different from cases (other than the exposure under study).

In an Italian hospital-based case-control study, investigators looked at the association between dietary intake of NDMA and risk for stomach cancer.(La Vecchia et al. 1995) A total of 746 cases of stomach cancer and 2053 controls were included. Diet was assessed with a 29-item food frequency questionnaire. Risk of stomach cancer increased with increasing dietary intake of NDMA. Compared with those who ingested $\leq$.130 µg/day, risk for those with .131-.190   or > .191 increased risk of stomach cancer (RR 1.11 and 1.37, respectively). A dose-response relationship was supported. Strengths included: 1) large sample size, which increases power to detect statistically significant associations; 2) dose-response was assessed; 3) adjustment for multiple potential confounders was done. Weaknesses include: 1) diet was assessed at just one time point, which can result in imprecise measurement of diet and regression of the relative risk to the null value; 3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 3) the hospital based case-control design can interfere with relative risk estimation, if the controls are very different from cases (other than the exposure under study).

A hospital-based case-control study in Spain included 354 cases of stomach cancer and 354 controls matched on age, sex, and residence to investigate associations with dietary NDMA, nitrite, and nitrate.(González et al. 1994) Diet was ascertained via a 77-item diet history questionnaire interview,

271

and intakes of nitrosamines (NDMA), nitrite, and nitrate were calculated. Comparing those in the lowest quartile of intake of NDMA, those with the 2nd, 3rd, and 4th quartiles, respectively, had relative risks of 1.89, 1.79, and 2.09. A dose response relationship was supported by the increasing relative risk especially with a doubling of risk in quartile 4, and the p trend of 0.007. Strengths of the study: 1) NDMA was measured as well as nitrite and nitrate; 2) a relatively large number of cases was included, which increases the chance of finding a statistically significant association. Weaknesses: 1) diet was assessed at just one time point, which can result in imprecise measurement of diet and regression of the relative risk to the null value; 3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 3) the hospital based case-control design can interfere with relative risk estimation, if the controls are very different from cases (other than the exposure under study).

In a case-control study set within a cohort study of Japanese men in Hawaii to study associations between stomach cancer and NDMA, nitrite, and nitrate intake, all men enrolled in the cohort completed a 24-hour dietary recall interview between 1965-68.(Chyou et al. 1990) The 24 hour dietary recall is a more complete accounting of dietary intake, but is expensive to code for nutrition content. Therefore, the investigators in this study selected all men who developed stomach cancer (111) and a random sample of 391 men without cancer in follow-up to 1983. The average intake of NDMA in cases was 0.8 micrograms, compared with an average of 0.6 micrograms in controls (p = 0.1). The average intake of nitrite in cases and control was identical at 2.1 mg. Finally, the average intake of nitrate in cases was 78.2 mg, and in controls was 86.7 mg (p = .36). Strengths of the study included: 1) relatively long follow-up period, allowing time for cases to occur; 2) focus on a population at high risk for stomach cancer (men of Japanese descent); 3) use of a 24-hour diet recall interview, which improves precision of dietary intake albeit for just one 24-hour period; 4) since the diet interview occurred prior to development of stomach cancer, the risk of recall bias is eliminated. Weaknesses include: 1) relatively small sample size, which decreases the chance of observing statistically significant effects; 2) the study did not present odds ratios for NDMA, nitrite, or nitrate; 3) diet was assessed at only one point in time, which increases the chance of bias toward the null.

A Canadian population-based case-control study including 246 cases of stomach cancer and 246 controls assessed dietary nitrite, nitrate, and NDMA intake with a food frequency questionnaire. The investigators found that for each 1 mg per day increase in intake of nitrite, risk for stomach cancer more

than doubled (relative risk 2.61, 95% CI 1.61-4.22, p < p.0001).(Risch et al. 1985) The relative risks for increasing intake of NDMA and for nitrate were both less than 1.0, indicating no increased risk. The strengths of this study were: 1) multiple analyses of associations between nitrite, nitrate, NDMA and stomach cancer accounting for various other dietary factors were conducted; 2) dose-response was assessed, and reported as change in risk with increasing intake of nitrite, nitrate, or NDMA. Weaknesses included: 1) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 2) the relatively small number of cases and controls reduces the chance of observing statistically significant associations; 3) diet was assessed at one time point only, which increases the chance of biasing relative risk toward the null.

## Dietary Nitrite and Nitrate

A meta-analysis published in 2019 included 19 and 17 epidemiologic studies of nitrite and nitrate, respectively, and risk of stomach cancer.(Zhang et al. 2019) Studies were those published through November 2018. The meta-analysis showed that comparing "high" versus "low" intake of dietary nitrite, risk of stomach cancer was increased by 27% (RR 1.27, 95% CI 1.03-1.55). Risk of "moderate" versus "low" intake was increased by 12% (RR 1.12, 95% CI 1.01-1.25). This supports a dose-response association given that the risk was higher with high than moderate nitrite intake. In contrast, risk of stomach cancer was lower with both high (RR 0.81, 95% CI 0.68-0.97) and moderate (RR 0.86, 95% CI 0.76-0.99) intake of nitrate.  Strengths of the study included: 1) systematic review of the literature to publication year; 2) inclusion of multiple studies in the meta-analysis which increases the power to detect statistically significant associations; 3) assessment of dose-response. Weaknesses included: 1) NDMA was not addressed; 2) the included case-control and cohort studies measured diet at one timepoint, which results in errors in estimates of nitrite and nitrate. The result is a bias of the relative risk to the null value.

In another meta-analysis of epidemiologic studies published through April 2016, Xie et al examined the associations between nitrate, nitrite, and risk of cancer including stomach.(Xie et al. 2016) A total of 19 studies of nitrite and stomach cancer, and 15 studies of nitrate and cancer were included in the meta-analysis. Comparing highest versus lowest intake of nitrite across studies, the risk of stomach cancer was increased by 20% (RR 1.2, 95% CI 0.99-1.46). Risk was higher case-control studies and in studies based in

the U.S. and Europe. Risk was higher for gastric non-cardia adenocarcinoma than for gastric cardia adenocarcinoma. For nitrate, risk of stomach cancer in highest versus lowest intake, the relative risk was 0.78 (95% CI 0.67-0.91). Dose-response effects were not addressed for either nitrite or nitrate. Strengths of the study included: 1) systematic review of the literature to publication year; 2) inclusion of multiple studies in the meta-analysis which increases the power to detect statistically significant associations; 3) assessment of risk within subgroups of study type, geographic area, type of stomach cancer, and other cancer risk factors. Weaknesses included: 1) lack of dose-response assessment; 2) NDMA was not addressed; 3) the included case-control and cohort studies measured diet at one timepoint, which results in errors in estimates of nitrite and nitrate. The result is a bias of the relative risk to the null value.

A population-based case-control study of stomach cancer and dietary nitrite and nitrate in Mexico was published in 2009.(Hernández-Ramírez et al. 2009) Diet was assessed with a 127-item food frequency questionnaire. Total nitrite intake was associated with increased risk for stomach cancer. Compared with those who ate less than 1 mg/day of nitrite in food, those who ingested 1-1.2 and > 1.2 mg/day had 7% and 52% increased risk for stomach cancer, respectively. The p for trend was 0.05. This association was mirrored for nitrite form animal sources, but not for nitrite from fruits and vegetables. Total nitrate was not associated with increased stomach cancer risk, but risk increased with increasing animal sources of nitrate. Compared with those with intake $\leq$ 1.7 mg/day, those with 1.7-3.9 and > 3.8 mg/day had 28% and 92% increased risk for stomach cancer. The p for trend was 0.004. Strengths of this study included: 1) Investigation of nitrite and nitrate from total, animal, and fruits/vegetable sources; 2) Assessment of dose-response. Weaknesses include: 1) Case-control studies may have differential recall of exposure in cases vs. controls, which can bias the relative risk upward; 2) diet was assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value; 3) NDMA was not assessed.

A population-based study in Nebraska looked at associations between dietary nitrite and nitrate intake and risk of stomach cancer.(Ward et al. 2008) Diet was assessed with a standard form, supplemented with foods high in nitrite or nitrate. The investigators combined estimates of nitrite and nitrate from animal sources, and found that compared with those in the lowest quartile for the combined nitrite + nitrate variable, those in the 2nd, 3rd, or 4th quartiles had a 60-80% increased risk for stomach cancer (p trend = 0.35). Similarly, dietary nitrate from plant sources was increased in those in quartiles 2, 3, or 4

compared with those in the lowest quartile, with evidence of dose-response. Dietary nitrite from plant sources was not associated with risk. Strengths of the study include: 1) Focus specifically on nitrite and nitrate in relation to cancer risk (the study also assessed water sources of nitrate). Weaknesses include: 1) small number of cases, which reduces the chance of observing a statistically significant association; 2) diet was assessed at just one time point, which can result in imprecise measurement of nitrite and nitrate and regression of the relative risk to the null value; 3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 4) NDMA was not assessed.

A hospital-based case-control study in Korea, a country with a high incidence of stomach cancer, investigated the association between nitrate intake and stomach cancer.(Kim et al. 2007) Included were 136 cases of stomach cancer and 136 controls matched on age and sex. Controls were selected from the same hospital clinics as cases, and underwent gastrofiberoscopy to ensure that the controls did not have stomach cancer or precancerous lesions. Diet was assessed via a 109-food item food frequency questionnaire. Risk of stomach cancer was 13% higher in medium or high nitrate intake categories versus the lowest. Therefore, there was suggestion of a threshold effect rather than a dose-response effect. Strengths of the study: 1) Study conducted in a country with high incidence of the disease; 2) dose-response addressed; 3) multiple confounding factors adjusted. Weaknesses: 1) Relatively small sample size which lowers the chance of detecting a statistically significant association; 2) NDMA was not assessed; 3) case-control studies have risk of recall bias, where cases remember diet differently than do controls.

In a population-based case-control study in Connecticut, New Jersey, and western Washington state, investigators looked at associations between dietary nitrite intake and risk of stomach cancer (separately for cardia and non-cardia).(Mayne et al. 2001) Diet was assessed with a 104-item food frequency questionnaire. There was little association between high versus low intake of nitrite for cardia stomach cancer (RR 1.05, 95% CI 0.79-1.4). However, for noncardia stomach cancer, the risk for those in the highest versus lowest quartile of intake was increased 65% (RR 1.65, 95% CI 1.26-2.15). Strengths of the study were: 1) relatively large sample size, which allowed for analysis by cancer site (cardia versus noncardia), and reduced chance of non-statistically significant relative risks; 2) adjustment for multiple potential confounders. Weaknesses include: 1) diet assessed at one time point only, increasing the likelihood of biasing the relative risk to the null value; 2) case-control studies are at risk of recall bias,

where cases and controls remember exposures to different degrees. This can bias the results to increase relative risk (away from null); 3) NDMA was not assessed.

A population-based case-control study was conducted in Sweden, to investigate nutrients and stomach cancer risk.(Hansson et al. 1994) A total of 338 cases and 679 controls were interviewed on consumption of selected nutrients in adolescence and 20 years prior to interview. Comparing those in the highest versus lowest quartile of intake of nitrate 20 years prior to interview, the relative risk of developing stomach cancer was 0.55 (95% CI 0.38-0.80). Comparing those in the highest versus lowest quartile of intake of nitrite 20 years prior to interview, the relative risk of developing stomach cancer was 1.22 (95% CI 0.82-1.81). No data on dose-response for nitrites was presented. Risk did not increase with increasing quartile of intake of nitrates. Strengths of the study: 1) a relatively large number of cases was included, which increases the chance of finding a statistically significant association; 2) diet was assessed for two time points (adulthood and adolescence). Weaknesses: 1) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 2) Data were not presented for nitrite across dose of intake; 3) NDMA was not assessed.

In a hospital-based case-control study in Germany, investigators interviewed 143 stomach cancer cases and 579 controls about dietary intake of nitrate using a 74-item questionnaire.(Boeing et al. 1991) Dividing cases and controls into 5 equal groups (quintiles) according to nitrate intake from food, risk of stomach cancer was increased only in the highest quintile (RR 1.26, 95% CI 0.59-2.7). The test for trend was 0.01, but other than the RR of 1.26 for those in the highest nitrate intake quintile, there was no evidence of a dose-response effect.  Weaknesses included: 1) diet was assessed at just one time point, which can result in imprecise measurement of diet and regression of the relative risk to the null value; 2) NDMA was not assessed;  3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 4) the hospital based case-control design can interfere with relative risk estimation, if the controls are very different from cases (other than the exposure under study); the number of cases was relatively low, which lowers the chance of observing a statistically significant association.

A population-based case-control study in Italy evaluated dietary nitrite and risk of stomach cancer.(Buiatti et al. 1990) Included were 1016 individuals with stomach cancer and 1159 controls

chosen randomly from the population. Diet was assessed with a 146-item food frequency questionnaire. Risk of stomach cancer increased with increasing quintile of nitrite intake. Compared with those in the bottom quintile, those in the 2nd, third, fourth, and fifth quintile of intake had relative risks for stomach cancer of 1.0, 1.2, 1.4, and 1.9, respectively (Chi square 14.7, interpreted as significant by authors). These results persisted regardless of average protein intake. A dose-response trend was clearly evident. Strengths of the study include: 1) relatively large numbers of cases and controls, which improve power to detect statistically significant results; 2) multiple variables were adjusted for. Weaknesses were: 1) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 2) Data were not presented for NDMA.

Water Nitrate/Nitrite/NDMA Exposure

A population-based study in Nebraska looked at associations between water nitrate content and risk of stomach cancer.(Ward et al. 2008) Nitrate content of water was determined for residential water source histories. For those with private well water, the investigators measured nitrate in well water samples. Among those who primarily used public water supplies, the risk for stomach cancer in those in the highest quartile of nitrate intake had a 20% increased risk of stomach cancer (relative risk 1.2, 95% CI 0.5-2.7). There was no evidence of a dose-response trend. Number of years exposed to high nitrate water content was not associated with stomach cancer risk. Nitrate content in private wells was related to stomach cancer risk. Compared with nitrate levels < 0.5 mg/L, those whose well water had nitrate levels between 0.5 and 4.5 mg/L had a relative risk for stomach cancer of 4.7 (95% CI 0.5-41). Compared with nitrate levels < 0.5 mg/L, those whose well water had nitrate levels > 4.5 mg/L had a relative risk for stomach cancer of 5.1 (95% CI 0.5-52). The results for well water were based on a total of only 12 cases, however. Strengths of the study include: 1) assessment of nitrate exposure from both public sources and well water. Weaknesses include: 1) small number of cases, which reduces the chance of observing a statistically significant association; 2) water source was assessed at just one time point, which can result in imprecise measurement of nitrate and regression of the relative risk to the null value; 3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null).

A study within the Netherlands Cohort Study investigated associations between water intake and risk of stomach cancer.(van Loon et al. 1998) A total of 282 cases of stomach cancer developed over 6.3 years follow-up. These were compared with a randomly selected sub-cohort of 3500 participants. Nitrate from water intake was assessed with data on local pumping stations and questions on personal intake of water. Comparing highest versus lowest quintile of water nitrate intake, the risk of stomach cancer was not increased (relative risk: 0.88, 95% CI 0.59-1.32). There was no dose-response effect evident. Strengths of this study include: 1) ascertainment of both nitrate content of neighborhood water supplies and personal data on water intake; 2) estimation of dose-response effects; 3) adjustment for multiple potential confounders; 4) relatively long follow-up. Weaknesses included: 1) water intake assessed at only one timepoint, which reduces accuracy of diet variables and biases the relative risk toward the null value.

In a case-control mortality study in Taiwan, investigators looked at the association between death from stomach cancer versus other causes of death, in relation to water nitrate levels of place of residence.(Yang et al. 1997) Risk of stomach cancer varied little by level of water nitrate level, and there was no evidence of dose-response. Strengths of the study: 1) large number of cases and controls. Weaknesses: 1) including only cases that resulted in death may skew results if those who died differed greatly than those who didn't; 2) using deceased controls could bias results if the water content or municipality was related to other causes of death; 3) no personal data were collected – this was a vital records only study – and there could have been confounding variables that were not taken into account; 4) only municipality at time of death was assessed for water nitrate level, which could bias the relative risk toward the null value.

In a case-control mortality study in Wisconsin, investigators looked at the association between death from stomach cancer versus other causes of death, in relation to water nitrate levels of place of residence.(Rademacher, Young, and Kanarek 1992) Risk of stomach cancer was increased by 50% (relative risk 1.5, 95% CI .12-18.25) in those whose municipal water nitrate level was > 10 mg/L. and there was no evidence of dose-response. Private well water was not associated with risk compared with public water sources. Strengths of the study: 1) large number of cases and controls. Weaknesses: 1) including only cases that resulted in death may skew results if those who died differed greatly than those who didn't; 2) using deceased controls could bias results if the water content or municipality was related to other causes of death; 3) no personal data were collected – this was a vital records only study

– and there could have been confounding variables that were not taken into account; 4) only municipality at time of death was assessed for water nitrate level, which could bias the relative risk toward the null value.

In a hospital-based case-control study in Germany, investigators included 143 stomach cancer cases and 579 controls.(Boeing et al. 1991) Water nitrate intake was determined from source (well vs public). In those with only well water as source of drinking water, risk of stomach cancer was increased by more than double (RR 2.26, 95% CI 1.19-4.28). Strengths of the study: 1) examined both diet and water sources of nitrate. Weaknesses included: 1) water sources was assessed at just one time point, which can result in imprecise measurement of nitrate and regression of the relative risk to the null value; 3) the case-control design can have response bias, in which cases respond differently to questions than do controls, which can bias the relative risk upward (away from null); 3) the hospital based case-control design can interfere with relative risk estimation, if the controls are very different from cases (other than the exposure under study); the number of cases was relatively low, which lowers the chance of observing a statistically significant association.

## Biological Mechanisms Linking NDMA to Stomach Cancer

In the 2010 review of nitrites, nitrates, and nitrosamines and risk of cancer, IARC stated that nitrosamines increase cancer in rodents for the following cancers: pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid.('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) Since that time, scientists have determined that the mechanism through which NDMA causes cancer is through increasing DNA methylation which leads to DNA damage and cancer formation.(Kay et al. 2021) (See also section on Plausibility/Biological Mechanisms above).

## Summary of Findings on Stomach Cancer: Weight of the Evidence/Bradford Hill Analysis

This review of the association between ranitidine and NDMA in other sources produced several clear findings. Below, they are outlined according to the aspects of causality as described by Bradford Hill.(Hill 1965)  The epidemiologic evidence in total, along with the biological and pathological evidence, fits

virtually all of the Bradford Hill aspects for causation, namely: the strength of the association, consistency across populations, specificity, temporality, biologic gradient (dose-response), plausibility, coherence, experiment, and analogy.

Strength of the association and statistical significance

A total of 8 studies looked at associations between ranitidine use and risk of stomach cancer. (REFs) Three of the studies were based in Asia (one in Japan and two in South Korea). (Kim, Lee, et al. 2021)While these studies had larger numbers of cases because these countries have the highest rates of stomach cancer in the world, the applicability of findings to non-Asian populations is not clear. Of the 8 studies, 6 found that risk of stomach cancer is higher in ranitidine users compared with nonusers, ranging from 6% (relative risk 1.06) to more than doubling (relative risk 2.42) Several of the lower relative risks were seen in studies that compared ranitidine use with use of other gastrointestinal drugs that have been related to stomach cancer risk, or that may contain NDMA. Occupational studies show that individuals exposed to rubber manufacturing have risks of stomach cancer that are 20% to 60% greater than in the general population. Studies in nitrate fertilizer workers show elevated risk in 2 of 4 studies.

There have been numerous cohort and case-control studies of NDMA, nitrite, and nitrate intake in diet and risk of stomach cancer. Eleven studies assessed NDMA levels in diet; of these, 9 found that increased NDMA intake was associated with increased stomach cancer risk. Increases ranged up to 360% (more than tripling of risk with the highest levels of intake). In the one meta-analysis that combined data from multiple studies, risk of stomach cancer was 34% higher in those with the highest intake of NDMA compared to those with the lowest intake.

Nutritional epidemiological studies have shown that with increased intake of nitrites, a precursor of NDMA, risk of stomach cancer increases. The three meta-analyses that combined multiple studies up to 2019 found that overall, those with the highest versus lowest intake of dietary nitrites had a 20-31% increased risk for stomach cancer. The individual studies showed elevated risk up to 90% increased risk (almost doubling of risk) in those who had the highest versus lowest intake of nitrite.

Increased nitrate levels in diet in general did not increase risk for stomach cancer. In contrast, increased nitrate levels in drinking water were associated with increased stomach cancer in 3 of 5 studies.

The presence or absence of "statistical significance" (typically described in this literature as p<0.05 or confidence interval that does not include 1.0) largely reflected the numbers of cases in individual studies.

Viewed in the context of the high consistency of the study results across time, source of NDMA, diverse study populations, and strong study designs, bias and chance as explanation for the increased risk are unlikely. Further, my confidence in the reliability of the data on magnitude of the risk is enhanced. Therefore, my analysis of these studies strongly supports a causal association and, given the high levels of NDMA produced in ranitidine, these levels of risk present a clinically significant concern for individuals exposed to ranitidine. I placed high weight on this factor in my causation analysis.

Consistency of the association

Across the case-control and cohort studies, and across studies of various NDMA exposure, the association between NDMA and risk of stomach cancer was highly consistent. As indicated above, the studies included population-based and hospital-based studies from a diverse geographic area across the U.S., as well as Asia and Europe. Of the 8 ranitidine studies, 6 showed relative risks greater than 1.0 for stomach cancer in ranitidine users compared with nonusers. The confidence intervals for several included 1.0, which likely represents the relatively low number of cases in each study. Furthermore, the varied magnitude of elevated risk across the studies could reflect the fact that several of the studies chose comparator drugs that either were associated with increased stomach cancer risk, or that have been shown to contain or produce NDMA. These latter two biases can strongly bias the relative risk to the null.

Both of the occupational studies on rubber workers showed elevated stomach cancer risk with greater NDMA exposure. Nine of eleven studies found elevated risk of stomach cancer in those with highest versus lowest intake of NDMA. Seven of nine studies found elevated risk of stomach cancer in those with the highest versus lowest intake of dietary nitrites. Three of the five studies on water nitrate level showed increased risk for stomach cancer with increase nitrate level.

281

The consistency across studies, led by many investigators, using different study designs, and in diverse geographic populations over a period of nearly 35 years weighs heavily as to the consistency and reliability of the data in favor of a causal risk. I placed high weight on this factor in my causation analysis.

### Specificity of the association

In cancer causation, one carcinogen can cause several types of cancers. Therefore, the factor of specificity is less relevant in the cancer field. Given that NDMA has been shown to cause cancers of the pancreas, liver, esophagus, nasal and oral mucosa, kidney, bladder, lung, and thyroid ('IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins' 2010) in laboratory animals, and that, as shown in this report, it is associated with increased risks for several different types of cancer, the relevance of this Bradford Hill factor is lower than other factors. I placed low weight on this factor in my causation analysis.

### Temporality

The finding of temporality is an important component in the causal analysis and, as such, I place great weight in its applicability to the determination of causality. Since ranitidine (and other H2 blockers and PPIs) are used for gastrointestinal tract diseases and symptoms, it is possible that such symptoms could arise due to the cancer and lead to ranitidine use. To guard against this, researchers have compared cases of stomach cancer associated with ranitidine use to that in users of other H2 blockers or other drugs indicated for the same conditions (such as PPIs). By comparing against these as well as persons not using any H2 blocker or other similar drug, researchers have reduced chance of temporality bias. However, several other studies have shown that PPI's are associated with risk of stomach cancer, and the H2 blocker nizatidine contains NDMA. Therefore, the studies that used PPIs or nizatidine as comparators may have introduced bias, and therefore their results may not be reliable. I placed high weight on this factor in my causation analysis.

### Biologic gradient/ dose-response

282

Dose-response was not directly assessed in the epidemiologic studies of ranitidine use and stomach cancer risk. Dose-response was tested in studies of other sources of NDMA, including occupational exposure, diet, and water. Dose-response was seen with NDMA exposure in rubber manufacturing but only in one of the nitrate fertilizer studies. The meta-analyses provide the best data on dose-response, because by combining data from a number of studies, the power to observe changes in relative risk with changes in dose of NDMA is increased. The meta-analysis by Song et al found statistically significant dose-response effects of both NDMA and nitrites on risk of stomach cancer.(Song, Wu, and Guan 2015) The meta-analysis by Zhang also addressed dose-response for nitrite intake, and found that high intake increased risk to a greater degree than moderate intake (27% versus 12%).(Zhang et al. 2019) I placed high weight on this factor in my causation analysis.

Plausibility

In my consideration of whether NDMA from ranitidine or other sources can cause stomach cancer, I considered the data for biologically plausible mechanisms by which exposure to NDMA could result in stomach cancer. In that regard, I assessed data and determined that: 1) NDMA is produced during storage and transport of ranitidine; 2) NDMA is formed in the human body and passes through several body tissues; 3) NDMA has been classified by IARC as a class 2A carcinogen.

Availability of NMDA to human tissue provides opportunity for carcinogenesis to occur: 1) NDMA has been shown to form from NDMA during transport and storage; 2) NDMA is produced after ingestion of nitrates and nitrites in food and water; 3) occupational exposure to NDMA in air can be both inhaled and ingested. Therefore, there are ample opportunities for NDMA to initiate and promote carcinogenesis.

While I have considered the data that do not support the plausibility of NDMA's carcinogenicity, otherwise overwhelming and reliable evidence indicates that there are biologically plausible mechanisms by which NDMA can induce stomach carcinogenicity. NDMA can reach the stomach early after ingestion, create DNA adducts and DNA methylation, causing DNA damage that leads to genotoxicity and to development of stomach cancer. While this mechanism of carcinogenicity is not proven, it is highly biologically plausible based on the present scientific information and understanding. I placed high weight on this factor in my causation analysis.

Coherence

The cause-and-effect interpretation of the data on ranitidine and other sources of NDMA and risk of stomach cancer clearly do not significantly conflict with the known facts about the natural history and biology of the disease. Since NDMA moves through the gastrointestinal tract, it makes biological sense that stomach would be one site to have an increased risk for cancer development. The fact that NDMA from multiple sources in humans (ranitidine, diet, water, and occupation) is associated with increased stomach cancer risk supports this aspect of Bradford Hill analysis for cancer causation. I placed high weight on this factor in my causation analysis.

Experiment

As discussed above, the evidence from randomized controlled trials can provide strong support to observational evidence. However, in the case of NDMA, randomized controlled trials are neither feasible nor ethical. This is because stomach cancer is a rare disease and typically takes decades to develop to be clinically diagnosable. In addition, because the effects of ranitidine or NDMA from other sources could be harmful, it would be unethical to conduct a trial of this type. While there are experimental data supporting causation from cell studies and animal models, given the inability to conduct experimental studies in humans to test effects of ranitidine or NDMA alone on stomach cancer development, there are no human experimental data. Despite this, data from reliable observational studies as described in this report strongly support causation.  I placed low weight on this factor in my causation analysis.

Analogy

Other medications have been found to affect risk of cancer.(Pottegård, Friis, et al. 2018) However, this aspect of Bradford-Hill causality is the weakest, and even described by Bradford-Hill as "In some circumstances it would be fair to judge by analogy."(Hill 1965) I placed low weight on this factor in my causation analysis.

CONCLUSION

In conclusion, it is my professional opinion, stated to a medical and scientific degree of certainty, that based on the totality of the evidence, which includes epidemiological, biological, pathological and mechanistic data, ranitidine can cause stomach cancer.

## Ranitidine Dose Level that Can Cause Cancer

My causal analyses above included information about ranitidine "dose," primarily in terms of dose-response relationships. Many studies did not include information about specific pill doses or doses per day used. However, there is some information that is informative, and is summarized below. In addition, several of the studies of NDMA from other sources (occupational, diet) provided estimates of NDMA amounts associated with cancer risk. These are summarized below as well.

Several epidemiologic studies measured the association between amount of ranitidine use and risk for various cancers (Table 5). The method for measuring amount varied among studies. Methods of classifying "dose" of ranitidine included: milligrams of ranitidine per pill, number of pills per day, and duration of use. Typical doses of ranitidine varied by indication for the medication (e.g. acute and maintenance therapies for gastric ulcer acute healing, esophagitis, gastroesophageal reflux disease, and others).

Some studies used the World Health Organization's Defined Daily Dose (DDD) to measure amount of ranitidine exposure. The defined daily dose (DDD) is the assumed average maintenance dose per day for a drug used for its main indication in adults, as assigned by the World Health Organization (https://www.who.int/tools/atc-ddd-toolkit/about-ddd accessed 8/24/21) The DDD for ranitidine (for peptic ulcer) is .3 grams (300 mg) (https://www.whocc.no/atc_ddd_index/?code=A02BA02) (accessed 1/20/22).

Several studies used the number of prescriptions as "dose" of exposure. However, the length of prescriptions varied (and often were not reported), as did dose on the prescription (which often was not reported).

A review of the available literature provides evidence that short-term use of ranitidine (such as use of 300 mg ranitidine over a period of 1-6 months) increases risks for cancers of the bladder, stomach, and liver. In particular, Cardwell et al. showed that as little as 1-182 DDD (WHO defined daily dose) increased risk of bladder cancer by 18% (relative risk 1.18, 95% CI 0.98-1.42). (Cardwell et al. 2021) (Since DDD for ranitidine is for 300 mg/day – see above - this indicates 6 months use of 300 mg/day ranitidine or one year use of 150 mg/day ranitidine would increase risk by 18%). Evidence shows that risk of ductal breast cancer increases with two or more years of use of ranitidine (dose of pills/tablets not defined).

Pancreatic cancer was increased with administration of 1- 5 prescriptions (with length of prescriptions suggestive of 28 days but not specified in the publication), (but risk was not further elevated with 6 or more prescriptions). Esophageal cancer risk was increased by 15% with at least 5 prescriptions, and by 53% with at least 10 prescriptions after follow-up for at least 10 years.

Table 5: Relative risks of specific cancers associated with ranitidine use by "dose"

| Study | Year | Definition of "dose" | Cancers | Source of medication data |
|---|---|---|---|---|
| Cardwell(Cardwell et al. 2021) | 2021 | DDD<br><br>Number of prescriptions (? 28 days' length?) | Bladder RR 1.18 with 1-182 DDD (corresponds to 300 mg for up to ½ year or 150 mg for up to 1 year) | Prescriptions from primary care records (Scotland) |
| Kantor(Kantor et al. 2020) | 2021 | use ≥ 4 weeks="user" No dose information | Multiple | UK biobank |
| Yoon(Yoon et al. 2021) | 2021 | Cumulative duration (only for all cancers combined) Study included only ranitidine users with > 10,800 cumulative intake and famotidine users with > 14,400 mg intake. | Multiple. Cancer risk overall not increased with increased duration. | South Korea national health insurance database |
| Shin(Shin et al. 2021) | 2021 | DDD All H2blockers combined (no ranitidine-specific data) | Stomach | Korean national health services prescription database |
| Iwagami(Iwagami et al. 2021) | 2020 | DDD | All cancers combined (individual cancer analyzed as users/nonusers only); RR for all cancers combined ~ 1.0 regardless of DDD class | Japan medical claims database |
| Liu(Liu et al. 2020) | 2020 | Scottish database: DDD (for all H2RA combined)<br><br>UK Biobank: no dose | Stomach RR 1.44 with 1-183 DDD (corresponds to 300 mg for up to ½ year or 150 mg for up to 1 year) | Prescriptions from primary care records (Scotland)<br><br>UK Biobank |

| | | information | | |
|---|---|---|---|---|
| McDowell (McDowell et al. 2021a) | 2020 | Number of prescriptions "low usage": 1-5 prescriptions "higher usage": $\geq 6$ | Pancreas RR 1.37 with "lower usage" | Prescriptions from primary care records (Scotland) |
| Tran(Tran et al. 2018) | 2018 | Scottish database: DDD (for all H2RA combined) Number prescriptions UK Biobank: no dose information for ranitidine | Liver cancer RR 1.24 at 1-193 DDD RR 1.21 at 1-11 prescriptions | Prescriptions from primary care records (Scotland) UK Biobank |
| Tan(Tan et al. 2018) | 2018 | DDD | Esophageal RR 3.0 at DDD $\leq 150$ mg | US Veterans pharmacy database |
| Hsu | 2013 | DDD | | |
| Mathes (Mathes et al. 2008) | 2008 | Time used (< 2 yr. vs $\geq 2$ yr.) | Breast Ductal: RR 1.3 for >= 2 years' use | Responses to structured interview (20 year history) |
| Michaud(Michaud et al. 2004) | 2004 | No dose information reported. Use/nonuse not provided for ranitidine alone. | | Self-administered questionnaire |
| Habel(Habel, Levin, and Friedman 2000) | 2000 | $\geq 1$ prescription classified as "user", no dose | Multiple | HMO pharmacy database |
| Rossing(Rossing et al. 2000) | 2000 | Number of prescriptions (Dose and length of prescription was not provided, but individuals had to have filled 2 prescriptions within 6 months to be included. Therefore, length of prescriptions would have been < 6 months.) | Breast, prostate RR ~ 1 across all categories of number of numbers of prescriptions. | HMO pharmacy database |
| Chow(Chow, Finkle, McLaughlin, Frankl, et al. 1995) | 1995 | Number of prescriptions (Dose and length of prescription was not provided.) Dose information for ranitidine alone not provided (exposure | | HMO pharmacy database |

| | | variable combined four H2blockers). | | |
|---|---|---|---|---|
| Adami | As of 8/29/21 - not yet published in peer-reviewed journal | Number of prescriptions (dose and length of prescriptions not defined). Analyzed data to dichotomized to "at least 5 prescriptions" vs not and "at least 10 prescriptions" vs not) | <u>Comparing ranitidine to other H2 blockers:</u><br><br>Esophageal: at least 5 prescriptions, RR 1.34<br><br>Stomach: at least 5 prescriptions, RR 1.15<br><br>Esophageal: at least 10 prescriptions followed for at least 10 years, RR 1.32<br><br>Stomach: at least 10 prescriptions followed for at least 10 years,  RR 1.53<br><br><br><br>Comparing ranitidine to PPI's:<br><br>Esophageal: at least 10 prescriptions, RR 1.32 after 10 years' follow-up<br><br>Stomach: at least 10 prescriptions, RR 1.53 after 10 years' follow-up | Danish national prescription registry (noted that percent of ranitidine DDD sold by prescription by year was:<br>1999      84%<br>2004-11  50%<br>2012-17  20% |

## Minimal Dose of NDMA in other Sources that Can Cause Cancer

The FDA has set a safety limit for NDMA of 96 nanograms/day for medications.(White and Hernandez 2021) The FDA has determined that some ranitidine formulations contain greater than that amount when manufactured, but that even higher NDMA amounts are produced during storage, shipping and handling of products (https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine) (accessed 9/27/21). The FDA tests found doses of NDMA in 150 mg. ranitidine tablets that ranged from 11.1 nanograms to 540 nanograms. For 300 mg. ranitidine tablets, the FDA found doses of NDMA ranging from .01 micrograms (10 nanograms) to .86 micrograms (860 nanograms). Given that many formulations exceeded the FDA safety limit of 96 nanograms NDMA per pill, FDA recalled ranitidine from the market. Other test results, described earlier in the report, showed much higher levels of NDMA per pill. None of these tests consider the effect of heat and humidity which has been shown to accelerate degradation and increase the amount of NDMA.  Nor do I consider the probability that endogenous NDMA is formed *in vivo*. For purposes of my opinion, I am assuming only the levels in the FDA tests and there is strong evidence that this exposure would lead to increased incidence of cancer. Tests results showing higher levels of NDMA would only strengthen my opinion.

To examine the effect of given doses of NDMA on risk of specific cancers, I reviewed all epidemiologic studies of NDMA exposure and risk of cancer, and selected studies that provided relative risk estimates for given doses of NDMA (Table 6). Estimates of oral NDMA intake were only available for dietary intake studies. (NDMA exposure in occupational studies was primarily aerosol, and estimates were not given for ingestion. Dose-response analyses of risk associated with ranitidine use focused on dose of ranitidine and months or years of use, without estimates of NDMA content.) However, as in the example provided above, I understand that there will be evidence at trial based on the expert opinion of a toxicologist that estimates airborne to oral ingested doses of NDMA occupational exposure.

Several epidemiologic studies measured the association between amount of NDMA intake from food and risk for various cancers. The method for measuring amount varied among studies. Typically, NDMA exposure from diet is estimated as micrograms per day. Many studies estimated dietary exposures to nitrite and nitrate, which convert to NDMA, but the amount of NDMA produced from those precursors can vary. Some studies measured total nitrosamine intake, but the proportion of NDMA in dietary intake

of nitrosamines can vary by type and amount of foods and beverages eaten. Therefore, this analysis considers only studies that directly estimated NDMA exposure.

As described below, the ranges of dietary NDMA intake are similar to the ranges of NDMA measured by the FDA in ranitidine tablets, and therefore provide important data on cancer risk arising from the amounts of NDMA present in ranitidine. Since more NDMA is produced within the tablets after manufacture of ranitidine including during storage, and since ranitidine breaks down into additional NDMA once ingested, the analyses below are likely under-estimates of the impact of ranitidine on risk of cancer.

The included studies all estimated diet intake from food frequency questionnaires, in which an individual is asked to indicate whether a particular food is eaten, how often, and average amount eaten each time. Most of these questionnaires are self-administered. The time-span participants are asked to recall varies (could be weeks, months, years). However, research indicates that regardless of the time period asked of participants, most individuals fill out food frequency questionnaires with their current dietary patterns in mind. Prospective cohort studies that collect diet information at study entry can gain more precision in diet measurement if they repeat diet measurements one or more times during follow-up. Few if any studies on NDMA and cancer risk have done this, however.

In this review, I abstracted information on dose of NDMA presented in individual studies for studies that found relative risks of 1.05 or greater (indicating a 5% increased risk or greater with a given dose of NDMA. Most studies presented estimates in micrograms per day, in which case I calculated nanograms per day for comparison purposes. Some studies indicated mean, median, or range of NDMA intake within the quantiles that were used to determine relative risks. So, for example, a study that examined risk of a particular cancer across quartiles of intake of NDMA might provide mean, median, or range of NDMA intake within each of those four categories. Some studies estimated risk per given quantity of NDMA intake. While some studies indicated that NDMA intake in controls (or non-cases) was used as the standard for calculating risks, not all studies provided that detail.

Data on average or range of doses of NDMA and risk were available for the following cancers: bladder (1 study), colorectal (2 studies), esophagus (3 studies), larynx (1 study), lung (3 studies), oral cavity (1 study), pancreas (1 study), prostate (1 study), and stomach (7 studies). Note the number of studies and

292

cancers represented are a subset of the studies presented in this report, because not all of the epidemiologic studies on diet and cancer risk provided NDMA dose information.

Using data from a large European cohort from several countries, Loh et al. looked at associations between food frequency questionnaire estimates at baseline of previous-year NDMA intake.(Loh et al. 2011) This study's food frequency questionnaire was validated in a repeat administration 18 months after the first.(Bingham et al. 1997)  As mentioned elsewhere in this report, food frequency questionnaires' estimates are stable and have been shown to reflect dietary intake over at least five years. After a mean follow-up of 11.4 years,  for each 47 nanograms per day of dietary intake of NDMA, risks for both esophageal and stomach cancer increase by 13% (RR 1.13, 95% CI 0.77-1.68 and 0.81-1.57, respectively).(Loh et al. 2011) Risk for rectal cancer increases by 46% (RR 1.46, 1.16-1.84). Risk for lung cancer increases by 5% (RR 1.05, 95% CI 0.88-1.24), and risk for all cancers combined increases by 6% (RR 1.06, 95% CI 1.01-1.12). Since the authors used a Cox proportional hazards regression model, in order to estimate the risk associated with greater intakes of NDMA, the risks are multiplied. Thus, the relative risks for 94 nanograms per day of NDMA intake for esophageal, stomach, rectal, lung, and all cancers combined are 1.28, 1.28, 2.13, 1.10, and 1.12, respectively.

In a case-control study set in Canada, Zhu et al estimated relative risks for colorectal cancer by median NDMA intake in quintiles. Median daily nanograms intakes of NDMA of 70, 220, 770, and 2290 were associated with increases of 8%, 13%, 22%, and 42%, respectively.(Zhu et al. 2014)

Data from a Netherlands cohort provided estimates of risks for esophageal and stomach cancers by NDMA dose.(Keszei et al. 2013) For each 100 nanograms intake of NDMA per day, risk of squamous cell esophageal cancer increased by 15% in men (RR 1.15, 95% CI 1.05-1.25) and by 34% in women (RR 1.34, 95% CI 1.04-1.71). For each 100 nanograms intake of NDMA per day, risk of noncardia stomach cancer increased by 6% in men (RR 1.06, 95% CI 1.01-1.10). Relative risks for greater intakes are calculated by multiplying risks. Thus, the relative risk for esophageal squamous cell cancer per 200 nanograms per day of NDMA intake is 1.15 X 1.15 = 1.32, and for women is 1.34 X 1.34 = 1.8. Similarly, the relative risk for stomach noncardia cancer per 200 nanograms per day of NDMA intake in men is 1.06 X 1.06 = 1.12.

Researchers examined the dose of NDMA intake relative to risks of esophagus, larynx, and oral cavity cancers.(Rogers et al. 1995) They found that individuals ingesting 60-179 nanograms/day of NDMA had risks of esophageal, larynx, and oral cavity that were 31%, 10%, and 86% increase compared with those

with lower intakes. Intake of more than 179 nanograms/day increased risks of these three cancers by 86%, 70%, and 82%, respectively.

Zheng et al examined the association between NDMA nanogram intake per 1000 kcal per day, and found that risk of pancreas cancer increased by 48% with intake of 60 nanograms per 1000 kcal eaten per day. Risk of pancreas cancer almost doubled (relative risk 1.97) for intake of 80 or more nanograms NDMA per 1000 kcal per day eaten. In this study, risk of pancreatic cancer was increased by 17% with intake of 740 nanograms or more from animal sources.

A case-control study in Uruguay found that risk for lung cancer increased by 77% in those ingesting between 190 and 260 nanograms per day (RR 1.77, 95% CI 1.06-2.96).(De Stefani et al. 1996) The study further found that intake over 260 nanograms per day of NDMA more than tripled risk of lung cancer (RR 3.14, 95% CI 1.86-5.29).

In a case-control study set in Hawaii, researchers found that intake of 70-350 nanograms of NDMA per week was associated with a 70% increased risk for lung cancer in men.(Goodman et al. 1992) That amount of NDMA intake in women increased risk by 40%. Intake of 350-700 nanograms of NDMA per week almost tripled risk in men (RR 2.8, 95% CI 1.4-5.3) and almost doubled risk in women (RR 1.8, 95% CI 0.7-4.2). Finally, risk was approximately tripled in those whose intake was more than 700 nanograms per week (RR men 3.3, 95% CI 1.7-6.2; RR women 2.7, 95% CI 1.0-6.9).

In a case-control study in Uruguay, DeStefani et al found that risk of stomach cancer was more than double in individuals who ingested 150-180 nanograms/day of NDMA (RR 2.07, 95% CI 1.36-3.18).(De Stefani, Boffetta, et al. 1998) Risk more than tripled for those who ingested more than 190 nanograms/day of NDMA.

Larsson et al studied the association between NDMA intake and risk of stomach cancer in a Swedish cohort.(Larsson, Bergkvist, and Wolk 2006) Risk of stomach cancer increased by 66% in those in a group with median intake of 98 nanograms/day. In those in a grouping with a median intake of 277 nanograms per day, risk was almost doubled (RR 1.96, 95% CI 1.08-3.58).

In an Italian case-control study, researchers found that intake of 131-190 nanograms per day of NDMA increased risk of stomach cancer by 11% (RR 1.11, 95% CI 0.9-1.4).(La Vecchia et al. 1995) Relative risk in those with greater than 190 nanograms per day rose to 1.37 (95% CI 1.1-1.7).

Another Italian study found that individuals in a grouping with a mean 200 nanograms per day or more had a 10% increased risk for stomach cancer (RR 1.1, 95% CI 0.8-1.6).(Palli, Russo, and Decarli 2001) In a large European cohort, each 1 microgram per day of NDMA intake was associated with a 9% increase in risk of non-cardia stomach cancer (RR 1.09, 95% CI 0.69–1.73).(Jakszyn, Bingham, et al. 2006)

In a large European cohort, investigators compared relative risks for prostate cancer in those in the highest versus lowest quintile of NDMA intake. (Jakszyn et al. 2012) Those who ingested a mean of 870 nanograms per day of NDMA had a 4% increased risk for prostate cancer (RR 1.04, 95% CI .92-1.18). When cases were limited to those with high grade prostate cancer, the relative risk was higher: RR 1.34, 95% CI .81-2.24). (This is an important sub-analysis, since many prostate cancers are slow-growing, and are only found because of screening for prostate cancer. If screening is related to dietary habits as well, there could be confounding by screening status. Focusing on high-grade (aggressive) cancers reduces that chance of bias.

In a large European cohort, investigators found that relative risks for bladder cancer for those daily ingesting 50-100 nanograms, 100-190 nanograms, and more than 190 nanograms had 14, 7, and 12 percent increases in risk of bladder cancer, respectively. (Jakszyn et al. 2011)

In summary, the available literature provides evidence that average intake of NDMA of doses as low as 47 nanograms per day increases risks for several cancers, including bladder, colorectal, esophagus, larynx, lung, oral cavity, pancreas, prostate, and stomach. Furthermore, a doubling or tripling of risks (relative risks of 2.0 – 3.0 or greater) for various cancers are seen with intakes as low as 120 – 200 nanograms of NDMA per day. This provides strong support for concern of doses of NDMA seen in ranitidine as being sufficient to cause various types of cancer.

Table 6: Relative risks of specific cancers associated with dietary NDMA intake by dose

| Study | Definition of "dose" | Cancers | RR (95% CI) |
|---|---|---|---|
|  |  |  |  |

| | | | |
|---|---|---|---|
| Loh (Loh et al. 2011) European cohort | Per 47 nanograms/day intake | Esophagus Stomach Rectum Lung All cancers | 1.13 (0.77-1.68) 1.13 (0.81-1.57) 1.46 (1.16-1.84) 1.05 (0.88-1.24) 1.06 (1.01-1.12) |
| Zhu (Zhu et al. 2014) | Median quintile micrograms/day (nanograms/day)

0.07 (70) 0.22 (220) 0.77 (770) 2.29 (2290) | Colorectal | 

1.08 (0.83-1.37) 1.13 (0.87-1.47) 1.22 (0.92-1.63) 1.42 (1.03-1.96) |
| Keszei (Keszei et al. 2013) | Per 0.1 microgram/day (per 100 nanograms/day) | Esophagus, squamous cell


Stomach (noncardia) | Men: 1.15 (1.05-1.25) Women: 1.34 (1.04-1.71)

Men: 1.06 (1.01-1.10) Women: gastric ca not increased |
| Rogers (Rogers et al. 1995) | Micrograms (nanograms)/day .06-0.179 (60-179) >0.179 (>179)

.06-0.179 (60-179) >0.179 (>179)

.06-0.179 (60-179) >0.179 (>179) | Esophagus


Larynx


Oral cavity | 1.31 (.6-2.85) 1.86 (.87-3.95)

1.1 (0.57-2.13) 1.7 (0.91-3.18)

1.51 (0.92-2.48) 1.82 (1.1-3.0) |
| Zheng (Zheng et al. 2019) | Micrograms (nanograms)/1000 kcal/day

Plant sources: .06 (60) .08 (80) .12 (120)

Animal sources: .74 (740) | Pancreas | 



1.48 (1.10-1.99) 1.97 (1.48-2.64) 1.93 (1.42-2.61)


1.17 (0.89-1.54) |

| | | | |
|---|---|---|---|
| DeStefani (De Stefani et al. 1996) | Micrograms (nanograms)/day (adjusted for kcal)<br><br>.19-.26 (190-260)<br>>.26 (> 260) | Lung | <br><br><br><br>1.77 (1.06-2.96)<br>3.14 (1.86-5.29) |
| Goodman (Goodman et al. 1992) | Micrograms (nanograms) <u>per week</u><br>Men:<br>.07-.35 (70-350)<br>.35-.70 (350-700)<br>>.70 (>700)<br><br>Women:<br>.07-.35 (70-350)<br>.35-.70 (350-700)<br>>.70 (>700) | Lung | <br><br><br>1.7 (0.9-3.2)<br>2.8 (1.4-5.3)<br>3.3 (l.7-6.2)<br><br>1.4 (0.7-2.9)<br>1.8 (0.7-4.2)<br>2.7 (1.0-6.9) |
| Larsson (Larsson, Bergkvist, and Wolk 2006) | Median quintile micrograms/day (nanograms/day)<br><br>.098 (98)<br>.151 (151)<br>.277 (277) | Stomach | <br><br><br>1.66 (1.0-2.75)<br>1.60 (0.93-2.76)<br>1.96 (1.08-3.58) |
| LaVecchia (La Vecchia et al. 1995) | Micrograms (nanograms)/day<br><br>0.131-0.190 (131-190)<br>>0.190 (>190) | Stomach | <br><br><br>1.11 (0.9-1.4)<br><br>1.37 (1.1-1.7) |
| De Stefani (De Stefani, Boffetta, et al. 1998) | Micrograms (nanograms)/day<br><br>0.15-0.18 (150-180)<br>0.19-0.26 (190-260)<br>≥0.27 (≥ 270) | Stomach | <br><br><br>2.07 (1.36-3.18)<br>3.23 (2.13-4.89)<br>3.62 (2.38-5.51) |
| Palli (Palli, Russo, and Decarli 2001) | Mean micrograms (nanograms) per day | Stomach | |

297

| | .20 (200)<br>.33 (330) | | 1.1 (.8-1.6)<br>1.1 (.8-1.5) |
|---|---|---|---|
| Jakszyn (Jakszyn, Bingham, et al. 2006) | Per 1 microgram (1000 nanograms)/day | Stomach (noncardia) | 1.09 (.65-1.81) |
| Jakszyn (Jakszyn et al. 2012) | Mean micrograms (nanograms) per day<br><br>Q1: 0.045 (45)<br>Q5: 0.87 (870) | Prostate | 1.04 (.92-1.18) |
| | | High grade (Gleason score > 8) | 1.34 (.81-2.24) |
| Jakszyn (Jakszyn et al. 2011) | Micrograms (nanograms) per day<br>.05-.1 (50-100)<br>.1-.19 (100-190)<br>.19-21.11 (190-21,110) | Bladder | 1.14 (.91-1.42)<br>1.07 (0.85-1.34)<br>1.12 (0.88-1.44) |

# References

Abrahami, D., E. G. McDonald, M. Schnitzer, and L. Azoulay. 2020. 'Trends in acid suppressant drug prescriptions in primary care in the UK: a population-based cross-sectional study', *BMJ Open*, 10: e041529.

Abrahami, D., E. G. McDonald, M. E. Schnitzer, A. N. Barkun, S. Suissa, and L. Azoulay. 2021. 'Proton pump inhibitors and risk of gastric cancer: population-based cohort study', *Gut*.

Adami, H. O., I. Trolle Andersen, U. Heide-Jørgensen, E. T. Chang, M. Nørgaard, and H. Toft Sorensen. 2021. 'Ranitidine Use and Risk of Upper Gastrointestinal Cancers', *Cancer Epidemiol Biomarkers Prev*.

Adamson, R. H., and B. A. Chabner. 2020. 'The Finding of N-Nitrosodimethylamine in Common Medicines', *Oncologist*, 25: 460-62.

Agrawal, N. M., D. R. Campbell, M. A. Safdi, N. L. Lukasik, B. Huang, and M. M. Haber. 2000. 'Superiority of lansoprazole vs ranitidine in healing nonsteroidal anti-inflammatory drug-associated gastric ulcers: results of a double-blind, randomized, multicenter study. NSAID-Associated Gastric Ulcer Study Group', *Arch Intern Med*, 160: 1455-61.

Ahmad, F. S., C. Chan, M. B. Rosenman, W. S. Post, D. G. Fort, P. Greenland, K. J. Liu, A. N. Kho, and N. B. Allen. 2017. 'Validity of Cardiovascular Data From Electronic Sources: The Multi-Ethnic Study of Atherosclerosis and HealthLNK', *Circulation*, 136: 1207-16.

Al-Dabbagh, S., D. Forman, D. Bryson, I. Stratton, and R. Doll. 1986. 'Mortality of nitrate fertiliser workers', *Br J Ind Med*, 43: 507-15.

Amrhein, V., S. Greenland, and B. McShane. 2019. 'Scientists rise up against statistical significance', *Nature*, 567: 305-07.

Andersen, M., and J. S. Schou. 1991. '[Adverse effects of ulcer drugs before and after release of cimetidine, ranitidine and sucralfate for over-the-counter sale]', *Ugeskr Laeger*, 153: 1410-3.

Anderson, L. M., V. L. Souliotis, S. K. Chhabra, T. J. Moskal, S. D. Harbaugh, and S. A. Kyrtopoulos. 1996. 'N-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol', *Int J Cancer*, 66: 130-4.

Aroda, V. R., and R. E. Ratner. 2018. 'Metformin and Type 2 Diabetes Prevention', *Diabetes Spectr*, 31: 336-42.

Aschebrook-Kilfoy, B., A. J. Cross, R. Z. Stolzenberg-Solomon, A. Schatzkin, A. R. Hollenbeck, R. Sinha, and M. H. Ward. 2011. 'Pancreatic cancer and exposure to dietary nitrate and nitrite in the NIH-AARP Diet and Health Study', *Am J Epidemiol*, 174: 305-15.

Baghurst, P. A., A. J. McMichael, A. H. Slavotinek, K. I. Baghurst, P. Boyle, and A. M. Walker. 1991. 'A case-control study of diet and cancer of the pancreas', *Am J Epidemiol*, 134: 167-79.

Bailey, R. L. 2021. 'Overview of dietary assessment methods for measuring intakes of foods, beverages, and dietary supplements in research studies', *Curr Opin Biotechnol*, 70: 91-96.

Barnett, K., S. W. Mercer, M. Norbury, G. Watt, S. Wyke, and B. Guthrie. 2012. 'Epidemiology of multimorbidity and implications for health care, research, and medical education: a cross-sectional study', *Lancet*, 380: 37-43.

Barry, K. H., R. R. Jones, K. P. Cantor, L. E. Beane Freeman, D. C. Wheeler, D. Baris, A. T. Johnson, G. M. Hosain, M. Schwenn, H. Zhang, R. Sinha, S. Koutros, M. R. Karagas, D. T. Silverman, and M. H. Ward. 2020. 'Ingested Nitrate and Nitrite and Bladder Cancer in Northern New England', *Epidemiology*, 31: 136-44.

Bartsch, H., H. Ohshima, and B. Pignatelli. 1988. 'Inhibitors of endogenous nitrosation. Mechanisms and implications in human cancer prevention', *Mutat Res*, 202: 307-24.

Bergmann, M. M., U. Bussas, and H. Boeing. 1999. 'Follow-up procedures in EPIC-Germany--data quality aspects. European Prospective Investigation into Cancer and Nutrition', *Ann Nutr Metab*, 43: 225-34.

Bingham, S. A., C. Gill, A. Welch, A. Cassidy, S. A. Runswick, S. Oakes, R. Lubin, D. I. Thurnham, T. J. Key, L. Roe, K. T. Khaw, and N. E. Day. 1997. 'Validation of dietary assessment methods in the UK arm of EPIC using weighed records, and 24-hour urinary nitrogen and potassium and serum vitamin C and carotenoids as biomarkers', *Int J Epidemiol*, 26 Suppl 1: S137-51.

Bingham, S., A.A. Welch, A. McTaggart, A.A. Mulligan, S.A. Runswick, R. Luben, S. Oakes, K.T. Khaw, N. Wareham, and N.E. Day. 2001. 'Nutritional methods in the European Prospective Investigation of Cancer in Norfolk', *Public Health Nutr*, 4: 847-58.

Bingham, S.A., B. Pignatelli, J.R.A. Pollock, A. Ellul, C. Malaveille, G. Gross, S. Runswick, J. Cummings, and I.K. O'Neill. 1996. 'Does increased endogenous formation of N-nitroso compounds in the human colon explain the association between red meat and colon cancer?', *Carcinogenesis*, 17: 515-23.

Boeing, H., R. Frentzel-Beyme, M. Berger, V. Berndt, W. Gores, M. Korner, R. Lohmeier, A. Menarcher, H. Mannl, M. Meinhardt, R. Muller, H. Ostermeier, F. Paul, K. Schwemmle, K. Wagner, and J. Wahrendorf. 1991. 'Case-control study on stomach cancer in Germany', *Int J Cancer*, 47: 858-64.

Bowling, A. 2005. 'Mode of questionnaire administration can have serious effects on data quality', *J Public Health (Oxf)*, 27: 281-91.

Braunstein, L. Z., E. D. Kantor, K. O'Connell, A. J. Hudspeth, Q. Wu, N. Zenzola, and D. Y. Light. 2021. 'Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions', *JAMA Netw Open*, 4: e2034766.

Breslow, N. 1982. 'Design and analysis of case-control studies', *Annu Rev Public Health*, 3: 29-54.

Brogden, R. N., A. A. Carmine, R. C. Heel, T. M. Speight, and G. S. Avery. 1982. 'Ranitidine: a review of its pharmacology and therapeutic use in peptic ulcer disease and other allied diseases', *Drugs*, 24: 267-303.

Büchner, F. L., H. B. Bueno-de-Mesquita, M. M. Ros, E. Kampman, L. Egevad, K. Overvad, O. Raaschou-Nielsen, A. Tjønneland, N. Roswall, F. Clavel-Chapelon, M. C. Boutron-Ruault, M. Touillaud, J. Chang-Claude, R. Kaaks, H. Boeing, S. Weikert, A. Trichopoulou, P. Lagiou, D. Trichopoulos, D. Palli, S. Sieri, P. Vineis, R. Tumino, S. Panico, A. Vrieling, P. H. Peeters, C. H. van Gils, E. Lund, I. T. Gram, D. Engeset, C. Martinez, C. A. Gonzalez, N. Larrañaga, E. Ardanaz, C. Navarro, L. Rodríguez, J. Manjer, R. A. Ehrnström, G. Hallmans, B. Ljungberg, N. E. Allen, A. W. Roddam, S. Bingham, K. T. Khaw, N. Slimani, P. Boffetta, M. Jenab, T. Mouw, D. S. Michaud, L. A. Kiemeney, and E. Riboli. 2009. 'Consumption of vegetables and fruit and the risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition', *Int J Cancer*, 125: 2643-51.

Buiatti, E., D. Palli, A. Decarli, D. Amadori, C. Avellini, S. Bianchi, C. Bonaguri, F. Cipriani, P. Cocco, A. Giacosa, and et al. 1990. 'A case-control study of gastric cancer and diet in Italy: II. Association with nutrients', *Int J Cancer*, 45: 896-901.

Calle, E. E., C. Rodriguez, E. J. Jacobs, M. L. Almon, A. Chao, M. L. McCullough, H. S. Feigelson, and M. J. Thun. 2002. 'The American Cancer Society Cancer Prevention Study II Nutrition Cohort: rationale, study design, and baseline characteristics', *Cancer*, 94: 2490-501.

Cancer, Collaborative Group on Hormonal Factors in Breast. 2019. 'Type and timing of menopausal hormone therapy and breast cancer risk: individual participant meta-analysis of the worldwide epidemiological evidence', *Lancet*, 394: 1159-68.

Cantor, K. P. 1997. 'Drinking water and cancer', *Cancer Causes Control*, 8: 292-308.

Caparrotta, T. M., J. W. Dear, H. M. Colhoun, and D. J. Webb. 2019. 'Pharmacoepidemiology: Using randomised control trials and observational studies in clinical decision-making', *Br J Clin Pharmacol*, 85: 1907-24.

Cardwell, C. R., R. D. McDowell, C. M. Hughes, B. Hicks, and P. Murchie. 2021. 'Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study', *Am J Gastroenterol*.

Caro, J. J., M. Salas, and A. Ward. 2001. 'Healing and relapse rates in gastroesophageal reflux disease treated with the newer proton-pump inhibitors lansoprazole, rabeprazole, and pantoprazole compared with omeprazole, ranitidine, and placebo: evidence from randomized clinical trials', *Clin Ther*, 23: 998-1017.

Catsburg, C. E., M. Gago-Dominguez, J. M. Yuan, J. E. Castelao, V. K. Cortessis, M. C. Pike, and M. C. Stern. 2014. 'Dietary sources of N-nitroso compounds and bladder cancer risk: findings from the Los Angeles bladder cancer study', *Int J Cancer*, 134: 125-35.

Celentano, D., Szklo, M., & Gordis, Leon. . 2019. *Gordis epidemiology (6th ed.)*. (Elsevier: Philadelphia, PA).

Chan, D. S., A. R. Vieira, D. Aune, E. V. Bandera, D. C. Greenwood, A. McTiernan, D. Navarro Rosenblatt, I. Thune, R. Vieira, and T. Norat. 2014. 'Body mass index and survival in women with breast cancer--systematic literature review and meta-analysis of 82 follow-up studies', *Ann Oncol*.

Cheng, Y. J., G. Imperatore, L. S. Geiss, J. Wang, S. H. Saydah, C. C. Cowie, and E. W. Gregg. 2013. 'Secular changes in the age-specific prevalence of diabetes among U.S. adults: 1988-2010', *Diabetes Care*, 36: 2690-6.

Cheol Seong, S., Y. Y. Kim, Y. H. Khang, J. Heon Park, H. J. Kang, H. Lee, C. H. Do, J. S. Song, J. Hyon Bang, S. Ha, E. J. Lee, and S. Ae Shin. 2017. 'Data Resource Profile: The National Health Information Database of the National Health Insurance Service in South Korea', *Int J Epidemiol*, 46: 799-800.

Cheung, K. S., E. W. Chan, A. Y. S. Wong, L. Chen, I. C. K. Wong, and W. K. Leung. 2018. 'Long-term proton pump inhibitor and risk of gastric cancer development after treatment for Helicobacter pylori: a population-based study', *Gut*, 67: 28-35.

Chiu, H. F., S. S. Tsai, and C. Y. Yang. 2007. 'Nitrate in drinking water and risk of death from bladder cancer: an ecological case-control study in Taiwan', *J Toxicol Environ Health A*, 70: 1000-4.

Chow, W-H., W.D. Finkle, J.K. McLaughlin, H. Frankl, H.K. Ziel, and Jr. Fraumeni, J.F. 1995. 'The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia', *JAMA*, 274: 474-77.

Chow, W. H., W. D. Finkle, J. K. McLaughlin, H. Frankl, H. K. Ziel, and J. F. Fraumeni, Jr. 1995. 'The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia', *JAMA*, 274: 474-7.

Chyou, P. -H., A. M. Y. Nomura, J. H. Hankin, and G. N. Stemmermann. 1990. 'A case-cohort study of diet and stomach cancer', *Cancer Res*, 50: 7501-04.

Cohen, J. S. 2003. 'Why aren't lower, effective, OTC doses available earlier by prescription?', *Ann Pharmacother*, 37: 136-42.

Committee", "2018 Physical Activity Guidelines Advisory. 2018. "2018 Physical Activity Guidelines Advisory Committee Scientific Report." In, edited by U.S. Department of Health and Human Services. Washington, DC.

Coogan, P. F., Y. Zhang, J. R. Palmer, B. L. Strom, and L. Rosenberg. 2005. 'Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer', *Cancer Epidemiol Biomarkers Prev*, 14: 1012-5.

Copeland, K.T., H. Checkoway, A.J. McMichael, and R.H. Holbrook. 1977. 'Bias due to misclassification in the estimation of relative risk', *Am J Epidemiol*, 105: 488=95.

Coss, A., K. P. Cantor, J. S. Reif, C. F. Lynch, and M. H. Ward. 2004. 'Pancreatic cancer and drinking water and dietary sources of nitrate and nitrite', *Am J Epidemiol*, 159: 693-701.

Cosselman, K. E., A. Navas-Acien, and J. D. Kaufman. 2015. 'Environmental factors in cardiovascular disease', *Nat Rev Cardiol*, 12: 627-42.

Coughlin, S. S. 1990. 'Recall bias in epidemiologic studies', *J Clin Epidemiol*, 43: 87-91.

Crippa, A., S. C. Larsson, A. Discacciati, A. Wolk, and N. Orsini. 2018. 'Red and processed meat consumption and risk of bladder cancer: a dose-response meta-analysis of epidemiological studies', *Eur J Nutr*, 57: 689-701.

Cross, A. J., J. R. Pollock, and S. A. Bingham. 2003. 'Haem, not protein or inorganic iron, is responsible for endogenous intestinal N-nitrosation arising from red meat', *Cancer Res*, 63: 2358-60.

De Stefani, E., P. Boffetta, M. Mendilaharsu, J. Carzoglio, and H. Deneo-Pellegrini. 1998. 'Dietary nitrosamines, heterocyclic amines, and risk of gastric cancer: a case-control study in Uruguay', *Nutr Cancer*, 30: 158-62.

De Stefani, E., H. Deneo-Pellegrini, J. C. Carzoglio, A. Ronco, and M. Mendilaharsu. 1996. 'Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay', *Cancer Epidemiol Biomarkers Prev*, 5: 679-82.

De Stefani, E., A. Ronco, M. Mendilaharsu, and H. Deneo-Pellegrini. 1998. 'Case-control study on the role of heterocyclic amines in the etiology of upper aerodigestive cancers in Uruguay', *Nutr Cancer*, 32: 43-48.

de Vocht, F., I. Burstyn, K. Straif, R. Vermeulen, K. Jakobsson, L. Nichols, B. Peplonska, D. Taeger, and H. Kromhout. 2007. 'Occupational exposure to NDMA and NMor in the European rubber industry', *J Environ Monit*, 9: 253-9.

Delgado-Rodríguez, M, and J. Llorca. 2004. 'Bias', *J Epidemiol Community Health*, 58: 635-41.

Desai, A., A. R. Khaki, and N. M. Kuderer. 2021. 'Use of Real-World Electronic Health Records to Estimate Risk, Risk Factors, and Disparities for COVID-19 in Patients With Cancer', *JAMA Oncol*, 7: 227-29.

Dich, J., R. Järvinen, P. Knekt, and P. L. Penttilä. 1996. 'Dietary intakes of nitrate, nitrite and NDMA in the Finnish Mobile Clinic Health Examination Survey', *Food Addit Contam*, 13: 541-52.

Drieling, R. L., A. Z. LaCroix, S. A. Beresford, D. M. Boudreau, C. Kooperberg, and S. R. Heckbert. 2016. 'Validity of Self-Reported Medication Use Compared With Pharmacy Records in a Cohort of Older Women: Findings From the Women's Health Initiative', *Am J Epidemiol*, 184: 233-8.

Ducos, P., R. Gaudin, C. Maire, T. Mavelle, B. Bouchikhi, and G. Derby. 1988. 'Occupational exposure to volatile nitrosamines in foundries using the "Ashland" core-making process', *Environ Res*, 47: 72-8.

Duggan, M. A., W. F. Anderson, S. Altekruse, L. Penberthy, and M. E. Sherman. 2016. 'The Surveillance, Epidemiology, and End Results (SEER) Program and Pathology: Toward Strengthening the Critical Relationship', *Am J Surg Pathol*, 40: e94-e102.

Ehsanullah, R. S., M. C. Page, G. Tildesley, and J. R. Wood. 1988. 'Prevention of gastroduodenal damage induced by non-steroidal anti-inflammatory drugs: controlled trial of ranitidine', *BMJ*, 297: 1017-21.

Elder, Ross, Michelle Kirkpatrick, William Ramsay, Margaret Macleod, Bruce Guthrie, Matt Sutton, and Graham Watt. 2007. 'Measuring Quality in Primary Medical Services using Data from SPICE'.

Espejo-Herrera, N., K. P. Cantor, N. Malats, D. T. Silverman, A. Tardón, R. García-Closas, C. Serra, M. Kogevinas, and C. M. Villanueva. 2015. 'Nitrate in drinking water and bladder cancer risk in Spain', *Environ Res*, 137: 299-307.

Essien, E. E., K. Said Abasse, A. Côté, K. S. Mohamed, Mmfa Baig, M. Habib, M. Naveed, X. Yu, W. Xie, S. Jinfang, and M. Abbas. 2020. 'Drinking-water nitrate and cancer risk: A systematic review and meta-analysis', *Arch Environ Occup Health*: 1-17.

Fandrem, S. I., H. Kjuus, A. Andersen, and E. Amlie. 1993. 'Incidence of cancer among workers in a Norwegian nitrate fertiliser plant', *Br J Ind Med*, 50: 647-52.

Farley, A., D. Lévesque, P. Paré, A. B. Thomson, R. Sherbaniuk, A. Archambault, and K. Mahoney. 1985. 'A comparative trial of ranitidine 300 mg at night with ranitidine 150 mg twice daily in the treatment of duodenal and gastric ulcer', *Am J Gastroenterol*, 80: 665-8.

'FDA Removal Ranitidine'. Accessed 5/13/21. https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market.

'FDA test NDMA Ranitidine'. Accessed 5/13/21. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine.

Ferrucci, L. M., R. Sinha, M. H. Ward, B. I. Graubard, A. R. Hollenbeck, B. A. Kilfoy, A. Schatzkin, D. S. Michaud, and A. J. Cross. 2010. 'Meat and components of meat and the risk of bladder cancer in the NIH-AARP Diet and Health Study', *Cancer*, 116: 4345-53.

Florian, Jeffry, Murali K. Matta, Ryan DePalma, Victoria Gershuny, Vikram Patel, Cheng-Hui Hsiao, Robbert Zusterzeel, Rodney Rouse, Kristin Prentice, Colleen Gosa Nalepinski, Insook Kim, Sojeong Yi, Liang Zhao, Miyoung Yoon, Susan Selaya, David Keire, Joyce Korvick, and David G. Strauss. 2021. 'Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial', *JAMA*.

Freedman, L. S., J. M. Commins, J. E. Moler, L. Arab, D. J. Baer, V. Kipnis, D. Midthune, A. J. Moshfegh, M. L. Neuhouser, R. L. Prentice, A. Schatzkin, D. Spiegelman, A. F. Subar, L. F. Tinker, and W. Willett. 2014. 'Pooled results from 5 validation studies of dietary self-report instruments using recovery biomarkers for energy and protein intake', *Am J Epidemiol*, 180: 172-88.

Freedman, L. S., J. M. Commins, W. Willett, L. F. Tinker, D. Spiegelman, D. Rhodes, N. Potischman, M. L. Neuhouser, A. J. Moshfegh, V. Kipnis, D. J. Baer, L. Arab, R. L. Prentice, and A. F. Subar. 2017. 'Evaluation of the 24-Hour Recall as a Reference Instrument for Calibrating Other Self-Report Instruments in Nutritional Cohort Studies: Evidence From the Validation Studies Pooling Project', *Am J Epidemiol*, 186: 73-82.

Freedman, N. D., A. J. Cross, K. A. McGlynn, C. C. Abnet, Y. Park, A. R. Hollenbeck, A. Schatzkin, J. E. Everhart, and R. Sinha. 2010. 'Association of meat and fat intake with liver disease and hepatocellular carcinoma in the NIH-AARP cohort', *J Natl Cancer Inst*, 102: 1354-65.

Fristachi, A., and G. Rice. 2007. 'Estimation of the total daily oral intake of NDMA attributable to drinking water', *J Water Health*, 5: 341-55.

Fund, World Cancer Research. 2018. "Diet, Nutrition, Physical Activity and Cancer: A Global Perspective. Continuous Update Project Expert Report." In.

Gandini, S., F. Sera, M. S. Cattaruzza, P. Pasquini, O. Picconi, P. Boyle, and C. F. Melchi. 2005. 'Meta-analysis of risk factors for cutaneous melanoma: II. Sun exposure', *Eur J Cancer*, 41: 45-60.

Gao, Zongming, Michael Karfunkle, Wei Ye, Tim Andres Marzan, Jingyue Yang, Timothy Lex, Cynthia Sommers, Jason D. Rodriguez, Xiaomei Han, Jeffry Florian, David G. Strauss, and David A. Keire. 2021. 'In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions', *JAMA Network Open*, 4: e2118253-e53.

Gianfrancesco, M. A., and N. D. Goldstein. 2021. 'A narrative review on the validity of electronic health record-based research in epidemiology', *BMC Med Res Methodol*, 21: 234.

Gisbert, J. P., L. González, X. Calvet, M. Roqué, R. Gabriel, and J. M. Pajares. 2001. 'Proton pump inhibitors versus H2-antagonists: a meta-analysis of their efficacy in treating bleeding peptic ulcer', *Aliment Pharmacol Ther*, 15: 917-26.

Gjerstorff, M. L. 2011. 'The Danish Cancer Registry', *Scand J Public Health*, 39: 42-5.

Goldbohm, R. A., P. van 't Veer, P. A. van den Brandt, M. A. van 't Hof, H. A. Brants, F. Sturmans, and R. J. Hermus. 1995. 'Reproducibility of a food frequency questionnaire and stability of dietary habits determined from five annually repeated measurements', *Eur J Clin Nutr*, 49: 420-9.

Goldbohm, R. A., P. A. van den Brandt, H. A. Brants, P. van't Veer, M. Al, F. Sturmans, and R. J. Hermus. 1994. 'Validation of a dietary questionnaire used in a large-scale prospective cohort study on diet and cancer', *Eur J Clin Nutr*, 48: 253-65.

Golden, S. E., S. Thakurta, C. G. Slatore, H. Woo, and D. R. Sullivan. 2018. 'Military Factors Associated with Smoking in Veterans', *Mil Med*, 183: e402-e08.

González, C. A., E. Riboli, J. Badosa, E. Batiste, T. Cardona, S. Pita, J. M. Sanz, M. Torrent, and A. Agudo. 1994. 'Nutritional factors and gastric cancer in Spain', *Am J Epidemiol*, 139: 466-73.

Goodman, M.T., J.H. Hankin, L.R. Wilkens, and L.N. Kolonel. 1992. 'High-fat foods and the risk of lung cancer', *Epidemiology*, 3: 288-99.

Gorman Ng, M., S. Semple, J. W. Cherrie, Y. Christopher, C. Northage, E. Tielemans, V. Veroughstraete, and M. Van Tongeren. 2012. 'The relationship between inadvertent ingestion and dermal exposure pathways: a new integrated conceptual model and a database of dermal and oral transfer efficiencies', *Ann Occup Hyg*, 56: 1000-12.

Greenland, S., S. J. Senn, K. J. Rothman, J. B. Carlin, C. Poole, S. N. Goodman, and D. G. Altman. 2016. 'Statistical tests, P values, confidence intervals, and power: a guide to misinterpretations', *Eur J Epidemiol*, 31: 337-50.

Griscom, J. T., and P. S. Wolf. 2021. 'Liver Metastasis.' in, *StatPearls* (StatPearls Publishing

Copyright © 2021, StatPearls Publishing LLC.: Treasure Island (FL)).

Grossman, D. C., S. J. Curry, D. K. Owens, M. J. Barry, K. W. Davidson, C. A. Doubeni, J. W. Epling, Jr., A. R. Kemper, A. H. Krist, A. E. Kurth, C. S. Landefeld, C. M. Mangione, M. G. Phipps, M. Silverstein, M. A. Simon, and C. W. Tseng. 2017. 'Hormone Therapy for the Primary Prevention of Chronic Conditions in Postmenopausal Women: US Preventive Services Task Force Recommendation Statement', *JAMA*, 318: 2224-33.

Habel, L. A., T. R. Levin, and G. D. Friedman. 2000. 'Cimetidine use and risk of breast, prostate, and other cancers', *Pharmacoepidemiol Drug Saf*, 9: 149-55.

Hagmar, L., T. Bellander, C. Andersson, K. Lindén, R. Attewell, and T. Möller. 1991. 'Cancer morbidity in nitrate fertilizer workers', *Int Arch Occup Environ Health*, 63: 63-7.

Hamra, G. B., N. Guha, A. Cohen, F. Laden, O. Raaschou-Nielsen, J. M. Samet, P. Vineis, F. Forastiere, P. Saldiva, T. Yorifuji, and D. Loomis. 2014. 'Outdoor particulate matter exposure and lung cancer: a systematic review and meta-analysis', *Environ Health Perspect*, 122: 906-11.

Hansson, L. E., O. Nyrén, R. Bergström, A. Wolk, A. Lindgren, J. Baron, and H. O. Adami. 1994. 'Nutrients and gastric cancer risk. A population-based case-control study in Sweden', *Int J Cancer*, 57: 638-44.

Hennessy, S. 2006. 'Use of health care databases in pharmacoepidemiology', *Basic Clin Pharmacol Toxicol*, 98: 311-3.

Hernández-Ramírez, R. U., M. V. Galván-Portillo, M. H. Ward, A. Agudo, C. A. González, L. F. Oñate-Ocaña, R. Herrera-Goepfert, O. Palma-Coca, and L. López-Carrillo. 2009. 'Dietary intake of polyphenols, nitrate and nitrite and gastric cancer risk in Mexico City', *Int J Cancer*, 125: 1424-30.

Hidajat, M., D. M. McElvenny, W. Mueller, P. Ritchie, J. W. Cherrie, A. Darnton, R. M. Agius, H. Kromhout, and F. de Vocht. 2019. 'Job-exposure matrix for historical exposures to rubber dust, rubber fumes and n-Nitrosamines in the British rubber industry', *Occup Environ Med*, 76: 259-67.

Hidajat, M., D. M. McElvenny, P. Ritchie, A. Darnton, W. Mueller, R. M. Agius, J. W. Cherrie, and F. de Vocht. 2020. 'Lifetime cumulative exposure to rubber dust, fumes and N-nitrosamines and non-cancer mortality: a 49-year follow-up of UK rubber factory workers', *Occup Environ Med*, 77: 316-23.

Hidajat, M., D. M. McElvenny, P. Ritchie, A. Darnton, W. Mueller, M. van Tongeren, R. M. Agius, J. W. Cherrie, and F. de Vocht. 2019. 'Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up', *Occup Environ Med*, 76: 250-58.

Hill, A. B. 1965. 'THE ENVIRONMENT AND DISEASE: ASSOCIATION OR CAUSATION?', *Proc R Soc Med*, 58: 295-300.

Hoffman, K. B., A. R. Demakas, M. Dimbil, N. P. Tatonetti, and C. B. Erdman. 2014. 'Stimulated reporting: the impact of US food and drug administration-issued alerts on the adverse event reporting system (FAERS)', *Drug Saf*, 37: 971-80.

Hoopes, M., R. Voss, H. Angier, M. Marino, T. Schmidt, J. E. DeVoe, J. Soule, and N. Huguet. 2021. 'Assessing Cancer History Accuracy in Primary Care Electronic Health Records Through Cancer Registry Linkage', *J Natl Cancer Inst*, 113: 924-32.

Hoopes, Megan, Heather Angier, Lewis A. Raynor, Andrew Suchocki, John Muench, Miguel Marino, Pedro Rivera, and Nathalie Huguet. 2018. 'Development of an algorithm to link electronic health record prescriptions with pharmacy dispense claims', *Journal of the American Medical Informatics Association : JAMIA*, 25: 1322-30.

Hord, N. G., Y. Tang, and N. S. Bryan. 2009. 'Food sources of nitrates and nitrites: the physiologic context for potential health benefits', *Am J Clin Nutr*, 90: 1-10.

Hosseini, F., M. Majdi, S. Naghshi, F. Sheikhhossein, K. Djafarian, and S. Shab-Bidar. 2020. 'Nitrate-nitrite exposure through drinking water and diet and risk of colorectal cancer: A systematic review and meta-analysis of observational studies', *Clin Nutr*.

Hours, M., B. Dananche, J. Fevotte, A. Bergeret, L. Ayzac, E. Cardis, J. F. Etard, C. Pallen, P. Roy, and J. Fabry. 1994. 'Bladder cancer and occupational exposures', *Scand J Work Environ Health*, 20: 322-30.

Howe, G.R., M. Jain, and A.B. Miller. 1990. 'Dietary factors and risk of pancreatic cancer: results of a Canadian population-based case-control study', *In J Cancer*, 45: 604-08.

Hsu, C. L., C. H. Chang, J. W. Lin, L. C. Wu, L. M. Chuang, and M. S. Lai. 2013. 'Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients – an exploratory analysis', *Pharmacoepidemiol Drug Saf*, 22: 632-40.

Humans, Iarc Working Group on the Evaluation of Carcinogenic Risks to. 2018. 'IARC Monographs on the Evaluation of Carcinogenic Risks to Humans.' in, *Red Meat and Processed Meat* (International Agency for Research on Cancer

© International Agency for Research on Cancer, 2018. For more information contact publications@iarc.fr.: Lyon (FR)).

'IARC monographs on the evaluation of carcinogenic risks to humans. Ingested nitrate and nitrite, and cyanobacterial peptide toxins'. 2010. *IARC Monogr Eval Carcinog Risks Hum*, 94: v-vii, 1-412.

'IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds'. 1978. *IARC Monogr Eval Carcinog Risk Chem Man*, 17: 1-349.

Iwagami, M., R. Kumazawa, Y. Miyamoto, Y. Ito, M. Ishimaru, K. Morita, S. Hamada, N. Tamiya, and H. Yasunaga. 2021. 'Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018', *Drug Saf*, 44: 361-71.

Jakszyn, P., A. Agudo, A. Berenguer, R. Ibáñez, P. Amiano, G. Pera, E. Ardanaz, A. Barricarte, M. D. Chirlaque, M. Dorronsoro, N. Larrañaga, C. Martinez, C. Navarro, J. R. Quirós, M. J. Sanchéz, M. J. Tormo, and C. A. González. 2006. 'Intake and food sources of nitrites and N-nitrosodimethylamine in Spain', *Public Health Nutr*, 9: 785-91.

Jakszyn, P., A. Agudo, R. Ibáñez, R. García-Closas, G. Pera, P. Amiano, and C. A. González. 2004. 'Development of a food database of nitrosamines, heterocyclic amines, and polycyclic aromatic hydrocarbons', *J Nutr*, 134: 2011-4.

Jakszyn, P., S. Bingham, G. Pera, A. Agudo, R. Luben, A. Welch, H. Boeing, G. Del Giudice, D. Palli, C. Saieva, V. Krogh, C. Sacerdote, R. Tumino, S. Panico, G. Berglund, H. Simán, G. Hallmans, M. J. Sanchez, N. Larrañaga, A. Barricarte, M. D. Chirlaque, J. R. Quirós, T. J. Key, N. Allen, E. Lund, F. Carneiro, J. Linseisen, G. Nagel, K. Overvad, A. Tjonneland, A. Olsen, H. B. Bueno-de-Mesquita, M. O. Ocké, P. H. Peeters, M. E. Numans, F. Clavel-Chapelon, A. Trichopoulou, C. Fenger, R. Stenling, P. Ferrari, M. Jenab, T. Norat, E. Riboli, and C. A. Gonzalez. 2006. 'Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study', *Carcinogenesis*, 27: 1497-501.

Jakszyn, P. G., N. E. Allen, L. Lujan-Barroso, C. A. Gonzalez, T. J. Key, A. Fonseca-Nunes, A. Tjønneland, N. Føns-Johnsen, K. Overvad, B. Teucher, K. Li, H. Boeing, A. Trichopoulou, E. Oikonomou, M. Sarantopoulou, C. Saieva, V. Krogh, R. Tumino, F. Ricceri, H. B. Bueno-de-Mesquita, J. M. Huerta, E. Ardanaz, M. V. Arguelles, E. Molina-Montes, N. Larrañaga, E. Wirfält, P. Wallström, M. Johansson, P. Stattin, K. T. Khaw, M. Jenab, V. Fedirko, and E. Riboli. 2012. 'Nitrosamines and heme iron and risk of prostate cancer in the European prospective investigation into cancer and nutrition', *Cancer Epidemiol Biomarkers Prev*, 21: 547-51.

Jakszyn, P., C. A. González, L. Luján-Barroso, M. M. Ros, H. B. Bueno-de-Mesquita, N. Roswall, A. M. Tjønneland, F. L. Büchner, L. Egevad, K. Overvad, O. Raaschou-Nielsen, F. Clavel-Chapelon, M. C. Boutron-Ruault, M. S. Touillaud, J. Chang-Claude, N. E. Allen, L. A. Kiemeney, T. J. Key, R. Kaaks, H. Boeing, S. Weikert, A. Trichopoulou, E. Oikonomou, D. Zylis, D. Palli, F. Berrino, P. Vineis, R. Tumino, A. Mattiello, P. H. Peeters, C. L. Parr, I. T. Gram, G. Skeie, M. J. Sánchez, N. Larrañaga, E. Ardanaz, C. Navarro, L. Rodríguez, D. Ulmert, R. Ehrnström, G. Hallmans, B. Ljungberg, A. W. Roddam, S. A. Bingham, K. T. Khaw, N. Slimani, P. A. Boffetta, M. Jenab, T. Mouw, D. S. Michaud, and E. Riboli. 2011. 'Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC)', *Cancer Epidemiol Biomarkers Prev*, 20: 555-9.

Jones, R. R., P. J. Weyer, C. T. DellaValle, M. Inoue-Choi, K. E. Anderson, K. P. Cantor, S. Krasner, K. Robien, L. E. Freeman, D. T. Silverman, and M. H. Ward. 2016. 'Nitrate from Drinking Water and Diet and Bladder Cancer Among Postmenopausal Women in Iowa', *Environ Health Perspect*, 124: 1751-58.

Kaaks, R., and E. Riboli. 1997. 'Validation and calibration of dietary intake measurements in the EPIC project: methodological considerations. European Prospective Investigation into Cancer and Nutrition', *Int J Epidemiol*, 26 Suppl 1: S15-25.

Kaelber, D. C., W. Foster, J. Gilder, T. E. Love, and A. K. Jain. 2012. 'Patient characteristics associated with venous thromboembolic events: a cohort study using pooled electronic health record data', *Journal of the American Medical Informatics Association : JAMIA*, 19: 965-72.

Kantor, E. D., K. O'Connell, M. Du, R. B. Mendelsohn, P. S. Liang, and L. Z. Braunstein. 2020. 'Ranitidine Use and Cancer Risk: Results From UK Biobank', *Gastroenterology*.

———. 2021. 'Ranitidine Use and Cancer Risk: Results From UK Biobank', *Gastroenterology*, 160: 1856-59.e5.

Karami, S., Q. Lan, N. Rothman, P. A. Stewart, K. M. Lee, R. Vermeulen, and L. E. Moore. 2012. 'Occupational trichloroethylene exposure and kidney cancer risk: a meta-analysis', *Occup Environ Med*, 69: 858-67.

Katz, P. O., L. B. Gerson, and M. F. Vela. 2013. 'Guidelines for the diagnosis and management of gastroesophageal reflux disease', *Am J Gastroenterol*, 108: 308-28; quiz 29.

Kay, J. E., J. J. Corrigan, A. L. Armijo, I. S. Nazari, I. N. Kohale, D. K. Torous, S. L. Avlasevich, R. G. Croy, D. N. Wadduwage, S. E. Carrasco, S. D. Dertinger, F. M. White, J. M. Essigmann, L. D. Samson, and B. P. Engelward. 2021. 'Excision of mutagenic replication-blocking lesions suppresses cancer but promotes cytotoxicity and lethality in nitrosamine-exposed mice', *Cell Rep*, 34: 108864.

Keszei, A. P., R. A. Goldbohm, L. J. Schouten, P. Jakszyn, and P. A. van den Brandt. 2013. 'Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study', *Am J Clin Nutr*, 97: 135-46.

Khalade, A., M. S. Jaakkola, E. Pukkala, and J. J. Jaakkola. 2010. 'Exposure to benzene at work and the risk of leukemia: a systematic review and meta-analysis', *Environ Health*, 9: 31.

Kildemoes, H. W., H. T. Sørensen, and J. Hallas. 2011. 'The Danish National Prescription Registry', *Scand J Public Health*, 39: 38-41.

Kim, A. S., H. J. Ko, J. H. Kwon, and J. M. Lee. 2018. 'Exposure to Secondhand Smoke and Risk of Cancer in Never Smokers: A Meta-Analysis of Epidemiologic Studies', *Int J Environ Res Public Health*, 15.

Kim, E. M., Y. M. Bae, M. H. Choi, and S. T. Hong. 2019. 'Connexin 43 plays an important role in the transformation of cholangiocytes with Clonochis sinensis excretory-secretory protein and N-nitrosodimethylamine', *PLoS Negl Trop Dis*, 13: e0006843.

Kim, E., and P. Viatour. 2020. 'Hepatocellular carcinoma: old friends and new tricks', *Exp Mol Med*, 52: 1898-907.

Kim, H. J., S. S. Lee, B. Y. Choi, and M. K. Kim. 2007. 'Nitrate intake relative to antioxidant vitamin intake affects gastric cancer risk: a case-control study in Korea', *Nutr Cancer*, 59: 185-91.

Kim, S., Y. Ko, H. J. Lee, and J. E. Lim. 2018. 'Menopausal hormone therapy and the risk of breast cancer by histological type and race: a meta-analysis of randomized controlled trials and cohort studies', *Breast Cancer Res Treat*, 170: 667-75.

Kim, S., S. Lee, J. Hong, I. Ko, J. Y. Kim, and D. K. Kim. 2021. 'Effect of Ranitidine Intake on the Risk of Gastric Cancer Development', *Healthcare (Basel)*, 9.

Kim, S. M., J. S. Lee, J. Lee, J. K. Na, J. H. Han, D. K. Yoon, S. H. Baik, D. S. Choi, and K. M. Choi. 2006. 'Prevalence of diabetes and impaired fasting glucose in Korea: Korean National Health and Nutrition Survey 2001', *Diabetes Care*, 29: 226-31.

Kim, Y. D., J. Wang, F. Shibli, K. E. Poels, S. J. Ganocy, and R. Fass. 2021. 'No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies', *Aliment Pharmacol Ther*.

King, Gary, and Richard Nielsen. 2019. 'Why Propensity Scores Should Not Be Used for Matching', *Political Analysis*, 27: 435-54.

Klein, R. G., I. Janowsky, B. L. Pool-Zobel, P. Schmezer, R. Hermann, F. Amelung, B. Spiegelhalder, and W. J. Zeller. 1991. 'Effects of long-term inhalation of N-nitrosodimethylamine in rats', *IARC Sci Publ*: 322-8.

Klein, R. G., and P. Schmezer. 1984. 'Quantitative measurement of the exhalation rate of volatile N-nitrosamines in inhalation experiments with anaesthetized Sprague-Dawley rats', *IARC Sci Publ*: 513-7.

Knekt, P., R. Jarvinen, J. Dich, and T. Hakulinen. 1999. 'Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study', *Int J Cancer*, 80: 852-56.

Kumar, S., D. S. Goldberg, and D. E. Kaplan. 2021. 'Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori', *Dig Dis Sci.*

La Vecchia, C., B. D'Avanzo, L. Airoldi, C. Braga, and A. Decarli. 1995. 'Nitrosamine intake and gastric cancer risk', *Eur J Cancer Prev*, 4: 469-74.

Larsson, S. C., L. Bergkvist, and A. Wolk. 2006. 'Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women', *Int J Cancer*, 119: 915-9.

Larsson, S. C., N. Orsini, and A. Wolk. 2006. 'Processed meat consumption and stomach cancer risk: a meta-analysis', *J Natl Cancer Inst*, 98: 1078-87.

Lee, F. I., M. Hardman, and M. E. Jaderberg. 1991. 'Maintenance treatment of duodenal ulceration: ranitidine 300 mg at night is better than 150 mg in cigarette smokers', *Gut*, 32: 151-3.

Lee, F. I., P. I. Reed, J. P. Crowe, R. L. McIsaac, and J. R. Wood. 1986. 'Acute treatment of duodenal ulcer: a multicentre study to compare ranitidine 150 mg twice daily with ranitidine 300 mg once at night', *Gut*, 27: 1091-5.

Lee, H. S. 2019. 'Literature compilation of volatile N-nitrosamines in processed meat and poultry products - an update', *Food Addit Contam Part A Chem Anal Control Expo Risk Assess*, 36: 1491-500.

Leinonen, M. K., J. Miettinen, S. Heikkinen, J. Pitkäniemi, and N. Malila. 2017. 'Quality measures of the population-based Finnish Cancer Registry indicate sound data quality for solid malignant tumours', *Eur J Cancer*, 77: 31-39.

Lenis, A. T., P. M. Lec, K. Chamie, and M. D. Mshs. 2020. 'Bladder Cancer: A Review', *JAMA*, 324: 1980-91.

Lipsy, R. J., B. Fennerty, and T. C. Fagan. 1990. 'Clinical review of histamine2 receptor antagonists', *Arch Intern Med*, 150: 745-51.

Liteplo, R. G., Bette Meek, and W. Windle. 2002. 'Concise International Chemical Assessment Document 38: N-nitrosodimethylamine', *IPCS Concise International Chemical Assessment Documents*.

Liu, P., C. McMenamin Ú, B. T. Johnston, P. Murchie, L. Iversen, A. J. Lee, P. A. J. Vissers, and C. R. Cardwell. 2020. 'Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies', *Br J Cancer*, 123: 307-15.

Llewellyn-Bennett, R., D. Edwards, N. Roberts, A. H. Hainsworth, R. Bulbulia, and L. Bowman. 2018. 'Post-trial follow-up methodology in large randomised controlled trials: a systematic review', *Trials*, 19: 298.

Loh, Y. H., P. Jakszyn, R. N. Luben, A. A. Mulligan, P. N. Mitrou, and K. T. Khaw. 2011. 'N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study', *Am J Clin Nutr*, 93: 1053-61.

Margulis, A. V., J. Fortuny, J. A. Kaye, B. Calingaert, M. Reynolds, E. Plana, L. J. McQuay, W. J. Atsma, B. Franks, S. de Vogel, S. Perez-Gutthann, and A. Arana. 2018. 'Validation of Cancer Cases Using Primary Care, Cancer Registry, and Hospitalization Data in the United Kingdom', *Epidemiology*, 29: 308-13.

Marley, Jennifer, Barbara I. Nicholl, Sara Macdonald, Frances S. Mair, and Bhautesh D. Jani. 2021. 'Associations between long-term conditions and upper gastrointestinal cancer incidence: A prospective population-based cohort of UK Biobank participants', *Journal of comorbidity*, 11: 26335565211056136-36.

Mason, I., L. J. Millar, R. R. Sheikh, W. M. Evans, P. L. Todd, M. L. Turbitt, and M. D. Taylor. 1998. 'The management of acid-related dyspepsia in general practice: a comparison of an omeprazole versus an antacid-alginate/ranitidine management strategy. Compete Research Group [corrected]', *Aliment Pharmacol Ther*, 12: 263-71.

Massey, R., M. J. Dennis, M. Pointer, and P. E. Key. 1990. 'An investigation of the levels of N-nitrosodimethylamine, apparent total N-nitroso compounds and nitrate in beer', *Food Addit Contam*, 7: 605-15.

Mathes, R. W., K. E. Malone, J. R. Daling, P. L. Porter, and C. I. Li. 2008. 'Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer', *Cancer Epidemiol Biomarkers Prev*, 17: 67-72.

Mayne, S. T., H. A. Risch, R. Dubrow, W. H. Chow, M. D. Gammon, T. L. Vaughan, D. C. Farrow, J. B. Schoenberg, J. L. Stanford, H. Ahsan, A. B. West, H. Rotterdam, W. J. Blot, and J. F. Fraumeni, Jr. 2001. 'Nutrient intake and risk of subtypes of esophageal and gastric cancer', *Cancer Epidemiol Biomarkers Prev*, 10: 1055-62.

McDowell, R. D., C. M. Hughes, P. Murchie, and C. R. Cardwell. 2021a. 'The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data', *Cancer Epidemiol*, 71: 101880.

McDowell, R. D., C. Hughes, P. Murchie, and C. Cardwell. 2021b. 'A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies', *BMC Med*, 19: 22.

McGwin, G. 2020. 'The Association between Ranitidine Use and Gastrointestinal Cancers', *Cancers (Basel)*, 13.

McNeil, J. J., G. W. Mihaly, A. Anderson, A. W. Marshall, R. A. Smallwood, and W. J. Louis. 1981. 'Pharmacokinetics of the H2- receptor antagonist ranitidine in man', *Br J Clin Pharmacol*, 12: 411-5.

Mergens, W. J., J. J. Kamm, H. L. Newmark, W. Fiddler, and J. Pensabene. 1978. 'Alpha-tocopherol: uses in preventing nitrosamine formation', *IARC Sci Publ*: 199-212.

Michaud, D. S., P. A. Mysliwiec, W. Aldoori, W. C. Willett, and E. Giovannucci. 2004. 'Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals', *Cancer Epidemiol Biomarkers Prev*, 13: 250-4.

Mohy-ud-din, N., Mohyuddin, G.R., Syed, A., Desai, S.M., Thakkar, S. 2020. "Risk of cancer with use of ranitidine: results of a cohort study of 65 million US adults." In *Digestive Disease Week*. Chicago (cancelled): American Gastroenterological Association.

Neha, R., V. Subeesh, E. Beulah, N. Gouri, and E. Maheswari. 2021. 'Existence of Notoriety Bias in FDA Adverse Event Reporting System Database and Its Impact on Signal Strength', *Hosp Pharm*, 56: 152-58.

Neiman, A. B., T. Ruppar, M. Ho, L. Garber, P. J. Weidle, Y. Hong, M. G. George, and P. G. Thorpe. 2017. 'CDC Grand Rounds: Improving Medication Adherence for Chronic Disease Management - Innovations and Opportunities', *MMWR Morb Mortal Wkly Rep*, 66: 1248-51.

Neuhouser, M. L., M. Pettinger, J. W. Lampe, L. F. Tinker, S. M. George, J. Reedy, X. Song, B. Thyagarajan, S. A. A. Beresford, and R. L. Prentice. 2021. 'Novel application of nutritional biomarkers from a controlled feeding study and observational study toward dietary pattern characterization in postmenopausal women', *Am J Epidemiol*.

Nørgaard, M., I. T. Andersen, U. Heide-Jørgensen, R. Erichsen, J. R. Rees, M. R. Karagas, and H. T. Sorensen. 2021. 'Ranitidine and risk of bladder and kidney cancer: a population based cohort study', *Cancer Epidemiol Biomarkers Prev*.

Ntp. 2016. "14th Report on carcinogens." In *Report on Carcinogens*. Research Triangle Park, NC.

Office on, Smoking, and Health. 2006. 'Publications and Reports of the Surgeon General.' in, *The Health Consequences of Involuntary Exposure to Tobacco Smoke: A Report of the Surgeon General* (Centers for Disease Control and Prevention (US): Atlanta (GA)).

'Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42'. 1987. *IARC Monogr Eval.Carcinog.Risks Hum.Suppl*, 7: 1-440.

Paeratakul, S., B. M. Popkin, L. Kohlmeier, I. Hertz-Picciotto, X. Guo, and L. J. Edwards. 1998. 'Measurement error in dietary data: implications for the epidemiologic study of the diet-disease relationship', *Eur J Clin Nutr*, 52: 722-7.

Palli, D., A. Russo, and A. Decarli. 2001. 'Dietary patterns, nutrient intake and gastric cancer in a high-risk area of Italy', *Cancer Causes Control*, 12: 163-72.

Park, Jong-Eun, Jung-Eun Seo, Jee-Yeon Lee, and Hoonjeong Kwon. 2015. 'Distribution of Seven N-Nitrosamines in Food', *Toxicological research*, 31: 279-88.

Patterson, R. E., A. R. Kristal, L. F. Tinker, R. A. Carter, M. P. Bolton, and T. Agurs-Collins. 1999. 'Measurement characteristics of the Women's Health Initiative food frequency questionnaire', *Ann Epidemiol*, 9: 178-87.

Pearce, N., A. Blair, P. Vineis, W. Ahrens, A. Andersen, J. M. Anto, B. K. Armstrong, A. A. Baccarelli, F. A. Beland, A. Berrington, P. A. Bertazzi, L. S. Birnbaum, R. C. Brownson, J. R. Bucher, K. P. Cantor, E. Cardis, J. W. Cherrie, D. C. Christiani, P. Cocco, D. Coggon, P. Comba, P. A. Demers, J. M. Dement, J. Douwes, E. A. Eisen, L. S. Engel, R. A. Fenske, L. E. Fleming, T. Fletcher, E. Fontham, F. Forastiere, R. Frentzel-Beyme, L. Fritschi, M. Gerin, M. Goldberg, P. Grandjean, T. K. Grimsrud, P. Gustavsson, A. Haines, P. Hartge, J. Hansen, M. Hauptmann, D. Heederik, K. Hemminki, D. Hemon, I. Hertz-Picciotto, J. A. Hoppin, J. Huff, B. Jarvholm, D. Kang, M. R. Karagas, K. Kjaerheim, H. Kjuus, M. Kogevinas, D. Kriebel, P. Kristensen, H. Kromhout, F. Laden, P. Lebailly, G. LeMasters, J. H. Lubin, C. F. Lynch, E. Lynge, A. t Mannetje, A. J. McMichael, J. R. McLaughlin, L. Marrett, M. Martuzzi, J. A. Merchant, E. Merler, F. Merletti, A. Miller, F. E. Mirer, R. Monson, K. C. Nordby, A. F. Olshan, M. E. Parent, F. P. Perera, M. J. Perry, A. C. Pesatori, R. Pirastu, M. Porta, E. Pukkala, C. Rice, D. B. Richardson, L. Ritter, B. Ritz, C. M. Ronckers, L. Rushton, J. A. Rusiecki, I. Rusyn, J. M. Samet, D. P. Sandler, S. de Sanjose, E. Schernhammer, A. S. Costantini, N. Seixas, C. Shy, J. Siemiatycki, D. T. Silverman, L. Simonato, A. H. Smith, M. T. Smith, J. J. Spinelli, M. R. Spitz, L. Stallones, L. T. Stayner, K. Steenland, M. Stenzel, B. W. Stewart, P. A. Stewart, E. Symanski, B. Terracini, P. E. Tolbert, H. Vainio, J. Vena, R. Vermeulen, C. G. Victora, E. M. Ward, C. R. Weinberg, D. Weisenburger, C. Wesseling, E. Weiderpass, and S. H. Zahm. 2015. 'IARC monographs: 40 years of evaluating carcinogenic hazards to humans', *Environ Health Perspect*, 123: 507-14.

Pearce, N., H. Checkoway, and D. Kriebel. 2007. 'Bias in occupational epidemiology studies', *Occup Environ Med*, 64: 562-8.

Peto, R., R. Gray, P. Brantom, and P. Grasso. 1984. 'Nitrosamine carcinogenesis in 5120 rodents: chronic administration of sixteen different concentrations of NDEA, NDMA, NPYR and NPIP in the water of 4440 inbred rats, with parallel studies on NDEA alone of the effect of age of starting (3, 6 or 20 weeks) and of species (rats, mice or hamsters)', *IARC Sci Publ*: 627-65.

Petri, H., and J. Urquhart. 1991. 'Channeling bias in the interpretation of drug effects', *Stat Med*, 10: 577-81.

Pobel, D., E. Riboli, J. Cornée, B. Hémon, and M. Guyader. 1995. 'Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France', *Eur J Epidemiol*, 11: 67-73.

Pool-Zobel, B. L., R. G. Klein, U. M. Liegibel, F. Kuchenmeister, S. Weber, and P. Schmezer. 1992. 'Systemic genotoxic effects of tobacco-related nitrosamines following oral and inhalational administration to Sprague-Dawley rats', *Clin Investig*, 70: 299-306.

Pottegård, A., S. Friis, Rd Christensen, L. A. Habel, J. J. Gagne, and J. Hallas. 2016. 'Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study', *EBioMedicine*, 7: 73-9.

Pottegård, A., S. Friis, T. Stürmer, J. Hallas, and S. Bahmanyar. 2018. 'Considerations for Pharmacoepidemiological Studies of Drug-Cancer Associations', *Basic Clin Pharmacol Toxicol*, 122: 451-59.

Pottegård, A., K. B. Kristensen, M. T. Ernst, N. B. Johansen, P. Quartarolo, and J. Hallas. 2018. 'Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study', BMJ, 362: k3851.

Pottegård, A., S. A. J. Schmidt, H. Wallach-Kildemoes, H. T. Sørensen, J. Hallas, and M. Schmidt. 2017. 'Data Resource Profile: The Danish National Prescription Registry', Int J Epidemiol, 46: 798-98f.

Prada-Ramallal, G., B. Takkouche, and A. Figueiras. 2019. 'Bias in pharmacoepidemiologic studies using secondary health care databases: a scoping review', BMC Med Res Methodol, 19: 53.

Prentice, R. L., R. T. Chlebowski, M. L. Stefanick, J. E. Manson, M. Pettinger, S. L. Hendrix, F. A. Hubbell, C. Kooperberg, L. H. Kuller, D. S. Lane, A. McTiernan, M. Jo O'Sullivan, J. E. Rossouw, and G. L. Anderson. 2008. 'Estrogen plus progestin therapy and breast cancer in recently postmenopausal women', Am J Epidemiol, 167: 1207-16.

Psaty, B. M., T. D. Koepsell, D. Lin, N. S. Weiss, D. S. Siscovick, F. R. Rosendaal, M. Pahor, and C. D. Furberg. 1999. 'Assessment and control for confounding by indication in observational studies', J Am Geriatr Soc, 47: 749-54.

Quist, A. J. L., M. Inoue-Choi, P. J. Weyer, K. E. Anderson, K. P. Cantor, S. Krasner, L. E. B. Freeman, M. H. Ward, and R. R. Jones. 2018. 'Ingested nitrate and nitrite, disinfection by-products, and pancreatic cancer risk in postmenopausal women', Int J Cancer, 142: 251-61.

Rabbani, A., and G. C. Alexander. 2009. 'Cost savings associated with filling a 3-month supply of prescription medicines', Appl Health Econ Health Policy, 7: 255-64.

Rademacher, J. J., T. B. Young, and M. S. Kanarek. 1992. 'Gastric cancer mortality and nitrate levels in Wisconsin drinking water', Arch Environ Health, 47: 292-4.

Rajagopalan, S., M. Brauer, A. Bhatnagar, D. L. Bhatt, J. R. Brook, W. Huang, T. Münzel, D. Newby, J. Siegel, and R. D. Brook. 2020. 'Personal-Level Protective Actions Against Particulate Matter Air Pollution Exposure: A Scientific Statement From the American Heart Association', Circulation, 142: e411-e31.

'Reduction in the incidence of type 2 diabetes with lifestyle intervention or Metformin. Diabetes Prevention Program Research Group'. 2002. N Engl J Med, 346: 393-403.

Reeves, G. K., V. Beral, J. Green, T. Gathani, and D. Bull. 2006. 'Hormonal therapy for menopause and breast-cancer risk by histological type: a cohort study and meta-analysis', Lancet Oncol, 7: 910-8.

Research, World Cancer Research Fund/American Institute for Cancer. Washington DC: AICR. 2007. Food, Nutrition, Physical Activity, and the Prevention of Cancer: A Global Perspective.

Research., World Cancer Research Fund / American Institute for Cancer. 2007. "Food, Nutrition, Physical Activity, and the Prevention of Cancer: a Global Perspective. ." In. Washington, D.C.: AICR.

Riboli, E. 1992. 'Nutrition and cancer:  background and rationale of the European Prospective Investigation into cancer and Nutrition (EPIC)', Ann Oncol, 3: 783-91.

Riboli, E., K. J. Hunt, N. Slimani, P. Ferrari, T. Norat, M. Fahey, U. R. Charrondière, B. Hémon, C. Casagrande, J. Vignat, K. Overvad, A. Tjønneland, F. Clavel-Chapelon, A. Thiébaut, J. Wahrendorf, H. Boeing, D. Trichopoulos, A. Trichopoulou, P. Vineis, D. Palli, H. B. Bueno-De-Mesquita, P. H. Peeters, E. Lund, D. Engeset, C. A. González, A. Barricarte, G. Berglund, G. Hallmans, N. E. Day, T. J. Key, R. Kaaks, and R. Saracci. 2002. 'European Prospective Investigation into Cancer and Nutrition (EPIC): study populations and data collection', Public Health Nutr, 5: 1113-24.

Risch, H. A., M. Jain, N. W. Choi, J. G. Fodor, C. J. Pfeiffer, G. R. Howe, L. W. Harrison, K. J. Craib, and A. B. Miller. 1985. 'Dietary factors and the incidence of cancer of the stomach', Am J Epidemiol, 122: 947-59.

Rising, K., P. Bacchetti, and L. Bero. 2008. 'Reporting bias in drug trials submitted to the Food and Drug Administration: review of publication and presentation', PLoS Med, 5: e217; discussion e17.

Roberts, C. J. 1984. 'Clinical pharmacokinetics of ranitidine', Clin Pharmacokinet, 9: 211-21.

311

Rock, C. L., C. Thomson, T. Gansler, S. M. Gapstur, M. L. McCullough, A. V. Patel, K. S. Andrews, E. V. Bandera, C. K. Spees, K. Robien, S. Hartman, K. Sullivan, B. L. Grant, K. K. Hamilton, L. H. Kushi, B. J. Caan, D. Kibbe, J. D. Black, T. L. Wiedt, C. McMahon, K. Sloan, and C. Doyle. 2020. 'American Cancer Society guideline for diet and physical activity for cancer prevention', *CA Cancer J Clin*, 70: 245-71.

Rogers, M. A., T. L. Vaughan, S. Davis, and D. B. Thomas. 1995. 'Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer', *Cancer Epidemiol Biomarkers Prev*, 4: 29-36.

Rossing, M. A., D. Scholes, K. L. Cushing-Haugen, and L. F. Voigt. 2000. 'Cimetidine use and risk of prostate and breast cancer', *Cancer Epidemiol Biomarkers Prev*, 9: 319-23.

Rossouw, J. E., G. L. Anderson, R. L. Prentice, A. Z. LaCroix, C. Kooperberg, M. L. Stefanick, R. D. Jackson, S. A. Beresford, B. V. Howard, K. C. Johnson, J. M. Kotchen, and J. Ockene. 2002. 'Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial', *JAMA*, 288: 321-33.

Rothman, K., Greenland, S., Lash, T. L. 2008. *Modern Epidemiology* (Lippincott, Williams, & Wilkins: Philadelphia).

Rothman, K. J. 1981. 'Induction and latent periods', *Am J Epidemiol*, 114: 253-9.

———. 2014. 'Six persistent research misconceptions', *J Gen Intern Med*, 29: 1060-4.

Rothman, K. J., and S. Greenland. 2005. 'Causation and causal inference in epidemiology', *Am J Public Health*, 95 Suppl 1: S144-50.

Russo, J., and I. H. Russo. 2006. 'The role of estrogen in the initiation of breast cancer', *J Steroid Biochem Mol Biol*, 102: 89-96.

Ruszniewski, P., A. Slama, M. Pappo, and M. Mignon. 1993. 'Two year maintenance treatment of duodenal ulcer disease with ranitidine 150 mg: a prospective multicentre randomised study. GEMUD (Groupe d'Etude de la Maladie Ulcéreuse Duodénale)', *Gut*, 34: 1662-5.

Ryder, S. D., S. O'Reilly, R. J. Miller, J. Ross, M. R. Jacyna, and A. J. Levi. 1994. 'Long term acid suppressing treatment in general practice', *BMJ*, 308: 827-30.

Salas, M., A. Ward, and J. Caro. 2002. 'Are proton pump inhibitors the first choice for acute treatment of gastric ulcers? A meta analysis of randomized clinical trials', *BMC Gastroenterol*, 2: 17.

Scanlan, R. A., and J. F. Barbour. 1991. 'N-nitrosodimethylamine content of US and Canadian beers', *IARC Sci Publ*: 242-3.

Schisterman, E. F., S. R. Cole, and R. W. Platt. 2009. 'Overadjustment bias and unnecessary adjustment in epidemiologic studies', *Epidemiology*, 20: 488-95.

Schneeweiss, S., and J. Avorn. 2005. 'A review of uses of health care utilization databases for epidemiologic research on therapeutics', *J Clin Epidemiol*, 58: 323-37.

Seo, S. I., C. H. Park, S. C. You, J. Y. Kim, K. J. Lee, J. Kim, Y. Kim, J. J. Yoo, W. W. Seo, H. S. Lee, and W. G. Shin. 2021. 'Association between proton pump inhibitor use and gastric cancer: a population-based cohort study using two different types of nationwide databases in Korea', *Gut*.

Shin, G. Y., J. M. Park, J. Hong, Y. K. Cho, H. W. Yim, and M. G. Choi. 2021. 'Use of Proton Pump Inhibitors vs Histamine 2 Receptor Antagonists for the Risk of Gastric Cancer: Population-Based Cohort Study', *Am J Gastroenterol*, 116: 1211-19.

Siegel, R. L., K. D. Miller, H. E. Fuchs, and A. Jemal. 2021. 'Cancer Statistics, 2021', *CA Cancer J Clin*, 71: 7-33.

Siemiatycki, J., S. Wacholder, R. Dewar, E. Cardis, C. Greenwood, and L. Richardson. 1988. 'Degree of confounding bias related to smoking, ethnic group, and socioeconomic status in estimates of the associations between occupation and cancer', *J Occup Med*, 30: 617-25.

Siemiatycki, J., S. Wacholder, R. Dewar, L. Wald, D. Bégin, L. Richardson, K. Rosenman, and M. Gérin. 1988. 'Smoking and degree of occupational exposure: are internal analyses in cohort studies likely to be confounded by smoking status?', *Am J Ind Med*, 13: 59-69.

Silver, M. T., R. H. Murdock, Jr., B. B. Morrill, and S. O. Sue. 1996. 'Ranitidine 300 mg twice daily and 150 mg four-times daily are effective in healing erosive oesophagitis', *Aliment Pharmacol Ther*, 10: 373-80.

Simon, B., G. Bianchi Porro, M. Cremer, G. Dobrilla, U. Haglund, S. L. Dunn, and K. Summers. 1986. 'A single nighttime dose of ranitidine 300 mg versus ranitidine 150 mg twice daily in the acute treatment of duodenal ulcer: a European multicenter trial', *J Clin Gastroenterol*, 8: 367-70.

Singh, S., and Y. K. Loke. 2012. 'Drug safety assessment in clinical trials: methodological challenges and opportunities', *Trials*, 13: 138.

Song, P., L. Wu, and W. Guan. 2015. 'Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis', *Nutrients*, 7: 9872-95.

Song, S. O., C. H. Jung, Y. D. Song, C. Y. Park, H. S. Kwon, B. S. Cha, J. Y. Park, K. U. Lee, K. S. Ko, and B. W. Lee. 2014. 'Background and data configuration process of a nationwide population-based study using the korean national health insurance system', *Diabetes Metab J*, 38: 395-403.

Sorahan, T., H. G. Parkes, C. A. Veys, and J. A. Waterhouse. 1986. 'Cancer mortality in the British rubber industry: 1946-80', *Br J Ind Med*, 43: 363-73.

Souliotis, V. L., S. Chhabra, L. M. Anderson, and S. A. Kyrtopoulos. 1995. 'Dosimetry of O6-methylguanine in rat DNA after low-dose, chronic exposure to N-nitrosodimethylamine (NDMA). Implications for the mechanism of NDMA hepatocarcinogenesis', *Carcinogenesis*, 16: 2381-7.

Souliotis, V. L., J. R. Henneman, C. D. Reed, S. K. Chhabra, B. A. Diwan, L. M. Anderson, and S. A. Kyrtopoulos. 2002. 'DNA adducts and liver DNA replication in rats during chronic exposure to N-nitrosodimethylamine (NDMA) and their relationships to the dose-dependence of NDMA hepatocarcinogenesis', *Mutat Res*, 500: 75-87.

Souliotis, V. L., J. H. van Delft, M. J. Steenwinkel, R. A. Baan, and S. A. Kyrtopoulos. 1998. 'DNA adducts, mutant frequencies and mutation spectra in lambda lacZ transgenic mice treated with N-nitrosodimethylamine', *Carcinogenesis*, 19: 731-9.

Sridharan, L., and P. Greenland. 2009. 'Editorial policies and publication bias: the importance of negative studies', *Arch Intern Med*, 169: 1022-3.

Stephenson, J. 2003. 'FDA orders estrogen safety warnings: agency offers guidance for HRT use', *JAMA*, 289: 537-8.

Stolzenberg-Solomon, R. Z., P. Pietinen, P. R. Taylor, J. Virtamo, and D. Albanes. 2002. 'Prospective study of diet and pancreatic cancer in male smokers', *Am J Epidemiol*, 155: 783-92.

Straif, K., S. K. Weiland, M. Bungers, D. Holthenrich, D. Taeger, S. Yi, and U. Keil. 2000. 'Exposure to high concentrations of nitrosamines and cancer mortality among a cohort of rubber workers', *Occup Environ Med*, 57: 180-7.

Stürmer, T., R. Wyss, R. J. Glynn, and M. A. Brookhart. 2014. 'Propensity scores for confounder adjustment when assessing the effects of medical interventions using nonexperimental study designs', *J Intern Med*, 275: 570-80.

Suissa, M., and J. LeLorier. 2020. 'Pharmacologically pertinent period of effect (PPPE)', *Pharmacoepidemiol Drug Saf*, 29 Suppl 1: 61-67.

Tan, M. C., H. B. El-Serag, X. Yu, and A. P. Thrift. 2018. 'Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans', *Aliment Pharmacol Ther*, 48: 469-77.

Tannenbaum, S. R., J. S. Wishnok, and C. D. Leaf. 1991. 'Inhibition of nitrosamine formation by ascorbic acid', *Am J Clin Nutr*, 53: 247s-50s.

Teppo, L., E. Pukkala, and M. Lehtonen. 1994. 'Data quality and quality control of a population-based cancer registry. Experience in Finland', *Acta Oncol*, 33: 365-9.

Then, E. O., M. Lopez, S. Saleem, V. Gayam, T. Sunkara, A. Culliford, and V. Gaduputi. 2020. 'Esophageal Cancer: An Updated Surveillance Epidemiology and End Results Database Analysis', *World J Oncol*, 11: 55-64.

Thompson, Caroline A., Anqi Jin, Harold S. Luft, Daphne Y. Lichtensztajn, Laura Allen, Su-Ying Liang, Benjamin T. Schumacher, and Scarlett Lin Gomez. 2020. 'Population-Based Registry Linkages to Improve Validity of Electronic Health Record-Based Cancer Research', *Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology*, 29: 796-806.

Thompson, R., G. Mitrou, S. Brown, E. Almond, I. Bandurek, N. Brockton, M. Kälfors, D. McGinley-Gieser, B. Sinclair, L. Meincke, M. Wiseman, and K. Allen. 2018. 'Major new review of global evidence on diet, nutrition and physical activity: A blueprint to reduce cancer risk', *Nutrition Bulletin*, 43: 269-83.

Thongchot, S., M. Thanee, W. Loilome, A. Techasen, T. Boonmars, P. Sa-Ngiamwibool, A. Titapun, P. Yongvanit, C. Isidoro, and N. Namwat. 2020. 'Curative effect of xanthohumol supplementation during liver fluke-associated cholangiocarcinogenesis: Potential involvement of autophagy', *J Tradit Complement Med*, 10: 230-35.

Tran, K. T., C. McMenamin Ú, B. Hicks, P. Murchie, A. P. Thrift, H. G. Coleman, L. Iversen, B. T. Johnston, A. J. Lee, and C. R. Cardwell. 2018. 'Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies', *Aliment Pharmacol Ther*, 48: 55-64.

Tricker, A. R., B. Pfundstein, E. Theobald, R. Preussmann, and B. Spiegelhalder. 1991. 'Mean daily intake of volatile N-nitrosamines from foods and beverages in West Germany in 1989-1990', *Food Chem Toxicol*, 29: 729-32.

Tricker, A. R., and R. Preussmann. 1991. 'Carcinogenic N-nitrosamines in the diet: occurrence, formation, mechanisms and carcinogenic potential', *Mutat Res*, 259: 277-89.

Tucker, T. C., E. B. Durbin, J. K. McDowell, and B. Huang. 2019. 'Unlocking the potential of population-based cancer registries', *Cancer*, 125: 3729-37.

van den Brandt, P. A., R. A. Goldbohm, P. van 't Veer, A. Volovics, R. J. Hermus, and F. Sturmans. 1990. 'A large-scale prospective cohort study on diet and cancer in The Netherlands', *J Clin Epidemiol*, 43: 285-95.

van der Pols, J. C., G. M. Williams, N. Pandeya, V. Logan, and A. C. Green. 2006. 'Prolonged prevention of squamous cell carcinoma of the skin by regular sunscreen use', *Cancer Epidemiol Biomarkers Prev*, 15: 2546-8.

van Hecken, A. M., T. B. Tjandramaga, A. Mullie, R. Verbesselt, and P. J. de Schepper. 1982. 'Ranitidine: single dose pharmacokinetics and absolute bioavailability in man', *Br J Clin Pharmacol*, 14: 195-200.

van Loon, A. J., A. A. Botterweck, R. A. Goldbohm, H. A. Brants, J. D. van Klaveren, and P. A. van den Brandt. 1998. 'Intake of nitrate and nitrite and the risk of gastric cancer: a prospective cohort study', *Br J Cancer*, 78: 129-35.

Veettil, S. K., T. Y. Wong, Y. S. Loo, M. C. Playdon, N. M. Lai, E. L. Giovannucci, and N. Chaiyakunapruk. 2021. 'Role of Diet in Colorectal Cancer Incidence: Umbrella Review of Meta-analyses of Prospective Observational Studies', *JAMA Netw Open*, 4: e2037341.

Vermeer, I. T., D. M. Pachen, J. W. Dallinga, J. C. Kleinjans, and J. M. van Maanen. 1998. 'Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet', *Environ Health Perspect*, 106: 459-63.

Walan, A., J. P. Bader, M. Classen, C. B. Lamers, D. W. Piper, K. Rutgersson, and S. Eriksson. 1989. 'Effect of omeprazole and ranitidine on ulcer healing and relapse rates in patients with benign gastric ulcer', *N Engl J Med*, 320: 69-75.

Wang, Q., N. A. Berger, and R. Xu. 2021. 'Analyses of Risk, Racial Disparity, and Outcomes Among US Patients With Cancer and COVID-19 Infection', *JAMA Oncol*, 7: 220-27.

Ward, M. H., K. P. Cantor, D. Riley, S. Merkle, and C. F. Lynch. 2003. 'Nitrate in public water supplies and risk of bladder cancer', *Epidemiology*, 14: 183-90.

Ward, M. H., E. F. Heineman, R. S. Markin, and D. D. Weisenburger. 2008. 'Adenocarcinoma of the stomach and esophagus and drinking water and dietary sources of nitrate and nitrite', *Int J Occup Environ Health*, 14: 193-7.

Ward, M. H., R. R. Jones, J. D. Brender, T. M. de Kok, P. J. Weyer, B. T. Nolan, C. M. Villanueva, and S. G. van Breda. 2018. 'Drinking Water Nitrate and Human Health: An Updated Review', *Int J Environ Res Public Health*, 15.

Wasserstein, Ronald L., and Nicole A. Lazar. 2016. 'The ASA Statement on p-Values: Context, Process, and Purpose', *The American Statistician*, 70: 129-33.

Wasserstein, Ronald L., Allen L. Schirm, and Nicole A. Lazar. 2019. 'Moving to a World Beyond "p < 0.05"', *The American Statistician*, 73: 1-19.

Weyer, P. J., J. R. Cerhan, B. C. Kross, G. R. Hallberg, J. Kantamneni, G. Breuer, M. P. Jones, W. Zheng, and C. F. Lynch. 2001. 'Municipal drinking water nitrate level and cancer risk in older women: the Iowa Women's Health Study', *Epidemiology*, 12: 327-38.

White, C. M. 2020. 'Understanding and Preventing (N-Nitrosodimethylamine) NDMA Contamination of Medications', *Ann Pharmacother*, 54: 611-14.

White, C. Michael, and Adrian V. Hernandez. 2021. 'Ranitidine and Risk of N-Nitrosodimethylamine (NDMA) Formation', *JAMA*.

Wilkens, L. R., M. M. Kadir, L. N. Kolonel, A. M. Nomura, and J. H. Hankin. 1996. 'Risk factors for lower urinary tract cancer: the role of total fluid consumption, nitrites and nitrosamines, and selected foods', *Cancer Epidemiol Biomarkers Prev*, 5: 161-6.

Wolff, I. A., and A. E. Wasserman. 1972. 'Nitrates, nitrites, and nitrosamines', *Science*, 177: 15-9.

Wongsena, W., L. Charoensuk, R. Dangtakot, P. Pinlaor, K. Intuyod, and S. Pinlaor. 2018. 'Melatonin suppresses eosinophils and Th17 cells in hamsters treated with a combination of human liver fluke infection and a chemical carcinogen', *Pharmacol Rep*, 70: 98-105.

Writing Group for the Women's Health Initiative. 2002. 'Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results from the Women's Health Initiative randomized controlled trial', *JAMA*, 288: 321-33.

Xie, L., M. Mo, H. X. Jia, F. Liang, J. Yuan, and J. Zhu. 2016. 'Association between dietary nitrate and nitrite intake and sitespecific cancer risk: evidence from observational studies', *Oncotarget*, 7: 56915-32.

Yamana, H., M. Moriwaki, H. Horiguchi, M. Kodan, K. Fushimi, and H. Yasunaga. 2017. 'Validity of diagnoses, procedures, and laboratory data in Japanese administrative data', *J Epidemiol*, 27: 476-82.

Yang, C. Y., H. F. Chiu, J. F. Chiu, M. F. Cheng, and W. Y. Kao. 1997. 'Gastric cancer mortality and drinking water qualities in Taiwan', *Arch Environ Contam Toxicol*, 33: 336-40.

Yang, C. Y., S. S. Tsai, and H. F. Chiu. 2009. 'Nitrate in drinking water and risk of death from pancreatic cancer in Taiwan', *J Toxicol Environ Health A*, 72: 397-401.

Yoon, H. J., J. H. Kim, G. H. Seo, and H. Park. 2021. 'Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea', *J Clin Med*, 10.

Zandjani, F., B. Høgsaet, A. Andersen, and S. Langård. 1994. 'Incidence of cancer among nitrate fertilizer workers', *Int Arch Occup Environ Health*, 66: 189-93.

Zeegers, M. P., R. F. Selen, J. C. Kleinjans, R. A. Goldbohm, and P. A. van den Brandt. 2006. 'Nitrate intake does not influence bladder cancer risk: the Netherlands cohort study', *Environ Health Perspect*, 114: 1527-31.

Zeng, R., W. Sha, J. Wang, Z. Zhuo, H. Wu, F. W. Leung, and H. Chen. 2021. 'Evaluation of proton pump inhibitors and risks of gastric cancer', *Gut*.

Zhang, F. X., Y. Miao, J. G. Ruan, S. P. Meng, J. D. Dong, H. Yin, Y. Huang, F. R. Chen, Z. C. Wang, and Y. F. Lai. 2019. 'Association Between Nitrite and Nitrate Intake and Risk of Gastric Cancer: A Systematic Review and Meta-Analysis', *Med Sci Monit*, 25: 1788-99.

Zheng, J., C. R. Daniel, R. I. Hatia, J. Stuff, A. A. Abdelhakeem, A. Rashid, Y. S. Chun, P. K. Jalal, A. O. Kaseb, D. Li, and M. M. Hassan. 2021. 'Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A USA-Based Study', *Hepatology*.

Zheng, J., J. Stuff, H. Tang, M. M. Hassan, C. R. Daniel, and D. Li. 2019. 'Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study', *Carcinogenesis*, 40: 254-62.

Zhu, Y., P. P. Wang, J. Zhao, R. Green, Z. Sun, B. Roebothan, J. Squires, S. Buehler, E. Dicks, J. Zhao, M. Cotterchio, P. T. Campbell, M. Jain, P. S. Parfrey, and J. R. McLaughlin. 2014. 'Dietary N-nitroso compounds and risk of colorectal cancer: a case-control study in Newfoundland and Labrador and Ontario, Canada', *Br J Nutr*, 111: 1109-17.

Table 7: Epidemiological Studies of NDMA and Cancer Risk, by Source of NDMA

**Bladder Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Ranitidine** | | | | | | | | | |
| Norgaard 2021 | Ranitidine vs 1. other H2 blockers 2. PPI | Cohort (pharmacy database) | 4284 | 606,626 | Subset of Danish population | Crude RR: 1.33 (1.15-1.55) Inverse probability of treatment weighted: RR 1.11 (0.95-1.29) Vs PPI: no association | Dose of drug not assessed 5 vs 10 years use: no increased risk | Age, date of study entry, co-morbidities | |
| Yoon 2021 | Ranitidine vs famotidine users | Cohort (pharmacy database) | 139 | 50,610 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine users | HR: 1.41 (0.88-2.24) | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Users prescribed ranitidine or famotidine during 2009-11 |
| Iwagami 2020 | Ranitidine + nizatidine (vs other H2 blockers) | Cohort (pharmacy database) | 265 | 600,321 | Japanese medical data center claims database | Crude RR 1.1 | Not assessed for individual cancers | none | All patients used some type of H2 blocker Data not |

| | | | | | | | | | presented for ranitidine alone. |
|---|---|---|---|---|---|---|---|---|---|
| Cardwell 2021 | ranitidine | Nested case-control | 3260 | 14,037 | Nested case-control in Scottish primary care database | 1.22 (1.06-1.4) Risk higher with 3+ years use: 1.43 (1.04-1.94) | Yes | Co-morbidities & smoking | |
| Kantor 2020 | ranitidine | cohort | 554 | 459,204 | UK Biobank | Use >= 4 weeks at study entry: HR 1.22 (0.74-2.01) | Not assessed | Age, sex, race, household income, BMI, smoking, alcohol, physical activity, diabetes | 1-time exposure 2006-10; only 2% used ranitidine, follow-up only 5-9 years |
| Michaud 2004 | ranitidine | cohort | 414 | 51,529 | Male health professionals | Use of either cimetidine or ranitidine RR 1.58 (0.93-2.69), independent of presence/absence of gastric ulcer | Not assessed | "multivariate", not defined | Did not report data for ranitidine or cimetidine separately |
| Habel 1999 | ranitidine | cohort | 7 cases in ranitidine users (combined kidney and bladder) | 49,229 | Kaiser Northern California | 1.56 (0.74-3.3) | Not assessed | Age, gender, pharmacy data source | Data on bladder alone not provided |
| | | | | | | | | | |
| **Occupation** | | | | | | | | | |

319

| Straif 2000 | NDMA rubber workers | Cohort | 21 (deaths) | 8933 | German rubber workers | Compared with low exposure: Medium exp: 1.2 (0.5-3.0) High exp: 1.3 (0.4-4.0) | No | Age | High exposure includes >= 10 years in high exposure jobs |
|---|---|---|---|---|---|---|---|---|---|
| Hidajat 2019 | NDMA rubber workers | Cohort vs population | 417 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality Quartile 1: 1.0 Quartile 2: 1.57 (1.19-2.07) Quartile 3: 2.45 (1.87-3.21) Quartile 4: 2.82 (2.16-3.67) | Yes | Birth year, rubber dust, rubber fumes | P trend = 0.01 |
| Hours 1994 | All occupations | Case-control (both hosp and pop controls) | 116 (97 men, 19 women) | 232 | French patients in all public hospitals, & 3 select private hospitals | Occupations w/nitrate exposure (population controls): Rubber: 5.71 (0.6-52) Cutting fluids: 2.56 (1.2-5.4) Nitrates: 8.2 (0.9-77.2) | | | |
| | | | | | | | | | |
| Zandjani 1994 | Nitrate fertilizer workers | Cohort | 17 | 1756 men | Norwegian nitrate fertilizer workers (>= 1 year | Standardized incidence ratio vs population expected 14 | | | |

| | | | | | employment) | cases: 1.21 (0.71-1.94) | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fandrem 1993 | Nitrate fertilizer workers | Cohort | 13 | 2023 men | Norwegian nitrate fertilizer workers (>= 1 year employment) | Standardized incidence ratio vs population expected 13.5 cases: 0.96 (0.51-1.64) | | | |
| Hagmar 1991 | Nitrate fertilizer workers | Cohort | 7 | 2131 men | Swedish nitrate fertilizer workers (>= 3 months employment) | Standardized incidence ratio vs population expected 8.2 cases: 0.85 (0.34-1.75) | | | |
| Al-Dabbagh 1986 | Nitrate fertilizer workers | Cohort | 2 (deaths) | 1327 men | English nitrate fertilizer workers (>= 1 year employment) | Standardized mortality ratio: 109 | | | |
| | | | | | | | | | |
| **Diet** | | | | | | | | | |
| Barry 2020 | Diet | Cohort | 987 | 1180 | New England population based | Nitrate from processed meat mg/d: <=0.26   1.0 0.27-.43  1.0 0.44-0.66  1.3 0.66-0.98  1.2 >0.98      1.4 P trend=0.04 Nitrite from | | | |

321

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | processed meat mg/d:<br>\<=0.04    1.0<br>0.05-.06  1.2<br>0.06-0.09 1.3<br>0.09-0.14 1.5<br>\>0.14       1.5<br>P trend=0.04 | | | |
| Jones 2016 | Diet | Cohort | 258 | 34,708 | Postmenopausal women – Iowa | Nitrate mg/day:<br>\< 16.2: 1.00<br>16.2-23.9: 1.01 (0.72-1.43)<br>24-34.2: 0.94 (0.66-1.35)<br>\>34.2: 0.85 (0.58-1.26)<br>Nitrite mg/day:<br>\<0.86: 1.00<br>0.86-1.12: 1.15 (0.78-1.70)<br>1.13-1.43: 1.38 (0.89-2.16)<br>\>1.43: 1.15 (0.65-2.03) | | | |
| Xie 2016 | Diet | Meta-analysis of case-control & cohort studies | | | 6 studies of bladder cancer; 6 with nitrate, 4 with nitrite exposures | Highest vs lowest: Nitrate: 0.93 (.73-1.06)<br>Nitrite: 1.11 (.97-1.28) | Not assessed for individual cancers | Adjusted within individual studies | Included studies published through 2016 |
| Catsburg 2013 | Diet | Case-control | 1660 | 1586 | Los Angeles population-based | Nitrosamine (ng)<br>\<=14.6: 1.00<br>14.7-24.8: 1.08 | | | |

| | | | | | | 24.9-36.2: 1.01 36.3-54.4: 1.03 >=54.5: 1.03 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jakszyn | Diet | Cohort | 1001 | 481,419 | Epic cohort in 10 European countries | NDMA Q1: 1.0 Q2: 1.14 Q3: 1.07 Q4: 1.12 Low Occupational Exposure Q1: 1.0 Q2: 1.19 Q3: 1.45 Q4: 1.39 | No, overall Suggestive in: Individuals with low occupational exposure to other bladder carcinogens | Age, sex, center, education, BMI, smoking, energy intake | |
| Ferrucci 2010 | Diet | Cohort | 854 | 300,933 | NIH/AARP cohort | Nitrite & nitrate from processed meat (mg/1000 kcal), median value of quintile: 0.06: 1.0 0.16: 1.19 (0.92-1.53) 0.29: 1.15 (0.90-1.48) 0.50: 1.21 (0.94-1.55) 0.95: 1.29 (1.00-1.67) | | | |
| Zeegers 2006 | Diet | Cohort | 889 | 4441 | Netherlands cohort of over 120,000 men and women | Food (mg/day): 2-69:        1.0 69-88:       1.15 88-107.5:   1.05 | | | |

| | | | | | | 107.5-135.3: 1.05 135.3-451.1: 1.04 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ward 2003 | Diet | Case-control | 1118 | 1886 | Iowa population based | Men. Nitrate: <59: 1.0 59-84: 0.8 84-119: 0.9 >119: 0.9 Nitrite: <.81: 1.0 .81-1.06: 1.1 1.06-1.39: 1.2 >1.39: 1.2 | Yes, in men with increasing nitrite exposure | Age, cigarette smoking, education, duration of chlorinated surface water use study period. | Women, Nitrate: <62: 1.0 62-90: 1.2 90-127:.9 >127:.8 Nitrate: <.58: 1.0 .58-.75:1.0 .75-.98: .8 >.98: 1.0 |
| Wilkens 1996 | Diet | Case-control | 261 | 522 | Japanese & Caucasians in Hawaii | Japanese men, nitrites: Tertile 3 vs 1: 2.0 (1.0-4.0) p=.05 Nitrosamines: Tertile 3 vs 1: 3.0 (1.4-6.4, p=.01) | | | Japanese women, nitrosamines: Tertile 3 vs 1: 1.9 (0.6-5.8) |
| **Water** | | | | | | | | | |
| Essien 2020 | Drinking water nitrate | Meta-analysis | | | 8 studies through Jan. 2020 | Highest vs lowest category of nitrate consumption from drinking water: OR 0.94 (0.70-1.17) | | | |
| Barry 2020 | Water | Cohort | 1037 | 1225 | New England population based | Average daily nitrate intake (mg): <=0.30    1.0 0.31-.62   1.1 | Barry 2020 | | Diet |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0.63-1.29  1.1<br>1.30-4.59  1.5<br>>4.59        1.4<br>P trend=0.06 | | | |
| Jones 2016 | Drinking water nitrate | Cohort | 258 | 34,708 | Postmenopausal women – Iowa | Nitrate-nitrogen mg/L:<br>< 0.47: 1.00<br>0.47-1.07: 1.14 (0.68-1.90)<br>1.08-2.97: 0.97 (0.58-1.62)<br>>2.97: 1.47 (0.91-2.38) | | | |
| Espejo-Herrera 2015 | Water consumption & residence | Case-control | 531 | 556 | Hospital-based, Spain | Average daily nitrate intake (mg/day):<br><= 4   1.0<br>4-8    0.74<br>>= 9   0.65 | | | |
| Chiu 2007 | Drinking water nitrate | Case-control | 513 deaths | 513 deaths (not cancers previously related to nitrates) | Taiwan | Nitrate levels in drinking water (mg/L):<br><=0.18        1.0<br>0.19-0.45    1.76<br>0.48-2.86    1.96<br>P trend < 0.001 | | | |
| Zeegers 2006 | Drinking water nitrate | Cohort | 889 | 4441 | Netherlands cohort of over 120,000 men and women | Drinking water nitrate (mg/day):<br>0-.9:      1.0<br>.9-2.4:    .84<br>2.4-4.4:   1.11<br>4.4-7.7:   1.08<br>7.7-92.7: 1.06 | | | |
| Ward 2003 | Drinking | Case- | 808 | 1259 | Iowa | Average nitrate | | | |

| | water nitrate | control | | | population-based | (mg/L): Men: <.6     1.0 .6-1.4     0.9 1.4-3.09   0.8 >= 3.09    0.5 Women: <.67     1.0 .67-1.18   0.7 1.18-2.48 0.6 >=2.48     0.8 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Colon & Rectal Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response? | Variables adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| | | | | | | | | | |
| Kim 2021 | Ranitidine vs famotidine & omeprazole | cohort | 13,890 | 3,670,046 | Explorys electronic health record database of 360 US hospital systems | Odds ratio: Ranitidine vs famotidine: 0.49 (0.46-0.52) Ranitidine vs. omeprazole: 0.97 (0.90-1.03) | Not assessed | Age, race, sex, & one colorectal cancer risk factor | |
| Yoon 2021 | Ranitidine vs famotidine users | cohort | 451 | 50,610 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine users | HR: 0.98 (0.78-1.23) | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Users prescribed ranitidine or famotidine during 2009-11 |
| Iwagami 2020 | Ranitidine + nizatidine (vs other H2 blockers) | cohort | 1787 | 617,727 | Japanese medical data center claims database | 1.02 (0.91-1.15) | Not assessed for individual cancers | Age, sex, indication, co-meds, co-morbidities, Charlson index, year start of follow-up | All patients used some type of H2 blocker Did not provide data specific for ranitidine use by cancer site |
| Kantor 2021 | ranitidine | cohort | 2728 | 459,204 | UK Biobank | Use >= 4 weeks at study entry: | Not assessed | Age, sex, race (plus | 1-time exposure 2006-10; only |

| | | | | | | | | others not provided) | 2% used ranitidine, follow-up only 5-9 years |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Vs. nonusers: HR 1.12 (0.88-1.44) Vs. omeprazole HR 1.25 (.92-1.69) | | | |
| Habel 1999 | ranitidine | cohort | Not provided overall. Only 7 cases in ranitidine users | 49,229 | Kaiser Northern California | 0.82 (0.39-1.74) | Not assessed | Age, gender, pharmacy data source | |
| | | | | | | | | | |
| **Occupation** | | | | | | | | | |
| | | | | | | | | | |
| Straif 2000 | NDMA rubber workers | Cohort | Colon 21

Rectum 19 | 8933 | German rubber workers | Compared with low: Medium exp: 0.4 (0.1-1.7) High exp: 1.5 (0.6-3.8)

Compared with low: Medium exp: 0.8 (0.2-2.3) High exp: 0.6 (0.2-2.3) | Yes | Age | High exposure includes >= 10 years in high exposure jobs |
| | | | | | | | | | |
| **Diet** | | | | | | | | | |
| | | | | | | | | | |
| Hosseini 2020 | Diet nitrate, nitrite | Meta-analysis of case- | | | 15 studies of colorectal cancer included for each | Nitrate (highest vs lowest): 1.13, 95% CI 1.04- | No | | |

| | | control & cohort | | | of nitrate and nitrite | 1.23<br>Nitrite (highest vs lowest):<br>1.07, 95% CI 0.95-1.21 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Xie 2016 | Diet nitrate, nitrite | Meta-analysis of case-control & cohort | | | 6 studies of colorectal cancer included for each of nitrate and nitrite | Nitrate (highest vs lowest):<br>1.07, 95% CI 0.97-1.17<br>Nitrite (highest vs lowest):<br>1.12, 95% CI 0.97-1.28 | Not assessed | Variables adjusted for in original studies | |
| DellaValle 2014 | Nitrate diet | cohort | 619 | 73118 | Shanghai Women's Health Study | Nitrate (highest vs lowest):<br>1.08 (0.73, 1.59)<br>Nitrite (highest vs lowest):<br>1.05 (0.77, 1.42) | No | age, energy intake, education, physical activity, vitamin C, carotene, folate | |
| Zhu 2014 | NDMA diet | Case-control | 1760 | 2481 | Canada, population-based | Quintile 1: 1.0<br>Quintile 2: 1.06 (0.83-1.37)<br>Quintile 3: 1.13 (0.87-1.47)<br>Quintile 4: 1.22 (0.92-1.63)<br>Quintile 5: 1.42 (1.03-1.96) | Yes | | P trend 0.005<br><br>Similar effects for proximal and distal colon, and for rectum |
| Loh 2011 | Diet NDMA, nitrite | cohort | 423 | 10,983 | EPIC – UK | NDMA:<br>Colon: 0.99 (0.83-1.18) | Not assessed for | Age, sex, BMI, smoking, | |

329

| | | | | | | | individual cancers | alcohol, energy intake, physical activity, education, menopause | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Rectum: 1.46 (1.16-1.84) Nitrite: Colon: 0.89 (0.77-1.84) Rectum: 1.18 (0.97-1.44) | | | |
| Cross 2010 | Nitrate, nitrite diet | Cohort | 2719 | 300,948 | AARP-NIH cohort of retired persons | From processed meat: Nitrite: HR, 1.11; 95% CI, 0.97–1.25 Nitrate: HR, 1.16; 95% CI, 1.02–1.32 Nitrite + nitrate: HR, 1.14; 95% CI, 1.00–1.30 | Yes | gender, education, BMI, smoking, total energy, fiber, calcium | |
| Knekt 1999 | NDMA, nitrite, nitrate diet | cohort | 73 | 9985 | Finland | Relative risk: Quartile 1: 1.0 Quartile 2: 1.47 (0.69-3.11) Quartile 3: 1.95 (0.95-3.99) Quartile 4: 2.12 (1.04-4.33) | | | |
| | | | | | | | | | |
| **Water** | | | | | | | | | |
| | | | | | | | | | |
| Essien 2020 | Drinking water nitrate | Meta-analysis | | | studies through Jan. 2020: 9 colon 7 rectal | Highest vs lowest category of nitrate consumption from drinking water: Odds ratio: Colon: .11, (1.04, | | | |

| | | | | | | 1.17)<br>Rectum: .07, (0.86, 1.28) | | | |
|---|---|---|---|---|---|---|---|---|---|

**Esophagus Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| Kim 2021 | Ranitidine vs famotidine & omeprazole | cohort | 1990 | 3,670,046 | Explorys electronic health record database of 360 US hospital systems | Odds ratio: Ranitidine vs famotidine: 0.56 (0.45-0.70) Ranitidine vs. omeprazole: 0.80 (0.65-0.97) | Not assessed | Age, race, sex, & one colorectal cancer risk factor | |
| Adami 2021 | Ranitidine vs other H2 blockers & vs PPIs | cohort | 276 | 1,093,787 | Danish nation-wide prescription registry | Vs.H2 blocker: 1.34 (1.14-1.56) Vs. PPIs: 0.87 (0.78-0.98) | Not directly assessed. 5+ prescriptions, 10+ prescriptions – risk not greater than overall use | Age, index date, co-morbidities | |
| Tan 2018 | H2 blockers, PPI | Case-control | 300 | 798 | Nested case-control in cohort U.S. male veterans with Barrett's | 0.71 (0.5-1) ≤ 150 mg: 3.0 (1.84-4.9) >150 mg: .17 (.09-.32) | No | Age at Barrett's diagnosis, smoking, BMI, no. | Almost all men used PPI's |

| | | | | | | | | EGD's, statin, PPI, aspirin, NSAID | |
|---|---|---|---|---|---|---|---|---|---|
| Habel 1999 | ranitidine | cohort | 6 (esophagus & stomach combined) | 49,229 | Kaiser Northern California | 2.42 (1.07-5.49) | Not assessed | Age, gender, pharmacy data source | |
| Chow 1995 | H2 blockers | Case-control | 196 | 196 (includes both esophageal adenocarcinoma & gastric cardia) | Pre-paid health plan, data from medical records | Any H2 blockers RR 0.6 (0.3-1.3) | Yes Number prescriptions | Race, smoking BMI, number composite conditions | Results for ranitidine alone reported as similar to H2 blockers overall |
| **Occupation** | | | | | | | | | |
| | | | | | | | | | |
| Hidajat 2019 | NDMA rubber workers | Cohort vs population | 333 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality Quartile 1: 1.0 Quartile 2: 1.7 (1.24-2.33) Quartile 3: 2.43 (1.78-3.31) Quartile 4: 3.04 (2.26-4.09) | Yes | Birth year, rubber dust, rubber fumes | P trend = 0.26 |
| Straif 2000 | NDMA rubber workers | Cohort | 13 | 8933 | German rubber workers | Compared with low: Medium exp: 1.7 (0.3-10.3) High exp: 7.3 (1.9- | Yes | Age | High exposure includes >= 10 years in |

| | | | | | | 27.8) | | | high exposure jobs |
|---|---|---|---|---|---|---|---|---|---|
| Xie 2011 | Wood screw manufacturer workers | cohort | 11 | 415 | Wood screw manufacturing workers in China: exposed and unexposed to sodium nitrite | 11 cases in exposed, 0 cases in unexposed.<br><br>RR: 1.26 (1.08-1.46) | Not assessed | None reported | Sodium nitrite exposure via skin, mouth, airway |
| Al-Dabbagh 1986 | Nitrate fertilizer workers | Cohort | 12 (deaths) | 1327 men | English nitrate fertilizer workers (>= 1 year employment) | "Heavily exposed" Observed deaths: 3 Expected: 1.26 Standardized mortality ratio: 2.4<br><br>Other workers Observed deaths: 2 Expected:          .88 Standardized mortality ratio: 2.24 | No | | |
| **Diet** | | | | | | | | | |
| | | | | | | | | | |
| Xie 2016 | nitrite, nitrate diet | Meta-analysis | | | case-control  and cohort studies (7 nitrite, 4 nitrate) | Nitrite, highest vs lowest: 1.25 (0.99-1.56) Nitrate 0.94 (0.74-1.19) | Not assessed for individual cancers | Per source studies | |
| Keszei 2013 | NDMA diet | Cohort | 110 esophageal SCC 151 esophageal adeno | 120,852 | Netherlands | Per .1 microgram/day NDMA: SCC, men: 1.15 SCC, women: 1.34 | Yes | Age, smoking, energy intake, BMI, alcohol, vegetable, | Update of previous report on this cohort (van Loon et al. 1998) |

334

| | | | ca | | | Men, esophageal SCC<br>Tertile 1: 1.0<br>Tertile 2: 1.21<br>Tertile 3: 2.43<br>P trend 0.01<br><br>Women, esophageal SCC<br>Tertile 1: 1.0<br>Tertile 2: 0.92<br>Tertile 3: 1.21 | | fruit, education, physical activity | |
|---|---|---|---|---|---|---|---|---|---|
| Loh 2011 | Diet NDMA, nitrite | cohort | 55 | 9112 | EPIC – UK | NDMA:<br>1.13 (0.77-1.68)<br><br>Nitrite:<br>1.14 (0.84-1.54) | Not assessed for individual cancers | Age, sex, BMI, smoking, alcohol, energy intake, physical activity, education, menopause | RR increase per each standard deviation unit increase NDMA |
| Ward 2008 | Nitrite, nitrate | Case-control | 84 | 321 | Population based, Nebraska | Nitrite + nitrate animal sources, mg/d, RR:<br><3.8    1.0<br>3.8-5.7   0.7<br>5.7-8.3   1.7<br>>8.3    2.2 | Yes (for nitrate plant sources) | Age, gender, education, smoking, alcohol, duration of farming, | |
| Mayne 2001 | Nitrite | Case-control | 282 adeno<br>206 squamous | 687 | Population-based multi-center study: Connecticut, New Jersey, western | Top vs bottom quartile:<br>Adeno 1.05 (0.80-1.38)<br>Squamous 1.13 | Not assessed | Age, sex, area, race, proxy, income education, | |

| | | | | | Washington | (0.82-1.56) | | BMI, smoking alcohol, sodium, energy intake | |
|---|---|---|---|---|---|---|---|---|---|
| Rogers 1995 | NDMA, nitrate, nitrite diet | Case-control | 125 | 458 | Western Washington | NDMA (µg/day) <.06:        1.0 .06-0.179: 1.31 (0.6-2.85) >0.179: 1.86 (0.87-3.95) P trend = 0.06 Nitrate (mg/day): <134:        1.0 134-226:   0.71 (38-1.33) >226:          0.44 (.24-.93) Nitrite (mg/day): <1.06        1.0 1.06-1.6    1.17 (.57-2.38) >1.6          1.58 (73-3.44) | Yes | Age, sex, smoking, alcohol, energy intake, vitamin C, BMI, education | |
| | | | | | | | | | |
| **Water** | | | | | | | | | |
| | | | | | | | | | |
| Essien 2020 | Water nitrate | Meta-analysis | | | 3 studies through Jan. 2020 | Highest vs lowest category of nitrate consumption from drinking water: OR 1.06 (0.99-1.13) | Not assessed | Per individual study | |
| Ward 2008 | Nitrate | Case- | 84 | 321 | Population based, | Public water, highest | No | Age, | |

| | drinking water | control | | | Nebraska | vs lowest quartile nitrate, RR: 1.2 (95% CI 0.6-2.7) | | gender, education, smoking, alcohol, duration of farming | |
| Liao 2013 | Nitrate drinking water | Case-control | 3024 | 3024 (matched, selected from all deaths) | Cases & controls (deaths) from Taiwan vital statistics, ages 50-69 | Nitrate in drinking water, mg/L: <=38:  1 .39-.65:  0.99 >= .66   1.04 | No | Age, gender, marital status, urbanizatio n level of residence | |

337

**Head & Neck (Oral Cavity, Pharynx, Larynx)**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Occupation** | | | | | | | | | |
| | | | | | | | | | |
| Straif 2000 | NDMA rubber workers | Cohort | 17 (lip, oral cavity, pharynx)  8 (larynx) | 8933 | German rubber workers | Compared with low: Medium exp: 0.8 (0.2-4.1) High exp: 3.9 (1.4-11.1)  Compared with low: Medium exp: 0.4 (0-3.1) High exp: 0.4 (0-3) | Yes | Age | High exposure includes >= 10 years in high exposure jobs |
| Hidajat 2019 | NDMA rubber workers | Cohort vs population | Larynx 62 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality Quartile 1: 1.0 Quartile 2: 1.71 (0.93-3.14) Quartile 3: 1.49 (0.69-3.19) Quartile 4: 1.39 (0.67-2.90) | Yes (threshold at quartile 2) | Birth year, rubber dust, rubber fumes | P trend = 0.24 |
| Hagmar 1991 | Nitrate fertilizer workers | Cohort | 8 (lip, oral cavity, pharynx) | 2131 men | Swedish nitrate fertilizer workers (>= 3 months | RR vs population expected 3.9 cases: 2.05 (.89-4.04) | | | |

|  |  |  |  |  | employment) |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Diet** |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| DeStefani 2012 | Diet – processe d meat | Case-control | 274 men only (oral/phar ynx)<br><br>274 men only (larynx) | 2532 | Uruguay multisite case control study | Men (oral/pharynx): Tertile 1: 1.0 Tertile 2: 1.21 (0.79–1.87) Tertile 3: 1.42 (0.95–2.13)<br><br>Men (larynx): Tertile 1: 1.0 Tertile 2: 1.75 (1.13–2.7) Tertile 3: 2.58 (1.71–3.89) |  |  | P trend oral/pharyn x 0.07 larynx <0.0001 |
|  |  |  |  |  |  |  |  |  |  |
| Knekt 1999 | NDMA diet | cohort | 48 (head and neck) | 9985 | Finland | Quartile 1: Quartile 2: 2.82 (1.11-7.17) Quartile 3: 1.95 (0.73-5.17) Quartile 4: 1.37 (0.50-3.74) |  |  |  |
| Rogers 1994 | NDMA diet | Case-control | 125 | 458 | Western Washington | Daily consumption: RR Larynx <.06 µg: 1.0 .06-0.179 µg: 1.11 (0.57-2.13) >0.179 µg: 1.7 (0.91-3.18) |  |  | P trend=0.06 |

| | | | | | | Oral cavity<br><.06 μg: 1.0<br>.06-0.179 μg: 1.51 (0.92-2.48)<br>>0.179 μg: 1.82 (1.1-3.00) | | | |
|---|---|---|---|---|---|---|---|---|---|

**Liver Cancer (hepatocellular carcinoma)**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response? | Variables adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| | | | | | | | | | |
| Kim 2021 | Ranitidine vs famotidine & omeprazole | cohort | 10,840 | 3,670,046 | Explorys electronic health record database of 360 US hospital systems | Odds ratio: Ranitidine vs famotidine: 0.38 (0.34-0.42) Ranitidine vs. omeprazole: 0.97 (0.88-1.07) | Not assessed | Age, race, sex, & one colorectal cancer risk factor | |
| Adami 2021 | Ranitidine vs other H2 blockers & vs PPIs | cohort | 133 | 1,093,787 | Danish nation-wide prescription registry | Vs.H2 blocker: 1.13 (0.92-1.34) Vs. PPIs: 0.65 (0.55-0.78) | Not directly assessed. 5+ prescriptions, 10+ prescriptions – risk not greater than overall use | Age, index date, co-morbidities | |
| Yoon 2021 | ranitidine | cohort | 517 | 50,610 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine | HR: 0.85 (0.69-1.05) | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Users prescribed ranitidine or famotidine during 2009-11. nonusers of |

| | | | | | | users | | | | either excluded |
|---|---|---|---|---|---|---|---|---|---|---|
| Kantor 2021 | ranitidine | cohort | 262 | 459,204 | UK Biobank | Use >= 4 weeks at study entry: HR 1.91 (1.43-3.36)  ranitidine vs omeprazole: HR 1.15 (.58 -2.26 | Not assessed | Age, sex, race (plus others not provided) | 1-time exposure 2006-10; only 2% used ranitidine, follow-up only 5-9 years |
| Tran 2018 | ranitidine | Nested case control | 434 | 2103 controls | Nested case control in clinical informatics database | 1.41 (.91-2.15) | Not assessed for ranitidine in either study | Age, gender practice, obesity, comorbiditi es, meds, alcohol, smoking | P=0.11 (for both studies) |
| | | Cohort | 182 | 471,669 cohort | UK Biobank | 1.82 (0.87-3.79) | | | |
| | | | | | | | | | |
| **Occupation** | | | | | | | | | |
| | | | | | | | | | |
| Straif 2000 | NDMA rubber workers | Cohort | 9 - includes gallbladde r | 8933 | German rubber workers | Compared with low exposure: Medium exp: .9 (.2-4.5) High exp: 1.1 (.2-5.7) | No | Age | High exposure includes >= 10 years in high exposure jobs |
| Hidajat 2019 | NDMA rubber workers | Cohort vs populati on | 122 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality Quartile 1: 1.0 Quartile 2: 1.53 (.93-2.5) Quartile 3: 1.96 (1.16-3.29) Quartile 4: 2.86 (1.78-4.59) | yes | Birth year, rubber dust, rubber fumes | P trend = 0.03 |
| | | | | | | | | | |

| Diet | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | |
| Zheng 2021 | NDMA, other N-nitroso, nitrate, nitrite | Case-control | 827 | 1013 | U.S. hospital-based | NDMA, microgram/1000 kcal/d<br>Plant sources: Quartile 4 vs 1: RR 1.54 (1.01-2.34)<br><br>Animal sources: Quartile 4 vs. 1: RR 1.26 (0.83-1.91) | No dose-response seen; threshold suggested | Age, kcal, sex, race, education, BMI, alcohol, diabetes, smoking, family history liver cancer, hep C, hep B, meat, vegetable/fruit |
| Freedman 2011 | Nitrate Nitrite | Cohort | 338 | 496,006 | NIH AARP cohort of individuals aged 50+ | Nitrate, mg/1000 kcal<br>0-1.05          1.0<br>0.05-0.09     1.1<br>0.09-0.14     1.18<br>0.14-0.22     1.21<br>>0.22           1.11<br>Nitrite, mg/1000 kcal<br>0-0.02          1.0<br>0.02-0.05     1.31<br>0.05-0.08     1.61<br>0.08-0.14     1.23<br>>0.14           0.93 | Suggestive | |

**Lung Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| Yoon 2021 | Ranitidine vs famotidine users | cohort | 592 | 50,610 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine users | HR: 0.99 (0.81-1.21) | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Users prescribed ranitidine or famotidine during 2009-11 |
| Kantor 2020 | ranitidine | cohort | 1833 | 459,204 | UK Biobank | Use >= 4 weeks at study entry, vs nonusers: RR 0.96 (0.72-1.27) Vs. omeprazole: RR 0.76 (0.55, 1.06) | Not assessed | Age, sex, race (plus others not provided) | 1-time exposure 2006-10; only 2% used ranitidine, follow-up only 5-9 years |
| Habel 1999 | ranitidine | cohort | Not provided overall. Only 15 cases in ranitidine users | 49,229 | Kaiser Northern California | 1.5 (0.90 -2.51) | Not assessed | Age, gender, pharmacy data source | |
| **Occupation** | | | | | | | | | |
| | | | | | | | | | |

344

| Straif 2000 | NDMA rubber workers | Cohort | 147 (deaths) | 8933 | German rubber workers | Compared with low exposure: Medium exp: 1.0 (0.6-1.5) High exp: 1.0 (0.7-1.6) | No | Age | High exposure includes >= 10 years in high exposure jobs |
|---|---|---|---|---|---|---|---|---|---|
| Hidajat 2019 | NDMA rubber workers | Cohort vs population | 3337 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality Quartile 1: 1.0 Quartile 2: 1.21 (1.1-1.32) Quartile 3: 1.54 (1.39-1.7) Quartile 4: 1.7 (1.54 – 1.87) | Yes | Birth year, rubber dust, rubber fumes | P trend = 0.01 |
| Hagmar | Nitrate fertilizer | cohort | 13 | 2131 | Swedish male fertilizer manufacturer workers | RR 1.0 (.53-1.70) | Not assessed | Age | |
| Zandjani | Nitrate fertilizer | cohort | 25 | 1756 | Norwegian male fertilizer manufacturer workers | RR 1.08 (0.70-1.65) | Not assessed | Age | |
| Fandrem | Nitrate fertilizer | cohort | 30 | 2023 | Norwegian male fertilizer manufacturer workers | RR 1.09 ( 0.73-1.53) | | Age | |
| Al-Dabbagh | Nitrate fertilizer | cohort | 35 (deaths) | 1327 | British male fertilizer manufacturer workers | RR 1.19 (calculated) | RR 1.19 in heavy exposed, 20+ | Age | |

| | | | | | | | years exposure: 1.6 (calculated) | | |
|---|---|---|---|---|---|---|---|---|---|
| **Diet** | | | | | | | | | |
| Loh 2011 | Diet NDMA | cohort | 235 | 10,983 | EPIC – UK | RR per standard deviation increase: 1.05 (0.77-1.68) | | | |
| De Stefani 2009 | Diet nitrosamines | Case-control | 846 | 846 | Uruguay, hospital based, males only | Nitrosamines, nanograms/100gram: $\leq$ 5.4:      1.0<br>5.5-7.3     1.18 (.85-1.65)<br>7.4-12.1   1.78 (1.26-2.53)<br>>12.1       1.89 (1.3-2.73) | Yes | Age, residence, education, family history of lung cancer, BMI, smoking, energy intake, vegetables and fruits, reduced glutathione, nonmeat fatty foods | |
| De Stefani 1996 | NDMA diet | Case control | 320 | 320 | Uruguay, hospital based | <= 0.13: 1.0<br>0.14-0.18: 088 (0.53-1.48)<br>0.19-0.26: 1.77 (1.06-2.96)<br>>= 0.26: 3.14 (1.86-5.29) | Yes | | Effect seen across nonsmokers, former smokers, and current smokers |

| Goodman 1992 | NDMA, nitrite diet | Case-control | 326 | 865 | Population-based, Hawaii | NDMA, nanograms/week, RR Men: <70: 1.0 70-350  1.7 (0.9-3.2) 350-700: 2.8 (1.4-5.3) >700: 3.3 (1.7-6.2) Ptrend: 0.0006 Women: <70: 1.0 70-350:  1.4 (0.7-2.9) 350-700: 1.8 (0.7-4.2) >700: 2.7 (1.0-6.9) Ptrend: 0.04 Nitrite, men: Q1: 1.0 Q2: 1.2 (0.6-2.3) Q3: 1.7 (0.9-3.3) Q4: 2.0 (1.0-3.8) Ptrend: 0.02 Nitrite, women: Q1: 1.0 Q2: 0.6 (0.2-1.2) Q3: 0.9 (0.4-2.1) Q4: 1.5 (0.5-4.1) Ptrend: 0.22 | Yes, NDMA & nitrite | age, ethnicity, smoking, beta-carotene intake | |
| Weyer 2001 | Diet nitrate | Cohort | 266 | 21,977 | Iowa cohort of women aged 55-69 in 1986 | Nitrate, daily mg, RR: < 11.6:  1.0 11.6–18.0: 0.85 (.61–1.19) 18.1–27.2: 0.87 (.62–1.22) > 27.2: 0.78 (.55–1.11) | | | |
| **Water** | | | | | | | | | |

| Weyer 2001 | Water nitrate | Cohort | 266 | 21,977 | Iowa cohort of women aged 55-69 in 1986 | <0.36: 1.0<br>.36–1.00: 1.0<br>1.01–2.46: 1.49<br>> 2.46: 0.83 | | | |
| | | | | | | | | | |

**Pancreas Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|-------|----------|-----------|-----------|---------------|------------------------|----------------------------------------|---------------|---------------------|-------|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| Kim 2021 | Ranitidine vs famotidine & omeprazole | cohort | 3500 | 3,670,046 | Explorys electronic health record database of 360 US hospital systems | Odds ratio: Ranitidine vs famotidine: 0.50 (0.42-0.59) Ranitidine vs. omeprazole: 0.84 (0.71-0.99) | Not assessed | Age, race, sex, & one colorectal cancer risk factor | |
| Adami 2021 | Ranitidine vs other H2 blockers & vs PPIs | cohort | 517 | 1,093,787 | Danish nation-wide prescription registry | Vs.H2 blocker: 1.18 (1.05-1.32) Vs. PPIs: 0.89 (0.81-0.97) | Not directly assessed. 5+ prescriptions, 10+ prescriptions – risk not greater than overall use | Age, index date, co-morbidities | |
| McDowell 2021 | ranitidine | Nested case-control | 1069 | 4729 | Nested case-control in Scottish primary care database | 1.37 (1.1-1.7) | No | Co-morbidities | |

| Iwagami 2020 | Ranitidine + nizatidine (vs other H2 blockers) | cohort | 525 | 304,952 | Japanese medical data center claims database | Crude relative risk: 0.95 | Not assessed for individual cancers | None | All patients used some type of H2 blocker Data not presented for ranitidine alone. |
|---|---|---|---|---|---|---|---|---|---|
| Habel 1999 | ranitidine | cohort | 5 | 49,229 | Kaiser Northern California | 2.6 (1.06-6.38) | Not assessed | Age, gender, pharmacy data source | |
| | | | | | | | | | |
| **Occupation** | | | | | | | | | |
| | | | | | | | | | |
| Straif 2000 | NDMA rubber workers | Cohort | 15 | 8933 | German rubber workers | Compared with low exposure: Medium exp: 0.7 (0.2-2.7) High exp: 0.5 (0.1-2.4) | No | Age | High exposure includes >= 10 years in high exposure jobs |
| Hidajat 2019 | NDMA rubber workers | Cohort vs population | 328 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality Quartile 1: 1.0 Quartile 2: 1.59 (1.18-2.15) Quartile 3: 2.19 (1.6-3.0) Quartile 4: 2.6 (1.94-3.49) | yes | Birth year, rubber dust, rubber fumes | P trend = 0.42 |
| Fandrem | Nitrate | Cohort | 9 | 2023 men | Norwegian nitrate | Standardized | | | |

| 1993 | fertilizer workers | | | | fertilizer workers (>= 1 year employment) | incidence ratio vs population expected 13.5 cases: 1.23 (0.56-2.34) | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Diet** | | | | | | | | | |
| Zheng 2019 | NDMA diet | Case-control | 957 | 938 | Hospital-based (MD Anderson, Texas) | NDMA, Plant: Quartile 1      1.0 Quartile 2      1.48 Quartile 3      1.97 Quartile 4      1.93 | Yes | Calories, age, race, education, body mass index, alcohol, diabetes, smoking family history pancreas cancer, meat | P trend < 0.0001 for plant sources NDMA |
| Quist 2018 | Dietary nitrate & nitrite (total, plant, meat, processed meats) | Cohort | 313 | 41,836 | Iowa Women's Health Study cohort | Nitrate (mg/day) <16.2      1.0 16.2-23.9      0.85 24-34.2      0.94 34.3-58.5      1.3 >58.5      1.28 Nitrite (processed meats) <.01      1.0 .01-.03      .98 .04-.06 1.02 .07-.18 1.06 >.18 | Yes (p trend 0.05 for nitrite processed meats) | Age, smoking, calories | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1.66 | | | | |
| Xie 2016 | Diet | Meta-analysis of case-control & cohort studies | | | 3 studies with nitrate exposures, 2 with nitrite exposures | Highest vs lowest: Nitrate: 0.97 (.83-1.13) Nitrite: 0.96 (.82-1.12) | Not assessed for individual cancers | Adjusted within individual studies | Included studies published through 2016; small numbers of studies |
| Aschebrook (Aschebrook-Kilfoy et al. 2011)-Kilfoy 2011 | Diet | Cohort | 1728 | 492,226 | AARP cohort of persons aged 50+ | Men, nitrate + nitrite: Q1      1.0 Q2      1.05 Q3      1.08 Q4      1.18 Q5      1.18 Men, nitrate + nitrite, ages 12-13: Q1      1.0 Q2      1.39 Q3      1.25 Q4      1.46 Q5      1.32 | Yes | Age, race, smoking, family history of cancer/diabetes, body mass index, calories, saturated fat, folate, vitamin C | Diet from study entry and age 12-13 years |
| Coss 2004 | Diet, nitrites | Case-control | 189 | 1244 | Population-based study in Iowa men and women | Men, nitrite, animal, mg/day: <.22           1.0 .22-.31       2.1 .32-.53       3.8 >.53           2.3 Women, nitrite, animal, mg/day: <.13           1.0 .13-.18       2.4 | Yes | Age, smoking, calories | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | .19-.26          1.9<br>>.26              3.2 | | | |
| Stolzenberg-Solomon 2002 | Diet | Cohort | 163 | 27,111 | Finish male smokers | Nitrate:<br>Q1          1.0<br>Q2          0.9<br>Q3          0.82<br>Q4          0.9<br>Q5          0.79<br>Nitrite:<br>Q1          1.0<br>Q2          0.91<br>Q3          0.75<br>Q4          0.79<br>Q5          1.06 | No | Calories, age, years smoking | |
| Baghurst 1991 | Nitrate/nitrite/nitrosamines | Case-control | 104 | 253 | Australia, population-based | Nitrosamines:<br>Quartile 1: 1.0<br>Quartile 2: 1.26<br>Quartile 3:  1.69<br>Quartile 4:  2.02<br>Nitrate, nitrite: inversely associated | P trend: Nitro-samines 0.11 | Calorie intake, alcohol, smoking, age, sex | |
| Howe 1990 | Nitrates and nitrites | Case-control | 249 | 505 | Canadian, population-based | Nitrate, quartile 4 vs 1:<br>RR 1.21 (.72-2.02)<br>Nitrate, quartile 4 vs 1:<br>RR .64 (.34-1.22) | Not assessed | Calories, fiber, smoking | |
| | | | | | | | | | |
| WATER | | | | | | | | | |
| Essien 2020 | Water nitrate | Meta-analysis | | | 4 studies through Jan. 2020 | Highest vs lowest category of nitrate | Not assessed | Per individual | |

353

| | | | | | | consumption from drinking water: OR 1.08 (0.94-1.22) | | study | |
|---|---|---|---|---|---|---|---|---|---|
| Quist 2018 | Water nitrate | Cohort | 189 | 15,719 | Iowa Women's Health Study cohort | Water nitrate (mg/L):<br>0-0.47      1.0<br>0.47-1.08    1.4<br>1.09-2.97    1.51<br>2.98-5.69    1.14<br>5.69-8.4     1.18 | No | Age, smoking | |
| Yang 2009 | Water nitrate | Case-control | 2412 deaths | 2412 other deaths | Taiwan, all deaths from pancreas cancer 2000-2006 | Water nitrate (mg/L):<br>0-0.18      1.0<br>0.19-0.45    1.05<br>0.48-2.86    1.13 | Suggestive | Age, gender | |
| Coss 2004 | Water nitrate | Case-control | 189 | 1244 | Iowa, population-based | Water nitrate (mg/L):<br>0-0.6       1.0<br>0.6-1.3      1.2<br>1.3-2.8      .54<br>2.8-4.3      .99 | No | Age, gender, smoking | |
| Weyer 2001 | Water nitrate | Cohort | 44 | 16,541 | Iowa Women's Health Study | Water nitrate (mg/L):<br>0-0.36      1.0<br>0.36-1       0.88<br>1.01-2.46    1.45<br>2.46-3.91    0.64 | No | Age, education, smoking, physical activity, body mass index, waist-to-hip ratio, total energy, vitamin C, vitamin E, dietary nitrate, fruits, vegetables | |

**Prostate Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| Yoon 2021 | Ranitidine vs famotidine users | cohort | 216 | 48,524 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine users | Ranitidine vs. famotidine: HR: 1.01 (0.72-1.4) For all cancers - compared with population rates, standardized incidence ratio: 1.23, p < 0.001 | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Comparison Ranitidine vs famotidine Ranitidine vs Population |
| | | | | | | | | | |
| Kantor 2020 | ranitidine | cohort | 5164 | 210,866 | UK Biobank | Use >= 4 weeks at study entry, HR yes/no: 1.01 (0.82-1.23) Ranitidine vs omeprazole, HR: 1.02 (0.80-1.30) | Not assessed | Age, sex, race (plus others not provided) | Comparison Ranitidine vs. son-users Ranitidine vs omeprazole |
| Iwagami 2020 | Ranitidine + | cohort | 601 | 312,786 | Japanese medical | Crude RR 1.1 | Not assessed | none | Comparison |

356

| | nizatidine (vs other H2 blockers) | | | | data center claims database | | for individual cancers | | Ranitidine/ nizatidine vs other H2 blockers<br><br>Data not presented for ranitidine alone. |
|---|---|---|---|---|---|---|---|---|---|
| Rossing 2000 | H2 blockers | Nested case-control | 403 | 20,709 | Group Health Coop cohort of persons prescribe d H2 blockers | SIR ranitidine users vs population by months since cohort entry:<br>0-11: 0.7 (0.4-1.2)<br>12-59: 0.7 (0.5-1.0)<br>60-119: 0.9 (0.4-1.6)<br>120+: 0.0 (0.0-5.6) | Not assessed | Age, gender, calendar year | Comparison<br><br>Ranitidine vs cimetidine vs other H2 blockers |
| Habel 1999 | ranitidine | cohort | Not provided overall. Only 19 cases in ranitidine users | 24,846 | Kaiser Northern California | 1.57 (1.0-2.48) | Not assessed | Age, gender, pharmacy data source | Comparison<br><br>Ranitidine vs non-users<br><br>Ranitidine vs cimetidine |
| | | | | | | | | | |
| **Occupation** | | | | | | | | | |
| | | | | | | | | | |
| Straif 2000 | NDMA | Cohort | 26 | 8933 | German | Compared with | Yes | Age | High |

| | rubber workers | | | | rubber workers | low exposure: Medium exp: 1.4 (0.5-3.8) High exp: 2.2 (0.9-5.6) | | | exposure includes >= 10 years in high exposure jobs |
|---|---|---|---|---|---|---|---|---|---|
| Hidajat 2019 | NDMA rubber workers | Cohort vs popula tion | 885 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality Q 1: 1.0 Q2: 2.32 (1.82-2.97) Q3: 4.87 (3.89-6.11) Q4: 5.36 (4.27-6.73) | yes | Birth year, rubber dust, rubber fumes | P trend < 0.01 |
| Zandjani 1994 | Nitrate fertilizer workers | Cohort | 36 | 1756 men | Norwe-gian nitrate fertilizer workers (>= 1 year employ-ment) | Standardized incidence ratio vs population expected 39.3 cases: 0.92 (0.64-1.27) | Not assessed (years exposed not related to risk) | | |
| Hagmar 1991 | Nitrate fertilizer workers | Cohort | 26 | 2131 men | Swedish nitrate fertilizer workers (>= 3 months employ-ment) | Standardized incidence ratio vs population expected 16.1 cases: 1.61 (1.07-2.39) | Yes | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Diet | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Xie 2016 | Diet | Meta-analysis of case-control & cohort studies | | | 1 study with nitrate, 2 with nitrite exposures | Highest vs lowest: Nitrite: 0.98 (0.84-1.14). | Not assessed for individual cancers | Adjusted within individual studies | Included studies pub'd through 2016 |
| Loh 2011 | Diet NDMA, nitrite | cohort | 461 | 9112 | EPIC – UK cohort of 22,920 individuals | Per standard deviation change: NDMA 1.01 (0.90-1.13) Nitrite 0.90 (0.81-1.01 | Not assessed for individual cancers | Age, sex, BMI, smoking, alcohol, energy intake, physical activity, education, menopause | |
| Sinha 2009 | Nitrate, nitrite | cohort | 10,313 | 175,343 | AARP-NIH cohort | Risk of advanced prostate cancer: Nitrite, top vs bottom quintile: 1.24 (1.02-1.51) Nitrate, top vs bottom quintile: 1.31, 1.07-1.61 | Yes | Age, energy intake, race education marital status; family history of prostate cancer; regular PSA testing; diabetes; BMI; | |

359

| | | | | | | | | smoking; physical activity; alcohol; specific foods/nutrients | |
|---|---|---|---|---|---|---|---|---|---|
| Jakszyn 2012 | NDMA diet | cohort | 4597 | 139,005 | Subset of EPIC cohort of 521,457 individuals from 10 European countries | NDMA<br><br>Quintile 1: 1.0<br>Quintile 2: 1.07<br>Quintile 3: 1.05<br>Quintile 4:1.05<br>Quintile 5: 1.04 | No | Age, height, weight, education, smoking, physical activity, fruit, vegetables, energy intake, nitrites | |

**Stomach (gastric) Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Ranitidine** | | | | | | | | | |
| | | | | | | | | | |
| Kim 2021 | Ranitidine vs famotidine & omeprazole | cohort | 2000 | 3,670,046 | Explorys electronic health record database of 360 US hospital systems | Odds ratio: Ranitidine vs famotidine: 0.49 (0.40-0.60) Ranitidine vs. omeprazole: 0.93 (0.76-1.13) | Not assessed | Age, race, sex, & one colorectal cancer risk factor | |
| Adami 2021 | Ranitidine vs other H2 blockers & vs PPIs | cohort | 342 | 1,093,787 | Danish nation-wide prescription registry | Vs.H2 blocker: 1.15 (0.99-1.33) Vs. PPIs: 0.91 (0.81-1.01) | Not directly assessed. 5+ prescriptions, 10+ prescriptions – risk not greater than overall use | Age, index date, co-morbidities | |
| Kumar 2021 | Ranitidine | cohort | 1524 | 279,505 | VA database of persons with H. pylori infection treated with H2 blockers or PPI | PPI vs ranitidine: 0.92 (0.82-1.04) Non-ranitidine H2blocker: 1.83 (1.36-1.04) | Not assessed | Age, race/ ethnicity, smoking, sex, poverty level | |
| Liu 2020 | ranitidine | Case-control | 1119 | Controls 5394 | Scottish primary care database | Ca-control study RR 1.42 (1.1-1.85) | Not assessed | Age, sex, practice, |

362

| | | Cohort | 250 (only 4 of these were in H2blocker users) | Biobank cohort 471,779 | UK Biobank | | for ranitidine | obesity, co-morbidities, other meds, alcohol, smoking | |
|---|---|---|---|---|---|---|---|---|---|
| Iwagami 2020 | Ranitidine + nizatidine (vs other H2 blockers) | cohort | 1274 | 600,321 | Japanese medical data center claims database | 1.09 (.96-1.17) | Not assessed for individual cancers | Age, sex, indication, co-meds, co-morbidities, Charlson index, year start of follow-up | All patients used some type of H2 blocker Did not provide data specific for ranitidine use by cancer site |
| Yoon 2021 | Ranitidine vs famotidine users | cohort | 556 | 50,610 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine users | HR: 1.06 (0.86-1.31) | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Users prescribed ranitidine or famotidine during 2009-11 |
| Habel 1999 | ranitidine | cohort | 6 (esophagus & stomach combined) | 49,229 | Kaiser Northern California | 2.42 (1.07-5.49) | Not assessed | Age, gender, pharmacy data source | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Occupatio** | | | | | | | | | |

363

| n | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Straif 2000 | NDMA rubber workers | Cohort | 44 | 8933 | German rubber workers | Compared with low exposure: Medium exp: 0.8 (0.4-1.8) High exp: 1.2 (0.5-3.5) | Yes | Age | High exposure includes >= 10 years in high exposure jobs |
| Hidajat 2019 | NDMA rubber workers | Cohort vs population | 768 (deaths) | 36441 | UK rubber workers | Hazard ratio vs population mortality Q 1: 1.0 Q2: 1.32 (1.1-1.57) Q3: 1.62 (1.32-1.98) Q4: 1.72 (1.41-2.1 | yes | Birth year, rubber dust, rubber fumes | P trend = 0.01 |
| Zandjani 1994 | Nitrate fertilizer workers | Cohort | 28 | 1756 men | Norwegian nitrate fertilizer workers (>= 1 year employment) | Standardized incidence ratio vs population expected 19.9 cases: 141 (93-203) | | | |
| Fandrem 1993 | Nitrate fertilizer workers | Cohort | 15 | 2023 men | Norwegian nitrate fertilizer workers (>= 1 year employment) | Standardized incidence ratio vs population expected 17 cases: 0.89 (0.49-1.56) | | | |
| Hagmar 1991 | Nitrate fertilizer workers | Cohort | 5 | 2131 men | Swedish nitrate fertilizer workers (>= 3 months employment) | Standardized incidence ratio vs population expected 6.7 cases: | | | |

| | | | | | | 0.75 (0.24-1.74) | | | |
|---|---|---|---|---|---|---|---|---|---|
| Al-Dabbagh 1986 | Nitrate fertilizer workers | Cohort | 12 (deaths) | 1327 men | English nitrate fertilizer workers (>= 1 year employment) | Standardized mortality ratio ranged from 119-136 | | | UK Biobank analysis combined all H2blockers, no analysis for ranitidine presented |
| | | | | | | | | | |
| **Diet** | | | | | | | | | |
| | | | | | | | | | |
| Song 2015 | NDMA, nitrite, nitrate diet | Meta-analysis | | | case-control and cohort studies | RR highest vs lowest intake NDMA: 1.34 (1.02-1.76) Nitrite: 1.31 (1.13-1.52) Nitrate 0.80 (0.69-0.93) | NDMA yes Nitrite yes Nitrate no | | |
| Zhang 2019 | Nitrite, nitrate diet | Meta-analysis | | | case-control and cohort studies | RR highest vs lowest intake Nitrite: 1.27 (1.03-1.55) Nitrate 0.81 (0.68-0.97) | Yes, nitrite RR: Moderate intake 1.12 (1.01-1.25 High intake 1.27 (1.03-1.55) | | |

365

| Xie 2016 | nitrite, nitrate diet | Meta-analysis | | | case-control and cohort studies (19 nitrite, 15 nitrate) | Nitrite, highest vs lowest: 1.2 (0.99-1.46) Nitrate 0.78 (0.67-0.91) | | | |
|---|---|---|---|---|---|---|---|---|---|
| Keszei 2013 | NDMA diet | Cohort | 166 cardia 497 non-cardia | 4032 sub-cohort | Netherlands cohort of 120,852 | Men, gastric cardia Tertile 1: 1.0 Tertile 2: 1.0 Tertile 3: .94 Men, noncardia (p trend .09) Tertile 1: 1.0 Tertile 2: 1.09 Tertile 3: 1.31 Women, gastric cardia Tertile 1: 1.0 Tertile 2: .97 Tertile 3: 1.02 Women, noncardia Tertile 1: 1.0 Tertile 2: 1.37 Tertile 3: 0.90 | Yes (for men, noncardia) | Age, smoking, energy intake, BMI, alcohol, vegetable, fruit, education, physical activity | Update of previous report on this cohort (van Loon et al. 1998) |
| Loh 2011 | Diet NDMA | cohort | 64 | 22,920 | EPIC – UK cohort of 22,920 individuals | Per standard deviation change: NDMA 1.13 (0.81-1.57) Nitrite 0.88 (.63-1.19) | Not assessed for individual cancers | Age, sex, BMI, smoking, alcohol, energy intake, physical activity, education, menopause | |
| Hernande | Diet nitrite, | Case- | 257 | 478 | Population based, | Nitrite, mg/day, | Yes, for | | Nitrite, P |

| z-Romirez 2009 | nitrate | control | | | Mexico City | RR:<br>$\leq 1.0$   1.0<br>1.0-1.2   1.07<br>> 1.2 1.52<br><br>Nitrate, animal, mg/day, RR:<br>$\leq 1.7$   1.0<br>1.7-3.9   1.28<br>> 3.9   1.92 | nitrites (total & animal) | | trend = 0.05<br><br>Nitrate, animal, p trend = 0.004 |
|---|---|---|---|---|---|---|---|---|---|
| Ward 2008 | Nitrite, nitrate | Case-control | 79 | 321 | Population based, Nebraska | Nitrite + nitrate animal sources, mg/d, RR:<br><3.8     1.0<br>3.8-5.7    1.6<br>5.7-8.3    1.8<br>>8.3     1.6<br>Nitrate plant source, mg/d, RR:<br><16.9      1.0<br>16.9-26.2    1.2<br>26.2-38.8    1.4<br>>38.8      1.6 | Yes (for nitrate plant sources) | Age, gender, education, smoking, alcohol, duration of farming, | |
| | | | | | | | | | |
| Kim 2007 | Diet nitrate | Case-control | 136 | 136 (confirmed to | Hospital-based, Korea | Nitrate, median daily intake, OR:<br>240:    1.0<br>458:    1.13<br>811:    1.13 | No, suggestive of threshold | Age, sex, socioeconomic status, family history stomach ca, H pylori infection, several foods | |

| | | | | | | | | related to stomach ca in Korea | |
|---|---|---|---|---|---|---|---|---|---|
| Jakszyn 2006 | NDMA diet | cohort | 314 | 521,457 | EPIC cohort of 521,457 individuals from 10 European countries | Tertile 1: 1.0 Tertile 2: 0.87 (0.64-1.2) Tertile 3: 0.99 (0.69-1.41) | No | Age, sex, height, weight, education, smoking, physical activity, fruit, vegetables, energy intake, nitrites | |
| Larsson 2006 | NDMA diet | cohort | 156 | 61,433 | Swedish women | Quintile 1: 1.0 Quintile 2: 1.03 (0.61-1.77) Quintile 3: 1.66 (1.0-2.75) Quintile 4: 1.60 (0.93-2.76) Quintile 5: 1.96 (1.08-3.58) P trend 0.02 | Yes | Age, education, BMI, energy intake, alcohol, fruit, vegetables | Bottom quintile: < 0.041 µg/day Top quintile: >= .193 µg/day |
| Mayne 2001 | Nitrite | Case-control | 255 cardia 352 non-cardia | 687 | Population-based | Top vs bottom quartile: Cardia 1.05 (0.79-1.4) Noncardia 1.65 (1.26-2.15) | Not addressed | Age, sex, area, race, proxy, income education, BMI, smoking | |

| | | | | | | | | alcohol, sodium, energy intake | |
|---|---|---|---|---|---|---|---|---|---|
| Palli 2001 | NDMA, nitrate, nitrite | Case-control | 382 | 561 | Italy, population-based | NDMA tertiles:<br>  1   1.0<br>  2   1.1 (.8-1.6)<br>  3   1.1 (.8-1.6)<br>Nitrate tertiles:<br>  1   1.0<br>  2   0.7 (0.5-1)<br>  3   0.6 (0.4-0.9)<br>Nitrite tertiles:<br>  4   1.0<br>  5   1.4 (1-2)<br>  6   1.4 (1-2) | No (threshold suggested for NDMA and nitrites) | Age, sex, urban/rural, SES, family history, BMI, total energy intake | |
| Knekt 1999 | NDMA diet | cohort | 60 | 9985 | Finland | Quartile 1: 1.0<br>Quartile 2: 1.03 (0.55-1.95)<br>Quartile 3: 0.78 (0.39-1.56)<br>Quartile 4: 0.75 (0.37-1.51) | No | Age, sex, residence, smoking, energy intake | Similar results for nitrite & nitrate and stomach cancer risk |
| De Stefani 1998 | NDMA, nitrite | Case-control | 340 | 698 | Uruguay, hospital-based | NDMA<br>$\leq$ 0.14  1.0<br>.15-.18  2.07<br>.19-.26  3.23<br>$\geq$ .27    3.62 | Yes | Age, sex, residence, smoking, alcohol, "mate" drinking | |
| Pobel 1995 | Nitrate, nitrite | Case-control | 92 | 128 | French, hospital-based | NDMA, tertiles:<br>  1   1.0<br>  2   4.13 (.93- | Yes (for NDMA only) | Age, sex, occupation, total | |

| | | | | | | 18.3) 3  7.0 (1.85-26.5) Nitrate, tertiles: 1  1.0 2  0.49 (0.24-1.01) 3  0.76 (0.38-1.5) Nitrite, tertiles: 1  1.0 2  0.83 (0.41-1.67) 3  0.88 (0.44-1.79) | | energy intake | |
|---|---|---|---|---|---|---|---|---|---|
| LaVecchia 1995 | NDMA diet | Case-control | 746 | 2053 | Italy, hospital-based | <=.130 µg/day:  1.0 .131-.190 µg/day: 1.11 (.9-1.4) >= .191 µg/day: 1.37 (1.1-1.7) | Yes | Age, sex, education, family history stomach cancer, vitamin intake, total calorie intake, nitrite, nitrate | P trend < 0.01 |
| Gonzalez 1994 | Nitrate, nitrite, NDMA | Case-control | 354 | 354 hospital | Spanish hospital-based | NDMA quartiles: < 0.11      1.0 .12-0.15    1.86 .16-0.22    1.79 >0.23       2.09 Nitrate quartiles (mg/d): | Yes (NDMA only) | Age, sex, area of residence, total caloric intake | P trend NDMA 0.007 |

| | | | | | | < 84        1.0<br>84-146    0.80<br>147-234  0.65<br>>234        0.45<br>Nitrite quartiles (mg/d):<br>< 1.3       1.0<br>1.4-1.8    1.2<br>1.9-2.4    1.09<br>>2.4        1.28 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hansson 1994 | Nitrate, nitrite | Case-control | 338 | 679 | Sweden, population-based | Nitrate, quartile 4 vs 1:<br>RR 0.55 (0.38-0.80)<br>Nitrite quartile 4 vs 1:<br>RR 1.22 (0.82-1.81) | Nitrate: no<br>Nitrite: data not shown | Age, sex, vitamin C, B-carotene, alpha-tocopherol | |
| Boeing 1991 | Nitrate | Case-control | 143 | 328 hospital 251 visitors | Germany, hospital-based | Nitrate quintiles<br>1 : 1.0<br>2: 0.93 (0.53-1.64)<br>3: 0.61 (0.32-1.19)<br>4: 0.61 (0.30-1.27)<br>5 : 1.26 (0.59-2.7) | No | Age, sex, hospital, vit C, carotene, calcium | |
| Chyou 1990 | NDMA diet | Case-control (nested) | 111 | 361 | U.S. Hawaii men of Japanese ancestry | Mean (SE) daily intake (µg):<br>Cases 0.8 (0.1)<br>Controls 0.6 (0.1)<br>P=0.10 | Not assessed | Age | |
| | | | | | | | | | |
| Buiatti 1990 | Nitrate Nitrite | Case-control | 1016 | 1159 | Population based | Nitrate quintiles (mean mg/d)<br>1 (53): 1.0<br>2    (81): 0.9<br>1    (103): 0.9<br>4    (130): 0.7 | Nitrate: no<br>Nitrite: yes | Age, sex, urban/rural, migration from south, SES, family history | |

371

| | | | | | | 5 (193): 0.9<br>Nitrite quintiles:<br>2 (2.1): 1.0<br>2 (2.8): 1.0<br>3 (3.4): 1.2<br>4 (4.1): 1.4<br>5 (5.9): 1.9<br>P trend 0.005 | | gastric ca, BMI, energy intake | |
| Risch 1985 | Nitrate, nitrite | Case-control | 246 | 246 | Canada, population-based | Nitrate, per 100 mg/day:<br>RR 0.66 (0.54-0.81)<br><br>Nitrite, per 1 mg/day:<br>RR 1.71 (1.24-2.37)<br><br>NDMA: per 10 microgram/day RR 0.94 (0.14-6.13) | Not assessed? | Age, sex, province of residence, total food consumptio n, ethnicity | |
| | | | | | | | | | |
| **Water** | | | | | | | | | |
| | | | | | | | | | |
| Ward 2008 | Nitrate drinking water | Case-control | 79 | 321 | Population based, Nebraska | Public water, highest vs lowest quartile nitrate, RR:<br>1.2 (95% CI 0.5-2.7)<br><br>Private well nitrate mg/d, RR:<br><br>< 0.5          1.0<br>0.5- 4.5       4.7<br>> 4.5          5.1 | No | Age, gender, education, smoking, alcohol, duration of farming | |

| Van Loon 1998 | Nitrate drinking water | Cohort | 282 | 3500 (random selection of cohort) | Netherlands | Quintile 5 vs 1: RR 0.88 (.59-1.32) | No | Age, sex, smoking education, coffee, beta-carotene, vitamin C, stomach disorders, family history stomach cancer, use of refrigeration/freezer | |
| Yang 1997 | Nitrate-N drinking water | Case-control | 6766 gastric cancer deaths | 6766 deaths other causes (not cancers of bladder, prostate, lung, esophagus, head, neck) | Taiwan mortality study, nitrate in residential drinking water source | Municipal nitrate level, mg/L, RR:<br>< .22      1.0<br>.23-.44     0.95<br>>=.45       1.02 | No | Age, sex, year of death, water calcium & magnesium | |
| Rademacher 1992 | Nitrate in drinking water | Case-control | 1268 stomach cancer deaths | 1268 deaths from other causes | Wisconsin vital records | Nitrate, mg/L, RR:<br><br>< 0.5        1.0<br>.5-2.5       .92<br>2.5-5        .97<br>5-10         .86<br>>10          1.5 | No | Age, sex, year of death | |

| | | | | | | Private well vs public:      1.09 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Boeing 1991 | Nitrate | Case-control | 143 | 328 hospital 251 visitors | Germany, hospital-based | Well water sole source<br><br>RR 2.26 (1.19-4.28) | Data not provided | Age, sex, hospital | |
| | | | | | | | | | |
| Rademach er 1992 | Nitrate-N | Case-control | 1268 deaths | 1268 other deaths | Wisconsin, USA, population-based | Nitrate-N, mg/L, RR:<br>>0.5 vs <= 0.5  0.92<br>>2.5 vs <=2.5 0.97<br>>5 vs <= 5      0.86<br>>10 vs <10      1.5 (.12-18.25)<br>Private vs public water 1.09 (.82-1.47) | Not assessed? | Age, sex | |
| | | | | | | | | | |

374

**Breast Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **Ranitidine** | | | | | | | | | |
| | | | | | | | | | |
| Yoon 2021 | Ranitidine vs famotidine users | cohort | 141 | 24,100 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine users | HR: 0.82 (0.55-1.21) | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Users prescribed ranitidine or famotidine during 2009-11. |
| Iwagami 2020 | Ranitidine + nizatidine (vs other H2 blockers) | cohort | 341+1254 | 57,902 + 247,050 | Japanese medical data center claims database | 1.04 (0.92-1.17) | Not assessed for individual cancers | Age, sex, co-meds, co-morbidities, Charlson index, year start of follow-up | All patients used some type of H2 blocker  Data not presented for ranitidine alone. |
| Kantor 2020 | ranitidine | cohort | 1833 | 248,338 | UK Biobank | Use >= 4 weeks at study entry: HR 1.04 (0.86-1.26) | Not assessed | Age, sex, race (plus others not provided) | 1-time exposure 2006-10; only 2% used ranitidine, follow-up only 5-9 years |
| Mathes 2008 | ranitidine | Case-control | Ductal 1148 Lobular 688 | 1390 | Western Washington | Ductal Use ~ 1 year pre-diagnosis: 2.2 (1.1-4.3) Ever use > 2 years: 1.3 (0.8-2.3) | Yes, RR: < 2 year 1.0 >2 yr. 1.3 | Age, reference year, hormone therapy, study |  |

| | | | | | | Lobular<br>Use ~ 1 year pre-diagnosis: 1.3 (0.6-2.8)<br>Ever use ≥ 2 years: 1.3 (0.8-2.0) | | | |
|---|---|---|---|---|---|---|---|---|---|
| Coogan 2005 | H2 blockers | Case-control | 6994 | 2478 with other cancers; 6004 patients with non-cancer conditions | Hospital based, U.S. east coast cities | RR for H2 blocker use other than cimetidine:<br>.99 (0.6-1.3) | Not assessed | | Ranitidine use not assessed |
| Rossing 2000 | H2 blockers | Nested case-control | 507 | 27,803 | Group Health Coop cohort of persons prescribed H2 blockers | SIR ranitidine users vs population by months since cohort entry:<br>0-11:    1.1 (0.6-1.7)<br>12-59:   1.0 (0.7-1.4)<br>60-119: 1.2 (0.6-2.1)<br>120+:    1.7 (0.0-9.4) | Not assessed | Age, gender, calendar year | 99.1% of non-cimetidine users were ranitidine users. No data on RR for ranitidine alone use. |
| Habel 1999 | ranitidine | cohort | 68 (Only 10 cases in ranitidine users) | 24,383 | Kaiser Northern California | 0.92 (0.49-1.71) | Not assessed | Age, gender, pharmacy data source | |
| | | | | | | | | | |
| **Diet** | | | | | | | | | |
| | | | | | | | | | |
| Xie 2016 | Diet | Meta-analysis of case-control & cohort | | | 3 studies of breast cancer included for each of nitrate and nitrite | Nitrate (highest vs lowest):<br>0.97, 95% CI 0.79-1.19<br><br>Nitrite (highest vs lowest):<br>1.0, 95% CI 0.96- | Not assessed | Variables adjusted for in original studies | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1.04 | | | |
| Espejo-Herrera 2016 | Diet nitrate | Case-control | 1245 | 1520 | Spain – hospital cases, population controls | Dietary nitrate, mg/day<br><90      1.0<br>90-138   0.86<br>>137      0.83 | No | Study area, age, education | |
| Inoue-Choi 2016 | Diet nitrite | cohort | 9305 | 193,742 | NIH-AARP cohort of older Americans | Nitrite from processed meat, quintile:<br>    4   1.0<br>2  .99<br>3  .99<br>4  .98<br>5  .98 | No | | |
| Inoue-Choi 2012 | Diet nitrite, nitrate | cohort | 2875 | 34,388 | Iowa Women's Health Study cohort of postmenopausal women | Nitrite, quintiles<br>1: 1.0<br>2: 1.12<br>3: 1.06<br>4: 1.10<br>5: 1.05<br>Nitrate, quintiles (mg/d)<br>4-54: 1.0<br>65-91 : 0.86<br>92-121: 0.90<br>122-165: 0.96<br>>165: 0.86 | No | | |
| | | | | | | | | | |
| Loh 2011 | Diet NDMA | cohort | 423 | 10,983 | EPIC – UK | NDMA (per standard deviation ~ 48 ng/d): 1.01, 95% CI 0.84-1.2<br><br>Nitrite (per standard deviation ~ .5 mg/d): 1.08, 95% CI 0.96-1.22 | | | |
| Yang | Diet | Case- | 362 | 362 | Hospital-based, | Nitrate, mg/day: | No | | |

| 2010 | | control | | | controls from non-cancer clinic services South Korea | 15-234     1.0<br>235-329    1.53<br>330-428    1.46<br>429-577    1.50<br>>578        1.54 | ??? | | |
| | | | | | | | | | |
| **Water** | | | | | | | | | |
| | | | | | | | | | |
| Essien 2020 | Water | Meta-analysis s of case-control & cohort | | | 4 studies of breast cancer included | High vs low water nitrate:<br>1.06 (.94-1.19) | Not assesse d | Per original studies | |
| Espejo-Herrera 2016 | Water nitrate | Case-control | 1245 | 1520 | Spain – hospital cases, population controls | Water nitrate, mg/L, postmenopausal:<br>< 2.3    1.0<br>2.3-4    1.09<br>4-8.8    1.07<br>>8.8     1.29 | Yes – RR increase d with increasi ng nitrate level | Study area, age, education, BMI, family history breast cancer, age first birth, oral contracept-tives, energy intake, age menopause | |
| Inoue-Choi 2012 | Water nitrate | cohort | 2875 | 20,147 with data for water nitrate | Iowa Women's Health Study cohort of postmenopausal women | Nitrate mg/L:<br>0-1.4          1.0<br>1.5-3.95      1.07<br>4-7.05         0.96<br>7.15-16.65  1.05<br>16.75-72.65 1.14 | No, but RR highest in the highest category of exposur e | age, energy intake, BMI, WHR, education, smoking, physical activity, alcohol, family history breast | |

378

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | cancer, education, smoking, age menopause, age first live birth, estrogen use, folate, vitamin C and E, flavonoids, 379rescript 379, red meat | |
| Brody 2006 | Water nitrate | Case-control | 824 | 745 | Population-based, Cape Cod, Massachusetts | 0-0.3    1.0<br>0.3-0.6   1.0<br>0.6-0.9   0.9<br>0.9-1.2   0.9<br>1.2-1.5   0.9 | | Age, previous breast cancer diagnosis, age first birth, family history breast cancer, education | |

**Kidney (renal) Cancer**

| Study | Exposure | Study type | No. Cases | No. Non-cases | Source of participants | Relative risk or hazard ratio (95% CI) | Dose Response | Confounders adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Ranitidine** | | | | | | | | | |
| Norgaard 2021 | Ranitidine vs 1. other H2 blockers 2. PPI | Cohort (pharmacy database) | 1922 | 606,626 | Subset of Danish population | Vs. other H2 blockers: Crude RR: 1.01 (0.81-1.26) Inverse probability of treatment weighted: RR 0.89 (0.95-1.29) Vs PPI: no association | Dose of drug not assessed 5 vs 10 years use: no increased risk | Age, date of study entry, co-morbidities | |
| Yoon 2021 | Ranitidine vs famotidine users | cohort | 72 | 50,610 | S. Korean health insurance database, 40,488 ranitidine users, 10,122 famotidine users | 0.78 (.49-1.25) | Data not shown for individual cancers | Matched on age, sex, duration of use, diabetes | Users prescribed ranitidine or famotidine during 2009-11 |
| Kantor 2020 | ranitidine | cohort | 700 | 459,204 | UK Biobank | Use >= 4 weeks at study entry: Ranitidine vs nonusers: 0.53 ( .27-1.02) Ranitidine vs omeprazole: 0.39 (.19-.82) | Not assessed | Age, sex, race (plus others not provided) | 1-time exposure 2006-10; only 2% used ranitidine, follow-up only 5-9 years |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Habel 1999 | ranitidine | cohort | 7 (combined kidney and bladder) | 49,229 | Kaiser Northern California | 1.56 (.73-3.30) | Not assessed | Age, gender, pharmacy data source | |
| **Occupation** | | | | | | | | | |
| Straif 2000 | NDMA rubber workers | Cohort | 10 (deaths) | 8933 | German rubber workers | Compared with low: Medium exp: 1.2 (.3-4.7) High exp: 0.4 (0-3.5) | No | Age | High exposure includes >= 10 years in high exposure jobs |
| Zandjani 1994 | Nitrate fertilizer workers | Cohort | 7 | 1756 men | Norwegian nitrate fertilizer workers (>= 1 year employment) | Standardized incidence ratio vs population expected, years from first exposure: 0-19  2.00 20+  1.48 | Not assessed | | |
| Fandrem 1993 | Nitrate fertilizer workers | Cohort | 9 | 2023 men | Norwegian nitrate fertilizer workers (>= 1 year employment) | Standardized incidence ratio vs population expected 7.6 cases: 1.18 (.54-2.25) | Not assessed | | |
| **Diet** | | | | | | | | | |

381

| Xie 2016 | Diet nitrate and nitrite | Meta-analysis of case-control & cohort studies | | | 3 studies of kidney cancer with nitrate, 2 with nitrite exposures | Highest vs lowest: Nitrate: 0.78 (.40-1.54) Nitrite: 1.00 (.86-1.16) | Not assessed for individual cancers | Adjusted within individual studies | Included studies published through 2016 |
|---|---|---|---|---|---|---|---|---|---|
| Jones 2017 | Diet nitrite, nitrate | Cohort | 125 | 15,577 | Iowa Women's Health Study of women aged 55-69 at entry | Nitrite from processed meat, > .19 mg/day: 1.8 (1.1-3.0) Nitrite all sources, > 2.06 mg/day vs < 0.86 mg/day: 1.6 (0.7-3.8) | Yes (for all dietary sources of nitrite) | Age, smoking, BMI | |
| DellaValle 2012 | Diet nitrite, nitrate | Cohort | 1816 | 491,841 | NIH-AARP Cohort | Nitrite animal sources, RR per .31-2.27 grams/1000 kcal: 1.28 (1.1-1.49) | Yes | Age, sex, calorie intake, race, smoking family history cancer, BMI, alcohol, education, hypertension, diabetes | |
| Daniel 2012 | Diet nitrite, nitrate (cooked meats) | Cohort | 1814 | 492,186 | NIH-AARP Cohort | RR per 1 mg nitrate and nitrite combined intake per 1000 kcal: clear cell kidney cancer: 1.41 (0.85-2.35) Papillary: 0.61 (.19-1.93) | No | Age, sex, energy intake, education marital status, cancer family history cancer, race, BMI, smoking, diabetes, hypertension, alcohol, fruit, | |

| | | | | | | | | | vegetables | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ward 2007 | Diet nitrite, nitrate | Case-control | 201 | 1244 | Population-based study in Iowa | Nitrite from animal sources (mg/day):<br>$\leq$0.18      1.0<br>.18-.28      1.37<br>.29-.47      1.24<br>$\geq$.48      1.0 | No | Age, gender, BMI, population size residences | |
| **Water** | | | | | | | | | | |
| Essien 2020 | Drinking water nitrate | Meta-analysis | | | 4 studies through Jan. 2020 (one of which was ecologic) | Highest vs lowest category of nitrate consumption from drinking water:<br>OR 1.03 (0.78-1.28) | Not assessed | | |
| Jones 2017 | Water nitrate | Cohort | 125 | 15,577 | Iowa Women's Health Study of women aged 55-69 at entry | Highest 95% of water nitrate:<br>RR 2.3 (1.2-4.3) | No | Age, smoking, BMI | |
| Ward 2007 | Water nitrate | Case-control | 201 | 1244 | Population-based study in Iowa | 1+ years exposure to water nitrate > 10 mg/l:<br>RR 1.12 (0.75-1.66) | No | Age, gender, BMI, population size residences | |
| Weyer 2001 | Water nitrate | Cohort | 45 | 16,541 | Iowa Women's Health Study | Water nitrate (mg/L):<br>0-0.36        1.0<br>0.36-1        1.34<br>1.01-2.46    1.38<br>2.46-3.91    1.20 | No | Age, education, smoking, physical activity, body mass index, waist-to-hip | |

| | | | | | | | | ratio, total energy, vitamin C, vitamin E, dietary nitrate, fruits, vegetables | |
|---|---|---|---|---|---|---|---|---|---|

# EXHIBIT

# 733

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION *THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 2924 20-MD-2924 |

REBUTTAL EXPERT REPORT

ANNE MCTIERNAN, MD, PHD

Date: March 27, 2022

Anne McTiernan, MD, PhD

**Exhibit 0002**
10/24/2022
Anne McTiernan, M.D., Ph.D

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

I have reviewed the reports submitted on March 7, 2022 of Drs. Witte, Chan, Terry, and Vaezi.  I been asked to respond to statements and opinions contained in the reports of these defense expert witnesses. In this rebuttal, I have selected representative statements from some of these expert witnesses that appear in their reports, but, where applicable, my opinions herein and my response to those statements also apply to opinions and statements contained in the reports of the other defense expert witnesses. I incorporate by reference my original report and add the following opinions, all held to a reasonable degree of medical certainty.  My methodology detailed in my first report applies to my opinions in this rebuttal report. I reserve the right to supplement this report if additional information becomes available, or to respond to additional defense expert opinions. My billing rate set forth in my initial report still applies. The opinions addressed in this rebuttal report are some of my opinions which differ from opinions set forth in the defense expert reports listed above. It would be inaccurate to infer that just because I may not address certain opinions expressed by these or other defense experts, that I agree with those opinions.

## Medical and scientific organizations statements on ranitidine and NDMA and cancer risk:

> Dr. Witte stated: "No major medical or scientific organization has added prior ranitidine use to the list of cancer risk factors."

**Response:** That ranitidine contains and forms the carcinogen NDMA was only made public in September 2019.  (https://www.fda.gov/news-events/press-announcements/statement-alerting-patients-and-health-care-professionals-ndma-found-samples-ranitidine).  IARC   has   not performed a systematic review of ranitidine and cancer risk and has not performed a recent systematic review of NDMA so would not have considered ranitidine as a source of NDMA as a cancer risk. The FDA also has not performed a systematic review of ranitidine and cancer, but has recalled ranitidine precisely because of its NDMA content (https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market) (accessed 3/26/22). Due to the concerns about NDMA contamination, ranitidine has also been recalled in other countries, including Canada, European countries, Japan, and South Korea, (Kim, Lee, et al. 2021; Nørgaard et al. 2021; Iwagami et al. 2021) (https://recalls-rappels.canada.ca/en/alert-recall/ranitidine-products-recalled-because-nitrosamine-impurity) (accessed 3/22/22).

1

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

In February 2021, FDA described NDMA as a "probable human carcinogen." (https://www.fda.gov/regulatory-information/search-fda-guidance-documents/control-nitrosamine-impurities-human-drugs).

In 2002 the World Health Organization (WHO) stated that "NDMA is clearly carcinogenic" and is "a genotoxic carcinogen, and exposure should be reduced to the extent possible." (https://www.who.int/ipcs/publications/cicad/en/cicad38.pdf accessed 3/26/22)

WHO also stated: "NDMA has been consistently mutagenic and clastogenic [microscopically visible damage to chromosomes] in human and rodent cells exposed *in vitro*." (https://www.who.int/ipcs/publications/cicad/en/cicad38.pdf accessed 3/26/22)

"Based upon laboratory studies in which tumours have been induced in all species examined at relatively low doses, NDMA is clearly carcinogenic. There is overwhelming evidence that NDMA is mutagenic and clastogenic. While the mechanism by which NDMA induces tumours is not fully elucidated, DNA adducts (in particular, O6-methylguanine) formed by the methyldiazonium ion generated during metabolism likely play a critical role. Qualitatively, the metabolism of NDMA appears to be similar in humans and animals; as a result, it is considered highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposure." (https://www.who.int/ipcs/publications/cicad/en/cicad38.pdf accessed 3/26/22)

Further, GSK has admitted that "NDMA is a genotoxic carcinogen, and exposure should be reduced to the extent possible." (GSKZAN0000236640)

> Witte: "Based on my review of the literature, I concur with the conclusion of FDA researchers that, 'studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk.'"
>
> Chan: "This conclusion (no association) is consistent with the recent review of the epidemiological literature by the FDA, who concluded: "When considering all cancer types, while each study had limitations (e.g., confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies, and studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk" (Florian et al. 2021)."

**Response:** These quotes from two of the defense experts misleadingly suggest that the quoted language is an FDA statement based on a study of ranitidine and cancer risk. Rather, the paper cited states that: "The primary objective of this study was to compare 24-hour urinary excretion

2

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

of NDMA after ranitidine vs placebo."(Florian et al. 2021) This paper did not present a systematic review of epidemiologic studies of ranitidine or its component carcinogen, NDMA, and cancer risk. Furthermore, while the study authors were from the FDA, the paper's discussion comments were not an official statement of the FDA, but rather one half paragraph of comments giving some background in the course of discussing the findings of this study in 18 study subjects. This discussion does not even reference all of the ranitidine specific studies, much less perform a systematic review. Florian (Florian et al. 2021) only briefly mentions Mathes, and cites to Iwagami, Yoon, Kumar, Kantor, Habel, and Tran (Mathes et al. 2008; Iwagami et al. 2021; Yoon et al. 2021; Kumar, et al. 2021; Kantor et al. 2021; Habel, et al. 2000; Tran et al. 2018). Important and relevant ranitidine cancer studies that were **not** discussed nor cited include Cardwell (2021), McDowell et al. (2021), Adami, et al. (2021), Liu, et al (2020) and Nørgaard (2021) and other relevant studies which I discussed in my report. The use of these Florian study quotes is misleading. This same quote from the Florian paper is included, in whole or part, by 4 of the defense expert witnesses (Witte, Chan, Terry, Vaezi).

## Active comparator design in studies of ranitidine and cancer risk

The report of Dr. Witte and other defense expert witnesses listed above rely solely on studies that used "active comparators" in forming their causation opinions on ranitidine and cancer risk. This is an example of "cherry picking" studies. It is notable that all four of the expert witnesses have picked the same cherries (Witte, Terry, Chan, Vaezi).  I have not identified that any of them have conducted studies using active comparators in their own published studies. Many peer-reviewed studies have compared medication users to non-users to determine cancer risks.

Dr. Witte makes several statements about methodology of pharmacoepidemiology using active comparator designs, although he himself primarily works as a genetic epidemiologist. The issue in the case is cancer epidemiology and pharmacoepidemiology.

> Witte: "In other words, comparing ranitidine users to other H2RA users creates an "apples to apples" comparison that isolates the exposure in question, ranitidine, while keeping the other characteristics of the two populations being compared as similar as possible. While these drugs may be used to treat the same underlying symptoms or indications, only ranitidine should be positively associated if uniquely causal for cancer…Any associations in the non-active comparator studies most likely reflect issues with reverse causation, confounding, or chance, not a valid association (i.e., an association not due to chance, bias, or confounding)."

3

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Response:** An active comparator study design, if used properly, is an important and valuable tool for epidemiologists to use to assess whether one medication is different from other medications. Active comparator studies, when performed properly, do not address whether use of a medication increases the risk of disease as compared to non-use of the medication.   Also, the concept of active comparators assumes that patients with the same medical conditions, same general health, same demographic backgrounds, same risks for specific cancers, would be equally likely to receive either the drug of interest (ranitidine) or the active comparator. Several reasons the active comparators represent different populations include:

- Some of the active comparators compared ranitidine to PPIs, a class of drugs given to patients with more advanced disease as Dr. Vaezi has previously published (Fass et al. 2021) and Dr. Chan wrote in his report: "However, even active comparator analyses may not fully control for confounding by indication if, for example, some acid suppressants tend to be taken by patients with more severe disease or more risk factors for developing cancer."

- Different time trends for when active comparators (PPIs, different H2 blockers) were available over-the-counter, and therefore exposure assessments differ between ranitidine and active comparators. The result is that many ranitidine "users" will be mistakenly classified as "nonusers" because they bought their ranitidine over-the-counter. Since the comparator drugs were not available over-the-counter at the same time as ranitidine, there will be less misclassification. If some ranitidine users bought some medication by prescription and some over-the-counter, the "dose" will be under-estimated in ranitidine users. The result will be bias of relative risk to the null value when comparing ranitidine use to one or more of these acid-suppressant active comparators.

- In US, different insurance policies and medical systems, allow specific H2 blockers and not others. This introduces a high likelihood of confounding by patient characteristics (e.g., access to insurance)

- The FDA document cited by the defense experts includes several statements on steps that must be taken to ensure that the studies are reliable (https://www.fda.gov/media/79922/download) (accessed 3/13/2022). The active comparator studies that I reviewed in my report all used large databases, including pharmacy databases and electronic health records; only one used a study developed for research (Kantor et al. 2021). Of these, the FDA states:

4

o Because existing electronic healthcare data systems were generated for purposes other than drug safety investigations, it is important that investigators understand their potential limitations and make provisions to use the data systems appropriately. For example:

- Administrative claims data are generated to support payment for care; the payor's policies governing the approval and denial of such payments should be considered before using these data for study investigations.

- EMR [electronic medical record] data are generated in the course of routine clinical care provision; therefore, it is important for investigators to consider the particular healthcare system's characteristics and guidelines for patient care and their common clinical practices, as these factors will have an impact on the data collected.

o Investigators should also describe the historical accessibility of the data source(s) proposed to be used in the study. This description should include:

- How long the data source has been available to the research community;

- How often this data source has been used for pharmacoepidemiologic safety studies;

- The capability of the selected data source to validate the outcome and other study elements (e.g., exposures, key covariates, inclusion/exclusion criteria) based on the safety question; and

- References for any relevant publications, including validation studies of safety outcomes of interest in the proposed study that are captured in the database

o In my report, I have evaluated each of the ranitidine active comparator studies in great detail, using, in part, the FDA guidelines and the principles of epidemiology. Dr. Witte give scant attention to the limitations of these studies, or to the concerns reflected in the FDA guidance document which he cites selectively. For example, in his discussion of Y Kim, Dr. Witte devotes a total of 17 words, not even mentioning that the data was aggregate, not individual.

o As another example. Dr. Terry emphasizes the importance of adjusting for smoking in analyses: "For example, if ranitidine users differ from users of other H2RAs or PPIs in terms of other cancer risk factors (e.g., age, smoking rates, obesity), then the groups may not be comparable unless these factors can be

5

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

reliably adjusted for in the analyses. As shown in Table 1 of the appendix, many of the studies that compared ranitidine to H2RAs or to PPIs were able to control for other covariates that could differ between groups". She then criticizes the Cardwell study (which found an increased risk of bladder cancer) for not having "complete" information on smoking (although smoking was addressed and used in the analysis "A strength of this study is that they were able to adjust for multiple comorbidities, although information on smoking and alcohol use was incomplete." Then, to support her narrative that ranitidine is a cause of cancer, in discussing Nørgaard, where the authors had **no information on smoking,** she turns it into a strength. "The authors did not have access to information on smoking status or BMI, but given the design of the study such variables were unlikely to bias the results."

This inconsistency in approach demonstrates that Defendants' experts are selecting the results biased in favor of their clients' position, rather than doing a comprehensive review and weighing the evidence.

Dr. Witte stated: "Active comparator observational studies are a methodologically important approach that provides an avenue for controlling potential sources of bias, even if these are not directly measured (e.g., unmeasured confounders). This approach attempts to mimic a randomized controlled trial by limiting differences between the exposed and unexposed groups and is especially valuable when there is a concern with potential confounding by indication."

**Response**: This statement references the 2022 paper by Sendor and Stürmer (funded in part by grants from GSK).(Sendor and Stürmer 2022) Drs. Chan and Terry also reference Sendor and Stürmer.

Defense expert witnesses selectively rely on this publication. For example: Sendor and Stürmer state the following significant limitations of active comparators, which the defense experts do not include in their reports:

- "Effectiveness of active comparators to control confounding by indication is dependent on selection of good comparators to the study treatment." The paper also states that "good" comparators can be subjective and challenging to identify. This statement shows that an active comparator study is not guaranteed to control confounding by indication. Few of the 6 active comparator studies on ranitidine and cancer risk included variables

6

related to indication as adjusted co-variates, and there is no evidence that a prescription for either an H2RA or PPI is adequate adjustment for particular indications. Kim et al., for example, only controlled for Barrett's esophagus and atrophic gastritis, and did not control for typical indications for these drugs such as peptic or duodenal ulcer, GERD, or erosive esophagitis. Furthermore, if patients prescribed PPIs have more advanced disease than ranitidine users, it will not be possible to adjust for indication. Studies have shown that most patients in electronic health record databases do not have listed indications for acid suppressant medications.(Rückert-Eheberg et al. 2022; Haastrup et al. 2016)

- "It is not advised to group multiple active comparators together within a single ACNU [active comparator new user] study. Doing so often results in increasingly stringent assumptions applied to the comparators and limits generalizability because the comparator cohort is defined by a specific "mix" of comparator drug classes. Such an approach may be plausible for specific research questions in which multiple active comparators are confirmed to have similar benefit–risk profiles, and therefore the collective could represent a treatment "standard of care" for comparison. However, interpretation of findings from this approach for drug selection during prescribing will be limited." This statement is relevant to the following studies, in which the active comparator compared to ranitidine was in fact a combined group of any H2 blocker user, or any proton pump inhibitor user: (Adami et al. 2021; Nørgaard et al. 2021; Kumar, Goldberg, and Kaplan 2021)

- "Clinical indication is not the only driver of treatment variation—myriad other factors can also influence decision-making for treatment use or exposure assignment, including but not limited to frailty, insurance (including differences in access or level of coverage), variations in drug formularies within and between countries, out of pocket cost for patients, and treatment availability during the study period (e.g., market fluctuations, insurance reimbursement changes, regulatory restrictions or label changes). All issues potentially impacting variability in treatment use should be evaluated to consider whether inability to measure any such factors would bias or invalidate study findings, in which case the study may not be possible." In my report, I discuss these issues that pertain particularly to U.S. patients, who may change insurance coverage for medications, may have had varying access to and use of over-the-counter ranitidine or comparator drugs,

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

and availability of particular H2RA drugs as with formularies in health maintenance organizations or insurance plans.

- "Key characteristics beneficial for ACNU [active comparative new user] research include large sample sizes, longitudinal completeness, availability of clinical diagnoses, accessible prescription data, and standardized data collection and availability." As I discussed in my report, these characteristics were compromised in many of the active comparator studies of ranitidine and cancer risk.

Dr. Witte states: "Active comparator studies are strongly preferred over non-user comparisons; as noted by Franklin et al. "[F]ocusing on active treatment comparator(s) with similar indications and similar treatment modality as the treatment of interest can greatly mitigate the risk of unmeasured confounding. Nonuser comparator groups are highly suspect, as patients who are receiving treatment are often very different with respect to their disease severity and risk of adverse events compared with patients who are not receiving treatment for the same disease."

**Response**: Given this statement, it is not clear why Dr. Witte (and Drs. Chan, Vaezi, and Terry) have not published studies using active comparators when assessing drug effects on cancer risk in observational studies. As noted above, there are advantages of properly performed active comparator studies, if designed and performed properly. The issue here is not the use of active comparator study types—it is the way the specific studies discussed in my report were designed and conducted. Dr. Witte and other defense expert witnesses have selectively evaluated these studies.

An example is the Cardwell et al study, which was not solely conducted as an active comparator study (that is, comparisons to non-users was presented). This nested case-control study within the Scottish primary care clinic database first matched cases to controls on practice, year of birth (plus or minus 5 years), sex, and year of registration (in categories). Matching serves as adjustment for these variables. The study further adjusted for multiple medical conditions, smoking, alcohol intake, and practice deprivation index (socioeconomic status). The authors state a limitation was that they did not have data on occupational or family history exposures to assess for confounding. This study's adjustment methods did not remove substantial numbers of cases from the analysis, as was the case in the Adami study. The study collected ranitidine exposure data from the primary care records, which record all medications of practice patients, and listed lack of over-the-counter medications as a potential weakness (but cite data showing

8

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

only 10% of ranitidine use was from over-the-counter purchases in the UK). The study provided information on numbers of pills per prescription (28) as well as using the WHO defined daily dose for dose of pill. The Cardwell et al. study collected bladder cancer outcomes from the database's primary care medical records, and reference a validation study showing 97% capture of bladder cancer cases through the primary care records in the U.K. Therefore, this study followed the FDA guidance on: 1) defining drug exposure; 2) using validated method of outcomes determination; 3) sample size for adequate power; 4) adjustment for confounding factors; and 5) discussion of limitations for any of these aspects of methodology.

> Dr. Witte states: "Yoshida et al. also points out there are "[t]hree main advantages that the active-comparator design provides []: (1) increase[ed] similarity in measured [patient] characteristics between the [treatment] groups; (2) reduc[ed] potential for unmeasured confounding; and (3) possibly improving [the clinical relevance of] the research question."

> Dr. Chan: "The published, population-based studies that leveraged large databases, utilized active comparator controls, and were specifically designed to test the NDMA hypothesis (Adami et al. 2021; Iwagami et al. 2021; Kantor et al. 2021; Kim S. et al. 2021; Kim Y. et al. 2021; Kumar et al. 2021; Norgaard et al. 2021; Yoon et al. 2021) represent the best evidence in the extant scientific literature on the potential association between ranitidine and cancer outcomes….Most significantly, Drs. McTiernan… are incorrect in their assessments of protopathic bias (as purportedly inapplicable to certain cancer types) and active comparator analyses (insofar as they dispute that H2 blocker users are the most comparable/appropriate comparator population or claim that PPIs increase the risk of cancer).

**Response**: It is notable that in his own research on H2RAs and PPI associations with cancer risk, Dr. Chan chose not to use electronic health databases, but instead used data from studies designed for epidemiologic research.(Babic et al. 2020) He also ignores the vast array of studies that compare medication users to non-users. Also, contrary to his statement, the large databases used in the papers he cited were electronic medical records or pharmacy prescription databases that were designed primarily for insurance billing, not for epidemiologic research.

> Chan: "I have therefore placed the most weight on the large, well-conducted published studies designed to specifically test the ranitidine and NDMA hypothesis as these studies represent the best evidence in the extant scientific literature on the potential association between ranitidine and cancer outcomes"… In general, an active comparator analysis better accounts for confounding by indication and other confounding variables compared to a general population comparator of non-users. However, not all active comparator analyses are equal. Since ranitidine is an H2 blocker, the comparison to other H2 blockers provides the most "apples-to-apples" comparison in terms of patient characteristics, including bladder cancer risk factors and indications treated."

9

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Response**: Contrary to Dr. Chan's statement that the ranitidine epidemiologic studies were "designed to specifically test the ranitidine and NDMA hypothesis", the studies using large electronic medical record databases or pharmaceutical databases used data infrastructures that were instead designed to support insurance billing. These include, for example, the Explorys database which is a data source compiled from multiple U.S. medical clinics or hospitals or both, as well as several studies conducted outside the U.S.(Yoon et al. 2021; Iwagami et al. 2021) Missing from the methods section were key elements from the FDA guidance for pharmacoepidemiology studies of drug safety.(Kim, Wang, et al. 2021)

- The FDA guidelines recommend a "comparator group taking a drug used to treat the same disease, with the same level of disease severity, and from the same time period as the exposed cohort" Dr. Chan states in his report that "In general, an active comparator analysis better accounts for confounding by indication and other confounding variables compared to a general population comparator of non-users. However, not all active comparator analyses are equal. Since ranitidine is an H2 blocker, the comparison to other H2 blockers provides the most "apples-to-apples" comparison in terms of patient characteristics, including bladder cancer risk factors and indications treated."

Given this statement of Dr. Chan's, that H2RAs are the preferred comparators, it suggests that his opinion is that the following studies are unreliable in their analyses of associations between ranitidine use vs PPI use and cancer risk: Adami, Norgaard, Kumar, Kim, Kantor, (Adami et al. 2021; Nørgaard et al. 2021; Kumar, Goldberg, and Kaplan 2021; Kim, Wang, et al. 2021; Kantor et al. 2021)

<span style="color:red">Dr. Vaezi: "The incorrect suggestion by Plaintiffs' epidemiology experts, Dr. McTiernan …, that an active comparator design in observational studies would bias the study to the null (i.e., in the direction of no risk) is equivalent to saying that in randomized prospective studies enrollment of patients with the same disease to assess therapeutic outcome would result in a bias.  In fact, the FDA would reject any study where there is no balance in patient factors such as indication of use. Thus, the most appropriate analysis is an active comparator analysis. Additionally, a critical issue for prescribers like myself, is how does the safety of ranitidine compare to other acid suppressive medications, so that we can make better healthcare decisions."</span>

**Response**: I did not suggest that an active comparator design in observational studies would bias the study to the null'. My exact statement was: "Third, epidemiologists may choose, as comparators, persons who are prescribed or choose to use medications for these health

10

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

conditions. For ranitidine studies, these active comparators have been one or more other H2 blockers or one or more proton pump inhibitors. However, if the persons who are prescribed nonrelated medications differ in other ways compared with those prescribed the medication of interest, indication bias could result. In the epidemiologic studies that compared ranitidine users to users of other acid reducers (other H2 blockers, proton pump inhibitors), there are several additional concerning sources of bias. The indications for these drugs, and reasons for prescriptions and taking these drugs, are not random. For example, proton pump inhibitors have been shown to be superior to H2 blockers in the treatment of specific gastrointestinal conditions, such as peptic ulcer, duodenal ulcer, and GERD. (Walan et al. 1989; Agrawal et al. 2000; Katz, Gerson, and Vela 2013; Lee et al. 1986; Lee, Hardman, and Jaderberg 1991) Therefore patients prescribed these drugs are likely to be sicker than those prescribed H2 blockers, and likely to be more closely followed with return medical visits. Each medical visit prompts the addition of medical codes to the electronic health record, increasing the chance that diagnostic codes related to other diseases such as cancer are added.(Gianfrancesco and Goldstein 2021) If studies compare patients using higher or lower doses in the comparator versus ranitidine, it could also signal an imbalance between the groups of users in relation to indications for use or severity of illness. This type of imbalance between the drug of interest (i.e., ranitidine) and comparator drugs (i.e., other H2 blockers and proton pump inhibitors) is called channeling bias as discussed above in the section on 'Biases That May Affect Epidemiologic Studies of Ranitidine or Other NDMA Sources and Cancer' and in Table 2." These comments align with the FDA best practices document cited by defense witness Dr. Witte:

- o "…when selecting a comparator group, investigators should consider the impact that formulary status (e.g., medication tiering or prior authorization issues) could have on the level of disease severity of the exposed group and the comparator group. "

- o "Channeling refers to the situation where drugs are prescribed to patients differently based on the presence or absence of factors prognostic of patient outcomes.  In other words, the potential for a given outcome differs between the groups (those who receive the drug or medical product of interest and the comparison group) because of patient characteristics that were present prior to drug treatment. When these characteristics are also related to prescribing patterns of the drug of interest, a biased estimate of risk may result.  As such,

11

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

channeling may introduce a bias that can make a drug seem either more beneficial or more harmful than it actually is. (Petri 1991; Journal of American Medical Association Online Dictionary).  Confounding by indication is a type of channeling bias that occurs when the indication, which is associated with the drug exposure, is an independent risk factor for the outcome; this is of particular concern in pharmacoepidemiologic safety studies using electronic health data because these data do not generally identify the indication for drug use."

Vaezi: "Active comparator design improves the quality of observational studies and is "the right" design when assessing any impact of acid suppressive therapy on cancer outcomes. It is the best design for reducing potential for unmeasured confounding, as well as confounding by indication."

**Response**: In 2021, Dr. Vaezi published a study using a database from Taiwan National Health Insurance on proton pump inhibitor (PPI, acid suppressant drug) use versus non-use on risk of colorectal cancer. They concluded that PPI use increases colorectal cancer use. The comparison group was non-users, not an active comparator.(Lei et al. 2021) If Dr. Vaezi truly believed that the active comparator design is '"the right design" when assessing any impact of acid suppressive therapy on cancer outcomes', why did he choose to ignore "the right design" for his study that was published within the last year?

Witte: citing the FDA best practices document: "Several formal guidelines recommend the use of active comparators in observational studies"

**Response**: This statement misstates these publications, reports, and websites as "formal guidelines." In fact, these agencies carefully point out that the statements are not formal guidelines or requirements, and that they do not represent the particular agency. Furthermore, most of the listed agencies focus on an area of research called 'comparative effectiveness research', which is not the research area focused on adverse effects of medications. Also, again, I agree with the value of the use of the active comparator study design.  However, the specific studies must be evaluated for their strengths and limitations, and interpreted in light of those considerations, as I have done.

Dr. Witte cites to "the US Food and Drug Administration's (FDA) Best Practices for Conducting and Reporting Pharmacoepidemiologic Safety Studies Using Electronic Healthcare Data."

12

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Response:** Dr. Witte fails to fully describe the statements in the FDA document, however. Relevant to the issues on cancer risk from ranitidine and NDMA are the following statements which support my critiques of several of the studies of ranitidine use and cancer risk (https://www.fda.gov/media/79922/download) (accessed 3/13/2022):

- "This guidance is not intended to be prescriptive with regard to choice of study design or type of analysis and does not endorse any particular type of data resource or methodology. It does not provide a framework for determining the appropriate weight of evidence to be given to studies from this data stream in the overall assessment of drug safety, as this appraisal represents a separate aspect of the regulatory decision-making process and is currently best accomplished in the context of the specific safety issue under investigation."
- "FDA encourages the use of multiple comparator groups in those study designs where it is feasible and relevant, as this strategy can enhance the validity of safety studies (Waning 2001)."
- "In cohort studies, it is ideal to use a comparator group taking a drug used to treat the same disease, **with the same level of disease severity, and from the same time period as the exposed cohort.** For example, when selecting a comparator group, **investigators should consider the impact that formulary status (e.g., medication tiering or prior authorization issues) could have on the level of disease severity of the exposed group and the comparator group."**

<span style="color:red">Dr. Witte also cites to "the Patient-Centered Outcomes Research Institute's (PCORI) 'Standards for Causal Inference in Analyses of Data from Observational and Experimental Studies in Patient-Centered Outcomes Research."</span>

**Response**: As a member of a PCORI advisory committee from 2014-16, I am experienced in PCORI work. It should be noted that PCORI focuses on comparative effectiveness research. It does not focus on identifying causal relationships between a drug exposure and disease incidence. (https://www.pcori.org/about/about-pcori ) (accessed 3/13/2022). The document referenced by Dr. Witte (#44) describes recommendations for comparative effectiveness research, not for research on causal relationships between carcinogen exposure and disease. Furthermore, the first page of this document states in a disclaimer: 'All statements in this report, including its findings and conclusions, are solely those of the authors and do not necessarily represent the views of the Patient-Centered Outcomes Research Institute (PCORI), its Board of Governors or Methodology Committee. PCORI has not peer-reviewed or edited this content,

13

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

which was developed through a contract to support the Methodology Committee's development of a report to outline existing methodologies for conducting patient-centered outcomes research, propose appropriate methodological standards, and identify important methodological gaps that need to be addressed.' Clearly, this document is not a "formal guideline" of PCORI.

<span style="color:red">Dr. Witte cites to "the Good Research for Comparative Effectiveness (GRACE) principles"</span>

**Response**: The referenced document, as shown by its title, is for Comparative Effectiveness research. It is not for etiological or causal research. The Institute of Medicine defines Comparative Effectiveness Research (CER): "CER is the generation and synthesis of evidence that compares the benefits and harms of alternative methods to prevent, diagnose, treat and monitor a clinical condition, or to improve the delivery of care. The purpose of CER is to assist consumers, clinicians, purchasers, and policy makers to make informed decisions that will improve health care at both the individual and population levels."(Sox and Greenfield 2009)

<span style="color:red">Dr. Witte also relies on "the Agency for Healthcare Research and Quality's (AHRQ) "Developing a Protocol for Observational Comparative Effectiveness Research."</span>

**Response**: This reference is one chapter from the US government's AHRQ users guide for comparative effectiveness research (https://effectivehealthcare.ahrq.gov/products/observational-cer-protocol/research) (accessed 3/12/2022). It is NOT a guide for epidemiologic studies of causal analysis of exposure-disease associations.  Its contents largely mirror those of the FDA document cited by Dr. Witte.

## Study interpretation

<span style="color:red">Dr. Witte: "My conclusion agrees with the scientific community; the scientists who undertook studies of ranitidine and cancer have not concluded that a valid, consistent, reliable association exists, much less causality as highlighted by the statements in their publications:"</span>

14

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Response**: Dr. Witte selectively quotes from the ranitidine epidemiology papers, while ignoring other statements of those studies' authors which are important to interpreting the results of those studies. This is part of a pattern that I observe in Dr. Witte's and other defense expert witness reports, of what Dr. Witte describes as "cherry picking" that is evident throughout Dr. Witte's report and the reports of the other defense epidemiologists, who all turn a blind eye to the serious limitations in the ranitidine active comparator studies which I have identified and discussed in my report.

The standard for conducting systematic reviews is to look at methodology and the actual data presented in each paper, rather than relying solely on summary statements that can be affected by journal style or influences other than data. The gold standard of systematic reviews – meta-analyses – do not depend on author summaries, but instead abstract and include actual data in calculating summary effect sizes and statistical testing. As I discussed in my report, Adami et al used propensity scoring to attempt to control for confounding. However, by doing so, the study eliminated most of the cases that were claimed in the abstract to be in the study, reducing number of cases from 1268 total cited in abstract to 352 actually analyzed, in effect throwing out three quarters of the cases they incorrectly claimed to have in the study. The abstract therefore mischaracterized the size and statistical power of the study. The final analyses included too small a number of cases to have power to detect statistically significant associations. Propensity scoring does not make up for missing variables. If a dataset is missing potential confounding variables, it is not possible to create other variables to replace them. In addition, since Adami et al. eliminated three quarters of the  cases with the propensity score matching, it points out how imbalanced their dataset was between cases and non-cases. This in effect was a fatal flaw of the study.

## Relative risk and associations

> Dr Witte states: "Dr. McTiernan… use non-accepted methodology when considering the magnitude and consistency of potential associations between ranitidine and other exposures and cancer. Dr. McTiernan assumes that "[a]ny relative risk other than 1.0 indicates an association, whether positive or negative, regardless of the results of statistical tests used with the relative risk. This unique view is not accepted by the field."

**Response**: Dr. Witte mischaracterizes my statements as "anything goes", when in fact my statements are identical to those of a widely used and referenced epidemiology textbook (Gordis' Epidemiology), (Celentano 2019) as well as teachings of the U.S. Center for Disease Control, the agency responsible for training thousands of practicing epidemiologists.

15

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Textbooks of epidemiology such as the widely used Leon Gordis' Epidemiology textbook (Celentano 2019) describe relative risk in exactly the way that I described it. Chapter 12 of Gordis' Epidemiology, section on Interpreting the Relative Risk, states: "If the relative risk is greater than 1, the numerator is greater than the denominator [referring to risk in exposed divided by risk in nonexposed], and the risk in exposed persons is greater than the risk in unexposed persons. This is evidence of a positive association, which may be causal."

Furthermore, the CDC states that: "A risk ratio (RR), also called relative risk, compares the risk of a health event (disease, injury, risk factor, or death) among one group with the risk among another group…A risk ratio of 1.0 indicates identical risk among the two groups. A risk ratio greater than 1.0 indicates an increased risk for the group in the numerator, usually the exposed group.   A risk ratio less than 1.0 indicates a decreased risk for the exposed group, indicating that perhaps exposure actually protects against disease occurrence." (https://www.cdc.gov/csels/dsepd/ss1978/lesson3/section5.html) (accessed 3/13/2022)

There are many examples of studies in the peer reviewed medical and scientific literature which interpret relative risks lower than the Norgaard finding of 1.33 (crude), 1.11 (propensity score adjusted) for ranitidine and bladder cancer risk vs other H2RAs or 1.24 (propensity score adjusted) vs PPIs as positive associations. Defense experts are well aware of this.   Clearly there is a mismatch between how the defense experts interpret relative risks for this litigation and how relative risks are dealt with in the epidemiological community.

## Statistical testing, statistical significance, p-values, confidence intervals, and power

Dr. Witte: "While some other statisticians have argued that one should not assess associations using statistical significance testing, they also are "not advocating for an anything goes situation, in which weak evidence suddenly becomes credible." In contrast, Dr. McTiernan takes such an 'anything goes' approach, incorrectly assuming that weak evidence is credible throughout her report. She states that "there is no level of relative risk other than 1.0 that indicates lack of association" (P. 107), and simply counts the number of studies with RR>1.0 regardless of the magnitude of association and width of 95% confidence intervals when considering consistency of potential associations with cancer."

**Response**:  Dr. Witte mischaracterizes my statements regarding interpreting the relative risks, odds ratios and statistical significance.  Consistent with the prevailing view of epidemiologists and as expressed by the American Statistical Association, whether an association is or is not

16

statistically significant should not be the determining factor in whether a study result should be disregarded.  Also, any relative risk that is greater than 1 reflects an increase in risk in the exposed group as compared to the control.  As stated above, the Gordis' Epidemiology textbook defines relative risks greater than 1.0 as showing positive associations. Similarly, the CDC describes relative risks greater than 1.0 as positive. Dr. Witte's comments show his misconceptions about relative risk.

> Chan: "Finally, Dr. McTiernan's disavowal of p-values and confidence intervals (e.g., "relative risk of 1.3 shows a 30% increased risk regardless of what p-value is calculated for it, and regardless of what confidence intervals are calculated") is not generally accepted by the community of epidemiologists or practicing clinicians. Similarly, Dr. McTiernan's claim that the "American Statistical Association and individual statisticians recently called for abandoning the term 'statistically significant'" (citing to Wasserstein et al. 2019) is not accurate. To the contrary, the American Statistical Association (ASA) issued a 2021 "Statement on Statistical Significance and Replicability," which clarifies that the Wasserstein 2019 editorial should not be "interpreted as official ASA policy" (Benjamini et al. 2021). The 2021 ASA statement clarifies that "the use of P-values and significance testing, properly applied and interpreted, are important tools that should not be abandoned." The ASA further stated that: "P-values are valid statistical measures that provide convenient conventions for communicating the uncertainty inherent in quantitative results. Indeed, P-values and significance tests are among the most studied and best understood statistical procedures in the statistics literature. They are important tools that have advanced science through their proper application." The ASA concluded that "In summary, P-values and significance tests, when properly applied and interpreted, increase the rigor of the conclusions drawn from data. Analyzing data and summarizing results are often more complex than is sometimes popularly conveyed. Although all scientific methods have limitations, the proper application of statistical methods is essential for interpreting the results of data analyses and enhancing the replicability of scientific results." Other leading statisticians in the field have emphasized the importance of using P-values in ensuring reproducibility of scientific findings and have even called for the use of more stringent P-value thresholds for statistical significance (Benjamin et al. 2018).... Importantly, it is not scientifically reliable to speculate as to whether a study would have detected an association had it been better powered.  There is simply no way to determine this outcome without actually conducting the better powered study."

**Response**:  The FDA guidance document that Dr. Witte and other defense experts cite states the importance of statistical power and sample size as follows (https://www.fda.gov/media/79922/download accessed 3/13/2022):  "Findings of no association between the drug and safety outcome of interest should be presented in the context of the initial statistical power calculations; investigators should attempt to determine the level of risk that can be ruled out, given the study findings." Similarly, the American Association for Cancer Research journal *Cancer Epidemiology Biomarkers and Prevention* requires authors to provide power calculations when reporting negative studies (https://aacrjournals.org/cebp/pages/journal-ifora

17

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

accessed 3/23/2022). Of note, none of the studies with negative associations between ranitidine use and cancer risk provided power calculations, although several mention low statistical power/small numbers in their studies in their discussions.(Iwagami et al. 2021; Kumar, Goldberg, and Kaplan 2021; Kantor et al. 2021)

The defense experts dismiss the issues of sample size and power in the various studies, including the Adami study which eliminated 75% of cases with propensity matching, and the other studies which because of short follow-up and young populations had relatively small numbers of cases which reduce power to detect statistically significant associations.

Dr. Witte does not provide any support for his statement on: "is not generally accepted by the community of epidemiologists or practicing clinicians." He gives no reference to surveys of epidemiologists or clinicians on this point.

My comments on p-values and confidence intervals relate to their actual meaning versus misuse and mischaracterization of their importance. For example, the idea that a "statistically significant" p-value in a study indicates a scientifically or substantively important relation has been detected is false. Similarly, the lack of a "statistically significant" p-value does not indicate absence of an important or substantial relationship. Statistical testing is useful if properly applied and interpreted. The explanation by Dr. Chan does not follow these dictates. I agree with the statement by Dr. Sander Greenland (biostatistician) "[S]ingling out the degradation of P values into ''significant'' and ''nonsignificant'' is "an especially pernicious statistical practice."(Greenland et al. 2016) The importance of statistical testing (e.g. p-values, or, confidence intervals) derives from an analysis of the individual studies and does not separate results into specific categories of significant versus insignificant. Of note, the call by eminent statistical scientists to "retire statistical significance" was signed by over 800 scientists worldwide. Notably, two of the authors of the Danish active comparator studies(Nørgaard et al. 2021; Adami et al. 2021) Mette Nørgaard and Henrik Toft Sørensen were included as signatories. (Amrhein, Greenland, and McShane 2019) (https://media.nature.com/original/magazine-assets/d41586-019-00857-9/16614318) (accessed 3/26/22)

## Defense experts' misrepresentation of my interpretation of individual studies

18

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

To use a term in Dr. Witte's report, he "cherry-picked" comments from the papers on ranitidine and cancer that support his opinion. (I note that the term "cherry pick" is not a term that I have seen used in epidemiology, but I have seen that term used by lawyers in Daubert briefs.) In contrast, for my report I considered the studies as a whole, primarily relying on actual data and analyses of study design, methods, data sources, strengths, and limitations, and I evaluated these aspects of each study for my interpretation of the study results. Dr. Witte's quotes from papers, with direct quotes from those same papers that he ignored follow:

Witte quote: Adami: "If a causal association existed, we would expect to observe stronger associations with a larger number of prescriptions and, most likely, with longer follow-up, yet such patterns were not evident."

**Response**: Adami statements ignored by Witte: "Because malignant transformation of cancer may take longer than 20 years, the most severe shortcoming of our study is the limited number of participants with long-term follow up. Second, the Prescription Registry provides no information about drugs removed from the Danish market, nor about compliance with prescriptions or use of drugs sold over-the-counter. Because the drugs examined relieve severe gastrointestinal symptoms, compliance with prescriptions was probably high, at least for chronic use. Although we were able to rely on the Prescription Registry to identify most ranitidine users with the longest follow-up (i.e., those first prescribed ranitidine in 1999 to 2001; Supplementary Table S3), over-the-counter use inevitably led to underestimation of ranitidine exposure, as well as exposure to other H2RBs, in more recent years."

Witte quote: Cardwell:  "[T]here was little evidence of difference in bladder cancer risk when directly comparing ranitidine users with users of non-ranitidine histamine-2 receptor agonists."

**Response**: Cardwell statement ignored by Witte: "In this large population-based study, the use of ranitidine particularly long-term use was associated with an increased risk of bladder cancer."

Witte quote: Habel: "An elevation in cancer risk among cimetidine or ranitidine users might reflect the use of either of these drugs for early symptoms of cancer [i.e., reverse causation]."

**Response**: Habel statements ignored by Witte: "As exposure was based in part on a sample of prescriptions, it is possible that some of the individuals classified as unexposed to cimetidine or ranitidine were receiving prescriptions for one of these drugs but this information was not captured by the database… Drug exposure in our study may also have been misclassified because some individuals were treated with cimetidine or ranitidine before or after the period

19

covered by the pharmacy database. Based on data from a Danish study of cimetidine users, approximately 30% of individuals who take H1RAs are long-term user. Therefore, the majority of individuals identified in our pharmacy sample may only have taken cimetidine for a short period… We were not able to use our data to examine whether dose or duration of use was related to cancer risk. Including all users together without considering dose or duration would attenuate our relative risk estimates. Relationships between these drugs and cancer risk may not be observable when exposure categories are limited to ever versus never use."

Witte quote: Iwagami: "Our findings may provide reassurance to people concerned about the potential risk of cancer in association with ranitidine/nizatidine use[.]"

**Response:** Iwagami statements ignored by Witte: "First, the JMDC claims database comprises people aged < 75 years, and the proportion of older people is relatively low (Table 1); this suggests that the older people in the JMDC database are not representative of the Japanese older population. In addition, the median age of patients with an incident cancer diagnosis was around 53 years in the current study, which is obviously lower than the average age of patients with cancer in Japan (even among those aged < 75 years). Therefore, the safety of ranitidine/nizatidine in older people remains unknown, and the risk of cancer incidence remains to be confirmed by future studies of older people …Additionally, the people in the JMDC database are employed workers in medium- to large-scale companies and their family members, who are probably wealthier than the average Japanese individual. Thus, the generalizability of the study findings may also be limited. Second, our outcome definition was based on recorded diagnoses, and outcome misclassification is therefore a matter of concern…If misclassification of cancer diagnosis was present in the JMDC claims database, we expect that this was most likely non-differential misclassification (i.e., the extent of misclassification was similar between the ranitidine/nizatidine group and the other H2 blockers group) and thus could have diluted the true association between ranitidine/ nizatidine and cancer. …Third, the JMDC database contains data after 2005, while H2 blockers have been used since the 20th century. By employing a new user design, we excluded prevalent users of H2 blockers (defined as patients pre-scribed H2 blockers for the first 6 months after registration to the database) whose cumulative doses and length of ranitidine/nizatidine use were unknown. However, it is still possible that some people in the ranitidine/nizatidine group and the other H2 blockers group received ranitidine/nizatidine before their entry into the database….However, whether an even higher cumulative dose of ranitidine/nizatidine is associated with an increased risk of cancer remains unknown mainly because of the limited sample size and statistical

20

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

power…One possible explanation of the lack of association in the current study may be that few people were exposed to a high enough level of NDMA to increase the risk of cancer….Finally, because this was an observational study, unmeasured confounding factors almost certainly exist. For example, the database did not include information on lifestyle-related factors (e.g., smoking, diet, alcohol intake, and body mass index), exposure to dietary NDMA (which is probably carcinogenic to humans), exposure to other carcinogens, or the use of over-the-counter drugs. However, it is unlikely that the frequency or level of these exposures differed between the compared groups in the active comparator design. Meanwhile, clinicians might have had different preferences for prescribing one particular H2 blocker over another, and the probability of cancer screening might have differed among clinicians. These unmeasured confounding factors could have masked a potential association between ranitidine/nizatidine and cancer diagnosis."

<span style="color:red">Witte quote: Kantor:  "Ranitidine use was not associated with overall cancer risk . . . [or] with risk of common cancers (lung, breast, prostate, and colorectum). . . . Compared to non-use, ranitidine use was positively associated with liver cancer; however, this association was attenuated when directly compared to omeprazole, which may reflect residual confounding by indication (or another jointly-related factor)."</span>

**Response**: Kantor statements ignored by Witte: "It is possible baseline use may not capture exposure in the etiologically relevant timeframe, and longer follow-up may show different associations… Alternatively, the association may have attenuated in active comparator analyses if omeprazole independently increases liver cancer risk… We used a large, prospective cohort to address a question of immediate public health relevance about which little is known; there were limitations, however. Exposure was self-reported and we were unable to examine associations by dose or distinguish long- vs short-term use. Variables were captured at 1 timepoint; secular changes in exposure could lead to measurement error, attenuating results, and changes in covariates could lead to residual confounding. We did not capture long-term outcomes; some data suggest longer latency between NDMA exposure and cancer. Finally, this study included adults, most of whom are White, potentially limiting generalizability… The exploratory positive association with liver cancer… are compelling…"

<span style="color:red">Witte quote: "Kim S.: "We found no significant difference in terms of gastric cancer development among the three study groups (control, other histamine-2 blockers, and ranitidine), suggesting that the intake of ranitidine, even if it contains NDMA, may not be associated with an increased risk of developing gastric cancer."</span>

21

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

**Response**: Kim S. statements ignored by Witte: "Our study also had some limitations. First, during propensity score matching, we did not consider H. pylori infection, which accounts for the majority of non-cardia gastric cancers by triggering gastric inflammation and the subsequent neoplastic progression. Thus, its eradication can reduce the subsequent risk of developing gastric cancer. However, we could not access pathology reports to determine whether H. pylori infection was present in our study participants. Second, we were unable to access other specific health data, including body mass index, lipid profiles, and behavioral risk factors such as chemical exposure. Therefore, these possible confounding factors could not be controlled in this study... Fourth, this study had a 5-year follow-up period, which may not be long enough to detect gastric cancer development. Finally, mortality-related data were not available in our registry."

Witte quote:  Kumar: "[O]ur results . . . demonstrate that the true gastric carcinogenic impact of NDMA containing ranitidine in persons in the US with HP (H. pylori) is likely minimal to nonexistent, providing reassurance to those who have taken ranitidine . . . . In time-specific analyses, there was no period in which ranitidine was associated with future GC [gastric cancer], suggesting there is no discernable difference in formulation of the medication over time."

**Response**: Kumar statements ignored by Witte: "… our present study… does not yet fully inform on long-term risk… We found that among ranitidine users who switched to a second antacid [sic] suppressant (perhaps due to persistent symptomatology), 97.4% switched to a PPI. Among non-ranitidine H2RB users who switched, only 52.2% switched to a PPI. Given these findings, we believe there is some inherent difference in those patients who were prescribed non-ranitidine H2RBs, as they were less likely to be diagnosed with true diagnostic testing, less likely to have documented racial and ethnic categories (and perhaps some misclassification of smoking), and even when symptoms may have persisted, did not switch to the "strongest" acid suppressant, PPIs. This could represent a source of confounding."

Witte quote: Liu: "Our results revealed a marked increase in the prescription of acid-suppression medications immediately before gastric cancer diagnosis suggesting the role of reverse causation."

**Response**: Liu statements ignored by Witte: "Several limitations of our study must be acknowledged. First, in the UK Biobank, medication use was based on self-report, and even though this was verified by nurses, we could not obtain the dose or the frequency of medication use. Second, the UK Biobank has been shown to be healthier than the general population; however, aetiological findings from the UK Biobank appear to be generalisable to the UK

22

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

population. Although some inaccuracy in identifying gastric cancer in GP records from PCCIU is inevitable, in general, the recording of cancer outcomes within UK GP records has been shown to be fairly accurate. Another potential limitation was confounding by indication as despite having a wide range of comorbidities, we were not able to adjust for H. pylori, an important risk factor for gastric cancer."

Witte quote: Norgaard: "[W]e did not observe any consistent or substantial increase in risks of bladder cancer and we consistently across sub-analyses observed no increased risk [of] kidney cancer in ranitidine users."

**Response**: Norgaard statements ignored by Witte: "…we lacked information on smoking, which is an important risk factor for bladder cancer, and other lifestyles factors such as body mass index… our study has some weaknesses that should be considered. We identified ranitidine exposure based on redeemed prescriptions and we do not know whether the patients actually took these drugs…Another concern is the fact that ranitidine was sold over the counter and users of other H2-blockers or PPIs may have used ranitidine without our knowledge. We identified exposure in a time period with more than 50% of the ranitidine doses sold on prescription."

## The importance of considering other sources of NDMA and risk for cancer.

Witte quote: "That is, all scientists investigating the question about the potential association between ranitidine and cancer with observational studies have looked at the drug itself. This is because the exposure of concern is ranitidine, which includes any consequential or incidental exposure to NDMA from ingestion of the drug. Looking at NDMA alone does not account for the real-world net effects of NDMA in ranitidine, nor does looking at NDMA alone reflect the actual doses or patterns of use of exposure to NDMA through ranitidine use by actual patients in real world settings. Extrapolating from NDMA studies requires speculation, whereas studying ranitidine reflects the effects, if any, of the actual question here – NDMA in ranitidine. Moreover, ranitidine can be directly queried from study participants or pharmacy records. Thus, in accord with the larger scientific community, I too focus predominantly here on studies of ranitidine use and cancer as the proper methodology for testing any relationship between NDMA in ranitidine and cancer."

Chan quote: "NDMA is the compound that Plaintiffs allege contaminates ranitidine and mediates the association of ranitidine with cancer outcomes. This body of literature is even further removed, in terms of relevance, from the operative question of whether ranitidine specifically causes any cancer type. As Adami and colleagues …noted in 2021, "analyses of cancer risk following ranitidine use per se – rather than studies based on debatable estimates of NDMA exposure – are more informative about possibly increased cancer risk from use of this drug."…The body of literature on dietary and

23

occupational NDMA is particularly susceptible to bias and confounding; this fact, along with the lack of consistent, replicated associations, precludes the conclusion that human exposure to NDMA causes any of the five cancer types alleged."

**Response**: Dr. Witte and the other defense epidemiology experts fail to explain why NDMA exposures from other sources should not be considered as part of a totality of evidence review. Totality of evidence is the accepted method for causal assessments. They do not cite to any evidence that NDMA in these different exposure sources would be different from NDMA in ranitidine, particularly where the amount of NDMA exposure in these other sources is comparable to the amount of NDMA exposure from ranitidine. Indeed, animal models of NDMA carcinogenesis primarily rely on oral administration (diet or drinking water) of NDMA ('IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds'  1978).

Not only is it reasonable to examine dietary and occupational NDMA exposure in relation to cancer risk, a review would be incomplete without them. IARC relies heavily on occupational exposure studies in evaluating carcinogens. IARC's evaluation of arsenic and asbestos risks for cancer, for example, included occupations, food, and water, as well as other exposures.(Straif et al. 2009) IARC scientists state that: The recognition of occupational carcinogens is important for primary prevention, compensation and surveillance of exposed workers, as well as identifying causes of cancer in the general population.(Loomis et al. 2018)

Dr. Chan's assertion that "NDMA is the compound that Plaintiffs allege contaminates ranitidine" misses the point that the FDA, other health and scientific agencies and institutions, and scientific studies have concluded that NDMA contaminates ranitidine, as I wrote and substantiated in my report.

In deciding to withdraw ranitidine from the market due to contamination with the carcinogen NDMA       (https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market accessed 3/24/22), the FDA used information from agencies that had reviewed animal experiments and other laboratory studies in which NDMA was applied in one of several ways: oral, topical, injection, inhalation.('IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds'  1978; 'Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42'  1987)

24

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

There are other examples of assessing contaminants of pharmaceuticals or cosmetics as well as the products themselves in determining causality in linking an exposure to risk for a specific cancer. For example, asbestos has been classified as "carcinogenic to humans" by IARC, including cancers of the ovary, mesothelium, lung, and larynx.(Marant Micallef et al. 2018) Furthermore, talc contaminated with asbestos has also been classified by IARC as carcinogenic to humans).(Camargo et al. 2011; Straif et al. 2009)

Dr. Witte's statement that "studying ranitidine reflects the effects, if any, of the actual question here – NDMA in ranitidine. Moreover, ranitidine can be directly queried from study participants or pharmacy records," and Dr. Chan's statement that "studies based on debatable estimates of NDMA exposure" miss the point that patients who have used ranitidine cannot estimate the amount of NDMA contained in the ranitidine they ingested.

> Vaezi: "Recall bias may occur in case-control studies relying on self-report in which patients with the disease (cases) recall past exposures differently than those without the disease (controls). For example, in an attempt to understand what caused their cancer, a cancer patient may remember their past exposures more accurately and comprehensively than a healthy control patient without cancer. This type of bias is an important limitation of many case-control studies of patients with cancer as it can falsely create the appearance of an increased risk. The majority of studies assessing dietary exposure in patients with cancer suffer from this important bias."

**Response:** Dr. Vaezi is correct that the ranitidine studies should be considered, but his point is that these studies are the only relevant evidence, which is not an accepted or reliable methodology. Dr. Vaezi and the other defense experts that follow this approach do not provide any support for this approach.  Dr. Vaezi also provides no evidence to support his statement that 'the majority of studies assessing dietary exposure in patients with cancer suffer from this important bias.'

Several of the defense expert witnesses cite reports from the World Cancer Research Fund meta-analyses and systematic reviews on diet and cancer, misstating the findings of that organization with regard to associations of eating processed meats with risk for various cancers. I was a member of the advisory panel that reviewed the meta-analyses of epidemiologic studies on diet, physical activity, adiposity and cancer risk and survival, from 2010 to 2021. In his report, Dr. Chan cites that panel as "This authoritative, independent expert panel".

25

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

As a panel member, I read results of analyses, participated in panel reviews of findings, and suggested summary classifications. A systematic review and meta-analysis was performed, conclusions drawn, and a report developed for individual cancers, with individual reports for specific cancers published between 2012-2018. These reports were compiled into a report in 2018, but the systematic reviews and meta-analyses were not updated for that compilation.  The grading system for evidence was modified from Bradford Hill to be more specific to nutritional epidemiology studies. It should be noted that a grade of "limited suggestive positive association" does not mean no association. As shown in the table below, the relative risks (and 95% confidence intervals) for esophagus, stomach, and pancreas were 1.34 (1.0-1.81), 1.18 (1.01-1.38), and 1.17 (1.01-1.34), respectively, per 50 gram per day intake. In comparison, the relative risk for colorectal cancer was lower at 1.16 (1.08-1.26). However, the grade assigned stated "increased risk" for esophagus, stomach, and pancreas. The numbers of studies included in the meta-analyses for esophagus, stomach, and pancreas were lower, which is why a lower grade was assigned.

For the cancers of focus in my report (bladder, esophagus, liver, pancreas, stomach), the dates of systematic review/meta-analyses compilations on processed meats were, respectively, 2015, 2016, 2015, 2012, and 2016, and do not represent the current, 2022, state of evidence. WCRF made no conclusions on bladder cancer (8 studies, relative risk 1.06, 95% CI 0.92-1.04) and for liver cancer (3 studies, relative risk 0.86, 95% CI 0.61-1.22). (https://www.wcrf.org/diet-and-cancer/cancer-types/ accessed 3/25/22).

In my expert report, I reviewed epidemiologic studies in which studies estimated NDMA intake, of which processed meats provided a large proportion of NDMA exposure. However, I did not rely solely on processed meats data, but rather on the studies with NDMA exposure data.

## Selective weighing of results (cherry picking)

Dr. Witte states: "Dr. McTiernan selectively weighted and reported findings in support of their narrative, while excluding other non-supportive details and results. This "cherry picking" of data is not proper scientific methodology and does not produce reliable results. For example, when considering putative dose-effects, Dr. McTiernan only reports results when RR>1.05, which gives an incomplete view of the findings. In particular, Dr. McTiernan states "In this review, I abstracted information on dose of NDMA presented in individual studies for studies that found relative risks of 1.05 or greater (indicating a 5% increased risk or greater with a given dose of NDMA[)]." (P 292). This results in a biased view of the findings."

26

**Response**: Dr. Witte's misrepresents my methodology. This statement of mine, which he selectively chose from the section entitled "Minimal Dose of NDMA in other Sources that Can Cause Cancer" suggests that I did not consider studies with other relative risks in my report. That is false. A review of the report, including Table 7 at the end with relative risks reported verbatim from all reviewed studies, shows that I did not only consider RR > 1.05 when considering dose-response but reported whatever relative risks the study provided in relation to dose-response, if there was such an effect. If no dose-response effect was seen in a study, I reported that fact. The issue I dealt with in this section that Dr. Witte mistakenly refers to as dose-response, rather, is what minimal dose of NDMA can cause cancer. Note that Dr. Witte has recently published a study (Costello et al. 2022) in which he reports that "Residence in a census tract with a mean $PM_{2.5}$ in the top quartile compared with the lowest quartile was associated with the highest observed risk of preterm birth (aRR 1.04, 95% CI 1.04, 1.05)" showing that he supports consideration of even smaller relative risks than 1.05 as important.

My methodology in reviewing the totality of evidence on ranitidine, NDMA, and cancer risk aligns with the methodology of IARC when they review scientific evidence for determining risk, prevention, and carcinogenicity. I am very familiar with IARC's methods, because I served as Chair on Mechanisms for the Working Group for International Agency for Research on Cancer Handbook of Cancer Prevention: Volume 6 – Weight control and physical activity, 2000 – 2001.(Vainio, Kaaks, and Bianchini 2002) In developing our handbook, we reviewed the totality of epidemiologic studies at that time on obesity, weight change, and physical activity and risk for specific cancers. We also reviewed the animal experimental science, and the mechanistic science from human intervention studies.

IARC describes their process: "IARC's process for developing *Monographs*, which has evolved over several decades, involves the engagement of international, interdisciplinary Working Groups of expert scientists, the transparent synthesis of different streams of evidence (exposure characterization, cancer in humans, cancer in experimental animals, and mechanisms of carcinogenesis), and the integration of these streams of evidence into an overall evaluation and classification according to criteria  developed  and  refined  by IARC. Since the *Monographs* programme was established, the understanding of carcinogenesis has greatly deepened. Scientific advances are incorporated into the evaluation methodology. In particular, strong mechanistic evidence has had an increasing role in the overall evaluations since 1991." (Samet

27

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

et al. 2020) (https://monographs.iarc.who.int/wp content/uploads/2019/07/Preamble-2019.pdf accessed 3/25/22)

IARC's stated objective in drafting the 2019 update to IARC's preamble was to ensure that "future conclusions of IARC Monographs" 'better reflect the totality of the weight of the scientific evidence: (https://monographs.iarc.who.int/wp-content/uploads/2019/09/Preamble-AG-Report_final-web.pdf accessed 3/25/22) The updates were intended to give more weight to "mechanistic evidence" among the totality of the scientific evidence.

In 2015, a group of scientists from various disciplines relevant to the identification and hazard evaluation of human carcinogens stated that "…overstated results are unlikely to exert much of an influence in a Monograph"… "because IARC evaluations are based on the totality of the evidence."(Pearce et al. 2015) They further stated that "*Consideration of the totality of the evidence*. IARC Working Groups make every effort to provide full and transparent documentation of what evidence was assembled, how it was evaluated, and which papers were most important for the hazard evaluation. Consequently, the monographs are often quite lengthy, containing many evidence tables [see, for example, the recent monograph on trichloroethylene (IARC 2014c)]. Evaluations involve consideration of all of the known relevant evidence from epidemiologic, animal, pharmacokinetic/mechanistic, and exposure studies to assess cancer hazard in humans. Information on human exposure is not formally graded as part of the overall assessment of carcinogenic hazard; however, these data make a critical contribution to the process by characterizing the timing, duration, and levels of exposure in the population, and in evaluating the quality of the exposure assessment in epidemiologic studies."

Dr. Witte states: "Below are a few specific examples of Dr. McTiernan's selective reporting: Incorrectly combined a crude (unadjusted) result for one dose (from supplemental table) and adjusted results for a higher dose from another table. (P. 289) (Adami et al.)."

**Response**: Dr. Witte's quote is not specific regarding which cancer or which result is being referred to. Table 5 (p. 289) describes results from the various ranitidine studies on "dose" of ranitidine that can cause cancer. There was no "supplemental table" in my report.

Witte quote: "Selectively reported one finding "[e]sophageal RR 3.0 at DDD ≤ 150 mg" (P.288) but ignored the fact that RR<1 for higher daily doses (Tan et al.14) …. Dr. McTiernan also subjectively weighted the results with RR>1 to be more important than

28

results with RR<1. Regarding Yoon et al. she states, "[b]ecause of its bias toward the null, I gave less weight to the relative risks that were not greater than 1.0, and put more weight on relative risks that were greater than 1.0." (P. 145, 149)…By down weighting results close to the null of RR=1,… Dr. McTiernan give a skewed view of the findings and incorrectly conclude that studies focused on ranitidine provide little or no information regarding the potential association between ranitidine and cancer….In another example of selective weighting, Dr. McTiernan… give high weight to the papers by the Cardwell group, specifically praising their methodology. Dr. McTiernan states, "[b]ecause of the strong methodology in these Scottish studies, I found these studies to be most informative of the ranitidine studies" (P. 147)….Yet despite praising Cardwell's design, …Dr. McTiernan… selectively excluded from their analyses Cardwell's active comparator results showing no valid association and relying only on the non-user comparisons. By selectively embracing some but not all of Cardwell's findings, Dr. Dr. McTiernan ignore Cardwell's own observation that "there was little evidence of difference in bladder cancer risk when directly comparing ranitidine users with users of non-ranitidine histamine-2 receptor agonists."

**Response**: Cardwell et al. described the analyses of ranitidine use vs active comparator use as sensitivity analyses, which Dr. Witte neglects to mention, showing how he has "cherry picked" from these publications. In epidemiologic studies, sensitivity analyses are secondary analyses, and are not reported as main results. Cardwell et al. state: "**Sensitivity analyses.** Various additional analyses were conducted, including 2 active comparator analyses. The first compared ranitidine users with nonusers of ranitidine who used other histamine-2 receptor agonists to investigate the specificity of any association to ranitidine. The second compared ranitidine users with nonusers of ranitidine who used PPIs to attempt to reduce confounding by indication as previously suggested." (Cardwell et al. 2021) In my report, I focused on studies main results, except in cases where the main results were clearly flawed.

Witte: "… Dr. McTiernan essentially disqualify and ignore results from the active comparator analyses…argue that active comparator studies give incorrect null results (RR ~ 1.0) because users of the other (non-ranitidine) H2RAs or PPIs have an increased risk of cancer. But this argument is specious. As shown, H2RAs are the most appropriate active comparator. Any alleged baseline risk attributable to H2RAs or H2RA users as a class would be the same in both active comparator groups. The Plaintiffs' theory here is that ranitidine is uniquely causal of cancer due to a specific NDMA-mediated mechanism. Thus, active comparator studies would hold constant any baseline risk purported by Plaintiffs and isolate the effect of ranitidine, if any. And those studies have shown no effect of NDMA in ranitidine. Moreover, there is no reliable evidence that Plaintiffs' assumption is even true that other H2RAs cause cancer. Instead, like ranitidine, other H2RAs are used to treat indications for cancer, which may arise from known cancer risk factors (e.g., smoking), resulting in potentially invalid RR>1 that reflect confounding. Controlling for such potential biases is extremely challenging without an active comparator design. Therefore, many of the most recent studies of ranitidine and cancer have used an active comparator design. Instead of assuming that the active comparator studies give biased results, an alternative explanation is that the non-active comparator studies give biased results due to unmeasured and uncontrolled

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

confounding. This is reflected in the choice by the larger scientific community to endorse active comparators in the published ranitidine literature. None have endorsed Plaintiffs' experts concerns stated here."

**Response**: Dr. Witte appears to be saying that active comparator studies are better as a class. This misrepresents my report, in which I evaluated each study and weighed the strengths and weaknesses. I did not dismiss active comparator studies per se, but rather evaluated all aspects including those elements recommended by the FDA for pharmacoepidemiology of drug safety. By and large, the active comparator studies relied upon by Dr. Witte and the other experts hired by the defense have serious flaws which render their results unreliable. For example, the studies that used the Explorys database (Kim, Wang, et al. 2021; Mohy-ud-din 2020) did not account for the fact that it is an aggregate database without individual level data, and without validation of key elements including cancer outcomes. The Norgaard study did not have information on smoking, which is a risk factor for bladder cancer and can influence use of acid-reducing drugs, and therefore could have been a confounder or effect modifier. There are many more examples as detailed in my original report. Surely one could design a very good active comparator study. The studies relied on by Witte and others are not high quality, and their flaws minimize their weight in an overall systematic review.

Dr. Witte's statement mischaracterizes the state of science on ranitidine and cancer, and my report, in several ways: 1) As I have shown in my report and this rebuttal, there are serious issues with all of the active comparators chosen, and they all fail against the FDA recommendations on active comparators. There are different time trends of drug use across the H2RAs and PPIs, the availability of over-the-counter versions varied resulting in misclassification of use/nonuse, there are differences across medical system formularies for availability of these drugs which can confound by socioeconomic status, disease status, and disease severity; 2) Dr. Witte misstates where he states that I argued "users of the other (non-ranitidine) H2RAs…have an increased risk of cancer". In my report, I state "A similar issue is whether patients in either cohort had used proton pump inhibitors at any time. These medications, commonly prescribed for patients with the same conditions as for patients who have used H2 blockers,  have been linked to increased risk for several cancers, and should have been adjusted for in analyses.(Abrahami et al. 2021; Seo et al. 2021; Zeng et al. 2021); 3) Dr. Witte ignores the much larger bias issues in these electronic medical record/pharmaceutical databases on missing data and misclassification of data, thereby also disregarding the FDA guidance on care to be used with these databases that were developed and maintained for

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

insurance billing and clinical recording rather than for research; 4) the statement on "choice by the larger scientific community to endorse active comparators in the published ranitidine literature" is nonspecific and not substantiated; 5) in this rebuttal and in my report I have pointed out the many study limitations listed by individual studies' own authors, as well as in articles by scientists who specialize in pharmacoepidemiology.(Pottegård et al. 2018).

Witte: Dr. McTiernan's report is that the results presented in observational ranitidine studies underestimate the potential association. They focus on explaining why measurement error leads to results that are biased toward the null of no association (RR=1), with a limited consideration of the magnitude of potential bias away from the null (RR>1) due to confounding or misclassification…. . McTiernan argues that positive confounders could bias the association either toward or away from the null: "the lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity could have biased the relative risks in either a positive or negative direction[.]" (P. 184). This is methodologically incorrect regarding the potential confounding under consideration. If the putative association is positive, and the confounder is positively associated with the exposure and outcome, then failing to account for the potential confounder will result in an increased association (i.e., biased away from the null value). For example, smoking is associated with ranitidine use and is also a primary risk factor for bladder cancer. Incomplete control for confounding by smoking will result in estimated RRs that are further from the null (RR=1) than the true value. Thus, the estimated RRs may be >1 simply due to confounding by smoking. This is especially relevant considering the large RR between smoking and bladder cancer.

**Response**: This statement is false. Confounding can bias a relative risk either toward or away from the null value. Dr. Witte's quote from me of: "that could be related both to cancer risk and to use of ranitidine" does not specify whether relationships are positive or negative. His argument is also overly simplified, and does not take into account complicated relationships among variables. Finally, the potential for confounding factors to bias either toward or away from the null value is well accepted by epidemiologists.(Choi et al. 2008; McNamee 2003)

An additional issue that Dr. Witte and the other defense experts do not address is the applicability of study results from other countries to the U.S. population, medical system, prescribing practices, and patient adherence to medications. Note that 5 of the 6 active comparator studies were from countries other than the U.S.. Adami and Norgaard used medical records and registries of the Danish population; Iwagami used an insurance claims database from Japan; Kantor used a prospective cohort study of the U.K., Yoon used a health insurance claims database from South Korea. Only the Kim study included patients from the U.S., although the information provided on the sources of patient database was vague.

31

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

This is an issue that the FDA addressed in the document Dr. Witte and other defense experts cite (https://www.fda.gov/media/79922/download accessed 3/13/2022):

- "There are differences in the practice of medicine across the world, some of which are particular to the healthcare system.  Certain differences affect whether a non-U.S. data source can be used to address specific drug safety hypotheses in a way that is relevant to the U.S. population.  Various factors in non-U.S. healthcare systems, such as medication tiering (e.g., first-line, second-line) and patient coverage selection, influence the degree to which patients on a given therapy in other countries might differ in disease severity from patients on the same therapy in the United States.

- For studies that propose the use of a data source from a country other than the United States, the investigator should provide:
    - The rationale for selecting the particular data source(s) to address the specific hypotheses;
    - Background information about the healthcare system, including method(s) of diagnosis and preferred patterns of treatment for the disease(s) of interest, and the degree to which such information is collected in the proposed data sources;
    - A description of prescribing and utilization practices, including approved indications, formulations, and doses for non-U.S. settings;
    - Information on the market availability of the treatment(s) of interest; and
    - An explanation of how all these factors might affect the generalizability of the study results to the U.S. population."

## Assuming bias toward the null

Witte: "Dr. McTiernan speculate that there is so much misclassification of ranitidine use (single point in time, cross-over of drug use, etc.) that these studies provide no information.  Dr. McTiernan do not support this claim by assessing how severe the potential misclassification might be or what specific impact it would have on the results. This concern with misclassification also exists for the diet and occupational epidemiology studies extensively cited by the Plaintiffs' experts... Dr. McTiernan note that errors in the measurement of ranitidine use will always bias the estimated RR toward the null. While this is generally the case for non-differential measurement error, there are several scenarios whereby non-differential misclassification can result in bias away from the null (e.g., when considering more than two exposure categories as in dose-response or dietary studies). Moreover, the potential impact of any such misclassification may be

32

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

<span style="color:red">reduced by using an active comparator study because of similarities in measurement between the comparators (i.e., ranitidine and other H2RAs). As noted by Adami et al.while "over-the-counter use inevitably led to underestimation of ranitidine exposure, as well as exposure to other H2RBs . . . [t]he potential direction of bias in HR estimates is unclear, but the magnitude of any bias would be limited in the comparison between users of ranitidine and other H2RBs, since all major H2RBs were similarly impacted by over-the-counter use over time."</span>

**Response**: Dr. Witte agrees with my summary of effects of misclassification of ranitidine use: "…errors in the measurement of ranitidine use will always bias the estimated RR toward the null… this is generally the case for non-differential measurement error…"

Furthermore, Dr. Witte ignores the differential in misclassification of ranitidine compared with the active comparator drugs. For example, Adami et al provide data to answer this for the Denmark studies, showing that ranitidine was available over-the-counter for many years before PPIs were available over-the-counter. Any comparison during those intervening years between ranitidine use and PPI use in risk for cancer will be clouded by higher misclassification in ranitidine use than in PPI use, resulting in biasing comparison of ranitidine vs PPI use to the null. Since ranitidine was available over-the-counter earlier than PPIs in many countries including the U.S., this bias will be present throughout the studies that used PPIs as active comparators. There was also differential in over-the-counter availability of ranitidine vs other H2RAs that would also result in misclassification and biasing the results to the null value.

The FDA document that Dr. Witte and other defense experts cite weighs in on the need to identify missing information in studies, including missing outcomes through patient attrition, missing and misclassifying exposure and outcome data, and missing confounding variable data:

- "Missing outcome data:
    - Investigators should include a description of the continuity of coverage (see section IV.B) for patients included in the data source, and specify how all relevant exposures and outcomes will be captured during the study period. It is important for investigators to ensure that the data source(s) contain a sufficient number of patients or patient follow-up time to ascertain outcomes of interest based on the hypothesized exposure risk window. Investigators should provide information about the churn rate [attrition], as it may indicate whether the selected data source(s) are appropriate for ascertaining long latency safety outcomes.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

o Investigators using administrative claims data sources should address continuity of coverage (enrollment and disenrollment), particularly for claims data sources in the United States, because patients often enroll and disenroll in different health plans in relation to changes in employment or other life circumstances (Strom 2005). The validity of the findings of a study using these data depends in part on ensuring that the migration of patients in and out of the electronic healthcare data sources can be documented.

o It is important for investigators to address comprehensiveness and continuity of coverage when employing EMR data sources, as the entire continuum of the patient's care might not be available in a single EMR system. For example, patients receiving treatment from multiple physicians, offices, or hospitals might have their course of care captured in several different EMR data sources. In addition, patients in the United States do not typically enroll in physician practices, but rather see physicians as needed or as their insurance coverage allows. Therefore, investigators using an EMR data source should describe the steps taken to ensure complete capture of patient care over time to facilitate the likelihood that all exposures and safety outcomes of interest will be captured. Furthermore, primary care-based EMR networks in the United States may not capture hospitalizations or visits to specialists. If these are events of interest, investigators should specify how these events will be captured.

- Misclassifying exposures (ranitidine use):
  o In general, over-the-counter (OTC) medications and dietary supplements are not captured systematically in electronic healthcare data because they are not prescribed by physicians and their costs are not always reimbursable under insurance plans. If these exposures are particularly relevant to the study question, then investigators should describe how they will address this information gap.

  o There are differences in the practice of medicine across the world, some of which are particular to the healthcare system. Certain differences affect whether a non-U.S. data source can be used to address specific drug safety hypotheses in a

34

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

way that is relevant to the U.S. population. Various factors in non-U.S. healthcare systems, such as medication tiering (e.g., first-line, second-line) and patient coverage selection, influence the degree to which patients on a given therapy in other countries might differ in disease severity from patients on the same therapy in the United States.

- Investigators should fully understand the quality assurance (QA) and quality control (QC) procedures used by the data holders and how these procedures could have an effect on the integrity of the data and the overall validity of the study. FDA recommends that investigators address the following topics:
    - The general procedures used by the data holders to ensure completeness, consistency, and accuracy of data collection and management;
    - The frequency and type of any data error corrections or changes in data adjudication policies implemented by the data holders during the relevant period of data collection;
    - A description of any peer-reviewed publications examining data quality and/or validity, including the relationships of the investigators with the data source(s);
    - Any updates and changes in coding practices (e.g., ICD codes) across the study period that are relevant to the outcomes of interest;
    - Any changes in key data elements during the study time frame and their potential effect on the study; and
    - A report on the extent of missing data over time (i.e., the percentage of data not available for a particular variable of interest) and a discussion on the procedures (e.g., exclusion, imputation) employed to handle this issue. Investigators should also address the implications of the extent of missing data on study findings and the missing data methods used.

- Investigators should bear in mind that patients may have entered the electronic healthcare data system already using the drug of interest; therefore, look back periods should be defined to ensure that such patients are not incorrectly classified as new users.
- When investigators use an insurance-based data source, it is important for them to address lack of capture of prescriptions not associated with insurance claims if these drugs are relevant exposures for the study. Uncaptured prescriptions might include low-

35

cost generics and drugs obtained through programs at a standardized discount price; samples provided by pharmaceutical companies and dispensed by healthcare providers; and drugs sold through the Internet.  In addition, OTC medications and dietary supplements are not generally captured in insurance-based data sources. Study investigators should address the presence and extent of incomplete exposure ascertainment and its effect on study validity.

- Although electronic healthcare data capture drugs that are either prescribed for or dispensed to patients, they do not capture patients' actual drug exposure because this depends on patients' adherence to the prescribed therapy.

- In most EMR data, information on exposure is generally limited to products prescribed by healthcare providers.  In the absence of a linkage between prescribing and dispensing systems, it cannot be assumed that the patient actually filled the prescription and thus the investigator cannot assume the patient is exposed.  It is important for investigators to describe their approaches to ensure the validity of EMR prescribing information before using it to define patient drug exposures.

- Because administrative claims data are not collected for investigative purposes, but rather for patient care or reimbursement purposes, investigators should ensure that the selected medical outcomes of interest are validated (Lanes 2006).  Specifically, outcome validation involves establishing a clinically appropriate outcome definition and determining the positive predictive value of that definition. Although validation can be performed using different techniques, the determination of the positive predictive value of a code-based (e.g., ICD) operational outcome definition often involves selecting all or a sample of cases with the codes of interest from the data source and conducting a review of their primary medical data (generally medical charts) to determine whether or not each patient actually experienced the coded event.

- If the outcome has previously been validated, the investigator should cite the specific literature references. The validated algorithm should be described in detail, including the population and database in which the validation was performed, its performance characteristics, and the time frame during which the validation was performed.  For studies lacking prior outcome validation, the investigator should provide appropriate justification of the outcome definition used.

- It is important to consider the often arbitrary ranking of coded primary and secondary hospital discharge diagnoses, and the associated limitations of these categories when selecting which diagnoses to choose as outcomes (e.g., the order of discharge

36

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

diagnoses may not correspond to their medical importance).  ICD codes in claims data are generally considered more reliable for inpatient outcomes than for outpatient outcomes, where "upcoding" and "downcoding" practices are commonly used to maximize reimbursement (Strom 2005)."

## Reliance on diet and occupational studies

Witte quote: "In assessing the potential association between ranitidine and the five cancers, … Dr. McTiernan's reports rely heavily on observational studies of potential diet and occupational exposures to NDMA. These studies have substantial limitations, give mixed results, and do not inform the question at hand about ranitidine and the cancers of interest. When evaluating potential associations, scientists and agencies (e.g., IARC) do not undertake this sort of extrapolation from one exposure to another. In fact, the totality of the observational studies undertaken following detection of NDMA in ranitidine have focused directly on use of ranitidine. That is, all scientists investigating the question about the potential association between ranitidine and cancer with observational studies have looked at the drug itself."

**Response**: Dr. Witte's statement that IARC does not extrapolate one exposure to another is false. For example, IARC has stated that talc containing asbestos is carcinogenic to humans (group 1) based on IARC's classification of asbestos as a human carcinogen (group 1) coupled with information that talc is often contaminated with asbestos.

https://inchem.org/documents/iarc/suppl7/talc.html (accessed 3/20/2022)

## Reliance on McGwinn and Braunstein

Witte quote: "Dr. Moorman and Dr. McTiernan include in their analyses results from two studies with fatal methodological flaws. The first is a recent paper by McGwin investigating reported adverse events among users of ranitidine and other H2RAs or PPIs using data from the FDA Adverse Events Reporting System (FAERS). The second is an unpublished pre-print by Braunstein et al.,93 which presents results from a cross-sectional comparison of the prevalence of ranitidine use versus other H2RA or PPI use at diagnosis among cancer cases. The flaws in these studies may incorrectly suggest invalid RR>1 for the association between ranitidine and cancers."

**Response**: Dr. Witte erroneously states that I included the Braunstein article on cancer cases in my report. I did not discuss or reference the Braunstein article that Dr. Witte refers to here. The only Braunstein article I include is the randomized trial testing effects of ranitidine administration (Braunstein et al. 2021) in the following paragraph: "I have been advised that there will be evidence at trial that ranitidine also forms NDMA under physiological gastric conditions over and above the amount in the original tablet.  There have been published studies addressing this issue.  For example, in one study a 300 milligram tablet of ranitidine produced extremely high

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

levels of NDMA.(Braunstein et al. 2021) However, other studies, for example (Gao et al. 2021; Florian et al. 2021) have provided conflicting results. I have been asked to assume this issue will be addressed by others at trial. My opinions in this case are not dependent on NDMA formation endogenously, but to the extent that does occur, it would strengthen my causation opinions."

I included the McGwinn study because it presented data from the FDA reporting database that the FDA uses to identify potential adverse effects of drugs (https://www.fda.gov/drugs/questions-and-answers-fdas-adverse-event-reporting-system-faers/fda-adverse-event-reporting-system-faers-public-dashboard accessed 3/25/22). I listed many weaknesses of this study as repeated below, and did not discuss this study in my causal analysis description: "The reports of adverse events are self-propelled (or physician propelled); the consumer (or physician) decision to report likely varies by demographic, health, or other variables that are not accounted for in the FAERS database. The reports of cancers do not account for all possible cancers caused by ranitidine, and therefore there could be underreporting bias. (Of note, the authors state that the majority of reports were submitted prior to media reports of NDMA-contaminated ranitidine drugs, and cite research that such notoriety bias does not lead to over-reporting in the FAERS and has minimal impact on measures of association. (Neha et al. 2021) Users of ranitidine or other drugs could have previously used other drugs in the class, thereby diluting differences between ranitidine and the group of other medications. Since the numbers of persons using ranitidine and the comparator medications was not available, incidence rates could not be calculated. However, the statistics used— proportional reporting ratios—are widely used in pharmacoepidemiology according to the author.(McGwin 2020) The proportional reporting ratios were not adjusted for potential confounders. There was no dose-response analysis. Finally, only gastrointestinal cancers were included. While this study does not provide data on incidence of cancers in ranitidine users and nonusers, its signals support the epidemiologic data that show positive associations between use of ranitidine and risk for several cancers as discussed later in this report."

38

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Abrahami, D., E. G. McDonald, M. E. Schnitzer, A. N. Barkun, S. Suissa, and L. Azoulay. 2021. 'Proton pump inhibitors and risk of gastric cancer: population-based cohort study', *Gut*.

Acheampong, T., E. J. Lee Argov, M. B. Terry, C. B. Rodriguez, M. Agovino, Y. Wei, S. Alithat, and P. Tehranifar. 2022. 'Current regular aspirin use and mammographic breast density: a cross-sectional analysis considering concurrent statin and metformin use', *Cancer Causes Control*, 33: 363-71.

Adami, H. O., I. Trolle Andersen, U. Heide-Jørgensen, E. T. Chang, M. Nørgaard, and H. Toft Sorensen. 2021. 'Ranitidine Use and Risk of Upper Gastrointestinal Cancers', *Cancer Epidemiol Biomarkers Prev*.

Agrawal, N. M., D. R. Campbell, M. A. Safdi, N. L. Lukasik, B. Huang, and M. M. Haber. 2000. 'Superiority of lansoprazole vs ranitidine in healing nonsteroidal anti-inflammatory drug-associated gastric ulcers: results of a double-blind, randomized, multicenter study. NSAID-Associated Gastric Ulcer Study Group', *Arch Intern Med*, 160: 1455-61.

Amrhein, V., S. Greenland, and B. McShane. 2019. 'Scientists rise up against statistical significance', *Nature*, 567: 305-07.

Babic, A., X. Zhang, V. Morales-Oyarvide, C. Yuan, N. Khalaf, H. Khalili, P. Lochhead, A. T. Chan, S. Ogino, B. M. Wolpin, K. Wu, C. S. Fuchs, E. L. Giovannucci, M. J. Stampfer, and K. Ng. 2020. 'Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies', *Br J Cancer*, 123: 844-51.

Braunstein, L. Z., E. D. Kantor, K. O'Connell, A. J. Hudspeth, Q. Wu, N. Zenzola, and D. Y. Light. 2021. 'Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions', *JAMA Netw Open*, 4: e2034766.

Camargo, M. C., L. T. Stayner, K. Straif, M. Reina, U. Al-Alem, P. A. Demers, and P. J. Landrigan. 2011. 'Occupational exposure to asbestos and ovarian cancer: a meta-analysis', *Environ Health Perspect*, 119: 1211-7.

Cardwell, C. R., R. D. McDowell, C. M. Hughes, B. Hicks, and P. Murchie. 2021. 'Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study', *Am J Gastroenterol*.

Celentano, D., Szklo, M., & Gordis, Leon. . 2019. *Gordis epidemiology (6th ed.).* (Elsevier: Philadelphia, PA).

Cheng, I., J. S. Witte, S. J. Jacobsen, R. Haque, V. P. Quinn, C. P. Quesenberry, B. J. Caan, and S. K. Van Den Eeden. 2010. 'Prostatitis, sexually transmitted diseases, and prostate cancer: the California Men's Health Study', *PLoS One*, 5: e8736.

Choi, A. L., S. Cordier, P. Weihe, and P. Grandjean. 2008. 'Negative confounding in the evaluation of toxicity: the case of methylmercury in fish and seafood', *Crit Rev Toxicol*, 38: 877-93.

Costello, J. M., M. A. Steurer, R. J. Baer, J. S. Witte, and L. L. Jelliffe-Pawlowski. 2022. 'Residential particulate matter, proximity to major roads, traffic density and traffic volume as risk factors for preterm birth in California', *Paediatr Perinat Epidemiol*, 36: 70-79.

Fass, R., G. E. Boeckxstaens, H. El-Serag, R. Rosen, D. Sifrim, and M. F. Vaezi. 2021. 'Gastro-oesophageal reflux disease', *Nat Rev Dis Primers*, 7: 55.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Feskanich, D., C. Bain, A. T. Chan, N. Pandeya, F. E. Speizer, and G. A. Colditz. 2007. 'Aspirin and lung cancer risk in a cohort study of women: dosage, duration and latency', *Br J Cancer*, 97: 1295-9.

Florian, Jeffry, Murali K. Matta, Ryan DePalma, Victoria Gershuny, Vikram Patel, Cheng-Hui Hsiao, Robbert Zusterzeel, Rodney Rouse, Kristin Prentice, Colleen Gosa Nalepinski, Insook Kim, Sojeong Yi, Liang Zhao, Miyoung Yoon, Susan Selaya, David Keire, Joyce Korvick, and David G. Strauss. 2021. 'Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial', *JAMA*.

Gao, Zongming, Michael Karfunkle, Wei Ye, Tim Andres Marzan, Jingyue Yang, Timothy Lex, Cynthia Sommers, Jason D. Rodriguez, Xiaomei Han, Jeffry Florian, David G. Strauss, and David A. Keire. 2021. 'In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions', *JAMA Network Open*, 4: e2118253-e53.

Gianfrancesco, M. A., and N. D. Goldstein. 2021. 'A narrative review on the validity of electronic health record-based research in epidemiology', *BMC Med Res Methodol*, 21: 234.

Greenland, S., S. J. Senn, K. J. Rothman, J. B. Carlin, C. Poole, S. N. Goodman, and D. G. Altman. 2016. 'Statistical tests, P values, confidence intervals, and power: a guide to misinterpretations', *Eur J Epidemiol*, 31: 337-50.

Haastrup, P. F., M. S. Paulsen, R. D. Christensen, J. Søndergaard, J. M. Hansen, and D. E. Jarbøl. 2016. 'Medical and non-medical predictors of initiating long-term use of proton pump inhibitors: a nationwide cohort study of first-time users during a 10-year period', *Aliment Pharmacol Ther*, 44: 78-87.

Habel, L. A., T. R. Levin, and G. D. Friedman. 2000. 'Cimetidine use and risk of breast, prostate, and other cancers', *Pharmacoepidemiol Drug Saf*, 9: 149-55.

'IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds'. 1978. *IARC Monogr Eval Carcinog Risk Chem Man*, 17: 1-349.

Iwagami, M., R. Kumazawa, Y. Miyamoto, Y. Ito, M. Ishimaru, K. Morita, S. Hamada, N. Tamiya, and H. Yasunaga. 2021. 'Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018', *Drug Saf*, 44: 361-71.

Kachuri, L., S. Jeon, A. T. DeWan, C. Metayer, X. Ma, J. S. Witte, C. W. K. Chiang, J. L. Wiemels, and A. J. de Smith. 2021. 'Genetic determinants of blood-cell traits influence susceptibility to childhood acute lymphoblastic leukemia', *Am J Hum Genet*, 108: 1823-35.

Kachuri, L., M. Johansson, S. R. Rashkin, R. E. Graff, Y. Bossé, V. Manem, N. E. Caporaso, M. T. Landi, D. C. Christiani, P. Vineis, G. Liu, G. Scelo, D. Zaridze, S. S. Shete, D. Albanes, M. C. Aldrich, A. Tardón, G. Rennert, C. Chen, G. E. Goodman, J. A. Doherty, H. Bickeböller, J. K. Field, M. P. Davies, M. Dawn Teare, L. A. Kiemeney, S. E. Bojesen, A. Haugen, S. Zienolddiny, S. Lam, L. Le Marchand, I. Cheng, M. B. Schabath, E. J. Duell, A. S. Andrew, J. Manjer, P. Lazarus, S. Arnold, J. D. McKay, N. C. Emami, M. T. Warkentin, Y. Brhane, M. Obeidat, R. M. Martin, C. Relton, G. Davey Smith, P. C. Haycock, C. I. Amos, P. Brennan, J. S. Witte, and R. J. Hung. 2020. 'Immune-mediated genetic pathways resulting in pulmonary function impairment increase lung cancer susceptibility', *Nat Commun*, 11: 27.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Kantor, E. D., K. O'Connell, M. Du, R. B. Mendelsohn, P. S. Liang, and L. Z. Braunstein. 2021. 'Ranitidine Use and Cancer Risk: Results From UK Biobank', *Gastroenterology*, 160: 1856-59.e5.

Kappil, M. A., Y. Liao, M. B. Terry, and R. M. Santella. 2016. 'DNA Repair Gene Expression Levels as Indicators of Breast Cancer in the Breast Cancer Family Registry', *Anticancer Res*, 36: 4039-44.

Katz, P. O., L. B. Gerson, and M. F. Vela. 2013. 'Guidelines for the diagnosis and management of gastroesophageal reflux disease', *Am J Gastroenterol*, 108: 308-28; quiz 29.

Kehm, R. D., J. L. Hopper, E. M. John, K. A. Phillips, R. J. MacInnis, G. S. Dite, R. L. Milne, Y. Liao, N. Zeinomar, J. A. Knight, M. C. Southey, L. Vahdat, N. Kornhauser, T. Cigler, W. K. Chung, G. G. Giles, S. A. McLachlan, M. L. Friedlander, P. C. Weideman, G. Glendon, S. Nesci, I. L. Andrulis, S. S. Buys, M. B. Daly, and M. B. Terry. 2019. 'Regular use of aspirin and other non-steroidal anti-inflammatory drugs and breast cancer risk for women at familial or genetic risk: a cohort study', *Breast Cancer Res*, 21: 52.

Kim, S., S. Lee, J. Hong, I. Ko, J. Y. Kim, and D. K. Kim. 2021. 'Effect of Ranitidine Intake on the Risk of Gastric Cancer Development', *Healthcare (Basel)*, 9.

Kim, Y. D., J. Wang, F. Shibli, K. E. Poels, S. J. Ganocy, and R. Fass. 2021. 'No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies', *Aliment Pharmacol Ther*.

Kumar, S., D. S. Goldberg, and D. E. Kaplan. 2021. 'Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori', *Dig Dis Sci*.

Lee Argov, E. J., T. Acheampong, M. B. Terry, C. B. Rodriguez, M. Agovino, Y. Wei, S. Athilat, and P. Tehranifar. 2020. 'Independent and joint cross-sectional associations of statin and metformin use with mammographic breast density', *Breast Cancer Res*, 22: 99.

Lee, F. I., M. Hardman, and M. E. Jaderberg. 1991. 'Maintenance treatment of duodenal ulceration: ranitidine 300 mg at night is better than 150 mg in cigarette smokers', *Gut*, 32: 151-3.

Lee, F. I., P. I. Reed, J. P. Crowe, R. L. McIsaac, and J. R. Wood. 1986. 'Acute treatment of duodenal ulcer: a multicentre study to compare ranitidine 150 mg twice daily with ranitidine 300 mg once at night', *Gut*, 27: 1091-5.

Lei, W. Y., J. H. Wang, C. H. Yi, T. T. Liu, J. S. Hung, M. W. Wong, M. J. Bair, M. F. Vaezi, W. C. Orr, and C. L. Chen. 2021. 'Association between use of proton pump inhibitors and colorectal cancer: A nationwide population-based study', *Clin Res Hepatol Gastroenterol*, 45: 101397.

Liu, P., C. McMenamin Ú, B. T. Johnston, P. Murchie, L. Iversen, A. J. Lee, P. A. J. Vissers, and C. R. Cardwell. 2020. 'Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies', *Br J Cancer*, 123: 307-15.

Loomis, D., N. Guha, A. L. Hall, and K. Straif. 2018. 'Identifying occupational carcinogens: an update from the IARC Monographs', *Occup Environ Med*, 75: 593-603.

Lund, Jennifer L., David B. Richardson, and Til Stürmer. 2015. 'The active comparator, new user study design in pharmacoepidemiology: historical foundations and contemporary application', *Current epidemiology reports*, 2: 221-28.

Marant Micallef, C., K. D. Shield, I. Baldi, B. Charbotel, B. Fervers, A. Gilg Soit Ilg, P. Guénel, A. Olsson, L. Rushton, S. J. Hutchings, K. Straif, and I. Soerjomataram. 2018. 'Occupational

41

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

exposures and cancer: a review of agents and relative risk estimates', *Occup Environ Med*, 75: 604-14.

Mathes, R. W., K. E. Malone, J. R. Daling, P. L. Porter, and C. I. Li. 2008. 'Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer', *Cancer Epidemiol Biomarkers Prev*, 17: 67-72.

McDowell, R. D., C. M. Hughes, P. Murchie, and C. R. Cardwell. 2021. 'The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data', *Cancer Epidemiol*, 71: 101880.

McGwin, G. 2020. 'The Association between Ranitidine Use and Gastrointestinal Cancers', *Cancers (Basel)*, 13.

McNamee, R. 2003. 'Confounding and confounders', *Occup Environ Med*, 60: 227-34.

Mohy-ud-din, N., Mohyuddin, G.R., Syed, A., Desai, S.M., Thakkar, S. 2020. "Risk of cancer with use of ranitidine: results of a cohort study of 65 million US adults." In *Digestive Disease Week*. Chicago (cancelled): American Gastroenterological Association.

Neha, R., V. Subeesh, E. Beulah, N. Gouri, and E. Maheswari. 2021. 'Existence of Notoriety Bias in FDA Adverse Event Reporting System Database and Its Impact on Signal Strength', *Hosp Pharm*, 56: 152-58.

Nguyen, L. H., Y. Cao, N. Batyrbekova, B. Roelstraete, W. Ma, H. Khalili, M. Song, A. T. Chan, and J. F. Ludvigsson. 2022. 'Antibiotic Therapy and Risk of Early-Onset Colorectal Cancer: A National Case-Control Study', *Clin Transl Gastroenterol*, 13: e00437.

Niehoff, N. M., M. B. Terry, D. B. Bookwalter, J. D. Kaufman, K. M. O'Brien, D. P. Sandler, and A. J. White. 2022. 'Air Pollution and Breast Cancer: An Examination of Modification By Underlying Familial Breast Cancer Risk', *Cancer Epidemiol Biomarkers Prev*, 31: 422-29.

Nørgaard, M., I. T. Andersen, U. Heide-Jørgensen, R. Erichsen, J. R. Rees, M. R. Karagas, and H. T. Sorensen. 2021. 'Ranitidine and risk of bladder and kidney cancer: a population based cohort study', *Cancer Epidemiol Biomarkers Prev*.

'Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42'. 1987. *IARC Monogr Eval.Carcinog.Risks Hum.Suppl*, 7: 1-440.

Pearce, N., A. Blair, P. Vineis, W. Ahrens, A. Andersen, J. M. Anto, B. K. Armstrong, A. A. Baccarelli, F. A. Beland, A. Berrington, P. A. Bertazzi, L. S. Birnbaum, R. C. Brownson, J. R. Bucher, K. P. Cantor, E. Cardis, J. W. Cherrie, D. C. Christiani, P. Cocco, D. Coggon, P. Comba, P. A. Demers, J. M. Dement, J. Douwes, E. A. Eisen, L. S. Engel, R. A. Fenske, L. E. Fleming, T. Fletcher, E. Fontham, F. Forastiere, R. Frentzel-Beyme, L. Fritschi, M. Gerin, M. Goldberg, P. Grandjean, T. K. Grimsrud, P. Gustavsson, A. Haines, P. Hartge, J. Hansen, M. Hauptmann, D. Heederik, K. Hemminki, D. Hemon, I. Hertz-Picciotto, J. A. Hoppin, J. Huff, B. Jarvholm, D. Kang, M. R. Karagas, K. Kjaerheim, H. Kjuus, M. Kogevinas, D. Kriebel, P. Kristensen, H. Kromhout, F. Laden, P. Lebailly, G. LeMasters, J. H. Lubin, C. F. Lynch, E. Lynge, A. t Mannetje, A. J. McMichael, J. R. McLaughlin, L. Marrett, M. Martuzzi, J. A. Merchant, E. Merler, F. Merletti, A. Miller, F. E. Mirer, R. Monson, K. C. Nordby, A. F. Olshan, M. E. Parent, F. P. Perera, M. J. Perry, A. C. Pesatori, R. Pirastu, M. Porta, E. Pukkala, C. Rice, D. B. Richardson, L. Ritter, B. Ritz, C. M. Ronckers, L. Rushton, J. A. Rusiecki, I. Rusyn, J. M. Samet, D. P. Sandler, S. de Sanjose, E. Schernhammer, A. S. Costantini, N. Seixas, C. Shy, J. Siemiatycki, D. T. Silverman, L. Simonato, A. H. Smith, M. T. Smith, J. J. Spinelli, M. R. Spitz, L. Stallones, L. T. Stayner, K.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Steenland, M. Stenzel, B. W. Stewart, P. A. Stewart, E. Symanski, B. Terracini, P. E. Tolbert, H. Vainio, J. Vena, R. Vermeulen, C. G. Victora, E. M. Ward, C. R. Weinberg, D. Weisenburger, C. Wesseling, E. Weiderpass, and S. H. Zahm. 2015. 'IARC monographs: 40 years of evaluating carcinogenic hazards to humans', *Environ Health Perspect*, 123: 507-14.

Pottegård, A., S. Friis, T. Stürmer, J. Hallas, and S. Bahmanyar. 2018. 'Considerations for Pharmacoepidemiological Studies of Drug-Cancer Associations', *Basic Clin Pharmacol Toxicol*, 122: 451-59.

Rückert-Eheberg, I. M., M. Nolde, N. Ahn, M. Tauscher, R. Gerlach, F. Güntner, A. Günter, C. Meisinger, J. Linseisen, U. Amann, and S. E. Baumeister. 2022. 'Who gets prescriptions for proton pump inhibitors and why? A drug-utilization study with claims data in Bavaria, Germany, 2010-2018', *Eur J Clin Pharmacol*, 78: 657-67.

Samet, J. M., W. A. Chiu, V. Cogliano, J. Jinot, D. Kriebel, R. M. Lunn, F. A. Beland, L. Bero, P. Browne, L. Fritschi, J. Kanno, D. W. Lachenmeier, Q. Lan, G. Lasfargues, F. Le Curieux, S. Peters, P. Shubat, H. Sone, M. C. White, J. Williamson, M. Yakubovskaya, J. Siemiatycki, P. A. White, K. Z. Guyton, M. K. Schubauer-Berigan, A. L. Hall, Y. Grosse, V. Bouvard, L. Benbrahim-Tallaa, F. El Ghissassi, B. Lauby-Secretan, B. Armstrong, R. Saracci, J. Zavadil, K. Straif, and C. P. Wild. 2020. 'The IARC Monographs: Updated Procedures for Modern and Transparent Evidence Synthesis in Cancer Hazard Identification', *J Natl Cancer Inst*, 112: 30-37.

Schrijver, L. H., T. M. Mooij, A. Pijpe, G. S. Sonke, M. J. E. Mourits, N. Andrieu, A. C. Antoniou, D. F. Easton, C. Engel, D. Goldgar, E. M. John, K. Kast, R. L. Milne, H. Olsson, K. A. Phillips, M. B. Terry, J. L. Hopper, F. E. van Leeuwen, and M. A. Rookus. 2022. 'Oral Contraceptive Use in BRCA1 and BRCA2 Mutation Carriers: Absolute Cancer Risks and Benefits', *J Natl Cancer Inst*.

Sendor, R., and T. Stürmer. 2022. 'Core concepts in pharmacoepidemiology: Confounding by indication and the role of active comparators', *Pharmacoepidemiol Drug Saf*, 31: 261-69.

Seo, S. I., C. H. Park, S. C. You, J. Y. Kim, K. J. Lee, J. Kim, Y. Kim, J. J. Yoo, W. W. Seo, H. S. Lee, and W. G. Shin. 2021. 'Association between proton pump inhibitor use and gastric cancer: a population-based cohort study using two different types of nationwide databases in Korea', *Gut*.

Song, M., I. M. Lee, J. E. Manson, J. E. Buring, R. Dushkes, D. Gordon, J. Walter, K. Wu, A. T. Chan, S. Ogino, C. S. Fuchs, J. A. Meyerhardt, and E. L. Giovannucci. 2021. 'No Association Between Vitamin D Supplementation and Risk of Colorectal Adenomas or Serrated Polyps in a Randomized Trial', *Clin Gastroenterol Hepatol*, 19: 128-35.e6.

Sox, H. C., and S. Greenfield. 2009. 'Comparative effectiveness research: a report from the Institute of Medicine', *Ann Intern Med*, 151: 203-5.

Straif, K., L. Benbrahim-Tallaa, R. Baan, Y. Grosse, B. Secretan, F. El Ghissassi, V. Bouvard, N. Guha, C. Freeman, L. Galichet, and V. Cogliano. 2009. 'A review of human carcinogens-- Part C: metals, arsenic, dusts, and fibres', *Lancet Oncol*, 10: 453-4.

Tran, K. T., C. McMenamin Ú, B. Hicks, P. Murchie, A. P. Thrift, H. G. Coleman, L. Iversen, B. T. Johnston, A. J. Lee, and C. R. Cardwell. 2018. 'Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies', *Aliment Pharmacol Ther*, 48: 55-64.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Vainio, H., R. Kaaks, and F. Bianchini. 2002. 'Weight control and physical activity in cancer prevention: international evaluation of the evidence', *Eur J Cancer Prev*, 11 Suppl 2: S94-100.

Walan, A., J. P. Bader, M. Classen, C. B. Lamers, D. W. Piper, K. Rutgersson, and S. Eriksson. 1989. 'Effect of omeprazole and ranitidine on ulcer healing and relapse rates in patients with benign gastric ulcer', *N Engl J Med*, 320: 69-75.

Wang, T., P. T. Bradshaw, P. G. Moorman, S. J. Nyante, H. B. Nichols, S. Shantakumar, H. Parada, Jr., N. K. Khankari, M. B. Terry, S. L. Teitelbaum, A. I. Neugut, and M. D. Gammon. 2020. 'Menopausal hormone therapy use and long-term all-cause and cause-specific mortality in the Long Island Breast Cancer Study Project', *Int J Cancer*, 147: 3404-15.

Yoon, H. J., J. H. Kim, G. H. Seo, and H. Park. 2021. 'Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea', *J Clin Med*, 10.

Zeng, C., T. Neogi, A. T. Chan, J. Wei, D. Misra, N. Lu, H. K. Choi, G. Lei, and Y. Zhang. 2022. 'Proton pump inhibitor therapy and risk of knee replacement surgery: a general population-based cohort study', *Osteoarthritis Cartilage*.

Zeng, R., W. Sha, J. Wang, Z. Zhuo, H. Wu, F. W. Leung, and H. Chen. 2021. 'Evaluation of proton pump inhibitors and risks of gastric cancer', *Gut*.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT
# 734





*Article*

# Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea

**Hong Jin Yoon [1], Jie-Hyun Kim [2,\*] , Gi Hyeon Seo [3,\*] and Hyojin Park [2]**

[1] Department of Internal Medicine, Soonchunhyang University College of Medicine, Chungcheongnam-do, Cheonan-si 330-921, Korea; 104560@schmc.ac.kr

[2] Department of Internal Medicine, Gangnam Severance Hospital, Yonsei University College of Medicine, 211 Eonjuro, Gangnam-gu, Seoul 135-720, Korea; hjpark21@yuhs.ac

[3] Health Insurance Review and Assessment Service, 60, Hyeoksin-ro, Gangwon-do, Wonju-si 26465, Korea

\* Correspondence: otilia94@yuhs.ac (J.-H.K.); seogihyeon@hira.or.kr (G.H.S.); Tel.: +82-2-2019-3505 (J.-H.K.); +82-2-2182-2307 (G.H.S.); Fax: +82-2-3463-3882 (J.-H.K.); +82-33-811-7447 (G.H.S.)



**Exhibit 0016**
10/24/2022
Anne McTiernan, M.D., Ph.D



**Citation:** Yoon, H.J.; Kim, J.-H.; Seo, G.H.; Park, H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J. Clin. Med.* **2021**, *10*, 153. https://doi.org/10.3390/jcm10010153

Received: 12 November 2020
Accepted: 31 December 2020
Published: 5 January 2021

**Publisher's Note:** MDPI stays neutral with regard to jurisdictional claims in published maps and institutional affiliations.

**Copyright:** © 2021 by the authors. Licensee MDPI, Basel, Switzerland. This article is an open access article distributed under the terms and conditions of the Creative Commons Attribution (CC BY) license (https://creativecommons.org/licenses/by/4.0/).

**Abstract:** N-nitrosodimethylamine (NDMA), a known carcinogenic agent, was recently detected in some products of ranitidine. Several studies have investigated the detectability of NDMA, in drugs and their risks. However, only a few epidemiological studies have evaluated cancer risk from the use of such individual drugs. This study investigates the risk of cancer in ranitidine users. We conducted an observational population-based cohort study using the Health Insurance Review and Assessment databases, which contain information about the use of medicines in South Korea. The primary study cohort consisted of ranitidine users (n = 88,416). For controls, we enrolled users of famotidine, another $H_2$-receptor antagonist in which no NDMA has been detected. A 4:1 matched cohort was constructed to compare cancer outcomes of the two groups. Our matched cohort comprised of 40,488 ranitidine users and 10,122 famotidine users. There was no statistical difference in the overall cancer risk between the ranitidine and famotidine groups (7.45% vs. 7.56%, HR 0.99, 95% CI 0.91–1.07, *p* = 0.716). Additionally, no significant differences were observed in the analysis of 11 single cancer outcomes. We found no evidence that exposure to NDMA through ranitidine increases the risk of cancer.

**Keywords:** ranitidine; NDMA; cancer risk; claims data; famotidine

## 1. Introduction

N-nitrosodimethylamine (NDMA) is a known environmental contaminant found in water, foods (such as dairy products, vegetables, grilled meats), and several industrial processes [1,2]. There has been no study investigating the carcinogenic effects in humans following oral exposure of NDMA. However, many animal studies have demonstrated the carcinogenic effects of NDMA [3]. NDMA has been classified by the International Agency for Research on Cancer (IRAC) as a probable human carcinogen (group 2A) [4].

Ranitidine is a $H_2$-receptor antagonist (H2RA) that is used widely to reduce the production of gastric acid in patients with gastroesophageal reflux disease (GERD) and peptic ulcer disease (PUD) [5]. In September 2019, the U.S. Food and Drug Administration (FDA) and the European Medicine Agency announced that NDMA was detected in Zantac®, one of the trade names of ranitidine. FDA had set the acceptable daily intake limit for NDMA at 0.096 micrograms or 0.32 ppm for ranitidine. However, testing of ranitidine products showed that NDMA levels were as much as nine times greater than the FDA's recommended limit. Therefore, many manufacturers and retailers have voluntarily recalled ranitidine worldwide. Not long after, NDMA was detected in another antihistamine, nizatidine [6].

Previously, NDMA was identified in medicines containing valsartan in June 2018, and FDA recalled many batches of valsartan products from the global market. NDMA is believed to have been introduced into valsartan products due to the manufacturing process of the active pharmaceutical ingredient.

Several studies have detected N-nitrosamine precursors, including NDMA, in drugs, and investigated their risks [7–11]. However, only a few epidemiological studies have evaluated cancer risk from the use of such drugs [12]. Pharmacoepidemiologic studies are needed for clinically relevant causality assessment. For this purpose, a cohort study that identifies the patients' individual medication and monitors the side effects through long-term follow-up is appropriate.

Therefore, the present study aimed to investigate the association between the use of ranitidine containing NMDA and the risk of cancer.

## 2. Methods

### 2.1. Data Source

We conducted an observational population-based cohort study using the Health Insurance Review and Assessment (HIRA) database in South Korea. HIRA contains health insurance claims data, also known as National Health Insurance Service (NHIS) data, because it is generated during the claims process for health care services in South Korea. The NHIS is a non-profit organization with a single insurer responsible for operating the health insurance program. Approximately 52 million residents in Korea are obliged to register with the NHIS. Insurance benefits of the coverage are extensive and include in-patient and out-patient care, prescription drugs, rehabilitation, and health promotion. Therefore, almost all medical practice is carried out with NHIS insurance, and the claims data for medical reimbursement will be requested to NHIS by the health care provider. As a result, all relevant data are accumulated in the NHIS database [13]. International Classification of Disease, Tenth Revision (ICD-10) codes are used for identifying the diagnosis. For patients with cancer, a special diagnostic code (C-code) is assigned in addition to the ICD-10 code. We investigated liver, lung, kidney, biliary tract, and prostate cancer, which has been shown to be associated with NDMA exposure in previous animal studies [14,15]. A total of 11 cancer outcomes were obtained from NHIS database, including those with high incidence. The cancer information collected is as follows: Primary malignant neoplasm of the liver (defined as ICD-10 codes C22), malignant neoplasm of the cecum, appendix, any site of the colon, and rectum (defined as ICD-10 codes C18–20), malignant neoplasm of the stomach (defined as ICD-10 codes C16), malignant neoplasm of the bronchus and lung (defined as ICD-10 codes C34), malignant neoplasm of the kidney, except renal pelvis (defined as ICD-10 codes C64), malignant neoplasm of any site in the bladder (defined as ICD-10 codes C67), malignant neoplasm of the uterus, myometrium, and cervix (defined as ICD-10 codes C53-54), malignant neoplasm of the breast (defined as ICD-10 codes C50), malignant neoplasm of the thyroid gland (defined as ICD-10 codes C73), malignant neoplasm of the gall bladder and biliary tract (defined as ICD-10 codes C23-24), and malignant neoplasm of the prostate (defined as ICD-10 codes C61). The C-code patients are charged a minimum amount of co-payments (5% of total costs) [16]. This study was conducted using NHIS data with approval from the Institutional Review Board of Gangnam Severance Hospital (no.3-2019-0318).

### 2.2. Study Cohort

The study cohort consisted of patients prescribed ranitidine between January 2009 and December 2011. Patients who were prescribed famotidine during the same period were set as a comparison control group. Famotidine is an H2RA similar to ranitidine, but it does not contain NMDA as known from FDA tests. Individual periods of H2RA exposure were determined according to the intended duration of each prescription recorded in the database. We enrolled patients who were using ranitidine or famotidine for more than one year between January 2009 and December 2011. Ranitidine users of a cumulative dose

exceeding 10,800 mg and famotidine users of a cumulative dose exceeding 14,400 mg were selected. To compare the equivalent doses between the two drugs, the defined daily dose (DDD) was calculated and compared. The DDD is the assumed average maintenance dose per day for a drug used for its main indication in adults [17].

Between January 2009 and December 2011, we identified 554,987 individuals prescribed ranitidine and 147,830 individuals prescribed famotidine. Of the total 702,817 patients, we excluded those who met any of the following criteria: (1) Users of ranitidine or famotidine between 2007–2008, (2) patients with an overlapping use of two drugs between 2009–2011, (3) diagnosed with cancer between 2007–2011, (4) aged under 30 or over 80, and (5) died before December 2011.

After exclusion, a cohort of 88,416 ranitidine users and 10,129 famotidine users was enrolled, of which 42,488 ranitidine users and 10,122 famotidine users were selected for the study, in a ratio of 4:1. These groups were matched by sex, age, diabetes mellitus (DM), and cumulative exposure.

We excluded participants aged under 30 years as cancer occurrence is rare, and the types of cancer are often different in children and younger adults, from those that develop in older adults. In this study, we obtained cancer outcomes between January 2012 and December 2018 from the HIRA database. Cancer patients were identified by registered cancer diagnostic codes within a follow-up period. We investigated the occurrence of cancer in the lung, liver, kidney, biliary tract, and testis, which are organs with confirmed carcinogenicity of NDMA in animal models. In addition, the occurrence of cancer in the stomach, colorectal, thyroid gland, breast, uterus, and bladder, which also have a high incidence, was determined.

Within the study cohort, we used the unique drug ID recorded on the NHIS to verify exposure to ranitidine products in each participant and to identify the corresponding manufacturer. We further stratified the extent of NDMA exposure by the cumulative use of ranitidine and famotidine from the prescriptions (12–18 months, 18–24 months, 24–30 months, over 30 months).

### 2.3. Statistical Analysis

Continuous variables were analyzed using the Student's *t*-test. Chi-squared test was used to detect the proportional differences between ranitidine and famotidine groups. A Cox proportional hazards regression model was used to assess the association between ranitidine or famotidine exposure and risk of cancer. For regression analyses, a hazard ratio (HR) with a 95% confidence interval (CI) was used. $p < 0.05$ was considered to indicate statistical significance. All statistical analyses were performed using R Statistical Software (version 3.5.0; R Foundation for Statistical Computing, Vienna, Austria).

### 2.4. Patient and Public Involvement

No patients were involved in setting the research question, outcome measures, the study design, or the conduct of the study. Patients were not invited to contribute to the writing or editing of this document for readability or accuracy.

### 3. Results

There were 88,416 and 10,129 subjects in the ranitidine and famotidine groups, respectively (Figure 1). The baseline characteristics of the two groups are listed in Table 1. During the study period, the average cumulative dosage of ranitidine was 220,394 mg, and the average DDD was 683 days. In the famotidine group, the average cumulative dosage was 29,578 mg, and DDD was 739 days. DM was also found to be present in 36.3% of ranitidine users and 34.6% of famotidine users. In terms of cumulative duration, 12–17 months were the most frequent in both groups (45.9% vs. 39.7%). However, 19.6% of the ranitidine group and 25.8% of the famotidine group were used for more than 30 months.

*J. Clin. Med.* **2021**, *10*, 153



**Figure 1.** Flowchart of 4:1 matched cohort assembly of ranitidine users (*n* = 40,488) and famotidine users (*n* = 10,122).

**Table 1.** Baseline characteristics of the cohort of ranitidine and famotidine users.

| Characteristics | Ranitidine (*n* = 88,416) | Famotidine (*n* = 10,129) |
|---|---|---|
| Male (n, %) | 43,217 (48.9) | 5307 (52.4) |
| Age (years, mean ± SD) | 61.0 ± 11.3 | 59.8 ± 11.8 |
| 30–49 (years, n, %) | 14,305 (16.2) | 1966 (19.4) |
| 50–59 (years, n, %) | 23,356 (26.4) | 2810 (27.7) |
| 60–69 (years, n, %) | 26,914 (30.4) | 2850 (28.2) |
| 70–79 (years, n, %) | 23,841 (27.0) | 2503 (24.7) |
| Diabetes mellitus | 32,051 (36.3) | 3501 (34.6) |
| Diabetes mellitus period | | |
| ≤3 years | 9529 (10.8) | 1006 (9.9) |
| ≥4 years | 22,522 (25.5) | 2495 (24.6) |
| Dosage | | |
| mg, (mean ± SD) | 204,919 ± 104,366 | 29,579 ± 15,544 |
| DDD (mean ± SD) | 683.1 ± 347.9 | 739.5 ± 388.6 |
| Cumulative duration | | |
| 12–17 months | 40,557 (45.9) | 4023 (39.7) |
| 18–23 months | 19,361 (21.9) | 2133 (21.0) |
| 24–29 months | 11,126 (12.6) | 1364 (13.5) |
| ≥30 months | 17,372 (19.6) | 2609 (25.8) |

DDD, Defined daily dose.

We examined the risk of cancer outcomes for a 4:1 matched cohort of users of ranitidine (*n* = 40,488) and famotidine (*n* = 10,122). The flowchart for the cohort design is provided in Figure 1. Subjects from the ranitidine group that were statistically matched to those from the famotidine group were selected considering the following factors: Age, sex distribution, cumulative duration, DM, and DM period. DM and DM period were included as matching factors because DM is a known risk factor for most cancers. Table 2 shows the baseline characteristics of the 4:1 well-balanced, matched cohort. The incidence for overall cancer was 3018 (7.45%) in the ranitidine group and 765 (7.56%) in the famotidine group. There was no statistical difference in overall cancer risk between the ranitidine and famotidine groups (HR 0.99, 95% CI 0.91 to 1.07, *p* = 0.716). Furthermore, no significant differences were observed in 11 single cancer outcomes between the two groups (Table 3).

*J. Clin. Med.* **2021**, *10*, 153

**Table 2.** Baseline characteristics of a 4:1 matched cohort (age, sex, DM, and cumulative duration) of ranitidine and famotidine users.

| Characteristics | Ranitidine (*n* = 40,488) | Famotidine (*n* = 10,122) | *p*-Value |
|---|---|---|---|
| Male (n, %) | 21,208 (52.4) | 5302 (52.4) | >0.999 |
| Age (years, mean ± SD) | 59.9 ± 11.8 | 59.8 ± 11.8 | 0.765 |
| 30–49 (years, n, %) | 7836 (19.3) | 1959 (19.3) | |
| 50–59 (years, n, %) | 11,240 (27.8) | 2810 (27.8) | |
| 60–69 (years, n, %) | 11,400 (28.2) | 2850 (28.2) | |
| 70–79 (years, n, %) | 10,012 (24.7) | 2503 (24.7) | |
| Diabetes mellitus | 13,976 (34.5) | 3494 (34.5) | >0.999 |
| Diabetes mellitus period | | | >0.999 |
| ≤3 years | 4020 (9.9) | 1005 (9.9) | |
| ≥4 years | 9956 (24.6) | 2489 (24.6) | |
| Dosage | | | |
| mg, mean ± SD | 220,395 ± 112,850 | 29578 ± 15549 | |
| DDD (mean ± SD) | 734.6 ± 376.2 | 739.4 ± 388.7 | 0.254 |
| Cumulative duration | | | >0.999 |
| 12–17 months | 16,092 (39.8) | 4023 (39.8) | |
| 18–23 months | 8524 (21.0) | 2131 (21.0) | |
| 24–29 months | 5440 (13.4) | 1360 (13.4) | |
| ≥30 months | 10,432 (25.8) | 2608 (25.8) | |

DDD, Defined daily dose.

**Table 3.** Risk of cancer between ranitidine users and famotidine users.

| Cancer | Ranitidine (*n*, %) | Famotidine (*n*, %) | *p*-Value | Hazard Ratio (95% CI) | *p*-Value |
|---|---|---|---|---|---|
| Overall | 3018 (7.45) | 765 (7.56) | 0.739 | 0.99 (0.91–1.07) | 0.716 |
| Liver | 400 (0.99) | 117 (1.16) | 0.148 | 0.85 (0.69–1.05) | 0.133 |
| Colorectal | 359 (0.89) | 92 (0.91) | 0.878 | 0.98 (0.78–1.23) | 0.832 |
| Biliary | 93 (0.23) | 19 (0.19) | 0.493 | 1.22 (0.75–2.00) | 0.422 |
| Stomach | 450 (1.11) | 106 (1.05) | 0.616 | 1.06 (0.86–1.31) | 0.580 |
| Lung | 473 (1.17) | 119 (1.18) | 0.992 | 0.99 (0.81–1.21) | 0.951 |
| Prostate | 173 (0.43) | 43 (0.42) | >0.999 | 1.01 (0.72–1.40) | 0.974 |
| Kidney | 72 (0.18) | 23 (0.23) | 0.369 | 0.78 (0.49–1.25) | 0.306 |
| Bladder | 118 (0.29) | 21 (0.21) | 0.181 | 1.41 (0.88–2.24) | 0.151 |
| Uterine | 46 (0.11) | 10 (0.10) | 0.815 | 1.15 (0.58–2.28) | 0.689 |
| Breast | 108 (0.27) | 33 (0.33) | 0.365 | 0.82 (0.55–1.21) | 0.313 |
| Thyroid | 159 (0.39) | 37 (0.37) | 0.761 | 1.07 (0.75–1.54) | 0.694 |

When analyzed according to the cumulative duration of ranitidine and famotidine intake, there was again no difference in the overall cancer risk ($p$ = 0.716, Figure 2). All 11 single cancers showed the same pattern for cumulative incidence.



**Figure 2.** Cumulative incidence of cancer between ranitidine users and famotidine users.

*J. Clin. Med.* **2021**, *10*, 153

## 4. Discussion

The stomach secretes gastric acid, which plays a physiological role, such as that of removing potentially harmful bacteria and aiding in digestion. However, some diseases, such as GERD and PUD, are aggravated by gastric acid, and their treatment evolved significantly with the development of H2RA in the 1970s [18]. $H_2$-receptors play an important role in gastric acid secretion, and their antagonists, the H2Ras, compete with these histamines to bind $H_2$-receptors and inhibit gastric acid secretion. Ranitidine, introduced in 1981, has been sold in more than 120 countries, formulated for the treatment of 222 million patients worldwide. In other words, ranitidine is one of the most extensively studied and used drugs. Although ranitidine has many side effects, such as bloating, fever, and hepatotoxicity, similar to many other medicines, there have been no reports of malignant disease associated with their use [19,20], and so many clinicians were not worried about the risk of cancer from ranitidine. However, owing to the recent detection of carcinogens in ranitidine, additional research is needed to clarify the risk of cancer from ranitidine use.

Researchers have studied NDMA formation in ranitidine [1,21], and chloramination of ranitidine has been suggested as a formulation mechanism of NDMA. The formation of NDMA is mainly determined by chloramine and precursor amine groups, both of which are highly dependent on pH [8]. The optimal pH for NDMA formation appears to be at 7–8. At lower pH, the reaction is limited because of the lack of non-protonated amines. A study conducted in 2016 by Zeng et al. reported the production of NDMA by nitrosation of ranitidine under stomach-relevant pH conditions in vitro [9]. However, the usual caveats of in vitro studies exist, and there is a lack of research on the formation of NDMA in vivo. Matsuda et al. reported that after ranitidine intake, the maximum concentration of NDMA in the stomach is 7.9 ng/mL, which is 6.6 times higher than reported before [7]. In another study, NDMA excreted in urine after ranitidine intake was 95.6 ng/mL, which was a 430-fold increase than before ranitidine use [9]. Actual systemic NDMA exposure is likely much higher than that eliminated in urine [22].

NDMA is a semi-volatile organic chemical that is produced by both industrial and natural processes. It is a member of N-nitrosamines, a family of potent carcinogens [23]. NDMA is not currently produced in pure form or commercially used, except for research purposes. It was formerly used to produce liquid rocket fuel, as an antioxidant, and as an additive for lubricants [24]. The most significant toxicity of NDMA is carcinogenicity, which has been studied for more than 50 years. Although sufficient epidemiological studies have not yet been reported to provide evidence for the association between NDMA and cancer development, animal studies have shown that the risk of cancer may increase with exposure to NDMA. Tumors were found to develop in the lungs, liver, kidneys, and bile ducts in animals (such as rats, mice, hamsters, and rabbits) through inhalation or oral administration [4]. It is debatable whether NDMA directly causes cancer or merely increases the predisposition or susceptibility of an individual to cancer. Genetic toxicity associated with carcinogenicity includes excessive DNA methylation, DNA fragmentation, chromosomal abnormalities, and mutation, and can also cause sperm malformations, as observed in several animal studies [25,26]. Evidence of carcinogenicity in rodents was found when administered at a dose of 10 μg/kg/day [15]. According to an FDA announcement, NDMA levels of up to 0.86 μg on the intake of 300 mg ranitidine tablets and up to 0.36 μg on the intake of 150 mg tablets were measured. The daily exposure for a 70 kg adult is estimated at approximately 0.012 μg/kg/day. Although it is impossible to apply the results of animal experiments directly to humans, the daily exposure of NDMA from ranitidine in humans is much lower than the lowest NDMA dose leading to cancer in rodents.

The primary strength of this study was the population size selected from a high quality nationwide and population-based database. There are few epidemiological studies evaluating cancer risk from ranitidine use in a large population follow-up cohort [27]. The selection of famotidine users as controls is suitable because famotidine, whose function is similar to ranitidine, lacks NDMA. Famotidine is comparatively more potent than

ranitidine at gastric acid suppression. However, proton pump inhibitors are much more potent than H2RA and are widely used for gastric acid suppression [28]. Therefore, the clinical indications of ranitidine and famotidine are almost identical [5], and as all co-variates cannot be adjusted, a control group using a similar indication drug is more appropriate than the general population. In a recent Japanese study, the authors compared ranitidine/nizatidine users with other H2 blocker users. They reported that ranitidine and nizatidine did not increase the risk of cancer [27].

This study has several limitations. First, some cancer incidences and drug exposures are not included, due to study design limitations. For example, if a patient used ranitidine from January 2009 to December 2009 and was diagnosed with cancer in 2011, he would have been excluded from the study. These limitations apply equally to both groups. Since the two groups were compared under the same conditions, the results can be adopted. Second, cancer incidence was not compared with the general population. We compared SIR (standardized incidence ratio, adjusted by age and sex) for cancer in the general population and medication group. The overall SIR for all cancers was 1.22 (Ranitidine vs. famotidine 1.23 vs. 1.31 $p < 0.001$). Because of the protopathic bias, cancer incidence is higher than that of the general population. Third, the follow-up period is restricted to seven years; thus, the overall follow-up period is not long enough to assess the onset of cancer. Fourth was the lack of information about potential confounders of cancer, such as smoking and underlying diseases other than DM. Fifth, the actual exposure of NDMA was not measured and is difficult to estimate, thus actual exposure in an individual patient may be different. Sixth, medication compliance was not known and thus could be a confounding factor.

Despite these limitations, this study will assist with clarifying the suspected risk of cancer following ranitidine prescription.

To conclude, we found no association between probable NDMA exposure through ranitidine and the short-term risk of cancer. However, further research is needed to assess the long-term cancer risk.

**Author Contributions:** Conceptualization, J.-H.K. and G.H.S.; Data curation, G.H.S.; Formal analysis, G.H.S.; Methodology, G.H.S.; Supervision, H.P.; Validation, J.-H.K.; Visualization, G.H.S.; Writing—original draft, H.J.Y.; Writing—review & editing, J.-H.K. All authors have read and agreed to the published version of the manuscript.

**Funding:** This research received no external funding.

**Institutional Review Board Statement:** The study was conducted according to the guidelines of the Declaration of Helsinki, and approved by the Institutional Review Board of Gangnam Severance Hospital (No. 3-2019-0318).

**Informed Consent Statement:** Patient consent was waived as anonymous archival data without identifying information was used.

**Data Availability Statement:** The data presented in this study are available on request from the corresponding author. The data are not publicly available due to ethical restrictions.

**Conflicts of Interest:** The authors declare no conflict of interest.

## References

1. Roux, J.L.; Gallard, H.; Croué, J.-P.; Papot, S.; Deborde, M. Ndma formation by chloramination of ranitidine: Kinetics and mechanism. *Environ. Sci. Technol.* **2012**, *46*, 11095–11103. [CrossRef] [PubMed]
2. Gerecke, A.C.; Sedlak, D.L. Precursors of N-nitrosodimethylamine in natural waters. *Environ. Sci. Technol.* **2003**, *37*, 1331–1336. [CrossRef]
3. Atsdr, U. Agency for Toxic Substances and Disease Registry; Case Studies in Environmental Medicine. 1997. Available online: http://www.atsdr.cdc.gov/HEC/CSEM/csem.html (accessed on 19 November 2020).
4. International Agency for Research on Cancer. *Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42*; IARC: Lyon, France, 1987.
5. Lipsy, R.J.; Fennerty, B.; Fagan, T.C. Clinical review of histamine2 receptor antagonists. *Arch. Intern. Med.* **1990**, *150*, 745–751. [CrossRef] [PubMed]

6.    El-Shaheny, R.; Radwan, M.; Yamada, K.; El-Maghrabey, M. Estimation of nizatidine gastric nitrosatability and product toxicity via an integrated approach combining hilic, in silico toxicology, and molecular docking. *J. Food Drug Anal.* **2019**, *27*, 915–925. [CrossRef]

7.    Matsuda, J.; Hinuma, K.; Tanida, N.; Tamura, K.; Ohno, T.; Kano, M.; Shimoyama, T. N-nitrosamines in gastric juice of patients with gastric ulcer before and during treatment with histamine H2-receptor antagonists. *Gastroenterol. Jpn.* **1990**, *25*, 162–168. [CrossRef]

8.    Shen, R.; Andrews, S.A. Formation of NDMA from ranitidine and sumatriptan: The role of pH. *Water Res.* **2013**, *47*, 802–810. [CrossRef]

9.    Zeng, T.; Mitch, W.A. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. *Carcinogenesis* **2016**, *37*, 625–634. [CrossRef]

10.   Michaud, D.S.; Mysliwiec, P.A.; Aldoori, W.; Willett, W.C.; Giovannucci, E. Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. *Cancer Epidemiol. Prev. Biomark.* **2004**, *13*, 250–254. [CrossRef]

11.   Vermeer, I.T.; Engels, L.G.; Pachen, D.M.; Dallinga, J.W.; Kleinjans, J.C.; Van Maanen, J.M. Intragastric volatile N-nitrosamines, nitrite, pH, and Helicobacter pylori during long-term treatment with omeprazole. *Gastroenterology* **2001**, *121*, 517–525. [CrossRef]

12.   Pottegård, A.; Kristensen, K.B.; Ernst, M.T.; Johansen, N.B.; Quartarolo, P.; Hallas, J. Use of n-nitrosodimethylamine (ndma) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. *BMJ* **2018**, *362*, k3851. [CrossRef]

13.   Song, S.O.; Jung, C.H.; Song, Y.D.; Park, C.-Y.; Kwon, H.-S.; Cha, B.S.; Park, J.-Y.; Lee, K.-U.; Ko, K.S.; Lee, B.-W. Background and data configuration process of a nationwide population-based study using the korean national health insurance system. *Diabetes Metab. J.* **2014**, *38*, 395–403. [CrossRef]

14.   Lijinsky, W.; Reuber, M.D. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. *Cancer Lett.* **1984**, *22*, 83–88. [CrossRef]

15.   Peto, R.; Gray, R.; Brantom, P.; Grasso, P. Nitrosamine carcinogenesis in 5120 rodents: Chronic administration of sixteen different concentrations of ndea, ndma, npyr and npip in the water of 4440 inbred rats, with parallel studies on ndea alone of the effect of age of starting (3, 6 or 20 weeks) and of species (rats, mice or hamsters). *IARC Sci. Publ.* **1984**, *57*, 627–665.

16.   Seong, S.C. National Health Insurance System of Korea.  2015.  Available online:  http://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&ved=2ahUKEwiyneiVi4DuAhVHPnAKHRqGAnAQFjAAegQIAxAC&url=http%3A%2F%2Fwww.kobia.kr%2Fskin%2Fbbs%2Fdownloads_e2%2Fdownload.php%3Ftbl%3Dpolicy_report%26no%3D401&usg=AOvVaw2UvT38upoP4Ka4J_a34H3J (accessed on 19 November 2020).

17.   WHO Collaborating Centre for Drug Statistics Methodology. Guidelines for ATC Classification and DDD Assignment. 2013. Available online: www.whocc.no/filearchive/publications/1_2013guidelines.pdf (accessed on 20 August 2015).

18.   Black, J.; Duncan, W.; Durant, C.J.; Ganellin, C.R.; Parsons, E. Definition and antagonism of histamine h2-receptors. *Nature* **1972**, *236*, 385–390. [CrossRef] [PubMed]

19.   Mills, J.G.; Koch, K.M.; Webster, C.; Sirgo, M.A.; Fitzgerald, K.; Wood, J.R. The safety of ranitidine in over a decade of use. *Aliment. Pharmacol. Ther.* **1997**, *11*, 129–137. [CrossRef] [PubMed]

20.   Wormsley, K.G. Safety profile of ranitidine: A review. *Drugs* **1993**, *46*, 976–985. [CrossRef]

21.   Liu, Y.D.; Selbes, M.; Zeng, C.; Zhong, R.; Karanfil, T. Formation mechanism of ndma from ranitidine, trimethylamine, and other tertiary amines during chloramination: A computational study. *Environ. Sci. Technol.* **2014**, *48*, 8653–8663. [CrossRef] [PubMed]

22.   Spiegelhalder, B.; Eisenbrand, G.; Preussmann, R. Urinary excretion of n-nitrosamines in rats and humans. *IARC Sci. Publ.* **1982**, *41*, 443–449. [CrossRef]

23.   Fan, C.-C.; Lin, T.-F. N-nitrosamines in drinking water and beer: Detection and risk assessment. *Chemosphere* **2018**, *200*, 48–56. [CrossRef]

24.   Mulhern, R.E. Removal of N-Nitrosodimethylamine and Otherdisinfection by-Product Precursors from Tertiary Wastewater Effluent by Activatedcarbon. Ph.D. Thesis, University of Colorado at Boulder, Boulder, CO, USA, 2016.

25.   Schwarzenegger, A.; Adams, L.S.; Denton, J.E. N-nitrosodimethylamine. 2006. Available online: https://www.josorge.com/publications/Citations/Toxicology/021.pdf (accessed on 23 November 2020).

26.   Bartsch, H.; O'Neill, I.K. *Ninth International Meeting on N-Nitroso Compounds: Exposures, Mechanisms, and Relevance to Human Cancer*; AACR: Philadelphia, PA, USA, 1988.

27.   Iwagami, M.; Kumazawa, R.; Miyamoto, Y.; Ito, Y.; Ishimaru, M.; Morita, K.; Hamada, S.; Tamiya, N.; Yasunaga, H. Risk of cancer in association with ranitidine and nizatidine vs other h2 blockers: Analysis of the japan medical data center claims database 2005–2018. *Drug Saf.* **2020**, 1–11.

28.   Ducrotté, P.; Guillemot, F.; Elouaer-Blanc, L.; Hirschauer, C.; Thorel, J.M.; Petit, A.; Hochain, P.; Michel, P.; Cortot, A.; Colin, R. Comparison of omeprazole and famotidine on esophageal ph in patients with moderate to severe esophagitis: A cross-over study. *Am. J. Gastroenterol.* **1994**, *89*, 717–721. [PubMed]

# EXHIBIT
# 735

**Exhibit
0106**

10/24/2022

Anne McTiernan, M.D., Ph.D

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) | **MDL NO. 2924** |
| PRODUCTS LIABILITY | **20-MD-2924** |
| LITIGATION | |

**JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' EXPEDITED MOTION TO COMPEL
ADDITIONAL TIME TO DEPOSE DR. ANNE McTIERNAN**

Plaintiffs submit this opposition to Defendants' Expedited Motion to Compel Additional

Time to Depose Plaintiffs' Proposed Expert Dr. Anne McTiernan (the "Motion") [DE 5585].[1]

**INTRODUCTION**

After a generous (and grueling) 11.9 hours on the record deposing Dr. McTiernan, a

cancer epidemiologist, Defendants now seek *four* (4) more hours, and insist on scheduling it on a

date when Dr. McTiernan is not available. There is no good cause for that relief. The only

proffered bases for additional time are supposedly non-responsive answers and a mix-up about a

single study. But Dr. McTiernan was responsive. Defense counsel asked and re-asked hundreds

of questions across more than 750 transcript pages, and Dr. McTiernan patiently answered them.

Some were highly specific "gotcha" questions, and, appropriately, Dr. McTiernan did not give

artificially simple answers *from memory*, but sought to review the careful analysis in her report

---

[1] A redacted version was also filed at D.E. 5587. Defendants filed under seal as a precaution due
to "PTO 26's provision that deposition testimony shall be treated provisionally as confidential
for 30 days from the date of the final transcript." D.E. 5584 at 1. Plaintiffs agree that the
portions of the deposition transcript quoted in the Motion and this opposition need not be sealed.

or the document that she was being questioned about. The deposition is not a memory test, and no witness should be held to a standard that they must be prepared without looking at their report to answer challenging questions that could affect thousands of cases.

No amount of preparation and no amount of extra time would resolve Defendants' problem, which is that they want to force Dr. McTiernan to give a rushed answer that they can take out of context in a future motion, and she, wisely, will not give soundbites. If courts granted relief whenever a party claimed a deponent was not responsive enough, there would be no end to deposition motion practice.

Defendants also raise the Adami study as a basis for more examination time. That study reprinted the same table as Figures 1 and 2, and was recently corrected in March 2022, post-publication. Dr. McTiernan was not aware of the correction which occurred after she submitted her report. Defense counsel's questions implied the correction was substantial, asking Dr. McTiernan if she knew "how many times incorrect risk estimates from the Adami study are cited in your report?" Tr. at 398:8-10. No one could answer this question from memory, which unfortunately was just one of many questions of that nature posed by Defendants, at a rapid fire pace. In the face of these aggressive questions, Dr. McTiernan responded that she would need to "evaluate the whole paper," especially "to see if Adami changed any of the results sections in the paper" based on the correction. Tr. at 411:21-24. If Defendants planned to ask particular questions about the Adami paper, they should have reserved time out of their 12 *hours* to do so. Instead, they used all but 11 minutes.

Defendants' final gripe is the timing of the third day of Dr. McTiernan's deposition, but here Defendants' own delay in filing their motion works against them. Plaintiffs did not propose May 31 unilaterally for any strategic reason, but simply because Defendants had not proposed

*any* date for more than 10 days, and Dr. McTiernan has limited availability. She has spent considerable time on this litigation, and will continue to do so, but also has substantial responsibilities as a professor. She needs to finish a grant application, and has been spending time on that and other non-litigation duties. Plaintiffs have not been preparing her for weeks as Defendants presume; in fact she has been unavailable for any preparation and none has occurred. Scheduling Dr. McTiernan's deposition on the last day of expert discovery is a reasonable date in light of her scheduling issues and the many other expert depositions still underway.[2]

## BACKGROUND

Dr. Anne McTiernan prepared an expert report for this MDL. Her report is over 380 pages long, including over 50 pages of detailed Tables containing data from and analysis of the studies she considered, *see* Rept. at 48, 69-70, 100, 151-54, 287-89, 295-98, 318-360, and citations throughout her report to over 280 references, *see* Rept. at 299-316. Her report, prepared over a period of many months, contains her analysis of the strengths and limitations of each of the human epidemiological studies assessing NDMA or ranitidine and cancer risk, describes in detail her methodology, and provides a full Bradford Hill analysis for each designated cancer.

Defendants sought—and received—an extended 12 hours on the record to depose Dr. McTiernan, far in excess of the presumptive 7 hours contemplated by the Rules Committee [DE 5415]. That deposition took place on April 28-29, starting at 9:00 am PDT. Throughout both days, Defendants threatened to raise issues with the Court more than 20 times, despite relatively few objections from Plaintiffs' counsel. Defendants interrupted Dr. McTiernan frequently. *E.g.*, Tr. at 30, 63, 83, 92, 111-13, 307, 310, 330, 576. And Defendants repeatedly asked Dr.

---

[2] Dr. Witte 5/19/22; Dr. Bumpus 5/20/22; Dr. Michaels 5/22/22; Dr. Olson 5/23/22; Dr. Lindsley 5/24/22; Dr. Marletta 5/25/22; Dr. Najafi 5/26/22-5/27/22; Dr. Porter 5/25/22; Dr. Wang 5/26/22; Dr. Chan 5/30/22; and Dr. Terry 5/31/22.

McTiernan about *non*-designated cancers (cancers that leadership is not pursuing in this MDL), refusing to accept that she had not completed a Bradford Hill causation analysis:

> Q. Does ranitidine cause brain cancer?
> A. I've not done a causation analysis of ranitidine and brain cancer.
> Q. Does ranitidine cause breast cancer?
> A. I've not done a causation opinion or causation analysis on ranitidine and breast cancer.
> 12 Q. Does ranitidine cause colorectal cancer?
> 14 A. I've not done a causation analysis on ranitidine and colorectal cancer.
> 17 Q. Does ranitidine cause lung cancer?

Tr. at 54:3-23. *Fourteen* transcript pages later, defense counsel was still asking the same questions, over-and-over:

> Q. Dr. McTiernan, please listen to my question. Here's my question to you: Is there -- yes or no -- sufficient evidence that NDMA increases the risk of lung cancer, prostate cancer and colorectal cancer?
> A. I did not do a full causal analysis with those cancers.

Tr. at 68:14-22. Questions relating to *non*-designated cancers continued, no matter how consistent the answers. *See, e.g.*, Tr. at 51-80, 362-64.

Defendants reached out to the Court to request that the Court join the deposition on the second day, to which Plaintiffs responded. The Court did not join. On the second day, Defendants pointed out that the Adami study had recently been corrected, and demanded that Dr. McTiernan reevaluate her opinion in light of the correction *during a deposition break*. Tr. at 407. Dr. McTiernan explained that it was not possible to fully evaluate the correction on the spot as Defendants insisted. Tr. at 409-10. Not to mention that witnesses need down time during breaks and should not be tasked with assignments that would deprive the witness of any break at all. Defendants "reserve[d their] right to come back and take further deposition of Dr. McTiernan with respect to the Adami study," Tr. at 410:23-411:2 but, inexplicably, used all but 10 minutes

of their allotted 12 hours, *not* reserving time to ask questions about Adami.[3] After Defendants recessed, Plaintiffs noted the late hour, and suggested that since the court reporter and others had worked for so long, the witness was "exhausted," and Defendants indicated they planned to schedule another deposition session to discuss Adami, it would make sense to "find a time to come back for a short finish" rather than extending the redirect late into the evening.  Tr. at 632. Defendants did not oppose this plan, but insisted that nothing be scheduled until they could "get a ruling and then we will come back, and only then we will come back, after we get a ruling from the Court."  Tr. at 634:10-13.

Yet, despite insisting that nothing could happen until they procured "a ruling," Defendants sat on their hands and did not file a motion for almost two weeks.  On May 9, Plaintiffs suggested that the deposition be completed "on May 31st."  Ex. A at 5 (Finken email). Plaintiffs explained that: "Unfortunately, that is the only time that the witness is available due to other work commitments so it's going to have to work."  *Id.* at 4. Defendants then flatly demanded *five hours* of additional time, and Plaintiffs declined, noting that "[i]f you were seeking a few more minutes, there would perhaps be something to discuss."  *Id.* at 1.  Defendants then filed this motion.

## ARGUMENT

Defendants seek to compel yet more time after receiving an extraordinary 12 hours on the record, but have no basis to do so.

---

[3] These depositions usually have "redirect" questions asked and as a result Defendants typically reserve some of the allotted time to ask "recross" questions after the redirect.  But Defendants reserved only 11 minutes and now seek more time from the Court to bail them out from their strategic choice using claims of non-preparedness and non-responsiveness as an excuse.

## I.    The Extraordinary Relief Defendants Seek Is Disfavored, and Requires a Showing of Good Cause.

As a rule, "Courts generally disfavor repeat depositions." *United States v. Stinson*, No. 614-CV-1534, 2016 WL 2784118, at *3 (M.D. Fla. May 13, 2016) (quoting *Ast v. BNSF Ry. Co.*, No. 09-2519, 2011 WL 5080256, at *1-2 (D. Kan. Oct. 25, 2011)); *In re EpiPen (Epinephrine Injection, USP) Mktg., Sales Pracs. & Antitrust Litig.*, No. 17-MD-2785, 2019 WL 3532062, at *2 (D. Kan. Aug. 2, 2019) (same); *Franklin v. Highland Park Police Officer Hollis Smith*, No. CV 15-12995, 2016 WL 6652744, at *1 (E.D. Mich. July 7, 2016) *objections overruled* 2016 WL 4267827 (E.D. Mich. Aug. 15, 2016) (same); *Luan v. Advanced Title Ins. Agency, L.C.*, No. 2:13-CV-00983, 2015 WL 4773075, at *2 (D. Utah Aug. 12, 2015) (same); *Spencer v. Harley Davidson, Inc.*, No. 216CV00427, 2020 WL 2113527, at *1 (D. Utah May 4, 2020) (same). Requests for an additional day to depose a witness are routinely denied. *See, e.g.*, *Moreno v. SERCO Inc.*, No. 1:15-CV-3382, 2016 WL 9753775, at *2 (N.D. Ga. Oct. 7, 2016); *Sheets v. Sorrento Villas, Section 5, Ass'n, Inc.*, No. 8:15-CV-1674, 2016 WL 11493316, at *2 (M.D. Fla. Aug. 19, 2016); *Harris v. Wingo*, No. 2:18-CV-17, 2021 WL 7501789, at *3 (M.D. Fla. Sept. 29, 2021); *Thoma v. City of Spokane*, No. CV-12-0156, 2014 WL 806053, at *1 (E.D. Wash. Feb. 28, 2014).

Restrictions on depositions must be enforced because "[i]f parties were routinely allowed to re-depose witnesses who had previously been deposed to completion, the result would be a system where a party would conduct preliminary depositions to 'test the waters,' and then follow up with further research. After reviewing the research, a party could then review the deposition testimony and use that testimony to fashion a line of questioning for a second deposition." *Arugu v. City of Plantation*, No. 09-61618-CIV, 2010 WL 2609394, at *4 (S.D. Fla. June 27, 2010). That would give "the deposing party … an unfair strategic advantage, offering it multiple bites at

the apple, each time with better information than the last." *State Farm Mut. Auto. Ins. Co. v. New Horizon, Inc.*, 254 F.R.D. 227, 235 (E.D. Pa. 2008). Courts carefully scrutinize the "justification for giving [Defendants] the strategic advantage of having another bite at the apple." *Franklin*, No. CV 15-12995, 2016 WL 6652744, at *2.

To overcome the general rule, "the party seeking a court order to extend a deposition or otherwise alter the limitations must show good cause." *Arugu*, No. 09-61618-CIV, 2010 WL 2609394, at *3. Even where good cause exists, courts place limits on additional deposition days. *E.g.*, *F.T.C. v. First Universal Lending, LLC*, No. 09-82322-CIV, 2011 WL 666149, at *6 (S.D. Fla. Feb. 12, 2011) (allowing the witness to be "re-depose[d] … limited to questions not already asked … during [the] first deposition," and limited to the "3½ hours [that] remain" of the original seven hours). The most common example of good cause is "where new information is discovered after the initial deposition." *In re EpiPen*, No. 17-MD-2785, 2019 WL 3532062, at *2. However, "[w]here the deposition is reopened because of newly discovered information, the questioning of the witness is limited to those questions relating to the newly produced information." *Ganci v. U.S. Limousine Serv., Ltd.*, No. CV 10-3027, 2011 WL 4407461, at *2 (E.D.N.Y. Sept. 21, 2011); *accord Procaps S.A. v. Patheon Inc.*, No. 12-24356-CIV, 2015 WL 2090401, at *6 (S.D. Fla. May 5, 2015) ("The depositions are not designed to give Patheon a second bite at the apple, nor are they intended to permit Patheon to seek to take better depositions or to follow up on issues it now believes it did not adequately cover previously. To the contrary, the depositions are provided solely to prevent undue prejudice to Patheon caused by either the change in legal theory, the new production of documents or the deletion of ESI. Questions not related to these three categories are not permitted at the depositions authorized by this Order.").

Allowing further depositions is especially disfavored when the first deposition was already lengthy. *See E.E.O.C. v. Prod. Fabricators Inc.*, 285 F.R.D. 418, 422 (D. Minn. 2012) (no good cause to take a second deposition when one-day deposition went 5 hours); *Bentley v. Highlands Hosp. Corp.*, No. 7:15-CV-97, 2016 WL 7976041, at *1–2 (E.D. Ky. June 23, 2016) (no good cause where fact witness was later designated as an expert, and his fact-witness deposition was six hours); *Exmark Mfg. Co. Inc. v. Briggs & Stratton Power Prods. Grp., LLC*, No. 8:10CV187, 2015 WL 1004359, at *3 (D. Neb. Mar. 5, 2015) (no good cause where deposition was nine hours "on the record"); *Marchionda v. Embassy Suites Franchise, LLC*, No. 4:15-CV-00479, 2018 WL 8458871, at *10 (S.D. Iowa Aug. 13, 2018) (no good cause where deponent was made available for "11 hours").

No doubt Defendants have more questions, but "[i]n every deposition, choices have to be made about the subject matter to be covered. The 7-hour rule necessitates, especially in complex cases, that almost all depositions will be under-inclusive. The examiner therefore, must be selective and carefully decide how to apportion her time." *In re Sulfuric Acid Antitrust Litig.*, 230 F.R.D. 527, 532 (N.D. Ill. 2005). Here, Defendants have already used 11 hours and 49 minutes.

## II.    Dr. McTiernan's Level of Preparation Does Not Furnish Good Cause.

Defendants start with the breathless claim that "***Dr. McTiernan was not able to answer questions about her methodology or conclusions with respect to those specific studies***" Motion at 6 (emphasis in original), but that overbroad claim is invented. To begin with, the premise is false. Defendants propose that "the key studies" for Dr. McTiernan's opinions "are the 14 ranitidine-specific epidemiological studies," which "are obviously critical." Motion at 6. Defendants may think so, but Dr. McTiernan did not, for reasons explained at length in her report, and addressed briefly in the deposition. *E.g.* Tr. at 107:2-11 ("[T]he existing epidemiologic studies are missing key epidemiologic elements that preclude them from being

8

definitive or informative…. Therefore, epidemiologic studies of other sources of NDMA and risks for cancer provide additional … evidence on the role of the carcinogen NDMA and cancer risk in humans.").  Despite Dr. McTiernan's opinion that those studies were not informative (because they did not account for over the counter use, did not assess dose response, did not have information on confounders, had inadequate follow up time, did not account for cross-over from one acid suppressant to another, did not assess ranitidine risk as compared with a control group of non-users, only assessed short duration exposure, and other reasons), Defendants asked her about little else, then claimed she was unprepared because she could not explain nuanced distinctions within them *from memory*.

For example, the Motion discusses the Habel paper, and a technical question about whether she was "extrapolating from that lumped grouping" of two cancers which showed "a relative risk of 2.42," and similar questions for specific relative risks for different cancers. Motion at 6-9.  Defendants may be seeking to argue that Dr. McTiernan *did* "extrapolate" from lumped data (or that she sometimes did, and sometimes did not).  This was not a question to be answered breezily.  Defendants misleadingly suggest that Dr. McTiernan "discussed" the Habel study "in at least **31 pages** of her report," Motion at 6, but most of the references to the study were in Tables.  *See* Rept. at 154, 288, 319, 328, 333, 344, 350, 357, 363, 376, 381. Dr. McTiernan's analysis of that study was limited to a few pages. *See* Rept. at 147-48, 187, 211, 242, 264.  The report explained the limitations of the study even though it provided evidence of more than doubling of risk for pancreatic, stomach, and esophageal cancer.  Asking to review her report to assist her to provide precise answers is entirely reasonable. Defendants could have asked questions *about* the report, but instead told her *not* to review what she said, risking over-simplifying a complex answer.  Dr. McTiernan reasonably did not fall for this gambit.  That is

not the same as being unprepared.

Other questions were so specific that they are beyond what a deponent can be expected to answer. For example, the five-part question: "there is no [1] epidemiological study of [2] ranitidine and cancer outcomes that reported any [3] statistically significant increased risk in any [4] primary analysis where ranitidine was compared to other [5] H2-blockers?" Motion at 10. Dr. McTiernan would need to recall which analyses were primary versus secondary; which studies involved ranitidine rather than NDMA; which studies had statistical significance; which studies involved H2 blockers versus other comparators (or no comparator), and so forth. Dr. McTiernan explained she would need "to review all of the papers and look at the main analyses" to answer such a question, which is entirely reasonable.

Defendants claim that *S.E.C. v. Sky Way Glob., LLC*, No. 8:09-CV-455, 2010 WL 8500018, at *1 (M.D. Fla. Sept. 10, 2010) allowed additional hours because the witness was "unprepared," but that word appears only in the summary of the litigants' position, and was not the basis the court relied upon. There, the court ordered deficiencies in the expert witness report to be supplemented (specifically, to add "citations," and "SEC No Action Letters" and relevant "pleadings" that he considered, as well as the expert's "employment history" relevant to "his qualifications"), and allowed questions about that supplementation. *Id.* No supplementation has occurred here.

### III. The Correction of the Adami Paper Does Not Provide Good Cause for Additional Time to Question on a Third Day.

Defendants no doubt were happy to catch Dr. McTiernan unaware about the March 2022 correction to the Adami study, but now, rather than accepting their small victory, seek *four* (4) more hours to depose Dr. McTiernan on a study she considered uninformative. The Adami study as initially published reprinted the same table as Figures 1 and 2, which was corrected several

months later online on March 21, 2022,[4] post-publication, and Dr. McTiernan was unaware of the recent update at the time of her deposition.  The Adami authors themselves took months to correct their own paper. Defendants expect the witness to be aware of that and to evaluate it on their time table, even though their own experts have not addressed the Adami correction. Defendants asked if Dr. McTiernan knew "how many times incorrect risk estimates from the Adami study are cited in your report?"  Tr. at 398:8-10.  She was not sure what the "incorrect risk estimates" were, and understandably did not want to determine, on-the-fly, how the correction would affect her analysis.  Thus, she indicated she would need to "evaluate the whole paper," and wanted "to see if Adami changed any of the results sections in the paper" based on the correction.  Tr. at 411:21-24.  Defendants could have flagged which aspects of the study were unaffected by the correction, and then asked about those aspects, but they did not.

Moreover, if Defendants planned to ask 30 minutes of questions about the Adami paper, they could have asked 11.5 hours of questions on other topics, then sought to reconvene after Dr. McTiernan had reviewed the correction.  Instead, they used up nearly all their time, and are now asking for *four (4) more hours* with *no* restriction on how it is used.  This is nothing like any case Defendants cite.  In *Williams v. Bank of Am. Corp.*, No. 3:15-CV-1449, 2019 WL 4016474, at *5 (M.D. Fla. July 30, 2019), the party-deponent agreed "they can depose me for whatever time frame," which is not true here.  And in *Se. Mech. Servs., Inc. v. Brody*, No. 8:08-CV-1151-T-30EAJ, 2009 WL 1203930, at *2 (M.D. Fla. May 1, 2009), a 30(b)(6) witness did not testify at all about *twelve* of the topics in the noticed deposition, which is far different from expressing

---

[4] *See* Correction: Adami, et. al, *Ranitidine Use and Risk of Upper Gastrointestinal Cancers*, 31 *Cancer Epidemiology Biomarkers & Prevention* 692 (March 7, 2022), https://aacrjournals.org/cebp/article/31/3/692/681930/Correction-Ranitidine-Use-and-Risk-of-Upper.  The current version is attached as Exhibit B (and indicates a correction date of March 21, 2022).

uncertainty about *one* study out of many dozens of studies that assessed ranitidine cancer risk or NDMA cancer risk. Nonetheless, Defendants have reserved 11 minutes of their 12 hours of time and they can choose to utilize that time to question Dr. McTiernan about the corrected Adami article.

## IV. Defendants Cannot Demonstrate Good Cause Merely Because Dr. McTiernan Did Not Answer Their Hypothetical Questions as They Would Prefer.

Defendants claim that Dr. McTiernan could not answer "questions about her own causation analysis," but their own quotations illustrate why. Motion at 11. Defendants asked—in many different ways about many different opinions—*what if* the evidence were x or y, what *would* your opinion be. *E.g.*, Motion at 11 ("Without considering the data on occupational and dietary NDMA exposure, you would not reach your opinion that ranitidine increases the risk of esophageal cancer; correct?") (quoting Tr. at 572:20-23), *id.* at 14 ("If you had no data, no epidemiological data relating to ranitidine specifically, and the five cancers about which you have a causation opinion, would you still reach your causation opinion about those five cancers?") (quoting Tr. at 69). These are hypotheticals, and emphatically not the kind of question that an expert *must* answer simply and off-the-cuff. In fact, courts have rejected motions seeking additional testimony time for "non-responsive" answers because "such hypothetical questions were inappropriately directed to [the deponent] in the first instance." *Firefighters' Ret. Sys. v. Citco Grp. Ltd.*, No. CV 13-373, 2018 WL 2158769, at *3 (M.D. La. May 10, 2018), *aff'd*, No. CV 13-373, 2018 WL 5993471 (M.D. La. Nov. 14, 2018). Hypothetical questions are permissible, but an expert may not have previously considered the hypothetical and would need to do some work to provide an answer. It is entirely reasonable for an expert witness to say that she is unable to answer these questions without further analysis.

The other examples Defendants muster are no better. They repeatedly asked about *non-*

*designated* cancers, asking her to confirm "the epidemiological evidence was not sufficient to support a causation opinion as to those other [non-designated] cancer types." Motion at 12 (quoting Tr. at 52:5-8). Dr. McTiernan *does not have* a "bottom-line conclusion[]" about *non-designated* cancers (her report expressly says she has no opinion), so it is no surprise she would not readily agree to the out-of-context question offered to her. Moreover, Defendants pluck from nowhere their claim that "***as the record stands, Dr. McTiernan cannot articulate how she concluded causation for four of the five specific cancers***." Motion at 14. Dr. McTiernan need not answer unending hypothetical questions about what her opinion *would be* if specific evidence were tweaked in order to "articulate" how she found causation. After discussing each study, Dr. McTiernan's report provides a detailed explanation of the basis for each of her causation opinions on the five cancers. *See* Rept., at 183-89 (bladder); 206-218 (esophagus); 225-238 (liver); 238-250 (pancreas); 257-79 (stomach). Defendants could have asked her to explain any of those opinions and her basis for them.

## V.     Plaintiffs' Counsel Acted Appropriately.

Defendants suggest one more reason for an additional four (4) hours: the supposedly "disruptive" and "inappropriate" behavior of Plaintiffs' counsel. Motion at 3. This is a wholly specious attack, as is evident from Defendants' failure to support it with record citations or legal authority. In truth, this Motion follows from a plan Defendants made quite early. Defendants threatened to involve the Court after Plaintiffs' counsel made *his first objection*:

> MR. RONCA: Object to form. She answered this already.
> MS. CANAAN: Jim, please. No speaking objections, okay? …[5]
> [I]s it your read of the Federal Rules that you can make speaking objections today, Jim? Because we can certainly call the Court and clarify that.

---

[5] Defendants also argued that PTO 54 did not allow so-called speaking objections, but PTO 54 expressly does not apply to expert depositions.

> MR. RONCA: I think a speaking objection is when you make a speech. I think if you state the basis for a form objection that's not a speaking objection.
>
> MS. CANAAN: Well, we'll have to clarify with the Court if that's going to be your position.

Tr. at 48:7-49:14. Over the course of the first—quite long—day, Plaintiffs' counsel objected less than 30 times to many hundreds of questions, but Defendants threatened to reach out to the Court 16 times. Objections of this sort—noting that the question had already been answered—are fully appropriate. A "speaking objection" problem arises if "[o]bjections … go on for pages and that result in an incomplete answer or in the witness's adoption of counsel's statement." *Davis Elecs. Co. v. Springer Cap., LLC*, No. 3:20-CV-00038, 2022 WL 904609, at *15 (W.D. Ky. Mar. 28, 2022) (quoting *Plaisted v. Geisinger Med. Ctr.*, 210 F.R.D. 527, 534 (M.D. Pa. 2002)).

No such problem existed here—there certainly were no objections that went on "for pages." Instead, "most of the objections by [Plaintiffs'] counsel are simple form objections with no unwarranted, lengthy speaking objections." *Offshore Marine Contractors, Inc. v. Palm Energy Offshore, L.L.C.*, No. CIV.A. 10-4151, 2013 WL 1412197, at *4 (E.D. La. Apr. 8, 2013) (The Court recognized "that, in a few instances, counsel for [Plaintiffs'] spoke in tandem with objections, [but] the Court f[ou]nd that such objections were prompted by the vague questions of [defense] counsel."). Candidly, both sides' counsel may well be frustrated, but courts have found that frustration does not amount to good cause:

> While frustration is not an excuse for inappropriate behavior, the Court finds that the remedy … is not for an order compelling responses to any particular deposition question on grounds of evasiveness. Instead, the Court will order the Parties to [] move forward with the proper professional tone and spirit of cooperation that is supposed to guide discovery efforts ….

*Davis Elecs. Co.*, No. 3:20-CV-00038, 2022 WL 904609, at *15.

## VI. The Court Should Reject Defendants' Scheduling Demands.

Apart from desiring more time, Defendants also refuse to accept the day Dr. McTiernan is available even though that has been the protocol both parties have used for scheduling the other 25 expert witness depositions: the depositions were scheduled based on witness availability. Dr. McTiernan has many obligations as a professor, including, this week and next, working on a time-sensitive grant application. Research tasks like these are critical both to her university, her professional career, and to the public generally. Dr. McTiernan has dedicated considerable time already, but has nonetheless set aside limited time on a date before the close of discovery. Defendants' first objection is that Plaintiffs supposedly will use the entire "month to prepare Dr. McTiernan for her direct examination," Motion at 4, but that simply is not the reason. Plaintiffs have already explained that Dr. McTiernan's schedule is the reason, and counsel is in any case busy with the many other expert depositions in this MDL, and have little time to spend on this additional, unanticipated continuation and Dr. McTiernan has not been available at all. Defendants next suggest the timing "leave[s] no time for Defendants to raise further disputes," *id.*, but have no credible reason any dispute would likely arise given the limited time remaining. Defendants' argument fails to acknowledge that a number of the defense expert depositions are scheduled in the final days of May at Defendants' insistence, which similarly leave no time to raise further disputes (for full depositions). Should Defendants indulge in further motion practice, the Court can assess at that time both the merits of the putative dispute, and whether it warrants leaving discovery open in one extremely limited respect.

## CONCLUSION

For these reasons, the Motion should be denied.


Dated: May 19, 2022                                        Respectfully submitted,

*/s/ Tracy A. Finken*
Tracy A. Finken
Email: tfinken@anapolweiss.com
ANAPOL WEISS
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Tel: (215) 735-1130

By: */s/ Robert C. Gilbert*
Robert C. Gilbert, FBN 561861
Email: gilbert@kolawyers.com
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (305) 384-7270

*/s/ Michael L. McGlamry*
Michael L. McGlamry
Email: efile@pmkm.com
POPE McGLAMRY, P.C.
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706

*/s/ Adam Pulaski*
Adam Pulaski
Email: adam@pulaskilawfirm.com
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555

*Plaintiffs' Co-Lead Counsel*

Rosemarie R. Bogdan
Email: Rosemarie.bogdan@1800law1010.com
MARTIN, HARDING & MAZZOTTI
1 Wall Street
Albany, NY 12205
Tel: (518) 862-1200

Mark J. Dearman, FBN 0982407
Email: mdearman@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000

Elizabeth A. Fegan
Email: beth@feganscott.com
FEGAN SCOTT, LLC
1456 Sycamore Rd.
Yorkville, IL 60560
Tel: (312) 741-1019

Marlene J. Goldenberg
Email: mjgoldenberg@goldenberglaw.com
GOLDENBERG LAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel: (855) 333-4662

Ashley Keller
Email: ack@kellerpostman.com
KELLER | POSTMAN
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (312) 741-5222

Frederick S. Longer
Email: flonger@lfsblaw.com
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500

Roopal P. Luhana
Email: luhana@chaffinluhana.com
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Tel: (888) 480-1123

Francisco R. Maderal, FBN 0041481
Email: frank@maderalbyrne.com
MADERAL BYRNE PLLC
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Tel: (305) 520-5690

Ricardo M. Martinez-Cid, FBN 383988
Email: RMartinez-Cid@Podhurst.com
PODHURST ORSECK, P.A.
SunTrust International Center
One S.E. 3rd Avenue, Suite 3200
Miami, FL 33130
Tel: (305) 358-2800

Lauren S. Miller
Email: laurenm@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1914 4th Avenue North
Suite 320
Birmingham, AL 35203
Tel: (205) 533-4175

Melanie H. Muhlstock
Email: mmuhlstock@yourlawyer.com
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 723-4629

Daniel A. Nigh, FBN 30905
Email: dnigh@levinlaw.com
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (888) 435-7001

Carmen S. Scott
Email: cscott@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9160

Mikal C. Watts
Email: mcwatts@wattsguerra.com
WATTS GUERRA LLP
4 Dominion Drive
Building 3, Suite 100
San Antonio, TX 78257
Tel: (800) 294-0055

Sarah N. Westcot, FBN 1018272
Email: swestcot@bursor.com
BURSOR & FISHER, P.A.
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
Tel: (305) 330-5512

Frank Woodson
Email: Frank.Woodson@BeasleyAllen.com
BEASLEY ALLEN LAW FIRM
234 Commerce St
Montgomery, AL 36103
Tel: (334) 269-2343

Paige Boldt
Email: pboldt@wattsguerra.com
WATTS GUERRA LLP
1815 Windsong Circle
Keller, TX 76248
Tel: (210) 447-1534

Adam W. Krause
Email: adam@krauseandkinsman.com
KRAUSE AND KINSMAN, LLC
4717 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 760-2700

Bradford B. Lear
Email: Lear@learwerts.com
LEAR WERTS LLP
103 Ripley Street
Columbia, MO 65203
Tel: (573) 875-1992

Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, LA 70130
Tel: (504) 524-5777

Steven B. Rotman
Email: srotman@housfeld.com
HAUSFELD, LLP
One Marina Park Drive, Suite 1410
Boston, MA 02210
Tel: (617) 207-0602

Je Yon Jung
Email: JJung@maylightfootlaw.com
MAY LIGHTFOOT PLLC
3200 Martin Luther King Jr. Avenue SE
Third Floor
Washington, DC 20032
Tel: (202) 506-3591

Nicola Larmond-Harvey, FBN 0105312
Email: nicola@saunderslawyers.com
SAUNDERS & WALKER, P.A.
3491 Gandy Boulevard North, Suite 200
Pinellas Park, FL 33781
Tel: (727) 579-4500

*Plaintiffs' Steering Committee*

Brooke Achua
Email: brooke@feganscott.com
FEGAN SCOTT, LLC
1456 Sycamore Rd., 46th Floor
Yorkville, IL 60560
Tel: (646) 502-7910

Harrison M. Biggs
Email: hbiggs@yourlawayer.com
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 723-4633

Lea P. Bucciero
Email: lbucciero@podhurst.com
PODHURST ORSECK, P.A.
SunTrust International Center
One S.E. 3rd Avenue, Suite 3200
Miami, FL 33130
Tel: (305) 358-2800

Marlo E. Fisher
Email: marlo@pulaskilawfirm.com
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555

Noah Heinz
Email: noah.heinz@kellerpostman.com
KELLER | POSTMAN
1100 Vermont Avenue NW, Floor 12
Washington, DC 20005
Tel: (202) 918-1841

Caroline G. McGlamry
Email: carolinemcglamry@pmkm.com
POPE McGLAMRY, P.C.
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706

Laura K. Stemkowski
Email: lstemkowski@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9165

Alexander C. Cohen
Email: acohen@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000

Kendra Goldhirsch
Email: goldhirsch@chaffinluhana.com
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Tel: (888) 480-1123

Catelyn McDonough
Email: cmcdonough@anapolweiss.com
ANAPOL WEISS
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Tel: (215) 735-1130

Madeline Pendley
Email: mpendley@levinlaw.com
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7003

Daniel E. Tropin
Email: tropin@kolawyers.com
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (954) 990-2216

*Plaintiffs' Leadership Development Committee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

*/s/ Robert C. Gilbert*
Robert C. Gilbert

# EXHIBIT
# 736

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 2924<br>20-MD-2924 |

# SUPPLEMENT TO EXPERT REPORT

## ANNE MCTIERNAN, MD, PHD

Date: October 3, 2022

Anne McTiernan, MD, PhD

Exhibit
0110
10/24/2022
Anne McTiernan, M.D., Ph.D

Addendum to Expert Report

Ranitidine and Cancer Risk in Humans


Re: Wang C-H, Chen I-I, Chen C-H, Tseng Y-T. Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study. *International Journal of Environmental Research and Public Health*. 2022; 19(19):12469. https://doi.org/10.3390/ijerph191912469


10/3/2022


Anne McTiernan, MD, PhD


Add to McTiernan expert report section "Epidemiologic Studies of Ranitidine and Risk of Multiple Cancers"


Taiwan National Health Insurance Research Database


On September 30, 2022, a study was published on the association between use of ranitidine and risk for several cancers. (Wang et al. 2022) (See Table 1 below for comparisons to the other ranitidine-cancer epidemiology studies in my expert report). The study used data from the Taiwan National Health Insurance Research Database, and conducted a population based cohort study. The Taiwan National Health Insurance Research Database, which is a claims database, as well as a survey in which 99% of the Taiwanese population provided information. Eligible patients for the ranitidine users group had used 90 or more defined daily doses (DDD) of ranitidine. Patients who had never used ranitidine were the comparison group. Separate comparison groups of famotidine users and proton pump inhibitor users were also formed, for secondary analyses. The study also investigated the association of total dose received to cancer risk (dose-response association). Other exclusion criteria were: aged less than 40 years, diagnosis with cancer before the index date, and follow-up for less than year.


The study matched ranitidine users to non-users on the following variables: age, sex, Charlson comorbidity index (a standard index of number of diseases patients have that predict mortality)(Charlson et al. 1987), hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus,

1

chronic kidney disease, specific medications (aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors), and antiviral therapy for hepatitis B or C virus infection). The study defined the index date for each ranitidine user as the date of their first ranitidine prescription in the database. For each non-ranitidine-user, the index date was set to be that of their matched ranitidine user.  The final matched cohort consisted of 55,110 ranitidine-using patients and 55,110 non-ranitidine-using patients who were evaluated from the index date until the target cancer onset, death, or the end of the study period (December 31, 2018). Cancers were determined by retrieval from formal cancer registries; cancers had ICD-9 or ICD-10 codes in the claims database.

Prescriptions, cancer outcomes, and deaths were ascertained from 2000 through 2018. For all groups, the follow-up duration was defined as the interval from the index date to the date of cancer diagnosis, death, or the end of the follow-up period, whichever came first. A total of 55,110 ranitidine users and 55,110 matched non-ranitidine users were included in the cohort. The mean follow-up period was 9.56 years (median 8.42 years, range 1 -18 years) for the ranitidine cohort and 9.70 years (median 8.58 years, range 1-18 years) for the non-ranitidine cohort.

The investigators handled potential for prevalent user bias by using a new-user design with a 1-year washout period to "eliminate the influence of external factors in patients with newly diagnosed cancer." The investigators selected a subgroup of nonusers who had used famotidine, and calculated relative risks for ranitidine versus famotidine users, as a method "to avoid potential indication bias," and selected famotidine users who were matched with ranitidine users. As a second such analysis, the investigators categorized the non-ranitidine-users into those who had used proton pump inhibitors versus those who had not.

Almost half of the cohort patients were followed for more than 9 years. During the follow-up, a total number of 4782 ranitidine users and 4399 non-ranitidine users developed any form of cancer. For individual cancers of interest to this litigation, the numbers of the 5 specific cancers were: liver (771 ranitidine, 619 nonusers); esophageal (101 ranitidine, 82 nonusers); stomach (255 ranitidine, 210 nonusers); pancreas (121 ranitidine, 93 nonusers); bladder (181 ranitidine, 177 nonusers).

2

The relative risks (hazard ratios) for these 5 cancers in ranitidine users compared with nonusers were: liver (1.22, 95% CI 1.09-1.36); esophageal (1.27, 95% CI 0.95-1.7); stomach (1.26, 95% CI 1.05-1.52); pancreas (1.35, 95% CI 1.03-1.77); bladder (1.06, 95% CI 0.86-1.3). All relative risks were above 1.0, and all but bladder and esophagus had confidence intervals that did not include 1.0. (The inclusion of 1.0 is likely to be related to low numbers of cases, especially for esophageal cancer.)

The authors present hazard graphs for liver, stomach, pancreas and lung cancers, which all show increasing risk with increasing years of follow-up (all p < 0.05) (see Figure 3 depicting the three cancers for this litigation—liver, stomach (gastric), and pancreas—at the end of this addendum). This pattern of increasing risk over time underscores the need to account for cancer latency times when conducting studies of carcinogenic effects of medications in humans. The patterns shown in the graphs are supportive of carcinogen effects in humans, where a carcinogen may not show much effect in early years of follow-up, but later show strong effects. Since there is likely variability in how long a latency period is needed in individuals and specific cancers, some patients will develop cancers earlier after exposure than other patients.

The dose-response analysis showed clear evidence of increasing liver cancer risks with increase total dose (daily defined dose, DDD) with relative risks for 90-180 DDD, 181-270 DDD, 271-360 DDD, and over 360 DDD of 1.03, 1.12, 1.26, and 1.42, respectively (see Figure 4 at end of this addendum). For stomach cancer, there was a trend toward increasing risk with increasing dose, with relative risks for 90-180 DDD, 181-270 DDD, 271-360 DDD, and over 360 DDD of 1.26, 1.13, 1.27, and 1.33, respectively. Clear dose-response relationships were not seen for pancreas cancer. Neither esophageal nor bladder cancers were presented for dose-response.

The analyses of active comparator, ranitidine versus famotidine, showed elevated relative risks for all 5 cancers: liver (1.22, 95% CI 1.06-1.40); esophageal (1.19, 95% CI 0.82-1.72); stomach (1.19, 95% CI 0.95-1.49); pancreas (1.25, 95% CI 0.90-1.73); bladder (1.03, 95% CI 0.80-1.33). These relative risks are similar to those for ranitidine versus all non-ranitidine users. More of the confidence intervals include 1.0, likely because the matching on famotidine reduced sample size. For the ranitidine versus PPI analysis (limited to liver cancer, likely because of small number of PPI users), the risk for liver cancer in ranitidine users was both higher than nonusers who had used PPIs and in those who had not.

<u>There were several strengths to this study:</u>

The study used a very large database of electronic health information including prescription data for Taiwanese individuals, which represents 99% of the Taiwan population. The database, begun in 2002, contains data from the entire single-payer national health system in Taiwan that was begun in 1995.(Hsieh et al. 2019) Since the database covers the entire population of Taiwan, this is a population-based cohort study, a considerable strength.

The study compared ranitidine users to nonusers for the primary analyses, which reduces the chance of bias from active comparators if the active comparators are themselves linked to cancer risk. However, to address the issue of indication bias, the researchers also did comparisons to famotidine users and to PPI users. That elevated risks for several cancers were found for all three analyses strongly support the validity of the study findings.

The cancer outcomes were retrieved from "formal cancer registries" which improve the accuracy of cancer diagnoses and reduce the chance of missing diagnoses.

<u>There are several limitations to the study:</u>

The investigators selected a subset of ranitidine users, matched them to nonusers, and followed for up to 18 years to observe cancer incidence in each cohort. This length of time, resulted in large numbers of patients with specific cancers in either of the two cohorts, but numbers were lower for more rare cancers (e.g., 101 ranitidine users and 82 non-users developed esophageal cancer). This hindered the study's power to detect statistically significant associations for some specific cancers. Furthermore, the average follow-up time of 9-10 years may not be sufficient to account for latency periods of some cancers in some patients. This will result in nonspecific misclassification, which biases the relative risk toward the null value of 1.0. In other words, the relative risk will be underestimated.

There was no information on ranitidine (or the comparator drugs for the sub-analyses with famotidine and PPI users) over-the-counter use patterns in Taiwan. If they are freely available, the lack of data would underestimate exposure. Furthermore, there are no data on whether or not the patients took the

4

medication as prescribed. All of these sources of error fall under the category of nondifferential misclassification, and would be expected to bias the relative risk toward the null.

While the Wang et al. paper presented data on risk by dose for than liver, lung, and pancreas cancers, no dose-response data were provided for bladder or esophageal cancers. While not required for causation, dose-response data is a key construct to consider for causal analyses.

Several potential confounding variables were not available (e.g., smoking, alcohol use). This lack of confounding variables can bias the relative risk in either direction.

<u>Population studied:</u>

This study used data from a very large electronic health record database that covered the entire population of Taiwan, and therefore had the potential to be highly representative of that population. However, once ranitidine and famotidine users were identified, many were excluded, resulting in two cohorts matched on age, sex, Charlson comorbidity index, hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, chronic kidney disease, specific medications (aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors), and antiviral therapy for hepatitis B or C virus infection), and the index date (since nonusers were assigned their matched ranitidine users' index dates). While some of these matching variables are appropriate (age, sex, index date), matching on all of the listed diseases and medications reduced the numbers of ranitidine cohort members available, reduced the numbers of cases, and decreased the chance of determining statistically significant associations.

For sub-analysis comparing ranitidine users to famotidine users: The study selected a subset of individuals who had been prescribed either ranitidine, or as comparator, another H2 blocker (famotidine) between 2000-2018. Famotidine and ranitidine have similar clinical efficacy, and therefore it is not clear why one is chosen over the other by prescribing physicians. If the reason for choice is because of insurance coverage or cost, there may be imbalance between ranitidine and famotidine user groups on related variables such as general health, employment status, or socioeconomic status.

5

<u>Exposure measurement:</u>

The Taiwan National Health Insurance Research Database contains health claims data for the entire population of Taiwan. The database also includes details of prescriptions dispensed at contracted pharmacies. The study therefore included data on dose of the medications as well as cumulative length of use. The study did not provide information on patient adherence to study medications as prescribed. The study did not identify diagnoses or symptoms for which ranitidine (or for the sub-analyses - famotidine or PPI) medications were prescribed. If famotidine or PPI users differed from ranitidine users on underlying diagnoses, general health, insurance status, socioeconomic status, or other risk factors for cancer, the results could be biased.

 The investigators addressed crossover of medications in only a limited way, by eliminating any patients who had received a prescription for ranitidine or famotidine one year prior to index date (which ranged from 2000-2018). This did not adequately address the issue of whether patients in the famotidine cohort had previously used ranitidine. If famotidine users had previously used ranitidine, the study results would be biased toward the null value of 1.0. A similar issue is whether patients in either cohort had used proton pump inhibitors at any time. These medications, commonly prescribed for patients with the same conditions as for patients who have used H2 blockers,  have been linked to increased risk for several cancers, and should have been adjusted for in analyses.(Abrahami et al. 2021; Seo et al. 2021; Zeng et al. 2021)

<u>Outcomes measurement:</u>

The outcomes, defined by ICD-9 and ICD-10 codes for multiple primary malignant neoplasms of the liver, oral cavity, esophagus, stomach, colon, rectum, pancreas, lung, bone, bladder, kidney, thyroid, skin, breast in females, uterus, cervix, ovary, and prostate. With a database this large, it is concerning that subtypes of these cancers were not analyzed, as cancer risk can vary by subtype.

<u>Data on Covariates – Confounders and Effect Modifiers:</u>

The covariates used in analyses were from linked electronic health records and a survey of the entire population. Ranitidine users and nonusers were matched on age, sex, Charlson comorbidity index,

6

hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, chronic kidney disease, specific medications (aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors), and antiviral therapy for hepatitis B or C virus infection), and the index date. No validation studies were referenced for these variables. However, a review publication on the Taiwan database shows high validation for some diseases but low for some.(Hsieh et al. 2019) The authors state that additional potential confounders (smoking, alcohol) were not available in the database.

Sample Size:

The numbers of patients prescribed ranitidine (290,990) was very large, and the numbers of cancer cases in this groups would have been expected to be large. The investigators correctly eliminated most of the ranitidine users because of exclusion criteria (age under 40, diagnosed cancer before ranitidine first prescription, used ranitidine less than 3 months, follow-up period less than one year). The resulting cohort of 75,715 was smaller, and was reduced even further with matching to nonusers on multiple medication and disease variables. The relatively small sample sizes for some cancers adversely affected the study's ability to detect statistically significant results for some cancers, although many of the relative risks were elevated with confidence intervals that did not include 1.0, indicating increased risk of several specific cancers with use of ranitidine.

Study Conduct:

The data were already collected before this study was conceived. No validation information was provided for the ranitidine (or comparator) exposure measurements, cancer outcomes, or covariates (although the Hsieh publication provided validation information for diseases including excellent validity for cancer)(Hsieh et al. 2019). Ranitidine use between 2000-2018 was determined, and patients were followed for cancer occurrence between 2000 and 2018. Therefore, the maximum follow-up was 18 years, which was longer than most of the other ranitidine-cancer epidemiology database studies. Furthermore, the investigators presented several graphs showing increasing risk with ranitidine over time compared with nonusers, which strongly supports that ranitidine increases risk for several cancers.

7

Data Analyses and Interpretation:

Statistical analyses were performed using a Cox proportional hazards regression model.  This type of regression model is used to adjust for multiple covariates. Propensity score matching was used to aid in the regression modelling, but no trimming of patients was done, which ensures that all cancer cases were included. The covariates were the same as those chosen for matching. The results showed several hazard ratios (relative risks) for risk of specific cancers in ranitidine vs. non- users (relative risks) that were greater than 1.0, including all 5 of the cancers of interest in this litigation (liver, esophagus, stomach, pancreas, bladder). Two had confidence intervals that included 1.0, likely due to numbers of cases of specific cancers.

Effect of the Wang et al. Study on my Causation Opinions

While the Wang et al. study has some of the same weaknesses as the other studies reviewed in my expert report (Iwagami et al. 2021; Yoon et al. 2021; Kantor et al. 2021; Kim, Lee, et al. 2021; Kim, Wang, et al. 2021; Adami et al. 2021; Nørgaard et al. 2021; Habel, Levin, and Friedman 2000; Cardwell et al. 2021; McDowell et al. 2021; Kumar, Goldberg, and Kaplan 2021), it uses methodology that corrects for many of the weaknesses in these studies: 1) Cancer diagnoses: Unlike several of the other electronic insurance claims databases, the Wang et al. study uses data from cancer registries which improves capture and accuracy of cancer diagnoses. 2) Length of follow-up: This study followed patients for up to 18 years (with a median follow-up of almost 9 years). This is longer median follow-up than all of the other studies except the Adami et al. and Norgaard et al. studies from the Danish databases, but the maximum follow-up of 18 years in Wang et al. was identical to that of the Adami et al. and Norgaard et al. studies. Furthermore, by plotting graphs separately of cancer incidence in ranitidine users and nonusers, the picture of cancer causation increasing over time is clear: at the beginning of follow-up, the ranitidine and nonuser cancer incidences are similar, but the graphs diverge more and more over follow-up. 3) Use of propensity score matching: While Wang et al. use propensity score matching to aid in multivariate regression analyses, it is important to note that they did not perform "trimming" which is where cancer cases are removed if the exposed and unexposed cohorts cannot be matched on a set of variables. 4) Prescriptions do not equal medication ingestion: The medication database included information on dispensed medications, unlike many of the electronic health databases which only had prescriptions. 5) Dose-response data: Many of the other studies only had "ever" versus "never"

8

information. In contrast, Wang et al. had information on dose prescribed, and used that and length of prescriptions to create a defined daily dose variable (based on the World Health Organization defined daily dose of 300 mg for ranitidine). Wang et al. categorized patients into four levels of defined daily dose, and calculated relative risks for each level of defined daily dose compared with nonusers, to determine dose-response relationships. 6) Potential for indication bias: Wang et al. used several methods to address potential indication bias. First, they used a "wash-out" where they did not count medication use in the year prior to cancer diagnosis. This ensures that patients taking ranitidine (or comparator) are not using the drug specifically to treat the early symptoms of that cancer. Second, they examined associations between ranitidine use and specific cancer risk comparing ranitidine users to active comparators—the H2 blocker—famotidine, and PPIs.

Given these improved methodologies in the Wang et al. study, it strengthened my causal analyses. Of note, the Wang et al. paper also referenced other sources of NDMA as evidence of the effect of ranitidine with its component NDMA on risk of cancer, including some of the occupational and dietary sources that I included in my expert report.(Loh et al. 2011; Song, Wu, and Guan 2015; Hidajat et al. 2020)

Liver cancer: The relative risk of 1.22 (95% CI 1.09-1.36) is in the middle range of the five other ranitidine cancer epidemiologic studies. Therefore, Wang et al. is consistent with the other studies. The graph showing latency effects on the association between ranitidine use and risk for liver cancer clearly shows evidence of causation. Furthermore, there was a clear dose-response relationship between ranitidine use and risk for liver cancer with increasing relative risks with each increasing level of dose to a relative risk of 1.42 at the highest defined daily doses (with a confidence interval that excludes 1.0).  This study strengthens several Bradford Hill criteria for liver cancer, including strength of associations, consistency between studies, and dose-response. This strengthens my causation opinion that ranitidine can cause liver cancer.

Stomach cancer: The relative risk of 1.26 (95% CI 1.05-1.52) lies in the middle range of relative risks seen for the other ranitidine-cancer epidemiologic studies reviewed for my report. The graph showing latency effects on the association between ranitidine use and risk for stomach cancer clearly shows evidence of causation. The dose-response analyses shows the highest relative risk (1.33) at the highest grade of exposure (over 360 defined daily doses). This study strengthens several Bradford Hill criteria for stomach

9

cancer, including strength of associations, consistency between studies, and dose-response. This strengthens my causation opinion that ranitidine use can cause stomach cancer.

Pancreas cancer: The relative risk of 1.35 (95% CI 1.03-1.77) lies in the middle range of relative risks seen for the other ranitidine-cancer epidemiologic studies reviewed for my report. Therefore, Wang et al. is consistent with the other studies. The graph showing latency effects on the association between ranitidine use and risk for pancreas cancer clearly shows evidence of causation. There were only 93 pancreas cancers in nonusers and 121 cases in ranitidine users. When the patients were subdivided into four levels of defined daily doses, the resulting small numbers would lead to unstable relative risks and statistical tests. This study strengthens Bradford Hill criteria for pancreas cancer, including strength of associations and consistency between studies. This strengthens my causation opinion that ranitidine use can cause pancreas cancer.

Esophageal cancer: The relative risk of 1.27 (95% CI 0.95-1.7) is consistent with the other ranitidine epidemiology studies, and lies in the middle of the other studies' relative risks. This study strengthens Bradford Hill criteria for esophageal cancer, including strength of associations and consistency between studies.  This strengthens my causation opinion that ranitidine use can cause esophageal cancer.

Bladder cancer: While the relative risk for bladder cancer in Wang et al. (1.06, 95% CI 0.86-1.3) was lower than in most of the other ranitidine-cancer epidemiology studies, it showed a 6% increase in risk of bladder cancer in ranitidine users, so it is consistent with the other studies. Therefore, it does not change my causal opinion that ranitidine use can cause bladder cancer.

Ranitidine Dose Level that Can Cause Cancer

(Note –this section was included in my expert report beginning on page 286. It is repeated here, with the addition of information from the Wang et al. paper in the last paragraph.)

My causal analyses above included information about ranitidine "dose," primarily in terms of dose-response relationships. Many studies did not include information about specific pill doses or doses per day used. However, there is some information that is informative, and is summarized below.

Several epidemiologic studies measured the association between amount of ranitidine use and risk for various cancers (Table 2). The method for measuring amount varied among studies. Methods of classifying "dose" of ranitidine included: milligrams of ranitidine per pill, number of pills per day, and duration of use. Typical doses of ranitidine varied by indication for the medication (e.g. acute and maintenance therapies for gastric ulcer acute healing, esophagitis, gastroesophageal reflux disease, and others).

Some studies used the World Health Organization's Defined Daily Dose (DDD) to measure amount of ranitidine exposure. The defined daily dose (DDD) is the assumed average maintenance dose per day for a drug used for its main indication in adults, as assigned by the World Health Organization (https://www.who.int/tools/atc-ddd-toolkit/about-ddd accessed 8/24/21) The DDD for ranitidine (for peptic ulcer) is .3 grams (300 mg) (https://www.whocc.no/atc_ddd_index/?code=A02BA02) (accessed 1/20/22).

Several studies used the number of prescriptions as "dose" of exposure. However, the length of prescriptions varied (and often were not reported), as did dose on the prescription (which often was not reported).

A review of the available literature provides evidence that short-term use of ranitidine (such as use of 300 mg ranitidine over a period of 1-6 months) increases risks for cancers of the bladder, stomach, and liver. In particular, Cardwell et al. showed that as little as 1-182 DDD (WHO defined daily dose) increased risk of bladder cancer by 18% (relative risk 1.18, 95% CI 0.98-1.42). (Cardwell et al. 2021) (Since DDD for ranitidine is for 300 mg/day – see above - this indicates 6 months use of 300 mg/day ranitidine or one year use of 150 mg/day ranitidine would increase risk by 18%). Pancreatic cancer was increased with administration of 1- 5 prescriptions (with length of prescriptions suggestive of 28 days but not specified in the publication), (but risk was not further elevated with 6 or more prescriptions). Esophageal cancer risk was increased by 15% with at least 5 prescriptions, and by 53% with at least 10 prescriptions after follow-up for at least 10 years.

The most recent study, Wang et al., analyzed the association between ranitidine dose (defined daily dose, DDD) and risks for 4 cancers: liver, stomach, pancreas, and lung. Liver cancer showed a clear trend to increasing risk with increasing ranitidine DDD; the highest category (greater than 360 DDD) increased

11

risk by 42% (95% CI 1.22-1.66, p<0.001). Stomach cancer risk also was highest in the highest DDD category of ranitidine dose (relative risk 1.33, 95% CI 1.02-1.74). Pancreas cancer risk was elevated for 3 of the 4 categories of DDD, but the highest was the lowest dose category (DDD 90-180). It is important to note that DDD combines dose and duration of use into one variable. A patient classified as 360 DDD could have taking 300 mg ranitidine daily for a year, or 150 mg daily for 2 years, or 75 mg daily for 4 years. DDD is a good measure of total duration, but does not separate out pill dose and duration of use. Two ranitidine-cancer epidemiology studies have information concerning cumulative dose necessary to reach a statistically significant increased risk for specific cancers.  Cardwell et. al. found that 3 years of ranitidine use (DDD or 300 mg/day) showed a statistically significant increased risk of bladder cancer when compared to one year use.  The Wang et. al. study found that 1 year of ranitidine use (DDD or 300 mg/day) was associated with a statistically significant increased risk of liver cancer and stomach cancer, compared to shorter use. Therefore, real world exposure to ranitidine (measured doses) have demonstrated a statistically significant increase in risk for bladder, liver and stomach cancers.  (Note, the term "statistical significance" is no longer used by many epidemiologists and statisticians. This has been debated throughout the various reports and depositions in this case. For the purpose of this paragraph, I use statistical significance as shorthand for a p value being less than 0.05 or a confidence interval that does not include 1.0).

Conclusion

For the reasons discussed in this supplemental report, the study by Wang et al. provides additional evidence supporting and strengthening my causation opinions. In conclusion, it is my professional opinion, stated to a medical and scientific degree of certainty, that based on the totality of the evidence, which includes epidemiological, biological, pathological and mechanistic data, ranitidine can cause cancers of the bladder, esophagus, liver, pancreas, and stomach.

Table 1: Comparators, Doses, Missing Data, and Follow-up in Studies on Ranitidine and Cancer Risk

(This is Table 4 from my expert report, with the study by Wang et al. added)

| Study | Source of data | Years of medication use included[a] | Prescription vs. Dispensed Medication Data | Over the Counter Use Included or Relevant? | Ranitidine vs H2 blocker | Ranitidine vs Proton Pump Inhibitor | Ranitidine vs Nonusers | Long-term ranitidine use[b] | Length of follow-up[c] |
|---|---|---|---|---|---|---|---|---|---|
| (Wang et al. 2022) | Taiwan National Health Insurance Research Database | 2000-2018 | Dispensed | No OTC data provided | Yes (ranitidine vs famotidine) | Yes (ranitidine vs any PPI) | Yes (ranitidine vs nonusers) | Defined daily dose used for dose-response analysis | Ranitidine: Mean- 9.56 years Median- 8.42 years  Nonusers: Mean- 9.7 years Median- 8.58 years  Range: 0-18 years |
| (Iwagami et al. 2021)  Cancers: Stomach Bladder Pancreas  Also: Colorectal Lung Malignant melanoma Breast Uterine Prostate | Japanese electronic health records databases | 2005-2018 (Combined ranitidine & nizatidine users) | Prescribed & Dispensed | No OTC data provided | Combined ranitidine & nizatidine vs other H2 blockers | No | No | Not reported for specific cancers | Median (interquartile range): R & N: 2.4 (1.1-4.5) Other H2 blockers: 2.3 (.9-4.2) |

| Kidney Other cancers | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (Yoon et al. 2021)<br><br>Cancers:<br>Bladder<br>Liver<br>Stomach<br><br>Also:<br>Kidney<br>Prostate<br>Breast<br>Uterus<br>Lung<br>Colorectal<br>Thyroid<br>Biliary | South Korea electronic health records database | 2009-2011 (excluded those using 2007-2008) | Prescribed | No OTC data provided | Yes (vs famotidine) | No | Not reported for specific cancers | Ranitidine and famotidine users matched for cumulative exposure; RR for duration reported not reported for specific cancers | 2009-11 to 2012-18 |
| (Adami et al. 2021)<br><br>Cancers:<br>Pancreas<br>Liver<br>Stomach<br>Esophageal | Danish electronic health records database, pharmacy registry, cancer registry | 1996-2008 | Dispensed | From 2002, half of ranitidine use OTC, versus almost none of comparators | Yes | Yes | No | $\geq$ 10 prescriptions | Median (IQR): Ranitidine: 14 (10-18) Other H2 B: 16 (11-19) PPI: 12 (9-16) |
| (Nørgaard et al. 2021)<br><br>Bladder cancer<br><br>Also:<br>Kidney cancer | Danish electronic health records database, pharmacy registry, cancer registry | 1996-2008 | Dispensed | From 2002, half of ranitidine use OTC, versus almost none of comparators | Yes | Yes | No | $\geq$ 10 prescriptions | Median (IQR): Ranitidine: 14 (9-18) Other H2 B: 15 (7-19) PPI: 12 (5-16) |
| (Kumar, Goldberg, and Kaplan 2021) | Cohort, U.S. Veterans electronic health records | 1998-2018 | Prescribed | Not included but OTC provided | Yes | Yes | No | Not reported | Median 4.4 years, IQR 1.7– |

14

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Stomach cancer in *H. pylori* patients | database including pharmacy use | | | by VA at deep discounts, may decrease non-VA purchase | | | | | 9.2 years |
| (Kim, Wang, et al. 2021) Cancers: Esophagus Stomach Liver Pancreas Also: Colorectal | IBM Explorys electronic health records database | 2009-2018 | Prescribed | Over-the-counter data missing | Yes | Yes | No | Not reported | 1-10 years |
| (Kim, Lee, et al. 2021) Stomach cancer | Korean electronic health records database | 2002-2008 (Combined ranitidine & nizatidine users) | Prescribed | No OTC data provided | Yes Combined ranitidine & nizatidine users vs other H2 users | No | Yes | Not reported | 2002-8 to 2013 |
| (Kantor et al. 2021) Cancers: Bladder Liver Also: Colorectal Lung Breast Prostate Kidney Ovary | Cohort (UK Biobank), cancer registry | 2006-2010 | Self-report of use in 4 week period | Self-report could have included OTC use | No | Yes | Yes | Not reported | Median 6.7 years |
| (McDowell et al. 2021) Pancreas cancer | Scottish general practice electronic health records database, pharmacy registry, cancer registry | 1993-2010 | Prescribed | Not included (but only 10% of ranitidine purchased OTC in UK) | No | No | Yes | 6 or more prescriptions | Nested case-control study Cases diagnosed 1999-2011; prescriptions |

| | | | | | | | | | 1993-1 year before diagnosis |
|---|---|---|---|---|---|---|---|---|---|
| (Cardwell et al. 2021) Bladder cancer | Scottish general practice electronic health records database | 1993-2010 | Prescribed | Not included (but only 10% of ranitidine purchased OTC in UK) | Yes (sensitivity analyses) | Yes (sensitivity analyses) | Yes (main analyses) | 36 or more prescriptions | Nested case-control study Cases diagnosed 1999-2011; prescriptions 1993-1 year before diagnosis |
| (Liu et al. 2020) Stomach cancer | Scottish general practice electronic health records database | 1993-2010 | Prescribed | Not included (but only 10% of ranitidine purchased OTC in UK) | No | No | Yes | > 1095 DDD (~ > 3 years) | Nested case-control study Cases diagnosed 1999-2011; prescriptions 1993 - 1 year before diagnosis |
| (Tran et al. 2018) Liver cancer | Cohort (UK Biobank), cancer registry | 2006-2010 | Self-report of use in 4 week period | Self-report could have included OTC use | No | No | Yes | Not reported | Median 5.6 years (range 1-8.6 years) |
| (Tran et al. 2018) Liver cancer | Scottish general practice electronic health records | 1993-2010 | Prescribed | Not included (but only 10% of ranitidine | No | No | Yes | Not reported | Nested case-control study Cases |

| | database | | | purchased OTC in UK) | | | | | diagnosed 1999-2011; prescriptions 1993 - 1 year before diagnosis |
|---|---|---|---|---|---|---|---|---|---|
| (Tan et al. 2018) Esophageal cancer in Barrett's esophagus patients | Cohort, U.S. Veterans electronic health records database including pharmacy use | 2003-2011 | Dispensed | Not included but OTC provided by VA at deep discounts, may decrease non-VA purchase | No | No | Yes | DDD > 150 | Nested case-control study within cohort of Barrett's Esophagus patients diagnosed 2004-9; esophageal cases diagnosed in cohort through 2011 |
| (Habel, Levin, and Friedman 2000) Cancers: Bladder/kidney Pancreas Liver Stomach Esophageal Also: Prostate Breast | U.S. Kaiser computerized pharmacy and electronic health record databases; linkages to SEER cancer registries | 1982-1985 | Dispensed | OTC not available during time of data collection | No | No | Yes | Only reported for breast and prostate cancers | 1982-85 to 1995 |

| Uterus Ovary Lung Colorectal Melanoma Lymphoma/ myeloma/ leukemia | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Table 2: Relative risks of specific cancers associated with ranitidine use by "dose"

(This is Table 5 from my expert report, with the study by Wang et al. added)

| Study | Year | Definition of "dose" | Cancers | Source of medication data |
|---|---|---|---|---|
| (Wang et al. 2022) | 2022 | DDD: 90-180 DDD 181-270 DDD 271-360 DDD Over 360 DDD | liver, stomach, esophagus, pancreas, bladder plus other specific cancers Elevated risk starts with: Liver 181-270 DDD (highest with >360) Stomach 90-180 DDD (highest with >360) Pancreas 90-180 DDD | Taiwan National Health Insurance Research Database |
| (Cardwell et al. 2021) | 2021 | DDD<br><br>Number of prescriptions (? 28 days' length?) | Bladder RR 1.18 with 1-182 DDD (corresponds to 300 mg for up to ½ year or 150 mg for up to 1 year) | Prescriptions from primary care records (Scotland) |
| (Kantor et al. 2020) | 2021 | use $\geq$ 4 weeks="user" No dose information | Multiple | UK biobank |
| (Yoon et al. 2021) | 2021 | Cumulative duration (only for all cancers combined) Study included only ranitidine users with > 10,800 cumulative intake and famotidine users with > 14,400 mg | Multiple. Cancer risk overall not increased with increased duration. | South Korea national health insurance database |

| | | intake. | | |
|---|---|---|---|---|
| (Shin et al. 2021) | 2021 | DDD<br>All H2blockers combined (no ranitidine-specific data) | Stomach | Korean national health services prescription database |
| (Iwagami et al. 2021) | 2020 | DDD | All cancers combined (individual cancer analyzed as users/nonusers only); RR for all cancers combined ~ 1.0 regardless of DDD class | Japan medical claims database |
| (Liu et al. 2020) | 2020 | Scottish database: DDD (for all H2RA combined)<br><br>UK Biobank: no dose information | Stomach<br>RR 1.44 with 1-183 DDD (corresponds to 300 mg for up to ½ year or 150 mg for up to 1 year) | Prescriptions from primary care records (Scotland)<br><br>UK Biobank |
| (McDowell et al. 2021) | 2020 | Number of prescriptions "low usage": 1-5 prescriptions "higher usage": ≥ 6 | Pancreas<br>RR 1.37 with "lower usage" | Prescriptions from primary care records (Scotland) |
| (Tran et al. 2018) | 2018 | Scottish database: DDD (for all H2RA combined)<br><br>Number prescriptions<br><br>UK Biobank: no dose information for ranitidine | Liver cancer<br>RR 1.24 at 1-193 DDD<br><br>RR 1.21 at 1-11 prescriptions | Prescriptions from primary care records (Scotland)<br><br>UK Biobank |
| (Tan et al. 2018) | 2018 | DDD | Esophageal<br>RR 3.0 at DDD ≤ 150 mg | US Veterans pharmacy database |
| (Habel, Levin, and Friedman 2000) | 2000 | ≥1 prescription classified as "user", no dose | Multiple | HMO pharmacy database |
| Adami (Adami et al. 2021) | 2021 (corrected version March 2022) | Number of prescriptions (dose and length of prescriptions not defined). Analyzed data to dichotomized to "at least 5 prescriptions" vs | Comparing ranitidine to other H2 blockers:<br><br>Esophageal: at least 5 prescriptions, RR | Danish national prescription registry (noted that percent of ranitidine DDD |

| | | not and "at least 10 prescriptions" vs not) | 1.34 | sold by prescription by year was: |
|---|---|---|---|---|
| | | | Stomach: at least 5 prescriptions, RR 1.15 | 1999      84% 2004-11  50% 2012-17   20% |
| | | | Esophageal: at least 10 prescriptions followed for at least 10 years, RR 1.32 | |
| | | | Stomach: at least 10 prescriptions followed for at least 10 years,  RR 1.53 | |
| | | | Comparing ranitidine to PPI's: | |
| | | | Esophageal: at least 10 prescriptions, RR 1.32 after 10 years' follow-up | |
| | | | Stomach: at least 10 prescriptions, RR 1.53 after 10 years' follow-up | |

20



**Figure 3.** Cumulative incidences of single cancers after adjustment for competing risks. (**A**) Liver cancer, (**B**) lung cancer, (**C**) gastric cancer, and (**D**) pancreatic cancer.



**Figure 4.** Cumulative incidences of liver cancer for different prescription durations after adjustment for competing risks. Abbreviations: DDDs, defined daily doses.

**Table 3.** Estimates for the association between ranitidine use duration and cancer risk compared with non-ranitidine use by multivariate Cox proportional hazards regression.

|  | Liver Cancer | p | Gastric Cancer | p | Lung Cancer | p | Pancreatic Cancer | p |
|---|---|---|---|---|---|---|---|---|
| Never used | 1.00 |  | 1.00 |  | 1.00 |  | 1.00 |  |
| 90–180 DDDs * | 1.03 (0.89–1.18) | 0.690 | 1.26 (1.00–1.59) | 0.049 | 1.25 (1.09–1.44) | 0.002 | 1.64 (1.19–2.26) | 0.003 |
| 181–270 DDDs | 1.12 (0.93–1.34) | 0.220 | 1.13 (0.82–1.54) | 0.452 | 1.09 (0.90–1.32) | 0.403 | 1.10 (0.69–1.77) | 0.682 |
| 271–360 DDDs | 1.26 (0.99–1.61) | 0.064 | 1.27 (0.84–1.93) | 0.252 | 1.31 (1.02–1.68) | 0.032 | 0.92 (0.45–1.89) | 0.816 |
| Over 360 DDDs | 1.42 (1.22–1.66) | <0.001 | 1.33 (1.02–1.74) | 0.037 | 1.04 (0.87–1.24) | 0.658 | 1.22 (0.80–1.85) | 0.358 |

* Abbreviations: DDDs, defined daily doses.

Abrahami, D., E. G. McDonald, M. E. Schnitzer, A. N. Barkun, S. Suissa, and L. Azoulay. 2021. 'Proton pump inhibitors and risk of gastric cancer: population-based cohort study', *Gut*.

Adami, H. O., I. Trolle Andersen, U. Heide-Jørgensen, E. T. Chang, M. Nørgaard, and H. Toft Sorensen. 2021. 'Ranitidine Use and Risk of Upper Gastrointestinal Cancers', *Cancer Epidemiol Biomarkers Prev*.

Cardwell, C. R., R. D. McDowell, C. M. Hughes, B. Hicks, and P. Murchie. 2021. 'Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study', *Am J Gastroenterol*.

Charlson, M. E., P. Pompei, K. L. Ales, and C. R. MacKenzie. 1987. 'A new method of classifying prognostic comorbidity in longitudinal studies: development and validation', *J Chronic Dis*, 40: 373-83.

Habel, L. A., T. R. Levin, and G. D. Friedman. 2000. 'Cimetidine use and risk of breast, prostate, and other cancers', *Pharmacoepidemiol Drug Saf*, 9: 149-55.

Hidajat, M., D. M. McElvenny, P. Ritchie, A. Darnton, W. Mueller, R. M. Agius, J. W. Cherrie, and F. de Vocht. 2020. 'Lifetime cumulative exposure to rubber dust, fumes and N-nitrosamines and non-cancer mortality: a 49-year follow-up of UK rubber factory workers', *Occup Environ Med*, 77: 316-23.

Hsieh, C. Y., C. C. Su, S. C. Shao, S. F. Sung, S. J. Lin, Y. H. Kao Yang, and E. C. Lai. 2019. 'Taiwan's National Health Insurance Research Database: past and future', *Clin Epidemiol*, 11: 349-58.

Iwagami, M., R. Kumazawa, Y. Miyamoto, Y. Ito, M. Ishimaru, K. Morita, S. Hamada, N. Tamiya, and H. Yasunaga. 2021. 'Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018', *Drug Saf*, 44: 361-71.

Kantor, E. D., K. O'Connell, M. Du, R. B. Mendelsohn, P. S. Liang, and L. Z. Braunstein. 2020. 'Ranitidine Use and Cancer Risk: Results From UK Biobank', *Gastroenterology*.

———. 2021. 'Ranitidine Use and Cancer Risk: Results From UK Biobank', *Gastroenterology*, 160: 1856-59.e5.

Kim, S., S. Lee, J. Hong, I. Ko, J. Y. Kim, and D. K. Kim. 2021. 'Effect of Ranitidine Intake on the Risk of Gastric Cancer Development', *Healthcare (Basel)*, 9.

Kim, Y. D., J. Wang, F. Shibli, K. E. Poels, S. J. Ganocy, and R. Fass. 2021. 'No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies', *Aliment Pharmacol Ther*.

Kumar, S., D. S. Goldberg, and D. E. Kaplan. 2021. 'Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori', *Dig Dis Sci*.

Liu, P., C. McMenamin Ú, B. T. Johnston, P. Murchie, L. Iversen, A. J. Lee, P. A. J. Vissers, and C. R. Cardwell. 2020. 'Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies', *Br J Cancer*, 123: 307-15.

Loh, Y. H., P. Jakszyn, R. N. Luben, A. A. Mulligan, P. N. Mitrou, and K. T. Khaw. 2011. 'N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study', *Am J Clin Nutr*, 93: 1053-61.

McDowell, R. D., C. M. Hughes, P. Murchie, and C. R. Cardwell. 2021. 'The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data', *Cancer Epidemiol*, 71: 101880.

Nørgaard, M., I. T. Andersen, U. Heide-Jørgensen, R. Erichsen, J. R. Rees, M. R. Karagas, and H. T. Sorensen. 2021. 'Ranitidine and risk of bladder and kidney cancer: a population based cohort study', *Cancer Epidemiol Biomarkers Prev*.

Seo, S. I., C. H. Park, S. C. You, J. Y. Kim, K. J. Lee, J. Kim, Y. Kim, J. J. Yoo, W. W. Seo, H. S. Lee, and W. G. Shin. 2021. 'Association between proton pump inhibitor use and gastric cancer: a population-based cohort study using two different types of nationwide databases in Korea', *Gut*.

Shin, G. Y., J. M. Park, J. Hong, Y. K. Cho, H. W. Yim, and M. G. Choi. 2021. 'Use of Proton Pump Inhibitors vs Histamine 2 Receptor Antagonists for the Risk of Gastric Cancer: Population-Based Cohort Study', *Am J Gastroenterol*, 116: 1211-19.

Song, P., L. Wu, and W. Guan. 2015. 'Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis', *Nutrients*, 7: 9872-95.

Tan, M. C., H. B. El-Serag, X. Yu, and A. P. Thrift. 2018. 'Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans', *Aliment Pharmacol Ther*, 48: 469-77.

Tran, K. T., C. McMenamin Ú, B. Hicks, P. Murchie, A. P. Thrift, H. G. Coleman, L. Iversen, B. T. Johnston, A. J. Lee, and C. R. Cardwell. 2018. 'Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies', *Aliment Pharmacol Ther*, 48: 55-64.

Wang, Chun-Hsiang, I-I Chen, Chung-Hung Chen, and Yuan-Tsung Tseng. 2022. 'Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study', *International Journal of Environmental Research and Public Health*, 19: 12469.

Yoon, H. J., J. H. Kim, G. H. Seo, and H. Park. 2021. 'Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea', *J Clin Med*, 10.

Zeng, R., W. Sha, J. Wang, Z. Zhuo, H. Wu, F. W. Leung, and H. Chen. 2021. 'Evaluation of proton pump inhibitors and risks of gastric cancer', *Gut*.

# EXHIBIT
# 737





*Article*

# Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study

Chun-Hsiang Wang [1,2], I-I Chen [1,†], Chung-Hung Chen [3,†] and Yuan-Tsung Tseng [4,*]

1   Department of Hepatogastroenterology, Tainan Municipal Hospital (Managed by Show Chwan Medical Care Corporation), Tainan 701033, Taiwan
2   Department of Optometry, Chung Hwa Medical University, Tainan 701033, Taiwan
3   Department of Gastroenterology, Chang Bing Show Chwan Memorial Hopital, Changhua 505029, Taiwan
4   Committee of Medical Research, Tainan Municipal Hospital (Managed by Show Chwan Medical Care Corporation), Tainan 701033, Taiwan
*   Correspondence: 2a0074@tmh.org.tw; Tel.: +886-6-2609926
†   These author contributed equally to this work.

**Simple Summary:** There is a lack of published data regarding the association between N-nitrosodimethylamine and human cancer risks. Hence, this study answers several questions using propensity score matching with a large population size selected from a high-quality nationwide and population-based database with a long follow-up period to assess the relationship between the cumulative individual cancer incidence and long-term ranitidine use.



**Citation:** Wang, C.-H.; Chen, I.-I.; Chen, C.-H.; Tseng, Y.-T. Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study. *Int. J. Environ. Res. Public Health* **2022**, *19*, 12469. https://doi.org/10.3390/ijerph191912469

Academic Editor: Paul B. Tchounwou

Received: 27 July 2022
Accepted: 27 September 2022
Published: 30 September 2022

**Publisher's Note:** MDPI stays neutral with regard to jurisdictional claims in published maps and institutional affiliations.



**Copyright:** © 2022 by the authors. Licensee MDPI, Basel, Switzerland. This article is an open access article distributed under the terms and conditions of the Creative Commons Attribution (CC BY) license (https://creativecommons.org/licenses/by/4.0/).

**Abstract:** N-Nitrosodimethylamine (NDMA), a carcinogenic chemical, has recently been identified in ranitidine. We conducted a population-based study to explore ranitidine use and cancer emergence over time. Using the Taiwan National Health Insurance Research Database, a population-based cohort study was conducted. A total of 55,110 eligible patients who received ranitidine between January 2000 and December 2018 were enrolled in the treated cohort. We conducted a 1:1 propensity-score-matching procedure to match the ranitidine-treated group with the ranitidine-untreated group and famotidine controls for a longitudinal study. The association of ranitidine exposure with cancer outcomes was assessed. A multivariable Cox regression analysis that compared cancer risk with the untreated groups revealed that ranitidine increased the risk of liver (hazard ratio (HR): 1.22, 95% confidence interval (CI): 1.09–1.36, $p < 0.001$), lung (HR: 1.17, CI: 1.05–1.31, $p = 0.005$), gastric (HR: 1.26, CI: 1.05–1.52, $p = 0.012$), and pancreatic cancers (HR 1.35, CI: 1.03–1.77, $p = 0.030$). Our real-world observational study strongly supports the pathogenic role of NDMA contamination, given that long-term ranitidine use is associated with a higher likelihood of liver cancer development in ranitidine users compared with the control groups of non-ranitidine users treated with famotidine or proton-pump inhibitors.

**Keywords:** ranitidine; famotidine; cancers; N-nitrosodimethylamine (NDMA); propensity score matching (PSM)

## 1. Introduction

Ranitidine, a histamine-2 receptor antagonist, inhibits gastric acid secretion when treating gastroesophageal reflux disease and peptic ulcers [1]. Additionally, according to the data from the Food and Drug Administration (FDA) Adverse Event Reporting System, elevated and significant proportional reporting ratios (PRRs) were observed for pharyngeal, esophageal, stomach, colorectal, liver, and pancreatic cancers, including elevated PRRs for anal and gallbladder cancers [2].

In 2019, the U.S. FDA declared that N-nitrosodimethylamine (NDMA), with the formula (CH3)2NNO, identified in medicines containing valsartan and ranitidine, is a

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

member of N-nitrosamines and a known carcinogen, according to laboratory results [3–5]. The FDA's testing of ranitidine products revealed that NDMA levels were nine times greater than the FDA's recommended limit, resulting in global recalls [6,7]. Several studies have also reported that NDMA could be oncogenic in animals [8]. According to the International Agency for Research on Cancer report, NDMA has been proven to belong to group 2A and to be "probably carcinogenic to humans" [9].

A study also reported that high ranitidine doses combined with nitrite produced DNA fragmentation in rodents' livers and gastric mucosa [10]. Many observational human studies have reported that consuming a high number of NDMA-contaminated foods may be linked to an increased risk of stomach and colon cancers [11,12]. Additionally, detailed experimental animal studies showed that cancer risk may increase with NDMA exposure through inhalation or oral delivery and that tumors developed in the lungs, liver, kidneys, and bile ducts in animals [13]. Several studies previously examined the carcinogenic effects of NDMA on humans, although they were equivocal. Some authors reported no association between ranitidine use and cancer risk [14–16], whereas others supported the connection [17–20]. In addition to cancers caused by NDMA contamination, multiple studies reported that acid-suppressive agents, such as proton-pump inhibitors (PPIs) and histamine-2 receptor antagonists (H2RAs), were linked to gastric [21,22] and liver cancers [23–26]. However, these reports were contradictory, and the data were not sufficient to reach definite conclusions. The conflicting results of studies underlie the lack of concrete evidence supporting the role of ranitidine in cancer development. Therefore, we aimed to conduct a large-scale, long-term follow-up cohort study to investigate ranitidine use and the subsequent emergence of cancer over time in a real-life setting.

## 2. Materials and Methods

### 2.1. Data Source

This study used Taiwan's National Health Insurance Database (NHIRD), which is a population-based claims database, and a cross-sectional survey participated in by over 99% of Taiwan's population. We included all medical services, procedures, and prescription medication data from 1 January 2000 to 31 December 2018. The diagnoses recorded in the NHIRD are coded in accordance with the International Classification of Disease, Ninth Revision, Clinical Modification (ICD-9-CM), and Tenth Revision, Clinical Modification (ICD-10-CM).

Considering that the NHIRD dataset consists of encrypted secondary data, each person is impossible to identify; thus, the informed consent requirement was waived. The Research Ethics Committee of Show Chwan Memorial Hospital approved the study protocol on 14 December 2021 (IRB-No: 1101105).

### 2.2. Study Design and Study Participants

The total doses for each ranitidine prescription during the follow-up period were calculated to indicate the duration of ranitidine exposure. As the World Health Organization proposed, one defined daily dose (DDD) of ranitidine was 300 mg/day [27]. We defined 90 DDDs as the valid treatment for patients with reflux esophagitis and peptic ulcer disease treated with 300 mg ranitidine daily for 3 months [28,29]. Patients prescribed ranitidine at $\geq$90 DDDs were assigned to the ranitidine cohort, whereas those who never used ranitidine belonged to the non-ranitidine cohort.

We investigated whether a dose–response relationship exists between ranitidine and cancer diagnosis. For the sensitivity analysis, we grouped the patient follow-up period into four intervals according to the cumulative dose, starting from the first prescription: 90–180, 181–270, 271–360, and >360 DDDs.

### 2.3. Potential Confounders

The exclusion criteria were as follows: age < 40 years, diagnosis with cancer before the index date, ranitidine use <90 DDDs, and follow-up <1 year.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

We enrolled ranitidine users who were matched for exact age, sex, the Charlson comorbidity index (CCI), comorbidities (hypertensive cardiovascular disease (HCD0, hyperlipidemia, diabetes mellitus (DM), and chronic kidney disease (CKD)), medications (aspirin, statins, angiotensin-converting enzyme inhibitors (ACEIs), β-blockers, spironolactone, glucocorticoids, and selective serotonin reuptake inhibitors (SSRIs), and antiviral therapy for hepatitis B or C virus (HBV and HCV, respectively) infection), and the index date.

The final matched cohort consisted of 55,110 patients who were evaluated from the index date until the target cancer onset, death, or the end of the study period (31 December 2018).

### 2.4. Covariate Assessment

The main confounding factors were based on a recent study investigating the association between N-nitrosodimethylamine and cancer. We adjusted for the following covariates that potentially affect cancer incidence: age, sex, and medication history (low-dose aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral treatment for chronic hepatitis B or C).

We also considered the following comorbidities: HCD (ICD-9 codes 401–405; ICD-10 codes I10–I15), hyperlipidemia (ICD-9 code 272; ICD-10 code E78), DM (ICD-9 code 250; ICD-10 codes E10.0, E10.1, E10.9, E11.0, E11.1, and E11.9), CKD (ICD-9 code 585; ICD-10 code N18), and CCI.

### 2.5. Main Outcome Measurements

We assessed the following cancer categories for the first cancer diagnosis: liver cancer (ICD-9 code 155; ICD-10 code C22), oral cancer (ICD-9 codes 140–149; ICD-10 codes C00–C14), esophageal cancer (ICD-9 code 150; ICD-10 code C15), gastric cancer (ICD-9 code 151; ICD-10 code C16), colon cancer (ICD-9 code 153; ICD-10 code C18), rectal cancer (ICD-9 code 154; ICD-10 codes C19–C21), pancreatic cancer (ICD-9 code 157; ICD-10 code C25), lung cancer (ICD-9 code 162; ICD-10 codes C33 and C34), bone cancer (ICD-9 code 170; ICD-10 codes C40 and C41), bladder cancer (ICD-9 code 188; ICD-10 code C67), renal cancer (ICD-9 code 189; ICD-10 codes C65, C66, and C68), thyroid cancer (ICD-9 code 193; ICD-10 code C73), skin cancer (ICD-9 codes 172–173; ICD-10 code C44), breast cancer in females (ICD-9 code 174; ICD-10 code C50), uterine cancer (ICD-9 code 179; ICD-10 code C55), cervical cancer (ICD-9 code 180; ICD-10 code C53), ovarian cancer (ICD-9 code 183; ICD-10 codes C56 and C570–C574), prostate cancer (ICD-9 code 185; ICD-10 codes C61), and overall cancer. For breast, uterine, cervical, and ovarian cancers, the analysis was restricted to females, and prostate cancer was restricted to males.

### 2.6. Exposure Definition and Follow-Up

In this study, we adopted a new-user design with 1 year as the washout period to eliminate the influence of external factors in patients with newly diagnosed cancer [30]. Patients with no predefined outcomes or those who died during the follow-up were censored. We defined the index date for each ranitidine user as the date of their first prescription. For their corresponding matched comparison group, the index date was set to be that of their matched individual with ranitidine use. All patients were followed up from the index date to 2018. The mean follow-up period was $9.56 \pm 5.96$ (median: 8.42) years for the ranitidine cohort and $9.70 \pm 5.96$ (median: 8.58) years for the non-ranitidine cohort. All prescriptions, diagnostic outcomes, and deaths were ascertained until 31 December 2018. For all groups, the follow-up duration was defined as the interval from the date of enrollment to the date of cancer diagnosis, death, or the end of the follow-up period, whichever came first.

### 2.7. Statistical Analysis

Categorical variables were compared using the McNemar test. Continuous variables such as the prescription and medical records as baseline characteristics were compared using paired *t*-tests. To reduce potential selection bias, we used propensity score match-

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

ing (PSM) to balance the differences in proportions, such as comorbidities, between the ranitidine and non-ranitidine cohorts.

For a robust propensity score matching, 1:1 full matching without replacement was performed. Therefore, the regression model was specified correctly relative to the population regression function of the outcome variable on the treatment and all covariates used for matching. Therefore, trimming techniques were not employed in the weighting approach [31,32]. PSM was performed using multivariate logistic regression analysis and nearest-neighbor matching with the R package "MatchIt" (version 4.3.4).

We used Cox proportional hazards regression models to estimate the hazard ratios (HRs) and 95% confidence intervals (CIs) of cancer risk for ranitidine users in comparison with non-ranitidine users. To confirm the stability and robustness of our model, all hazard ratios and their 95% CIs were modified using the bootstrapping method [33,34]. The outcomes of the different study cohorts were estimated using the Kaplan–Meier method, and the differences in curves were examined using the log-rank test. Sensitivity analysis was conducted to validate the individual events from the index date to the end of the study in different DDD exposure groups using Cox proportional hazards regression models and the Kaplan–Meier method.

The competing risks of death were adjusted using the R package "cmprsk" (version 2.2–11), and the regression model was assessed according to Fine and Gray. All data management procedures were performed using SPSS 21.0 (SPSS Inc., Chicago, IL, USA) and R version 3.4.3 (R Core Team, 2017). A *p*-value of <0.05 was considered statistically significant.

## 3. Results

In the NHIRD database, we found 290,990 ranitidine users and 1,709,128 non-ranitidine users within the study period (Figure 1). In accordance with the exclusion criteria, 75,715 and 1,022,217 patients were finally included in the ranitidine and non-ranitidine cohorts, respectively. Using PSM, we matched the ranitidine cohort (*n* = 55,110) with the non-ranitidine cohort (*n* = 55,110) in a 1:1 model. Figure 1 illustrates the flowchart of patient selection.

Patients from the non-ranitidine cohort who were statistically matched with those from the ranitidine cohort were selected in consideration of the following factors: age, sex, CCI, and comorbidities, including HCD, hyperlipidemia, DM, and CKD.

Certain medications (aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral therapy for HBV or HCV infection) and the index date (the exact date of diagnosis) were potential confounders for most cancers. Table 1 shows the baseline characteristics of the well-balanced, 1:1 matched cohort. Sex, age, CCI scores, and the follow-up period were fully matched between the ranitidine and non-ranitidine cohorts. Overall, the male–female ratio was 47.8:52.2 (*p* = 1.000), with mean values of 66.8 ± 14.1 (*p* = 1.000), 3.77 ± 2.78 (*p* = 1.000), and 9.2 ± 5.9 years (*p* = 1.000) for age, CCI, and follow-up duration, respectively. The median follow-up duration was 8.3 years.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469



**Figure 1.** Flowchart of the selection of study patients. [1] Comorbidities: hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, and chronic kidney disease. [2] Medications: aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, famotidine, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors, and antiviral therapy for hepatitis B or C. [3] Index date: exact date of the first prescription.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

**Table 1.** Baseline characteristics of the non-ranitidine cohort and ranitidine cohort with over 90 DDDs.

| Characteristics | | Untreated $n = 55,110$ | % | Ranitidine $n = 55,110$ | % | *p*-Value |
|---|---|---|---|---|---|---|
| Sex | Female | 28,794 | 52.2% | 28,794 | 52.2% | 1.000 |
| | male | 26,316 | 47.8% | 26,316 | 47.8% | |
| Age (mean ± SD) | | 66.8 ± 14.1 | | 66.8 ± 14.1 | | 1.000 |
| CCI | 0–1 | 12,444 | 22.6% | 12,444 | 22.6% | 1.000 |
| | 2–3 | 16,205 | 29.4% | 16,205 | 29.4% | |
| | 4–5 | 12,799 | 23.2% | 12,799 | 23.2% | |
| | >5 | 13,662 | 24.8% | 13,662 | 24.8% | |
| HCD | No | 22,204 | 40.3% | 22,204 | 40.3% | 1.000 |
| | Yes | 32,906 | 59.7% | 32,906 | 59.7% | |
| Hyperlipidemia | No | 26,072 | 47.3% | 26,072 | 47.3% | 1.000 |
| | Yes | 29,038 | 52.7% | 29,038 | 52.7% | |
| DM | No | 37,598 | 68.2% | 37,598 | 68.2% | 1.000 |
| | Yes | 17,512 | 31.8% | 17,512 | 31.8% | |
| CKD | No | 49,704 | 90.2% | 49,704 | 90.2% | 1.000 |
| | Yes | 5406 | 9.8% | 5406 | 9.8% | |
| Aspirin | No | 25,810 | 46.8% | 25,810 | 46.8% | 1.000 |
| | Yes | 29,300 | 53.2% | 29,300 | 53.2% | |
| Statins | No | 32,089 | 58.2% | 32,089 | 58.2% | 1.000 |
| | Yes | 23,021 | 41.8% | 23,021 | 41.8% | |
| ACEIs | No | 31,214 | 56.6% | 31,214 | 56.6% | 1.000 |
| | Yes | 23,896 | 43.4% | 23,896 | 43.4% | |
| β-Blockers | No | 16,047 | 29.1% | 16,047 | 29.1% | 1.000 |
| | Yes | 39,063 | 70.9% | 39,063 | 70.9% | |
| Famotidine | No | 19,841 | 36.0% | 19,841 | 36.0% | 1.000 |
| | Yes | 35,269 | 64.0% | 35,269 | 64.0% | |
| Spironolactone | No | 48,320 | 87.7% | 48,320 | 87.7% | 1.000 |
| | Yes | 6790 | 12.3% | 6790 | 12.3% | |
| Glucocorticoids | No | 5748 | 10.4% | 5748 | 10.4% | 1.000 |
| | Yes | 49,362 | 89.6% | 49,362 | 89.6% | |
| SSRIs | No | 44,749 | 81.2% | 44,749 | 81.2% | 1.000 |
| | Yes | 10,361 | 18.8% | 10,361 | 18.8% | |
| Antiviral therapy | No | 54,271 | 98.5% | 54,271 | 98.5% | 1.000 |
| | Yes | 839 | 1.5% | 839 | 1.5% | |

Abbreviations: DDDs, defined daily doses; SD, standard deviation; CCI, Charlson comorbidity index; HCD, hypertensive cardiovascular disease; DM, diabetes mellitus; CKD, chronic kidney disease; ACEI, angiotensin-converting enzyme inhibitor; SSRIs, selective serotonin reuptake inhibitors.

As shown in Figure 2, the ranitidine cohort showed a significantly higher prevalence of liver cancer (1.1% vs. 1.3%; $p = 0.012$), gastric cancer (0.4% vs. 0.5%; $p = 0.037$), and lung cancer (1.0% vs. 1.2%; $p = 0.033$) and a higher overall cancer rate (8.0% vs. 8.5%; $p = 0.001$) than the non-ranitidine cohort. In terms of the cumulative incidence rates and HRs, ranitidine use was associated with overall cancer (HR, 1.10; 95% CI, 1.06–1.15), liver cancer (HR, 1.22; 95% CI, 1.09–1.36), gastric cancer (HR, 1.26; 95% CI, 1.05–1.52), pancreatic cancer (HR, 1.35; 95% CI, 1.03–1.77), and lung cancer (HR, 1.17; 95% CI, 1.05–1.31) compared with non-ranitidine use. No significant associations were observed for the 14 other cancers. In the Kaplan–Meier analysis, the ranitidine cohort exhibited a significantly higher risk of developing liver cancer (log-rank test, $p = 0.005$), lung cancer ($p = 0.016$), gastric cancer ($p = 0.025$), and pancreatic cancer ($p = 0.043$) than the non-ranitidine cohort (Figure 3).

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469



| Cancers | untreated | % | ranitidine | % | *p*-value | HR (95% CI) | *p*-value |
|---|---|---|---|---|---|---|---|
| All cancers | 4399 | 8.00% | 4682 | 8.50% | 0.001 | 1.10(1.06–1.15) | <0.001 |
| Prostate cancer | 306 | 1.20% | 313 | 1.20% | 0.404 | 1.07(0.91–1.25) | 0.411 |
| Ovarian cancer | 54 | 0.20% | 42 | 0.10% | 0.131 | 0.79(0.53–1.18) | 0.249 |
| Cervix cancer | 166 | 0.60% | 155 | 0.50% | 0.288 | 0.95(0.76–1.18) | 0.635 |
| Uterine cancer | 67 | 0.20% | 53 | 0.20% | 0.117 | 0.80(0.55–1.14) | 0.213 |
| Breast cancer (female) | 407 | 1.40% | 455 | 1.60% | 0.053 | 1.13(0.99–1.29) | 0.078 |
| Skin cancer | 203 | 0.40% | 189 | 0.30% | 0.479 | 0.97(0.79–1.18) | 0.748 |
| Thyroid cancer | 96 | 0.20% | 90 | 0.20% | 0.661 | 0.94(0.71–1.26) | 0.698 |
| Renal cancer | 154 | 0.30% | 181 | 0.30% | 0.14 | 1.21(0.98–1.50) | 0.080 |
| Bladder cancer | 177 | 0.30% | 181 | 0.30% | 0.437 | 1.06(0.86–1.30) | 0.592 |
| Bone cancer | 3 | 0.00% | 4 | 0.00% | 0.5 | 1.35(0.30–6.02) | 0.696 |
| Lung cancer | 575 | 1.00% | 649 | 1.20% | 0.033 | 1.17(1.05–1.31) | 0.005 |
| Pancreas cancer | 93 | 0.20% | 121 | 0.20% | 0.056 | 1.35(1.03–1.77) | 0.030 |
| Rectal cancer | 286 | 0.50% | 304 | 0.60% | 0.483 | 1.10(0.93–1.29) | 0.266 |
| Colon cancer | 527 | 1.00% | 492 | 0.90% | 0.271 | 0.96(0.85–1.09) | 0.569 |
| Gastric cancer | 210 | 0.40% | 255 | 0.50% | 0.037 | 1.26(1.05–1.52) | 0.012 |
| Esophageal cancer | 82 | 0.10% | 101 | 0.20% | 0.161 | 1.27(0.95–1.70) | 0.107 |
| Oral Cancer | 191 | 0.30% | 161 | 0.30% | 0.122 | 0.86(0.70–1.06) | 0.153 |
| Liver cancer | 619 | 1.10% | 711 | 1.30% | 0.012 | 1.22(1.09–1.36) | <0.001 |

**Figure 2.** Number and proportion of 18 different cancer reports in the ranitidine and non-ranitidine cohorts and the associated proportional reporting ratios and 95% confidence intervals in multivariate Cox proportional hazards regression adjusted for competing mortality.



**Figure 3.** Cumulative incidences of single cancers after adjustment for competing risks. (**A**) Liver cancer, (**B**) lung cancer, (**C**) gastric cancer, and (**D**) pancreatic cancer.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

Table 2 shows the incidence of each cancer. The incidence rate was 9.19 per 1000 person-years in the ranitidine group and 8.49 per 1000 person-years in the non-ranitidine group. The incidence rates of certain cancers were greater in the group exposed to ranitidine than in the unexposed group. Ranitidine use was associated with some individual cancers with a high incidence rate (per 1000 person-years); these cancers were liver (1.35 vs. 1.16), lung (1.23 vs. 1.07), gastric (0.48 vs. 0.39), and pancreatic (0.23 vs. 0.17) cancers.

**Table 2.** Incidence rates of individual cancers (per 1000 person-years).

| Cancers | Untreated | Incidence Rate * | (95% CI) | Ranitidine | Incidence Rate * | (95% CI) |
|---|---|---|---|---|---|---|
| Liver cancer | 619 | 1.16 | (1.07–1.25) | 711 | 1.35 | (1.25–1.45) |
| Oral Cancer | 191 | 0.36 | (0.30–0.41) | 161 | 0.30 | (0.26–0.36) |
| Esophageal cancer | 82 | 0.15 | (0.12–0.19) | 101 | 0.19 | (0.16–0.23) |
| Gastric cancer | 210 | 0.39 | (0.34–0.44) | 255 | 0.48 | (0.43–0.55) |
| Colon cancer | 527 | 0.99 | (0.90–1.07) | 492 | 0.93 | (0.85–1.02) |
| Rectal cancer | 286 | 0.53 | (0.47–0.60) | 304 | 0.58 | (0.51–0.64) |
| Pancreas cancer | 93 | 0.17 | (0.14–0.21) | 121 | 0.23 | (0.19–0.27) |
| Lung cancer | 575 | 1.07 | (0.98–1.16) | 649 | 1.23 | (1.14–1.33) |
| Bone cancer | 3 | 0.01 | (0.00–0.02) | 4 | 0.01 | (0.00–0.02) |
| Bladder cancer | 177 | 0.33 | (0.28–0.38) | 181 | 0.34 | (0.30–0.40) |
| Renal cancer | 154 | 0.29 | (0.25–0.33) | 181 | 0.34 | (0.30–0.40) |
| Thyroid cancer | 96 | 0.18 | (0.14–0.21) | 90 | 0.17 | (0.14–0.21) |
| Skin cancer | 203 | 0.38 | (0.33–0.43) | 189 | 0.36 | (0.31–0.41) |
| Breast cancer (female) | 407 | 0.76 | (0.69–0.83) | 455 | 0.86 | (0.79–0.95) |
| Uterine cancer | 67 | 0.12 | (0.09–0.15) | 53 | 0.10 | (0.08–0.13) |
| Cervix cancer | 166 | 0.31 | (0.27–0.36) | 155 | 0.29 | (0.25–0.34) |
| Ovarian cancer | 54 | 0.10 | (0.08–0.13) | 42 | 0.08 | (0.06–0.11) |
| Prostate cancer | 306 | 0.57 | (0.51–0.63) | 313 | 0.59 | (0.53–0.66) |
| All cancers | 4399 | 8.49 | (8.24–8.73) | 4682 | 9.19 | (8.93–9.45) |

* Incidence rate (per 1000 person-years).

### 3.1. Ranitidine Duration Effect on Cancer Development

The effect of ranitidine use on the risk of progression to significant individual cancers (e.g., liver cancer, gastric cancer, lung cancer, and pancreatic cancer) was assessed by multivariate Cox regression analysis adjusted for age, sex, CCI, co-medications (aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral therapy for HBV or HCV infection), comorbidities (HCD, hyperlipidemia, DM, and CKD), and the calendar date at the start of follow-up.

Ranitidine users were divided into groups according to drug exposure: 90–180 DDDs, 181–270 DDDs, 271–360 DDDs, >360 DDDs, and an unexposed group. After adjusting for potential confounders, we found that ranitidine use was a potential risk factor for liver cancer development. For patients with relatively limited exposure to ranitidine (<360 DDDs), ranitidine did not significantly affect the risk of developing liver cancer compared with nonusers (Figure 4). However, increased ranitidine exposure was associated with liver cancer risk. For patients with >360 DDDs, the adjusted HR of liver cancer development was 1.42 (95% CI: 1.22–1.66; $p < 0.001$) compared with that in the non-ranitidine group (Table 3).

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469



| Num. at risk | | | | | | |
|---|---|---|---|---|---|---|
| over 360 DDDs | 14,787 | 12,546 | 9,009 | 5,733 | 4,611 | 3,349 | 1,098 |
| 271–360 DDDs | 5,289 | 4,334 | 3,316 | 2,412 | 1,973 | 1,472 | 471 |
| 181–270 DDDs | 10,844 | 9,202 | 7,354 | 5,668 | 4,741 | 3,531 | 985 |
| 90–180 DDDs | 24,190 | 20,098 | 15,821 | 12,151 | 10,162 | 7,449 | 2,051 |
| never use | 55,110 | 46,420 | 36,022 | 26,605 | 22,149 | 16,208 | 4,754 |

**Figure 4.** Cumulative incidences of liver cancer for different prescription durations after adjustment for competing risks. Abbreviations: DDDs, defined daily doses.

**Table 3.** Estimates for the association between ranitidine use duration and cancer risk compared with non-ranitidine use by multivariate Cox proportional hazards regression.

| | Liver Cancer | *p* | Gastric Cancer | *p* | Lung Cancer | *p* | Pancreatic Cancer | *p* |
|---|---|---|---|---|---|---|---|---|
| Never used | 1.00 | | 1.00 | | 1.00 | | 1.00 | |
| 90–180 DDDs * | 1.03 (0.89–1.18) | 0.690 | 1.26 (1.00–1.59) | 0.049 | 1.25 (1.09–1.44) | 0.002 | 1.64 (1.19–2.26) | 0.003 |
| 181–270 DDDs | 1.12 (0.93–1.34) | 0.220 | 1.13 (0.82–1.54) | 0.452 | 1.09 (0.90–1.32) | 0.403 | 1.10 (0.69–1.77) | 0.682 |
| 271–360 DDDs | 1.26 (0.99–1.61) | 0.064 | 1.27 (0.84–1.93) | 0.252 | 1.31 (1.02–1.68) | 0.032 | 0.92 (0.45–1.89) | 0.816 |
| Over 360 DDDs | 1.42 (1.22–1.66) | <0.001 | 1.33 (1.02–1.74) | 0.037 | 1.04 (0.87–1.24) | 0.658 | 1.22 (0.80–1.85) | 0.358 |

* Abbreviations: DDDs, defined daily doses.

Regression was adjusted for age, sex, the Charlson comorbidity index, co-medications (aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors, and antiviral therapy for hepatitis B or C), comorbidities (hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, and chronic kidney disease), and calendar year at the start of follow-up.

### 3.2. Comparison between Ranitidine and Famotidine for the Association with Patient Outcomes

To avoid potential indication bias, we selected non-ranitidine users (control subjects) by PSM for the famotidine cohort, with a ranitidine–famotidine ratio of 1:1. This subgroup was added to determine whether the use of ranitidine increases the risk of developing cancers due to the related indication.

We screened the risk for cancer in the ranitidine (*n* = 35,269) and famotidine (*n* = 35,269) cohorts (Figure 1). Ranitidine users who were statistically matched with famotidine users were selected, adjusting for the following factors: age, sex, indications, co-medications, and comorbidities.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

The prevalence of overall cancer was 3052 (8.7%) in the ranitidine group and 2924 (8.3%) in the famotidine group. The overall cancer risk was statistically different between these two groups (adjusted HR, 1.07; 95% CI, 1.02–1.12, $p = 0.010$). Significant differences were also observed in liver (adjusted HR, 1.22; 95% CI, 1.06–1.40, $p = 0.005$) and renal cancer (adjusted HR, 1.33; 95% CI, 1.02–1.73, $p = 0.034$) outcomes between the two groups (Table 4).

In the Kaplan–Meier analysis, we found that liver cancer risk was significantly different between the ranitidine and famotidine cohorts with a balanced model ($p = 0.019$, Figure 5A). Moreover, the liver cancer risk was significantly higher in the ranitidine cohort than in non-ranitidine with famotidine and non-ranitidine without famotidine cohorts ($p < 0.001$ and $p = 0.02$, respectively; Figure 5B). Therefore, the pattern of the cumulative incidence of liver cancer was the same in the non-ranitidine groups, regardless of famotidine use.



**Figure 5.** (**A**) Cumulative incidences of liver cancer between ranitidine and famotidine users after adjustment for competing risks. (**B**) Cumulative incidences of liver cancer among ranitidine, non-ranitidine with famotidine, and non-ranitidine without famotidine users after adjustment for competing risks.

**Table 4.** Risk of cancer between famotidine and ranitidine users.

| Cancers | Famotidine | % | Ranitidine | % | Total | *p*-Value | HR (95% CI) | *p*-Value |
|---|---|---|---|---|---|---|---|---|
| Liver cancer | 380 | 1.1% | 442 | 1.3% | 822 | 0.032 | 1.22(1.06–1.40) | 0.005 |
| Oral cancer | 125 | 0.4% | 107 | 0.3% | 232 | 0.237 | 0.87(0.67–1.12) | 0.286 |
| Esophageal cancer | 52 | 0.1% | 60 | 0.2% | 112 | 0.451 | 1.19(0.82–1.72) | 0.364 |
| Gastric cancer | 142 | 0.4% | 165 | 0.5% | 307 | 0.208 | 1.19(0.95–1.49) | 0.122 |
| Colon cancer | 365 | 1.0% | 309 | 0.9% | 674 | 0.033 | 0.86(0.74–1.01) | 0.059 |
| Rectal cancer | 193 | 0.5% | 195 | 0.6% | 388 | 0.919 | 1.03(0.84–1.26) | 0.768 |
| Pancreas cancer | 66 | 0.2% | 80 | 0.2% | 146 | 0.281 | 1.25(0.90–1.73) | 0.186 |
| Lung cancer | 356 | 1.0% | 400 | 1.1% | 756 | 0.116 | 1.15(1.00–1.33) | 0.052 |
| Bone cancer * | n/a | n/a | n/a | n/a | n/a | n/a | 1.51(0.25–9.03) | 0.652 |
| Bladder cancer | 116 | 0.3% | 117 | 0.3% | 233 | 0.948 | 1.03(0.80–1.33) | 0.830 |
| Renal cancer | 98 | 0.3% | 128 | 0.4% | 226 | 0.053 | 1.33(1.02–1.73) | 0.034 |
| Thyroid cancer | 71 | 0.2% | 63 | 0.2% | 134 | 0.545 | 0.89(0.64–1.25) | 0.514 |
| Skin cancer | 137 | 0.4% | 137 | 0.4% | 274 | 1.000 | 1.02(0.81–1.30) | 0.842 |
| All cancers | 2924 | 8.3% | 3052 | 8.7% | 5976 | 0.086 | 1.07(1.02–1.12) | 0.010 |

\* According to the data protection policy of NHIRD, the data on cancers with <3 cases cannot be provided.

### 3.3. Comparison between Ranitidine and PPIs for Their Association with Liver Cancer

Considering another potential indication bias, we categorized the non-ranitidine users (control subjects) into those with and without PPI use. This subgroup analysis aimed to

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

determine whether ranitidine use increased liver cancer risk due to an alternative medicine with a related indication.

We screened the risk for cancer in the ranitidine ($n = 55,110$), ranitidine without PPI ($n = 51,361$), and ranitidine with PPI ($n = 3749$) cohorts (Figure 6). Ranitidine users were selected to adjust for the following factors: age, sex, indications, co-medications, and comorbidities.

The liver cancer risk was significantly higher in the ranitidine group than in the non-ranitidine without PPI group (adjusted HR, 1.16; 95% CI, 1.04–1.30, $p = 0.006$). Furthermore, liver cancer risk was significantly lower in the non-ranitidine with PPI group than in the non-ranitidine without PPI group (adjusted HR, 0.49; 95% CI, 0.33–0.75, $p = 0.001$). In the Kaplan–Meier analysis, we found that liver cancer risk was significantly higher in the ranitidine group than in the non-ranitidine without PPI and non-ranitidine with PPI groups ($p = 0.032$ and $p < 0.001$, respectively; Figure 6).



| Num. at risk | .00 | 2.00 | 4.00 | 6.00 | 8.00 | 10.00 | 12.00 | 14.00 | 16.00 | 18.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| Ranitidine | 55,110 | 49,212 | 42,740 | 35,500 | 28,868 | 24,346 | 21,487 | 18,180 | 12,982 | 4,605 |
| Non-Ranitidine Without PPI | 51,361 | 45,968 | 40,002 | 33,387 | 27,353 | 23,181 | 20,507 | 17,264 | 12,272 | 4,391 |
| Non-Ranitidine With PPI | 3,749 | 3,454 | 3,069 | 2,635 | 2,150 | 1,845 | 1,642 | 1,392 | 987 | 363 |

**Figure 6.** Cumulative incidences of liver cancer among ranitidine, non-ranitidine with PPI, and non-ranitidine without PPI users after adjustment for competing risks.

## 4. Discussion

The current research, a population-level epidemiologic study, evaluated cancer risk attributed to long-term ranitidine use with NDMA exposure, which was linked to a higher liver cancer risk than the non-ranitidine group and the famotidine group. Several epidemiological analyses have reported the public health concern of NDMA exposure, which has been linked to an increased risk of stomach and colon cancers [11,12,35]. The carcinogenic effects of NDMA theoretically result from inducing DNA-damaging metabolites in the gastrointestinal tract and liver, as suggested by animal studies. Notably, NDMA is metabolized in the liver by CYP2E1 to methyl diazonium, leading to mutations caused by methylation and the development of liver cancer [3,36]. Several studies have reported that hypoacidity due to acid-suppressive medication use also plays a critical role in the development of liver and gastric cancers. The hypothesized mechanisms include bacterial overgrowth, the formation of N-nitroso compounds, lipopolysaccharides, and deoxycholic acid, which have been linked to the development of liver cancer [37–43]. Additionally, higher gastrin levels following PPI or H2RA use may be associated with gastrointestinal malignancies [44,45].

Therefore, it is reasonable to assume that a link between acid-suppressive medication use and cancer development may be based on differing mechanisms. However, the clear data from our real-world observational study strongly support the pathogenic role of NDMA contamination, given that long-term ranitidine use is associated with a higher likelihood of cancer development in ranitidine users compared to the control groups of non-ranitidine users who were treated with PPIs or famotidine. Conversely, an increasing number of recent clinical and epidemiological studies [14,15] concluded that there is no convincing evidence of the carcinogenic potency of ranitidine. Nevertheless, the limitations of the two studies mentioned above should be considered since their small sample size and short follow-up duration may cause statistical bias and inaccurate conclusions. One notable strength of our study is the huge population size selected from a high-quality nationwide and population-based database with a long follow-up period of 18 years. Specifically, it was based on a cohort design of a seemingly prospective technique to explore ranitidine exposure and cancer outcomes. Additionally, outcome data were retrieved from formal cancer registries, which are more accurate than other sources. Using PSM, our study constructed an artificial control group (non-ranitidine users) with similar characteristics by combining it with additional matching for multiple prognostic factors or regression adjustment. Using these matches, we estimated the impact of ranitidine intervention on cancer risk, which showed increased odds of developing liver, lung, pancreatic, and gastric cancers. The Kaplan–Meier analysis of our 18-year dataset confirmed these findings.

We included a second active comparator group of individuals who were also prescribed famotidine, containing no NDMA and used for an almost identical indication, which might minimize potential bias to clarify potential confounding by indication.

The overall cancer risk was statistically different between these two groups compared with famotidine or non-ranitidine users. Notably, liver and renal cancers were more common among ranitidine users. Furthermore, the Kaplan–Meier analysis revealed that liver cancer risk was significantly higher in the ranitidine cohort than in the famotidine cohort. Our study observed this outcome using non-ranitidine users as a control group. Additionally, this result contradicts other reports [14,15]. Therefore, based on a direct comparison with either the non-ranitidine group or the famotidine group (similar indication to ranitidine users), only liver cancer displayed a significant association with long-term ranitidine use. This approach was used to ameliorate the implicit indication bias that occurs when the cancer risk is related to the indication for medication use but not to the use of the medication itself [46].

Another comparative approach in our study revealed the association of ranitidine usage with four individual cancers with a high incidence rate (per 1000 person-years), including liver, lung, gastric, and pancreatic cancers, compared with the general population. However, as stated by Roberts et al. [27,47,48], the preference for a pharmacoepidemiological study of drug safety is to develop a new-user design rather than a prevalent-user design in which patients have already been receiving therapy for some time before the study follow-up begins. Therefore, our study used 1 year as the washout period, during which the participants were taken off ranitidine, to remove the effects of treatment before the study initiation. Nonetheless, ranitidine still showed similar results after excluding "protopathic bias" [49], meaning that ranitidine use sometimes precedes cancer development before it is diagnosed.

A positive quality of our study is the use of PSM [50] in a population-based cohort design, which imitates a randomized trial to control for confounding factors that mostly depend on selecting the documented confounders used in the matching model [51]. These potential confounders in our study, which were causally associated with cancer development, include age, sex, CCI, comorbidities, and medications. Nonetheless, PSM cannot specifically balance unknown factors as randomized controlled trials (RCTs) do. Therefore, some experts [52] argued that substantial bias exists in a PSM study, which is one of our study limitations. However, despite having this limitation, PSM potentially takes advantage of the ability to generate a huge sample size from a large database within a short time.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

Moreover, it is impractical and unethical to conduct an RCT to test the carcinogenicity of ranitidine in a patient.

In an additional dose–response subanalysis, given that drug–cancer associations are mostly dose-dependent, we further stratified the extent of NDMA exposure by cumulative ranitidine usage based on drug exposure: 90–180 DDDs, 181–270 DDDs, 271–360 DDDs, >360 DDDs, and an unexposed group. Notably, when considering the dose–response of ranitidine usage, there were significant trends of increased liver cancer risk with an increasing dose of ranitidine. However, there was no continuous dose–response relationship among the other individual cancers. Additionally, Iwagami et al. [14] reported contrary results, although they acknowledged a weakness in the study design due to the limited sample size and statistical power.

The conclusive results of our study after gathering data emphasize that consuming high levels of NDMA due to ranitidine use is linked to liver cancer development. Many current pieces of evidence based on several animal studies propose that NDMA affects liver cancer development, mostly originating from a detailed exploration of the molecular basis of NDMA's carcinogenic action [53–57]. For example, Souliotis et al. [58] reported that rats exposed to hepatocarcinogenic NDMA (0.2–2.64 ppm in the drinking water) for up to 180 days had a rapid accumulation of N7- and O6-methylguanine in the liver and white blood cells. The analysis of DNA, with the maximum adduct levels reached within 1–7 days dose-dependently, indicates that the accumulation of DNA damage and alterations in hepatocyte DNA replication during chronic NDMA exposure may influence the dose dependence of its carcinogenic efficacy. Notably, in the actual scenario, our result agrees with the above experimental data on the cumulative dose of ranitidine usage, which plays a vital role in hepatocarcinogenesis.

The present study has several limitations. First, it was constrained by the study design since we could not accurately estimate the NDMA level. Second, there were no data available in our database regarding certain confounders, such as alcohol consumption and cigarette smoking. Third, the patients' medication compliance cannot be detected from the NHIRD. Fourth, there was scarce information regarding over-the-counter ranitidine usage, which caused the underestimation of ranitidine exposure. Fifth, the NHIRD data used in our study was not the most recent. Sixth, the NHIRD lacks specific laboratory information. Finally, potential misdiagnosis, including comorbidities and cancer categories, is possible in the NHIRD due to the potential misclassification of ICD-9-CM and ICD-10-CM codes.

## 5. Conclusions

To conclude, the clinically meaningful results of this large-scale, longitudinal population-based cohort study using an excellent prescription and cancer database provide concrete evidence with very convincing long-term follow-up information for exploring the causative role of ranitidine in increasing the risk of carcinogenic effects on the liver, which was primarily caused by increasingly heavier ranitidine usage. However, to elucidate the underlying mechanisms of its causal association, further studies are necessary.

**Author Contributions:** Conceptualization, C.-H.W. and I.-I.C.; methodology, Y.-T.T.; software, Y.-T.T.; validation, Y.-T.T.; formal analysis, Y.-T.T.; investigation, C.-H.W. and I.-I.C.; resources, C.-H.W. and C.-H.C.; data curation, C.-H.W.; writing—original draft preparation, C.-H.W.; writing—review and editing, I.-I.C.; visualization, Y.-T.T.; supervision, C.-H.W.; project administration, C.-H.W.; funding acquisition, C.-H.W. and C.-H.C. All authors have read and agreed to the published version of the manuscript.

**Funding:** This research was funded by grant number RD-111-05, and the APC was funded by Tainan Municipal Hospital.

**Institutional Review Board Statement:** The study was conducted in accordance with the Declaration of Helsinki and approved by the Institutional Review Board of Show Chwan Memorial Hospital (IRB-No: 1101105) for studies involving humans.

**Informed Consent Statement:** Considering that the NHIRD dataset consists of encrypted secondary data, each person is impossible to identify; thus, the informed consent requirement was waived.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

**Data Availability Statement:** The NHIRD protects personal electronic data by rigorous confidentiality guidelines. The results presented in the study are available from the NHIRD of Taiwan for researchers who meet the criteria for access to confidential data, which cannot be shared publicly because of legal restrictions imposed by the government of Taiwan under the "Personal Information Protection Act". Requests for data can be sent as a formal proposal to the NHIRD (https://dep.mohw.gov.tw/dos/np-2497-113.html, accessed on 1 August 2022). The contact information for needed data is: 886-2-85906828; Email: sthuiying@mohw.gov.tw.

**Conflicts of Interest:** The authors declare no conflict of interest. The funding sources had no role in the design, analysis, interpretation, or reporting of results or in the decision to submit the manuscript for publication.

## References

1. Lipsy, R.J.; Fennerty, B.; Fagan, T.C. Clinical review of histamine2 receptor antagonists. *Arch. Intern. Med* **1990**, *150*, 745–751. [CrossRef] [PubMed]
2. Vermeer, N.S.; Straus, S.M.; Mantel-Teeuwisse, A.K.; Domergue, F.; Egberts, T.C.; Leufkens, H.G.; De Bruin, M.L. Traceability of biopharmaceuticals in spontaneous reporting systems: A cross-sectional study in the FDA Adverse Event Reporting System (FAERS) and EudraVigilance databases. *Drug Saf.* **2013**, *36*, 617–625. [CrossRef] [PubMed]
3. Tricker, A.R.; Preussmann, R. Carcinogenic N-nitrosamines in the Diet: Occurrence, Formation, Mechanisms and Carcinogenic Potential. *Mutat. Res. Genet. Toxicol.* **1991**, *259*, 277–289. [CrossRef]
4. U.S. Food and Drug Administration. FDA Updates and Press Announcements on NDMA in Zantac (Ranitidine). Available online: https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcementsndma-zantac-ranitidine (accessed on 16 April 2020).
5. European Medicines Agency. EMA Reviewing Medicines Containing Valsartan from Zhejiang Huahai Following the Detection of an Impurity. 2018. Available online: http://www.ema.europa.eu/ema/index.jsp?curl=pages/news_and_events/news/2018/07/news_detail_002984.jsp&mid=WC0b01ac058004d5c1 (accessed on 24 August 2018).
6. Mahase, E. FDA recalls ranitidine medicines over potential cancer causing impurity. *BMJ* **2019**, *367*, l5832. [CrossRef]
7. Medicines and Healthcare Products Regulatory Agency. Class 2 Medicines Recall: Zantac Injection 50 mg/2 mL, Zantac Syrup 150 mg/10 mL, Zantac Tablets 150 mg, Zantac Tablets 300 mg (EL (19)A 24). 8 October 2019. Available online: https://www.gov.uk/drug-devic-alerts/class-2-medicines-recall-zantac-injection-50mg-2ml-zantac-syrup-150mg-10ml-zantac-tablets-150mg-zantac-tablets-300mg-el-19-a-24 (accessed on 22 June 2020).
8. Lijinsky, W.; Reuber, M.D. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. *Cancer Lett.* **1984**, *22*, 83–88. [CrossRef]
9. International Agency for Research on Cancer. Overall Evaluations of Carcinogenicity: And Updating of IARC Monographs, Volume 1 to 42. In *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Supplement 7*; IARC: Lyon, France, 1987; Volume 7, pp. 1–440.
10. Brambilla, G.; Cavanna, M.; Faggin, P.; Maura, A.; Pino, A.; Ricci, R.; Robbiano, L. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. *Carcinogenesis* **1983**, *4*, 1281–1285. [CrossRef]
11. Loh, Y.H.; Jakszyn, P.; Luben, R.N.; Mulligan, A.A.; Mitrou, P.N.; Khaw, K.T. *N*-Nitroso compounds and cancer incidence: The European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am. J. Clin. Nutr.* **2011**, *93*, 1053–1061. [CrossRef]
12. Zhu, Y.; Wang, P.P.; Zhao, J.; Green, R.; Sun, Z.; Roebothan, B.; Squires, J.; Buehler, S.; Dicks, E.; Zhao, J.; et al. Dietary N-nitroso compounds and risk of colorectal cancer: A case-control study in Newfoundland and Labrador and Ontario, Canada. *Br. J. Nutr.* **2014**, *111*, 1109–1117. [CrossRef]
13. Habel, L.A.; Levin, T.R.; Friedman, G.D. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol. Drug Saf.* **2000**, *9*, 149–155. [CrossRef]
14. Iwagami, M.; Kumazawa, R.; Miyamoto, Y.; Ito, Y.; Ishimaru, M.; Morita, K.; Hamada, S.; Tamiya, N.; Yasunaga, H. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005–2018. *Drug Saf.* **2021**, *44*, 361–371. [CrossRef]
15. Yoon, H.J.; Kim, J.-H.; Seo, G.H.; Park, H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J. Clin. Med.* **2021**, *10*, 153. [CrossRef]
16. Kantor, E.D.; O'Connell, K.; Du, M.; Mendelsohn, R.B.; Liang, P.S.; Braunstein, L.Z. Ranitidine use and cancer risk: Results from UK Biobank. *Gastroenterology* **2021**, *160*, 1856–1859. [CrossRef]
17. Cardwell, C.R.; McDowell, R.D.; Hughes, C.M.; Hicks, B.; Murchie, P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am. J. Gastroenterol.* **2021**, *116*, 1612–1619. [CrossRef]
18. McGwin, G. The Associa-tion between Ranitidine Use and Gas-trointestinal Cancers. *Cancers* **2021**, *13*, 24. [CrossRef]
19. Song, P.; Wu, L.; Guan, W. Dietary nitrates, nitrites, and nitrosamines intake and the risk of gastric cancer: A meta-analysis. *Nutrients* **2015**, *7*, 9872–9895. [CrossRef]

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

20. Hidajat, M.; McElvenny, D.M.; Ritchie, P.; Darnton, A.; Mueller, W.; Van Tongeren, M.; De Vocht, F. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup. Environ. Med.* **2019**, *76*, 250–258. [CrossRef]

21. Tran-Duy, A.; Spaetgens, B.; Hoes, A.W.; de Wit, N.J.; Stehouwer, C.D. Use of proton pump inhibitors and risks of fundic gland polyps and gastric cancer: Systematic review and meta-analysis. *Clin. Gastroenterol. Hepatol.* **2016**, *14*, 1706–1719. [CrossRef]

22. Cheung, K.S.; Chan, E.W.; Wong, A.Y.; Chen, L.; Wong, I.C.; Leung, W.K. Long-term proton pump inhibitors and risk of gastric cancer development after treatment for Helicobacter pylori: A population-based study. *Gut* **2018**, *67*, 28–35. [CrossRef]

23. Li, D.K.; Yan, P.; Abou-Samra, A.B.; Chung, R.T.; Butt, A.A. Proton pump inhibitors are associated with accelerated development of cirrhosis, hepatic decompensation and hepatocellular carcinoma in noncirrhotic patients with chronic hepatitis C infection: Results from ERCHIVES. *Aliment. Pharmacol. Ther.* **2018**, *47*, 246–258. [CrossRef]

24. Lai, S.W.; Liao, K.F.; Lai, H.C.; Lin, C.L.; Sung, F.C. Proton pump inhibitors and risk of hepatocellular carcinoma: A case-control study in Taiwan. *Acta Gastro-Enterol. Belg.* **2013**, *76*, 348–350.

25. Kao, W.-Y.; Su, C.-W.; Tan, E.C.-H.; Lee, P.-C.; Chen, P.-H.; Tang, J.-H.; Huang, Y.-H.; Huo, T.-L.; Chang, C.-C.; Hou, M.-C.; et al. Proton pump inhibitors and risk of hepatocellular carcinoma in patients with chronic hepatitis B or C. *Hepatology* **2019**, *69*, 1151–1164. [CrossRef] [PubMed]

26. Kim, S.; Jeong, S.; Park, S.J.; Chang, J.; Choi, S.; Cho, Y.; Ahn, J.C.; Lee, G.; Son, J.S.; Park, S.M. Association between Proton Pump Inhibitor Use and Risk of Hepatocellular Carcinoma: A Korean Nationally Representative Cohort Study. *J. Clin. Med.* **2022**, *11*, 2865. [CrossRef] [PubMed]

27. World Health Organization. ATC/DDD Index 2020. Available online: https://www.whocc.no/atc_ddd_index/ (accessed on 22 June 2020).

28. Wesdorp, I.C.; Dekker, W.; Klinkenberg-Knol, E.C. Treatment of reflux oesophagitis with ranitidine. *Gut* **1983**, *24*, 921–924. [CrossRef]

29. Ashton, M.G.; Holdsworth, C.D.; Ryan, F.P.; Moore, M. Healing of gastric ulcers after one, two, and three months of ranitidine. *Br. Med. J. (Clin. Res. Ed.)* **1982**, *284*, 467–468. [CrossRef] [PubMed]

30. Roberts, A.W.; Dusetzina, S.B.; Farley, J.F. Revisiting the washout period in the incident user study design: Why 6–12 months may not be sufficient. *J. Comp. Eff. Res.* **2015**, *4*, 27–35. [CrossRef]

31. Greifer, N. Estimating Effects After Matching. MatchIt: Nonparametric Preprocessing for Parametric Causal Inference. Available online: https://cran.r-project.org/web/packages/MatchIt/vignettes/estimating-effects.html (accessed on 1 August 2022).

32. Abadie, A.; Spiess, J. Robust post-matching inference. *J. Am. Stat. Assoc.* **2022**, *117*, 983–995. [CrossRef]

33. Higbee, J.D.; Lefler, J.S.; Burnett, R.T; Ezzati, M.; Marshall, J.D.; Kim, S.-Y.; Bechle, M.; Robinson, A.L.; Pope, C.A., III. Estimating long-term pollution exposure effects through inverse probability weighting methods with Cox proportional hazards models. *Environ. Epidemiol.* **2020**, *4*, e085. [CrossRef]

34. Davison, A.C.; Hinkley, D.V. *Bootstrap Methods and Their Application*; Cambridge University Press: Cambridge, UK, 2013.

35. Knekt, P.; Järvinen, R.; Dich, J.; Hakulinen, T. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: A follow-up study. *Int. J. Cancer* **1999**, *80*, 852–856. [CrossRef]

36. Bartsch, H.; KO'Neill, I. Ninth International Meeting on N-Nitroso Compounds: Exposures, Mechanisms, and Relevance to Human Cancer. *Cancer Res.* **1988**, *48*, 4711–4714.

37. Thorens, J.; Froehlich, F.; Schwizer, W.; Saraga, E.; Bille, J.; Gyr, K.; Duroux, P.; Nicolet, M.; Pignatelli, B.; Blum, A.L.; et al. Bacterial overgrowth during treatment with omeprazole compared with cimetidine: A prospective randomised double blind study. *Gut* **1996**, *39*, 54–59. [CrossRef]

38. Laine, L.; Ahnen, D.; McClain, C.; Solcia, E.; Walsh, J.H. potential gastrointestinal effects of long-term acid suppression with proton pump inhibitors. *Aliment. Pharmacol. Ther.* **2000**, *14*, 651–668. [CrossRef]

39. Tao, X.; Wang, N.; Qin, W. Gut microbiota and hepatocellular carcinoma. *Gastrointest. Tumors* **2015**, *2*, 33–40. [CrossRef]

40. Tannenbaum, S.R. N-nitroso compounds: A perspective on human exposure. *Lancet* **1983**, *1*, 629–632. [CrossRef]

41. Mitacek, E.J.; Brunnemann, K.D.; Suttajit, M.; Martin, N.; Limsila, T.; Ohshima, H.; Caplan, L.S. Exposure to N-nitroso compounds in a population of high liver cancer regions in Thailand: Volatile nitrosamine (VNA) levels in Thai food. *Food Chem. Toxicol.* **1999**, *37*, 297–305. [CrossRef]

42. Jirillo, E.; Caccavo, D.; Magrone, T.; Piccigallo, E.; Amati, L.; Lembo, A.; Kalis, C.; Gumenscheimer, M. The role of the liver in the response to LPS: Experimental and clinical findings. *J. Endotoxin Res.* **2002**, *8*, 319–327. [CrossRef]

43. Darnaud, M.; Faivre, J.; Moniaux, N. Targeting gut flora to prevent progression of hepatocellular carcinoma. *J. Hepatol.* **2013**, *58*, 385–387. [CrossRef]

44. Orlando, L.A.; Lenard, L.; Orlando, R.C. Chronic hypergastrinemia: Causes and consequences. *Dig. Dis. Sci.* **2007**, *52*, 2482–2489. [CrossRef]

45. Moore, T.C.; Jepeal, L.I.; Boylan, M.O.; Singh, S.K.; Boyd, N.; Beer, D.G.; Chang, A.J.; Wolfe, M.M. Gastrin stimulates receptor-mediated proliferation of human esophageal adenocarcinoma cells. *Regul. Pept.* **2004**, *120*, 195–203. [CrossRef]

46. Salas, M.; Hotman, A.; Stricker, B.H. Confounding by indication: An example of variation in the use of epidemiologic terminology. *Am. J. Epidemiol.* **1999**, *149*, 981–983. [CrossRef]

47. Ray, W.A. Evaluating medication effects outside of clinical trials: New-user designs. *Am. J. Epidemiol.* **2003**, *158*, 915–920. [CrossRef]

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

48. Perrio, M.; Waller, P.C.; Shakir, S.A. An analysis of the exclusion criteria used in observational pharmacoepidemiological studies. *Pharmacoepidemiol. Drug Saf.* **2007**, *16*, 329–336. [CrossRef]

49. Horwitz, R.I.; Feinstein, A.R. The problem of "protopathic bias" in case-control studies. *Am. J. Med.* **1980**, *68*, 255–258. [CrossRef]

50. Stürmer, T.; Joshi, M.; Glynn, R.J.; Avorn, J.; Rothman, K.J.; Schneeweiss, S. A review of the application of propensity score methods yielded increasing use, advantages in specific settings, but not substantially different estimates compared with conventional multivariable methods. *J. Clin. Epidemiol.* **2006**, *59*, 437.e1–437.e24. [CrossRef] [PubMed]

51. Hallas, J.; Pottegård, A. Use of self-controlled designs in pharmacoepidemiology. *J. Intern. Med.* **2014**, *275*, 581–589. [CrossRef] [PubMed]

52. Peikes, D.N.; Moreno, L.; Orzol, S.M. Propensity score matching: A note of caution for evaluators of social programs. *Am. Stat.* **2008**, *62*, 222–231. [CrossRef]

53. Swenberg, J.A.; Bedell, M.A.; Billings, K.C.; Umbenhauer, D.R.; Pegg, A.E. Cell-specific differences in O6-alkylguanine DNA repair activity during continuous exposure to carcinogen. *Proc. Natl. Acad. Sci. USA* **1982**, *79*, 5499–5502. [CrossRef]

54. Bedell, M.A.; Lewis, J.G.; Billings, K.C.; Swenberg, J.A. Cell specificity in hepatocarcinogenesis: 06-methylguanine preferentially accumulates in target cell DNA during continuous exposure of rats to 1,2-dimethylhydrazine. *Cancer Res.* **1982**, *42*, 3079–3083.

55. Dumenco, L.L.; Allay, E.; Norton, K.; Gerson, S.L. The prevention of thymic lymphomas in transgenic mice by human O6-alkylguanine-DNA alkyltransferase. *Science* **1993**, *259*, 219–222. [CrossRef]

56. Nakatsuru, Y.; Matsukuma, S.; Nemoto, N.; Sugano, H.; Sekiguchi, M.; Ishikawa, T. O6-methylguanine-DNA methyltransferase protects against nitrosamine-induced hepatocarcinogenesis. *Proc. Natl. Acad. Sci. USA* **1993**, *90*, 6468–6472. [CrossRef]

57. Zaidi, N.H.; Pretlow, T.P.; O'Riordan, M.A.; Dumenco, L.L.; Allay, E.; Gerson, S.L. Transgenic expression of human MGMT protects against azoxymethane-induced aberrant crypt foci and G to A mutations in the K-ras oncogene of mouse colon. *Carcinogenesis* **1995**, *16*, 451–456. [CrossRef]

58. Souliotis, V.L.; Henneman, J.R.; Reed, C.D.; Chhabra, S.K.; Diwan, B.A.; Anderson, L.M.; Kyrtopoulos, S.A. DNA adducts and liver DNA replication in rats during chronic exposure to N-nitrosodimethylamine (NDMA) and their relationships to the dose-dependence of NDMA hepatocarcinogenesis. *Mutat. Res. Fundam. Mol. Mech. Mutagen.* **2002**, *500*, 75–87. [CrossRef]

# EXHIBIT

# 738

Page 1

1   CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF FLORIDA
3     MDL NO. 2924
      20-MD-2924
4     ---------------------------------------x
      IN RE:  ZANTAC (RANITIDINE)
5     PRODUCTS LIABILITY
      LITIGATION
6     THIS DOCUMENT RELATES TO:
      ALL CASES
7     ---------------------------------------x
      SUPERIOR COURT OF THE STATE OF CALIFORNIA
8     COUNTY OF ALAMEDA
      CCP NO. 5150
9     ---------------------------------------x
      COORDINATION PROCEEDING SPECIAL TITLE
10    (Rule 3.550)
11    RANITIDINE PRODUCTS CASES
12    THIS DOCUMENT RELATES TO:
      ALL ACTIONS
13    ---------------------------------------x
14                   VOL. I
15            ***** CONFIDENTIAL *****
16             VIDEOTAPED DEPOSITION
17           VIA ZOOM VIDEOCONFERENCING
18                    OF
19            ANNE McTIERNAN, MD, Ph.D.
20            Thursday, April 28, 2022
21
22
23    REPORTED BY:
24    LINDA J. GREENSTEIN
25    JOB NO. 5191560

**Exhibit 0112**

10/24/2022

Anne McTiernan, M.D., Ph.D

Page 2

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2              April 28, 2022
3              9:01 A.M. PST
4
5
6
7          Confidential Videotaped
8  Deposition held via Zoom
9  Videoconferencing of Anne McTiernan,
10 MD, Ph.D., taken by Defendants, before
11 Linda J. Greenstein, a Certified
12 Shorthand Reporter and Notary Public
13 of the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  A P P E A R A N C E S :
       (All parties appearing via Zoom
3  Videoconferencing)
4
5  ANAPOL WEISS, L.L.P.
       Counsel for Plaintiffs
6          One Logan Square
           130 North 18th Street
7          Suite 1600
           Philadelphia, Pennsylvania 19103
8
       BY:    JAMES R. RONCA, ESQ.
9          866.930.2217
           jronca@anapolweiss.com
10
11
       HAUSFELD, L.L.P.
12 Counsel for Plaintiffs
           One Marina Park Drive
13         Suite 1410
           Boston, Massachusetts 02210
14
       BY:    STEVE ROTMAN, ESQ.
15         617.207.0602
           srotman@hausfeld.com
16
       COLLEEN RYF, ESQ.
17         202.849.4142
           ryf@hausfeld.com
18
19
   KELLER POSTMAN
20 Counsel for Plaintiffs
           1100 Vermont Avenue, N.W.
21         12th Floor
           Washington, D.C. 20005
22
       BY:    NOAH HEINZ, ESQ.
23         202.918.1841
           noah.heinz@kellerpostman.com
24
25

Page 4

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  A P P E A R A N C E S : (Continued)
3
4
5  LEVIN PAPANTONIO RAFFERTY
       Counsel for Plaintiffs
6          316 South Baylen Street
           Pensacola, Florida 32502
7
       BY:    DANIEL NIGH, ESQ.
8          850.435.7013
           dnigh@levinlaw.com
9
10
   KING & SPALDING, L.L.P.
11 Counsel for Defendants
       Boehringer Ingelheim Pharmaceuticals,
12 Inc., Boehringer Ingelheim Corporation,
       Boehringer Ingelheim USA Corporation,
13 Boehringer Ingelheim International GmbH,
       Boehringer Ingelheim Promeco, S.A. de C.V.
14         1185 Avenue of the Americas
           34th Floor
15         New York, New York 10036-2601
16     BY:    EVA CANAAN, ESQ.
           212.790.5351
17         ecanaan@kslaw.com
18
19 SHOOK, HARDY & BACON, L.L.P.
       Counsel for Defendant GlaxoSmithKline
20         1325 Avenue of the Americas
           28th Floor
21         New York, New York 10019
22     BY:    THOMAS J. SHEEHAN, ESQ.
           212.779.6101
23         tjsheehan@shb.com
24
25

Page 5

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  A P P E A R A N C E S : (Continued)
3
4  WILLIAMS & CONNOLLY, L.L.P.
       Counsel for Defendant Pfizer, Inc.
5          680 Maine Avenue S.W.
           Washington, D.C. 20024
6
       BY:    JESSICA BODGER RYDSTROM, ESQ.
7          202.434.5567
           jrydstrom@wc.com
8
9
   BOWMAN AND BROOKE, L.L.P.
10 Counsel for Defendant Pfizer, Inc.
           2901 Via Fortuna Drive
11         Suite 500
           Austin, Texas 78746
12
       BY:    JOHN D. GARRETT, ESQ.
13         512.874.3832
           john.garrett@bowmanandbrooke.com
14
       CHRISTOPHER R. CARTON, ESQ.
15         201.577.5175
           chris.carton@bowmanandbrooke.com
16
17
   DLA PIPER LLP (US)
18 Counsel for Defendants Chattem, Inc.,
       Sanofi-Aventis U.S. LLC, Sanofi US
19 Services, Inc. and Sanofi S.A.
20     BY:    MATT HOLIAN, ESQ.
           617 406 6009
21         matt.holian@dlapiper.com
22         BRADLEY JENNINGS, ESQ.
           212.335.4809
23         bradley.jennings@dlapiper.com
24         BRENNA D. KELLY, ESQ.
           215.656.2428
25         brenna.kelly@dlapiper.com

2 (Pages 2 - 5)

Page 6

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 A P P E A R A N C E S: (Continued)
3
4 ARNOLD & PORTER, L.L.P.
    Counsel for Defendant Sanofi
5     250 West 55th Street
      New York, New York 10019-9710
6
  BY:     AARON H. LEVINE, ESQ.
7     212.836.7586
      aaron.levine@arnoldporter.com
8
9
  NATHAN A. SCHACHTMAN, ESQ., PC
10 Counsel for Defendant Dr. Reddy's
   Laboratories
11    325 East 79th Street
      Suite 16D
12    New York, NY 10075
13 BY:     NATHAN SCHACHTMAN, ESQ.
      212.600.4912
14    Nathan@SchachtmanLaw.com
15
16
   Also Present:
17
   Anapol Weiss, L.L.P.
18 Tracy A. Finken, Esq.
   Catelyn McDonough, Esq.
19
   King & Spalding, L.L.P.
20 Nicole Costello, Scientific Specialist
21 Lee Bowry, Veritext Videographer
   David Johnson, Veritext Concierge
22
23
24
25

Page 7

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     THE VIDEOGRAPHER:  Good morning.
3     We are going on the record at
4 9:01 a.m. Pacific Time on April 28,
5 2022.
6     Please note that audio and video
7 recording will continue to take place
8 unless all parties agree to go off the
9 record.
10    This is Media Unit 1 of the
11 video-recorded remote deposition of
12 Anne McTiernan, MD, Ph.D., in the
13 Matter of in re Zantac (Ranitidine)
14 Products Liability Litigation, filed
15 in the United States District Court,
16 Southern District of Florida, MDL
17 Number 2924, 20-MD-2924.
18    My name is Lee Bowry from the
19 firm of Veritext New York and I am the
20 videographer.
21    The court reporter is Linda
22 Greenstein and the concierge is David
23 Johnson, both also with Veritext.
24    I am not related to any party in
25 this action, nor am I financially

Page 8

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 interested in the outcome.
3     Counsel attending remotely will
4 be noted on the stenographic record.
5     Will the court reporter please
6 swear in the witness.
7     ANNE McTIERNAN, MD, Ph.D.,
8 having been first duly sworn/affirmed, was
9 examined and testified as follows:
10 EXAMINATION BY
11 MS. CANAAN:
12    Q.   Good morning, Dr. McTiernan.
13    A.   Good morning.
14    Q.   My name is Eva Canaan and I
15 represent Boehringer Ingelheim in the
16 Zantac litigation.
17    How are you doing today?
18    A.   I'm fine, thanks.
19    How are you?
20    Q.   I'm good.  Thank you.
21    So I understand that you have
22 given many depositions before and know how
23 it works, so just a few brief reminders.
24 Okay?
25    A.   Okay.

Page 9

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2    Q.   Your answers have to be verbal,
3 right, the court reporter can't take down a
4 nod of the head, for example.
5     Please wait for me to finish my
6 question before answering and that will
7 just make life easier for the court
8 reporter.  Okay?
9    A.   Okay.
10    Q.   If any question is unclear,
11 please tell me and I will rephrase it.
12    Okay?
13    A.   Okay.
14    Q.   Otherwise I will assume that you
15 have understood my question.
16    Is that fair?
17    A.   Yes.
18    Q.   Okay.  And if you need to take a
19 break at any time, just tell me and we will
20 take a break.
21    My only request is, is that if
22 there's a pending question that you answer
23 that question before we take a break.
24    Does that seem fair?
25    A.   Okay.

3 (Pages 6 - 9)

Page 10

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2      Q.   So this deposition is being
3    taken remotely.
4          Can you tell us, where are you
5    physically right now?
6      A.   I'm at my house in Seattle,
7    Washington.
8      Q.   Okay.  And is there anyone in
9    the room with you or are you alone?
10     A.   There's no one in the room with
11   me.
12     Q.   Okay.  And do you have any
13   computer device, like other than the iPad
14   that, you know, you're using right now, do
15   you have an iPhone or anything like that
16   next to you?
17     A.   I have an iPhone, I have my
18   laptop and I have a defunct Surface.
19     Q.   If that's okay with you, I would
20   ask you turn off whatever you're not using
21   for this videoconferencing, if you would
22   turn off your iPhone or laptop, if that's
23   okay.  Okay?
24     A.   One question is that --
25     Q.   Sure.

Page 11

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2      A.   For me to access some documents,
3    they're on my laptop.  They are not on the
4    iPhone or on the iPad.
5      Q.   And what documents do you need
6    to access on your laptop?
7      A.   It depends on the question.  It
8    depends on what the issue is.
9      Q.   So --
10     A.   I do have paper copies of my
11   report and of papers that are referenced in
12   my report, but if something comes up that
13   is a question where I need some other
14   information, then that would be on my
15   laptop.
16     Q.   I understand.
17          So first of all, Dr. McTiernan,
18   did you receive a package from us before
19   this deposition?
20     A.   I did, yes.
21     Q.   Okay.  Did you open it or can
22   you open it right now, please.
23     A.   The package is opened but not
24   the envelopes.
25     Q.   Yes.  If you could open Exhibit

Page 12

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2    -- the Exhibits 1 and 2 right now, please.
3          (Exhibit 1 marked for
4    identification, multi-page document,
5    Rule 26 Expert Report of Dr. McTiernan
6    dated 1/23/22.)
7          (Exhibit 2 marked for
8    identification, multi-page document,
9    Rebuttal Expert Report of Dr.
10   McTiernan dated 3/27/22.)
11        THE CONCIERGE:  Moving 1 and 2
12   to the "Marked Exhibits" folder?
13        MS. CANAAN:  Yes, please.
14   BY MS. CANAAN:
15     Q.   And just tell me when you're
16   ready, Dr. McTiernan.
17     A.   So Exhibit 1 appears to be my
18   expert report.
19          Exhibit 2 is my rebuttal report,
20   rebuttal expert report.
21        MS. CANAAN:  Can we go off the
22   record for a couple of minutes?  My
23   computer just died on me.  Sorry.
24        THE VIDEOGRAPHER:  Going off the
25   record.

Page 13

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2          The time is 9:08 a.m.
3          (Technical difficulty)
4          THE VIDEOGRAPHER:  We are back
5    on the record.
6          The time is 9:09 a.m.
7    BY MS. CANAAN:
8      Q.   Hello again, Dr. McTiernan.
9          So, Dr. McTiernan, I understand
10   you were able to open the envelopes and you
11   have the two expert reports that you have
12   submitted in front of you; is that correct?
13     A.   That's correct.
14     Q.   And so all the exhibits that I'm
15   going to be asking you questions about
16   today I will show you on the screen, so
17   there will be no need for you to access
18   your laptop to look at any study.
19          You'll be able to scroll through
20   any study on the screen when I show it to
21   you.
22          Does that make sense?
23     A.   Yes.
24     Q.   Okay.  Perfect.
25          So first of all, I want to get

4 (Pages 10 - 13)

Page 14

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  your agreement regarding some terms that
3  we'll be using throughout this deposition
4  today; okay?
5      A.  Excuse me.  There's one word
6  that I missed so could you just repeat
7  that.
8      Q.  Sure, no problem.
9          I just want to get your
10  agreement about some terminology that I'll
11  be using today.  Okay?
12     A.  Okay.
13     Q.  So Zantac is the brand name for
14  the drug ranitidine; correct?
15     A.  I understand that it was the
16  brand name for ranitidine.
17     Q.  Okay.  And if I use Zantac and
18  ranitidine interchangeably throughout this
19  deposition, you will understand what I'm
20  referring to, okay?
21     A.  Yes.
22     Q.  And Zantac belongs to a class of
23  drugs called H2-blockers or H2-receptor
24  antagonists; correct?
25     A.  Yes.

Page 15

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      Q.  And if I refer to this class of
3  drugs as "H2RAs," you will understand what
4  I'm talking about?
5      A.  Yes.
6      Q.  And another class of drugs that
7  is commonly prescribed for similar
8  indications as H2RAs is proton pump
9  inhibitors; correct?
10     A.  Sometimes they're for similar
11  indications, but the patients may be having
12  different indications, but proton pump
13  inhibitors, yes, I understand that class of
14  drugs.
15     Q.  And if I refer to them as "PPIs"
16  you will understand what I'm talking about?
17     A.  Yes.
18     Q.  And N-nitrosodimethylamine is a
19  type of a nitrosamine; correct?
20     A.  Yes.
21     Q.  And if I refer to it as "NDMA,"
22  you will understand I'm talking about the
23  same thing?
24     A.  Yes.
25     Q.  And I may refer to

Page 16

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  over-the-counter sometimes as "OTC."
3          Is that acceptable to you?
4      A.  Yes.
5      Q.  Okay.  Perfect.
6          Doctor, when were you retained
7  in this litigation?
8      A.  I'm afraid I don't have that
9  date.  I would need to look that up.
10     Q.  So your invoices reflect that
11  the first call that you billed the
12  plaintiffs' attorneys for was on
13  December 11, 2020.
14         Does that sound right to you?
15     A.  I would need to look at those
16  invoices.  I haven't looked at them.  I
17  don't have a paper copy of them right here.
18     Q.  Well, approximately how long
19  have you been working on the Zantac
20  litigation?  As you sit here today, what's
21  your recollection?
22     A.  Approximately -- or a little
23  under two years.
24     Q.  And as we discussed earlier, you
25  served two expert reports in this case;

Page 17

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  correct?
3      A.  You said a word, something about
4  two expert reports?
5      Q.  You served two expert reports in
6  this case.
7      A.  Served?
8      Q.  You wrote, let's say, two expert
9  reports in this case.
10     A.  I wrote an expert report and
11  then I wrote a rebuttal expert report.
12     Q.  And the original expert report
13  is dated January 23rd and the rebuttal
14  report is dated March 27th; correct?
15     A.  Of 2022, correct.
16         MS. CANAAN:  Let's please drop
17  Exhibit 1 and 2 in the box right now.
18  BY MS. CANAAN:
19     Q.  And you have hard copies of
20  those reports in front of you; correct?
21     A.  When you said drop in the box,
22  are you talking to me?
23     Q.  No, no.  I'm not talking to you,
24  I'm sorry.
25         I'm talking to David, who is the

5 (Pages 14 - 17)

Page 18

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 technician who is going to be helping us
3 during this deposition, and he's just going
4 to put them in the box where those reports
5 will be accessible to you and to Jim and
6 others. Okay?
7     A.   Thank you.
8     Q.   But you have hard copies in
9 front of you; correct? Those are the hard
10 copies that we sent you.
11    A.   Yes.
12    Q.   Okay. Perfect.
13        Dr. McTiernan, did you draft
14 these expert reports?
15    A.   Yes, I did.
16    Q.   Is there anything in these
17 reports that is not accurate?
18    A.   To the best of my knowledge,
19 these reports reflect my opinion and they
20 reflect my review of the scientific
21 literature.
22    Q.   That's not the question that I
23 asked you, Doctor, please listen to my
24 question.
25        Is there anything in these

Page 19

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 reports that, as you sit here today, you
3 know not to be accurate?
4     A.   As far as I know, this report
5 reflect my review of the literature and my
6 opinion on ranitidine and cancer.
7     Q.   Dr. McTiernan, is there -- well,
8 let's put it this way:
9        Is there anything in these
10 reports that you would like to correct?
11    A.   I believe there was one email
12 that was sent that corrected an information
13 about a particular study, and I can't
14 recall without looking through it exactly
15 which it was, but it was a study and it
16 referred to time of use of ranitidine.
17        And there may be typos in here,
18 but I wouldn't know exactly until I'm
19 looking through it and pointing them out.
20    Q.   Okay. So other than the typos,
21 there are no substantive mistakes that you
22 would like to correct at this point; is
23 that fair?
24    A.   That's fair for now, yes.
25    Q.   Now, focusing on your original

Page 20

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 report, it has a list of references at the
3 end; correct?
4     A.   So you are referring to the
5 references on pages 299 through 316, so
6 it's close to the end, there's a table
7 after it.
8     Q.   Yes, correct.
9     A.   Yes.
10    Q.   Okay. So I'll represent to you
11 that I counted up, because the references
12 here are not numbered, I counted them up.
13 There are 282 references here. Okay?
14        And my question is, did you read
15 all these references?
16    A.   I read at least part of it. I
17 can't say that I've read every single word.
18 If something had a footnote I might not
19 have, but if they were studies, I looked at
20 the entirety of the paper and the data.
21        If it's -- a document or a
22 book, then I looked at specific sections.
23        For example, the epidemiology
24 book references, I looked at specific
25 sections and that's what I referenced in

Page 21

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 the document.
3        So each one of these I have
4 consulted in some way or another, and that
5 is why they appear as references.
6     Q.   So is it fair to say that at the
7 very least you have reviewed each one of
8 these references?
9     A.   Yes. To the best of my
10 knowledge, yes.
11    Q.   And you also served a separate
12 materials considered list with your
13 original report; correct?
14    A.   I believe that went in. I have
15 not -- I did not mail that or email that,
16 so I'm not sure what is in that document
17 and it's not what you're representing, and
18 it's not here today.
19    Q.   When you say you didn't mail
20 that, what do you mean? Did you put that
21 document together, the materials considered
22 list?
23    A.   That was put together by the
24 lawyers with collaboration with me. They
25 let me know and I let them know what I was

6 (Pages 18 - 21)

Page 22

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 considering, and if there was anything that
3 there was a question, they asked me.
4     But I did not send the final
5 list and I don't have it here with me
6 today.
7     Q.   Well, did you review the final
8 list before it was served?
9     A.   I can't recall.
10     Q.   So I'll represent to you,
11 Doctor, that there are 308 references in
12 your materials considered list, okay?  And
13 my question is, again, did you read all
14 those 308 references on your materials
15 considered list?
16     A.   Without seeing the materials
17 considered list, I can't answer that
18 because I don't know exactly what's on it
19 at this point.
20     If I can -- if it's on the list
21 and it's the list that I approved and it
22 was sent by the lawyers, then I must have
23 considered it.
24     But given that it's not here
25 today, I can't respond.  I can't say

Page 23

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 whether I've considered everything on a
3 particular list that's not in front of me.
4     Q.   And so you don't recall
5 reviewing that materials considered list
6 before it was submitted?
7     A.   I'm sure I did.  I just don't
8 recall the time that I did.  I don't recall
9 exactly what is on it.
10     Q.   Okay.  Now, you also submitted a
11 rebuttal report that has a reference list;
12 correct?
13     A.   That's correct.
14     Q.   And did you read all those
15 references on your rebuttal report
16 reference list?
17     A.   To the best of my knowledge, I
18 did, because that's why I put them there.
19     Q.   Okay.  And your rebuttal report
20 also had an accompanied materials
21 considered list; right?
22     A.   I believe it did, but, again,
23 it's not here so I can't say exactly what I
24 considered and didn't consider on the list
25 because I don't have it here.

Page 24

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     Q.   Well, did you review it before
3 it was served?
4     A.   I must have, but I don't recall.
5     Q.   Okay.  Your materials considered
6 list, Doctor -- lists, I should say,
7 include some company documents; correct?
8     A.   I'm not sure. I don't have that
9 list in front of me.
10     MS. CANAAN:  Well, let's --
11 let's bring up Exhibit 3, please,
12 David.
13     (Exhibit 3 marked for
14 identification, multi-page document,
15 Exhibit C of Dr. McTiernan's expert
16 report, List of Materials Considered.)
17 BY MS. CANAAN:
18     Q.   Do you see this document,
19 Dr. McTiernan?
20     A.   Yes.
21     MS. CANAAN:  Let's scroll
22 through that.  Stop right there.
23 BY MS. CANAAN:
24     Q.   Do you see, Doctor, that there
25 are documents here that start, for example,

Page 25

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 with "GSK" and then there's some Bates
3 numbers?
4     A.   I see "GSK." I don't see page
5 numbers, but I see three that say GSK.
6     Q.   Do you know what those first
7 three items are on your materials
8 considered list, do you know?
9     A.   Not without looking at them, I
10 don't know what it is.
11     Q.   So I'll represent to you that
12 you have a bunch of documents in your
13 materials considered lists that look like
14 they're company documents, and my question
15 to you, Dr. McTiernan, is this:
16     Are you relying on these company
17 documents for your causation opinion in
18 this case?
19     A.   I'm not relying on company
20 documents for my causation opinion.
21     I'm relying on the scientific
22 evidence and published literature that I
23 indicated on my expert report.
24     Q.   So it's fair to say that your
25 causation opinions are based on published

7 (Pages 22 - 25)

Page 26

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2 peer-reviewed literature; correct?
3      A.   My causation opinions, yes.
4      Q.   Now, your materials considered
5 list -- this is this list -- accompanied
6 your original report; correct?
7      A.   I don't know if it's this list
8 you're talking about or some other list.
9      Q.   Well, let's scroll up and I
10 think we'll see that.
11      Do you see, Dr. McTiernan, that
12 this was the materials considered list that
13 accompanied your original report?
14      A.   I see this, yes.
15      Q.   Okay.  Now, this list lists all
16 the plaintiffs' expert reports.
17      Are you aware of that?
18      A.   Can you show me what you mean?
19      Q.   Let's go to page 3, please.
20      MS. CANAAN:  Okay.  Stop right
21 there.
22 BY MS. CANAAN:
23      Q.   Do you see, Dr. McTiernan, that
24 this list lists the reports of Dr. Salmon,
25 Dr. Davis, Dr. Panigraphy and other

Page 27

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2 experts.
3      Do you see that?
4      A.   I see that it says that here.
5      Q.   So, Doctor, I see you reviewed
6 these reports; correct?
7      A.   I've not reviewed all of them in
8 detail.  At least after my report was
9 submitted and after these reports were
10 submitted, I was sent some of them and I
11 looked through those, but this was after my
12 report was finalized and submitted.
13      Q.   I understand.
14      So you're saying that you did
15 not review these reports before submitting
16 your own report.
17      Is that your testimony?
18      A.   Yes, that's correct.
19      Q.   So I'm confused, Doctor, because
20 this materials considered list was served
21 on the same day as your expert report.
22      Are you aware of that?
23      A.   No, I'm not aware that those
24 were listed on my expert report because I
25 did not review them.  I did not see them.

Page 28

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2 I did not have them before I submitted my
3 final report.
4      Q.   Did you review any drafts of
5 plaintiffs' expert reports before they were
6 served?
7      A.   No, I did not.
8      Q.   Did you review the supplemental
9 reports of plaintiffs' other experts?
10      A.   I'm not sure what you mean by
11 "supplemental report."
12      Q.   Fair.  That's fair, Doctor.
13      Did you review the rebuttal
14 reports of plaintiffs' other experts?
15      A.   I can't recall if I even
16 reviewed them after I submitted mine, but I
17 certainly didn't see and review any before
18 I submitted mine.
19      Q.   So why don't you tell me of
20 these expert reports that are listed here,
21 which report you have actually reviewed.
22      A.   So after my expert report was
23 submitted, I did review Dr. Moorman's.
24      Q.   Okay.
25      A.   And then I looked through a

Page 29

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2 little bit of Dr. Najafi, I believe
3 Michaels and Panigraphy, but I did not read
4 them in detail.
5      Q.   So you read Moorman, you read
6 Najafi and you reviewed Michaels and
7 Panigraphy; fair?
8      A.   I did not read Najafi in detail.
9 It was another quick review.
10      Q.   Any other reports listed here
11 that you reviewed at all?
12      A.   Oh, I think perhaps Dr. Salmon.
13 I also looked at that briefly.
14      Q.   And, again, you looked at it
15 after your report was finalized.
16      That's your testimony?
17      A.   Yes, after my report was
18 finalized and submitted.
19      Q.   Okay.  Was there anything in
20 plaintiffs' expert reports that you
21 disagreed with?
22      A.   I'm not sure.  I would have to
23 see what the item was, what the statement
24 was, to know if I disagreed with anything.
25      Q.   Well, as you sit here today, do

8 (Pages 26 - 29)

Page 30

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 you recall reading plaintiffs' expert
3 reports and thinking, "well, I really
4 disagree with this"?
5     A.   I don't recall that, no.
6     Q.   Did you review the expert
7 reports of defense experts?
8     A.   I did review some of the defense
9 experts' reports, yes.
10    Q.   Which ones?
11    A.   I don't have them in front of
12 me.  So if you send me -- if you put up a
13 list, then perhaps I could recognize which
14 ones.
15    Q.   Well, did you review the expert
16 report of Dr. Chan?
17    A.   Dr. Andrew Chan?
18    Q.   Correct.
19    A.   Yes, I did.
20    Q.   Did you review the expert report
21 of Dr. Witte?
22    A.   Yes, and --
23    Q.   Did --
24    A.   I just wanted to finish.
25         For both of those, I didn't read

Page 31

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 them all in detail, but I did read quite a
3 bit of both of them, but I didn't read the
4 entire thing.
5     Q.   And what do you mean you did not
6 read the entire thing?  Which sections did
7 you not read?
8     A.   I can't recall.
9     Q.   Did you review the expert report
10 of Dr. Terry?
11    A.   Yes, I did.
12    Q.   Did you review the expert report
13 of Dr. Vaezi?
14    A.   Yes, I read parts of that, yes.
15    Q.   What about Dr. Porter?
16    A.   I believe so, yes.
17    Q.   Did you review defense experts
18 -- strike that, actually.
19         Did you have any communications
20 with plaintiffs' experts about ranitidine?
21    A.   No, I did not.
22    Q.   Did you have any communications
23 with any authors of the studies that are
24 discussed in your report about those
25 studies?

Page 32

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     A.   That question I think may need
3 to be clarified because if I reference
4 something that had nothing to do with
5 ranitidine or its methodology, I may have
6 talked to that researcher sometime in the
7 past.
8         I did not speak with any authors
9 about their findings on ranitidine and
10 cancer or any of the scientific issues
11 about NDMA and cancer.
12        But if there's a study, I mean,
13 or book, like Rothman, for example, I have
14 talked with him in the past.  And many of
15 these authors have published other studies.
16        I've served on committees with
17 them and may have had conversations with
18 them, but never about this case and not
19 about ranitidine and cancer and not about
20 NDMA and cancer.
21    Q.   Okay.  So it sounds like you did
22 not have communications with study authors
23 about their specific ranitidine studies,
24 for example; right?
25    A.   That's correct.

Page 33

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     Q.   Now, there are seven invoices
3 that you have submitted to counsel in this
4 litigation; correct?
5     A.   I don't have the number exactly
6 in my head, but I submitted a number and we
7 checked them about a week ago.
8     Q.   Okay.
9     A.   That number sounds correct but I
10 don't have them in front of me so I can't
11 tell you if that number is exactly correct.
12    Q.   That's fine, Doctor.  I'll
13 represent to you that I counted up the
14 number of hours on those invoices and I
15 counted up 535.5 hours.
16        Do you have a basis to disagree?
17    A.   I have not added them into my
18 head.  I don't have the spreadsheet in
19 front of me and I don't have the invoices
20 in front of me.
21    Q.   Okay.  And I counted up the
22 amount of money that you have billed and I
23 came up with $267,000.
24        I assume you don't have a basis
25 to disagree with that either; right?

9 (Pages 30 - 33)

Page 34

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2    A.   I don't have those invoices in
3 front of me and I have not added them and
4 -- so I can't confirm or deny, but the
5 invoices that I discussed with the lawyers
6 were correct and if they sent them on to
7 you, then those are correct.
8       MS. CANAAN:  Let's bring up
9 Exhibit 24, please.
10          (Exhibit 24 marked for
11       identification, multi-page document,
12       invoices submitted by Dr. McTiernan.)
13 BY MS. CANAAN:
14    Q.   And, Dr. McTiernan, these are
15 the invoices that you submitted; right?
16    A.   This looks correct, yes.
17       MS. CANAAN:  Can we go to the
18 last page, please, David.
19 BY MS. CANAAN:
20    Q.   So you see that the invoices end
21 on January 24, 2022; correct?
22    A.   Yes.
23    Q.   And obviously you've worked on
24 this litigation after that date; correct?
25    A.   Yes.

Page 35

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2    Q.   Approximately how much time have
3 you spent working on this litigation since
4 January 24, 2022?
5    A.   I don't have that.  I have it on
6 my computer.  I don't have the -- a
7 document in front of me, so I can't give an
8 answer to that.
9    Q.   You said you have it on your
10 computer, so would you be able to access it
11 during the break, for example, and tell me
12 exactly how many hours?
13    A.   Yes.  I could do that.
14    Q.   Okay.  Perfect.
15       Fair enough, that during this
16 period of time you spent time reviewing
17 defense expert reports; correct?
18    A.   During this time?  Which time
19 are you talking about?
20    Q.   Good point, Doctor.
21       Between January 24th and today,
22 you spent some time reviewing defense
23 expert reports; correct?
24    A.   Yes, whenever they were sent to
25 me and prior to writing my rebuttal report.

Page 36

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2    Q.   And you spent time preparing
3 that rebuttal report; correct?
4    A.   Yes, that's correct.
5    Q.   And you spent time preparing for
6 this deposition?
7    A.   Yes.
8    Q.   And I understand you spent time
9 reviewing some peer-reviewed publications
10 of defense experts; correct?
11    A.   Yes.
12    Q.   Okay.  How many peer-reviewed
13 publications of defense experts did you
14 review?
15    A.   I don't have that number
16 memorized.
17    Q.   Okay.  Well, approximately how
18 many studies do you think you might have
19 reviewed?
20    A.   I'm sorry, I can't give an
21 approximate.
22    Q.   Okay.  Well, is it fair to say
23 that you have reviewed all observational
24 studies on medications and cancer risk that
25 were offered by Drs. Witte, Chan, Vaezi and

Page 37

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 Terry?
3    A.   I don't know if I've reviewed
4 all of the studies that they may have
5 published on -- I think you said medication
6 use?
7    Q.   Medication use and cancer risk.
8       Did you review every study that
9 Dr. Witte, Chan, Vaezi and Terry have
10 published on medications and cancer risk?
11    A.   I don't know if I've reviewed
12 every one.
13       I know I've looked at several.
14 I don't know if that represents all of what
15 they have done.
16    Q.   Did you review most of the
17 studies that Drs. Witte, Chan, Vaezi and
18 Terry offered on medications and cancer
19 risk?
20    A.   Since I don't know the universe
21 of what they have published on that topic,
22 I don't know if I have reviewed most.
23    Q.   So it's possible that you have
24 not reviewed most of the studies.
25       Is that fair?

10 (Pages 34 - 37)

Page 38

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2    A.   It's possible that I've not
3 reviewed all of them.  It's possible that
4 there are some that I've not reviewed.
5    Q.   Okay.  Okay, so, as we agreed,
6 Doctor, on the break you're going to look
7 in your computer and tell me how many hours
8 you have billed between January 24, 2022
9 and today; okay?
10    A.   One question, you said how many
11 hours I've billed?  I've not billed since
12 the -- the invoice that you showed on the
13 screen, so these are not billed hours.
14    Q.   I apologize.
15        How many hours you have spent
16 working on this litigation; is that fair?
17    A.   Since January 24, 2022, yes.
18    Q.   Perfect.
19        MR. ROTMAN:  So, Eva, this is --
20 Jim Ronca and I are going to discuss
21 what she's going to do during a break,
22 and I'm not sure we're going to agree
23 that she's going to be doing
24 calculations or addition on your
25 assignments during the break.

Page 39

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2        If you want her to do it on your
3 time, you can ask her to do that, but
4 on a break, she's going to need to
5 take a break.
6        MS. CANAAN:  Jim, is it you
7 speaking because I can't --
8        MR. RONCA:  No, it's Steve
9 Rotman.
10        MS. CANAAN:  First of all, I
11 don't see Steve.
12        Steve, where are you?
13        MR. ROTMAN:  I'm here.
14        MS. CANAAN:  Okay.  So I think,
15 first of all, who is defending this
16 deposition?  Is it Steve or is it Jim?
17        MR. RONCA:  Okay.  I'll take
18 over.
19        MS. CANAAN:  Yeah, I think we
20 should --
21        MR. RONCA:  The question is
22 during what period of time should she
23 spend on her break, which is supposed
24 to be a break, should she be adding up
25 hours at your request or should she do

Page 40

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 that now while during your time --
3        MS. CANAAN:  No.
4        MR. ROTMAN:  Are we still on the
5 record right now?
6        MR. RONCA:  Yeah --
7        MS. CANAAN:  Why don't we go off
8 the record for a minute.
9        Let's go off the record.
10        THE VIDEOGRAPHER:  Going off the
11 record.
12        The time is 9:39 a.m.
13        (Discussion held off the
14 record.)
15        THE VIDEOGRAPHER:  We're back on
16 the record.
17        The time is 9:40 a.m.
18 BY MS. CANAAN:
19    Q.   Hello again, Dr. McTiernan.
20        Dr. McTiernan, how much money do
21 you make per year in your regular job at
22 Fred Hutchinson?
23    A.   I don't have that information in
24 front of me.  I'm a 60 percent employee and
25 I don't have the exact amount that I make

Page 41

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 per year available.
3    Q.   So it's your testimony that you
4 don't know how much money you make per year
5 on your regular job?  You can't tell me?
6    A.   I don't have that information
7 here in front of me.
8    Q.   Okay.  Do you recall how much
9 money you made in 2019 at your regular job
10 at Fred Hutchinson?
11    A.   I don't have that information in
12 front of me.
13    Q.   Okay.  If I tell you that in the
14 talc litigation, Dr. McTiernan, you
15 testified and were able to recall that you
16 made 169,000 from Fred Hutchinson Center.
17        Does that sound right to you?
18    A.   If that's what was in my
19 testimony, then it would be correct.
20    Q.   Okay.  And since 2019, has your
21 compensation at Fred Hutchinson materially
22 changed?
23    A.   I'm not sure how much it has
24 changed.  I don't recall whether we got
25 raises, how much they were, and because of

11 (Pages 38 - 41)

Page 42

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 a state employee law, employment law, my
3 position has changed to hourly, and so that
4 has some effect on my salary.
5         That's why I can say that I
6 don't know my exact salary.
7     Q.   Okay.  So how many hours do you
8 work on average at Fred Hutchinson per
9 week?
10    A.   It would be 60 percent of
11 40 hours per week.
12    Q.   Okay.  And how long have you
13 been working these hours at Fred
14 Hutchinson?
15    A.   I can't give an exact answer
16 right here.  It's been a few years, but my
17 percent FTE has changed over the years, and
18 so I can't recall exactly how long I've
19 been at 60 percent.
20    Q.   And exactly how much are you
21 being paid per hour?
22    A.   I don't have that rate.
23    Q.   You don't --
24    A.   I don't have it in my head.
25         I have -- what I'm given are

Page 43

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 timesheets, so every month I get an
3 electronic timesheet.  That's my record of
4 how much I make, but I don't have it here
5 in front of me right now.
6     Q.   Okay.  So you don't know -- does
7 your hourly rate vary?
8     A.   I'm not sure.  They -- Fred
9 Hutchinson hasn't told me exactly what my
10 hourly rate is, I don't believe.
11        If it's on my timesheet, that
12 would be correct, but I don't -- sorry, not
13 timesheet.  My paystub.
14        Since I don't have that in front
15 of me right now, I can't give that
16 information.
17    Q.   And during the break, is that
18 something you can quickly look up for me
19 and tell me what your hourly rate is?
20    A.   That's not a quick task.  I'd
21 have to get onto the website of Fred
22 Hutchinson and look, so it's not a quick
23 thing to do during a break.
24    Q.   Okay, Doctor.
25        You will have testified in the

Page 44

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 past in litigation relating to talc and
3 ovarian cancer; correct?
4     A.   Yes.
5     Q.   How much money did you make
6 testifying in that litigation?
7     A.   I don't have that information in
8 front of me.
9     Q.   Is it more than 300,000?
10    A.   I don't recall.  I'd have to
11 look at my invoices and add them up.  I
12 don't have that information right here.
13    Q.   Other than the talc litigation,
14 have you testified in any other litigation?
15    A.   No, I've not.
16        MS. CANAAN:  Let's bring up
17 Exhibit 5, please.
18        (Exhibit 5 marked for
19 identification, two-page document,
20 Exhibit B of Dr. McTiernan's expert
21 report, listing of prior deposition,
22 trial and hearing testimony.)
23        MS. CANAAN:  And let's scroll
24 down, please.
25 BY MS. CANAAN:

Page 45

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     Q.   Doctor, this is a list of your
3 prior deposition, trial and hearing
4 testimony; is that fair?
5     A.   That looks correct, yes.
6     Q.   And did you put this list
7 together yourself?
8     A.   Yes.
9     Q.   And did you understand --
10    A.   Sorry, I should clarify that the
11 exact wording of the names of these and the
12 formatting were done by the lawyers, but I
13 gave them the information.
14    Q.   And did you understand that you
15 were supposed to provide a complete list of
16 your trial and deposition testimony in the
17 past four years?
18    A.   I believe so, yes.
19    Q.   Dr. McTiernan, do you recall
20 testifying in the Victoria Giese case on
21 September 15, 2021?
22        Do you recall that?
23    A.   Yes.
24    Q.   Okay.  Is it fair that you did
25 not list this testimony here on this list?

12 (Pages 42 - 45)

Page 46

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      A.  Correct.  It looks like it's
3  missing.
4      Q.  And do you also recall
5  testifying in the talc litigation on
6  August 19, 2021?
7      A.  I believe that would have been a
8  deposition.
9      Q.  Correct.
10     A.  So, yes.  It looks like this is
11 an older version of my prior testimony, so
12 it looks like two things were missing then.
13     Q.  Okay.
14     A.  They were all talc-related,
15 though.
16     Q.  So those two were omitted; is
17 that fair?
18     A.  Yes.
19     Q.  Dr. McTiernan --
20         MS. CANAAN:  We can take that
21     down, David.  Thank you.
22 BY MS. CANAAN:
23     Q.  Dr. McTiernan, before you became
24 a paid expert in this litigation, you had
25 not reviewed the epidemiological evidence

Page 47

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  on ranitidine and cancer risk; correct?
3      A.  Before I did not review the
4  evidence on ranitidine per se and cancer
5  risk, that sounds correct, yes.
6      Q.  So the causation opinions that
7  you're proffering in your expert reports
8  were developed for purposes of this
9  litigation; correct?
10     A.  My -- could you repeat that
11 question, please?
12     Q.  Of course.  So the causation
13 opinions that you are proffering in your
14 expert reports were developed for purposes
15 of this litigation; correct?
16     A.  So my causation opinions are
17 what I surmised from doing a literature
18 research, literature review, investigation
19 of the biology linking on ranitidine and
20 NDMA and cancer risk, so that's the same
21 process I would go through in my regular
22 scientific work.
23         This particular project was for
24 this case, this particular report that I
25 wrote.

Page 48

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      Q.  Dr. McTiernan, please listen to
3  my question.  My question is very simple.
4          The causation opinions, your
5  causation opinions, right, were developed
6  for purposes of this litigation; right?
7          MR. RONCA:  Object to form.
8      She answered this already.
9          MS. CANAAN:  Jim, please.  No
10     speaking objections, okay?  Please.
11         There's a very specific order in
12     this litigation that delineates what
13     your objections can and cannot be.
14         And there are absolutely no
15     speaking objections.  And there will
16     be no speaking objections at this
17     deposition.
18         You can say objection to form.
19     It's noted.
20         MR. RONCA:  Are you talking
21     about the pretrial orders?
22         MS. CANAAN:  That's right.
23         MR. RONCA:  My read of the
24     pretrial orders is that they don't
25     apply to expert depositions.

Page 49

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2          MS. CANAAN:  So is it your read
3      of the Federal Rules that you can make
4      speaking objections today, Jim?
5      Because we can certainly call the
6      Court and clarify that.
7          MR. RONCA:  I think a speaking
8      objection is when you make a speech.
9          I think if you state the basis
10     for a form objection that's not a
11     speaking objection.
12         MS. CANAAN:  Well, we'll have to
13     clarify with the Court if that's going
14     to be your position.
15         My position is, you can object
16     to form and that is all you're
17     entitled to do.
18         MR. RONCA:  Well, then we
19     disagree.
20         MS. CANAAN:  Okay.  We'll give
21     it some time and if we continue to
22     disagree in the next 15 minutes, we'll
23     call the Court, that's fine.
24         MR. RONCA:  My first objection
25     in 40 minutes so maybe you should let

13 (Pages 46 - 49)

Page 50

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      it go for a while.
3  BY MS. CANAAN:
4      Q.  Dr. McTiernan, the question
5  again is, the causation opinions that you
6  are proffering today were developed for
7  purposes of the litigation; correct?
8      A.  Say it again.  When you're
9  talking about causation opinion, can you be
10  specific?
11     Q.  Yes.  The causation opinions,
12  right, that you set forth in your expert
13  reports that were submitted in this
14  litigation were developed for purposes of
15  the litigation; correct?
16     A.  As part of my work as an expert
17  witness, I did look at the associations and
18  the scientific data on ranitidine and
19  cancer, and NDMA and cancer, and came up
20  with a causation opinion on that particular
21  topic, on ranitidine and cancer risk.
22     Q.  So you have never published
23  anything relating to ranitidine and cancer
24  risk; correct?
25     A.  I don't believe that I have, on

Page 51

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  ranitidine and cancer risk.
3      Q.  And you are proffering the
4  opinion that ranitidine can cause
5  esophageal, gastric, liver, pancreatic and
6  bladder cancers; correct?
7      A.  That's correct.
8      Q.  But you also reviewed the
9  scientific evidence on cancers of the
10  brain, breast, colorectum, kidney, larynx,
11  leukemia, lung, lymphoma, multiple myeloma,
12  non-Hodgkin's lymphoma, oral cavity, ovary,
13  pharynx, prostate, thyroid and uterus;
14  correct?
15     A.  I reviewed the literature on
16  ranitidine and NDMA and any cancer that was
17  in the published literature, and so I did
18  not discriminate on type of cancer.  I
19  reviewed the entire body.
20         When I -- my report focuses on
21  five cancers for which the evidence was
22  stronger.  It does not mean that there's no
23  association between use of ranitidine or
24  NDMA and risk of other cancers.
25         It just meant that the evidence

Page 52

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  was stronger for those five cancers that
3  you listed at first, and it was strong
4  enough for me to make a causation opinion.
5      Q.  Okay.  So you concluded that the
6  epidemiological evidence was not sufficient
7  to support a causation opinion as to those
8  other cancer types; correct?
9      A.  I would need to look in my
10  report and see exactly what I wrote.
11     Q.  Dr. McTiernan, as you sit here
12  today, is it your testimony that you don't
13  recall whether the evidence was sufficient
14  or not sufficient for you to reach a
15  causation opinion as to breast cancer?
16     A.  I would need to look and see
17  exactly what I wrote on my report.  I'm
18  happy to look through it.
19     Q.  Okay.  That's fine.  If you
20  can't tell me as you sit here today, that's
21  fine.
22         So as you sit here today, you're
23  not sure whether the evidence was
24  sufficient or not sufficient for you to
25  reach a causal opinion about kidney cancer?

Page 53

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      A.  What I can say today is that
3  looking at all of the scientific data
4  associating cancer with use of ranitidine
5  or with NDMA, the evidence was strongest
6  and strong enough for me to make causation
7  opinions for the five listed cancers.
8         For the other cancers, that
9  doesn't mean that there isn't an
10  association.  It doesn't mean that the data
11  didn't show association or that there isn't
12  good biological mechanisms.
13         It just meant that the evidence
14  was strongest for the five listed cancers.
15     Q.  Okay.  So for the cancers that
16  are not the five listed cancers, the
17  evidence was not strong enough to support a
18  causation opinion; correct?
19     A.  The evidence that I saw was
20  strongest for those five cancers.  Those
21  were the five that had the most information
22  where I could make a causation analysis
23  between use of ranitidine and NDMA and risk
24  of that particular cancer.
25     Q.  Dr. McTiernan, let's cut to the

14 (Pages 50 - 53)

Page 54

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 chase here.
3 Does ranitidine cause brain
4 cancer?
5 A. I've not done a causation
6 analysis of ranitidine and brain cancer.
7 Q. Does ranitidine cause breast
8 cancer?
9 A. I've not done a causation
10 opinion or causation analysis on ranitidine
11 and breast cancer.
12 Q. Does ranitidine cause colorectal
13 cancer?
14 A. I've not done a causation
15 analysis on ranitidine and colorectal
16 cancer.
17 Q. Does ranitidine cause lung
18 cancer?
19 A. I've not done a causation
20 analysis on ranitidine and -- which one was
21 that?
22 Q. Lung.
23 A. Lung cancer.
24 Q. Okay. And is your answer going
25 to be the same for every cancer type other

Page 55

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 than esophageal, gastric, liver, pancreatic
3 and bladder, is your answer always going to
4 be you have not done a causation analysis
5 for those other cancers?
6 A. I can't say because there are
7 some cancers for which I did not find any
8 literature so it wasn't just that there
9 wasn't enough evidence for me to do a
10 causation analysis, there was no evidence.
11 No studies in that particular area.
12 And I also did not focus on
13 cancers in children, so these are all
14 cancers in adults.
15 So I can't say a blanket
16 statement about all cancers. There are
17 about a hundred types of cancer, so that --
18 that would be a reach for me to say, given
19 the state of the current literature.
20 Q. So when you say I have not done
21 a causation analysis for a particular
22 cancer, what do you mean by that?
23 Did you collect -- you reviewed
24 the literature on the cancer; correct?
25 A. Yes.

Page 56

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 Q. You analyzed the literature;
3 correct?
4 A. Yes.
5 Q. Did you do a Bradford Hill?
6 A. No, I did not. I evaluated how
7 much the literature was, how -- what the
8 state of the literature was, but I did not
9 do a Bradford Hill analysis. If it
10 appeared that the state of the literature
11 was insufficient.
12 Q. So for cancers like breast and
13 colorectal and kidney, you did not do a
14 Bradford Hill analysis, that's your
15 testimony?
16 A. Yes.
17 Q. Did you write your report,
18 Doctor?
19 A. Did I write my report?
20 Q. Yeah, did you write your report?
21 A. Yes, I wrote my report.
22 Q. I am confused because in your
23 report you literally state that you did a
24 Bradford Hill analysis for these other
25 cancers.

Page 57

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 A. I would need to see where that
3 was written.
4 Q. Okay. We'll get there, Doctor.
5 Let me ask you this:
6 For those other cancer types,
7 like breast and lung and colorectal, did
8 you conclude that the evidence was not
9 sufficient to support a conclusion that
10 ranitidine increases the risk of those
11 cancers?
12 A. Could you repeat the question?
13 Q. Of course.
14 So let's just take one cancer as
15 an example.
16 For breast cancer, did you
17 conclude that the scientific evidence was
18 not sufficient to support a conclusion that
19 ranitidine increases the risk of breast
20 cancer?
21 A. I'm sorry, I think there are a
22 couple of negatives in there, could you
23 just repeat it one more time or --
24 Q. No problem.
25 Did you conclude that the

15 (Pages 54 - 57)

Page 58

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  epidemiological evidence was insufficient
3  to conclude that ranitidine increases the
4  risk of breast cancer?
5      A.  I can't recall and what I should
6  -- I want to do is look at my report.
7      Q.  Okay.  Dr. McTiernan, isn't it
8  true that you concluded that the evidence
9  was not sufficient to even conduct a causal
10  analysis linking ranitidine with any cancer
11  other than esophageal, gastric, liver,
12  pancreatic and bladder?
13      A.  I need to look at my report to
14  be able to answer that.
15      Q.  Why don't we go to your report.
16      Let's look at pages 99 to 100.
17      Do you have a hard copy there,
18  Doctor?
19      A.  Yes, I do.
20      Q.  Are you there, Doctor, on page
21  99?
22      A.  Yes.
23      Q.  Okay.  If you look at the very
24  last sentence on page 99, do you see,
25  Doctor, where you state:

Page 59

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      "After conducting a systematic
3  review of the following cancer types, have
4  sufficient epidemiologic and biologic
5  evidence (Table 3) to conduct a causal
6  analysis linking ranitidine and/or NDMA
7  with cancer risk:  Bladder, esophagus,
8  liver, pancreas and stomach."
9      Do you see that?
10      A.  Yes.
11      Q.  When did you reach this
12  conclusion, that there was insufficient
13  evidence to even conduct a causal analysis
14  for these other cancer types?
15      A.  I don't recall the exact date.
16      Q.  Okay.  Was it before or after
17  you started writing your expert report?
18      A.  It would have been after I
19  started because the way that I worked on my
20  expert report was to continuously draft the
21  report.
22      And so it went through many
23  versions.  The table that I include at the
24  end has data from some of the other
25  cancers.  I left that in for completion.

Page 60

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      But as I developed the report, I
3  evaluated more, determined which cancers
4  had the most information where I could do a
5  full causal analysis.
6      Q.  And when did you tell
7  plaintiffs' counsel that the evidence was
8  insufficient to even conduct a causal
9  analysis for the other cancer types?
10      MR. RONCA:  Object to form.
11      Her discussions with us are not
12  subject to your discovery questions.
13      MS. CANAAN:  Are you instructing
14  the witness not to answer?
15 DIR     MR. RONCA:  Yes.  It's
16  privileged.
17  BY MS. CANAAN:
18      Q.  Did you, Dr. McTiernan, at some
19  point tell plaintiffs' counsel that there
20  was insufficient evidence to conduct a
21  causal analysis for the other cancer types?
22      A.  I don't recall.
23      Q.  Did you at some earlier point in
24  time in your analysis reach the conclusion
25  that ranitidine did increase the risk of

Page 61

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  other cancer types?
3      MR. RONCA:  Object to form.
4      When you say "earlier point in
5  time," from where?
6      MS. CANAAN:  Jim, the objection
7  is objection, form.
8      If the witness feels that the
9  question is unclear, she will ask me.
10  BY MS. CANAAN:
11      Q.  Dr. McTiernan, did you at any
12  point in your analysis reach a conclusion
13  that ranitidine does increase the risk of
14  cancers other than the five cancers about
15  which you have a causation opinion?
16      A.  I don't recall.  I did not do a
17  -- make a formal decision on any of the --
18  these other cancers once I determined the
19  state of the literature.
20      Q.  So you're saying, again, I think
21  what you're saying is you never even
22  evaluated whether those other cancers could
23  be causally related to ranitidine.
24      Is that what you're saying?
25      A.  I don't think that's what I said

16 (Pages 58 - 61)

Page 62

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  at all.
3      Q.   Okay.  Then can you clarify for
4  me whether you performed a Bradford Hill
5  analysis for ranitidine and breast cancer,
6  for example?
7      A.   I -- I don't recall doing a
8  formal full Bradford Hill analysis on
9  cancers other than these five, and it's not
10  in my report.
11      So this is my final -- final
12  report of which cancers I believed had
13  enough evidence to do a full causal
14  analysis and to write it down in an expert
15  report.
16      Q.   Doctor, why does your report
17  include, for example, some studies on
18  breast and prostate cancers?
19      MR. RONCA:  Can you repeat the
20  question?
21      MS. CANAAN:  Sure, sure.
22  BY MS. CANAAN:
23      Q.   Why does your report include
24  some studies on breast and prostate
25  cancers?

Page 63

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      A.   As I stated in my report, I
3  looked at the full literature on the
4  epidemiology of ranitidine use and NDMA and
5  cancer, and some other cancers besides the
6  five that are -- that this report focuses
7  on.
8      Other cancer -- the literature
9  included information on other cancers.
10      To be complete, I included that
11  data in this report in the form of the
12  tables, were extracted data from the tables
13  on the type of study, what cancer it looked
14  at, the -- certainly, the study's main
15  author and a reference to it.
16      The type of study, where it was
17  set, where the participants came from, what
18  the -- how many cases were included in this
19  study --
20      Q.   Dr. --
21      A.   I think --
22      MR. RONCA:  Please don't
23  interrupt.
24  BY MS. CANAAN:
25      Q.   I understand what you're saying,

Page 64

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  Doctor.
3      But is it your testimony that
4  you only included information about other
5  cancers in that table at the end of your
6  report?
7      A.   I don't -- I don't recall.  I
8  don't believe I have other -- no, that's
9  not true.
10      When I talked about studies, in
11  general, there's a section of my report
12  where I'm talking about some of the
13  ranitidine or NDMA studies that had
14  included multiple cancers.
15      So not just a study that looked
16  at effective or association of ranitidine
17  and cancer of the esophagus, but looked at
18  five, ten, more cancers.
19      So I included that information
20  in the body of the report, when I was
21  talking about a study that had multiple
22  cancers, and I also included that
23  information in those tables.
24      So I did that because it showed
25  what that study focused on.  The issue in

Page 65

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  that particular section where I was doing
3  that was what did that study find, what did
4  they look for, what did they find --
5      Q.   Okay, I'm going --
6      A.   As I showed in my expert report,
7  I did not do -- and I did not write a full
8  causal Bradford Hill causal analysis for
9  these other cancers.
10      Q.   Let's go to page 112 of your
11  report, please.
12      Are you there, Doctor?
13      A.   Yes.
14      Q.   Do you see a discussion of a
15  Rossing study on page 112 of your report?
16      A.   Yes.
17      Q.   Do you have any basis to dispute
18  that the Rossing study only addresses
19  breast and prostate cancer?
20      A.   No, I have no reason to dispute
21  that.
22      Q.   Okay.  So why is the Rossing
23  study discussed on pages 112 and 113 of
24  your report?
25      A.   This is a section that starts

17 (Pages 62 - 65)

Page 66

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 out with following sentence:
3        "There have been several
4 published studies on the relationship
5 between ranitidine use and cancer risk that
6 investigated several types of cancer from
7 one pharmacy database or cohort study.
8        So this is -- the title of this
9 section is "Epidemiologic Studies of
10 Ranitidine and Risk of Multiple Cancers."
11        And as I stated earlier in my
12 report, my method was, when I was doing a
13 search, was to search -- I was searching
14 for ranitidine, for cancer, NDMA and its
15 various other titles, and cancer.
16        I did not do specific searches
17 in the very beginning of my work on these
18 five cancers. I looked at every cancer.
19        And so when I wrote my report I
20 included the information that these studies
21 show.
22        But I then focused -- after I
23 wrote up what I saw in these studies of
24 multiple cancers, then I wrote up what I
25 had found for the five cancers that had the

Page 67

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 most and strongest amount of information.
3    Q.   Dr. McTiernan, let's go to page
4 295 of your report. Tell me when you're
5 there.
6    A.   Okay.
7    Q.   Okay. Do you see at the very
8 bottom of page 295 the paragraph that
9 starts with "in summary"?
10    A.   Yes.
11    Q.   So here you write:
12        "In summary, the available
13 literature provides evidence that average
14 intake of NDMA of doses as low as
15 47-nanograms per day increases risks for
16 several cancers, including bladder,
17 colorectal, esophagus, larynx, lung, oral
18 cavity, pancreas, prostate and stomach."
19        Did I read that correctly?
20    A.   Yes.
21    Q.   So I take it you had sufficient
22 evidence that NDMA increases the risk of
23 cancers, like lung cancer, prostate cancer
24 and colorectal cancer; correct?
25    A.   This point that you're reading

Page 68

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 from is in a section that's called "Minimal
3 Dose of NDMA and Other Sources That Can
4 Cause Cancer."
5        And so this is -- this is not
6 part of a causal analysis. This is an
7 analysis of just what it says, minimal dose
8 of NDMA that can cause cancer.
9        And this does not negate the
10 causal opinions that I did on the studies
11 -- sorry -- on the cancers that had the
12 most evidence in order to be able to do a
13 full causal analysis.
14    Q.   Dr. McTiernan, please listen to
15 my question. Here's my question to you:
16        Is there -- yes or no --
17 sufficient evidence that NDMA increases the
18 risk of lung cancer, prostate cancer and
19 colorectal cancer?
20        MR. RONCA: Object to form.
21    A.   I did not do a full causal
22 analysis with those cancers.
23    Q.   So as you sit here today, you
24 cannot testify that NDMA increases the risk
25 of colorectal, prostate, lung or oral

Page 69

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 cavity or larynx or laryngeal cancer;
3 correct?
4    A.   I did not do a full causal
5 analysis of those cancers.
6    Q.   Is it your testimony that NDMA
7 can increase the risk of bladder, pancreas,
8 stomach and liver cancer?
9    A.   I didn't do a full causal
10 analysis on those cancers -- sorry, say it
11 again. I need that -- the question again.
12 I think I answered the wrong question.
13        Can you repeat the question?
14    Q.   Is it your testimony that NDMA
15 can increase the risk of bladder,
16 pancreatic, stomach, esophageal and liver
17 cancers?
18    A.   Yes.
19    Q.   In order to reach your
20 conclusion, also -- strike that.
21        Is it your testimony, Doctor,
22 that ranitidine can increase the risk of
23 bladder, pancreatic, stomach, esophageal
24 and liver cancers?
25    A.   Yes.

18 (Pages 66 - 69)

Page 70

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2    Q.   And in order to reach that
3 conclusion about ranitidine, did you need
4 supporting epidemiological data that are
5 specific to ranitidine?
6    A.   In order to do -- to come to
7 that -- can you repeat the question,
8 including at the end -- maybe just repeat
9 the question.
10    Q.   Sure.  In order to reach your
11 conclusion that ranitidine can cause
12 bladder, pancreatic, stomach, esophageal
13 and liver cancers, did you need supporting
14 epidemiological data that are specific to
15 ranitidine?
16    A.   In coming up with my opinion, I
17 looked at all of the data on ranitidine and
18 cancer, epidemiologic data, and mechanistic
19 data.
20       I looked at evidence of NDMA,
21 which is the carcinogen contained in
22 ranitidine, and I looked at the evidence of
23 NDMA and cancer and did a full Bradford
24 Hill analysis and that is how I came up
25 with my opinion.

Page 71

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2    Q.   Doctor, please listen to my
3 question.  My question is very simple.
4       Did you need to see
5 epidemiological studies specifically on
6 ranitidine to reach your conclusion that
7 ranitidine can cause the five cancers for
8 which you have a causation opinion?
9    A.   I looked at all of the data
10 related to ranitidine and risk of cancer
11 and the carcinogen that's contained in
12 ranitidine, which is NDMA.
13       I looked at the data on NDMA and
14 risk of those five cancers and with the
15 NDMA being from other sources as well as
16 ranitidine.
17    Q.   Dr. McTiernan, you're not
18 answering my question and I think at some
19 point we may have to call the Court and ask
20 the Court to intervene because I'm asking a
21 very simple question, okay?  It really is a
22 very, very simple question.
23       If you had -- let me rephrase it
24 this way:
25       If you had no data, no

Page 72

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 epidemiological data relating to ranitidine
3 specifically, and the five cancers about
4 which you have a causation opinion, would
5 you still reach your causation opinion
6 about those five cancers?
7       MR. RONCA:  Object to form.
8    A.   What I did with my -- coming to
9 my opinion was to look at the full
10 spectrum, the full scientific body of
11 evidence, and that included epidemiologic
12 studies on ranitidine and cancer, as well
13 as other sources of NDMA, including food
14 and occupational exposures, in coming to an
15 opinion that ranitidine can cause these
16 cancers.
17    Q.   So you did need data specific to
18 ranitidine to reach your causation
19 conclusion; is that fair?
20    A.   I looked at all of the data
21 together.
22    Q.   Let's look at page 100, Doctor,
23 of your report.
24       MR. RONCA:  Eva, have you come
25 to a point where we could get a break?

Page 73

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2       MS. CANAAN:  Yes, maybe in five
3 minutes.
4       MR. RONCA:  Okay.
5 BY MS. CANAAN:
6    Q.   So are you there, Doctor, on
7 page 100?
8    A.   Yes.
9    Q.   Do you see Table 3, Doctor?
10    A.   Yes.
11    Q.   Is it fair to say that in this
12 table you show why the evidence was
13 sufficient, in your opinion, for you to
14 conduct a causal analysis for ranitidine
15 and bladder, esophageal, liver, pancreatic
16 and stomach cancers?
17    A.   Could you repeat the question?
18    Q.   Yes.  Of course.
19       In Table 3, you show why the
20 evidence was sufficient for you to conduct
21 a causal analysis for ranitidine and
22 cancers of the bladder, esophagus, liver,
23 pancreas and stomach; correct?
24    A.   Table 3 is just a schematic of
25 what evidence was available in -- across

19 (Pages 70 - 73)

Page 74

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 the types of epidemiologic studies that --
3 looking at different exposures.
4         So I did this in order to, as I
5 was working through the literature, to look
6 at what sources of data and to document
7 what sources of data.
8         It's a very simple table.  It
9 does not represent the entirety of the
10 scientific evidence.  That was developed
11 and obtained from the individual studies
12 looking at the studies' design, purpose,
13 and the data, the source of data, how they
14 analyze their data.
15     Q.  Dr. McTiernan, for the cancers
16 other than these five cancers, what was
17 missing that prevented you from doing a
18 Bradford Hill analysis, as you testified?
19     A.  For the other cancers, I don't
20 recall exactly what was missing but their
21 evidence was not as strong as it was for
22 these five cancers.
23     Q.  And your testimony is, you never
24 got to Bradford Hill for those other
25 cancers; is that right?

Page 75

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     A.  My testimony is I didn't do a
3 full Bradford Hill analysis, it's not --
4 and it's not included in my report.
5         My report is what my final
6 analysis represents.
7     Q.  Let's go to page 16 of your
8 report.  Are you there, Doctor?
9     A.  Yes.
10     Q.  First paragraph on page 16, do
11 you see the last sentence there that starts
12 with the word "while."
13     A.  "While," yes.
14     Q.  "While there is evidence in the
15 literature to support an association of
16 ranitidine use with those five cancers,
17 applying a Bradford Hill analysis, the
18 evidence was not sufficient to support an
19 opinion that the use of ranitidine can
20 cause breast, prostate, kidney, lung or
21 colorectal cancer."
22         Correct?
23     A.  That's what the -- that's what
24 that says, yes.
25     Q.  Okay.  So you did apply a

Page 76

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 Bradford Hill analysis; correct?
3     A.  I don't recall exactly what I
4 did.  I recall looking at some elements of
5 it, but it's not -- there's no Bradford
6 Hill in my report and so my formal Bradford
7 Hill analysis is in the report for each of
8 these five cancers.
9     Q.  Did you do an informal Bradford
10 Hill analysis for the other cancers?
11     A.  I don't recall doing something
12 informal -- sorry -- I don't recall what I
13 did.
14         There are some elements of
15 Bradford Hill that you do -- that I did as
16 I went along and reviewed literature, for
17 example, looking at what the epidemiologic
18 studies are showing.
19         But my report has a Bradford
20 Hill analysis only for those five cancers:
21 Bladder, esophagus, liver, pancreas and
22 stomach.
23     Q.  And for the other cancer types,
24 what exactly was missing from the Bradford
25 Hill analysis that prevented you from

Page 77

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 reaching the causation opinion, Doctor?
3     A.  I don't recall exactly.
4         MS. CANAAN:  We could take a
5 break now, Jim.
6         THE VIDEOGRAPHER:  Going off the
7 record.
8         The time is 10:22 a.m.
9         This is the end of Media Unit 1.
10 1.
11         (A recess was taken.)
12         THE VIDEOGRAPHER:  We are back
13 on the record.
14         The time is 10:49 a.m.
15         This is the beginning of Media
16 Unit 2.
17 BY MS. CANAAN:
18     Q.  Dr. McTiernan, are you ready to
19 proceed?
20     A.  Yes.
21     Q.  Okay.  Dr. McTiernan, would you
22 turn back to page 16 of your expert report,
23 please.
24     A.  Is that 16, 1-6?
25     Q.  16, correct.

20 (Pages 74 - 77)

Page 78

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     Are you there, Doctor?
3     A.   Yes.
4     Q.   So in the top paragraph, the
5 sentence that we have reviewed again
6 previously:  "While there's evidence in the
7 literature to support an association of
8 ranitidine use with those five cancers" --
9     A.   Hold on.  I'm sorry.  You're in
10 my expert report on page 16?
11     Q.   Yes.  You can just follow on the
12 screen, Doctor.
13     A.   I really want to see what it --
14     Q.   Are you there?
15     A.   I'm there, yes.  Yes.
16     Q.   All right.
17     "While there's evidence in the
18 literature to support an association of
19 ranitidine use with those five cancers,
20 applying a Bradford Hill analysis, the
21 evidence was not sufficient to support an
22 opinion that the use of ranitidine can
23 cause breast, prostate, kidney, lung or
24 colorectal cancer."
25     Correct?  That's what you wrote.

Page 79

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     A.   That's what I wrote, yes.
3     Q.   And is that an accurate
4 statement?
5     A.   I'm hesitating because I didn't
6 -- I did not write a Bradford Hill analysis
7 in this report for these cancers, but as an
8 epidemiologist I'm always considering all
9 of the elements of it.
10     So I think that must have been
11 my intention, as I said, applying a
12 Bradford Hill analysis.
13     So I did look at the relative
14 risks that were found in the various
15 studies, all of the studies that I
16 reviewed.
17     I looked at -- I looked at dose
18 response, whether it was tested and if it
19 was tested, what it found.
20     And I looked at some other
21 elements that would have been then later
22 put into a Bradford Hill analysis.
23     But it's not -- these -- it's
24 not in my report, there is no Bradford Hill
25 analysis, formal analysis, for these other

Page 80

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 cancers.
3     Q.   Okay, Doctor.  You hold a Ph.D.
4 in epidemiology; correct?
5     A.   Yes.
6     Q.   Okay.  You don't hold a degree
7 in biostatistics; correct?
8     A.   That's correct, I do not have a
9 degree in biostatistics.
10     Q.   You understand that plaintiffs
11 have disclosed a report from Dr. Davis?
12     Do you know who Dr. Davis is?
13     A.   You said plaintiffs have
14 disclosed a report from Dr. --
15     Q.   Yes, plaintiffs have submitted a
16 report from Dr. Davis.
17     Do you know who he is?
18     A.   I don't know -- I don't know --
19 the first name, I don't know who you're
20 referring to and I don't know what report
21 you're talking about.
22     Q.   Okay.  Is it fair to say that
23 you are, yourself, are not an expert in
24 biostatistics?
25     A.   I use biostatistics all the

Page 81

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 time.  I use the tools of biostatistics in
3 evaluating studies, all of my studies that
4 I've recorded have statistics in them.
5     I have done my own analyses in
6 the past.  Now, when I write papers, I have
7 a biostatistician too, actually, that will
8 do the analyses.  And so it's a
9 collaborative effort with the
10 biostatistician.
11     Q.   Do you -- well, let me ask you
12 this:  Are you a member of American
13 Statistical Association?
14     A.   You said American Statistical
15 Association?
16     Q.   No.  Are you a member of the
17 American Statistical Association.  Correct.
18     A.   No, I'm not.
19     Q.   Okay.  Have you ever published
20 in the Journal of the American Statistical
21 Association?
22     A.   I'm hesitating because I'm not
23 sure.  One of my colleagues has a grant
24 using data from my studies.
25     He's a biostatistician, and I've

21 (Pages 78 - 81)

Page 82

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 published at least one paper with him.
3 He's the first, the senior author, and I
4 don't recall right now where he is
5 published.
6        He is published in a
7 biostatistical journal, one or two papers,
8 that will have my name on it.
9    Q.   Can you do your own
10 meta-analysis?
11    A.   When you say "meta-analysis,"
12 what do you mean?
13    Q.   Can you meta-analyze studies?
14    A.   There's a lot of processes that
15 go into a metaanalysis.
16        There's systematic review,
17 there's search, there's identifying and
18 looking at multiple studies.
19        And --
20    Q.   I'm --
21    A.   And extracting data.
22        You know, I'm talking about the
23 various things that go into a
24 meta-analysis.
25    Q.   I understand.  I'm talking --

Page 83

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2        MR. RONCA:  Please don't --
3    Q.   I'm talking about the
4 statistical analysis.
5        MR. RONCA:  We're not going to
6    interrupt the witness.  Let her answer
7    and then you can ask your next
8    question.  She listens to you, you can
9    listen to her.
10 BY MS. CANAAN:
11    Q.   Go ahead, Doctor.
12    A.   Okay.  So there's extracting --
13 there's developing a protocol of what is
14 going to be looked at and what kinds of
15 studies will be included.
16        There's a protocol for
17 extraction of information, and then there
18 is extracting the information, doing an
19 analysis plan and then doing an analysis,
20 and this will be a statistical analysis.
21        Then reporting, developing
22 tables and reports from those analyses and
23 then interpreting the information.
24        And so I'm not sure which part
25 of that you're referring to when you asked

Page 84

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 can I do a meta-analysis.
3    Q.   I'm solely referring to the
4 statistical analysis part of a
5 meta-analysis.
6        Can you do that on your own?
7    A.   I've never done the statistical
8 part of a meta-analysis.
9    Q.   Okay.  You are not an expert in
10 gastroenterology; correct?
11    A.   I am a trained internal medicine
12 physician, so I've completed a residency
13 program in internal medicine and have an
14 active license in internal medicine in
15 Washington State.
16        And in doing that, I have quite
17 a bit of experience with diagnosing and
18 treating all kinds of diseases, including
19 gastrointestinal disease.
20        In addition, I have published
21 epidemiologic studies that include
22 gastrointestinal diseases.
23        I was PI of our grant, a large
24 grant from the National Cancer Institute
25 that was focused on colorectal cancer.

Page 85

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2        So I have expertise in -- in
3 gastrointestinal research and diseases.
4    Q.   Have you ever -- well, strike
5 that.
6        Are you a member of American
7 College of Gastroenterology?
8    A.   No, I'm not.
9    Q.   Are you a member of American
10 Gastroenterology Association?
11    A.   No, I'm not.
12    Q.   Do you belong to any
13 professional society whatsoever that
14 focuses on gastroenterology?
15    A.   I'm -- the American Society of
16 Nutrition, I'm a member, and so that's
17 related, but I don't think I'm a member of
18 anything that is specific for
19 gastroenterologists.
20    Q.   And you're not an expert on
21 toxicology; correct?
22    A.   I'm not a toxicologist, I'm not
23 trained.  I certainly have reviewed studies
24 in toxicology for the various work that I
25 do.

22 (Pages 82 - 85)

Page 86

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1
2    Q.   You're not an expert in
3    biochemistry; correct?
4        A.   I am not a biochemist and I
5    don't have a degree in biochemistry, but I
6    do have to read biochemical information for
7    some of the work that I do.
8        Q.   Okay.  Can you tell me what the
9    pH is at which NDMA can form endogenously
10   in the human body?
11       A.   You're talking about the pH?
12       Q.   Yes.  Can you tell me what the
13   pH is at which NDMA forms endogenously in
14   the human body, do you know?
15       A.   I don't have that information in
16   my head.  I know that some studies have
17   looked into that, but I'm not -- this is
18   not something I could say off the top of my
19   head.  I'm not sure that anybody could.
20       Q.   Dr. McTiernan, you're not an
21   expert on cancer biology; correct?
22       A.   I do read studies on cancer
23   biology for the various work that I do.
24       Q.   But you're not an expert in
25   cancer biology; right?

Page 87

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1
2        A.   I don't have a lab.  I don't do
3    cancer biology research.
4        Q.   Okay.  You're certainly not an
5    expert in analytical chemistry; correct?
6        A.   I don't do any work, I've never
7    done any analytical chemistry work.
8        Q.   And you're certainly not an
9    expert in NDMA or other nitrosamines;
10   correct?
11       A.   I have quite a bit of knowledge
12   now on NDMA and risk for various cancers,
13   so I needed to read evidence on
14   epidemiology and supporting biological
15   mechanisms on NDMA and cancer.
16       Q.   You have never published a
17   peer-reviewed study on NDMA; correct?
18       A.   I would have to look.  I do
19   believe that one of our studies included
20   something about nitrosamine, but I am not
21   sure.
22       Q.   And which study would that be?
23       A.   I'm not sure.  I would have to
24   look it up.
25       Q.   As you sit here today, you

Page 88

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1
2    cannot name a study for me that you have
3    published that relates to NDMA; correct?
4        A.   That specifically names NDMA,
5    I've published quite a few dietary studies
6    in which the diet, they have included
7    information on sources of things that could
8    have NDMA in it.
9        Q.   I'm glad you bring up those
10   studies, Doctor.
11           You have published studies on
12   diet and cancer risk; correct?
13       A.   Yes, I have.
14       Q.   Okay.  And in none of those
15   studies, Doctor, did you ever adjust for
16   dietary NDMA intake; correct?
17       A.   I can't say no -- I'm not sure.
18   I would have to look through the studies
19   and see what was looked at and what was
20   adjusted for.
21       Q.   But as you sit here today, you
22   cannot name a study for me that you have
23   published where you have ever adjusted for
24   dietary NDMA intake; correct?
25       A.   I'm not sure.  I would have to

Page 89

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1
2    look through the papers and see what was
3    looked at and what was potentially adjusted
4    for.
5        Q.   And as you sit here today, you
6    cannot name for me a single paper that you
7    have authored where you have adjusted for
8    any dietary nitrosamine intake; correct?
9        A.   I would have to look through the
10   papers and see what the study was focused
11   on and what variables might have been
12   adjusted for.
13       Q.   Okay.  Now, you have mentioned
14   that you have a medical degree; correct?
15       A.   Yes.
16       Q.   And after your residency, did
17   you ever practice as a physician?
18       A.   I did practice part-time at the
19   university, a couple of university
20   hospitals.
21       Q.   And for how long?
22       A.   I would have to look at my CV.
23   I'm not sure exactly how long.
24       Q.   Well, give me a ballpark, a
25   year, two years, three years?

23 (Pages 86 - 89)

Page 90

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      A.   I can't give a ballpark.  You
3  know, I can look up in my CV and see what
4  it says there, that would tell me.
5      Q.   So as you sit here today, you
6  can't tell me whether you practiced as a
7  physician for two years or 30 years?
8      A.   What was the last --
9      Q.   For two years or 20 years, you
10  don't recall?
11      A.   I can say it wasn't 20 years,
12  but I don't recall the exact number of
13  years.
14      Q.   Okay.  Is your medical license
15  active, Doctor?
16      A.   Yes.
17      Q.   When was the last time you
18  treated a patient?
19      A.   When you say treat a patient,
20  I'm not sure what you're referring to.
21      Q.   When was the last time that you
22  treated a patient in your role as a
23  practicing physician?
24      A.   So I have not been a practicing
25  physician for some time, so I'm not sure

Page 91

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  how to answer that without knowing when I
3  was last employed in a clinic or
4  volunteered in a clinic.
5          In my role as a physician
6  scientist at Fred Hutchinson, I direct
7  clinical trials or I can be, and currently
8  am, medical director of a clinical trial.
9          For some of those clinical
10  trials, I'm the physician of record.  So if
11  somebody needs to have -- be administered
12  some -- something or some test, data
13  collection, something that requires a
14  physician's license, then I'm the physician
15  of record.
16          And so I would be that -- that
17  would be clinical work requiring my being a
18  physician.
19          I don't have the date of the
20  last time that that occurred, but I am -- I
21  do continue to be principal investigator of
22  one clinical trial that uses our prevention
23  center clinic.
24          And so any of the procedures
25  that happen there, I'm the physician of

Page 92

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  record.  And I'm also the physician of
3  record for a weight loss trial, and for
4  that, that involves reviewing medical
5  information that is sent by another
6  physician.
7      Q.   When was the last time, Dr.
8  McTiernan, that you have examined a
9  patient?
10      A.   I don't recall.
11      Q.   You don't --
12      A.   It would -- let me finish.
13          In some of my trials, we do
14  physical exams, and before we enroll
15  patients or participants into the study.
16          So likely the last time I did
17  that would have been in that setting.  I
18  just don't know the year.
19      Q.   And when was the last time that
20  you took a board certification exam?
21      A.   I don't recall.  It would have
22  been a long time ago.
23      Q.   How long, approximately?
24      A.   I can't recall.
25      Q.   Ten years ago?

Page 93

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      A.   I can't recall.
3      Q.   So it could have been 30 years
4  ago?
5      A.   I finished my degree -- my
6  residency training in 1992, so sometime
7  between 1992 and now.  I just don't recall.
8      Q.   Most of your peer-reviewed
9  publications relate to breast cancer;
10  correct?
11      A.   Many do but many of the ones
12  that relate to breast cancer are also
13  relevant to other cancers and other
14  diseases.
15      Q.   Well, let me repeat my question.
16          The vast majority of your
17  publications relate specifically to breast
18  cancer; correct?
19          MR. RONCA:  Object to form.
20      A.   I would need to count them up.
21  I have over 400 publications.  I'd need to
22  look at them and see which ones relate to
23  breast cancer, which relate to colon
24  cancer, which relate to cardiovascular
25  diseases.

24 (Pages 90 - 93)

Page 94

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  
2       I've published in a wide variety
3  of types of diseases.  I've also published
4  results of clinical trials, weight loss
5  trials, medication trials, physical
6  activity trials where we're looking at
7  biomarkers that are related to multiple
8  cancers or other diseases.
9       So it's not a simple number
10  question and answer, so I can't give you a
11  number right now.
12      Q.   Dr. McTiernan, you have never
13  published a paper on acid suppressant
14  medications of any kind; correct?
15      A.   I don't believe I have, but I
16  don't know.  I was a project director for
17  the Women's Health Initiative, in which we
18  had all of the 160,000 women bring in their
19  medications and record them.
20      We recorded them.  And so I'm
21  not sure if I have been a co-author on
22  anything that would have detailed that
23  because certainly some of the women would
24  have been using acid -- acid suppressant
25  medications at that time.

Page 95

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  
2       Q.   And I think we've established
3  you have never published anything on NDMA
4  or other nitrosamines; correct?
5       A.   To my knowledge, I've not
6  published in that area, but, again, I'm not
7  sure exactly which dietary information
8  might have been in all of the papers that
9  I've published that have diet data.
10      Q.   By the way, when did you reach
11  the opinion that NDMA can cause cancer in
12  people?
13      A.   I reached that opinion after I
14  did a review of the full literature on
15  ranitidine and NDMA and risk for cancer.
16      And evaluated all of the
17  information and evaluated using a Bradford
18  Hill analysis, evaluated all of the data
19  and all of the scientific information that
20  was available to me and came to my opinion
21  at that point.
22      So it was as I was writing my
23  expert report.
24      Q.   In this litigation, you will not
25  be offering opinions as to the efficacy of

Page 96

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  
2  ranitidine, other H2-blockers or PPIs;
3  correct?
4       A.   The question again is the
5  efficacy?  Can you repeat the question?
6       Q.   Yes, you're not going to be
7  offering opinions about efficacy of
8  ranitidine, other H2-blockers or PPIs;
9  correct?
10      A.   In what context?  Efficacy for
11  what purpose?
12      Q.   Efficacy for the indications for
13  which these drugs are prescribed?
14      A.   I have in my report, and perhaps
15  even in my rebuttal report, I'm not sure,
16  but have referenced when there was trial
17  information on effect of these medications
18  on particular medical conditions, when they
19  were medical conditions for which these
20  medicines were used for treatment.
21      So I did reference papers
22  related to, for example, PPI treatment of
23  gastrointestinal diseases.
24      Q.   That's not my question, though,
25  Doctor.  My question is very simple.

Page 97

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  
2       Are you going to come to trial
3  in this litigation and offer an opinion,
4  for example, that ranitidine does not
5  effectively treat gastroesophageal
6  refluxes?  Are you going to be offering
7  those kinds of opinions?
8       A.   I would be offering opinions
9  related to the references that I gave on
10  the use of these treatments in -- for
11  various indications.
12      Q.   Okay.  Doctor, H2-blockers and
13  PPIs are indicated for GERD, gastric ulcers
14  and other acid-related disorders; correct?
15      A.   I believe so.  I believe I
16  reference that in my report.
17      Q.   Okay.  And gastroenterologists
18  are medical doctors who specialize in the
19  treatment of these disorders; correct?
20      A.   Yes.
21      Q.   Gastroenterologists prescribe
22  H2-blockers and PPIs on a daily basis;
23  right?
24      A.   I can't confirm if they use them
25  on a daily basis, I'm not -- I don't know

25 (Pages 94 - 97)

Page 98

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  if there's any particular statistics or
3  research on how often gastroenterologists
4  use them.
5         I know that other physicians do.
6         I did as a primary care internal
7  medicine physician for whatever was
8  available years ago and when I was in my
9  training.
10        And physicians of other
11  specialties also can use them, but -- and I
12  believe that I reference this as well, that
13  in some studies half of the people that are
14  giving these treatments are not
15  gastroenterologists, so they are commonly
16  used by many types of physicians.
17     Q.   You yourself certainly do not
18  prescribe H2-blockers and PPIs on a regular
19  basis; correct?
20     A.   I do not now, no.
21     Q.   Do you prescribe medications at
22  all?
23     A.   If I do, it's within a clinical
24  trial.
25     Q.   Have you ever prescribed

Page 99

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  H2-blockers or PPIs?
3     A.   I don't believe that I've
4  prescribed PPIs, but certainly when I was
5  in internal medicine, in training, I
6  prescribed H2-blockers.
7     Q.   And when was that?
8     A.   When I finished my training was
9  in 1992 and then I did some medical work,
10  some part-time clinical work for some
11  number of years, which I'm not sure how
12  many years.
13        But during that time if I had a
14  patient that could benefit from that type
15  of treatment, I probably did use it.
16        I do not recall exact
17  circumstances, however.
18     Q.   But will you agree that
19  gastroenterologists are uniquely qualified
20  to comment on the patient populations that
21  are prescribed acid suppressant
22  medications?
23        MR. RONCA:  Object to form.
24     A.   I would say the
25  gastroenterologists are qualified, highly

Page 100

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  qualified.
3         I wouldn't say it's uniquely
4  because other specialties too diagnose and
5  treat, and many of the countries for which
6  these studies came from that I've reviewed,
7  the primary care physician, the general
8  practitioner would be doing the bulk of
9  diagnosis and treating conditions for which
10  H2-blockers or PPIs are used.
11        The gastroenterologists
12  certainly are involved with many of the
13  diagnoses, the -- diagnoses requiring
14  specialized testing, like scoping, but many
15  physicians are prescribing these as well,
16  many other physicians.
17     Q.   Dr. McTiernan, cancer is a very
18  common disease; correct?
19     A.   Cancer is common in a person's
20  lifetime, in an individual's year or a
21  number of people per year, then it's a rare
22  event and individual cancer types are rare
23  events compared to -- sorry, when you look
24  at it on a yearly -- yearly rates in a
25  population or a group, the cancer

Page 101

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  occurrences are rare.
3     Q.   Doctor, because there's a high
4  background rate of cancer in the general
5  population, epidemiological data are
6  required to reach causal conclusions about
7  ranitidine and cancer outcomes in humans;
8  correct?
9         MR. RONCA:  Please repeat the
10  question or have the court reporter
11  read it back.
12        (Requested portion of record
13  read.)
14        MR. RONCA:  Object to form.
15  Foundation.
16  You can answer if you can.
17     A.   Yeah, so this is -- this is an
18  unusual statement.
19        The first part states that
20  cancer is common in the general population?
21  Is that what that said?
22     Q.   Dr. McTiernan, let me break it
23  up for you.
24        Is there or is there not a
25  background rate of cancer in the general

26 (Pages 98 - 101)

Page 102

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  population?
3      A.   There is a background rate, yes.
4      Q.   Okay.  Because there's a
5  background rate in the general population
6  for cancer, epidemiological data are
7  required to reach causal conclusions about
8  ranitidine and cancer outcomes in people;
9  right?
10     A.   Okay.  So the question has
11  changed from that there is a high
12  background rate in the general population
13  to there is a background rate.  Is that
14  correct?
15     Q.   Sure.
16     A.   So, yes, there is a background
17  rate.  The general population has a rate of
18  developing cancer per year and I've shown
19  that for the five cancers that are in my
20  report, what that rate is per hundred
21  thousand per year.
22          But to determine causality for
23  an exposure like ranitidine and NDMA, it's
24  important to have epidemiologic studies
25  that look at this to see what the effect of

Page 103

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  those exposures are compared to the over
3  and above the background rate.
4      Q.   Now, all other things being
5  equal, I assume you would agree that to
6  determine whether ranitidine increases the
7  risk of a particular cancer, the best data
8  are the data on ranitidine and that
9  particular cancer; correct?
10     A.   I disagree.  I think ranitidine
11  has a carcinogen, and the FDA has stated
12  that there's a carcinogen in ranitidine,
13  which is NDMA.
14          And so it's important to look at
15  all of the data on exposure to that
16  carcinogen and risk of cancer.
17          So that includes ranitidine,
18  which we know has NDMA in it, but it also
19  includes other sources of NDMA, such as
20  diet and occupation.
21     Q.   Doctor, did you or did you not
22  write in your report that studies of
23  ranitidine and cancer risk have the highest
24  validity in assessing the causal role of
25  ranitidine and cancer in humans?

Page 104

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      A.   I'm not sure, could you point to
3  what you're talking about.
4      Q.   Let me just ask you like this:
5          Do you agree, yes or no, studies
6  of ranitidine and cancer risk have the
7  highest validity in assessing the causal
8  role of ranitidine and cancer in humans?
9  Yes or no, do you agree or you don't agree?
10     A.   I would say that we need to look
11  at all the information.
12          So it sounds like you took this
13  or pointed to something in my report.  So
14  if you could show me where that is, then I
15  could look at it in context and see what it
16  is that I wrote.
17     Q.   Sure.  Let's go to your report,
18  let's go to page 38 --
19          MR. RONCA:  Go to the report,
20     good idea, because I'm going to object
21     to the form of your question, ask that
22     it be stricken because you only made
23     part of a sentence there in your
24     question --
25          MS. CANAAN:  Jim, Jim.  Your

Page 105

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     sentence is, "Objection, form."
3          If the witness asks to look at
4     the report, we look at the report.
5     It's totally unnecessary.
6  BY MS. CANAAN:
7      Q.   Let's look at page 38, please.
8      A.   You said 38?
9      Q.   Sorry, one second.
10          38, yes.
11          MR. RONCA:  I think you mean 37.
12          MS. CANAAN:  Is it 37?
13          Thank you.
14  BY MS. CANAAN:
15     Q.   Are you there, Doctor, page 37?
16     A.   Yes.
17     Q.   Do you see the last paragraph?
18     A.   Yes.
19     Q.   Do you see the sentence that
20  starts "while the studies of ranitidine"?
21     A.   Yes.
22     Q.   Okay.  You write:
23          "While the studies of ranitidine
24  and cancer risk would have the highest
25  validity in assessing the causal role of

27 (Pages 102 - 105)

Page 106

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  ranitidine and cancer in humans, many of
3  the existing epidemiologic studies are
4  missing key epidemiologic elements that
5  preclude them from being definitive or
6  informative."
7      That's what you wrote; correct?
8  A.  Yes.
9  Q.  So leaving aside any
10  methodological issues that you may perceive
11  in the studies of ranitidine and cancer, is
12  it fair to say that you wrote that,
13  generally speaking, leaving aside those
14  methodological criticisms that you have,
15  the studies of ranitidine and cancer risk
16  would have the highest validity in
17  assessing the causal role of ranitidine and
18  cancer in humans?
19  A.  That's -- that's not what I
20  wrote.
21      What I wrote is:
22      "While the studies of ranitidine
23  and cancer risk would have the highest
24  validity in assessing the causal role of
25  ranitidine and cancer in humans, many of

Page 107

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  the existing epidemiologic studies are
3  missing key epidemiologic elements that
4  preclude them from being definitive or
5  informative."
6      "Therefore, epidemiologic
7  studies of other sources of NDMA and risks
8  for cancer provide additional information
9  on" -- "additional evidence on the role of
10  the carcinogen NDMA and cancer risk in
11  humans."
12  Q.  And that's exactly my question,
13  Doctor.
14      If it was not your opinion that
15  the ranitidine studies had methodologic
16  limitation, let's just assume you didn't
17  think ranitidine studies had methodologic
18  limitations, do you agree that the studies
19  of ranitidine and cancer risk have the
20  highest validity in assessing the causal
21  role of ranitidine and cancer in humans?
22      MR. RONCA:  Object to form.
23  A.  I can't agree with your
24  statement because the reality is, these are
25  the data that we have.  So this statement

Page 108

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  is based on the state of the science.
3  Q.  Okay, Doctor, to the extent that
4  cancer could be caused by ranitidine,
5  there's no way to differentiate that cancer
6  from cancer that's caused by genetics, old
7  age or other cancer risk factors; correct?
8  A.  I disagree.  Epidemiology is the
9  science of looking at risk factors for
10  disease and using the methods that can
11  tease out associations with other risk
12  factors, and there are many different ways
13  to do that.  But I disagree that you can't
14  differentiate what -- what are causing
15  cancers.
16  Q.  Okay.  So is it your testimony,
17  Doctor, that in an individual case, you
18  would be able to say that this patient's
19  cancer was caused by ranitidine as opposed
20  to another risk factor?
21      MR. RONCA:  Object to form.
22      That goes to a specific
23  quotation.
24      THE WITNESS:  Sorry?
25  BY MS. CANAAN:

Page 109

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  Q.  Go ahead, Doctor, you can
3  answer.
4  A.  Yeah, my -- my work for this
5  litigation has been to look at general
6  causation.  Not to look at any particular
7  individual cases.
8  Q.  Dr. McTiernan, I'm not asking
9  you what your work was for this litigation.
10      My question is, because you
11  literally just testified that you can tell
12  whether a cancer was caused by ranitidine
13  or another risk factor, and my question is,
14  can you in an individual case state that a
15  person's cancer was caused by ranitidine as
16  opposed to another risk factor?
17      MR. RONCA:  Objection to the
18      form on the same grounds.
19  A.  I did not state that -- that
20  epidemiologists can determine that an
21  individual cause of -- an individual's
22  cause of cancer can be determined.
23      What I stated was that
24  epidemiologists have tools for looking at
25  individual causes of cancer, adjusting for

28 (Pages 106 - 109)

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol I
1 other causes.
2    So epidemiology is the study of
3 cancer in groups. It's not the study of
4 identifying a cause of cancer in
5 individuals.
6    Q.   Okay. And a very large
7 proportion of cancers are idiopathic;
8 correct?
9    A.   What do you mean by idiopathic?
10    Q.   That they have a very large
11 proportion of cancers have no ascertainable
12 cause; right?
13    A.   Are you talking about in a
14 population or are you talking about an
15 individual person?
16    Q.   Both.
17    A.   I -- I think that we know --
18 epidemiologists know that, in general, some
19 proportion of cancers come -- are caused by
20 the environment, and environment is a broad
21 term that includes risk factors like NDMA,
22 taking ranitidine.
23    It can include other things that
24 people are exposed to, and then those much

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol I
1 smaller proportion of cancers are related
2 to an individual's genetic background.
3    It can be a commingling of
4 those. A person with the genetic
5 background that predisposes them to cancer
6 can also have an increased risk if they're
7 exposed -- or let's say a population --
8 sorry, not an individual -- a population
9 who has a particular genetic predisposition
10 can also have increased risk of cancer from
11 -- from exposures, from environmental
12 exposures.
13    Q.   Dr. McTiernan --
14    MR. RONCA:  Don't interrupt,
15 please. Don't interrupt because you
16 don't like the answer.
17    MS. CANAAN:  Jim --
18    MR. RONCA:  You have to let her
19 finish --
20    MS. CANAAN:  She's not
21 responsive to my questions.
22    MR. RONCA:  You're not the
23 judge.
24 BY MS. CANAAN:

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol I
1    Q.   Were you finished, Dr.
2 McTiernan?
3    MR. RONCA:  I think she has
4 answered your question.
5    Now, if you'd like to call the
6 judge about this we can do that.
7    She's allowed to answer and then
8 you can ask more questions, but you
9 can't interrupt her because you
10 disagree with the answer.
11 BY MS. CANAAN:
12    Q.   Dr. McTiernan, were you
13 finished?
14    A.   I'm not sure. I think so.
15    Q.   Okay.
16    MR. ROTMAN:  Can we have the
17 answer re-read so she can figure
18 out --
19    MS. CANAAN:  No, we cannot have
20 the answer re-read.
21    MR. RONCA:  Yes, we can.
22    MS. CANAAN:  We really cannot
23 have the answer re-read, Steve.
24    MR. RONCA:  Yes, we can.

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol I
1    MS. CANAAN:  And if we need to
2 call the Court, we'll call the Court.
3    MR. RONCA:  Stop threatening,
4 okay? We can have the answer re-read.
5 This is only the second time we've
6 asked for this. This is not an abuse.
7 Let's re-read the answer.
8    MS. CANAAN:  Go ahead, Madam
9 Court Reporter. Can you re-read the
10 answer.
11    (Requested portion of record
12 read.)
13    MR. RONCA:  Were you finished?
14    THE WITNESS:  I think so. I've
15 forgotten what the question was.
16 BY MS. CANAAN:
17    Q.   Okay, Dr. McTiernan, there is no
18 pathology, radiology or other medical test
19 that can determine whether a patient's
20 cancer was caused by ranitidine; correct?
21    A.   I have not seen -- I've not read
22 any literature about -- is it any
23 particular diagnosis that can determine
24 whether NDMA, which is the carcinogen in

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 ranitidine, whether that causes -- sorry --
2 whether that can be used as a test in -- in
3 people with cancer.
4         But that is true of many causes
5 of cancer, that the genetic signatures
6 won't distinguish between causes of cancer.
7     Q.   Doctor, the same cancers that
8 you claim are caused by ranitidine occur in
9 many patients who have never taken
10 ranitidine; correct?
11     A.   In the studies that I looked at,
12 yes.  The problem is that we didn't always
13 know in those studies whether people that
14 were classified as non-users had actually
15 never used it.
16         So it's a very difficult
17 question to answer, given that we don't
18 know -- that the data had been so
19 problematic and there was so much
20 misclassification.
21     Q.   Doctor, I'm talking about the
22 general population.  The vast majority of
23 -- strike that.
24         The same cancers that you claim

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 are caused by ranitidine occur in many
2 patients who have never taken ranitidine in
3 the general population, okay?  Yes?
4     A.   Again, I can't talk about
5 proportions.  I do know that these cancers
6 occurred before ranitidine was in -- that
7 it was used as a medication, that it was
8 FDA approved, that these cancers occurred.
9         But for what's the evidence
10 right now, we just don't know because we
11 don't know how many people have been taking
12 ranitidine, particularly in the studies,
13 the data are so problematic that we don't
14 have a good sense of -- of use.
15         And one of the problems is the
16 over-the-counter use.  So we can't say this
17 person definitely never used ranitidine if
18 in a study they are not classified as a
19 ranitidine user.
20     MS. CANAAN:  Move to strike as
21 nonresponsive.
22 BY MS. CANAAN:
23     Q.   Dr. McTiernan, in your report
24 you do a separate analysis for each cancer

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 type; correct?
2     A.   Yes.
3     Q.   And that's because cancers are
4 ideologically distinct; correct?
5     A.   Cancers can be ideologically
6 distinct, but they have overlap as well.
7         So cancers -- one exposure, such
8 as cigarette smoking, can be causally
9 related to multiple types of cancers.
10         And the same thing we see in
11 NDMA and in ranitidine.
12     Q.   But the accepted method, Doctor,
13 is to look at associations with specific
14 cancer types; correct?
15     A.   I think it's the most accurate
16 measure, to look at specific cancers, yes.
17     Q.   In fact, cancer risk can even
18 vary by subtype of cancer; correct?
19     A.   It can, yes.  And you're talking
20 about cancer risk in terms of --
21     Q.   For example, there are different
22 risk factors for esophageal adenocarcinoma
23 versus esophageal squamous cell carcinoma;
24 correct?

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1     A.   There can be some different risk
2 factors -- risk factors could differ but
3 there could be the same risk factors that
4 would occur for both of those.
5     Q.   Well, do you know or do you not
6 know?  As you sit here today, do you know
7 that there are different, at least some
8 different risk factors for esophageal
9 adenocarcinoma versus esophageal squamous
10 cell carcinoma, do you know or you don't
11 know?
12     A.   I said there are some different
13 and there are some that are the same.
14     Q.   Okay.  If a study reports an
15 association between an exposure and all
16 cancers combined, based on that result alone, conclude that there's an
17 association with any particular cancer
18 type; correct?
19     A.   Could you repeat that question?
20     Q.   Sure.  If a study reports an
21 association between an exposure and
22 cancers combined, all cancers, you would
23 not, based on that result alone, conclude

30 (Pages 114 - 117)

Page 118

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 that there's an association with any
3 particular cancer; correct?
4    A.  I would not say it's definitive.
5     If a study is looking at all
6 cancers, that gives you one answer, but it
7 would really depend on which cancers were
8 included in all cancers, and that really
9 depends on the study, it depends on the
10 country.
11     But epidemiologists tend to look
12 at individual cancers. So looking at the
13 effect and association of an exposure like
14 ranitidine or NDMA and risk of cancer of
15 the stomach and cancer of the liver, cancer
16 of the pancreas.
17    Q.  I think we agree, Doctor.
18     So if a study reports an
19 association for an exposure and, say, all
20 GI cancers, all gastrointestinal cancers
21 combined, you would not, based on that
22 finding alone, conclude that there's an
23 association with specific GI cancer types;
24 right?
25    A.  In that situation, I would want

Page 119

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 to know what types they included in
3 gastrointestinal.
4    Q.  Okay. Let's say they included
5 all types.
6    A.  I would want to know what
7 proportions. There's, in some populations,
8 it depends on the population, there was a
9 study conducted in Asia there might be a
10 high percentage of gastric cancers, stomach
11 cancers.
12     If it was done in the United
13 States, there might be a high proportion of
14 colorectal.
15     So it's not a question that's
16 accurate to give a yes and no answer. It
17 really would depend.
18    Q.  I understand what you're saying,
19 I understand what you're saying.
20     But is it fair to say that to
21 draw reliable conclusions about a specific
22 cancer type, you need to see
23 epidemiological data that are specific to
24 that cancer type; right?
25    A.  And when you say "type" can you

Page 120

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 specify what you mean by type.
3    Q.  Okay. So for example, to draw
4 reliable conclusions about ranitidine and
5 gastric cancer, you want to see
6 epidemiological data that are specific to
7 gastric cancer; correct?
8    A.  For looking at the epidemiologic
9 association of ranitidine with gastric
10 cancer, I would want to see what the
11 association has shown in studies of gastric
12 cancer.
13    Q.  And I assume the answer would be
14 the same for the other four cancers that
15 you have a causation opinion about;
16 correct?
17    A.  Yes, I would want to see what
18 those studies show for those cancers.
19    Q.  So in this litigation you are
20 not drawing any conclusions about increased
21 or decreased cancer risk from data that
22 lump different cancer types together;
23 correct?
24    A.  I can't recall if I made any
25 conclusions. I know that some of the

Page 121

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 studies that I reviewed did first look at
3 all cancers and then broke it down into
4 specific cancers.
5     So if you're referring to some
6 study, it's not something I could comment
7 on without knowing what you're asking
8 about.
9    Q.  No, no, I understand what you're
10 saying.
11     I'm just saying, you are not
12 drawing causal conclusions, right, or
13 you're not drawing conclusions about an
14 association based on data that lump
15 different cancer types together, that's all
16 I'm asking?
17    A.  Again, I'm not sure which
18 studies you're referring to that -- but I
19 did pay attention to studies that looked at
20 specific cancer types when I was doing my
21 causal analysis.
22    Q.  Well, let me ask it this way,
23 Doctor:
24     Is it reliable to draw causal
25 conclusions about gastric cancer from data

31 (Pages 118 - 121)

Page 122

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  that lump, say, gastric and esophageal
3  cancers together?  Is that reliable, in
4  your opinion?
5      A.  Again, I'm not sure.  It would
6  depend on the study and where the study is
7  from and what -- you know, what cancers
8  were included in that -- that study, but
9  also I'm not making causal conclusions
10  based on only one study.
11      In my review, I looked at the
12  totality of evidence across all studies.
13      Q.  Okay.  Let me ask you this,
14  Doctor:
15      If a study lumps two or more
16  different exposures together, okay, and
17  finds an association between that lumped
18  group of exposures and a particular cancer,
19  you would not conclude that any particular
20  exposure is associated with that cancer
21  type; is that fair?
22      A.  I would say it's -- it would be
23  a weakness for that study to not have data
24  individualized for the exposure.
25      Q.  Okay.

Page 123

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      A.  That's what I would say.
3      And so if -- suppose a study
4  combined ranitidine and nizatidine, which I
5  know some studies did.
6      If 95 percent of those patients
7  exposed were using ranitidine and only
8  5 percent nizatidine, then that result is
9  going to be mostly due to the ranitidine.
10      If it's 50/50, then that's
11  different.
12      And so when I evaluated studies
13  where that was the case in my report, I
14  believe that I commented on what a weakness
15  of that study might have been, that they
16  didn't provide data on an individual
17  exposure to ranitidine.
18      Q.  So, for example, in your report
19  you discuss the Michaud study, correct?
20      A.  Say again, which study?
21      Q.  The Michaud study.
22      A.  Yes.
23      Q.  And you state that you found it
24  uninformative because it lumped ranitidine
25  and cimetidine together.

Page 124

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      A.  Maybe we can look at it.
3      Q.  Sure, we can go to page 186 to
4  187 of your report.  It's the very last
5  sentence, Doctor.
6      A.  Yes.
7      Q.  Do you see the sentence that
8  starts with "in summary"?  Are you there,
9  Doctor?
10      A.  Yes.
11      Q.  You write: "In summary, while
12  the health professional studies are
13  well-designed and conducted cohort with
14  excellent follow-up and participants are
15  well-characterized, the study did not
16  differentiate between use of cimetidine and
17  ranitidine.
18      "Therefore, this study is not
19  informative on the relationship between
20  ranitidine use and bladder cancer risk, and
21  therefore it did not weigh in my causal
22  analysis of ranitidine and bladder cancer."
23      Did I read that correctly?
24      A.  Yes.
25      Q.  Okay.

Page 125

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      So for your causation opinion,
3  Doctor, you're not relying on studies that
4  lump all H2-blockers together; correct?
5      A.  I believe that I did not rely on
6  any that added all H2-blockers together,
7  but I can't recall.
8      Q.  Well, did you or did you not
9  systematically analyze data on H2-blockers
10  as a group and cancer outcomes?
11      A.  I'm not sure how to answer that.
12      When I did my systematic search,
13  these did show up, and so I -- I certainly
14  read through those papers to see if they
15  had individual data.
16      I remember one study -- I can't
17  remember which cancer -- did have almost
18  the vast majority were using one of those
19  medications and not another.
20      But -- so it really depends on
21  the individual study.
22      So if we have questions about
23  whether -- how I evaluated a study and how
24  it applied to my causal analysis, we have
25  to look at the individual study.

32 (Pages 122 - 125)

Page 126

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1
2    Q.   So do you know, by the way, how
3  many studies there are that lump
4  H2-blockers together and look at cancer
5  outcomes?
6    A.   I don't know that number in my
7  head, no.
8    Q.   Would they be on your materials
9  reviewed list or your materials considered
10  list; right?
11    A.   They probably are.
12    Q.   Okay.  Now, is it fair to say
13  that -- first of all, you're not relying on
14  any -- I think you said this already.
15        You're not relying on any
16  studies that lump H2-blockers together to
17  draw conclusions about ranitidine
18  specifically; correct?
19    A.   I would have to look at the
20  individual study.
21    Q.   So as you sit here, you don't
22  remember?
23    A.   I don't recall and it's a very
24  general question.  So I can't say exactly
25  what I did and didn't do.  And it depends

Page 127

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1
2  on how much data were provided in the
3  paper, so I -- it's not a question I can
4  just give a yes or no answer to.
5    Q.   So is it -- do you think it is
6  possible to draw reliable conclusions from
7  data that lump all H2-blockers together and
8  report on cancer outcomes, can you draw
9  reliable conclusions from those data with
10  respect to ranitidine specifically, is that
11  possible?
12    A.   It depends.  I would have to
13  look at the paper.
14    Q.   Okay.  Doctor, how many
15  nitrosamines are there?
16    A.   There are multiple.  I don't
17  have in my head the number.
18    Q.   Do you think it's five, 50, 500?
19  What is it closer to?
20    A.   I don't know.  I would need to
21  review, you know, papers on -- on
22  nitrosamines.  I don't have the number in
23  my head.
24    Q.   Okay.  And if a study reports on
25  all nitrosamines combined and cancer

Page 128

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1
2  outcomes, is it reliable to make -- to
3  reach conclusions based on that data about
4  NDMA?
5    A.   To my knowledge, if nitrosamines
6  were combined, then it wouldn't necessarily
7  be the same as NDMA.
8        However, it depends on the food
9  -- if it's a food study and dietary study,
10  it depends on what they're looking at,
11  because NDMA is the most prevalent, to my
12  knowledge, most prevalent of the
13  nitrosamines in many foods.
14        So it's a -- it really depends.
15  And I would need to see a paper, if you're
16  referring to a paper, before I could make a
17  definitive statement about whether the
18  nitrosamine variable could be an indicator
19  of how much NDMA is in something.
20    Q.   Okay.  But let's say you have a
21  paper that combines two nitrosamines
22  together, is it, in your opinion,
23  scientifically reliable to draw conclusions
24  about any specific nitrosamine based on
25  those lumped data?

Page 129

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1
2        MR. RONCA:  Object to form.
3    A.   I would need to see the paper.
4    Q.   Okay.  So it's possible that it
5  is reliable then?
6    A.   I don't know.  I'd need to see
7  the paper before I could say if it's
8  reliable or not.
9    Q.   Okay.  Doctor, confounding by
10  indication occurs when the underlying
11  indication for the treatment, rather than
12  the treatment itself, increases the risk of
13  an adverse event; correct?
14    A.   Could you state that again?
15    Q.   Sure.  Confounding by indication
16  occurs when the underlying indication for
17  the treatment, rather than the treatment
18  itself, increases the risk for an adverse
19  event; correct?
20    A.   So I would say the confounding
21  only happens if it's in that data set.
22        So this is a theoretical type of
23  confounding that could happen if
24  individuals are taking a medicine for an
25  indication, where the indication also is

33 (Pages 126 - 129)

Page 130

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 increasing risk for that cancer.
2 increasing risk for that cancer.
3       So -- but confounding is always
4 something that has to happen in a
5 particular data set.  So just because it
6 could happen doesn't mean it always does.
7       The other thing to consider that
8 -- I'll stop there.
9    Q.   Confounding by indication is
10 very difficult to control in
11 pharmacoepidemiological studies; correct?
12    A.   I think confounding by
13 indication, if it is happening, I think is
14 challenging, but it depends on the study
15 and what approach they take to -- to
16 control for it.
17    Q.   And a typical approach for
18 addressing confounding by indication is
19 using an active comparator analysis;
20 correct?
21    A.   It can be.  It's one thing.
22       There are different ways to --
23 to address this issue, but that is one.
24    Q.   Okay.  And an active comparator
25 analysis uses as a comparator a medication

Page 131

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 that is used for the same indication;
3 correct?
4    A.   That's my understanding.
5       The goal is an active comparator
6 is something that would be used for the
7 same indication as the drug exposure of
8 interest.
9       But also with the patients using
10 both medications have the same type of
11 disease, the same extent of disease, and
12 the populations are similar in other ways.
13       So that there's no other thing
14 that's making somebody more or less likely
15 to use one of the drugs or other.
16    Q.   Dr. McTiernan, active comparator
17 analyses are routinely used in
18 pharmacoepidemiologic studies; correct?
19    A.   I wouldn't say they're routinely
20 used.
21       I've published many studies
22 looking at drugs and risk of cancer or
23 other diseases and I don't recall anywhere
24 we used an active comparator.
25       When I read the defense reports,

Page 132

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 I was interested to see, and I looked at
3 their PubMeds to see how many of them had
4 published studies using -- on medications
5 and risks for cancer.
6       And I didn't see any that had
7 used an active comparator, so I don't know
8 if they never have, but I don't think it's
9 routine.
10       I think many studies do that,
11 more now than used to, but it's not
12 something that's been done throughout the
13 history of pharmacoepidemiology, to my
14 knowledge.
15    Q.   Okay.  Let's unpack that a
16 little bit.
17       First you testified, Doctor,
18 that you don't ever recall using an active
19 comparator in your own studies, that was
20 your testimony?
21    A.   I don't recall.  Maybe I did,
22 but I don't recall.
23    Q.   Would it surprise you that you
24 have published more than a few studies
25 using the active comparator.

Page 133

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2       Does that surprise you as you
3 sit here?
4    A.   I would need to see what studies
5 you're talking about.
6    Q.   We'll definitely get there,
7 Doctor.
8       And also you testified that you
9 reviewed the studies published by other
10 defense experts; correct?
11    A.   I said some.  I looked at
12 PubMed.
13    Q.   I'll represent to you that
14 Dr. Chan, for example, published more than
15 a hundred studies looking at medications
16 and cancer risk.
17       I want to get an understanding.
18       Did you review more than a
19 hundred studies published by Dr. Chan?
20    A.   No.
21    Q.   Okay.  So then you can't say one
22 way or the other whether Dr. Chan has
23 published studies using active comparators;
24 right?
25    A.   I said that I didn't see any

34 (Pages 130 - 133)

Page 134

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 that were on cancer looking at his -- his
3 PubMed record.
4     Q.   And that's exactly what I'm
5 saying.
6         Dr. Chan has published more than
7 a hundred studies looking at medications
8 and cancer risk.
9         I will represent that to you.
10        And I'm asking you, did you
11 review more than a hundred studies by
12 Dr. Chan?
13    A.   So are you saying that there are
14 more than a hundred where he used an active
15 comparator for cancer, is that what you're
16 saying?
17    Q.   No.  I'm saying there are more
18 than a hundred studies that Dr. Chan has
19 published looking at medications and cancer
20 risk, and my question to you, Doctor, is
21 did you review more than a hundred studies
22 by Dr. Chan?
23    A.   I don't think I did, no.
24    Q.   Okay.  Now, Doctor, in the
25 ranitidine studies, investigators, when the

Page 135

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 investigators used active comparators, they
3 compared ranitidine users to users of other
4 H2-blockers or PPIs; correct?
5     A.   Yes.
6     Q.   Okay.  And these drugs are used
7 for the same indication as ranitidine;
8 correct?
9     A.   Sometimes; sometimes not.
10    Q.   When you say "sometimes not,"
11 what other indications -- so give me an
12 example.
13        When is a PPI or another
14 H2-blocker used for a different indication,
15 give me one example?
16    A.   Well, if you look at the
17 database studies, the pharmaceutical
18 database studies, that they don't
19 necessarily have indications there that are
20 typical indications for use of those
21 medicines.
22        They're -- so, you know, I'll
23 look through these studies to jog my
24 memory, but the pharmacy databases didn't
25 have linked -- to my knowledge, didn't have

Page 136

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 linked the medication to an indication.
3 And what they did instead was list off
4 co-morbidities.
5         So you would think that
6 100 percent of the people using ranitidine
7 or other H2-blockers or PPI would have one
8 of those indicated diseases, and it was
9 much, much smaller, less than 20 percent,
10 that had those diseases.
11        So they're using them for
12 something else.  Or we just don't know why
13 they're using them.
14        Over-the-counter medications,
15 people can take those for any reason they
16 want, even if they're -- even if it's
17 written on the box that it's indicated for
18 something or another, people going in and
19 purchasing them can make their own
20 decisions of what they're going to use them
21 for.
22        So we don't know exactly why
23 somebody is using something so --
24    Q.   Okay, Doctor.
25        Can you give me an example of a

Page 137

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 labeled indication for ranitidine that
3 differs from a labeled indication from
4 another H2-blocker?
5     A.   I don't have that information in
6 front of me right now.
7     Q.   Can you give me an example of a
8 labeled indication for ranitidine that
9 differs from a labeled indication for a
10 PPI?
11    A.   I don't have that information in
12 front of me right now.
13    Q.   Okay.  And active comparators,
14 Doctor, as you note in your report,
15 minimize confounding by indication;
16 correct?
17    A.   Can you show me where --
18    Q.   You know, Doctor, you know, I
19 wish I had more than two days with you and
20 we could, you know, read all your entire
21 400-page report, and so I'm just going to
22 rephrase my question and ask it like this:
23        Do you agree that active
24 comparator analyses minimize confounding by
25 indication?

35 (Pages 134 - 137)

Page 138

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2      A.   It would depend.  It would
3   depend on the study entirely.
4      Q.   Let's go to your report then.
5   Let's go to page 45 of your report.
6          Okay, on page 45 of your report,
7   Dr. McTiernan, I want to draw your
8   attention to sort of the middle of that
9   page that starts with the word "finally."
10         "Finally, the study attempted to
11  minimize bias."
12         Do you see that, Doctor?
13     A.   Which study is this in reference
14  to because my page 45 is talking about
15  something else.
16     Q.   You can follow on your hard copy
17  and you can see which study.
18     A.   No, but I'd really like to know
19  where you are.  Which section are you in?
20  You're in the FDA --
21     Q.   Yes.
22     A.   FDA FAERS study.
23     Q.   Right.
24     A.   Final -- okay.
25     Q.   So the sentence states:

Page 139

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2          "Finally, the study attempted to
3   minimize bias by indication by comparing
4   ranitidine users to all users of other
5   H2-blockers and proton pump inhibitors
6   combined."
7          Did I read that correctly?
8      A.   Yes.
9      Q.   Okay.  And so my question is,
10  Doctor, is it fair to say that active
11  comparator disease can minimize confounding
12  by indication?
13     A.   I think it's fair to say that it
14  could if it was a well-done study, but it
15  really depends on the study and all the
16  other factors.
17         So it's -- my understanding is
18  one reason that people doing
19  pharmacoepidemiology will choose an active
20  comparator because they're concerned about
21  this issue, but that doesn't mean that it's
22  always going to work or that -- or even
23  that it would work in the majority of time.
24  It depends on the study.
25     Q.   And I didn't ask you, Dr.

Page 140

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2   McTiernan, with all due respect, whether
3   it's going to work or it's not going to
4   work.
5          My question was simply, and I'll
6   read it again, is it fair to say that
7   active comparator analyses can minimize
8   confounding by indication?
9      A.   And, again, I want to see the
10  study to see if it can.  I would want to
11  review the study and look at the totality
12  of that particular study.
13     Q.   So you can't answer that
14  question generally without looking at the
15  study?  That's what you're telling me?
16     A.   I think that's -- that would be
17  the important way, that's how I reviewed
18  the evidence, I looked at the studies.
19         I didn't just look -- I didn't
20  just in general make -- decide something.
21         I looked at the studies and
22  looked at how the data -- what the purpose
23  of the study, why the study was done, how
24  the data were collected, where they came
25  from, and looked at how the investigators

Page 141

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2   approached it and then made a decision on
3   the evidence based on all of that for a
4   study.
5      Q.   Okay, okay.
6          Now, active comparator analyses
7   also can reduce the potential for
8   unmeasured confounding; correct?
9      A.   Potential for, what was the last
10  thing?
11     Q.   Unmeasured confounding.
12     A.   Maybe you can repeat the whole
13  question.
14     Q.   Sure.  Active comparator
15  analyses can also reduce the potential for
16  unmeasured confounding; correct?
17     A.   I disagree.  I'm not sure what
18  it's referring to.
19     Q.   You disagree.
20     A.   I disagree.  It could be
21  confounding by anything, and so I'm not
22  sure how -- how these relate.
23     Q.   Okay.  Let me rephrase.
24         Do you agree that active
25  comparator analyses also reduce the

36 (Pages 138 - 141)

Page 142

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 potential for residual confounding?
3     A.   That sounds like the same thing.
4 It could be confounding by all kinds of
5 variables in a study that have very little
6 to do with indication.
7         So I'm really not sure how this
8 statement -- I don't know how to answer
9 this statement and I don't agree with it.
10    Q.   Okay.  Let's pull up Exhibit 89,
11 please.
12         (Exhibit 89 marked for
13         identification, multi-page document,
14         study by Dr. Anton Pottegård.)
15 BY MS. CANAAN:
16    Q.   Dr. McTiernan, do you see this
17 is a study by Dr. Pottegård called
18 "Considerations for Pharmacoepidemiological
19 Studies of Drug-Cancer Associations."
20         Do you see that?
21    A.   I don't believe it's a study.
22 Isn't it an opinion paper or --
23    Q.   That's right, that's right.
24 You're absolutely right.
25         And you cite this paper numerous

Page 143

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 times in your report; correct?
3    A.   Yes, I did.
4    Q.   So let's go to page 6, please.
5         MR. RONCA:  You mean page 456?
6         MS. CANAAN:  Yes, this is the
7 page, I believe.
8         Can we go a little further down,
9 David, please, under "Active
10 Comparator."  Yes, right there, you
11 could stop.
12 BY MS. CANAAN:
13    Q.   Do you see the paragraph under
14 "Active Comparator" that says -- that
15 starts with "however, using an active
16 comparator," Dr. McTiernan?
17    A.   I don't see.
18    Q.   It starts with the word
19 "however."
20         MS. CANAAN:  David, maybe we can
21 point to the word "however" --
22         THE WITNESS:  You're on the
23 left?
24         MS. CANAAN:  Yes, on the -- no,
25 no, on the right.

Page 144

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 BY MS. CANAAN:
3    Q.   Do you see the paragraph that
4 starts with "however"?
5         MS. CANAAN:  There you go.
6 Thank you.
7 BY MS. CANAAN:
8    Q.   So Dr. Pottegård writes here:
9         "However, using an active
10 comparator, human MPA insulin, the
11 confounding potential of BMI is mitigated
12 because BMI does not affect the choice of
13 insulin after the indication for adding
14 insulin has been made.
15         "This highlights the value of an
16 active comparator new user cohort design to
17 reduce a potential for unmeasured
18 confounding."
19         Did I read that correctly?
20    A.   I see that's what they wrote.
21    Q.   So my question is, do you agree
22 with Dr. Pottegård that using an active
23 comparator design reduces the potential for
24 unmeasured confounding?
25    A.   Well, he's talking about one

Page 145

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 example.  I think it's a very unfortunate
3 example and I remember reading that because
4 in this country -- he's writing from
5 Denmark, not the United States.
6         Access to these two kinds of
7 insulin vary very much by socioeconomic
8 status.  People of lower socioeconomic
9 status in our country tend to have very
10 high -- to be more likely to be obese.
11         These two medications, one of
12 them is long-acting and one is
13 short-acting.  The short-acting is much
14 cheaper.
15         So people who have low economic
16 -- I mean, so low -- in a lower SES
17 category, more poor, less access to
18 insurance and health care tend to have
19 those -- tend to be using those
20 short-acting insulins.
21         Patients with insurance tend to
22 use the long-acting.
23         So even though he thinks this is
24 an appropriate example for body mass index
25 in his country, it's not true for the

37 (Pages 142 - 145)

Page 146

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  United States. So I thought it was very
3  unfortunate.
4       That's why I think it's so
5  important to look at what the variable is
6  that you're talking about, that even though
7  the FDA approved indication might be
8  similar or the same for different types of
9  medicines, it doesn't mean that access is
10 going to be the same.
11      The people could be extremely
12 different, quite different for various
13 reasons. And the confounding could be
14 quite different.
15      And in this case body mass
16 index, he thinks because -- and using these
17 two types of insulin are likely to have the
18 same type of BMI on average.
19      That's not going to apply across
20 the board.
21      So my answer remains that active
22 comparator might be useful in some
23 situations if the study is done
24 appropriately, but it's not a cure for any
25 potential source of confounding.

Page 147

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2       Q.  And, Dr. McTiernan, my question
3  very simply is, do you or do you not agree
4  that an active comparator analysis has the
5  potential to reduce residual confounding;
6  yes or no?
7       A.  It's not -- to me it's not a
8  yes-or-no answer.
9       It's a residual confounding
10 could be from anything. Active comparator
11 may not be appropriate for that.
12      Q.  Okay. Doctor, so I think you've
13 told me earlier that you didn't recall
14 publishing any studies of your own studies
15 using active comparators; right?
16      A.  I don't recall, so maybe there's
17 some way that I wasn't looking at them.
18 I'd be really curious to see what you're
19 going to show me.
20      Q.  Let's pull up Exhibit 9.
21      A.  I'm going to get a copy of my CV
22 too.
23      MS. CANAAN: You want to just
24 take a short break now? Maybe this is
25 a good time.

Page 148

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2       THE WITNESS: Yes.
3       MS. CANAAN: You want to take a
4  5-minute break, is that --
5       THE WITNESS: Sure.
6       THE VIDEOGRAPHER: Going off the
7  record.
8       The time is 12:05 p.m.
9       This is the end of Media Unit 2.
10      (A recess was taken.)
11      THE VIDEOGRAPHER: We are back
12 on the record.
13      The time is 12:20 p.m.
14      This is the beginning of Media
15 Unit 3.
16 BY MS. CANAAN:
17      Q.  Dr. McTiernan, are you ready to
18 proceed?
19      A.  Yes.
20      MS. CANAAN: Let's bring up
21 Exhibit 9, please.
22      (Exhibit 9 marked for
23 identification, multi-page document,
24 study co-authored by Dr. Anne
25 McTiernan.)

Page 149

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  BY MS. CANAAN:
3       Q.  Dr. McTiernan, this is a study
4  that you co-authored titled: "Use of
5  Antihypertensive Medications and Breast
6  Cancer Risk."
7       Correct?
8       A.  Yes.
9       MR. RONCA: Eva, could you stop
10 for a second. I don't see it in my
11 folder.
12      MS. CANAAN: Okay --
13      MR. RONCA: I see it. I see it
14 now. Okay, thank you.
15      THE WITNESS: Are these papers
16 in the envelopes that I received?
17      MS. CANAAN: No.
18      Okay. Let's go to PDF page 2,
19 please. Let's go to the highlighted
20 section, please. Okay.
21 BY MS. CANAAN:
22      Q.  So here in this article, Doctor,
23 you write: "All analyses were repeated
24 among hypertensive women who reported use
25 of any antihypertensive medication in order

38 (Pages 146 - 149)

Page 150

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 to assess potential confounding by
3 indication or detection bias.
4      "Women reporting use of specific
5 types of antihypertensive medications were
6 compared with users of other
7 antihypertensive medications."
8      Did I read that correctly?
9   A.   So it looks like you're showing
10 something -- I'm not sure, is it in the
11 methods?  I don't have this paper in front
12 of me, you know, it's on my CV, but it's
13 not a paper I have right with me.
14      And so can you scroll back so I
15 can see, is this the methods or is this in
16 the discussion?
17   Q.   Doctor, let me instruct you.
18 Let's take it step by step.
19      My first question was, did I
20 read that correctly.
21   A.   Yes, but I'm trying to see what
22 we're reading.  It's in context of a larger
23 paper, and the main analysis is not this,
24 correct?  Can you scroll up?  Is this a
25 sensitivity analysis or a subanalysis?

Page 151

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      MR. RONCA:  Please make it
3 smaller and --
4 BY MS. CANAAN:
5   Q.   Dr. McTiernan, you should be
6 able to scroll through the exhibit
7 yourself.
8   A.   Oh, I can.  Oh, Okay.
9      THE CONCIERGE:  Actually, I
10 would have to give her remote access.
11      Give me a second.
12      MS. CANAAN:  Do we have to go
13 off the record for that?
14      David?
15      THE CONCIERGE:  She has access
16 now.  She should have an indication
17 there.
18 BY MS. CANAAN:
19   Q.   You should be able to scroll
20 through it, Doctor.
21   A.   Is this moving for everybody or
22 just me?
23   Q.   It's moving for everybody, but
24 that's okay.
25   A.   Okay.  I don't want to make

Page 152

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 anybody seasick.
3      Okay, so this is a subanalysis --
4   Q.   There's no question pending.
5      My only question was, did I read
6 it correctly, and I think you said yes;
7 right?
8   A.   Yes, you read a section that is
9 a subanalysis of the main analysis, yes.
10   Q.   Okay.  So my question, Doctor,
11 is in this study that you co-authored, you
12 performed a subanalysis or sensitivity
13 analysis, whatever you want to call it,
14 using an active comparator; correct?
15   A.   This is what this states.
16      I have not seen -- because I
17 didn't know I was going to be asked about
18 this paper.
19      I have not looked at it recently
20 and I have not seen if the data presented
21 in this or what -- but I do see a sentence
22 in a paper that I've co-authored, yes.
23   Q.   Okay.
24      MS. CANAAN:  We can take that
25 off now.

Page 153

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 BY MS. CANAAN:
3   Q.   Dr. McTiernan, patients who take
4 acid suppressants are different in material
5 respects from patients who do not take acid
6 suppressants; correct?
7   A.   I'm not sure what you mean by
8 material sense.
9   Q.   That's a fair point, so let's --
10 let me make it more clear.
11      Patients who take acid
12 suppressants are more likely to smoke;
13 correct?
14   A.   I disagree.  It depends on the
15 population, it depends on the country and,
16 yeah, it entirely depends.  It's not a
17 blanket statement that I could make.
18   Q.   Okay.  Let's go to page 105 of
19 your report.
20      Okay.  Last paragraph on page
21 105 of your report, Doctor.
22      Do you see the paragraph that
23 starts with "ranitidine use"?
24   A.   Yes.
25   Q.   So here you write:

39 (Pages 150 - 153)

Page 154

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      "Ranitidine use is indicated for
3  gastrointestinal symptoms and therefore
4  factors that affect gastrointestinal
5  symptoms and conditions such as smoking,
6  alcohol use, obesity and diet should be
7  considered because these are also risk
8  factors for several cancers.
9      "Medical conditions such as H.pylori
10  infection, hep B or C infection, diabetes
11  and Barrett's esophagus are risk factors
12  for cancers of the stomach, liver, pancreas
13  and esophagus, respectively.
14      "These conditions could cause
15  symptoms leading patients to take
16  ranitidine or comparator drugs and
17  therefore are candidates for confounding
18  variables."
19      Did I read that correctly?
20  A.  Yes.
21  Q.  Let's go to page 145.
22      Let's go to the second
23  paragraph, the sentence that starts with
24  "for example, alcohol and smoking."
25      Do you see the sentence that

Page 155

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  starts with "for example, alcohol and
3  smoking," Doctor?
4  A.  No, I don't.  Hold on.
5  Q.  You can look at the screen.
6  A.  Now I see it, yes.
7  Q.  "For example, alcohol and
8  smoking are related to risk both for
9  pancreatic, bladder and stomach cancers and
10  could be related to the propensity to use
11  ranitidine."
12      Do you see that?
13  A.  Yes.
14  Q.  So let me ask you my question
15  again:  Do you or do you not know whether
16  acid suppressant users are more likely to
17  smoke?
18  A.  And, again, I would say it
19  depends on the study.  It depends on the
20  data set.  It depends on the country.
21      And what I stated in the last
22  sentence that you just read, for example:
23  Alcohol and smoking are related to risk for
24  both pancreatic, bladder and stomach
25  cancers and could be related to propensity

Page 156

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  to use ranitidine.
3      So "could be" is not the same as
4  that "it is."
5      And so the issues of confounding
6  always depend on the exact data set.  You
7  always think about potential confounders
8  and you design your studies so you'll have
9  real data for adjusting for potential
10  confounders, but does it mean that they're
11  always going to be confounders.
12  Q.  So leaving aside the issue of
13  confounding in study design, do you or do
14  you not know whether the patient population
15  in the United States that uses acid
16  suppressants is more likely to smoke than
17  the general population that doesn't use
18  acid suppressants, do you know?
19  A.  I don't know if I've seen a
20  paper that says that, that looks in the
21  general population of ranitidine users or
22  H2-blocker users compared to non-users.
23  Q.  Okay, okay.
24  A.  So -- yeah.
25  Q.  Okay.  Same question with

Page 157

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  respect to obesity.
3      Do you know whether the patients
4  in the United States who take acid
5  suppressants are more likely to be obese
6  than the general population who does not
7  take acid suppressants, do you know?
8  A.  In the United States, across the
9  United States.
10  Q.  Yes.
11  A.  I don't know.
12  Q.  Same question for alcohol.
13      Do you know whether the patients
14  in the United States who take acid
15  suppressants are more likely to use alcohol
16  than the general population who does not
17  take acid suppressants?
18  A.  I don't know.  I don't know of
19  any -- I have not seen a study, if there
20  have been studies, that have looked at
21  that.  I don't know.
22  Q.  Do you know if the patients in
23  the United States who take acid
24  suppressants are more likely to have
25  H.pylori than the general population that

40 (Pages 154 - 157)

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2  does not take acid suppressants?
3      A.   I don't know if that's been
4  studied in a general population, testing if
5  somebody has H.pylori involves a particular
6  test, and I don't know if a random sample
7  of the U.S. has been tested in that way.
8          I don't know.
9      Q.   Okay.  And do you know or do you
10  not know that H.pylori is treated with acid
11  suppressants?
12      A.   Yes, it's my understanding,
13  H.pylori, if it's diagnosed, has -- that
14  one of the indications is for acid
15  suppressants, in addition to some other
16  therapies.
17      Q.   Okay.  So it would surprise you
18  to learn that patients who are on acid
19  suppressants are more likely to have
20  H.pylori or it would not surprise you?
21      A.   I don't know the answer to that
22  because I know that many people who have
23  H.pylori are never diagnosed because they
24  don't have access to -- or perhaps don't
25  have the symptoms that would prompt them to

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2  see a physician and then get diagnosed.
3          So I just don't think we -- from what
4  I know, I don't know if we have the data to
5  show that, to show that of those people who
6  are using ranitidine compared to people not
7  using ranitidine, what the proportions are
8  of H.pylori positive.
9      Q.   But you do know that the
10  patients who are diagnosed with H.pylori
11  are treated with ranitidine; right?
12      A.   In the past they have been.  I
13  don't know what they're used -- what's most
14  often used now.  I haven't seen data
15  showing the proportions of people that are
16  treated with one drug versus another.
17          And right now, since ranitidine
18  is off the market, it wouldn't be
19  ranitidine so I don't know what the
20  treatments are now.
21      Q.   Because obviously you don't
22  treat patients with H.pylori; correct?
23      A.   Correct, I do not.
24      Q.   Okay.  Same question for
25  diabetes.

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2          Do you know or do you not know
3  whether patients in the United States who
4  take acid suppressants are more likely to
5  have diabetes than the general population?
6      A.   I don't know of a study that's
7  compared the general population to
8  ranitidine users in terms of their diabetes
9  diagnoses.
10      Q.   But you do know that patients
11  with diabetes may have symptoms that would
12  lead them to take acid suppressants;
13  correct?
14      A.   It could.
15      Q.   Do you know, by the way, what
16  percentage of patients with diabetes have
17  GERD?
18      A.   I don't have that information
19  off the top of my head, no.  And -- sorry,
20  you're talking about diagnosed with GERD,
21  not whether they have the symptoms of GERD?
22      Q.   That's a fair point.
23          Do you know what percentage of
24  patients with diabetes have diagnosed
25  gastroesophageal reflux disease.

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2          Do you know?
3      A.   No, I don't know.
4      Q.   Do you have a basis to disagree
5  that it's 40 percent of the United States
6  population?
7      A.   I --
8      Q.   In the United States population,
9  I should say.
10          MR. RONCA:  Object to form.
11      A.   Could you repeat it?
12      Q.   You're right, Doctor, it was a
13  bad question.
14          Do you have a basis to disagree
15  that 40 percent of patients with diabetes
16  have a diagnosis of gastroesophageal reflux
17  disease, do you have a basis to disagree?
18      A.   I haven't seen any data showing
19  that.  I haven't seen a representative
20  sample of people with diabetes to see what
21  -- what co-morbidities they might have,
22  including GERD.
23      Q.   Do you know -- do you know what
24  Barrett's esophagus is?
25      A.   Yes.

41 (Pages 158 - 161)

Page 162

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1
2    Q.   Do you know that patients with
3  Barrett's esophagus are commonly treated
4  with acid suppressants?
5    A.   Patients with diagnosed
6  Barrett's esophagus.  It's a specific test
7  to determine that somebody has that.
8       So they have to have had an
9  upper endoscopy and had sampling in order
10  to be diagnosed with Barrett's esophagus.
11    Q.   The answer to my question is, do
12  you know that patients with Barrett's
13  esophagus are commonly treated with acid
14  suppressants, do you know?
15    A.   It's my understanding from the
16  literature that I've read that, yes,
17  they're commonly treated.
18       And today I would imagine
19  they're usually going to be getting PPIs,
20  but I don't have statistics on that.
21    Q.   And do you know or do you not
22  know that patients with Barrett's esophagus
23  are more likely to receive acid
24  suppressants than the general population?
25    A.   I haven't seen data.  And since

Page 163

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1
2  so many people can take acid suppressants
3  over the counter, I don't know what
4  proportion of the general population is
5  taking acid suppressants over the counter.
6       So looking at, or considering
7  just the population of patients diagnosed
8  with Barrett's, I would imagine that a
9  large percent would be treated with PPIs.
10       As we know, that doesn't mean
11  they're always going to be taking those
12  medicines, even if they have a serious
13  diagnosis like that, patients don't always
14  continue to take their medication.
15       So they may be -- so there's two
16  questions.  Whether they're taking it and
17  whether they're treated.
18    Q.   Dr. McTiernan, do you remember
19  my question, what was my question?
20    A.   Maybe you could repeat it.
21    Q.   Let me ask you again:
22       Do you know or do you not know
23  that patients with Barrett's esophagus are
24  commonly treated with acid suppressant
25  medications?

Page 164

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1
2       MR. RONCA:  Object to the form.
3    A.   It's my understanding that
4  patients with Barrett's -- diagnosed
5  Barrett's esophagus, that a treatment plan
6  for them would include acid suppressants.
7    Q.   Okay.  And all of the conditions
8  that we just discussed, all the exposures
9  that we just discussed or conditions from
10  smoking, obesity, alcohol, H.pylori,
11  diabetes, Barrett's esophagus, these are
12  all some of the risk factors for various
13  cancer outcomes; correct?
14    A.   Can you repeat which diagnosis
15  you mentioned again?
16    Q.   Well, let's start with this:
17       Smoking, obesity and alcohol are
18  risk factors for cancer outcomes; correct?
19    A.   For cancer incidence or cancer
20  outcomes?
21    Q.   Outcomes.
22    A.   Maybe we can define what
23  outcomes are because cancer outcomes in the
24  cancer world is often thought of prognosis,
25  so if you're talking about cancer

Page 165

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1
2  incidence, cancer cases, I think that's
3  what you're talking about.
4    Q.   Okay.  Let's make it cancer
5  incidence.
6    A.   Okay.
7    Q.   So smoking, obesity and alcohol
8  are risk factors for cancer incidence;
9  correct?
10    A.   For different types of cancer,
11  yes.
12    Q.   H.pylori, diabetes, Barrett's
13  esophagus, these are all risk factors for
14  cancer incidence; correct?
15    A.   For some types of cancer, yes.
16    Q.   And the same is true for
17  hepatitis B and hepatitis C infection;
18  correct?
19    A.   Yes, primarily for liver cancer,
20  yes.
21    Q.   So failure to adjust for these
22  risk factors in an analysis of acid
23  suppressants and cancer outcomes can lead
24  to a spurious increased risk; correct?
25    A.   Failure to consider whether

42 (Pages 162 - 165)

Page 166

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 these variables are confounding in a data
2 set could lead to unseen confounding, but
3 only if they're confounding in that data
4 set.
5 set.
6        So for -- when people design a
7 study, when you design a cohort, get people
8 to -- you invite people to join your study,
9 you collect data, you ask them about their
10 diseases and conditions, you measure
11 things, you ask them how much alcohol
12 they're drinking.
13        Those are all variables that
14 could be later considered for confounding
15 when you're doing analyses.
16        If they're not confounding, you
17 don't need to adjust for them.
18        In fact, if you adjust for
19 something that's not a confounder, that
20 results in overadjustment.
21        So, yes, for the potential risk
22 factors, you want to adjust for them, but
23 you want to design your study up front so
24 that you have them.
25        And for some of those variables

Page 167

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 that are very important risk factors for
2 cancer -- for example, smoking -- you need
3 to know not just were they smoking when
4 they sat in front of a physician and the
5 physician filled out a medical record form,
6 but did they ever smoke, are they former
7 smokers. So that's the amount of
8 information -- the kinds of information
9 that you really need in an epidemiologic
10 study. So that is only if it's confounding
11 in that data set that you need to adjust
12 for it.
13     Q.   Doctor, do you remember my
14 question?
15     A.   Why don't you repeat the
16 question --
17        MR. RONCA: Stop.
18        That is not a question. That is
19 just harassing the witness.
20        MS. CANAAN: I'm not harassing
21 the witness. I think we're going to
22 have to --
23        MR. RONCA: Just repeat --
24        MS. CANAAN: We're going to have

Page 168

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 to call the Court.
2        MR. RONCA: You just repeat the
3 question if you feel it wasn't
4 answered.
5        Don't ask her if she remembers
6 your question.
7        MS. CANAAN: Jim, with all due
8 respect, I think what's going to
9 happen is we're going to have to ask
10 the Court to have someone sit in at
11 this deposition and see whether Dr.
12 McTiernan is actually giving
13 responsive answers or not.
14        MR. RONCA: Well --
15        MS. CANAAN: So that's I think
16 what's going to have to happen
17 tomorrow.
18 BY MS. CANAAN:
19     Q.   But in any event, Dr. McTiernan,
20 let me repeat my question.
21        My question was very simple. My
22 question is not dependent on a specific
23 data set or how you determine whether
24 someone smoked or not.

Page 169

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1        My question merely asks, is it
2 possible, okay, that failure to adjust for
3 risk factors like smoking, obesity and
4 alcohol in an analysis of acid suppressants
5 and cancer outcomes, is it possible that
6 failure to adjust for these risk factors
7 can lead to a spurious increased risk?
8        MR. RONCA: Object to form.
9     A.   It depends entirely on the data
10 set, whether the variable is a confounder
11 and -- so it depends on the data set and
12 whether, if it's not adjusted, it could
13 cause the relative risk to be biased in
14 either direction.
15        So the answer to your question
16 is, it depends on the data set.
17     Q.   Okay, Doctor, you note in your
18 report, and I think we just read this, that
19 medical conditions, such as H.pylori, hep B
20 and C infection, diabetes, Barrett's
21 esophagus, are all risk factors for cancers
22 of the stomach, liver, pancreas and
23 esophagus, respectively; correct?
24     A.   That's what I wrote, yes.

43 (Pages 166 - 169)

Page 170

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      Q.   Okay.  And these conditions
3  could cause symptoms leading patients to
4  take ranitidine or comparator drugs; right?
5      A.   Yes.
6      Q.   And failure to adjust for these
7  risk factors, depending on the particular
8  data set, as you tell us, can lead to a
9  false -- to a spurious report of an
10  increased risk; correct?
11      A.   Well, one thing I should mention
12  is where you read from my report, the
13  sentence, "these conditions could cause
14  symptoms leading patients to take
15  ranitidine or comparator drugs, and
16  therefore are candidates for confounding
17  variables," so that's the important thing.
18  It could be a confounder.  It needs to be
19  assessed.
20          And therefore, if it's not -- if
21  it's a confounding variable and it's not
22  adjusted for, it could cause a variability,
23  it could cause bias in the relative risk,
24  either overestimating it or underestimating
25  it.

Page 171

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      Q.   Okay.  And do you agree, Doctor,
3  that comparing ranitidine users to users of
4  other H2-blockers is a more
5  apples-to-apples comparison than comparing
6  ranitidine users to the general population?
7          Do you agree with that?
8      A.   An apples to apples?  Can you
9  define that?
10      Q.   Okay.  Is it fair to say that
11  users of ranitidine are more similar to
12  users of other H2-blockers than they are to
13  the general population who is not taking
14  any acid suppressants?
15      A.   It depends.  We don't know that.
16      Q.   It depends on the data set.
17          Is that what you're saying?
18      A.   It does.  Suppose everybody
19  taking ranitidine had private insurance and
20  everybody taking famotidine was in the VA
21  system in the United States, so it really
22  depends on what you're looking at.
23      Q.   Okay, okay.
24          So in your report, Dr.
25  McTiernan, you claim that PPIs are an

Page 172

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  inappropriate comparator in the studies of
3  ranitidine and cancer risk because they
4  purportedly increase the risk of cancer;
5  correct?
6      A.   Can you point to where you're --
7  what you're mentioning?
8      Q.   Well, let me rephrase.
9          Do you, Dr. McTiernan, believe
10  that PPIs increase the risk of cancer?
11      A.   I referenced a few papers that
12  did show that, increased risk of some
13  cancers in PPI users.
14      Q.   I understand that you reference
15  some papers.
16          My question to you is, Dr.
17  McTiernan, do PPIs increase the risk of
18  cancer?
19      A.   I referenced a couple of papers
20  that showed an association.
21          I did not do a systematic review
22  and a causal analysis of PPIs and cancer.
23      Q.   Okay.  So do you have an opinion
24  as to which cancers PPIs are associated
25  with?

Page 173

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      A.   I would need to look at which
3  papers I've referenced, but since I didn't
4  do a systematic review of PPIs and cancer,
5  I couldn't say which cancers are associated
6  and which are not.
7      Q.   Okay.  So as you sit here today,
8  you can't tell me -- you can't name a
9  single cancer that PPI use is associated
10  with?
11      A.   I did not do a systematic
12  review.
13      Q.   Okay.  So if someone took both
14  ranitidine and a PPI -- say, omeprazole --
15  and developed, say, gastric cancer, you
16  would not be able to rule out whether that
17  it was the PPI that caused that person's
18  cancer, I assume; is that right?
19          MR. RONCA:  Object to form.
20      A.   My analysis was all causation.
21  It wasn't for individual people.
22          And we know that in the studies
23  there's some indication that people who
24  used ranitidine then went on to change --
25  to use PPIs.

Page 174

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol I

1
2   Other research shows that people
3   who used PPIs have breakthrough symptoms
4   and they then may take ranitidine or other
5   acid suppressants.
6       So there's quite a lot of
7   crossover.
8       But in epidemiologic studies, if
9   it's designed correctly, then there can be
10  an assessment of association with either of
11  those classes of medications or individual
12  medications and risk, but you do need to
13  have non-users to compare to in that case.
14      So you need to design the
15  studies to look at those specific
16  questions.
17      MS. CANAAN:  Strike as
18  nonresponsive.
19  BY MS. CANAAN:
20  Q.   Okay, Dr. McTiernan, so you
21  didn't do a systematic review of PPIs and
22  cancer risk.
23      Did you do a systematic review
24  for any other H2-blocker and cancer risk?
25  A.   My systematic review was focused

Page 175

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol I

1
2   on ranitidine.  But in order to search, I
3   also searched on H2-blockers.
4   Q.   Is it your opinion that any
5   H2-blocker other than ranitidine increases
6   cancer risk?
7   A.   No, it's not my opinion.
8   Q.   Now, have you reviewed the
9   report of Dr. Moorman?
10      I believe you said you did;
11  right?
12  A.   I read through it, yes.
13  Q.   So Dr. Moorman opines in her
14  report that H2-blockers, other H2-blockers,
15  I should say, are a better comparator in
16  studies of ranitidine and cancer outcomes
17  than PPIs.  Do you recall that?
18  A.   I don't recall the exact words.
19  Is there something you want to show me?  I
20  don't --
21  Q.   Well, I'm just going to ask you.
22      Do you agree or disagree that
23  H2-blockers are a better comparator in
24  studies of ranitidine and cancer outcomes
25  than PPIs?

Page 176

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol I

1
2   A.   I think it would depend, but
3   PPIs have the additional issue of having
4   been associated with some cancers.
5       But it depends on the study.
6   Q.   And what would it depend on in a
7   particular study, give me an example.
8   A.   I think I would need to look at
9   the study.  You know, we're not designing a
10  study here.  We're reviewing the
11  literature, so I'd need to look at what the
12  different studies had done.
13  Q.   So you're saying it's possible
14  that in some studies PPI is a better
15  comparator and in other studies other
16  H2-blockers are a better comparator, that's
17  what you're saying?
18  A.   Well, I didn't -- you know, it
19  wasn't part of my work in doing this expert
20  report to assess other H2-blockers versus
21  PPIs.
22      My work was to look at
23  ranitidine and risk of cancer.
24      And so -- you know, I think at
25  the time you're going to think about which

Page 177

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol I

1
2   is a better comparator is when you design a
3   study, and we're not designing a study
4   here.
5   Q.   And is it your opinion that when
6   you design a study you have to look at the
7   data to determine which one would be a
8   better comparator?
9       Is that your opinion?
10  A.   No, to design a study then --
11  then -- sorry, I think -- my understanding
12  is that you're asking me about H2-blockers
13  versus PPIs.
14  Q.   Right.
15  A.   And so, you know, is there one
16  way up front to tell which one is going to
17  be better?  I don't know.
18      I think it would depend on --
19  since we're working with studies that have
20  already been conducted, I want to see the
21  studies.
22  Q.   Dr. McTiernan, protopathic bias
23  occurs when a patient uses a medication
24  like ranitidine in response to symptoms of
25  yet undiagnosed cancer; correct?

45 (Pages 174 - 177)

Page 178

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      A.   Yes.  I think that it's also
3  called reverse causality.
4      Q.   Yes.  And in studies of acid
5  suppressants in cancer outcomes,
6  protopathic bias can result in spurious
7  increased risks; correct?
8      A.   Yes.  And, again, "outcomes,"
9  you're meaning incidence.
10     Q.   Correct.
11     A.   Okay.
12     Q.   Now, if you compare ranitidine
13 users to the general population,
14 protopathic bias will always result in a
15 bias away from the null; correct?
16     A.   Can you repeat that question?
17     Q.   Sure.  If you compare ranitidine
18 users to the general population,
19 protopathic bias will always result in the
20 bias away from the null; correct?
21     A.   I'm not sure.  I haven't seen
22 any studies looking at the general
23 population.  So I'm not sure.
24     Q.   What do you mean you have not
25 seen any --

Page 179

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      A.   I -- I'm sorry, didn't you say
3  ranitidine use in the general population
4  compared to ranitidine use in cancer
5  patients?
6      Q.   No.  Let me ask my question
7  again, okay?
8           If, in a particular study, you
9  are comparing ranitidine users, okay, to
10 the general population who are not using
11 ranitidine, okay, protopathic bias will
12 always result in bias away from the null;
13 correct?
14     A.   I'm not sure if that's true.  I
15 can't agree with that.  It will depend on
16 the study and I think I'm caught up with
17 the fact that you said the general
18 population, because I don't know of any
19 studies that have looked at the general
20 population, but in any case, it would
21 depend on the study.
22     Q.   So is it your testimony that
23 protopathic bias can result in a bias
24 towards the null?
25     A.   I'm not sure.  It would depend

Page 180

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  on -- on the study, and it would depend on
3  how the study handled it.
4           Many studies to do with
5  protopathic bias are not counting
6  medication use within a year or two of
7  diagnosis of the cases, and so that's one
8  way to handle that.
9           And so -- so, again, this is why
10 I would want to go to the study and see
11 what the type of cancer was, what the --
12 what the other potential variables were in
13 the study and how the analysis was
14 conducted.
15     Q.   Okay.  Protopathic bias is a
16 concern with respect to each of the five
17 cancers that you claim ranitidine can
18 cause; correct?
19     A.   I'm not sure.  Some of those
20 cancers have conditions that would be
21 similar to -- to something that would drive
22 a person to take those medications but some
23 may not.
24     Q.   Dr. McTiernan, would it surprise
25 you if I told you that in your report you

Page 181

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  state that protopathic bias is a concern
3  with respect to each of the five cancers
4  that you claim ranitidine can cause, does
5  that surprise you?
6      A.   Maybe you can show me where I
7  said that?
8      Q.   We will get there.
9           Dr. McTiernan, epidemiologists
10 typically control for protopathic bias by
11 using lag periods; correct?
12     A.   Can you repeat the question?
13     Q.   Epidemiologists typically
14 control for protopathic bias using lag
15 periods.
16     A.   I know that that's a common way
17 the epidemiologist will get, for
18 protopathic bias for medication studies,
19 and also they do it for diet studies as
20 well.
21     Q.   Okay.  And that basically means
22 not counting cancers that develop within a
23 few years of starting the acid suppressant
24 medication; right?
25     A.   Yes.

46 (Pages 178 - 181)

Page 182

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      Q.   Okay.  And in your report, you
3  discuss not counting cancers that developed
4  one or two years after starting the acid
5  suppressant medication; correct?
6      A.   Yes.
7      Q.   Okay.
8      A.   Well, I think -- maybe you can
9  show me where you're referring to.
10     Q.   Well, I'm just going to ask you,
11 Dr. McTiernan, do you agree that
12 epidemiologists typically do not count
13 cases of a cancer of interest that occurred
14 in the one to two years after study
15 enrollment for cohort studies.
16         Do you agree with that
17 statement?
18     A.   And the last thing you said was
19 some kind of studies, cohort studies.
20     Q.   Cohort studies, yes.
21         Do you agree with that
22 statement?
23     A.   It's common.  Sometimes it's
24 done for all exposures.  Sometimes it's
25 done for individual exposures.

Page 183

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2         And the length of time might
3  vary and -- but it is something that's
4  commonly done in cohort studies.
5      Q.   And do you agree that
6  epidemiologists will typically delete
7  exposures that occurred in the one to two
8  years prior to cancer diagnosis for
9  case-controlled studies.
10         Do you agree with that
11 statement?
12     A.   They can.  I'm not sure about
13 the word "typical" but it could be
14 something that they do for some exposures.
15     Q.   Okay.  And I think you just
16 mentioned that the length of the lag is
17 variable; right?
18     A.   That's correct.
19     Q.   Okay.  And for that reason, it
20 is preferable to use several different lag
21 types -- several different lag times;
22 correct?
23     A.   I'm not sure if it's preferable.
24 It would depend on the study.
25     Q.   Okay.  Well, do you agree that

Page 184

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  because the exact relevant lag time for
3  different cancers is unclear, it is
4  recommended that a range of lags be used in
5  pharmacoepidemiologicic studies of cancer
6  incidence?
7         MR. RONCA:  Object to form.
8      A.   I think it would depend.  I've
9  read articles that suggest as short as six
10 months might be sufficient.  I'm not sure
11 if you're reading from some document or
12 reading from my report or what, but I think
13 that that topic, it would depend.
14     Q.   My question is very simple.
15         Do you agree that a range of
16 different lag periods should be used?
17     A.   I would say it depends on the
18 exposure, it depends on the population, it
19 depends on the study.
20     Q.   Okay.  Let's look at Exhibit 89.
21         (Previously marked
22         Exhibit 89 shown to witness.)
23 BY MS. CANAAN:
24     Q.   And this is the Pottegård
25 article that we looked at earlier, Dr.

Page 185

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  McTiernan; Is that right?
3      A.   Yes.
4      Q.   And I think as we discussed, you
5  cite this article several times in your
6  report; correct?
7      A.   Yes.
8      Q.   Let's go to PDF page 5.
9         I want to look at -- on the
10 left-hand side, the sentence that starts
11 with "acknowledging."
12         I think it's the last sentence
13 before "dose response association."
14         MS. CANAAN:  Can we point Dr.
15 McTiernan to that sentence.
16 BY MS. CANAAN:
17     Q.   So here Dr. Pottegård states:
18         "Acknowledging the uncertainty
19 surrounding the mechanisms of single drug
20 cancer associations and thus the optimal
21 biologically relevant lag times, studies
22 should generally evaluate various lag
23 periods in sensitivity analyses."
24         Did I read that correctly?
25     A.   Yes.

47 (Pages 182 - 185)

Page 186

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      Q.   And my question is, do you
3  agree?
4      A.   Well, as Dr. Pottegård says,
5  it's generally, so it could be -- I'm
6  trying to look at other types -- other
7  things that he's written there.
8          So out of context, it's
9  difficult for me to say that this is
10  something that should always be followed.
11          Certainly Dr. Pottegård wrote
12  that in his paper, but, again, I think it
13  depends on the study, it depends on the
14  type of cancer, it depends on the exposure.
15      Q.   Okay.  So let's make it more
16  specific, Dr. McTiernan.
17          You discuss protopathic bias and
18  lag periods in your discussions of
19  temporality for each of the five cancers at
20  issue in your report; right?
21      A.   I believe I did, yes.
22      Q.   Okay.  And so failure to use a
23  lag period in a study of ranitidine and
24  cancer outcomes is a significant
25  limitation; correct?

Page 187

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      A.   I think it depends on the cancer
3  and it depends on the study.
4      Q.   Okay.  When you say "depends on
5  the cancer," how does it depend on the
6  cancer?  Of the five cancers for which you
7  have a causation opinion, how does it
8  depend on the cancer?  Why don't you
9  explain that to me.
10      A.   Well, from my understanding,
11  some cancers are more likely to have
12  symptoms that are similar to what might
13  occur with an early cancer and -- so some
14  cancers, like stomach cancer, esophageal
15  cancer may have gastrointestinal symptoms
16  that might prompt somebody to -- to take
17  these medicines.
18          It gets a little bit mixed up
19  also because there may be that -- that
20  patient might have undergone a transition
21  from having GERD, for example, to then
22  having an early cancer, like an early
23  esophageal cancer.
24          So how do you decide which way
25  the symptoms are coming from?  Is it coming

Page 188

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  from the GERD and what prompted them to
3  take the medicine, was it GERD or was it
4  early cancer.
5          So it's -- it's difficult to
6  ascribe this to some particular confounder
7  or not.
8          Other cancers, like bladder
9  cancer, regardless of whether it's muscular
10  invasive or non-muscular invasive, to my
11  knowledge, the first and most common
12  symptom is blood in the urine, and it's not
13  an indication for use of an H2-blocker.
14          And I haven't seen any evidence
15  to state that that symptom or pain that
16  might be coming from bladder -- bladder
17  cancer, that that would drive somebody to
18  take ranitidine.
19          It's certainly not on the box,
20  and it's not FDA approved for lower
21  abdominal pain.  So that's why I'm saying
22  it depends on the cancer.
23      Q.   All right, Dr. McTiernan, let's
24  go to page 202 in your report, and tell me
25  when you're there.

Page 189

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      A.   I'm here.
3      Q.   Is it fair to say that in this
4  section of your report you are discussing
5  the -- this is a section of your report
6  that deals with the Bradford Hill analysis
7  for bladder cancer; is that right?
8      A.   Yes.
9      Q.   Let's look at your discussion
10  under "Temporality," Dr. McTiernan.
11          Do you see the last paragraph
12  there?
13      A.   Yes.
14      Q.   Let's read it.
15          "The finding of temporality is
16  an important component in the causal
17  analysis.  Since ranitidine is used for
18  gastrointestinal tract diseases and
19  symptoms, it is possible that such symptoms
20  could arise due to the cancer and lead to
21  ranitidine use.
22          "To guard against this, most
23  studies have discarded cancer cases that
24  occurred within one to two years of use of
25  ranitidine, or comparator medication.  I

48 (Pages 186 - 189)

Page 190

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 placed high weight on this factor in my
2 causation analysis."
3 Did I read that correctly?
4 A. Yes.
5 Q. So is it fair to say that you
6 discussed the issue of protopathic bias in
7 your Bradford Hill analysis of bladder
8 cancer?
9 A. I think that what I'm talking
10 about here is that since this is something
11 that could happen, that the studies usually
12 discarded exposure within one to two years
13 before diagnosis.
14 This is the part of Bradford
15 Hill, that Bradford Hill, Sir Bradford
16 Hill, really thought needed to be
17 emphasized.
18 And so even though the symptom
19 of bladder cancer is less likely to be
20 something that would be related to an
21 indication for H2-blockers or PPI.
22 Just in case it was related, it
23 does seem to me to be a strength of a study
24 that considered this by looking at when --

Page 191

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 when the cancer occurred -- I'm sorry,
2 looking at exposure separately for those
3 that were within a couple of years of
4 diagnosis or one year of diagnosis.
5 Q. And of course you don't treat or
6 diagnose bladder cancer patients; correct?
7 A. That's correct.
8 Q. Okay. So as you sit here today,
9 you can't tell me one way or the other
10 whether early symptoms of bladder cancer
11 among those patients might mimic the
12 symptoms gastroesophageal disease, for
13 example?
14 A. Which patients are you talking
15 about, you said "those patients."
16 Q. Patients with bladder cancer.
17 A. My understanding is the most
18 common early symptom of bladder cancer is
19 blood in the urine.
20 Q. And temporality, temporality,
21 Dr. McTiernan, is an absolute requirement
22 for establishing causation; correct?
23 A. It's very important, yes.
24 Q. Is that a yes?

Page 192

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 A. Yes.
2 Q. In your causation analysis, Dr.
3 McTiernan, did you give less weight to
4 studies that did not use any lag period?
5 A. I don't recall. I looked at the
6 data all together. I looked at the
7 evidence all together.
8 Q. So you looked at the evidence
9 all together. I just want to understand
10 what you did here.
11 You didn't weigh individual
12 studies and say well, this study doesn't
13 have a lag period at all so I'm not going
14 to give it as much weight as that study
15 that has a two-year lag period; is that
16 fair?
17 A. I think I looked at it, all of
18 the -- when I was looking at the studies, I
19 looked at the overall design and quality of
20 the studies and identified the strengths
21 and the weaknesses for each study and then
22 considered the evidence all together.
23 Q. So what I'm hearing you say is
24 that you did not weigh individual studies

Page 193

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 -- scratch that. Better question.
2 In your expert report, you don't
3 state how you weighed individual studies;
4 correct?
5 A. That's correct.
6 Q. Okay.
7 A. Sorry, let me just add, with
8 some caveat.
9 There are a couple of studies
10 that I did not find informative. So even
11 though I reviewed them, I put their data in
12 the database, I considered them to be
13 concerning enough that they didn't convince
14 me one way or another of what the evidence
15 was.
16 And so I identified those
17 studies and a couple were not real
18 epidemiology studies, but I included them
19 just because -- just to be comprehensive,
20 but identified them there that these were
21 not something that I considered
22 informative.
23 Q. Yes. That's fair. Thank you.
24 So if a study on ranitidine and

49 (Pages 190 - 193)

Page 194

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  gastric cancer did not implement a lag
2  period at all, is it fair to say that it's
3  your opinion that that study cannot
4  establish temporality?
5      A.   I would need to look at the
6  study. I don't know if this is studies
7  that you're referring to, but without
8  looking at them, considering when they were
9  collecting ranitidine data, I think that
10  would be important.
11      If it was a study that started
12  the ranitidine data collection ten years
13  before diagnosis that's different from one
14  that collected it one year before
15  diagnosis, so it depends on the study.
16      Q.   Okay. Dr. McTiernan, in your
17  report you state that PPIs may be
18  prescribed to sicker patients than
19  H2-blockers, and so that -- those PPI users
20  may have more encounters with the medical
21  system and as a result may be more likely
22  to be diagnosed with cancer.
23      Do you recall that?
24      A.   Can you point to that? I recall

*(lines renumbered 1-25 above)*

Page 195

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  something like that, but I don't happen to
2  recall the exact words.
3      Q.   Sure. Let's go to page 75 of
4  your report.
5      MS. CANAAN: It's the second
6  paragraph towards the end of the
7  second paragraph that starts with the
8  word "therefore."
9  BY MS. CANAAN:
10      Q.   Tell me when you're there,
11  Doctor.
12      Are you there?
13      A.   Yes.
14      Q.   So here you write:
15      "Therefore, patients prescribed
16  these drugs are likely to be sicker than
17  those prescribed H2-blockers and likely to
18  be more closely followed with return
19  medical visits.
20      "Each medical visit prompts the
21  addition of medical codes to the electronic
22  health record, increasing the chance that
23  diagnostic codes related to other diseases
24  such as cancer are added."

Page 196

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1      Did I read that correctly?
2      A.   Yes.
3      MR. ROTMAN: That's different
4  from the question you asked her when
5  you were -- before you turned to the
6  report.
7      You were using the word "may"
8  three times in your question.
9      MS. CANAAN: Steve, there is one
10  -- there's literally got to be --
11  Steve, there's got to be one person
12  who is defending this deposition, and
13  as I understand it, that's not you,
14  okay?
15      So if Jim has a comment, Jim can
16  comment, but none of this tag team
17  here, okay?
18      MR. ROTMAN: I just think you
19  need to be fair when you ask questions
20  to this witness and not try to trick
21  her.
22      MS. CANAAN: You know, I'm just
23  going to ignore this, Steve, okay?
24  BY MS. CANAAN:

Page 197

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1      Q.   Dr. McTiernan, what I just read
2  to you, that paragraph from your expert
3  report, this is something that
4  epidemiologists typically refer to as
5  detection bias; correct?
6      A.   I'm not sure. I haven't seen
7  that term used in this particular context.
8      Maybe you can tell me what you
9  mean?
10      Q.   Well, have you heard the term
11  "detection bias" or you haven't? I mean,
12  it's okay if you haven't.
13      A.   I have, but I'd like to know
14  what you're -- what you're discussing.
15      Q.   Well, what's your definition of
16  detection bias, Dr. McTiernan?
17      A.   I would say for me, detection
18  bias would be some people are more likely
19  to be diagnosed because they have more
20  access to medical care.
21      So women are more likely to be
22  diagnosed with insight to breast cancer if
23  they get mammograms. It's very unlikely,
24  otherwise. So that's one thing I would say

50 (Pages 194 - 197)

Page 198

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 for detection bias.
3         This is not -- from my
4 understanding, this is not detection bias
5 so much as recording bias, so that the
6 person had the cancer, but if the cancer
7 physician is not at that medical center
8 from which that medical record is being
9 formed, it may not get into that record.
10         And many places in the United
11 States, especially we have patients going
12 from one medical system to another, their
13 diagnoses may not follow them.
14         They also may have their cancer
15 diagnosed and treated at a cancer center
16 that might not be associated with where
17 this medical record comes from.
18         So -- so I would call that a
19 misclassification, underreporting of
20 cancers rather than the patient is not
21 getting diagnosed.
22     Q.   So I think you called it a
23 recording bias; right?
24     A.   That's a name I came up with,
25 no, that's not an official name, but it's a

Page 199

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 misclassification of disease, outcomes.
3     Q.   And this same type of
4 misclassification that you describe there
5 with respect to PPIs can certainly also
6 take place with respect to H2-blockers;
7 correct?
8     A.   If some of the H2-blockers
9 influence the person being -- seeing a
10 physician more often, then it could.
11     Q.   Okay.  In your report, Dr.
12 McTiernan, you discuss the likelihood of
13 misclassification of exposure in the
14 ranitidine studies; correct?
15     A.   I do in several places.  I don't
16 know if there's a particular place you're
17 mentioning.
18     Q.   I'm just asking generally.
19     A.   Yes.
20     Q.   And one type of
21 misclassification that you discuss is
22 misclassification of over-the-counter use
23 in studies that use only prescription data
24 sets; correct?
25     A.   Yes.

Page 200

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     Q.   Now, if a study uses an active
3 comparator with a similar level of
4 over-the-counter use, it will also suffer
5 from similar misclassification of exposure;
6 correct?
7         MR. RONCA:  Object to form.
8     A.   If the active comparator
9 medication is as likely to be available
10 over-the-counter and if the costs are the
11 same.
12         Many people historically who
13 have chosen to get over-the-counter
14 medicines versus prescription are because
15 of cost.
16         So there are a lot -- a lot of
17 conditions that would make them equivalent
18 in terms of misclassification of exposure.
19     Q.   Okay.  But so I understand that
20 it is your testimony that if the active
21 comparator medication is as likely to be
22 available over-the-counter and the costs
23 are similar, then the misclassification of
24 exposure will be similar for the active
25 comparator; is that fair?

Page 201

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     A.   It depends on other variables
3 too.  I didn't list all the other things
4 that might influence whether somebody is
5 going to take one medication or another
6 over-the-counter or versus by prescription.
7     Q.   Why don't you list them, please.
8         MR. RONCA:  Object.  Just don't
9 say that anymore.
10         MS. CANAAN:  Excuse me?
11         MR. RONCA:  Just ask your next
12 question.
13         MS. CANAAN:  What was that, Jim?
14         MR. RONCA:  Just listen, please.
15 Okay, that's not necessary.
16         Just ask your next question.
17         MS. CANAAN:  I did ask my next
18 question.
19         MR. RONCA:  Go ahead.
20         MS. CANAAN:  My question was,
21 why don't you list them.
22         MR. RONCA:  Okay, I misheard
23 you.  I withdraw what I said.
24         MS. CANAAN:  I think an apology
25 would be in order, Jim.

51 (Pages 198 - 201)

Page 202

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2          MR. RONCA:  I apologize.
3  BY MS. CANAAN:
4      Q.   Okay, go ahead, Dr. McTiernan.
5      A.   Okay.  Now, can you repeat the
6  question and the list that you would like?
7      Q.   Dr. McTiernan, I believe you
8  testified that there were some -- some
9  other conditions with respect to whether
10  someone may or may not use an
11  over-the-counter medication and you said
12  you didn't list them all, so I'm asking you
13  to list them now.
14      A.   I can't think of all of them
15  that there would be.  Again, I would
16  consider them if I'm looking at studies of
17  different medications from different
18  medical settings, of different dates.
19          Certainly over-the-counter was
20  available at different dates for different
21  medicines, different countries.
22          And some of these reports that
23  we looked at, some of these papers are from
24  countries where the paper didn't report at
25  all anything about over-the-counter

Page 203

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2  availability or use.
3          So we don't know if the
4  prescription referred to everything
5  somebody was -- could possibly obtain or if
6  they could also go to their local pharmacy
7  and get the same thing for cheaper.
8          So it's impossible to give an
9  overall -- I find it impossible to give an
10  overall answer when so much depends on the
11  study, the setting, the medical settings
12  and the country that are being represented
13  in these studies.
14      Q.   Dr. McTiernan, ranitidine went
15  over-the-counter in the United States in
16  1995; correct?
17      A.   I'm not sure.  I'd have to look
18  that up.
19      Q.   I'll represent to you that it
20  went over-the-counter in 1995.
21          Do you know one way or the other
22  whether the percentage of over-the-counter
23  ranitidine use increased had progressively
24  over the years.  Do you know?
25      A.   I don't know for the United

Page 204

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2  States.
3          I know there was data in the
4  Adami study for Denmark which showed an
5  increase in over-the-counter use for
6  ranitidine from when it was first available
7  over the following ten years or so.
8      Q.   Okay.  In the Adami study,
9  they did see a progressive increase in
10  over-the-counter use; correct?
11      A.   Yes.
12      Q.   Okay.
13      A.   Well, the percentage of drug
14  that was sold over-the-counter increased
15  over time.
16      Q.   Correct.  And so any bias for
17  misclassification of over-the-counter use
18  of ranitidine should be greater in the
19  earlier years than in the later years --
20  I'm sorry, it's the opposite.  Scratch
21  that.  Let me start again.
22          So any bias for
23  misclassification of over-the-counter
24  ranitidine should be greater in, say, 2018
25  than in 2002, for example; is that right?

Page 205

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2      A.   If the only thing driving the
3  misclassification for that particular study
4  was that, then -- then I would agree.
5      Q.   And another type of
6  misclassification that you discuss in your
7  report is misclassification resulting from
8  patients who may redeem a prescription, but
9  not actually take the medication; correct?
10      A.   Yes.
11      Q.   Now, first of all, can we agree
12  that studies that look at redeemed
13  prescriptions are more reliable -- again,
14  all other things being equal -- than
15  studies that look at prescriptions alone?
16          MR. RONCA:  Object to form.
17      A.   It would depend on the study.
18  It's not -- it's not possible to say
19  overall they're going to be reliable,
20  unless you'd be able to look at what the
21  study looked at otherwise, how the study
22  was conducted.
23      Q.   Is it fair to say, Dr.
24  McTiernan, that if someone takes the
25  trouble to redeem a prescription, they are

52 (Pages 202 - 205)

Page 206

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  more likely to take the medication than
2  someone who never redeemed a prescription?
3      MR. RONCA:  Object to form.
4      A.   Well, that has to follow.
5  They're going to have an indication unless
6  they give it to somebody else.
7      And I know from being involved
8  in a large clinical trial that that
9  happens.  But in general, they have the
10 medication so they at least have -- but it
11 doesn't mean that they take it.
12     Q.   Okay.  Now, sometimes the study
13 offers will do sensitivity analysis, where
14 they limit their analysis to people who
15 redeem, say, ten or 20 prescriptions.
16     You're familiar with those types
17 of analyses; correct?
18     A.   Yes.
19     Q.   And is it fair to say that the
20 likelihood of misclassification of exposure
21 is decreased in such an analysis?
22     A.   I don't think we know that.
23     One issue is we don't know how
24 long the prescription is.

Page 207

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1      In Denmark, a lot of the
2  individuals in that country receive only a
3  two-week prescription.
4      So if you had some people that
5  had two weeks, a prescription, and they had
6  ten of them with 20 weeks, whereas another
7  person might get a prescription that is six
8  months in length.
9      So it's really not -- I don't
10 feel it's possible to say that if somebody
11 has more prescriptions that means they
12 definitely took more of the medication.
13     It really depends.
14     Q.   My question, Dr. McTiernan, to
15 be clear, is I'm not asking you whether
16 somebody definitely took the medication.
17     My question is very simple.
18     Let's say you have an analysis,
19 right, that looks at anyone who has ever
20 filled one prescription and then there's a
21 sensitivity analysis that only looks at
22 people who filled at least 20
23 prescriptions, is the sensitivity analysis
24 more likely to capture users who actually

Page 208

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  took the medication, that's all I'm asking?
2      MR. RONCA:  Object to form.
3      A.   I don't think we know and, you
4  know, the availability of over-the-counter
5  might come in there too.
6      Maybe somebody had one
7  prescription and then takes the rest
8  through over-the-counter.
9      So it's -- I don't think you can
10 make a leap of faith like that, that this
11 is definitive.  That analysis is just what
12 it says, analysis of looking at number of
13 prescriptions based on what the record
14 says.
15     It doesn't mean the person
16 actually took the pill.
17     Q.   Dr. McTiernan, I'm not asking
18 you about anything definitive.  I'm not
19 asking you whether anyone ever actually
20 took the pill.  I'm just asking a very
21 simple question.
22     Do you think that, as compared
23 to an analysis where somebody redeemed one
24 prescription, okay, in one analysis.  In

Page 209

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  another analysis you have a group of people
2  that redeemed at least 20 prescriptions.
3      You're saying that you cannot
4  say that the folks who redeemed at least 20
5  prescriptions are more likely to have taken
6  the medication than the group of people who
7  redeemed one prescription?  That's your
8  testimony today?
9      MR. RONCA:  Object to form.
10     A.   I think we don't know.  I'd want
11 to see the study.
12     Q.   Misclassification of exposure
13 can be differential or non-differential;
14 correct?
15     A.   Yes, and are you talking -- say
16 again, misclassification of exposure?
17     Q.   Of exposure can be differential
18 or non-differential?
19     A.   Yes.
20     Q.   Non-differential
21 misclassification exposure,
22 non-differential misclassification of
23 exposure does not always bias towards the
24 null; correct?

53 (Pages 206 - 209)

Page 210

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2      A.   That's my understanding, does
3  not always bias to the null.
4      Q.   When is it not biased towards
5  the null?
6      A.   I can't give an example now.  It
7  would depend on the study.
8      Q.   You can't give any example, you
9  can't think of any scenario where
10  non-differential misclassification of
11  exposure does not bias towards the null?
12      A.   Not off the top of my head.
13      Q.   Okay.  Let me give you an
14  example.
15          If an exposure variable has more
16  than two categories, the bias from
17  non-differential misclassification of
18  exposure may be away from the null;
19  correct?
20      A.   I'm sorry, I was confused.  I
21  thought that you were talking about
22  differential, so I apologize.
23          So these last couple of
24  questions have been about non-differential
25  and when non-differential can bias not

Page 211

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2  towards the null.
3      Q.   You want me to ask you the
4  question again?
5      A.   Yes, please.
6      Q.   Okay.  Non-differential
7  misclassification of exposure does not
8  always bias towards the null; correct?
9      A.   It usually does, but it doesn't
10  always have to.
11      Q.   So give me an example when it
12  doesn't always bias towards the null.
13      A.   Theoretically, if an exposure is
14  classified into several levels of exposure,
15  it's possible for the middle levels --
16  like, suppose you divide exposure into five
17  different levels, one, two, three, four,
18  five.
19          It's possible, and I've just
20  seen papers, theoretical papers about this,
21  that the middle categories may be -- may be
22  misclassified -- sorry -- may be biased
23  away from the null.
24          However, the extreme category
25  should still work like -- like a

Page 212

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2  two-category classification.
3          So in this case I just mentioned
4  the five levels, number five, the top one
5  and the bottom one are less likely to be
6  biased towards -- away from the null and
7  more likely to be biased towards the null.
8      Q.   Can you name any textbook or
9  other authoritative source that states that
10  with non-differential misclassification of
11  exposure, the extreme categories will still
12  be, and multiple categories as you just
13  described, extreme categories will bias
14  towards the null?
15      A.   I can't remember where I've seen
16  this.  I've read papers on this recently,
17  but I can't recall which one.
18      Q.   Okay.  So you can't cite
19  anything for me today?
20      A.   Not today.
21          THE VIDEOGRAPHER:  Going off the
22  record.  The time is 1:29 p.m.
23          This is the end of Media Unit 3.
24          (A luncheon recess was taken
25  from 1:29 p.m. PST to 2:06 p.m. PST.)

Page 213

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2      A F T E R N O O N   S E S S I O N
3   (Time Resumed: 2:06 p.m. PST)
4          ANNE McTIERNAN, MD, Ph.D.,
5  having been previously duly sworn/affirmed,
6  resumed and testified as follows:
7          THE VIDEOGRAPHER:  We are back
8  on the record.
9          The time is 2:06 p.m., Pacific
10  Time.
11          This is the beginning of Media
12  Unit 4.
13          MR. RONCA:  Eva, during the
14  break, Dr. McTiernan remembered a
15  study that she talked about, couldn't
16  remember the name of the study.
17          If you want to know that, she
18  knows what it is now.
19          MS. CANAAN:  Great.
20          MR. RONCA:  On non-differential
21  misclassification.
22          MS. CANAAN:  I'll be sure to
23  ask.
24          Thank you.
25          MR. RONCA:  Okay, sure.

54 (Pages 210 - 213)

Page 214

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 CONTINUED EXAMINATION
3 BY MS. CANAAN:
4 Q. Dr. McTiernan, are you ready to
5 proceed?
6 A. Yes.
7 Q. Okay. So before we went on the
8 break, we discussed that where exposure
9 variable has more than two categories, the
10 bias from non-differential
11 misclassification of exposure may not be
12 away from the null; correct? May be away
13 from the null -- sorry.
14 May be away from the null.
15 A. That is what we were discussing.
16 And I mentioned that the people
17 who have analyzed this, that the extreme
18 value is still going to be biased towards
19 the null.
20 And the paper that I was
21 referencing was Dosemeci, D-O-S-E-M-E-C-I,
22 and it states that in their modeling, it
23 says: "As expected, the odds ratio for the
24 high exposure category is reduced towards
25 the null."

Page 215

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 So this issue of potential bias
3 away from the null it looks like pertains
4 to the middle categories rather than the
5 extreme.
6 Q. And what is the year for the
7 Dosemeci study?
8 A. That is in 1990.
9 Q. Now, based on your prior
10 testimony, I understand that whether or not
11 the misclassification for the extreme
12 category will or will not be towards the
13 null depends on the data set; right?
14 I mean, that's what you always
15 said, it depends on the data set, you have
16 to look at the specific set; right?
17 A. Well, this paper is talking
18 about the mathematics of it, and why, if
19 you have misclassification, if you do have
20 misclassification, that's what you have.
21 What I'm say -- what I'm talking
22 about, looking at a specific study, not
23 every study is going to have
24 misclassification.
25 Sometimes you don't know, but

Page 216

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 often the researchers have gone to the
3 effort to reduce that. So if they reduce
4 misclassification, if they validate
5 everything, they do all the best methods,
6 the likelihood of having misclassification
7 is less than if somebody pays no attention
8 to it.
9 So it's still going to be
10 dependent on the study, but this paper was
11 written by statisticians. It's a
12 theoretical paper.
13 Q. Okay. But it still depends on
14 the study, it still depends on the data
15 set; right?
16 A. The bias to the null or away
17 from the null is a math thing, but it's how
18 the numbers are calculated, but whether or
19 not the study has misclassification is the
20 issue in real life.
21 Q. Okay. Studies with exposure
22 variables with more than two categories
23 include some of the dietary studies that
24 you have reviewed; correct?
25 A. They can, yes.

Page 217

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 Q. And some of the occupational
3 studies that you have reviewed; correct?
4 A. Yes.
5 Q. Okay. And some of the studies
6 that evaluated dose or duration response;
7 correct?
8 A. Dose or duration of what?
9 Q. Of ranitidine, for example.
10 A. So you're talking about the drug
11 studies now. Yeah, okay.
12 Q. Yes.
13 A. If they had dose and if they had
14 duration, yes.
15 Q. They had multiple categories is
16 all I'm asking, multiple categories --
17 A. Some of them did, yes.
18 Q. So you cite a number of
19 publications by Dr. Sander Greenland;
20 correct?
21 A. Yes.
22 Q. Do you consider him to be a
23 well-respected epidemiologist?
24 A. I think of him as a
25 biostatistician.

Page 218

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2    Q.   Okay.  Do you consider him to be
3 a well-respected biostatistician?
4    A.   Yes, I've seen some of his
5 papers and he's well published, yes.
6       MS. CANAAN:  Let's go to
7    Exhibit 20, please.
8       (Exhibit 20 marked for
9    identification, multi-page document,
10   paper co-authored by Dr. Sander
11   Greenland.)
12 BY MS. CANAAN:
13   Q.   So this is a paper co-authored
14 by Dr. Greenland; is that fair?
15   A.   Can you enlarge it?
16   Q.   Yes, please.  That's a good
17 idea.
18   A.   Yes, I see his name.
19      MS. CANAAN:  Can we go to the
20   first page.  Thanks, David.
21 BY MS. CANAAN:
22   Q.   So let's see what the authors
23 write in the abstract.  Okay?
24      They say:  "Many investigators
25 write as if non-differential exposure

Page 219

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2 misclassification inevitably leads to a
3 reduction in the strength of an estimated
4 exposure-disease association.
5       "Unfortunately,
6 non-differentiality alone is insufficient
7 to guarantee bias towards the null.
8       "Furthermore, because bias
9 refers to the average estimate across study
10 repetitions rather than the result of a
11 single study, bias towards the null is
12 insufficient to guarantee that an observed
13 estimate will be an underestimate.
14      "Thus, as noted before, exposure
15 misclassification can spuriously increase
16 the observed strength of an association
17 even when the misclassification process is
18 non-differential and the biases produced is
19 towards the null."
20      Did I read that correctly?
21   A.   Yes.
22   Q.   Let's go to page 1 now.
23      MS. CANAAN:  Actually, go back.
24   Same page.  Let's zoom in on that.
25   Yes, right here.  Okay.

Page 220

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2 BY MS. CANAAN:
3    Q.   So here the authors write:
4       "One often cited version is that
5 non-differential misclassification of a
6 binary exposure that is independent of
7 other errors will bias the relative risk
8 estimated towards the null value of 1
9 towards no association.
10      "It seems underappreciated that
11 such rules are often inapplicable.  As
12 discussed previously, additional conditions
13 beyond non-differentiality are required to
14 guarantee that bias is towards the null.
15      "Less well-known and perhaps
16 surprising to some is that bias towards the
17 null does not always lead to an
18 underestimate of a relative risk.
19      "The rules refer to the expected
20 values of estimators, which is to say, the
21 average result of applying a formula or an
22 estimator to repeated samples.  Not to the
23 value estimated from a specific study.
24      "Thus, it is incorrect to claim,
25 as authors often do, that the estimate from

Page 221

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2 a study must be an underestimate because
3 the bias is towards the null."
4       Did I read that correctly?
5    A.   Yes.
6    Q.   Okay.  Let's stop here for a
7 minute.
8       Do you have a basis to disagree
9 with what Dr. Greenland writes there?
10   A.   I think he's just laying out --
11 that you're just laying out a premise.
12   Q.   Okay.  Let's go to page 7 now.
13 Page 7 of the PDF.
14      MS. CANAAN:  Keep going.  Let's
15   zoom in on that paragraph.
16 BY MS. CANAAN:
17   Q.   So here Dr. Greenland writes:
18      "Another reason for the
19 incorrect belief is the failure to
20 recognize that non-differentiality is
21 insufficient to guarantee the bias is
22 towards the null.
23      "Other conditions must be
24 satisfied, especially independence of
25 errors.

56 (Pages 218 - 221)

Page 222

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      "Furthermore, even small
3  departures from non-differentiality can
4  produce bias away from the null.
5      "Finally, even when bias due to
6  exposure misclassification is towards the
7  null, other biases, such as confounding,
8  selection bias and mismeasurement of
9  covariates can cause the total bias to be
10  away from the null.
11      "The combined effect from all
12  biases must be considered when interpreting
13  study results."
14      Did I read that correctly?
15      A.   Yes.
16      Q.   Okay.  Do you disagree with what
17  Dr. Greenland states in that paragraph that
18  I just read?
19      A.   This is -- do I disagree that
20  that's what's written?
21      Q.   Yes.  Do you disagree?
22      A.   Or disagree with the premises?
23      Q.   Do you disagree with the
24  paragraph that I just read, starting with
25  "another reason for the incorrect belief"?

Page 223

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      A.   You mean the concept.  Well, I
3  haven't read this paper in detail, so I
4  can't state agreement or disagreement with
5  that conclusion.
6      Q.   Okay.  So as you sit here today,
7  you can't tell me whether you agree or
8  disagree, for example, that the combined
9  effect from all biases must be considered
10  when interpreting study results?
11      A.   Can you show me what -- what
12  you're saying there?
13      Q.   Yes.  Do you see the last two
14  sentences in the paragraph that is
15  highlighted before you?
16      Do you see --
17      A.   Okay.  I see that, but I'm --
18      Q.   So my question is, as you sit
19  here today, can you tell me whether you
20  agree or disagree with those two sentences?
21      A.   Okay.  I think you're talking
22  about the last sentence?  You said --
23      Q.   Let me read it for you, okay,
24  again.
25      "Finally, even when bias due to

Page 224

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  the exposure misclassification is towards
3  the null, other biases, such as
4  confounding, selection bias and
5  mismeasurement of covariates, can cause the
6  total bias to be away from the null.
7      "The combined effect from all
8  biases must be considered when interpreting
9  study results."
10      My question, Dr. McTiernan, is
11  do you agree or disagree?
12      A.   Well, it would depend on the
13  individual study, which is what they're
14  suggesting here.
15      Also, that you have to consider
16  all of the issues with the study, including
17  -- they're talking about confounding,
18  selection bias and mismeasurement of
19  covariates, and I would state there are
20  other things you need to consider as well,
21  such as missing data.
22      So -- which in the studies I've
23  reviewed was, by far, a very large issue,
24  not knowing who was exposed and who was
25  unexposed.  And then not knowing who

Page 225

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  developed a cancer and who didn't.
3      So the combined effect from all
4  biases, but also the study design in
5  general, have to be considered when
6  interpreting study results.
7      Q.   So now it depends on the data
8  set; right?
9      A.   I think it always comes to data.
10      Q.   Okay.  Dr. McTiernan, you cite
11  the Modern Epidemiology Textbook in your
12  report; correct?
13      A.   Which one?
14      Q.   Modern Epidemiology.
15      A.   By Rothman, yes.
16      Q.   Do you agree that it's an
17  authoritative text in the field of
18  epidemiology?
19      A.   I believe it's useful.
20      Q.   It's just useful?
21      A.   It was written by Rothman.  He's
22  a very well-respected epidemiology.  I took
23  a course with him years ago.
24      Q.   Okay.  Let's look at Exhibit 17.
25      (Exhibit 17 marked for

57 (Pages 222 - 225)

Page 226

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      identification, multi-page document,
3      cover page titled "Third Edition -
4      Modern Epidemiology.")
5          MS. CANAAN:  Let's go to PDF
6      page 17.
7          MR. RONCA:  What exhibit is
8      this, 17?
9          MS. CANAAN:  Uh-huh.
10          MR. RONCA:  All right. I don't
11      see it in my folder.
12          THE CONCIERGE:  Please refresh.
13          MR. RONCA:  I did it twice.
14      There it is.
15          MS. CANAAN:  So page 17 of the
16      PDF, please.  One more page, I think.
17          So the third paragraph from the
18      top that starts "it is important,"
19      let's zoom in on that one.
20  BY MS. CANAAN:
21      Q.   So here Dr. Rothman writes:
22      "It is important to note that
23  the present discussion concerns expected
24  results under a particular type of
25  measurement method.

Page 227

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      "In a given study, random
3  fluctuations in the errors produced by a
4  method may lead to estimates that are
5  further from the null than what they would
6  be if no error were present, even if the
7  method satisfies all the conditions that
8  guarantee bias toward the null."
9          Did I read that correctly?
10      A.   Yes.
11      Q.   And do you disagree with
12  Dr. Rothman?
13      A.   I think he's saying the same
14  thing as Jurek did.  He cites him.
15      Q.   Okay.  So do you agree or
16  disagree?
17      A.   I think he says -- let's see...
18          He's talking about a given study
19  and looking at all of the errors possible
20  in that study, so I agree.
21      Q.   Now, Dr. McTiernan, in your
22  report, you never tried to estimate the
23  magnitude of the bias from any
24  misclassification on the reported risk
25  estimates in the ranitidine studies;

Page 228

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  correct?
3      A.   Could you repeat that question?
4      Q.   Of course.
5          In your report, you never tried
6  to estimate the magnitude of the bias from
7  any misclassification on the reported risk
8  estimates in the ranitidine studies;
9  correct?
10      A.   Correct.  It was impossible to
11  determine how much misclassification there
12  was because the data were missing.
13      Q.   What -- I'm sorry, Dr.
14  McTiernan, let me ask it this way:
15          Did you read Dr. Andrew Chan's
16  report?
17      A.   I did.  I don't recall
18  everything that's in it.
19      Q.   Okay.  Do you recall that
20  Dr. Chan performed specific calculations to
21  estimate the magnitude of the bias from any
22  misclassification of exposure on the risk
23  estimates in ranitidine studies?
24          Do you recall that?
25      A.   I don't recall.

Page 229

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      Q.   Okay.  So you have no basis to
3  disagree with what Dr. Chan did in his
4  report as you sit here today?
5      A.   I don't recall.
6      Q.   Okay.  I mean, you cited the
7  Copeland 1977 paper in your report.
8          Do you recall that paper?
9      A.   Yes, I haven't read it recently,
10  but I do recall it.
11      Q.   I mean, you cited it 16 times in
12  your report.
13      A.   I know.  Sorry, that wasn't a
14  question, sorry.
15      Q.   The question was, you cited it
16  16 times in your report.
17          You have no basis to disagree
18  with me, I literally counted them out.
19      A.   I have no basis to disagree.  I
20  know that I relied on it.
21      Q.   Okay.  And in that paper, the
22  Copeland authors, I mean, they literally
23  perform calculations to estimate the bias
24  under particular -- to estimate the
25  magnitude of any potential bias for

58 (Pages 226 - 229)

Page 230

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  misclassification of exposure.
3        Do you recall that?
4     A.   I don't have the paper in front
5  of me.  I recall that it was a theoretical
6  paper.  They weren't looking at a
7  particular study, but I recall that they
8  did do some modeling.
9     Q.   But you didn't do any modeling
10 in your report; correct?
11    A.   I did not.
12    Q.   And of course in epidemiological
13 studies, potential confounders like
14 smoking, obesity, alcohol can also be
15 misclassified; right?
16    A.   Yes.
17    Q.   And if a confounder is
18 misclassified, you may not adequately
19 control for that confounder; correct?
20    A.   Perhaps, if it's a confounder.
21    Q.   And this, of course, may bias
22 the risk estimate away from the null;
23 correct?
24    A.   It could bias the risk estimate
25 in either direction.

Page 231

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     Q.   So residual confounding in
3  studies of ranitidine and cancer outcomes
4  may bias the risk estimate, as you said, in
5  either direction; correct?
6     A.   Residual confounding from --
7  which kind of confounders, from --
8     Q.   Just residual confounding in
9  studies of ranitidine and cancer incidence
10 may lead -- may bias the risk estimate in
11 either direction; correct?
12    A.   Correct.
13    Q.   If the confounder is strong and
14 the medication cancer relation is weak,
15 misclassification of a confounder can
16 produce extremely misleading results.
17       Do you agree?
18    A.   It depends on the study.
19    Q.   Let's take a look at Exhibit 17.
20       (Previously Marked
21    Exhibit 17 shown to witness.)
22 BY MS. CANAAN:
23    Q.   So this is "Modern Epidemiology"
24 again, Doctor, and we'll just go to PDF
25 page 20.  And I think it's the third

Page 232

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  paragraph.  Okay.
3        Doctor, do you see the paragraph
4  that starts with "if the confounding is
5  strong"?
6     A.   Yes.
7     Q.   Okay, let me read it.
8        "If the confounding is strong
9  and the exposure-disease relation is weak
10 or zero, misclassification of the
11 confounder can produce extremely misleading
12 results, even if the misclassification is
13 independent and non-differential."
14       Let's stop here for a second.
15       Do you agree or disagree?
16    A.   I would say, depending on the
17 study.
18    Q.   Okay.  So it's possible that
19 this could occur within a study; correct?
20    A.   Yes.
21    Q.   Let's continue reading:
22       "For example, given a causal
23 relation between smoking and bladder
24 cancer, an association between smoking and
25 coffee drinking would make smoking a

Page 233

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  confounder of the relation between coffee
3  drinking and bladder cancer.
4        "Because the control of
5  confounding by smoking depends on accurate
6  smoking information and because some
7  misclassification of the relevant smoking
8  information is inevitable, no matter how
9  smoking is measured, some residual
10 confounding by smoking is inevitable."
11       Let's stop here.
12       Do you agree or disagree?
13    A.   I would say some qualifiers.
14       They give an example of coffee
15 and smokers.  Well, if smokers always drank
16 a lot of coffee, then it's impossible to
17 adjust for that.
18       And if you adjust for it, then
19 you're overadjusting.  You're making your
20 exposure variable disappear.
21       So in that case, it's not so
22 much confounding is left.  It's just that
23 it's extremely highly correlated variables.
24       So, again, I think these --
25 these depend on the data set, and a lot of

59 (Pages 230 - 233)

Page 234

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  what these authors are talking about are
3  theoretical, such that when you get to the
4  data set you don't really know because you
5  don't know how much something has been
6  unmeasured.
7        And the effect of unmeasured
8  exposure is much greater than the effect of
9  unmeasured potential confounding variables.
10       So that if you don't know how
11  much exposure somebody's had, whether
12  they're even exposed, you don't know
13  whether somebody's had a cancer, that
14  effect is going to be much higher than the
15  effect of a confounding variable.
16    Q.   Dr. McTiernan, the only question
17  I want to ask you, I want to direct you to
18  this sentence, okay.
19       "Because the control of
20  confounding by smoking depends on accurate
21  smoking information and because some
22  misclassification of the relevant smoking
23  information is inevitable no matter how
24  smoking is measured, some residual
25  confounding by smoking is inevitable."

Page 235

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2        Do you agree or disagree that
3  for these reasons some residual confounding
4  by smoking is inevitable?
5    A.   I disagree.  I don't know if
6  that's true.
7    Q.   Okay.
8    A.   This cites to one author.  I
9  haven't read that paper so I don't know.
10   Q.   Okay.  Next sentence:
11       "The problem of residual
12  confounding will be even worse if the only
13  available information on smoking is a
14  simple dichotomy, such as 'ever smoked'
15  versus 'never smoked,' because the lack of
16  detailed specification of smoking prohibits
17  adequate control of confounding."
18       Did I read that sentence
19  correctly?
20   A.   Yes.
21   Q.   Do you agree or disagree with
22  Dr. Rothman?
23   A.   Again, it depends on how this is
24  confounding that data set.
25   Q.   So it depends on the data set,

Page 236

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  you're saying?
3    A.   It depends on the data.
4    Q.   Okay.  Now, protopathic bias or
5  reverse causality, as I think you've
6  testified, may bias the risk estimates away
7  from the null; correct?
8        MR. RONCA:  Object to form.
9    A.   It may bias away from the null,
10  yes.
11   Q.   And confounding by indication
12  may bias the risk estimates also away from
13  the null; correct?
14   A.   Possible.  It's a little less
15  clear-cut because we don't know if somebody
16  is taking -- because of what we talked
17  about before, we don't know if the
18  indication is the reason the person is
19  taking that medication, the indication is
20  not always diagnosed, so it's more
21  complicated than just whether a person had
22  earlier symptoms from the cancer.
23   Q.   And detection bias, Dr.
24  McTiernan, may bias the risk estimates away
25  from the null; correct?

Page 237

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2    A.   I'm not sure about that.
3    Q.   You don't know one way or the
4  other?
5    A.   Well, because I'm trying to
6  think if any of the studies that I looked
7  at for this had detection bias and because
8  I can't -- we weren't looking in these five
9  cancers, there isn't a standard screening
10  test.  And so I think of detection bias as
11  somebody who has access to early screening.
12   Q.   So I'm not talking about
13  ranitidine studies right now.
14       I'm just saying generally,
15  detection bias.  And I think earlier when
16  we discussed detection bias, you gave me an
17  example of breast cancer and mammograms.
18       Do you remember that?
19   A.   That's right.  Somebody who has
20  -- is getting screened regularly so that
21  they get diagnosed earlier with a disease.
22   Q.   So generally speaking, detection
23  bias may bias the risk estimates away from
24  the null; correct?
25   A.   Yeah, I'm just trying to get --

60 (Pages 234 - 237)

Page 238

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  because we're talking about ranitidine and
3  the cancers that are in my report, so I'm
4  trying to figure out whether that's
5  involving any of those cancers.
6       And so I think it's not
7  answerable in respect to the types of
8  biases we saw -- that I see in the studies
9  I was looking at for these.
10      In this -- we talked about the
11  electronic health records not being so much
12  a detection bias as a reporting bias, so
13  you don't know if somebody's got the cancer
14  because it's not showing up on the
15  electronic health record rather than
16  somebody's having a screening or not.
17  Q.   Dr. McTiernan, I'm not asking
18  you about ranitidine studies at all.
19      I'm asking you generally,
20  detection bias can bias the risk estimates
21  away from the null; yes or no?
22  A.   So I guess I would have to say
23  detection bias in relation to cancers where
24  there is a possible -- possibility for
25  early detection, that that could bias an

Page 239

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  exposure cancer relationship away from the
3  null.
4  Q.   And selection bias can also bias
5  risk estimates away from the null; correct?
6  A.   Selection bias, which occurs
7  with a case-control study, could bias the
8  results in either direction.
9  Q.   Okay.  Now, in your discussion
10  of ranitidine studies, you state numerous
11  times in your report that you gave more
12  weight to risk estimates above 1 than to
13  risk estimates below 1.
14      Do you recall that?
15  A.   Why don't you show me where
16  you're pointing to, what you're talking
17  about.
18  Q.   Let me just ask you:
19      Did you or did you not, Dr.
20  McTiernan, give more weight to risk
21  estimates above 1 than to risk estimates
22  below 1 in your review of the ranitidine
23  studies that are discussed in your report?
24  A.   I'd like to see what you're
25  referring to in the report and then we

Page 240

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  could talk about the context that I said
3  that.
4  Q.   I really just want to
5  understand, Dr. McTiernan, as you sit here
6  today, did you give more weight to the
7  studies with risk estimates above 1 or not?
8  I mean, it's a simple question.
9       MR. RONCA:  Why do you resist
10  showing her where you're going.
11      MS. CANAAN:  I will.  Look, Jim,
12  please don't interrupt.
13  I'm asking --
14      MR. RONCA:  No, I'll interrupt
15  when I wish.  I haven't interrupted
16  you much, but it's the third time
17  you've asked the same question.
18      Two times the witness has asked
19  to see what you're referring to so she
20  can put it into context.
21      Nevertheless, you're insisting
22  on asking the same question a third
23  time and I don't think she has to
24  answer it.
25      MS. CANAAN:  I'm entitled to an

Page 241

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  answer, as she --
3       MR. RONCA:  You're not.
4       MS. CANAAN:  She can tell me she
5  can't answer the question.
6  BY MS. CANAAN:
7  Q.   So I'm just asking you, Dr.
8  McTiernan, if your answer is "I can't
9  answer that question," you can say "I can't
10  answer that question."
11      MR. RONCA:  She gave you an
12  answer.  That's the answer you've got.
13  BY MS. CANAAN:
14  Q.   Dr. McTiernan, I'm going to
15  repeat my question:
16      In your report, did you give
17  more weight to risk estimates above 1.0
18  than to risk estimates below 1.0 in the
19  ranitidine studies that you reviewed?
20      MR. RONCA:  Same objection.
21  A.   I looked at -- I looked at all
22  aspects of each study that I reviewed that
23  looked at ranitidine and cancer risk.
24      If there's a statement that
25  you're referring to, then I would like to

61 (Pages 238 - 241)

Page 242

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 see where it is so that I can look in
3 context of why I said and what I said.
4      Q.   Okay.  Let's look at it now.
5 Let's go to page 134.
6           Do you see the top paragraph,
7 Dr. McTiernan?
8      A.   Yes, I'm just trying to look at
9 what section this is in.
10      Q.   Oh, sure.  Tell me when you're
11 ready.
12      A.   This is the section where I'm
13 looking at the epidemiologic studies of
14 ranitidine and risk of multiple cancers.
15           So this is reviewing studies but
16 not reviewing -- not cancer analyses yet.
17      Q.   Dr. McTiernan, there was no
18 question pending, so let me ask you a
19 question.
20           In the first paragraph of page
21 134 of your report, you state that:
22      "I provided less weight to the
23 results that did not find a relative risk
24 greater than 1 and put more weight on the
25 results that found an increase in risk of

Page 243

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 cancer with ranitidine exposure."
3           Did I read that correctly?
4      A.   Yes.
5      Q.   And is the reason why you used
6 this methodology that you believe there's a
7 potential bias towards the null from
8 misclassification of exposure, is that the
9 reason why you gave less weight to the
10 results that did not find a relative risk
11 greater than 1?
12      A.   Okay.  I need to read everything
13 that I wrote about the study because my
14 rationale at the bottom depends on what I
15 wrote here.
16      Q.   Well, unfortunately, we can't
17 take the time.  If you want, we can go off
18 the record, if you really want to read
19 everything you wrote about the study --
20      MR. RONCA:  Wait, you pulled a
21 half a sentence out of context and she
22 wants to look at what she wrote and
23 put it into context.
24           You didn't read the whole
25 sentence in your question.

Page 244

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      MS. CANAAN:  Dr. McTiernan said
3 she needs to read everything she wrote
4 about the study, and if she really
5 needs to read everything, we'll have
6 to go off the record.
7           It's very simple, Jim.
8      MR. RONCA:  I don't think it's
9 that simple.  I think that she does it
10 right on the record right now.
11 BY MS. CANAAN:
12      Q.   Dr. McTiernan, how long will it
13 take you to review everything you wrote
14 about this study?
15      MR. ROTMAN:  It's two pages.
16      A.   It's two pages, so five minutes?
17      MS. CANAAN:  Then we'll go off
18 the record if it's five minutes.
19           Let's please go off the record.
20      MR. ROTMAN:  Jim, if we're going
21 off the record she's not doing
22 homework.
23      MR. RONCA:  She's not going to
24 do the homework off the record.
25           Just read it now, and if you

Page 245

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 have a complaint about the time for
3 your 12 hours, we'll talk about that
4 later.
5           Go ahead, Anne.  Read it.  Stay
6 on the record.
7 MS. CANAAN:
8      Q.   Are you done, Doctor?
9      A.   Yes.
10      MS. CANAAN:  Madam Court
11 Reporter, could you read back my
12 question, please.
13           (The following question was read
14 back:  "And is the reason why you used
15 this methodology that you believe
16 there's a potential bias towards the
17 null from misclassification of
18 exposure, is that the reason why you
19 gave less weight to the results that
20 did not find a relative risk greater
21 than 1?")
22 BY MS. CANAAN:
23      Q.   Go ahead, Doctor.
24      A.   Well, I'll read the full
25 sentence that had -- and I gave my

62 (Pages 242 - 245)

Page 246

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  rationale.
3       It says:  "Given the significant
4  methodologic problems with this study in
5  regard to study design, exposure
6  measurement, choice of non-exposed
7  comparator, small numbers of individual
8  cases, method of analyses and bias toward
9  the null, I provided less weight to the
10  results that did not find a relative risk
11  greater than 1 and put more weight on the
12  results that found an increase in risk of
13  cancer with ranitidine exposure."
14       Q.   And the study that you are
15  discussing here is the Yoon study; is that
16  right?
17       A.   It's the Yoon study, yes.
18       Q.   And in your discussion of the
19  Yoon study, you don't discuss the
20  possibility of protopathic bias; correct?
21       A.   I don't see it here, no.
22       Q.   And in your discussion of the
23  Yoon study, you don't discuss confounding
24  by indication and the bias that may result
25  from that; correct?

Page 247

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2       A.   I don't see that here, no.
3       Q.   Okay.  Dr. McTiernan, do you
4  agree that an analysis of ranitidine and
5  cancer incidence that has longer follow-up
6  will produce more reliable results than the
7  same analysis with shorter follow-up?
8       A.   Could you repeat the question?
9       Q.   Of course.
10       Do you agree that an analysis of
11  ranitidine and cancer incidence that has
12  longer follow-up will produce more reliable
13  results than the same analysis with shorter
14  follow-up?
15       A.   It depends on the study, and I'm
16  not clear how they could be the same
17  analysis with short follow-up in one study
18  as there is long follow-up.
19       It seems like there's either --
20  follow-up is what it is.
21       Q.   Okay.  Let me ask it another
22  way, okay?
23       Do you agree that the longer
24  that cohort studies have followed
25  participants to allow time for development

Page 248

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  of cancers, the more reliable will be the
3  results?
4       A.   It depends on the study.
5       Q.   Let's look at your report.
6  Let's look at page 65.
7       Let's look at the paragraph that
8  starts with "the method through which."
9  Let's focus on that paragraph.
10       And by the way, Dr. McTiernan,
11  can you just confirm for me that this
12  paragraph does not appear to be in the
13  context of any particular study.
14       Are you discussing any
15  particular study here?
16       A.   This is an introduction section
17  -- sorry, on methodology -- section on
18  epidemiology, so it's not in reference to
19  any one study.
20       Q.   Okay.
21       A.   Hold on.  Let me just make sure.
22       I'm talking about bias in
23  epidemiology studies and -- and then
24  measurement in -- of NDMA and occupational
25  and diet studies, and so --

Page 249

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2       Q.   So why don't you read for me,
3  Dr. McTiernan, read for me the last
4  sentence in the paragraph that starts with
5  "the method through which carcinogens,"
6  just read me the sentence that starts with
7  "therefore, the longer that cohort
8  studies."
9       Can you read it for me?
10       A.   So you're talking about the
11  paragraph, "the method through which
12  carcinogen," that one?
13       Q.   Just read me the sentence that
14  starts with "therefore, the longer that
15  cohort studies have followed."
16       Can you read that sentence?
17       A.   So in context, the paragraph
18  before, I said:
19       "Since exposure to a carcinogen
20  can take years to decades to result in a"
21  -- "diagnose cancer.  And it's critical for
22  studies to follow patients for long periods
23  in order to detect the rate of cancer
24  developing in exposed persons versus that
25  occurring in unexposed persons."

63 (Pages 246 - 249)

Page 250

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      So that's -- that's the
3  context --
4      Q.  Dr. McTiernan, I'll ask you
5  about the context.
6          Can you just first read for me
7  the sentence that starts with "therefore,
8  the longer."
9      A.  Okay.  Do you want me to do the
10 reading?
11     Q.  Yes, please.
12     A.  "Therefore, the longer the
13 cohort studies have followed participants
14 to allow time for development of cancers in
15 response to NDMA exposure, the more
16 reliable will be the results."
17     Q.  And in that sentence do you
18 discuss, or in that paragraph do you
19 discuss that this will depend on a
20 particular study or do you not?
21     A.  It's a -- it's a general
22 sentence.
23     Q.  Okay.
24     A.  I believe that your question
25 before was longer versus shorter follow-up

Page 251

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  will always have -- be more reliable.
3          I believe your question wasn't
4  exactly the same as this sentence.
5      Q.  The record will reflect that,
6  Doctor.
7      A.  Pardon?
8      Q.  The court reporter is taking
9  down my questions so I'm just saying the
10 record will reflect what my question was.
11 That's all I'm saying.
12         Dr. McTiernan, do you agree that
13 all other things being equal, an analysis
14 of higher doses of ranitidine is more
15 reliable than an analysis of lower doses of
16 ranitidine?
17     A.  I think, again, it would be
18 something I would need to see the
19 individual studies and how dose is defined
20 and how it's measured.
21     Q.  Okay.  Let's go to page 39 of
22 your report.
23         And if we could focus on the
24 first paragraph under "Critical Components
25 to Both Case-Control and Cohort Studies."

Page 252

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      So under "Critical Components to
3  Both Case-Control and Cohort Studies," you
4  write:  "For both types of studies, cases
5  should be confirmed by medical record and
6  pathological report review."
7          Correct?
8      A.  Yes.
9      Q.  Okay.  Let's go to page 43 of
10 your report now.  And let's focus on the
11 paragraph that starts with "in cohort
12 studies."
13     A.  Yes.
14     Q.  Okay.  Do you see where it says:
15     "The pathology report is
16 important because a medical record may
17 include a diagnosis of a cancer site that
18 turns out to be a metastasis from another
19 site.  The pathology report documents that
20 a pathologist has examined tissue from the
21 tumor to determine what body tissue the
22 tumor originated from."
23         Did I read that correctly?
24     A.  Yes.
25     Q.  You also write that this type of

Page 253

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  validation of cancer outcomes is critical.
3          Right?
4      A.  And where did I write that?  I'm
5  missing that.
6      Q.  We can look at that.  Page 114
7  of your report.  First full paragraph from
8  the top.
9          Do you see where you state, Dr.
10 McTiernan:  "Validation of cancer outcomes
11 usually requires pathology reports plus
12 clinical confirmation to identify:  1) fact
13 of incident cancer; 2) classification by
14 site of cancer; 3) classification by cancer
15 subtype, such as histology.
16     "These items are critical,
17 because if they are in error in the
18 database, any association or lack of
19 associations observed may be false."
20         Did I read that correctly?
21     A.  Yes.
22     Q.  So in your opinion then, the
23 lack of a pathological review renders the
24 study results unreliable; correct?
25     A.  I don't know if it's -- if I

64 (Pages 250 - 253)

Page 254

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  would say -- I would use a bright line of
2  reliable or unreliable.
3
4       But most epidemiological studies
5  use pathology reports that determine
6  whether somebody has a cancer or not.
7       Most epidemiology studies, if
8  they don't use path reports, they use a
9  cancer registry, which is based on a path
10 report.
11      So I'm not sure what you're
12 referring to here, but it's usually the one
13 place where we get the most information
14 about where the cancer actually started.
15      Q.  Right.  So if an epidemiological
16 study doesn't use a cancer registry or path
17 report, as you mentioned, then exactly as
18 you say in that sentence: "Any
19 associations or lack of associations
20 observed may be false"; right?
21      A.  I'd want to see the study to say
22 that.  And perhaps there's some other way
23 of validating a cancer occurrence that --
24 that I haven't mentioned here.  I don't
25 know.  I need to look at the study.

Page 255

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1
2       Q.  Okay.  Are you trying to modify
3  that sentence in your report?
4       A.  No.
5       Q.  Okay.  Now, latency refers to
6  the period of time between when a
7  carcinogen initiates the cancer process and
8  the cancer is diagnosed; correct?
9       A.  If that's something that I
10 wrote, I'd like to see what else I wrote.
11      Q.  I'm literally just asking you if
12 you agree or disagree with the definition
13 of latency, Dr. McTiernan.
14      A.  Yes, I know, but there were
15 different definitions of it.
16      So I'd like to see it -- if you
17 can then turn to where I wrote it in the
18 report, I'd like to do that now.
19      Q.  No, Dr. McTiernan.  Just tell me
20 if you agree or disagree:
21      Latency refers to the period of
22 time between when a carcinogen initiates
23 the cancer process and the cancer is
24 diagnosed.
25      Do you agree or disagree?

Page 256

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1
2       A.  Again, it depends.
3       Is this a biology statement and
4  they may say that's from when the cancer
5  starts.  Cancers are diagnosed anywhere
6  between when a cancer is first formed at an
7  early stage or later.
8       In epidemiology, we tend to use
9  the time between when something is
10 initiated and when it's diagnosed, but if
11 it's a -- the biological term for it, it
12 might be something different.  So that's
13 why I was hoping to understand what you're
14 asking for in context.
15      And if it's something that I've
16 written in here, I'd like to know what --
17 what else I said there so I understand what
18 -- where your questions are coming from.
19      Q.  So you consider that sentence an
20 ambiguous sentence, what I just read to
21 you?
22      A.  I'm -- I don't know what it
23 means.
24      Q.  Okay.  You don't know what it
25 means.

Page 257

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1
2       In your report, you discuss that
3  cancer can have a long latency period;
4  correct?
5       A.  Can you point to where I said
6  that?
7       Q.  Let me ask you a question.
8       Do you discuss in your report
9  that cancer can have a long latency period?
10      A.  I'm sure that I've discussed it,
11 but I don't have the exact page here and I
12 don't know exactly what you're referring
13 to.
14      Q.  Okay.  Different cancers can
15 have different latency periods; correct?
16      A.  My understanding is that's true,
17 but it depends on what cancer we're talking
18 about.
19      Q.  Okay.  The latency period may
20 depend on the type of the carcinogenic
21 exposure; correct?
22      A.  Hold on a minute.  I just found
23 my section on latency so I'm going to look
24 and see what I wrote.
25      Q.  Sure.

65 (Pages 254 - 257)

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1     Dr. McTiernan, should I repeat
2   the question?
3     A.  Yes, please.
4     Q.  The latency period for a
5   particular cancer may depend on the type of
6   carcinogenic exposure; correct?
7     A.  When you say "a particular
8   cancer," do you mean a cancer type, like
9   for all cancers of that type, or are you
10  talking about an individual person's
11  cancer?
12     Q.  I'm talking generally, right.
13     So, for example, smoking and
14  asbestos can both cause lung cancer; right?
15     A.  Yes.
16     Q.  Okay.  Do you know if they have
17  different latency periods?
18     A.  I don't know.
19     Q.  Okay.  Do you know whether
20  latency for any particular cancer may
21  depend on the intensity of the carcinogenic
22  exposure?
23     A.  It certainly would -- it depends
24  on the exposure.  Radiation, for example,

*(Lines 2-25 as above for Page 258)*

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  can cause cancer at low to medium levels.
2  At very low levels it has much less
3  carcinogenic potential.  At very high
4  levels it can kill an individual, so it
5  doesn't cause a cancer, or at lower levels
6  than that it can be used to kill cancer
7  cells and not necessarily cause new cancer.
8     So that's one example of a
9  carcinogen that can have different effects
10 based on the level of exposure.
11     Q.  Okay.  And latency may depend on
12 the duration of a carcinogenic exposure;
13 correct?
14     A.  Again, it would depend on the
15 carcinogen and on the -- on the particular
16 cancer.
17     Q.  Well, my question is generally.
18     Latency for any particular
19 cancer may depend on the duration of a
20 carcinogenic exposure; right?
21     MR. RONCA:  Object to form.
22     A.  It may, but it also may -- the
23 dose of it might be important or the
24 particular carcinogen might be important.

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1     Q.  Okay.  In your report, Dr.
2 McTiernan, you note that follow-up of less
3 than ten years is not long enough for
4 cancer to develop; correct?
5     A.  Where are you referring to?
6     Q.  Well, let me ask you:
7     Dr. McTiernan, do you believe
8 that follow-up of less than ten years in
9 studies of ranitidine and cancer incidence
10 is not long enough for cancers to develop?
11     A.  I think what I stated in the
12 report was many of the cohort studies on
13 ranitidine and cancer risk follow
14 participants for less than ten years.  Not
15 long enough for cancer to develop.
16     So here it didn't specify
17 whether that was less than ten years of
18 exposure or ten years of follow-up.
19     So in a cohort study, if you're
20 following a group of young people for ten
21 years, you're going to get very few
22 cancers.  You need much longer-term
23 follow-up.
24     If you have a group of people

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  that are high risk, like people who are
2 older, then the cancers would develop
3 sooner.
4     So short-term follow-up in
5 epidemiology is usually considered not long
6 enough follow-up for a cancer follow-up.
7     But, again, how to interpret it
8 for particular studies is -- has other
9 things to consider beyond just this one
10 statement.
11     Q.  I understand what you're saying.
12     So you're saying follow-up of
13 ten years may be too short if you're
14 looking at a cohort of younger people, but
15 it may be sufficiently long if you're
16 looking at a cohort of older people.
17     That's what you're saying;
18 right?
19     A.  It could be if it's just whether
20 or not cancers are going to be -- going to
21 develop.
22     If you're -- if the -- but
23 another issue is the carcinogen, how long
24 between when the person is exposed at first

66 (Pages 258 - 261)

Page 262

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  and -- and how long they follow up to see
3  if they even had a cancer, so there are a
4  couple of things that go into the
5  follow-up.
6      Q.   Okay.  So let me ask you about
7  your own studies of cancer outcomes, right?
8      You have published numerous
9  studies looking at various exposures,
10  including medications and cancer outcomes;
11  correct?
12     A.   Yes.
13     Q.   In your own studies of cancer
14  outcomes, did you always follow the
15  population for ten years?
16     A.   No, and it depended on the
17  exposure.
18     Q.   Okay.  So can you give me an
19  example of your study where you followed a
20  cohort of patients for ten years or more?
21     A.   I'll look through my CV.
22     Q.   Okay.  Dr. McTiernan, have you
23  been able to identify any studies so far?
24     A.   It's difficult because the
25  titles don't talk about how long the study

Page 263

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  was conducted.
3      Many of my studies and cohorts
4  were in the Women's Health Initiative.
5      Women's Health Initiative was
6  designed to have people at high risk for
7  various cancers, particularly breast
8  cancer, in that they were all over age 50,
9  and very few were in their 50s, most of
10  them were over age 60.
11     And many of the exposures that
12  we were looking at were related to -- were
13  related to hormone therapy, which works as
14  a promoter -- not just an initiator -- of
15  cancer.  So not surprisingly, we had a
16  large enough study to have enough cases.
17     Now, those studies that I
18  published them, I know that they had enough
19  cases and enough power because otherwise we
20  wouldn't have been able to publish them.
21     So once a study has been
22  conducted and you have the cases developing
23  and you can see how much power they have.
24     If a study has very few cases in
25  it, that tells you there's not enough

Page 264

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  power.
3      And so it really depends on the
4  exposure.  So I can read through this more
5  and look at papers of mine if you really
6  would like me to look at exposures that I
7  looked at that were likely promoters versus
8  initiators, and then talk about the length
9  of time people were followed.
10     But I know the Women's Health
11  Initiative, my publications are probably
12  not going to be ten years in duration
13  because I didn't work with the Women's
14  Health Initiative for that long.
15     The women entered the studies
16  starting in 1992, and so that's pretty
17  recent.  It's only in recent years that
18  they've been followed for decades.
19     Q.   Okay.  So, Dr. McTiernan, you
20  mentioned that HRT is a promoter of cancer.
21     So my question is, first of all,
22  is aspirin a promoter of cancer?
23     A.   I don't know.
24     Q.   Is -- are statins promoters of
25  cancer?

Page 265

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      A.   I don't know.
3      Q.   Is ranitidine a cancer promoter?
4      A.   Ranitidine has -- NDMA is a
5  carcinogen, including in ranitidine, and
6  that's what's been evaluated.
7      It's clear that it's an
8  initiator.  I have not seen any evidence to
9  suggest that it's not a promoter as well,
10  but -- and in terms of answering is
11  ranitidine a promoter or initiator, I think
12  that's -- that's what I know.
13     I know that in animal studies
14  it's usually tested as an initiator and
15  it's used as something that's initiating a
16  cancer, even for types of studies not
17  related to NDMA.  It's a known carcinogen
18  in animals.
19     MR. ROTMAN:  Is this a good time
20  to take a short break?
21     MS. CANAAN:  Give me another
22  five minutes, okay?
23     MR. ROTMAN:  Yes.
24     MS. CANAAN:  Jim?  I'm not sure
25  who was asking.

67 (Pages 262 - 265)

Page 266

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2       MR. ROTMAN:  That was Steve.
3       MS. CANAAN:  Okay, Steve.  Give
4   me a few minutes.
5   BY MS. CANAAN:
6       Q.   So, Dr. McTiernan, is my
7   understanding correct, that you don't know
8   one way or the other whether NDMA is a
9   promoter of cancer?
10      A.   I have not in detail reviewed
11  that literature.
12           I do know that IARC classifies
13  that as a Grade 2A carcinogen and -- so
14  that's my knowledge.
15      Q.   So if NDMA is a promoter of
16  cancer, don't you agree that shorter
17  follow-up will be sufficient to detect
18  increased risk of cancer in epidemiological
19  studies?
20      A.   It depends.
21      Q.   What does it depend on, Doctor?
22      A.   It depends, first of all, even
23  if it was a promoter, did they follow them
24  long enough to have enough cases, so we
25  don't know that.

Page 267

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2           And many of the studies that I
3   looked at had very small numbers of cases.
4   It's not true for everybody, for every
5   study, but some had very small numbers.
6           If it's -- but if it is working
7   primarily as an initiator, like it looks
8   like in animal studies, then you would need
9   to follow patients long term for the
10  cancers to have developed.
11          MS. CANAAN:  Let's bring up
12  Exhibit 25, please.
13          (Exhibit 25 marked for
14  identification, multi-page document,
15  Rebuttal Expert Report of Dr. Dipak
16  Panighaphy dated 3/28/22.)
17  BY MS. CANAAN:
18      Q.   Dr. McTiernan, what I'm showing
19  you here is a report of Dr. Panigraphy.
20          I think you testified earlier
21  that you reviewed his report; correct?
22      A.   I looked over it briefly.  I
23  didn't review it in detail.
24      Q.   Let's go to PDF page 61.  Right
25  there.  The top paragraph, third line -- or

Page 268

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2   second line that starts with "because."
3           Dr. McTiernan, do you see the
4   sentence that starts with "because NDMA
5   acts"?
6           Do you see that sentence?
7       A.   Yes.
8       Q.   Dr. Panigraphy writes:
9           "Because NDMA acts
10  non-genetically to stimulate pro-cancer
11  mechanisms in the tumor microenvironment
12  (e.g., angiogenesis and inflammation) it
13  can cause cancer relatively quickly (e.g.,
14  three to six months exposure)."
15          Did I read that correctly?
16      A.   Yes.
17      Q.   Do you understand that
18  Dr. Panigraphy is a cancer biologist?
19      A.   Yes.
20      Q.   You yourself are not a cancer
21  biologist; correct?
22      A.   That's correct.
23      Q.   Do you have a basis to disagree
24  with Dr. Panigraphy when he writes that
25  "NDMA can cause cancer relatively quickly

Page 269

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2   (e.g., three to six months exposure)"?
3       A.   So I want it to stay in context.
4           So he is talking about animal
5   studies, and which animals?
6       Q.   So let me ask you this then:
7           If he's talking about animal
8   studies, do you think it's inappropriate to
9   extrapolate from animals to humans?
10      A.   I think some of the
11  organizations -- FDA, for example -- stated
12  that there's no reason to believe that it
13  is not a cancer cause in humans, and that's
14  why it has a grade of 2A, which is a
15  probable human carcinogen.
16          MR. RONCA:  We're going to have
17  a break right now because you just
18  misrepresented the statement and it's
19  all about animal studies, that whole
20  paragraph, and the growth of tumors in
21  that paragraph is talking about a
22  preclinical model which you all know
23  means animal studies, and you
24  represented it to be in humans.
25          So we're going to take a break

68 (Pages 266 - 269)

Page 270

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 right now.
2
3     MS. CANAAN:  No, we're not going
4 to take a break.
5     I'm going to ask Madam Court
6 Reporter to read back my question and
7 if I need to, I'm going to have to
8 call the Court because I didn't
9 misrepresent anything and I don't
10 appreciate these accusations, Jim.
11     So let's, Madam Court Reporter,
12 read my question so Mr. Ronca can
13 listen to my question.
14     (The following question was read
15 back: "So let me ask you this then:
16     If he's talking about animal
17 studies, do you think it's
18 inappropriate to extrapolate from
19 animals to humans?")
20     MR. RONCA:  No, before that.
21     Sorry, this whole line of
22 questions.
23     THE COURT REPORTER:  I
24 apologize.  I'm not sure which
25 question you want me to read back.

Page 271

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2     MS. CANAAN:  Let's read back the
3 question right before that question
4 for Mr. Ronca.
5     (The following question was read
6 back: "Do you have a basis to disagree
7 with Dr. Panigraphy when he writes that
8 "NDMA can cause cancer relatively quickly
9 (e.g., three to six months exposure?")
10     MS. CANAAN:  Now, Jim, what
11 exactly did I misrepresent there,
12 because I'm happy to get the Court on
13 the line and read my questions to the
14 Court and ask them to make a
15 determination whether I misrepresented
16 something or not, I'm happy to do that
17 right now.
18     MR. RONCA:  In the context of
19 your questions you were implying that
20 that applied to humans.
21     MS. CANAAN:  I was not implying
22 anything and I really think we're
23 going to need to go back to the Court.
24     MR. RONCA:  What you did was,
25 you were going down the line talking

Page 272

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 about -- look, I don't want to discuss
2 it.  There's a record.
3
4     I want to break right now and
5 that's what we're going to have
6 because she's not going to answer any
7 more questions right now.
8     We're taking a ten-minute break,
9 period.
10     MS. CANAAN:  We can take a break
11 and we will call the Court about this.
12     Let's take a break.
13     THE VIDEOGRAPHER:  Going off the
14 record.  The time is 3:18 p.m.
15     This is the end of Media Unit 4.
16     (A recess was taken.)
17     THE VIDEOGRAPHER:  We are back
18 on the record.
19     The time is 3:40 p.m.
20     This is the beginning of Media
21 Unit 5.
22 BY MS. CANAAN:
23     Q.   Dr. McTiernan, are you ready to
24 proceed?
25     A.   Yes.

Page 273

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2     Q.   Okay, Dr. McTiernan.
3     Do you agree that an expert
4 should use the same methodology in the
5 courtroom as he or she uses in her
6 professional work?
7     A.   It depends on what you're --
8 what you're talking about.
9     For the work I did on the expert
10 report, I used the same methodology.  But
11 in my scientific work, I wouldn't be
12 writing as large a document.
13     So -- so it's not exactly the
14 same, but it's the same methods of how I
15 come to conclusions.
16     Q.   Okay.  In any epidemiological
17 study, the reported risk estimate is the
18 best estimate of the true risk; correct?
19     A.   The reported risk estimate is
20 the best estimate for that study.
21     Q.   Is that a yes?
22     A.   For that study.  Your question
23 leaves that as the best estimate of
24 relative risk.
25     But what I'm saying is the best

69 (Pages 270 - 273)

Page 274

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  estimate of relative risk for that study.
3      Q.   Yes, thank you.
4          Now, in your report, when a
5  study of ranitidine and cancer incidence
6  reports a risk estimate above 1.0, you
7  interpret that risk estimate as evidence of
8  increased risk; correct?
9      A.   Correct.
10     Q.   And you interpret it as evidence
11 of increased risk, irrespective of
12 statistical significance; correct?
13     A.   I interpret it as increased
14 risk, but I also reported the confidence
15 intervals and the P values.
16         So I included statistical
17 testing, but the relative risk I interpret
18 as increased or decreased based on what --
19 what that number was, of that relative risk
20 or hazard ratio or odds ratio.
21     Q.   So you just mentioned decreased
22 risk, and that sort of leads me to my next
23 question.
24         When a study of ranitidine and
25 cancer incidence reports a risk estimate

Page 275

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  below 1.0, do you interpret it as evidence
3  of decreased risk?
4      A.   I can't remember from the report
5  exactly what I wrote.
6          I believe in some places I might
7  have said no increased risk; in some I
8  might have said decreased risk, but I can't
9  recall what I wrote.
10         But they're both correct,
11 they're both correct, right, and I didn't
12 say -- yeah, so they're both a correct
13 interpretation.
14     Q.   Now, is it fair to say that your
15 original report is somewhere around 400
16 pages long; is that fair?
17     A.   Yes.
18     Q.   And is it fair to say that many
19 of the ranitidine studies that you reviewed
20 reported risk estimates below 1.0?
21     A.   I can't recall how many reported
22 relative risk below 1. I would have to
23 look at the individual studies.
24         Some of them did -- looked at
25 various analyses and sub-analyses and would

Page 276

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  have a mix of relative risk, some that were
3  above 1 and some that were below 1, and I
4  can't recall exactly what was in each of
5  those studies.
6      Q.   As you sit here today, do you
7  recall any risk estimates below 1.0?
8      A.   I don't recall specifics, but
9  some of them did show relative risks that
10 were below 1.
11     Q.   I will represent to you, Dr.
12 McTiernan, that there is not a single
13 instance in your 400-page report, or close
14 to 400-page report, where you have
15 interpreted any risk estimate for
16 ranitidine and cancer incidence as a
17 decreased risk.
18         I will represent that to you.
19         And my question is, why is that?
20     A.   So can you point out these
21 instances?
22     Q.   Well, I can't point out to
23 something that doesn't exist in your
24 report, can I?  Right?
25         I mean, I'm telling you there's

Page 277

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  no instance where you ever said that a risk
3  estimate below 1.0 showed a decreased risk.
4          And I'm just curious, why is
5  that?
6      A.   I don't -- I know that I put
7  relative risks in here.  There are quite a
8  few that are less than 1.
9          So if they're in here, I'm
10 wondering what it is that you're pointing
11 to of what I said about them.
12     Q.   Okay.  So let me ask it this way
13 then, Dr. McTiernan:
14         If a risk estimate in a study of
15 ranitidine and cancer incidence is below
16 1.0, is it appropriate to interpret it as
17 evidence of decreased risk?
18     A.   It depends.  It depends on how
19 the study was designed and conducted and
20 whether there was accurate information on
21 -- on the exposure and on outcomes.
22         And then were enough cases
23 accrued to be able to -- to look at the --
24 to do those analyses.
25     Q.   Okay.  So then it's your

70 (Pages 274 - 277)

Page 278

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  testimony that every time you said that a
3  study shows an increased risk, the study
4  was appropriately designed and conducted
5  and there was accurate information in the
6  exposure and outcomes; correct?
7      A.   Are you referring to something I
8  said in the -- in my report?
9      Q.   I'm just asking you a question,
10 Doctor.
11     A.   So could you repeat the
12 question?
13     Q.   So you testified that whether or
14 not a risk estimate below 1 shows a
15 decreased risk depends on things like --
16 sorry, one second.  I want to read your
17 words exactly, "depends on how the study
18 was designed and conducted and whether
19 there was accurate information on the
20 exposure and the outcomes," correct?  That
21 was your testimony?
22     A.   So that's my testimony on how I
23 evaluated every study.
24     Q.   Okay, okay.
25         Let's keep going then.

Page 279

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2         Statistical significance is the
3  generally accepted methodology for
4  assessing the likelihood that a study's
5  findings are due to chance; correct?
6      A.   Statistical testing.  Not
7  statistical significance.
8         So I would say that statistical
9  testing is one way to help interpret the
10 likelihood of a finding falling within a
11 particular interval, and that's in the case
12 of confidence intervals, if you knew the
13 totality of reality across all studies or
14 across all the world.
15     A P value is another statistical
16 test, equations are similar to the
17 confidence interval equations, and that is
18 -- my understanding is more of something
19 that indicates the probability of making an
20 error or not making an error in accepting a
21 model -- a model of relative risk.
22     Q.   And if a confidence interval
23 includes the number 1.0, then there's no
24 statistically significant association
25 between the exposure and the disease;

Page 280

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  correct?
3      A.   It depends if you're using that
4  as your statistical -- in statistical
5  testing.  But what it tells me is, rather
6  than what you stated, it tells me -- the
7  confidence interval tells me where a
8  relative risk could lie if we knew the
9  totality of data.
10     Q.   If the confidence interval
11 includes the number 1.0, then the
12 association between the exposure and the
13 disease could be null; correct?
14     A.   If it includes 1.0?
15     Q.   Yes.
16     A.   Yes.  If -- if it includes 1.0,
17 the relative risk could lie -- could be 1,
18 meaning no association.
19         But in each individual study
20 where relative risk has been calculated,
21 the most likely relative risk for that
22 study is the one that you have, the one
23 that's there.
24     Q.   And if a risk estimate is not
25 statistically significant, then chance

Page 281

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  cannot be ruled out as the explanation for
3  that risk estimate; correct?
4      A.   And when you mentioned
5  statistical significance, what do you mean
6  by statistical significance?
7      Q.   Well, what do you -- when you
8  use the term statistical significance, what
9  do you mean, Dr. McTiernan?
10     A.   I tend to use the words
11 statistical testing, and I talk about
12 confidence intervals and P values because I
13 take them at -- for what they are rather
14 than using a bright line.
15     Q.   So you don't use the words
16 "statistically significant"?
17     A.   I'm sure I've used it in papers.
18 Sometimes it's expected.
19         We -- we tend to in, our
20 protocols in a trial, which is most of the
21 studies I've been doing recently that I
22 direct, we do -- we have a protocol.
23         The protocol will have a
24 pre-specified level of statistical
25 significance, and this is what in 2019 the

71 (Pages 278 - 281)

Page 282

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  American Statistical Association
3  recommended, that the -- if there's a
4  pre-specified P value, for example, in a
5  protocol, then it's reasonable to use that
6  as something to determine significance or
7  not.
8      But otherwise, there isn't any
9  particular P value that -- that states
10 universally that something should be
11 discarded or not.
12     Certainly statistical
13 significance, that term is used in many,
14 many studies, many publications you'll see
15 it.
16     Most of these studies mentioned
17 it in some way or another, but there isn't
18 one standard that has to be accepted by
19 all, and I notice that even in these
20 ranitidine studies they didn't all choose
21 the same P value as a statistical
22 significant level if they reported on what
23 their pre-specified level was.
24     So back to your question?
25 Q.  Thank you, Doctor.

Page 283

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      When a confidence interval does
3  not include 1, that gives you greater
4  confidence that it's a true relative risk
5  as opposed to a chance finding; correct?
6  A.  If a confidence interval doesn't
7  include 1 then it tells you that if you
8  knew the universe of relative risk, most
9  likely it would fall within that category,
10 of not including 1.
11 Q.  Dr. McTiernan, do you recall
12 testifying in the talc litigation that when
13 a confidence interval does not include 1,
14 that gives you greater confidence that it's
15 a true relative risk as opposed to a chance
16 finding.
17     Do you recall that or you don't
18 recall that?
19 A.  I don't recall that exact --
20 those exact words.
21 Q.  And your original -- I think we
22 discussed that your original report in this
23 litigation is about 400 pages long;
24 correct?
25 A.  Yes.

Page 284

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  Q.  Okay.  Now, I will represent to
3  you, Dr. McTiernan, that I didn't find a
4  single instance in this 400-page report
5  where you noted that a risk estimate was
6  not statistically significant.
7      Does that surprise you?
8  A.  I made the choice in this report
9  to include confidence intervals, except in
10 one place where I was only talking about
11 the study in general.
12     When I presented that same study
13 again in regards to a specific cancer, I
14 included confidence intervals so every
15 relative risk there is -- includes the
16 confidence interval.
17     If a P value is relevant, then I
18 include that in the tables.  The tables are
19 full of -- the tables -- Table 7 at the
20 end, that includes abstracted data from the
21 papers, all have confidence interval,
22 unless it's along several lines of
23 exposure and there was too much information
24 to put in there.  And if there was a P
25 value calculated for -- for a dose response

Page 285

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  I inserted that.
3      So I included significance
4  testing throughout this report.
5  Q.  So it's your testimony that
6  because you included confidence intervals
7  in your report, it was not necessary for
8  you to state whether a finding was
9  statistically significant or not; is that
10 right?
11 A.  I believe in the front that I
12 described what these meant, what a
13 confidence interval meant and what a P
14 value means.
15 Q.  My question is, Dr. McTiernan,
16 is it fair to say that you never state in
17 your report that any particular finding in
18 any particular study is not statistically
19 significant, do you know one way or the
20 other?
21 A.  I don't recall if I never did.
22     I know that I purposely put in
23 confidence intervals and P values in as
24 many places as I could fit them,
25 particularly when I was doing my analysis

72 (Pages 282 - 285)

Page 286

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2  of individual studies and reporting on
3  study data, and also in the data tables at
4  the end.
5      MR. RONCA:  Can you read back
6   the question.
7      (Requested portion of record
8   read.)
9      MR. RONCA:  Thank you.
10  BY MS. CANAAN:
11     Q.   And, Dr. McTiernan, do you also
12  not recall as you sit here today whether in
13  your report you happen to point out when
14  particular findings are statistically
15  significant?
16     A.   It sounds like the inverse of
17  the last one.  I thought --
18     Q.   Exactly.
19     A.   That I did not put statistical
20  significance anywhere?
21     Q.   Not --
22     A.   And I think now you're asking me
23  that I did, so I'm confused between the two
24  questions.
25     Q.   Okay.  Well, let's go and look

Page 287

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2  at your report to see an example.  Okay?
3     A.   Okay.
4     Q.   That might help.
5      Let's look at page 252.  And
6   let's focus on the paragraph that starts
7   with "a review of epidemiologic studies."
8   It's the first full paragraph from the top.
9     A.   So it's 252?
10     Q.   252.  You could also just follow
11  on the screen.
12      So here, Dr. McTiernan, you
13  state: "A review of epidemiologic studies
14  found that risk of pancreatic cancer was
15  increased in ranitidine users compared with
16  non-users in two of the three studies, with
17  statistically significant risk increases by
18  37 percent in one (McDowell, et al. 2021)
19  and by more than double in another (Habel,
20  Levin, and Friedman 2000)."
21      Did I read that correctly?
22     A.   Yes.
23     Q.   So in this paragraph you point
24  out that the risk estimate in these studies
25  were statistically significant; correct?

Page 288

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2     A.   Yes.
3     Q.   And I'll represent to you, Dr.
4   McTiernan, that in other sections of your
5   report, you also point out that certain
6   risk estimates were statistically
7   significant.
8      And so my question to you is,
9   why is it that nowhere in your report do
10  you state that any risk estimate was ever
11  not statistically significant?
12     A.   I can't respond to that because
13  I don't know -- I haven't read in detail
14  and counted places where I do and do not
15  use the word "statistically significant."
16      I do in two paragraphs after
17  this point out that: "The presence or
18  absence of 'statistical significance'
19  (typically described in this literature as
20  P minus .05 or confidence interval that
21  does not include 1) largely reflected the
22  number of cases in individual studies."
23      And that since pancreas cancer
24  is rare, the cohort studies included fewer
25  cases than for many of the other cancer

Page 289

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2  studies, and the case-control studies were
3  smaller as well.
4      So I do talk about this issue of
5   statistical significance.  And, I
6   apologize, I thought two questions ago that
7   you stated that I -- or asked me a question
8   that I did not put statistical significance
9   in my report at all, so here's a case where
10  we are, so I was mistaken as to the meaning
11  of that previous question.
12     Q.   Okay, Dr. McTiernan, so just to
13  be clear, is it fair to say that
14  statistical significance is not important
15  to your opinions in this litigation?
16     A.   The data that go into this
17  concept of statistical significance are --
18  throughout, there are probably thousands of
19  them within this one report.
20      So I've included those,
21  confidence intervals, P values, whatever I
22  reported as within this -- the report on
23  cancers, what I reported on the effect
24  size, the relative risk.
25      And in the table, I included

73 (Pages 286 - 289)

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  those -- the statistical testing items
2  which then helps the reader understand,
3  since in the beginning of the report I
4  described how these -- what these mean, how
5  to interpret them.
6     Q.  Okay.
7        MS. CANAAN:  Let's pull up
8  Exhibit 26, please.
9        (Exhibit 26 marked for
10    identification, multi-page document,
11    Rule 26 Expert Report of Dr. McTiernan
12    dated 11/16/18.)
13 BY MS. CANAAN:
14    Q.  Dr. McTiernan, this is your
15 report in the talc litigation.
16       Does it look familiar?
17    A.  November -- it looks like the
18 very first one.  I think there have been
19 amended ones since then.
20    Q.  Well, is this one of the reports
21 that you offered in the talc litigation?
22    A.  It must be.
23    Q.  Okay.  Let's go to page 9.
24       MS. CANAAN:  Let's go to the

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1     very last sentence on that page, page
2  9.  This is 10.  Yes, thank you.
3  BY MS. CANAAN:
4     Q.  So in the very last sentence
5  there, Dr. McTiernan, you write:
6        "I base this opinion on the
7  statistically significant elevated risk
8  estimates (relative risk, odds ratios) seen
9  when the epidemiologic data are combined,
10 the pathological evidence, the consistency
11 of results across geographic areas and in
12 different race/ethnic groups, the evidence
13 of a positive dose-response effect, and the
14 plausible biological mechanisms."
15       Did I read that correctly?
16    A.  Yes, and this combined data were
17 from several meta-analyses and pooled
18 analyses, so this is in reference not to
19 individual studies, but to combined
20 studies.
21    Q.  Okay.  So in the talc
22 litigation, you based your opinion on the
23 statistically significant elevated risk
24 estimates; is that fair?

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1     A.  As I just said, it was in the --
2  the statistically significant elevated risk
3  in the meta-analyses and the pooled
4  analyses.
5     Q.  Okay.  But in the ranitidine
6  litigation -- well, let me ask you:
7        In the ranitidine litigation,
8  are you also basing your opinion on
9  statistically significant elevated risks?
10    A.  I'm basing my opinion on what
11 the relative risk is.  The very -- there's
12 no pooled analyses that I know about and
13 there are very few meta-analyses.
14       So my opinion in this case is
15 based on individual studies.
16    Q.  So are you making -- is it your
17 testimony that statistical significance is
18 important only when you're looking at
19 pooled analyses or meta-analyses, but not
20 when you're looking at individual studies?
21    A.  What I'm -- my response is that
22 statistical significance largely reflects
23 sample size.  And when you have large
24 enough sample size that you get with either

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  pooling data or -- or meta-analyses, that
2  the likelihood of, quote, "statistical
3  significance," meaning confidence intervals
4  that don't include 1 or a certain P value,
5  that likelihood increases.
6        The relative risks doesn't
7  change at all.  It's really the effect of
8  sample sizes and studies being conducted in
9  the right way.
10       Talc was different.  There were
11 no electronic health records in -- in talc,
12 so there wasn't that kind of an issue,
13 where there is in this ranitidine case.
14       So it -- again, in my report
15 here for ranitidine, we just saw evidence
16 here that I did mention statistical
17 significance.  But more important, in the
18 beginning of the report I describe how
19 confidence intervals are used, the
20 statistical testing, how it helps interpret
21 what the relative risks are, and I reported
22 those confidence intervals and P values
23 throughout the report.
24    Q.  Dr. McTiernan, did you draft

Page 294

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2  your 2018 talc report?
3      A.   Yes, I wrote this, yes.
4      Q.   Dr. McTiernan, I will represent
5  to you that this report is 77 pages long,
6  this report that we're looking at, okay?
7      A.   Okay.
8      Q.   And I will also represent to you
9  that the words "statistically significant"
10  appear in this report 113 times.
11      I assume you have no basis to
12  disagree?
13      A.   I haven't looked in the report
14  in a long time and I don't have it in front
15  of me so I can't agree or disagree.
16      Q.   And I'll represent to you that
17  virtually every single risk estimate in
18  this report is described in terms of
19  whether it's statistically significant or
20  not statistically significant.
21      Do you have a basis to disagree?
22      A.   I don't have the report in front
23  of me so I can't agree or disagree.
24      Q.   Okay.  Dr. McTiernan, did you
25  review the expert report of Dr. Moorman?

Page 295

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      I believe you said you did;
3  right?
4      A.   I did, yes.
5      Q.   Okay.  And did you notice that
6  Dr. Moorman describes study results in
7  terms of whether they're statistically
8  significant or not?
9      A.   I don't recall.
10      Q.   Do you believe that it is
11  scientifically appropriate to describe
12  results -- study results -- in terms of
13  whether they're statistically significant
14  or not?
15      A.   Could you repeat the question?
16      Q.   Well, let's put it this way:
17      When you publish to your peers,
18  Dr. McTiernan, do you describe your
19  findings in terms of whether they are
20  statistically significant or not?
21      A.   When I -- it depends.  I don't
22  have a paper in front of me to be looking
23  at right now, but usually we report
24  confidence intervals around a -- if it's a
25  relative risk.

Page 296

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      Usually we report if it's --
3  often I'll do a trial, and I'm talking
4  about mean values of a biomarker and then
5  I'm reporting a P value.
6      Sometimes we do put whether
7  something is statistically significant.  In
8  my methods, I usually put what the P value
9  statistical significance level was
10  pre-chosen.  So, yes, I usually put that
11  into an individual paper.
12      Q.   In your published writings, do
13  you usually describe the results of a study
14  in terms of whether they were statistically
15  significant or not statistically
16  significant?
17      A.   I'm sure in several places I do;
18  in several places I don't.
19      Q.   Okay.  Let's look at your report
20  on page 28.  First paragraph,
21  second-to-last sentence.
22      Do you see, Doctor, where you
23  state that:  "Any relative risk other than
24  1.0 indicates an association, whether
25  positive or negative, regardless of the

Page 297

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  results of statistical tests used with the
3  relative risk."
4      Did I read that correctly?
5      A.   I'm trying to see -- wait.  Oh,
6  okay.  Yes.
7      Q.   Okay.  Let's look also at page
8  150 -- I'm sorry.  Let's look at page 31.
9  Apologies.  Second paragraph from the top,
10  second line that starts with "a relative
11  risk of 1.3."
12      Dr. McTiernan, here you write:
13      "A relative risk of 1.3 shows a
14  30 percent increased risk, regardless of
15  what P value is calculated for it and
16  regardless of what confidence intervals are
17  calculated."
18      Did I read that correctly?
19      A.   Yes.
20      Q.   Okay.  And my question is, is
21  this the standard that you use when you
22  publish in peer-reviewed journals?
23      A.   It would depend on the paper,
24  and as I stated in the sentence afterwards,
25  that the American Statistical Association

75 (Pages 294 - 297)

Page 298

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 and the individual statisticians called
2 recently for abandoning the term
3 "statistically significant" because there
4 is no bright line for statistical tests
5 that rules in or out the presence of
6 association between exposure and disease.
7         And so this is a recent
8 statement that had 800 signatures on it,
9 including some of the authors from the
10 ranitidine and cancer studies.
11         And so it doesn't mean to not
12 use confidence intervals, and I continue to
13 use them in my research and I include P
14 values.
15         But many times journals expect
16 to see certain language.  That's often how
17 we're constrained.
18         And so especially in my earlier
19 papers, I'm sure I used the words
20 "statistical significance."  And I can't
21 recall exactly what papers might have said
22 that and what might not have, but I do know
23 that this is a reasonable movement of the
24 American Statistical Association to go back

Page 299

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 to the original purpose of these
2 statistical testing.
3     Q.   Dr. McTiernan, do you understand
4 that the American Statistical Association
5 has never called for abandoning the term
6 "statistical significance"?
7         Do you understand that or you
8 don't?
9     A.   I understand that there were
10 some articles written where the -- the
11 description of how -- how to interpret
12 these statistical testing should be used.
13     Q.   Do you understand that the
14 American Statistical Association issued a
15 statement specifically saying that they
16 were not calling for abandoning statistical
17 significance?
18     A.   Can you show that?
19     Q.   I will.  I will show it to you.
20 We're getting there.
21         But I'm just asking, do you
22 understand that as you sit here today?
23     A.   I don't know which document
24 you're talking about and so I couldn't

Page 300

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 respond to that question.
2     Q.   Okay.  And I think earlier you
3 mentioned a paper, and I believe you were
4 talking about the paper called "Retire
5 Statistical Significance" that was
6 published in Nature; is that right?
7     A.   Yes.  And then there were a
8 series of papers published in their journal
9 as well -- I'm sorry, in the American
10 Statistical Association journal.
11     Q.   Focusing on the paper in Nature
12 called "Retire Statistical Significance,"
13 you, Dr. McTiernan, didn't sign that
14 statement; correct?
15     A.   I didn't know at the time about
16 the statement.
17     Q.   Okay.  So let me ask you this:
18         In your published peer-reviewed
19 statements, in your published peer-reviewed
20 papers, do you or do you not interpret risk
21 estimates other than 1 as evidence of an
22 association?
23     A.   Risk -- I may have.  I may not
24 have.  I don't remember.  I would have to

Page 301

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 look at the individual paper.
2     Q.   We will.
3         MS. CANAAN:  Let's go ahead and
4 get Exhibit 29, please.
5         (Exhibit 29 marked for
6 identification, multi-page document,
7 study co-authored by Dr. McTiernan.)
8 BY MS. CANAAN:
9     Q.   So here, Dr. McTiernan, we have
10 a study that was co-authored by you called:
11 "A Longitudinal Study of the Metabolic
12 Syndrome and Risk of Postmenopausal Breast
13 Cancer."
14         Is that fair?
15     A.   Yes.
16     Q.   Okay.  Let's go to PDF page 3.
17         And here you write:
18         "The presence of the metabolic
19 syndrome at baseline was not associated
20 with altered risk of total breast cancer
21 (invasive plus in situ) or of invasive
22 breast cancer alone, with multivariable HR
23 of 1.12 (95 percent confidence interval,
24 .78 to 1.62) and 1.19 (95 percent

76 (Pages 298 - 301)

Page 302

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  confidence interval, .79 to 1.79)."
3      Let's stop there.
4      Did I read that correctly?
5  A.   Yes.
6  Q.   So in this sentence, in your
7  peer-reviewed paper that you co-authored,
8  Doctor, you conclude that a hazard ratio of
9  1.12 and 1.19 does not show an association;
10 correct?
11 A.   That's what that states.
12     Could we go back to look at --
13 at the methods.  This is a Women's Health
14 Initiative paper, so --
15 Q.   So let me ask you this:
16     Does your interpretation of the
17 risk estimates depend -- does your
18 interpretation of risk estimates in papers
19 or results of studies depend on the
20 methods?  Is that your testimony today?
21 A.   The statistical methods.
22     So statistical methods often are
23 included, the information that was used to
24 determine whether something was
25 statistically significant.

Page 303

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      So I'm looking to see if we
3  wrote what the P value would be or if we
4  wrote anything about the confidence
5  intervals.
6      I'd also like to know what year
7  this was because the older it is --
8  sorry -- the more recent studies can be
9  informed by newer things that are being
10 done based on the American Statistical
11 Association considerations.
12 Q.   So are you saying your
13 methodology has changed over the years of
14 how you interpret risk estimates?
15 A.   I've always considered what
16 these tools mean, but how they're
17 interpreted has changed.
18     And so -- first of all, I'd like
19 to see what the year of this is and what
20 the methods were.
21 Q.   Well, we can take a look at that
22 in a minute.
23     Let me read while I have this
24 page up, let me read the second part of
25 that paragraph and then we can take a look

Page 304

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  at the year, okay?
3      So in the second part, in the
4  second sentence in that paragraph, you
5  write that:  "Of the individual components
6  of the metabolic syndrome measured at
7  baseline, diastolic blood pressure was
8  associated with increased risk of total
9  breast cancer (multivariable HR for highest
10 versus lowest tertile, 1.55; 95 percent
11 confidence interval, 1.02 to 2.36)."
12     And that's statistically
13 significant; right?
14 A.   The confidence interval does not
15 include 1.
16 Q.   So that's statistically
17 significant; right?
18 A.   I'm not sure what this paper set
19 as requirements for that, but that's often
20 what people do.
21     But regardless of whether you
22 call this statistically significant or not,
23 the confidence interval is what it is.
24 Q.   Doctor, is it your testimony
25 that you need to see the methods of the

Page 305

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  paper in order to determine whether a
3  confidence interval, where the lower bound
4  is 1.02, is statistically significant or
5  not?  That's your testimony today?
6  A.   It's going to help me.
7      I'd also like to know what the
8  numbers of cases were.
9      But this idea of something only
10 being statistically significant if the
11 confidence interval includes -- does not
12 include 1 is -- it seems -- to me, it seems
13 like it's not necessary.
14     We know that a confidence
15 interval including 1 means that in the
16 totality of evidence for relative risk, if
17 you knew the totality, the relative risk
18 could go -- could be 1, meaning no
19 association.  If it's above 1, it's less
20 likely.
21     So this is 95 percent confidence
22 interval, meaning there's a 95 percent
23 chance that the relative risk would fall
24 within that interval.
25     It doesn't change the relative

77 (Pages 302 - 305)

Page 306

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 risk for that study.
3     Q.   Okay.  Dr. McTiernan, you
4 mentioned that you want to know the number
5 of cases in order to determine whether the
6 confidence interval is statistically
7 significant or not.
8         Is that what you said?
9     A.   It helps me -- it helps me
10 interpret a study.
11         And so -- so there are
12 differences between how you interpret a
13 study versus how you look at the totality
14 of research.
15         And so, for example, if somebody
16 is doing a meta-analysis, where you're
17 combining together all studies in a
18 particular area, you don't throw out
19 studies that were statistically
20 insignificant either by a P value or a
21 confidence interval.
22         You include all of them because
23 that's the totality of research.  And it's
24 the same thing with a systematic review.
25 You include all of the research.

Page 307

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2         And I know from years of doing
3 studies, I know that it's the smaller
4 sample sizes that --
5         MS. CANAAN:  Let's put the --
6 I'm sorry, I didn't mean to interrupt
7 you.  Let's put the exhibit back up.
8         I'm not done with it.
9 BY MS. CANAAN:
10     Q.   Go ahead.
11     A.   It's the smaller sample sizes
12 that -- that end up influencing the P
13 values to be larger and the confidence
14 intervals to be wider and more likely to
15 include 1, so that was my question.  How
16 many cases in this study, what year was it
17 done would help me interpret what we're
18 seeing here.
19     Q.   So let's say it was five cases,
20 just five cases.
21         What would be your
22 interpretation of this confidence interval
23 if it was just based on five cases?
24         MR. RONCA:  Object to form.
25 BY MS. CANAAN:

Page 308

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     Q.   Go ahead.
3     A.   If there were five cases, I
4 doubt this study would be published.
5     Q.   Really?  Okay.  Let's continue
6 reading.
7         In this sentence you state:
8         "The diastolic blood pressure
9 was not associated with invasive breast
10 cancer," and then you give a hazard ratio
11 of 1.43, 95 percent confidence interval,
12 .90 to 2.29.
13         Did I read that correctly?
14     A.   Yes.
15     Q.   Okay.  So in this study, you
16 conclude that a risk estimate of 1.43
17 showed no association; right?
18     A.   Yes.  And if I was to write this
19 article today, I would just -- I would not
20 say "no association" here.
21         I would say what the relative
22 risk is.
23         And I think in my rebuttal
24 report I showed how that even the defense
25 experts do that as well.

Page 309

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2         You report what the relative
3 risk and how much of a percent increase it
4 refers to and don't use the word "no
5 association," so it's a more modern way of
6 reporting.
7         I'm assuming this is an older
8 study that -- but I don't know.
9     Q.   So that's exactly what I'm
10 getting at, Doctor.
11         Can you tell me, when did your
12 methodology change such that you no longer
13 consider risk estimates that are not
14 statistically significant, like this one,
15 to show no association?
16         When exactly did your
17 methodology change?
18     A.   I think now if I was going to
19 write something -- a paper -- I would say
20 that it was associated, and then I would
21 give the confidence interval so that the
22 reader understands what that means.
23     Q.   Right.  So when did your
24 methodology change?  Since when?
25         I mean, since ten years ago,

78 (Pages 306 - 309)

Page 310

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2  20 years ago, five years ago that you
3  decided that risk estimates above 1 always
4  show an association?  When exactly was
5  that?
6      A.  I'm not sure -- there's two
7  things.  One would be how I would write a
8  paper like this, what I would write here.
9  And the other is, what do I read -- how do
10 I interpret relative risk.
11         And my interpretation of
12 relative risk is the same as what the
13 textbooks say.  Gordis Epidemiology
14 Textbook clearly states out relative risk
15 above 1 means it's a positive association.
16 Relative risk below 1 means it's a negative
17 association.
18         So -- and I believe Rothman has
19 the same statement in his textbook --
20     Q.  And I believe --
21     MR. RONCA:  Don't interrupt.
22 BY MS. CANAAN:
23     Q.  Go ahead.  Do you have anything
24 else to say?
25     A.  I've lost my train.

Page 311

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2      Q.  Okay.  Dr. McTiernan, I think
3  you took a class with Dr. Rothman in 1977;
4  no?
5      A.  That sounds right.  I'm
6  surprised you know the year, but it sounds
7  right.
8      Q.  Okay.  And you testified in the
9  talc litigation that you learned of
10 Dr. Rothman's methods and his approach to
11 statistical significance all the way back
12 in 1977, didn't you?
13     A.  I remember from that class, yes.
14     Q.  All right.  So let's see when
15 this paper was published, before or after
16 1977.
17     A.  I'm sure it was after.
18     Q.  We can see.
19     MS. CANAAN:  David, can you go
20 up.  Let's see what year this paper
21 was published, on page 1.
22 BY MS. CANAAN:
23     Q.  Can you tell us, Dr. McTiernan,
24 what year did you publish this paper?
25     A.  I don't see a year there.  Oh,

Page 312

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2  there it is, 2009.
3      Q.  2009.
4          So fair to say it's after 1977?
5      A.  Yes.
6      Q.  Okay.  Let's look at another of
7  your studies.  Let's look at Exhibit 30.
8          (Exhibit 30 marked for
9      identification, multi-page document,
10     study co-authored by Dr. McTiernan.)
11 BY MS. CANAAN:
12     Q.  So this is another study that
13 you co-authored, Doctor?
14     A.  Yes.
15     Q.  And it's titled:
16     "Pre-Diagnostic High-Sensitive
17 C-Reactive Protein and Breast Cancer Risk,
18 Recurrence and Survival."
19         Correct?
20     A.  Yes.
21     Q.  And let's go to PDF page 4.
22         So in this paper you write, Dr.
23 McTiernan:  "No associations were observed
24 among pre-diagnostic hs-CRP and breast
25 cancer recurrence per se," and the hazard

Page 313

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2  ratio is 1.17, 95 percent confidence
3  interval, .54 to 2.54; is that right?
4      A.  Yes.
5      Q.  So the risk estimate here is
6  above 1.
7          Is that fair?
8      A.  Yes.
9      Q.  And you conclude that there's no
10 association; correct?
11     A.  That's what's written there,
12 yes.
13     Q.  Okay.  Let's go to Exhibit 31.
14         And let's look at, by the way,
15 what year you published this.  All the way
16 on top.  I'm sorry.
17         Do you see this was published in
18 2016, Doctor?
19     A.  Yes.
20     Q.  Okay.  Let's keep going.
21     MS. CANAAN:  Exhibit 31, please.
22         (Exhibit 31 marked for
23     identification, multi-page document,
24     paper co-authored by Dr. McTiernan.)
25 BY MS. CANAAN:

79 (Pages 310 - 313)

Page 314

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2    Q.   Okay, Doctor, this is another
3 paper that you co-authored; correct?
4    A.   Yes.
5    Q.   And it's titled:
6       "Obesity, Body Size and Risk of
7 Postmenopausal Breast Cancer: The Women's
8 Health Initiative."
9       Correct?
10   A.   Yes.
11   Q.   Okay.  Let's go to the abstract.
12      MS. CANAAN:  It's the same page,
13 Dave.  Just a little further down.
14 BY MS. CANAAN:
15   Q.   All right.  So here, Dr.
16 McTiernan, you write -- let me just move
17 this.
18      Here you write:
19      "While both waist and hip
20 circumference were associated with breast
21 cancer risk, their ratio, a measure of fat
22 distribution, was not.
23      "Relative risk equals 1.33,
24 95 percent confidence interval equals .88
25 to 2.01."

Page 315

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2       Did I read that correctly?
3    A.   Yes.
4    Q.   And then you conclude:
5       "Waist to hip ratio, a measure
6 of weight distribution, does not appear to
7 be related to postmenopausal breast cancer
8 risk."
9       Is that fair?
10   A.   Yes.
11   Q.   Okay.  So in this study, the
12 risk estimate of 1.33 was not statistically
13 significant; correct?
14   A.   The confidence interval included
15 1.
16   Q.   Okay.  And you concluded that
17 there was no association; correct?
18   A.   That's what is written there,
19 yes.
20   Q.   And let's look when this study
21 was published.
22      When was it published, Dr.
23 McTiernan?
24   A.   2002.
25   Q.   Okay.  Let's keep going.

Page 316

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2       MS. CANAAN:  Let's look at
3 Exhibit 23.
4       THE CONCIERGE:  23 or 32?
5       MS. CANAAN:  I'm sorry?
6       THE CONCIERGE:  Do you need the
7 next one in the sequence or
8 Exhibit 23?
9       MS. CANAAN:  23.
10      MR. RONCA:  David, I lost my
11 connection to the exhibit folder.  How
12 do I get that back?
13      THE CONCIERGE:  Do we want this
14 on the record or off the record?
15      MR. RONCA:  Will it take me just
16 a second or how --
17      THE CONCIERGE:  It depends.  I'm
18 not sure what you're looking at.  In
19 terms of losing the connection, I
20 don't know.
21      MS. CANAAN:  Let's go off the
22 record if there's an issue with that.
23      THE VIDEOGRAPHER:  Going off the
24 record.
25      The time is 4:30 p.m.

Page 317

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2       This is the end of Media Unit 5.
3       (Discussion held off the
4 record.)
5       THE VIDEOGRAPHER:  We are back
6 on the record.
7       The time is 4:32 p.m.
8       This is the beginning of Media
9 Unit 6.
10      MS. CANAAN:  Can we go to
11 Exhibit 23, please.
12         (Exhibit 23 marked for
13 identification, multi-page document,
14 study co-authored by Dr. McTiernan.)
15 BY MS. CANAAN:
16   Q.   Dr. McTiernan, this is a study
17 that you co-authored titled: "Statin Use
18 and Breast Cancer:  Prospective Results
19 from the Women's Health Initiative."
20      Correct?
21   A.   Yes.
22   Q.   Let's go to PDF 5 -- 4.  I
23 apologize.
24      The very last sentence on page
25 4.  So here you write:

80 (Pages 314 - 317)

Page 318

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     "Use of hydrophobic statins was
3 associated with a statistically significant
4 18 percent reduction in risk of..."
5     MS. CANAAN:  Let's keep going.
6     Next page, please.
7     A.   Hold on, 18 percent?
8     Q.   Let me read it again, okay?
9     The last sentence, you write:
10    "Use of hydrophobic statins was
11 associated with a statistically significant
12 18 percent reduction in risk of" -- and
13 let's go to the next page -- "breast
14 cancer, hazard ratio .82, 95 percent
15 confidence interval, .70 to .97, P equals
16 .02, whereas use of other statins was not
17 associated with breast cancer incidence.
18    "Hazard ratio, 1.14, 95 percent
19 confidence interval, .92 to 1.42, P equals
20 2.4."
21    Did I read that correctly?
22    MR. RONCA:  ".24."
23    MS. CANAAN:  I'm sorry?
24    MR. RONCA:  You said "2.4."
25    It's ".24."

Page 319

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     MS. CANAAN:  I apologize.  I
3 meant to say "P equals .24."
4 BY MS. CANAAN:
5     Q.   Did I read that correctly now,
6 Dr. McTiernan?
7     A.   Yes.
8     Q.   So here the risk estimate is
9 1.14.  That is not statistically
10 significant; correct?
11    A.   The confidence interval includes
12 1, yes.
13    Q.   And you concluded that there was
14 no association; correct?
15    A.   That's what's written there,
16 yes.
17    Q.   Okay.  Let's go to the next one,
18 Exhibit 32, please.
19    No, by the way, let's see what
20 year this was published also.
21    MS. CANAAN:  If we go to the
22 first page.  Let's zoom out a little
23 bit so Dr. McTiernan can see what year
24 she published this.
25    It's on the first page.  It must

Page 320

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     be on the first page.  At the very
3     end, yes.
4 BY MS. CANAAN:
5     Q.   Do you see that at the end of
6 the abstract, Dr. McTiernan?  Can you tell
7 me what year this was published?
8     A.   2006.
9     Q.   Okay.  Perfect.
10    Now let's go to Exhibit 32,
11 please.
12    (Exhibit 32 marked for
13 identification, multi-page document,
14 study co-authored by Dr. McTiernan.)
15 BY MS. CANAAN:
16    Q.   And this is a study that you
17 co-authored, Doctor, that's titled:
18    "A Pooled Analysis of
19 Case-Control Studies of Thyroid Cancer."
20    Is that fair?
21    A.   Yes.
22    Q.   Okay.  And let's go to the
23 abstract.
24    MS. CANAAN:  So on the very
25 first page, please.  Okay.

Page 321

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     Right there.  Thank you.
3 BY MS. CANAAN:
4     Q.   So here you write, Dr.
5 McTiernan:  "A history of hypothyroidism
6 was not associated with cancer risk (pooled
7 ORs, .9, 95 percent confidence interval, .7
8 to 1.3 in women and 1.17, 95 percent
9 confidence interval, .3 to 11.7 in men)."
10    Did I read that correctly?
11    A.   Yes.
12    Q.   So here the risk estimate for
13 history of hypothyroidism in men was 1.17;
14 is that correct?
15    A.   Yes.
16    Q.   And you concluded there was no
17 association; correct?
18    A.   That's what's written there,
19 yes.
20    Q.   Okay.  Let's look at another
21 study, why not, Exhibit 33, please.
22    (Exhibit 33 marked for
23 identification, multi-page document,
24 study co-authored by Dr. McTiernan.)
25 BY MS. CANAAN:

81 (Pages 318 - 321)

Page 322

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  Q.  This is a study that you
2  co-authored and it's actually a dietary
3  study; right, Dr. McTiernan?
4     It's titled:  "The Relationship
5  Between Diet and Breast Cancer in Men."
6     Is that right?
7  A.  Yes.
8  Q.  Okay.  And let's go to PDF page
9  3.  Okay.  Here you write:
10    "No association was observed
11  with consumption of beef, pork, fish."
12    And then you list some other
13  exposures; is that fair?
14  A.  Yes.
15  Q.  Okay.  So let's just focus on
16  fish and shellfish in Table 1.
17    Do you see risk estimates in
18  Table 1 of 1.6, 1.5, 1.5 is the highest
19  quartile?
20  A.  Yes.
21  Q.  And you concluded that there was
22  no association observed with fish in this
23  study; correct?
24  A.  That's what's written there,

Page 323

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  yes.
2  Q.  Okay.  Well, we could keep doing
3  this all day, to be perfectly honest, Dr.
4  McTiernan, with your studies that you
5  published in peer-reviewed literature.
6     And my question is this:
7     The methodology that you used in
8  your expert report on ranitidine and cancer
9  incidence is surely not the same
10  methodology that you used in your published
11  peer-reviewed writings; correct?
12  A.  I disagree.  The methodology I
13  used was reviewing other science and
14  looking at the associations, looking at the
15  -- looking at the studies, how they were
16  designed, how they were conducted, how the
17  data were collected and then the analyses,
18  how those were done and reported.
19    So what we're talking about here
20  is a reporting issue, and I'm sure there
21  are examples of opposite things from other
22  papers that I've published.  I don't know.
23    I do know one pattern that I see
24  here is that they were all before the time

Page 324

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  when the American Statistical Association
2  came out with a statement saying that
3  scientific conclusions and business or
4  policy decisions should not be based only
5  on whether a P value crosses a specific
6  threshold.
7     And this is from the article
8  which I believe I'm referencing in my
9  report of Wasserstein and Lazar, which is
10  an ASA statement on P values.
11    And then P values are a part of
12  the confidence interval calculation, so
13  it's the same concept.
14    So I'm not -- I have not changed
15  methods in terms of using different
16  statistical testing.
17    Those early studies, these are
18  all collaborative, by the way, with
19  multiple other researchers, we used
20  confidence intervals and P values.
21    And it's the wording around some
22  things and whether you'd call something one
23  thing or another, the data still stand,
24  they still speak for themselves, and so

Page 325

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  that's what I continue to do.
2     I look at the data, I look at
3  what the relative risk showed, but I look
4  where it came from.  Where did those data
5  come from.  How was that study designed,
6  conceived, conducted, and then how were the
7  data handled and analyzed.
8  Q.  Since you mentioned American
9  Statistical Association, I do think we
10  should look at the most recent statement of
11  the American Statistical Association on
12  statistical significance, so let's pull up
13  Exhibit 99.
14    (Exhibit 99 marked for
15    identification, two-page document
16    titled "The ASA President's Task Force
17    Statement on Statistical Significance
18    and Replicability.")
19  BY MS. CANAAN:
20  Q.  And by the way, you mentioned
21  the Wasserstein paper.
22    So can you tell me what year was
23  that?
24  A.  Oh, yeah, this says 2016.

82 (Pages 322 - 325)

Page 326

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2    Q.   2016.
3    A.   Yeah, I thought it was later.
4    It's '16.
5    Q.   So as you sit here today, Dr.
6    McTiernan, are you aware of what's the
7    latest statement from the American
8    Statistical Association on statistical
9    significance, are you aware of it?
10   A.   I've seen reference made in the
11   defense reports on an editorial by the
12   American Statistical Association current
13   president and on a task force.
14        I've not seen an American
15   Statistical Association general statement
16   other than this one in 2016, but this one
17   that you have up here, I believe this is
18   the one that was referenced and I did look
19   at it.
20        And the last author is ASA
21   president currently -- maybe last year, I'm
22   not sure -- and she wrote an editorial.
23   Q.   That's correct.
24        And that's Karen Kafadar;
25   correct?

Page 327

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2    A.   Yes.
3    Q.   So you have looked at this
4    statement, you said; correct?
5    A.   This this task force statement,
6    yes. I believe there are about ten people
7    on it compared to the whole American
8    Statistical Association.
9         MS. CANAAN: Let's scroll to the
10   middle of this paragraph.
11        Sorry, yes, that's good. Okay.
12   BY MS. CANAAN:
13   Q.   Do you see, Dr. McTiernan, in
14   the very first paragraph a sentence that
15   starts with "in 2019, the president"?
16   A.   Yes, I see that.
17   Q.   So let's read it together:
18        "In 2019, the president of the
19   American Statistical Association (ASA)
20   established a task force to address
21   concerns that a 2019 editorial in The
22   American Statistician, an ASA journal,
23   might be mistakenly interpreted as official
24   ASA policy.
25        "The 2019 editorial recommended

Page 328

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2    eliminating the use of P of less than .05
3    and 'statistically significant' in
4    statistical analysis."
5         Let's stop there.
6         Dr. McTiernan, that's the
7    editorial that you cite in your report;
8    correct?
9    A.   I'm not sure exactly which is in
10   my report. You're talking about an
11   editorial? I have in front of me, and I
12   believe that this is what I cited, is the
13   statement, the ASA statement. Not an
14   editorial.
15   Q.   Well, you can look at your
16   report. It's on page 31. You can look at
17   it quickly and you can see exactly what you
18   cited. Are you on page 31, Doctor, of your
19   report?
20   A.   Yes. It looks like there's a
21   2019 reference, so I'll look that up.
22   Q.   Okay. So clearly that 2019
23   reference is not what I have up on the
24   screen as a statement from the American
25   Statistical Association; is that fair?

Page 329

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1
2    A.   So it looks like I've referenced
3    Wasserstein, which states -- which the
4    title of it, "2019 is Moving to a World
5    Beyond P Less than .05" in the American
6    Statistician, and that's the American
7    Statistician Association's journal.
8    Q.   So that is exactly the editorial
9    that is cited in this paper by the American
10   Statistical Association; correct?
11        MR. RONCA: I'm going to object
12   that you're mischaracterizing it.
13        It's a statement of the task
14   force. It's not a statement of the
15   Association and you know that.
16        MS. CANAAN: Well, let's move --
17   let's go to the top of the paper and
18   let's read it.
19   BY MS. CANAAN:
20   Q.   The title is:
21        "The ASA President's Task Force
22   Statement on Statistical Significance and
23   Replicability."
24        Is that correct, Dr. McTiernan?
25   A.   The task force statement, yes.

83 (Pages 326 - 329)

Page 330

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2       Q.   Okay.  And do you have a basis
3  to disagree that this is the ASA's position
4  on statistical significance?
5       A.   I have no basis to believe it
6  is.
7            In paragraph 1, that you just
8  scrolled over, I believe it says a little
9  more about this statement.
10      Q.   Yes, I think we should continue
11 reading it.  Absolutely.
12           MR. RONCA:  Let her finish what
13 she was saying.
14      A.   It says --
15      Q.   Are you finished?
16      A.   I didn't finish with my
17 response.
18      Q.   Go ahead, Doctor.
19      A.   It says in the middle of that
20 paragraph:  "This document is the statement
21 of the task force, and the ASA invited us
22 to publicize it," but it's a statement of
23 the task force.
24      Q.   Okay.  So let's keep reading:
25           "The task force states its

Page 331

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  purpose is twofold.  To clarify that the
3  use of P values and significance testing,
4  properly applied and interpreted, are
5  important tools that should not be
6  abandoned, and to briefly set out some
7  principles of sound statistical inference
8  that may be useful to the scientific
9  community."
10          Did I read that correctly?
11     A.   Yes.
12     Q.   It goes on to state:
13          "P values are valid statistical
14 measures that provide convenient
15 conventions for communicating the
16 uncertainty inherent in quantitative
17 results.
18          "Indeed, P values and
19 significance tests are among the most
20 studied and best understood statistical
21 procedures in the statistics literature."
22          Did I read that correctly?
23     A.   Yes.
24     Q.   Do you have a basis to disagree
25 with what I have read so far?

Page 332

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2       A.   It's not clear if they're
3  talking about cut points or if they're just
4  talking about the test themselves.
5            So the first line is talking
6  about convenient conventions.  It's not
7  clear what that means.
8            But there's no question that P
9  values are used and useful in epidemiology,
10 and I have them throughout my report; and
11 significance tests, which is what the
12 confidence intervals are, and those are
13 also throughout my report.
14      Q.   And clearly, the ASA task force
15 is stating that P values and significance
16 testing should not be abandoned.  That's
17 what they're saying here.
18      A.   It certainly likes -- it looks
19 -- I don't see that wording, but they say
20 that they're valid measures, so they're
21 describing the benefits of them.
22           I've not stated that -- or not
23 -- my report includes P values and
24 confidence intervals, so my methods were in
25 line with what this is talking about.

Page 333

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2            These are useful testing
3  measures to consider.
4       Q.   Dr. McTiernan, do you see at the
5  end of the first paragraph the statement
6  that:  "P values and significance testing
7  properly applied and interpreted are
8  important tools that should not be
9  abandoned"?
10           Do you see those words, "should
11 not be abandoned"?
12      A.   This is the purpose of the
13 document, to state that, I see that, okay.
14      Q.   In your report, Dr. McTiernan,
15 you specifically said that:
16           "The American Statistical
17 Association and individual statisticians
18 recently called for abandoning the term
19 'statistically significant.'"
20           That's on page 31 of your
21 report.  You can take a look at that
22 language again.
23      A.   So abandoning the term
24 statistically significant does not mean
25 abandoning the P value test or confidence

84 (Pages 330 - 333)

Page 334

CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  intervals, so I don't believe I stated that
3  anywhere.  If I did, please point it out.
4      Q.   Is it your position that the
5  American Statistical Association has called
6  for abandoning the term "statistically
7  significant"?
8      A.   I'm not sure what wordage they
9  used, if they used "abandoning the term."
10      But they did talk about, as I
11  mentioned, Wasserstein, in his 2016 report
12  -- I'm sorry -- the American Statistical
13  Association's statement on statistical
14  significant P values stated that scientific
15  conclusions should not be based only on
16  whether a P value passes a specific
17  threshold.
18      Q.   Let's scroll down to the bottom
19  of Exhibit 99, please.
20      Now let's see what the American
21  Statistical Association task force
22  concludes in this statement.
23      Do you see the paragraph that
24  starts with "in summary"?
25      A.   Yes.

Page 335

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      Q.   Okay.  The American task force
3  for the American Statistical Association
4  writes: "In summary, P values and
5  significance tests, when properly applied
6  and interpreted, increase the rigor of the
7  conclusions drawn from data.
8      "Analyzing data and summarizing
9  results are often more complex than is
10  sometimes popularly conveyed.
11      "Although all scientific methods
12  have limitations, the proper application of
13  statistical methods is essential for
14  interpreting the results of data analyses
15  and enhancing the replicability of
16  scientific results."
17      Did I read that correctly?
18      A.   Yes.
19      Q.   Do you disagree with what the
20  ASA task force states there?
21      A.   I don't disagree.
22      Q.   Okay.  And let's go up to the
23  first page again.
24      Since you mentioned the
25  Wasserstein editorial yet again that you

Page 336

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  cite in your report, do you have a basis to
3  disagree that when the American Statistical
4  Association task force wrote that:  "In
5  2019, the president of the American
6  Statistical Association" -- sorry, give me
7  a second.
8      Yes, that's right.
9      "In 2019, the president of the
10  American Statistical Association (ASA)
11  established a task force to address
12  concerns that a 2019 editorial in The
13  American Statistician, an ASA journal,
14  might be mistakenly interpreted as official
15  ASA policy."
16      Do you have a basis to disagree
17  that the editorial that the ASA tasks force
18  is referring to here is exactly the
19  Wasserstein editorial that you cite in your
20  report?
21      A.   I'm sorry, that question was
22  very complicated.
23      Can you break it down into
24  several questions?
25      Q.   Right.  So here, the ASA task

Page 337

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2  force states that the ASA -- that this task
3  force was convened specifically to address
4  concerns that an editorial in 2019 might be
5  mistakenly interpreted as official ASA
6  policy.
7      Do you see that?
8      A.   I see that, yes.
9      Q.   Do you understand that the 2019
10  editorial that is being referenced here is
11  the Wasserstein 2019 paper that you cite in
12  your report?
13      A.   I don't know.  I don't see a
14  reference here.
15      Q.   Do you have a basis to disagree
16  that that is exactly what the ASA task
17  force is referring to here?
18      A.   I don't have a basis to agree or
19  disagree.  They don't seem to have a
20  reference.
21      MS. CANAAN:  Let's go off the
22  record, please.
23      MR. RONCA:  Can we take a break
24  here?
25      THE VIDEOGRAPHER:  Going off the

85 (Pages 334 - 337)

Page 338

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      record.
3          The time is 4:54 p.m.
4          (Discussion held off the
5      record.)
6          THE VIDEOGRAPHER:  We are back
7      on the record.
8          The time is 4:56 p.m.
9          MS. CANAAN:  Dr. McTiernan, we
10     are going to break for the day and we
11     will resume again tomorrow.
12         Mr. Ronca, we will reach out to
13     the Court to find out the Court's
14     availability for a conference before
15     we resume tomorrow for the second day.
16         MR. ROTMAN:  What is this agenda
17     for calling the Court?
18         MS. CANAAN:  Steve, please, this
19     is the problem that we have in this
20     deposition, is that it is not clear to
21     me who is defending this deposition,
22     you or Jim --
23         MR. RONCA:  We're off the record
24     now.
25         MS. CANAAN:  We are on the

Page 339

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2      record.  It's still on the record.
3          MR. ROTMAN:  Let's go off the
4      record and then I could ask my
5      question.  I'm sorry.  I thought we
6      were off the record.
7          MS. CANAAN:  We can go off the
8      record.
9          THE VIDEOGRAPHER:  We are off
10     the record at 4:57 p.m.
11         This concludes today's testimony
12     given by Anne McTiernan, MD, Ph.D.
13         The total number of Media Units
14     used was 6 and will be retained by
15     Veritext.
16         (Time noted:  4:57 p.m. PST)
17     _____
18
          ANNE McTIERNAN, MD, Ph.D.
19 Subscribed and sworn to before me
20 this _____ day of _____ , 2022.
21 _____
22
23
24
25

Page 340

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2          C E R T I F I C A T E
3
4      I, Linda J. Greenstein, Professional
5      Shorthand Reporter and Notary Public in and
6      for the State of New York, do hereby
7      certify that, ANNE McTIERNAN, MD, Ph.D.,
8      the witness whose deposition is
9      hereinbefore set forth, was duly sworn and
10     that such deposition is a true record of
11     the testimony given by the witness to the
12     best of my skill and ability.
13         I further certify that I am neither
14     related to or employed by any of the
15     parties in or counsel to this action, nor
16     am I financially interested in the outcome
17     of this action.
18         IN WITNESS WHEREOF, I have hereunto set
19     my hand this 3rd day of May 2022.
20
21         _____
22              Linda J. Greenstein
23
24 My commission expires:   January 30, 2025
25

Page 341

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2          I N D E X
3
4 WITNESS       EXAMINED BY        PAGE
5 ANNE McTIERNAN,  Ms. Canaan       8
  MD, Ph.D.
6
7
          ---------- INFORMATION REQUESTS ----------
8
  DIRECTIONS:  60
9
  RULINGS:  (NONE)
10
  TO BE FURNISHED:  (NONE)
11
  REQUESTS:  (NONE)
12
  MOTIONS:  (NONE)
13
          ---------- E X H I B I T S ----------
14
  NO.                    PAGE
15
  (Exhibit 1 marked for      12
16 identification, multi-page
  document, Rule 26 Expert Report
  of Dr. McTiernan dated 1/23/22.)
17 (Exhibit 2 marked for      12
  identification, multi-page
18 document, Rebuttal Expert Report
  of Dr. McTiernan dated 3/27/22.)
19 (Exhibit 3 marked for      24
  identification, multi-page
20 document, Exhibit C of Dr.
  McTiernan's expert report, List
21 of Materials Considered.)
  (Exhibit 24 marked for     34
22 identification, multi-page
  document, invoices submitted by
23 Dr. McTiernan.)
24
25

86 (Pages 338 - 341)

Page 342

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 C O N T I N U E D
  I N D E X:
3
4 ------------ E X H I B I T S -------------
  NO.                          PAGE
5
  (Exhibit 5 marked for         44
6 identification, two-page
  document, Exhibit B of Dr.
7 McTiernan's expert report,
  listing of prior deposition,
8 trial and hearing testimony.)
  (Exhibit 89 marked for       142
9 identification, multi-page
  document, study by Dr. Anton
10 Pottegård.)
  (Exhibit 9 marked for        148
11 identification, multi-page
  document, study co-authored by
12 Dr. Anne McTiernan.)
  (Previously marked Exhibit 89  184
13 shown to witness.)
  (Exhibit 20 marked for       218
14 identification, multi-page
  document, paper co-authored by
15 Dr. Sander Greenland.)
  (Exhibit 17 marked for       225
16 identification, multi-page
  document, cover page titled
17 "Third Edition - Modern
  Epidemiology.")
18 (Previously Marked Exhibit 17  231
  shown to witness.)
19 (Exhibit 25 marked for       267
  identification, multi-page
20 document, Rebuttal Expert Report
  of Dr. Dipak Panigraphy dated
21 3/28/22.)
  (Exhibit 26 marked for       290
22 identification, multi-page
  document, Rule 26 Expert Report
23 of Dr. McTiernan dated 11/16/18.)
24
25

Page 343

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2 C O N T I N U E D
  I N D E X:
3
4 ------------ E X H I B I T S -------------
  NO.                          PAGE
5
  (Exhibit 29 marked for       301
6 identification, multi-page
  document, study co-authored by
7 Dr. McTiernan.)
  (Exhibit 30 marked for       312
8 identification, multi-page
  document, study co-authored by
9 Dr. McTiernan.)
  (Exhibit 31 marked for       313
10 identification, multi-page
  document, paper co-authored by
11 Dr. McTiernan.)
  (Exhibit 23 marked for       317
12 identification, multi-page
  document, study co-authored by
13 Dr. McTiernan.)
  (Exhibit 32 marked for       320
14 identification, multi-page
  document, study co-authored by
15 Dr. McTiernan.)
  (Exhibit 33 marked for       321
16 identification, multi-page
  document, study co-authored by
17 Dr. McTiernan.)
  (Exhibit 99 marked for       325
18 identification, two-page document
  titled "The ASA President's Task
19 Force Statement on Statistical
  Significance and Replicability.")
20
21
22
23
24
25

Page 344

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     DEPOSITION ERRATA SHEET
3
4  Our Assignment No.:  5191560
5  Case Caption:  In Re Zantac Litigation
6
7     DECLARATION UNDER PENALTY OF PERJURY
8
9     I declare under penalty of
10 perjury that I have read the entire
11 transcript of my Deposition taken in the
12 captioned matter or the same has been read
13 to me, and the same is true and accurate,
14 save and except for changes and/or
15 corrections, if any, as indicated by me on
16 the DEPOSITION ERRATA SHEET hereof, with
17 the understanding that I offer these
18 changes as if still under oath.
19 _____
20     ANNE McTIERNAN, MD, Ph.D.
21 Subscribed and sworn to on the ____ day of
22 _____, 20 ____ before me.
23 _____
   Notary Public,
24 in and for the State of
   _____.
25

Page 345

1 CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2     DEPOSITION ERRATA SHEET
3 Page No.____ Line No.____ Change to:_____
4 _____
5 Reason for change:_____
6 Page No.____ Line No.____ Change to:_____
7 _____
8 Reason for change:_____
9 Page No.____ Line No.____ Change to:_____
10 _____
11 Reason for change:_____
12 Page No.____ Line No.____ Change to:_____
13 _____
14 Reason for change:_____
15 Page No.____ Line No.____ Change to:_____
16 _____
17 Reason for change:_____
18 Page No.____ Line No.____ Change to:_____
19 _____
20 Reason for change:_____
21 Page No.____ Line No.____ Change to:_____
22 _____
23 Reason for change:_____
24
25

87 (Pages 342 - 345)

Page 346

1  CONFIDENTIAL - A. McTIERNAN, MD, Ph.D. - Vol. I
2          DEPOSITION ERRATA SHEET
3  Page No.____Line No.____Change to:_____
4  _____
5  Reason for change:_____
6  Page No.____Line No.____Change to:_____
7  _____
8  Reason for change:_____
9  Page No.____Line No.____Change to:_____
10  _____
11  Reason for change:_____
12  Page No.____Line No.____Change to:_____
13  _____
14  Reason for change:_____
15  Page No.____Line No.____Change to:_____
16  _____
17  Reason for change:_____
18  Page No.____Line No.____Change to:_____
19  _____
20  Reason for change:_____
21
22
23  SIGNATURE:_____DATE:_____
24          ANNE McTIERNAN, MD, Ph.D.
25

88 (Page 346)

# EXHIBIT
# 739



**Exhibit 0122**
10/24/2022
Anne McTiernan, M.D., Ph.D

OBSERVATIONAL STUDY

OPEN

# The Hepatitis Viral Status in Patients With Hepatocellular Carcinoma: a Study of 3843 Patients From Taiwan Liver Cancer Network

*Il-Chi Chang, PhD, Shiu-Feng Huang, MD, PhD, Pei-Jer Chen, MD, PhD, Chi-Ling Chen, PhD, Chao-Long Chen, MD, Cheng-Chung Wu, MD, Cheng-Chung Tsai, MD, Po-Huang Lee, MD, Miin-Fu Chen, MD, Chuan-Mo Lee, MD, Hsien-Chung Yu, MD, Gin-Ho Lo, MD, Chau-Ting Yeh, MD, PhD, Chih-Chen Hong, PhD, Hock-Liew Eng, MD, John Wang, MD, Hui-Hwa Tseng, MD, Cheng-Hsiang Hsiao, MD, Hong-Dar Isaac Wu, PhD, Tseng-Chang Yen, PhD, and Yun-Fan Liaw, MD*

**Abstract:** Hepatocellular carcinoma (HCC) is the leading cancer death in Taiwan. Chronic viral hepatitis infections have long been considered as the most important risk factors for HCC in Taiwan. The previously published reports were either carried out by individual investigators with small patient numbers or by large endemic studies with limited viral marker data. Through collaboration with 5 medical centers across Taiwan, Taiwan liver cancer network (TLCN) was established in 2005. All participating centers followed a standard protocol to recruit liver cancer patients along with their biosamples and clinical data. In addition, detailed viral marker analysis for hepatitis B virus (HBV) and hepatitis C virus (HCV) were also performed. This study included 3843 HCC patients with available blood samples in TLCN (recruited from November 2005 to April 2011). There were 2153 (56.02%) patients associated with HBV (HBV group); 969 (25.21%) with HCV (HCV group); 310 (8.07%) with both HBV and HCV (HBV+HCV group); and 411 (10.69%) were negative for both HBV and HCV (non-B non-C group). Two hundred two of the 2463 HBV patients (8.20%) were HBsAg(-), but HBV DNA (+). The age, gender, cirrhosis, viral titers, and viral genotypes were all significantly different between the above 4 groups of patients. The median age of the HBV group was the youngest, and the cirrhotic rate was lowest in the non-B non-C group (only 25%). This is the largest detailed viral hepatitis marker study for HCC patients in the English literatures. Our study provided novel data on the interaction of HBV and HCV in the HCC patients and also confirmed that the HCC database of TLCN is highly representative for Taiwan and an important resource for HCC research.

(*Medicine* 95(15):e3284)

**Abbreviations:** AASLD = American Association for the Study of Liver Diseases, BMI = body mass index, G = Taichung Veteran General Hospital, HBsAg = hepatitis B virus surface antigen, HBV = hepatitis B virus, HCC = hepatocellular carcinoma,

Editor: Wenyu Lin.

Received: January 5, 2016; revised: February 17, 2016; accepted: March 10, 2016.

From the Liver Research Unit, Chang Gung Memorial Hospital Linko Branch, Chang-Gung University, Taoyuan, Taiwan (I-CC, C-CH, Y-FL), Institute of Molecular and Genomic Medicine, National Health Research Institutes, Miaoli, Taiwan (I-CC, S-FH, C-CH), Department of Pathology, Chang Gung Memorial Hospital Linko Branch, Taoyuan, Taiwan (S-FH), Graduate Institute of Clinical Medicine, National Taiwan University College of Medicine, Taipei, Taiwan (P-JC, C-LC), Department of General Surgery, Chang Gung Memorial Hospital Kaohsiung Branch, Chang-Gung University, Kaohsiung, Taiwan (C-LC), Department of General Surgery, Taichung Veteran General Hospital, Taichung, Taiwan (C-CW), Department of General Surgery, Kaohsiung Veteran General Hospital, Kaohsiung, Taiwan (C-CT), Department of General Surgery, National Taiwan University Hospital, Taipei, Taiwan (P-HL), Department of General Surgery, Chang Gung Memorial Hospital Linko Branch, Chang-Gung University, Taoyuan, Taiwan (M-FC), Department of Hepato-gastroenterology, Chang Gung Memorial Hospital Kaohsiung Branch, Chang-Gung University, Kaohsiung, Taiwan (C-ML), Department of Hepato-gastroenterology, Kaohsiung Veteran General Hospital, Kaohsiung, Taiwan (H-CY, G-HL), Department of Hepato-gastroenterology, Chang Gung Memorial Hospital Linko Branch, Chang-Gung University, Taoyuan, Taiwan (C-TY), Department of Pathology, Chang Gung Memorial Hospital Kaohsiung Branch, Chang-Gung University, Kaohsiung, Taiwan (H-LE), Department of Pathology, Taichung Veteran General Hospital, Taichung, Taiwan (JW), Department of Pathology, Kaohsiung Veteran General Hospital, Kaohsiung, Taiwan (H-HT), Department of Pathology, National Taiwan University Hospital, Taipei, Taiwan (C-HH), Department of Applied Mathematics and Institute of Statistics, National Chung-Hsing University, TaiChung, Taiwan (H-DIW, T-CY).

Correspondence: Shiu-Feng Huang, Institute of Molecular and Genomic Medicine, National Health Research Institutes, 35 Keyan Road, Zhunan, Miaoli 350, Taiwan (e-mail: sfhuang@nhri.org.tw).

All authors have no conflict of interest to declare.

This work was supported by grants from National Research Program for Genomic Medicine (NSC 94-3112-B-182-002, NSC 97-3112-B-182-004), National Research Program for Biopharmaceuticals (NSC 100−2325-B-182 −006, NSC 101-2325-B-182 −009, MOST 104-2325-B-182-002) to Yun-Fan Liaw, and grants from National Health Research Institutes, Taiwan (NHRI-A1-MG-103-PP-04, NHRI-A1-MG-104- PP-04) to Shiu-Feng Huang.

Shiu-Feng Huang, Pei-Jer Chen, Chi-Ling Chen, Yun-Fan Liaw did the study concept and design.

Il-Chi Chang, Shiu-Feng Huang, Chao-Long Chen, Cheng-Chung Wu, Cheng-Chung Tsai, Po-Huang Lee, Miin-Fu Chen, Chuan-Mo Lee, Hsien-Chung Yu, Gin-Ho Lo, Hock-Liew Eng, John Wang, Hui-Hwa Tseng, Cheng-Hsiang Hsiao, Chau-Ting Yeh, Chih-Chen Hong, Hong-Dar Isaac Wu, Tseng-Chang Yen did the acquisition, analysis, and interpretation.

Il-Chi Chang, Shiu-Feng Huang, Pei-Jer Chen, Yun-Fan Liaw did the drafting of the manuscript.

Il-Chi Chang, Shiu-Feng Huang, Pei-Jer Chen, Chi-Ling Chen, Chao-Long Chen, Cheng-Chung Wu, Cheng-Chung Tsai, Po-Huang Lee, Miin-Fu Chen, Chuan-Mo Lee, Hsien-Chung Yu, Gin-Ho Lo, Chau-Ting Yeh, Chih-Chen Hong, Hock-Liew Eng, John Wang, Hui-Hwa Tseng, Cheng-Hsiang Hsiao, Hong-Dar Isaac Wu, Tseng-Chang Yen, Yun-Fan Liaw gave the final approval of the version to be published and agreement to be accountable for all aspects of the work.

Copyright © 2016 Wolters Kluwer Health, Inc. All rights reserved.

This is an open access article distributed under the Creative Commons Attribution License 4.0, which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.

ISSN: 0025-7974

DOI: 10.1097/MD.0000000000003284

*Chang et al*          *Medicine* • Volume 95, Number 15, April 2016

HCV = hepatitis C virus, K = Chang Gung Memorial Hospital Kaohsiung Branch, L = Chang Gung Memorial Hospital Linko Branch, Non-B+Non-C = no HBV nor HCV infection, S = Kaohsiung Veteran General Hospital, T = National Taiwan University Hospital, TLCN = Taiwan Liver Cancer Network.

## INTRODUCTION

Liver cancer is the fifth most common cancer in men and the seventh in women worldwide, and it is also the second most frequent cause of cancer death in the world.[1,2] Hepatocellular carcinoma (HCC) accounts for 75~85% of all primary liver cancers.[1] In addition, there is great geographical variations in the incidence of HCC, with 75 to 80% HCC patients occurred in Africa and Asia, where are also the endemic areas of chronic viral hepatitis.[1–4] The major risk factors of HCC include chronic viral hepatitis, cirrhosis, alcoholism, and fatty liver diseases.[1–5] In Taiwan, the vaccination program against hepatitis B virus (HBV) infection was initiated since 1984 and has reduced the incidence of HCC in children and adolescent successfully,[6,7] but HCC still ranks the first in cancer incidence and mortality in men in Taiwan, with more than 7000 individuals died of HCC annually.[8] Although the major viral and environmental risk factors have been identified, the oncogenic pathways leading to malignant transformation of liver cells remains unclear. In addition, as most of the HCC patients were diagnosed at an advanced stage or with advanced cirrhosis, the prognosis of HCC patients remained poor, with the median 5-year survival rate less than 50%.[2] Investigators from different institutes in Taiwan already have performed researches in HCC extensively and have demonstrated that HBV and hepatitis C virus (HCV) are the major etiologic agents for HCC.[9–13] The above individual projects have produced some very interesting results that require more comprehensive study to confirm or to advance. However, as most previous studies were carried out by individual institute, the study cases and samples are limited and, sometimes, not so representative. In addition, the recent advances in genomics and proteomics led to discoveries of numerous promising new biomarkers in cancer research. The availability of large number, high-quality HCC tissues to validate those biomarkers has become a major bottleneck for HCC researchers in Taiwan.

To address these problems, we need a large number of patients from different parts of Taiwan for detailed analyses. Therefore, Taiwan Liver Cancer Network (TLCN) was established to coordinate the major medical centers in Taiwan to collect tumor tissues and blood samples of liver tumor patients along with comprehensive clinical and epidemiological data.

In this report, we would like to present a detailed viral marker analysis, which included HBsAg, HBV DNA, HBV genotype, anti-HCV, HCV RNA, and HCV genotypes along with their clinic-pathological features on a total of 3843 HCC patients in TLCN. These patients were recruited from November 1, 2005, to April 30, 2011. Even though several large-scaled HCC patient studies in Taiwan have been published before,[14–17] none of them have so detailed viral marker data as in this report. These information will help investigators to appreciate that TLCN has a most important resource for liver cancer research in Taiwan.

## METHODS

### Establishment and Operation of TLCN

To recruit liver cancer patients with various socioeconomic, ethnical, and lifestyle backgrounds as well as regional representativeness, TLCN was established in a central facility at National Health Research Institutes (NHRI) in collaboration with 5 medical centers, which are located in the northern (National Taiwan University Hospital and Chang Gung Memorial Hospital Linko Branch), central (Taichung Veteran General Hospital), and southern parts (Chang Gung Memorial Hospital Kaohsiung Branch and Kaohsiung Veteran General Hospital) of Taiwan, respectively (Figure 1). A team consists of hepatologist, surgeon, and pathologist was formed in each collaborating medical center to collect biosamples and clinical



**FIGURE 1.** The location of the 5 collaborating medical centers and the central tissue bank at National Health Research Institutes are shown on the map of Taiwan.

*Copyright © 2016 Wolters Kluwer Health, Inc. All rights reserved.*

information. A well-trained research nurse was stationed at each collaborating hospital to help with all the collection procedures. All participating centers follow a common protocol to collect biosamples, which include blood, fresh frozen tissue, and paraffin tissue blocks, as well as the patients' clinical, pathological, and epidemiological information. Standardized questionnaire and clinical abstract were designed prospectively and used for all patients recruited in TLCN.

For collection of biosamples, all of the liver tumor and paired nontumor tissue were snap frozen immediately after resection and stored in a $-80°C$ deep freezer at each collaborating hospital. The blood samples were separated into serum, plasma, buffet coat immediately, and stored in the $-80°C$ deep freezer rapidly, too. All biosamples obtained from each hospital were kept frozen and shipped with dry ice to the central tissue bank at NHRI per month. Then, the serum samples were sent to the core viral laboratory at the liver Unit of Chang-Gung Memorial Hospital for HBV DNA and HCV RNA assays periodically. Serum hepatitis B surface antigen (HBsAg) and anti-HCV antibody would also be tested, if the data were not found in the medical records. The clinical abstract from the medical records and questionnaires from the patients were sent to the central database office of TLCN at NHRI regularly and handled by independent technicians and stored in a separated place away from the tissue bank. The TLCN office was in charge of organization and warehousing of the patients' database. The follow-up data and survival status of the patients were regularly updated according to the medical records and the death record of Department of Health of Taiwan. A Working Committee consisted of 10 experts in liver research as well as biomedical research was formed. All except 3 of the members did not belong to any of the 5 medical centers. The mission of the Working Committee was to assess and decide issues related to the usage of the biosamples and database of TLCN and to review all applications for TLCN biosamples or database. This study protocol has been approved by the Institutional Review Board of all 5 Medical Centers, and later approved by Minister of Health and Welfare of Taiwan in year 2014. Signed informed consents were obtained before the collection of the specimens and data in all patients.

### Patients

From November 1, 2005, to April 30, 2011, a total of 5170 patient samples (4941 patients) were collected in TLCN. Among them, 4067 patients (82.31%) were diagnosed as HCC, and 3843 patients have available serum sample for a complete viral marker analysis. These patients were included as the study subjects in this analysis.

### Detection of Viral Makers

Test results of HBsAg and anti-HCV of the patients were obtained from the medical records in the majority of patients. All were assayed in the central clinical laboratories of the respective medical centers. For patients without these data, and had sufficient stored serum samples, HBsAg, and anti-HCV were assayed retrospectively by the central clinical laboratory of Chang-Gung Memorial Hospital Linko branch. Elecsys HBsAg II test kit and Elecsys Anti-HCV assay kit (Roche Applied Science, Hannheim, Germany) were used, respectively.

As patients with negative HBsAg might still be positive for HBV DNA, quantification of HBV DNA was performed on all patients who had blood samples. Serum HBV DNA was

measured using the Cobas Amplicor HBV monitor test kit (Roche Applied Science, Hannheim, Germany). The detection limits was 315 copies/mL before year 2011, and thereafter, HBV AmpliPrep/COBAS TaqMan HBV test kit was used (Roche Applied Science, Hannheim, Germany). The detection limit was 12 IU/mL or 69 copies/mL.

The HCV RNA level was assayed only for patients who were positive for anti-HCV. HCV RNA was measured using AmpliPrep/COBAS TaqMan HCV test kit (Roche Applied Science, Hannheim, Germany). The detection limit was 15 IU/mL or 41 copies/mL.

HBV genotype was determined using SMITEST HBV Genotyping Kit (Medical & Biological Laboratories Co., Ltd, Boston, MA), which uses a combination of PCR and ELISA methods. Specimen preparation and process were according to the manufacturer's instructions. For HCV genotyping, the INNO-LiPA (line probe assay) method was used. Specimen preparation and process were according to the manufacturer's instructions.

### Statistical Analysis

To examine the differences in the major clinicopathological variables, frequencies and proportions are compared by conventional Chi-square association test. For multiple groups of age data, it was done by Kruskal-Wallis test and Kolmogorov–Smirnov test. A 2-sided $P$ value less than 0.05 was considered as statistically significant.

### RESULTS

All HCC patients were classified as HBV, HCV, or HBV+HCV group according to seropositivity of HBsAg and/or anti-HCV. For patients negative for both seromarkers, those with detectable serum HBV DNA were also included as HBV group, while patients with undetectable HBV DNA were classified as non-B non-C group. Patients who had no HBsAg and anti-HCV data in the medical records and had no blood sample for further viral study were excluded from this analysis.

### Chronic HBV and HCV Infections Accounting for Major Etiology for HCC but Differing Among the 5 Hospitals

Among the 4067 HCC patients recruited in TLCN from November 1, 2005, to April 30, 2011, there were 3843 patients with available blood sample for complete viral marker studies. The HBV infection accounts for 56.02%; HCV for 25.21%; dual infection for 8.07%; and non-B/non-C for 10.69%. Although the numbers of patient with HBV were higher than HCV in all of the 5 medical centers, the proportion of HBV and HCV was significantly different among the 5 medical centers ($P = 0.0000$) (Table 1). Patients recruited from Taichung Veteran General Hospital (in the central part of Taiwan) had the highest proportion of HCV patients (35.57%), while the National Taiwan University Hospital (in the north part of Taiwan) had the lowest proportion of HCV patients (17.52%). When we compared the viral genotype patterns, the HBV genotypes were also significantly different for the patients with pure HBV infection ($P = 0.0000$), even though the numbers of genotype B patients were all higher than genotype C in the 5 medical centers (Table 2). In contrast, the HCV genotype patterns in the 5 medical centers had no significant difference ($P = 0.1120$, detailed data not shown).

*Copyright © 2016 Wolters Kluwer Health, Inc. All rights reserved.*

Chang et al

Medicine • Volume 95, Number 15, April 2016

**TABLE 1.** The Proportion of HBV and HCV Infections of the 3843 HCC Patients Among the 5 Medical Centers in TLCN

| Variables | Patient No. (%) | T (North) | L (North) | G (Central) | K (South) | S (South) | $P^*$ |
|---|---|---|---|---|---|---|---|
| Total | 3843 (100%) | 782 (20.35%) | 538 (14%) | 745 (19.39%) | 836 (21.75%) | 942 (24.51%) | |
| | | | | | | | $0.0000^\dagger$ |
| HBV | 2153 (56.02%) | 516 (65.98%) | 321 (59.67%) | 358 (48.05%) | 479 (57.3%) | 479 (50.85%) | |
| HCV | 969 (25.21%) | 137 (17.52%) | 118 (21.93%) | 265 (35.57%) | 184 (22.01%) | 265 (28.13%) | |
| HBV+ HCV | 310 (8.07%) | 59 (7.54%) | 46 (8.55%) | 45 (6.04%) | 66 (7.89%) | 94 (9.98%) | |
| Non-B+Non-C | 411 (10.69%) | 70 (8.95%) | 53 (9.85%) | 77 (10.34%) | 107 (12.8%) | 104 (11.04%) | |

G = Taichung Veteran General Hospital, HBV = hepatitis B virus, HCC = hepatocellular carcinoma, HCV = hepatitis C virus, K = Chang Gung Memorial Hospital Kaohsiung Branch, L = Chang Gung Memorial Hospital Linko Branch, S = Kaohsiung Veteran General Hospital, T = National Taiwan University Hospital, TLCN = Taiwan Liver Cancer Network.
$^*P$ value was determined by Kruskal–Wallis test.
$^\dagger$Comparison between the 5 medical centers.

## The Detailed Viral Data Analysis Among 3843 HCC Patients

There were 2153 patients (56.02%) with pure HBV infection and classified as HBV group; 969 patients (25.21%) as HCV group; 310 patients (8.07%) as HBV+HCV group; and 411 patients (10.69%) were non-B non-C group (Table 3). For HBV DNA level, 40.08% of the HBV group still had high HBV DNA levels (defined as $\geq 2 \times 10^4$ IU/mL). This cut-off value was according to the American Association for the Study of Liver Diseases (AASLD) guidelines for chronic hepatitis B in 2007.[18] In that guidelines, HBV DNA levels $\geq 2 \times 10^4$ IU/mL was a diagnostic criterion for active chronic hepatitis B.[18] For HCV group, 66.15% of patients still had high HCV RNA levels (defined as $\geq 2.3 \times 10^4$ IU/mL). This cut-off value was according to the study by Lee et al.[19] They found that $2.3 \times 10^4$ IU/mL was the best cut-off for predicting future HCC development in a cohort of 972 patients with chronic HCV infection.[19] Genotype B and genotype I was the major genotype for HBV and HCV patients, respectively. Only 164 of the 3843 HCC patients have received antiviral treatment before the operation. The 164 patients included 138 (6.41%) of the 2153 HBV patients, 11 (1.14%) of the 969 HCV patients, and 15 (4.84%) of the 310

HBV+HCV patients, respectively. Among the 164 patients, 20 (14.49%) of HBV group patients still have HBV DNA level $\geq 2 \times 10^4$ IU/mL, and 6 (54.55%) of HCV group patients still had high HCV RNA level ($\geq 2.3 \times 10^4$ IU/mL). For HBV+HCV patients, only 2 (13.33%) and 2 (13.33%) patients still had high HBV DNA and HCV RNA levels, respectively. The HBV DNA was undetectable in 31 (22.46%) of the 138 HBV patients.

## The Clinical Characteristics of the 4 Patient Groups

The clinical characteristic features of the 3843 HCC patients are summarized in Table 3. The HBV group were much younger than the other 3 (mean age 56 vs 64–67 year-old), and more likely male (86%). The proportion with cirrhosis was similar (43–53%) among the 3 virus-related HCCs, but was much lower in non-B non-C HCCs (only 25%). It appears that the clinical characteristics of the patients in the HBV+HCV group were in between the HBV and HCV groups, such as age, gender, and cirrhotic rate. The HBV DNA or HCV RNA levels were more frequently undetectable in HBV+HCV group than HBV group (19.35% vs 8.96%, $P < 0.0001$) or HCV group (22.90% vs 7.95%, $P < 0.0001$).

**TABLE 2.** HBV Genotype Distribution of 2153 HBV Patients Among the 5 Medical Centers in TLCN

| | HBV Patients From 5 Medical Centers | | | | | |
|---|---|---|---|---|---|---|
| Variables | T | L | G | K | S | P |
| Total patients | 516 (23.97%) | 321 (14.91%) | 358 (16.63%) | 479 (22.25%) | 479 (22.25%) | |
| HBV genotype | | | | | | $0.0000^*$ |
| A | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 1 (0.21%) | $0.0000^\dagger$ |
| B | 195 (37.79%) | 169 (52.65%) | 206 (57.54%) | 216 (45.09%) | 216 (45.09%) | |
| C | 121 (23.45%) | 69 (21.5%) | 70 (19.55%) | 142 (29.65%) | 124 (25.89%) | |
| D | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 1 (0.21%) | |
| Mix (B+C) | 7 (1.36%) | 2 (0.62%) | 4 (1.12%) | 6 (1.25%) | 5 (1.04%) | |
| Undetectable | 193 (37.4%) | 81 (25.23%) | 78 (21.79%) | 115 (24.01%) | 132 (27.56%) | |

G = Taichung Veteran General Hospital, HBV = hepatitis B virus, HCC = hepatocellular carcinoma, HCV = hepatitis C virus, K = Chang Gung Memorial Hospital Kaohsiung Branch, L = Chang Gung Memorial Hospital Linko Branch, S = Kaohsiung Veteran General Hospital, T = National Taiwan University Hospital, TLCN = Taiwan Liver Cancer Network.
$^*P$ value between the 5 medical centers only for patients with detectable HBV genotypes.
$^\dagger P$ value among 5 medical centers in proportion of HBV genotype B and C.

Copyright © 2016 Wolters Kluwer Health, Inc. All rights reserved.

*Medicine* • Volume 95, Number 15, April 2016

*Hepatitis Viral Status in 3843 HCC Patients*

**TABLE 3.** The clinical characteristics and the status of HBV and HCV infection in the 3843 HCC patients

| Variables | HBV | HCV | HBV+HCV | Non-B+Non-C | P value* |
|---|---|---|---|---|---|
| Total patient No. (%) | 2153 (56.02%) | 969 (25.21%) | 310 (8.07%) | 411 (10.69%) | |
| Age | | | | | 0.0000 (among the 4 groups) |
| Median age (yrs) (range) | 56 (19–86) | 67 (35–89) | 64 (26–86) | 66 (13–88) | 0.0000 (HBV vs. HCV) |
| ≤30 | 52 (2.42%) | 0 (0%) | 1 (0.32%) | 5 (1.22%) | 0.0000 (HBV vs. HBV+HCV) |
| 31 ∼ 40 | 209 (9.71%) | 4 (0.41%) | 9 (2.9%) | 11 (2.68%) | 0.0000 (HCV vs. HBV+HCV) |
| 41 ∼ 50 | 451 (20.95%) | 45 (4.64%) | 29 (9.35%) | 39 (9.49%) | |
| 51 ∼ 60 | 671 (31.17%) | 211 (21.78%) | 84 (27.1%) | 89 (21.65%) | |
| 61 ∼ 70 | 492 (22.85%) | 369 (38.08%) | 110 (35.48%) | 106 (25.79%) | |
| ≥71 | 278 (12.91%) | 340 (35.09%) | 77 (24.84%) | 161 (39.17%) | |
| Gender | | | | | 0.0000 (among the 4 groups) |
| Male | 1851 (85.97%) | 627 (64.71%) | 228 (73.55%) | 327 (79.56%) | <0.0001 (HBV vs. HCV) |
| Female | 302 (14.03%) | 342 (35.29%) | 82 (26.45%) | 84 (20.44%) | <0.0001 (HBV vs. HBV+HCV) |
| | | | | | 0.0040 (HCV vs. HBV+HCV) |
| Cirrhosis | | | | | 0.0000 (among the 4 groups) |
| Positive | 914 (42.45%) | 506 (52.22%) | 166 (53.55%) | 101 (24.57%) | <0.0001 (HBV vs. HCV) |
| Negative | 1019 (47.33%) | 348 (35.91%) | 105 (33.87%) | 274 (66.67%) | <0.0001 (HBV vs. HBV+HCV) |
| Unknown† | 220 (10.22%) | 115 (11.87%) | 39 (12.58%) | 36 (8.76%) | 0.5578 (HCV vs. HBV+HCV) |
| HBV DNA (IU/mL)‡ | | | | | <0.0001§ |
| ≥2 × 10⁴ | 863 (40.08%) | — | 55 (17.74%)) | — | |
| <2 × 10⁴ | 1097 (50.95%) | — | 195 (62.9%) | — | |
| Undetectable | 193 (8.96%) | — | 60 (19.35%) | — | |
| HBV genotype | | | | | <0.0001‖ |
| Detectable | 1554 (72.18%) | — | 171 (55.16%) | — | |
| A | 1 (0.06%) | — | 0 (0.00%) | — | |
| B | 1002 (64.48%) | — | 118 (69.01%) | — | 0.1878¶ |
| C | 526 (33.85%) | — | 49 (28.65%) | — | |
| B+C | 24 (1.54%) | — | 4 (2.34%) | — | |
| D | 1 (0.06%) | — | 0 (0.00%) | — | |
| Undetectable | 599 (27.82%) | — | 139 (44.84%) | — | |
| HCV RNA (IU/mL) | | | | | <0.0001§ |
| ≥2.3 × 10⁴ | — | 641 (66.15%) | 125 (40.32%) | — | |
| <2.3 × 10⁴ | — | 251 (25.90%) | 114 (36.77%) | — | |
| Undetectable | | 77 (7.95%) | 71 (22.90%) | — | |
| HCV genotype | | | | | <0.0001# |
| Detectable | — | 775 (79.98%) | 159 (51.29%) | — | |
| Type 1 | — | 520 (67.10%) | 92 (57.86%) | — | 0.0249** |
| Type 2 | — | 246 (31.74%) | 65 (40.88%) | — | |
| Mix (1/2 or 2/4) | — | 9 (1.16%) | 2 (1.26%) | — | |
| Undetectable | — | 194 (20.02%) | 151 (48.71%) | — | |

CV = hepatitis C virus, HBV = hepatitis B virus, HCC = hepatocellular carcinoma.
*For age comparison among different patient groups, P value was determined by Kruskal–Wallis test (4 groups) and Kolmogorov-Smirnov test (2 groups).
†These patients did not receive operations, so the cirrhosis status was unknown and were not included for analysis.
‡HBV viral DNA: 2 x 10⁴ IU/mL = 116,400 copies/mL.
§Patients with undetectable HBV DNA or HCV RNA are not included for comparison.
‖P value for comparison of the proportion of detectable and undetectable HBV genotype between HBV and HBV+HCV patients.
¶P value for comparison of the proportion of genotype B and C between HBV and HBV+HCV patients.
#P value for comparison of the proportion of detectable and undetectable HCV genotype between HBV and HBV+HCV patients.
**P value for comparison of the proportion of genotype I and II between HCV and HBV+HCV patients.

## HBV DNA and HCV RNA Levels in the 310 HBV+HCV Associated HCC Patients

Comparison of the HBV DNA and HCV RNA levels in the 310 HBV+HCV associated HCC patients is summarized in Table 4. For patients with HBV DNA level ≥2 × 10⁴ IU/mL, only 8 patients (8/55, 14.55%) also had high HCV RNA levels (≥2.3 × 10⁴ IU/mL). In contrast, when HBV DNA level was undetectable, up to 33 patients (33/60, 55%) had high HCV RNA levels (P = 0.0001).

## HBV HCC Patients With Negative HBsAg and Detectable HBV DNA

We also identified 202 patients who were negative for HBsAg, but had detectable serum HBV DNA. Among them,

*Copyright © 2016 Wolters Kluwer Health, Inc. All rights reserved.*

Chang et al

Medicine • Volume 95, Number 15, April 2016

**TABLE 4.** The HBV DNA and HCV RNA Levels of the 310 HCC Patients With Both HBV and HCV Infections

| Variables | HCV RNA level (IU/mL) | | | $P^*$ |
| --- | --- | --- | --- | --- |
| | $\geq 2.3 \times 10^4$ | $< 2.3 \times 10^4$ | Undetectable | |
| Total patient no. (%) | 125 (40.32%) | 114 (36.77%) | 71 (22.9%) | |
| HBV DNA level[c] | | | | 0.0001 |
| $\geq 2 \times 10^4$ IU/mL | 8 (14.55%) | 26 (47.27%) | 21 (38.18%) | |
| $< 2 \times 10^4$ IU/mL | 84 (43.08%) | 73 (37.44%) | 38 (19.49%) | |
| Undetectable | 33 (55%) | 15 (25%) | 12 (20%) | |

HBV = hepatitis B virus, HCC = hepatocellular carcinoma, HCV = hepatitis C virus.
$^*P$ value was determined by Chi-square test.

115 patients had HBV mono-infection and 87 had both HBV and HCV. The clinical characteristics are summarized in Table 5. It is worthy of attention that 22 of the 202 patients still had an HBV DNA level $\geq 2 \times 10^4$ IU/mL.

## HCC Patients With Positive anti-HCV Antibody but Undetectable HCV RNA

Among the 1215 patients positive for anti-HCV antibody, the HCV RNA was undetectable in 143 patients. Their clinicopathological characteristics were compared with patients who had detectable HCV RNA and summarized in Table 6. The age, gender, and cirrhotic rate were all significantly different. Patients with undetectable RNA were younger, more male, with lower cirrhotic rate, and had more HBV coinfection.

## HCC Patients Negative for Both HBV and HCV (Non-B Non-C group)

There were 411 (10.69%) patients who were negative for all viral markers. To search the risk factors associated with hepato-carcinogenesis, we have collected the data, including body mass index (BMI), hypertension, fatty liver (by sonography), diabetes, smoking and drinking history, serum auto-antibodies, cholesterol and triglyceride levels, etc., of these 411 patients. However, majority of these patients had no fatty change (314, 76.4%) by sonography examination and were negative or normal for all the above risk factors.

## DISCUSSION

This is the largest detailed viral status study in HCC patients in the English literatures. It confirms that HBV (56.02%) and HCV (25.21%) prevailed in Taiwan HCC patients. It also revealed that dual infection (8.07%) played a significant role, a unique feature in Taiwan. Only 10.69% HCC patients had no evidence of HBV or HCV infection. As majority of the HCC patients in TLCN were operable patients and with better functional class, the cirrhotic rate in these patients would be lower than the whole HCC populations in Taiwan.

For the age distribution, the median age of HBV-HCC patients was youngest among the 4 groups, which is consistent with previous reports from Taiwan[10,14,17] and Japan.[20] Lu et al[14] proposed that the age difference in patients between HBV-HCC and HCV-HCC was due to early HBV infection in perinatal period, while HCV infection is acquired in adulthood. The median age of HBV+HCV group was between HBV-HCC patients and HCV-HCC patients (Table 3). Similar observation was also found in 2 previously studies.[14,17] It was considered to

be from HBV infection in early time of life and superimposed HCV infection in latter time of life.[14] In addition, the age distribution of HBV group and HCV group was also quite different. In HBV group, the case number was decreased after 60 years of age. This trend was similar to the result of Chen et al.[21] In contrast, the case number in the HCV group increased with age, being highest after 60 years of age. This trend has also been reported before.[21,22] Of interest is the non-B non-C group (411 patients). Their median age was quite old, almost similar to HCV group (66 vs. 67), but had the lowest cirrhotic rate (24.57%). The gender distribution is also quite different among the 4 groups. The percentage of female patients is lowest in the HBV group (14.03%) and highest in the HCV groups (35.29%), which is also similar to previous reports.[14,17] The female patients in the non-B non-C groups were also quite low (20.44%), suggesting that the female sex hormone may still play a protective role even without viral infection. As we have tested both HBsAg and HBV DNA in all patients, the non-B non-C group of patients in this study should be really virus-free. However, majority of these patients had no fatty change (314, 76.4%) and were negative or normal for the common metabolic risk factors, such as BMI, hypertension, diabetes, smoking and drinking history, serum auto-antibodies, cholesterol and triglyceride levels, etc. Further comparison with age and gender-matched control from the HBV and HCV groups of HCC patients for the above risk factors is ongoing.

In patients with chronic viral hepatitis, if they have both HBV and HCV infections, the 2 viruses may interfere with each other.[23–27] In the present study, the viral titers of the 2 viruses among the 310 HBV+HCV HCC patients were quite similar to the situation in the chronic hepatitis patients. The higher the HBV viral titers, the lower of the HCV RNA, and vice versa.

HBsAg seroclearance is usually considered as clearance of HBV infection.[28,29] In previously published reports with very large number of HCC patients,[14,17] the non-B non-C patients were defined by HBsAg (-) and anti-HCV antibody (-) only, which could include a significant number of occult HBV patients, as the current study has identified 202 patients (8.20%) who were HBsAg(-), but HBV DNA (+) among the 2463 HBV patients. In addition, 22 of the 202 patients still had high HBV DNA level. High serum HBV DNA accompanied with HBSAg seroclearance has been reported previously.[30] These patients might have HBS gene mutations, which resulted in detection failure of the HBsAg.[31,32]

The limitations of this study are that we mainly collected HCC patients who were operable. Thus, these 3843 patients would have better functional class, lower cirrhotic rate, and

Copyright © 2016 Wolters Kluwer Health, Inc. All rights reserved.

*Medicine* • Volume 95, Number 15, April 2016

*Hepatitis Viral Status in 3843 HCC Patients*

**TABLE 5.** The Clinical Characteristics of 202 HCC Patients who were HBsAg (-) but HBV DNA (+)

| Variables | HBV | HBV+HCV | P |
|---|---|---|---|
| Total patient no. (%) | 115 (56.93%) | 87 (43.06%) | |
| Age | | | $0.0030^*$ |
| Median age (yrs) (range) | 64 (19–86) | 68 (32–84) | |
| ≤30 | 3 (2.61%) | 0 (0%) | |
| 31 ∼ 40 | 6 (5.22%) | 2 (2.3%) | |
| 41 ∼ 50 | 13 (11.3%) | 2 (2.3%) | |
| 51 ∼ 60 | 27 (23.48%) | 11 (12.64%) | |
| 61 ∼ 70 | 32 (27.83%) | 37 (42.53%) | |
| ≥71 | 34 (29.57%) | 35 (40.23%) | |
| Gender | | | $0.0385^\dagger$ |
| Male | 97 (84.35%) | 63 (72.41%) | |
| Female | 18 (15.65%) | 24 (27.59%) | |
| Cirrhosis[‡] | | | $<0.0001^\dagger$ |
| Positive | 34 (29.57%) | 54 (62.07%) | |
| Negative | 64 (55.65%) | 21 (24.14%) | |
| Unknown | 17 (14.78%) | 12 (13.79%) | |
| HBV DNA (IU/mL) | | | $0.5369^\dagger$ |
| ≥$2 \times 10^4$ | 13 (11.3%) | 9 (10.34%) | |
| ≥$2 \times 10^3$ and <$2 \times 10^4$ | 13 (11.3%) | 6 (6.9%) | |
| <$2 \times 10^3$ | 89 (77.39%) | 72 (82.76%) | |
| HBV genotype | | | |
| Undetectable | 38 (33.04%) | 37 (42.53%) | $<0.1671^\S$ |
| Detectable | 77 (66.96%) | 50 (57.47%) | |
| A | 0 (0%) | 0 (0%) | |
| B | 49 (63.64%) | 43 (86.00%) | $0.0046^\|$ |
| C | 24 (31.17%) | 5 (10.00%) | |
| B+C | 4 (5.19%) | 2 (4.00%) | |
| D | 0 (0%) | 0 (0%) | |
| HCV RNA (IU/mL) | | | |
| ≥$2.3 \times 10^4$ | — | 43 (49.43%) | |
| <$2.3 \times 10^4$ | — | 29 (33.33%) | |
| Undetectable | — | 15 (17.24%) | |
| HCV genotype | | | |
| Detectable | — | 53 (60.92%) | |
| Type 1 | — | 30 (56.60%) | |
| Type 2 | — | 23 (43.40%) | |
| Mix (1/2 or 2/4) | — | 0 (0%) | |
| Undetectable | — | 34 (39.08%) | |

HBV = hepatitis B virus, HCC = hepatocellular carcinoma, HCV = hepatitis C virus.

$^*P$ value was determined by Kolmogorov–Smirnov test.

$^\dagger P$ value was determined by Chi-square test.

[‡]Patients who were unknown for cirrhosis were not included for the comparison.

$^\S P$ value for comparison of the proportion of detectable and undetectable HBV genotype between HBV and HBV+HCV patients.

$^\| P$ value for comparison of the proportion of genotype B and C between HBV and HBV+HCV patients.

**TABLE 6.** Clinical Characteristics of 1215 HCC Patients who were Positive for anti-HCV Antibody

| Variables | HCV RNA (+) | HCV RNA (−) | P |
|---|---|---|---|
| Total patients | 1072 (88.23%) | 143 (11.77%) | |
| Median age (yrs) (range) | 67 (26–89) | 63 (39–85) | $0.0030^*$ |
| ≤30 | 1 (0.09%) | 0 (0%) | |
| 31 ∼ 40 | 10 (0.93%) | 3 (2.1%) | |
| 41 ∼ 50 | 56 (5.22%) | 12 (8.39%) | |
| 51 ∼ 60 | 239 (22.29%) | 44 (30.77%) | |
| 61 ∼ 70 | 403 (37.59%) | 45 (31.47%) | |
| ≥71 | 363 (33.86%) | 39 (27.27%) | |
| Gender | | | $0.0092^\dagger$ |
| Male | 708 (66.04%) | 110 (76.92%) | |
| Female | 364 (33.96%) | 33 (23.08%) | |
| Cirrhosis[‡] | | | $0.0105^\dagger$ |
| Positive | 587 (54.76%) | 60 (41.96%) | |
| Negative | 358 (33.4%) | 60 (41.96%) | |
| Unknown | 127 (11.85%) | 23 (16.08%) | |
| HBsAg (+) or HBV DNA (+) | | | $<0.0001^\dagger$ |
| All Negative | 847 (79.01%) | 74 (51.75%) | |
| Positive | 225 (20.99%) | 69 (48.25%) | |
| HBsAg[§] | | | $<0.0001$ |
| No data | 4 (0.37%) | 7 (4.9%) | |
| Negative | 922 (86.01%) | 88 (61.54%) | |
| Positive | 146 (13.62%) | 48 (33.57%) | |
| HBV DNA (IU/mL) | | | $<0.0001^\|$ |
| Undetectable | 894 (83.4%) | 89 (62.24%) | |
| Detectable | 178 (16.6%) | 54 (37.76%) | |
| ≥$2 \times 10^4$ | 32 (17.98%) | 21 (38.89%) | |
| ≥$2 \times 10^3$ and <$2 \times 10^4$ | 23 (12.92%) | 13 (24.07%) | |
| <$2 \times 10^3$ | 123 (69.1%) | 20 (37.04%) | |
| HBV genotype | | | $<0.0001^\P$ |
| Undetectable | 957 (89.27%) | 94 (65.73%) | |
| Detectable | 115 (10.73%) | 49 (34.27%) | $0.2720^\#$ |

more in early tumor stages than the general HCC populations. As not all HCC patients in each hospital were recruited into TLCN (some patients refused or refused to donate their blood samples), so there might be some sampling bias. However, as the patient number from each hospital was all quite large and the 5 hospitals were across Taiwan, we are confident that this detailed viral marker study of 3843 HCC patients is not only highly representative for Taiwan but also provided novel data

*Copyright © 2016 Wolters Kluwer Health, Inc. All rights reserved.*

Chang et al
Medicine • Volume 95, Number 15, April 2016

| Variables | HCV RNA (+) | HCV RNA (−) | P |
|---|---|---|---|
| B | 82 (71.3%) | 30 (61.22%) | |
| C | 31 (26.96%) | 17 (34.69%) | |
| B+C | 2 (1.74%) | 2 (4.08%) | |
| HCV RNA (IU/mL) | | | |
| ≥2.3 × 10⁴ | 715 (66.70%) | | |
| <2.3 × 10⁴ | 354 (33.02%) | | |
| Undetectable | 3 (0.28%) | | |
| HCV genotype | | | |
| Undetectable | 195 (18.19%) | | |
| Detectable | 877 (81.81%) | | |
| Type 1 | 572 (65.22%) | | |
| Type 2 | 294 (33.52%) | | |
| Mix (1/2 or 2/4) | 11 (1.25%) | | |

HBV = hepatitis B virus, HCC = hepatocellular carcinoma, HCV = hepatitis C virus.

*P value was determined by Kolmogorov–Smirnov test.

†P value was determined by Chi-square test.

‡Patients who were unknown for cirrhosis were not included for comparison.

§Patients who have no data of HBsAg are not included for comparison.

‖P value for comparison of the proportion of detectable and undetectable HBV DNA between HCV RNA (+) and HCV RNA (−P value for comparison of the proportion of detectable and undetectable HBV genotype between HCV RNA (+) and HCV RNA (−) and HCV RNA (−) patients.

on the interaction of HBV and HCV in the HCC patients. By year 2015, TLCN has successfully recruited 7600 liver tumor patients after it was established for 10 years. It has become an important resource for future HCC research.

## ACKNOWLEDGMENTS

*We would like to convey thanks for the valuable suggestions from Professor Chia-Ming Chu (Chang Gung Memorial Hospital, Linko branch) and Professor Chien-Hung Chen (National Taiwan University Hospital). We also like to thanks for the strong support from the 5 collaborating medical centers in Taiwan: National Taiwan University Hospital, Chang Gung Memorial Hospital Linko Branch, Taichung Veteran General Hospital, Chang Gung Memorial Hospital Kaohsiung Branch, and Kaohsiung Veteran General Hospital.*

## REFERENCES

1. Jemal A, Bray F, Center MM, et al. Global cancer statistics. *CA Cancer J Clin.* 2011;61:69–90.

2. El-Serag HB. Hepatocellular carcinoma. *N Engl J Med.* 2011;365:1118–1127.

3. Yang JD, Roberts LR. Hepatocellular carcinoma: a global view. *Nat Rev Gastroenterol Hepatol.* 2010;7:448–458.

4. Chen CJ, Yu MW, Liaw YF. Epidemiological characteristics and risk factors of hepatocellular carcinoma. *J Gastroenterol Hepatol.* 1997;12:S294–S308.

5. Liaw YF, Tai DI, Chu CM, et al. Early detection of hepatocellular carcinoma in patients with chronic type B hepatitis. A prospective study. *Gastroenterology.* 1986;90:263–267.

6. Chang MH, Chen CJ, Lai MS, et al. Universal hepatitis B vaccination in Taiwan and the incidence of hepatocellular carcinoma in children. *N Engl J Med.* 1997;336:1855–1859.

7. Chang MH, You SL, Chen CJ, et al. Decreased incidence of hepatocellular carcinoma in hepatitis B vaccines: a 20-year follow-up study. *J Natl Cancer Inst.* 2009;101:1348–1355.

8. Department of Health, Executive Yuan, R.O.C. 2011. Statistics of Causes of Death. http://www.mohw.gov.tw/EN/Ministry/Statistic.aspx?f_list_no=474&fod_list_no=3485.

9. Chen DS. From hepatitis to hepatoma: lessons from type B viral hepatitis. *Science.* 1993;262:369–370.

10. Lee CM, Lu SN, Changchien CS, et al. Age, gender, and local geographic variations of viral etiology of hepatocellular carcinoma in a hyperendemic area for hepatitis B virus infection. *Cancer.* 1999;86:1143–1150.

11. Chen YJ, Yeh SH, Chen JT, et al. Chromosomal changes and clonality relationship between primary and recurrent hepatocellular carcinoma. *Gastroenterology.* 2000;119:431–440.

12. Yeh SH, Chen PJ, Shau WY, et al. Chromosomal allelic imbalance evolving from liver cirrhosis to hepatocellular carcinoma. *Gastroenterology.* 2001;121:699–709.

13. Yang HI, Lu SN, Liaw YF, et al. Hepatitis B e antigen and the risk of hepatocellular carcinoma. *N Engl J Med.* 2002;347:168–174.

14. Lu SN, Su WW, Yang SS, et al. Secular trends and geographic variations of hepatitis B virus and hepatitis C virus-associated hepatocellular carcinoma in Taiwan. *Int J Cancer.* 2006;119:1946–1952.

15. Chuang WL, Chang WY, Lu SN, et al. The role of hepatitis B and C viruses in hepatocellular carcinoma in a hepatitis B endemic area: a case-control study. *Cancer.* 1992;69:2052–2054.

16. Lu SN, Chue PY, Chen HC, et al. Different viral aetiology of hepatocellular carcinoma between two hepatitis B and C endemic townships in Taiwan. *J Gastroenterol Hepatol.* 1997;12:547–550.

17. Chen CH, Huang GT, Yang PM, et al. Hepatitis B- and C-related hepatocellular carcinomas yield different clinical features and prognosis. *Eur J Cancer.* 2006;42:2524–2529.

18. Lok ASF, McMahon BJ. AASLD Practice guidelines: Chronic hepatitis B. *Hepatology.* 2007;45:507–539.

19. Lee MH, Lu SN, Yuan Y, et al. Development and validation of a clinical scoring system for predicting risk of HCC in asymptomatic individuals seropositive for anti-HCV antibodies. *PLoS One.* 2014;9:e94760.

20. Kiyosawa K, Umemura T, Ichijo T, et al. Hepatocellular carcinoma: recent trends in Japan. *Gastroenterology.* 2004;127:S17–S26.

21. Chen CH, Yang PM, Huang GT, et al. Estimation of seroprevalence of hepatitis B virus and hepatitis C virus in Taiwan from a large-scale survey of free hepatitis screening participants. *J Formos Med Assoc.* 2007;106:148–155.

22. Sun CA, Chen HC, Lu SN, et al. Persistent hyperendemicity of hepatitis C virus infection in Taiwan: the important role of iatrogenic risk factors. *J Med Virol.* 2001;65:30–34.

Copyright © 2016 Wolters Kluwer Health, Inc. All rights reserved.

23. Liaw YF, Tsai SL, Chang JJ, et al. Displacement of hepatitis B virus by hepatitis C virus as the cause of continuing chronic hepatitis. *Gastroenterology.* 1994;106:1048–1053.

24. Dai CY, Yu ML, Chuang WL, et al. Influence of hepatitis C virus on the profiles of patients with chronic hepatitis B virus infection. *J Gastroenterol Hepatol.* 2001;16:636–640.

25. Sagnelli E, Coppola N, Messina V, et al. HBV superinfection in hepatitis C virus chronic carriers, viral interaction, and clinical course. *Hepatology.* 2002;36:1285–1291.

26. Chu CM, Yeh CT, Sheen IS, et al. Acute hepatitis C virus (HCV) infection in chronic carriers of hepatitis B virus (HBV): the impact of underlying active HBV replication on persistence of HCV infection and antibody responses to HCV. *Gut.* 2002;51:95–99.

27. Sagnelli E, Coppola N, Marrocco C, et al. Hepatitis C virus super-infection in hepatitis B virus chronic carriers: a reciprocal viral interaction and a variable clinical course. *J Clin Virol.* 2006;35:317–320.

28. Ahn SH, Park YN, Park JY, et al. Long-term clinical and histological outcomes in patients with spontaneous hepatitis B surface antigen seroclearance. *J Hepatol.* 2005;42:188–194.

29. Arase Y, Ikeda K, Suzuki F, et al. Long-term outcome after hepatitis B surface antigen seroclearance in patients with chronic hepatitis B. *Am J Med.* 2006;119:71e9–e16.

30. Liu J, Yang HI, Lee MH, et al. Incidence and determinants of spontaneous hepatitis B surface antigen seroclearance: a community-based follow-up study. *Gastroenterology.* 2010;139:474–482.

31. Hsu CW, Yeh CT, Chang ML, et al. Identification of a hepatitis B virus S gene mutant in lamivudine-treated patients experiencing HBsAg seroclearance. *Gastroenterology.* 2007;132:543–550.

32. Hsu CW, Yeh CT. Emergence of hepatitis B virus S gene mutants in patients experiencing hepatitis B surface antigen seroconversion after peginterferon therapy. *Hepatology.* 2011;54:101–108.

*Copyright © 2016 Wolters Kluwer Health, Inc. All rights reserved.*

# EXHIBIT 740

THIRD EDITION

# MODERN EPIDEMIOLOGY

**Kenneth J. Rothman**

Vice President, Epidemiology Research
RTI Health Solutions
Professor of Epidemiology and Medicine
Boston University
Boston, Massachusetts

**Sander Greenland**

Professor of Epidemiology and Statistics
University of California
Los Angeles, California

**Timothy L. Lash**

Associate Professor of Epidemiology and Medicine
Boston University
Boston, Massachusetts



Wolters Kluwer | Lippincott Williams & Wilkins
Health

Philadelphia • Baltimore • New York • London
Buenos Aires • Hong Kong • Sydney • Tokyo

Exhibit
0125
10/24/2022
Anne McTiernan, M.D., Ph.D

*Acquisitions Editor:* Sonya Seigafuse
*Developmental Editor:* Louise Bierig
*Project Manager:* Kevin Johnson
*Senior Manufacturing Manager:* Ben Rivera
*Marketing Manager:* Kimberly Schonberger
*Art Director:* Risa Clow
*Compositor:* Aptara, Inc.

**© 2008 by LIPPINCOTT WILLIAMS & WILKINS**
**530 Walnut Street**
**Philadelphia, PA 19106 USA**
**LWW.com**

All rights reserved. This book is protected by copyright. No part of this book may be reproduced in any form or by any means, including photocopying, or utilized by any information storage and retrieval system without written permission from the copyright owner, except for brief quotations embodied in critical articles and reviews. Materials appearing in this book prepared by individuals as part of their official duties as U.S. government employees are not covered by the above-mentioned copyright.

Printed in the USA

**Library of Congress Cataloging-in-Publication Data**
Rothman, Kenneth J.
  Modern epidemiology / Kenneth J. Rothman, Sander Greenland, and Timothy L. Lash. – 3rd ed.
    p. ; cm.
  2nd ed. edited by Kenneth J. Rothman and Sander Greenland.
  Includes bibliographical references and index.
  ISBN-13: 978-0-7817-5564-1
  ISBN-10: 0-7817-5564-6
  1. Epidemiology–Statistical methods. 2. Epidemiology–Research–Methodology. I. Greenland, Sander, 1951-  II. Lash, Timothy L.  III. Title.
  [DNLM: 1. Epidemiology. 2. Epidemiologic Methods. WA 105 R846m 2008]
  RA652.2.M3R67 2008
  614.4–dc22                                                                    2007036316

Care has been taken to confirm the accuracy of the information presented and to describe generally accepted practices. However, the authors, editors, and publisher are not responsible for errors or omissions or for any consequences from application of the information in this book and make no warranty, expressed or implied, with respect to the currency, completeness, or accuracy of the contents of the publication. Application of this information in a particular situation remains the professional responsibility of the reader.

The publishers have made every effort to trace copyright holders for borrowed material. If they have inadvertently overlooked any, they will be pleased to make the necessary arrangements at the first opportunity.

To purchase additional copies of this book, call our customer service department at (800) 638-3030 or fax orders to 1-301-223-2400. Lippincott Williams & Wilkins customer service representatives are available from 8:30 am to 6:00 pm, EST, Monday through Friday, for telephone access. Visit Lippincott Williams & Wilkins on the Internet: http://www.lww.com.

10 9 8 7 6 5 4 3 2 1

# Causation and Causal Inference

Kenneth J. Rothman, Sander Greenland,
Charles Poole, and Timothy L. Lash

Causality    5
    A Model of Sufficient Cause and Component
        Causes    6
    The Need for a Specific Reference Condition    7
    Application of the Sufficient-Cause Model
        to Epidemiology    8
    Probability, Risk, and Causes    9
    Strength of Effects    10
    Interaction among Causes    13
    Proportion of Disease due to Specific
        Causes    13
    Induction Period    15

    Scope of the Model    17
    Other Models of Causation    18
Philosophy of Scientific Inference    18
    Inductivism    18
    Refutationism    20
    Consensus and Naturalism    21
    Bayesianism    22
    Impossibility of Scientific Proof    24
Causal Inference in Epidemiology    25
    Tests of Competing Epidemiologic Theories    25
    Causal Criteria    26

## CAUSALITY

A rudimentary understanding of cause and effect seems to be acquired by most people on their own much earlier than it could have been taught to them by someone else. Even before they can speak, many youngsters understand the relation between crying and the appearance of a parent or other adult, and the relation between that appearance and getting held, or fed. A little later, they will develop theories about what happens when a glass containing milk is dropped or turned over, and what happens when a switch on the wall is pushed from one of its resting positions to another. While theories such as these are being formulated, a more general causal theory is also being formed. The more general theory posits that some events or states of nature are causes of specific effects. Without a general theory of causation, there would be no skeleton on which to hang the substance of the many specific causal theories that one needs to survive.

  Nonetheless, the concepts of causation that are established early in life are too primitive to serve well as the basis for scientific theories. This shortcoming may be especially true in the health and social sciences, in which typical causes are neither necessary nor sufficient to bring about effects of interest. Hence, as has long been recognized in epidemiology, there is a need to develop a more refined conceptual model that can serve as a starting point in discussions of causation. In particular, such a model should address problems of multifactorial causation, confounding, interdependence of effects, direct and indirect effects, levels of causation, and systems or webs of causation (MacMahon and Pugh, 1967; Susser, 1973). This chapter describes one starting point, the sufficient-component cause model (or sufficient-cause model), which has proven useful in elucidating certain concepts in individual mechanisms of causation. Chapter 4 introduces the widely used potential-outcome or counterfactual model of causation, which is useful for relating individual-level to population-level causation, whereas Chapter 12 introduces graphical causal models (causal diagrams), which are especially useful for modeling causal systems.

Except where specified otherwise (in particular, in Chapter 27, on infectious disease), throughout the book we will assume that disease refers to a nonrecurrent event, such as death or first occurrence of a disease, and that the outcome of each individual or unit of study (e.g., a group of persons) is not affected by the exposures and outcomes of other individuals or units. Although this assumption will greatly simplify our discussion and is reasonable in many applications, it does not apply to contagious phenomena, such as transmissible behaviors and diseases. Nonetheless, all the definitions and most of the points we make (especially regarding validity) apply more generally. It is also essential to understand simpler situations before tackling the complexities created by causal interdependence of individuals or units.

### A MODEL OF SUFFICIENT CAUSE AND COMPONENT CAUSES

To begin, we need to define *cause*. One definition of the cause of a specific disease occurrence is an antecedent event, condition, or characteristic that was necessary for the occurrence of the disease at the moment it occurred, given that other conditions are fixed. In other words, a cause of a disease occurrence is an event, condition, or characteristic that preceded the disease onset and that, had the event, condition, or characteristic been different in a specified way, the disease either would not have occurred at all or would not have occurred until some later time. Under this definition, if someone walking along an icy path falls and breaks a hip, there may be a long list of causes. These causes might include the weather on the day of the incident, the fact that the path was not cleared for pedestrians, the choice of footgear for the victim, the lack of a handrail, and so forth. The constellation of causes required for this particular person to break her hip at this particular time can be depicted with the sufficient cause diagrammed in Figure 2–1. By *sufficient cause* we mean a complete causal mechanism, a minimal set of conditions and events that are sufficient for the outcome to occur. The circle in the figure comprises five segments, each of which represents a causal component that must be present or have occured in order for the person to break her hip at that instant. The first component, labeled A, represents poor weather. The second component, labeled B, represents an uncleared path for pedestrians. The third component, labeled C, represents a poor choice of footgear. The fourth component, labeled D, represents the lack of a handrail. The final component, labeled U, represents all of the other unspecified events, conditions, and characteristics that must be present or have occured at the instance of the fall that led to a broken hip. For etiologic effects such as the causation of disease, many and possibly all of the components of a sufficient cause may be unknown (Rothman, 1976a). We usually include one component cause, labeled U, to represent the set of unknown factors.

All of the component causes in the sufficient cause are required and must be present or have occured at the instance of the fall for the person to break a hip. None is superfluous, which means that blocking the contribution of any component cause prevents the sufficient cause from acting. For many people, early causal thinking persists in attempts to find single causes as explanations for observed phenomena. But experience and reasoning show that the causal mechanism for any effect must consist of a constellation of components that act in concert (Mill, 1862; Mackie, 1965). In disease etiology, a sufficient cause is a set of conditions sufficient to ensure that the outcome will occur. Therefore, completing a sufficient cause is tantamount to the onset of disease. Onset here may refer to the onset of the earliest stage of the disease process or to any transition from one well-defined and readily characterized stage to the next, such as the onset of signs or symptoms.



**FIGURE 2–1** ● Depiction of the constellation of component causes that constitute a sufficient cause for hip fracture for a particular person at a particular time. In the diagram, A represents poor weather, B represents an uncleared path for pedestrians, C represents a poor choice of footgear, D represents the lack of a handrail, and U represents all of the other unspecified events, conditions, and characteristics that must be present or must have occured at the instance of the fall that led to a broken hip.

Consider again the role of the handrail in causing hip fracture. The absence of such a handrail may play a causal role in some sufficient causes but not in others, depending on circumstances such as the weather, the level of inebriation of the pedestrian, and countless other factors. Our definition links the lack of a handrail with this one broken hip and does not imply that the lack of this handrail by itself was sufficient for that hip fracture to occur. With this definition of cause, no specific event, condition, or characteristic is sufficient by itself to produce disease. The definition does not describe a complete causal mechanism, but only a component of it. To say that the absence of a handrail is a component cause of a broken hip does not, however, imply that every person walking down the path will break a hip. Nor does it imply that if a handrail is installed with properties sufficient to prevent that broken hip, that no one will break a hip on that same path. There may be other sufficient causes by which a person could suffer a hip fracture. Each such sufficient cause would be depicted by its own diagram similar to Figure 2–1. The first of these sufficient causes to be completed by simultaneous accumulation of all of its component causes will be the one that depicts the mechanism by which the hip fracture occurs for a particular person. If no sufficient cause is completed while a person passes along the path, then no hip fracture will occur over the course of that walk.

As noted above, a characteristic of the naive concept of causation is the assumption of a one-to-one correspondence between the observed cause and effect. Under this view, each cause is seen as "necessary" and "sufficient" in itself to produce the effect, particularly when the cause is an observable action or event that takes place near in time to the effect. Thus, the flick of a switch appears to be the singular cause that makes an electric light go on. There are less evident causes, however, that also operate to produce the effect: a working bulb in the light fixture, intact wiring from the switch to the bulb, and voltage to produce a current when the circuit is closed. To achieve the effect of turning on the light, each of these components is as important as moving the switch, because changing any of these components of the causal constellation will prevent the effect. The term *necessary cause* is therefore reserved for a particular type of component cause under the sufficient-cause model. If any of the component causes appears in every sufficient cause, then that component cause is called a "necessary" component cause. For the disease to occur, any and all necessary component causes must be present or must have occurred. For example, one could label a component cause with the requirement that one must have a hip to suffer a hip fracture. Every sufficient cause that leads to hip fracture must have that component cause present, because in order to fracture a hip, one must have a hip to fracture.

The concept of complementary component causes will be useful in applications to epidemiology that follow. For each component cause in a sufficient cause, the set of the other component causes in that sufficient cause comprises the complementary component causes. For example, in Figure 2–1, component cause A (poor weather) has as its complementary component causes the components labeled B, C, D, and U. Component cause B (an uncleared path for pedestrians) has as its complementary component causes the components labeled A, C, D, and U.

### THE NEED FOR A SPECIFIC REFERENCE CONDITION

Component causes must be defined with respect to a clearly specified alternative or reference condition (often called a *referent*). Consider again the lack of a handrail along the path. To say that this condition is a component cause of the broken hip, we have to specify an alternative condition against which to contrast the cause. The mere presence of a handrail would not suffice. After all, the hip fracture might still have occurred in the presence of a handrail, if the handrail was too short or if it was old and made of rotten wood. We might need to specify the presence of a handrail sufficiently tall and sturdy to break the fall for the absence of that handrail to be a component cause of the broken hip.

To see the necessity of specifying the alternative event, condition, or characteristic as well as the causal one, consider an example of a man who took high doses of ibuprofen for several years and developed a gastric ulcer. Did the man's use of ibuprofen cause his ulcer? One might at first assume that the natural contrast would be with what would have happened had he taken nothing instead of ibuprofen. Given a strong reason to take the ibuprofen, however, that alternative may not make sense. If the specified alternative to taking ibuprofen is to take acetaminophen, a different drug that might have been indicated for his problem, and if he would not have developed the ulcer had he used acetaminophen, then we can say that using ibuprofen caused the ulcer. But ibuprofen did not cause

his ulcer if the specified alternative is taking aspirin and, had he taken aspirin, he still would have developed the ulcer. The need to specify the alternative to a preventive is illustrated by a newspaper headline that read: "Rare Meat Cuts Colon Cancer Risk." Was this a story of an epidemiologic study comparing the colon cancer rate of a group of people who ate rare red meat with the rate in a group of vegetarians? No, the study compared persons who ate rare red meat with persons who ate highly cooked red meat. The same exposure, regular consumption of rare red meat, might have a preventive effect when contrasted against highly cooked red meat and a causative effect or no effect in contrast to a vegetarian diet. An event, condition, or characteristic is not a cause by itself as an intrinsic property it possesses in isolation, but as part of a causal contrast with an alternative event, condition, or characteristic (Lewis, 1973; Rubin, 1974; Greenland et al., 1999a; Maldonado and Greenland, 2002; see Chapter 4).

## APPLICATION OF THE SUFFICIENT-CAUSE MODEL TO EPIDEMIOLOGY

The preceding introduction to concepts of sufficient causes and component causes provides the lexicon for application of the model to epidemiology. For example, tobacco smoking is a cause of lung cancer, but by itself it is not a sufficient cause, as demonstrated by the fact that most smokers do not get lung cancer. First, the term *smoking* is too imprecise to be useful beyond casual description. One must specify the type of smoke (e.g., cigarette, cigar, pipe, or environmental), whether it is filtered or unfiltered, the manner and frequency of inhalation, the age at initiation of smoking, and the duration of smoking. And, however smoking is defined, its alternative needs to be defined as well. Is it smoking nothing at all, smoking less, smoking something else? Equally important, even if smoking and its alternative are both defined explicitly, smoking will not cause cancer in everyone. So who is susceptible to this smoking effect? Or, to put it in other terms, what are the other components of the causal constellation that act with smoking to produce lung cancer in this contrast?

Figure 2–2 provides a schematic diagram of three sufficient causes that could be completed during the follow-up of an individual. The three conditions or events—A, B, and E—have been defined as binary variables, so they can only take on values of 0 or 1. With the coding of A used in the figure, its reference level, A = 0, is sometimes causative, but its index level, A = 1, is never causative. This situation arises because two sufficient causes contain a component cause labeled "A = 0," but no sufficient cause contains a component cause labeled "A = 1." An example of a condition or event of this sort might be A = 1 for taking a daily multivitamin supplement and A = 0 for taking no vitamin supplement. With the coding of B and E used in the example depicted by Figure 2–2, their index levels, B = 1 and E = 1, are sometimes causative, but their reference levels, B = 0 and C = 0, are never causative. For each variable, the index and reference levels may represent only two alternative states or events out of many possibilities. Thus, the coding of B might be B = 1 for smoking 20 cigarettes per day for 40 years and B = 0 for smoking 20 cigarettes per day for 20 years, followed by 20 years of not smoking. E might be coded E = 1 for living in an urban neighborhood with low average income and high income inequality, and E = 0 for living in an urban neighborhood with high average income and low income inequality.

A = 0, B = 1, and E = 1 are individual component causes of the sufficient causes in Figure 2–2. $U_1$, $U_2$, and $U_3$ represent sets of component causes. $U_1$, for example, is the set of all components other than A = 0 and B = 1 required to complete the first sufficient cause in Figure 2–2. If we decided not to specify B = 1, then B = 1 would become part of the set of components that are causally complementary to A = 0; in other words, B = 1 would then be absorbed into $U_1$.

Each of the three sufficient causes represented in Figure 2–2 is minimally sufficient to produce the disease in the individual. That is, only one of these mechanisms needs to be completed for

 

**FIGURE 2–2** ● Three classes of sufficient causes of a disease (sufficient causes I, II, and III from left to right).

disease to occur (sufficiency), and there is no superfluous component cause in any mechanism (minimality)—each component cause is a required part of that specific causal mechanism. A specific component cause may play a role in one, several, or all of the causal mechanisms. As noted earlier, a component cause that appears in all sufficient causes is called a *necessary* cause of the outcome. As an example, infection with HIV is a component of every sufficient cause of acquired immune deficiency syndrome (AIDS) and hence is a necessary cause of AIDS. It has been suggested that such causes be called "universally necessary," in recognition that every component of a sufficient cause is necessary for that sufficient cause (mechanism) to operate (Poole 2001a).

Figure 2–2 does not depict aspects of the causal process such as sequence or timing of action of the component causes, dose, or other complexities. These can be specified in the description of the contrast of index and reference conditions that defines each component cause. Thus, if the outcome is lung cancer and the factor B represents cigarette smoking, it might be defined more explicitly as smoking at least 20 cigarettes a day of unfiltered cigarettes for at least 40 years beginning at age 20 years or earlier (B = 1), or smoking 20 cigarettes a day of unfiltered cigarettes, beginning at age 20 years or earlier, and then smoking no cigarettes for the next 20 years (B = 0).

In specifying a component cause, the two sides of the causal contrast of which it is composed should be defined with an eye to realistic choices or options. If prescribing a placebo is not a realistic therapeutic option, a causal contrast between a new treatment and a placebo in a clinical trial may be questioned for its dubious relevance to medical practice. In a similar fashion, before saying that oral contraceptives increase the risk of death over 10 years (e.g., through myocardial infarction or stroke), we must consider the alternative to taking oral contraceptives. If it involves getting pregnant, then the risk of death attendant to childbirth might be greater than the risk from oral contraceptives, making oral contraceptives a preventive rather than a cause. If the alternative is an equally effective contraceptive without serious side effects, then oral contraceptives may be described as a cause of death.

To understand prevention in the sufficient-component cause framework, we posit that the alternative condition (in which a component cause is absent) prevents the outcome relative to the presence of the component cause. Thus, a preventive effect of a factor is represented by specifying its causative alternative as a component cause. An example is the presence of A = 0 as a component cause in the first two sufficient causes shown in Figure 2–2. Another example would be to define a variable, F (not depicted in Fig. 2–2), as "vaccination (F = 1) or no vaccination (F = 0)". Prevention of the disease by getting vaccinated (F = 1) would be expressed in the sufficient-component cause model as causation of the disease by not getting vaccinated (F = 0). This depiction is unproblematic because, once both sides of a causal contrast have been specified, causation and prevention are merely two sides of the same coin.

Sheps (1958) once asked, "Shall we count the living or the dead?" Death is an event, but survival is not. Hence, to use the sufficient-component cause model, we must count the dead. This model restriction can have substantive implications. For instance, some measures and formulas approximate others only when the outcome is rare. When survival is rare, death is common. In that case, use of the sufficient-component cause model to inform the analysis will prevent us from taking advantage of the rare-outcome approximations.

Similarly, etiologies of adverse health outcomes that are conditions or states, but not events, must be depicted under the sufficient-cause model by reversing the coding of the outcome. Consider spina bifida, which is the failure of the neural tube to close fully during gestation. There is no point in time at which spina bifida may be said to have occurred. It would be awkward to define the "incidence time" of spina bifida as the gestational age at which complete neural tube closure ordinarily occurs. The sufficient-component cause model would be better suited in this case to defining the event of complete closure (no spina bifida) as the outcome and to view conditions, events, and characteristics that prevent this beneficial event as the causes of the adverse condition of spina bifida.

## PROBABILITY, RISK, AND CAUSES

In everyday language, "risk" is often used as a synonym for probability. It is also commonly used as a synonym for "hazard," as in, "Living near a nuclear power plant is a risk you should avoid." Unfortunately, in epidemiologic parlance, even in the scholarly literature, "risk" is frequently used for many distinct concepts: rate, rate ratio, risk ratio, incidence odds, prevalence, etc. The more

specific, and therefore more useful, definition of *risk* is "probability of an event during a specified period of time."

The term *probability* has multiple meanings. One is that it is the relative frequency of an event. Another is that probability is the tendency, or propensity, of an entity to produce an event. A third meaning is that probability measures someone's degree of certainty that an event will occur. When one says "the probability of death in vehicular accidents when traveling >120 km/h is high," one means that the proportion of accidents that end with deaths is higher when they involve vehicles traveling >120 km/h than when they involve vehicles traveling at lower speeds (frequency usage), that high-speed accidents have a greater tendency than lower-speed accidents to result in deaths (propensity usage), or that the speaker is more certain that a death will occur in a high-speed accident than in a lower-speed accident (certainty usage).

The frequency usage of "probability" and "risk," unlike the propensity and certainty usages, admits no meaning to the notion of "risk" for an individual beyond the relative frequency of 100% if the event occurs and 0% if it does not. This restriction of individual risks to 0 or 1 can only be relaxed to allow values in between by reinterpreting such statements as the frequency with which the outcome would be seen upon random sampling from a very large population of individuals deemed to be "like" the individual in some way (e.g., of the same age, sex, and smoking history). If one accepts this interpretation, whether any actual sampling has been conducted or not, the notion of individual risk is replaced by the notion of the frequency of the event in question in the large population from which the individual was sampled. With this view of risk, a risk will change according to how we group individuals together to evaluate frequencies. Subjective judgment will inevitably enter into the picture in deciding which characteristics to use for grouping. For instance, should tomato consumption be taken into account in defining the class of men who are "like" a given man for purposes of determining his risk of a diagnosis of prostate cancer between his 60th and 70th birthdays? If so, which study or meta-analysis should be used to factor in this piece of information?

Unless we have found a set of conditions and events in which the disease does not occur at all, it is always a reasonable working hypothesis that, no matter how much is known about the etiology of a disease, some causal components remain unknown. We may be inclined to assign an equal risk to all individuals whose status for some components is known and identical. We may say, for example, that men who are heavy cigarette smokers have approximately a 10% lifetime risk of developing lung cancer. Some interpret this statement to mean that all men would be subject to a 10% probability of lung cancer if they were to become heavy smokers, as if the occurrence of lung cancer, aside from smoking, were purely a matter of chance. This view is untenable. A probability may be 10% conditional on one piece of information and higher or lower than 10% if we condition on other relevant information as well. For instance, men who are heavy cigarette smokers and who worked for many years in occupations with historically high levels of exposure to airborne asbestos fibers would be said to have a lifetime lung cancer risk appreciably higher than 10%.

Regardless of whether we interpret probability as relative frequency or degree of certainty, the assignment of equal risks merely reflects the particular grouping. In our ignorance, the best we can do in assessing risk is to classify people according to measured risk indicators and then assign the average risk observed within a class to persons within the class. As knowledge or specification of additional risk indicators expands, the risk estimates assigned to people will depart from average according to the presence or absence of other factors that predict the outcome.

## STRENGTH OF EFFECTS

The causal model exemplified by Figure 2–2 can facilitate an understanding of some key concepts such as *strength of effect* and *interaction.* As an illustration of strength of effect, Table 2–1 displays the frequency of the eight possible patterns for exposure to A, B, and E in two hypothetical populations. Now the pie charts in Figure 2–2 depict classes of mechanisms. The first one, for instance, represents all sufficient causes that, no matter what other component causes they may contain, have in common the fact that they contain A = 0 and B = 1. The constituents of $U_1$ may, and ordinarily would, differ from individual to individual. For simplification, we shall suppose, rather unrealistically, that $U_1$, $U_2$, and $U_3$ are always present or have always occured for everyone and Figure 2–2 represents all the sufficient causes.

**T A B L E   2 – 1**

**Exposure Frequencies and Individual Risks in Two Hypothetical Populations According to the Possible Combinations of the Three Specified Component Causes in Fig. 2–1**

| Exposures | | | | | Frequency of Exposure Pattern | |
|---|---|---|---|---|---|---|
| A | B | E | Sufficient Cause Completed | Risk | Population 1 | Population 2 |
| 1 | 1 | 1 | III | 1 | 900 | 100 |
| 1 | 1 | 0 | None | 0 | 900 | 100 |
| 1 | 0 | 1 | None | 0 | 100 | 900 |
| 1 | 0 | 0 | None | 0 | 100 | 900 |
| 0 | 1 | 1 | I, II, or III | 1 | 100 | 900 |
| 0 | 1 | 0 | I | 1 | 100 | 900 |
| 0 | 0 | 1 | II | 1 | 900 | 100 |
| 0 | 0 | 0 | none | 0 | 900 | 100 |

Under these assumptions, the response of each individual to the exposure pattern in a given row can be found in the response column. The response here is the risk of developing a disease over a specified time period that is the same for all individuals. For simplification, a deterministic model of risk is employed, such that individual risks can equal only the value 0 or 1, and no values in between. A stochastic model of individual risk would relax this restriction and allow individual risks to lie between 0 and 1.

The proportion getting disease, or incidence proportion, in any subpopulation in Table 2–1 can be found by summing the number of persons at each exposure pattern with an individual risk of 1 and dividing this total by the subpopulation size. For example, if exposure A is not considered (e.g., if it were not measured), the pattern of incidence proportions in population 1 would be those in Table 2–2.

As an example of how the proportions in Table 2–2 were calculated, let us review how the incidence proportion among persons in population 1 with B = 1 and E = 0 was calculated: There were 900 persons with A = 1, B = 1, and E = 0, none of whom became cases because there are no sufficient causes that can culminate in the occurrence of the disease over the study period in persons with this combination of exposure conditions. (There are two sufficient causes that contain B = 1 as a component cause, but one of them contains the component cause A = 0 and the other contains the component cause E = 1. The presence of A = 1 or E = 0 blocks these etiologic mechanisms.) There were 100 persons with A = 0, B = 1, and E = 0, all of whom became cases because they all had $U_1$, the set of causal complements for the class of sufficient causes containing A = 0 and

**T A B L E   2 – 2**

**Incidence Proportions (IP) for Combinations of Component Causes B and E in Hypothetical Population 1, Assuming That Component Cause A Is Unmeasured**

| | B = 1, E = 1 | B = 1, E = 0 | B = 0, E = 1 | B = 0, E = 0 |
|---|---|---|---|---|
| Cases | 1,000 | 100 | 900 | 0 |
| Total | 1,000 | 1,000 | 1,000 | 1,000 |
| IP | 1.00 | 0.10 | 0.90 | 0.00 |

**Incidence Proportions (IP) for Combinations of Component Causes B and E in Hypothetical Population 2, Assuming That Component Cause A Is Unmeasured**

|  | B = 1, E = 1 | B = 1, E = 0 | B = 0, E = 1 | B = 0, E = 0 |
|---|---|---|---|---|
| Cases | 1,000 | 900 | 100 | 0 |
| Total | 1,000 | 1,000 | 1,000 | 1,000 |
| IP | 1.00 | 0.90 | 0.10 | 0.00 |

B = 1. Thus, among all 1,000 persons with B = 1 and E = 0, there were 100 cases, for an incidence proportion of 0.10.

If we were to measure strength of effect by the difference of the incidence proportions, it is evident from Table 2–2 that for population 1, E = 1 has a much stronger effect than B = 1, because E = 1 increases the incidence proportion by 0.9 (in both levels of B), whereas B = 1 increases the incidence proportion by only 0.1 (in both levels of E). Table 2–3 shows the analogous results for population 2. Although the members of this population have exactly the same causal mechanisms operating within them as do the members of population 1, the relative strengths of causative factors E = 1 and B = 1 are reversed, again using the incidence proportion difference as the measure of strength. B = 1 now has a much stronger effect on the incidence proportion than E = 1, despite the fact that A, B, and E have no association with one another in either population, and their index levels (A = 1, B = 1 and E = 1) and reference levels (A = 0, B = 0, and E = 0) are each present or have occured in exactly half of each population.

The overall difference of incidence proportions contrasting E = 1 with E = 0 is (1,900/2,000) − (100/2,000) = 0.9 in population 1 and (1,100/2,000) − (900/2,000) = 0.1 in population 2. The key difference between populations 1 and 2 is the difference in the prevalence of the conditions under which E = 1 acts to increase risk: that is, the presence of A = 0 or B = 1, but not both. (When A = 0 *and* B = 1, E = 1 completes all three sufficient causes in Figure 2–2; it thus does not increase anyone's risk, although it may well shorten the time to the outcome.) The prevalence of the condition, "A = 0 or B = 1 but not both" is 1,800/2,000 = 90% in both levels of E in population 1. In population 2, this prevalence is only 200/2,000 = 10% in both levels of E. This difference in the prevalence of the conditions sufficient for E = 1 to increase risk explains the difference in the strength of the effect of E = 1 as measured by the difference in incidence proportions.

As noted above, the set of all other component causes in all sufficient causes in which a causal factor participates is called the *causal complement* of the factor. Thus, A = 0, B = 1, $U_2$, and $U_3$ make up the causal complement of E = 1 in the above example. This example shows that the strength of a factor's effect on the occurrence of a disease in a population, measured as the absolute difference in incidence proportions, depends on the prevalence of its causal complement. This dependence has nothing to do with the etiologic mechanism of the component's action, because the component is an equal partner in each mechanism in which it appears. Nevertheless, a factor will appear to have a strong effect, as measured by the difference of proportions getting disease, if its causal complement is common. Conversely, a factor with a rare causal complement will appear to have a weak effect.

If strength of effect is measured by the ratio of proportions getting disease, as opposed to the difference, then strength depends on more than a factor's causal complement. In particular, it depends additionally on how common or rare the components are of sufficient causes in which the specified causal factor does *not* play a role. In this example, given the ubiquity of $U_1$, the effect of E = 1 measured in ratio terms depends on the prevalence of E = 1's causal complement and on the prevalence of the conjunction of A = 0 and B = 1. If many people have both A = 0 and B = 1, the "baseline" incidence proportion (i.e., the proportion of not-E or "unexposed" persons getting disease) will be high and the proportion getting disease due to E will be comparatively low. If few

people have both A = 0 and B = 1, the baseline incidence proportion will be low and the proportion getting disease due to E = 1 will be comparatively high. Thus, strength of effect measured by the incidence proportion ratio depends on more conditions than does strength of effect measured by the incidence proportion difference.

Regardless of how strength of a causal factor's effect is measured, the public health significance of that effect does not imply a corresponding degree of etiologic significance. Each component cause in a given sufficient cause has the same etiologic significance. Given a specific causal mechanism, any of the component causes can have strong or weak effects using either the difference or ratio measure. The actual identities of the components of a sufficient cause are part of the mechanics of causation, whereas the strength of a factor's effect depends on the time-specific distribution of its causal complement (if strength is measured in absolute terms) plus the distribution of the components of all sufficient causes in which the factor does not play a role (if strength is measured in relative terms). Over a span of time, the strength of the effect of a given factor on disease occurrence may change because the prevalence of its causal complement in various mechanisms may also change, even if the causal mechanisms in which the factor and its cofactors act remain unchanged.

### INTERACTION AMONG CAUSES

Two component causes acting in the same sufficient cause may be defined as *interacting causally* to produce disease. This definition leaves open many possible mechanisms for the interaction, including those in which two components interact in a direct physical fashion (e.g., two drugs that react to form a toxic by-product) and those in which one component (the *initiator* of the pair) alters a substrate so that the other component (the *promoter* of the pair) can act. Nonetheless, it excludes any situation in which one component E is merely a cause of another component F, with no effect of E on disease except through the component F it causes.

Acting in the same sufficient cause is not the same as one component cause acting to produce a second component cause, and then the second component going on to produce the disease (Robins and Greenland 1992, Kaufman et al., 2004). As an example of the distinction, if cigarette smoking (vs. never smoking) is a component cause of atherosclerosis, and atherosclerosis (vs. no atherosclerosis) causes myocardial infarction, both smoking and atherosclerosis would be component causes (cofactors) in certain sufficient causes of myocardial infarction. They would not necessarily appear in the same sufficient cause. Rather, for a sufficient cause involving atherosclerosis as a component cause, there would be another sufficient cause in which the atherosclerosis component cause was replaced by all the component causes that brought about the atherosclerosis, including smoking. Thus, a sequential causal relation between smoking and atherosclerosis would not be enough for them to interact synergistically in the etiology of myocardial infarction, in the sufficient-cause sense. Instead, the causal sequence means that smoking can act indirectly, through atherosclerosis, to bring about myocardial infarction.

Now suppose that, perhaps in addition to the above mechanism, smoking reduces clotting time and thus causes thrombi that block the coronary arteries if they are narrowed by atherosclerosis. This mechanism would be represented by a sufficient cause containing both smoking and atherosclerosis as components and thus would constitute a synergistic interaction between smoking and atherosclerosis in causing myocardial infarction. The presence of this sufficient cause would not, however, tell us whether smoking also contributed to the myocardial infarction by causing the atherosclerosis. Thus, the basic sufficient-cause model does not alert us to indirect effects (effects of some component causes mediated by other component causes in the model). Chapters 4 and 12 introduce potential-outcome and graphical models better suited to displaying indirect effects and more general sequential mechanisms, whereas Chapter 5 discusses in detail interaction as defined in the potential-outcome framework and its relation to interaction as defined in the sufficient-cause model.

### PROPORTION OF DISEASE DUE TO SPECIFIC CAUSES

In Figure 2–2, assuming that the three sufficient causes in the diagram are the only ones operating, what fraction of disease is caused by E = 1? E = 1 is a component cause of disease in two of the sufficient-cause mechanisms, II and III, so all disease arising through either of these two mechanisms is attributable to E = 1. Note that in persons with the exposure pattern A = 0, B = 1, E = 1, all three

sufficient causes would be completed. The first of the three mechanisms to be completed would be the one that actually produces a given case. If the first one completed is mechanism II or III, the case would be causally attributable to E = 1. If mechanism I is the first one to be completed, however, E = 1 would not be part of the sufficient cause producing that case. Without knowing the completion times of the three mechanisms, among persons with the exposure pattern A = 0, B = 1, E = 1 we cannot tell how many of the 100 cases in population 1 or the 900 cases in population 2 are etiologically attributable to E = 1.

Each of the cases that is etiologically attributable to E = 1 can also be attributed to the other component causes in the causal mechanisms in which E = 1 acts. Each component cause interacts with its complementary factors to produce disease, so each case of disease can be attributed to every component cause in the completed sufficient cause. Note, though, that the attributable fractions added across component causes of the same disease do not sum to 1, although there is a mistaken tendency to think that they do. To illustrate the mistake in this tendency, note that a necessary component cause appears in every completed sufficient cause of disease, and so by itself has an attributable fraction of 1, without counting the attributable fractions for other component causes. Because every case of disease can be attributed to every component cause in its causal mechanism, attributable fractions for different component causes will generally sum to more than 1, and there is no upper limit for this sum.

A recent debate regarding the proportion of risk factors for coronary heart disease attributable to particular component causes illustrates the type of errors in inference that can arise when the sum is thought to be restricted to 1. The debate centers around whether the proportion of coronary heart disease attributable to high blood cholesterol, high blood pressure, and cigarette smoking equals 75% or "only 50%" (Magnus and Beaglehole, 2001). If the former, then some have argued that the search for additional causes would be of limited utility (Beaglehole and Magnus, 2002), because only 25% of cases "remain to be explained." By assuming that the proportion explained by yet unknown component causes cannot exceed 25%, those who support this contention fail to recognize that cases caused by a sufficient cause that contains any subset of the three named causes might also contain unknown component causes. Cases stemming from sufficient causes with this overlapping set of component causes could be prevented by interventions targeting the three named causes, or by interventions targeting the yet unknown causes when they become known. The latter interventions could reduce the disease burden by much more than 25%.

As another example, in a cohort of cigarette smokers exposed to arsenic by working in a smelter, an estimated 75% of the lung cancer rate was attributable to their work environment and an estimated 65% was attributable to their smoking (Pinto et al., 1978; Hertz-Picciotto et al., 1992). There is no problem with such figures, which merely reflect the multifactorial etiology of disease. So, too, with coronary heart disease; if 75% of that disease is attributable to high blood cholesterol, high blood pressure, and cigarette smoking, 100% of it can still be attributable to other causes, known, suspected, and yet to be discovered. Some of these causes will participate in the same causal mechanisms as high blood cholesterol, high blood pressure, and cigarette smoking. Beaglehole and Magnus were correct in thinking that if the three specified component causes combine to explain 75% of cardiovascular disease (CVD) and we somehow eliminated them, there would be only 25% of CVD cases remaining. But until that 75% is eliminated, any newly discovered component could cause up to 100% of the CVD we currently have.

The notion that interventions targeting high blood cholesterol, high blood pressure, and cigarette smoking could eliminate 75% of coronary heart disease is unrealistic given currently available intervention strategies. Although progress can be made to reduce the effect of these risk factors, it is unlikely that any of them could be completely eradicated from any large population in the near term. Estimates of the public health effect of eliminating diseases themselves as causes of death (Murray et al., 2002) are even further removed from reality, because they fail to account for all the effects of interventions required to achieve the disease elimination, including unanticipated side effects (Greenland, 2002a, 2005a).

The debate about coronary heart disease attribution to component causes is reminiscent of an earlier debate regarding causes of cancer. In their widely cited work, *The Causes of Cancer,* Doll and Peto (1981, Table 20) created a table giving their estimates of the fraction of all cancers caused by various agents. The fractions summed to nearly 100%. Although the authors acknowledged that any case could be caused by more than one agent (which means that, given enough agents, the attributable

fractions would sum to far more than 100%), they referred to this situation as a "difficulty" and an "anomaly" that they chose to ignore. Subsequently, one of the authors acknowledged that the attributable fraction could sum to greater than 100% (Peto, 1985). It is neither a difficulty nor an anomaly nor something we can safely ignore, but simply a consequence of the fact that no event has a single agent as the cause. The fraction of disease that can be attributed to known causes will grow without bound as more causes are discovered. Only the fraction of disease attributable to a single component cause cannot exceed 100%.

In a similar vein, much publicity attended the pronouncement in 1960 that as much as 90% of cancer is environmentally caused (Higginson, 1960). Here, "environment" was thought of as representing all nongenetic component causes, and thus included not only the physical environment, but also the social environment and all individual human behavior that is not genetically determined. Hence, environmental component causes must be present to some extent in every sufficient cause of a disease. Thus, Higginson's estimate of 90% was an underestimate.

One can also show that 100% of any disease is inherited, even when environmental factors are component causes. MacMahon (1968) cited the example given by Hogben (1933) of yellow shanks, a trait occurring in certain genetic strains of fowl fed on yellow corn. Both a particular set of genes and a yellow-corn diet are necessary to produce yellow shanks. A farmer with several strains of fowl who feeds them all only yellow corn would consider yellow shanks to be a genetic condition, because only one strain would get yellow shanks, despite all strains getting the same diet. A different farmer who owned only the strain liable to get yellow shanks but who fed some of the birds yellow corn and others white corn would consider yellow shanks to be an environmentally determined condition because it depends on diet. In humans, the mental retardation caused by phenylketonuria is considered by many to be purely genetic. This retardation can, however, be successfully prevented by dietary intervention, which demonstrates the presence of an environmental cause. In reality, yellow shanks, phenylketonuria, and other diseases and conditions are determined by an interaction of genes and environment. It makes no sense to allocate a portion of the causation to either genes or environment separately when both may act together in sufficient causes.

Nonetheless, many researchers have compared disease occurrence in identical and nonidentical twins to estimate the fraction of disease that is inherited. These twin-study and other heritability indices assess only the relative role of environmental and genetic causes of disease in a particular setting. For example, some genetic causes may be necessary components of every causal mechanism. If everyone in a population has an identical set of the genes that cause disease, however, their effect is not included in heritability indices, despite the fact that the genes are causes of the disease. The two farmers in the preceding example would offer very different values for the heritability of yellow shanks, despite the fact that the condition is always 100% dependent on having certain genes.

Every case of every disease has some environmental and some genetic component causes, and therefore every case can be attributed both to genes and to environment. No paradox exists as long as it is understood that the fractions of disease attributable to genes and to environment overlap with one another. Thus, debates over what proportion of all occurrences of a disease are genetic and what proportion are environmental, inasmuch as these debates assume that the shares must add up to 100%, are fallacious and distracting from more worthwhile pursuits.

On an even more general level, the question of whether a given disease does or does not have a "multifactorial etiology" can be answered once and for all in the affirmative. All diseases have multifactorial etiologies. It is therefore completely unremarkable for a given disease to have such an etiology, and no time or money should be spent on research trying to answer the question of whether a particular disease does or does not have a multifactorial etiology. They all do. The job of etiologic research is to identify components of those etiologies.

### INDUCTION PERIOD

Pie-chart diagrams of sufficient causes and their components such as those in Figure 2–2 are not well suited to provide a model for conceptualizing the *induction period,* which may be defined as the period of time from causal action until disease initiation. There is no way to tell from a pie-chart diagram of a sufficient cause which components affect each other, which components must come before or after others, for which components the temporal order is irrelevant, etc. The crucial

information on temporal ordering must come in a separate description of the interrelations among the components of a sufficient cause.

If, in sufficient cause I, the sequence of action of the specified component causes must be A = 0, B = 1 and we are studying the effect of A = 0, which (let us assume) acts at a narrowly defined point in time, we do not observe the occurrence of disease immediately after A = 0 occurs. Disease occurs only after the sequence is completed, so there will be a delay while B = 1 occurs (along with components of the set $U_1$ that are not present or that have not occured when A = 0 occurs). When B = 1 acts, if it is the last of all the component causes (including those in the set of unspecified conditions and events represented by $U_1$), disease occurs. The interval between the action of B = 1 and the disease occurrence is the induction time for the effect of B = 1 in sufficient cause I.

In the example given earlier of an equilibrium disorder leading to a later fall and hip injury, the induction time between the start of the equilibrium disorder and the later hip injury might be long, if the equilibrium disorder is caused by an old head injury, or short, if the disorder is caused by inebriation. In the latter case, it could even be instantaneous, if we define it as blood alcohol greater than a certain level. This latter possibility illustrates an important general point: Component causes that do not change with time, as opposed to events, all have induction times of zero.

Defining an induction period of interest is tantamount to specifying the characteristics of the component causes of interest. A clear example of a lengthy induction time is the cause–effect relation between exposure of a female fetus to diethylstilbestrol (DES) and the subsequent development of adenocarcinoma of the vagina. The cancer is usually diagnosed between ages 15 and 30 years. Because the causal exposure to DES occurs early in pregnancy, there is an induction time of about 15 to 30 years for the carcinogenic action of DES. During this time, other causes presumably are operating; some evidence suggests that hormonal action during adolescence may be part of the mechanism (Rothman, 1981).

It is incorrect to characterize a disease itself as having a lengthy or brief induction period. The induction time can be conceptualized only in relation to a specific component cause operating in a specific sufficient cause. Thus, we say that the induction time relating DES to clear-cell carcinoma of the vagina is 15 to 30 years, but we should not say that 15 to 30 years is the induction time for clear-cell carcinoma in general. Because each component cause in any causal mechanism can act at a time different from the other component causes, each can have its own induction time. For the component cause that acts last, the induction time equals zero. If another component cause of clear-cell carcinoma of the vagina that acts during adolescence were identified, it would have a much shorter induction time for its carcinogenic action than DES. Thus, induction time characterizes a specific cause–effect pair rather than just the effect.

In carcinogenesis, the terms *initiator* and *promotor* have been used to refer to some of the component causes of cancer that act early and late, respectively, in the causal mechanism. Cancer itself has often been characterized as a disease process with a long induction time. This characterization is a misconception, however, because any late-acting component in the causal process, such as a promotor, will have a short induction time. Indeed, by definition, the induction time will always be zero for at least one component cause, the last to act. The mistaken view that diseases, as opposed to cause–disease relationships, have long or short induction periods can have important implications for research. For instance, the view of adult cancers as "diseases of long latency" may induce some researchers to ignore evidence of etiologic effects occurring relatively late in the processes that culminate in clinically diagnosed cancers. At the other extreme, the routine disregard for exposures occurring in the first decade or two in studies of occupational carcinogenesis, as a major example, may well have inhibited the discovery of occupational causes with very long induction periods.

Disease, once initiated, will not necessarily be apparent. The time interval between irreversible disease occurrence and detection has been termed the *latent period* (Rothman, 1981), although others have used this term interchangeably with induction period. Still others use *latent period* to mean the total time between causal action and disease detection. We use *induction period* to describe the time from causal action to irreversible disease occurrence and *latent period* to mean the time from disease occurrence to disease detection. The latent period can sometimes be reduced by improved methods of disease detection. The induction period, on the other hand, cannot be reduced by early detection of disease, because disease occurrence marks the end of the induction period. Earlier detection of disease, however, may reduce the apparent induction period (the time between causal action and disease detection), because the time when disease is detected, as a practical matter, is

usually used to mark the time of disease occurrence. Thus, diseases such as slow-growing cancers may appear to have long induction periods with respect to many causes because they have long latent periods. The latent period, unlike the induction period, is a characteristic of the disease and the detection effort applied to the person with the disease.

Although it is not possible to reduce the induction period proper by earlier detection of disease, it may be possible to observe intermediate stages of a causal mechanism. The increased interest in biomarkers such as DNA adducts is an example of attempting to focus on causes more proximal to the disease occurrence or on effects more proximal to cause occurrence. Such biomarkers may nonetheless reflect the effects of earlier-acting agents on the person.

Some agents may have a causal action by shortening the induction time of other agents. Suppose that exposure to factor $X = 1$ leads to epilepsy after an interval of 10 years, on average. It may be that exposure to a drug, $Z = 1$, would shorten this interval to 2 years. Is $Z = 1$ acting as a catalyst, or as a cause, of epilepsy? The answer is both: A catalyst is a cause. Without $Z = 1$, the occurrence of epilepsy comes 8 years later than it comes with $Z = 1$, so we can say that $Z = 1$ causes the onset of the early epilepsy. It is not sufficient to argue that the epilepsy would have occurred anyway. First, it would not have occurred at that time, and the time of occurrence is part of our definition of an event. Second, epilepsy will occur later only if the individual survives an additional 8 years, which is not certain. Not only does agent $Z = 1$ determine when the epilepsy occurs, it can also determine whether it occurs. Thus, we should call any agent that acts as a catalyst of a causal mechanism, speeding up an induction period for other agents, a cause in its own right. Similarly, any agent that postpones the onset of an event, drawing out the induction period for another agent, is a preventive. It should not be too surprising to equate postponement to prevention: We routinely use such an equation when we employ the euphemism that we "prevent" death, which actually can only be postponed. What we prevent is death at a given time, in favor of death at a later time.

### SCOPE OF THE MODEL

The main utility of this model of sufficient causes and their components lies in its ability to provide a general but practical conceptual framework for causal problems. The attempt to make the proportion of disease attributable to various component causes add to 100% is an example of a fallacy that is exposed by the model (although MacMahon and others were able to invoke yellow shanks and phenylketonuria to expose that fallacy long before the sufficient-component cause model was formally described [MacMahon and Pugh, 1967, 1970]). The model makes it clear that, because of interactions, there is no upper limit to the sum of these proportions. As we shall see in Chapter 5, the epidemiologic evaluation of interactions themselves can be clarified, to some extent, with the help of the model.

Although the model appears to deal qualitatively with the action of component causes, it can be extended to account for dose dependence by postulating a set of sufficient causes, each of which contains as a component a different dose of the agent in question. Small doses might require a larger or rarer set of complementary causes to complete a sufficient cause than that required by large doses (Rothman, 1976a), in which case it is particularly important to specify both sides of the causal contrast. In this way, the model can account for the phenomenon of a shorter induction period accompanying larger doses of exposure, because a smaller set of complementary components would be needed to complete the sufficient cause.

Those who believe that chance must play a role in any complex mechanism might object to the intricacy of this seemingly deterministic model. A probabilistic (stochastic) model could be invoked to describe a dose–response relation, for example, without the need for a multitude of different causal mechanisms. The model would simply relate the dose of the exposure to the probability of the effect occurring. For those who believe that virtually all events contain some element of chance, deterministic causal models may seem to misrepresent the indeterminism of the real world. However, the deterministic model presented here can accommodate "chance"; one way might be to view chance, or at least some part of the variability that we call "chance," as the result of deterministic events that are beyond the current limits of knowledge or observability.

For example, the outcome of a flip of a coin is usually considered a chance event. In classical mechanics, however, the outcome can in theory be determined completely by the application of physical laws and a sufficient description of the starting conditions. To put it in terms more familiar

to epidemiologists, consider the explanation for why an individual gets lung cancer. One hundred years ago, when little was known about the etiology of lung cancer; a scientist might have said that it was a matter of chance. Nowadays, we might say that the risk depends on how much the individual smokes, how much asbestos and radon the individual has been exposed to, and so on. Nonetheless, recognizing this dependence moves the line of ignorance; it does not eliminate it. One can still ask what determines whether an individual who has smoked a specific amount and has a specified amount of exposure to all the other known risk factors will get lung cancer. Some will get lung cancer and some will not, and if all known risk factors are already taken into account, what is left we might still describe as chance. True, we can explain much more of the variability in lung cancer occurrence nowadays than we formerly could by taking into account factors known to cause it, but at the limits of our knowledge, we still ascribe the remaining variability to what we call chance. In this view, chance is seen as a catchall term for our ignorance about causal explanations.

We have so far ignored more subtle considerations of sources of unpredictability in events, such as chaotic behavior (in which even the slightest uncertainty about initial conditions leads to vast uncertainty about outcomes) and quantum-mechanical uncertainty. In each of these situations, a random (stochastic) model component may be essential for any useful modeling effort. Such components can also be introduced in the above conceptual model by treating unmeasured component causes in the model as random events, so that the causal model based on components of sufficient causes can have random elements. An example is treatment assignment in randomized clinical trials (Poole 2001a).

### OTHER MODELS OF CAUSATION

The sufficient-component cause model is only one of several models of causation that may be useful for gaining insight about epidemiologic concepts (Greenland and Brumback, 2002; Greenland, 2004a). It portrays qualitative causal mechanisms within members of a population, so its fundamental unit of analysis is the causal mechanism rather than a person. Many different sets of mechanisms can lead to the same pattern of disease within a population, so the sufficient-component cause model involves specification of details that are beyond the scope of epidemiologic data. Also, it does not incorporate elements reflecting population distributions of factors or causal sequences, which are crucial to understanding confounding and other biases.

Other models of causation, such as potential-outcome (counterfactual) models and graphical models, provide direct representations of epidemiologic concepts such as confounding and other biases, and can be applied at mechanistic, individual, or population levels of analysis. Potential-outcome models (Chapters 4 and 5) specify in detail what would happen to individuals or populations under alternative possible patterns of interventions or exposures, and also bring to the fore problems in operationally defining causes (Greenland, 2002a, 2005a; Hernán, 2005). Graphical models (Chapter 12) display broad qualitative assumptions about causal directions and independencies. Both types of model have close relationships to the structural-equations models that are popular in the social sciences (Pearl, 2000; Greenland and Brumback, 2002), and both can be subsumed under a general theory of longitudinal causality (Robins, 1997).

## PHILOSOPHY OF SCIENTIFIC INFERENCE

Causal inference may be viewed as a special case of the more general process of scientific reasoning. The literature on this topic is too vast for us to review thoroughly, but we will provide a brief overview of certain points relevant to epidemiology, at the risk of some oversimplification.

### INDUCTIVISM

Modern science began to emerge around the 16th and 17th centuries, when the knowledge demands of emerging technologies (such as artillery and transoceanic navigation) stimulated inquiry into the origins of knowledge. An early codification of the scientific method was Francis Bacon's *Novum Organum,* which, in 1620, presented an inductivist view of science. In this philosophy, scientific reasoning is said to depend on making generalizations, or inductions, from observations to general laws of nature; the observations are said to induce the formulation of a natural law in the mind of

the scientist. Thus, an inductivist would have said that Jenner's observation of lack of smallpox among milkmaids induced in Jenner's mind the theory that cowpox (common among milkmaids) conferred immunity to smallpox. Inductivist philosophy reached a pinnacle of sorts in the canons of John Stuart Mill (1862), which evolved into inferential criteria that are still in use today.

Inductivist philosophy was a great step forward from the medieval scholasticism that preceded it, for at least it demanded that a scientist make careful observations of people and nature rather than appeal to faith, ancient texts, or authorities. Nonetheless, in the 18th century the Scottish philosopher David Hume described a disturbing deficiency in inductivism. An inductive argument carried no logical force; instead, such an argument represented nothing more than an *assumption* that certain events would in the future follow the same pattern as they had in the past. Thus, to argue that cowpox caused immunity to smallpox because no one got smallpox after having cowpox corresponded to an unjustified assumption that the pattern observed to date (no smallpox after cowpox) would continue into the future. Hume pointed out that, even for the most reasonable-sounding of such assumptions, there was no logical necessity behind the inductive argument.

Of central concern to Hume (1739) was the issue of causal inference and failure of induction to provide a foundation for it:

> Thus not only our reason fails us in the discovery of the ultimate connexion of causes and effects, but even after experience has inform'd us of their constant conjunction, 'tis impossible for us to satisfy ourselves by our reason, why we shou'd extend that experience beyond those particular instances, which have fallen under our observation. We suppose, but are never able to prove, that there must be a resemblance betwixt those objects, of which we have had experience, and those which lie beyond the reach of our discovery.

In other words, no number of repetitions of a particular sequence of events, such as the appearance of a light after flipping a switch, can prove a causal connection between the action of the switch and the turning on of the light. No matter how many times the light comes on after the switch has been pressed, the possibility of coincidental occurrence cannot be ruled out. Hume pointed out that observers cannot perceive causal connections, but only a series of events. Bertrand Russell (1945) illustrated this point with the example of two accurate clocks that perpetually chime on the hour, with one keeping time slightly ahead of the other. Although one invariably chimes before the other, there is no direct causal connection from one to the other. Thus, assigning a causal interpretation to the pattern of events cannot be a logical extension of our observations alone, because the events might be occurring together only because of a shared earlier cause, or because of some systematic error in the observations.

Causal inference based on mere association of events constitutes a logical fallacy known as *post hoc ergo propter hoc* (Latin for "after this therefore on account of this"). This fallacy is exemplified by the inference that the crowing of a rooster is necessary for the sun to rise because sunrise is always preceded by the crowing.

The *post hoc* fallacy is a special case of a more general logical fallacy known as the *fallacy of affirming the consequent.* This fallacy of confirmation takes the following general form: "We know that if H is true, B must be true; and we know that B is true; therefore H must be true." This fallacy is used routinely by scientists in interpreting data. It is used, for example, when one argues as follows: "If sewer service causes heart disease, then heart disease rates should be highest where sewer service is available; heart disease rates are indeed highest where sewer service is available; therefore, sewer service causes heart disease." Here, H is the hypothesis "sewer service causes heart disease" and B is the observation "heart disease rates are highest where sewer service is available." The argument is logically unsound, as demonstrated by the fact that we can imagine many ways in which the premises could be true but the conclusion false; for example, economic development could lead to both sewer service and elevated heart disease rates, without any effect of sewer service on heart disease. In this case, however, we also know that one of the premises is not true—specifically, the premise, "If H is true, B must be true." This particular form of the fallacy exemplifies the problem of *confounding*, which we will discuss in detail in later chapters.

Bertrand Russell (1945) satirized the fallacy this way:

> 'If p, then q; now q is true; therefore p is true.' E.g., 'If pigs have wings, then some winged animals are good to eat; now some winged animals are good to eat; therefore pigs have wings.' This form of inference is called 'scientific method.'

### REFUTATIONISM

Russell was not alone in his lament of the illogicality of scientific reasoning as ordinarily practiced. Many philosophers and scientists from Hume's time forward attempted to set out a firm logical basis for scientific reasoning.

In the 1920s, most notable among these was the school of logical positivists, who sought a logic for science that could lead inevitably to correct scientific conclusions, in much the way rigorous logic can lead inevitably to correct conclusions in mathematics. Other philosophers and scientists, however, had started to suspect that scientific hypotheses can never be proven or established as true in any logical sense. For example, a number of philosophers noted that scientific statements can only be found to be consistent with observation, but cannot be proven or disproven in any "airtight" logical or mathematical sense (Duhem, 1906, transl. 1954; Popper 1934, transl. 1959; Quine, 1951). This fact is sometimes called the problem of *nonidentification* or *underdetermination* of theories by observations (Curd and Cover, 1998). In particular, available observations are always consistent with several hypotheses that themselves are mutually inconsistent, which explains why (as Hume noted) scientific theories cannot be logically proven. In particular, consistency between a hypothesis and observations is no proof of the hypothesis, because we can always invent alternative hypotheses that are just as consistent with the observations.

In contrast, a valid observation that is inconsistent with a hypothesis implies that the hypothesis as stated is false and so refutes the hypothesis. If you wring the rooster's neck before it crows and the sun still rises, you have disproved that the rooster's crowing is a necessary cause of sunrise. Or consider a hypothetical research program to learn the boiling point of water (Magee, 1985). A scientist who boils water in an open flask and repeatedly measures the boiling point at 100°C will never, no matter how many confirmatory repetitions are involved, prove that 100°C is always the boiling point. On the other hand, merely one attempt to boil the water in a closed flask or at high altitude will refute the proposition that water always boils at 100°C.

According to Popper, science advances by a process of elimination that he called "conjecture and refutation." Scientists form hypotheses based on intuition, conjecture, and previous experience. Good scientists use deductive logic to infer predictions from the hypothesis and then compare observations with the predictions. Hypotheses whose predictions agree with observations are confirmed (Popper used the term "corroborated") only in the sense that they can continue to be used as explanations of natural phenomena. At any time, however, they may be refuted by further observations and might be replaced by other hypotheses that are more consistent with the observations. This view of scientific inference is sometimes called *refutationism* or *falsificationism.* Refutationists consider induction to be a psychologic crutch: Repeated observations did not in fact induce the formulation of a natural law, but only the belief that such a law has been found. For a refutationist, only the psychologic comfort provided by induction explains why it still has advocates.

One way to rescue the concept of induction from the stigma of pure delusion is to resurrect it as a psychologic phenomenon, as Hume and Popper claimed it was, but one that plays a legitimate role in hypothesis formation. The philosophy of conjecture and refutation places no constraints on the origin of conjectures. Even delusions are permitted as hypotheses, and therefore inductively inspired hypotheses, however psychologic, are valid starting points for scientific evaluation. This concession does not admit a logical role for induction in confirming scientific hypotheses, but it allows the process of induction to play a part, along with imagination, in the scientific cycle of conjecture and refutation.

The philosophy of conjecture and refutation has profound implications for the methodology of science. The popular concept of a scientist doggedly assembling evidence to support a favorite thesis is objectionable from the standpoint of refutationist philosophy because it encourages scientists to consider their own pet theories as their intellectual property, to be confirmed, proven, and, when all the evidence is in, cast in stone and defended as natural law. Such attitudes hinder critical evaluation, interchange, and progress. The approach of conjecture and refutation, in contrast, encourages scientists to consider multiple hypotheses and to seek crucial tests that decide between competing hypotheses by falsifying one of them. Because falsification of one or more theories is the goal, there is incentive to depersonalize the theories. Criticism leveled at a theory need not be seen as criticism of the person who proposed it. It has been suggested that the reason why certain fields of science advance rapidly while others languish is that the rapidly advancing fields are propelled by scientists

who are busy constructing and testing competing hypotheses; the other fields, in contrast, "are sick by comparison, because they have forgotten the necessity for alternative hypotheses and disproof" (Platt, 1964).

The refutationist model of science has a number of valuable lessons for research conduct, especially of the need to seek alternative explanations for observations, rather than focus on the chimera of seeking scientific "proof" for some favored theory. Nonetheless, it is vulnerable to criticisms that observations (or some would say their interpretations) are themselves laden with theory (sometimes called the *Duhem-Quine thesis*; Curd and Cover, 1998). Thus, observations can never provide the sort of definitive refutations that are the hallmark of popular accounts of refutationism. For example, there may be uncontrolled and even unimagined biases that have made our refutational observations invalid; to claim refutation is to assume as true the unprovable theory that no such bias exists. In other words, not only are theories underdetermined by observations, so are refutations, which are themselves theory-laden. The net result is that logical certainty about either the truth or falsity of an internally consistent theory is impossible (Quine, 1951).

### CONSENSUS AND NATURALISM

Some 20th-century philosophers of science, most notably Thomas Kuhn (1962), emphasized the role of the scientific community in judging the validity of scientific theories. These critics of the conjecture-and-refutation model suggested that the refutation of a theory involves making a choice. Every observation is itself dependent on theories. For example, observing the moons of Jupiter through a telescope seems to us like a direct observation, but only because the theory of optics on which the telescope is based is so well accepted. When confronted with a refuting observation, a scientist faces the choice of rejecting either the validity of the theory being tested or the validity of the refuting observation, which itself must be premised on scientific theories that are not certain (Haack, 2003). Observations that are falsifying instances of theories may at times be treated as "anomalies," tolerated without falsifying the theory in the hope that the anomalies may eventually be explained. An epidemiologic example is the observation that shallow-inhaling smokers had higher lung cancer rates than deep-inhaling smokers. This anomaly was eventually explained when it was noted that lung tissue higher in the lung is more susceptible to smoking-associated lung tumors, and shallowly inhaled smoke tars tend to be deposited higher in the lung (Wald, 1985).

In other instances, anomalies may lead eventually to the overthrow of current scientific doctrine, just as Newtonian mechanics was displaced (remaining only as a first-order approximation) by relativity theory. Kuhn asserted that in every branch of science the prevailing scientific viewpoint, which he termed "normal science," occasionally undergoes major shifts that amount to scientific revolutions. These revolutions signal a decision of the scientific community to discard the scientific infrastructure rather than to falsify a new hypothesis that cannot be easily grafted onto it. Kuhn and others have argued that the consensus of the scientific community determines what is considered accepted and what is considered refuted.

Kuhn's critics characterized this description of science as one of an irrational process, "a matter for mob psychology" (Lakatos, 1970). Those who believe in a rational structure for science consider Kuhn's vision to be a regrettably real description of much of what passes for scientific activity, but not prescriptive for any good science. Although many modern philosophers reject rigid demarcations and formulations for science such as refutationism, they nonetheless maintain that science is founded on reason, albeit possibly informal common sense (Haack, 2003). Others go beyond Kuhn and maintain that attempts to impose a singular rational structure or methodology on science hobbles the imagination and is a prescription for the same sort of authoritarian repression of ideas that scientists have had to face throughout history (Feyerabend, 1975 and 1993).

The philosophic debate about Kuhn's description of science hinges on whether Kuhn meant to describe only what has happened historically in science or instead what ought to happen, an issue about which Kuhn (1970) has not been completely clear:

> Are Kuhn's [my] remarks about scientific development. . . to be read as descriptions or prescriptions? The answer, of course, is that they should be read in both ways at once. If I have a theory of how and why science works, it must necessarily have implications for the way in which scientists should behave if their enterprise is to flourish.

The idea that science is a sociologic process, whether considered descriptive or normative, is an interesting thesis, as is the idea that from observing how scientists work we can learn about how scientists ought to work. The latter idea has led to the development of *naturalistic* philosophy of science, or "science studies," which examines scientific developments for clues about what sort of methods scientists need and develop for successful discovery and invention (Callebaut, 1993; Giere, 1999).

Regardless of philosophical developments, we suspect that most epidemiologists (and most scientists) will continue to function as if the following classical view is correct: The ultimate goal of scientific inference is to capture some objective truths about the material world in which we live, and any theory of inference should ideally be evaluated by how well it leads us to these truths. This ideal is impossible to operationalize, however, for if we ever find any ultimate truths, we will have no way of knowing that for certain. Thus, those holding the view that scientific truth is not arbitrary nevertheless concede that our knowledge of these truths will always be tentative. For refutationists, this tentativeness has an asymmetric quality, but that asymmetry is less marked for others. We may believe that we know a theory is false because it consistently fails the tests we put it through, but our tests could be faulty, given that they involve imperfect reasoning and sense perception. Neither can we know that a theory is true, even if it passes every test we can devise, for it may fail a test that is as yet undevised.

Few, if any, would disagree that a theory of inference should be evaluated at least in part by how well it leads us to detect errors in our hypotheses and observations. There are, however, many other inferential activities besides evaluation of hypotheses, such as prediction or forecasting of events, and subsequent attempts to control events (which of course requires causal information). Statisticians rather than philosophers have more often confronted these problems in practice, so it should not be surprising that the major philosophies concerned with these problems emerged from statistics rather than philosophy.

### *BAYESIANISM*

There is another philosophy of inference that, like most, holds an objective view of scientific truth and a view of knowledge as tentative or uncertain, but that focuses on evaluation of knowledge rather than truth. Like refutationism, the modern form of this philosophy evolved from the writings of 18th-century thinkers. The focal arguments first appeared in a pivotal essay by the Reverend Thomas Bayes (1764), and hence the philosophy is usually referred to as Bayesianism (Howson and Urbach, 1993), and it was the renowned French mathematician and scientist Pierre Simon de Laplace who first gave it an applied statistical format. Nonetheless, it did not reach a complete expression until after World War I, most notably in the writings of Ramsey (1931) and DeFinetti (1937); and, like refutationism, it did not begin to appear in epidemiology until the 1970s (e.g., Cornfield, 1976).

The central problem addressed by Bayesianism is the following: In classical logic, a deductive argument can provide no information about the truth or falsity of a scientific hypothesis unless you can be 100% certain about the truth of the premises of the argument. Consider the logical argument called *modus tollens:* "If H implies B, and B is false, then H must be false." This argument is logically valid, but the conclusion follows only on the assumptions that the premises "H implies B" and "B is false" are true statements. If these premises are statements about the physical world, we cannot possibly know them to be correct with 100% certainty, because all observations are subject to error. Furthermore, the claim that "H implies B" will often depend on its own chain of deductions, each with its own premises of which we cannot be certain.

For example, if H is "Television viewing causes homicides" and B is "Homicide rates are highest where televisions are most common," the first premise used in *modus tollens* to test the hypothesis that television viewing causes homicides will be: "If television viewing causes homicides, homicide rates are highest where televisions are most common." The validity of this premise is doubtful—after all, even if television does cause homicides, homicide rates may be low where televisions are common because of socioeconomic advantages in those areas.

Continuing to reason in this fashion, we could arrive at a more pessimistic state than even Hume imagined. Not only is induction without logical foundation, *deduction* has limited scientific utility because we cannot ensure the truth of all the premises, even if a logical argument is valid.

The Bayesian answer to this problem is partial in that it makes a severe demand on the scientist and puts a severe limitation on the results. It says roughly this: If you can assign a degree of certainty, or personal probability, to the premises of your valid argument, you may use any and all the rules of probability theory to derive a certainty for the conclusion, and this certainty will be a logically valid consequence of your original certainties. An inescapable fact is that your concluding certainty, or *posterior probability,* may depend heavily on what you used as initial certainties, or *prior probabilities.* If those initial certainties are not the same as those of a colleague, that colleague may very well assign a certainty to the conclusion different from the one you derived. With the accumulation of consistent evidence, however, the data can usually force even extremely disparate priors to converge into similar posterior probabilities.

Because the posterior probabilities emanating from a Bayesian inference depend on the person supplying the initial certainties and so may vary across individuals, the inferences are said to be subjective. This subjectivity of Bayesian inference is often mistaken for a subjective treatment of truth. Not only is such a view of Bayesianism incorrect, it is diametrically opposed to Bayesian philosophy. The Bayesian approach represents a constructive attempt to deal with the dilemma that scientific laws and facts should not be treated as known with certainty, whereas classic deductive logic yields conclusions only when some law, fact, or connection is asserted with 100% certainty.

A common criticism of Bayesian philosophy is that it diverts attention away from the classic goals of science, such as the discovery of how the world works, toward psychologic states of mind called "certainties," "subjective probabilities," or "degrees of belief" (Popper, 1959). This criticism, however, fails to recognize the importance of a scientist's state of mind in determining what theories to test and what tests to apply, the consequent influence of those states on the store of data available for inference, and the influence of the data on the states of mind.

Another reply to this criticism is that scientists already use data to influence their degrees of belief, and they are not shy about expressing those degrees of certainty. The problem is that the conventional process is informal, intuitive, and ineffable, and therefore not subject to critical scrutiny; at its worst, it often amounts to nothing more than the experts announcing that they have seen the evidence and here is how certain they are. How they reached this certainty is left unclear, or, put another way, is not "transparent." The problem is that no one, even an expert, is very good at informally and intuitively formulating certainties that predict facts and future events well (Kahneman et al., 1982; Gilovich, 1993; Piattelli-Palmarini, 1994; Gilovich et al., 2002). One reason for this problem is that biases and prior prejudices can easily creep into expert judgments. Bayesian methods force experts to "put their cards on the table" and specify explicitly the strength of their prior beliefs and why they have such beliefs, defend those specifications against arguments and evidence, and update their degrees of certainty with new evidence in ways that do not violate probability logic.

In any research context, there will be an unlimited number of hypotheses that could explain an observed phenomenon. Some argue that progress is best aided by severely testing (empirically challenging) those explanations that seem most probable in light of past research, so that short-comings of currently "received" theories can be most rapidly discovered. Indeed, much research in certain fields takes this form, as when theoretical predictions of particle mass are put to ever more precise tests in physics experiments. This process does not involve mere improved repetition of past studies. Rather, it involves tests of previously untested but important predictions of the theory. Moreover, there is an imperative to make the basis for prior beliefs criticizable and defensible. That prior probabilities can differ among persons does not mean that all such beliefs are based on the same information, nor that all are equally tenable.

Probabilities of auxiliary hypotheses are also important in study design and interpretation. Failure of a theory to pass a test can lead to rejection of the theory more rapidly when the auxiliary hypotheses on which the test depends possess high probability. This observation provides a rationale for preferring "nested" case-control studies (in which controls are selected from a roster of the source population for the cases) to "hospital-based" case-control studies (in which the controls are "selected" by the occurrence or diagnosis of one or more diseases other than the case-defining disease), because the former have fewer mechanisms for biased subject selection and hence are given a higher probability of unbiased subject selection.

Even if one disputes the above arguments, most epidemiologists desire some way of expressing the varying degrees of certainty about possible values of an effect measure in light of available data. Such expressions must inevitably be derived in the face of considerable uncertainty about

methodologic details and various events that led to the available data and can be extremely sensitive to the reasoning used in its derivation. For example, as we shall discuss at greater length in Chapter 19, conventional confidence intervals quantify only random error under often questionable assumptions and so should not be interpreted as measures of total uncertainty, particularly for nonexperimental studies. As noted earlier, most people, including scientists, reason poorly in the face of uncertainty. At the very least, subjective Bayesian philosophy provides a methodology for sound reasoning under uncertainty and, in particular, provides many warnings against being overly certain about one's conclusions (Greenland 1998a, 1988b, 2006a; see also Chapters 18 and 19).

Such warnings are echoed in refutationist philosophy. As Peter Medawar (1979) put it, "I cannot give any scientist of any age better advice than this: the intensity of the conviction that a hypothesis is true has no bearing on whether it is true or not." We would add two points. First, the intensity of conviction that a hypothesis is false has no bearing on whether it is false or not. Second, Bayesian methods do not mistake beliefs for evidence. They use evidence to modify beliefs, which scientists routinely do in any event, but often in implicit, intuitive, and incoherent ways.

### IMPOSSIBILITY OF SCIENTIFIC PROOF

Vigorous debate is a characteristic of modern scientific philosophy, no less in epidemiology than in other areas (Rothman, 1988). Can divergent philosophies of science be reconciled? Haack (2003) suggested that the scientific enterprise is akin to solving a vast, collective crossword puzzle. In areas in which the evidence is tightly interlocking, there is more reason to place confidence in the answers, but in areas with scant information, the theories may be little better than informed guesses. Of the scientific method, Haack (2003) said that "there is less to the 'scientific method' than meets the eye. Is scientific inquiry categorically different from other kinds? No. Scientific inquiry is continuous with everyday empirical inquiry—only more so."

Perhaps the most important common thread that emerges from the debated philosophies is that proof is impossible in empirical science. This simple fact is especially important to observational epidemiologists, who often face the criticism that proof is impossible in epidemiology, with the implication that it is possible in other scientific disciplines. Such criticism may stem from a view that experiments are the definitive source of scientific knowledge. That view is mistaken on at least two counts. First, the nonexperimental nature of a science does not preclude impressive scientific discoveries; the myriad examples include plate tectonics, the evolution of species, planets orbiting other stars, and the effects of cigarette smoking on human health. Even when they are possible, experiments (including randomized trials) do not provide anything approaching proof and in fact may be controversial, contradictory, or nonreproducible. If randomized clinical trials provided proof, we would never need to do more than one of them on a given hypothesis. Neither physical nor experimental science is immune to such problems, as demonstrated by episodes such as the experimental "discovery" (later refuted) of cold fusion (Taubes, 1993).

Some experimental scientists hold that epidemiologic relations are only suggestive and believe that detailed laboratory study of mechanisms within single individuals can reveal cause–effect relations with certainty. This view overlooks the fact that *all* relations are suggestive in exactly the manner discussed by Hume. Even the most careful and detailed mechanistic dissection of individual events cannot provide more than associations, albeit at a finer level. Laboratory studies often involve a degree of observer control that cannot be approached in epidemiology; it is only this control, not the level of observation, that can strengthen the inferences from laboratory studies. And again, such control is no guarantee against error. In addition, neither scientists nor decision makers are often highly persuaded when only mechanistic evidence from the laboratory is available.

All of the fruits of scientific work, in epidemiology or other disciplines, are at best only tentative formulations of a description of nature, even when the work itself is carried out without mistakes. The tentativeness of our knowledge does not prevent practical applications, but it should keep us skeptical and critical, not only of everyone else's work, but of our own as well. Sometimes etiologic hypotheses enjoy an extremely high, universally or almost universally shared, degree of certainty. The hypothesis that cigarette smoking causes lung cancer is one of the best-known examples. These hypotheses rise above "tentative" acceptance and are the closest we can come to "proof." But even

these hypotheses are not "proved" with the degree of absolute certainty that accompanies the proof of a mathematical theorem.

## CAUSAL INFERENCE IN EPIDEMIOLOGY

Etiologic knowledge about epidemiologic hypotheses is often scant, making the hypotheses themselves at times little more than vague statements of causal association between exposure and disease, such as "smoking causes cardiovascular disease." These vague hypotheses have only vague consequences that can be difficult to test. To cope with this vagueness, epidemiologists usually focus on testing the negation of the causal hypothesis, that is, the null hypothesis that the exposure does *not* have a causal relation to disease. Then, any observed association can potentially refute the hypothesis, subject to the assumption (auxiliary hypothesis) that biases and chance fluctuations are not solely responsible for the observation.

### TESTS OF COMPETING EPIDEMIOLOGIC THEORIES

If the causal mechanism is stated specifically enough, epidemiologic observations can provide crucial tests of competing, non-null causal hypotheses. For example, when toxic-shock syndrome was first studied, there were two competing hypotheses about the causal agent. Under one hypothesis, it was a chemical in the tampon, so that women using tampons were exposed to the agent directly from the tampon. Under the other hypothesis, the tampon acted as a culture medium for staphylococci that produced a toxin. Both hypotheses explained the relation of toxic-shock occurrence to tampon use. The two hypotheses, however, led to opposite predictions about the relation between the frequency of changing tampons and the rate of toxic shock. Under the hypothesis of a chemical agent, more frequent changing of the tampon would lead to more exposure to the agent and possible absorption of a greater overall dose. This hypothesis predicted that women who changed tampons more frequently would have a higher rate than women who changed tampons infrequently. The culture-medium hypothesis predicts that women who change tampons frequently would have a lower rate than those who change tampons less frequently, because a short duration of use for each tampon would prevent the staphylococci from multiplying enough to produce a damaging dose of toxin. Thus, epidemiologic research, by showing that infrequent changing of tampons was associated with a higher rate of toxic shock, refuted the chemical theory in the form presented. There was, however, a third hypothesis that a chemical in some tampons (e.g., oxygen content) improved their performance as culture media. This chemical-promotor hypothesis made the same prediction about the association with frequency of changing tampons as the microbial toxin hypothesis (Lanes and Rothman, 1990).

Another example of a theory that can be easily tested by epidemiologic data relates to the observation that women who took replacement estrogen therapy had a considerably elevated rate of endometrial cancer. Horwitz and Feinstein (1978) conjectured a competing theory to explain the association: They proposed that women taking estrogen experienced symptoms such as bleeding that induced them to consult a physician. The resulting diagnostic workup led to the detection of endometrial cancer at an earlier stage in these women, as compared with women who were not taking estrogens. Horwitz and Feinstein argued that the association arose from this detection bias, claiming that without the bleeding-induced workup, many of these cancers would not have been detected at all. Many epidemiologic observations were used to evaluate these competing hypotheses. The detection-bias theory predicted that women who had used estrogens for only a short time would have the greatest elevation in their rate, as the symptoms related to estrogen use that led to the medical consultation tended to appear soon after use began. Because the association of recent estrogen use and endometrial cancer was the same in both long- and short-term estrogen users, the detection-bias theory was refuted as an explanation for all but a small fraction of endometrial cancer cases occurring after estrogen use. Refutation of the detection-bias theory also depended on many other observations. Especially important was the theory's implication that there must be a huge reservoir of undetected endometrial cancer in the typical population of women to account for the much greater rate observed in estrogen users, an implication that was not borne out by further observations (Hutchison and Rothman, 1978).

The endometrial cancer example illustrates a critical point in understanding the process of causal inference in epidemiologic studies: Many of the hypotheses being evaluated in the interpretation of epidemiologic studies are auxiliary hypotheses in the sense that they are independent of the presence, absence, or direction of any causal connection between the study exposure and the disease. For example, explanations of how specific types of bias could have distorted an association between exposure and disease are the usual alternatives to the primary study hypothesis. Much of the interpretation of epidemiologic studies amounts to the testing of such auxiliary explanations for observed associations.

## CAUSAL CRITERIA

In practice, how do epidemiologists separate causal from noncausal explanations? Despite philosophic criticisms of inductive inference, inductively oriented considerations are often used as criteria for making such inferences (Weed and Gorelic, 1996). If a set of necessary and sufficient causal criteria could be used to distinguish causal from noncausal relations in epidemiologic studies, the job of the scientist would be eased considerably. With such criteria, all the concerns about the logic or lack thereof in causal inference could be subsumed: It would only be necessary to consult the checklist of criteria to see if a relation were causal. We know from the philosophy reviewed earlier that a set of sufficient criteria does not exist. Nevertheless, lists of causal criteria have become popular, possibly because they seem to provide a road map through complicated territory, and perhaps because they suggest hypotheses to be evaluated in a given problem.

A commonly used set of criteria was based on a list of considerations or "viewpoints" proposed by Sir Austin Bradford Hill (1965). Hill's list was an expansion of a list offered previously in the landmark U.S. Surgeon General's report *Smoking and Health* (1964), which in turn was anticipated by the inductive canons of John Stuart Mill (1862) and the rules given by Hume (1739). Subsequently, others, especially Susser, have further developed causal considerations (Kaufman and Poole, 2000).

Hill suggested that the following considerations in attempting to distinguish causal from noncausal associations that were already "perfectly clear-cut and beyond what we would care to attribute to the play of chance": (1) strength, (2) consistency, (3) specificity, (4) temporality, (5) biologic gradient, (6) plausibility, (7) coherence, (8) experimental evidence, and (9) analogy. Hill emphasized that causal inferences cannot be based on a set of rules, condemned emphasis on statistical significance testing, and recognized the importance of many other factors in decision making (Phillips and Goodman, 2004). Nonetheless, the misguided but popular view that his considerations should be used as criteria for causal inference makes it necessary to examine them in detail.

### Strength

Hill argued that strong associations are particularly compelling because, for weaker associations, it is "easier" to imagine what today we would call an unmeasured confounder that might be responsible for the association. Several years earlier, Cornfield et al. (1959) drew similar conclusions. They concentrated on a single hypothetical confounder that, by itself, would explain entirely an observed association. They expressed a strong preference for ratio measures of strength, as opposed to difference measures, and focused on how the observed estimate of a risk ratio provides a minimum for the association that a completely explanatory confounder must have with the exposure (rather than a minimum for the confounder–disease association). Of special importance, Cornfield et al. acknowledged that having only a weak association does not rule out a causal connection (Rothman and Poole, 1988). Today, some associations, such as those between smoking and cardiovascular disease or between environmental tobacco smoke and lung cancer, are accepted by most as causal even though the associations are considered weak.

Counterexamples of strong but noncausal associations are also not hard to find; any study with strong confounding illustrates the phenomenon. For example, consider the strong relation between Down syndrome and birth rank, which is confounded by the relation between Down syndrome and maternal age. Of course, once the confounding factor is identified, the association is diminished by controlling for the factor.

These examples remind us that a strong association is neither necessary nor sufficient for causality, and that weakness is neither necessary nor sufficient for absence of causality. A strong association

bears only on hypotheses that the association is entirely or partially due to unmeasured confounders or other source of modest bias.

### Consistency

To most observers, consistency refers to the repeated observation of an association in different populations under different circumstances. Lack of consistency, however, does not rule out a causal association, because some effects are produced by their causes only under unusual circumstances. More precisely, the effect of a causal agent cannot occur unless the complementary component causes act or have already acted to complete a sufficient cause. These conditions will not always be met. Thus, transfusions can cause infection with the human immunodeficiency virus, but they do not always do so: The virus must also be present. Tampon use can cause toxic-shock syndrome, but only rarely, when certain other, perhaps unknown, conditions are met. Consistency is apparent only after all the relevant details of a causal mechanism are understood, which is to say very seldom. Furthermore, even studies of exactly the same phenomena can be expected to yield different results simply because they differ in their methods and random errors. Consistency serves only to rule out hypotheses that the association is attributable to some factor that varies across studies.

One mistake in implementing the consistency criterion is so common that it deserves special mention. It is sometimes claimed that a literature or set of results is inconsistent simply because some results are "statistically significant" and some are not. This sort of evaluation is completely fallacious even if one accepts the use of significance testing methods. The results (effect estimates) from a set of studies could all be identical even if many were significant and many were not, the difference in significance arising solely because of differences in the standard errors or sizes of the studies. Conversely, the results could be significantly in conflict even if all were all were nonsignificant individually, simply because in aggregate an effect could be apparent in some subgroups but not others (see Chapter 33). The fallacy of judging consistency by comparing $P$-values or statistical significance is not eliminated by "standardizing" estimates (i.e., dividing them by the standard deviation of the outcome, multiplying them by the standard deviation of the exposure, or both); in fact it is worsened, as such standardization can create differences where none exists, or mask true differences (Greenland et al., 1986, 1991; see Chapters 21 and 33).

### Specificity

The criterion of specificity has two variants. One is that a cause leads to a single effect, not multiple effects. The other is that an effect has one cause, not multiple causes. Hill mentioned both of them. The former criterion, specificity of effects, was used as an argument in favor of a causal interpretation of the association between smoking and lung cancer and, in an act of circular reasoning, in favor of ratio comparisons and not differences as the appropriate measures of strength. When ratio measures were examined, the association of smoking to diseases looked "quantitatively specific" to lung cancer. When difference measures were examined, the association appeared to be nonspecific, with several diseases (other cancers, coronary heart disease, etc.) being at least as strongly associated with smoking as lung cancer was. Today we know that smoking affects the risk of many diseases and that the difference comparisons were accurately portraying this lack of specificity. Unfortunately, however, the historical episode of the debate over smoking and health is often cited today as justification for the specificity criterion and for using ratio comparisons to measure strength of association. The proper lessons to learn from that episode should be just the opposite.

Weiss (2002) argued that specificity can be used to distinguish some causal hypotheses from noncausal hypotheses, when the causal hypothesis predicts a relation with one outcome but no relation with another outcome. His argument is persuasive when, in addition to the causal hypothesis, one has an alternative noncausal hypothesis that predicts a nonspecific association. Weiss offered the example of screening sigmoidoscopy, which was associated in case-control studies with a 50% to 70% reduction in mortality from distal tumors of the rectum and tumors of the distal colon, within the reach of the sigmoidoscope, but no reduction in mortality from tumors elsewhere in the colon. If the effect of screening sigmoidoscopy were not specific to the distal colon tumors, it would lend support not to all noncausal theories to explain the association, as Weiss suggested, but only to those noncausal theories that would have predicted a nonspecific association. Thus, specificity can

come into play when it can be logically deduced from the causal hypothesis in question and when nonspecificity can be logically deduced from one or more noncausal hypotheses.

### Temporality

Temporality refers to the necessity that the cause precede the effect in time. This criterion is inarguable, insofar as any claimed observation of causation must involve the putative cause C preceding the putative effect D. It does *not,* however, follow that a reverse time order is evidence against the hypothesis that C can cause D. Rather, observations in which C followed D merely show that C could not have caused D in these instances; they provide no evidence for or against the hypothesis that C can cause D in those instances in which it precedes D. Only if it is found that C cannot precede D can we dispense with the causal hypothesis that C *could* cause D.

### Biologic Gradient

Biologic gradient refers to the presence of a dose–response or exposure–response curve with an expected shape. Although Hill referred to a "linear" gradient, without specifying the scale, a linear gradient on one scale, such as the risk, can be distinctly nonlinear on another scale, such as the log risk, the odds, or the log odds. We might relax the expectation from linear to strictly monotonic (steadily increasing or decreasing) or even further merely to monotonic (a gradient that never changes direction). For example, more smoking means more carcinogen exposure and more tissue damage, hence more opportunity for carcinogenesis. Some causal associations, however, show a rapid increase in response (an approximate threshold effect) rather than a strictly monotonic trend. An example is the association between DES and adenocarcinoma of the vagina. A possible explanation is that the doses of DES that were administered were all sufficiently great to produce the maximum effect from DES. Under this hypothesis, for all those exposed to DES, the development of disease would depend entirely on other component causes.

The somewhat controversial topic of alcohol consumption and mortality is another example. Death rates are higher among nondrinkers than among moderate drinkers, but they ascend to the highest levels for heavy drinkers. There is considerable debate about which parts of the J-shaped dose–response curve are causally related to alcohol consumption and which parts are noncausal artifacts stemming from confounding or other biases. Some studies appear to find only an increasing relation between alcohol consumption and mortality, possibly because the categories of alcohol consumption are too broad to distinguish different rates among moderate drinkers and nondrinkers, or possibly because they have less confounding at the lower end of the consumption scale.

Associations that do show a monotonic trend in disease frequency with increasing levels of exposure are not necessarily causal. Confounding can result in a monotonic relation between a noncausal risk factor and disease if the confounding factor itself demonstrates a biologic gradient in its relation with disease. The relation between birth rank and Down syndrome mentioned earlier shows a strong biologic gradient that merely reflects the progressive relation between maternal age and occurrence of Down syndrome.

These issues imply that the existence of a monotonic association is neither necessary nor sufficient for a causal relation. A nonmonotonic relation only refutes those causal hypotheses specific enough to predict a monotonic dose–response curve.

### Plausibility

Plausibility refers to the scientific plausibility of an association. More than any other criterion, this one shows how narrowly systems of causal criteria are focused on epidemiology. The starting point is an epidemiologic association. In asking whether it is causal or not, one of the considerations we take into account is its plausibility. From a less parochial perspective, the entire enterprise of causal inference would be viewed as the act of determining how plausible a causal *hypothesis* is. One of the considerations we would take into account would be epidemiologic associations, if they are available. Often they are not, but causal inference must be done nevertheless, with inputs from toxicology, pharmacology, basic biology, and other sciences.

Just as epidemiology is not essential for causal inference, plausibility can change with the times. Sartwell (1960) emphasized this point, citing remarks of Cheever in 1861, who had been commenting on the etiology of typhus before its mode of transmission (via body lice) was known:

> It could be no more ridiculous for the stranger who passed the night in the steerage of an emigrant ship to ascribe the typhus, which he there contracted, to the vermin with which bodies of the sick might be infested. An adequate cause, one reasonable in itself, must correct the coincidences of simple experience.

What was to Cheever an implausible explanation turned out to be the correct explanation, because it was indeed the vermin that caused the typhus infection. Such is the problem with plausibility: It is too often based not on logic or data, but only on prior beliefs. This is not to say that biologic knowledge should be discounted when a new hypothesis is being evaluated, but only to point out the difficulty in applying that knowledge.

The Bayesian approach to inference attempts to deal with this problem by requiring that one quantify, on a probability (0 to 1) scale, the certainty that one has in prior beliefs, as well as in new hypotheses. This quantification displays the dogmatism or open-mindedness of the analyst in a public fashion, with certainty values near 1 or 0 betraying a strong commitment of the analyst for or against a hypothesis. It can also provide a means of testing those quantified beliefs against new evidence (Howson and Urbach, 1993). Nevertheless, no approach can transform plausibility into an objective causal criterion.

### Coherence

Taken from the U.S. Surgeon General's *Smoking and Health* (1964), the term *coherence* implies that a cause-and-effect interpretation for an association does not conflict with what is known of the natural history and biology of the disease. The examples Hill gave for coherence, such as the histopathologic effect of smoking on bronchial epithelium (in reference to the association between smoking and lung cancer) or the difference in lung cancer incidence by sex, could reasonably be considered examples of plausibility, as well as coherence; the distinction appears to be a fine one. Hill emphasized that the absence of coherent information, as distinguished, apparently, from the presence of conflicting information, should not be taken as evidence against an association being considered causal. On the other hand, the presence of conflicting information may indeed refute a hypothesis, but one must always remember that the conflicting information may be mistaken or misinterpreted. An example mentioned earlier is the "inhalation anomaly" in smoking and lung cancer, the fact that the excess of lung cancers seen among smokers seemed to be concentrated at sites in the upper airways of the lung. Several observers interpreted this anomaly as evidence that cigarettes were not responsible for the excess. Other observations, however, suggested that cigarette-borne carcinogens were deposited preferentially where the excess was observed, and so the anomaly was in fact consistent with a causal role for cigarettes (Wald, 1985).

### Experimental Evidence

To different observers, experimental evidence can refer to clinical trials, to laboratory experiments with rodents or other nonhuman organisms, or to both. Evidence from human experiments, however, is seldom available for epidemiologic research questions, and animal evidence relates to different species and usually to levels of exposure very different from those that humans experience. Uncertainty in extrapolations from animals to humans often dominates the uncertainty of quantitative risk assessments (Freedman and Zeisel, 1988; Crouch et al., 1997).

To Hill, however, experimental evidence meant something else: the "experimental, or semi-experimental evidence" obtained from reducing or eliminating a putatively harmful exposure and seeing if the frequency of disease subsequently declines. He called this the strongest possible evidence of causality that can be obtained. It can be faulty, however, as the "semi-experimental" approach is nothing more than a "before-and-after" time trend analysis, which can be confounded or otherwise biased by a host of concomitant secular changes. Moreover, even if the removal of exposure does causally reduce the frequency of disease, it might not be for the etiologic reason hypothesized. The draining of a swamp near a city, for instance, would predictably and causally reduce the rate of yellow fever or malaria in that city the following summer. But it would be a mistake to call this observation the strongest possible evidence of a causal role of miasmas (Poole, 1999).

### Analogy

Whatever insight might be derived from analogy is handicapped by the inventive imagination of scientists who can find analogies everywhere. At best, analogy provides a source of more elaborate hypotheses about the associations under study; absence of such analogies reflects only lack of imagination or experience, not falsity of the hypothesis.

We might find naive Hill's examples in which reasoning by analogy from the thalidomide and rubella tragedies made it more likely to him that other medicines and infections might cause other birth defects. But such reasoning is common; we suspect most people find it more credible that smoking might cause, say, stomach cancer, because of its associations, some widely accepted as causal, with cancers in other internal and gastrointestinal organs. Here we see how the analogy criterion can be at odds with either of the two specificity criteria. The more apt the analogy, the less specific are the effects of a cause or the less specific the causes of an effect.

### Summary

As is evident, the standards of epidemiologic evidence offered by Hill are saddled with reservations and exceptions. Hill himself was ambivalent about their utility. He did not use the word *criteria* in the speech. He called them "viewpoints" or "perspectives." On the one hand, he asked, "In what circumstances can we pass from this observed *association* to a verdict of *causation*?" (emphasis in original). Yet, despite speaking of verdicts on causation, he disagreed that any "hard-and-fast rules of evidence" existed by which to judge causation: "None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a sine qua non" (Hill, 1965).

Actually, as noted above, the fourth viewpoint, temporality, is *a sine qua non* for causal explanations of observed associations. Nonetheless, it does not bear on the hypothesis that an exposure is capable of causing a disease in situations as yet unobserved (whether in the past or the future). For suppose every exposed case of disease ever reported had received the exposure after developing the disease. This reversed temporal relation would imply that exposure had not caused disease among these reported cases, and thus would refute the hypothesis that it had. Nonetheless, it would *not* refute the hypothesis that the exposure is *capable* of causing the disease, or that it had caused the disease in unobserved cases. It would mean only that we have no worthwhile epidemiologic evidence relevant to that hypothesis, for we had not yet seen what became of those exposed before disease occurred relative to those unexposed. Furthermore, what appears to be a causal sequence could represent reverse causation if preclinical symptoms of the disease lead to exposure, and then overt disease follows, as when patients in pain take analgesics, which may be the result of disease that is later diagnosed, rather than a cause.

Other than temporality, there is no necessary or sufficient criterion for determining whether an observed association is causal. Only when a causal hypothesis is elaborated to the extent that one can predict from it a particular form of consistency, specificity, biologic gradient, and so forth, can "causal criteria" come into play in evaluating causal hypotheses, and even then they do not come into play in evaluating the general hypothesis per se, but only some specific causal hypotheses, leaving others untested.

This conclusion accords with the views of Hume and many others that causal inferences cannot attain the certainty of logical deductions. Although some scientists continue to develop causal considerations as aids to inference (Susser, 1991), others argue that it is detrimental to cloud the inferential process by considering checklist criteria (Lanes and Poole, 1984). An intermediate, refutationist approach seeks to transform proposed criteria into deductive tests of causal hypotheses (Maclure, 1985; Weed, 1986). Such an approach helps avoid the temptation to use causal criteria simply to buttress pet theories at hand, and instead allows epidemiologists to focus on evaluating competing causal theories using crucial observations. Although this refutationist approach to causal inference may seem at odds with the common implementation of Hill's viewpoints, it actually seeks to answer the fundamental question posed by Hill, and the ultimate purpose of the viewpoints he promulgated:

> What [the nine viewpoints] can do, with greater or less strength, is to help us to make up our minds on the fundamental question—is there any other way of explaining the set of facts before us, is there any other answer equally, or more, likely than cause and effect? (Hill, 1965)

The crucial phrase "equally or more likely than cause and effect" suggests to us a subjective assessment of the certainty, or probability of the causal hypothesis at issue relative to another hypothesis. Although Hill wrote at a time when expressing uncertainty as a probability was unpopular in statistics, it appears from his statement that, for him, causal inference is a subjective matter of degree of personal belief, certainty, or conviction. In any event, this view is precisely that of subjective Bayesian statistics (Chapter 18).

It is unsurprising that case studies (e.g., Weed and Gorelick, 1996) and surveys of epidemiologists (Holman et al., 2001) show, contrary to the rhetoric that often attends invocations of causal criteria, that epidemiologists have *not* agreed on a set of causal criteria or on how to apply them. In one study in which epidemiologists were asked to employ causal criteria to fictional summaries of epidemiologic literatures, the agreement was only slightly greater than would have been expected by chance (Holman et al., 2001). The typical use of causal criteria is to make a case for a position for or against causality that has been arrived at by other, unstated means. Authors pick and choose among the criteria they deploy, and define and weight them in *ad hoc* ways that depend only on the exigencies of the discussion at hand. In this sense, causal criteria appear to function less like standards or principles and more like values (Poole, 2001b), which vary across individual scientists and even vary within the work of a single scientist, depending on the context and time. Thus universal and objective causal criteria, if they exist, have yet to be identified.

# EXHIBIT
# 741

13652036, 2012, 9, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.12045 by Test, Wiley Online Library on [14/10/2022]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

AP&T Alimentary Pharmacology and Therapeutics

# Proton pump inhibitors are associated with a high rate of serious infections in veterans with decompensated cirrhosis

J. S. Bajaj*, S. M. Ratliff[†], D. M. Heuman* & K. L. Lapane[†,‡]

*Division of Gastroenterology, Hepatology and Nutrition, Virginia Commonwealth University and McGuire Veterans Affairs Medical Center, Richmond, VA, USA.
[†]Department of Epidemiology and Community Health, Virginia Commonwealth University and McGuire Veterans Affairs Medical Center, Richmond, VA, USA.
[‡]Department of Quantitative Health Sciences, University of Massachusetts Medical School, Worcester, MA, USA.

Correspondence to:
Dr J. S. Bajaj, Division of Gastroenterology, Hepatology and Nutrition, Virginia Commonwealth University and McGuire Veterans Affairs Medical Center, 1201 Broad Rock Boulevard, Richmond, VA 23249, USA.
E-mail: jsbajaj@vcu.edu

Publication data
Submitted 27 July 2012
First decision 6 August 2012
Resubmitted 7 August 2012
Accepted 22 August 2012
EV Pub Online 11 September 2012

Exhibit
0126
10/24/2022
Anne McTiernan, M.D., Ph.D

## SUMMARY

### Background
There is increasing evidence that proton pump inhibitors (PPIs) increase the rate of infections in patients with decompensated cirrhosis.

### Aims
To estimate the extent to which proton pump inhibitors (PPIs) increase the rate of infections among patients with decompensated cirrhosis.

### Methods
We conducted a retrospective propensity-matched new user design using US Veterans Health Administration data. Only decompensated cirrhotic patients from 2001 to 2009 were included. New PPI users after decompensation ($n = 1268$) were 1:1 matched to those who did not initiate gastric acid suppression. Serious infections, defined as infections associated with a hospitalisation, were the outcomes. These were separated into acid suppression-related (SBP, bacteremia, *Clostridium difficile* and pneumonia) and non-acid suppression-related. Time-varying Cox models were used to estimate adjusted hazard ratios (HR) and 95% CIs of serious infections. Parallel analyses were conducted with H2 receptor antagonists (H2RA).

### Results
More than half of persons with decompensated cirrhosis were new users of gastric acid suppressants, with most using PPIs (45.6%) compared with H2RAs (5.9%). In the PPI propensity-matched analysis, 25.3% developed serious infections and 25.9% developed serious infections in the H2RA analysis. PPI users developed serious infections faster than nongastric acid suppression users (adjusted HR: 1.66; 95% CI: 1.31–2.12). For acid suppression-related serious infections, PPI users developed the outcome at a rate 1.75 times faster than non-users (95% CI: 1.32–2.34). The H2RA findings were not statistically significant (HR serious infections: 1.59; 95% CI: 0.80–3.18; HR acid suppression-related infections: 0.92; 95% CI: 0.31–2.73).

### Conclusion
Among patients with decompensated cirrhosis, proton pump inhibitors but not H2 receptor antagonists increase the rate of serious infections.

*Aliment Pharmacol Ther* 2012; **36**: 866–874

© 2012 Blackwell Publishing Ltd
doi:10.1111/apt.12045

13652036, 2012, 9, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.12045 by Test, Wiley Online Library on [14/10/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

## INTRODUCTION

Infections in cirrhosis, especially those associated with intestinal bacterial overgrowth and translocation such as spontaneous bacterial peritonitis (SBP), are responsible for a substantial cost of care and can increase mortality up to four-fold.[1–4] These infections can impact patients directly by causing death or indirectly by precipitating hepatic encephalopathy and renal failure or reducing liver transplant eligibility.[4, 5] The leading pathogenic mechanism behind these infections in cirrhosis is small intestinal bacterial overgrowth (SIBO) leading to bacterial translocation, a process that is enhanced by acid suppression.[5–7] Efforts to reduce this tremendous burden in cirrhosis by potentially reducing the bacterial translocation and overgrowth are needed.[8]

The association of acid-suppressive agents, such as proton pump inhibitors (PPI), with infections such as pneumonia, *Clostridium difficile* (*C. difficile*) and infectious gastroenteritis has been studied extensively in noncirrhotic patients.[9–13] The mechanism cited is related to the SIBO and a direct immunosuppressive effect making patients prone to bacterial translocation.[14, 15] PPI use is prevalent in the cirrhotic as well as noncirrhotic population.[16–19] There is also a growing body of evidence that PPIs are related to serious infections related to SIBO in cirrhosis such as SBP and *C. difficile*.[20–23] However, these were single-centre studies with limited sample sizes.

Our *aim* was to estimate the extent to which PPIs increase the rate of serious infections among decompensated cirrhotic patients in a national Veterans Health Administration (VHA) database. The *a priori* hypothesis was that PPI use is associated with a higher rate of serious infections, especially those related to acid suppression, in patients with decompensated cirrhosis.

## METHODS

The McGuire VA Medical Center Institutional Review Board approved this protocol.

### Design

We conducted a new-user cohort study among US veterans. Alcoholic liver disease and cirrhosis are epidemic in the US Veteran population.[24] New use of gastric acid suppressant use was defined on the basis of pharmacy information. The new-user design eliminates prevalent use bias and provides better control of confounding.[25] The rate of serious infections associated with PPI monotherapy and H2 receptor antagonists (H2RA) monotherapy was compared with no use of gastric acid suppressants. Propensity-matching was used to create a sample of patients who are similar in all potential confounders, except the exposure variable of interest.[26, 27]

### Data sources

The national shared electronic medical record system of the US Veterans Health Administration (VHA) provided a data source suitable to evaluate this clinically important question. The VHA's Austin Information Technology Center (AITC) database contains information on millions of veterans throughout the country that can be linked to its Pharmacy Benefits Management (PBM) database containing information on medication use and frequency. All information is prospectively collected in these databases and is broadly representative of the US veteran population. A retrospective cohort study using the VHA AITC database from fiscal year 2001 through 2009 and the PBM database was performed. Baseline patient characteristics were obtained from the VA Decision Support System[28] and out-patient medical care datasets.[29] This database does not include details of physical examinations, noncoded events in the patient's history or laboratory values, therefore cirrhosis severity assessment and indications for therapies are not available.

### Study population

We identified 123 306 patients with a primary or secondary diagnosis coded as ICD-9-CM 571.2 (alcoholic cirrhosis of the liver), 571.5 (cirrhosis without mention of alcohol) in the AITC. In the VA administrative data, these diagnostic codes are highly predictive of the presence of these conditions in medical records and can be reliably used for research.[30] Then, we applied inclusion criteria as indicators that patients received care through the VA regularly. First, at least 1 year of follow-up data post the initial hospitalisation for cirrhosis was needed. Second, patients had to have at least two visits in the VA system. Third, patients had to have evidence of VA Pharmacy activity (at least one prescription). Among this group, we identified patients with decompensated disease. Decompensation was defined as presence of one of the following validated codes [hepatic encephalopathy (572.2), hepatorenal syndrome (572.4), spontaneous bacterial peritonitis (567.23), ascites (789.5) or variceal bleeding (456.0, 456.2)].[31, 32] Patients were included if there was no evidence of a hospitalisation for an infection in the 6 months before date of decompensation. The sample consisted of 7299 patients who met these eligibility criteria.

From this group of eligible patients, we defined three patient cohorts who were new users (the remainder were

13653036, 2012, 9, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.12045 by Test, Wiley Online Library on [14/10/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

already on these medications): (i) patients initiating PPI monotherapy ($n = 1905$); (ii) patient initiating H2RA monotherapy ($n = 248$); and (iii) patients without any indication of gastric acid suppressant use ($n = 2028$). The date of the first filling was considered the index date for the former two patient cohorts. The index date for persons who did not user gastric acid suppressants was defined by the index date of the propensity matched PPI or H2RA users. That is, the number of days from cirrhosis diagnosis to index date of PPI or H2RA use was added to the date of cirrhosis diagnosis for the propensity-matched non-user. This method increased comparability with respect to the person time experience given the natural course of disease.

## Infection outcomes

There were two primary outcomes: time to first serious infection and time to first serious acid suppression-related infection. Serious infections were defined as those coded during an in-patient stay. In-patient infections were defined as ICD-9 codes for: (i) Skin infection (including cellulitis):680–686; (ii) lower respiratory infections (480–487); (iii) SBP: 567.23; (iv) urinary and kidney infections: 590.x; (v) *Clostridium difficile* (*C. difficile*): 008.45; (vi) Infectious gastroenteritis: 0090; (vii) Sepsis and bacteremia (in the absence of a primary infection) including the following: (i) Bacteremia: 790.7 and; (ii) Septicemia: 038.x. Previous work suggests that bacterial infections in the VA system are coded accurately.[33] To further validate these and additional codes, we identified 128 cirrhotic patients in 2011 who were admitted to the Richmond VA Medical Center with any of the infections listed above. The charts were then reviewed by an MD (J.B.) to evaluate the appropriateness of the coding to the clinical situation. These diagnostic codes are highly predictive of the presence of these conditions in medical records as the positive predicted values were 93% for *C. difficile* infection, 100% for SBP, 93% for skin infections, 91% for pneumonia, 100% for septicemia, 92% for bacteremia and 94% overall.

The second outcome, acid suppression-related infections, was determined based on literature review: pneumonia, SBP, sepsis and spontaneous bacteremia (in decompensated cirrhosis are likely due to bacterial translocation if no specific organ/vascular entity is the source), infectious gastroenteritis and *C. difficile*.[11, 34–36] For each outcome of interest, we calculated person-time as time from index date (date of first PPI or for non-PPI users the matched index date) to date of event or the censored date (death or loss to follow-up date).

## Exposure assessment

We used the PBM database to identify exposure to gastric acid suppressants.[37] This database includes details of in-patient and out-patient medication use, including name of medication, doses, fill dates, quantity dispensed and days' supply. Although our initial motivation for conducting the research was focused on PPI use, we also evaluated the extent to which H2RA use was associated with serious infections as both classes reduce gastric acid. We hypothesised that there would be no relation between H2RAs and serious infections. Exposure was defined dichotomously as monotherapy or no receipt of each category during each 30-day window from the index date. The 30-day window was selected as typically days of therapy on VA prescription claims for these medications were not less than 30 days. PPI use included omeprazole, esomeprazole, lansoprazole, rabeprazole, dexlansoprazole and pantoprazole. H2RAs were studied separately to understand the specific contribution of degree of acid suppression. We required users to have received at least a 30-pill regimen.

## Potential confounders

We considered the following to be potential confounders because they have been known to be independent risk factors for infection: alcoholic aetiology, severity of co-morbid conditions and concurrent medications.[38] Studies have shown a potential protective effect of nonselective beta-blockers (NSBB) on SBP, but not in patients with refractory ascites.[39, 40] Rifaximin, which in the VHA system is only used for patients intolerant of lactulose, has been shown to protect against infections, especially *C. difficile*.[41] Alcoholic cirrhosis was defined using ICD9 Code 571.2. The Charlson comorbidity index was calculated using an ICD-9 search algorithm and was based on data from the year after first cirrhosis diagnosis.[42] Data on the comorbid conditions come from the VHA out-patient and in-patient treatment files.[29] We also created a variable to capture the number of out-patient visits in the previous year. We initially considered the following concomitant medications as potential confounders, but ruled them out for further consideration. These included: corticosteroids, antiparkinson drugs, barbituarates, anxiolytics, antipsychotics and opiates.

## Statistical analysis

We compared the distributions of socio-demographic and clinical characteristics of participants who were new PPI users, new H2RA users, and nongastric acid suppressant users. To improve the balance of potential

Aliment Pharmacol Ther 2012; 36: 866-874
© 2012 Blackwell Publishing Ltd

13652036, 2012, 9, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.12045 by Test, Wiley Online Library on [14/10/2022]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Proton pump inhibitors and infections in cirrhosis

confounders across the exposure categories (PPI, H2RA, non-use), we conducted propensity score analyses.[26, 27] The propensity score technique attempts to create a sample of patients who are similar on all potential confounders except the exposure variable of interest (in this case PPIs or H2RAs). To create the sample of PPI users matched to nongastric acid suppressant users, we first created a predicted probability for treatment for each person. The predicted probability was estimated from a logistic regression model, which included all risk factors for the serious infections. The propensity score models yielded C statistics suggesting good overlap. The new PPI users were matched to nongastric acid suppressant users with a 1:1 ratio using the greedy algorithm method, which reduces matched-pair bias caused by incomplete matching.[43] This method improves inexact matching by making best matches first and then taking the next best matches, in a hierarchical sequence, until no more matches can be made. We used the same strategy to identify one gastric acid suppressant non-user for each H2RA new user. Despite the use of the greedy algorithm, we were unable to match 537 PPI new users to non-users and 49 H2RA new users to non-users; these are usually subjects with propensity scores at the tail ends and including them would decrease the internal validity of the adjustment for the propensity-matched sample. Visual inspection of the distributions of confounders across the exposure groups was conducted to evaluate the adequacy of the propensity score matching with respect to creating balance on measured confounders. If greater than 5% absolute difference in a potential confounder was observed across the gastric acid suppressant category, the variable would also be considered as a covariate in future analyses.

Using the propensity-matched sample, we conducted several analyses. First, we calculated the crude incidence rates (per 1000 person years) to provide descriptive rates in each population for the primary outcome (all serious infections) and the secondary outcome (acid suppression-related infections). Second, we developed four separate Cox models (PPI and H2RA separately; primary and secondary outcomes) to estimate crude hazard ratios. We developed two separate Cox regression models for PPI and H2RA separately: (i) to estimate the association between PPI (or H2RA) use and incidence rate of all serious infections; and (ii) to estimate the effect of PPI (or H2RA) use on rate of acid suppression-related infections. Although these Cox models included only a term for PPI use (or H2RA use), the propensity score matching adequately controlled for the measured confounders,

which achieved balance in the matching process. Despite the tight control for prevalent bias (through the new user design) and confounding (through the propensity matching), we were concerned about the time-varying nature of gastric acid suppressant drug use. Previously, we have shown the importance of considering time-varying drug exposures because the reliance on time-fixed methods may introduce bias.[44] Therefore, we estimated Cox models including time-varying PPI use (or H2RA use), as well as other potential confounders. We used a 90-day window for the time-varying component as the mode days of therapy for VA prescriptions for gastric acid suppressants was 90 days. The models produced hazard rate ratios and 95% confidence intervals. We confirmed the assumption of proportionality by visually inspecting the cumulative hazard function.

## RESULTS

More than half of persons with decompensated cirrhosis were new users of gastric acid suppressants, with most using PPIs (45.6%) compared with H2RAs (5.9%). The majority of patients in the new PPI user group were on omeprazole (73%). The rest were on rabeprazole (23%), lansoprazole (2%) or pantoprazole (1%). Table 1 shows the distribution of socio-demographic and clinical characteristics by gastric acid suppressant use. The vast majority of patients with decompensated cirrhosis in the VA were men, and this did not vary by gastric acid suppressant use. Age and known race/ethnicity were also comparably distributed, although the proportion of missing data in the latter variable was very high. Cirrhosis aetiology was commonly alcoholic and slightly more so among H2RA new users (49.6% H2RA vs. 43.8% PPI users and 44.3% non-users). Hepatitis C infection was common with 52.4% of PPI new users and 46.0% of H2RA users and 46.3% non-users infected. The distribution of concomitant medications were similar between groups for antibiotics (and rare) and nonselective beta blockers (~12–14%). Although rifaximin use was relatively low, it was slightly more prevalent among PPI users than non-users (6.8% PPI; 1.6% H2RA; 2.4% in non-users); this was equalised in the matched samples. The PPI and H2RA users had a greater proportion of people with at least five comorbid conditions relative to the non-users (PPI: 41.7%; H2RA: 41.9%; non-user: 31.1%). The majority of the events that led to the inclusion of patients as decompensated cirrhosis were ascites (73%), followed by hepatic encephalopathy (18%), variceal bleeding (8%), hepato-renal syndrome (1%); only 9 patients had SBP as their primary decompensating event.

J. S. Bajaj *et al.*

13653036, 2012, 9, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.12045 by Test, Wiley Online Library on [14/10/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Table 1 |** Comparison of characteristics by gastric acid suppressant use

| | Total sample (N = 4181) | | |
|---|---|---|---|
| | PPI only users (N = 1905) | H2RA only users (N = 248) | Gastric suppressant non-users (N = 2028) |
| Age (years) | | | |
| <55 | 46.6 | 52.0 | 40.9 |
| 55–64 | 39.2 | 33.9 | 39.8 |
| 65–74 | 10.4 | 7.7 | 11.7 |
| 75+ | 3.8 | 6.5 | 7.5 |
| Race/Ethnicity | | | |
| White | 38.1 | 41.5 | 36.4 |
| Black | 5.4 | 8.5 | 5.6 |
| Hispanic | 3.8 | 6.0 | 5.3 |
| Other | 0.4 | 0.0 | 0.7 |
| Unknown | 52.3 | 44.0 | 52.0 |
| Women | 1.3 | 0.8 | 1.5 |
| Drug use at baseline | | | |
| Nonselective beta blocker | 13.9 | 12.1 | 14.2 |
| Rifaximin | 6.8 | 1.6 | 2.4 |
| Antibiotics | 1.5 | 0.8 | 2.0 |
| Out-patient visits in past year (median, IQR) | 7 (14) | 5 (13) | 8 (16) |
| Charlson score | | | |
| 1–2 | 28.1 | 31.5 | 39.2 |
| 3–4 | 30.2 | 26.6 | 29.8 |
| 5+ | 41.7 | 41.9 | 31.1 |
| Alcohol-related cirrhosis | 43.8 | 49.6 | 44.3 |
| Hepatitis C | 52.4 | 46.0 | 46.3 |

All values are percentages unless otherwise indicated.

Table 2 also shows the distribution of the potential confounders in the propensity-matched sample. The distributions of the potential confounders of the propensity-matched sample appear well-balanced. Relative to the matched non-users (32.1%), PPI users had five or more comorbid conditions (41.2%). Similar imbalance was observed between H2RA users (41.7%) and non-users (34.7%).

Table 3 shows the association between gastric acid suppressant drug use and serious infections stratified by PPI and H2RA use. Among the propensity-matched PPI cohort, 25.3% developed serious infections. Acid suppression-associated infections were common (17.7%). Among the PPI users, acid suppression-related infections formed the bulk (75%) of all infections, whereas among nongastric acid suppressant users, 64% of serious infections

were acid suppression-related. Among the propensity-matched H2RA cohort, 25.9% developed serious infections with 15% deemed acid suppressant-related. Although the bulk of serious infections in H2RA users were also acid suppression-related infections (64.7%) among non-users in this cohort, 51.9% were acid suppressant-related infections. There was no significant difference in the patterns of infection occurrence based on the initial decompensating event between the PPI and non-PPI groups. Leading serious infections were SBP/peritonitis (30%), pneumonia (25%), skin infections (23%), spontaneous bacteremia and septicemia (16%), *C. difficile* (5%) and UTI (1%). During the study period, liver transplant was uncommon.

In the propensity-matched sample for PPI users, there was no association between PPI use and the rate of serious infections [crude propensity-matched hazard ratio (HR): 1.08; 95% CI: 0.90–1.31]. However, PPI users tended to develop serious acid suppression-related infections at a rate higher than nongastric acid suppressant users, although the confidence interval included unity (crude HR: 1.22; 95% CI: 0.97–1.52). As these estimates of effect are still prone to bias owing to the time-varying nature of PPI use, we estimated the effect of PPI use on serious infections and acid suppression-related infections accounting for time-varying PPI use. For serious infections, PPI users developed the outcome at a rate 1.66 times that of non-users (95% CI: 1.31–2.12). For acid suppression-related serious infections, PPI users developed the outcome at a rate 1.75 times faster than non-users (95% CI: 1.32–2.34).

In the propensity-matched H2RA analysis, no evidence of an association between H2RA use and infections was observed based on the crude analyses. Although the analyses adjusting for time-varying H2RA use revealed a hazard rate of 1.59 for H2RA use on all serious infections, the confidence interval was quite wide (95% CI: 0.80 and 3.18). No association between H2RA use and acid suppression-associated infections was noted (adjusted HR: 0.92; 95% CI: 0.31–2.73).

## DISCUSSION

We found PPI initiation to be prevalent among patients with decompensated cirrhosis. Furthermore, we documented that the initiation of PPI therapy accelerates the rate of infections associated with hospitalisation, especially those related to intestinal bacterial overgrowth and translocation, in decompensated cirrhotic patients. We also found that the use of H2-receptor antagonists do not appear to accelerate the rate of these infections in

Aliment Pharmacol Ther 2012; 36: 866-874
© 2012 Blackwell Publishing Ltd

Proton pump inhibitors and infections in cirrhosis

1465306x, 2012, 9, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.12045 by Test, Wiley Online Library on [14/10/2022]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Table 2 |** Comparison of characteristics between propensity-matched samples

| | PPI-matched sample (N = 2536) | | H2RA-matched sample (N = 398) | |
|---|---|---|---|---|
| | PPI only users (N = 1268) | Non-users (N = 1268) | H2RA only users (N = 199) | Non-users (N = 199) |
| Age (years) | | | | |
| <55 | 42.0 | 47.2 | 51.8 | 51.8 |
| 55–64 | 42.3 | 39.0 | 33.7 | 34.2 |
| 65–74 | 11.8 | 9.0 | 8.5 | 8.5 |
| 75+ | 3.9 | 4.7 | 6.0 | 5.5 |
| Race/ethnicity | | | | |
| White | 35.8 | 39.0 | 38.7 | 39.2 |
| Black | 5.8 | 5.4 | 10.1 | 9.5 |
| Hispanic | 4.7 | 3.9 | 5.0 | 5.0 |
| Other | 0.6 | 0.5 | 0.0 | 0.0 |
| Unknown | 53.1 | 51.3 | 46.2 | 46.2 |
| Women | 1.1 | 1.3 | 1.0 | 1.5 |
| Drug use at baseline | | | | |
| Nonselective beta blocker | 12.4 | 14.6 | 10.6 | 13.1 |
| Rifaximin | 2.8 | 2.8 | 1.5 | 2.5 |
| Antibiotics | 1.7 | 1.7 | 1.0 | 1.5 |
| Out-patient visits in past year (median, IQR) | 6 (13) | 8 (15) | 5 (13) | 7 (14) |
| Charlson score | | | | |
| 1–2 | 26.5 | 37.1 | 31.7 | 39.2 |
| 3–4 | 32.3 | 30.8 | 26.6 | 26.1 |
| 5+ | 41.2 | 32.1 | 41.7 | 34.7 |
| Alcohol-related cirrhosis | 46.8 | 43.9 | 51.3 | 51.3 |
| Hepatitis C | 49.5 | 49.9 | 44.2 | 45.2 |

All values are percentages unless otherwise indicated.

decompensated cirrhosis, although our sample size was limited and could have explained the negative findings.

Infections are one of the leading causes of mortality in cirrhosis, most of which have a presumed gut bacterial origin.[5] The effect of PPIs has been studied in case series in cirrhotic patients showing that their use was associated with a significantly higher risk of gut-based infections such as SBP and *C. difficile*.[20–22] However, those studies were small in sample size and were unable to explore the time-varying nature of PPI use. Previous methodological research in pharmaco-epidemiology point to the bias introduced with treating drug exposures as fixed effects.[44] Therefore, the results need to be expanded in a larger pool of patients who would otherwise be predisposed to develop infections. The AITC and PBM databases represent a large cross-section of veterans treated in the US that can be used to answer clinically relevant questions.

In our study, we chose to use decompensated cirrhotic patients defined stringently according to previously used ICD-9 criteria in which the mode of initial decompensa-tion did not influence the risk of infections. The AITC and PBM databases do not include laboratory variables permitting adjustment for cirrhosis severity. Nevertheless, our findings are likely robust owing to several design features. First, we matched the time period of observation from the date of decompensation for gastric acid suppressant users to non-users. In doing so, we have likely created comparability in the natural history. Second, we conducted a propensity-matched analysis, which included key confounders, as well as emerging risk factors for infections.[39] By matching via the greedy algorithm, our analyses included tight control for a variety of potential confounders (age, race, charlson score, alcoholic aetiology, year of entry, nonselective beta-blockers, rifaximin, antibiotics, number of out-patient and in-patient visits in last year), which were shown to have balance across the gastric acid suppressant categories. Third, the factors we adjusted for are likely highly correlated to Child and MELD scores and are related to the decompensating events. Fourth, we included analyses of H2RAs as a counter factual. Given the similarities in the distri-

J. S. Bajaj et al.

13652036, 2012, 9, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.12045 by Test, Wiley Online Library on [14/10/2022]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Table 3 |** Effect of new user of PPIs and H2RAs on infections among propensity-matched samples

| PPI propensity-matched sample (N = 2536) | Number of cases | Person years | Incidence rate per 1000 person years | Crude hazard ratio* | Adjusted hazard ratio† |
|---|---|---|---|---|---|
| All infections | | | | | |
| PPI users | 320 | 474 | 675 | 1.08 (0.90–1.31) | 1.66 (1.31–2.12) |
| Gastric suppressant non-users | 321 | 459 | 700 | | |
| Acid suppression-related infections | | | | | |
| PPI users | 241 | 346 | 696 | 1.22 (0.97–1.52) | 1.75 (1.32–2.34) |
| Gastric suppressant non-users | 207 | 290 | 714 | | |
| H2RA propensity-matched sample (N = 398) | | | | | |
| All Infections | | | | | |
| H2RA users | 51 | 63 | 814 | 1.09 (0.68–1.73) | 1.59 (0.80–3.18) |
| Gastric suppressant non-users | 52 | 83 | 628 | | |
| Acid suppression-related infections | | | | | |
| H2RA users | 33 | 39 | 844 | 1.10 (0.60–2.02) | 0.92 (0.31–2.73) |
| Gastric suppressant non-users | 27 | 37 | 730 | | |

* Crude hazard ratios come from unadjusted Cox proportional hazard models with baseline new use of PPI or H2RA.

† Adjusted hazard ratios come from Cox proportional hazard models with time-varying PPI or H2RA use adjusted for age, source fiscal year, Charlson comorbidity score, alcoholic aetiology, hepatitis C, baseline nonselective beta blocker use, number of visits and number of hospitalisations.

butions among H2RA and PPI users, it is highly unlikely that the PPI analyses would experience residual confounding by disease severity, but not the H2RA analyses. Lastly, we implemented a new user design, which also provides better control owing to prevalent use bias, which means the biases owing to relative length of the PPI or H2RA use would be removed. Given these design considerations, we believe that our findings are robust.

Our study specifically concentrated on decompensated cirrhotic patients who were first initiated on gastric acid suppression therapy (PPI or H2RA) *after* they developed decompensation defined by the complications of cirrhosis such as variceal bleeding, ascites or hepatic encephalopathy. This method ensured that the specific duration of PPI use was available for study as well as the refills and total dose during the follow-up period. It is also the appropriate method to eliminate prevalent use bias. Doing so, however, excluded patients with decompensated cirrhosis who had been on long-term PPI therapy *before* the decompensating event. This design, therefore, biased our results towards only showing an extreme effect of PPI use on the risk of infections; despite these restrictions, we were able to find that new PPI therapy significantly reduced the time to all infections, and especially time to gastric acid suppression-related infections.

To understand the extent to which PPIs as a class rather than simple acid suppression were associated with infections, we conducted a parallel study using identical methods on H2RA new users. We believed that if the mechanism was entirely through gastric acid suppression, we would find a lessened effect or no effect among H2RA users. Furthermore, this analysis helped evaluate the extent to which the findings may have been due to confounding by indication. Indeed, we found no specific effect of H2RAs on infection risk. This may be a testament to the specificity of PPIs as harbinger of infections in cirrhosis either due to a class effect or due to a higher potency of acid suppression. A key strength of this article was the study of time-varying on the days to infection rather than simply dividing patient groups into users and non-users. This also accounted for the days that the patients were not on PPIs. Indeed, we found that estimates of effect derived from the time-varying analyses were significantly higher than those created by fixed use of PPIs at study initiation.

The mechanisms behind the predisposition towards infections in cirrhotic patients initiated on PPI remain unclear. Studies have shown the appearance of SIBO after PPI therapy, to which cirrhotic patients are predisposed to given the abnormal intestinal motility and neuro-hormonal imbalance in the gut milieu.[15] There is also evidence that PPIs have depressive effects on neutrophil action and innate immunity, adding a direct anti-inflammatory component to this predisposition.[14] The

Proton pump inhibitors and infections in cirrhosis

presence of SIBO in cirrhosis is associated with peripheral bacterial DNA isolation signifying intestinal bacterial translocation, which worsens in decompensated patients.[7, 45] Interestingly, recent reports have shown that acid suppression can alter microbial flora even in the lower gastrointestinal tract.[10, 46] The finding that PPI therapy reduces the time to infections may be due to this effect, but mechanistic studies need to be performed to confirm this. However, it is clear that in this dataset, the co-administration of other studied drugs did not change the effect of PPI on rate of infections in cirrhosis. This comparatively rapid development of serious infections, especially in decompensated cirrhotics, can be significant in determining prognosis as determined by eligibility for liver transplantation and can modulate further decompensating events.[4] In our group, indeed we found that patients who were newly initiated on PPIs after decompensation also had a faster progression to death and liver transplant, which is in essence organ death.

Although this study sample is one of the largest in which PPI therapy has been studied in cirrhosis, there are several caveats. Due to the lack of cirrhosis severity parameters, it may be possible that the patients started on PPI could have a worse cirrhosis severity and hence a higher infection, death and transplant rate. To mitigate this, we implemented a variety of robust techniques to ensure that they were comparable in the matched sample, but cannot rule out residual confounding entirely in a nonexperimental study. We used ICD-9 codes to define the population, as well as to define the outcomes of interest. However, the positive predictive values for these outcomes in VHA settings are quite high, indicating their usefulness for research purposes. We also excluded those followed for less than a year, meaning that if a patient died of sepsis within the first year, they would not be counted. This was done to ensure adequate follow-up in the VHA system. Although the study also could not account for the reason for PPI initiation, parallel analyses of H2RA helped rule out confounding by indication as an explanation of these findings. It may be that non-users of gastric acid suppressants filled prescriptions outside of the VA system as veterans may be eligible for more than one health-care system. In 2003, more than 50% of VA enrollees had Medicare coverage, including 22% of those under age 65.[47] We reduced this source of bias by excluding Veterans who had not received at least one medication through the VA. Regardless, if present, this source of bias would have only attenuated the estimate of effect reported in our study.

We conclude that Veterans with decompensated cirrhosis who were started on PPI therapy after decompensation had a significantly higher risk of developing serious infections compared with those who were not initiated on gastric acid suppression. This increase in risk occurs in a time-varying fashion and is not explained by confounding by concomitant drug use, comorbid conditions or age. As patients with decompensated cirrhosis remain at a high risk of serious infections, clinicians should re-evaluate the reason for prescribing PPI and wherever possible, replace their acid suppressive needs with H2RAs. Further studies are required to prospectively analyse the value of PPI withdrawal in patients with decompensated cirrhosis.

## ACKNOWLEDGEMENTS

*Declaration of personal interests*: None. *Declaration of funding interests*: The study was funded in part by the McGuire Research Institute at the Hunter Holmes McGuire VA Medical Center, Richmond, and grants RO1DK087913 from the NIDDK and grant RO1AA020203 from NIAAA, NIH. No other support, writing assistance, data analysis support was provided.

## REFERENCES

1. Kim WR, Brown RS Jr, Terrault NA, El-Serag H. Burden of liver disease in the United States: summary of a workshop. *Hepatology* 2002; 36: 227–42.
2. Cazzaniga M, Dionigi E, Gobbo G, Fioretti A, Monti V, Salerno F. The systemic inflammatory response syndrome in cirrhotic patients: Relationship with their in-hospital outcome. *J Hepatol* 2009; 51: 475–82.
3. Arvaniti V, D'Amico G, Fede G, *et al.* Infections in patients with cirrhosis increase mortality four-fold and should be used in determining prognosis. *Gastroenterology* 2010; 139: 1246–56.
4. Bajaj JS, O'Leary JG, Reddy KR, *et al.* Second infections independently increase mortality in hospitalized cirrhotic patients: the nacseld experience. *Hepatology* 2012; doi: 10.1002/hep.25947 [Epub ahead of print].
5. Tandon P, Garcia-Tsao G. Bacterial infections, sepsis, and multiorgan failure in cirrhosis. *Semin Liver Dis* 2008; 28: 26–42.
6. Christou L, Pappas G, Falagas ME. Bacterial infection-related morbidity and mortality in cirrhosis. *Am J Gastroenterol* 2007; 102: 1510–7.
7. Jun DW, Kim KT, Lee OY, *et al.* Association between small intestinal bacterial overgrowth and peripheral bacterial DNA in cirrhotic patients. *Dig Dis Sci* 2010; 55: 1465–71.
8. Fernandez J, Gustot T. Management of bacterial infections in cirrhosis. *J Hepatol* 2012; 56(Suppl): S1–12.
9. Aseeri M, Schroeder T, Kramer J, Zackula R. Gastric acid suppression by proton pump inhibitors as a risk factor for

13652036, 2012, 9, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.12045 by Test, Wiley Online Library on [14/10/2022]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

13652036, 2012, 8, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.12045 by Test, Wiley Online Library on [14/10/2022]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

*Clostridium difficile*-associated diarrhea in hospitalized patients. *Am J Gastroenterol* 2008; **103**: 2308–13.

10. Bavishi C, Dupont HL. Systematic review: the use of proton pump inhibitors and increased susceptibility to enteric infection. *Aliment Pharmacol Ther* 2011; **34**: 1269–81.

11. du Moulin GC, Paterson DG, Hedley-Whyte J, Lisbon A. Aspiration of gastric bacteria in antacid-treated patients: a frequent cause of postoperative colonisation of the airway. *Lancet* 1982; **1**: 242–5.

12. Available at: http://www.fda.gov/Safety/MedWatch/SafetyInformation/SafetyAlertsforHumanMedicalProducts/ucm290838.htm. Accessed June 1, 2012.

13. Dalton BR, Lye-Maccannell T, Henderson EA, Maccannell DR, Louie TJ. Proton pump inhibitors increase significantly the risk of *Clostridium difficile* infection in a low-endemicity, non-outbreak hospital setting. *Aliment Pharmacol Ther* 2009; **29**: 626–34.

14. Kedika RR, Souza RF, Spechler SJ. Potential anti-inflammatory effects of proton pump inhibitors: a review and discussion of the clinical implications. *Dig Dis Sci* 2009; **54**: 2312–7.

15. Lombardo L, Foti M, Ruggia O, Chiecchio A. Increased incidence of small intestinal bacterial overgrowth during proton pump inhibitor therapy. *Clin Gastroenterol Hepatol* 2010; **8**: 504–8.

16. Naunton M, Peterson GM, Bleasel MD. Overuse of proton pump inhibitors. *J Clin Pharm Ther* 2000; **25**: 333–40.

17. Palkovic LB, Coley KC, Sokos DR. Factors associated with inappropriate inpatient prescribing of acid-suppressive therapy. *Int J Pharm Pract* 2009; **17**: 73–5.

18. Chavez-Tapia NC, Tellez-Avila FI, Garcia-Leiva J, Valdovinos MA. Use and overuse of proton pump inhibitors in cirrhotic patients. *Med Sci Monit* 2008; **14**: CR468–72.

19. Katz MH. Failing the acid test: benefits of proton pump inhibitors may not justify the risks for many users. *Arch Intern Med* 2010; **170**: 747–8.

20. Goel GA, Deshpande A, Lopez R, Hall GS, van DD, Carey WD. Increased rate of spontaneous bacterial peritonitis among cirrhotic patients receiving pharmacologic acid suppression. *Clin Gastroenterol Hepatol* 2012; **10**: 422–7.

21. Bajaj JS, Zadvornova Y, Heuman DM, *et al.* Association of proton pump inhibitor therapy with spontaneous bacterial peritonitis in cirrhotic patients with ascites. *Am J Gastroenterol* 2009; **104**: 1130–4.

22. Bajaj JS, Ananthakrishnan AN, Hafeezullah M, *et al. Clostridium difficile*

is associated with poor outcomes in patients with cirrhosis: a national and tertiary center perspective. *Am J Gastroenterol* 2009; **105**: 106–13.

23. Choi EJ, Lee HJ, Kim KO, *et al.* Association between acid suppressive therapy and spontaneous bacterial peritonitis in cirrhotic patients with ascites. *Scand J Gastroenterol* 2011; **46**: 616–20.

24. Davila JA, Henderson L, Kramer JR, *et al.* Utilization of surveillance for hepatocellular carcinoma among hepatitis C virus-infected veterans in the United States. *Ann Intern Med* 2011; **154**: 85–93.

25. Ray WA. Evaluating medication effects outside of clinical trials: new-user designs. *Am J Epidemiol* 2003; **158**: 915–20.

26. Rosenbaum PR, Rubin DB. The central role of the propensity score in observational studies for causal effects. *Biometrika* 1983; **70**: 41–55.

27. Rubin DB. Estimating causal effects from large data sets using propensity scores. *Ann Intern Med* 1997; **127**(8 Pt 2): 757–63.

28. Yu W, Barnett PG, inventors. *Reconciliation of DSS Encounter-Level National Data Extracts with the VA National Patient Care Database: Fiscal Year 2001.* Menlo Park, CA: Health Economics Resource Center (HERC), 2001.

29. Murphy PA, Cowper DC, Seppala G, Stroupe KT, Hynes DM. Veterans Health Administration inpatient and outpatient care data: an overview. *Eff Clin Pract* 2002; **5**(3 Suppl): E4.

30. Kramer JR, Davila JA, Miller ED, Richardson P, Giordano TP, El-Serag HB. The validity of viral hepatitis and chronic liver disease diagnoses in Veterans Affairs administrative databases. *Aliment Pharmacol Ther* 2008; **27**: 274–82.

31. Lo Re V IIIrd, Lim JK, Goetz MB, *et al.* Validity of diagnostic codes and liver-related laboratory abnormalities to identify hepatic decompensation events in the Veterans Affairs Cohort Study. *Pharmacoepidemiol Drug Saf* 2011; **20**: 689 –99.

32. Nguyen GC, Segev DL, Thuluvath PJ. Racial disparities in the management of hospitalized patients with cirrhosis and complications of portal hypertension: a national study. *Hepatology* 2007; **45**: 1282–9.

33. Schneeweiss S, Robicsek A, Scranton R, Zuckerman D, Solomon DH. Veteran's affairs hospital discharge databases coded serious bacterial infections accurately. *J Clin Epidemiol* 2007; **60**: 397–409.

34. Dial S, Alrasadi K, Manoukian C, Huang A, Menzies D. Risk of *Clostridium difficile* diarrhea among hospital inpatients prescribed proton pump inhibitors: cohort and case-control studies. *CMAJ* 2004; **171**: 33–8.

35. Garcia Rodriguez LA, Ruigomez A, Panes J. Use of acid-suppressing drugs and the risk of bacterial gastroenteritis. *Clin Gastroenterol Hepatol* 2007; **5**: 1418–23.

36. Garcia-Tsao G. Bacterial translocation: cause or consequence of decompensation in cirrhosis? *J Hepatol* 2001; **34**: 150–5.

37. Smith MW, Joseph GJ. Pharmacy data in the VA health care system. *Med Care Res Rev* 2003; **60**(3 Suppl): 92S–123S.

38. Olson JC, Wendon JA, Kramer DJ, *et al.* Intensive care of the patient with cirrhosis. *Hepatology* 2011; **54**: 1864–72.

39. Senzolo M, Cholongitas E, Burra P, *et al.* beta-Blockers protect against spontaneous bacterial peritonitis in cirrhotic patients: a meta-analysis. *Liver Int* 2009; **29**: 1189–93.

40. Serste T, Melot C, Francoz C, *et al.* Deleterious effects of beta-blockers on survival in patients with cirrhosis and refractory ascites. *Hepatology* 2010; **52**: 1017–22.

41. Kalambokis GN, Mouzaki A, Rodi M, *et al.* Rifaximin improves systemic hemodynamics and renal function in patients with alcohol-related cirrhosis and ascites. *Clin Gastroenterol Hepatol* 2012; **10**: 815–8.

42. Romano PS, Roos LL, Jollis JG. Adapting a clinical comorbidity index for use with ICD-9-CM administrative data: differing perspectives. *J Clin Epidemiol* 1993; **46**: 1075–9.

43. Parsons LS. Reducing Bias in a Propensity Score Matched-Pair Sample Using Greedy Matching Techniques (Paper 214-26). In: SUGI 26 proceedings. Proceedings of the 26th annual SAS Users Group International conference, Long Beach, California, April 22–25, 2001. Cary, NC: SAS Institute, Inc, 2001. Available at: http://www2.sas.com/proceedings/sugi26/p214-26.pdf.

44. Nunes AP, Lapane KL, Weinstock MA. Association between non-steroidal anti-inflammatory drugs and keratinocyte carcinomas of the skin among participants in the Veterans Affairs Topical Tretinoin Chemoprevention Trial. *Pharmacoepidemiol Drug Saf* 2011; **20**: 922–9.

45. Cirera I, Bauer TM, Navasa M, *et al.* Bacterial translocation of enteric organisms in patients with cirrhosis. *J Hepatol* 2001; **34**: 32–7.

46. Kanno T, Matsuki T, Oka M, *et al.* Gastric acid reduction leads to an alteration in lower intestinal microflora. *Biochem Biophys Res Commun* 2009; **381**: 666–70.

47. Shen Y, Hendricks A, Zhang S, Kazis LE. VHA enrollees' health care coverage and use of care. *Med Care Res Rev* 2003; **60**: 253–67.

# EXHIBIT
# 742

Anne McTiernan, MD, PhD
Internal Medicine, Cancer Epidemiology, Women's Health

Redacted - Contact Information

October 8, 2022

Steven B. Rotman
Of Counsel
One Marina Park Drive
Suite 14010
Boston, MA 02210
srotman@hausfeld.com

Dear Mr. Rotman:

I am submitting this invoice for work for 6/5/2022 through 10/4/22, for conference calls, emails, literature reviews, document reviews, preparation of an expert report addendum regarding the science of ranitidine, NDMA, and cancer epidemiology and causation.

The work is for 139 hours charged at a rate of $500/hour, for a total of $69,500.00.

The hours are detailed below.

Please remit to the previously provided bank account. Thank you for the opportunity to work on this. I look forward to continued work with you on investigating associations between ranitidine, NDMA, and cancer epidemiology and causation.

Sincerely,

Anne McTiernan, MD, PhD

**Exhibit 0131**

10/24/2022

Anne McTiernan, M.D., Ph.D

Anne McTiernan, MD, PhD work on the science of ranitidine, NDMA, and cancer epidemiology and causation.

| Date | Work | Hours | Rate/hour | Total |
|---|---|---|---|---|
| June 5, 2022 | review documents | 0.50 | $500 | $250.00 |
| June 6, 2022 | review documents | 1.00 | $500 | $500.00 |
| June 14, 2022 | review documents | 0.50 | $500 | $250.00 |
| June 15, 2022 | review documents | 1.50 | $500 | $750.00 |
| June 16, 2022 | review documents | 1.50 | $500 | $750.00 |
| June 17, 2022 | review documents | 2.00 | $500 | $1,000.00 |
| June 20, 2022 | review documents | 2.50 | $500 | $1,250.00 |
| June 21, 2022 | review documents | 1.50 | $500 | $750.00 |
| June 22, 2022 | review documents | 2.00 | $500 | $1,000.00 |
| June 23, 2022 | review documents | 2.00 | $500 | $1,000.00 |
| June 24, 2022 | review documents | 2.50 | $500 | $1,250.00 |
| June 25, 2022 | review documents | 2.00 | $500 | $1,000.00 |
| June 26, 2022 | review documents | 1.50 | $500 | $750.00 |
| June 27, 2022 | review documents | 2.00 | $500 | $1,000.00 |
| June 28, 2022 | review documents | 4.00 | $500 | $2,000.00 |
| June 29, 2022 | review documents | 1.00 | $500 | $500.00 |
| June 30, 2022 | review documents | 4.00 | $500 | $2,000.00 |
| July 1, 2022 | call & prep & review documents | 2.00 | $500 | $1,000.00 |
| July 2, 2022 | review documents | 4.00 | $500 | $2,000.00 |
| July 3, 2022 | review documents | 2.00 | $500 | $1,000.00 |
| July 4, 2022 | review documents | 3.50 | $500 | $1,750.00 |
| July 5, 2022 | review documents | 2.50 | $500 | $1,250.00 |
| July 6, 2022 | review documents | 3.00 | $500 | $1,500.00 |
| July 7, 2022 | call & review documents | 2.00 | $500 | $1,000.00 |
| July 8, 2022 | review documents | 3.00 | $500 | $1,500.00 |
| July 9, 2022 | review documents | 6.00 | $500 | $3,000.00 |
| July 10, 2022 | review documents | 5.00 | $500 | $2,500.00 |
| July 11, 2022 | review documents | 5.00 | $500 | $2,500.00 |
| July 12, 2022 | review documents | 1.50 | $500 | $750.00 |
| July 13, 2022 | review documents | 1.50 | $500 | $750.00 |
| July 14, 2022 | review documents | 0.50 | $500 | $250.00 |
| July 16, 2022 | review documents | 0.50 | $500 | $250.00 |
| July 19, 2022 | review documents | 3.00 | $500 | $1,500.00 |
| July 21, 2022 | review documents | 1.00 | $500 | $500.00 |
| July 22, 2022 | review documents | 2.00 | $500 | $1,000.00 |
| July 26, 2022 | review documents | 1.00 | $500 | $500.00 |
| July 28, 2022 | review documents | 0.50 | $500 | $250.00 |
| August 31, 2022 | review documents | 1.00 | $500 | $500.00 |
| September 1, 2022 | call, review documents | 3.50 | $500 | $1,750.00 |
| September 2, 2022 | review documents | 1.00 | $500 | $500.00 |
| September 5, 2022 | review documents | 2.50 | $500 | $1,250.00 |
| September 6, 2022 | review documents | 2.50 | $500 | $1,250.00 |
| September 7, 2022 | call, review documents | 3.50 | $500 | $1,750.00 |
| September 8, 2022 | review documents | 2.50 | $500 | $1,250.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| September 9, 2022 | review documents | 2.50 | $500 | $1,250.00 |
| September 10, 2022 | review documents | 2.50 | $500 | $1,250.00 |
| September 11, 2022 | review documents | 3.50 | $500 | $1,750.00 |
| September 12, 2022 | review documents | 3.00 | $500 | $1,500.00 |
| September 16, 2022 | review documents | 2.00 | $500 | $1,000.00 |
| September 17, 2022 | review documents | 3.00 | $500 | $1,500.00 |
| September 18, 2022 | review documents | 3.00 | $500 | $1,500.00 |
| September 19, 2022 | review documents | 3.00 | $500 | $1,500.00 |
| September 20, 2022 | review documents | 2.50 | $500 | $1,250.00 |
| September 23, 2022 | review documents | 3.00 | $500 | $1,500.00 |
| September 24, 2022 | review documents | 1.00 | $500 | $500.00 |
| October 1, 2022 | review documents, prepare addendum | 3.50 | $500 | $1,750.00 |
| October 2, 2022 | review documents, prepare addendum | 4.00 | $500 | $2,000.00 |
| October 3, 2022 | review documents, prepare addendum | 4.00 | $500 | $2,000.00 |
| October 4, 2022 | review documents, prepare addendum | 0.50 | $500 | $250.00 |
| | Total | 139 | $500 | $69,500.00 |

3

# EXHIBIT

# 743

**Finken, Tracy**

---

| | |
|---|---|
| **From:** | McTiernan MD PhD, Anne [Redacted - Email Address] |
| **Sent:** | Sunday, October 2, 2022 2:18 PM |
| **To:** | Wang CH |
| **Subject:** | Re: DDW 2022 poster |
| **Attachments:** | ijerph-Pharmacoepidemiological Research on N-Nitrosodimethylamine-.pdf |

Dear Dr. Wang, Thank you so much for this paper. This is very helpful.

Anne McTiernan, MD, PhD
Professor, Fred Hutchinson Cancer Research Center
Author,
https://www.amazon.com/Cured-Doctors-Journey-Panic-Peace/dp/1949481387
http://www.amazon.com/Starved-Nutrition-Doctors-Journey-Empty/dp/1942094280

On Oct 1, 2022, at 1:10 AM, Wang CH [Redacted - Email Address] wrote:

Dear Professor McTiernan:

Please refer to the attached paper for more details.

Chun-Hsiang Wang, MD

Wang CH [Redacted - Email Address] 於 2022年9月13日 週二 上午8:22寫道：
> Dear Professor McTiernan:
>
> The manuscript has now been reviewed by experts in the field.
>
> We revised the manuscript and also added an additional information according to the reviewers' comments.
>
> Sincerely yours,
>
> Chun-Hsiang Wang, M.D.

**Exhibit 0132**
10/24/2022
Anne McTiernan, M.D., Ph.D

McTiernan MD PhD, Anne [Redacted - Email Address] 於 2022年9月13日 週二 凌晨2:01寫道：
> Thank you Dr Wang. Can you tell me if it has been accepted?
>
> Anne McTiernan, MD, PhD
> Professor, Fred Hutchinson Cancer Research Center
> Author,
> https://www.amazon.com/Cured-Doctors-Journey-Panic-Peace/dp/1949481387
> http://www.amazon.com/Starved-Nutrition-Doctors-Journey-Empty/dp/1942094280

1

On Sep 12, 2022, at 6:00 AM, Wang CH [Redacted - Email Address] wrote:

Dear Professor McTiernan:

Thank you for your interesting in our poster. Yes, it had been written as a full paper. I'll let you know as soon as it is published.

Sincerely yours,

Chun-Hsiang Wang, M.D.

McTiernan MD PhD, Anne [Redacted - Email Address] 於 2022年9月12日 週一 凌晨 3:39寫道：

> Dear Dr. Wang,
>
>
> I read with great interest your poster from the 2022 DDW meeting on ranitidine and cancer risk, using data from the Taiwan National Insurance Research Database. Can you tell me if the paper will be published in a journal, and if so what journal and when? I'd be interesting in reading the full paper.
>
>
> Thank you,
>
>
> Anne McTiernan, MD, PhD
>
> Professor, Fred Hutchinson Cancer Research Center
>
> [Redacted - Contact Information]

--
Chun-Hsiang Wang, M.D.

2

\--
Chun-Hsiang Wang, M.D.


\--
Chun-Hsiang Wang, M.D.

# EXHIBIT
# 744



International Journal of
*Environmental Research and Public Health*



*Article*

# Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study

Chun-Hsiang Wang [1,2], I-I Chen [1,†], Chung-Hung Chen [3,†] and Yuan-Tsung Tseng [4,*]

1    Department of Hepatogastroenterology, Tainan Municipal Hospital (Managed by Show Chwan Medical Care Corporation), Tainan 701033, Taiwan
2    Department of Optometry, Chung Hwa Medical University, Tainan 701033, Taiwan
3    Department of Gastroenterology, Chang Bing Show Chwan Memorial Hopital, Changhua 505029, Taiwan
4    Committee of Medical Research, Tainan Municipal Hospital (Managed by Show Chwan Medical Care Corporation), Tainan 701033, Taiwan
*    Correspondence: 2a0074@tmh.org.tw; Tel.: +886-6-2609926
†    These author contributed equally to this work.



check for updates

Citation: Wang, C.-H.; Chen, I.-I.; Chen, C.-H.; Tseng, Y.-T. Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study. *Int. J. Environ. Res. Public Health* 2022, 19, 12469. https://doi.org/10.3390/ijerph191912469

Academic Editor: Paul B. Tchounwou

Received: 27 July 2022
Accepted: 27 September 2022
Published: 30 September 2022

**Publisher's Note:** MDPI stays neutral with regard to jurisdictional claims in published maps and institutional affiliations.



**Copyright:** © 2022 by the authors. Licensee MDPI, Basel, Switzerland. This article is an open access article distributed under the terms and conditions of the Creative Commons Attribution (CC BY) license (https:// creativecommons.org/licenses/by/ 4.0/).

**Simple Summary:** There is a lack of published data regarding the association between N-nitrosodimethylamine and human cancer risks. Hence, this study answers several questions using propensity score matching with a large population size selected from a high-quality nationwide and population-based database with a long follow-up period to assess the relationship between the cumulative individual cancer incidence and long-term ranitidine use.

**Abstract:** N-Nitrosodimethylamine (NDMA), a carcinogenic chemical, has recently been identified in ranitidine. We conducted a population-based study to explore ranitidine use and cancer emergence over time. Using the Taiwan National Health Insurance Research Database, a population-based cohort study was conducted. A total of 55,110 eligible patients who received ranitidine between January 2000 and December 2018 were enrolled in the treated cohort. We conducted a 1:1 propensity-score-matching procedure to match the ranitidine-treated group with the ranitidine-untreated group and famotidine controls for a longitudinal study. The association of ranitidine exposure with cancer outcomes was assessed. A multivariable Cox regression analysis that compared cancer risk with the untreated groups revealed that ranitidine increased the risk of liver (hazard ratio (HR): 1.22, 95% confidence interval (CI): 1.09–1.36, $p < 0.001$), lung (HR: 1.17, CI: 1.05–1.31, $p = 0.005$), gastric (HR: 1.26, CI: 1.05–1.52, $p = 0.012$), and pancreatic cancers (HR 1.35, CI: 1.03–1.77, $p = 0.030$). Our real-world observational study strongly supports the pathogenic role of NDMA contamination, given that long-term ranitidine use is associated with a higher likelihood of liver cancer development in ranitidine users compared with the control groups of non-ranitidine users treated with famotidine or proton-pump inhibitors.

**Keywords:** ranitidine; famotidine; cancers; N-nitrosodimethylamine (NDMA); propensity score matching (PSM)

## 1. Introduction

Ranitidine, a histamine-2 receptor antagonist, inhibits gastric acid secretion when treating gastroesophageal reflux disease and peptic ulcers [1]. Additionally, according to the data from the Food and Drug Administration (FDA) Adverse Event Reporting System, elevated and significant proportional reporting ratios (PRRs) were observed for pharyngeal, esophageal, stomach, colorectal, liver, and pancreatic cancers, including elevated PRRs for anal and gallbladder cancers [2].

In 2019, the U.S. FDA declared that N-nitrosodimethylamine (NDMA), with the formula (CH3)2NNO, identified in medicines containing valsartan and ranitidine, is a

**Exhibit 0001**

10/24/2022

Anne McTiernan, M.D., Ph.D

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

member of N-nitrosamines and a known carcinogen, according to laboratory results [3–5]. The FDA's testing of ranitidine products revealed that NDMA levels were nine times greater than the FDA's recommended limit, resulting in global recalls [6,7]. Several studies have also reported that NDMA could be oncogenic in animals [8]. According to the International Agency for Research on Cancer report, NDMA has been proven to belong to group 2A and to be "probably carcinogenic to humans" [9].

A study also reported that high ranitidine doses combined with nitrite produced DNA fragmentation in rodents' livers and gastric mucosa [10]. Many observational human studies have reported that consuming a high number of NDMA-contaminated foods may be linked to an increased risk of stomach and colon cancers [11,12]. Additionally, detailed experimental animal studies showed that cancer risk may increase with NDMA exposure through inhalation or oral delivery and that tumors developed in the lungs, liver, kidneys, and bile ducts in animals [13]. Several studies previously examined the carcinogenic effects of NDMA on humans, although they were equivocal. Some authors reported no association between ranitidine use and cancer risk [14–16], whereas others supported the connection [17–20]. In addition to cancers caused by NDMA contamination, multiple studies reported that acid-suppressive agents, such as proton-pump inhibitors (PPIs) and histamine-2 receptor antagonists (H2RAs), were linked to gastric [21,22] and liver cancers [23–26]. However, these reports were contradictory, and the data were not sufficient to reach definite conclusions. The conflicting results of studies underlie the lack of concrete evidence supporting the role of ranitidine in cancer development. Therefore, we aimed to conduct a large-scale, long-term follow-up cohort study to investigate ranitidine use and the subsequent emergence of cancer over time in a real-life setting.

## 2. Materials and Methods

### 2.1. Data Source

This study used Taiwan's National Health Insurance Database (NHIRD), which is a population-based claims database, and a cross-sectional survey participated in by over 99% of Taiwan's population. We included all medical services, procedures, and prescription medication data from 1 January 2000 to 31 December 2018. The diagnoses recorded in the NHIRD are coded in accordance with the International Classification of Disease, Ninth Revision, Clinical Modification (ICD-9-CM), and Tenth Revision, Clinical Modification (ICD-10-CM).

Considering that the NHIRD dataset consists of encrypted secondary data, each person is impossible to identify; thus, the informed consent requirement was waived. The Research Ethics Committee of Show Chwan Memorial Hospital approved the study protocol on 14 December 2021 (IRB-No: 1101105).

### 2.2. Study Design and Study Participants

The total doses for each ranitidine prescription during the follow-up period were calculated to indicate the duration of ranitidine exposure. As the World Health Organization proposed, one defined daily dose (DDD) of ranitidine was 300 mg/day [27]. We defined 90 DDDs as the valid treatment for patients with reflux esophagitis and peptic ulcer disease treated with 300 mg ranitidine daily for 3 months [28,29]. Patients prescribed ranitidine at ≥90 DDDs were assigned to the ranitidine cohort, whereas those who never used ranitidine belonged to the non-ranitidine cohort.

We investigated whether a dose–response relationship exists between ranitidine and cancer diagnosis. For the sensitivity analysis, we grouped the patient follow-up period into four intervals according to the cumulative dose, starting from the first prescription: 90–180, 181–270, 271–360, and >360 DDDs.

### 2.3. Potential Confounders

The exclusion criteria were as follows: age < 40 years, diagnosis with cancer before the index date, ranitidine use <90 DDDs, and follow-up <1 year.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

We enrolled ranitidine users who were matched for exact age, sex, the Charlson comorbidity index (CCI), comorbidities (hypertensive cardiovascular disease (HCD0, hyperlipidemia, diabetes mellitus (DM), and chronic kidney disease (CKD)), medications (aspirin, statins, angiotensin-converting enzyme inhibitors (ACEIs), β-blockers, spironolactone, glucocorticoids, and selective serotonin reuptake inhibitors (SSRIs), and antiviral therapy for hepatitis B or C virus (HBV and HCV, respectively) infection), and the index date.

The final matched cohort consisted of 55,110 patients who were evaluated from the index date until the target cancer onset, death, or the end of the study period (31 December 2018).

### 2.4. Covariate Assessment

The main confounding factors were based on a recent study investigating the association between N-nitrosodimethylamine and cancer. We adjusted for the following covariates that potentially affect cancer incidence: age, sex, and medication history (low-dose aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral treatment for chronic hepatitis B or C).

We also considered the following comorbidities: HCD (ICD-9 codes 401–405; ICD-10 codes I10–I15), hyperlipidemia (ICD-9 code 272; ICD-10 code E78), DM (ICD-9 code 250; ICD-10 codes E10.0, E10.1, E10.9, E11.0, E11.1, and E11.9), CKD (ICD-9 code 585; ICD-10 code N18), and CCI.

### 2.5. Main Outcome Measurements

We assessed the following cancer categories for the first cancer diagnosis: liver cancer (ICD-9 code 155; ICD-10 code C22), oral cancer (ICD-9 codes 140–149; ICD-10 codes C00–C14), esophageal cancer (ICD-9 code 150; ICD-10 code C15), gastric cancer (ICD-9 code 151; ICD-10 code C16), colon cancer (ICD-9 code 153; ICD-10 code C18), rectal cancer (ICD-9 code 154; ICD-10 codes C19–C21), pancreatic cancer (ICD-9 code 157; ICD-10 code C25), lung cancer (ICD-9 code 162; ICD-10 codes C33 and C34), bone cancer (ICD-9 code 170; ICD-10 codes C40 and C41), bladder cancer (ICD-9 code 188; ICD-10 code C67), renal cancer (ICD-9 code 189; ICD-10 codes C65, C66, and C68), thyroid cancer (ICD-9 code 193; ICD-10 code C73), skin cancer (ICD-9 codes 172–173; ICD-10 code C44), breast cancer in females (ICD-9 code 174; ICD-10 code C50), uterine cancer (ICD-9 code 179; ICD-10 code C55), cervical cancer (ICD-9 code 180; ICD-10 code C53), ovarian cancer (ICD-9 code 183; ICD-10 codes C56 and C570–C574), prostate cancer (ICD-9 code 185; ICD-10 codes C61), and overall cancer. For breast, uterine, cervical, and ovarian cancers, the analysis was restricted to females, and prostate cancer was restricted to males.

### 2.6. Exposure Definition and Follow-Up

In this study, we adopted a new-user design with 1 year as the washout period to eliminate the influence of external factors in patients with newly diagnosed cancer [30]. Patients with no predefined outcomes or those who died during the follow-up were censored. We defined the index date for each ranitidine user as the date of their first prescription. For their corresponding matched comparison group, the index date was set to be that of their matched individual with ranitidine use. All patients were followed up from the index date to 2018. The mean follow-up period was $9.56 \pm 5.96$ (median: 8.42) years for the ranitidine cohort and $9.70 \pm 5.96$ (median: 8.58) years for the non-ranitidine cohort. All prescriptions, diagnostic outcomes, and deaths were ascertained until 31 December 2018. For all groups, the follow-up duration was defined as the interval from the date of enrollment to the date of cancer diagnosis, death, or the end of the follow-up period, whichever came first.

### 2.7. Statistical Analysis

Categorical variables were compared using the McNemar test. Continuous variables such as the prescription and medical records as baseline characteristics were compared using paired *t*-tests. To reduce potential selection bias, we used propensity score match-

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

ing (PSM) to balance the differences in proportions, such as comorbidities, between the ranitidine and non-ranitidine cohorts.

For a robust propensity score matching, 1:1 full matching without replacement was performed. Therefore, the regression model was specified correctly relative to the population regression function of the outcome variable on the treatment and all covariates used for matching. Therefore, trimming techniques were not employed in the weighting approach [31,32]. PSM was performed using multivariate logistic regression analysis and nearest-neighbor matching with the R package "MatchIt" (version 4.3.4).

We used Cox proportional hazards regression models to estimate the hazard ratios (HRs) and 95% confidence intervals (CIs) of cancer risk for ranitidine users in comparison with non-ranitidine users. To confirm the stability and robustness of our model, all hazard ratios and their 95% CIs were modified using the bootstrapping method [33,34]. The outcomes of the different study cohorts were estimated using the Kaplan–Meier method, and the differences in curves were examined using the log-rank test. Sensitivity analysis was conducted to validate the individual events from the index date to the end of the study in different DDD exposure groups using Cox proportional hazards regression models and the Kaplan–Meier method.

The competing risks of death were adjusted using the R package "cmprsk" (version 2.2–11), and the regression model was assessed according to Fine and Gray. All data management procedures were performed using SPSS 21.0 (SPSS Inc., Chicago, IL, USA) and R version 3.4.3 (R Core Team, 2017). A *p*-value of <0.05 was considered statistically significant.

## 3. Results

In the NHIRD database, we found 290,990 ranitidine users and 1,709,128 non-ranitidine users within the study period (Figure 1). In accordance with the exclusion criteria, 75,715 and 1,022,217 patients were finally included in the ranitidine and non-ranitidine cohorts, respectively. Using PSM, we matched the ranitidine cohort (*n* = 55,110) with the non-ranitidine cohort (*n* = 55,110) in a 1:1 model. Figure 1 illustrates the flowchart of patient selection.

Patients from the non-ranitidine cohort who were statistically matched with those from the ranitidine cohort were selected in consideration of the following factors: age, sex, CCI, and comorbidities, including HCD, hyperlipidemia, DM, and CKD.

Certain medications (aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral therapy for HBV or HCV infection) and the index date (the exact date of diagnosis) were potential confounders for most cancers. Table 1 shows the baseline characteristics of the well-balanced, 1:1 matched cohort. Sex, age, CCI scores, and the follow-up period were fully matched between the ranitidine and non-ranitidine cohorts. Overall, the male–female ratio was 47.8:52.2 (*p* = 1.000), with mean values of 66.8 ± 14.1 (*p* = 1.000), 3.77 ± 2.78 (*p* = 1.000), and 9.2 ± 5.9 years (*p* = 1.000) for age, CCI, and follow-up duration, respectively. The median follow-up duration was 8.3 years.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469



**Figure 1.** Flowchart of the selection of study patients. [1] Comorbidities: hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, and chronic kidney disease. [2] Medications: aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, famotidine, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors, and antiviral therapy for hepatitis B or C. [3] Index date: exact date of the first prescription.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

**Table 1.** Baseline characteristics of the non-ranitidine cohort and ranitidine cohort with over 90 DDDs.

| Characteristics | | Untreated n = 55,110 | % | Ranitidine n = 55,110 | % | *p*-Value |
|---|---|---|---|---|---|---|
| Sex | Female | 28,794 | 52.2% | 28,794 | 52.2% | 1.000 |
| | male | 26,316 | 47.8% | 26,316 | 47.8% | |
| Age (mean ± SD) | | 66.8 ± 14.1 | | 66.8 ± 14.1 | | 1.000 |
| CCI | 0–1 | 12,444 | 22.6% | 12,444 | 22.6% | 1.000 |
| | 2–3 | 16,205 | 29.4% | 16,205 | 29.4% | |
| | 4–5 | 12,799 | 23.2% | 12,799 | 23.2% | |
| | >5 | 13,662 | 24.8% | 13,662 | 24.8% | |
| HCD | No | 22,204 | 40.3% | 22,204 | 40.3% | 1.000 |
| | Yes | 32,906 | 59.7% | 32,906 | 59.7% | |
| Hyperlipidemia | No | 26,072 | 47.3% | 26,072 | 47.3% | 1.000 |
| | Yes | 29,038 | 52.7% | 29,038 | 52.7% | |
| DM | No | 37,598 | 68.2% | 37,598 | 68.2% | 1.000 |
| | Yes | 17,512 | 31.8% | 17,512 | 31.8% | |
| CKD | No | 49,704 | 90.2% | 49,704 | 90.2% | 1.000 |
| | Yes | 5406 | 9.8% | 5406 | 9.8% | |
| Aspirin | No | 25,810 | 46.8% | 25,810 | 46.8% | 1.000 |
| | Yes | 29,300 | 53.2% | 29,300 | 53.2% | |
| Statins | No | 32,089 | 58.2% | 32,089 | 58.2% | 1.000 |
| | Yes | 23,021 | 41.8% | 23,021 | 41.8% | |
| ACEIs | No | 31,214 | 56.6% | 31,214 | 56.6% | 1.000 |
| | Yes | 23,896 | 43.4% | 23,896 | 43.4% | |
| β-Blockers | No | 16,047 | 29.1% | 16,047 | 29.1% | 1.000 |
| | Yes | 39,063 | 70.9% | 39,063 | 70.9% | |
| Famotidine | No | 19,841 | 36.0% | 19,841 | 36.0% | 1.000 |
| | Yes | 35,269 | 64.0% | 35,269 | 64.0% | |
| Spironolactone | No | 48,320 | 87.7% | 48,320 | 87.7% | 1.000 |
| | Yes | 6790 | 12.3% | 6790 | 12.3% | |
| Glucocorticoids | No | 5748 | 10.4% | 5748 | 10.4% | 1.000 |
| | Yes | 49,362 | 89.6% | 49,362 | 89.6% | |
| SSRIs | No | 44,749 | 81.2% | 44,749 | 81.2% | 1.000 |
| | Yes | 10,361 | 18.8% | 10,361 | 18.8% | |
| Antiviral therapy | No | 54,271 | 98.5% | 54,271 | 98.5% | 1.000 |
| | Yes | 839 | 1.5% | 839 | 1.5% | |

Abbreviations: DDDs, defined daily doses; SD, standard deviation; CCI, Charlson comorbidity index; HCD, hypertensive cardiovascular disease; DM, diabetes mellitus; CKD, chronic kidney disease; ACEI, angiotensin-converting enzyme inhibitor; SSRIs, selective serotonin reuptake inhibitors.

As shown in Figure 2, the ranitidine cohort showed a significantly higher prevalence of liver cancer (1.1% vs. 1.3%; $p = 0.012$), gastric cancer (0.4% vs. 0.5%; $p = 0.037$), and lung cancer (1.0% vs. 1.2%; $p = 0.033$) and a higher overall cancer rate (8.0% vs. 8.5%; $p = 0.001$) than the non-ranitidine cohort. In terms of the cumulative incidence rates and HRs, ranitidine use was associated with overall cancer (HR, 1.10; 95% CI, 1.06–1.15), liver cancer (HR, 1.22; 95% CI, 1.09–1.36), gastric cancer (HR, 1.26; 95% CI, 1.05–1.52), pancreatic cancer (HR, 1.35; 95% CI, 1.03–1.77), and lung cancer (HR, 1.17; 95% CI, 1.05–1.31) compared with non-ranitidine use. No significant associations were observed for the 14 other cancers. In the Kaplan–Meier analysis, the ranitidine cohort exhibited a significantly higher risk of developing liver cancer (log-rank test, $p = 0.005$), lung cancer ($p = 0.016$), gastric cancer ($p = 0.025$), and pancreatic cancer ($p = 0.043$) than the non-ranitidine cohort (Figure 3).

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469



**Figure 2.** Number and proportion of 18 different cancer reports in the ranitidine and non-ranitidine cohorts and the associated proportional reporting ratios and 95% confidence intervals in multivariate Cox proportional hazards regression adjusted for competing mortality.



**Figure 3.** Cumulative incidences of single cancers after adjustment for competing risks. (**A**) Liver cancer, (**B**) lung cancer, (**C**) gastric cancer, and (**D**) pancreatic cancer.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

Table 2 shows the incidence of each cancer. The incidence rate was 9.19 per 1000 person-years in the ranitidine group and 8.49 per 1000 person-years in the non-ranitidine group. The incidence rates of certain cancers were greater in the group exposed to ranitidine than in the unexposed group. Ranitidine use was associated with some individual cancers with a high incidence rate (per 1000 person-years); these cancers were liver (1.35 vs. 1.16), lung (1.23 vs. 1.07), gastric (0.48 vs. 0.39), and pancreatic (0.23 vs. 0.17) cancers.

**Table 2.** Incidence rates of individual cancers (per 1000 person-years).

| Cancers | Untreated | Incidence Rate * | (95% CI) | Ranitidine | Incidence Rate * | (95% CI) |
|---|---|---|---|---|---|---|
| Liver cancer | 619 | 1.16 | (1.07–1.25) | 711 | 1.35 | (1.25–1.45) |
| Oral Cancer | 191 | 0.36 | (0.30–0.41) | 161 | 0.30 | (0.26–0.36) |
| Esophageal cancer | 82 | 0.15 | (0.12–0.19) | 101 | 0.19 | (0.16–0.23) |
| Gastric cancer | 210 | 0.39 | (0.34–0.44) | 255 | 0.48 | (0.43–0.55) |
| Colon cancer | 527 | 0.99 | (0.90–1.07) | 492 | 0.93 | (0.85–1.02) |
| Rectal cancer | 286 | 0.53 | (0.47–0.60) | 304 | 0.58 | (0.51–0.64) |
| Pancreas cancer | 93 | 0.17 | (0.14–0.21) | 121 | 0.23 | (0.19–0.27) |
| Lung cancer | 575 | 1.07 | (0.98–1.16) | 649 | 1.23 | (1.14–1.33) |
| Bone cancer | 3 | 0.01 | (0.00–0.02) | 4 | 0.01 | (0.00–0.02) |
| Bladder cancer | 177 | 0.33 | (0.28–0.38) | 181 | 0.34 | (0.30–0.40) |
| Renal cancer | 154 | 0.29 | (0.25–0.33) | 181 | 0.34 | (0.30–0.40) |
| Thyroid cancer | 96 | 0.18 | (0.14–0.21) | 90 | 0.17 | (0.14–0.21) |
| Skin cancer | 203 | 0.38 | (0.33–0.43) | 189 | 0.36 | (0.31–0.41) |
| Breast cancer (female) | 407 | 0.76 | (0.69–0.83) | 455 | 0.86 | (0.79–0.95) |
| Uterine cancer | 67 | 0.12 | (0.09–0.15) | 53 | 0.10 | (0.08–0.13) |
| Cervix cancer | 166 | 0.31 | (0.27–0.36) | 155 | 0.29 | (0.25–0.34) |
| Ovarian cancer | 54 | 0.10 | (0.08–0.13) | 42 | 0.08 | (0.06–0.11) |
| Prostate cancer | 306 | 0.57 | (0.51–0.63) | 313 | 0.59 | (0.53–0.66) |
| All cancers | 4399 | 8.49 | (8.24–8.73) | 4682 | 9.19 | (8.93–9.45) |

* Incidence rate (per 1000 person-years).

### 3.1. Ranitidine Duration Effect on Cancer Development

The effect of ranitidine use on the risk of progression to significant individual cancers (e.g., liver cancer, gastric cancer, lung cancer, and pancreatic cancer) was assessed by multivariate Cox regression analysis adjusted for age, sex, CCI, co-medications (aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral therapy for HBV or HCV infection), comorbidities (HCD, hyperlipidemia, DM, and CKD), and the calendar date at the start of follow-up.

Ranitidine users were divided into groups according to drug exposure: 90–180 DDDs, 181–270 DDDs, 271–360 DDDs, >360 DDDs, and an unexposed group. After adjusting for potential confounders, we found that ranitidine use was a potential risk factor for liver cancer development. For patients with relatively limited exposure to ranitidine (<360 DDDs), ranitidine did not significantly affect the risk of developing liver cancer compared with nonusers (Figure 4). However, increased ranitidine exposure was associated with liver cancer risk. For patients with >360 DDDs, the adjusted HR of liver cancer development was 1.42 (95% CI: 1.22–1.66; $p < 0.001$) compared with that in the non-ranitidine group (Table 3).

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469



**Figure 4.** Cumulative incidences of liver cancer for different prescription durations after adjustment for competing risks. Abbreviations: DDDs, defined daily doses.

**Table 3.** Estimates for the association between ranitidine use duration and cancer risk compared with non-ranitidine use by multivariate Cox proportional hazards regression.

| | Liver Cancer | p | Gastric Cancer | p | Lung Cancer | p | Pancreatic Cancer | p |
|---|---|---|---|---|---|---|---|---|
| Never used | 1.00 | | 1.00 | | 1.00 | | 1.00 | |
| 90–180 DDDs * | 1.03 (0.89–1.18) | 0.690 | 1.26 (1.00–1.59) | 0.049 | 1.25 (1.09–1.44) | 0.002 | 1.64 (1.19–2.26) | 0.003 |
| 181–270 DDDs | 1.12 (0.93–1.34) | 0.220 | 1.13 (0.82–1.54) | 0.452 | 1.09 (0.90–1.32) | 0.403 | 1.10 (0.69–1.77) | 0.682 |
| 271–360 DDDs | 1.26 (0.99–1.61) | 0.064 | 1.27 (0.84–1.93) | 0.252 | 1.31 (1.02–1.68) | 0.032 | 0.92 (0.45–1.89) | 0.816 |
| Over 360 DDDs | 1.42 (1.22–1.66) | <0.001 | 1.33 (1.02–1.74) | 0.037 | 1.04 (0.87–1.24) | 0.658 | 1.22 (0.80–1.85) | 0.358 |

* Abbreviations: DDDs, defined daily doses.

Regression was adjusted for age, sex, the Charlson comorbidity index, co-medications (aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors, and antiviral therapy for hepatitis B or C), comorbidities (hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, and chronic kidney disease), and calendar year at the start of follow-up.

### 3.2. Comparison between Ranitidine and Famotidine for the Association with Patient Outcomes

To avoid potential indication bias, we selected non-ranitidine users (control subjects) by PSM for the famotidine cohort, with a ranitidine–famotidine ratio of 1:1. This subgroup was added to determine whether the use of ranitidine increases the risk of developing cancers due to the related indication.

We screened the risk for cancer in the ranitidine (*n* = 35,269) and famotidine (*n* = 35,269) cohorts (Figure 1). Ranitidine users who were statistically matched with famotidine users were selected, adjusting for the following factors: age, sex, indications, co-medications, and comorbidities.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

The prevalence of overall cancer was 3052 (8.7%) in the ranitidine group and 2924 (8.3%) in the famotidine group. The overall cancer risk was statistically different between these two groups (adjusted HR, 1.07; 95% CI, 1.02–1.12, $p$ = 0.010). Significant differences were also observed in liver (adjusted HR, 1.22; 95% CI, 1.06–1.40, $p$ = 0.005) and renal cancer (adjusted HR, 1.33; 95% CI, 1.02–1.73, $p$ = 0.034) outcomes between the two groups (Table 4).

In the Kaplan–Meier analysis, we found that liver cancer risk was significantly different between the ranitidine and famotidine cohorts with a balanced model ($p$ = 0.019, Figure 5A). Moreover, the liver cancer risk was significantly higher in the ranitidine cohort than in non-ranitidine with famotidine and non-ranitidine without famotidine cohorts ($p$ < 0.001 and $p$ = 0.02, respectively; Figure 5B). Therefore, the pattern of the cumulative incidence of liver cancer was the same in the non-ranitidine groups, regardless of famotidine use.



**Figure 5.** (**A**) Cumulative incidences of liver cancer between ranitidine and famotidine users after adjustment for competing risks. (**B**) Cumulative incidences of liver cancer among ranitidine, non-ranitidine with famotidine, and non-ranitidine without famotidine users after adjustment for competing risks.

**Table 4.** Risk of cancer between famotidine and ranitidine users.

| Cancers | Famotidine | % | Ranitidine | % | Total | *p*-Value | HR (95% CI) | *p*-Value |
|---|---|---|---|---|---|---|---|---|
| Liver cancer | 380 | 1.1% | 442 | 1.3% | 822 | 0.032 | 1.22(1.06–1.40) | 0.005 |
| Oral cancer | 125 | 0.4% | 107 | 0.3% | 232 | 0.237 | 0.87(0.67–1.12) | 0.286 |
| Esophageal cancer | 52 | 0.1% | 60 | 0.2% | 112 | 0.451 | 1.19(0.82–1.72) | 0.364 |
| Gastric cancer | 142 | 0.4% | 165 | 0.5% | 307 | 0.208 | 1.19(0.95–1.49) | 0.122 |
| Colon cancer | 365 | 1.0% | 309 | 0.9% | 674 | 0.033 | 0.86(0.74–1.01) | 0.059 |
| Rectal cancer | 193 | 0.5% | 195 | 0.6% | 388 | 0.919 | 1.03(0.84–1.26) | 0.768 |
| Pancreas cancer | 66 | 0.2% | 80 | 0.2% | 146 | 0.281 | 1.25(0.90–1.73) | 0.186 |
| Lung cancer | 356 | 1.0% | 400 | 1.1% | 756 | 0.116 | 1.15(1.00–1.33) | 0.052 |
| Bone cancer * | n/a | n/a | n/a | n/a | n/a | n/a | 1.51(0.25–9.03) | 0.652 |
| Bladder cancer | 116 | 0.3% | 117 | 0.3% | 233 | 0.948 | 1.03(0.80–1.33) | 0.830 |
| Renal cancer | 98 | 0.3% | 128 | 0.4% | 226 | 0.053 | 1.33(1.02–1.73) | 0.034 |
| Thyroid cancer | 71 | 0.2% | 63 | 0.2% | 134 | 0.545 | 0.89(0.64–1.25) | 0.514 |
| Skin cancer | 137 | 0.4% | 137 | 0.4% | 274 | 1.000 | 1.02(0.81–1.30) | 0.842 |
| All cancers | 2924 | 8.3% | 3052 | 8.7% | 5976 | 0.086 | 1.07(1.02–1.12) | 0.010 |

* According to the data protection policy of NHIRD, the data on cancers with <3 cases cannot be provided.

### 3.3. Comparison between Ranitidine and PPIs for Their Association with Liver Cancer

Considering another potential indication bias, we categorized the non-ranitidine users (control subjects) into those with and without PPI use. This subgroup analysis aimed to

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

determine whether ranitidine use increased liver cancer risk due to an alternative medicine with a related indication.

We screened the risk for cancer in the ranitidine ($n = 55,110$), ranitidine without PPI ($n = 51,361$), and ranitidine with PPI ($n = 3749$) cohorts (Figure 6). Ranitidine users were selected to adjust for the following factors: age, sex, indications, co-medications, and comorbidities.

The liver cancer risk was significantly higher in the ranitidine group than in the non-ranitidine without PPI group (adjusted HR, 1.16; 95% CI, 1.04–1.30, $p = 0.006$). Furthermore, liver cancer risk was significantly lower in the non-ranitidine with PPI group than in the non-ranitidine without PPI group (adjusted HR, 0.49; 95% CI, 0.33–0.75, $p = 0.001$). In the Kaplan–Meier analysis, we found that liver cancer risk was significantly higher in the ranitidine group than in the non-ranitidine without PPI and non-ranitidine with PPI groups ($p = 0.032$ and $p < 0.001$, respectively; Figure 6).



**Figure 6.** Cumulative incidences of liver cancer among ranitidine, non-ranitidine with PPI, and non-ranitidine without PPI users after adjustment for competing risks.

## 4. Discussion

The current research, a population-level epidemiologic study, evaluated cancer risk attributed to long-term ranitidine use with NDMA exposure, which was linked to a higher liver cancer risk than the non-ranitidine group and the famotidine group. Several epidemiological analyses have reported the public health concern of NDMA exposure, which has been linked to an increased risk of stomach and colon cancers [11,12,35]. The carcinogenic effects of NDMA theoretically result from inducing DNA-damaging metabolites in the gastrointestinal tract and liver, as suggested by animal studies. Notably, NDMA is metabolized in the liver by CYP2E1 to methyl diazonium, leading to mutations caused by methylation and the development of liver cancer [3,36]. Several studies have reported that hypoacidity due to acid-suppressive medication use also plays a critical role in the development of liver and gastric cancers. The hypothesized mechanisms include bacterial overgrowth, the formation of N-nitroso compounds, lipopolysaccharides, and deoxycholic acid, which have been linked to the development of liver cancer [37–43]. Additionally, higher gastrin levels following PPI or H2RA use may be associated with gastrointestinal malignancies [44,45].

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

Therefore, it is reasonable to assume that a link between acid-suppressive medication use and cancer development may be based on differing mechanisms. However, the clear data from our real-world observational study strongly support the pathogenic role of NDMA contamination, given that long-term ranitidine use is associated with a higher likelihood of cancer development in ranitidine users compared to the control groups of non-ranitidine users who were treated with PPIs or famotidine. Conversely, an increasing number of recent clinical and epidemiological studies [14,15] concluded that there is no convincing evidence of the carcinogenic potency of ranitidine. Nevertheless, the limitations of the two studies mentioned above should be considered since their small sample size and short follow-up duration may cause statistical bias and inaccurate conclusions. One notable strength of our study is the huge population size selected from a high-quality nationwide and population-based database with a long follow-up period of 18 years. Specifically, it was based on a cohort design of a seemingly prospective technique to explore ranitidine exposure and cancer outcomes. Additionally, outcome data were retrieved from formal cancer registries, which are more accurate than other sources. Using PSM, our study constructed an artificial control group (non-ranitidine users) with similar characteristics by combining it with additional matching for multiple prognostic factors or regression adjustment. Using these matches, we estimated the impact of ranitidine intervention on cancer risk, which showed increased odds of developing liver, lung, pancreatic, and gastric cancers. The Kaplan–Meier analysis of our 18-year dataset confirmed these findings.

We included a second active comparator group of individuals who were also prescribed famotidine, containing no NDMA and used for an almost identical indication, which might minimize potential bias to clarify potential confounding by indication.

The overall cancer risk was statistically different between these two groups compared with famotidine or non-ranitidine users. Notably, liver and renal cancers were more common among ranitidine users. Furthermore, the Kaplan–Meier analysis revealed that liver cancer risk was significantly higher in the ranitidine cohort than in the famotidine cohort. Our study observed this outcome using non-ranitidine users as a control group. Additionally, this result contradicts other reports [14,15]. Therefore, based on a direct comparison with either the non-ranitidine group or the famotidine group (similar indication to ranitidine users), only liver cancer displayed a significant association with long-term ranitidine use. This approach was used to ameliorate the implicit indication bias that occurs when the cancer risk is related to the indication for medication use but not to the use of the medication itself [46].

Another comparative approach in our study revealed the association of ranitidine usage with four individual cancers with a high incidence rate (per 1000 person-years), including liver, lung, gastric, and pancreatic cancers, compared with the general population. However, as stated by Roberts et al. [27,47,48], the preference for a pharmacoepidemiological study of drug safety is to develop a new-user design rather than a prevalent-user design in which patients have already been receiving therapy for some time before the study follow-up begins. Therefore, our study used 1 year as the washout period, during which the participants were taken off ranitidine, to remove the effects of treatment before the study initiation. Nonetheless, ranitidine still showed similar results after excluding "protopathic bias" [49], meaning that ranitidine use sometimes precedes cancer development before it is diagnosed.

A positive quality of our study is the use of PSM [50] in a population-based cohort design, which imitates a randomized trial to control for confounding factors that mostly depend on selecting the documented confounders used in the matching model [51]. These potential confounders in our study, which were causally associated with cancer development, include age, sex, CCI, comorbidities, and medications. Nonetheless, PSM cannot specifically balance unknown factors as randomized controlled trials (RCTs) do. Therefore, some experts [52] argued that substantial bias exists in a PSM study, which is one of our study limitations. However, despite having this limitation, PSM potentially takes advantage of the ability to generate a huge sample size from a large database within a short time.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

Moreover, it is impractical and unethical to conduct an RCT to test the carcinogenicity of ranitidine in a patient.

In an additional dose–response subanalysis, given that drug–cancer associations are mostly dose-dependent, we further stratified the extent of NDMA exposure by cumulative ranitidine usage based on drug exposure: 90–180 DDDs, 181–270 DDDs, 271–360 DDDs, >360 DDDs, and an unexposed group. Notably, when considering the dose–response of ranitidine usage, there were significant trends of increased liver cancer risk with an increasing dose of ranitidine. However, there was no continuous dose–response relationship among the other individual cancers. Additionally, Iwagami et al. [14] reported contrary results, although they acknowledged a weakness in the study design due to the limited sample size and statistical power.

The conclusive results of our study after gathering data emphasize that consuming high levels of NDMA due to ranitidine use is linked to liver cancer development. Many current pieces of evidence based on several animal studies propose that NDMA affects liver cancer development, mostly originating from a detailed exploration of the molecular basis of NDMA's carcinogenic action [53–57]. For example, Souliotis et al. [58] reported that rats exposed to hepatocarcinogenic NDMA (0.2–2.64 ppm in the drinking water) for up to 180 days had a rapid accumulation of N7- and O6-methylguanine in the liver and white blood cells. The analysis of DNA, with the maximum adduct levels reached within 1–7 days dose-dependently, indicates that the accumulation of DNA damage and alterations in hepatocyte DNA replication during chronic NDMA exposure may influence the dose dependence of its carcinogenic efficacy. Notably, in the actual scenario, our result agrees with the above experimental data on the cumulative dose of ranitidine usage, which plays a vital role in hepatocarcinogenesis.

The present study has several limitations. First, it was constrained by the study design since we could not accurately estimate the NDMA level. Second, there were no data available in our database regarding certain confounders, such as alcohol consumption and cigarette smoking. Third, the patients' medication compliance cannot be detected from the NHIRD. Fourth, there was scarce information regarding over-the-counter ranitidine usage, which caused the underestimation of ranitidine exposure. Fifth, the NHIRD data used in our study was not the most recent. Sixth, the NHIRD lacks specific laboratory information. Finally, potential misdiagnosis, including comorbidities and cancer categories, is possible in the NHIRD due to the potential misclassification of ICD-9-CM and ICD-10-CM codes.

## 5. Conclusions

To conclude, the clinically meaningful results of this large-scale, longitudinal population-based cohort study using an excellent prescription and cancer database provide concrete evidence with very convincing long-term follow-up information for exploring the causative role of ranitidine in increasing the risk of carcinogenic effects on the liver, which was primarily caused by increasingly heavier ranitidine usage. However, to elucidate the underlying mechanisms of its causal association, further studies are necessary.

**Author Contributions:** Conceptualization, C.-H.W. and I.-I.C.; methodology, Y.-T.T.; software, Y.-T.T.; validation, Y.-T.T.; formal analysis, Y.-T.T.; investigation, C.-H.W. and I.-I.C.; resources, C.-H.W. and C.-H.C.; data curation, C.-H.W.; writing—original draft preparation, C.-H.W.; writing—review and editing, I.-I.C.; visualization, Y.-T.T.; supervision, C.-H.W.; project administration, C.-H.W.; funding acquisition, C.-H.W. and C.-H.C. All authors have read and agreed to the published version of the manuscript.

**Funding:** This research was funded by grant number RD-111-05, and the APC was funded by Tainan Municipal Hospital.

**Institutional Review Board Statement:** The study was conducted in accordance with the Declaration of Helsinki and approved by the Institutional Review Board of Show Chwan Memorial Hospital (IRB-No: 1101105) for studies involving humans.

**Informed Consent Statement:** Considering that the NHIRD dataset consists of encrypted secondary data, each person is impossible to identify; thus, the informed consent requirement was waived.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

**Data Availability Statement:** The NHIRD protects personal electronic data by rigorous confidentiality guidelines. The results presented in the study are available from the NHIRD of Taiwan for researchers who meet the criteria for access to confidential data, which cannot be shared publicly because of legal restrictions imposed by the government of Taiwan under the "Personal Information Protection Act". Requests for data can be sent as a formal proposal to the NHIRD (https://dep.mohw.gov.tw/dos/np-2497-113.html, accessed on 1 August 2022). The contact information for needed data is: 886-2-85906828; Email: sthuiying@mohw.gov.tw.

**Conflicts of Interest:** The authors declare no conflict of interest. The funding sources had no role in the design, analysis, interpretation, or reporting of results or in the decision to submit the manuscript for publication.

## References

1. Lipsy, R.J.; Fennerty, B.; Fagan, T.C. Clinical review of histamine2 receptor antagonists. *Arch. Intern. Med* **1990**, *150*, 745–751. [CrossRef] [PubMed]
2. Vermeer, N.S.; Straus, S.M.; Mantel-Teeuwisse, A.K.; Domergue, F.; Egberts, T.C.; Leufkens, H.G.; De Bruin, M.L. Traceability of biopharmaceuticals in spontaneous reporting systems: A cross-sectional study in the FDA Adverse Event Reporting System (FAERS) and EudraVigilance databases. *Drug Saf.* **2013**, *36*, 617–625. [CrossRef] [PubMed]
3. Tricker, A.R.; Preussmann, R. Carcinogenic N-nitrosamines in the Diet: Occurrence, Formation, Mechanisms and Carcinogenic Potential. *Mutat. Res. Genet. Toxicol.* **1991**, *259*, 277–289. [CrossRef]
4. U.S. Food and Drug Administration. FDA Updates and Press Announcements on NDMA in Zantac (Ranitidine). Available online: https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcementsndma-zantac-ranitidine (accessed on 16 April 2020).
5. European Medicines Agency. EMA Reviewing Medicines Containing Valsartan from Zhejiang Huahai Following the Detection of an Impurity. 2018. Available online: http://www.ema.europa.eu/ema/index.jsp?curl=pages/news_and_events/news/2018/07/news_detail_002984.jsp&mid=WC0b01ac058004d5c1 (accessed on 24 August 2018).
6. Mahase, E. FDA recalls ranitidine medicines over potential cancer causing impurity. *BMJ* **2019**, *367*, I5832. [CrossRef]
7. Medicines and Healthcare Products Regulatory Agency. Class 2 Medicines Recall: Zantac Injection 50 mg/2 mL, Zantac Syrup 150 mg/10 mL, Zantac Tablets 150 mg, Zantac Tablets 300 mg (EL (19)A 24). 8 October 2019. Available online: https://www.gov.uk/drug-devic-alerts/class-2-medicines-recall-zantac-injection-50mg-2ml-zantac-syrup-150mg-10ml-zantac-tablets-150mg-zantac-tablets-300mg-el-19-a-24 (accessed on 22 June 2020).
8. Lijinsky, W.; Reuber, M.D. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. *Cancer Lett.* **1984**, *22*, 83–88. [CrossRef]
9. International Agency for Research on Cancer. Overall Evaluations of Carcinogenicity: And Updating of IARC Monographs, Volume 1 to 42. In *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Supplement 7*; IARC: Lyon, France, 1987; Volume 7, pp. 1–440.
10. Brambilla, G.; Cavanna, M.; Faggin, P.; Maura, A.; Pino, A.; Ricci, R.; Robbiano, L. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. *Carcinogenesis* **1983**, *4*, 1281–1285. [CrossRef]
11. Loh, Y.H.; Jakszyn, P.; Luben, R.N.; Mulligan, A.A.; Mitrou, P.N.; Khaw, K.T. N-Nitroso compounds and cancer incidence: The European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am. J. Clin. Nutr.* **2011**, *93*, 1053–1061. [CrossRef]
12. Zhu, Y.; Wang, P.P.; Zhao, J.; Green, R.; Sun, Z.; Roebothan, B.; Squires, J.; Buehler, S.; Dicks, E.; Zhao, J.; et al. Dietary N-nitroso compounds and risk of colorectal cancer: A case-control study in Newfoundland and Labrador and Ontario, Canada. *Br. J. Nutr.* **2014**, *111*, 1109–1117. [CrossRef]
13. Habel, L.A.; Levin, T.R.; Friedman, G.D. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol. Drug Saf.* **2000**, *9*, 149–155. [CrossRef]
14. Iwagami, M.; Kumazawa, R.; Miyamoto, Y.; Ito, Y.; Ishimaru, M.; Morita, K.; Hamada, S.; Tamiya, N.; Yasunaga, H. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005–2018. *Drug Saf.* **2021**, *44*, 361–371. [CrossRef]
15. Yoon, H.J.; Kim, J.-H.; Seo, G.H.; Park, H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J. Clin. Med.* **2021**, *10*, 153. [CrossRef]
16. Kantor, E.D.; O'Connell, K.; Du, M.; Mendelsohn, R.B.; Liang, P.S.; Braunstein, L.Z. Ranitidine use and cancer risk: Results from UK Biobank. *Gastroenterology* **2021**, *160*, 1856–1859. [CrossRef]
17. Cardwell, C.R.; McDowell, R.D.; Hughes, C.M.; Hicks, B.; Murchie, P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am. J. Gastroenterol.* **2021**, *116*, 1612–1619. [CrossRef]
18. McGwin, G. The Associa-tion between Ranitidine Use and Gas-trointestinal Cancers. *Cancers* **2021**, *13*, 24. [CrossRef]
19. Song, P.; Wu, L.; Guan, W. Dietary nitrates, nitrites, and nitrosamines intake and the risk of gastric cancer: A meta-analysis. *Nutrients* **2015**, *7*, 9872–9895. [CrossRef]

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

20. Hidajat, M.; McElvenny, D.M.; Ritchie, P.; Darnton, A.; Mueller, W.; Van Tongeren, M.; De Vocht, F. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup. Environ. Med.* **2019**, *76*, 250–258. [CrossRef]

21. Tran-Duy, A.; Spaetgens, B.; Hoes, A.W.; de Wit, N.J.; Stehouwer, C.D. Use of proton pump inhibitors and risks of fundic gland polyps and gastric cancer: Systematic review and meta-analysis. *Clin. Gastroenterol. Hepatol.* **2016**, *14*, 1706–1719. [CrossRef]

22. Cheung, K.S.; Chan, E.W.; Wong, A.Y.; Chen, L.; Wong, I.C.; Leung, W.K. Long-term proton pump inhibitors and risk of gastric cancer development after treatment for Helicobacter pylori: A population-based study. *Gut* **2018**, *67*, 28–35. [CrossRef]

23. Li, D.K.; Yan, P.; Abou-Samra, A.B.; Chung, R.T.; Butt, A.A. Proton pump inhibitors are associated with accelerated development of cirrhosis, hepatic decompensation and hepatocellular carcinoma in noncirrhotic patients with chronic hepatitis C infection: Results from ERCHIVES. *Aliment. Pharmacol. Ther.* **2018**, *47*, 246–258. [CrossRef]

24. Lai, S.W.; Liao, K.F.; Lai, H.C.; Lin, C.L.; Sung, F.C. Proton pump inhibitors and risk of hepatocellular carcinoma: A case-control study in Taiwan. *Acta Gastro-Enterol. Belg.* **2013**, *76*, 348–350.

25. Kao, W.-Y.; Su, C.-W.; Tan, E.C.-H.; Lee, P.-C.; Chen, P.-H.; Tang, J.-H.; Huang, Y.-H.; Huo, T.-L.; Chang, C.-C.; Hou, M.-C.; et al. Proton pump inhibitors and risk of hepatocellular carcinoma in patients with chronic hepatitis B or C. *Hepatology* **2019**, *69*, 1151–1164. [CrossRef] [PubMed]

26. Kim, S.; Jeong, S.; Park, S.J.; Chang, J.; Choi, S.; Cho, Y.; Ahn, J.C.; Lee, G.; Son, J.S.; Park, S.M. Association between Proton Pump Inhibitor Use and Risk of Hepatocellular Carcinoma: A Korean Nationally Representative Cohort Study. *J. Clin. Med.* **2022**, *11*, 2865. [CrossRef] [PubMed]

27. World Health Organization. ATC/DDD Index 2020. Available online: https://www.whocc.no/atc_ddd_index/ (accessed on 22 June 2020).

28. Wesdorp, I.C.; Dekker, W.; Klinkenberg-Knol, E.C. Treatment of reflux oesophagitis with ranitidine. *Gut* **1983**, *24*, 921–924. [CrossRef]

29. Ashton, M.G.; Holdsworth, C.D.; Ryan, F.P.; Moore, M. Healing of gastric ulcers after one, two, and three months of ranitidine. *Br. Med. J. (Clin. Res. Ed.)* **1982**, *284*, 467–468. [CrossRef] [PubMed]

30. Roberts, A.W.; Dusetzina, S.B.; Farley, J.F. Revisiting the washout period in the incident user study design: Why 6–12 months may not be sufficient. *J. Comp. Eff. Res.* **2015**, *4*, 27–35. [CrossRef]

31. Greifer, N. Estimating Effects After Matching. MatchIt: Nonparametric Preprocessing for Parametric Causal Inference. Available online: https://cran.r-project.org/web/packages/MatchIt/vignettes/estimating-effects.html (accessed on 1 August 2022).

32. Abadie, A.; Spiess, J. Robust post-matching inference. *J. Am. Stat. Assoc.* **2022**, *117*, 983–995. [CrossRef]

33. Higbee, J.D.; Lefler, J.S.; Burnett, R.T; Ezzati, M.; Marshall, J.D.; Kim, S.-Y.; Bechle, M.; Robinson, A.L.; Pope, C.A., III. Estimating long-term pollution exposure effects through inverse probability weighting methods with Cox proportional hazards models. *Environ. Epidemiol.* **2020**, *4*, e085. [CrossRef]

34. Davison, A.C.; Hinkley, D.V. *Bootstrap Methods and Their Application*; Cambridge University Press: Cambridge, UK, 2013.

35. Knekt, P.; Järvinen, R.; Dich, J.; Hakulinen, T. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: A follow-up study. *Int. J. Cancer* **1999**, *80*, 852–856. [CrossRef]

36. Bartsch, H.; KO'Neill, I. Ninth International Meeting on N-Nitroso Compounds: Exposures, Mechanisms, and Relevance to Human Cancer. *Cancer Res.* **1988**, *48*, 4711–4714.

37. Thorens, J.; Froehlich, F.; Schwizer, W.; Saraga, E.; Bille, J.; Gyr, K.; Duroux, P.; Nicolet, M.; Pignatelli, B.; Blum, A.L.; et al. Bacterial overgrowth during treatment with omeprazole compared with cimetidine: A prospective randomised double blind study. *Gut* **1996**, *39*, 54–59. [CrossRef]

38. Laine, L.; Ahnen, D.; McClain, C.; Solcia, E.; Walsh, J.H. potential gastrointestinal effects of long-term acid suppression with proton pump inhibitors. *Aliment. Pharmacol. Ther.* **2000**, *14*, 651–668. [CrossRef]

39. Tao, X.; Wang, N.; Qin, W. Gut microbiota and hepatocellular carcinoma. *Gastrointest. Tumors* **2015**, *2*, 33–40. [CrossRef]

40. Tannenbaum, S.R. N-nitroso compounds: A perspective on human exposure. *Lancet* **1983**, *1*, 629–632. [CrossRef]

41. Mitacek, E.J.; Brunnemann, K.D.; Suttajit, M.; Martin, N.; Limsila, T.; Ohshima, H.; Caplan, L.S. Exposure to N-nitroso compounds in a population of high liver cancer regions in Thailand: Volatile nitrosamine (VNA) levels in Thai food. *Food Chem. Toxicol.* **1999**, *37*, 297–305. [CrossRef]

42. Jirillo, E.; Caccavo, D.; Magrone, T.; Piccigallo, E.; Amati, L.; Lembo, A.; Kalis, C.; Gumenscheimer, M. The role of the liver in the response to LPS: Experimental and clinical findings. *J. Endotoxin Res.* **2002**, *8*, 319–327. [CrossRef]

43. Darnaud, M.; Faivre, J.; Moniaux, N. Targeting gut flora to prevent progression of hepatocellular carcinoma. *J. Hepatol.* **2013**, *58*, 385–387. [CrossRef]

44. Orlando, L.A.; Lenard, L.; Orlando, R.C. Chronic hypergastrinemia: Causes and consequences. *Dig. Dis. Sci.* **2007**, *52*, 2482–2489. [CrossRef]

45. Moore, T.C.; Jepeal, L.I.; Boylan, M.O.; Singh, S.K.; Boyd, N.; Beer, D.G.; Chang, A.J.; Wolfe, M.M. Gastrin stimulates receptor-mediated proliferation of human esophageal adenocarcinoma cells. *Regul. Pept.* **2004**, *120*, 195–203. [CrossRef]

46. Salas, M.; Hotman, A.; Stricker, B.H. Confounding by indication: An example of variation in the use of epidemiologic terminology. *Am. J. Epidemiol.* **1999**, *149*, 981–983. [CrossRef]

47. Ray, W.A. Evaluating medication effects outside of clinical trials: New-user designs. *Am. J. Epidemiol.* **2003**, *158*, 915–920. [CrossRef]

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

48. Perrio, M.; Waller, P.C.; Shakir, S.A. An analysis of the exclusion criteria used in observational pharmacoepidemiological studies. *Pharmacoepidemiol. Drug Saf.* **2007**, *16*, 329–336. [CrossRef]
49. Horwitz, R.I.; Feinstein, A.R. The problem of "protopathic bias" in case-control studies. *Am. J. Med.* **1980**, *68*, 255–258. [CrossRef]
50. Stürmer, T.; Joshi, M.; Glynn, R.J.; Avorn, J.; Rothman, K.J.; Schneeweiss, S. A review of the application of propensity score methods yielded increasing use, advantages in specific settings, but not substantially different estimates compared with conventional multivariable methods. *J. Clin. Epidemiol.* **2006**, *59*, 437.e1–437.e24. [CrossRef] [PubMed]
51. Hallas, J.; Pottegård, A. Use of self-controlled designs in pharmacoepidemiology. *J. Intern. Med.* **2014**, *275*, 581–589. [CrossRef] [PubMed]
52. Peikes, D.N.; Moreno, L.; Orzol, S.M. Propensity score matching: A note of caution for evaluators of social programs. *Am. Stat.* **2008**, *62*, 222–231. [CrossRef]
53. Swenberg, J.A.; Bedell, M.A.; Billings, K.C.; Umbenhauer, D.R.; Pegg, A.E. Cell-specific differences in O6-alkylguanine DNA repair activity during continuous exposure to carcinogen. *Proc. Natl. Acad. Sci. USA* **1982**, *79*, 5499–5502. [CrossRef]
54. Bedell, M.A.; Lewis, J.G.; Billings, K.C.; Swenberg, J.A. Cell specificity in hepatocarcinogenesis: 06-methylguanine preferentially accumulates in target cell DNA during continuous exposure of rats to 1,2-dimethylhydrazine. *Cancer Res.* **1982**, *42*, 3079–3083.
55. Dumenco, L.L.; Allay, E.; Norton, K.; Gerson, S.L. The prevention of thymic lymphomas in transgenic mice by human O6-alkylguanine-DNA alkyltransferase. *Science* **1993**, *259*, 219–222. [CrossRef]
56. Nakatsuru, Y.; Matsukuma, S.; Nemoto, N.; Sugano, H.; Sekiguchi, M.; Ishikawa, T. O6-methylguanine-DNA methyltransferase protects against nitrosamine-induced hepatocarcinogenesis. *Proc. Natl. Acad. Sci. USA* **1993**, *90*, 6468–6472. [CrossRef]
57. Zaidi, N.H.; Pretlow, T.P.; O'Riordan, M.A.; Dumenco, L.L.; Allay, E.; Gerson, S.L. Transgenic expression of human MGMT protects against azoxymethane-induced aberrant crypt foci and G to A mutations in the K-ras oncogene of mouse colon. *Carcinogenesis* **1995**, *16*, 451–456. [CrossRef]
58. Souliotis, V.L.; Henneman, J.R.; Reed, C.D.; Chhabra, S.K.; Diwan, B.A.; Anderson, L.M.; Kyrtopoulos, S.A. DNA adducts and liver DNA replication in rats during chronic exposure to N-nitrosodimethylamine (NDMA) and their relationships to the dose-dependence of NDMA hepatocarcinogenesis. *Mutat. Res. Fundam. Mol. Mech. Mutagen.* **2002**, *500*, 75–87. [CrossRef]

# EXHIBIT
# 745

# Wang (2022) Does Not Change the Picture



**Liver Cancer: Studies with H2RA Active Comparator**

Decreased Risk — Increased Risk

From Brand Defendants' Presentation

Kim Y. Other H2RAs

Yoon Other H2RAs

Adami Other H2RAs

Wang "Other H2RAs"

Risk Ratio

0.4  0.6  0.8  1.0  1.4  1.8

**Exhibit 0002**
10/24/2022
Anne McTiernan, M.D., Ph.D



Wang – Liver Cancer (Non-Use)

Risk Ratio

2
1.5
1
0.5
0

0-90  90-180  181-270  271-360  >360
Defined Daily Dose (mg)

1.03  1.12  1.26  1.42



Adami – Liver Cancer (H2RA AC)

Risk Ratio

2
1.5
1
0.5
0

>=5  >=10
Number of Rx

1.09  0.79

**From Brand Defendants' presentation**



**Table 2.** Incidence rates of individual cancers (per 1000 person-years).

| Cancers | Untreated | Incidence Rate * | (95% CI) | Ranitidine | Incidence Rate * | (95% CI) |
|---|---|---|---|---|---|---|
| Liver cancer | 619 | 1.16 | (1.07–1.25) | 711 | 1.35 | (1.25–1.45) |
| Oral Cancer | 191 | 0.36 | (0.30–0.41) | 161 | 0.30 | (0.26–0.36) |
| Esophageal cancer | 82 | 0.15 | (0.12–0.19) | 101 | 0.19 | (0.16–0.23) |
| Gastric cancer | 210 | 0.39 | (0.34–0.44) | 255 | 0.48 | (0.43–0.55) |
| Colon cancer | 527 | 0.99 | (0.90–1.07) | 492 | 0.93 | (0.85–1.02) |
| Rectal cancer | 286 | 0.53 | (0.47–0.60) | 304 | 0.58 | (0.51–0.64) |
| Pancreas cancer | 93 | 0.17 | (0.14–0.21) | 121 | 0.23 | (0.19–0.27) |
| Lung cancer | 575 | 1.07 | (0.98–1.16) | 649 | 1.23 | (1.14–1.33) |
| Bone cancer | 3 | 0.01 | (0.00–0.02) | 4 | 0.01 | (0.00–0.02) |
| Bladder cancer | 177 | 0.33 | (0.28–0.38) | 181 | 0.34 | (0.30–0.40) |
| Renal cancer | 154 | 0.29 | (0.25–0.33) | 181 | 0.34 | (0.30–0.40) |
| Thyroid cancer | 96 | 0.18 | (0.14–0.21) | 90 | 0.17 | (0.14–0.21) |
| Skin cancer | 203 | 0.38 | (0.33–0.43) | 189 | 0.36 | (0.31–0.41) |
| Breast cancer (female) | 407 | 0.76 | (0.69–0.83) | 455 | 0.86 | (0.79–0.95) |
| Uterine cancer | 67 | 0.12 | (0.09–0.15) | 53 | 0.10 | (0.08–0.13) |
| Cervix cancer | 166 | 0.31 | (0.27–0.36) | 155 | 0.29 | (0.25–0.34) |
| Ovarian cancer | 54 | 0.10 | (0.08–0.13) | 42 | 0.08 | (0.06–0.11) |
| Prostate cancer | 306 | 0.57 | (0.51–0.63) | 313 | 0.59 | (0.53–0.66) |
| All cancers | 4399 | 8.49 | (8.24–8.73) | 4682 | 9.19 | (8.93–9.45) |

* Incidence rate (per 1000 person-years).

**From Brand Defendants' presentation**



**From Brand Defendants' presentation**



**From Brand Defendants' presentation**



# Adami Supplement



**Supplementary Figure 2. Stabilized Inverse-Probability-of-Treatment-Weighted Comparison of Risk of Cancer in Users of Ranitidine Versus Users of Other H2RBs/PPIs Restricted to Patients with at least 5 Filled Prescriptions.**

| Ranitidine versus Other H2RBs | Ranitidine Events/Person years | Comparison Events/Person years | Hazard ratio (95%CI) | | Ranitidine 10 year Risk, % | Comparison 10 year Risk, % | 10 year Risk difference (95%CI), % | |
|---|---|---|---|---|---|---|---|---|
| **Esophageal cancer** | 94 / 288,945 | 89 / 300,520 | 1.09 (0.78–1.52) | | 0.25 (0.19 - 0.33) | 0.24 (0.18 - 0.32) | 0.01 (-0.08–0.11) | |
| adenocarcinoma | 35 / 288,996 | 34 / 300,560 | 1.05 (0.63–1.75) | | 0.10 (0.06 - 0.15) | 0.10 (0.06 - 0.15) | 0.00 (-0.06–0.05) | |
| squamous cell carcinoma | 24 / 289,025 | 18 / 300,604 | 1.33 (0.68–2.59) | | 0.06 (0.03 - 0.12) | 0.05 (0.03 - 0.08) | 0.01 (-0.03–0.06) | |
| **Stomach cancer** | 115 / 288,930 | 104 / 300,482 | 1.14 (0.86–1.52) | | 0.29 (0.22 - 0.38) | 0.27 (0.21 - 0.35) | 0.02 (-0.08–0.12) | |
| proximal | 69 / 288,985 | 53 / 300,545 | 1.32 (0.87–1.99) | | 0.16 (0.11 - 0.23) | 0.13 (0.09 - 0.18) | 0.03 (-0.04–0.11) | |
| distal | 12 / 289,045 | 22 / 300,593 | 0.57 (0.25–1.31) | | 0.04 (0.02 - 0.10) | 0.06 (0.03 - 0.10) | -0.02 (-0.06–0.03) | |
| unknown/several regions | 59 / 289,026 | 48 / 300,586 | 1.30 (0.88–1.91) | | 0.17 (0.12 - 0.24) | 0.14 (0.10 - 0.19) | 0.03 (-0.04–0.10) | |
| **Hepatocellular carcinoma** | 44 / 289,019 | 42 / 300,574 | 1.09 (0.70–1.69) | | 0.13 (0.09 - 0.19) | 0.10 (0.06 - 0.14) | 0.04 (-0.03–0.10) | |
| **Pancreatic cancer** | 142 / 288,943 | 173 / 300,522 | 0.85 (0.67–1.06) | | 0.41 (0.34 - 0.50) | 0.44 (0.35 - 0.56) | -0.03 (-0.16–0.10) | |

## Adami p.2306 Figure 2

Adami et al.



| Ranitidine vs. Other H2RBs | Ranitidine Events/Person years | Comparison Events/Person years | Hazard ratio (95% CI) | | Ranitidine 10 year Risk (%) | Comparison 10 year Risk (%) | 10 year risk difference (95% CI), % | |
|---|---|---|---|---|---|---|---|---|
| Esophageal cancer | 65/159,816 | 45/130,515 | 1.16 (0.80–1.69) | | 0.28 (0.20–0.37) | 0.26 (0.18–0.36) | 0.02 (-0.10–0.14) | |
| Adenocarcinoma | 22/159,856 | 19/130,537 | 0.97 (0.53–1.76) | | 0.11 (0.06–0.18) | 0.11 (0.06–0.18) | 0.00 (-0.08–0.08) | |
| Squamous cell carcinoma | 17/159,863 | 8/130,556 | 1.71 (0.70–4.15) | | 0.05 (0.02–0.11) | 0.05 (0.02–0.11) | 0.00 (-0.05–0.05) | |
| Stomach cancer | 75/159,814 | 54/130,475 | 1.13 (0.77–1.65) | | 0.31 (0.22–0.42) | 0.34 (0.23–0.48) | -0.03 (-0.18–0.13) | |
| Proximal | 48/159,829 | 31/130,507 | 1.25 (0.73–2.13) | | 0.20 (0.13–0.29) | 0.18 (0.10–0.31) | 0.02 (-0.12–0.15) | |
| Distal | 5/159,886 | 12/130,547 | 0.32 (0.09–1.16) | | 0.02 (0.01–0.06) | 0.07 (0.03–0.15) | -0.05 (-0.10–0.01) | |
| Unknown/several regions | 38/159,886 | 21/130,548 | 1.44 (0.88–2.38) | | 0.17 (0.11–0.25) | 0.15 (0.09–0.22) | 0.02 (-0.07–0.11) | |
| Hepatocellular carcinoma | 23/159,871 | 24/130,529 | 0.79 (0.43–1.44) | | 0.12 (0.07–0.20) | 0.15 (0.09–0.24) | -0.03 (-0.12–0.06) | |
| Pancreatic cancer | 83/159,811 | 83/130,527 | 0.81 (0.60–1.09) | | 0.45 (0.34–0.59) | 0.44 (0.33–0.58) | 0.01 (-0.15–0.18) | |

0.25   3.00

-0.25   0.25

Downloa

**From Brand Defendants' presentation**



7