# Michaels
# Deposition and Exhibits

# EXHIBIT
# 746

1

2

H I G H L Y    C O N F I D E N T I A L

3

4     IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF FLORIDA
5     WEST PALM BEACH DIVISION
6     -------------------------------------x
      IN RE:  ZANTAC (RANITIDINE)
7     PRODUCTS LIABILITY
      THIS DOCUMENT RELATES TO:          MDL No. 2924
8
      ALL CASES
9     -------------------------------------x
10    SUPERIOR COURT OF THE STATE OF CALIFORNIA
      COUNTY OF ALAMEDA
11    CCP NO. 5150
      -------------------------------------x
12    COORDINATION PROCEEDING SPECIAL TITLE
      (Rule 3.550)
13
      RANITIDINE PRODUCTS CASES
14
      THIS DOCUMENT RELATES TO:
15
      ALL ACTIONS
16    -------------------------------------x
17          REMOTE/ORAL/WEB VIDEOCONFERENCE
18            VIDEOTAPED DEPOSITION OF
19               PAUL MICHAELS, M.D.
20            Tuesday, October 18, 2022
21                 8:30 p.m. EDT
22
23    Reported by:
      Jennifer Ocampo-Guzman, CRR, CLR
24
25

Page 2

1

2

3

4

5

6

7

8

9                     October 18, 2022

10                     8:30 p.m.

11

12              Remote/Oral/Web Videoconference

13        Videotaped Deposition of PAUL MICHAELS,

14        M.D., held via Zoom Web

15        Videoconference, pursuant to notice,

16        before Jennifer Ocampo-Guzman, a

17        Certified Realtime Shorthand Reporter

18        and Notary Public of the State of

19        New Jersey.

20

21

22

23

24

25

Page 3

1

2    A P P E A R A N C E S:

3

4        HAUSFELD, L.L.P.

5        Counsel for Plaintiffs

6            One Marina Park Drive, Suite 1410

7            Boston, Massachusetts 02210

8        BY:  STEVEN ROTMAN, ESQ.

9

10       PULASKI KHERKHER, PLLC

11       Attorneys for Plaintiff

12           2925 Richmond Avenue, Suite 1725

13           Houston, Texas 77098

14       BY:   ADAM PULASKI, ESQ.

15

16       CHAFFIN LUHANA LLP

17           Attorneys for Plaintiffs

18           600 Third Avenue, 12th Floor

19           New York, New York 10016

20       BY:  ROOPAL P. LUHANA, ESQ.

21

22

23

24

25

Page 4

1

2    A P P E A R A N C E S:   (Cont'd.)

3

4        MARTIN HARDIN & MASSOTTI

5        Attorneys for MDL Plaintiff

6            111 Washington Avenue, Suite 750

7            Albany, New York 12210

8        BY:  ROSEMARIE RIDDELL BOGDAN, ESQ.

9

10       WATTS GUERRA LLP

11       Attorneys for the Plaintiffs

12           4 Dominion Drive, Bld 3, Suite 100

13           San Antonio, Texas 78257

14       BY:   JERRY WHITE, ESQ.

15

16       LEVIN PAPANTONIO RAFFERTY

17       Attorneys for Plaintiffs

18           316 South Baylon Street

19           Pensacola, Florida 32502

20       BY:  DANIEL NIGH, ESQ.

21

22

23

24

25

```
                                        Page 5

 1

 2     A P P E A R A N C E S:  (Cont'd.)

 3          ANAPOL WEISS LLP

 4          Attorneys for Plaintiff

 5                130 N 18th Street, Suite 1600

 6                Philadelphia, Pennsylvania 19103

 7          BY:   TRACY A. FINKEN, ESQ.

 8                JAMES RONCA, ESQ.

 9

10          DLA PIPER LLP (US)

11          Attorneys for Defendants Chattem,

12          Inc., Sanofi-Aventis U.S. LLC, Sanofi

13                33 Arch Street, 26th Floor

14                Boston, Massachusetts  02110-1447

15          BY:   MATT HOLIAN, ESQ.

16                KATIE INSOGNA, ESQ.

17                BREANNA FIELDS, ESQ.

18                BRADLEY JENNINGS, ESQ.

19

20

21

22

23

24

25
```

```
                                              Page 6

 1

 2     A P P E A R A N C E S:  (Cont'd.)

 3         KING & SPALDING LLP

 4         Attorneys for Defendants Boehringer

 5         Ingelheim Pharmaceuticals,

 6         Inc., Boehringer Ingelheim

 7         Corporation, Boehringer

 8         Ingelheim USA Corporation,

 9         Boehringer Ingelheim

10         International GmbH,

11         Boehringer Ingelheim Promeco,

12         S.A. de C.V.

13                1180 Peachtree Street, NE, Suite 1600

14                Atlanta, Georgia 30309

15         BY:   LUKE BOSSO, ESQ.

16

17         WILLIAMS & CONNOLLY LLP

18         Attorneys for Defendant Pfizer

19                680 Maine Avenue SW

20                Washington, DC 20024

21         BY:   PAUL BOEHM, ESQ.

22     ALSO PRESENT:

23         LEE BOWRY, Videographer

24         DAVID JOHNSON, Concierge (Veritext)

25
```

```
 1              HIGHLY CONFIDENTIAL
 2                THE VIDEOGRAPHER:  Good evening.
 3          We are going on the record at 8:30 p.m.,
 4          Eastern Time, on October 18, 2022.
 5          Please note that this deposition is
 6          being conducted virtually.  Quality of
 7          recording depends on the quality of
 8          camera and internet connection of
 9          participants.  What is seen from the
10          witness and heard on screen is what will
11          be recorded.  Audio and video recording
12          will continue to take place unless all
13          parties agree to go off the record.
14              This is media unit 1 of the
15          video-recorded deposition of Dr. Paul J.
16          Michaels, in the matter of In Re:
17          Zantac Ranitidine Products Liability
18          Litigation filed in the United States
19          District Court, Southern District of
20          Florida, MDL number 2924-20, MD-2924.
21              My name is Lee Bowry from the firm
22          of Veritext-New York, and I am the
23          videographer.  The court reporter is
24          Jennifer Ocampo-Guzman and the concierge
25          is David Johnson, both also with
```

Page 8

```
 1          HIGHLY CONFIDENTIAL
 2      Veritext.
 3          I am not related to any party in
 4      this action, nor am I financially
 5      interested in the outcome.  If there are
 6      any objections to proceeding, please
 7      state them at this time.
 8          Having heard none, counsel
 9      attending remotely will be noted on the
10      stenographic record.
11          Will the court reporter please
12      swear in the witness and then counsel
13      may proceed.
14  P A U L   J.   M I C H A E L S, M. D.,
15  called as a witness, having been duly sworn,
16  was examined and testified as follows:
17  EXAMINATION BY
18  MR. HOLIAN:
19          Q.   Dr. Michaels, good evening.  How
20  are you?
21          A.   Good.  Thank you.  How are you?
22          Q.   Good.
23          I know I deposed you previously, so
24  I just want to quickly reiterate some of the
25  ground rules.
```

1          MICHAELS - HIGHLY CONFIDENTIAL

2                  If you don't understand any of my

3      questions today, will you please let me know?

4          A.    Yes.

5          Q.    Is there any reason you can't give

6      your best testimony today?

7          A.    No, although I had little time to

8      prepare for this deposition.

9          Q.    We're proceeding via Zoom today.

10     Can you tell me where you are located?

11         A.    I am located at -- in my office in

12     Bay Area Hospital, which is in Coos Bay in

13     Oregon.

14         Q.    Anyone else in the room with you?

15         A.    No.

16         Q.    Other than Zoom and a web browser

17     to download exhibits, do you have any other

18     applications open on your computer?

19         A.    Just the internet with Zoom on it.

20         Q.    Okay.  I think our ground rules for

21     these remote depositions is that you not open

22     anything during the deposition, like e-mail

23     or anything else, okay?  Is that fair?

24         A.    That's fair.

25                MR. HOLIAN:  Okay.

1          MICHAELS - HIGHLY CONFIDENTIAL

2          Q.   Mr. Johnson, if you could please

3     move into the marked exhibits, a couple of

4     things, for the record, Dr. Michaels, we will

5     first put in there, what we're going to mark

6     as Exhibit 1a, which is your original report

7     in this matter.  I'm marking it as 1a, as

8     distinct from 1, because we've applied some

9     different highlighting this time, just to

10    facilitate my questions today but it's the

11    same report as your original one.

12              (Dr. Paul Michaels Exhibit 0001a,

13         Original report of Dr. Paul Michaels,

14         marked for identification, this date.)

15              MR. HOLIAN:  I've also ask

16         Mr. Johnson to move over Exhibit 15,

17         which is your supplemental that you

18         provided in advance of today, and

19         Exhibit 16, which is the Wang article.

20              (Dr. Paul Michaels Exhibit 0015,

21         Rule 26 Supplemental Report of Paul J.

22         Michaels, M.D., marked for

23         identification, this date.)

24              (Dr. Paul Michaels Exhibit 0016,

25         Article by Chun-Hsiang Wang, marked for

```
                                          Page 11

 1          MICHAELS - HIGHLY CONFIDENTIAL
 2          identification, this date.)
 3               MR. HOLIAN:  Dr. Michaels, do you
 4          have access to that shared file of
 5          exhibits?
 6               THE WITNESS:  I guess I need to
 7          find out where -- yeah, they sent me an
 8          e-mail and I'm just -- I'll have to go
 9          to the log-in page.
10               MR. HOLIAN:  Why don't we go off
11          the record for a couple of minutes while
12          he pulls that up.
13               THE VIDEOGRAPHER:  Going off the
14          record.  The time is 8:34 p.m., Eastern
15          Time.
16               (A brief recess was taken.)
17               THE VIDEOGRAPHER:  We are back on
18          the record.  The time is 8:35 p.m.,
19          Eastern Time.
20          Q.   Dr. Michaels, when were you first
21     contacted by plaintiffs' counsel about
22     drafting your supplemental report?
23          A.   I wrote it down -- well, I should
24     say I typed it out on my running invoice, but
25     I don't remember the exact day.  I believe it
```

```
                                          Page 12
```

1          MICHAELS - HIGHLY CONFIDENTIAL
2      was the end of September.
3          Q.   Do you know how many hours you
4      spent on your supplemental report?
5          A.   So on the supplemental report or in
6      the supplemental report and preparing for
7      this deposition?
8          Q.   Why don't you start with the larger
9      number first.
10          A.   So -- well, I don't have it in
11      front of me, but I would say that just for --
12      well, it's easier for me to do it with regard
13      to the timeline.  So I would say in preparing
14      my supplemental report, with reading the
15      paper, reading a few other papers that I
16      referenced again, and then drafting the
17      report, I would say between -- about six or
18      so hours, I guess; and then after that, which
19      I believe I signed it on October 3rd, and
20      then it was just about, it seems like a week
21      ago that I found out I was going to be
22      deposed in this; and since then, in preparing
23      for the deposition, I would say it's been
24      maybe an additional 15 hours or so?
25          Q.   Have you ever communicated with any

```
                                        Page 13
```

1           MICHAELS - HIGHLY CONFIDENTIAL

2      of the authors listed on the Wang paper?

3           A.   No, not that I'm aware of.  Not

4      specifically about the Wang paper.

5           Q.   Have you communicated with them

6      about anything else?

7           A.   Not that I'm aware of.

8           Q.   Other than the abstract, did you

9      see a version of the Wang paper before

10     September 30 of 2022?

11          A.   Could you repeat that?

12          Q.   Yeah.  Other than the abstract, did

13     you see any version of the Wang paper before

14     September 30, 2022?

15          A.   I don't believe so, no.

16          Q.   If you could open up your

17     supplemental report, Exhibit 15, Mr. Johnson,

18     if you could please pull that up on the

19     screen and turn to page 2.  And by page 2, I

20     mean page 3 of the PDF.  It's the second full

21     page of text.

22               Are you with me, Dr. Michaels?

23          A.   Yes.

24          Q.   While Mr. Johnson is pulling that

25     up, does this look like a correct copy of

Page 14

```
 1          MICHAELS - HIGHLY CONFIDENTIAL
 2      your supplemental report, doctor?
 3          A.   Yes.
 4              MR. HOLIAN:  So Mr. Johnson, if you
 5          could go to the third page of that PDF,
 6          one more, page 4 and 5, thank you.
 7          Q.   You'll see there in the second full
 8      paragraph, you cite there a paper by Iwagami
 9      and others; is that correct, Dr. Michaels?
10          A.   Yes.
11          Q.   And in the following paragraph, you
12      cite a paper by Yoon and others; is that
13      correct?
14          A.   Yes.
15          Q.   And if you turn to the next page,
16      on the first full paragraph you cite a paper
17      there by Kim and others; is that correct?
18          A.   Yes.
19          Q.   If we could now go to your original
20      report.
21              MR. HOLIAN:  Mr. Johnson, if you
22          could pull up Exhibit 1a, please.
23          Q.   And I would like you to start, Dr.
24      Michaels, by going to page 44 of your
25      original report.  I just want to briefly
```

                                                    Page 15

 1          MICHAELS - HIGHLY CONFIDENTIAL
 2     review your discussion of those studies and
 3     some others that relate to liver cancer.
 4     Okay?
 5          A.    So page 44 of my report?
 6          Q.    Yes.
 7          A.    Okay.
 8               MR. HOLIAN:  And that's in
 9          Exhibit 1a, Mr. Johnson.
10          Q.    And if you'd go to numbered
11     page 44, and you see that's the section of
12     your original report relating to liver
13     cancer, right, Dr. Michaels?
14          A.    Yes, from 41 to 44.
15          Q.    That's right.
16               And on this part of page 44, right
17     above where the footnote starts, that's where
18     you first discuss some of the ranitidine
19     epidemiology studies relating to liver
20     cancer, correct?
21          A.    Yes.
22          Q.    And you see there you cite a study
23     by Tran and others, with reference 386; do
24     you see that?
25          A.    Yes.

```
 1        MICHAELS - HIGHLY CONFIDENTIAL
 2        Q.    And then if you continue, the last
 3    sentence on page 44, going on to page 45,
 4    you'll see you also reference a study by
 5    Kantor and others, which is reference 387.
 6    Do you see that?
 7        A.    Yes.
 8        Q.    Within the section of your report
 9    discussing liver cancer, doctor, you'll agree
10    with me, you did not reference the liver
11    cancer results from ranitidine epidemiology
12    studies published by Iwagami, Kim or Yoon?
13        A.    I didn't reference them in that
14    section, no.
15        Q.    Okay.
16            I'm going to have you turn to
17    page 61 of your original report, please.  I
18    want to show you the other places where you
19    discuss those three studies you mentioned in
20    your supplemental report.
21            And if you're on page 61, you see
22    in the section of your report on bladder
23    cancer at the bottom of that first paragraph,
24    at the top of the page do you see you
25    included a sentence there that begins with
```

```
                                        Page 17
 1          MICHAELS - HIGHLY CONFIDENTIAL
 2     the word "Further"?
 3               Do you see that?
 4          A.    Yes.
 5          Q.    And you see that sentence ends with
 6     references 387 and 506, do you see that?
 7          A.    Yes.
 8          Q.    And we previously established that
 9     387 was the Kantor paper, right?
10          A.    Let me go back.
11               Yes.
12          Q.    And you'll see there reference 506
13     is to the Yoon paper.  Do you see that?
14          A.    Yes.
15          Q.    And now let's have you turn to
16     page 64.  The first full paragraph there in
17     about the middle the page, do you see that
18     sentence that starts, "Like most topics in
19     medicine..."?
20          A.    Yes.
21          Q.    "... there are some studies that
22     have been published which have not shown a
23     uniformly increased risk of cancer."
24               Do you see that sentence?
25          A.    Yes.
```

```
                                            Page 18
```

1          MICHAELS - HIGHLY CONFIDENTIAL

2          Q.    And you see that ends with

3     references 506, 517 and 518.  Do you see

4     that?

5          A.    Yes.

6          Q.    And that 506 was the Yoon reference

7     that we saw previously on page 61?

8          A.    That's correct.

9          Q.    I'll represent to you, doctor, that

10    other than the reference to Yoon on page 61,

11    this reference on page 64 is the only other

12    place in your report where you discuss the

13    Yoon study.

14              Does that seem right to you?

15         A.    I don't know, I would have to go

16    through my whole study; but I don't recall

17    specifically everywhere where I referenced

18    it.

19         Q.    Okay.  You'll see citation 517

20    there at the bottom of the page is to the

21    Iwagami study.  Do you see that?

22         A.    Yes.

23         Q.    And I'll represent to you, doctor,

24    this is the only reference to Iwagami in your

25    original report.

```
                                              Page 19
 1          MICHAELS - HIGHLY CONFIDENTIAL
 2               Do you have any reason to disagree
 3      with that?
 4          A.    No, I don't.
 5          Q.    And you'd agree with me, doctor,
 6      that the Iwagami study did not report results
 7      for liver cancer, correct?
 8          A.    I would have to go back through the
 9      Iwagami study.
10          Q.    Okay.  You don't remember, as you
11      sit here, whether it contained results for
12      liver cancer?
13          A.    Well, what I was doing in this
14      supplemental report was, and what I
15      elaborated on in the first paragraph of my
16      supplemental report where I specifically
17      stated -- and I have my supplemental report
18      in front of me -- the summary of each study
19      of my original report did not elaborate on
20      all of the nuances, partly because my
21      ultimate synthesis of all the available
22      evidence incorporated further analysis, and
23      that was the end of the quote.
24               And that's a methodology that I
25      adopt from my own practice of medicine.  When
```

```
                                              Page 20
```

1          MICHAELS - HIGHLY CONFIDENTIAL

2      I review a patient's chart, including their

3      physical exam findings, their laboratory

4      results, their radiology scans, et cetera, in

5      the context of reviewing their tissue

6      specimen, I summarize all of that detail into

7      a concise report that, mind you, that takes

8      into account all the evidence I evaluated in

9      forming my opinion and ultimately my

10     diagnosis; but in no way do I feel that I

11     need to elaborate on all the data in the

12     pathology org.

13             Similarly in my initial report

14     which we've just gone through, I reviewed and

15     cited over 500 references on a wide range of

16     topics, including basic science, mechanistic

17     data on carcinogenesis and NDMA, a number of

18     animal studies; I talked about dietary

19     studies, occupational studies, and that's in

20     addition, before I ever even mentioned human

21     ranitidine epidemiology studies.

22             So although I scrutinized all of

23     the studies, including the ones you've just

24     gone through, with the same degree of detail

25     that I use in my own practice of pathology at

```
 1        MICHAELS - HIGHLY CONFIDENTIAL
 2     the hospital here in Coos Bay, Oregon, had I
 3     elaborated on all 518, which you can see the
 4     last reference here is the last reference in
 5     my report from Kim 518, if I elaborate all of
 6     those studies in the detail that I then went
 7     into in this supplemental report, this would
 8     have been thousands of pages long.
 9             Now in contrast, this supplemental
10     report is just that, it's a supplement to my
11     opinions that I've already formed where I
12     reference a total of four studies in this
13     supplemental report; and because I was
14     evaluating them based on comparing and
15     contrasting their strengths and weaknesses
16     with the Wang paper, which Wang specifically
17     mentioned Iwagami and Yoon, which is why I
18     elaborated on these in this context, in
19     contrasting, you know, what their positives
20     were versus what their negatives were, which
21     is what the Wang authors did.  Of course I
22     elaborated on greater detail, given the focus
23     of this report as a supplemental.
24             MR. HOLIAN:  Move to strike as
25         nonresponsive.
```

                                                    Page 22

1          MICHAELS - HIGHLY CONFIDENTIAL
2          Q.    My question simply, doctor, was, do
3     you agree me, the Iwagami study did not
4     report results for liver cancer?
5          A.    Well, I said I would have -- cam
6     you reread the prior question?
7               MR. HOLIAN:  Go ahead.
8               (A portion of the record was read.)
9          A.    And that's with respect to the
10    Iwagami study?
11         Q.    Yes.
12         A.    Well, again, I would have to go
13    through the Iwagami study, but from my
14    recollection, again, it was -- the reason I
15    included it in this was because of the
16    comparing and contrasting, but my
17    understanding is that it was not one of the
18    cancers specifically addressed.
19               But again, the other cancers that
20    were addressed, some of the other cancers
21    that were addressed in the Wang study were
22    addressed in the Iwagami study.  My report is
23    not inclusive of only liver cancer studies.
24               MR. HOLIAN:  Mr. Johnson, if you
25         could pull back up page 64, please, from

Page 23

```
 1          MICHAELS - HIGHLY CONFIDENTIAL
 2          Exhibit 1a.
 3          Q.   I just want to ask one other
 4     question here, Dr. Michaels.
 5              You mentioned citation 518.  That's
 6     to the Kim Y study, correct?
 7          A.   Yes.
 8          Q.   I'll represent to you, that's the
 9     only reference to that study in your report.
10              Any reason to disagree with me on
11     that?
12          A.   Again, I would have to reread that
13     section.
14          Q.   My question is only whether --
15     sorry.
16          A.   Sorry.  I didn't mean to interrupt
17     you.
18          Q.   That's all right.
19              My question is only whether you
20     would agree with me that this is the only
21     discussion of the Kim study in your report.
22          A.   I believe so, yes.
23          Q.   And this portion of your report
24     does not discuss the liver cancer results
25     from the Kim study?
```

Page 24

1          MICHAELS - HIGHLY CONFIDENTIAL

2          A.    Could you repeat that?

3          Q.    You would agree with me that this

4     portion of your report does not discuss the

5     liver cancer results from the Kim study?

6          A.    Not in detail, no.  Again, the

7     purpose of referencing the Kim study was to

8     draw comparison to other studies that have

9     not found positive associations and

10    explaining why that might be.

11         Q.    Okay.

12              MR. HOLIAN:  Mr. Johnson, if you

13         could please pull up the Exhibit 15, the

14         supplemental report again, and go to

15         page 2 of 5 of the PDF.  It's the first

16         full page of text in that exhibit.

17         Q.    And Dr. Michaels, while Mr. Johnson

18    is pulling that up, I noted in your

19    supplemental report that you mentioned there

20    were more than 55,000 ranitidine users

21    analyzed in the Wang study.

22              Do you see that?

23         A.    Yes.

24         Q.    Do you know how that compares to

25    the number of ranitidine users in any other

```
                                              Page 25
 1          MICHAELS - HIGHLY CONFIDENTIAL
 2     epidemiology study?
 3          A.   I don't memorize the details of all
 4     the epidemiology studies, so I would have to
 5     look at the detail of the different studies
 6     that you're referencing.
 7          Q.   Okay.  Let me have you look in that
 8     second full paragraph, the one that starts
 9     "Within this article."
10               Do you see about six lines where
11     you have the sentence there about the
12     exclusion criteria in the Wang study.  Do you
13     see that?
14          A.   Yes.
15          Q.   Would you agree with me, Dr.
16     Michaels, that the authors first divided
17     patients into a ranitidine cohort and a
18     nonranitidine cohort?
19          A.   With regards to the -- could you
20     repeat that?
21          Q.   Sure.
22               Would you agree with me that the
23     authors first divided patients into a
24     ranitidine cohort and a nonranitidine cohort?
25          A.   That's my understanding.
```

```
1          MICHAELS - HIGHLY CONFIDENTIAL
2          Q.    And you'd agree with me that within
3     the ranitidine cohort the authors excluded
4     patients who were prescribed ranitidine for
5     less than three months, right?
6          A.    Yes, that's correct.
7          Q.    Can you identify for me any other
8     ranitidine epidemiology study where the
9     authors defined the ranitidine group to
10    exclude people who used it short term?
11         A.    Not that I can recall.  It was more
12    the opposite, where there were several
13    studies that had a predominance of subjects
14    or patients that had a very limited exposure
15    to ranitidine.
16         Q.    And that exclusion criteria of
17    short-term ranitidine users, that only
18    applied to the ranitidine cohort, correct, it
19    did not apply to the nonranitidine cohort?
20         A.    So it's not entirely clear, based
21    on the study with respect to the famotidine
22    subjects, exactly what was included or
23    their use, but it does not appear that they
24    excluded any users of famotidine that were
25    less than three months.
```

1          MICHAELS - HIGHLY CONFIDENTIAL

2          Q.   Can you identify for me any other

3     ranitidine epidemiology study that excluded

4     short-term users of one medication but not

5     short-term users of the comparator

6     medication?

7          A.   Can you repeat that?

8          Q.   Can you identify for me any other

9     ranitidine epidemiology study that excluded

10    short-term users of one medication but not

11    short-term users of a comparator medication?

12         A.   Well, I think it depends on how you

13    define "short term."  So I don't know, again,

14    as I sit here, I don't know the details of

15    all the methodologies with respect to all of

16    the ranitidine studies or active comparator

17    studies that have been done, but I can tell

18    you that in this study by Wang and authors,

19    the largest group of ranitidine users was in

20    the three- to six-month range of use; and I

21    would say it's my opinion that assuming the

22    minimum would be approximately one month of

23    famotidine use, so at the very minimum but

24    likely many more than that, just based on the

25    distribution of the ranitidine group that it

```
                                         Page 28

 1         MICHAELS - HIGHLY CONFIDENTIAL
 2     would be unlikely that there would be a
 3     significant difference between the famotidine
 4     group and the ranitidine group, given the
 5     fact that many of the ranitidine users were,
 6     by definition, relatively short-term use.
 7         Q.   There's no data in the paper
 8     regarding those distributions for famotidine
 9     users, correct?
10         A.   I didn't see any specific
11     distribution with regards to famotidine,
12     other than based on the fact that they were
13     going based on prescriptions, and a
14     prescription, at the minimum, is usually a
15     month, it would be at least a month.  So
16     again, one month versus three-and-a-half
17     months, in my opinion, would not be a
18     substantial difference in altering the
19     differences between those two groups.
20         Q.   Doctor, can you identify for me any
21     other epidemiology study in the entire
22     medical literature where authors compare
23     longer-term users of one medication to all
24     users of comparator medication?
25         A.   As I sit here, I can't possibly
```

Page 29

```
 1        MICHAELS - HIGHLY CONFIDENTIAL
 2   recall or do a mental search of all groups of
 3   epidemiology studies that have done an
 4   attempt at an active comparator analysis.
 5   But as I just said, I would not consider
 6   three to six months as long term, and that's
 7   the majority of those patients, sits in that
 8   quartile of the doses, between three to
 9   six months.  And I certainly, as I'm here,
10   would not testify that that by any means
11   constitutes a long-term ranitidine use, just
12   as I wouldn't say that one month of
13   famotidine is considered long-term use.  I
14   would still consider both of those relatively
15   short-term use.
16        Q.   In that paragraph that's up there
17   on the screen in your supplemental report,
18   doctor, in the third sentence, you noted that
19   a large strength of the study was a followup
20   of 18 years.
21             Do you see that?
22        A.   The overall followup of 18 years,
23   correct.
24        Q.   And with a mean followup of between
25   9 and 10 years for the ranitidine treated and
```

```
 1        MICHAELS - HIGHLY CONFIDENTIAL
 2     untreated cohort groups, correct?
 3        A.   Compared to some of the other
 4     similar ranitidine epidemiology studies, yes.
 5        Q.   Do you know how that maximum length
 6     of followup compares to the followup time in
 7     other ranitidine epidemiology studies?
 8        A.   Well, you know, again, this is
 9     another memory question, which I would have
10     to look at all the different ranitidine
11     studies; but what I can tell you is what's
12     less important is the total length of
13     possible followup; and what's more important
14     and more valuable is looking at the average
15     followup, because if the total followup that
16     you could possibly have is 25 years, but then
17     the average is five years, what does it
18     matter that it could have been 25 years, if
19     the average is five years and you don't
20     separate out those groups very well.  So that
21     to me is less of a concern than the mean
22     followup time or the median follow up time
23     which in my opinion is more telling for a
24     study where the ultimate question is, does
25     long-term use of a drug like ranitidine lead
```

```
 1          MICHAELS - HIGHLY CONFIDENTIAL
 2      to a disease that takes a long time, at least
 3      in some cases decades to form.
 4          Q.   Do you know how the average
 5      followup time in the Wang study compares to
 6      the average followup time in the Norgaard
 7      study?
 8          A.   If you could pull up the Norgaard
 9      study, I could take a look at their average,
10      but I did not memorize any of the details
11      from any of these studies.  So I mean, from
12      Norgaard there's, you know, limited
13      information that I could say by just knowing
14      that it's the Norgaard study.
15          Q.   Now, the Wang authors also
16      performed comparisons between ranitidine and
17      famotidine, another H2 blocker, correct?
18          A.   Could you repeat that?
19          Q.   The Wang authors performed
20      comparisons ranitidine and famotidine, which
21      is another H2 blocker, correct?
22          A.   Yes.
23          Q.   And the authors also performed some
24      comparisons between ranitidine and proton
25      pump inhibitors, correct?
```

1          MICHAELS - HIGHLY CONFIDENTIAL

2          A.    That's correct.

3          Q.    Do you believe that the use of

4     active comparators in a ranitidine

5     epidemiology study helps address possible

6     indication bias?

7          A.    It depends on the active comparator

8     study, because they don't all do that.  And

9     this is something that I testified to before,

10    with regards to active comparator studies;

11    and what I said is that they are ideal when

12    there is an indication that there's an

13    indication bias; but it's a poorly done

14    active comparator study which you don't have,

15    you know, apples to apples or, you know, the

16    same disease severity comparing to the same

17    disease severity, then it's not going to be

18    as useful, if you have those limitations

19    addressed.

20         Q.    Okay.  Because if an active

21    comparator study still doesn't compare apples

22    to apples, it can still lead to invalid

23    results; is that fair?

24         A.    I wouldn't say that it leads to

25    invalid results.  And, you know, this is also

```
                                                    Page 33
 1         MICHAELS - HIGHLY CONFIDENTIAL
 2     something that, you know, I had testified to
 3     before with regards to invalid or unreliable.
 4     And just to be clear, when I would use the
 5     word "invalid" or "unreliable" or
 6     "uninformative" in this litigation, I'm
 7     speaking in the context of how I would use
 8     that word in a medical clinical setting in my
 9     practice, which is to mean that I would not
10     rely on that particular result to rule out or
11     to exclude a disease or an association.
12              You know, similarly, there are many
13     laboratory tests, and me as a board certified
14     clinical pathologist deals with laboratory
15     tests every day, and that there are some
16     laboratory tests that have a very high
17     sensitivity, which means that there would be
18     limitations, if they don't have a high
19     sensitivity, and that depends on whether you
20     would be able to rule out a particular
21     disease or diagnosis.  So --
22         Q.  Do you --
23              MR. ROTMAN:  I don't think the
24         witness was done with his answer, Matt.
25         A.   (Continuing) So again, with regards
```

1           MICHAELS - HIGHLY CONFIDENTIAL
2      to, you know, invalid or unreliable or
3      uninformative, despite -- in the laboratory,
4      despite having a test that has a low
5      sensitivity, that just means if it's
6      negative, you can't rule out a particular
7      disease or association; but despite its
8      limitations that same test with a low
9      sensitivity, a positive result would be
10     supportive of a particular disease or a
11     particular association.  There's nothing
12     contradictory about taking a study with
13     limitations and finding positive results in
14     that study and saying that that is
15     supportive, while taking that same study that
16     shows negative results and saying that
17     despite the negative results you cannot rule
18     out an association.  That is completely
19     consistent with how medicine is practiced,
20     and that's completely consistent with the
21     methodology that I use in evaluating all of
22     these studies.
23           Q.   Doctor, do you believe that the use
24     of active comparators in the Wang study
25     reduces the possibility of confounding?

```
 1       MICHAELS - HIGHLY CONFIDENTIAL
 2       A.    Could you repeat that question?
 3       Q.    Do you believe that the use of
 4   active comparators in the Wang study reduces
 5   the possibility of confounding, compared to
 6   the nonuse comparisons?
 7       A.    In this particular study with
 8   respect to some of the results, I don't think
 9   that it would make much of a difference or
10   would have made much of a difference if they
11   didn't do the active comparative analysis,
12   and that's based on the graphs in some of the
13   figures where they specifically graphed out
14   the famotidine group versus the nonuse group
15   versus the ranitidine group, because the
16   famotidine group was clearly below the nonuse
17   group.  And if you're going to suggest that
18   the reason for an active comparator study is
19   because the underlying disease would elevate
20   your risk above a nonuse group, then you
21   would expect if the indication had an effect
22   on that particular cancer, in this case the
23   liver cancer, then the famotidine group that
24   has the hyperacidity or the gastric duodenal
25   ulcer or the reflux disease, they should be
```

```
                                             Page 36
 1         MICHAELS - HIGHLY CONFIDENTIAL
 2     higher than the nonuse group, if that reason
 3     for an active comparator holds, and in this
 4     case, it was the opposite, they were below
 5     the nonuse group.
 6               So I don't think in this particular
 7     case it makes any sort of difference in
 8     invalidating or excluding the results for
 9     liver cancer in particular.
10         Q.   Okay.
11               MR. HOLIAN:  Mr. Johnson, if you
12          could please pull up Exhibit 16, the
13          Wang paper, and go to page 5.
14         Q.   There's a flow chart there,
15     Figure 1, Dr. Michaels, let me know when
16     you're there.
17         A.   I have it up on my screen.
18         Q.   Okay.  I will ask you some
19     questions while Mr. Johnson is pulling that
20     up.
21               You'd agree with me that within the
22     nonranitidine cohort of 55,110 patients, the
23     Wang authors included 35,269 famotidine
24     users; is that correct?
25         A.   Yes.
```

```
 1        MICHAELS - HIGHLY CONFIDENTIAL
 2          Q.    That's that bottom right-hand box?
 3          A.    Yes.
 4          Q.    Okay.  And among the
 5     three-month-plus ranitidine users, do you
 6     know how many of those had also taken
 7     famotidine?
 8          A.    It was 64 percent.
 9          Q.    So does it sound right to you,
10     doctor, that 35,269 of the three-month-plus
11     ranitidine users had also taken famotidine?
12          A.    That's what it appears from the
13     table; but other than this table and that
14     flow chart, the authors don't really
15     elaborate specifically on that detail of the
16     study, so it's hard to tell.  But assuming
17     that that is not a typo and it isn't a
18     mistake, then that's what it appears to be,
19     correct.
20          Q.    And in fact you were right to refer
21     to the table on the following page.
22              MR. HOLIAN:  Mr. Johnson, if you
23          could go Table 1 on page 6.
24          Q.    And you'll see I've highlighted
25     there, Dr. Michaels, you are exactly right,
```

```
 1        MICHAELS - HIGHLY CONFIDENTIAL
 2     64 percent of the ranitidine users had taken
 3     famotidine, correct?
 4          A.   Yes.
 5          Q.   So in other words, in the active
 6     comparison between three-month-plus
 7     ranitidine users and famotidine users, every
 8     single patient in the three-month-plus
 9     ranitidine cohort had also used famotidine;
10     is that right?
11          A.   Could you repeat that?
12          Q.   In the active comparison between
13     three-month-plus ranitidine users and
14     famotidine users, every single patient in the
15     three-month-plus ranitidine cohort had also
16     used famotidine, correct?
17          A.   I'm sorry, I'm going have to ask
18     you to repeat that one more time, because it
19     doesn't sound right to me.
20          Q.   Sure.  So if you look at Table 1,
21     you will see in the ranitidine cohort, that
22     right-hand column, there were 35,269 patients
23     marked "yes" for famotidine.  Do you see
24     that?
25          A.   Yes.
```

1        MICHAELS - HIGHLY CONFIDENTIAL

2        Q.   And then you go back to the flow

3    chart on page 5, Figure 1, and you see in the

4    far left-hand bottom box in the ranitidine 90

5    defined daily dose group there were 35,269.

6            Those numbers match, don't they Dr.

7    Michaels?

8        A.   Yes, all of them, they matched them

9    specifically.  55,110, all of these numbers

10   match because of the technique that they used

11   for propensity score matching.

12       Q.   Yes.

13           Can you identify for me any other

14   ranitidine epidemiology study where the

15   authors define the ranitidine group for

16   active comparisons to include people who had

17   also taken another H2 blocker in the active

18   comparator group?

19       A.   I think there are several that have

20   combined H2 receptor antagonists in their

21   analysis, and I would argue that that is not

22   what was done here, because it doesn't seem

23   that all of them from the other charts, when

24   you -- when they charted out the ranitidine

25   group, they started with a number of 55,110;

```
                                             Page 40
 1         MICHAELS - HIGHLY CONFIDENTIAL
 2    so to say that all of the ranitidine patients
 3    all took famotidine is not correct.  That
 4    table specifically shows it's 64 percent, so
 5    I --
 6         Q.   Sorry.  I don't mean to interrupt.
 7    That wasn't my question.  So I want to be
 8    really clear, because I'm not trying to trick
 9    you.
10              I'm not talking about the
11    ranitidine, the ranitidine cohort compared to
12    nonranitidine users.  I'm talking about the
13    comparison of the three-month-plus ranitidine
14    users to famotidine users.  And in that
15    comparison, all of the ranitidine users in
16    that comparison had also taken famotidine?
17              MR. ROTMAN:  Dr. Michaels, were you
18         done with your prior answer?
19              THE WITNESS:  Well, no; and I was
20         interrupted, so I don't even remember
21         what the subject was.
22         A.   But I still don't understand your
23    question, the three-month ranitidine users
24    all taking famotidine.  I don't see where
25    that is in here.
```

```
                                                    Page 41

 1          MICHAELS - HIGHLY CONFIDENTIAL

 2               MR. HOLIAN:  Okay.  We'll move on

 3           in the interest of time.

 4          Q.   Let's go back to your supplemental

 5     report on page 1.

 6               MR. HOLIAN:  Exhibit 15, please,

 7           Mr. Johnson.

 8          Q.   And you will -- at the bottom of

 9     page 2 of 5, sorry.

10               MR. HOLIAN:  Going to Exhibit 15,

11           Mr. Johnson, the supplemental report.

12          Q.   In that first full paragraph at the

13     bottom of the page in your supplemental

14     report, are you with me, Dr. Michaels?

15          A.   The first full page?

16          Q.   In your supplemental report.

17          A.   The last paragraph?

18          Q.   The one that starts, "Using a

19     multivariable Cox regression analysis."

20          A.   Yes.

21          Q.   You note that the paper reported a

22     statistically significant increased risk of

23     liver, gastric and pancreatic cancer for the

24     three-month-plus ranitidine users, correct?

25          A.   Yes.
```

```
                                        Page 42
 1          MICHAELS - HIGHLY CONFIDENTIAL
 2          Q.    And for esophageal and bladder
 3     cancer you acknowledge the results were not
 4     statistically significant compared to nonuse,
 5     correct?
 6          A.    I said that there was an increased
 7     risk that they were not statistically
 8     significant, correct.
 9          Q.    How, if at all, does the fact that
10     the esophageal cancer results were not
11     statistically significant affect your
12     opinion?
13          A.    Again, this gets back to what I was
14     saying before.  This is a supplemental
15     report, because it adds important information
16     from a large, long-term study with
17     well-matched older individuals, so it's more
18     powerful than most of the other human
19     ranitidine epidemiology studies that have
20     been done; but again, there are limitations,
21     which I went through in my report and I could
22     talk about now, to this Wang study, that
23     would inhibit me from using any of the
24     results to exclude it.  In fact the fact that
25     there's an elevated hazard ratio would
```

```
 1        MICHAELS - HIGHLY CONFIDENTIAL
 2     actually support my prior opinions regarding
 3     the case.  This adds to all of the different
 4     data.  And this particular study with regards
 5     to not only esophageal cancer but with
 6     gastric and liver cancer, is a study with
 7     good dose response between those cancers.
 8             So again, this is a supplemental
 9     report.  There would be nothing unless this
10     was the perfectly done study and looked at
11     extensive long term --
12             (Discussion off the record.)
13        A.    (Continuing) So what I was saying
14     is that unless this had been a study that
15     looked at 30, 40, 50 years of data, like say
16     a hide a jack study and categorized the use
17     into very long term, over ten years of
18     long-term ranitidine use, given all the other
19     data that I've already talked about in my
20     original report, the mechanistic data, the
21     animal studies, the carcinogenicity data, the
22     dietary studies, the occupational studies and
23     the human ranitidine studies, whether they're
24     active comparator or not, this just adds to
25     all of that data.  I'm looking at the
```

```
 1        MICHAELS - HIGHLY CONFIDENTIAL
 2     totality of the evidence, and again, there's
 3     nothing about this esophageal cancer hazard
 4     ratio which is elevated consistently like
 5     other studies that have been elevated,
 6     there's nothing about this that would take
 7     away from my opinions, and it adds to my
 8     opinions.
 9          Q.   And doctor, you'll see there that
10     you also summarized the authors' active
11     comparison results and that when the authors
12     compared the three-month-plus ranitidine
13     users to famotidine users, there was a
14     statistically significant increased risk of
15     liver cancer; is that correct?
16          A.   Yes.
17          Q.   And you also wrote in your report
18     that there was an increased risk of
19     esophageal cancer, gastric cancer, pancreatic
20     cancer and bladder cancer, but those did not
21     reach statistical significance; correct?
22          A.   That's correct.
23          Q.   How, if at all, does the hazard
24     ratio for bladder cancer being 1.03 in the
25     active comparator affect your opinions in
```

Page 45

1          MICHAELS - HIGHLY CONFIDENTIAL
2      this case?
3          A.    I'm sorry, could that question be
4      reread, please?
5          Q.    I'll just say it again.
6                How, if at all, does the fact that
7      the hazard ratio for bladder cancer is 1.03
8      in the active comparison affect your opinions
9      in this case?
10         A.    Well, again, although it's not
11     statistically significant, my recollection
12     from the body of the human ranitidine
13     epidemiology studies that have looked at
14     bladder cancer have consistently shown an
15     elevated hazard ratio with respect to
16     ranitidine use and bladder cancer, and so I
17     would not be quick to dismiss a result just
18     because there appears to be a small effect or
19     there's no statistical significance.  It has
20     to be taken into the context of other
21     studies, which is what you would do with this
22     study.
23                You know it's important to look at
24     all of these results in the context of the
25     similar epidemiology studies that I just went

1          MICHAELS - HIGHLY CONFIDENTIAL

2     over, the WHO actually even addresses this

3     subject by stating that you wouldn't -- you

4     know, that a small magnitude of an effect

5     would not mean that there's no effect.  So --

6     and we do this in the lab all the time, which

7     is what I deal with on a daily basis; and

8     it's important to note any consistent changes

9     or trends, and that's what I deal with in the

10    laboratory constantly.  In the laboratory we

11    have and we rely on something called Westgard

12    rules, when it comes to evaluating how

13    accurately and precisely any given lab assay

14    is functioning based on the result of a

15    control sample, which is meant to fall within

16    a specific reference range, which is our way

17    of objectively measuring if our lab assay is

18    working properly.

19             And we don't wait for a result to

20    be beyond the 95 percent confidence interval

21    which is outside of its reference range, just

22    like you wouldn't wait in a study for a P

23    value to be less than 0.05.  We take action

24    if it appears that there's systematic bias.

25             So for example, if there's four

```
 1        MICHAELS - HIGHLY CONFIDENTIAL
 2    consecutive values that are found to be on
 3    the same side of the mean, one standard
 4    deviation away, or if there's ten consecutive
 5    values that are on the same side of the mean,
 6    regardless of the standard deviation, that is
 7    consistent with a bias or an association in
 8    the setting of an epidemiologic study.
 9            And those rules aren't unique to
10    the lab.  You see those rules when you're
11    trying to evaluate the totality of evidence
12    in any sort of principled way in medicine.
13    We don't wait for something to -- you know, a
14    study to discount or reject a known
15    hypothesis just because there was not
16    statistical significance, particularly if
17    there's evidence emerging across multiple
18    studies, which is what we have here with the
19    ranitidine studies and bladder cancer and
20    knowing at the background that there is
21    additional mechanistic data, carcinogenicity
22    data in combination with dietary and
23    occupational studies, it all would point
24    towards the same effect.
25            So again, with respect to the
```

Page 48

1        MICHAELS - HIGHLY CONFIDENTIAL

2    bladder cancer and having a hazard ratio of

3    1.06 or 1.03, it does not exclude any sort of

4    association between the two; and given the

5    context of that number, it would simply be in

6    support of and not contradictory to my

7    already formed opinions regarding the

8    long-term use of ranitidine and its cause for

9    a bladder cancer.

10        Q.   Okay.  Let's go to the next page of

11    your supplemental report.

12            MR. HOLIAN:  Mr. Johnson.

13        Q.   You'll see there, Dr. Michaels, you

14    report on some of the dose response results

15    from the Wang study, do you see that?  At the

16    top of the next page?

17        A.   Yes.

18        Q.   You'd agree with me, doctor, that

19    the Wang authors only performed dose response

20    analyses for the cancers that were

21    statistically significant in their overall

22    analysis, correct?

23        A.   Can could you say that again?

24        Q.   Yes.  You'd agree with me that the

25    Wang authors only performed dose response

```
 1          MICHAELS - HIGHLY CONFIDENTIAL
 2     analyses for cancers that were statistically
 3     significant in their overall analysis?
 4          A.   Yes, that's my understanding of
 5     what they did.
 6          Q.   And the highest dose category was
 7     greater than 360 defined daily doses; is that
 8     right?
 9          A.   Yes, that was the highest category.
10          Q.   That means the authors grouped
11     together anybody who had used ranitidine for
12     more than one year?
13          A.   That's correct.
14          Q.   Do you believe a dose response
15     analysis where the highest category is one
16     year is sufficient to evaluate dose response?
17          A.   No, I don't.  In fact, I think that
18     that's a limitation of the study; but all the
19     more powerful that with that limitation, they
20     were still able to find a significant
21     increase with that highest dose.
22               My opinion would be that, and as I
23     already stated in this deposition testimony,
24     had it been looking at longer use, I think
25     that would have been even more telling.  And
```

1          MICHAELS - HIGHLY CONFIDENTIAL
2     when you look at the graph and you look at
3     how the, how the groups separate and how
4     there's an increasingly increased risk as you
5     go on, particularly in this population that
6     has a high background rate of liver cancer,
7     which is important to keep in mind, the
8     background rates and the sensitivity and the
9     power of a study, I think that's all the more
10    telling, given the fact that it is limited by
11    grouping them all over a year is a limitation
12    of the study; and in my opinion that's why a
13    lot of the other studies that have done
14    something similar but have found a negative
15    result are underpowered to find a result.
16              But that's not cherry-picking by
17    taking the positive results of one study and
18    taking into context the negative results of
19    another study, because we do that all the
20    time in medicine and in the laboratory.  As I
21    mentioned, a negative result in a low
22    sensitive test or a negative result in an
23    underpowered study does not mean that you can
24    rule out a disease association, just like a
25    negative result in an underpowered study does

```
                                           Page 51
 1          MICHAELS - HIGHLY CONFIDENTIAL
 2    not mean you can rule out an association with
 3    a particular medication and a cancer.
 4              However, that same study or that
 5    same lab test, if it's positive, that's very
 6    telling, especially knowing that it's not a
 7    very sensitive test.  And we use that
 8    information in medicine to manage and treat
 9    patients all the time, just as if you have an
10    underpowered study that does find a result,
11    you wouldn't ignore it, because it's an
12    underpowered study.  That's actually more
13    useful and very indicative of an effect that
14    you would not normally see if it was even any
15    more underpowered.
16         Q.   Dr. Michaels, you wrote there in
17    that first full paragraph, that -- in the
18    second sentence, "It would be unusual for
19    those patients included in the study,
20    (subjects with prescriptions greater than
21    three months) to not have been relatively
22    compliant with the medication; otherwise
23    additional prescriptions for ranitidine would
24    not have been needed."  Am I correct?
25         A.   Let me read that.
```

```
 1        MICHAELS - HIGHLY CONFIDENTIAL
 2        Q.    It's highlighted there on the
 3   screen in that first full paragraph.  Mr.
 4   Johnson has a red arrow next to it.
 5             Do you see that?
 6        A.    Yes.
 7        Q.    Now for liver cancer, the results,
 8   when comparing the three-month-plus
 9   ranitidine users to nonranitidine users, were
10   only statistically significant over 360
11   defined daily doses, correct?
12        A.    Did you say the liver?  Could you
13   repeat that?
14        Q.    Yes.
15        A.    So could you repeat the question?
16        Q.    Yeah.
17             For liver cancer, the results when
18   comparing the three-month-plus ranitidine
19   users to nonranitidine users, were only
20   statistically significant over 360 defined
21   daily doses, correct?
22        A.    My recollection is that there was
23   an increasing hazard ratio that you could
24   graph out and see that it was increasing and
25   that over 360 it reached statistical
```

Page 53

```
 1        MICHAELS - HIGHLY CONFIDENTIAL
 2    significance.
 3         Q.   Do you know if it's common in
 4    epidemiology studies that analyze dose
 5    response to include a test for trend rather
 6    than simply individual P values?
 7         A.   Could you repeat that?
 8         Q.   Do you know if it is common in
 9    epidemiology studies that analyze dose
10    response to include a P value for a test for
11    trend rather than simply individual P values
12    for individual dose categories?
13         A.   Well, what I can speak to is what I
14    did in this case, which is not just look at
15    the --
16         Q.   Dr. Michaels, respectfully you're
17    burning a lot of the time that I have with
18    long answers that don't answer my question.
19              Can you answer my question?
20         A.   I'm going to answer your question,
21    but I would appreciate you take your tone
22    down a little bit.
23         Q.   I would appreciate --
24         A.   I am trying to give an accurate
25    testimony.  In order to give an accurate
```

```
 1        MICHAELS - HIGHLY CONFIDENTIAL
 2    testimony, I need to give the testimony the
 3    way I feel is necessary.  So when you're
 4    asking me specific questions, I'm trying to
 5    give you a specific answer.
 6             And an epidemiology study, I
 7    haven't reviewed millions of epidemiology
 8    studies, so although I would imagine some
 9    epidemiology studies that have aggregated
10    data would comment on increasing trends, you
11    wouldn't take any individual study and
12    comment on a particular trend if that was all
13    you had necessarily.  But in the context of
14    others, I have seen studies comment on other
15    trends but not maybe that focused on that
16    particular study.
17             But that's not what I'm doing in
18    this case.  I'm not looking at just
19    epidemiology, I'm looking at the totality of
20    the evidence.  And trends matter, just as I
21    explained in the laboratory, trends matter.
22    So you don't wait for something to be
23    statistically significant.  You might do that
24    in order to establish a P value of less than
25    0.05, but you don't do that in clinical
```

Page 55

1          MICHAELS - HIGHLY CONFIDENTIAL
2     medicine, which is the methodology that I
3     used when evaluating this case.
4          Q.   Dr. Michaels, will you agree with
5     me that the Wang authors did not report any
6     results for tests for trend in their dose
7     response analyses?
8          A.   They reported the results as they
9     were.
10         Q.   And did you see any results that
11    showed tests for trend?  Not P values, not
12    confidence intervals for individual dose
13    categories, but tests for trends in their
14    dose analysis.
15         A.   So I see the raw data, and it's the
16    raw data that you use in context with others
17    to look for a trend.
18         Q.   Okay.  Now the Wang authors did not
19    report a dose response analysis comparing the
20    three-month-plus ranitidine users and
21    famotidine users to famotidine only users,
22    did they?  Their dose response was only
23    compared to nonuse.
24         A.   I would like to have that question
25    reread, because I think you said famotidine,

```
                                        Page 56
 1        MICHAELS - HIGHLY CONFIDENTIAL
 2    and I'm not sure what you said.
 3        Q.   Let me rephrase it to try to make a
 4    little simpler.
 5             The dose response analysis that the
 6    Wang authors performed was comparing
 7    ranitidine users to nonranitidine users,
 8    correct?
 9        A.   That's my understanding, correct.
10        Q.   They did not perform a dose
11    response analysis using an active comparator
12    group, correct?
13        A.   No, they did it based on controls,
14    which were nonuse.
15        Q.   Okay.
16             MR. HOLIAN:  Let's pull up the Wang
17        paper, Figure 5(B) which is on page 10
18        of the paper, Mr. Johnson.  This is
19        Exhibit 16.
20        Q.   And do you see there in Figure 5,
21    Figure 5(B) on the right there, you'll agree
22    with me, Dr. Michaels, that those are
23    Kaplan-Meier codes; is that right?
24        A.   Yes.
25        Q.   And those show the cumulative
```

Page 57

1           MICHAELS - HIGHLY CONFIDENTIAL
2       incidence of an event over time?
3           A.    That's correct.
4           Q.    And do you see on Figure 5(B), the
5       one on the right, the authors compared the
6       three-month-plus ranitidine cohort to the
7       nonusers who used famotidine and those who
8       did not; is that correct?
9           A.    Could you repeat that?
10          Q.    You would agree that in Figure 5(B)
11      the authors compared the three-month-plus
12      ranitidine cohort, that's the red line, to
13      the nonusers who used famotidine, that's the
14      beige line, and the nonranitidine users who
15      did not take ranitidine, that's the blue
16      line.
17              Am I reading that right?
18          A.    That's my understanding, yes.
19          Q.    And you would agree with me that
20      the risk of liver cancer in patients who took
21      famotidine only, the beige line, was lower
22      than those who took neither ranitidine nor
23      famotidine, the blue line; is that right?
24          A.    That's what I testified to earlier.
25          Q.    Does that mean to you, Dr.

```
                                        Page 58
 1        MICHAELS - HIGHLY CONFIDENTIAL
 2    Michaels, that famotidine reduces the risk of
 3    liver cancer?
 4        A.   I would not make a broad, sweeping
 5    categorization like that, based on looking at
 6    one, one study's result.  I have not done the
 7    same due diligence I did when evaluating
 8    ranitidine and esophageal cancer, gastric
 9    caner, liver cancer, pancreatic cancer,
10    bladder cancer with famotidine, so I would
11    have no way of answering that question, nor
12    would I based on one study, whether that
13    particular drug would decrease a patient's
14    risk of liver cancer.
15             But what it does do, what it does
16    do is it goes against indication bias in the
17    setting of liver cancer in this particular
18    study.
19        Q.   Do you think famotidine increases
20    the risk of liver cancer?
21        A.   I am not aware that it does.
22        Q.   Do you think it decreases the risk
23    of liver cancer?
24        A.   Again, this is -- in order to
25    answer that kind of a question, I would need
```

Page 59

```
 1          MICHAELS - HIGHLY CONFIDENTIAL
 2     to do a much more thorough evaluation, and I
 3     did not do an evaluation to the degree they
 4     did with NDMA and ranitidine and associated
 5     cancers.  I have not done that with
 6     famotidine, which as far as I'm aware, does
 7     not have NDMA like ranitidine did.
 8          Q.   Okay.  Let's go back to your
 9     supplemental report, Exhibit 15, page, I
10     think it's page 3 of 5, where you discuss --
11     I'm sorry, actually it's page 4, the last
12     page of it -- where you discuss the Kim
13     report.
14               Are you with me, Dr. Michaels?
15          A.   Yes.
16          Q.   And among other things, you note
17     that in the Kim study patients on famotidine
18     had higher rates of tobacco use and some
19     other comorbidities associated with higher
20     rates of gastric cancer than the ranitidine
21     patients.  Do you see that?
22          A.   Yes.
23          Q.   Do you remember what country that
24     study's database covers?
25          A.   Probably was the United States, but
```

```
                                          Page 60
 1          MICHAELS - HIGHLY CONFIDENTIAL
 2     I would have to check.
 3          Q.   Okay, we'll look at that in a
 4     second.
 5               Are you aware of any data showing
 6     the relative rates of smoking and famotidine
 7     versus ranitidine users in the United States,
 8     as compared to Taiwan?
 9          A.   Could you repeat that?
10               MR. HOLIAN:   I will withdraw the
11          question in the interest of time.
12          Q.   You also note in the last sentence
13     of that paragraph, Dr. Michaels, that "These
14     confounding elements in the Kim study, in
15     addition to the young age of the population
16     being studied, also contribute to the
17     profound weakness of this study that make it
18     uninformative for the purpose of establishing
19     a carcinogenic effect of ranitidine."
20               Do you see that?
21          A.   Yes.
22          Q.   Okay.  So let's look at some of
23     those differences.
24               MR. HOLIAN:   If we could put into
25          the shared folder Exhibit 17, which is
```

```
                                              Page 61

 1          MICHAELS - HIGHLY CONFIDENTIAL
 2           the Kim study.
 3                (Dr. Paul Michaels Exhibit 0017,
 4           Paper authored by Yeseong D. Kim, et
 5           al., marked for identification, this
 6           date.)
 7           Q.   I think you have to hit refresh.
 8                CONCIERGE:  I have not introduced
 9           it.  Give me a second, please.  It's up.
10                THE WITNESS:  This is Exhibit 17?
11                MR. HOLIAN:  Yes.
12                THE WITNESS:  Okay.
13                MR. HOLIAN:  And Mr. Johnson, if
14           you could pull up page 610 of that
15           exhibit.  I think in the PDF, it's -- it
16           might be page 6, Table 1.
17           Q.   Are you on that page with me, Dr.
18      Michaels?
19           A.   Yes.
20           Q.   In your supplemental report you
21      identified the different rates of smoking in
22      famotidine versus ranitidine users and some
23      other things.  You'll see here that the
24      authors list the respective rates of those
25      things in the ranitidine users in the top
```

```
                                              Page 62
 1         MICHAELS - HIGHLY CONFIDENTIAL
 2     half of the table and the famotidine users in
 3     the bottom half of the table.
 4              Do you see that?
 5         A.    Yes.
 6         Q.    So even though the authors were
 7     able to report the respective data for the
 8     ranitidine and famotidine users, your opinion
 9     is that it's a profound weakness of the study
10     that they, that those differences existed,
11     correct?
12         A.    No, that's not what -- that wasn't
13     what I said in my report.  I talked about the
14     other issues with the study, which included
15     no individual patient level data that was
16     available, no information on the reported
17     duration of use, you know, multiple
18     confounders that, you know, were different
19     between the famotidine group and the
20     ranitidine group.  There were more problems
21     with the study, other than just a difference
22     in tobacco and alcohol use.
23         Q.    Well, so let's go back to your
24     Exhibit 15, your supplemental report.  I just
25     want to make sure I understand it.
```

```
                                              Page 63
 1            MICHAELS - HIGHLY CONFIDENTIAL
 2                 MR. HOLIAN:  And Mr. Johnson, if
 3           you could go back to that paragraph.
 4            Q.   Do you see there in the
 5      second-to-last sentence you wrote, "In
 6      addition, when comparing ranitidine to
 7      famotidine, the main active comparator in
 8      this analysis, it was determined that
 9      patients on famotidine had higher rates of
10      tobacco use, diabetes mellitis, obesity,
11      cirrhosis, inflammatory bowel disease and
12      atrophic gastritis, conditions that are all
13      associated with higher rates of the various
14      gastrointestinal malignancies being evaluated
15      in this study."
16                 Do you see that?
17            A.   Right, that's that sentence before,
18      but we were talking about the sentence after.
19            Q.   Right.  And your sentence after was
20      that "These confounding elements, in addition
21      to the young age of the population being
22      studied, also contribute to the profound
23      weaknesses of this study," right?
24            A.   Right, in addition to what I just
25      testified as well --
```

```
                                           Page 64
 1           MICHAELS - HIGHLY CONFIDENTIAL
 2           Q.    Okay.
 3           A.    -- with the database; and there
 4      were multiple issues with the study that go
 5      beyond what I even put in that paragraph,
 6      that small paragraph.
 7           Q.    All right.  Let's look at how the
 8      Kim authors controlled for some of those
 9      confounding elements.
10                 MR. HOLIAN:  If we could go back to
11            page 608 of the Kim study, Exhibit 17,
12            please, so go back two pages.
13           Q.    Do you see there that --
14                 MR. HOLIAN:  And scroll down to
15            that highlighting there on the
16            right-hand column.  Thank you.
17           Q.    Do you see there that in that
18      right-hand column the authors wrote that
19      "Adjusted odds ratios (ORs) were calculated
20      by multivariable logistic regression analysis
21      accounting for three common risk factors for
22      each type of cancer study."
23                 Do you see that?
24           A.    Yes.
25           Q.    And do you see for liver cancer
```

Page 65

```
 1        MICHAELS - HIGHLY CONFIDENTIAL
 2    they controlled for cirrhosis, obesity and
 3    chronic viral hepatitis?
 4        A.   Yes.
 5        Q.   Do you believe those were
 6    appropriate controls for confounding?
 7        A.   Yes, I do think that those are
 8    appropriate controls.  What I testified to
 9    were all of the other weaknesses that make
10    this uninformative in being able to exclude
11    liver cancer being caused by ranitidine.
12        Q.   Do you know to what degree
13    cirrhosis increases the risk of someone
14    getting liver cancer?
15        A.   It depends on what kind of liver
16    cancer.
17        Q.   Okay.  Well, let's turn to the last
18    page of this article, the supplemental
19    Table 1.
20             Do you see in this study, doctor,
21    that the relative risk for patients getting
22    liver cancer, if they had cirrhosis, was
23    11.47.  Do you see that?
24        A.   Yes.
25        Q.   Does that seem correct to you,
```

```
 1          MICHAELS - HIGHLY CONFIDENTIAL
 2     based on your clinical practice, that
 3     patients with cirrhosis have a much, much
 4     higher risk of developing liver cancer?
 5          A.   Yes.
 6          Q.   So do you agree it would be
 7     important to control for a confounder of that
 8     magnitude?
 9          A.   Well, I would disagree that
10     cirrhosis and NDMA exposure are mutually
11     exclusive, because as I believe I commented
12     on in my original report, NDMA that would be
13     in ranitidine can lead to fibroblastic
14     proliferation, which is the end result being
15     cirrhosis.
16               So you have no way of knowing
17     whether the cirrhosis is caused by something
18     like NDMA and ranitidine or some other
19     factor.  In fact, we know in clinical
20     medicine there are a number of patients,
21     particularly in the United States, that have
22     what we call cryptogenic cirrhosis, which
23     means we don't know the cause.  It's not
24     resulted to viral hepatitis, it's not related
25     to hemochromatosis, it's not related to
```

```
1          MICHAELS - HIGHLY CONFIDENTIAL
2      anything we can figure out.  So we call it
3      cryptogenic cirrhosis, which is a relatively
4      high rate; so there's nothing to say that
5      controlling for cirrhosis somehow excludes
6      NDMA and ranitidine for being the cause of
7      cirrhosis.
8          Q.  Let's go back to your supplemental
9      report, Exhibit 15, page 3 of 5, first full
10     paragraph you wrote, Dr. Michaels, that one
11     of the weakness of the Wang study is
12     inability to control for certain confounders
13     including alcohol consumption and cigarette
14     smoking.  Do you see that?
15         A.  Yes.
16         Q.  Do you agree that smoking is a risk
17     factor for liver cancer?
18         A.  Smoking can be a risk factor for
19     liver cancer.
20         Q.  Do you agree that alcohol use is a
21     risk factor for liver cancer?
22         A.  Yes, alcohol use again can be a
23     risk factor; but again, as I talked about
24     with propensity score matching, although they
25     weren't able to do the score matching based
```

Page 68

1          MICHAELS - HIGHLY CONFIDENTIAL
2      on the database for those specific
3      conditions, the fact that they were able to
4      do it based on other medical, chronic medical
5      conditions that can be seen in patients with
6      a history of smoking, with a history of
7      alcohol use, like hypertensive heart disease,
8      hypercholesterolemia, chronic kidney injury,
9      diabetes, all of those can be associated with
10     and are seen at a higher rate in smokers and
11     people who consume alcohol.  So by matching
12     for those, you would decrease the likelihood
13     of those being significant confounders that
14     would change the overall setting, and at the
15     same time it --
16              THE WITNESS:  I'm getting some
17          feedback --
18          A.   (Continuing) at the same time they
19     did not control for those.  But that's a way
20     of minimizing the secondary effects of those
21     two factors that were not identified in this
22     analysis.
23          Q.   Do you know whether the database
24     that the Wang authors used includes data on
25     smoking?

```
                                                Page 69
 1           MICHAELS - HIGHLY CONFIDENTIAL
 2           A.    I don't know the specifics of the
 3      database that was used.   I just know that it
 4      encompassed nearly the entire population of
 5      Taiwan.
 6           Q.    So do you know whether it includes
 7      data on cirrhosis?
 8           A.    Again, I don't have access to that
 9      database, so I don't know what it includes.
10           Q.    Do you agree that IARC classifies
11      known carcinogens to humans as group 1
12      carcinogens?
13           A.    Could you repeat that?
14           Q.    Do you agree that IARC classifies
15      known carcinogens to humans as group 1
16      carcinogens?
17           A.    Well, from my understanding, the
18      last meeting of IARC with regards to NDMA was
19      several years ago, before a lot of this data
20      was available; but in general, group 1
21      carcinogens are how IARC classifies known
22      carcinogens.
23           Q.    Do you agree with me, doctor, that
24      IARC classifies smoking as a group 1
25      carcinogen for liver cancer?
```

```
                                        Page 70
 1          MICHAELS - HIGHLY CONFIDENTIAL
 2          A.   I would have to review the
 3     document.  I don't know.  I haven't memorized
 4     how IARC classifies every single carcinogen
 5     with respect to every single cancer, and to
 6     answer that I would want to see the actual
 7     document.
 8              MR. HOLIAN:  Okay.  Let's publish
 9          Exhibit 18, please, Mr. Johnson.
10              CONCIERGE:  Coming up.
11              (Dr. Paul Michaels Exhibit 18, WHO
12          IARC cancer classifications, marked for
13          identification, this date.)
14              MR. HOLIAN:  And when you pull that
15          up, we can go to page 3.
16              Are you able to access it yet, Dr.
17          Michaels?
18              THE WITNESS:  Yes.
19          Q.   So we will go to page 3.
20              You see this is the IARC's list of
21     classifications by cancer sites, with
22     sufficient or limited evidence in humans.  Do
23     you see that?
24          A.   Yes.
25          Q.   Do you see that under "Liver
```

1          MICHAELS - HIGHLY CONFIDENTIAL
2     Cancer," IARC classifies as carcinogenic
3     agents with sufficient evidence in humans,
4     tobacco smoking.  Do you see that?
5          A.   Yes.
6          Q.   And they list alcoholic beverages,
7     do you see that?
8          A.   Yes, which again would be addressed
9     to some degree with respect to the propensity
10    score matching, looking at the other chronic
11    diseases that are also affected by alcohol
12    and tobacco smoking.
13         Q.   And you'll agree with me that the
14    colon the right lists agents where there's
15    limited evidence in humans.  Do you see that?
16         A.   Yes.
17         Q.   And you will see that on the right
18    for liver cancer ranitidine isn't listed?
19         A.   Well, again, this was published, I
20    don't -- this was -- there has not been an
21    extensive review of the NDMA and ranitidine
22    literature, from my recollection, in the last
23    couple of decades.  But I did not review that
24    specifically in preparation for this
25    deposition where I focused on the Wang

Page 72

1              MICHAELS - HIGHLY CONFIDENTIAL
2      article.  But again, that's not -- it doesn't
3      matter what this says, if they haven't
4      specifically gotten all the data and looked
5      at it together, including the data which is
6      telling and compelling from the Wang article.
7      So unless you include the Wang article and
8      the IARC has specifically included and taken
9      that into account, then by definition
10     whatever classification scheme they've come
11     up with would be out of data with respect to
12     all of the data that we have as we sit here
13     currently.
14              MR. HOLIAN:  Mr. Johnson, if you
15          could scroll down to the bottom of that
16          page.
17              THE WITNESS:  I actually need to
18          take a bathroom break.
19              MR. HOLIAN:  I literally just have
20          one more question, Dr. Michaels.
21          Q.   Do you see that this is copyrighted
22     from IARC from 2022?
23          A.   It doesn't matter when it's
24     copyrighted.  It matters when it was -- so
25     are you telling me that in 2022, they looked

```
                                                    Page 73
 1           MICHAELS - HIGHLY CONFIDENTIAL
 2     at every single one of these possible or
 3     limited evidence carcinogens?  That's absurd.
 4     That's when they published this, but that
 5     doesn't mean that's when they looked at all
 6     of the carcinogens, and to suggest otherwise
 7     is false and a mischaracterization of their
 8     document.
 9               MR. HOLIAN:  Okay.  I'm going to
10          reserve the rest relate of my time for
11          rebuttal, so we can take the break now.
12               MR. ROTMAN:  Why don't you put us
13          in the breakout rooms --
14               THE VIDEOGRAPHER:  Going off the
15          record at 9:44 p.m., Eastern Time.  This
16          is the end of media unit 1.
17               (A brief recess was taken.)
18               THE VIDEOGRAPHER:  We are back on
19          the record.  The time is 10:02 p.m.
20          Eastern Time this is the beginning of
21          media unit two.
22               MR. ROTMAN:  We're on the record,
23          right?
24               THE VIDEOGRAPHER:  We are.
25               MR. ROTMAN:  So plaintiffs have no
```

```
                                          Page 74
 1        MICHAELS - HIGHLY CONFIDENTIAL

 2        questions for Dr. Michaels.  I want to

 3        thank Dr. Michaels for his testimony

 4        tonight.

 5             MR. HOLIAN:  Thank you, Dr.

 6        Michaels.  Thank you, Steve, appreciate

 7        it.

 8             THE VIDEOGRAPHER:  We are off the

 9        record at 10:02 p.m. Eastern Time, and

10        this concludes today's testimony given

11        by Dr. Paul J. Michaels.  The total

12        number of media units used was two and

13        will be retained by Veritext.

14             (Time noted:  10:02 p.m.)

15

16

17

18

19

20

21

22

23

24

25
```

Page 75

```
 1
 2     STATE OF _____)
 3                             ) :ss
 4     COUNTY OF _____)
 5
 6
 7             I, PAUL MICHAELS, M.D., the witness
 8        herein, having read the foregoing
 9        testimony of the pages of this
10        deposition, do hereby certify it to be a
11        true and correct transcript, subject to
12        the corrections, if any, shown on the
13        attached page.
14
15                        _____
16                        PAUL MICHAELS, M.D.
17
18     Sworn and subscribed to before me
19     this ___ day of _____, 2022.
20
21     _____
22     Notary Public
23
24
25
```

Page 76

1

2                  C E R T I F I C A T E

3      STATE OF NEW JERSEY   )

4                              : ss.

5      COUNTY OF MIDDLESEX   )

6                  I, Jennifer Ocampo-Guzman, a

7      Certified Realtime Shorthand Reporter and

8      Notary Public within and for the State of New

9      Jersey, do hereby certify:

10                 That PAUL MICHAELS, M.D., the

11     witness whose deposition is hereinbefore set

12     forth, was duly sworn, via remote/oral/web

13     videoconference, and that such deposition is

14     a true record of the testimony given by the

15     witness.

16                 I further certify that I am not

17     related to any of the parties to this action

18     by blood or marriage, and that I am in no

19     way interested in the outcome of this

20     matter.

21                 IN WITNESS WHEREOF, I have

22     hereunto set my hand this 19th day of

23     October 2022.

24     *J. Ocampo-Guzman*

25       JENNIFER OCAMPO-GUZMAN, CRR, CLR

Page 77

1

2     -------------- I N D E X ------------------

3     WITNESS                              PAGE

4     PAUL MICHAELS, M.D.

5     EXAMINATION BY

6     MR. HOLIAN                               8

7     -------------- EXHIBITS ------------------

8     DR. PAUL MICHAELS                  FOR I.D.

9

      Exhibit 0001a, Original report of    10
10    Dr. Paul Michaels

11    Exhibit 0015, Rule 26 Supplemental   10
      Report of Paul J. Michaels, M.D.

12

      Exhibit 0016, Article by             10
13    Chun-Hsiang Wang

14    Exhibit 0017, Paper authored by      61
      Yeseong D. Kim, et al.

15

      Exhibit 18, WHO IARC cancer          70
16    classifications

17

18

19

20

21

22

23

24

25

Page 78

1                          ERRATA SHEET
                    VERITEXT/NEW YORK REPORTING, LLC
2

        CASE NAME: In Re: Zantac (Ranitidine) Products Liability
    Litigation, MDL No. 2924 v.
3       DATE OF DEPOSITION: 10/18/2022
        WITNESSES' NAME: Dr. Paul J. Michaels
4
5       PAGE    LINE (S)        CHANGE              REASON
        ____|_____|_____|_____
6
        ____|_____|_____|_____
7
        ____|_____|_____|_____
8
        ____|_____|_____|_____
9
        ____|_____|_____|_____
10
        ____|_____|_____|_____
11
        ____|_____|_____|_____
12
        ____|_____|_____|_____
13
        ____|_____|_____|_____
14
        ____|_____|_____|_____
15
        ____|_____|_____|_____
16
        ____|_____|_____|_____
17
        ____|_____|_____|_____
18
        ____|_____|_____|_____
19
        ____|_____|_____|_____
20
21                                          _____
                                            Dr. Paul J. Michaels
22      SUBSCRIBED AND SWORN TO BEFORE ME
        THIS _____ DAY OF _____, 20__.
23
24

25      _____         _____
        (NOTARY PUBLIC)                 MY COMMISSION EXPIRES:

[& - able]                                                                                    Page 1

| & |
| --- |

**&**   4:4 6:3,17

| **0** |
| --- |

**0.05**   54:25
**0.05.**   46:23
**0001a**   10:12 77:9
**0015**   10:20 77:11
**0016**   10:24 77:12
**0017**   61:3 77:14
**02110-1447**   5:14
**02210**   3:7

| **1** |
| --- |

**1**   7:14 10:8
   36:15 37:23
   38:20 39:3 41:5
   61:16 65:19
   69:11,15,20,24
   73:16
**1.03**   44:24 45:7
   48:3
**1.06**   48:3
**10**   29:25 56:17
   77:9,11,12
**10/18/2022**   78:3
**100**   4:12
**10016**   3:19
**10:02**   73:19 74:9
   74:14
**11.47.**   65:23
**111**   4:6
**1180**   6:13
**12210**   4:7
**12th**   3:18
**130**   5:5
**1410**   3:6
**15**   10:16 12:24
   13:17 24:13

41:6,10 59:9
62:24 67:9
**16**   10:19 36:12
   56:19
**1600**   5:5 6:13
**17**   60:25 61:10
   64:11
**1725**   3:12
**18**   1:20 2:9 7:4
   29:20,22 70:9,11
   77:15
**18th**   5:5
**19103**   5:6
**19th**   76:22
**1a**   10:6,7 14:22
   15:9 23:2

| **2** |
| --- |

**2**   13:19,19 24:15
   41:9
**20**   78:22
**20024**   6:20
**2022**   1:20 2:9
   7:4 13:10,14
   72:22,25 75:19
   76:23
**25**   30:16,18
**26**   10:21 77:11
**26th**   5:13
**2924**   1:7 7:20
   78:2
**2924-20**   7:20
**2925**   3:12

| **3** |
| --- |

**3**   4:12 13:20
   59:10 67:9
   70:15,19

**3.550**   1:12
**30**   13:10,14
   43:15
**30309**   6:14
**316**   4:18
**32502**   4:19
**33**   5:13
**35,269**   36:23
   37:10 38:22
   39:5
**360**   49:7 52:10
   52:20,25
**386**   15:23
**387**   16:5 17:6,9
**3rd**   12:19

| **4** |
| --- |

**4**   4:12 14:6
   59:11
**40**   43:15
**41**   15:14
**44**   14:24 15:5,11
   15:14,16 16:3
**45**   16:3

| **5** |
| --- |

**5**   14:6 24:15
   36:13 39:3 41:9
   56:17,20,21 57:4
   57:10 59:10
   67:9
**50**   43:15
**500**   20:15
**506**   17:6,12 18:3
   18:6
**5137**   76:24
**5150**   1:11
**517**   18:3,19

**518**   18:3 21:3,5
   23:5
**55,000**   24:20
**55,110**   36:22
   39:9,25

| **6** |
| --- |

**6**   37:23 61:16
**600**   3:18
**608**   64:11
**61**   16:17,21 18:7
   18:10 77:14
**610**   61:14
**64**   17:16 18:11
   22:25 37:8 38:2
   40:4
**680**   6:19

| **7** |
| --- |

**70**   77:15
**750**   4:6
**77098**   3:13
**78257**   4:13

| **8** |
| --- |

**8**   77:6
**8:30**   1:21 2:10
   7:3
**8:34**   11:14
**8:35**   11:18

| **9** |
| --- |

**9**   29:25
**90**   39:4
**95**   46:20
**9:44**   73:15

| **a** |
| --- |

**able**   33:20 49:20
   62:7 65:10
   67:25 68:3

70:16
**abstract** 13:8,12
**absurd** 73:3
**access** 11:4 69:8
  70:16
**account** 20:8
  72:9
**accounting**
  64:21
**accurate** 53:24
  53:25
**accurately** 46:13
**acknowledge**
  42:3
**action** 8:4 46:23
  76:17
**actions** 1:15
**active** 27:16 29:4
  32:4,7,10,14,20
  34:24 35:4,11,18
  36:3 38:5,12
  39:16,17 43:24
  44:10,25 45:8
  56:11 63:7
**actual** 70:6
**adam** 3:14
**addition** 20:20
  60:15 63:6,20,24
**additional** 12:24
  47:21 51:23
**address** 32:5
**addressed** 22:18
  22:20,21,22
  32:19 71:8
**addresses** 46:2
**adds** 42:15 43:3
  43:24 44:7

**adjusted** 64:19
**adopt** 19:25
**advance** 10:18
**affect** 42:11
  44:25 45:8
**age** 60:15 63:21
**agents** 71:3,14
**aggregated** 54:9
**ago** 12:21 69:19
**agree** 7:13 16:9
  19:5 22:3 23:20
  24:3 25:15,22
  26:2 36:21
  48:18,24 55:4
  56:21 57:10,19
  66:6 67:16,20
  69:10,14,23
  71:13
**ahead** 22:7
**al** 61:5 77:14
**alameda** 1:10
**albany** 4:7
**alcohol** 62:22
  67:13,20,22 68:7
  68:11 71:11
**alcoholic** 71:6
**altering** 28:18
**analyses** 48:20
  49:2 55:7
**analysis** 19:22
  29:4 35:11
  39:21 41:19
  48:22 49:3,15
  55:14,19 56:5,11
  63:8 64:20
  68:22
**analyze** 53:4,9

**analyzed** 24:21
**anapol** 5:3
**animal** 20:18
  43:21
**answer** 33:24
  40:18 53:18,19
  53:20 54:5
  58:25 70:6
**answering** 58:11
**answers** 53:18
**antagonists**
  39:20
**antonio** 4:13
**anybody** 49:11
**appear** 26:23
**appears** 37:12
  37:18 45:18
  46:24
**apples** 32:15,15
  32:21,22
**applications**
  9:18
**applied** 10:8
  26:18
**apply** 26:19
**appreciate** 53:21
  53:23 74:6
**appropriate**
  65:6,8
**approximately**
  27:22
**arch** 5:13
**area** 9:12
**argue** 39:21
**arrow** 52:4
**article** 10:19,25
  25:9 65:18 72:2
  72:6,7 77:12

**asking** 54:4
**assay** 46:13,17
**associated** 59:4
  59:19 63:13
  68:9
**association**
  33:11 34:7,11,18
  47:7 48:4 50:24
  51:2
**associations**
  24:9
**assuming** 27:21
  37:16
**atlanta** 6:14
**atrophic** 63:12
**attached** 75:13
**attempt** 29:4
**attending** 8:9
**attorneys** 3:11
  3:17 4:5,11,17
  5:4,11 6:4,18
**audio** 7:11
**authored** 61:4
  77:14
**authors** 13:2
  21:21 25:16,23
  26:3,9 27:18
  28:22 31:15,19
  31:23 36:23
  37:14 39:15
  44:10,11 48:19
  48:25 49:10
  55:5,18 56:6
  57:5,11 61:24
  62:6 64:8,18
  68:24
**available** 19:21
  62:16 69:20

aventis  5:12
avenue  3:12,18
  4:6 6:19
average  30:14
  30:17,19 31:4,6
  31:9
aware  13:3,7
  58:21 59:6 60:5

**b**

b  56:17,21 57:4
  57:10
back  11:17
  17:10 19:8
  22:25 39:2 41:4
  42:13 59:8
  62:23 63:3
  64:10,12 67:8
  73:18
background
  47:20 50:6,8
based  21:14
  26:20 27:24
  28:12,13 35:12
  46:14 56:13
  58:5,12 66:2
  67:25 68:4
basic  20:16
basis  46:7
bathroom  72:18
bay  9:12,12 21:2
baylon  4:18
beach  1:5
beginning  73:20
begins  16:25
beige  57:14,21
believe  11:25
  12:19 13:15

23:22 32:3
34:23 35:3
49:14 65:5
66:11
best  9:6
beverages  71:6
beyond  46:20
  64:5
bias  32:6,13
  46:24 47:7
  58:16
bit  53:22
bladder  16:22
  42:2 44:20,24
  45:7,14,16 47:19
  48:2,9 58:10
bld  4:12
blocker  31:17,21
  39:17
blood  76:18
blue  57:15,23
board  33:13
body  45:12
boehm  6:21
boehringer  6:4,6
  6:7,9,11
bogdan  4:8
bosso  6:15
boston  3:7 5:14
bottom  16:23
  18:20 37:2 39:4
  41:8,13 62:3
  72:15
bowel  63:11
bowry  6:23 7:21
box  37:2 39:4
bradley  5:18

break  72:18
  73:11
breakout  73:13
breanna  5:17
brief  11:16
  73:17
briefly  14:25
broad  58:4
browser  9:16
burning  53:17

**c**

c  1:2 3:2 4:2 5:2
  6:2 8:14 76:2,2
c.v.  6:12
calculated  64:19
california  1:10
call  66:22 67:2
called  8:15 46:11
cam  22:5
camera  7:8
cancer  15:3,13
  15:20 16:9,11,23
  17:23 19:7,12
  22:4,23 23:24
  24:5 35:22,23
  36:9 41:23 42:3
  42:10 43:5,6
  44:3,15,19,19,20
  44:20,24 45:7,14
  45:16 47:19
  48:2,9 50:6 51:3
  52:7,17 57:20
  58:3,8,9,9,10,14
  58:17,20,23
  59:20 64:22,25
  65:11,14,16,22
  66:4 67:17,19,21

69:25 70:5,12,21
  71:2,18 77:15
cancers  22:18,19
  22:20 43:7
  48:20 49:2 59:5
caner  58:9
carcinogen
  69:25 70:4
carcinogenesis
  20:17
carcinogenic
  60:19 71:2
carcinogenicity
  43:21 47:21
carcinogens
  69:11,12,15,16
  69:21,22 73:3,6
case  35:22 36:4
  36:7 43:3 45:2,9
  53:14 54:18
  55:3 78:2
cases  1:8,13 31:3
categories  53:12
  55:13
categorization
  58:5
categorized
  43:16
category  49:6,9
  49:15
cause  48:8 66:23
  67:6
caused  65:11
  66:17
ccp  1:11
certain  67:12
certainly  29:9

certified 2:17
33:13 76:7
certify 75:10
76:9,16
cetera 20:4
chaffin 3:16
change 68:14
78:5
changes 46:8
chart 20:2 36:14
37:14 39:3
charted 39:24
charts 39:23
chattem 5:11
check 60:2
cherry 50:16
chronic 65:3
68:4,8 71:10
chun 10:25
77:13
cigarette 67:13
cirrhosis 63:11
65:2,13,22 66:3
66:10,15,17,22
67:3,5,7 69:7
citation 18:19
23:5
cite 14:8,12,16
15:22
cited 20:15
classification
72:10
classifications
70:12,21 77:16
classifies 69:10
69:14,21,24 70:4
71:2

clear 26:20 33:4
40:8
clearly 35:16
clinical 33:8,14
54:25 66:2,19
clr 1:23 76:25
codes 56:23
cohort 25:17,18
25:24,24 26:3,18
26:19 30:2
36:22 38:9,15,21
40:11 57:6,12
colon 71:14
column 38:22
64:16,18
combination
47:22
combined 39:20
come 72:10
comes 46:12
coming 70:10
comment 54:10
54:12,14
commented
66:11
commission
78:25
common 53:3,8
64:21
communicated
12:25 13:5
comorbidities
59:19
comparative
35:11
comparator 27:5
27:11,16 28:24
29:4 32:7,10,14

32:21 35:18
36:3 39:18
43:24 44:25
56:11 63:7
comparators
32:4 34:24 35:4
compare 28:22
32:21
compared 30:3
35:5 40:11 42:4
44:12 55:23
57:5,11 60:8
compares 24:24
30:6 31:5
comparing
21:14 22:16
32:16 52:8,18
55:19 56:6 63:6
comparison 24:8
38:6,12 40:13,15
40:16 44:11
45:8
comparisons
31:16,20,24 35:6
39:16
compelling 72:6
completely
34:18,20
compliant 51:22
computer 9:18
concern 30:21
concierge 6:24
7:24 61:8 70:10
concise 20:7
concludes 74:10
conditions 63:12
68:3,5

conducted 7:6
confidence 46:20
55:12
confidential 7:1
8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1
confounder 66:7
confounders
62:18 67:12
68:13
confounding
34:25 35:5
60:14 63:20
64:9 65:6
connection 7:8
connolly 6:17

**consecutive** 47:2 47:4
**consider** 29:5,14
**considered** 29:13
**consistent** 34:19 34:20 46:8 47:7
**consistently** 44:4 45:14
**constantly** 46:10
**constitutes** 29:11
**consume** 68:11
**consumption** 67:13
**cont'd** 4:2 5:2 6:2
**contacted** 11:21
**contained** 19:11
**context** 20:5 21:18 33:7 45:20,24 48:5 50:18 54:13 55:16
**continue** 7:12 16:2
**continuing** 33:25 43:13 68:18
**contradictory** 34:12 48:6
**contrast** 21:9
**contrasting** 21:15,19 22:16
**contribute** 60:16 63:22
**control** 46:15 66:7 67:12 68:19

**controlled** 64:8 65:2
**controlling** 67:5
**controls** 56:13 65:6,8
**coordination** 1:12
**coos** 9:12 21:2
**copy** 13:25
**copyrighted** 72:21,24
**corporation** 6:7 6:8
**correct** 13:25 14:9,13,17 15:20 18:8 19:7 23:6 26:6,18 28:9 29:23 30:2 31:17,21,25 32:2 36:24 37:19 38:3,16 40:3 41:24 42:5,8 44:15,21,22 48:22 49:13 51:24 52:11,21 56:8,9,12 57:3,8 62:11 65:25 75:11
**corrections** 75:12
**counsel** 3:5 8:8 8:12 11:21
**country** 59:23
**county** 1:10 75:4 76:5
**couple** 10:3 11:11 71:23

**course** 21:21
**court** 1:4,10 7:19 7:23 8:11
**covers** 59:24
**cox** 41:19
**criteria** 25:12 26:16
**crr** 1:23 76:25
**cryptogenic** 66:22 67:3
**cumulative** 56:25
**currently** 72:13

**d**

**d** 1:2 8:14 61:4 77:2,14
**daily** 39:5 46:7 49:7 52:11,21
**daniel** 4:20
**data** 20:11,17 28:7 43:4,15,19 43:20,21,25 47:21,22 54:10 55:15,16 60:5 62:7,15 68:24 69:7,19 72:4,5 72:11,12
**database** 59:24 64:3 68:2,23 69:3,9
**date** 10:14,23 11:2 61:6 70:13 78:3
**david** 6:24 7:25
**day** 11:25 33:15 75:19 76:22 78:22

**dc** 6:20
**de** 6:12
**deal** 46:7,9
**deals** 33:14
**decades** 31:3 71:23
**decrease** 58:13 68:12
**decreases** 58:22
**defendant** 6:18
**defendants** 5:11 6:4
**define** 27:13 39:15
**defined** 26:9 39:5 49:7 52:11 52:20
**definition** 28:6 72:9
**degree** 20:24 59:3 65:12 71:9
**depends** 7:7 27:12 32:7 33:19 65:15
**deposed** 8:23 12:22
**deposition** 1:18 2:13 7:5,15 9:8 9:22 12:7,23 49:23 71:25 75:10 76:11,13 78:3
**depositions** 9:21
**despite** 34:3,4,7 34:17
**detail** 20:6,24 21:6,22 24:6 25:5 37:15

**details** 25:3
27:14 31:10
**determined** 63:8
**developing** 66:4
**deviation** 47:4,6
**diabetes** 63:10
68:9
**diagnosis** 20:10
33:21
**dietary** 20:18
43:22 47:22
**difference** 28:3
28:18 35:9,10
36:7 62:21
**differences**
28:19 60:23
62:10
**different** 10:9
25:5 30:10 43:3
61:21 62:18
**diligence** 58:7
**disagree** 19:2
23:10 66:9
**discount** 47:14
**discuss** 15:18
16:19 18:12
23:24 24:4
59:10,12
**discussing** 16:9
**discussion** 15:2
23:21 43:12
**disease** 31:2
32:16,17 33:11
33:21 34:7,10
35:19,25 50:24
63:11 68:7
**diseases** 71:11

**dismiss** 45:17
**distinct** 10:8
**distribution**
27:25 28:11
**distributions**
28:8
**district** 1:4,4
7:19,19
**divided** 25:16,23
**division** 1:5
**dla** 5:10
**doctor** 14:2 16:9
18:9,23 19:5
22:2 28:20
29:18 34:23
37:10 44:9
48:18 65:20
69:23
**document** 1:7,14
70:3,7 73:8
**doing** 19:13
54:17
**dominion** 4:12
**dose** 39:5 43:7
48:14,19,25 49:6
49:14,16,21 53:4
53:9,12 55:6,12
55:14,19,22 56:5
56:10
**doses** 29:8 49:7
52:11,21
**download** 9:17
**dr** 7:15 8:19
10:4,12,13,20,24
11:3,20 13:22
14:9,23 15:13
23:4 24:17
25:15 36:15

37:25 39:6
40:17 41:14
48:13 51:16
53:16 55:4
56:22 57:25
59:14 60:13
61:3,17 67:10
70:11,16 72:20
74:2,3,5,11 77:8
77:10 78:3,21
**drafting** 11:22
12:16
**draw** 24:8
**drive** 3:6 4:12
**drug** 30:25
58:13
**due** 58:7
**duly** 8:15 76:12
**duodenal** 35:24
**duration** 62:17

**e**

**e** 1:2 3:2,2 4:2,2
5:2,2 6:2,2 8:14
9:22 11:8 76:2,2
77:2
**earlier** 57:24
**easier** 12:12
**eastern** 7:4
11:14,19 73:15
73:20 74:9
**edt** 1:21
**effect** 35:21
45:18 46:4,5
47:24 51:13
60:19
**effects** 68:20

**elaborate** 19:19
20:11 21:5
37:15
**elaborated** 19:15
21:3,18,22
**elements** 60:14
63:20 64:9
**elevate** 35:19
**elevated** 42:25
44:4,5 45:15
**emerging** 47:17
**encompassed**
69:4
**ends** 17:5 18:2
**entire** 28:21 69:4
**entirely** 26:20
**epidemiologic**
47:8
**epidemiology**
15:19 16:11
20:21 25:2,4
26:8 27:3,9
28:21 29:3 30:4
30:7 32:5 39:14
42:19 45:13,25
53:4,9 54:6,7,9
54:19
**errata** 78:1
**esophageal** 42:2
42:10 43:5 44:3
44:19 58:8
**especially** 51:6
**esq** 3:8,14,20 4:8
4:14,20 5:7,8,15
5:16,17,18 6:15
6:21
**establish** 54:24

established 17:8
establishing
  60:18
et 20:4 61:4
  77:14
evaluate 47:11
  49:16
evaluated 20:8
  63:14
evaluating 21:14
  34:21 46:12
  55:3 58:7
evaluation 59:2
  59:3
evening 7:2 8:19
event 57:2
evidence 19:22
  20:8 44:2 47:11
  47:17 54:20
  70:22 71:3,15
  73:3
exact 11:25
exactly 26:22
  37:25
exam 20:3
examination
  8:17 77:5
examined 8:16
example 46:25
exclude 26:10
  33:11 42:24
  48:3 65:10
excluded 26:3,24
  27:3,9
excludes 67:5
excluding 36:8
exclusion 25:12
  26:16

exclusive 66:11
exhibit 10:6,12
  10:16,19,20,24
  13:17 14:22
  15:9 23:2 24:13
  24:16 36:12
  41:6,10 56:19
  59:9 60:25 61:3
  61:10,15 62:24
  64:11 67:9 70:9
  70:11 77:9,11,12
  77:14,15
exhibits 9:17
  10:3 11:5 77:7
existed 62:10
expect 35:21
expires 78:25
explained 54:21
explaining 24:10
exposure 26:14
  66:10
extensive 43:11
  71:21

f

f 1:2 76:2
facilitate 10:10
fact 28:5,12
  37:20 42:9,24,24
  45:6 49:17
  50:10 66:19
  68:3
factor 66:19
  67:17,18,21,23
factors 64:21
  68:21
fair 9:23,24
  32:23

fall 46:15
false 73:7
famotidine
  26:21,24 27:23
  28:3,8,11 29:13
  31:17,20 35:14
  35:16,23 36:23
  37:7,11 38:3,7,9
  38:14,16,23 40:3
  40:14,16,24
  44:13 55:21,21
  55:25 57:7,13,21
  57:23 58:2,10,19
  59:6,17 60:6
  61:22 62:2,8,19
  63:7,9
far 39:4 59:6
feedback 68:17
feel 20:10 54:3
fibroblastic
  66:13
fields 5:17
figure 36:15
  39:3 56:17,20,21
  57:4,10 67:2
figures 35:13
file 11:4
filed 7:18
financially 8:4
find 11:7 49:20
  50:15 51:10
finding 34:13
findings 20:3
finken 5:7
firm 7:21
first 10:5 11:20
  12:9 14:16
  15:18 16:23

17:16 19:15
  24:15 25:16,23
  41:12,15 51:17
  52:3 67:9
five 30:17,19
floor 3:18 5:13
florida 1:4 4:19
  7:20
flow 36:14 37:14
  39:2
focus 21:22
focused 54:15
  71:25
folder 60:25
follow 30:22
following 14:11
  37:21
follows 8:16
followup 29:19
  29:22,24 30:6,6
  30:13,15,15,22
  31:5,6
footnote 15:17
foregoing 75:8
form 31:3
formed 21:11
  48:7
forming 20:9
forth 76:12
found 12:21 24:9
  47:2 50:14
four 21:12 46:25
front 12:11
  19:18
full 13:20 14:7
  14:16 17:16
  24:16 25:8
  41:12,15 51:17

[full - holian]                                                  Page 8

52:3 67:9
**functioning**
  46:14
**further**  17:2
  19:22 76:16

### g

**g**  1:2
**gastric**  35:24
  41:23 43:6
  44:19 58:8
  59:20
**gastritis**  63:12
**gastrointestinal**
  63:14
**general**  69:20
**georgia**  6:14
**getting**  65:14,21
  68:16
**give**  9:5 53:24,25
  54:2,5 61:9
**given**  21:22 28:4
  43:18 46:13
  48:4 50:10
  74:10 76:14
**gmbh**  6:10
**go**  7:13 11:8,10
  14:5,19 15:10
  17:10 18:15
  19:8 22:7,12
  24:14 36:13
  37:23 39:2 41:4
  48:10 50:5 59:8
  62:23 63:3 64:4
  64:10,12 67:8
  70:15,19
**goes**  58:16

**going**  7:3 10:5
  11:13 12:21
  14:24 16:3,16
  28:13 32:17
  35:17 38:17
  41:10 53:20
  73:9,14
**good**  7:2 8:19,21
  8:22 43:7
**gotten**  72:4
**graph**  50:2
  52:24
**graphed**  35:13
**graphs**  35:12
**greater**  21:22
  49:7 51:20
**ground**  8:25
  9:20
**group**  26:9
  27:19,25 28:4,4
  35:14,14,15,16
  35:17,20,23 36:2
  36:5 39:5,15,18
  39:25 56:12
  62:19,20 69:11
  69:15,20,24
**grouped**  49:10
**grouping**  50:11
**groups**  28:19
  29:2 30:2,20
  50:3
**guerra**  4:10
**guess**  11:6 12:18
**guzman**  1:23
  2:16 7:24 76:6
  76:25

### h

**h**  1:2,2 8:14
**h2**  31:17,21
  39:17,20
**half**  28:16 62:2,3
**hand**  37:2 38:22
  39:4 64:16,18
  76:22
**hard**  37:16
**hardin**  4:4
**hausfeld**  3:4
**hazard**  42:25
  44:3,23 45:7,15
  48:2 52:23
**heard**  7:10 8:8
**heart**  68:7
**held**  2:14
**helps**  32:5
**hemochromato...**
  66:25
**hepatitis**  65:3
  66:24
**hereinbefore**
  76:11
**hereunto**  76:22
**hide**  43:16
**high**  33:16,18
  50:6 67:4
**higher**  36:2
  59:18,19 63:9,13
  66:4 68:10
**highest**  49:6,9,15
  49:21
**highlighted**
  37:24 52:2
**highlighting**
  10:9 64:15

**highly**  7:1 8:1
  9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1 67:1 68:1
  69:1 70:1 71:1
  72:1 73:1 74:1
**history**  68:6,6
**hit**  61:7
**holds**  36:3
**holian**  5:15 8:18
  9:25 10:15 11:3
  11:10 14:4,21
  15:8 21:24 22:7
  22:24 24:12
  36:11 37:22
  41:2,6,10 48:12
  56:16 60:10,24
  61:11,13 63:2
  64:10,14 70:8,14
  72:14,19 73:9
  74:5 77:6

hospital  9:12
  21:2
hours  12:3,18,24
houston  3:13
hsiang  10:25
  77:13
human  20:20
  42:18 43:23
  45:12
humans  69:11
  69:15 70:22
  71:3,15
hyperacidity
  35:24
hypercholester...
  68:8
hypertensive
  68:7
hypothesis  47:15

**i**

i.d.  77:8
iarc  69:10,14,18
  69:21,24 70:4,12
  71:2 72:8,22
  77:15
iarc's  70:20
ideal  32:11
identification
  10:14,23 11:2
  61:5 70:13
identified  61:21
  68:21
identify  26:7
  27:2,8 28:20
  39:13
ignore  51:11

imagine  54:8
important  30:12
  30:13 42:15
  45:23 46:8 50:7
  66:7
inability  67:12
incidence  57:2
include  39:16
  53:5,10 72:7
included  16:25
  22:15 26:22
  36:23 51:19
  62:14 72:8
includes  68:24
  69:6,9
including  20:2
  20:16,23 67:13
  72:5
inclusive  22:23
incorporated
  19:22
increase  49:21
increased  17:23
  41:22 42:6
  44:14,18 50:4
increases  58:19
  65:13
increasing  52:23
  52:24 54:10
increasingly
  50:4
indication  32:6
  32:12,13 35:21
  58:16
indicative  51:13
individual  53:6
  53:11,12 54:11
  55:12 62:15

individuals
  42:17
inflammatory
  63:11
information
  31:13 42:15
  51:8 62:16
ingelheim  6:5,6
  6:8,9,11
inhibit  42:23
inhibitors  31:25
initial  20:13
injury  68:8
insogna  5:16
interest  41:3
  60:11
interested  8:5
  76:19
international
  6:10
internet  7:8 9:19
interrupt  23:16
  40:6
interrupted
  40:20
interval  46:20
intervals  55:12
introduced  61:8
invalid  32:22,25
  33:3,5 34:2
invalidating
  36:8
invoice  11:24
issues  62:14 64:4
iwagami  14:8
  16:12 18:21,24
  19:6,9 21:17
  22:3,10,13,22

**j**

j  7:15 8:14 10:21
  74:11 77:11
  78:3,21
jack  43:16
james  5:8
jennifer  1:23
  2:16 7:24 76:6
  76:25
jennings  5:18
jerry  4:14
jersey  2:19 76:3
  76:9
johnson  6:24
  7:25 10:2,16
  13:17,24 14:4,21
  15:9 22:24
  24:12,17 36:11
  36:19 37:22
  41:7,11 48:12
  52:4 56:18
  61:13 63:2 70:9
  72:14

**k**

kantor  16:5 17:9
kaplan  56:23
katie  5:16
keep  50:7
kherkher  3:10
kidney  68:8
kim  14:17 16:12
  21:5 23:6,21,25
  24:5,7 59:12,17
  60:14 61:2,4
  64:8,11 77:14
kind  58:25 65:15

| | | | m |
|---|---|---|---|

**king**  6:3
**know**  8:23 9:3
  12:3 18:15
  21:19 24:24
  27:13,14 30:5,8
  31:4,12 32:15,15
  32:25 33:2,12
  34:2 36:15 37:6
  45:23 46:4
  47:13 53:3,8
  62:17,18 65:12
  66:19,23 68:23
  69:2,3,6,9 70:3
**knowing**  31:13
  47:20 51:6
  66:16
**known**  47:14
  69:11,15,21

**l**

**l**  1:2,2 8:14,14
**l.l.p.**  3:4
**lab**  46:6,13,17
  47:10 51:5
**laboratory**  20:3
  33:13,14,16 34:3
  46:10,10 50:20
  54:21
**large**  29:19
  42:16
**larger**  12:8
**largest**  27:19
**lead**  30:25 32:22
  66:13
**leads**  32:24
**lee**  6:23 7:21
**left**  39:4

**length**  30:5,12
**level**  62:15
**levin**  4:16
**liability**  1:7 7:17
  78:2
**likelihood**  68:12
**limitation**  49:18
  49:19 50:11
**limitations**  32:18
  33:18 34:8,13
  42:20
**limited**  26:14
  31:12 50:10
  70:22 71:15
  73:3
**line**  57:12,14,16
  57:21,23 78:5
**lines**  25:10
**list**  61:24 70:20
  71:6
**listed**  13:2 71:18
**lists**  71:14
**literally**  72:19
**literature**  28:22
  71:22
**litigation**  7:18
  33:6 78:2
**little**  9:7 53:22
  56:4
**liver**  15:3,12,19
  16:9,10 19:7,12
  22:4,23 23:24
  24:5 35:23 36:9
  41:23 43:6
  44:15 50:6 52:7
  52:12,17 57:20
  58:3,9,14,17,20
  58:23 64:25

65:11,14,15,22
  66:4 67:17,19,21
  69:25 70:25
  71:18
**llc**  5:12 78:1
**llp**  3:16 4:10 5:3
  5:10 6:3,17
**located**  9:10,11
**log**  11:9
**logistic**  64:20
**long**  21:8 29:6
  29:11,13 30:25
  31:2 42:16
  43:11,17,18 48:8
  53:18
**longer**  28:23
  49:24
**look**  13:25 25:5
  25:7 30:10 31:9
  38:20 45:23
  50:2,2 53:14
  55:17 60:3,22
  64:7
**looked**  43:10,15
  45:13 72:4,25
  73:5
**looking**  30:14
  43:25 49:24
  54:18,19 58:5
  71:10
**lot**  50:13 53:17
  69:19
**low**  34:4,8 50:21
**lower**  57:21
**luhana**  3:16,20
**luke**  6:15

**m**  8:14,14
**m.d.**  1:19 2:14
  10:22 75:7,16
  76:10 77:4,11
**magnitude**  46:4
  66:8
**mail**  9:22 11:8
**main**  63:7
**maine**  6:19
**majority**  29:7
**malignancies**
  63:14
**manage**  51:8
**marina**  3:6
**mark**  10:5
**marked**  10:3,14
  10:22,25 38:23
  61:5 70:12
**marking**  10:7
**marriage**  76:18
**martin**  4:4
**massachusetts**
  3:7 5:14
**massotti**  4:4
**match**  39:6,10
**matched**  39:8
  42:17
**matching**  39:11
  67:24,25 68:11
  71:10
**matt**  5:15 33:24
**matter**  7:16 10:7
  30:18 54:20,21
  72:3,23 76:20
**matters**  72:24
**maximum**  30:5

md 7:20
mdl 1:7 4:5 7:20
  78:2
mean 13:20
  23:16 29:24
  30:21 31:11
  33:9 40:6 46:5
  47:3,5 50:23
  51:2 57:25 73:5
means 29:10
  33:17 34:5
  49:10 66:23
meant 46:15
measuring 46:17
mechanistic
  20:16 43:20
  47:21
media 7:14
  73:16,21 74:12
median 30:22
medical 28:22
  33:8 68:4,4
medication 27:4
  27:6,10,11 28:23
  28:24 51:3,22
medicine 17:19
  19:25 34:19
  47:12 50:20
  51:8 55:2 66:20
meeting 69:18
meier 56:23
mellitus 63:10
memorize 25:3
  31:10
memorized 70:3
memory 30:9
mental 29:2

mentioned 16:19
  20:20 21:17
  23:5 24:19
  50:21
methodologies
  27:15
methodology
  19:24 34:21
  55:2
michaels 1:19
  2:13 7:16 8:19
  9:1 10:1,4,12,13
  10:20,22,24 11:1
  11:3,20 12:1
  13:1,22 14:1,9
  14:24 15:1,13
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1,4 24:1
  24:17 25:1,16
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1,15
  37:1,25 38:1
  39:1,7 40:1,17
  41:1,14 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  48:13 49:1 50:1
  51:1,16 52:1
  53:1,16 54:1
  55:1,4 56:1,22
  57:1 58:1,2 59:1
  59:14 60:1,13
  61:1,3,18 62:1
  63:1 64:1 65:1
  66:1 67:1,10

68:1 69:1 70:1
  70:11,17 71:1
  72:1,20 73:1
  74:1,2,3,6,11
  75:7,16 76:10
  77:4,8,10,11
  78:3,21
middle 17:17
middlesex 76:5
millions 54:7
mind 20:7 50:7
minimizing
  68:20
minimum 27:22
  27:23 28:14
minutes 11:11
mischaracteriz...
  73:7
mistake 37:18
month 27:20,22
  28:15,15,16
  29:12 37:5,10
  38:6,8,13,15
  40:13,23 41:24
  44:12 52:8,18
  55:20 57:6,11
months 26:5,25
  28:17 29:6,9
  51:21
move 10:3,16
  21:24 41:2
multiple 47:17
  62:17 64:4
multivariable
  41:19 64:20
mutually 66:10

n

n 1:2,2 3:2 4:2
  5:2,5 6:2 77:2
name 7:21 78:2
  78:3
ndma 20:17 59:4
  59:7 66:10,12,18
  67:6 69:18
  71:21
ne 6:13
nearly 69:4
necessarily
  54:13
necessary 54:3
need 11:6 20:11
  54:2 58:25
  72:17
needed 51:24
negative 34:6,16
  34:17 50:14,18
  50:21,22,25
negatives 21:20
neither 57:22
new 2:19 3:19,19
  4:7 7:22 76:3,8
  78:1
nigh 4:20
nonranitidine
  25:18,24 26:19
  36:22 40:12
  52:9,19 56:7
  57:14
nonresponsive
  21:25
nonuse 35:6,14
  35:16,20 36:2,5
  42:4 55:23
  56:14

nonusers 57:7
57:13
norgaard 31:6,8
31:12,14
normally 51:14
notary 2:18
75:22 76:8
78:25
note 7:5 41:21
46:8 59:16
60:12
noted 8:9 24:18
29:18 74:14
notice 2:15
nuances 19:20
number 7:20
12:9 20:17
24:25 39:25
48:5 66:20
74:12
numbered 15:10
numbers 39:6,9

**o**

o 1:2
obesity 63:10
65:2
objections 8:6
objectively
46:17
ocampo 1:23
2:16 7:24 76:6
76:25
occupational
20:19 43:22
47:23
october 1:20 2:9
7:4 12:19 76:23

odds 64:19
office 9:11
okay 9:20,23,25
15:4,7 16:15
18:19 19:10
24:11 25:7
32:20 36:10,18
37:4 41:2 48:10
55:18 56:15
59:8 60:3,22
61:12 64:2
65:17 70:8 73:9
older 42:17
ones 20:23
open 9:18,21
13:16
opinion 20:9
27:21 28:17
30:23 42:12
49:22 50:12
62:8
opinions 21:11
43:2 44:7,8,25
45:8 48:7
opposite 26:12
36:4
oral 1:17 2:12
76:12
order 53:25
54:24 58:24
oregon 9:13 21:2
org 20:12
original 10:6,11
10:13 14:19,25
15:12 16:17
18:25 19:19
43:20 66:12
77:9

ors 64:19
outcome 8:5
76:19
outside 46:21
overall 29:22
48:21 49:3
68:14

**p**

p 3:2,2,20 4:2,2
5:2,2 6:2,2 8:14
46:22 53:6,10,11
54:24 55:11
p.m. 1:21 2:10
7:3 11:14,18
73:15,19 74:9,14
page 11:9 13:19
13:19,20,21 14:5
14:6,15,24 15:5
15:11,16 16:3,3
16:17,21,24
17:16,17 18:7,10
18:11,20 22:25
24:15,16 36:13
37:21,23 39:3
41:5,9,13,15
48:10,16 56:17
59:9,10,11,12
61:14,16,17
64:11 65:18
67:9 70:15,19
72:16 75:13
77:3 78:5
pages 21:8 64:12
75:9
palm 1:5
pancreatic 41:23
44:19 58:9

papantonio 4:16
paper 12:15 13:2
13:4,9,13 14:8
14:12,16 17:9,13
21:16 28:7
36:13 41:21
56:17,18 61:4
77:14
papers 12:15
paragraph 14:8
14:11,16 16:23
17:16 19:15
25:8 29:16
41:12,17 51:17
52:3 60:13 63:3
64:5,6 67:10
park 3:6
part 15:16
participants 7:9
particular 33:10
33:20 34:6,10,11
35:7,22 36:6,9
43:4 51:3 54:12
54:16 58:13,17
particularly
47:16 50:5
66:21
parties 7:13
76:17
partly 19:20
party 8:3
pathologist
33:14
pathology 20:12
20:25
patient 38:8,14
62:15

[patient's - question]                                    Page 13

**patient's** 20:2
58:13
**patients** 25:17
25:23 26:4,14
29:7 36:22
38:22 40:2 51:9
51:19 57:20
59:17,21 63:9
65:21 66:3,20
68:5
**paul** 1:19 2:13
6:21 7:15 10:12
10:13,20,21,24
61:3 70:11
74:11 75:7,16
76:10 77:4,8,10
77:11 78:3,21
**pdf** 13:20 14:5
24:15 61:15
**peachtree** 6:13
**pennsylvania**
5:6
**pensacola** 4:19
**people** 26:10
39:16 68:11
**percent** 37:8
38:2 40:4 46:20
**perfectly** 43:10
**perform** 56:10
**performed** 31:16
31:19,23 48:19
48:25 56:6
**pfizer** 6:18
**pharmaceuticals**
6:5
**philadelphia** 5:6
**physical** 20:3

**picking** 50:16
**piper** 5:10
**place** 7:12 18:12
**places** 16:18
**plaintiff** 3:11 4:5
5:4
**plaintiffs** 3:5,17
4:11,17 11:21
73:25
**please** 7:5 8:6,11
9:3 10:2 13:18
14:22 16:17
22:25 24:13
36:12 41:6 45:4
61:9 64:12 70:9
**pllc** 3:10
**plus** 37:5,10
38:6,8,13,15
40:13 41:24
44:12 52:8,18
55:20 57:6,11
**point** 47:23
**poorly** 32:13
**population** 50:5
60:15 63:21
69:4
**portion** 22:8
23:23 24:4
**positive** 24:9
34:9,13 50:17
51:5
**positives** 21:19
**possibility** 34:25
35:5
**possible** 30:13
32:5 73:2
**possibly** 28:25
30:16

**power** 50:9
**powerful** 42:18
49:19
**practice** 19:25
20:25 33:9 66:2
**practiced** 34:19
**precisely** 46:13
**predominance**
26:13
**preparation**
71:24
**prepare** 9:8
**preparing** 12:6
12:13,22
**prescribed** 26:4
**prescription**
28:14
**prescriptions**
28:13 51:20,23
**present** 6:22
**previously** 8:23
17:8 18:7
**principled** 47:12
**prior** 22:6 40:18
43:2
**probably** 59:25
**problems** 62:20
**proceed** 8:13
**proceeding** 1:12
8:6 9:9
**products** 1:7,13
7:17 78:2
**profound** 60:17
62:9 63:22
**proliferation**
66:14
**promeco** 6:11

**propensity** 39:11
67:24 71:9
**properly** 46:18
**proton** 31:24
**provided** 10:18
**public** 2:18
75:22 76:8
78:25
**publish** 70:8
**published** 16:12
17:22 71:19
73:4
**pulaski** 3:10,14
**pull** 13:18 14:22
22:25 24:13
31:8 36:12
56:16 61:14
70:14
**pulling** 13:24
24:18 36:19
**pulls** 11:12
**pump** 31:25
**purpose** 24:7
60:18
**pursuant** 2:15
**put** 10:5 60:24
64:5 73:12

q

**quality** 7:6,7
**quartile** 29:8
**question** 22:2,6
23:4,14,19 30:9
30:24 35:2 40:7
40:23 45:3
52:15 53:18,19
53:20 55:24
58:11,25 60:11

72:20
**questions**   9:3
10:10 36:19
54:4 74:2
**quick**   45:17
**quickly**   8:24
**quote**   19:23

**r**

**r**   3:2 4:2 5:2 6:2
76:2
**radiology**   20:4
**rafferty**   4:16
**range**   20:15
27:20 46:16,21
**ranitidine**   1:6,13
7:17 15:18
16:11 20:21
24:20,25 25:17
25:24 26:3,4,8,9
26:15,17,18 27:3
27:9,16,19,25
28:4,5 29:11,25
30:4,7,10,25
31:16,20,24 32:4
35:15 37:5,11
38:2,7,9,13,15
38:21 39:4,14,15
39:24 40:2,11,11
40:13,15,23
41:24 42:19
43:18,23 44:12
45:12,16 47:19
48:8 49:11
51:23 52:9,18
55:20 56:7 57:6
57:12,15,22 58:8
59:4,7,20 60:7

60:19 61:22,25
62:8,20 63:6
65:11 66:13,18
67:6 71:18,21
78:2
**rate**   50:6 67:4
68:10
**rates**   50:8 59:18
59:20 60:6
61:21,24 63:9,13
**ratio**   42:25 44:4
44:24 45:7,15
48:2 52:23
**ratios**   64:19
**raw**   55:15,16
**reach**   44:21
**reached**   52:25
**read**   22:8 51:25
75:8
**reading**   12:14,15
57:17
**really**   37:14 40:8
**realtime**   2:17
76:7
**reason**   9:5 19:2
22:14 23:10
35:18 36:2 78:5
**rebuttal**   73:11
**recall**   18:16
26:11 29:2
**receptor**   39:20
**recess**   11:16
73:17
**recollection**
22:14 45:11
52:22 71:22
**record**   7:3,13
8:10 10:4 11:11

11:14,18 22:8
43:12 73:15,19
73:22 74:9
76:14
**recorded**   7:11
7:15
**recording**   7:7,11
**red**   52:4 57:12
**reduces**   34:25
35:4 58:2
**refer**   37:20
**reference**   15:23
16:4,5,10,13
17:12 18:6,10,11
18:24 21:4,4,12
23:9 46:16,21
**referenced**   12:16
18:17
**references**   17:6
18:3 20:15
**referencing**   24:7
25:6
**reflux**   35:25
**refresh**   61:7
**regard**   12:12
**regarding**   28:8
43:2 48:7
**regardless**   47:6
**regards**   25:19
28:11 32:10
33:3,25 43:4
69:18
**regression**   41:19
64:20
**reiterate**   8:24
**reject**   47:14
**relate**   15:3 73:10

**related**   8:3 66:24
66:25 76:17
**relates**   1:7,14
**relating**   15:12
15:19
**relative**   60:6
65:21
**relatively**   28:6
29:14 51:21
67:3
**rely**   33:10 46:11
**remember**   11:25
19:10 40:20
59:23
**remote**   1:17 2:12
9:21 76:12
**remotely**   8:9
**repeat**   13:11
24:2 25:20 27:7
31:18 35:2
38:11,18 52:13
52:15 53:7 57:9
60:9 69:13
**rephrase**   56:3
**report**   10:6,11
10:13,21 11:22
12:4,5,6,14,17
13:17 14:2,20,25
15:5,12 16:8,17
16:20,22 18:12
18:25 19:6,14,16
19:17,19 20:7,13
21:5,7,10,13,23
22:4,22 23:9,21
23:23 24:4,14,19
29:17 41:5,11,14
41:16 42:15,21
43:9,20 44:17

48:11,14 55:5,19
59:9,13 61:20
62:7,13,24 66:12
67:9 77:9,11
**reported** 1:23
41:21 55:8
62:16
**reporter** 2:17
7:23 8:11 76:7
**reporting** 78:1
**represent** 18:9
18:23 23:8
**reread** 22:6
23:12 45:4
55:25
**reserve** 73:10
**respect** 22:9
26:21 27:15
35:8 45:15
47:25 70:5 71:9
72:11
**respectfully**
53:16
**respective** 61:24
62:7
**response** 43:7
48:14,19,25
49:14,16 53:5,10
55:7,19,22 56:5
56:11
**rest** 73:10
**result** 33:10 34:9
45:17 46:14,19
50:15,15,21,22
50:25 51:10
58:6 66:14
**resulted** 66:24

**results** 16:11
19:6,11 20:4
22:4 23:24 24:5
32:23,25 34:13
34:16,17 35:8
36:8 42:3,10,24
44:11 45:24
48:14 50:17,18
52:7,17 55:6,8
55:10
**retained** 74:13
**review** 15:2 20:2
70:2 71:21,23
**reviewed** 20:14
54:7
**reviewing** 20:5
**richmond** 3:12
**riddell** 4:8
**right** 15:13,15
15:16 17:9
18:14 23:18
26:5 37:2,9,20
37:25 38:10,19
38:22 49:8
56:21,23 57:5,17
57:23 63:17,19
63:23,24 64:7,16
64:18 71:14,17
73:23
**risk** 17:23 35:20
41:22 42:7
44:14,18 50:4
57:20 58:2,14,20
58:22 64:21
65:13,21 66:4
67:16,18,21,23
**ronca** 5:8

**room** 9:14
**rooms** 73:13
**roopal** 3:20
**rosemarie** 4:8
**rotman** 3:8
33:23 40:17
73:12,22,25
**rule** 1:12 10:21
33:10,20 34:6,17
50:24 51:2
77:11
**rules** 8:25 9:20
46:12 47:9,10
**running** 11:24

**s**

**s** 3:2 4:2 5:2 6:2
8:14 78:5
**s.a.** 6:12
**sample** 46:15
**san** 4:13
**sanofi** 5:12,12
**saw** 18:7
**saying** 34:14,16
42:14 43:13
**says** 72:3
**scans** 20:4
**scheme** 72:10
**science** 20:16
**score** 39:11
67:24,25 71:10
**screen** 7:10
13:19 29:17
36:17 52:3
**scroll** 64:14
72:15
**scrutinized**
20:22

**search** 29:2
**second** 13:20
14:7 25:8 51:18
60:4 61:9 63:5
**secondary** 68:20
**section** 15:11
16:8,14,22 23:13
**see** 13:9,13 14:7
15:11,22,24 16:4
16:6,21,24 17:3
17:5,6,12,13,17
17:24 18:2,3,19
18:21 21:3
24:22 25:10,13
28:10 29:21
37:24 38:21,23
39:3 40:24 44:9
47:10 48:13,15
51:14 52:5,24
55:10,15 56:20
57:4 59:21
60:20 61:23
62:4 63:4,16
64:13,17,23,25
65:20,23 67:14
70:6,20,23,25
71:4,7,15,17
72:21
**seen** 7:9 54:14
68:5,10
**sensitive** 50:22
51:7
**sensitivity** 33:17
33:19 34:5,9
50:8
**sent** 11:7
**sentence** 16:3,25
17:5,18,24 25:11

**[sentence - study]** Page 16

29:18 51:18
60:12 63:5,17,18
63:19
**separate** 30:20
50:3
**september** 12:2
13:10,14
**set** 76:11,22
**setting** 33:8 47:8
58:17 68:14
**severity** 32:16
32:17
**shared** 11:4
60:25
**sheet** 78:1
**short** 26:10,17
27:4,5,10,11,13
28:6 29:15
**shorthand** 2:17
76:7
**show** 16:18
56:25
**showed** 55:11
**showing** 60:5
**shown** 17:22
45:14 75:12
**shows** 34:16
40:4
**side** 47:3,5
**signature** 76:24
**signed** 12:19
**significance**
44:21 45:19
47:16 53:2
**significant** 28:3
41:22 42:4,8,11
44:14 45:11
48:21 49:3,20

52:10,20 54:23
68:13
**similar** 30:4
45:25 50:14
**similarly** 20:13
33:12
**simpler** 56:4
**simply** 22:2 48:5
53:6,11
**single** 38:8,14
70:4,5 73:2
**sit** 19:11 27:14
28:25 72:12
**sites** 70:21
**sits** 29:7
**six** 12:17 25:10
27:20 29:6,9
**small** 45:18 46:4
64:6
**smokers** 68:10
**smoking** 60:6
61:21 67:14,16
67:18 68:6,25
69:24 71:4,12
**sorry** 23:15,16
38:17 40:6 41:9
45:3 59:11
**sort** 36:7 47:12
48:3
**sound** 37:9
38:19
**south** 4:18
**southern** 1:4
7:19
**spalding** 6:3
**speak** 53:13
**speaking** 33:7

**special** 1:12
**specific** 28:10
46:16 54:4,5
68:2
**specifically** 13:4
18:17 19:16
21:16 22:18
35:13 37:15
39:9 40:4 71:24
72:4,8
**specifics** 69:2
**specimen** 20:6
**spent** 12:4
**ss** 75:3 76:4
**standard** 47:3,6
**start** 12:8 14:23
**started** 39:25
**starts** 15:17
17:18 25:8
41:18
**state** 1:10 2:18
8:7 75:2 76:3,8
**stated** 19:17
49:23
**states** 1:4 7:18
59:25 60:7
66:21
**stating** 46:3
**statistical** 44:21
45:19 47:16
52:25
**statistically**
41:22 42:4,7,11
44:14 45:11
48:21 49:2
52:10,20 54:23
**stenographic**
8:10

**steve** 74:6
**steven** 3:8
**street** 4:18 5:5
5:13 6:13
**strength** 29:19
**strengths** 21:15
**strike** 21:24
**studied** 60:16
63:22
**studies** 15:2,19
16:12,19 17:21
20:18,19,19,21
20:23 21:6,12
22:23 24:8 25:4
25:5 26:13
27:16,17 29:3
30:4,7,11 31:11
32:10 34:22
42:19 43:21,22
43:22,23 44:5
45:13,21,25
47:18,19,23
50:13 53:4,9
54:8,9,14
**study** 15:22 16:4
18:13,16,21 19:6
19:9,18 22:3,10
22:13,21,22 23:6
23:9,21,25 24:5
24:7,21 25:2,12
26:8,21 27:3,9
27:18 28:21
29:19 30:24
31:5,7,9,14 32:5
32:8,14,21 34:12
34:14,15,24 35:4
35:7,18 37:16
39:14 42:16,22

[study - title]                                                    Page 17

43:4,6,10,14,16
45:22 46:22
47:8,14 48:15
49:18 50:9,12,17
50:19,23,25 51:4
51:10,12,19 54:6
54:11,16 58:12
58:18 59:17
60:14,17 61:2
62:9,14,21 63:15
63:23 64:4,11,22
65:20 67:11
**study's** 58:6
59:24
**subject** 40:21
46:3 75:11
**subjects** 26:13
26:22 51:20
**subscribed**
75:18 78:22
**substantial**
28:18
**sufficient** 49:16
70:22 71:3
**suggest** 35:17
73:6
**suite** 3:6,12 4:6
4:12 5:5 6:13
**summarize** 20:6
**summarized**
44:10
**summary** 19:18
**superior** 1:10
**supplement**
21:10
**supplemental**
10:17,21 11:22
12:4,5,6,14

13:17 14:2
16:20 19:14,16
19:17 21:7,9,13
21:23 24:14,19
29:17 41:4,11,13
41:16 42:14
43:8 48:11 59:9
61:20 62:24
65:18 67:8
77:11
**support** 43:2
48:6
**supportive** 34:10
34:15
**sure** 25:21 38:20
56:2 62:25
**sw** 6:19
**swear** 8:12
**sweeping** 58:4
**sworn** 8:15
75:18 76:12
78:22
**synthesis** 19:21
**systematic** 46:24

**t**

**t** 1:2 76:2,2
**table** 37:13,13
37:21,23 38:20
40:4 61:16 62:2
62:3 65:19
**taiwan** 60:8 69:5
**take** 7:12 31:9
44:6 46:23
53:21 54:11
57:15 72:18
73:11

**taken** 11:16 37:6
37:11 38:2
39:17 40:16
45:20 72:8
73:17
**takes** 20:7 31:2
**talk** 42:22
**talked** 20:18
43:19 62:13
67:23
**talking** 40:10,12
63:18
**technique** 39:10
**tell** 9:10 27:17
30:11 37:16
**telling** 30:23
49:25 50:10
51:6 72:6,25
**ten** 43:17 47:4
**term** 26:10,17
27:4,5,10,11,13
28:6,23 29:6,11
29:13,15 30:25
42:16 43:11,17
43:18 48:8
**test** 34:4,8 50:22
51:5,7 53:5,10
**testified** 8:16
32:9 33:2 57:24
63:25 65:8
**testify** 29:10
**testimony** 9:6
49:23 53:25
54:2,2 74:3,10
75:9 76:14
**tests** 33:13,15,16
55:6,11,13

**texas** 3:13 4:13
**text** 13:21 24:16
**thank** 8:21 14:6
64:16 74:3,5,6
**things** 10:4
59:16 61:23,25
**think** 9:20 27:12
33:23 35:8 36:6
39:19 49:17,24
50:9 55:25
58:19,22 59:10
61:7,15 65:7
**third** 3:18 14:5
29:18
**thorough** 59:2
**thousands** 21:8
**three** 16:19 26:5
26:25 27:20
28:16 29:6,8
37:5,10 38:6,8
38:13,15 40:13
40:23 41:24
44:12 51:21
52:8,18 55:20
57:6,11 64:21
**time** 7:4 8:7 9:7
10:9 11:14,15,18
11:19 30:6,22,22
31:2,5,6 38:18
41:3 46:6 50:20
51:9 53:17 57:2
60:11 68:15,18
73:10,15,19,20
74:9,14
**timeline** 12:13
**tissue** 20:5
**title** 1:12

**tobacco** 59:18 62:22 63:10 71:4,12
**today** 9:3,6,9 10:10,18
**today's** 74:10
**tone** 53:21
**tonight** 74:4
**top** 16:24 48:16 61:25
**topics** 17:18 20:16
**total** 21:12 30:12 30:15 74:11
**totality** 44:2 47:11 54:19
**tracy** 5:7
**tran** 15:23
**transcript** 75:11
**treat** 51:8
**treated** 29:25
**trend** 53:5,11 54:12 55:6,11,17
**trends** 46:9 54:10,15,20,21 55:13
**trick** 40:8
**true** 75:11 76:14
**try** 56:3
**trying** 40:8 47:11 53:24 54:4
**tuesday** 1:20
**turn** 13:19 14:15 16:16 17:15 65:17
**two** 28:19 48:4 64:12 68:21

73:21 74:12
**type** 64:22
**typed** 11:24
**typo** 37:17

**u**

**u** 8:14
**u.s.** 5:12
**ulcer** 35:25
**ultimate** 19:21 30:24
**ultimately** 20:9
**underlying** 35:19
**underpowered** 50:15,23,25 51:10,12,15
**understand** 9:2 40:22 62:25
**understanding** 22:17 25:25 49:4 56:9 57:18 69:17
**uniformly** 17:23
**uninformative** 33:6 34:3 60:18 65:10
**unique** 47:9
**unit** 7:14 73:16 73:21
**united** 1:4 7:18 59:25 60:7 66:21
**units** 74:12
**unreliable** 33:3 33:5 34:2
**untreated** 30:2

**unusual** 51:18
**usa** 6:8
**use** 20:25 26:23 27:20,23 28:6 29:11,13,15 30:25 32:3 33:4 33:7 34:21,23 35:3 43:16,18 45:16 48:8 49:24 51:7 55:16 59:18 62:17,22 63:10 67:20,22 68:7
**useful** 32:18 51:13
**users** 24:20,25 26:17,24 27:4,5 27:10,11,19 28:5 28:9,23,24 36:24 37:5,11 38:2,7,7 38:13,14 40:12 40:14,14,15,23 41:24 44:13,13 52:9,9,19,19 55:20,21,21 56:7 56:7 57:14 60:7 61:22,25 62:2,8
**usually** 28:14

**v**

**v** 78:2
**valuable** 30:14
**value** 46:23 53:10 54:24
**values** 47:2,5 53:6,11 55:11
**various** 63:13

**veritext** 6:24 7:22 8:2 74:13 78:1
**version** 13:9,13
**versus** 21:20 28:16 35:14,15 60:7 61:22
**video** 7:11,15
**videoconference** 1:17 2:12,15 76:13
**videographer** 6:23 7:2,23 11:13,17 73:14 73:18,24 74:8
**videotaped** 1:18 2:13
**viral** 65:3 66:24
**virtually** 7:6

**w**

**wait** 46:19,22 47:13 54:22
**wang** 10:19,25 13:2,4,9,13 21:16,16,21 22:21 24:21 25:12 27:18 31:5,15,19 34:24 35:4 36:13,23 42:22 48:15,19 48:25 55:5,18 56:6,16 67:11 68:24 71:25 72:6,7 77:13
**want** 8:24 14:25 16:18 23:3 40:7 62:25 70:6 74:2

**washington** 4:6
6:20
**watts** 4:10
**way** 20:10 46:16
47:12 54:3
58:11 66:16
68:19 76:19
**we've** 10:8 20:14
**weakness** 60:17
62:9 67:11
**weaknesses**
21:15 63:23
65:9
**web** 1:17 2:12,14
9:16 76:12
**week** 12:20
**weiss** 5:3
**went** 21:6 42:21
45:25
**west** 1:5
**westgard** 46:11
**whereof** 76:21
**white** 4:14
**wide** 20:15
**williams** 6:17
**withdraw** 60:10
**witness** 7:10
8:12,15 11:6
33:24 40:19
61:10,12 68:16
70:18 72:17
75:7 76:11,15,21
77:3
**witnesses'** 78:3
**word** 17:2 33:5,8
**words** 38:5
**working** 46:18

**wrote** 11:23
44:17 51:16
63:5 64:18
67:10

**x**

**x** 1:6,9,11,16
77:2

**y**

**y** 1:2 23:6
**yeah** 11:7 13:12
52:16
**year** 49:12,16
50:11
**years** 29:20,22
29:25 30:16,17
30:18,19 43:15
43:17 69:19
**yeseong** 61:4
77:14
**yoon** 14:12
16:12 17:13
18:6,10,13 21:17
**york** 3:19,19 4:7
7:22 78:1
**young** 60:15
63:21

**z**

**zantac** 1:6 7:17
78:2
**zoom** 2:14 9:9,16
9:19

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

# EXHIBIT
# 747

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES*

MDL NO. 2924
20-MD-2924

RULE 26 EXPERT REPORT OF
PAUL J. MICHAELS, M.D.

Date: January 23, 2022

_____
Paul J. Michaels, M.D.

Exhibit
**0001a**
10/18/2022
Dr. Paul Michaels

## BACKGROUND:

I am certified by the American Board of Pathology in Anatomic Pathology, Clinical Pathology, and Cytopathology. I attended and received my medical degree from the University of California, Los Angeles School of Medicine, during which I spent a significant amount of time researching the effects of immunomodulation in the transplanted liver. I completed a residency in anatomic and clinical pathology at Massachusetts General Hospital, an affiliate of the Harvard School of Medicine, where I was a Clinical Fellow in Pathology and published peer-reviewed research on the topic of pancreatic neoplasia. Following my residency, I completed a year of subspecialization in Cytopathology with additional training in gastrointestinal pathology, also at Massachusetts General Hospital. As a board-certified pathologist, my day-to-day responsibilities include, amongst many other tasks in the anatomic and clinical laboratory, the microscopic examination of various tissues to evaluate for the presence of cancer development.

I am a pathologist affiliated with Pathology Consultants, one of the first medical groups formed in Oregon, and am one of two pathologists based at Bay Area Hospital in Coos Bay, Oregon, the largest Medical Center on the Oregon coast. I am also affiliated with Southern Coos Hospital in Bandon, Oregon, where I serve as the Laboratory Medical Director. Prior to joining Pathology Consultants, I was a member of two large groups in Las Vegas, Nevada and Austin, Texas, serving on the faculty of Touro University School of Osteopathic Medicine and Dell Medical School at the University of Texas in Austin, respectively. During my career, I have had a strong subspecialty focus in breast and gynecology pathology, as well as cytopathology, but have routinely been considered by my colleagues to be an expert in the diagnosis of cancer throughout all organ systems, often serving as one of the main internal consultants for challenging tumors. I was also one of the few subspecialists out of the nearly 50 Central Texas pathologists in my prior group that regularly rotated at Austin Gastroenterology Associates, reviewing complicated outpatient biopsy samples from throughout the gastrointestinal tract and hepatobiliary system. In addition, while affiliated with Dell Medical School at the University of Texas in Austin, I had the role of Division Chief of Head and Neck Pathology. Throughout my entire career, I have regularly attended and participated in tumor multidisciplinary conferences both in rural and community settings, as well as within large urban centers and sprawling academic facilities. My current curriculum vitae is attached to this report.

I have been asked to evaluate the scientific and medical literature to assess the biologic plausibility that the oral consumption of ranitidine (Zantac) can be a cause of cancer development/growth within certain tissues in the human body, more specifically, malignancies originating in the liver, stomach, esophagus, pancreas, and urinary bladder. All of my opinions stated below are held to a reasonable degree of medical and scientific certainty, and I reserve the right to modify or change my opinions based on further documents or information that may be provided to me in the future.

## SUMMARY OF OPINIONS:

1. *Ranitidine, which was previously also commonly sold under the brand name Zantac®, is a histamine $H_2$-receptor antagonist/blocker that was often used as an antacid in a variety of gastric hyperacidity conditions, including gastroesophageal reflux disease (GERD), gastric or duodenal ulcers, gastric hypersecretion, heartburn, and indigestion.*

2. *The ranitidine molecule contains both a nitro and a dimethylamine group which are able to combine intermolecularly as the molecule degrades to form N-Nitrosodimethylamine (NDMA), classified as a Probable Human Carcinogen (Group 2A) by the World Health Organization's International Agency for Research on Cancer (IARC), at a frequency increased in many circumstances, over the course of medication transportation throughout a broad range of temperature and humidity, and within a variety of physiologic conditions in the human body (gastric acidity and high nitrite diets).*

3. *The formation of NDMA from the ranitidine molecule, both pre- and post-ingestion, is reproducible, consistent, and predictable based on both published, peer-reviewed studies as well as internal experiments performed by GlaxoSmithKline (GSK).*

4. *NDMA is a long-known, well-established, and potent animal genotoxic carcinogen that forms malignancies in a large number of animal cell lines and models, and within a variety of tissue types.*

2

5. *There are considerable molecular and cellular similarities with respect to carcinogenesis among a variety of animals, including rodents, large animal models, and humans, with a remarkable concordance seen within both overall cellular mechanisms and target organs studied, to support the biological plausibility that NDMA can cause malignancies in humans based on the existing biological and medical knowledge, rooted in evidence-based medicine.*

6. *The vast majority of in vitro and in vivo, peer-reviewed studies published in the literature on both animals and humans have confirmed that NDMA possesses many of the 10 key characteristics of carcinogens, within various organ-specific sites, that have been incorporated into the IARC Monographs, including having electrophilic properties, demonstrating genotoxicity, altering DNA repair, increasing reactive oxidative stress, inducing chronic inflammation, altering cellular proliferation, and causing cell death via apoptosis.*

7. *Because of its genotoxic characteristics and ability to initiate mutations by directly interacting with the underlying DNA framework, there is no safe exposure threshold or dose for NDMA.*

8. *In the context of human epidemiological studies that have evaluated cancer risk and dietary NDMA intake, the amount of NDMA that has been reported to form in ranitidine tablets by various laboratories, including those used or contracted by the FDA, is sufficient to cause human cancers.*

9. *There is substantial evidence supporting the opinion that treatment with ranitidine in doses and regimens that were directed by the product manufacturers can cause the development of cancers arising within the liver, stomach, esophagus, pancreas, and urinary bladder in humans.*

## **METHODOLOGY FOR ASSESSING GENERAL CAUSATION OPINIONS:**

Within this assessment and report, I have followed the methodology that I routinely use in my daily practice as an anatomic and clinical pathologist, employing the same standards and principles in order to examine, evaluate, and interpret the pertinent scientific and medical evidence in this case, an approach that I have also adopted in the past while performing research that has been scrutinized and ultimately accepted within the peer-reviewed literature. The practice of a successful anatomic and clinical pathologist heavily relies on the daily incorporation of basic scientific and biological mechanisms of disease including cause, pertinent clinical information, and epidemiological data regarding diagnostic entities, ultimately combined with successful interpretation of the diagnostic laboratory material at hand, in order to come to the best diagnosis with the highest degree of medical certainty possible. In order to effectively function at a high-level within an ever-advancing field of diagnostic medicine, such as pathology, one requires not only a knowledge of the current, available information within the pathology literature but a continual and advancing proficiency in learning, understanding, and incorporating new data and techniques that can be applied towards improving one's diagnostic acumen. It is this strategy and process that I have utilized, built upon my background, education, and training, in order to remain successful in my field, and is one that I have applied towards my opinions that I render in this report.

As I describe in greater detail below, I have considered a number of details in forming my opinions in this report, including Sir Austin Bradford Hill's elaboration on causal relationships in the environmental setting of disease states. In addition, I have incorporated more recently elucidated basic science concepts and mechanisms known to be integral in the setting of carcinogenesis and have applied these towards the issues addressed in this report. In order to do so, I have methodically and systematically searched and reviewed the medical literature from many sources for pertinent animal and human studies that address many concepts as they relate to the association between ranitidine, NDMA, and carcinogenesis. In order to render my opinion in this case, I first reviewed several publications from well-known scientific agencies, including the International Agency for Research on Cancer (IARC), an intergovernmental agency forming part of the World Health Organization (WHO) of the United Nations, the National Toxicology Program (NTP), an interagency program run by the U.S. Department of Health and Human Services, the U.S. Food and Drug Administration (FDA), and the U.S. Environmental Protection Agency (EPA), regarding their broad evaluations and consensus recommendations regarding NDMA and, where applicable, ranitidine. Some of the literature I have reviewed was provided to me by plaintiffs' counsel, though most articles were acquired through my own independent study that consisted of an extensive utilization of scientific and medical search engines, which led me to various textbooks and journals from around the world. The literature I have reviewed in assessing this case

3

includes experiments performed using a diverse array of study designs from many laboratories that have reported results and have reached varying conclusions over the last several decades with regards to the concepts addressed in this causation analysis. In reviewing the volume and strength of this data, I have considered many variables in order to address the validity and limitations of these studies, including the reliability of the study design, the particular groups studied, the study power and statistical significance in addition to overall and consistent trends, possible bias, replication of study findings amongst other researchers, accounting for confounding variables, type and degree of exposure, and biological plausibility. Although occasionally some groundbreaking experiments, based on the design, power, and results of a particular study, can result in a major shift in a previously held medical and scientific opinion regarding certain biological mechanisms of disease, it is often important not to place an inordinate amount of weight on a single study, particularly if the results and conclusions from such an analysis do not fit into a generally held concept that is based on an opinion that is both biologically plausible and otherwise supported by the remaining body of the medical and scientific literature. Therefore, my opinions are based on the totality of the evidence, though, as stated, some studies carry more weight than others.

An important part of my methodology is to consider valid, alternate, and opposing perspectives when assessing the entire body of scientific and medical literature that I have reviewed when evaluating the role of ranitidine and NDMA as a cause for the development of various human cancers. I have considered these viewpoints and address them within the body of my report, though ultimately concluding with a high degree of medical certainty that treatment with ranitidine causes an increased physiologic exposure to NDMA that can cause cancer formation within the liver, stomach, esophagus, pancreas, and urinary bladder.

## GENERAL INFORMATION ON RANITIDINE:

Ranitidine, which was most commonly sold under the brand name Zantac, was first introduced to the market in 1981 after having been developed in the late 1970s by a researcher with the Glaxo organization (later GlaxoSmithKline). Ranitidine was approved for use in the United States in 1983 and became a very commonly used drug for many years, considered one of the most prescribed drugs in the United States for many years, and by 1988 had become the world's best-selling drug.[1] Ranitidine is an p-receptor blocker/antagonist, initially available only by prescription, but later accessible over-the-counter beginning in 1995, and was commonly used in patients experiencing symptoms ranging from mild heartburn and indigestion to severe gastroesophageal reflux disease (GERD), erosive esophagitis, and upper gastrointestinal ulcers. During normal digestion of a meal, gastrin is secreted from the G-cells in the gastric antrum, which stimulates the release of histamine from the nearby enterochromaffin-like (ECL) cells. The released histamine binds to the histamine $H_2$ receptors on the gastric parietal cells, leading to the release of gastric acid. However, $H_2$-recepor blockers, like ranitidine, work to decrease acid secretion by reversibly binding to the histamine $H_2$ receptors located on the gastric parietal cells, present in the body/fundus of the stomach. This interaction inhibits the binding and action of the endogenous ligand, histamine, thereby functioning as a competitive antagonist.

## NITROSAMINES AND NDMA:

The term "nitrosamine" describes a class of compounds having the chemical structure of a nitroso group bonded to an amine. These compounds can form by a nitrosating reaction between amines and nitrous acid. N-nitrosodimethylamine (NDMA) is one of many different types of nitrosamines. According to the United States Environmental Protection Agency (EPA), NDMA is a semivolatile organic chemical that forms in both industrial and natural processes and is a member of the N-nitrosamines, "a family of potent carcinogens."[2] NDMA is considered a

---

[1] Reuters Staff. Timeline: Popular heartburn medicine Zantac pulled off store shelves. *Reuters.com*. Published October 21, 2019.

[2] US Environmental Protection Agency. Technical Fact Sheet – N-Nitroso-dimethylamine (NDMA). January 2014.

4

prototype of substances that produces toxicity and induces malignancy due to its metabolism to active forms.[3,4,5] The metabolism of NDMA has been studied and well documented for over half of a century, using both in vitro and in vivo research designs within many different cell lines and animal species. Two distinct pathways of NDMA metabolism have been characterized, one involving α-hydroxylation and the other utilizing denitrosation.[6] The α-hydroxylation metabolic pathway, which represents the major pathway as identified in rat studies and is responsible for the formation of metabolites involved in the genotoxic and carcinogenic properties observed with NDMA,[3,4,5,7] is initiated by the hydroxylation of NDMA at the α carbon, yielding hydroxyl NDMA. This metabolite then decomposes to yield formaldehyde and the methyldiazonium ion, another unstable and reactive intermediate. Like other enzymatic pathways in the body, this process can be either induced or inhibited by a variety of substances, including indoles and isothiocyanates.[8]   During denitrosation, the second described pathway, NDMA is first metabolized to an unstable imine intermediate and nitric oxide, followed by decomposition of the imine ion to formaldehyde and methylamine while the nitric oxide combines with oxygen to form nitrite.[9,10,11] Despite their differences, both of these metabolic pathways involve the cytochrome P450-dependent oxidase system and also appear to utilize the same cytochrome P450 isoform, CYP2E1, responsible for many of the mutagenic properties attributed to these metabolic

---

[3] Magee PN and Barnes JM. Carcinogenic nitroso compounds. *Adv Cancer Res* 1967;10:163-246.

[4] Preussmann R and Stewart BW. N-Nitroso carcinogens. In: *Chemical Carcinogens* (2nd ed.) *Monograph 182*. CE Searle, ed. American Chemical Society, Washington, D.C. 1984, pp. 643-828.

[5] Lai DW and Arcos JC. Minireview: dialkylnitrosamines bioactivation and carcinogenesis. *Life Sci* 1980;27:2149-65.

[6] Keefer LK, Anjo T, Wade D, et al. Concurrent generation of methylamine and nitrite during denitrosation of N-nitrosodimethylamine by rat liver microsomes. *Cancer Res* 1987;47:447-52.

[7] Lee VM, Keefer LK, and Archer MC. An evaluation of the roles of metabolic denitrosation and alpha-hydroxylation in the hepatotoxicity of N-nitrosodimethylamine. *Chem Res Toxicol* 1996;9:1319-24.

[8] Chung FL, Wang M, and Hecht SS. Effects of dietary indoles and isothiocyanates on N-nitrosodimethylamine and 4-(methylnitrosoamino)-1-(3-pyridyl)-1-butanone alpha-hydroxylation and DNA methylation in rat liver. *Carcinogenesis* 1985;6:539-43.

[9] Lorr NA, Tu YY, and Yang CS. The nature of nitrosamine denitrosation by rat liver microsomes. *Carcinogenesis* 1982;3:1039-43.

[10] Tu YY and Yang CS. Demethylation and denitrosation of nitrosamines by cytochrome P450 isozymes. *Arch Biochem Biophys* 1985;242:32-40.

[11] Burak ES, Harrington GW, Koseniauskas R, et al. Estimation of the fraction of the dose of N-nitrosodimethylamine metabolized to methylamine in rats. *Cancer Lett* 1991;58:1-6.

pathways.[12,13,14,15,16,17,18] Cytochrome P450 is the collective name of the family of enzymes responsible for the initial phase I metabolism of many organic compounds. CYP2E1 is ubiquitously expressed in the human adult liver, though is also present within many extrahepatic tissues throughout the body at varying levels,[19,20] and is responsible for metabolizing numerous compounds of toxicological interest besides NDMA, including ethanol, organic solvents, procarcinogens present in cigarette smoke, and many clinically used drugs.[21] As is seen with metabolic processes involving many other chemicals and substances, both P450-dependent pathways can be markedly increased in hepatic microsomes from mice and rats with inducers of CYP2E1, such as isopropanol, pyridine, and ethanol, when compared to controls.[9,22,23,24] Similar results have been documented in human fibroblast cell lines transfected with the cDNA for rat CYP2E1 following exposure to NDMA, resulting in decreased cell viability and a time- and dose-dependent

[12] Yoo JS, Ishizaki H, and Yang CS. Roles of cytochrome P450IIE1 in the dealkylation and denitrosation of N-nitrosodimethylamine and N-nitrosodiethylamine in rat liver microsomes. *Carcinogenesis* 1990;11:2239-43.

[13] Wade D, Yang CS, Metral CJ, et al. Deuterium isotope effect on denitrosation and demethylation of N-nitrosodimethylamine by rat liver microsomes. *Cancer Res* 1987;47:3373-7.

[14] Crespi CL, Penman BW, Leakey JAE, et al. Human cytochrome p450IIA3: cDNA sequence, role of the enzyme in the metabolic activation of promutagens, comparison to nitrosamine activation by human cytochrome P450IIE1. *Carcinogenesis* 1990;11:1293-1300.

[15] Yang CS, Tu YY, Koop DR, et al. Metabolism of nitrosamines by purified rabbit liver cytochrome P-450 isozymes. *Cancer Res* 1985;45:1140-5.

[16] Yamazaki H, Inui Y, Yun CH, et al. Cytochrome p450 2E1 and 2A6 enzymes as major catalysts for metabolic activation of N-nitrosodialkylamines and tobacco-related nitrosamines in human liver microsomes. *Carcinogenesis* 1992;13:1789-94.

[17] Yang CS, Yoo JS, Ishizaki H, et al. Cytochrome P450IIE1: roles in nitrosamine metabolism and mechanisms of regulation. *Drug Metab Rev* 1990;22:147-59.

[18] Yamazaki H, Oda Y, Funae Y, et al. Participation of rat liver cytochrome p450 2E1 in the activation of N-nitrosodimethylamine and N-nitrosodiethylamine to products genotoxic in an acetyltransferase-overexpressing *Salmonella typhimurium* strain (NM2009). *Carcinogenesis* 1992;13:979-85.

[19] Nishimura M, Yaguti H, Yoshitsugu H, et al. Tissue distribution of mRNA expression of human cytochrome p450 isoforms assessed by high-sensitivity real-time reverse transcription PCR. *Yakugaku Zasshi* 2003;123:369-75.

[20] Nagai F, Hiyoshi Y, Sugimachi K, et al. Cytochrome p450 (CYP) expression in human myeloblastic and lymphoid cell lines. *Biol Pharm Bull* 2002;25:383-5.

[21] Hakkola J, Tanaka E, and Pelkonen O. Developmental expression of cytochrome p450 enzymes in human liver. *Pharmacol Toxicol* 1998;82:209-17.

[22] Shu L and Hollenberg PF. Alkylation of cellular macromolecules and targe specificity of carcinogenic nitrosodialkylamines: metabolic activation by cytochromes P4502B1 and 2E1. *Carcinogenesis* 1997;18:801-10.

[23] Patten CJ, Ishizaki H, Aoyama T, et al. Catalytic properties of the human cytochrome p450 2E1 produced by cDNA expression in mammalian cells. *Arch Biochem Biophys* 1992;299:163-71.

[24] Czygan P, Greim H, Garro AJ, et al. Microsomal metabolism of dimethylnitrosamine and cytochrome P-450 dependency of its activation to a mutagen. *Cancer Res* 1973;33:2983-86.

increased methylation of DNA, RNA, and proteins.[25] In addition to activity within the hepatocyte cell lines, CYP2E1 expression has also been shown to be present in peripheral blood leukocytes, confirming enzymatic activity for this NDMA-sensitive cytochrome P450 outside of the human liver.[26] In contrast to enzyme inducers, competitive inhibitors, like acetone or utilizing antibodies directed at CYP2E1, reduce NDMA metabolism through each of the described pathways.[9,10,12] Of particular importance with respect to extrapolation of animal studies to human pathophysiology, the metabolism of NDMA through cytochrome P450 appears to be both qualitatively and quantitatively similar in both rodents and humans. Specifically, the human cytochrome P450 enzyme has been shown to cross-react with an antibody prepared against the rat liver enzyme[12], and in a separate study, the NDMA demethylase activity in human microsomes was inhibited by antibodies that were prepared using the rodent enzyme.[27] In this same study by Wrighton and colleagues, known inducers of NDMA metabolism in the rat were also able to induce human hepatic NDMA demethylase metabolism, yet another confirmatory measure of the cross-over seen in these biological metabolisms shared amongst rodents and humans.

NDMA and other nitrosamines are found ubiquitously in outdoor air, water, and soil, though in minor amounts, and are also present in tobacco products.[28] In addition to preformed N-nitroso compounds (NOC) exposure, as seen in the environment, diet, and tobacco use, when humans are exposed to nitrogen-containing compounds, such as nitrates and nitrites, in combination with nitrosating agents, NOC like NDMA can be formed in vivo.[29,30] Nitrate, nitrite, and nitrosating agents can also be synthesized endogenously in reactions mediated by nitrite-reducing bacteria and macrophages. NDMA and other nitrosamines are formed by the chemical interaction of a substituted (secondary or tertiary) amine and an oxidizing agent, usually a nitrite, which can be produced by microbial action from ammonia or nitrate. Under acidic conditions in the stomach, nitrite can be protonated to nitrous acid ($HNO_2$), a powerful nitrosating agent known to drive NOC formation. This process is called endogenous nitrosation and has also been shown to be positively associated with increasing levels of consumed nitrate in water and food sources.[31] Endogenous nitrosation can be inhibited in the presence of antioxidant nutrients, such as vitamins C and E, whereas chronic gastrointestinal acidity or inflammatory conditions may increase it.[32,33] In fact, human feeding studies have shown reduced NOC formation when nitrate is ingested together with antioxidants, which can occur when the nitrate source

[25] Lin HL, Parsels LA, Maybaum J, et al. N-nitrosodimethylamine-mediated cytotoxicity in a cell line expressing p450 2E1: Evidence of apoptotic cell death. *Toxicol Appl Pharmacol* 1999;157:117-24.

[26] Furukawa M, Nishimura M, Ogino D, et al. Cytochrome p450 gene expression levels in peripheral blood mononuclear cells in comparison with the liver. *Cancer Sci* 2004;95:520-9.

[27] Wrighton SA, Thomas PE, Molowa DT, et al. Characterization of ethanol-inducible human liver N-nitrosodimethylamine demethylase. *Biochemistry (Mosc)* 1986;25:6731-5.

[28] Hrudey SE, Bull RJ, Cotruvo JA, et al. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. *Risk Analysis* 2013;33:2179-208.

[29] Fernandez-Alba, AR. (2005) Nitrosamines. In Worsford P, Townshend A, and Poole C. *Encyclopedia of Analytical Science.* Second Edition. 197-202. American Chemical Society.

[30] Choi J, Duirk SE, and Valentine RL. Mechanistic studies of N-nitrosodimethylamine (NDMA) formation in chlorinated drinking water. *J Environ Monit* 2002;4:249-52.

[31] Moller H, Landt J, Pedersen E, et al. Endogenous nitrosation in relation to nitrate exposure from drinking water and diet in a Danish rural population. *Cancer Res* 1989;49:3117-21.

[32] Ward MH, deKok TM, Levallois P, et al. Workgroup report: Drinking-water nitrate and health-recent findings and research needs. *Environ Health Perspect* 2005;113:1607-14.

[33] Mirvish SS. Formation of N-nitroso compounds: Chemistry, kinetics, and in vivo occurrence. *Toxicol Appl Pharmacol* 1975;31:325-51.

is vegetables.[34,35] Vitamin C, also known as ascorbic acid (ASC) or ascorbate, inhibits nitrosation in chemical systems and in the stomach by reducing nitrite to nitrous oxide (NO), which is not directly a nitrosating agent.[33] In foods, the nitrosating agent responsible for forming NDMA is usually nitrous anhydride, which arises from a nitrite in acidic aqueous solution, such as in the stomach. Although the oral route, including consumption of certain food and contaminated water, is the primary human exposure pathway for NDMA, NDMA can be unintentionally produced in and released from industrial sources through chemical reactions, such as those that involve alkylamines with nitrogen oxides, nitrous acid, or nitrite salts. Potential industrial sources for nitrosamines, like NDMA, include byproducts from tanneries, pesticide manufacturing plants, rubber and tire manufacturers, fish processing facilities, and others.[36,37,38] NDMA is also an unintended byproduct of chlorination of wastewater and drinking water at treatment plants that use chloramines for disinfection.[39,40,41,42,43,44] A study by Mitch et al in 2002 highlighted the concerns of NDMA as a drinking water contaminant resulting from reactions occurring during chlorination or via direct industrial contamination.[45] In this study, the authors specifically pointed to ranitidine as a potential source for precursors to NDMA contamination given its dimethylamine functional group.

---

[34] Block G, Patterson, B, Subar A, et al. Fruit, vegetables, and cancer prevention: A review of the epidemiological evidence. *Nutr Cancer* 1992;18:1-29.

[35] Bartsch H, Oshima H, Pignatelli B. Inhibitors of endogenous nitrosation: Mechanisms and implications in human cancer prevention. *Mutation Res* 1988;1202:307-24.

[36] Agency for Toxic Substances and Disease Registry (ATSDR), U.S. Public Health Service, in collaboration with U.S. Environmental Protection Agency (EPA). Toxicological Profile for N-nitrosodimethylamine. December 1989.

[37] Nutt AR. Toxic hazards of rubber chemicals. New York, NY: Elsevier Science Publishing Company, 1984.

[38] Fajen JM, Carson GA, Rounbehler DP, et al. N-nitrosamines in the rubber and tire industry. *Science* 1979;205:1262-4.

[39] Bradley PM, Carr SA, Baird RB, et al. Biodegradation of N-nitrosodimethylamine in soil from a water reclamation facility. *Bioremediat J* 2005;9:115-20.

[40] Chen WH and Young TM. Influence of nitrogen source on NDMA formation during chlorination of diuron. *Water Res* 2009;43:3047-56.

[41] Zhao YY, Boyd JM, Woodbeck M, et al. Formation of N-nitrosamines from eleven disinfection treatments of seven different surface waters. *Environ Sci Technol* 2008;42:4857-62.

[42] Yin Y, Li T, Kuang D, et al. Probabilistic health risk assessment of nitrosamines in drinking water of Shaoxing, Zhejiang, China. *Environ Sci Pollut Res* 2019;26:5485-99.

[43] Selbes M, Beita-Sandi W, Kim D, and Karanfil T. The role of chloramine species in NDMA formation. *Water Res* 2018;140:100-9.

[44] Cantor KP. Drinking water and cancer. *Cancer Causes Control* 1997;8:292-308.

[45] Mitch WA and Sedlak DL. Formation of N-Nitrosodimethylamine (NDMA) from dimethylamine during chlorination. *Environ Sci Technol* 2002;64:588-95.

The U.S. Environmental Protection Agency (EPA) regulates nitrate in public drinking water supplies, with a maximum contaminant level (MCL) of 10 mg/L based on the risk of methemoglobinemia, an acute health effect.[46] Under natural conditions, the nitrate level in drinking water is generally less than 2 mg/L, and often lower than 0.2 mg/L, though agricultural use of nitrogen-containing fertilizers has resulted in increases in groundwater nitrate levels worldwide. However, almost all community water supplies fall within the MCL of 10 mg/L.

In addition to exposure through drinking water, nitrate and nitrite are ingested through the human diet, with predominant sources of nitrate being green leafy and root vegetables, and the highest levels of nitrites found in processed meats. Many NOC have been detected in foods, though the concentrations in specific dietary products can vary widely for the same food or for drinking water from different sites. Vegetables usually contribute 75-80% of the total daily intake of nitrate, with high levels in lettuce, spinach, celery, beetroot, turnip greens, etc. It is also known that higher red meat consumption can increase endogenous nitrosation, and NDMA is present in various processed meats and fish (salted, cured, or smoked) and beer. In fact, NDMA has been found to be the most frequently occurring nitrosamine in foods,[47] and a database has been published in the past that enables researchers to assess dietary intake of different, individual N-nitroso compounds, including NDMA.[48]

## CARCINOGENESIS AND NDMA:

A carcinogen is defined as any substance capable of causing cancer in living tissue. Carcinogens can be broadly categorized into two classes, genotoxic and non-genotoxic carcinogens. Genotoxic carcinogens are chemicals or substances that are able to exert carcinogenicity via the induction of mutations. Because of this ability to directly interact with the underlying DNA framework and sequence, genotoxic agents are not considered to have a safe exposure threshold or dose.[49,50] In contrast, non-genotoxic carcinogens induce tumor growth through mechanisms other than those associated with direct DNA mutations, such as through inflammation, angiogenesis, cell proliferation, cytotoxicity, or hormonal effects.[51,52] Thus, these agents are thought to have a deemed safe exposure threshold or dose in which an acceptable daily intake (ADI) or tolerable daily intake (TDI) is determined by authorities based on no observed adverse effect level (NOAEL) as applied to various animal and human models.[53] However, some of these carcinogens that typically exert their effects via a non-genotoxic pathway, such as in the case of inflammation-induced

[46] Agency for Toxic Substances and Disease Registry (ATSDR), U.S. Public Health Service, in collaboration with U.S. Environmental Protection Agency (EPA). Case Studies in Environmental Medicine (CSEM). Nitrate/Nitrite Toxicity. December 2015.

[47] Osterdahl BG. Volatile nitrosamines in foods on the Swedish market and estimation of their daily intake. *Food Addit Contam* 1988;5:587-95.

[48] Stuff JE, Goh ET, Barrera SL, et al. Construction of an N-nitroso database for assessing dietary intake. *J Food Compost Anal* 2009;22:S42-7.

[49] Nohmi T. Thresholds of genotoxic and non-genotoxic carcinogens. *Toxicol Res* 2018;34:281-90.

[50] Nohmi T and Matsumoto K. Effects of DNA polymerase kappa and mismatch repair on does-responses of chromosome aberrations induced by three oxidative genotoxins in human cells. *Environ Mol Mutagen* 2020;61:193-9.

[51] Panigrahy D, Gartung A, Yang Y, et al. Preoperative stimulation of resolution and inflammation blockade eradicates micrometastases. *J Clin Invest* 2019;129:2964-79.

[52] Panigrahy D, Singer S, Shen LQ, et al. PPAR-gamma ligands inhibit primary tumor growth and metastasis by inhibiting angiogenesis. *J Clin Invest* 2002;110:923-32.

[53] Fitzgerald DJ and Robinson NI. Development of a tolerable daily intake for N-nitrosodimethylamine using a modified benchmark dose methodology. *J Toxicol Environ Health* 2007;70:1670-8.

cell proliferation, can ultimately potentiate DNA damage through direct genetic mutations.[54,55] It is these non-genotoxic carcinogens that Paracelsus, the 15th Century Swiss scientist, alchemist, and physician, known as the "Father of Toxicology" was referring to when he stated that "the dose makes the poison," as it is thought that a non-genotoxic carcinogen, or "poison," can be non-toxic if the dose is below a certain threshold. This concept was further detailed within a fundamental principle in toxicology known as Haber's law or rule, a formula originally developed by the German physical chemist Fritz Haber, who elucidated that a concentration (C) of an agent multiplied by the duration or time (T) of exposure, would yield a specific biological response.[56,57] As cancer risk estimates are generally based on the average lifetime daily dose which is derived from the total cumulative exposure, this concept has been shown to be both theoretically and empirically valid for studies on non-genotoxic induced carcinogenesis.[58]

Studies in both humans and experimental animals are used to evaluate whether substances are potentially carcinogenic in humans. There are considerable molecular and cellular similarities with respect to carcinogenesis among a variety of animals, including rodents, large animal models, and humans, with a remarkable concordance seen within both overall cellular mechanisms and target organs/tissues studied.[59,60,61,62,63,64,65] This knowledge of patent similarities in mechanisms of carcinogenesis across many species has led to the well-accepted scientific dogma, that chemicals shown to be clearly carcinogenic in animals should be considered as being likely to present cancer risks to

[54] Kiraly O, Gong G, Olipitz W, et al. Inflammation-induced cell proliferation potentiates DNA damage-induced mutations in vivo. *PLoS Genet* 2015;11:e1004901.

[55] Tomatis L, Huff J, Hertz-Picciotto I, et al. Avoided and avoidable risks of cancer. *Carcinogenesis* 1997;18:97-105.

[56] Witschi J. Some notes on the history of Haber's law. *Toxicol Sci* 1999;50:164-8.

[57] Miller FJ, Schlosser PM, and Janszen DB. Haber's rule: A special case in a family of curves relating concentration and duration of exposure to a fixed level of response for a given endpoint. *Toxicology* 2000;149:21-34.

[58] Gaylor DW. The use of Haber's law in standard setting and risk assessment. *Toxicology* 2000;149:17-9.

[59] Tomatis L, Aitio A, Wilbourn J, et al. Human carcinogens so far identified. *Jpn J Cancer Res* 1989;80:795-807.

[60] Barrett JC and Wiseman RW. Molecular carcinogenesis in humans and rodents. In: Comparative molecular carcinogenesis. Vol 376 (Klein-Szanto A, Anderson M, Barrett JC, Slaga TJ, eds). New York: John Wiley and Sons, 1992:1-30.

[61] Boyd JA and Barrett JC. Genetic and cellular basis of multistep carcinogenesis. *Pharmac Ther* 1990;46:469-86.

[62] Wilbourn J, Haroun L, Heseltine E, et al. Response of experimental animals to human carcinogens: An analysis based upon the IARC Monographs programme. *Carcinogenesis* 1986;7:1853-63.

[63] Bertram JS, Kolonel LN, and Meyskens FL. Rationale and strategies for chemoprevention of cancer in humans. *Cancer Res* 1987;47:3012-31.

[64] Fung VA, Barrett JC, and Huff J. The carcinogenesis bioassay in perspective: Application in identifying human cancer hazards. *Environ Health Perspectives* 1995;103:680-3.

[65] Ziegler A, Gonzalez L, and Bliksalger A. Large animal models: The key to translational discovery in digestive disease research. *Cell Mol Gastroenterol Hepatol* 2016;2:716-24.

humans.[66,67] Furthermore, chemical carcinogenesis bioassays that are performed in experimental animal models are a universally accepted method for identifying and testing substances that show site-specific tumor growth in humans.[68,69,70,71,72,73] Additionally, the ability to genetically manipulate certain animal models, either by introducing extra copies of a gene into transgenic mice or when determining the effect from a lack of certain enzymes, as in the case of "knock out" mice, provides invaluable insight in studying human disease.[74] An extensive database composed of a compilation of toxicological studies, assessing whether a single dose of a chemical or physical agent could cause tumor development in animal models, has previously been reported, emphasizing a uniform and consistently positive response involving a large number and broad range of animal models, offering a compelling argument in support of broad interspecies generalizability of the single-exposure carcinogen concept.[75] In 1965, Sir Austin Bradford Hill, Professor Emeritus of Medical Statistic at the University of London, set forth a set of criteria to consider when evaluating epidemiological data in order to conclude whether an association of a particular substance with a malignancy could be most likely implicated in its causation.[76,77] These observations included the strength of association, the consistency of the observed association, the specificity of the association, the temporal relationship of the association, the biological gradient ("dose-response curve"), the biological plausibility for causation, the coherence for such an association (as to not seriously conflict with generally known facts of the natural history and biology of disease), evaluation of experimental evidence, and judgement based on analogous conditions already known and accepted in the scientific literature. "Biological plausibility" is a vitally important method for assessing a causal association, particularly with respect to carcinogenesis, that is consistent with existing biological and medical

---

[66] Huff J. Chemicals and cancer in humans: First evidence in experimental animals. *Environmental Health Perspectives* 1993;100:201-10.

[67] Tomatis L, Melnick RL, Haseman J, et al. Alleged 'misconceptions' distort perceptions of environmental cancer risks. *FASEB J* 2001;15:195-203.

[68] Tomatis L. The predictive value of rodent carcinogenicity tests in the evaluation of human risks. *Ann Rev Pharmacol Toxicol* 1979;19:511-30.

[69] Cogliano VJ. Current criteria to establish human carcinogens. *Sem Cancer Biol* 2004;14:407-12.

[70] Cogliano VJ, Baan RA, Straif K, et al. The science and practice of carcinogen identification and evaluation. *Environ Health Perspec* 2004;112:1269-74.

[71] Maronpot RR, Flake G, and Huff J. Relevance of animal carcinogenesis findings to human cancer predictions and prevention. *Toxicol Pathol* 2004;32:40-8.

[72] Swindle MM, Makin A, Herron AJ, et al. Swine as models in biomedical research and toxicology testing. *Veterinary Path* 2012;49:344-56.

[73] Huff J, Haseman J, and Rall D. Scientific concepts, value, and significance of chemical carcinogenesis studies. *Annu Rev Pharmacol Toxicol* 1991;31:621-52.

[74] Chung SK, Lee AYW, and Chung SSM. Mouse models for human disease. *HKMJ* 1997;3:201-9.

[75] Calabrese EJ and Blain RB. The single exposure carcinogen database: Assessing the circumstances under which a single exposure to a carcinogen can cause cancer. *Toxicol Sci* 1999;50:169-85.

[76] Hill, AB. The environment and disease: Association and causation? Proceedings of the Royal Society of Medicine 1965. Section of Occupational Medicine.

[77] Hill, AB. The environment and disease: Association and causation? *J Royal Soc Med* 2015;108:32-7.

knowledge and is rooted in evidence-based medicine.[78,79,80] Biological plausibility serves as an important complement to associations observed in epidemiological studies and genetic toxicology testing[81] regarding cancer hazard identification, particularly when human epidemiological studies are limited,[82] or performance of such experiments would be unethical, and has been recognized to be of particular value in assessing the strength of evidence from the literature by several regulatory agencies, including the World Health Organization, US Environmental Protection Agency, CODEX (published by the Food and Agriculture Organization of the United Nations), and the European Food Safety Agency.[83,84] Following exposure to many carcinogens, a cascade of biological events is known to occur, ultimately resulting in a multistage neoplastic transformation of cells via multiple mechanisms.[82,85] The number of ways that a particular agent induces carcinogenesis can be extensive when all biochemical and molecular end points are taken into consideration. These neoplastic cells acquire properties which distinguish them from normal cells, previously classified as an accumulation of "Hallmarks," including resisting cell death, sustaining proliferative signaling, evading growth suppressors, inducing angiogenesis, enabling replicative immortality, activating invasion and metastasis, deregulating cellular energetics, and avoiding immune destruction.[86,87,88] In 2016, Smith et al. published 10 key characteristics exhibited by carcinogens as identified by an international Working Group of experts convened by the International Agency for Research on Cancer (IARC).[89] These key characteristics provide a common basis for assembling and evaluating mechanistic evidence to support cancer hazard identification and include whether a potential carcinogen is electrophilic, genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, modulates receptor-

[78] Dailey J, Rosman L, and Silbergeld EK. Evaluating biological plausibility in supporting evidence for action through systematic reviews in public health. *Public Health* 2018;165:48-57.

[79] Lewis SJ, Gardner M, Higgins JPT, et al. Developing the WCRF International/University of Bristol methodology for identifying and carrying out systematic reviews of mechanisms of exposure-cancer associations. *Cancer Epidemiol Biomarkers Prev* 2017;1667-76.

[80] Weed DL and Hursting SD. Biologic plausibility in causal inference: Current method and practice. *Am J Epidemiol* 1998;147:415-25.

[81] Cimino MC. Comparative overview of current international strategies and guidelines for genetic toxicology testing for regulatory purpose. *Environ Mol Mutagen* 2006;47:362-90.

[82] Guyton KZ, Rusyn I, Chiu WA. Application of the key characteristics of carcinogens in cancer hazard identification. *Carcinogenesis* 2018;39:614-22.

[83] Becker RA, Dellarco V, Seed J, et al. Quantitative weight of evidence to assess confidence in potential modes of action. *Regul Toxicol Pharmacol* 2017;86:205-20.

[84] Tang KL, Caffrey NP, Nobrega DB, et al. Restricting the use of antibiotics in food-producing animals and its associations with antibiotic resistance in food-producing animals in human beings: A systematic review and meta-analysis. *Lancet Planet Heal* 2017;1:e316-27.

[85] Guyton KZ, Kyle AD, Aubrecht J, et al. Improving prediction of chemical carcinogenicity by considering multiple mechanisms and applying toxicogenomic approaches. *Mutat Res* 2009;681:230-40.

[86] Hanahan D and Weinberg RA. The hallmarks of cancer. *Cell* 2000;100:57-70.

[87] Luch A. Nature and nurture – Lessons from chemical carcinogenesis. *Nature Rev* 2005;5:113-25.

[88] Hanahan D and Weinberg RA. Hallmarks of cancer: The next generation. *Cell* 2011;144:646-74.

[89] Smith MT, Guyton KZ, Gibbons CF, et al. Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. *Environ Health Perspect* 2016;124:713-21.

mediated effects, causes immortalization, and alters cell proliferation, cell death, or nutrient supply.[90,91] Many authoritative bodies, including the IARC and the National Toxicology Program, have formally applied and incorporated these key characteristics of carcinogens in mechanistic data evaluations for a diverse array of chemicals and complex exposures, concluding that human carcinogens commonly show at least one of these ten key characteristic properties described.[85,92,93]

The first described key characteristic of a carcinogen as set forth from Smith et al in 2016 is whether a substance is inherently **electrophilic** or can be metabolically activated following chemical conversion within the body. A number of enzymes within the body, including cytochrome P450, are able to transform parent substances and chemical compounds into reactive intermediates or carcinogenic metabolites with the ability to form adducts when reacting with nucleophiles such as DNA, a common property of electrophilic human carcinogens.[94,95,96] The carcinogenicity of these electrophilic compounds and metabolites is considered to be initiated by a reaction with the nucleophilic sites in DNA, leading to the induction of mutations, DNA strand breaks, and/or chromosomal aberrations, with additional processes that may include free-radical-mediated oxidative stress, inhibition of DNA repair, inhibition of topoisomerase II, and immunosuppression.

The next key characteristic that has been described pertains to **genotoxicity**, which refers to induction of DNA damage and/or mutation.[97] Genotoxic agents, which may be either exogenous or endogenous, can cause DNA damage by inducing DNA adducts, DNA strand breaks, DNA crosslinks, and DNA alkylation. Similarly, these genotoxic substances can lead to various mutations, depending on their location or involvement of the genome, including gene or point mutations, chromosomal mutations extending over multiple genes, or genomic mutations involving the duplication or deletion of large nucleotide sequences of an entire chromosome.

The ability of a given substance to **alter DNA repair** or cause **genomic stability** is the third key characteristic or property of a carcinogen, as carcinogens may exert their effects not only by inducing DNA damage directly, but may lead to neoplasia by altering the processes that control normal DNA replication or repair of DNA damage. Indications of genomic instability include chromosome aberrations, gene mutations, microsatellite instability, and apoptosis.

The fourth key characteristic of a carcinogen is the induction of **epigenetic alterations**, which refers to stable changes in gene expression that are reproduced over subsequent cell divisions, though are not caused by direct DNA

---

[90] Smith MT, Guyton KZ, Kleinstreuer N, et al. The key characteristics of carcinogens: Relationship to the hallmarks of cancer relevant biomarkers, and assays to measure them. *Cancer Epidemiol Biomarkers Prev* 2020;epi-19-1346.

[91] Krewski D, Bird M, Al-Zoughool M, et al. Key characteristics of 86 agents known to cause cancer in humans. *J Toxicol Environ Health* 2019;22:244-63.

[92] National Toxicology Program. Report on Carcinogens Monograph on Antimony Trioxide. Research Triangle Park, NC: US Department of Health and Human Services, Public Health Service; 2018.

[93] Cogliano VJ, Baan RA, Straif K, et al. Use of mechanistic data in IARC evaluations. *Environ Mol Mutagen* 2008;49:100-9.

[94] Hecht SS. Lung carcinogenesis by tobacco smoke. *Int J Cancer* 2012;131:2724-32.

[95] O'Brien PJ. Peroxidases. *Chem Biol Interact* 2000;129:113-39.

[96] Ehrenberg L. Covalent binding of genotoxic agents to proteins and nucleic acids. *IARC Sci Publ* 1984;59:107-14.

[97] Ehrenberg L, Brookes P, Druckrey H, et al. The relation of cancer induction and genetic damage. In: *Evaluation of Genetic Risks of Environmental Chemicals, Report of Group 3, Ambio Special Report No. 3.* Stockholm: Royal Swedish Academy of Sciences, Universitetsforlaget. 1973.

damage or underlying inherent changes to the DNA sequence.[98] These non-genotoxic mechanisms appear to modulate cell growth and cell death, while exhibiting dose-response relationships between exposure and tumor formation.[99]

The ability to induce **oxidative stress** is the fifth key characteristic associated with carcinogenesis. Oxidative damage is a major contributor towards the generation of DNA damage and can lead to a variety of mutations within the DNA sequence, including point mutations, deletions, insertions, and chromosomal translocations.[100,101] This oxidative-induced damage can either initiate or promote neoplasia development within tissues and develops secondary to the generation of reactive oxygen species and other free radicals that arise from tissue inflammation and other cellular metabolic pathways.

The sixth key characteristic of a carcinogen is the ability to induce **chronic inflammation**. Numerous mechanisms within chronic inflammation have been associated with various steps involved in carcinogenesis, including tumorigenesis, cellular transformation, tumor promotion, survival, proliferation, invasion, angiogenesis, and metastasis.[102,103,104,105,106,107] Pathways linking chronic inflammation and cancer can be either intrinsic or extrinsic. The intrinsic pathway is driven by genetic events that lead to recruitment of inflammatory cells that can accelerate promotion and progression of a tumor. In contrast, the extrinsic pathway of chronic inflammation is most often produced by ongoing infections with pathogenic microorganisms or from tissue irritation secondary to direct contact with chemical substances. Both of these extrinsic stimuli are able to disrupt local homeostasis, leading to the recruitment of inflammatory cells and activation of cell signaling pathways, predisposing to carcinogenesis and tumor

---

[98] Herceg Z, Lambert MP, van Veldhoven K, et al. Towards incorporating epigenetic mechanisms into carcinogen identification and evaluation. *Carcinogenesis* 2013;34:1975-67.

[99] Klaunig JE, Kamendulis LM, and Xu Y. Epigenetic mechanisms of chemical carcinogenesis. *Hum Exp Toxicol* 2000;19:543-55.

[100] Klaunig JE, Wang Z, Pu X, et al. Oxidative stress and oxidative damage in chemical carcinogenesis. *Toxicology and Applied Pharmacology* 2011;254:86-99.

[101] Berquist BR and Wilson DM III. Pathways for repairing and tolerating the spectrum of oxidative DNA lesions. *Cancer Lett* 2012;327:61-72.

[102] Aggarwal BB, Shishodia S, Sandur SK, et al. Inflammation and cancer: How hot is the link? *Biochem Pharmacol* 2006;72:1605-21.

[103] Balkwill F, Charles KA, and Mantovani A. Smoldering and polarized inflammation in the initiation and promotion of malignant disease. *Cancer Cell* 2005;7:211-7.

[104] Coussens LM and Werb Z. Inflammation and cancer. *Nature* 2002;420:860-7.

[105] Mantovani A, Allavena P, Sica A, et al. Cancer-related inflammation. *Nature* 2008;454:436-45.

[106] Balkwill F and Mantovani A. Inflammation and cancer: Back to Virchow? *Lancet* 2001;357:539-45.

[107] Okada F, Izutsu R, Goto K, et al. Inflammation-related carcinogenesis: Lessons from animal models to clinical aspects. *Cancers* 2021;13:921-958.

growth.[108,109] Regardless of the pathway, studies have shown that modulating and suppressing inflammation in a tumor microenvironment can stimulate resolution in cancer.[110]

The capability of exerting **immunosuppressive effects** is the next key characteristic described by Smith and colleagues. Immunosuppression represents a reduction of the activation or efficacy of the immune system and its ability to effectively respond to foreign stimuli, including those antigens that may be present on tumor cells. This pathway differs from other carcinogenic characteristics described, as immunosuppressive agents may not directly initiate neoplasia within previously normal cells, but rather facilitate survival and proliferation within a depressed immune system hampered by impaired surveillance.

A capacity to modulate **receptor-mediated effects** on cells by acting as ligands to receptor proteins is the eighth key characteristic of a carcinogen. The cellular cascades initiated by this mechanism can be in the setting of intracellular activation, mediated by nuclear receptors that translocate into the nucleus and act on DNA as transcription factors,[111] as well as secondary to binding of cell surface receptors that lead to signal-transduction pathways resulting in biological responses generally involving membrane-bound protein kinases.[112]

Causing **immortalization** is the ninth key characteristic of a carcinogen. Several known oncogenic DNA and RNA viruses have evolved a multitude of molecular mechanisms that are able to allow aberrant replication by disrupting specific cellular pathways that are involved in regulating cell growth, leading to immortalization in a variety of tissue and cell types.[113]

The final key characteristic that has been described in the setting of agents classified as carcinogens are that they alter cell proliferation, cell death, or nutrient supply by stimulating uncontrolled **cell proliferation**, promoting evasion of **apoptosis**, and inducing **angiogenesis** to increase tumor vascularity, respectively. With respect to cellular proliferation, three distinct circumstances exist that result in changes to cellular replication, including predisposing to unrepaired DNA damage leading to neoplasia-inducing mutations in dividing cells, sustained replication, and the ability of a transformed cell to evade the normal inhibitory stimuli related to cell-cycle control, resulting in persistent cellular division.[114,115,116] Necrotic cell death and apoptosis have differing effects on subsequent cellular processes in

---

[108] Multhoff G and Radons J. Radiation, inflammation, and immune responses in cancer. *Front Oncol* 2012;2:58.

[109] Grivennikov SI, Greten FR, and Karin M. Immunity, inflammation, and cancer. *Cell* 2010;140:883-99.

[110] Gilligan MM, Gartung A, Sulciner ML, et al. Aspirin-triggered proresolving mediators stimulate resolution in cancer. *PNAS* 2019.1804000116.

[111] Aranda A and Pascual A. Nuclear hormone receptors and gene expression. *Physiol Rev* 2001;81:1269-1304.

[112] Griner EM and Kazanietz MG. Protein kinase C and other diacylglycerol effectors in cancer. *Nat Rev Cancer* 2007;7:281-94.

[113] Saha A, Kaul R, Murakami M, et al. Tumor viruses and cancer biology: Modulating signaling pathways for therapeutic intervention. *Cancer Biol Ther* 2010;10:961-78.

[114] Ryter SW, Mizumura K, and Choi AM. The impact of autophagy on cell death modalities. *Int J Cell Biol* 2014;2014:502676.

[115] Preston BD, Albertson TM, and Herr AJ. DNA replication fidelity and cancer. *Semin Cancer Biol* 2010;20:281-93.

[116] Rajewsky MF. Proliferative parameters of mammalian cell systems and their role in tumor growth and carcinogenesis. *Z Krebsforsch* 1972;78:12-30.

the surrounding tissue as they relate to the recruitment of inflammatory cells and subsequent signaling pathways.[117] The way a carcinogen can affect these processes can have dramatically divergent consequences as relates to cancer promotion, invasion, and metastatic potential in the setting of apoptosis.[118] Regarding the nutrient supply, tumor cells, because of their general propensity for uncontrolled division and cellular growth, may outstrip their nutrient supply capabilities depending on the extent of vascularity associated with the tumor stroma. Neoangiogenesis, a process by which new blood vessels grow in association with a tumor, is essential to meet the needs of a growing tumor cell population and ultimately allow for cancer progression.[119] Therefore, substances or conditions that either promote or inhibit such vascular growth will ultimately be critical for the survival or prevention of tumor progression.[120,121,122,123]

It is important to understand that several of these key characteristics are not mutually exclusive, as there is often extensive overlap that has been documented between these processes within human carcinogenesis. For example, chronic inflammation, one of the 10 key characteristics, may induce DNA mutations in cells via oxidative stress in the process of generating free radicals, a separate key characteristic.[124,125]

Nitrosamines have a well-established and scientifically-validated history of being carcinogenic in dozens of animal species through their actions as both genotoxic and cytotoxic chemicals via a number of routes of exposure.[126,127,128] The nitrosamine, N-nitrosodimethylamine (NDMA), in particular, has been long known to play a

---

[117] Gregory CD and Pound JD. Cell death in the neighbourhood: Direct microenvironmental effects of apoptosis in normal and neoplastic tissues. *J Pathol* 2011;223:177-94.

[118] Ichim G and Tait SWG. A fate worse than death: Apoptosis as an oncogenic process. *Nature Reviews* 2016;16:539-48.

[119] Naumov GN, Akslen LA, and Folkman J. Role of angiogenesis in human tumor dormancy: Animal models of the angiogenic switch. *Cell Cycle* 2006;5:1779-87.

[120] Hu Z, Brooks SA, Dormoy V, et al. Assessing the carcinogenic potential of low-dose exposures to chemical mixtures in the environment: Focus on the cancer hallmark of tumor angiogenesis. *Carcinogenesis* 2015;36(S1):s184-s202.

[121] Fidler IJ and Kripke ML. The challenge of targeting metastasis. *Cancer Metastasis Rev* 2015;34:635-41.

[122] Folkman J. Angiogenesis: An organizing principle for drug discovery? *Nature Reviews* 2007;6:273-86.

[123] Kaipainen A, Kieran MW, Huang S, et al. PPARα deficiency in inflammatory cells suppresses tumor growth. *PLoS ONE* 2007;2:e260.doi:10.13721

[124] Federico A, Morgillo F, Tuccillo C, et al. Chronic inflammation and oxidative stress in human carcinogenesis. *Int J Cancer* 2007;121:2381-6.

[125] Kay J, Thadhani E, Samson L, et al. Inflammation-induced DNA damage, mutations, and cancer. *DNA Repair* 2019;83:102673.

[126] Swenberg JA, Hoel DG, Magee PN. Mechanistic and statistical insight into the large carcinogenesis bioassays on N-nitrosodiethylamine and N-nitrosodimethylamine. *Cancer Res* 1991;51:6409-14.

[127] Tricker AR and Preussmann R. Carcinogenic N-nitrosamines in the diet: Occurrence, formation, mechanisms and carcinogenic potential. *Mutat Res* 1991;259:277-89.

[128] Yang CS, Smith TJ. Mechanisms of nitrosamine bioactivation and carcinogenesis. In *Advances in Experimental Medicine and Biology;* Springer Science and Business Medial LLC: Berlin/Heidelberg, Germany, 1997;387:385-94.

critical role within the multistep process of carcinogenesis,[129,130] including during both initiation and promotion of neoplasia, with documented and consistent evidence of a dose-response in large animal studies and shortening of the tumor latency period, defined as the time between exposure to a carcinogen and diagnosis of the cancer.[131,132,133,134,135,136,137] The carcinogenic activity of NDMA in animals was first observed by Magee and Barnes in the form of liver tumors following oral administration of NDMA to rats.[138] NDMA, along with N-nitrosodiethylamine, N-methyl-N-nitrosourea, and N-ethyl-N-nitrosourea, has been classified as a probable carcinogen (group 2A) in humans by the International Agency for Research on Cancer (IARC) in part based on conclusive evidence of its potent carcinogenic properties in experimental animals by several routes of exposure, including through ingestion of drinking water[139]. However, the IARC recognized in the 1980s that, "since the endogenous formation of N-nitroso compounds from nitrosatable amine precursors and nitrosating agents, such as nitrite or nitrous gases, is not usually taken into account in carcinogenicity tests of the parent compound, additional

[129] Miller JA. Carcinogenesis by chemicals: An Overview – G.H.A. Closes Memorial Lecture. *Cancer Res* 1970;30:559-76.

[130] Montesano R and Bartsch H. Mutagenic and carcinogenic N-nitroso compounds: Possible environmental hazards. *Mutat Res* 1976;32:179-228.

[131] Vesselinovitch SD. The sex-dependent difference in the development of liver tumors in mice administered dimethylnitrosamine. *Cancer Res* 1969;29:1024-27.

[132] Hong J and Yang CS. The nature of microsomal N-nitrosodimethylamine demethylase and its role in carcinogen activation. *Carcinogenesis* 1985;6:1805-9.

[133] Hong JY, Smith T, Lee MJ, et a. Metabolism of carcinogenic nitrosamines by rat nasal mucosa and the effect of diallyl sulfide. *Cancer Res* 1991;51:1509-14.

[134] Ratajcak-Wrona W, Jablonska E, Garley M, et al. PI3K-Akt/PKB signaling pathway in neutrophils and mononuclear cells exposed to N-nitrosodimethylamine. *J Immunotoxicol* 2014;11:231-7.

[135] Ratajcak-Wrona W, Jablonska E, Garley M, et al. Role of ERK1/2 Kinase in the expression of iNOS by NDMA in human neutrophils. *Ind J Exper Biol* 2013;51:73-80.

[136] Peto R, Gray R, Brantom P, et al. Nitrosamine carcinogenesis in 5120 rodents: Chronic administration of sixteen different concentrations of NDEA, NDMA, NPYR and NPIP in the water of 4440 inbred rats, with parallel studies on NDEA alone of the effect of age of starting (3, 6, or 20 weeks) and of species (rats, mice or hamsters). *IARC Sci Publ* 1984;57:627-65.

[137] Peto R, Gray R, Brantom P, et al. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: A detailed dose-response study. *Cancer Res* 1991;51:6415-51.

[138] Magee PN and Barnes JM. The production of malignant primary hepatic tumors in the rat by feeding dimethylnitrosamine. *Br J Cancer* 1956;10:114-22.

[139] WHO. Guidelines for drinking-water quality: N-nitrosodimethylamine (NDMA), 3rd edition including 1st and 2nd addenda, 2008.

investigations are necessary to evaluate this possible hazard."[140,141] Importantly, in the U.S. Department of Health and Human Services' Report on Carcinogens published in 2011, it was stated that NDMA is "reasonably anticipated to be a human carcinogen."[142] In fact, the large majority of N-nitroso compounds (NOC) have been found to produce genotoxic effects and to cause tumor development in multiple organs within several dozen laboratory animals, including higher primates.[143,144] The tumors induced in these experimental animal models typically resemble their human counterparts with respect to both morphological and biochemical properties. The cellular and molecular changes induced by some NOC, including NDMA, in animal studies have been shown to be remarkably similar to those that occur in human cells and tissues.[62,68] One of the many mechanisms of nitrosamine carcinogenicity appears to be through its metabolic activation involving biotransformation by liver microsomal enzymes, generating the methyldiazonium ion.[140] This reactive metabolite forms covalent interactions with DNA, resulting in promutagenic DNA adducts. The alkylating species which arise from the putative nitrosamine can react with the cellular DNA. Of the reactions that nitrosamines like NDMA can induce in DNA, alkylation of guanine at the $O^6$-position ($O^6$-methylguanine) is perhaps one of the more significant, as it is the most abundant of the promutagenic adducts, though

---

[140] WHO International Agency for Research on Cancer. Relevance of N-nitroso compounds to human cancer: Exposure and mechanisms. Proceedings from the IX[th] International Symposium on N-Nitroso compounds, held in Baden, Austria. 1987. Editors: Bartsch H, O'Neill IK, and Schulte-Hermann R.

[141] IARC Monographs on the Identification of Carcinogenic Hazards to Humans. *International Agency for Research on Cancer and World Health Organization* 1987;17.

[142] US Department of Health and Human Services, Public Health Service, and National Toxicology Program. Report on Carcinogens. 2011 – 12th Edition. 308-310.

[143] Bogovski P and Bogovski S. Animal species in which N-nitroso compounds induce cancer. *Int J Cancer* 1981;27:471-4.

[144] Bartsch H and Montesano R. Relevance of nitrosamines to human cancer. *Carcinogenesis* 1984;5:1381-93.

other adducts are also generated in this process, including $N^7$-methylaguanine.[145,146,147,148,149,150,151,152,153,154] Several authors have also documented that the accumulation of these mutagenic adducts occurs in a linear fashion related to an increasing dose of NDMA.[155,156,157,158] This has been correlated with the cytotoxic, mutagenic, carcinogenic, and

[145] O'Connor PJ, Capps MJ, and Craig AW. Comparative studies of the hepatocarcinogen N,N-dimethylnitrosamine *in vivo*: Reaction sites in rat liver DNA and the significance of their relative stabilities. *Br J Cancer* 1973;27:153-66.

[146] Margison GP, Margison JM, and Montesano R. Methylated purines in the deoxyribonucleic acid of various Syrian-golden-hamster tissues after administration of a hepatocarcinogenic dose of dimethylnitrosamine. *Biochem J* 1976;157:627-634.

[147] Chhabra SK, Souliotis VL, Harbaugh JW, et al. $O^6$-Methylguanin DNA adduct formation and modulation by ethanol in placenta and fetal tissues after exposure of pregnant patas monkeys to N-nitrosodimethylamine. *Cancer Res* 1995;55:6017-20.

[148] Loveless A. Possible relevance of O-6 alkylation of deoxyguanosine to the mutagenicity and carcinogenicity of nitrosamines and nitrosamides. *Nature* 1969;223:206-7.

[149] Archer MC. Mechanisms of action of N-nitroso compounds. *Cancer Surv* 1989;8:241-50.

[150] Fadlallah S, Lachapelle M, Krzystyniak K, et al. $O^6$-methylguanine-DNA adducts in rat lymphocytes after in vivo exposure to N-nitrosodimethylamine (NDMA). *Int J Immunopharmac* 1994;16:583-91.

[151] Harris CC, Autrup H, Stoner GD, et al. Metabolism of dimethylnitrosamine and 1,2-dimethylhydrazine in cultured human bronchi. *Cancer Res* 1977;37:2309-11.

[152] Pegg AE. Methylation of the $O^6$ position of guanine in DNA is the most likely initiating event in carcinogenesis by methylating agents. *Cancer Invest* 1984;3:223-31.

[153] Dennehy MK and Loeppky RN. Mass spectrometric methodology for determination of glyoxaldeoxyguanosine and $O^6$-hydroxyethyldeoxyguanosine DNA adducts produced by nitrosamine bident carcinogens. *Chem Res Toxicol* 2005;18:556-65.

[154] Parsa I, Marsh WH, Sutton AL, et al. Effects of dimethylnitrosamine on organ-cultured adult human pancreas. *Am J Pathol 1981*;102:403-11.

[155] Diaz Gomez MI, Swann PF, and Magee PN. The absorption and metabolism in rats of small oral doses of dimethylnitrosamine. Implication for the possible hazard of dimethylnitrosamine in human food. *Biochem J* 1977;164:497-500.

[156] Souliotis VL, Henneman JR, Reed CD, et al. DNA adducts and liver DNA replication in rats during chronic exposure to N-nitrosodimethylamine (NDMA) and their relationship to the dose-dependence of NDMA hepatocarcinogenesis. *Mutat Res* 2002;500:75-87.

[157] Dai WD, Lee V, Chin W, et al. DNA methylation in specific cells of rat liver by N-nitrosodimethylamine and N-nitrosomethylbenzylamine. *Carcinogenesis* 1991;12:1325-9.

[158] Goto Y, Matsuda T, Ito K, et al. Mutagenicities of N-nitrosodimethylamine and N-nitrosodiethylamine in *Drosophila* and their relationship to the levels of O-alkyl adducts in DNA. *Mutat Res* 1999;425:125-34.

other biological effects of alkylating agents.[159,160] These carcinogenic adducts have been detected using immunocytochemical analysis within the liver in rats treated with a single dose of NDMA, confirming morphological localization of $O^6$-methylguanine to the damaged cells.[161] However, others have shown that these DNA adducts can occur in many tissue types, including within various extrahepatic sites.[162] In fact, within separate animal species studies (monkeys and rats) evidence of genotoxicity was observed in the offspring of animals that had been exposed to NDMA by detecting $O^6$-methylguanine adducts in the fetal tissue sampled following sacrifice and examination.[147,163,164] A separate study also showed increasing degrees of DNA repair levels in germ cells treated with NDMA, indicative of their effect on spermiogenesis, an observation that increased with increasing time after injection.[165] These findings have also been confirmed in human studies using placental tissue where placentas from normal full term pregnancies were perfused with labeled NDMA, demonstrating passive diffusion, with the concentrations of NDMA in the maternal and fetal sides equilibrating within 3 hours, demonstrating that the human fetus can be exposed to NDMA from the maternal circulation.[166] In one fatal example of probable NDMA poisoning in a 23-year-old man reported in 1980, high levels of $O^6$-methylguanine were identified in his liver, while liver and kidney DNA obtained from unrelated and non-exposed cases contained no detectable methylated purines, confirming that, like rodents and other animal studies, humans are able to activate NMDA metabolically into a methylating agent, resulting in DNA damage.[167] In general, structural and functional integrity can be restored to damaged DNA by various DNA repair processes,[168] but, if these fail or are overwhelmed by high exposures, and adducts persist through a cycle of DNA replication, point mutations at critical sites in DNA may result, ultimately leading to a neoplastic

---

[159] Pegg AE and Byers TL. Repair of DNA containing $O^6$-alkylguanine. *FASEB J* 1992;6:2302-10.

[160] Singer B. *In vivo* formation and persistence of modified nucleosides resulting from alkylating agents. *Env Health Perspect* 1985;62:41-8.

[161] Scherer E, Van Den Berg T, Vermeulen E, et al. Immunocytochemical analysis of $O^6$-alkylguanine shows tissue specific formation in and removal from esophageal and liver DNA in rats treated with methylbenzylnitrosamine, dimethylnitrosamine, diethylnitrosamine, and ethylnitrosourea. *Cancer Lett* 1989;46:21-9.

[162] Souliotis VL, van Delft JHM, Steenwinkel MJST, et al. DNA adducts, mutant frequencies and mutation spectra in λ*lac*Z transgenic mice treated with N-nitrosodimethylamine. *Carcinogenesis* 1998;19:731-9.

[163] Diaz Gomez MI, Tamayo D, and Castro J. Administration of N-nitrosodimethylamine, N-nitrosopyrrolidine, or N-nitrosonornicotine to nursing rats: Their interactions with liver and kidney nucleic acids from sucklings. *JNCI* 1986;76:1133-6.

[164] Encell L, Foiles PG, and Gold B. The relationship between N-nitrosodimethylamine metabolism and DNA methylation in isolated rat hepatocytes. *Carcinogenesis* 1996;17:1127-34.

[165] Cesarone CF, Bolognesi C, and Santi L. DNA repair synthesis in mice spermatids after treatment with N-methyl-N-nitroso-urea and N-N-dimethyl-nitrosamine: Preliminary results. *Toxicology* 1979;12:183-6.

[166] Annola K, Heikkinene AT, Partanen H, et al. Transplacental transfer of nitrosodimethylamine in perfused human placenta. *Placenta* 2009;30:277-83.

[167] Herron DC and Shank RC. Methylated purines in human liver DNA after probable dimethylnitrosamine poisoning. *Cancer Res* 1980;40:3116-7.

[168] Souliotis VL, Sfikakis PP, Anderson LM, et al. Intra- and intercellular variations in the repair efficiency of $O^6$-methylguanine, and their contribution to kinetic complexity. *Mutat Res* 2004;568:155-70.

transformation of the affected tissues.[169] One such enzyme that is able to repair this process is O$^6$-methyl guanine-DNA transferase (MGMT),[170,171,172] by transferring the methyl group from the guanine to a cysteine residue on the transferase itself, which then results in the permanent inactivation of the enzyme.[159] Although the level of MGMT activity can be quite variable when evaluated in different tissues and among different animal models,[173,174] researchers have observed a high homology of amino acid sequences when comparing the mouse and human MGMT enzyme.[175] However, there are some differences, as humans appear to have higher basal levels of MGMT than the rat, though this enzyme is inducible. Therefore, increased levels of MGMT would ultimately be expected to occur in rodents in cancer bioassays, as NDMA induces MGMT activity. However, it is important to note that this repair process would only apply to the O$^6$-methylguanine adduct, and not any of the other adducts generated by NDMA metabolism, including N$^7$-methylguanine.[156]

The genotoxicity of NDMA has been extensively studied in a host of in vitro and in vivo assays, with numerous deleterious effects having been reported in the literature within most animal species, as indicated by an increased frequency of sister chromatid exchange, unscheduled DNA synthesis, chromosomal aberrations, micronuclei, DNA strand breaks and formation of adducts.[36,176,177,178,179] In use for nearly 40 years, the micronucleus assay is one of the most popular and effective scientific methods used in order to assess for genotoxicity of different chemical compounds.[180] Several authors have employed this method to confirm micronuclei formation, and thus

---

[169] Souliotis VL, Chhabra S, Anderson LM, et al. Dosimetry of O$^6$-methylguanine in rat DNA after low-dose chronic exposure to N-nitrosodimethylamine (NDMA). Implications for the mechanism of NDMA hepatocarcinogenesis. *Carcinogenesis* 1995;16:2381-7.

[170] Saffhill R, Margison GP, and O'Connor PJ. Mechanisms of carcinogenesis induced by alkylating agents. *Biochem Biophys Acta* 1985;823:111-45.

[171] Lindahl T, Sedgwick B, Sekiguchi M, et al. Regulation and expression of the adaptive response to alkylating agents. *Ann Rev Biochem* 1988;57:133-57.

[172] Pegg AE. Mammalian O$^6$-alkylguanine-DNA alkyltransferase: regulation and importance in response to alkylating carcinogenic and therapeutic agents. *Cancer Res* 1990;50:6119-29.

[173] Gerson SL, Trey JE, Miller K, et al. Comparison of O$^6$-alkylguanine-DNA alkyltransferase activity based on cellular DNA content in human, rat, and mouse tissues. *Carcinogenesis* 1986;7:745-9.

[174] Hall J, Bresil H, and Montesano R. O6-alkylguanine DNA alkyltransferase activity in monkey, human and rat liver. *Carcinogenesis* 1985;6:209-11.

[175] Shiraishi A, Sakumi K, Nakatsu Y, et al. Isolation and characterization of cDNA and genomic sequences for mouse O$^6$-methylguanine-DNA methyltransferase. *Carcinogenesis* 1992;13:289-96.

[176] Barbine A, Bereziat JC, and Bartsch H. Evaluation of DNA damage by the alkaline elution technique in liver, kidneys and lungs of rats and hamsters treated with N-nitrosodialkylamines. *Carcinogenesis* 1983;4:541-5.

[177] IPSC. N-Nitrosodimethylamine. International Programme on Chemical Safety. August 7, 2003.

[178] Magee PN and Farber E. Toxic liver injury and carcinogenesis. Methylation of rat liver nucleic acids by dimethylnitrosamine in vivo. *Biochem J* 1962;83:114.

[179] Magee PN and Hutlin T. Toxic liver injury and carcinogenesis. Methylation of proteins of rat liver slices by dimethylnitrosamine in vitro. *Biochem J* 1962;83:105.

[180] Sommer S, Buraczewska I, and Kruszewski M. Micronucleus assay: The state of art and future directions. *Int J Mol Sci* 2020;21:1534.

evidence of genotoxicity, within mice and rat animal models when exposed to NDMA.[181,182,183,184] Other scientists have used additional and varying methods to show similar genotoxic effects of NDMA within several in vitro and in vivo studies, including demonstrating increased mutagenic lesions in DNA[185,186] and utilizing an alkaline elution analysis,[187] in which NDMA proved to be the most potent of all NOC tested.[188] In yet another study that assessed the molecular effects of NDMA using several types of assays, low dose NOC mixtures were shown to be both genotoxic and carcinogenic.[189] There is experimental evidence that NDMA is genotoxic in part whereby activation of NDMA by liver microsomal S9 fractions is necessary for a positive in vitro result,[190] showing evidence of more severe and long-term damage with increasing doses.[191,192] The S9 fraction is the product of an organ tissue homogenate used in biological assays that most frequently measures the metabolism of drugs and other chemical substances. It has been observed that human S9 fractions are much more active in promoting genotoxicity than what is seen in rat models, supportive of the fact that humans may be especially sensitive to the carcinogenicity of NDMA, even more so than

---

[181] Bauknecht T, Vogel W, Bayer U, et al. Comparative in vivo mutagenicity testing by SCE and micronucleus induction in mouse bone marrow. *Hum Genet* 1977;35:299-307.

[182] Cliet I, Fournier E, Melcion C, et al. In vivo micronucleus test using mouse hepatocytes. *Mutat Res* 1989;216:321-6.

[183] Tates AD, Neuteboom I, Rotteveel AHM, et al. Persistence of preclastogenic damage in hepatocytes of rats exposed to ethylnitrosourea, diethylnitrosamine, dimethylnitrosamine and methyl methanesulphonate. Correlation with DNA O-alkylation. *Carcinogenesis* 1986;7:1053-8.

[184] Robbiano L, Mereto E, Migliazzi Morando A, et al. An in vivo micronucleus assay for detecting the clastogenic effect in rat kidney cells. *Mutat Res* 1997;390:51-7.

[185] Butterworth BE, Templin MV, Constan AA, et al. Long-term mutagenicity studies with chloroform and dimethylnitrosamine in female *lacI* transgenic B6C3F$_1$ mice. *Environ Mol Mutagen* 1998;31:248-56.

[186] Lee VM, Cameron RG, and Archer MC. The role of hepatocyte heterogeneity in the initiation of hepatocarcinogenesis. *Carcinogenesis* 1993;14:1403-8.

[187] Brambilla G, Carlo P, Finollo R, et al. Dose-response curves for liver DNA fragmentation induced in rats by sixteen N-nitroso compounds as measured by viscometric and alkaline elution analyses. *Cancer Res* 1987;47:3485-91.

[188] Brambilla G, Cavanna M, Pino A, et al. Quantitative correlation among DNA damaging potency of six N-nitroso compounds and their potency in inducing tumor growth and bacterial mutations. *Carcinogenesis* 1981;2:425-9.

[189] Wang HY, Qin M, Dong L, et al. Genotoxicity of a low-dose nitrosamine mixtures as drinking water disinfection byproducts in NIH3T3 cells. *Int J Med Sci* 2017;14:961-8.

[190] Ampy FR and William AO. Dimethylnitrosamine Metabolism: I. In vitro activation of dimethylnitrosamine to mutagenic substance(s) by hepatic and renal tissues from three inbred strains of mice. *Life Sci* 1986;39:923-30.

[191] Hakura A, Suzuki S, Sawada S, et al. Use of human liver S9 in the Ames test: Assay of three procarcinogens using human S9 derived from multiple donors. *Regulatory Toxicol Pharmacol* 2003;37:20-7.

[192] Bolognesi C, Rossi L, and Santi L. A new method to reveal the genotoxic effects of N-nitrosodimethylamine in pregnant mice. *Mutat Res* 1988;57-62.

many of the observed animal model experiments.[193] It is generally recognized that chemical carcinogenesis, such as is described associated with NDMA, can involve at least two distinct and sequential effects of the target cells, initiation and promotion. The first stage, initiation, is thought to involve the formation of damage in the DNA template, which, unless repaired, can lead to irreversible abnormalities in the complimentary strand of DNA synthesized during the S-phase of the cell cycle when using the altered strand as a template. It is this sequence of events that leads to the formation of somatic cell mutations in the underlying DNA framework. The subsequent promotion of a tumor is the induction of proliferation in the initiated cells by an agent which is not necessarily carcinogenic, though may be. It has been well described that metabolism of NDMA produces formaldehyde, methanol, and an alkylating intermediate that reacts with nucleic acids and proteins to form methylated macromolecules, a sequence known to be associated with sporadic carcinogenesis in various cell lines and tissues.[140]

NDMA also exerts its toxic and carcinogenic effects within cellular processes by creating a significant source of reactive oxygen and nitrogen species, including superoxide anion and nitric oxide.[194] Bartsch and colleagues, within two separate studies, noted that the metabolism of NDMA through specific cytochrome P450 mechanisms generated free radicals that resulted in increased oxidative stress,[195] a response that showed a linear relationship with increasing doses tested in a variety of in vitro rodent models.[196] Similar oxidative stress was highlighted by others when examining peripheral blood by documenting that NDMA exerted cytotoxic effects on cells by generating an increase in free radicals through human leukocytes.[197] An important supporting correlate to studies evaluating the oxidative stress induced by carcinogens is that antioxidants are able to modulate, at least to some degree, the damage produced by these chemicals. In fact, treatment with antioxidants is able to protect against some of the known hepatoxic effects of NDMA in rats.[198] In addition, two separate studies performed using a human fibroblast cell line transfected with CYP2E1, the cytochrome P450 isozyme primarily responsible for NDMA metabolism, showed that exposure to NDMA not only resulted in the generation of mutagenic DNA adducts, but also led to the formation of toxic reactive intermediates via metabolism within the cytochrome, an effect that was partially protected by antioxidants, such as vitamin C.[199,200]

An important aspect of the carcinogenic properties demonstrated by NDMA is its ability to induce a chronic inflammatory reaction in tissue. In two separate studies, Boonjaraspinyo and colleagues highlighted that hamsters administered NDMA showed characteristic histopathological changes of an inflammatory response around the bile

---

[193] Hakura A, Suzuki S, and Satoh T. Advantage of the use of human liver S9 in the Ames test. *Mutat Res* 1999;438:29-36.

[194] Holsapple MP, Bick PH, and Duke SS. Effects of N-nitrosodimethylamine on cell mediated immunity. *J Leukoc Biol* 1985;37:367-81.

[195] Bartsch H, Hietanene E, and Malaveille C. Carcinogenic nitrosamines: Free radical aspects of their action. *Free Radic Biol Med* 1989;7:637-44.

[196] Bartsch H, Malaveille C, and Montesano R. In vitro metabolism and microsome-mediated mutagenicity of dialkylnitrosamines in rat, hamster, and mouse tissues. *Cancer Res* 1975;34:644-51.

[197] Ratajcak-Wrona W, Jablonska E, Jablonski J, et al. Induction of expression of iNOS by N-nitrosodimethylamine (NDMA) in human leukocytes. *Immunopharmacol Immunotoxicol* 2009;31:661-8.

[198] Kiziltas H, Ekin S, Bayramoglu M, et al. Anitoxidant properties of *Ferulago angulate* and its hepatoprotective effect against N-nitrosodimethylamine-induced oxidative stress in rats. *Pharmaceutical Biology* 2017;55:888-97.

[199] Lin HL, Roberts ES, and Hollenberg PF. Heterologous expression of rat P450 2E1 in a mammalian cell line: in situ metabolism and cytotoxicity of N-nitrosodimethylamine. *Carcinogenesis* 1998;19:321-9.

[200] Lin HL and Hollenberg PF. N-nitrosodimethylamine-mediated formation of oxidized and methylated DNA bases in a cytochrome p450 2E1 expressing cell line. *Chem Res Toxicol* 2001;14:562-6.

ducts within the liver, an effect that was decreased in the setting of two separate substances with known anti-inflammatory properties, including the active compound in fingerroot[201] and a turmeric diet.[202]

In addition to the previously described effects with respect to cytotoxicity and genotoxicity, NDMA has been shown to have significant immunosuppressive properties via suppression of various measures of humoral immunity. In one study by Holsapple and colleagues published in 1984, mice exposed to a 14-day course of intraperitoneal injection of NDMA showed suppression of IgM antibody-forming cellular responses to sheep red blood cells, noted to occur in a dose-dependent manner.[203] A separate measure of immune dysfunction, as evidence by an altered humoral immunity and blunted antibody-mediated host defense mechanism, was confirmed by a different study in which a documented reduction in host resistance to *Streptococcus zooepidemicus* and Influenza was seen following injection of NDMA in female mice.[204] Similar results have been seen in mice following chronic oral exposure to increasing, hepatoxic concentrations of NDMA, in which higher doses resulted in immunosuppression of an IgM antibody response, as well as suppression of a mixed lymphocytic reaction, confirmation of effects to both the humoral and cellular arms of the immune system in these treated animals.[205] These immunosuppressive qualities of NDMA have also been shown to be blocked by inhibiting carcinogen activation via the known cytochrome P450-mediated oxidative metabolism.[206] In this study, Jeong and Lee observed that oral administration of diallyl sulfide, a food additive known to exert chemopreventive effects at several organ sites in rodents via modulating of cytochrome CYP2E1 activity, prior to NDMA treatment, blocked the NDMA-induced suppression of the antibody response to a T-cell-dependent antigen (sheep erythrocytes), in addition to the lymphoproliferative response to the T-cell and the B-cell mitogens, both of which were noted in dose-dependent manners.

Other key characteristics demonstrated by exposure to NDMA include its effect on cellular proliferation and apoptosis within cells. Mirsalis and colleagues showed an increase in detectable DNA repair, evidence of unscheduled DNA synthesis, in rat hepatocytes exposed to NDMA,[207] and in a later study, showed that increased cellular proliferation secondary to NDMA contributes to hepatocarcinogenicity in mice transfected with a gene target used in in vivo mutagenesis assays.[208] In a separate in vitro study, others noted that DNA degradation, the inability to complete

---

[201] Boonjaraspinyo S, Boonmars T, Aromdee C, et al. Effect of fingerroot on reducing inflammatory cells in hamster infected with *Opisthorchis viverrini* and N-nitrosodimethylamine administration. *Parasitol Res* 2010;106:1485-89.

[202] Boonjaraspinyo S, Boonmars T, Aromdee C, et al. Indirect effect of a turmeric diet: Enhanced bile duct proliferation in Syrian hamsters with a combination of partial obstruction by *Opisthorchis viverrini* infection and inflammation by N-nitrosodimethylamine administration. *Parasitol Res* 2011;108:7-14.

[203] Holsapple MP, Tucker AN, McNerney PJ, et al. Effects of N-nitrosodimethylamine on humoral immunity. *J Pharmacol Exp Ther* 1984;229:493-500.

[204] Thomas P, Fugmann R, Aranyi C, et al The effect of dimethylnitrosamine on host resistance and immunity. *Toxicol Appl Pharmacol* 1985;77:219-29.

[205] Desjardins R, Fournier M, Denizeau F, et al. Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice. *J Toxicol Environ Health* 1992;37:351-61.

[206] Jeong HG and Lee YW. Protective effects of diallyl sulfide on N-nitrosodimethylamine-induced immunosuppression in mice. *Cancer Lett* 1998;134:73-9.

[207] Mirsalis JC and Butterworth BE. Detection of unscheduled DNA synthesis in hepatocytes isolated from rats treated with genotoxic agents: An in vivo – in vitro assay for potential carcinogens and mutagens. *Carcinogenesis* 1980;1:621-5.

[208] Mirsalis JC, Provost GC, Matthews CD, et al. Induction of hepatic mutations in *lacI* transgenic mice. *Mutagenesis* 1993;8:265-71.

DNA repair, the biochemical events associated with cell cycle arrest, and the process of apoptotic death, all resulted from P4502E1 catalyzed metabolism of NDMA in a human cell line.[25]

As extensively detailed above, many different nitrosamines, including NDMA, have been evaluated for carcinogenic activity, with positive findings in many animal species, involving numerous, varied mechanisms and throughout multiple organ systems. Again, the fact that NOC have been found to produce tumors in several dozen animal species, is strong evidence that these same compounds, including NDMA, are also carcinogenic in humans. However, it is considered difficult to demonstrate a cause/effect relationship between exposure to low level NOC and the incidence of certain cancers in the general population due to the limited sensitivity of the epidemiological instruments at hand as well as the lack of a truly unexposed human population that could be used as controls. Yet, the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk study performed in the United Kingdom, prospectively studying over 23,000 adults for a mean follow-up of 11.4 years did, in fact, shows a significantly increased cancer risk in men and women (HR: 1.14; 95% CI: 1.03-1.27) when comparing the highest and lowest quartiles of dietary NDMA intake, as determined by food-frequency questionnaires, and adjusting for age and sex.[209] The reported HR for men in this study with respect to overall cancer risk and NDMA intake was 1.24 (95% CI: 1.07-1.44), though was 1.12 for women (95% CI: 0.93-1.34), and dropped to 1.18 and 1.05, respectively, in multivariate analyses. Additionally within this study, NDMA was also associated with an increased risk of gastrointestinal cancers (HR: 1.13; 95% CI: 1.00-1.28) and more specifically, rectal cancer (HR: 1.46; 95% CI: 1.16-1.84) after adjustment for a variety of confounding factors, including age, sex, BMI, alcohol intake, cigarette smoking, physical activity, and other variables. Within this study, cancer incidence was also significantly modified based on plasma concentrations of vitamin C, as higher circulating levels of the known antioxidant decreased the carcinogenic effects of NDMA. The findings from the EPIC-Norfolk study also support the experimental studies that provide a mechanistic basis for evidence of an association between nitrate intake and cancer risk.[210,211,212,213,214,215] Ingested nitrate is absorbed in the small intestine, secreted by the salivary glands, and converted to nitrite in the oral cavity. Nitrite can then interact with secondary amines and amides in the stomach, including ranitidine, to form NDMA.

## RANITIDINE AND ASSOCIATION WITH N-NITROSAMINES:

In September of 2020, with a revision issued in February of 2021, the U.S. Food and Drug Administration published a guidance for industry regarding the control of nitrosamine impurities in human drugs, specifically citing the unexpected finding of nitrosamine impurities, which they reiterate are "probable human carcinogens," in drugs,

[209] Loh YH, Jakszyn P, Luben RN, et al. N-nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk study. *Amer J Clin Nutr* 2011;93:1053-61.

[210] Barry KH, Jones RR, Cantor KP, et al. Ingested nitrate and nitrite and bladder cancer in Northern New England. Epidemiology 2020;31:136-44.

[211] Eichholzer M and Gutzwiller F. Dietary nitrates, nitrites, and N-nitroso compounds and cancer risk: A review of the epidemiologic evidence. *Nutr Rev* 1998;56:95-105.

[212] Ward MH, Jones RR, Brender JD, et al. Drinking water nitrate and human health: An updated review. *Int J Environ Res Public Health* 2018;15:1557-87.

[213] Knekt P, Jarvinen R, Dich J, and Hakulinen T. Risk of colorectal and other gastrointestinal cancers after exposure to nitrate, nitrite, and N-nitroso compounds: A follow-up study. *Int J Cancer* 1999;80:852-6.

[214] Pobel D, Rivoli E, Cornie J, et al. Nitrosamine, nitrate and nitrite in relation to gastric cancer: A case-control study in Marseille, France. *European Journal of Epidemiology* 1995;11:67-73.

[215] Song P, Wu L, and Guan W. Dietary nitrates, nitrites, and nitrosamines intake and the risk of gastric cancer: A meta-analysis. *Nutrients* 2015;7:9872-95.

including ranitidine, since 2019.[216,217] One of the main inciting factors for the FDA action was the letter addressed to the Division of Dockets Management at the FDA on September 9, 2019 by Valisure.[218] Valisure, an online pharmaceutical testing company and analytical laboratory registered with the Drug Enforcement Administration whose mission is to independently check the chemical composition of medications before they reach consumers, ensuring the safety, quality, and consistency of medications and supplements in the market, detected "extremely high levels of NDMA, a probable human carcinogen, in every lot tested, across multiple manufacturers and dosage forms of the drug ranitidine." However, it is important to know that one of the methods used in their analysis was gas chromatography-mass spectroscopy (GC-MS), which likely contributed to the initially reported higher values of NDMA than would be seen in the human body, though subsequent methods were modified. In addition, conditions were designed by Valisure to reflect those in the human body ("simulated gastric fluid" or "SGF") which also revealed extremely high NDMA levels when exposed to 150 mL of SGF with increasing levels of Sodium Nitrite, well in excess of the FDA's current daily acceptable intake limit. This reaction was noted to be markedly accentuated when ranitidine was combined with increasing levels of sodium nitrite, which can be found in certain foods and is also produced by bacteria in the stomach. Interestingly, within a study published on a Syrian hamster model, treatment with sodium nitrite caused a marked dose-dependent induction of mutations, including micronucleus formation, which led to a morphological and neoplastic transformation of the embryonic cells reviewed in this experiment, in a similar extent to those changes seen secondary to NDMA.[219] These findings with respect to SGF parallel those previously reported by Matsuda et al in 1990 when those authors published a study that showed a maximum concentration of NDMA in the stomach of 6.7 ng/mL following ranitidine intake, an amount that was over 5 times higher than what was identified within the healthy control population.[220] However, even this dramatic difference in NDMA generation between the study groups is likely an underestimation of nitrosation that occurs in the setting of ranitidine consumption given the fact that analysis of the gastric fluid did not occur until after at least a 12 hour fast. In order to assess the true and full effect of NDMA generation within the stomach related to the ranitidine molecule, measurement would need to have occurred closer to the consumption of the medication and a meal rich in nitrates and nitrites. With respect to studies of simulated gastric fluid and endogenous formation of NDMA, it is important to keep in mind that other authors have shown that, in the presence of other chemical formulations, including ethanol and acetic acid, the yield of NDMA may reflect a resultant decrease or increase, respectively,[221] emphasizing that the absolute amount of NDMA formed is highly dependent on individual circumstances and physiological conditions present at the time of metabolism.

[216] U.S. Food and Drug Administration. Statement alerting patients and health care professions of NDMA found in samples of ranitidine. Published September 13, 2019.

[217] U.S. Food and Drug Administration. Control of Nitrosamine impurities in human drugs: Guidance for industry. Published February 2021.

[218] Light D and Kucera K. Valisure citizen petition on ranitidine; dated September 9, 2019.

[219] Inui N, Nishi Y, Taketomi M, et al. Transplacental action of sodium nitrite on embryonic cells of Syrian golden hamster. *Mutat Res* 1979;66:149-58.

[220] Matsuda J, Hinuma K, Tanida N, et al. N-nitrosamines in gastric juice of patients with gastric ulcer before and during treatment with histamine H$_2$-receptor antagonists. *Gastroenterol Jpn* 1990;25:162-8.

[221] Zhang O, Zou X, Li QH, et al. Experimental and theoretical investigation of effects of ethanol and acetic acid on carcinogenic NDMA formation in simulated gastric fluid. *J Phys Chem A* 2016;120:4505-13.

Several previous studies published in the literature have also discussed and noted the genotoxic and carcinogenic risks known to be  secondary to ranitidine-nitrite interaction products.[222,223,224,225] Within their detailed letter, Valisure elaborated on a previously elucidated enzymatic mechanism[226] involving the enzyme, dimethylarginine dimethylaminohydrolase ("DDAH"), that would lead to the liberation of ranitidine's DMA group, a process that can occur in other tissues and organs separate from the stomach, expanding the geographic anatomic landscape affected by ranitidine and its degradation products.[227] In light of this information presented by Valisure and shortly following the release of this data, the FDA recommended that manufacturers voluntarily recall ranitidine products with NDMA levels above what the Agency considered acceptable.

The FDA has identified seven different nitrosamine impurities that theoretically could be present in drug products like ranitidine.[228] Five of these nitrosamines have actually been detected in drug substances, with NDMA being one of them. The FDA acknowledges that, although batches of certain drugs have been recalled in the past when unacceptable levels of nitrosamine impurities are identified, these substances might exist in other drug products due to the use of vulnerable processes and materials that may produce nitrosamine impurities. Subsequent follow-up studies were conducted by the FDA using their preferred method of liquid chromatography-high-resolution mass spectrometry. With this study design, the FDA found at least some lots with NDMA doses exceeding 96 ng/tablet (0.32 parts per million/ppm) in all 9 ranitidine products tested, with 5 having doses exceeding 300 ng/tablet and 3 having doses exceeding 500 ng/tablet. The stability testing performed by the FDA raised concerns that NDMA levels in some ranitidine products stored at room temperature, which is how most stores and individuals keep the drug during use, can increase with time to unacceptable levels, seen in all products after just 2 weeks, increasing further with prolonged storage time. In conjunction with these results, Emery Pharma issued a separate petition in January of 2020 also claiming that ranitidine has limited shelf-life stability, and progressively accumulates NDMA via degradation pathways at elevated temperatures, with the additional finding that the small study set of ranitidine products they tested continued to produce increasing levels of NDMA through termination of their experiment at 14 days.[229] Therefore, in combination with all of the available data, on April 1, 2020, the FDA requested that all ranitidine products be withdrawn from the U.S. market.[230] A subsequent investigation into the root cause for the presence of NDMA in ranitidine performed by GlaxoSmithKline (GSK), dated June 15, 2020, confirmed detection of NDMA in

[222] Brambilla G, Cavanna M, Faggin P, et al. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. *Carcinogenesis* 1983;4:1281-5.

[223] Brambilla G, Cajelli E, Finollo R, et al. Formation of DNA-damaging nitroso compounds by interaction of drugs with nitrite. A preliminary screening for detecting potentially hazardous drugs. *J Toxicol Environ Health* 1985;15:1-24.

[224] Brambilla G and Martelli A. Genotoxic and carcinogenic risk to humans of drug-nitrite interaction products. *Mutat Res* 2007;635:17-52.

[225] Franekic J, Skupnjak S, and Matijasevic Z. Genotoxicity of nitrosated ranitidine. *Mutat Res* 1989;227:13-16.

[226] Ogawa T, Kimoto M, and Sasaoka K. Purification and properties of a new enzyme $N^G$,$N^G$-Dimethylarginine Dimethylaminohydrolase, from rat kidney. *J Bio Chem* 1989;264:10205-9.

[227] Rassaf T, Ferdinandy P, and Schulz R. Nitrite in organ protection. *Br J Pharmacol* 2013;171:1-11.

[228] U.S. Food and Drug Administration. M7 (R1) assessment and control of DNA reactive (mutagenic) impurities in pharmaceuticals to limit potential carcinogenic risk: Guidance for industry. Published March 2018.

[229] Najafi RR. Re: Emery Pharma citizen petition. Emery Pharma. Published January 2, 2020.

[230] U.S. Food and Drug Administration. FDA requests removal of all ranitidine products (Zantac) from the market. Published April 1, 2020.

all batches of the drug product from all formulations tested.[231] In his root cause analysis, GSK chemist, Andrew Searle, also noted that NDMA was observed in ranitidine samples obtained from multiple different sources and in material prepared in a GSK laboratory, though was not observed in the most freshly prepared samples of the drug substance manufactured commercially and in the laboratory, consistent with the known mechanism of generation through degradation. This GSK report also confirmed that NDMA levels increased over time, particularly when the samples were subjected to stressed conditions of temperature and humidity, and that several trace level impurities were identified by LC/MS that could be generated from a reaction that resulted in loss of the dimethylamino group, again consistent with NDMA formation secondary to degradation of the ranitidine molecule. Finally, isotope labeling experiments performed by GSK further supported the intermolecular pathway reaction mechanism for NDMA formation via ranitidine, whereby the nitro group and the dimethylamino group derived from different drug molecules combine to form the carcinogen. It is my understanding that there will be evidence of additional results from testing by manufacturers, FDA, and by retained experts, which will include NDMA levels in ranges that are substantially higher than the levels noted from the above, prior FDA testing. Because NDMA formation from the ranitidine molecule occurs based on exposure to heat, moisture, and humidity, as well as by the passage of time, some testing does not assess NDMA levels under those conditions and will therefore likely understate the amount of NDMA. I also note that testing of NDMA levels in the ranitidine tablets does not include additional NDMA that forms in vivo. My causation opinions are based on the testing results by the FDA, and based on the dosing recommended in the label, which, though varied depending on the condition treated, would typically be 150 mg twice per day. Higher levels of NDMA forming in the tables and/or in vivo would strengthen my opinions on causation.

A recent study published in 2020 in *Chemical Pharmaceutical Bulletin* by Abe et al looked at the effect of high-temperature storage on the stability of ranitidine, specifically with respect to the potential formation of NDMA.[232] In one part of their experiment, when tablets from two different brands of ranitidine were stored under accelerated conditions following the drug stability guidelines issued by the International Conference on Harmonization (ICH-QIA) for up to 8 weeks, the amount of NDMA in both formulations substantially increased (116 ppm and 18 ppm, respectively), far exceeding the acceptable daily intake limit (0.32 ppm). Within this same study, a forced-degradation analysis under the stress condition of 60ºC (140ºF) for 1 week strongly supported the fact that environmental factors such as moisture and oxygen are intimately involved in the formation of NDMA from ranitidine. Forced degradation studies, particularly those evaluating subsequent chemical byproducts like NDMA in the setting of ranitidine, when performed under relevant stress conditions, are able to provide valuable information that is able to predict potential drug changes that occur during storage at ambient temperatures.[233,234] Therefore, these results confirmed the findings by both Emery Pharma and the U.S. FDA.

---

[231] Searle A, Director of Chemistry, GlaxoSmithKline. Investigations into the root cause for the presence of N-nitrosodimethylamine (NDMA) in ranitidine hydrochloride drug substance and associated drug products. Dated June 15, 2020.

[232] Abe Y, Yamamoto E, Yoshida H, et al. Temperature-dependent formation of N-nitrosodimethylamine during storage of ranitidine reagent powders and tablets. *Chem Pharm Bull (Tokyo)* 2020;68:1008-12.

[233] Blessy M, Patel RD, Prajapati PN, et al. Development of forced degradation and stability indicating studies of drugs: A review. *J Pharm Anal* 2014;4:159-65.

[234] Yokoo H, Yamamoto E, Masada S, et al. N-nitrosodimethylamine (NDMA) formation from ranitidine impurities: Possible root causes of the presence of NDMA in ranitidine hydrochloride. *Chem Pharm Bull (Tokyo)* 2021;69:872-6.

There are 2 primary sources of NDMA derived from medications that have been elucidated in the literature.[235,236] The first is the use of material contaminated with NDMA in the manufacturing process, while the second source, relevant in the setting of ranitidine, occurs when NDMA is created from the active ingredient in the drug itself. In general, it is known that a considerable fraction of drugs is theoretically nitrosatable due to the presence of amine, amide, or other groups which, by reacting with nitrite in the gastric environment, or even in other sites, can give rise to the formation of N-nitroso compounds like NDMA, and in some cases other reactive species. For nitrosation to occur, nitrite is usually firstly converted to nitrous acid, which explains why this reaction is catalyzed by acid.

With respect to histamine $H_2$-receptor antagonists, it has been noted since publication of a report in the journal *Lancet* in 1981, prior to use in the United States, that higher levels of N-nitrosamines are present in patients treated with a medication similar to ranitidine, cimetidine.[237] Interestingly within this same study, withdrawal of the drug from approximately half of the participants, though expectedly decreased the gastric acid pH, did not significantly affect the N-nitrosamine concentrations. Also published in the *Lancet* in 1981 in a letter to the editor, De Flora reported on experiments in their laboratory showing that preincubation of ranitidine with nitrite in human gastric juice resulted in toxic and mutagenic effects in bacteria, which was noted to be dose-responsive.[238] Given the adverse results of these in vitro tests, De Flora advised that a diet low in nitrates and nitrites, avoiding ranitidine with meals, or taking ranitidine with a known inhibitor of nitrosation, such as ascorbic acid, would be prudent to avoid in vivo nitrosation. The chemical structure of ranitidine contains both a readily available nitrite source in its nitro group and a labile dimethylamine group on the opposite terminus of the same molecule, making it prone to the creation of NDMA, at least in part based on calculated scientific principles, from autologous interactions involving the molecule itself,[239] though likely mainly through intermolecular interactions. Because of these properties, in vitro experiments utilizing experimental and stomach-relevant pH conditions, show that the process of nitrosation of ranitidine creates NDMA, explaining the high levels of NDMA detected biologically in studies of normal human subjects taking the medication. Many internal studies from the Glaxo Group documented this occurrence early on in the development of ranitidine. In August of 1979, D. Gatehouse within the Division/Department of Pathology of the Glaxo Group Research Limited, reported his findings that AH 19065 [ranitidine] was positive after nitrosation against *Salmonella typhimurium* (TA 1535), producing a 5-fold increase over the observed control group values, with a dose response identified.[240] In a subsequent memorandum from the Glaxo Group Research Limited, dated November 8, 1979, titled "Nitrosation of $H_2$ blockers (AH 19065 and AH 22216) further evaluation of mutagenic effects, and screening of potential breakdown products," it was reported that "significant mutagenicity was seen when AH 19065 was used in the WHO test at concentrations of 10 mMol (3.14 mg/ml) and 40 mMol (12.56 mg/ml) together with sodium nitrite at a concentration of 40 mMol (2.7 mg/ml)," though "reducing the nitrite concentration to 14.8 mMol (1.0 mg/ml) eliminated the mutagenic effect."[241] This mutagenicity with ranitidine was demonstrated using a non-activated *Salmonella*

---

[235] Adamson RH and Chabner BA. The finding of N-Nitrosodimethylamine in Common Medicines. *The Oncologist* 2020;25:460-2.

[236] White CM. Understanding and preventing (N-nitrosodimethylamine) NDMA contamination of medications. *Ann Pharmacother* 2020;54:611-4.

[237] Reed PI, Smith PLR, Haines K, et al. Effect of cimetidine on gastric juice N-nitrosamine concentration. *Lancet* 1981;8246:553-56.

[238] De Flora S. Cimetidine, ranitidine, and their mutagenic nitroso derivatives. *Lancet* 1981;2:993-4.

[239] Haywood PA, Martin-Smith M, and Cholerton TJ. Isolation and identification of the hydrolytic degradation products of ranitidine hydrochlorite. *J Chem Soc Perkin Trans 1* 1987;1:951-4.

[240] Gatehouse D. Glaxo Group Research Limited – Ware. Mutagenicity studies on the nitrosation products of AH19065 and AH22216 (Liquid and Agar assays). August 1979.

[241] Gatehouse D. Glaxo Group Research Limited. Erratum to Nitrosation of $H_2$ blockers (AH 19065 and AH 22216) further evaluation of mutagenic effects, and screening of potential breakdown products. November 8, 1979.

*typhimurium* (TA 1535) system with both 6% acetic acid and 30 mM HCl. In contrast, the mutagenicity of cimetidine was barely detectable in the WHO nitrosation test. Shortly after this, Gatehouse and Evans reported that AH 23729X (dinitroso-ranitidine) was a direct acting bacterial mutagen, able to produce base-substitution mutations through DNA-alkylation damage.[242] This metabolite was formed under conditions of excess nitrite, enhanced both by potassium thiocyanate (present in human saliva and shown to catalyze the nitrosation of drugs in vitro)[243] and ascorbic acid (vitamin C), though vitamin E was noted to be an efficient inhibitor of the nitrosation process. A few months later, in December of 1980, Dr. R.T. Brittain, again from the Glaxo Group Research Limited – Ware Laboratory, reported findings on the subject of "Tests on ranitidine, its metabolites in man, and its nitrosation products, for mutagenic activity in micro-organisms."[244] These studies showed statistically significant and weakly mutagenic when *S. typhimurium* TA 1535 and *E. coli* WP67 were exposed to ranitidine, though in concentrations that were felt to be in excess of what would be seen in therapeutic human use. These observed mutagenic effects, as determined by the Ames test, with very high concentrations of ranitidine were concluded to be "real" and "consistent with the presence of a weak alkylating agent in the system." Similarly, with high levels of nitrite, mutagenic effects were seen with respect to *S. typhimurium* TA 1535, but not in the other microorganisms tested and without modulation when considering metabolic activation with liver microsomal enzymes. Within their summary of results and conclusion, they noted that "ranitidine reacts rapidly with nitrous acid under weakly acid conditions to yield a nitrolic acid…by a process which involves nitrosation." The results of the modified NAP test showed a dose-response, in that the less the concentration of nitrite used, the less ranitidine appeared to have a mutagenic effect. In addition, no mutagenic effect was noted at any concentration of nitrite when the reaction time was prolonged from 1 hour to 4 hours. Furthermore, Dr. Tanner from Glaxo Group reported his own unpublished laboratory findings from the Division of Biochemical Pharmacology, showing a 3.1% yield of NDMA when ranitidine was combined with 40 mM of nitrite in the presence of a 6% acetic acid solution, using the WHO Nitrosation Assay Procedure (NAP) test.[245] Similarly, in 1982, researchers at Smith Kline and French reported unpublished laboratory findings of the WHO NAP test demonstrating NDMA formation when ranitidine (0.01 M) was combined with 0.04 M of nitrite with increased formation of NDMA at 1 hour, 4 hours, and 24 hours.[246] Additionally, a subsequent experiment detailed within the same report was conducted using physiologically relevant nitrite levels (0.01 M) combined with ranitidine (0.01 M) at a pH of 3 and at 37ºC. In this example, NDMA was again detected with increasing formation over time (0.007 at 1 hour, 0.04 at 4 hours, and 0.12 at 24 hours; expressed as Molar %). In 1983, shortly after its introduction to the U.S. market, ranitidine was found to result in the formation of genotoxic derivatives in human gastric juice when in a nitrite-rich environment, published by De Flora et al in the journal, *Carcinogenesis*, data that had been previously eluded to two years prior in his letter to the editors in the *Lancet*.[247] In other studies published in the 1980s, the N-nitrosamine, N-Nitroso-nitrolic acid, was

---

[242] Gatehouse D and Evans S. Glaxo Group Research Limited – Ware. (III) Nitrosation of ranitidine: Further mutagenicity studies. September 1980.

[243] Boyland E, Nice E, and Williams K. The catalysis of nitrosation by thiocyanate from saliva. *Fd Cosmet Toxicol* 1971;9:639-43.

[244] Brittain RT. Tests on ranitidine, its metabolites in man, and its nitrosation products, for mutagenic activity in micro-organisms. Glaxo Group Research Limited – Ware. December 1980.

[245] Tanner RJN. Glaxo Group Research Limited Division of Biochemical Pharmacology. The determination of N-nitrosodimethylamine formed by the reaction of ranitidine hydrochloride with sodium nitrite. April 6, 1982 (GSKZAN0000084994- GSKZAN0000085003).

[246] Darkin DW, Gribble A, and Viney NJ (Smith Kline and French Research Ltd). The formation of N-nitrosodimethylamine from ranitidine and other marketed drugs. June 1, 1982 (GSKZAN0003535392-GSKZAN0003535395).

[247] De Flora S, Bennicelli C, Camoirano A, Zanacchi P. Genotoxicity of nitrosated ranitidine. *Carcinogenesis* 1983;4:255-60.

also found in association with ranitidine.[248,249] In the paper by Maura and colleagues, the authors describe that ranitidine reacted under acid conditions with a two-fold molar amount of nitrite yielding this N-nitroso derivative that was capable of inducing a dose-dependent DNA fragmentation in cultured Chinese hamster ovary cells.[248] In addition, a study evaluating the gastric fluid in healthy volunteers treated with either ranitidine or placebo, as expected, showed a statistically significant increase in pH and total microbial count in those patients who had taken ranitidine, conditions known to lead to higher levels of in vivo, endogenous production of nitrosamines.[250] In this same study, the investigators also showed an increased amount of non-volatile nitrosamines within the ranitidine group, expressed as NDMA according to their methods, compared to those patients taking the placebo (94.4 ng/mL vs. 68.3 ng/mL), despite the addition of ascorbic acid to the samples, though this did not reach statistical significance. Further, in vitro work done by Martelli and colleagues demonstrated that within acidified solution containing ranitidine and excess nitrite, nitroso derivatives were synthesized in primary cultures of rat hepatocytes that elicited a dose-dependent amount of unscheduled DNA synthesis.[251] Of note, a memorandum written by Dr. Gatehouse of Glaxo Group Research Limited, dated June 12, 1990, acknowledged that, based on prior published experimental data, ranitidine appeared to "exhibit weak genotoxic activity in vitro," though they did not believe that in vivo genotoxicity assays would support those results.[252] Specifically, Dr. Gatehouse noted that Martelli "concluded that ranitidine (3.3 mM) by itself was weakly positive in one experiment, but negative by their criteria in two subsequent experiments…By current criteria, the results obtained in experiments two and three would not be classified as negative….Ranitidine could be classified as a genotoxin in vitro, and such information could be available to Astra."

Estimates suggest that the average intake of the volatile nitrosamines from food sources is about 1 microgram per day[253] and is 30-60 nanograms (0.03-0.06 micrograms) with respect to NDMA, though can be up to 80 nanograms (0.08 micrograms) when beer is included in the dietary intake.[28] However, Hrudey and others have also demonstrated that the majority of exposure to NDMA arises secondary to endogenous processes, with estimates of 900 micrograms per day calculated based on blood gas chromatography-chemiluminescence detection analysis in human volunteers.[254] These estimates have also been performed by looking at excretion of urinary NDMA, as well as by measurement of methylated DNA adducts in the blood. The FDA has identified 96 nanograms per day as the upper limit of safe daily ingestion for NDMA.[255] Past authors researching the contamination of drinking water with NDMA that occurs during chlorination had specifically cited ranitidine as a source given the presence of its underlying dimethylamine functional

---

[248] Maura A, Pino A, Robbiano L, et al. DNA damage induced by nitrosated ranitidine in cultured mammalian cells. *Toxicology Lett* 1983;18:97-102.

[249] Brittain RT, Harris DM, Martin LE, et al. Safety of ranitidine. *Lancet* 1981;2:1119.

[250] Garcia Del Risco F, Rolin O, Farinotti R, et al. The effect of ranitidine over a 24-hour period on the content of nitrites, nitrates, nitrosamines and on the bacterial flora of the gastric juice in healthy subjects. *Gastroenterol Clin Biol* 1984;8:749-53.

[251] Martelli A, Fugassa E, Voci A, and Brambilla G. Unscheduled DNA synthesis induced by nitrosated ranitidine in primary cultures of rat hepatocytes. *Mutat Res* 1983;122:373-6.

[252] Gatehouse DC. Glaxo Group Research Limited. Memorandum: Genotoxicity profile of ranitidine – current status. June 12, 1990 (GSKZAN0003567025-GSKZAN0003567028).

[253] Scanlan RA. Formation and occurrence of nitrosamines in food. *Cancer Res* 1983;43:2435s-40s.

[254] Dunn SR, Pensabene JW, and Simenhoff ML. Analysis of human blood for volatile N-nitrosamines by gas chromatography-chemiluminescence detection. *J Chromatogr* 1986;377:35-47.

[255] U.S. Food and Drug Administration. FDA updates table of interim limits for nitrosamine impurities in ARBs. Published February 28, 2019.

group within its crystalline molecular structure.[256] It has been shown in prior research looking at endogenous synthesis of N-nitroso compounds (NOC), that this process which occurs in the setting of exposure to ranitidine, markedly outweighs the amount of NDMA and NOC that is consumed from food as part of a normal diet.[257] An additional interaction with regards to NDMA generation from ranitidine is the amount of the nitrosamine generated during storage of the drug through degradation, or NDMA formed in gastric fluid, once the drug is internalized and comes into contact with high nitrite-containing foods (e.g., processed meats or nitrate-containing vegetables such as lettuce, spinach, celery, or beets). Once ingested, nitrates can be converted to nitrites in the mouth or stomach. Thus, a maximum total exposure for people taking ranitidine cannot be specifically and reproducibly quantified as it is subject to multiple factors, such as diet and gastric acidity, as well as the NDMA already present within the manufactured product following its storage and degradation. A separate mechanism that was investigated by Le Roux and colleagues in 2012, and subsequently reported by others, was the kinetics of decomposition of ranitidine during chloramination.[258,259,260] Using high performance liquid chromatography coupled with mass spectrometry (HPLC-MS), it was discovered that this process, which is acid-catalyzed, led to the production of byproducts that are critical intermediates involved in the formation of NDMA. This was further validated by Liu and colleagues in 2014 who published their research in *Environmental Science & Technology*, where they also found that monochloramine is responsible for NDMA formation from ranitidine, an important tertiary amine precursor, and that the yield of NDMA from ranitidine was much higher than the other drug tested in their study (Trimethylamine).[261] Additionally, a separate study by Shen et al published in 2011 that investigated several dimethylamine-containing drugs bound to an electron-rich moiety, like ranitidine, showed that NDMA was formed when exposed to chloramine, and of all of the similar-structured medications tested, ranitidine produced the highest amounts of NDMA by far.[262] Finally, as previously mentioned, Valisure, in their 2019 letter to the FDA, reported on the investigation of further mechanisms relevant to the conditions in the human body and identified a broadly expressed enzyme subclass, DDAH-1, which is known to cleave DMA from its substrate and release it.[218] The company's computational modelling suggested that this process involving an enzyme known to be expressed across many human tissue types within the gastrointestinal tract, genitourinary tract, respiratory tract, central nervous system, and others,[263] could also act on the ranitidine chemical structure to produce DMA, providing yet another clear mechanism for in vivo NDMA formation from ranitidine throughout several sites within the body.

## RANITIDINE, NDMA, AND CANCER RISK BY ORGAN SYSTEM:

---

[256] Mitch WA, Sharp JO, Trussell RR, et al. N-Nitrosodimethylamine (NDMA) as a drinking water contaminant: A review. *Environ Eng Sci* 2003;20:389-404.

[257] Lv J, Wang L, and Li Y. Characterization of N-nitrosodimethylamine formation from the ozonation of ranitidine. *J Environ Sci (China)* 2017;58:116-26.

[258] Le Roux J, Gallard H, Croue J-P, et al. NDMA formation by chloramination of ranitidine: Kinetics and mechanism. *Environ Sci Technol* 2012;46:11095-11103.

[259] Seid MG, Cho K, Lee C, et al. Nitrite ion mitigates the formation of N-nitrosodimethylamine (NDMA) during chloramination of ranitidine. *Sci Total Environ* 2018;633:352-9.

[260] Shen R and Andrews SA. Formation of NDMA from ranitidine and sumatriptan: The role of pH. *Water Res* 2013;47:802-10.

[261] Liu YD, Selbes M, Zeng C, et al. Formation mechanism of NDMA from ranitidine, Trimethylamine, and other tertiary amines during chloramination: A computational study. *Environ Sci technol* 2014;48:8653-63.

[262] Shen R and Andrews SA. Demonstration of 20 pharmaceuticals and personal care products (PPCPs) as nitrosamine precursors during chloramine disinfection. *Water Res* 2011;45:944-52.

[263] DDAH1 dimethylarginine dimethylaminohydrolase. (Updated 07/08/2019). National Center for Biotechnology Information

The generally acceptable risk for potential carcinogens in pharmaceuticals is one case of cancer per 100,000 subjects after 70 years of exposure. As an example, valsartan, an antihypertensive drug that was recalled from the market voluntarily after the European Medicines Agency (EMA) and the FDA called attention to contamination of this medication with unacceptable levels of NDMA,[264] is estimated to result in a risk of cancer development in patients that ranges from 12 to 30 cases per 100,000 subjects (based on the European Medicines Agency assessment for an individual taking 320 mg valsartan, containing greater than the allowable daily limit of NDMA),[265] while the FDA estimated an excess cancer risk of 1 in 8,000 people based on taking the same dose of valsartan (320 mg).[266] Similarly, the risk of developing cancer from NDMA in ranitidine is of significant concern, as the amount of NDMA found in ranitidine by the FDA, while lower than that found by the Valisure pharmacy, still exceeds the allowable daily limit (96 ng) by nearly ninefold (0.86 µg/860 ng, based on the maximal NDMA level per tablet from one manufacturer tested).[267] A recent case study using risk analysis calculations estimating the additional cancer risks associated with NDMA contamination in medications like valsartan and ranitidine, based on nitrosamine levels reported by the U.S. FDA, in combination with known cancer potencies and specific exposure scenarios, highlighted the serious concern to public health that this situation poses.[268] Of importance regarding the distinction between these two medications is that the FDA has confirmed that the NDMA formation seen in ranitidine is not purely secondary to manufacturing processes, unlike valsartan and other angiotensin II receptor blockers. The amount of NDMA generated from ranitidine preparations is inherently due to its underlying molecular and crystalline structure and has been found to vary by manufacturer, from lot-to-lot within any given manufacturer, as well as based on individual physiologic and environmental conditions, including temperature and humidity that may have affected the medication both in the process of transportation and during storage.[269]

As described earlier, several in vitro cell lines and animal studies have repeatedly demonstrated the genotoxic and carcinogenic effects of oral ranitidine, particularly when administered in association with nitrites, through the generation of NDMA.[143,222-225] NDMA is capable of causing genotoxic and carcinogenic effects on a wide variety of tissues. Although many of the earliest studies focused on NDMA-associated hepatotoxicity, postulating that following metabolism by liver cells, NDMA may not exist in sufficient concentrations elsewhere to exert biological effects, subsequent investigations have confirmed that NDMA is able to induce genotoxic and cytotoxic effects within numerous extrahepatic sites, with many studies documenting carcinogenesis in these other tissues, particularly when in combination with other medications and nitrosamines.[270] As evidence of this, shortly after recognizing that NDMA caused a variety of neoplastic liver proliferations in animals, many researchers also confirmed an increased incidence

[264] European Medicines Agency. EMA reviewing medicines containing valsartan from Zhejiang Huahai following detection of an impurity. 2018.

[265] European Medicines Agency. Assessment report: Angiotensin-II-receptor antagonists (sartans) containing a tetrazole group. February 2019.

[266] U.S. Food and Drug Administration. Laboratory analysis of valsartan products. Published May 2, 2019.

[267] U.S. Food and Drug Administration. Laboratory analysis of ranitidine and nizatidine products. Published November 1, 2019.

[268] Li K, Ricker K, Tsai FC, et al. Estimated cancer risk associated with nitrosamine contamination in commonly used medications. *Int J Environ Res Public Health* 2021;18:9465.

[269] King FJ, Searle AD, and Urquhart MW. Ranitidine-investigations into the root cause for the presence of N-Nitroso-N, N-dimethylamine in ranitidine hydrochloride drug substances and associated drug products. *Org Process Res Dev* 2020;24:2915-26.

[270] Habs M and Schmahl D. Synergistic effects of N-nitroso compounds in experimental long-term carcinogenesis studies. *Oncology* 1980;37:259-65.

of renal (kidney) tumors in rats. [271,272,273,274,275,276,277,278,279] NDMA has also been shown to exert genotoxic effects in both the upper and lower respiratory tract,[280] with signs of carcinogenesis noted in the nasal tract, trachea, and lungs.[281,282,283,284,285] The hematopoietic and reticuloendothelial systems have also been studied in the context of exposure to NDMA, confirming that mutations are seen within the peripheral blood in a variety of animals, including

[271] Terracini B and Magee PN. Renal tumours in rats following injection of dimethylnitrosamine at birth. *Nature* 1964;202:502-3.

[272] Riopelle JL and Jasmin GJ. Nature, classification, and nomenclature of kidney tumors induced in the rat by dimethylnitrosamine. *J Nat Cancer Inst* 1969;42:643-62.

[273] Magee PN and Barnes JM. Induction of kidney tumours in the rat with dimethylnitrosamine (N-nitrosodimethylamine). *J Pathol Bacteriol* 1962;84:19-31.

[274] McLean AEM and Magee PN. Increased renal carcinogenesis by dimethylnitrosamine in protein deficient rats. *Br J Exp Path* 1970;51:587-90.

[275] Hard GC and Butler WH. Ultrastructural aspects of renal adenocarcinoma induced in the rat by dimethylnitrosamine. *Cancer Res* 1971;31:366-72.

[276] McGiven AR and Ireton HJC. Renal epithelial dysplasia and neoplasia in rats given dimethylnitrosamine. *J Pathol* 1972;108:187-90.

[277] Montesano R, Mohr U, Magee PN, et al. Additive effect in the induction of kidney tumours in rats treated with dimethylnitrosamine and ethylmethanesulphonate. *Br J Cancer* 1974;29:50-8.

[278] Shinohara Y, Arai M, Hirao K, et al. Combination effect of citrinin and other chemicals on rat kidney tumorigenesis. *GANN* 1976;67:147-55.

[279] Swann PF, Kaufman DG, Magee PN, et al. Induction of kidney tumours by a single dose of dimethylnitrosamine: Dose response and influence of diet and benzo(a)pyrene pretreatment. *Br J Cancer* 1980;41:285-94.

[280] Brendler SY, Tompa A, Hutter KF, et al. In vivo and in vitro genotoxicity of several N-nitrosamines in extrahepatic tissues of the rat+. *Carcinogenesis* 1992;13:2435-41.

[281] Terracini B, Palestro G, Ramella Gigliardi M, et al. Carcinogenicity of dimethylnitrosamine in Swiss mice. *Br J Cancer* 1966;20:871-6.

[282] Doolittle DJ, Bermudez E, Working PK, et al. Measurement of genotoxic activity in multiple tissues following inhalation exposure to dimethylnitrosamine. *Mutat Res* 1984;141:123-7.

[283] Ii Y, Cardesa A, Patil K, et al. Comparative studies of neoplastic response to a single dose of nitroso compounds. 5. The effect of dimethylnitrosamine in Swiss, ASW/SN and A-strain mice. *Z Krebsforsch Klin Onkol Cancer Res Oncol* 1976;86:165-70.

[284] Klein RG, Janowsky I, Schmezer P, et al. Effects of long-term inhalation of N-nitroso-dimethylamine (NDMA) and $SO_2/NO_x$ in rats. *Exp Pathol* 1989;37:273-80.

[285] Klein RG, Janowsky I, Pool-Zobel BL, et al. Effects of long-term inhalation of N-nitrosodimethylamine in rats. *IARC Scientific Publications* 1991;105:322-8.

beagles,[286] swine,[287] and monkeys,[288,289] in addition to human lymphoid cells,[290] thymic tissue (as evidenced by DNA damage measured as single stranded breaks in DNA),[291] as well as neoplasia within the spleen.[292,293] Li and colleagues also demonstrated cytotoxic effects caused by NDMA in the murine small bowel.[294] The genotoxic effects of NDMA and NOC are, in fact, also seen within the central nervous system, as two separate studies in humans have shown that increased maternal consumption of food high in these chemical substances, such as cured meat, leads to a greater incidence of subsequent childhood brain tumors within the children of these mothers.[295,296] However, the degree and influence of NDMA on hepatic and extrahepatic cellular mechanisms is not uniform within each site and the effects appear to be multifactorial, related in part to the metabolism achieved through CYP450 within separate anatomic locations and within various animals that have been studied. Several authors have studied both inducers and inhibitors of CYP450 metabolism and downstream local tissue effects in a variety of animal models treated with NDMA, documenting a dramatic difference in cellular damage based on these modulators, with inhibitors of CYP450 resulting in decreased hepatotoxicity secondary to lower hepatic clearance, with a subsequent increase in NDMA and genotoxic

[286] Gombar CT, Pylypiw HM,, and Harrington GW. Pharmacokinetics of N-nitrosodimethylamine in beagles. *Cancer Res* 1987;47:343-7.

[287] Gombar CT, Harrington GW, Pylypiw HM, et al. Pharmacokinetics of N-nitrosodimethylamine in swine. *Carcinogenesis* 1988;9:1351-4.

[288] Gombar CT, Harrington GW, Pylypiw HM, et al. Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. *Cancer Res* 1990;50:4366-70.

[289] Anderson LM, Souliotis VL, Chhabra SK, et al. N-nitrosodimethylamine-derived $O^6$-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. *Int J Cancer* 1996;66:130-4.

[290] Dobo KL, Eastmond DA, and Grosovsky AJ, et al. Sequence specific mutations induced by N-nitrosodimethylamine at two marker loci in metabolically competent human lymphoblastoid cells. *Carcinogenesis* 1998;19:755-64.

[291] Petzold GL and Swenberg JA. Detection of DNA damage induced in vivo following exposure of rats to carcinogens. *Cancer Res* 1978;38:1589-94.

[292] Takayama S and Oota K. Malignant tumors induced in mice fed with N-nitrosodimethylamine. *GANN* 1963;54:465-72.

[293] Takayama S and Oota K. Induction of malignant tumors in various strains of mice by oral administration of N-nitrosodimethylamine and N-nitrosodiethylamine. *GANN* 1965;56:189-99.

[294] Li YQ, Fan CY, O'Connor PJ, et al. Target cells for the cytotoxic effects of carcinogens in the murine small bowel. *Carcinogenesis* 1992;13:361-8.

[295] Preston-Martin S, Pogoda JM, Mueller BA, et al. Maternal consumption of cured meats and vitamins in relation to pediatric brain tumors. *Cancer Epidemiol Biomarkers Prev* 1996;5:599-605.

[296] Huncharek M and Kupelnick B. A meta-analysis of maternal cured meat consumption during pregnancy and the risk of childhood brain tumors. *Neuroepidemiology* 2004;23:78-84.

DNA adducts within the blood and extrahepatic tissues.[289,297,298,299] One study in particular performed in primates (male patas monkeys) documented that pretreatment of animals with CYP2E1 inhibitors (ethanol and isopropyl alcohol) increased the maximum urinary concentration by 15-50 fold and the percentage of the dose excreted in the urine by 100-800 fold, indicative of a greatly increased systemic exposure of extrahepatic organs to NDMA.[300] A separate study, also published by Anderson and colleagues, evaluating NDMA-derived $O^6$-methylguanine in the DNA of monkey gastrointestinal and urogenital organs following oral NDMA administration showed that while levels were highest in the gastric mucosa and the liver of the dosed animals, the adducts were only about 50% lower in the DNA from extrahepatic sites, including within white blood cells, esophagus, ovary, pancreatic, urinary bladder, and uterine tissue.[289] As one would expect given the known effect of ethanol on CYP2E1 hepatic metabolism, pretreatment with ethanol in this same study showed that amounts of $O^6$-methylguanine doubled in all examined tissues except the liver. Similarly, within a pig model exposed to progressively larger doses of NDMA, there was increasing hepatic extraction noted with higher levels detected in the hepatic vein, while exposure to ethanol appeared to eliminate that effect.[301] Within their discussion section, while elaborating on the effects of different periods of fasting on the concentration of NDMA within the portal vascular system, they state that "the amount of food present in the stomach may profoundly influence the rate and extent of intragastric formation of carcinogenic nitrosamines." A limitation of this study is the small sample size, as the authors state that "a minimum of two animals were used for each experiment," though they do not fully elaborate further on the number of animals within each tested group in the study. Although in rats only approximately 10% of orally-administered low-dose NDMA reaches the general circulation following first-pass hepatic metabolism, in studied beagles, this bioavailability averaged 93%.[286] A detailed analysis evaluating the interspecies pharmacokinetics of NDMA, including mean clearance, steady-state volume of distribution, mean residence time, and elimination half-life, calculated a 49% bioavailability of NDMA in monkeys following an oral dose, with a half-life of 22.9 minutes.[288] In addition, within the swine model, a known attractive model to compare with humans given the similarities in overall body size, 67% of an orally administered dose of NDMA was able to pass through the liver into the systemic circulation, emphasizing the extrahepatic impact that this carcinogen is able to have throughout the body even when metabolism is not saturated within hepatocytes.[287] With respect to ranitidine, it has been documented that there is a significantly higher percentage of parent drug recovered in the urine from patients following intravenous administration, when compared to oral consumption.[302] These differences in detection support the processes of both breakdown and metabolism of ranitidine following oral ingestion within the gastrointestinal tract combined with first pass metabolism in the liver, leading to both hepatic and extrahepatic manifestations that can result from its metabolites, including NDMA.

Results of ranitidine rodent tumorigenicity studies performed on 550 male and female Sprague-Dawley rats by Glaxo's laboratory, distributed in March of 1981, did not appear to show any treatment-related microscopic changes

[297] Anderson LM, Harrington GW, Pylypiw HM Jr, et al. Tissue levels and biological effects of N-nitrosodimethylamine in mice during chronic low or high dose exposure with or without ethanol. *Drug Metab Dispos* 1986;14:733-9.

[298] Anderson LM, Koseniauskas R, Burak ES, et al. Suppression of in vivo clearance of N-nitrosodimethylamine in mice by cotreatment with ethanol. *Drug Metab Dispos* 1994;22:43-9.

[299] Gorsky LD and Hollenberg PF. Metabolism of N-nitrosodimethyl- and N-nitrosodiethylamine by rat hepatocytes: Effects of pretreatment with ethanol. *Chem Res Toxicol* 1989;2:436-41.

[300] Anderson LM, Koseniauskas R, Burak ES, et al. Reduced blood clearance increased urinary excretion of N-nitrosodimethylamine in patas monkeys exposed to ethanol or isopropyl alcohol. *Cancer Res* 1992;52:1463-8.

[301] Harrington GW, Magee PN, Pylypiw HM, et al. The formation, disposition, and hepatic metabolism of dimethylnitrosamine in the pig. *Drug Metab Dispos* 1990;18:626-31.

[302] Van Hecken AM, Tjandramaga TB, Mullie A, et al. Ranitidine: single dose pharmacokinetics and absolute bioavailability in man. *Br J Clin Pharmacol* 1982;14:195-200.

in the group of rats exposed to ranitidine that would suggest the development of neoplastic changes.[303] In addition, in a separate Glaxo internal study performed in C57BL mice administered varying levels of ranitidine for a period of two years, the investigators noted that malignant rhabdomyosarcoma, a rare tumor in all species of mammals, was found in 5 mice in this study (4 males in the treated group/1 male in the control group). In addition, another rare tumor in this strain of mouse, a round cell sarcoma of the uterus, was found in 6 mice in the treated group, compared to only 1 mouse in the control group. The authors further noted a significant trend in connective tissue tumors in male mice and a dose-related increase in angiomas which the authors attributed to chance and described as spurious. Notably, there were issues reported with respect to documentation of animal weight, adequate levels of administered drug, and measurement of food consumption throughout the study methods/design.[304] The issues with dosing led to a second oral tumorigenicity study in mice (CAR 010).[305,306] The investigators found a statistically significant dose-related increased trend in pulmonary tumors in female mice (4 treated/0 control). In the male group, there were also findings of increased pulmonary tumors in the treated rodents (6 treated/3 control). Additionally, the oral feed that the rodents received had high vitamin E and was low in nitrites, which would likely have masked any genotoxic or carcinogenic effect from the ranitidine molecule and its metabolism. Another factor that must be considered is that the ranitidine used in these specific Glaxo animal studies was a different polymorphism of the molecule ("form 1") than what was ultimately marketed and distributed ("form 2"), making direct comparisons between these early internal studies and later experiments performed after wide production and distribution of the medication less reliable.[307] Despite these reportedly negative internal, non-peer-reviewed, and unpublished studies, others have documented tumor formation in the setting of long-term administration of ranitidine. In a study of Sprague-Dawley rats, treatment with ranitidine was associated with a 3-fold increase in plasma gastrin levels, as well as histopathologic evidence of enterochromaffin-like (ECL) cell hyperplasia and carcinoid tumor formation in the stomach, originating from the ECL cells that are responsible for producing histamine within the gastric mucosa.[308] In two separate 7-year studies of Beagles using polymorphic form 2 ranitidine for the majority of treatment, the investigators noted abnormal liver findings in all treated dogs (4) in one study and, in the second study, found a statistically significant increase in the weight of the pancreas in the treated females, as well as mammary tumors in 2 of the 6 treated females.[309,310,311] The investigators indicated that the mammary tumors were common in this breed of dog and that the increase in pancreas weight was of no toxicological concern. The vitamin E content in the dog food used for both of these studies was reported to be 60 mg/kg.[312]

Although randomized controlled clinical trials are considered by many to be the "gold standard" for studying and evaluating causal relationships, they are generally only informative with respect to the scientific questions that they are designed to answer. In order to study the risk posed by a particular medication with respect to the future

[303] Hunter B, Green OP, Heywood R, et al (Huntingdon Research Centre). Ranitidine (AH 19065) hydrochloride potential tumorigenicity in long term dietary administration to rats (final report), Volumes I-III. March 18, 1981.

[304] Fluck PA, Harcourt RA, Hyde JJ, et al. Glaxo Group Research Limited – Ware. AH19065 hydrochloride (ranitidine): 2-year oral tumorigenicity study in mice (CAR 009). March 1981.

[305] GSKZAN0000919203

[306] GSKZINDA0000011033

[307] GSKZAN0002598574

[308] Havu N, Mattsson H, Ekman L, et al. Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. *Digestion* 1990;45:189-95.

[309] GSKZINDC0000001061

[310] GSKZINDC0000001492

[311] GSKZINDC0000000846

[312] GSKZAN0003566393

development of cancer, numerous individuals would need to be followed for many years, both within a study group and a control group. I have reviewed the ranitidine maintenance therapy randomized controlled trials "RCT's" to determine if they provided useful clinical and scientific information with respect to cancer risk. These RCT's were specifically designed to evaluate ranitidine's efficacy and short-term adverse events, like abdominal pain, nausea, diarrhea, etc. They were, however, neither devised nor intended to study patients in order to determine a causal relationship with various primary cancers, as they did not have the statistical power (too few study subjects), an adequate follow-up length of time (too short of a study), or an appropriate control group for comparison in many of the longer studies. The information I reviewed and considered is contained on my materials list.

Histamine is known to be involved in a number of inflammatory and immune-related responses. In addition to being present on selective genotypically and phenotypically normal cells, varying levels of different histamine receptor subtypes can be identified within some tumor cells. Because of this, the subject of histamine receptor-blockers, including $H_2$-receptor antagonists like ranitidine, and their effects on cancer biology have been investigated. Within normal cells, the $H_2$ receptor is mainly expressed in gastric parietal cells, though it can also be found in several other cell types, including smooth muscle cells, chondrocytes, inflammatory cells, hepatocytes, and endothelial cells.[313] Endothelial cells, which line blood vessels, are increased in number within tumors showing prominent angiogenesis, and in a study of colon cancer resections, it was demonstrated that a high density of histamine-positive microvessels correlated with more advanced stage tumors.[314] In addition, an in vitro and in vivo study of human colonic adenocarcinoma cell lines showed that the histamine-associated trophic effect on two of the cell lines in this experiment was antagonized by an $H_2$-receptor antagonist (cimetidine).[315] Separate from their effects of tumor microenvironmental vasculature, $H_2$-receptor antagonists have also been implicated as agents able to modulate inflammatory responses. In a study looking at both cimetidine and ranitidine, these medications were both noted to increase production of interleukin-2 (IL-2) within murine spleen cells in vitro, possibly resulting in downstream cell-mediated cytotoxicity.[316] IL-2 is known to activate natural killer (NK) cells and has been shown to exert antitumor effects in mice[317,318,319] and in certain cancers in humans.[320,321] Interestingly though, a later study showed the opposite results, whereby the antimetastatic effect of IL-2 in mice injected with B16 melanoma cells was inhibited by treatment

[313] Nguyen PL and Cho J. Pathophysiological roles of histamine receptors in cancer progression: Implications and perspectives as potential molecular targets. *Biomolecules* 2021;11:1232.

[314] Cui J, Xu G, Liu J, et al. The expression of non-mast histamine in tumor associated microvessels in human colorectal cancers. *Pathol Oncol Res* 2013;19:311-6.

[315] Adams WJ, Lawson JA, and Morris DL. Cimetidine inhibits in vivo growth of human colon cancer and reverses histamine stimulated in vitro and in vivo growth. *Gut* 1994;35:1632-36.

[316] Gifford RR and Tilberg AF. Histamine type-2 receptor antagonist immune modulation. II. Cimetidine and ranitidine increase interleukin-2 production. *Surgery* 1987;102:242-7.

[317] Brooks CG and Henney CS. Interleukin-2 and the regulation of natural killer activity in cultured cell populations. *Contemp Top Mol Immunol* 1985;10:63-92.

[318] Mule JJ, Yang JC, Afreniere RL, et al. Identification of cellular mechanisms operational in vivo during the regression of established pulmonary metastases by the systemic administration of high-dose recombinant interleukin 2. *J Immunol* 1987;139:285-94.

[319] Rosenberg SA, Mule JJ, Spiess PJ, et al. Regression of established pulmonary metastases and subcutaneous tumor mediated by the systemic administration of high-dose recombinant interleukin 2. *J Exp Med* 1985;161:1169-88.

[320] Waldmann TA. Cytokines in cancer immunotherapy. *Cold Spring Harb Perspect Biol* 2018;10:a028472.

[321] Martner A, Rydstrom A, Riise RE, et al. Role of natural killer cell subsets and natural cytotoxicity receptors for the outcome of immunotherapy in acute myeloid leukemia. *Oncoimmunology* 2016;5:1-11.

with ranitidine.[322] Similarly, in a recent study in humans, high dose ranitidine treatment not only resulted in decreased numbers of B cells and IL-2Rα (CD25) expressing T cells, but also reduced serum levels of IL-2, that remained low after treatment.[323] A separate study evaluating the immune response in mouse epithelial breast carcinoma cell lines showed a significant decrease in the proportion of intermediately functionally mature NK cell populations in the ranitidine-treated group, a decreased number of certain B-cell populations in tumor-draining lymph nodes, and increased levels of particular IgG antibodies thought to have antitumor activity.[324] Some studies have shown that $H_2$-receptor antagonists have other immunomodulating effects, including increasing the number of tumor infiltrating lymphocytes associated with malignancies, which has been associated with a better prognosis in some malignancies.[325] Much of the literature evaluating possible anti-tumor activity of $H_2$-receptor antagonists has focused specifically on gastrointestinal malignancies and has shown mixed results. With respect to colorectal carcinomas, several investigators have demonstrated experimental evidence of in vitro and in vivo tumor inhibiting effects of these medications, with a focus on cimetidine, though some have shown similar results with ranitidine.[315,326,327,328] In contrast, several in vitro, in vivo, and clinical studies that have been done, including those with a focus on ranitidine, have failed to show convincing anti-tumor activity associated with inhibition of the $H_2$-receptor, or improvement in morbidity or overall survival.[329,330,331,332,333] Similarly, with respect to $H_2$-antagonists and gastric carcinoma, although Jiang and colleagues reported that treatment of a human gastric cancer cell line with cimetidine resulted in both

[322] Hellstrand K, Asea A, Hermodsson S. Role of histamine in natural killer cell-mediated resistance against tumor cells. *J Immunol* 1990;145:4365-70.

[323] Meghnem D, Oldford SA, Haidl ID, et al. Histamine receptor 2 blockade selectively impacts B and T cells in healthy subjects. *Sci Rep* 2021;11:9405.

[324] Rogers D, Vila-Leahey A, Pessoa AC, et al. Ranitidine inhibition of breast tumor growth is B cell dependent and associated with an enhanced antitumor antibody response. *Front Immunol* 2018;9:1894.

[325] Parshad R, Kapoor S, Gupta SD, et al. Does famotidine enhance tumor infiltrating lymphocytes in breast cancer? Results of a randomized prospective pilot study. *Acta Oncol* 2002;41:362-5.

[326] Kobayashi K, Matsumoto S, Morishima T, et al. Cimetidine inhibits cancer cell adhesion to endothelial cells and prevents metastasis by blocking e-selectin expression. *Cancer Res* 2000;60:3978-84.

[327] Rajendra S, Mulcahy H, Patchett S, et al. The effect of $H_2$ antagonists on proliferation and apoptosis in human colorectal cancer cell lines. *Dig Dis Sci* 2004;49:1634-40.

[328] Tutton PJM and Barkla DH. Comparison of the tumor inhibiting effects of three histamine $H_2$-receptor antagonists. *Anticancer Res* 1983;3:7-10.

[329] Nielsen HJ, Christensen IJ, Moesgaard F, et al. Ranitidine as adjuvant treatment in colorectal cancer. *Br J Surg* 2002;89:1416-22.

[330] Deva S and Jameson M. Histamine type 2 receptor antagonists as adjuvant treatment for resected colorectal cancer. *Cochrane Database Syst Rev* 2012;15:CD007814.

[331] Gao C, Major A, Rendon D, et al. Histamine $H_2$ receptor-mediated suppression of intestinal inflammation by probiotic *Lactobacillus reuteri*. *mBio* 2015;6:e01358-15.

[332] Lawson JA, Adams WJ, and Morris DL. Ranitidine and cimetidine differ in their in vitro and in vivo effects on human colonic cancer growth. *Br J Cancer* 1996;73:872-6.

[333] Sasson AR, Gamagami R, An Z, et al. Cimetidine: An inhibitor or promoter of tumor growth? *Int J Cancer* 1999;81:835-8.

induction of apoptosis and growth inhibition in a dose-dependent manner,[334] most studies have not shown a significant anti-tumor effect with the use of ranitidine, either with respect to antiproliferative effects on in vitro stomach cancer cell lines[335] or in overall survival within two separate prospective, randomized, double-blinded trials.[336,337] Again, contradicting results have also been reported with respect to the role histamine and the $H_2$-receptor play in breast[338,339] and liver cancer.[340,341,342,343]   Therefore, as detailed, though there are some studies in the literature that have demonstrated varying degrees of an anti-tumor effect with $H_2$-receptor blockade, particularly involving cancers of the colorectum, the vast majority of reports have demonstrated that histamine itself exerts potent anti-tumorigenic properties based on its ability to shape innate and adaptive immune responses in order to control tumor growth and spread[344] and that the possible anti-tumor qualities noted are with respect to experiments involving cimetidine in particular, and are likely related to qualities inherent to its molecular structure and not based on its classification and function as an $H_2$-receptor antagonist.[335,342,345]

As pharmaceuticals are known to enter the environment, either unchanged or as metabolites, analysis of such downstream effects is important in both assessing overall ecotoxity, as well as evaluating potential exposure and effects in animal and human populations. Ranitidine has been detected in numerous aquatic environments to varying

[334] Jiang CG, Liu FR, Yu M, et al. Cimetidine induces apoptosis in gastric cancer cells in vitro and inhibits tumor growth in vivo. *Oncol Rep* 2010;23:693-700.

[335] Hahm KB, Park IS, Kim HC, et al. Comparison of antiproliferative effects of 1-histamine-2 receptor antagonists, cimetidine, ranitidine, and famotidine, in gastric cancer cells. *Int J Immunopharmac* 1996;18:393-9.

[336] Wotherspoon HA, Anderson JR, Morran CG, et al. Randomized controlled trial of an $H_2$-receptor antagonist in gastric cancer. *Br J Surg* 1997;84:1168-9.

[337] Primrose JN, Miller GV, Preston SR, et al. A prospective randomized controlled study of the use of ranitidine in patients with gastric cancer. *Gut* 1998;42:17-19.

[338] Medina V, Cricco G, Nunez M, et al. Histamine-mediated signaling processes in human mammary cells. *Cancer Biol Ther* 2006;5:1462-71.

[339] Vila-Leahey A, Oldford SA, Marignani PA, et al. Ranitidine modifies myeloid cell populations and inhibits breast tumor development and spread in mice. *Oncoimmunology* 2016;5:e1151591.

[340] Meretey K, Falus A, Taga T, et al. Histamine influences the expression of the interleukin-6 receptor on human lymphoid monocytoid and hepatoma cell lines. *Agents Actions* 1991;33:189-91.

[341] Onori P, Gaudio E, Franchitto A, et al. Histamine regulation of hyperplastic and neoplastic cell growth in cholangiocytes. *World J Gastroint Pathophysiol* 2010;1:38-49.

[342] Furuta K, Sato S, Miyake T, et al. Anti-tumor effects of cimetidine on hepatocellular carcinoma in diethylnitrosamine-treated rats. *Oncol Rep* 2008;19:361-8.

[343] Lampiasi N, Azzolina A, Montalto G, et al. Histamine and spontaneously released mast cell granules affect the cell growth of human hepatocellular carcinoma cells. *Exp Mol Med* 2007;39:284-94.

[344] De la Paz Sarasola M, Taquez Delgado MA, Nicoud MB, et al. Histamine in cancer immunology and immunotherapy. Current status and new perspectives. *Pharmacol Res Perspect* 2021;9:e00778.

[345] Siegers CP, Andresen S, and Keogh JP. Does cimetidine improve prospects for cancer patients? A reappraisal of the evidence to date. *Digestion* 1999;60:415-21.

degrees.[346,347,348] In order to evaluate for toxic and genotoxic effects of both ranitidine and its isolated photoproducts, Isidori and colleagues irradiated ranitidine in environmental-like conditions and subsequently evaluated acute and chronic toxicity on rotifers and microcrustaceans, as well as carried out an SOS Chromotest, a quantitative bacterial colorimetric assay on *Escherichia coli*, and an Ames test (performed on *Salmonella typhimurium*) in order to evaluate for DNA-damaging evens and point mutations, respectively.[349] Although no acute toxic effects were reported, within the chronic bioassays, ranitidine showed clear ecotoxicological effects of the aquatic organisms, *B. calyciflorus* and *C. dubia*. Within the mutagenicity studies reported in their analysis, both ranitidine and its two photoproducts (compounds 1 and 2) showed evidence of genotoxicity (susceptible to either frameshift mutations or base-pair substitutions) at a range of drug concentrations. However, in a report by Oesch and colleagues published in 2021 evaluating studies on the metabolism, genotoxicity, and carcinogenicity of N-vinyl compounds, including ranitidine, they concluded that ranitidine appeared to show negative results in early genotoxicity and carcinogenicity studies, though did note some positive in vitro results under high nitrite/acidic pH/high nitrate-reducing bacteria conditions.[350]

## GASTROINTESTINAL/HEPATOBILIARY TRACT (LIVER, STOMACH, ESOPHAGUS, COLORECTUM, AND PANCREAS)

### LIVER CANCER

Hepatocellular carcinoma is the most common primary malignancy of the liver and is composed of epithelial cells showing hepatocellular differentiation. Not only is hepatocellular carcinoma one of the most frequent malignancies, reportedly the sixth most common cancer and the fourth leading cause of cancer-related cancer death worldwide, but it is the paradigm of cancer that can be induced by a variety of etiologies, including infectious, metabolic, and toxic agents, and linked to chronic inflammation and hepatocellular damage.[351] For the various causes of hepatocellular carcinoma, there are many nonspecific mechanisms that lead to the development of chronic liver disease and, ultimately, neoplasia, including hepatocellular death, cellular regeneration, acquisition of mutations, as well as oncogenic factors derived from the inflammatory milieu and effects due to fibrosis and vascular rearrangement. Other primary malignancies that occur in the liver include intrahepatic cholangiocarcinoma (large duct type and small duct type), a neoplasm that shares some molecular and morphological features with extrahepatic pancreaticobiliary adenocarcinomas, as well as angiosarcoma, a cancer derived from vascular endothelial cells, and the most common primary hepatic malignant mesenchymal neoplasm in adults, though accounting for only a small percentage of all primary hepatic malignancies. Of particular interest, it has been long noted in medicine that many patients with primary hepatic angiosarcomas have had prior exposure to known carcinogens, including vinyl chloride monomer, arsenic, thorium oxide (Thorotrast), and anabolic-androgenic steroids.[352]

[346] Koplin DW, Furlong ET, Meyer MT, et al. Pharmaceuticals, hormones, and other organic wastewater contaminants in US streams, 1999-2000: A national reconnaissance. *Environ Sci Technol* 2002;36:1202-11.

[347] Gros M, Petrovic M, and Barcelo D. Wastewater treatment plants as a pathway for aquatic contamination by pharmaceuticals in the Ebro River basin (Northeast Spain). *Environ Toxicol Chem* 2007;26:1553-62.

[348] Zuccato E, Castiglioni S, Fanelli R, et al. Pharmaceuticals in the environment in Italy: Causes, occurrence, effects and control. *Environ Sci Pollut Res* 2006;12:15-21.

[349] Isidori M, Parrella A, Pistillo P, et al. Effects of ranitidine and its photoderivatives in the aquatic environment. *Environ Int* 2009;35:821-5.

[350] Oesch F, Honarvar N, Fabian E, et al. N-vinyl compounds: Studies on metabolism, genotoxicity, carcinogenicity. *Arch Toxicol* 2021;95:3143-59.

[351] Torbenson MS, Ng IOL, Park YN, et al. Hepatocellular Carcinoma. *WHO Classification of Tumours Editorial Board. Digestive system tumours.* Lyon (France): International Agency for Research on Cancer; 2019:229-39.

[352] Thway K, Doyle LA, Fukayama M, et al. Angiosarcoma. *WHO Classification of Tumours Editorial Board. Digestive system tumours.* Lyon (France): International Agency for Research on Cancer; 2019:471-2.

According to the CDC's Agency for Toxic Substances & Disease Registry from July of 1999, exposure to "NDMA is very harmful to the liver" in both "animals and humans." As detailed above, the liver plays a prominent role in the metabolism of nitrosamines through the cytochrome P450 system, specifically through the isoenzyme CYP2E1 with respect to NDMA. Aside from their role as complete carcinogens, nitrosamines are likely co-factors or promoters in patients with underlying hepatic damage due to alcoholism, hepatitis, or hepatic steatosis. The metabolism of NDMA induces liver injury in multiple ways, including enzymatic production of known carcinogens (formaldehyde and methanol), an NDMA-induced decrease in catalase and glutathione peroxidase, the major antioxidant enzymes in the liver, and by the metabolic generation of reactive intermediates that damage hepatocytes and trigger fibrogenesis.

NDMA has been characterized as a potent hepatotoxin, carcinogen, and mutagen based on numerous studies done evaluating various cell lines and animal models, and was, as previously mentioned, the first organ identified by Magee and Barnes in 1956 to form tumors following oral exposure in rats.[138] Since that time, additional other researchers have confirmed a markedly increased risk of many types of liver neoplasms, including epithelial and stromal malignancies, within many other rat, mice, and hamster animal models.[353,354,355,356,357,358,359,360,361] Yet additional studies have documented that these carcinogenic effects within the liver of rodents show evidence of a dose-

[353] Toth B, Magee PN, and Shubik P. Carcinogenesis study with dimethylnitrosamine administered orally to adult and subcutaneously to newborn BALB/c mice. *Cancer Res* 1964;24:1712-21.

[354] Abanobi SE, Farber E, and Sarma DSR. Persistence of DNA damage during development of liver angiosarcoma in rats fed dimethylnitrosamine. *Cancer Res* 1979;39:1592-96.

[355] Clapp NK, Craig AW, and Toya RE. Pulmonary and hepatic oncogenesis during treatment of male RF mice with dimethylnitrosamine. *J Natl Cancer Inst* 1968;41:1213-27.

[356] Den Engelse L. The formation of methylated bases in DNA by dimethylnitrosamine and its relation to differences in the formation of tumours in the livers of GR and C3Hf mice. *Chem Biol Interaction* 1974;8:329-38.

[357] Mohr U, Haas H, and Hilfrich J. The carcinogenic effects of dimethylnitrosamine and nitrosomethylurea in European hamsters (*Cricetus* L.). Br J Cancer 1974;29:359-64.

[358] Lijinsky W, Kovatch RM, and Riggs CW. Carcinogenesis by nitrosodialkylamines and azoxyalkanes given by gavage to rats and hamsters. *Cancer Res* 1987;47:3968-72.

[359] Lijinksy W and Reuber MD. Comparative carcinogenesis by some aliphatic nitrosamines in Fischer rats. *Cancer Lett* 1981;14:297-302.

[360] Otsuka H and Kuwahara A. Hemangiomatous lesions of mice treated with nitrosodimethylamine. *GANN* 1971;62:147-56.

[361] Reznick G, Mohr U, and Kmoch N. Carcinogenic effects of different nitroso-compounds in Chinese hamsters. *Br J Cancer* 1976;33:411-8.

dependent response, related to the total NDMA amount, as well as dose rate and length of exposure.[362,363,364,365] A separate study performed in rats and hamsters showed that the NDMA effects on the liver also varied based on age of the animal and exposure to ethanol.[366] These effects have also been noted to show proof of fetotoxicity, confirming transplacental activation by NDMA, leading to an increased rate of hepatic malignancies in the offspring of female mice.[367] The hepatic genotoxicity and carcinogenesis caused by NDMA is not limited to rodents and has also been shown within a variety of other animal models, including trout,[368] guppies,[369] frogs,[370] guinea pigs,[371] rabbits,[372] and monkeys,[373] though one study published in newts failed to show the induction of liver tumors up to a year after a single intraperitoneal injection of NDMA.[374]

In addition to studies performed on various animal species, some researchers have also evaluated in vitro incubation of N-nitrosamines with liver slices from humans.[375] Results from these investigations by Montesano and

[362] Arai M, Aoki Y, Nakanishi K, et al. Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. *Gan* 1979;70:549-58.

[363] Clapp NK and Toya RE. Effect of cumulative dose and dose rate on dimethylnitrosamine oncogenesis in RF mice. *J Natl Cancer Inst* 1970;45:495-8.

[364] Lijinsky W and Reuber MD. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. *Cancer Lett* 1984;22:83-8.

[365] Peto R, Gray R, Brantom P, et al. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: A detailed dose-response study. *Cancer Res* 1991;51:6415-51.

[366] Jorquera R, Castonguay A, and Schuller HM. Effects of age and ethanol on DNA single-strand breaks and toxicity induced by 4-(methylnitrosamine)-1-(3-pyridyl)-1-butanone or N-nitrosodimethylamine in hamster and rat liver. *Cancer Lett* 1993;74:175-81.

[367] Anderson LM, Hagiwara A, Kovatch RM, et al. Transplacental initiation of liver, lung, neurogenic, and connective tissue tumors by N-nitroso compounds in mice. *Fund Appl Toxicol* 1989;12:604-20.

[368] Ashley LM and Halver JE. Dimethylnitrosamine-induced hepatic cell carcinoma in rainbow trout. *J Natl Cancer Inst* 1968;41:531-52.

[369] Sato S, Matsushima T, Tanaka N, et al. Hepatic tumors in the guppy (*Lebistes reticulatus*) induced by aflatoxin $B_1$, dimethylnitrosamine, and 2-acetylaminofluorene. *J Natl Cancer Inst* 1973;50:765-78.

[370] Khudoley VV. The induction of tumors in Rana temporaria with nitrosamines. *Neoplasma* 1977;24:249-51.

[371] Le Page RN and Christie GS. Induction of liver tumours in the guinea pig by feeding dimethylnitrosamine. *Pathology* 1969;1:49-56.

[372] Le Page RN and Christie GS. Induction of liver tumours in the rabbit by feeding dimethylnitrosamine. *Br J Cancer* 1969;23:125-31.

[373] Thorgeirsson UP, Dalgard DW, Reeves J, et al. Tumor incidence in a chemical carcinogenesis study of nonhuman primates. *Regulat Toxicol Pharmacol* 1994;19:130-51.

[374] Ingram AJ. The lethal and hepatocarcinogenic effects of dimethylnitrosamine injection in the newt *Triturus helveticus*. *Br J Cancer* 1972;26:206-15.

[375] Montesano R and Magee PN. Metabolism of diethylnitrosamine by human liver slices in vitro. *Nature* 1970;288:173-4.

colleagues have shown that human liver slices have a capacity to activate NDMA close to that which has been observed in the rat liver. Two separate experiments conducted on human hepatoma (hepatocellular carcinoma) cell lines have also documented that dietary phenols protect against the DNA adduct damage inflicted by NDMA.[376] Similarly, vitamin C reduced the genotoxic and cytotoxic effects of NDMA, as measured by cell viability and intracellular reactive oxygen species production, to 33.74% that of controls.[377] Hepatic fibrosis, which is marked by excessive synthesis and deposition of connective tissue proteins, especially interstitial collagens in the extracellular matrix of the liver, when perpetual and persistent, leads to a regeneration process which can result in genomic aberrations and mutations that provide a pathway to the ultimate development of hepatocellular carcinoma, the most common type of liver cancer. It has been repeatedly demonstrated in rats that serial administration of NDMA can lead to a reproducible model of hepatic fibrosis, cirrhosis, and portal hypertension, as is seen in humans.[378,379,380,381] Likewise, it is well documented that ranitidine can also be associated with hepatotoxicity.[382,383] Within a review of idiosyncratic adverse drug reactions focusing on ranitidine, Deng et al noted that no known ranitidine metabolite has been reported to be toxic to the liver in either humans or rodents, though they did not specifically evaluate the role that NDMA likely plays in ranitidine-induced hepatotoxicity.[384] In a study published by Mitacek et al in *Nutrition and Cancer* in 2008, in addition to finding an association between high dietary intake of nitrate, nitrite, and NDMA with stomach cancer in certain regions of Thailand, the authors also noted a similar association with liver cancer.[385] A nested, case control study by Tran et al found an increased risk of liver cancer associated with ranitidine use when adjusted for age, gender, alcohol/smoking, and comorbidities (OR = 1.41), though this was not statistically significant (95% CI: 0.91-2.15).[386] However, a separate, more recent evaluation done on a prospective cohort of more than 500,000 individuals from the

[376] Delgado ME, Haza AI, Arranz N, et al. Dietary polyphenols protect against N-nitrosamines and benzo(a)pyrene-induced DNA damage (strand breaks and oxidized purines/pyrimidines) in HepG2 human hepatoma cells. *Eur J Nutr* 2008;47:479-90.

[377] Erkekoglu P and Baydar T. Evaluation of the protective effect of ascorbic acid on nitrite- and nitrosamine-induced cytotoxicity and genotoxicity in human hepatoma line. *Toxicol Mechanisms and Methods* 2010;20:45-52.

[378] George J, Tsuchishima M, and Tsutsumi M. MMP-13 deletion decreases profibrogenic molecules and attenuates N-nitrosodimethylamine-induced liver injury and fibrosis in mice. *J Cell Mol Med* 2017;21:3821-5.

[379] George J, Tsuchishima M, and Tsutsumi M. Molecular mechanisms in the pathogenesis of N-nitrosodimethylamine induced hepatic fibrosis. *Cell Death Dis* 2019;10:18-26.

[380] George J, Rao KR, Stern R, et al. Dimethylnitrosamine-induced liver injury in rats: The early deposition of collagen. *Toxicology* 2001;156:129-38.

[381] Jenkins SA, et al. A dimethylnitrosamine induced model of cirrhosis and portal hypertension in the rat. *J Hepatol* 1985;1:489-99.

[382] Black M. Hepatotoxic and hepatoprotective potential of histamine ($H_2$)-receptor antagonists. *Am J Med* 1987;83:68-75.

[383] Vial T, Goubier C, Bergeret A, et al. Side effects of ranitidine. *Drug Saf* 1991;6:94-117.

[384] Deng X, Luyendyk JP, Ganey PE, et al. Inflammatory stress and idiosyncratic hepatotoxicity: Hints from animal models. *Pharmacol Rev* 2009;61:262-82.

[385] Mitacek EJ, Brunnemann KD, Suttajit M, et al. Geographic distribution of liver and stomach cancers in Thailand in relation to estimated dietary intake of nitrate, nitrite, and nitrosodimethylamine. *Nutr Cancer* 2008;60:196-203.

[386] Tran KT, McMenamin UC, Hicks B, et al. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. *Ailment Pharmacol Ther* 2018;48:55-64.

UK Biobank, also showed a 91% higher risk of liver cancer in patients with a history of "regular ranitidine use" compared to controls (HR=1.91; 95% CI:1.09-3.36), though no association was observed with either overall cancer risk (HR=1.01; 95% CI:0.93-1.09) or for cancers in the colorectum, lung, breast, or prostate.[387] It is important to note, though, that regular ranitidine use in this study was answered in a binary fashion (yes/no), defined as being "most days of the week for the last 4 weeks," thus patients who had a history of long-term usage or high total dose could not be ascertained from this data. Regardless, the data published from this large epidemiologic study is biologically plausible and supported by previously discussed in vitro studies showing a dose-dependent amount of unscheduled DNA synthesis in primary cultures of rat hepatocytes exposed to ranitidine.[251]

## STOMACH CANCER

Primary epithelial malignancies of the stomach can occur within any gastric compartment, including the cardia, corpus, or antrum, though the localization of these tumors varies geographically according to the incidence of gastric carcinoma.[388] Stomach cancer is a prevalent, worldwide malignancy, and *Helicobacter pylori*-associated gastritis is a primary pathogenic factor involved in its development.[389] In fact, inflammation-associated gastric cancer is preceded by "Correa's cascade," which represents a sequence of genotypic and phenotypic changes, beginning with chronic inflammation, progressing to mucosal atrophy and metaplasia, followed by intraepithelial dysplasia, that can ultimately result in invasive cancer.[390] Therefore, the treatment of longstanding inflammatory and preneoplastic changes of the stomach is an essential part of any clinicopathological strategy for the secondary prevention of stomach cancer.[391] Both gastric precancerous lesions and malignancies are associated with a spectrum of genetic and epigenetic abnormalities, with approximately 90% representing sporadic cancers that have been described in the setting of a variety of environmental factors in addition to *Helicobacter pylori* infection, including Epstein Barr virus (EBV) infection, tobacco smoking, and dietary factors, including nitrate or nitrite ingestion under conditions that result in endogenous nitrosation.[388]

As has been seen with liver cancer, gastric neoplasia has also been documented within an animal model. Homburger and colleagues noted the presence of invasive stomach adenocarcinomas within a population of Syrian hamsters that were induced by consumption of NDMA in drinking water.[392]

A human model of gastric carcinogenesis exists based on a multistage process in which dietary constituents act on the mucosa at various stages, leading from superficial gastritis to carcinoma, and N-nitroso compounds are

---

[387] Kantor ED, O'Connell K, Du M, et al. Ranitidine use and cancer risk: Results from UK Biobank. *Gastroenterology* 2021;160:1856-9.

[388] Carneiro F, Fukayama M, Grabsch HI, et al. Gastric Adenocarcinoma. *WHO Classification of Tumours Editorial Board. Digestive system tumours.* Lyon (France): International Agency for Research on Cancer; 2019:85-95.

[389] Sugano K, Tack J, Kuipers EJ, et al. Kyoto global consensus report on Helicobacter pylori gastritis. *Gut* 2015;64:1353-67.

[390] Correa P and Piazuelo MB. The gastric precancerous cascade. *J Dig Dis* 2012;13:2-9.

[391] Yeh JM, Hur C, Ward Z, et al. Gastric adenocarcinoma screening and prevention in the era of new biomarker and endoscopic technologies: A cost-effectiveness analysis. *Gut* 2016;65:563-74.

[392] Homburger F, Handler AH, Soto E, et al. Adenocarcinoma of the glandular stomach following 3-methylcholanthrene, N-nitrosodiethylamine, or N-nitrosodimethylamine feeding in carcinogen-susceptible inbred Syrian hamsters. *J Natl Cancer Inst* 1976;57:141-4.

implicated in playing an established and important role in promoting this neoplastic process.[393,394] Large differences in the incidence of stomach cancer exist worldwide. The highest incidence rates of stomach cancer are found in parts of Asia, including Japan and China. The continuous decline of stomach cancer over many decades, combined with the results of migrant studies, suggest a predominant etiologic role for external environmental factors, many of which are believed to be dietary. In addition, there is epidemiological evidence from several countries relating elevated intake and levels of environmental nitrate with stomach cancer, and patients with low gastric acidity, an environment produced by ranitidine therapy, may provide a suitable milieu for the presence of large numbers of bacteria,[395] like *Helicobacter pylori*, which are involved in the conversion of nitrate to nitrite and subsequent nitrosation of amino precursors. Therefore, in this context, an antacid drug, like ranitidine, which increases the stomach's pH, is known to increase the growth of nitrate-reducing bacteria which further elevate the levels of nitrite, which are able to combine with the ranitidine molecule to form NDMA. Studies have also confirmed that substantial amounts of NDMA are formed in the gastric compartment of a dynamic in vitro gastrointestinal model in the presence of its precursors under defined conditions simulating the  human physiological situation in the stomach,[396] though an immunohistochemical analysis performed in a group of primary gastric adenocarcinomas did not show increased expression of the cytochrome P450 enzyme system most commonly associated with NDMA metabolism (CYP2E1).[397] As mentioned, *Helicobacter pylori* infection, in addition to other dietary and environmental factors, are well known to have a major role in gastric carcinogenesis, with many studies showing a positive association between red and processed meat intake and non-cardia gastric cancer, especially in *H. pylori*-infected individuals. Infection with *H. pylori* is likely to increase nitric oxide production from macrophages in response to bacterial overgrowth, so that the availability of nitric oxide in *H. pylori*-infected individuals will be increased. In particular, in the case of red meat, it has been shown that increased dietary intake results in a markedly increased fecal NOC,[398] and that there is a clear dose response with increasing consumption, supporting that endogenous N-nitrosation is associated with an increased gastric cancer risk. This risk was augmented in patients positive for *H. pylori* antibodies, indicative of infection, as well as low plasma vitamin C levels, an antioxidant which when present at high levels is thought to counteract the antioxidant stress from free radicals produced by NDMA, thereby reducing the cytotoxic effects secondary to gastric formation of NOC. Others have also confirmed this inverse association with increased vitamin C levels in the setting of diets high in nitrites and NOC like NDMA. Correa and colleagues highlighted an increased risk of gastric cancer in black patients within Louisiana (though not in white patients) who consumed high amounts of smoked foods.[399] Interestingly, within this same study in both populations, the risk of developing stomach cancer was decreased in those subjects with the highest intake of vitamin C. Similarly, a multicentric hospital-based case-control study in Germany showed a statistically significant increased risk of gastric cancer in patients with a high dietary intake of nitrites, though inversely

[393] Higginson J, Muir CS, and Munoz N. Human cancer: Epidemiology and environmental causes. In: Cambridge monographs on cancer research. 1992. Cambridge University Press.

[394] World Cancer Research Fund, American Institute for Cancer Research. Food, nutrition, and the prevention of cancer. A global perspective. 1997. Washington D.C. American Institute for Cancer Research.

[395] Dixon GT. Glaxo Group Research Limited – Ware. Effect of administration of ranitidine for four weeks on gastric bacterial flora in healthy volunteers. November 1981.

[396] Krul CAM, Zeilmaker MJ, Schothorst RC, et al. Intragastric formation and modulation of N-nitrosodimethylamine in a dynamic in vitro gastrointestinal model under human physiological conditions. *Food and Chemical Toxicology* 2004;42:51-63.

[397] Murray GI, Taylor MC, Burke MD, et al. Enhanced expression of cytochrome p450 in stomach cancer. *Br J Cancer* 1998;77:1040-44.

[398] Lewin MH, Bailey N, Bandaletova T, et al. Red meat enhances the colonic formation of DNA adduct O6-carboxymethyl guanine: Implications for colorectal cancer risk. *Cancer Res* 2006;66:1859-65.

[399] Correa P, Fontham E, Pickle LW, et al. Dietary determinants of gastric cancer in South Louisiana inhabitants. *J Natl Cancer Inst* 1985;75:645-54.

related to consumption of vitamin C and other antioxidants like raw vegetables.[400] Yet another group from Italy again confirmed this protective effect of selected micronutrients with antioxidant properties.[401] La Vecchia et al documented that in a patient population noted to have a significant direct trend with respect to an increased risk related to nitrites and gastric cancer, a protective pattern was observed for consumption of vitamin C, with a risk estimate of 0.40 for those in the highest quintiles of antioxidant consumption. A meta-analysis evaluating the risk of gastric cancer associated with dietary consumption of nitrates, nitrites, and nitrosamines, consisting of 49 studies and published by Song and colleagues in 2015, showed a 34% increase in gastric cancer risk in those patients with the highest intake of NDMA.[215] Another study which compared 30 cases of gastric cancer and an equal number of normal controls revealed that the levels of NOC in the gastric juice of persons with cancer was significantly higher than those in control subjects.[402] A Netherlands cohort study noted a positive trend between NDMA intake and gastric noncardia adenocarcinoma in men,[403] while a case-control study in Uruguay showed that dietary NDMA was associated with significantly increased risk of gastric cancer (OR = 3.6).[404] Additional studies, including further research by La Vecchia et al, as well as a report published by Pobel et al, also found a statistically increased risk of gastric cancer in patients exposed to higher levels of NDMA, even when controlled for other clinical and hereditary factors.[214,405] A separate case-control study of over 500 stomach cancer patients was conducted in Linqu, a county in China known for high stomach cancer rates. Within this paper, it was reported that the risk of stomach cancer was increased by 50% among families with "moldy grain" supplies, which correspond to several fungal species that are able to reduce nitrate to nitrite.[406] The statistically significant results were seen even when adjusting for sex, age, and income. Similar other studies looking at gastric cancer risk in patients with diets high in NOC (smoked food, homemade sausage, cured meats, well water, etc.) also showed an association with stomach cancer in these populations.[407] A similar study by Mitacek and colleagues in 2008 evaluated dietary patterns within geographic areas in Thailand and found that increased levels of dietary intake of nitrate, nitrite, and NDMA were seen between various Thai regions (p<0.0001), and these corresponded to the variations in stomach cancer (and liver cancer, as previously detailed) within the population.[385] However, some authors have not been able to establish an increased risk of gastric cancer in patients noted to consume higher levels of NDMA compared to controls (OR: 1.1; p = 0.7).[408] As was also described earlier in this report, a well-known industrial source for NOC like NDMA is within the rubber and tire industry. Yet, in a cohort

---

[400] Boeing H, Frentzel-Beyme R, Berger M, et al. Case-control study on stomach cancer in Germany. *Int J Cancer* 1991;47:858-64.

[401] La Vecchia C, Ferraroni M, D'Avanzo B, et al. Selected micronutrient intake and the risk of gastric cancer. *Cancer Epidemiol Biomarkers Prev* 1994;3:393-8.

[402] Shi KX, Mao DJ, Cheng WF, et al. An approach to establishing N-nitroso compounds as the cause of gastric cancer. *IARC Sci Publ* 1991;105:143-5.

[403] Keszei AP, Goldbohm RA, Schouten LJ, et al. Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. *Am J Clin Nutr* 2013;97:135-46.

[404] De Stefani E, Boffetta P, Mendilaharsu M, et al. Dietary nitrosamines, heterocyclic amines, and risk of gastric cancer: A case-control study in Uruguay. *Nutrition Can* 1998;30:158-62.

[405] La Vecchia C, D'Avanzo B, Airoldi L, et al. Nitrosamine intake and gastric cancer risk. *Eur J Cancer Prev* 1995;4:469-74.

[406] You WC, Blot WJ, Chang YS, et al. Diet and high risk of stomach cancer in Shandong, China. *Cancer Res* 1988;48:3518-23.

[407] Larsson SC, Bergkvist L, and Wolk A. Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women. *Int J Cancer* 2006;119:915-9.

[408] Palli D, Russo A, and Decarli A. Dietary patterns, nutrient intake and gastric cancer in a high-risk area of Italy. *Cancer Causes Control* 2001;12:163-72.

study of approximately 9,000 rubber workers, a 20% but non-significantly increased risk of mortality from stomach cancer was seen with respect to exposure to nitrosamines within the factories (HRR = 1.2), though the route of exposure (inhalation vs. oral consumption) was suggested to have played a role in this finding.[409] However, within a cohort of British rubber workers with a long follow-up, a linear exposure-response association was found for exposures to NDMA and risk of death from stomach cancer with a hazard ratio of 1.72 (95% CI: 1.41-2.10).[410] In addition, a systematic review of a 20 year period including 61 cohort and case-control studies did support a positive association between nitrite and nitrosamine intake and incidence of gastric cancer.[411] Furthermore, separate analyses have shown an increased risk of stomach cancer in patients with high urinary levels of N-nitroso compounds, likely indicative of exposure to increased amounts of endogenous nitrosation within environments such as the stomach.[412,413] In one particular Polish study published in 1989, Zatonski et al found that urinary excretion of N-nitrosoamino acids and nitrate was significantly higher in inhabitants of high-risk areas for stomach cancer than in inhabitants of low-risk areas.[414]

With respect to the production of NDMA within the stomach in the setting of ranitidine oral consumption, a recent in vitro study by Braunstein and colleagues, reported as a research letter in *JAMA*, confirmed that ranitidine is a significant source of NDMA simulated gastric fluid (SGF) (2 g/L sodium chloride in water), including with changes in sodium nitrite concentration and pH at 37ºC incubation.[415] NDMA formation from ranitidine was found across a range of physiologically relevant conditions, with both increasing nitrite and decreasing pH. A limitation of this study is the fact that it is in vitro, and as such does not replicate other factors that may affect NDMA formation in the stomach after human consumption of ranitidine. In contrast, a separate in vitro analysis under somewhat similar conditions did not detect NDMA until high levels of nitrite were present, concentrations that the authors claimed were not physiologic, though the investigators were not able to include gastric conditions in the presence of a meal aside from experiments at higher pH levels that occur following a meal, which led to decreased formation of NDMA.[416] The findings in this study questioned whether the tested gastric fluid conditions evaluated within the Braunstein study represented physiologic concentrations of nitrite. However, as in the experiments performed by Braunstein, this latter study by Gao et al also does not take into account the amount of NDMA that could be present in the ranitidine product prior to its consumption, thereby underestimating the exposure to NDMA that would exist in normal human

[409] Straif K, Keil U, Taeger D, et al. Exposure to nitrosamines, carbon black, asbestos, and talc and mortality from stomach, lung, and laryngeal cancer in a cohort of rubber workers. *Am J Epidemiol* 2000;152:297-306.

[410] Hidajat M, McElvenny DM, Ritchie P, et al. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup Environ Med* 2019;76:250-8.

[411] Jakszyn P and Gonzalez CA. Nitrosamine and related food intake and gastric and oesophageal cancer risk: A systematic review of the epidemiological evidence. *World J Gastroenterol* 2006;12:4296-4303.

[412] Stillwell WG, Glogowski J, Xu H-X, et al. Urinary excretion of nitrate, N-nitrosoproline, 3 methyladenine and 7-methylguanine in Colombian population at high risk for stomach cancer. *Cancer Res* 1991;51:190-4.

[413] Xu L, Qu YH, Chu XD, et al. Urinary levels of N-nitroso compounds in relation to risk of gastric cancer: Findings from the Shanghai cohort study. *PLoS One* 2015;6:e0117326.

[414] Zatonski W, Ohshima H, Przewozniak K, et al. Urinary excretion of N-nitrosamine acids and nitrate by inhabitants of high- and low-risk areas for stomach cancer in Poland. *Int J Cancer* 1989;44:823-7.

[415] Braunstein LZ, Kantor ED, O'Connell K, et al. Analysis of ranitidine-associated N-nitrosodimethylamine production under simulated physiologic conditions. *JAMA Netw Open* 2021;4:e2034766.

[416] Gao Z, Karfunkle M, Ye W, et al. In vitro analysis of N-nitrosodimethylamine (NDMA) formation from ranitidine under simulated gastrointestinal conditions. *JAMA Netw Open* 2021;4:e2118253.

conditions. As others have also noted,[417] within this study by Gao and colleagues, there were documented large differences in NDMA production between 50 mL vs 250 mL of 5000 µmol/L sodium nitrite which indicated that the overall amount, rather than the concentration, of nitrite in contact with ranitidine is the driver of total NDMA production. This is of vital importance because the stomach of an obese individual has been shown to potentially hold approximately 2 L of volume,[418] and correlates with my personal experience as a practicing surgical pathologist who has reviewed hundreds of sleeve gastrectomy specimens performed for morbid obesity, as I have personally noted the markedly enlarged dimensions of many of these partial stomach resections. Thus, ranitidine use with a large acidic and nitrite-rich meal would be expected to drive appreciable NDMA production that was not accounted for in this study by Gao and colleagues. In addition, a large study performed on Kaiser Permanente patients in Northern California who received prescriptions for either cimetidine or ranitidine were evaluated for overall cancer risk and risk of malignancy by site. Those patients who had received a ranitidine prescription showed both an increased risk for developing cancer at any site (RR = 1.26; 95% CI:1.01-1.58) as well as a documented increased incidence being diagnosed with a malignancy of the esophagus/stomach compared to controls (RR = 2.42; 95% CI: 1.07-5.49).[419]

## ESOPHAGEAL CANCER

The two most common types of malignant epithelial tumors of the esophagus are squamous cell carcinoma and adenocarcinoma, with adenocarcinomas of the esophagogastric junction included in the latter as they share many etiological, biological, and histological features. The incidence of these two types of esophageal cancers varies in different parts of the world, with the highest incidence rates of squamous cell carcinoma found in the Asian esophageal cancer belt, which stretches from eastern to central Asia,[420] while the incidence of esophageal adenocarcinoma is highest in North America, northern and western Europe, Australia, and New Zealand, which together account for 46% of all cases worldwide.[421] Interestingly, the rate of increase in incidence of esophageal adenocarcinoma over the past four decades is the highest of any cancer, particularly within high-income countries.[422] Esophageal squamous cell carcinoma develops in a stepwise fashion, with accumulating genetic abnormalities driving progression from histologically normal squamous mucosa, to low-grade intraepithelial neoplasia (dysplasia), to high-grade intraepithelial neoplasia, and finally to frankly invasive squamous cell carcinoma.[420] Risk factors involved in the carcinogenesis of esophageal squamous cell carcinoma include low socioeconomic status, tobacco use (smoking or chewing), alcohol consumption, drinking hot beverages, and dietary factors, including the consumption of pickled vegetables, believed to be secondary to the generation of carcinogenic mycotoxins and the presence of nitrosamine compounds.[423] With respect to esophageal adenocarcinoma, the pathway towards neoplasia contrasts with that

---

[417] White CM and Hernandez AV. Ranitidine and risk of N-nitrosodimethylamine (NDMA) formation. *JAMA* 2021;326:225-7.

[418] Geliebter A. Gastric distension and gastric capacity in relation to food intake in humans. *Physiol Behav* 1988;44:665-8.

[419] Habel LA, Levin TR, and Friedman GD. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol Drug Saf* 2000;9:149-55.

[420] Brown IS, Fuii S, Kawachi H, et al. Oesophageal squamous cell carcinoma NOS. *WHO Classification of Tumours Editorial Board. Digestive system tumours.* Lyon (France): International Agency for Research on Cancer; 2019:48-53.

[421] Lam AK and Kumarasinghe MP. Adenocarcinoma of the oesophagus and oesophagogastric junction NOS. *WHO Classification of Tumours Editorial Board. Digestive system tumours.* Lyon (France): International Agency for Research on Cancer; 2019:38-43.

[422] Coleman HG, Xie SH, and Lagergren J. The epidemiology of esophageal adenocarcinoma. *Gastroenterology* 2018;154:390-405.

[423] Abnet CC, Arnold M, and Wei WQ. Epidemiology of esophageal squamous cell carcinoma. *Gastroenterology* 2018;154:360-73.

described in squamous cell carcinoma. For these glandular malignancies, in response to the effects of acid/biliary reflux of gastric and intestinal contents, stem cells and/or progenitor cells in the basal portion of the gastroesophageal epithelium are reprogrammed to columnar cell lineage, which over time may progress along the "intestinal pathway," through the development of goblet cell metaplasia, diagnostic of Barrett esophagus, and may then undergo a variety of genetic and epigenetic changes leading to dysplasia and malignancy.[421] As these esophageal adenocarcinomas are biologically, genetically, and morphological distinct from their squamous cell carcinoma counterparts, they are associated with some different known causes, including gastroesophageal reflux disease (GERD), obesity, and the male sex.[424] However, these tumors do share some etiologic risk factors, including smoking, as well as the consumption of certain dietary factors, including red meat[425] which is involved with the formation of endogenous nitrosamines secondary to its richness in heme.[426]

Similar to the association with liver and stomach cancer, a number of animal and human studies have reported on the carcinogenic effect of nitrosamines like NDMA with respect to an increased risk in the development of esophageal cancer.[211,403,427] Evidence of genotoxicity has been noted based on the presence of micronuclei formation in the rat esophagus when exposed to high doses of NDMA, similar to levels of those seen in other nitrosamines with known esophageal carcinogenic effects.[428] A separate study performed in rats subjected to esophago-duodenostomy and then treated with nitrosamines, metabolized by cytochrome P450 enzymes in the rat and human esophagus that normally induce esophageal squamous cell carcinoma, showed an increase in cases of Barrett esophagus and esophageal adenocarcinoma.[429] This is important in the context of a separate analysis performed in human esophageal tissue samples that were shown to contain CYP2E1, as evidence by detection of demethylation of NDMA, resulting in formaldehyde formation in the tissue.[430] Interestingly, years prior to the publication of this study a separate experiment performed on human esophageal tissue previously documented the metabolic capacity to activate NDMA into electrophilic metabolites that bind to cellular DNA and protein, amongst other mechanisms, via $O^6$-methylguanine, an already described important factor involved in the mutagenesis and carcinogenesis of NDMA.[431]

As would be expected, a very small percentage of nitrosamines that are consumed or endogenously produced are eventually excreted through the urinary system, though the actual systemic NDMA exposure is likely much higher

---

[424] Thrift AP. Barrett's esophagus and esophageal adenocarcinoma: How common are they really? *Dig Dis Sci* 2018;63:1988-96.

[425] Lam AK. Introduction: Esophageal adenocarcinoma: Updates of Current Status. *Methods Mol Biol* 2018;1756:1-6.

[426] Bingham SA, Hughes R, and Cross AJ. Effect of white versus red meat on endogenous N-nitrosation in the human colon and further evidence of a dose response. *J Nutr* 2002;132:3522S-5S.

[427] Rogers MA, Vaughan TL, Davis S, et al. Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. *Cancer Epidemiol Biomarkers Prev* 1995;4:29-36.

[428] Mehta R, Lilinskas KC, Zucker PF, et al. Micronucleus formation induced in rat liver and esophagus by nitrosamines. *Cancer Lett* 1987;35:313-20.

[429] Mirvish SS, Huang Q, Chen SC, et al. Metabolism of carcinogenic nitrosamines in the rat and human esophagus and induction of esophageal adenocarcinoma in rats. *Endoscopy* 1993;25:627-31.

[430] Smith TJ, Liao A, Wang LD, et al. Characterization of xenobiotic-metabolizing enzymes and nitrosamine metabolism in the human esophagus. *Carcinogenesis* 1998;19:667-72.

[431] Harris CC, Autrup H, Stoner GD, et al. Metabolism of benzo(a)pyrene, N-nitrosodimethylamine, and N-nitrosopyrrolidine and identification of major carcinogen-DNA adducts formed in cultured human esophagus. *Cancer Res* 1979;39:4401-6.

than what is eliminated in the urine. Within one particular human study, following oral administration of NDMA in various beverages, urinary excretion of NDMA was calculated to be less than 0.05%, though the observed excretion was between 0.5 and 2.4% of the ingested dose when NDMA was administered with 6% ethanol.[432] Therefore as was described in the setting of gastric cancer, not surprisingly, studies have demonstrated that individuals with higher levels of NOC, like NDMA, would similarly have a corresponding increased amount of nitrosamines in their urine, and that these values can be correlated with subsequent risk of other cancers by tissue site. With respect to esophageal cancer, two separate and similar studies of urine samples collected from adult males throughout China after a loading dose of proline indicated that cancer-specific mortality rates were positively and significantly associated with urinary levels of excreted N-nitrosamines and nitrosation potential, while negatively associated with background ascorbate levels in plasma.[433,434] A study by Bartsch and colleagues published in 1989, using a sensitive procedure to quantitate human exposure to NOC based on the excretion of N-nitrosoproline (NPRO) and other N-nitrosoamino acids in the urine, identified higher exposures to NOC in patients at high risk for certain carcinomas, including both gastric and esophageal.[435] Several ecologic studies in China, known to be part of the so-called "Asian esophageal cancer belt," in addition to South Africa and other parts of East Asia also known for high esophageal cancer rates, have shown an association between indices of exposure to NOC or precursors (e.g., consumption of pickled vegetables) and

[432] Spiegelhalder B, Eisenbrand G, and Preussmann R. Urinary excretion of N-nitrosamines in rats and humans. *IARC Sci Publ* 1982;41:443-9.

[433] Lu SH, Ohshima H, Fu H-M, et al. Urinary excretion of N-nitrosoamino acids and nitrate by inhabitants of high- and low-risk areas for esophageal cancer in Northern China: Endogenous formation of nitrosoproline and its inhibition by vitamin C. *Cancer Res* 1986;46:1485-91.

[434] Chen J, Ohshima H, Yang H, et al. A correlation study of urinary excretion of N-nitroso compounds and cancer mortality in China: Interim results. In: Bartsch H, O'Neill IK, Schulte-Hermann R, eds. The relevance of N-nitroso compounds to human cancer: exposures and mechanisms. *Lyon: International Agency for Research on Cancer* 1987;503-6.

[435] Bartsch H, Ohshima H, Pignatelli B, et al. Human exposure to endogenous N-nitroso compounds: Quantitative estimates in subjects at high risk for cancer of the oral cavity, esophagus, stomach and urinary bladder. *Cancer Surv* 1989;8:353-62.

esophageal cancer incidence and mortality.[436,437,438,439,440,441,442,443] One such population-based case-control study of 902 cases of esophageal cancer in Shanghai found that, even after adjusting for smoking, alcohol consumption, and other potential confounders known to be associated with an increased risk of esophageal carcinoma, consumption of foods rich in nitrates, nitrites, and nitrosamines like preserved vegetables, salty and deep-fried foods, and fermented bean curd (which may be contaminated with mycotoxins involved in reduction of nitrate to nitrite) were linked to an increased risk of esophageal cancer.[444] Within the same previously described Netherlands cohort study that evaluated the association with gastric cancer, Keszei and coauthors also noted an elevated risk of esophageal squamous cell carcinoma associated with an increased intake of NDMA (HR = 1.15) and nitrite (HR = 1.19).[403] In the United States, a population-based case-control study in western Washington state showed a dramatically increased risk of esophageal cancer (OR = 2.9) in patients with the highest recorded intake of NDMA-containing foods, when coupled with low vitamin C intake and adjusted for age, gender, alcohol consumption, energy intake, body mass index, and education level.[427] NOC have not only been linked to an increase in esophageal cancer incidence, but also have been shown to have an effect of mortality associated with this malignancy. Esophageal cancer mortality, amongst other malignancies including stomach, was found to have an exposure-response relationship with N-nitrosamine exposure in a large cohort of rubber workers. This work was published by authors who have also studied and reported on a methodology for the development of a historical, quantitative, job-exposure matrix (JEM) covering the cohort members' employment period which serves as the basis for a quantitative evaluation of cancer mortality risk and assessment of exposure-response association to specific carcinogens prevalent in their working environment, including NDMA.[410,445] In a separate analysis of the rubber industry by Straif and colleagues published in 2000, though an increased mortality was not seen associated with stomach cancer, exposure to high concentrations of nitrosamines over different time periods in these workers was associated with a markedly increased mortality from esophageal cancer (RR = 7.3 and 9.1), in

[436] Wang YP, Han XY, SU W, et al. Esophageal cancer in Shanxi Province, People's Republic of China: A case-control study in high and moderate risk areas. *Cancer Causes Control* 1992;3:107-13.

[437] Cheng KK, Day NE, Duffy SW, et al. Pickled vegetables in the aetiology of oesophageal cancer in Hong Kong Chinese. *Lancet* 1992;339:1314-18.

[438] Groenewald G, Langenhoven ML, Beyers MJ, et al. Nutrient intakes among rural Transkeians at risk for oesophageal cancer. *S Afr Med J* 1981;60:964-7.

[439] Marasas WFO, Jaskiewicz K, Venter FS, et al. *Fusarium moniliforme* contamination of maize in oesophageal cancer areas in Transkei. *S Afr Med J* 1988;74:110-4.

[440] Lin K, Shen W, Shen Z, et al. Dietary exposure and urinary excretion of total N-nitroso compounds, nitrosamino acids and volatile nitrosamine in inhabitants of high- and low-risk areas for esophageal cancer in southern China. *Int J Cancer* 2002;103:207-11.

[441] Lin K, Shen ZY, Lu SH. Intake of volatile N-nitrosamines and their ability to exogenously synthesize in the diet of inhabitants from high-risk area of esophageal cancer in southern China. *Biomed Environ Sci* 2002;15:277-82.

[442] Siddiqi MA, Tricker AR, Kumar R, et al. Dietary sources of N-nitrosamines in a high-risk area for oesophageal cancer – Kashmir, India. In *Relevance to Human Cancer of N-Nitroso Compounds, Tobacco Smoke and Mycotoxins*. IARC Scientific Publication No. 105. Lyon, France. International Agency for Research on Cancer. 1991. Pp. 210-13.

[443] Siddiqi MA, Tricker AR, Preussmann R. Formation of N-nitroso compounds under simulated gastric conditions from Kashmir foodstuffs. *Cancer Lett* 1988;39:259-65.

[444] Gao YT, McLaughlin JK, Gridley G, et al. Risk factors for esophageal cancer in Shanghai, China: Role of diet and nutrients. *Int J Cancer* 1994;58:197-202.

[445] Hidajat M, McElvenny DM, Mueller W, et al. Job-exposure matrix for historical exposures to rubber dust, rubber fumes and n-nitrosamines in the British rubber industry. *Occup Environ Med* 2019;76:259-67.

addition to cancers in the oral cavity and pharynx.[446] Alternatively, while a large systematic review by Jakszyn et al published in 2006 did show an increased risk of gastric cancer associated with nitrite and nitrosamine intake, no such association was confirmed with esophageal cancer, though esophageal neoplasia was increased in the setting of high meat and processed meat intake in this same analysis.[411] Additionally, a nested case-control study in US male veterans reported that those patients already diagnosed with Barrett's esophagus were noted to have an overall 30% lower risk of esophageal adenocarcinoma associated with $H_2$ antagonist mediations, though this analysis included several other medications within the same drug class as ranitidine (cimetidine, famotidine, and nizatidine).[447] Interestingly, in this same analysis, when looking at just ranitidine use alone, those patients who reported taking a lower defined daily dose (DDD) of <150 mg showed a markedly increased risk of esophageal adenocarcinoma (adjusted OR = 2.00; 95% CI: 1.98-4.90), though an inverse relationship was reported with a higher DDD of >150 mg (adjusted OR = 0.17; 95% CI: 0.09-0.32). Finally, a recent large Danish study involving a cohort of patients first prescribed ranitidine showed an increased risk of esophageal adenocarcinoma (HR = 1.34; 95% CI: 1.14-1.58) and, more specifically, esophageal adenocarcinoma (HR = 1.66; 95% CI: 1.29-2.13) when compared to similar patients treated with other $H_2$-recepor blockers.[448] This study also showed an increased risk of stomach cancer (HR = 1.28; 95% CI: 1.07-1.54) in cases in which the primary site within the stomach wall was either unknown or reported as being from several regions. However, the increased crude hazard ratios reported for these malignancies were not statistically significant when evaluated using stabilized inverse-probability-of-treatment-weighted comparison analysis (sIPT). Weaknesses in this study as confirmed by the investigators include the limited number of study participants with long-term follow-up, as the process of carcinogenesis may take longer than 20 years, as well as the fact that the Danish Prescription Registry does not provide information about medications that have been removed from the market, nor pertaining to patient compliance with prescribed drugs or use of drugs that can be purchased over-the-counter, the latter of which would lead to an underestimation of ranitidine exposure in the examined population.

## PANCREATIC CANCER

Pancreatic cancer is one of the most lethal human malignancies, with nearly 90% of adult pancreatic neoplasms consisting of invasive ductal adenocarcinomas, an infiltrating pancreatic epithelial neoplasm with glandular (ductal) differentiation. A majority of patients with pancreatic cancer are found to have advanced disease at the time of diagnosis.[449] Several mechanisms have been elucidated that lead to neoplastic progression within the pancreas, including increasing DNA damage caused by known carcinogens,[450] in addition to longstanding chronic pancreatitis, which is characterized by repeated episodes of inflammation, injury, and repair, that ultimately drive neoplasia.[451] Risk factors known to be associated with the increased incidence of pancreatic adenocarcinoma include tobacco

---

[446] Straif K, Weiland SK, Bungers M, et al. Exposure to high concentrations of nitrosamines and cancer mortality among a cohort of rubber workers. *Occup Environ Med* 2000;57:180-7.

[447] Tan MC, El-Serag HB, Yu X, et al. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: A nested case-control study in US male veterans. *Aliment Pharmacol Ther* 2018;48:469-77.

[448] Adami HO, Andersen T, Heide-Jorgensen U, et al. Ranitidine use and risk of upper gastrointestinal cancers. *Cancer Epidemiol Biomarkers Prev* 2021;30:2302-8.

[449] Fitzgerald TL, Hickner ZJ, Schmitz M, et al. Changing incidence of pancreatic neoplasms: A 16-year review of statewide tumor registry. *Pancreas* 2008;37:134-8.

[450] Hruban RH, van Mansfeld AD, Offerhaus GJ, et al. K-ras oncogene activation in adenocarcinoma of the human pancreas. A study of 82 carcinomas using a combination of mutant-enriched polymerase chain reaction analysis and allele-specific oligonucleotide hybridization. *Am J Pathol* 1993;143:545-54.

[451] Hausmann S, Kong B, Michalski C, et al. The role of inflammation in pancreatic cancer. *Adv Exp Med Biol* 2014;816:129-51.

smoking, alcohol consumption, diabetes mellitus, chronic pancreatitis, and certain nutritional and dietary factors such as obesity, high intake of saturated fats, and low intake of vegetables and fruits.[452]

Animal model studies and human cell line experiments concerning genotoxicity, cytotoxicity, and carcinogenesis within the pancreas show a clear biological plausibility for the increase in risk that has been documented by some large studies with respect to the development of pancreatic carcinoma secondary to NDMA exposure. As has been previously discussed, the cytochrome P450 isozyme primarily involved in NDMA metabolism, CYP2E1, has been identified using immunohistochemical analysis within human pancreatic tissue.[453] Of particular interest, a separate study using the same morphological evaluation, documented upregulation of CYP2E1 in histologic sections from pancreatic tissue showing evidence of chronic pancreatitis,[454] a known major risk factor for the subsequent development of pancreatic carcinoma.[455] In further support for the local effects of NDMA on the pancreas, the DNA adduct produced from the metabolism of this enzyme system in the setting of NDMA, $O^6$-methylguanine, has additionally been detected in the human pancreas using a monoclonal antibody directed at this specific antigen.[456] Several years earlier, this same laboratory had reported on histological evidence that NDMA caused clear carcinogenic changes within the pancreas, as documented by in vitro morphological assessment.[457] Separate research in the field has shown that the majority of pancreatic epithelial cancer cells carry activating somatic mutations in the *kras* gene, often induced and mediated in the setting of chronic pancreatitis.[458,459,460] Interestingly, studies from other organ systems have shown that NDMA-induced tumors show genetic patterns that indicate chemical-mediated activation of the *kras* gene occurs via a direct genotoxic mechanism involving the formation of the $O^6$-methylguanine adduct,[461] supporting a causative role that NDMA can play in pancreatic carcinogenesis.

[452] Hruban RH, Adsay NV, Esposito I, et al. Pancreatic ductal adenocarcinoma. *WHO Classification of Tumours Editorial Board. Digestive system tumours.* Lyon (France): International Agency for Research on Cancer; 2019:322-32.

[453] Guo Y, Zhu LR, Lu G, et al. Selective expression of CYP2A13 in human pancreatic alpha-islet cells. *Drug Metabolism and Disposition* 2012;40:1878-83.

[454] Wacke R, Kirchner A, Prall F, et al. Up-regulation of cytochrome p450 1A2, 2C9, and 2E1 in chronic pancreatitis. *Pancreas* 1998;16:521-8.

[455] Kirkegard J, Mortensen FV, and Cronin-Fenton D. Chronic pancreatitis and pancreatic cancer risk: A systematic review and meta-analysis. *Am J Gastroenterol* 2017;112:1366-72.

[456] Parsa I, Friedman S, and Cleary C. Visualization of $O^6$-methylguanine in target cell nuclei of dimethylnitrosamine-treated human pancreas by a murine monoclonal antibody. *Carcinogenesis* 1987;8:839-46.

[457] Parsa I, Marsh WH, and Sutton AL. An in vitro model of human pancreas carcinogenesis: Effects of nitroso compounds. *Cancer* 1981;47:1543-51.

[458] Bardeesy N and DePinho RA. Pancreatic cancer biology and genetics. *Nat Rev Cancer* 2002;2:897-909.

[459] Lin WC, Rajbhandari N, and Wagner KU. Cancer cell dormancy in novel mouse models for reversible pancreatic cancer: A lingering challenge in the development of targeted therapies. *Cancer Res* 2014;74:2138-43.

[460] Guerra C, Schuhmacher AJ, Canamero M, et al. Chronic pancreatitis is essential for induction of pancreatic ductal adenocarcinoma by kras oncogenes in mice. *Cancer Cell* 2007;11:291-302.

[461] Belinsky SA, Devereux TR, Maronpot RR, et al. Relationship between the formation of promutagenic adducts and the activation of K-ras protooncogene in lung tumors from A/J mice treated with nitrosamines. *Cancer Res* 1989;49:5304-11.

Like other gastrointestinal and hepatic malignancies previously discussed, pancreatic cancer has been associated with various dietary factors, as well as cigarette smoking. In fact, nitrosamine compounds, such as those specifically found in tobacco products as well as in the context of other occupational and agricultural settings, have been implicated as significant causes of pancreatic cancer.[410,462,463,464,465] With both respiratory and gastrointestinal intake of nitrosamines, the pancreatic ductal epithelium in humans has been shown to be exposed to these carcinogens through the systemic circulation by way of the pancreatic juice,[466] at which point metabolic activation can occur[467] whereby known nitrosamine DNA adducts like $O^6$-methylguanine can stimulate DNA synthesis in the pancreatic ductal epithelium.[468] In addition to cigarette smoking and diet, epidemiological investigations have found that long term type 2 diabetes mellitus is associated with a 1.5-fold to 2.0-fold increase in risk of pancreatic cancer, likely related to the high levels of serum glucose.[469] Within the Syrian hamster animal model, many pancreatic carcinogens tested were nitrosamines with the ability to cyclize and form structures resembling glucose.[470] Hence it is purported that this cyclic structure is in part responsible for the pancreatic carcinogenicity of nitrosamines documented in the peer-reviewed published literature. In addition to the other gastrointestinal cancers mentioned above that have been seen at a higher rate in association with NDMA and nitrosamine exposure, studies have also documented an increased risk of

[462] Andreotti G, Freeman LEB, Hou L, et al. Agricultural pesticide use and pancreatic cancer risk in the Agricultural Health Study Cohort. *Int J Cancer* 2009;124:2495-2500.

[463] Andreotti G, Silverman DT. Occupational risk factors and pancreatic cancer: A review of recent findings. *Molecular Carcinogenesis* 2012;51:98-108.

[464] Hecht SS and Hoffman D. N-nitroso compounds and tobacco-induced cancers in man. *IARC Sci Publ* 1991;105:54-61.

[465] Rivenson A, Hoffman D, Prokopczyk B, et al. Induction of lung and exocrine pancreas tumors in F344 rats by tobacco-specific and Areca-derived N-nitrosamines. *Cancer Res* 1988;48:6912-7.

[466] Prokopczyk B, Hoffmann D, Bologna M, et al. Identification of tobacco-derived compounds in human pancreatic juice. *Chem Res Toxicol* 2002;15:677-85.

[467] Lawson T and Kolar CH. Xenobiotic metabolism and toxic responses in pancreatic duct epithelial cells. In: Sirica AE, Longnecker DS, editors. *Biliary and pancreatic ductal epithelia: pathobiology and pathophysiology*. New York (NY): Marcel Dekker;1997:443-55.

[468] Kokkinakis DM and Subbarao V. The significance of DNA damage, its repair and cell proliferation during carcinogen treatment in the initiation of pancreatic cancer in the hamster model. *Cancer Res* 1993;53:2790-5.

[469] Li D. Diabetes and pancreatic cancer. *Mol Carcinog* 2012;51:64-74.

[470] Pour PM, Runge RG, Birt D, et al. Current knowledge of pancreatic carcinogenesis in the hamster and its relevance to the human disease. *Cancer* 1981; 47:1573-89.

pancreatic cancer within workers in the rubber industry,[471,472,473,474] specifically those involved in the curing of tires, a process known to generate particularly high nitrosamine levels.[475] Furthermore, a large, matched case-control study of nearly 1,000 patients from MD Anderson Cancer Center with confirmed pancreatic ductal adenocarcinoma, the most common subtype of pancreatic epithelial cancer, reported a 93% increase in risk for this carcinoma subtype with respect to high NDMA intake in this patient population.[476] A separate analysis from the large UK prospective cohort study (EPIC-Norfolk) also showed that high consumption of red meat and processed meat, rich in NOC, was associated with an increased risk in pancreatic cancer, a risk that, based on prior reported similar studies from other parts of the gastrointestinal tract, was attenuated by higher plasma levels of vitamin C. As previously mentioned, vitamin C likely inhibits the deleterious pro-oxidant and subsequently carcinogenic effects of nitrosamines in meat products.[477] Most recently, by analyzing cases reported to the FDA Adverse Events Reporting System associated with ranitidine as opposed to other commonly used antacid medications, an elevated and statistically significant proportional reporting ratio (PRR) was seen with pancreatic cancers (PRR 2.18), in addition to the other cancers discussed in this section, including in the stomach (PRR 1.48), esophagus (PRR 3.56), colorectum (16.31), and liver (PRR 2.64) when specifically looking at patients taking ranitidine compared to the other similar-acting medications.[478] Therefore, this study was better able to reduce the impact of confounding by indication and underlying condition, and thereby isolate the role of ranitidine and its degradation product, NDMA. Similarly, the previously reported Kaiser Permanente study of ranitidine and cimetidine patients highlighted an increased risk of pancreatic cancer in those patients taking ranitidine (RR = 2.60; CI 95%: 1.06-6.38).[419] An increased risk of pancreatic cancer was also noted in the previously-reported large Danish cohort analysis (RR = 1.18; CI 95%: 1.05-1.32) in patients with a history of ranitidine use, compared to those prescribed other H₂-blockers, though this was not statistically significant when evaluated using stabilized inverse-probability-of-treatment-weighted comparison (sIPT).[448] Ranitidine has a well-documented history of being associated with pancreatitis,[479] which, as noted previously, is a risk factor for the later development of pancreatic cancer. Furthermore, in a recent case-control study evaluating the effect of medications known to be associated with drug-induced pancreatitis, an increased risk of pancreatic cancer was seen among those patients with prior ranitidine use, compared to controls (adjusted OR = 1.37; 95% CI: 1.10-1.70).[480] However, a Danish prospective

---

[471] Li K, Yu S. A nested case-control study on risk of pancreatic cancer among workers in the rubber industry. *Pancreas* 2002;24:417-8.

[472] Holmberg B, Westerholm P, Maasing R, et al. Retrospective cohort study of two plants in the Swedish rubber industry. *Scand J Work Environ Health* 1983;9:59-68.

[473] Solionova L and Smulevich V. Mortality and cancer incidence in a cohort of rubber workers in Moscow. *Scand J Work Environ Health* 1993;19:96-101.

[474] Szeszenia-Dabrowska N, Wilczynska U, Kaczmarek T, et al. Cancer mortality among male workers in the Polish rubber industry. *Pol J Occup Med Environ Health* 1991;4:149-57.

[475] Delzell E, Monson RR. Mortality among rubber workers: IX. Curing workers. *Am J Ind Med* 1985;8:537-44.

[476] Zheng J, Stuff J, Tang H, et al. Dietary N-nitroso compounds and risk of pancreatic cancer: Results from a large case-control study. *Carcinogenesis* 2019;40:254-62.

[477] Beaney AJ, Banim P, Luben R, et al. Higher meat intakes are positively associated with higher risks of developing pancreatic cancer in an age-dependent manner and are modified by plasma anti-oxidants: A prospective cohort study (EPIC-Norfolk) using data from food diaries. *Pancreas* 2017;46:672-8.

[478] McGwin G. The Association between ranitidine use and gastrointestinal cancers. *Cancers (Basel)* 2020;13:24-32.

[479] Herrmann R, Shaw RG, and Fone DJ. Ranitidine-associated recurrent acute pancreatitis. *Aust N Z J Med* 1990;20:243-4.

[480] McDowell RD, Hughes CM, Murchie P, et al. The effects of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. *Cancer Epidemiol* 2021;71:101880.

cohort study evaluating several upper gastrointestinal tract cancers, including pancreatic cancer (as well as esophageal, gastric, and hepatocellular), did not observe an increased incidence of gastric or pancreatic cancer within patients prescribed ranitidine over the course of their follow-up.[448]

## GENITOURINARY TRACT

### URINARY BLADDER CANCER

Worldwide, urinary bladder cancer is the seventh most common cancer, though in the United States, Canada, and in Europe, the urinary bladder is estimated to be the fourth leading site of new cancer diagnoses in men.[481] The most common type of bladder cancer is urothelial carcinoma, which accounts for 80-90% of all bladder cancers, and the vast majority of patients with newly diagnosed bladder cancer present with non-invasive or early invasive disease.[482] Other types of bladder cancer, such as squamous cell carcinoma and adenocarcinoma, are much less common. With regards to urothelial neoplasia, resident urothelial cells are transformed into cancer stem cells by acquiring genetic alterations that lead to tumor formation through clonal expansion. However, the evidence supports a pathway from neoplastic transformation based on the etiological risk factor involved, as tumors in the urinary bladder have been shown to be associated with tobacco smoking, exposure to a wide variety of chemical compounds that enter the body through the airways or digestive tracts from environmental or occupational sources, *Schistosoma haematobium* parasitic infection, and radiation.[482]

Comparable to the extensive research published using animal models detailing the carcinogenic effects of nitrosamines, like NDMA, within the gastrointestinal and hepatobiliary/pancreatic tracts, many similar studies have shown analogous findings with respect to the genitourinary tract, particularly in the urinary bladder. Several authors have demonstrated that increasing doses of N-nitroso compounds induce tumor formation in the urinary bladder of several animal species, including rats.[483] The electrophilic nature of NDMA was highlighted in a study performed on rat and human epithelial cells in which those cells treated with NDMA showed the highest level of DNA modification by adducts compared to other tested carcinogens.[484] In combination with this documented NDMA-associated genotoxicity in bladder epithelium, a study performed in a urinary bladder cancer mouse model showed that mice injected with *Schistosoma haematobium* parasite eggs in combination with NDMA showed an increased proliferation rate within the associated lymphocytes, as measured by Ki-67 immunohistochemical analysis, evidence of a robust chronic inflammatory response, in addition to squamous metaplasia, a known precursor of some bladder neoplasia, a finding not seen in the other non-NDMA treated groups.[485] Of note, high levels of urinary nitrosamines, including NDMA, have been detected in several different large population studies involving patients with Schistosomiasis, a parasitic infection endemic in many countries, and a known risk factor involved in the initiation, development, and

---

[481] Siegel R, Ma J, Zou Z, et al. Cancer statistics, 2014. *CA Cancer J Clin* 2014;64:9-29.

[482] Grignon DJ, Al-Ahmadie H, Algaba F, et al. Urothelial tumours: Infiltrating urothelial carcinoma. Moch H, Humphrey PA, Ulbright TM, et al (Eds): *WHO Classification of Tumours of the Urinary System and Male Genital Organs (4th Edition)*. Lyon (France): International Agency for Research on Cancer; 2016:81-98.

[483] Irving CC, Cox R, and Murphy WM. Influence of dose of N-methyl-N-nitrosourea on the induction of urinary bladder cancer in rats. *Cancer Lett* 1979;8:3-7.

[484] Autrup H, Grafstrom RC, Christensen B, et al. Metabolism of chemical carcinogens by cultured human and rat bladder epithelial cells. *Carcinogenesis* 1981;2:763-8.

[485] Chala B, Choi MH, Moon KC, et al. Development of urinary bladder pre-neoplasia by *Schistosoma haematobium* eggs and chemical carcinogen in mice. *Korean J Parasitol* 2017;55:21-9.

promotion of cancer in the urinary bladder.[486,487,488,489,490] Furthermore, CYP2E1, the cytochrome p450 isoform previously detailed with respect to its vital role with respect to NDMA metabolism and generation of promutagenic adducts, is known to be present within urothelial cells.[491] Urothelial cells are the cells lining the bladder wall that come into direct contact with urine and give rise to the most common form of bladder cancer, urothelial carcinoma. In fact, a meta-analysis of several studies found that genetic polymorphisms within CYP2E1 are associated with bladder cancer.[492]

As previously mentioned, nitrate and nitrite occur naturally in drinking water, and a study of patients in Northern New England observed a statistically significant increased incidence of bladder cancer in patients whose average drinking water nitrate concentration was above the 95th percentile, compared to patients whose nitrate concentration was within the lowest quartile.[210] This study also observed positive associations for dietary nitrate and nitrite intakes from processed meat and bladder cancer (highest versus lowest quintile). These findings were similar to a prospective cohort study among postmenopausal women in Iowa in which the authors observed an increased risk of bladder cancer for average nitrate concentrations in the highest quartile compared with the lowest quartile, and an increased risk with >4 years of exposure above 5 mg/L $NO_3$-N compared with no exposure above this level.[493] However, within the European Prospective Investigation into Cancer and Nutrition (EPIC), there was no overall statistically significant association seen amongst cohort participants diagnosed with urinary bladder cancer and intake of NDMA (HR: 0.98; 95% CI: 0.92-1.05).[494]

The urinary excretion of nitrosamines has been studied in different human populations from widely separate regions of the world in order to predict the level of exposure of the bladder mucosa to this group of chemical carcinogens. As previously detailed, several of these studies have shown that subjects with a high-risk of developing cancers in the gastrointestinal tract, including in the stomach, esophageal, and colon, excrete higher levels of

---

[486] Badawi AF, Mostafa MH, and O'Connor PJ. Involvement of alkylating agents in schistosome-associated bladder cancer: the possible basic mechanisms of induction. *Cancer Lett* 1992;63:171-88.

[487] Hicks RM, Ismail MM, Walters CL, et al. Association of bacteriuria and urinary nitrosamine formation with *Schistosoma haematobium* infection in the Qalyub area of Egypt. *Trans R Soc Trop Med Hyg* 1982;76:519-27.

[488] Tricker AR, Mostafa MH, Spiegelhalder B, et al. Urinary excretion of nitrate, nitrite and N-nitroso compounds in Schistosomiasis and bilharzia bladder cancer patients. *Carcinogenesis* 1989;10:547-52.

[489] Mirvish SS. Role of N-nitroso compounds (NOC) and N-nitrosation in etiology of gastric, esophageal, nasopharyngeal and bladder cancer and contribution to cancer of known exposures to NOC. *Cancer Lett* 1995;93:17-48.

[490] Mostafa MH, Helmi S, Badawi AF, et al. Nitrate, nitrite and volatile N-nitroso compounds in the urine of *Schistosoma haematobium* and *Schistosoma mansoni* infected patients. *Carcinogenesis* 1994;15:619-25.

[491] Sheweita SA, Abu El-Maati MR, El-Shahat FG, et al. Changes in the expression of cytochrome P450 2E1 and the activity of carcinogen metabolizing enzymes in Schistosoma haematobium-infected human bladder tissues. *Toxicology* 2001;162:43-52.

[492] Yin X, Xiong W, Wang Y, et al. Association of CYP2E1 gene polymorphisms with bladder cancer risk: A systematic review and meta-analysis. *Medicine (Baltimore)* 2018;97:e11910.

[493] Jones RR, Weyer PJ, DellaValle CT, et al. Nitrate from drinking water and diet and bladder cancer among postmenopausal women in Iowa. *Environ Health Perspect* 2016;124:1751-8.

[494] Jakszyn P, Gonzalez CA, Lujan-Barroso L, et al. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). *Cancer Epidemiol Biomarkers Prev* 2011;20:555-9.

nitrosamines and precursors in their urine relative to lower-risk populations.[195,414,433] Given that high levels of nitrosamines, like NDMA, when found to be excreted in the urine are seen in patients with an increased risk of gastrointestinal tract malignancies, it is not surprising that some of those same studies, in addition to others, have also found an increased risk of urinary bladder malignancies in that same patient population, secondary to local contact between the NDMA-containing urine and the urinary bladder luminal epithelial cells that eventually undergo neoplastic transformation.[195,495] Yet, in a recent randomized, double-blinded, and placebo-controlled study, Florian and colleagues did not report a significant increase in either plasma NDMA levels or 24-hour urinary excretion of NDMA in a group of healthy volunteers taking ranitidine versus placebo when consuming cured-meat and noncured-meat diets.[496] However, there are several significant limitations to this study. Firstly, the ranitidine provided to the study participants was tested on 3 separate occasions and was found to have very low levels of NDMA (6.3 ng and 7.5 ng prior to study start and 10.5 ng after study completion), which does not reflect real world conditions, as the reported levels of NDMA in available ranitidine formulations have been found to be typically much higher than that. Another limitation was that the ranitidine was taken by the volunteers in the morning after an overnight fast, though under normal clinical circumstances patients are directed based on package labeling to take their $H_2$-antagonist/blocker with their evening meal or prior to bedtime. It is reasonable to expect that the fasting eliminated the effect of a nitrite-rich meal on nitrosation and NDMA formation after ingestion of ranitidine. A separate issue can be found in the specific food content within the diets. It appears that the effect of vitamin E and C content was not taken into consideration when determining whether ranitidine nitrosated to form NDMA upon ingestion, which introduces a significant confounding factor with respect to interpreting the results. The cured-meat and non-cured meat diets include different food items with varying amounts of vitamins E and C on both pre-dosing and dosing days. As previously referenced both in the peer-reviewed published literature and internal Glaxo studies,[242,497,498] the formation of NDMA and its subsequent impact on carcinogenicity is inhibited via effects on nitrosation when simultaneously exposed to vitamin E or C. Of additional concern, the Florian study design provided distilled water to participants as part of the noncured-meats diet and tap water in conjunction with the cured-meats diet. It is reasonable to conclude that the lack of chloramine in distilled water eliminated the known complimentary pathway that leads to NDMA creation from ranitidine. The study investigators do not state whether the tap water was known to have been treated with chloramine, which would affect the ability to compare the groups based on ability to generate NDMA. Also, plasma levels of NDMA were drawn in 30 minute intervals over the first 2 hours (starting at pre-dose) and then in increasing subsequent intervals, while urine samples were collected every 3 hours over the first 15 hours and then at 24 hours from the time of pre-dose. This is an important issue as the elimination half-life of NDMA is known to be relatively short (16 minutes),[499] and testing for NDMA at these relatively lengthy intervals can underestimate the true exposure a subject would have experienced over the entire course of the study, particularly as it is known that the rapid metabolism of NDMA causes difficulty in being able to demonstrate endogenous formation of this compound via laboratory testing.[500] Finally, the volunteers in this study were healthy and without known GERD or a history of ulcers, disorders that are known to affect gastric pH and associated bacterial flora, likely leading to changes in the amount of NDMA that can be produced in the setting of ranitidine, as detailed previously. Due to the prominent interplay that intragastric physiologic conditions have been shown to play in the individual formation of NDMA from

---

[495] Tricker AR, Stickler DJ, Chawla JC and Preussmann R. Increased urinary nitrosamine excretion in paraplegic patients. *Carcinogenesis* 1991;12:943-6.

[496] Florian J, Matta MK, DePalma R, et al. Effect of oral ranitidine on urinary excretion of N-nitrosodimethylamine (NDMA): A randomized clinical trial. *JAMA* 2021;326:240-9.

[497] Zhu Y, Wang PP, Zhao J, et al. Dietary N-nitroso compounds and risk of colorectal cancer: A case-control study in Newfoundland and Labrador and Ontario, Canada. *Br J Nutr* 2014;111:1109-17.

[498] De Flora S and Picciotto A. Mutagenicity of cimetidine in nitrite-enriched human gastric juice. *Carcinogenesis* 1980;1:925-30

[499] Plumlee MH and Reinhard M. Photochemical attenuation of N-nitrosodimethylamine (NDMA) and other nitrosamines in surface water. *Environ Sci Technol* 2007;41:6170-6.

[500] Tannenbaum SR. N-nitroso compounds: A perspective on human exposure. *Lancet* 1983;1:629-32.

ranitidine and other precursors, the impact of these deviations should not be minimized. A separate issue that likely contributed to the relatively low urinary NDMA levels in the Florian study can be addressed by research previously performed by Spiegelhalder and colleagues in 1982.[432] In their experiments, they demonstrated that exposure to NDMA is difficult to monitor in the urine due to excretion rates, though in the presence of 6% ethanol, which would decrease the amount of first-past metabolism utilizing the cytochrome P450 pathway (CYP2E1) by acting as an inhibitor, NDMA was able to be observed at levels of between 0.5% and 2.4% of the ingested dose. However, without alcohol, no significant amount of NDMA could be detected in the urine. Spiegelhalder provides important evidence that in the absence of alcohol, NDMA is often efficiently metabolized in the liver and would be difficult to detect in the urine.[432] Although limited by a small sample size, these findings reinforce the physiologically quick metabolism of NDMA that occurs, and why detecting NDMA excretion levels can be difficult and not representative of an accurate measurement of exposure. Additionally, Hrudey and colleagues also noted that the vast majority of clearance of NDMA is via metabolism, as only very small amounts of NDMA appear in the urine, as the molecule is small and largely reabsorbed, as well as being subject to variation amongst individuals with respect to first-pass metabolism.[28] Regardless, however, an interesting finding within the Florian analysis can be noted within this study when evaluating the NDMA as measured in the 24-hour urine samples. The median NDMA level in the urine in patients within the placebo arm was reported a 10.5 ng (noncured meat diet) vs. 23.4 ng (cured meat diet), an increase by a factor of 2 in patients consuming food sources known to be high in nitrates and nitrosamines. In contrast, however, within the ranitidine portion of the study, the median NDMA level in the 24-hour urine sample showed a striking difference between the noncured meat and cured meat diet populations (0.6 ng vs. 11.9 ng, respectively), amounting to a near 20-fold increase in those patients consuming a cured meat diet while taking ranitidine over those on a noncured meat diet. Again, although the overall number comparisons do not show statistical significance when compared to one another (ranitidine vs. placebo arm), the dramatic difference seen within patients in the ranitidine arm of the study further highlights the concern that preanalytical variables regarding the study design (time of eating, medication consumption, baseline NDMA levels, etc.) would be important to consider in the context of these reported results. A separate issue to keep in mind when interpreting urine studies in the context of ranitidine exposure is the presence of known metabolites that serve as surrogate markers for the breakdown of ranitidine. One of these metabolites, the furoic acid analogue, is formed by oxidative deamination of ranitidine and the resulting pathway also likely results in the release of dimethylamine, which would be available to form NDMA on exposure to nitrite.[501] Furoic acid was one of the metabolites specifically detected in the urine in all of the volunteers treated with either intravenous or oral administration of ranitidine from an internal GSK analysis performed and issued in 1986.[502]

One of the earlier studies to look at the issue of risk of bladder cancer in humans and association with the $H_2$-receptor blocker, ranitidine, was published by Michaud and colleagues in 2004 in the journal *Cancer Epidemiology, Biomarkers & Prevention*.[503] In this study, the authors noted that the settings of low acid production in the stomach, gastritis, and ulcer healing each contribute to poor antioxidant absorption, oxidative stress, and elevated levels of nitrite in the stomach. The results of their 14-year follow-up study showed that men who reported a gastric ulcer before 1986 had a significantly higher (55%) risk of bladder cancer compared to those with no history of gastric ulcer. Of note within their findings, was that recent use of an $H_2$-receptor blocker (either ranitidine or cimetidine) was also related to an elevated risk of bladder cancer that was independent of the elevated risk associated with gastric ulcers in this study. In addition, a separate nested case-control study looking at patients in Scotland also showed an increased risk of bladder cancer associated with ranitidine users (OR = 1.22; 95% CI 1.06-1.40) which was even more striking for those patients reporting long term use of the medication (OR = 1.43; 95% CI 1.05-1.94), though no association was seen in patients using proton pump inhibitor therapy.[504] However, a Danish population-based cohort study that

---

[501] European Medicines Agency. Assessment report: Ranitidine. September 2020.

[502] Broom C, Thomas M, Bell A, et al. A radioisotope study to investigate the metabolic disposition of ranitidine in man. Glaxo Group Research Limited. Human Pharmacology Unit/Biochemical Pharmacology. Ware, UK. March 1986.

[503] Michaud DS, Mysliwiec PA, Aldoori W, et al. Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. *Cancer Epidemiol Biomarkers Prev* 2004;13:250-4.

[504] Cardwell CR, McDowell RD, Hughes CM, et al. Exposure to ranitidine and risk of bladder cancer: A nested case-control study. *Am J Gastroenterol* 2021;00:1-8.

evaluated over 30,000 patients who had reportedly initiated ranitidine as compared to other $H_2$-receptor blockers or proton pump inhibitors (PPIs) showed that the crude HR of bladder cancer in ranitidine users was 1.33 (95% CI: 1.15-1.55) compared with users of other $H_2$-antagonists, and 0.94 (95% CI: 0.83-1.07) compared with PPI users. Within the stabilized-inverse-probability-of-treatment (sIPT) analysis in this same study, the HR of bladder cancer in ranitidine patients was increased at 1.11 compared to users of other $H_2$-blockers, though this was not statistically significant (95% CI: 0.95-1.29), and was also increased in the same analysis compared with PPI users (HR = 1.24; 95% CI: 1.04-1.48).[505] As described by another recent Danish population-based cohort study by Adami and colleagues evaluating data from the cancer registry,[248] weaknesses of this data collection method include inability to determine whether the patients prescribed ranitidine actually took the medication, in addition to not knowing whether some patients could have purchased ranitidine without a prescription, as much of the study was data was collected during a time when ranitidine was sold over-the-counter. Further, both an observational population-based cohort study from Korea and results from the UK Biobank failed to show a statistically significant increased risk of bladder cancer in patients with known ranitidine use. [387,506]

## CONCLUSIONS AND DISCUSSION:

Many different genotoxicity and carcinogenicity assays have been performed over the years utilizing the known nitrosatable drug, ranitidine, which has been found to form NDMA, by both reacting with nitrite in vivo and by degradation of the molecule itself, accelerated by heat, moisture, or both. NDMA causes cancer in a wide variety of animal models in the aforementioned tissue sites, with many additional supportive peer-reviewed epidemiologic studies published within human subjects regarding analogous organ-specific sites of neoplasia. These studies have included numerous different methods, cell lines, and animal species, and have overwhelmingly shown positive results (evidence of **coherence** within a Bradford Hill analysis), in addition to separate studies confirming production of NDMA from the known nitrosation reaction involving the chemical structure of ranitidine. As stated earlier, there are considerable molecular and phenotypic similarities with respect to carcinogenesis models among a variety of animal species and humans, with striking concordance seen within both overall cellular mechanisms and target organs studied, resulting in the well-accepted scientific principle that chemicals shown to be clearly carcinogenic in animals should be considered as being likely to present cancer risks to humans. Again, as such, the ability to genetically manipulate the DNA library in certain animal models, either by introducing extra copies of a gene or deleting a gene ("knock out") within transgenic mice, can be advantageous in studying human disease. The reverse situation is also true and has been seen in the setting of Lynch syndrome. Lynch syndrome is a hereditary cancer syndrome typically caused by a germline (inherited) mutation in one of four genes (MLH1, MSH2, MSH6, and PMS2) that encode for mismatch repair proteins. A mutation in one of these genes results in defective repair of DNA sequence mismatches, which most frequently occur in long, repetitive DNA sequences (such as is seen in microsatellite regions in the genome). An accumulation of DNA mismatches leads to an increased risk of developing malignant neoplasms in several organs, including the colon. Soon after discovery of this mismatch repair protein defect in families with Lynch syndrome, several groups generated and characterized mouse strains with a knockout allele for these mismatch repair genes. Researchers subsequently confirmed that many aspects of the Lynch syndrome phenotype in humans were recapitulated in mice now deficient for one of these four genes, again confirming the similarities between animal and human model experiments.[115]

The overall amount and weight of the evidence presented provides clear confirmation that NDMA, including that derived from the consumption and breakdown of ranitidine, is a human carcinogen that has been shown to exhibit at least 9 of the 10 key characteristics elucidated by Smith and colleagues[89], both initiating and promoting cancer via numerous scientifically validated and biologically plausible mechanisms. As detailed earlier, studies have detailed that NDMA has **electrophilic**[141,149] and **genotoxic properties,**[145,148,150] **alters DNA repair causing genomic instability,**[165] **induces epigenetic alterations**[8,99,132,157] **and oxidative stress through the generation of reactive**

---

[505] Norgaard M, Trolle Andersen In, Heide-Jorgenesen U, et al. Ranitidine and risk of bladder and kidney cancer: A population based cohort study. *Cancer Epidemiol Biomarkers Prev* 2022;31:45-50.

[506] Yoon HJ, Kim JH, Seo GH, Park H. Risk of cancer following the use of N-nitrosodimethylamine (NDMA) contaminated ranitidine products: A nationwide cohort study in South Korea. *J Clin Med* 2021;10:1-8.

**oxygen species**,[194,196] **causes chronic inflammation**,[201,202] has **immunosuppressive effects**,[203,204] **causes immortalization**,[189,294,507] and **stimulates cellular proliferation with alteration of apoptosis processes**.[25,207,208] Of particular importance with respect to the wide-ranging effects caused by NDMA, these myriad of carcinogenic characteristics associated with NDMA and ranitidine are able to extend beyond the vicinity of the initial cells involved in its metabolism. For example, even within one single early study by Wild published in 1976, NDMA was shown to produce both stable and unstable electrophilic alkylating agents, in addition to ultimately mutagenic metabolites sufficiently stable enough to leave the liver and produce gene and chromosomal mutations in other organs which, themselves, may not normally produce these carcinogenic compounds locally based on the metabolism of the cells in those anatomic locations.[508] This provides a further mechanism whereby NDMA can have carcinogenic effects in sites within the body that are outside of the upper digestive system and liver, where local contact and first past metabolism via CYP2E1 would occur, respectively. An additional fact to consider regarding the cytochrome P450 family and overall metabolic pathway that results in the formation of mutagenic DNA adducts is that the levels and activities of these enzymes, particularly CYP2E1, can vary significantly within both animal models and individual human beings,[509] and that the rate and degree of metabolism can also depend on the intake of different types of food and alcohol,[510] dramatically influencing the carcinogenic effects NDMA can ultimately have on an individual person under similar conditions and concentrations of drug (ranitidine).

The identification and elucidation of 9 out of the 10 key characteristics of carcinogens associated with NDMA, including that derived from the consumption and breakdown of ranitidine, emphasizes the importance of these features in the context of **biological plausibility**, as seen in a Bradford Hill analysis. As many of the animal and human studies have shown, NDMA has been documented to show both a linear dose-effect and dose-time relationship effect with respect to its mutagenic and carcinogenic effects that is present even at low doses of this carcinogen, a supportive finding with respect to both **temporality** and **biological gradient** within a Bradford Hill analysis. Therefore, a concern with respect to interpretation of the available epidemiological data evaluating cancer incidence in ranitidine patients is that most studies have been unable to account for the overall amount of drug that an individual patient on long-term treatment has been exposed to over the course of months to years, particularly given the often-daily pattern of use regimen that many ranitidine patients were prescribed and followed, limiting the ability to consistently confirm an increased cancer risk in these subjects. This harkens back to the aforementioned Haber's law emphasizing the importance of the total cumulative exposure to a particular toxic chemical or substance in being able to ultimately document its carcinogenicity. However, because of the multitude of genotoxic and non-genotoxic carcinogenic effects that NDMA has demonstrated in a variety of animal and human models, supportive of the **consistency** and **strength of the association** in a Bradford Hill analysis (accumulation of DNA damage, DNA adduct formation, epigenetic alteration, oxidative stress, chronic inflammatory reactions, cellular immortalization, increased cellular division, induction of apoptotic cell death, etc.), in addition to study findings with relative risks exceeding 1.0, likely biased toward the null due to exposure misclassification, and which are consistent with other exposure/causation relationships, there should not be an assumption for a solely dose-responsive linearity, particularly as comparative studies of the accumulation and repair of methylated adducts in humans and animals treated with methylating drugs do not reveal significant differences amongst species. Therefore, in combination with the known initiating genotoxic effects of NDMA and the generation of DNA adducts, there would be no indication of a "no-effect" level (defined as

---

[507] Potten CS, Li YQ, O'Connor PJ, et al. A possible explanation for the differential cancer incidence in the intestine, based on distribution of the cytotoxic effects of carcinogens in the murine large bowel. *Carcinogenesis* 1992;13:2305-12.

[508] Wild D. Cytogenetic effects in the mouse of 17 chemical mutagens and carcinogens evaluated by the micronucleus test. *Mutat Res* 1978;56:319-27.

[509] Camus AM, Geneste O, Honkakoski P, et al. High variability of nitrosamine metabolism among individuals: Role of cytochromes P450 2A6 and 2E1 in dealkylation of N-nitrosodimethylamine and N-nitrosodiethylamine in mice and humans. *Mol Carcinog* 1993;7:268-75.

[510] Guengerich FP, Kim DH, and Iwasaki M. Role of human cytochrome p-450 IIE1 in the oxidation of many low molecular weight cancer suspects. *Chem Res Toxicol* 1991;4:168-79.

a concentration below which there is a lack of an effect),[511,512] as even small, single doses can be additive and carcinogenic[513,514] This is the case with many known carcinogens that exert their effect at least in part through modifications of the DNA structure, as even a small, single exposure is able to induce neoplasia transformation in previously normal and benign cells.

The highest previously studied concentrations of nitrosamines in the human environment have been reported in the rubber industry, a workforce with a known increased cancer risk. High air concentrations of NDMA have been previously found by sampling or personal monitoring in 19 factories within this industry, as many rubber chemicals are contaminated with N-nitrosamines and the occurrence of nitrosamines mainly depends upon their formation during production of rubber and rubber products in the context of accelerators based on amines and the presence of nitrosating agents.[515] In many studies that have looked at similar exposures in workers within the rubber/tire industry, exposure assessment to N-nitrosamines and NDMA has been based on a database of measurements of the compounds in rubber factories in Europe, known as the European Union Exposure Control in the Rubber Manufacturing Industry (ExAsRub).[516] Therefore, studies done evaluating individuals constantly exposed to this environment are particularly enlightening with respect to the relationship of nitrosamines, like NDMA, and carcinogenesis. In one of the most recent, extensive, and long-term studies performed looking at NDMA exposure in a large occupational cohort of UK rubber manufacturing workers with 49 years of follow-up (880,794 person-years), published by Hidajat et al in 2019, linear exposure-response relationships were found for cumulative exposure to NDMA with multiple cancers, including esophageal, stomach, liver, pancreas, and urinary bladder, along with an increased lifetime risk of mortality secondary to these and others.[410] Not only is the data from this study strong because of its length of follow-up and nearly entirely deceased cohort (providing the most precise and complete lifetime risks for exposures encountered), but instead of using qualitative information on jobs, exposure assessments from a quantitative job-exposure matrix were used based on historical exposure measurements previously collated in the European Union ExAsRub database. Given the increased levels of NDMA that have been documented in association with ranitidine use both in experimental studies and in some human subjects, the findings published from studies of the rubber industry provide evidence for the effect of this medication on human carcinogenesis related to this particular $H_2$-antagonist. In addition, as highlighted throughout this report, many of the published studies on NDMA and ranitidine exposure have repeatedly demonstrated increased risks of **specific** cancers within the gastrointestinal and genitourinary tract when exposed to these molecules, in keeping with a Bradford Hill analysis.

As noted previously, there is clear and unequivocal evidence that NDMA forms from the ranitidine molecule secondary to its inherent molecular instability, a process that is amplified over time and under conditions of stress, such as during the process of transportation or due to environmental temperature and humidity. Based on the studies of NDMA formation from individual ranitidine pills that have been reported on by both the FDA and Emery laboratories, the amount, or "dose," of NDMA detected in these experiments is sufficient to cause primary cancers of the liver, stomach, esophagus, pancreas, and urinary bladder. In forming my opinions, I

---

[511] Seiler JP. Apparent and real threshold: A study on two mutagens, in: D. Scott, BA. Bridges, FH, Sobels (eds), *Progress in Genetic Toxicology*, Elsevier/North-Holland Biomedical Press, 1977, pp.233-8.

[512] Preussmann R. Dose-response studies and 'no-effect-levels' of N-nitroso compounds. *Oncology* 1980;37:243-50.

[513] Kirsch-Volders M, Aardema M, and Elhajouji A. Concepts of threshold in mutagenesis and carcinogenesis. *Mutat Res* 2000;464:3-11.

[514] Kyrtopoulos SA. DNA adducts in humans after exposure to methylating agents. *Mutat Res* 1998;405:135-43.

[515] Spiegelhalder B, Preussmann R. Occupational nitrosamine exposure. 1. Rubber and tyre industry. *Carcinogenesis* 1983;4:1147-52.

[516] De Vocht F, Straif K, Szeszenia-Dabrowska N, et al. A database of exposures in the rubber manufacturing industry: Design and quality control. *Ann Occup Hyg* 2005;49:691-701.

specifically considered the amount of NDMA derived from individual ranitidine tablets, as elucidated by the FDA and others, knowing that these in vitro results are likely conservative values and underestimations of the true human NDMA exposure level following ranitidine ingestion, dependent on an individual's particular physiologic state, including gastric nitrite concentration, pH levels, and other conditions within the stomach that would affect in vivo endogenous nitrosation. I analyzed these ranitidine-derived NDMA levels in the context of the peer-reviewed human epidemiological studies that have specifically evaluated dietary NDMA exposure levels and cancer risk. In the previously discussed study by Keszei et al,[403] the authors found an increased risk of both esophageal squamous cell carcinoma and gastric noncardia adenocarcinoma within the highest tertile of patients with respect to dietary NDMA exposure, representing a median intake of 0.25 µg/day. Similarly, within the cohort of Swedish women examined by Larsson and colleagues in 2006, the quartile with the highest median dietary NDMA intake (0.277 µg/day) demonstrated an increased risk of stomach cancer after adjusting for numerous confounding factors (HR = 1.96; 95% CI: 1.08-3.58).[407] A separate large case-control study published by MD Anderson Cancer Center found that those individuals within the highest quartile with respect to level of NDMA derived from dietary plant sources (0.12 µg/1000 kcal/day) had a multivariable-adjusted OR of 1.93 (95% CI: 1.42-2.61).[476] Given that the average daily diet for women and men consists of 2,000-2,500 kcal/day, that would amount to a total mean NDMA concentration of 0.24-0.30 µg/day, analogous to the results reported by Keszei and Larsson. In all of these studies, the amount of dietary NDMA intake documented in the groups demonstrating an increased risk of cancer was well within the range of NDMA dose/level identified within a single ranitidine tablet by in vitro analysis performed in the FDA laboratory, which, as mentioned, are conditions likely underestimating the true ranitidine-derived NDMA burden under normal physiologic human conditions in these patients. Further evidence of a dose-response with respect to overall ranitidine burden can be found in the results published by Cardwell and colleagues, who showed that there was an increased risk of bladder cancer in patients using ranitidine, compared with nonusers (OR = 1.22; 95% CI: 1.06-1.40), a risk that was accentuated in patients with a history of ranitidine use longer than 2 years (OR = 1.43; 95% CI: 1.05-1.94).[504]

==Like most topics in medicine, there are some studies that have been published which have not shown a uniformly increased risk of cancer following elevated exposure to NDMA/nitrosamines or the use of ranitidine products.[506,517,518]== Many of these studies, though, suffer from significant design element weaknesses that limit the ability to fully discern a causative effect, including short follow up period for detection of cancer, incomplete ascertainment of drug exposure duration and frequency (including consumption of over-the-counter preparations), relatively young age of the population being assessed, and inability to control for confounding medical conditions or separate out other combination medications concurrently taken by the subjects. Although I have reviewed the vast majority of the literature on this subject in preparation of this report, I have not performed a fully comprehensive and exhaustive analysis of the epidemiologic data. My specific opinions are based on the weight of all lines of evidence, including the clear consistency evident across the NDMA and ranitidine epidemiological literature and the compelling non-epidemiologic studies and results. Therefore, on this subject, the overall known mechanism of carcinogenesis with regards to the key characteristics displayed by NDMA in multiple animal models and human cell lines, combined with the chemical structure of ranitidine which allows easy formation of NDMA within conditions present in the human body and during the storage, transport and handling of the drug, the documented evidence of high levels of NDMA in tested ranitidine samples, and the numerous, large studies that show an increase in cancer risk within parts of the human body known to be exposed to, or involved with, NDMA metabolism, degradation, and excretion, strongly support my opinion that any increased NDMA exposure secondary to consumption of ranitidine, including exposure that results from NDMA formed within ranitidine, can lead to carcinogenesis in the stomach, esophagus, liver, pancreas, and urinary bladder in humans.

All of the opinions I have expressed in this report are based on a combination of my medical training, personal experience as a diagnostic anatomic and clinical pathologist, my frequent interactions with clinical colleagues

---

[517] Iwagami M, Kumazawa R, Miyamoto Y, et al. Risk of cancer in association with ranitidine and nizatidine vs other H$_2$ blockers: Analysis of the Japan medical data center claims database 2005-2018. *Drug Saf* 2021;44:361-71.

[518] Kim YD, Wang J, Shibli F, et al. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. *Aliment Pharmacol Ther* 2021;54:606-15.

in the day to day management of patients, and my past and ongoing extensive review of pertinent literature in the field. I strongly express these opinions with a reasonable degree of medical certainty.

# EXHIBIT
# 748

# EXHIBIT E

**Exhibit
0015**

10/18/2022
Dr. Paul Michaels

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES*

MDL NO. 2924

20-MD-2924

RULE 26 SUPPLEMENTAL REPORT OF
PAUL J. MICHAELS, M.D.

Paul J. Michaels, M.D.

Date: October 3, 2022

I have reviewed the recent article by Wang and colleagues, published on September 30 in the *International Journal of Environmental Research and Public Health* entitled, "Pharmacoepidemiological research on N-nitrosodimethylamine-contaminated ranitidine use and long-term cancer risk: A population-based longitudinal cohort study."[1] This supplemental report is being issued in order to address the authors' newly-reported findings and interpret these results in the context of my previously written report and deposition testimony. The summary of each study in my original report did not elaborate on all of the nuances, partly because my ultimate synthesis of all the available evidence incorporated further analysis. Within this supplemental report, I describe the study by Wang et al in a greater level of detail to emphasize the strengths of this study and explain how it would affect my full analysis.

Within this article, Wang et al have reported on a very large population-based cohort study of over 55,000 ranitidine users in Taiwan. To gather their subjects and data, the authors used a population-based claims database and a cross-sectional survey participated in by over 99% of Taiwan's population. A large strength of the study was a follow-up of 18 years, particularly important when a cancer diagnosis end-result is being evaluated, with a mean follow-up of between 9 and 10 years for both the ranitidine-treated and untreated cohort groups. Exclusion criteria included patients under 40 years of age, those diagnosed with cancer prior to the index date (date of first prescription of ranitidine), individual prescribed ranitidine for less than 3-months, and those with less than 1-year of follow-up. Focusing on patients older than 40 years of age is a strength, as the cancers evaluated in this study would be unusual in younger individuals. In addition, as a randomized controlled trial using a drug known to contain a carcinogen (NDMA) would be unethical, the researchers in this study further evaluated this population cohort using a 1:1 propensity-score-matching procedure in order to match the large number of ranitidine-treated patients with ranitidine-untreated, famotidine-treated, and proton pump inhibitor (PPI)-treated controls for a longitudinal study, with the latter two comparisons representing an active comparator study to address possible indication bias. Propensity-score-matching allowed the authors to match the cohorts based on age, sex, Charlson Comorbidity Index (CCI), other comorbidities (including hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, and chronic renal disease), medications in addition to famotidine and PPIs, and index date. As mentioned, subjects with less than a 3-month history of ranitidine exposure were excluded from analysis. Further, to assess for a dose response, the authors separated treated subjects based on the number of defined daily doses (DDD), with 90 DDDs representing a 3-month exposure, into four intervals according to the cumulative dose, including 90-180 DDDs, 181-270 DDDs, 271-360 DDDs, and >360 DDDs.

Using a multivariable Cox regression analysis, the authors found that patients treated with ranitidine showed a statistically significant increased risk of various cancers compared to untreated groups, notably including liver cancer (HR: 1.22, 95% CI: 1.09-1.36), gastric cancer (HR: 1.26, 95% CI: 1.05-1.52), and pancreatic cancer (HR: 1.35, 95% CI: 1.03-1.77). An increased risk of esophageal cancer (HR: 1.27) and bladder cancer (HR: 1.06) was also seen, though these were not statistically significant (95% CI: 0.95-1.70 and 95% CI: 0.86-1.30, respectively). In addition, with respect to an active comparator analysis, when evaluated in comparison to famotidine users, there was a statistically significant increased risk of all cancers evaluated (HR: 1.07, 95% CI: 1.02-1.12) and liver cancer (HR: 1.22, 95% CI: 1.06-1.40) in the ranitidine-treated cohort. Further, compared to the famotidine-treated group, ranitidine-treated patients also showed an increased risk of esophageal cancer (HR: 1.19, 95% CI: 0.82-1.72), gastric cancer (HR: 1.19, 95% CI: 0.95-1.49), pancreatic cancer (HR: 1.25, 95% CI: 0.90-

---

[1] Wang CH, Chen II, Chen CH, et al. Pharmacoepidemiological research on N-nitrosodimethylamine-contaminated ranitidine use and long-term cancer risk: A population-based longitudinal cohort study. *Int J Environ Res Public Health* 2022;19:12469.

1.73), and bladder cancer (HR: 1.03, 95% CI: 0.80-1.33), though these increases did not reach statistical significance. Finally, a dose response was seen with ranitidine-treated subjects for liver cancer, where increasing hazard ratios were noted in patients with exposures of 90-180 DDDs (1.03), 181-270 DDDs (1.12), 271-360 (1.26), and over 360 DDDs (1.42), with group exposed to the largest/longest dose >360 DDDs) showing statistical significance (95% CI: 1.22-1.66; p < 0.001). Dose-response was also reported for gastric cancer, again with the group exposed to the largest/longest dose >360 DDDs showing statistical significance (95% CI: 1.02-1.74; p=.037). Dose-response was not statistically significant for pancreatic cancer and was not calculated for bladder or esophageal cancer.

A weakness noted from this analysis included the inability to control for certain confounders, including alcohol consumption and cigarette smoking. In addition, the authors were unable to determine patient compliance with ranitidine prescriptions, though it would be unusual for those patients included in the study (subjects with prescriptions >3 months) to have not been relatively compliant with the medication, otherwise additional prescriptions for ranitidine would not have been needed. Also, there was reportedly scarce information with respect to over-the-counter ranitidine use, though it is likely that over-the-counter ranitidine use in the control subjects would have biased the results towards the null, therefore the hazard ratios would have likely been higher if this usage could have been incorporated into the data set. Though dose information was provided using DDDs, it was not tracked for doses exceeding 360 DDD, meaning increases in risk that occur after more than one year of consumption would be diluted.

The defendants have heavily relied on other previously published ranitidine epidemiology studies, particularly various active comparator studies, in order to argue that the known quantities of NDMA within ranitidine are not associated with increased risks of esophageal, gastric, liver, pancreatic, and bladder cancer. However, those studies had significant flaws and weaknesses that are better controlled for in this analysis by Wang and colleagues, allowing for a cleaner data set and an overall stronger study. For example, the study by Iwagami and colleagues[2] which evaluated patients from the Japan Medical Data Center claims database showed a significantly younger population of patients, as the database is only comprised of individuals under the age of 75 years, and the median age of the ranitidine/nizatidine group was only 41.2 years. Whereas, in the study by Wang et al, the mean age for the ranitidine group was 66.8 years and individuals under the age of 40, just approximately 1 year younger than the median age of the Iwagami study, were excluded, given the low incidence of cancer in that age group. Having such a large number of younger individuals in the Iwagami study would heavily bias the results towards the null, as you would not expect many cancer diagnoses regardless of carcinogen exposure in such a young population. In addition, the median follow-up in the Japanese study was only 2.3 years, compared to nearly 4 times that in the current Taiwanese study (median: 8.42 years and mean of 9.56 years for the ranitidine cohort).

Similarly, the nationwide cohort study in South Korea performed by Yoon et al[3] had similar weaknesses to the Iwagami et al study in that the follow-up period was relatively short, restricted to seven years, which the authors themselves discuss as "not long enough to assess the onset of cancer." Another weakness of this study was that there was no comparison to untreated control subjects. Also, although the researchers appeared to stratify individuals by cumulative dosage, date with respect to a dose-response was not reported on in detail. It is also unclear why the study authors felt the need to restrict study participation to those under the age of 80, as examination of those older individuals could have been

[2] Iwagami M, Kumazawa R, Miyamoto Y, et al. Risk of cancer in association with ranitidine and nizatidine vs other $H_2$ blockers: Analysis of the Japan medical data center claims database 2005-2018. *Drug Saf* 2021;44:361-71.
[3] Yoon HJ, Kim JH, Seo GH, Park H. Risk of cancer following the use of N-nitrosodimethylamine (NDMA) contaminated ranitidine products: A nationwide cohort study in South Korea. *J Clin Med* 2021;10:1-8.

informative given the increased incidence of malignancy in that portion of the population. The Wang study discusses the Iwagami and Yoon studies, noting on page 12 that its results are more reliable, because "small sample size and short follow-up duration may cause statistical bias and inaccurate conclusions" in the Iwagami and Yoon studies.

Finally, the active comparator analysis published in 2021 by Kim and colleagues[4] did not show a statistically significant increase in cancers of the esophagus, stomach, liver, pancreas, or urinary bladder when comparing ranitidine to either another H2-antagonist (famotidine) or a different, stronger class of acid-blocking medications, proton pump inhibitors (omeprazole). However, there was no comparison made between untreated patients and ranitidine patients. Within this study, adults were defined as being at or above the age of 18. By including such a young population within the study cohort of this analysis, and with incidence of cancer queried for only 10 years, the diagnosis of cancers that are usually restricted to adults over the age of 40-50, and typically much older, would not be identified, therefore limiting the usefulness of this data. In addition, when comparing ranitidine to famotidine, the main active comparator in this analysis, it was determined that patients on famotidine had higher rates of tobacco use, diabetes mellitus, obesity, cirrhosis, inflammatory bowel disease, and atrophic gastritis, conditions that are all associated with higher rates of the various gastrointestinal malignancies being evaluated in this study. These confounding elements, in addition to the young age of the population being studied, also contribute to the profound weaknesses of this study that make it uninformative for the purpose of establishing a carcinogenic effect of ranitidine.

In summary, this study by Wang and colleagues[1] provides additional support and strengthens my opinions that the NDMA in ranitidine can cause cancers in the esophagus, stomach, liver, pancreas, and urinary bladder.

---

[4] Kim YD, Wang J, Shibli F, et al. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. *Aliment Pharmacol Ther* 2021;54:606-15.

# EXHIBIT
# 749





*Article*

# Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study

Chun-Hsiang Wang [1,2], I-I Chen [1,†], Chung-Hung Chen [3,†] and Yuan-Tsung Tseng [4,*]

1   Department of Hepatogastroenterology, Tainan Municipal Hospital (Managed by Show Chwan Medical Care Corporation), Tainan 701033, Taiwan
2   Department of Optometry, Chung Hwa Medical University, Tainan 701033, Taiwan
3   Department of Gastroenterology, Chang Bing Show Chwan Memorial Hopital, Changhua 505029, Taiwan
4   Committee of Medical Research, Tainan Municipal Hospital (Managed by Show Chwan Medical Care Corporation), Tainan 701033, Taiwan
*   Correspondence: 2a0074@tmh.org.tw; Tel.: +886-6-2609926
†   These author contributed equally to this work.

**Simple Summary:** There is a lack of published data regarding the association between N-nitrosodimethylamine and human cancer risks. Hence, this study answers several questions using propensity score matching with a large population size selected from a high-quality nationwide and population-based database with a long follow-up period to assess the relationship between the cumulative individual cancer incidence and long-term ranitidine use.

**Abstract:** N-Nitrosodimethylamine (NDMA), a carcinogenic chemical, has recently been identified in ranitidine. We conducted a population-based study to explore ranitidine use and cancer emergence over time. Using the Taiwan National Health Insurance Research Database, a population-based cohort study was conducted. A total of 55,110 eligible patients who received ranitidine between January 2000 and December 2018 were enrolled in the treated cohort. We conducted a 1:1 propensity-score-matching procedure to match the ranitidine-treated group with the ranitidine-untreated group and famotidine controls for a longitudinal study. The association of ranitidine exposure with cancer outcomes was assessed. A multivariable Cox regression analysis that compared cancer risk with the untreated groups revealed that ranitidine increased the risk of liver (hazard ratio (HR): 1.22, 95% confidence interval (CI): 1.09–1.36, $p < 0.001$), lung (HR: 1.17, CI: 1.05–1.31, $p = 0.005$), gastric (HR: 1.26, CI: 1.05–1.52, $p = 0.012$), and pancreatic cancers (HR 1.35, CI: 1.03–1.77, $p = 0.030$). Our real-world observational study strongly supports the pathogenic role of NDMA contamination, given that long-term ranitidine use is associated with a higher likelihood of liver cancer development in ranitidine users compared with the control groups of non-ranitidine users treated with famotidine or proton-pump inhibitors.

**Keywords:** ranitidine; famotidine; cancers; N-nitrosodimethylamine (NDMA); propensity score matching (PSM)



**Citation:** Wang, C.-H.; Chen, I.-I.; Chen, C.-H.; Tseng, Y.-T. Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study. *Int. J. Environ. Res. Public Health* **2022**, *19*, 12469. https://doi.org/10.3390/ijerph191912469

Academic Editor: Paul B. Tchounwou

Received: 27 July 2022
Accepted: 27 September 2022
Published: 30 September 2022

**Publisher's Note:** MDPI stays neutral with regard to jurisdictional claims in published maps and institutional affiliations.



**Copyright:** © 2022 by the authors. Licensee MDPI, Basel, Switzerland. This article is an open access article distributed under the terms and conditions of the Creative Commons Attribution (CC BY) license (https://creativecommons.org/licenses/by/4.0/).

## 1. Introduction

Ranitidine, a histamine-2 receptor antagonist, inhibits gastric acid secretion when treating gastroesophageal reflux disease and peptic ulcers [1]. Additionally, according to the data from the Food and Drug Administration (FDA) Adverse Event Reporting System, elevated and significant proportional reporting ratios (PRRs) were observed for pharyngeal, esophageal, stomach, colorectal, liver, and pancreatic cancers, including elevated PRRs for anal and gallbladder cancers [2].

In 2019, the U.S. FDA declared that N-nitrosodimethylamine (NDMA), with the formula (CH3)2NNO, identified in medicines containing valsartan and ranitidine, is a

*Int. J. Environ. Res. Public Health* **2022**, 19, 12469

member of N-nitrosamines and a known carcinogen, according to laboratory results [3–5]. The FDA's testing of ranitidine products revealed that NDMA levels were nine times greater than the FDA's recommended limit, resulting in global recalls [6,7]. Several studies have also reported that NDMA could be oncogenic in animals [8]. According to the International Agency for Research on Cancer report, NDMA has been proven to belong to group 2A and to be "probably carcinogenic to humans" [9].

A study also reported that high ranitidine doses combined with nitrite produced DNA fragmentation in rodents' livers and gastric mucosa [10]. Many observational human studies have reported that consuming a high number of NDMA-contaminated foods may be linked to an increased risk of stomach and colon cancers [11,12]. Additionally, detailed experimental animal studies showed that cancer risk may increase with NDMA exposure through inhalation or oral delivery and that tumors developed in the lungs, liver, kidneys, and bile ducts in animals [13]. Several studies previously examined the carcinogenic effects of NDMA on humans, although they were equivocal. Some authors reported no association between ranitidine use and cancer risk [14–16], whereas others supported the connection [17–20]. In addition to cancers caused by NDMA contamination, multiple studies reported that acid-suppressive agents, such as proton-pump inhibitors (PPIs) and histamine-2 receptor antagonists (H2RAs), were linked to gastric [21,22] and liver cancers [23–26]. However, these reports were contradictory, and the data were not sufficient to reach definite conclusions. The conflicting results of studies underlie the lack of concrete evidence supporting the role of ranitidine in cancer development. Therefore, we aimed to conduct a large-scale, long-term follow-up cohort study to investigate ranitidine use and the subsequent emergence of cancer over time in a real-life setting.

## 2. Materials and Methods

### 2.1. Data Source

This study used Taiwan's National Health Insurance Database (NHIRD), which is a population-based claims database, and a cross-sectional survey participated in by over 99% of Taiwan's population. We included all medical services, procedures, and prescription medication data from 1 January 2000 to 31 December 2018. The diagnoses recorded in the NHIRD are coded in accordance with the International Classification of Disease, Ninth Revision, Clinical Modification (ICD-9-CM), and Tenth Revision, Clinical Modification (ICD-10-CM).

Considering that the NHIRD dataset consists of encrypted secondary data, each person is impossible to identify; thus, the informed consent requirement was waived. The Research Ethics Committee of Show Chwan Memorial Hospital approved the study protocol on 14 December 2021 (IRB-No: 1101105).

### 2.2. Study Design and Study Participants

The total doses for each ranitidine prescription during the follow-up period were calculated to indicate the duration of ranitidine exposure. As the World Health Organization proposed, one defined daily dose (DDD) of ranitidine was 300 mg/day [27]. We defined 90 DDDs as the valid treatment for patients with reflux esophagitis and peptic ulcer disease treated with 300 mg ranitidine daily for 3 months [28,29]. Patients prescribed ranitidine at ≥90 DDDs were assigned to the ranitidine cohort, whereas those who never used ranitidine belonged to the non-ranitidine cohort.

We investigated whether a dose–response relationship exists between ranitidine and cancer diagnosis. For the sensitivity analysis, we grouped the patient follow-up period into four intervals according to the cumulative dose, starting from the first prescription: 90–180, 181–270, 271–360, and >360 DDDs.

### 2.3. Potential Confounders

The exclusion criteria were as follows: age < 40 years, diagnosis with cancer before the index date, ranitidine use <90 DDDs, and follow-up <1 year.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

We enrolled ranitidine users who were matched for exact age, sex, the Charlson comorbidity index (CCI), comorbidities (hypertensive cardiovascular disease (HCD0, hyperlipidemia, diabetes mellitus (DM), and chronic kidney disease (CKD)), medications (aspirin, statins, angiotensin-converting enzyme inhibitors (ACEIs), β-blockers, spironolactone, glucocorticoids, and selective serotonin reuptake inhibitors (SSRIs)), and antiviral therapy for hepatitis B or C virus (HBV and HCV, respectively) infection), and the index date.

The final matched cohort consisted of 55,110 patients who were evaluated from the index date until the target cancer onset, death, or the end of the study period (31 December 2018).

### 2.4. Covariate Assessment

The main confounding factors were based on a recent study investigating the association between N-nitrosodimethylamine and cancer. We adjusted for the following covariates that potentially affect cancer incidence: age, sex, and medication history (low-dose aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral treatment for chronic hepatitis B or C).

We also considered the following comorbidities: HCD (ICD-9 codes 401–405; ICD-10 codes I10–I15), hyperlipidemia (ICD-9 code 272; ICD-10 code E78), DM (ICD-9 code 250; ICD-10 codes E10.0, E10.1, E10.9, E11.0, E11.1, and E11.9), CKD (ICD-9 code 585; ICD-10 code N18), and CCI.

### 2.5. Main Outcome Measurements

We assessed the following cancer categories for the first cancer diagnosis: liver cancer (ICD-9 code 155; ICD-10 code C22), oral cancer (ICD-9 codes 140–149; ICD-10 codes C00–C14), esophageal cancer (ICD-9 code 150; ICD-10 code C15), gastric cancer (ICD-9 code 151; ICD-10 code C16), colon cancer (ICD-9 code 153; ICD-10 code C18), rectal cancer (ICD-9 code 154; ICD-10 codes C19–C21), pancreatic cancer (ICD-9 code 157; ICD-10 code C25), lung cancer (ICD-9 code 162; ICD-10 codes C33 and C34), bone cancer (ICD-9 code 170; ICD-10 codes C40 and C41), bladder cancer (ICD-9 code 188; ICD-10 code C67), renal cancer (ICD-9 code 189; ICD-10 codes C65, C66, and C68), thyroid cancer (ICD-9 code 193; ICD-10 code C73), skin cancer (ICD-9 codes 172–173; ICD-10 code C44), breast cancer in females (ICD-9 code 174; ICD-10 code C50), uterine cancer (ICD-9 code 179; ICD-10 code C55), cervical cancer (ICD-9 code 180; ICD-10 code C53), ovarian cancer (ICD-9 code 183; ICD-10 codes C56 and C570–C574), prostate cancer (ICD-9 code 185; ICD-10 codes C61), and overall cancer. For breast, uterine, cervical, and ovarian cancers, the analysis was restricted to females, and prostate cancer was restricted to males.

### 2.6. Exposure Definition and Follow-Up

In this study, we adopted a new-user design with 1 year as the washout period to eliminate the influence of external factors in patients with newly diagnosed cancer [30]. Patients with no predefined outcomes or those who died during the follow-up were censored. We defined the index date for each ranitidine user as the date of their first prescription. For their corresponding matched comparison group, the index date was set to be that of their matched individual with ranitidine use. All patients were followed up from the index date to 2018. The mean follow-up period was 9.56 ± 5.96 (median: 8.42) years for the ranitidine cohort and 9.70 ± 5.96 (median: 8.58) years for the non-ranitidine cohort. All prescriptions, diagnostic outcomes, and deaths were ascertained until 31 December 2018. For all groups, the follow-up duration was defined as the interval from the date of enrollment to the date of cancer diagnosis, death, or the end of the follow-up period, whichever came first.

### 2.7. Statistical Analysis

Categorical variables were compared using the McNemar test. Continuous variables such as the prescription and medical records as baseline characteristics were compared using paired *t*-tests. To reduce potential selection bias, we used propensity score match-

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

ing (PSM) to balance the differences in proportions, such as comorbidities, between the ranitidine and non-ranitidine cohorts.

For a robust propensity score matching, 1:1 full matching without replacement was performed. Therefore, the regression model was specified correctly relative to the population regression function of the outcome variable on the treatment and all covariates used for matching. Therefore, trimming techniques were not employed in the weighting approach [31,32]. PSM was performed using multivariate logistic regression analysis and nearest-neighbor matching with the R package "MatchIt" (version 4.3.4).

We used Cox proportional hazards regression models to estimate the hazard ratios (HRs) and 95% confidence intervals (CIs) of cancer risk for ranitidine users in comparison with non-ranitidine users. To confirm the stability and robustness of our model, all hazard ratios and their 95% CIs were modified using the bootstrapping method [33,34]. The outcomes of the different study cohorts were estimated using the Kaplan–Meier method, and the differences in curves were examined using the log-rank test. Sensitivity analysis was conducted to validate the individual events from the index date to the end of the study in different DDD exposure groups using Cox proportional hazards regression models and the Kaplan–Meier method.

The competing risks of death were adjusted using the R package "cmprsk" (version 2.2–11), and the regression model was assessed according to Fine and Gray. All data management procedures were performed using SPSS 21.0 (SPSS Inc., Chicago, IL, USA) and R version 3.4.3 (R Core Team, 2017). A *p*-value of <0.05 was considered statistically significant.

## 3. Results

In the NHIRD database, we found 290,990 ranitidine users and 1,709,128 non-ranitidine users within the study period (Figure 1). In accordance with the exclusion criteria, 75,715 and 1,022,217 patients were finally included in the ranitidine and non-ranitidine cohorts, respectively. Using PSM, we matched the ranitidine cohort (*n* = 55,110) with the non-ranitidine cohort (*n* = 55,110) in a 1:1 model. Figure 1 illustrates the flowchart of patient selection.

Patients from the non-ranitidine cohort who were statistically matched with those from the ranitidine cohort were selected in consideration of the following factors: age, sex, CCI, and comorbidities, including HCD, hyperlipidemia, DM, and CKD.

Certain medications (aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral therapy for HBV or HCV infection) and the index date (the exact date of diagnosis) were potential confounders for most cancers. Table 1 shows the baseline characteristics of the well-balanced, 1:1 matched cohort. Sex, age, CCI scores, and the follow-up period were fully matched between the ranitidine and non-ranitidine cohorts. Overall, the male–female ratio was 47.8:52.2 (*p* = 1.000), with mean values of 66.8 ± 14.1 (*p* = 1.000), 3.77 ± 2.78 (*p* = 1.000), and 9.2 ± 5.9 years (*p* = 1.000) for age, CCI, and follow-up duration, respectively. The median follow-up duration was 8.3 years.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469



**Figure 1.** Flowchart of the selection of study patients. [1] Comorbidities: hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, and chronic kidney disease. [2] Medications: aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, famotidine, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors, and antiviral therapy for hepatitis B or C. [3] Index date: exact date of the first prescription.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

**Table 1.** Baseline characteristics of the non-ranitidine cohort and ranitidine cohort with over 90 DDDs.

| Characteristics | | Untreated $n$ = 55,110 | % | Ranitidine $n$ = 55,110 | % | *p*-Value |
|---|---|---|---|---|---|---|
| Sex | Female | 28,794 | 52.2% | 28,794 | 52.2% | 1.000 |
| | male | 26,316 | 47.8% | 26,316 | 47.8% | |
| Age (mean ± SD) | | 66.8 ± 14.1 | | 66.8 ± 14.1 | | 1.000 |
| CCI | 0–1 | 12,444 | 22.6% | 12,444 | 22.6% | 1.000 |
| | 2–3 | 16,205 | 29.4% | 16,205 | 29.4% | |
| | 4–5 | 12,799 | 23.2% | 12,799 | 23.2% | |
| | >5 | 13,662 | 24.8% | 13,662 | 24.8% | |
| HCD | No | 22,204 | 40.3% | 22,204 | 40.3% | 1.000 |
| | Yes | 32,906 | 59.7% | 32,906 | 59.7% | |
| Hyperlipidemia | No | 26,072 | 47.3% | 26,072 | 47.3% | 1.000 |
| | Yes | 29,038 | 52.7% | 29,038 | 52.7% | |
| DM | No | 37,598 | 68.2% | 37,598 | 68.2% | 1.000 |
| | Yes | 17,512 | 31.8% | 17,512 | 31.8% | |
| CKD | No | 49,704 | 90.2% | 49,704 | 90.2% | 1.000 |
| | Yes | 5406 | 9.8% | 5406 | 9.8% | |
| Aspirin | No | 25,810 | 46.8% | 25,810 | 46.8% | 1.000 |
| | Yes | 29,300 | 53.2% | 29,300 | 53.2% | |
| Statins | No | 32,089 | 58.2% | 32,089 | 58.2% | 1.000 |
| | Yes | 23,021 | 41.8% | 23,021 | 41.8% | |
| ACEIs | No | 31,214 | 56.6% | 31,214 | 56.6% | 1.000 |
| | Yes | 23,896 | 43.4% | 23,896 | 43.4% | |
| β-Blockers | No | 16,047 | 29.1% | 16,047 | 29.1% | 1.000 |
| | Yes | 39,063 | 70.9% | 39,063 | 70.9% | |
| Famotidine | No | 19,841 | 36.0% | 19,841 | 36.0% | 1.000 |
| | Yes | 35,269 | 64.0% | 35,269 | 64.0% | |
| Spironolactone | No | 48,320 | 87.7% | 48,320 | 87.7% | 1.000 |
| | Yes | 6790 | 12.3% | 6790 | 12.3% | |
| Glucocorticoids | No | 5748 | 10.4% | 5748 | 10.4% | 1.000 |
| | Yes | 49,362 | 89.6% | 49,362 | 89.6% | |
| SSRIs | No | 44,749 | 81.2% | 44,749 | 81.2% | 1.000 |
| | Yes | 10,361 | 18.8% | 10,361 | 18.8% | |
| Antiviral therapy | No | 54,271 | 98.5% | 54,271 | 98.5% | 1.000 |
| | Yes | 839 | 1.5% | 839 | 1.5% | |

Abbreviations: DDDs, defined daily doses; SD, standard deviation; CCI, Charlson comorbidity index; HCD, hypertensive cardiovascular disease; DM, diabetes mellitus; CKD, chronic kidney disease; ACEI, angiotensin-converting enzyme inhibitor; SSRIs, selective serotonin reuptake inhibitors.

As shown in Figure 2, the ranitidine cohort showed a significantly higher prevalence of liver cancer (1.1% vs. 1.3%; $p$ = 0.012), gastric cancer (0.4% vs. 0.5%; $p$ = 0.037), and lung cancer (1.0% vs. 1.2%; $p$ = 0.033) and a higher overall cancer rate (8.0% vs. 8.5%; $p$ = 0.001) than the non-ranitidine cohort. In terms of the cumulative incidence rates and HRs, ranitidine use was associated with overall cancer (HR, 1.10; 95% CI, 1.06–1.15), liver cancer (HR, 1.22; 95% CI, 1.09–1.36), gastric cancer (HR, 1.26; 95% CI, 1.05–1.52), pancreatic cancer (HR, 1.35; 95% CI, 1.03–1.77), and lung cancer (HR, 1.17; 95% CI, 1.05–1.31) compared with non-ranitidine use. No significant associations were observed for the 14 other cancers. In the Kaplan–Meier analysis, the ranitidine cohort exhibited a significantly higher risk of developing liver cancer (log-rank test, $p$ = 0.005), lung cancer ($p$ = 0.016), gastric cancer ($p$ = 0.025), and pancreatic cancer ($p$ = 0.043) than the non-ranitidine cohort (Figure 3).

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

| Cancers | untreated | % | ranitidine | % | *p*-value | HR (95% CI) | *p*-value | |
|---|---|---|---|---|---|---|---|---|
| All cancers | 4399 | 8.00% | 4682 | 8.50% | 0.001 | 1.10(1.06–1.15) | <0.001 | |
| Prostate cancer | 306 | 1.20% | 313 | 1.20% | 0.404 | 1.07(0.91–1.25) | 0.411 | |
| Ovarian cancer | 54 | 0.20% | 42 | 0.10% | 0.131 | 0.79(0.53–1.18) | 0.249 | |
| Cervix cancer | 166 | 0.60% | 155 | 0.50% | 0.288 | 0.95(0.76–1.18) | 0.635 | |
| Uterine cancer | 67 | 0.20% | 53 | 0.20% | 0.117 | 0.80(0.55–1.14) | 0.213 | |
| Breast cancer (female) | 407 | 1.40% | 455 | 1.60% | 0.053 | 1.13(0.99–1.29) | 0.078 | |
| Skin cancer | 203 | 0.40% | 189 | 0.30% | 0.479 | 0.97(0.79–1.18) | 0.748 | |
| Thyroid cancer | 96 | 0.20% | 90 | 0.20% | 0.661 | 0.94(0.71–1.26) | 0.698 | |
| Renal cancer | 154 | 0.30% | 181 | 0.30% | 0.14 | 1.21(0.98–1.50) | 0.080 | |
| Bladder cancer | 177 | 0.30% | 181 | 0.30% | 0.437 | 1.06(0.86–1.30) | 0.592 | |
| Bone cancer | 3 | 0.00% | 4 | 0.00% | 0.5 | 1.35(0.30–6.02) | 0.696 | |
| Lung cancer | 575 | 1.00% | 649 | 1.20% | 0.033 | 1.17(1.05–1.31) | 0.005 | |
| Pancreas cancer | 93 | 0.20% | 121 | 0.20% | 0.056 | 1.35(1.03–1.77) | 0.030 | |
| Rectal cancer | 286 | 0.50% | 304 | 0.60% | 0.483 | 1.10(0.93–1.29) | 0.266 | |
| Colon cancer | 527 | 1.00% | 492 | 0.90% | 0.271 | 0.96(0.85–1.09) | 0.569 | |
| Gastric cancer | 210 | 0.40% | 255 | 0.50% | 0.037 | 1.26(1.05–1.52) | 0.012 | |
| Esophageal cancer | 82 | 0.10% | 101 | 0.20% | 0.161 | 1.27(0.95–1.70) | 0.107 | |
| Oral Cancer | 191 | 0.30% | 161 | 0.30% | 0.122 | 0.86(0.70–1.06) | 0.153 | |
| Liver cancer | 619 | 1.10% | 711 | 1.30% | 0.012 | 1.22(1.09–1.36) | <0.001 | |

**Figure 2.** Number and proportion of 18 different cancer reports in the ranitidine and non-ranitidine cohorts and the associated proportional reporting ratios and 95% confidence intervals in multivariate Cox proportional hazards regression adjusted for competing mortality.



**Figure 3.** Cumulative incidences of single cancers after adjustment for competing risks. (**A**) Liver cancer, (**B**) lung cancer, (**C**) gastric cancer, and (**D**) pancreatic cancer.

Table 2 shows the incidence of each cancer. The incidence rate was 9.19 per 1000 person-years in the ranitidine group and 8.49 per 1000 person-years in the non-ranitidine group. The incidence rates of certain cancers were greater in the group exposed to ranitidine than in the unexposed group. Ranitidine use was associated with some individual cancers with a high incidence rate (per 1000 person-years); these cancers were liver (1.35 vs. 1.16), lung (1.23 vs. 1.07), gastric (0.48 vs. 0.39), and pancreatic (0.23 vs. 0.17) cancers.

**Table 2.** Incidence rates of individual cancers (per 1000 person-years).

| Cancers | Untreated | Incidence Rate * | (95% CI) | Ranitidine | Incidence Rate * | (95% CI) |
|---|---|---|---|---|---|---|
| Liver cancer | 619 | 1.16 | (1.07–1.25) | 711 | 1.35 | (1.25–1.45) |
| Oral Cancer | 191 | 0.36 | (0.30–0.41) | 161 | 0.30 | (0.26–0.36) |
| Esophageal cancer | 82 | 0.15 | (0.12–0.19) | 101 | 0.19 | (0.16–0.23) |
| Gastric cancer | 210 | 0.39 | (0.34–0.44) | 255 | 0.48 | (0.43–0.55) |
| Colon cancer | 527 | 0.99 | (0.90–1.07) | 492 | 0.93 | (0.85–1.02) |
| Rectal cancer | 286 | 0.53 | (0.47–0.60) | 304 | 0.58 | (0.51–0.64) |
| Pancreas cancer | 93 | 0.17 | (0.14–0.21) | 121 | 0.23 | (0.19–0.27) |
| Lung cancer | 575 | 1.07 | (0.98–1.16) | 649 | 1.23 | (1.14–1.33) |
| Bone cancer | 3 | 0.01 | (0.00–0.02) | 4 | 0.01 | (0.00–0.02) |
| Bladder cancer | 177 | 0.33 | (0.28–0.38) | 181 | 0.34 | (0.30–0.40) |
| Renal cancer | 154 | 0.29 | (0.25–0.33) | 181 | 0.34 | (0.30–0.40) |
| Thyroid cancer | 96 | 0.18 | (0.14–0.21) | 90 | 0.17 | (0.14–0.21) |
| Skin cancer | 203 | 0.38 | (0.33–0.43) | 189 | 0.36 | (0.31–0.41) |
| Breast cancer (female) | 407 | 0.76 | (0.69–0.83) | 455 | 0.86 | (0.79–0.95) |
| Uterine cancer | 67 | 0.12 | (0.09–0.15) | 53 | 0.10 | (0.08–0.13) |
| Cervix cancer | 166 | 0.31 | (0.27–0.36) | 155 | 0.29 | (0.25–0.34) |
| Ovarian cancer | 54 | 0.10 | (0.08–0.13) | 42 | 0.08 | (0.06–0.11) |
| Prostate cancer | 306 | 0.57 | (0.51–0.63) | 313 | 0.59 | (0.53–0.66) |
| All cancers | 4399 | 8.49 | (8.24–8.73) | 4682 | 9.19 | (8.93–9.45) |

* Incidence rate (per 1000 person-years).

### 3.1. Ranitidine Duration Effect on Cancer Development

The effect of ranitidine use on the risk of progression to significant individual cancers (e.g., liver cancer, gastric cancer, lung cancer, and pancreatic cancer) was assessed by multivariate Cox regression analysis adjusted for age, sex, CCI, co-medications (aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral therapy for HBV or HCV infection), comorbidities (HCD, hyperlipidemia, DM, and CKD), and the calendar date at the start of follow-up. Ranitidine users were divided into groups according to drug exposure: 90–180 DDDs, 181–270 DDDs, 271–360 DDDs, >360 DDDs, and an unexposed group. After adjusting for potential confounders, we found that ranitidine use was a potential risk factor for liver cancer development. For patients with relatively limited exposure to ranitidine (<360 DDDs), ranitidine did not significantly affect the risk of developing liver cancer compared with nonusers (Figure 4). However, increased ranitidine exposure was associated with liver cancer risk. For patients with >360 DDDs, the adjusted HR of liver cancer development was 1.42 (95% CI: 1.22–1.66; $p < 0.001$) compared with that in the non-ranitidine group (Table 3).

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

9 of 16



**Figure 4.** Cumulative incidences of liver cancer for different prescription durations after adjustment for competing risks. Abbreviations: DDDs, defined daily doses.

**Table 3.** Estimates for the association between ranitidine use duration and cancer risk compared with non-ranitidine use by multivariate Cox proportional hazards regression.

| | Liver Cancer | p | Gastric Cancer | p | Lung Cancer | p | Pancreatic Cancer | p |
|---|---|---|---|---|---|---|---|---|
| Never used | 1.00 | | 1.00 | | 1.00 | | 1.00 | |
| 90–180 DDDs * | 1.03 (0.89–1.18) | 0.690 | 1.26 (1.00–1.59) | 0.049 | 1.25 (1.09–1.44) | 0.002 | 1.64 (1.19–2.26) | 0.003 |
| 181–270 DDDs | 1.12 (0.93–1.34) | 0.220 | 1.13 (0.82–1.54) | 0.452 | 1.09 (0.90–1.32) | 0.403 | 1.10 (0.69–1.77) | 0.682 |
| 271–360 DDDs | 1.26 (0.99–1.61) | 0.064 | 1.27 (0.84–1.93) | 0.252 | 1.31 (1.02–1.68) | 0.032 | 0.92 (0.45–1.89) | 0.816 |
| Over 360 DDDs | 1.42 (1.22–1.66) | <0.001 | 1.33 (1.02–1.74) | 0.037 | 1.04 (0.87–1.24) | 0.658 | 1.22 (0.80–1.85) | 0.358 |

* Abbreviations: DDDs, defined daily doses.

Regression was adjusted for age, sex, the Charlson comorbidity index, co-medications (aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors, and antiviral therapy for hepatitis B or C), comorbidities (hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, and chronic kidney disease), and calendar year at the start of follow-up.

*3.2. Comparison between Ranitidine and Famotidine for the Association with Patient Outcomes*

To avoid potential indication bias, we selected non-ranitidine users (control subjects) by PSM for the famotidine cohort, with a ranitidine–famotidine ratio of 1:1. This subgroup was added to determine whether the use of ranitidine increases the risk of developing cancers due to the related indication.

We screened the risk for cancer in the ranitidine (*n* = 35,269) and famotidine (*n* = 35,269) cohorts (Figure 1). Ranitidine users who were statistically matched with famotidine users were selected, adjusting for the following factors: age, sex, indications, co-medications, and comorbidities.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

The prevalence of overall cancer was 3052 (8.7%) in the ranitidine group and 2924 (8.3%) in the famotidine group. The overall cancer risk was statistically different between these two groups (adjusted HR, 1.07; 95% CI, 1.02–1.12, $p = 0.010$). Significant differences were also observed in liver (adjusted HR, 1.22; 95% CI, 1.06–1.40, $p = 0.005$) and renal cancer (adjusted HR, 1.33; 95% CI, 1.02–1.73, $p = 0.034$) outcomes between the two groups (Table 4).

In the Kaplan–Meier analysis, we found that liver cancer risk was significantly different between the ranitidine and famotidine cohorts with a balanced model ($p = 0.019$, Figure 5A). Moreover, the liver cancer risk was significantly higher in the ranitidine cohort than in non-ranitidine with famotidine and non-ranitidine without famotidine cohorts ($p < 0.001$ and $p = 0.02$, respectively; Figure 5B). Therefore, the pattern of the cumulative incidence of liver cancer was the same in the non-ranitidine groups, regardless of famotidine use.



**Figure 5.** (**A**) Cumulative incidences of liver cancer between ranitidine and famotidine users after adjustment for competing risks. (**B**) Cumulative incidences of liver cancer among ranitidine, non-ranitidine with famotidine, and non-ranitidine without famotidine users after adjustment for competing risks.

**Table 4.** Risk of cancer between famotidine and ranitidine users.

| Cancers | Famotidine | % | Ranitidine | % | Total | *p*-Value | HR (95% CI) | *p*-Value |
|---|---|---|---|---|---|---|---|---|
| Liver cancer | 380 | 1.1% | 442 | 1.3% | 822 | 0.032 | 1.22(1.06–1.40) | 0.005 |
| Oral cancer | 125 | 0.4% | 107 | 0.3% | 232 | 0.237 | 0.87(0.67–1.12) | 0.286 |
| Esophageal cancer | 52 | 0.1% | 60 | 0.2% | 112 | 0.451 | 1.19(0.82–1.72) | 0.364 |
| Gastric cancer | 142 | 0.4% | 165 | 0.5% | 307 | 0.208 | 1.19(0.95–1.49) | 0.122 |
| Colon cancer | 365 | 1.0% | 309 | 0.9% | 674 | 0.033 | 0.86(0.74–1.01) | 0.059 |
| Rectal cancer | 193 | 0.5% | 195 | 0.6% | 388 | 0.919 | 1.03(0.84–1.26) | 0.768 |
| Pancreas cancer | 66 | 0.2% | 80 | 0.2% | 146 | 0.281 | 1.25(0.90–1.73) | 0.186 |
| Lung cancer | 356 | 1.0% | 400 | 1.1% | 756 | 0.116 | 1.15(1.00–1.33) | 0.052 |
| Bone cancer * | n/a | n/a | n/a | n/a | n/a | n/a | 1.51(0.25–9.03) | 0.652 |
| Bladder cancer | 116 | 0.3% | 117 | 0.3% | 233 | 0.948 | 1.03(0.80–1.33) | 0.830 |
| Renal cancer | 98 | 0.3% | 128 | 0.4% | 226 | 0.053 | 1.33(1.02–1.73) | 0.034 |
| Thyroid cancer | 71 | 0.2% | 63 | 0.2% | 134 | 0.545 | 0.89(0.64–1.25) | 0.514 |
| Skin cancer | 137 | 0.4% | 137 | 0.4% | 274 | 1.000 | 1.02(0.81–1.30) | 0.842 |
| All cancers | 2924 | 8.3% | 3052 | 8.7% | 5976 | 0.086 | 1.07(1.02–1.12) | 0.010 |

* According to the data protection policy of NHIRD, the data on cancers with <3 cases cannot be provided.

### 3.3. Comparison between Ranitidine and PPIs for Their Association with Liver Cancer

Considering another potential indication bias, we categorized the non-ranitidine users (control subjects) into those with and without PPI use. This subgroup analysis aimed to

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

determine whether ranitidine use increased liver cancer risk due to an alternative medicine with a related indication.

We screened the risk for cancer in the ranitidine ($n = 55{,}110$), ranitidine without PPI ($n = 51{,}361$), and ranitidine with PPI ($n = 3749$) cohorts (Figure 6). Ranitidine users were selected to adjust for the following factors: age, sex, indications, co-medications, and comorbidities.

The liver cancer risk was significantly higher in the ranitidine group than in the non-ranitidine without PPI group (adjusted HR, 1.16; 95% CI, 1.04–1.30, $p = 0.006$). Furthermore, liver cancer risk was significantly lower in the non-ranitidine with PPI group than in the non-ranitidine without PPI group (adjusted HR, 0.49; 95% CI, 0.33–0.75, $p = 0.001$). In the Kaplan–Meier analysis, we found that liver cancer risk was significantly higher in the ranitidine group than in the non-ranitidine without PPI and non-ranitidine with PPI groups ($p = 0.032$ and $p < 0.001$, respectively; Figure 6).



**Figure 6.** Cumulative incidences of liver cancer among ranitidine, non-ranitidine with PPI, and non-ranitidine without PPI users after adjustment for competing risks.

## 4. Discussion

The current research, a population-level epidemiologic study, evaluated cancer risk attributed to long-term ranitidine use with NDMA exposure, which was linked to a higher liver cancer risk than the non-ranitidine group and the famotidine group. Several epidemiological analyses have reported the public health concern of NDMA exposure, which has been linked to an increased risk of stomach and colon cancers [11,12,35]. The carcinogenic effects of NDMA theoretically result from inducing DNA-damaging metabolites in the gastrointestinal tract and liver, as suggested by animal studies. Notably, NDMA is metabolized in the liver by CYP2E1 to methyl diazonium, leading to mutations caused by methylation and the development of liver cancer [3,36]. Several studies have reported that hypoacidity due to acid-suppressive medication use also plays a critical role in the development of liver and gastric cancers. The hypothesized mechanisms include bacterial overgrowth, the formation of N-nitroso compounds, lipopolysaccharides, and deoxycholic acid, which have been linked to the development of liver cancer [37–43]. Additionally, higher gastrin levels following PPI or H2RA use may be associated with gastrointestinal malignancies [44,45].

*Int. J. Environ. Res. Public Health* **2022**, 19, 12469

Therefore, it is reasonable to assume that a link between acid-suppressive medication use and cancer development may be based on differing mechanisms. However, the clear data from our real-world observational study strongly support the pathogenic role of NDMA contamination, given that long-term ranitidine use is associated with a higher likelihood of cancer development in ranitidine users compared to the control groups of non-ranitidine users who were treated with PPIs or famotidine. Conversely, an increasing number of recent clinical and epidemiological studies [14,15] concluded that there is no convincing evidence of the carcinogenic potency of ranitidine. Nevertheless, the limitations of the two studies mentioned above should be considered since their small sample size and short follow-up duration may cause statistical bias and inaccurate conclusions. One notable strength of our study is the huge population size selected from a high-quality nationwide and population-based database with a long follow-up period of 18 years. Specifically, it was based on a cohort design of a seemingly prospective technique to explore ranitidine exposure and cancer outcomes. Additionally, outcome data were retrieved from formal cancer registries, which are more accurate than other sources. Using PSM, our study constructed an artificial control group (non-ranitidine users) with similar characteristics by combining it with additional matching for multiple prognostic factors or regression adjustment. Using these matches, we estimated the impact of ranitidine intervention on cancer risk, which showed increased odds of developing liver, lung, pancreatic, and gastric cancers. The Kaplan–Meier analysis of our 18-year dataset confirmed these findings.

We included a second active comparator group of individuals who were also prescribed famotidine, containing no NDMA and used for an almost identical indication, which might minimize potential bias to clarify potential confounding by indication.

The overall cancer risk was statistically different between these two groups compared with famotidine or non-ranitidine users. Notably, liver and renal cancers were more common among ranitidine users. Furthermore, the Kaplan–Meier analysis revealed that liver cancer risk was significantly higher in the ranitidine cohort than in the famotidine cohort. Our study observed this outcome using non-ranitidine users as a control group. Additionally, this result contradicts other reports [14,15]. Therefore, based on a direct comparison with either the non-ranitidine group or the famotidine group (similar indication to ranitidine users), only liver cancer displayed a significant association with long-term ranitidine use. This approach was used to ameliorate the implicit indication bias that occurs when the cancer risk is related to the indication for medication use but not to the use of the medication itself [46].

Another comparative approach in our study revealed the association of ranitidine usage with four individual cancers with a high incidence rate (per 1000 person-years), including liver, lung, gastric, and pancreatic cancers, compared with the general population. However, as stated by Roberts et al. [27,47,48], the preference for a pharmacoepidemiological study of drug safety is to develop a new-user design rather than a prevalent-user design in which patients have already been receiving therapy for some time before the study follow-up begins. Therefore, our study used 1 year as the washout period, during which the participants were taken off ranitidine, to remove the effects of treatment before the study initiation. Nonetheless, ranitidine still showed similar results after excluding "protopathic bias" [49], meaning that ranitidine use sometimes precedes cancer development before it is diagnosed.

A positive quality of our study is the use of PSM [50] in a population-based cohort design, which imitates a randomized trial to control for confounding factors that mostly depend on selecting the documented confounders used in the matching model [51]. These potential confounders in our study, which were causally associated with cancer development, include age, sex, CCI, comorbidities, and medications. Nonetheless, PSM cannot specifically balance unknown factors as randomized controlled trials (RCTs) do. Therefore, some experts [52] argued that substantial bias exists in a PSM study, which is one of our study limitations. However, despite having this limitation, PSM potentially takes advantage of the ability to generate a huge sample size from a large database within a short time.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

Moreover, it is impractical and unethical to conduct an RCT to test the carcinogenicity of ranitidine in a patient.

In an additional dose–response subanalysis, given that drug–cancer associations are mostly dose-dependent, we further stratified the extent of NDMA exposure by cumulative ranitidine usage based on drug exposure: 90–180 DDDs, 181–270 DDDs, 271–360 DDDs, >360 DDDs, and an unexposed group. Notably, when considering the dose–response of ranitidine usage, there were significant trends of increased liver cancer risk with an increasing dose of ranitidine. However, there was no continuous dose–response relationship among the other individual cancers. Additionally, Iwagami et al. [14] reported contrary results, although they acknowledged a weakness in the study design due to the limited sample size and statistical power.

The conclusive results of our study after gathering data emphasize that consuming high levels of NDMA due to ranitidine use is linked to liver cancer development. Many current pieces of evidence based on several animal studies propose that NDMA affects liver cancer development, mostly originating from a detailed exploration of the molecular basis of NDMA's carcinogenic action [53–57]. For example, Souliotis et al. [58] reported that rats exposed to hepatocarcinogenic NDMA (0.2–2.64 ppm in the drinking water) for up to 180 days had a rapid accumulation of N7- and O6-methylguanine in the liver and white blood cells. The analysis of DNA, with the maximum adduct levels reached within 1–7 days dose-dependently, indicates that the accumulation of DNA damage and alterations in hepatocyte DNA replication during chronic NDMA exposure may influence the dose dependence of its carcinogenic efficacy. Notably, in the actual scenario, our result agrees with the above experimental data on the cumulative dose of ranitidine usage, which plays a vital role in hepatocarcinogenesis.

The present study has several limitations. First, it was constrained by the study design since we could not accurately estimate the NDMA level. Second, there were no data available in our database regarding certain confounders, such as alcohol consumption and cigarette smoking. Third, the patients' medication compliance cannot be detected from the NHIRD. Fourth, there was scarce information regarding over-the-counter ranitidine usage, which caused the underestimation of ranitidine exposure. Fifth, the NHIRD data used in our study was not the most recent. Sixth, the NHIRD lacks specific laboratory information. Finally, potential misdiagnosis, including comorbidities and cancer categories, is possible in the NHIRD due to the potential misclassification of ICD-9-CM and ICD-10-CM codes.

## 5. Conclusions

To conclude, the clinically meaningful results of this large-scale, longitudinal population-based cohort study using an excellent prescription and cancer database provide concrete evidence with very convincing long-term follow-up information for exploring the causative role of ranitidine in increasing the risk of carcinogenic effects on the liver, which was primarily caused by increasingly heavier ranitidine usage. However, to elucidate the underlying mechanisms of its causal association, further studies are necessary.

**Author Contributions:** Conceptualization, C.-H.W. and I.-I.C.; methodology, Y.-T.T.; software, Y.-T.T.; validation, Y.-T.T.; formal analysis, Y.-T.T.; investigation, C.-H.W. and I.-I.C.; resources, C.-H.W. and C.-H.C.; data curation, C.-H.W.; writing—original draft preparation, C.-H.W.; writing—review and editing, I.-I.C.; visualization, Y.-T.T.; supervision, C.-H.W.; project administration, C.-H.W.; funding acquisition, C.-H.W. and C.-H.C. All authors have read and agreed to the published version of the manuscript.

**Funding:** This research was funded by grant number RD-111-05, and the APC was funded by Tainan Municipal Hospital.

**Institutional Review Board Statement:** The study was conducted in accordance with the Declaration of Helsinki and approved by the Institutional Review Board of Show Chwan Memorial Hospital (IRB-No: 1101105) for studies involving humans.

**Informed Consent Statement:** Considering that the NHIRD dataset consists of encrypted secondary data, each person is impossible to identify; thus, the informed consent requirement was waived.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

**Data Availability Statement:** The NHIRD protects personal electronic data by rigorous confidentiality guidelines. The results presented in the study are available from the NHIRD of Taiwan for researchers who meet the criteria for access to confidential data, which cannot be shared publicly because of legal restrictions imposed by the government of Taiwan under the "Personal Information Protection Act". Requests for data can be sent as a formal proposal to the NHIRD (https://dep.nhi.gov.tw/dos/np-2497-113.html, accessed on 1 August 2022). The contact information for needed data is: 886-2-85906828; Email: sthuiying@mohw.gov.tw.

**Conflicts of Interest:** The authors declare no conflict of interest. The funding sources had no role in the design, analysis, interpretation, or reporting of results or in the decision to submit the manuscript for publication.

## References

1. Lipsy, R.J.; Fennerty, B.; Fagan, T.C. Clinical review of histamine2 receptor antagonists. *Arch. Intern. Med* **1990**, *150*, 745–751. [CrossRef] [PubMed]
2. Vermeer, N.S.; Straus, S.M.; Mantel-Teeuwisse, A.K.; Domergue, F.; Egberts, T.C.; Leufkens, H.G.; De Bruin, M.L. Traceability of biopharmaceuticals in spontaneous reporting systems: A cross-sectional study in the FDA Adverse Event Reporting System (FAERS) and EudraVigilance databases. *Drug Saf.* **2013**, *36*, 617–625. [CrossRef] [PubMed]
3. Tricker, A.R.; Preussmann, R. Carcinogenic N-nitrosamines in the Diet: Occurrence, Formation, Mechanisms and Carcinogenic Potential. *Mutat. Res. Genet. Toxicol.* **1991**, *259*, 277–289. [CrossRef]
4. U.S. Food and Drug Administration. FDA Updates and Press Announcements on NDMA in Zantac (Ranitidine). Available online: https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcementsndma-zantac-ranitidine (accessed on 16 April 2020).
5. European Medicines Agency. EMA Reviewing Medicines Containing Valsartan from Zhejiang Huahai Following the Detection of an Impurity. 2018. Available online: http://www.ema.europa.eu/ema/index.jsp?curl=pages/news_and_events/news/2018/07/news_detail_002984.jsp&mid=WC0b01ac058004d5c1 (accessed on 24 August 2018).
6. Mahase, E. FDA recalls ranitidine medicines over potential cancer causing impurity. *BMJ* **2019**, *367*, I5832. [CrossRef]
7. Medicines and Healthcare Products Regulatory Agency. Class 2 Medicines Recall: Zantac Injection 50 mg/2 mL, Zantac Syrup 150 mg/10 mL, Zantac Tablets 150 mg, Zantac Tablets 300 mg (EL (19)A 24). 8 October 2019. Available online: https://www.gov.uk/drug-devic-alerts/class-2-medicines-recall-zantac-injection-50mg-2ml-zantac-syrup-150mg-10ml-zantac-tablets-150mg-zantac-tablets-300mg-el-19-a-24 (accessed on 22 June 2020).
8. Lijinsky, W.; Reuber, M.D. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. *Cancer Lett.* **1984**, *22*, 83–88. [CrossRef]
9. International Agency for Research on Cancer. Overall Evaluations of Carcinogenicity: And Updating of IARC Monographs, Volume 1 to 42. In *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Supplement 7*; IARC: Lyon, France, 1987; Volume 7, pp. 1–440.
10. Brambilla, G.; Cavanna, M.; Faggin, P.; Maura, A.; Pino, A.; Ricci, R.; Robbiano, L. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. *Carcinogenesis* **1983**, *4*, 1281–1285. [CrossRef]
11. Loh, Y.H.; Jakszyn, P.; Luben, R.N.; Mulligan, A.A.; Mitrou, P.N.; Khaw, K.T. *N*-Nitroso compounds and cancer incidence: The European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am. J. Clin. Nutr.* **2011**, *93*, 1053–1061. [CrossRef]
12. Zhu, Y.; Wang, P.P.; Zhao, J.; Green, R.; Sun, Z.; Roebothan, B.; Squires, J.; Buehler, S.; Dicks, E.; Zhao, J.; et al. Dietary N-nitroso compounds and risk of colorectal cancer: A case-control study in Newfoundland and Labrador and Ontario, Canada. *Br. J. Nutr.* **2014**, *111*, 1109–1117. [CrossRef]
13. Habel, L.A.; Levin, T.R.; Friedman, G.D. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol. Drug Saf.* **2000**, *9*, 149–155. [CrossRef]
14. Iwagami, M.; Kumazawa, R.; Miyamoto, Y.; Ito, Y.; Ishimaru, M.; Morita, K.; Hamada, S.; Tamiya, N.; Yasunaga, H. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005–2018. *Drug Saf.* **2021**, *44*, 361–371. [CrossRef]
15. Yoon, H.J.; Kim, J.-H.; Seo, G.H.; Park, H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J. Clin. Med.* **2021**, *10*, 153. [CrossRef]
16. Kantor, E.D.; O'Connell, K.; Du, M.; Mendelsohn, R.B.; Liang, P.S.; Braunstein, L.Z. Ranitidine use and cancer risk: Results from UK Biobank. *Gastroenterology* **2021**, *160*, 1856–1859. [CrossRef]
17. Cardwell, C.R.; McDowell, R.D.; Hughes, C.M.; Hicks, B.; Murchie, P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am. J. Gastroenterol.* **2021**, *116*, 1612–1619. [CrossRef]
18. McGwin, G. The Associa-tion between Ranitidine Use and Gas-trointestinal Cancers. *Cancers* **2021**, *13*, 24. [CrossRef]
19. Song, P.; Wu, L.; Guan, W. Dietary nitrates, nitrites, and nitrosamines intake and the risk of gastric cancer: A meta-analysis. *Nutrients* **2015**, *7*, 9872–9895. [CrossRef]

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

20. Hidajat, M.; McElvenny, D.M.; Ritchie, P.; Darnton, A.; Mueller, W.; Van Tongeren, M.; De Vocht, F. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup. Environ. Med.* **2019**, *76*, 250–258. [CrossRef]

21. Tran-Duy, A.; Spaetgens, B.; Hoes, A.W.; de Wit, N.J.; Stehouwer, C.D. Use of proton pump inhibitors and risks of fundic gland polyps and gastric cancer: Systematic review and meta-analysis. *Clin. Gastroenterol. Hepatol.* **2016**, *14*, 1706–1719. [CrossRef]

22. Cheung, K.S.; Chan, E.W.; Wong, A.Y.; Chen, L.; Wong, I.C.; Leung, W.K. Long-term proton pump inhibitors and risk of gastric cancer development after treatment for Helicobacter pylori: A population-based study. *Gut* **2018**, *67*, 28–35. [CrossRef]

23. Li, D.K.; Yan, P.; Abou-Samra, A.B.; Chung, R.T.; Butt, A.A. Proton pump inhibitors are associated with accelerated development of cirrhosis, hepatic decompensation and hepatocellular carcinoma in noncirrhotic patients with chronic hepatitis C infection: Results from ERCHIVES. *Aliment. Pharmacol. Ther.* **2018**, *47*, 246–258. [CrossRef]

24. Lai, S.W.; Liao, K.F.; Lai, H.C.; Lin, C.L.; Sung, F.C. Proton pump inhibitors and risk of hepatocellular carcinoma: A case-control study in Taiwan. *Acta Gastro-Enterol. Belg.* **2013**, *76*, 348–350.

25. Kao, W.-Y.; Su, C.-W.; Tan, E.C.-H.; Lee, P.-C.; Chen, P.-H.; Tang, J.-H.; Huang, Y.-H.; Huo, T.-L.; Chang, C.-C.; Hou, M.-C.; et al. Proton pump inhibitors and risk of hepatocellular carcinoma in patients with chronic hepatitis B or C. *Hepatology* **2019**, *69*, 1151–1164. [CrossRef] [PubMed]

26. Kim, S.; Jeong, S.; Park, S.J.; Chang, J.; Choi, S.; Cho, Y.; Ahn, J.C.; Lee, G.; Son, J.S.; Park, S.M. Association between Proton Pump Inhibitor Use and Risk of Hepatocellular Carcinoma: A Korean Nationally Representative Cohort Study. *J. Clin. Med.* **2022**, *11*, 2865. [CrossRef] [PubMed]

27. World Health Organization. ATC/DDD Index 2020. Available online: https://www.whocc.no/atc_ddd_index/ (accessed on 22 June 2020).

28. Wesdorp, I.C.; Dekker, W.; Klinkenberg-Knol, E.C. Treatment of reflux oesophagitis with ranitidine. *Gut* **1983**, *24*, 921–924. [CrossRef]

29. Ashton, M.G.; Holdsworth, C.D.; Ryan, F.P.; Moore, M. Healing of gastric ulcers after one, two, and three months of ranitidine. *Br. Med. J. (Clin. Res. Ed.)* **1982**, *284*, 467–468. [CrossRef] [PubMed]

30. Roberts, A.W.; Dusetzina, S.B.; Farley, J.F. Revisiting the washout period in the incident user study design: Why 6–12 months may not be sufficient. *J. Comp. Eff. Res.* **2015**, *4*, 27–35. [CrossRef]

31. Greifer, N. Estimating Effects After Matching. MatchIt: Nonparametric Preprocessing for Parametric Causal Inference. Available online: https://cran.r-project.org/web/packages/MatchIt/vignettes/estimating-effects.html (accessed on 1 August 2022).

32. Abadie, A.; Spiess, J. Robust post-matching inference. *J. Am. Stat. Assoc.* **2022**, *117*, 983–995. [CrossRef]

33. Higbee, J.D.; Lefler, J.S.; Burnett, R.T.; Ezzati, M.; Marshall, J.D.; Kim, S.-Y.; Bechle, M.; Robinson, A.L.; Pope, C.A., III. Estimating long-term pollution exposure effects through inverse probability weighting methods with Cox proportional hazards models. *Environ. Epidemiol.* **2020**, *4*, e085. [CrossRef]

34. Davison, A.C.; Hinkley, D.V. *Bootstrap Methods and Their Application*; Cambridge University Press: Cambridge, UK, 2013.

35. Knekt, P.; Järvinen, R.; Dich, J.; Hakulinen, T. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: A follow-up study. *Int. J. Cancer* **1999**, *80*, 852–856. [CrossRef]

36. Bartsch, H.; KO'Neill, I. Ninth International Meeting on N-Nitroso Compounds: Exposures, Mechanisms, and Relevance to Human Cancer. *Cancer Res.* **1988**, *48*, 4711–4714.

37. Thorens, J.; Froehlich, F.; Schwizer, W.; Saraga, E.; Bille, J.; Gyr, K.; Duroux, P.; Nicolet, M.; Pignatelli, B.; Blum, A.L.; et al. Bacterial overgrowth during treatment with omeprazole compared with cimetidine: A prospective randomised double blind study. *Gut* **1996**, *39*, 54–59. [CrossRef]

38. Laine, L.; Ahnen, D.; McClain, C.; Solcia, E.; Walsh, J.H. potential gastrointestinal effects of long-term acid suppression with proton pump inhibitors. *Aliment. Pharmacol. Ther.* **2000**, *14*, 651–668. [CrossRef]

39. Tao, X.; Wang, N.; Qin, W. Gut microbiota and hepatocellular carcinoma. *Gastrointest. Tumors* **2015**, *2*, 33–40. [CrossRef]

40. Tannenbaum, S.R. N-nitroso compounds: A perspective on human exposure. *Lancet* **1983**, *1*, 629–632. [CrossRef]

41. Mitacek, E.J.; Brunnemann, K.D.; Suttajit, M.; Martin, N.; Limsila, T.; Ohshima, H.; Caplan, L.S. Exposure to N-nitroso compounds in a population of high liver cancer regions in Thailand: Volatile nitrosamine (VNA) levels in Thai food. *Food Chem. Toxicol.* **1999**, *37*, 297–305. [CrossRef]

42. Jirillo, E.; Caccavo, D.; Magrone, T.; Piccigallo, E.; Amati, L.; Lembo, A.; Kalis, C.; Gumenscheimer, M. The role of the liver in the response to LPS: Experimental and clinical findings. *J. Endotoxin Res.* **2002**, *8*, 319–327. [CrossRef]

43. Darnaud, M.; Faivre, J.; Moniaux, N. Targeting gut flora to prevent progression of hepatocellular carcinoma. *J. Hepatol.* **2013**, *58*, 385–387. [CrossRef]

44. Orlando, L.A.; Lenard, L.; Orlando, R.C. Chronic hypergastrinemia: Causes and consequences. *Dig. Dis. Sci.* **2007**, *52*, 2482–2489. [CrossRef]

45. Moore, T.C.; Jepeal, L.I.; Boylan, M.O.; Singh, S.K.; Boyd, N.; Beer, D.G.; Chang, A.J.; Wolfe, M.M. Gastrin stimulates receptor-mediated proliferation of human esophageal adenocarcinoma cells. *Regul. Pept.* **2004**, *120*, 195–203. [CrossRef]

46. Salas, M.; Hotman, A.; Stricker, B.H. Confounding by indication: An example of variation in the use of epidemiologic terminology. *Am. J. Epidemiol.* **1999**, *149*, 981–983. [CrossRef]

47. Ray, W.A. Evaluating medication effects outside of clinical trials: New-user designs. *Am. J. Epidemiol.* **2003**, *158*, 915–920. [CrossRef]

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

48. Perrio, M.; Waller, P.C.; Shakir, S.A. An analysis of the exclusion criteria used in observational pharmacoepidemiological studies. *Pharmacoepidemiol. Drug Saf.* **2007**, *16*, 329–336. [CrossRef]

49. Horwitz, R.I.; Feinstein, A.R. The problem of "protopathic bias" in case-control studies. *Am. J. Med.* **1980**, *68*, 255–258. [CrossRef]

50. Stürmer, T.; Joshi, M.; Glynn, R.J.; Avorn, J.; Rothman, K.J.; Schneeweiss, S. A review of the application of propensity score methods yielded increasing use, advantages in specific settings, but not substantially different estimates compared with conventional multivariable methods. *J. Clin. Epidemiol.* **2006**, *59*, 437.e1–437.e24. [CrossRef] [PubMed]

51. Hallas, J.; Pottegård, A. Use of self-controlled designs in pharmacoepidemiology. *J. Intern. Med.* **2014**, *275*, 581–589. [CrossRef] [PubMed]

52. Peikes, D.N.; Moreno, L.; Orzol, S.M. Propensity score matching: A note of caution for evaluators of social programs. *Am. Stat.* **2008**, *62*, 222–231. [CrossRef]

53. Swenberg, J.A.; Bedell, M.A.; Billings, K.C.; Umbenhauer, D.R.; Pegg, A.E. Cell-specific differences in O6-alkylguanine DNA repair activity during continuous exposure to carcinogen. *Proc. Natl. Acad. Sci. USA* **1982**, *79*, 5499–5502. [CrossRef]

54. Bedell, M.A.; Lewis, J.G.; Billings, K.C.; Swenberg, J.A. Cell specificity in hepatocarcinogenesis: 06-methylguanine preferentially accumulates in target cell DNA during continuous exposure of rats to 1,2-dimethylhydrazine. *Cancer Res.* **1982**, *42*, 3079–3083.

55. Dumenco, L.L.; Allay, E.; Norton, K.; Gerson, S.L. The prevention of thymic lymphomas in transgenic mice by human O6-alkylguanine-DNA alkyltransferase. *Science* **1993**, *259*, 219–222. [CrossRef]

56. Nakatsuru, Y.; Matsukuma, S.; Nemoto, N.; Sugano, H.; Sekiguchi, M.; Ishikawa, T. O6-methylguanine-DNA methyltransferase protects against nitrosamine-induced hepatocarcinogenesis. *Proc. Natl. Acad. Sci. USA* **1993**, *90*, 6468–6472. [CrossRef]

57. Zaidi, N.H.; Pretlow, T.P.; O'Riordan, M.A.; Dumenco, L.L.; Allay, E.; Gerson, S.L. Transgenic expression of human MGMT protects against azoxymethane-induced aberrant crypt foci and G to A mutations in the K-ras oncogene of mouse colon. *Carcinogenesis* **1995**, *16*, 451–456. [CrossRef]

58. Souliotis, V.L.; Henneman, J.R.; Reed, C.D.; Chhabra, S.K.; Diwan, B.A.; Anderson, L.M.; Kyrtopoulos, S.A. DNA adducts and liver DNA replication in rats during chronic exposure to N-nitrosodimethylamine (NDMA) and their relationships to the dose-dependence of NDMA hepatocarcinogenesis. *Mutat. Res. Fundam. Mol. Mech. Mutagen.* **2002**, *500*, 75–87. [CrossRef]

# EXHIBIT
# 750

# Exhibit 60

**Exhibit 0017**

10/18/2022
Dr. Paul Michaels

Received: 20 March 2021 | First decision: 5 April 2021 | Accepted: 19 May 2021

DOI: 10.1111/apt.16464

AP&T Alimentary Pharmacology & Therapeutics    WILEY

# No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies

**Yeseong D. Kim**[1] | **Jiasheng Wang**[1] | **Fahmi Shibli**[2] | **Kamrine E. Poels**[3] | **Stephen J. Ganocy**[4] | **Ronnie Fass**[2]

[1]Department of Internal Medicine, MetroHealth Medical Center, Case Western Reserve University, Cleveland, OH, USA

[2]Division of Gastroenterology and Hepatology, The Oesophageal and Swallowing Center, Case Western Reserve University, MetroHealth Medical Center, Cleveland, OH, USA

[3]Department of Biostatistics, Harvard T.H. Chan School of Public Health, Boston, MA, USA

[4]Data Management and Statistical Analysis Unit, Mood Disorders Program, University Hospitals Case Medical Center, Case Western Reserve University, Cleveland, OH, USA

**Correspondence**
Ronnie Fass, Case Western Reserve University, Director, Division of Gastroenterology and Hepatology, Head, Oesophageal and Swallowing Center, MetroHealth Medical Center, 2500 MetroHealth Drive, Cleveland, OH 44109, USA.
Email: rfass@metrohealth.org

**Funding information**
No funding was obtained for this study. The writing of this study was completed by the authors and had no funding.

## Summary

**Background:** In 2019, the United States Food and Drug Administration detected above-regulation levels of the human carcinogen N-nitrosodimethylamine (NDMA) in ranitidine, resulting in a complete removal of the medication from the market. NDMA is known to cause gastrointestinal malignancies in animal models.

**Aim:** To determine if patients who were receiving ranitidine have a higher risk of developing cancers of the digestive tract compared to patients taking other anti-reflux medications.

**Methods:** Using the nationwide database IBM Explorys, patients taking ranitidine were compared to patients on either famotidine or omeprazole. Incidence data of new malignancies of the oesophagus, stomach, liver, pancreas, and colon/rectum were obtained in 1-year intervals for up to 10 years. Two multivariable logistic regression models were used to calculate odds ratios (ORs), one adjusting for common risk factors for each cancer studied, and the other for demographic factors.

**Results:** Patients on ranitidine who were compared to patients on famotidine had ORs of 0.51(95% CI 0.43-0.60), 0.43(95% CI 0.36-0.51), 0.39(95% CI 0.36-0.41), 0.54(95% CI 0.49-0.62), and 0.46(95% CI 0.43-0.49) of developing oesophageal, gastric, hepatocellular, pancreatic, and colorectal cancers, respectively ($P < 0.001$). Patients on ranitidine compared to omeprazole had ORs of 0.62(95% CI 0.52-0.72), 0.58(95% CI 0.49-0.68), 0.81 (95% CI 0.76-0.86), 0.68(95% CI 0.60-0.76), and 0.66(95% CI 0.62-0.70) of developing oesophageal, gastric, hepatocellular, pancreatic, and colorectal cancers respectively ($P < 0.001$).

**Conclusions:** Use of ranitidine was not associated with an increased odds of developing gastrointestinal malignancies compared to omeprazole or famotidine use.

---

The Handling Editor for this article was Dr Colin Howden, and it was accepted for publication after full peer-review.

# 1 | INTRODUCTION

Histamine-2-receptor antagonists (H2RA) are commonly used medications for the treatment of gastrooesophageal reflux disease (GORD), as well as symptoms of dyspepsia and peptic ulcer disease.[1,2] There are four H2RAs available in the United States, including cimetidine (Tagamet®, SmithKline Beecham, among others), ranitidine (Zantac®, GlaxoSmithKline, London, England; among others), famotidine (Pepcid®, Merck & Co. Inc, Kenilworth, New Jersey, USA.among others), and nizatidine (Axid®, Eli Lilly and Company, Indianapolis, Indiana, USA. among others). H2RAs are historically among the highest revenue-generating medications, with Tagamet and Zantac being among the earliest billion dollar drugs during the 1980s. As anti-acid medications, H2RAs lower gastric acid secretion via competitive inhibition of histamine at the H2 receptors on the surface of the parietal cells.[3] Since the secretion of acid by the stomach depends on the binding of either gastrin, acetylcholine, or histamine to their respective receptors, blocking acetylcholine or histamine receptors on parietal cells, or gastrin receptors on enterochromaffin-like (ECL) cells, leads to a reduction in gastric acid output.[4,5] Thus, H2RAs are able to inhibit gastric acid secretion that follows vagal stimulation (via gastrin and acetylcholine), in addition to histamine.[6] The various H2RAs demonstrate similar pharmacokinetic profiles with minor individual variations. In ranitidine, specifically, peak plasma concentration is achieved within 1–2 hours after oral administration, which is not influenced by the presence of food in the stomach.[7] Mean bioavailability is approximately 50%, and hepatic clearance is 73% after oral ingestion. The mean elimination half-life of ranitidine is about ~3 hours but is dependent on glomerular filtration rate (GFR).[8]

In 2019, the United States Food and Drug Administration issued a statement in response to a citizen petition that N-nitrosodimethylamine (NDMA) had been detected in ranitidine above the accepted daily intake (ADI) levels of 0.096 μg. Consequently, a complete removal of ranitidine products from the market was ordered.[9] Although human data are scarce, the relationship between ranitidine and cancer has been studied in animal models, in which ranitidine has been shown to cause DNA fragmentation of the liver and gastric mucosa in mice.[10] As a member of the N-Nitrosamines, NDMA is a known animal carcinogen which is well studied in murine models and has been shown to cause tumours of various gastrointestinal organs including the liver, colon, pancreas, and stomach.[11,12] NDMA's mechanism of oncogenesis is primarily via its metabolism to methyldiazonium by cytochrome P-450 in the liver, causing mutations through alkylation of endorgans.[13,14] This mechanism of action has been well established in rat models, and has been shown to also be preserved in primates, including humans as well.[15] Given the wide use of H2RAs, and patients' as well as prescribers' apprehension about post-utilisation of ranitidine, we aimed to investigate whether chronic use of ranitidine confers an increased risk of developing gastrointestinal malignancies as compared with famotidine (another H2RA), and omeprazole (a PPI).

# 2 | MATERIALS AND METHODS

## 2.1 | Database description

Explorys (IBM ®Explorys) is a private, cloud-based data store which provides aggregated and deidentified electronic medical record data from 360 and over 73 million individual patients across the United States. This software places a healthcare gateway server behind the firewall of each participating healthcare institution, and precludes the investigators from seeing institution or patient-level data. The data are real-time updated at least once every 24 hours and retrieved from a variety of health information systems including billing inquiries, electronic health records (EHRs), and laboratory systems, which is then uploaded onto a data grid. This grid is accessible via web application and allows the user to search and analyse the aggregated, standardised, normalised, and de-identified population level data.[16]

The data in Explorys are exported according to common clinical standards; diagnoses are derived from the International Classification of Diseases, Tenth Revision, Clinical Modification (ICD-10-CM), and mapped into Systemised Nomenclature of Medicine—Clinical Terms (SNOMED-CT). Procedures and findings are also directly mapped into the SNOMED-CT hierarchy. Laboratory tests are mapped onto Logical Observation Identifiers Names and Codes (LOINC), and prescription drugs are mapped onto RxNorm. This standardisation of medical linguistics facilitates rapid searching, indexing, and cohort generation. For Health Insurance Portability and Accountability Act (HIPAA) compliant statistical de-identification purposes, population counts are reported to the nearest 10, or as less than 10 if between 0 and 10.[17]

## 2.2 | Study design

Population-based data retrieval using Explorys was performed to identify 3 cohorts of adult patients at or above the age of 18 who were prescribed either ranitidine, famotidine, or omeprazole (Figure 1). Each cohort was subsequently subdivided into subcohorts to identify the incidences of first-time diagnoses of 5-gastrointestinal malignancies; oesophageal, gastric, hepatocellular, pancreatic, and colorectal. Incidence data for each cancer were queried up to 10 years (2009-2018) in 1-year intervals, with the first-time cancer diagnosis indexed at a minimum of 1 year following initiation of each anti-reflux therapy. This one year lag-time was incorporated to mitigate the effects of immortal time bias, as acute NDMA exposures of less than 1 year is unlikely to affect an individual's risk of cancer formation.[18] Additionally, the effects of protopathic bias were mitigated by excluding patients with prior history of any malignancy, and by incorporating the aforementioned 1 year lag-time. Furthermore, it was ensured that each anti-reflux medication was continued until the initial diagnoses of each gastrointestinal malignancy by querying cohorts only with a concurrent prescription of given anti-reflux therapy at the time of initial cancer diagnosis. Diagnostic terms based on



**FIGURE 1** Flow chart diagram of study algorithm describing patient selection rationale and sample sizes of target cohorts

Explorys SNOMED-CT codes that were used included "malignant tumour of oesophagus," "malignant tumour of stomach," "malignant neoplasm of liver," "malignant tumour of pancreas," and "malignant tumour of large intestine." Pharmacological nomenclature used based on RxNorm were "ranitidine," "Zantac," "famotidine," "Pepcid," "omeprazole," and "Prilosec." This study was exempt by the MetroHealth Institutional Review Board (IRB). All authors had access to the study data and reviewed/approved the final manuscript.

## 2.3 | Control and confounding factors

Several measures were undertaken to mitigate the effect of confounding factors. First, patients with prior diagnosis of any gastrointestinal malignancy were excluded. Patients who were prescribed more than one anti-reflux medication, in any combination of the three medications studied, were excluded from the study. Parallel search parameters and retrieval criteria were used to query patient cohorts started on either ranitidine, famotidine, or omeprazole. Famotidine was used as a same-class medication comparator, and omeprazole as a different-class medication comparator. Both drugs are widely used to treat acid-peptic disorders,

and are not known to contain NDMA or cause malignancy, serving as controls to maintain internal validity of the study design, search strategy, and data from the database. Adjusted odds ratios (ORs) were calculated by multivariable logistic regression analysis accounting for three common risk factors for each type of cancer studied. For oesophageal cancer, tobacco use, alcohol use, and Barrett's oesophagus (BO); for gastric cancer, atrophic gastritis, tobacco use, and obesity; for pancreatic cancer, tobacco use, diabetes mellitus (DM), and obesity; for liver cancer, cirrhosis, obesity, and chronic viral hepatitis; for colorectal cancer, obesity, DM, and IBD were controlled for. A separate multivariable logistic regression model was performed accounting for demographic factors including age above or below 65, male or female gender, Caucasian or African American race, and the most significant risk factor from the common risk factor analysis model. Two separate regression models were run so the Explorys cohort sizes would return as non-zero integers. Continuous variables were subdivided into categorical variables. Demographic terms based on SNOMED-CT codes that were used were "male," "female," "adult between 18 and 65 of age," "senior above 65 of age," "Caucasian race," "African American race." Diagnostic terms based on SNOMED-CT codes for confounders were "tobacco use," "current drinker of alcohol," "Barrett's oesophagus,"

"atrophic gastritis," "obesity by BMI > 30," "diabetes mellitus," "cirrhosis of the liver," "chronic viral hepatitis," and "inflammatory bowel disease."

To validate the data generated by the database, we generated five separate cohorts to examine the annual incidence rates of each gastrointestinal malignancy studied from 2009 to 2018 for comparison to known values reported in the literature.

## 2.4 | Statistical analysis

All demographic and incidence data in this study queried from Explorys were categorical and thus were presented as counts and percentages. Multivariable logistic regression analysis on aggregated data was calculated to assess risk, in the form of ORs, of gastrointestinal malignancies for ranitidine, famotidine, and omeprazole usage in patients while adjusting for tobacco use, alcohol use, DM, obesity, cirrhosis, IBD, atrophic gastritis, and BO as covariables in predetermined combinations, as previously described, depending on the cancer queried. A separate multivariable logistic regression analysis was performed adjusting for age, gender, race, and highest-weight common cancer risk factor in predetermined combinations as previously described. Chi-squared test was employed to analyse the significance of differences in baseline characteristics among the cohorts. All tests were two-sided. Using Bonferroni correction for multiple comparisons, statistical significance was established at $P < 0.002$ throughout the study. R version 3.6.1 (R Foundation for Statistical Computing) was used to compute all statistical tests.

## 3 | RESULTS

### 3.1 | Demographics and baseline patient characteristics

Incidence data were queried for new malignancy diagnoses in the ranitidine, famotidine, and omeprazole cohorts. A total of 581 028 patients were prescribed ranitidine, 909 970 were prescribed famotidine, and 2 179 048 were prescribed omeprazole, and continued in various intervals throughout the 2009-2018 10-year window. Demographic data were collected for all study and control cohorts over a 10-year window, as depicted in Table 1.

Statistical analyses of significance of differences in proportions were performed for 16 baseline patient characteristics between ranitidine and famotidine, as well as ranitidine and omeprazole, as presented in Table 2. In the ranitidine vs famotidine analyses, race (Asian and other), tobacco use, DM, obesity, cirrhosis, IBD, and atrophic gastritis showed significant differences, with famotidine showing higher rates in all categories except other race. In the ranitidine vs omeprazole comparisons, age (below and over 65), sex (male and female), race (African American and Caucasian), DM, cirrhosis, and BO demonstrated significant differences, with ranitidine showing higher rates in age below 65, female sex, African American race, and lower rates in DM, cirrhosis, and BO.

### 3.2 | Incidences of new gastrointestinal malignancies

In the ranitidine cohort, 180 (0.031%), 170 (0.029%), 880 (0.15%), 320 (0.055%), and 1370 (0.24%) developed new oesophageal, gastric, hepatocellular, pancreatic, and colorectal malignancies, respectively. In the famotidine cohort, 550 (0.060%), 670 (0.074%), 4520 (0.50%), 1120 (0.12%), and 5330 (0.59%) developed new oesophageal, gastric, hepatocellular, pancreatic, and colorectal malignancies, respectively. In the omeprazole cohort, 1260 (0.058%), 1160 (0.053%), 5440 (0.25%), 2060 (0.094%), and 7190 (0.33%) developed new oesophageal, gastric, hepatocellular, pancreatic, and colorectal malignancies, respectively. Combined incidences of new GI malignancies were highest in the first 1-2 years after starting antireflux therapy and consistently decreased throughout the study period (Figure 2). Patient characteristics, demographics, and risk factor data are included in Table 1.

### 3.3 | Multivariable regression modeling using selected risk factors for each cancer

Table 3 shows the OR and confidence intervals (CI) derived from the multivariable logistic regression modelling which corrected for common risk factors for each cancer. Patients on ranitidine compared to patients on famotidine had ORs of 0.51, 0.43, 0.39, 0.54, and 0.46 of developing oesophageal, gastric, hepatocellular, pancreatic, and colorectal cancers, respectively. Compared to patients on omeprazole, patients on ranitidine had ORs of 0.62, 0.58, 0.81, 0.68, and 0.66 of developing oesophageal, gastric, hepatocellular, pancreatic, and colorectal cancers, respectively. As seen, ORs were significantly below 1 for all malignancies analysed, with ranitidine showing a further reduced OR compared to famotidine than to omeprazole. $P$ values were <0.001 for all ORs calculated.

### 3.4 | Multivariable regression modeling using demographic factors

Table 4 describes the ORs and CI derived from the second regression analysis which corrected for demographic factors and one common cancer risk factor with the largest weight for each cancer. Patients on ranitidine compared to patients on famotidine had ORs of 0.56, 0.49, 0.38, 0.50, and 0.49 of developing oesophageal, gastric, hepatocellular, pancreatic, and colorectal cancers, respectively. Compared to patients on omeprazole, patients on ranitidine had ORs of 0.80, 0.93, 0.97, 0.84, and 0.97 of developing oesophageal, gastric, hepatocellular, pancreatic, and

**TABLE 1**  Baseline patient characteristics and common risk factors for each gastrointestinal malignancy studied

| Patient demographics and characteristics | | | | | |
| --- | --- | --- | --- | --- | --- |
| | Oesophageal cancer | Gastric cancer | Liver cancer | Pancreatic cancer | Colorectal cancer |
| **Ranitidine** | N = 180 (%) | N = 170 (%) | N = 880 (%) | N = 320 (%) | N = 1370 (%) |
| Age | | | | | |
| <65 | 60 (33.33) | 40 (23.53) | 290 (32.95) | 70 (21.88) | 460 (33.58) |
| >65 | 120 (66.67) | 130 (76.47) | 590 (67.05) | 250 (78.13) | 910 (66.42) |
| Sex | | | | | |
| Female | 60 (33.33) | 90 (52.94) | 490 (55.68) | 180 (56.25) | 820 (59.85) |
| Male | 120 (66.67) | 80 (47.06) | 380 (43.18) | 140 (43.75) | 550 (40.15) |
| Race/ethnicity | | | | | |
| African American | 20 (11.11) | 30 (17.65) | 150 (17.05) | 40 (12.50) | 150 (10.95) |
| Caucasian | 140 (77.78) | 130 (76.47) | 670 (76.14) | 260 (81.25) | 1130 (82.48) |
| Asian | 0 (0.00) | 0 (0.00) | 10 (1.14) | 10 (3.13) | 30 (2.19) |
| Other | 20 (11.11) | 10 (5.88) | 50 (5.68) | 10 (3.13) | 60 (4.38) |
| Co-morbidities | | | | | |
| Tobacco use | 70 (38.89) | 60 (35.29) | 290 (32.95) | 80 (25.00) | 390 (28.47) |
| Alcohol use | 70 (38.89) | 70 (41.18) | 300 (34.09) | 90 (28.13) | 520 (37.96) |
| Diabetes mellitus | 70 (38.89) | 60 (35.29) | 340 (38.64) | 150 (46.88) | 480 (35.04) |
| Obesity | 30 (16.67) | 40 (23.53) | 200 (22.73) | 70 (21.88) | 360 (26.28) |
| Cirrhosis | <10 (<5.56) | <10 (<5.88) | 130 (14.77) | 10 (3.13) | 40 (2.92) |
| IBD | <10 (<5.56) | <10 (<5.88) | 20 (2.27) | <10 (<3.13) | 50 (3.65) |
| Atrophic gastritis | <10 (<5.56) | 20 (11.76) | 20 (2.27) | 10 (3.13) | 30 (2.19) |
| Barrett's oesophagus | 30 (16.67) | 20 (11.76) | 20 (2.27) | 10 (3.13) | 30 (2.19) |
| **Famotidine** | N = 550 (%) | N = 670 (%) | N = 4520 (%) | N = 1120 (%) | N = 5330 (%) |
| Age | | | | | |
| <65 | 150 (27.27) | 190 (28.36) | 1700 (37.61) | 280 (25.00) | 1780 (33.40) |
| >65 | 400 (72.73) | 480 (71.64) | 2820 (62.39) | 840 (75.00) | 3550 (66.60) |
| Sex | | | | | |
| Female | 180 (32.73) | 300 (44.78) | 2430 (53.76) | 560 (50.00) | 3010 (56.47) |
| Male | 370 (67.27) | 370 (55.22) | 2090 (43.24) | 560 (50.00) | 2320 (43.53) |
| Race/ethnicity | | | | | |
| African American | 50 (9.09) | 120 (17.91) | 630 (12.94) | 140 (12.50) | 640 (12.01) |
| Caucasian | 470 (85.45) | 500 (74.63) | 3670 (81.19) | 910 (81.25) | 4410 (82.74) |
| Asian | 0 (0.00) | 40 (5.97) | 130 (2.88) | 50 (4.46) | 170 (3.19) |
| Other | 30 (5.45) | 10 (1.49) | 90 (1.99) | 20 (1.79) | 110 (2.06) |
| Co-morbidities | | | | | |
| Tobacco use | 250 (45.45) | 260 (38.81) | 1670 (36.95) | 380 (33.93) | 2030 (38.09) |
| Alcohol use | 220 (40.00) | 240 (35.82) | 1690 (37.39) | 410 (36.61) | 1880 (35.27) |
| Diabetes Mellitus | 220 (40.00) | 310 (46.27) | 1830 (40.49) | 600 (53.57) | 2540 (47.65) |
| Obesity | 150 (27.27) | 200 (29.85) | 1330 (29.42) | 330 (29.46) | 1930 (36.21) |
| Cirrhosis | 30 (5.45) | 40 (5.97) | 570 (12.61) | 70 (6.25) | 680 (12.76) |
| IBD | 10 (1.82) | 20 (2.99) | 100 (2.21) | 30 (2.68) | 350 (6.57) |
| Atrophic gastritis | 30 (5.45) | 60 (8.96) | 160 (3.54) | 50 (4.46) | 210 (3.94) |
| Barrett's oesophagus | 80 (14.55) | 50 (7.46) | 100 (2.21) | 30 (2.68) | 100 (1.88) |

(Continues)

KIM ET AL.

Alimentary Pharmacology & Therapeutics—WILEY 611

**TABLE 1** (Continued)

| Patient demographics and characteristics | | | | | |
|---|---|---|---|---|---|
| | Oesophageal cancer | Gastric cancer | Liver cancer | Pancreatic cancer | Colorectal cancer |
| Omeprazole | N = 1260 (%) | N = 1160 (%) | N = 5440 (%) | N = 2060 (%) | N = 7190 (%) |
| Age | | | | | |
| <65 | 290 (23.02) | 270 (23.28) | 1560 (28.68) | 400 (19.42) | 1770 (24.62) |
| >65 | 970 (76.98) | 890 (76.72) | 3880 (71.32) | 1660 (80.58) | 5420 (75.38) |
| Sex | | | | | |
| Female | 360 (28.57) | 510 (43.97) | 2520 (46.32) | 1040 (50.49) | 3970 (55.22) |
| Male | 880 (69.84) | 650 (56.03) | 2830 (52.02) | 1020 (49.51) | 3220 (44.78) |
| Race/ethnicity | | | | | |
| African American | 70 (5.56) | 140 (12.07) | 590 (10.85) | 210 (10.19) | 600 (8.34) |
| Caucasian | 1110 (88.10) | 920 (79.31) | 4500 (82.72) | 1740 (84.47) | 6170 (85.81) |
| Asian | 10 (0.79) | 30 (2.59) | 70 (1.29) | 10 (0.49) | 100 (1.39) |
| Other | 70 (5.56) | 70 (6.03) | 280 (5.15) | 100 (4.85) | 320 (4.45) |
| Co-morbidities | | | | | |
| Tobacco use | 390 (30.95) | 290 (25.00) | 1800 (33.09) | 540 (26.21) | 1800 (25.03) |
| Alcohol use | 440 (34.92) | 390 (33.62) | 1770 (32.54) | 710 (34.47) | 2340 (32.55) |
| Diabetes Mellitus | 460 (36.51) | 450 (38.79) | 2360 (43.38) | 1020 (49.51) | 2870 (39.92) |
| Obesity | 290 (23.02) | 300 (25.86) | 1370 (25.18) | 510 (24.76) | 2050 (28.51) |
| Cirrhosis | 60 (4.76) | 60 (5.17) | 1240 (22.79) | 90 (4.37) | 330 (4.59) |
| IBD | 30 (2.38) | 20 (1.72) | 130 (2.39) | 60 (2.91) | 290 (4.03) |
| Atrophic gastritis | 50 (3.97) | 100 (8.62) | 260 (4.78) | 100 (4.85) | 250 (3.48) |
| Barrett's oesophagus | 310 (24.60) | 140 (12.07) | 310 (5.70) | 140 (6.80) | 400 (5.56) |

colorectal cancers, respectively. *P* values were <0.001 for all ORs calculated. The ORs and CIs of the common cancer risk factors and demographic predictors included in the regression analyses are included in Table S1.

The comparison against famotidine were similar to the demographic regression model, in that the ORs were well below 1. The comparison against omeprazole, however, revealed that the odds of developing cancers of the stomach, liver, or colon/rectum in patients taking ranitidine were equivalent to the odds in patients taking omeprazole. These results suggest that as compared with famotidine and omeprazole, patients consuming ranitidine are at a lower risk when compared to patients consuming famotidine, and a relatively equivalent risk when compared to patients consuming omeprazole, of developing gastrointestinal malignancies.

## 3.5 | Data validation

To validate our data, we obtained annual incidence data of the five gastrointestinal malignancies studied from 2009 to 2018 (Figure S1). Average incidence ratios (cases per 100 000) were 4.66, 5.54, 9.03, 7.35, and 3.84 for oesophageal, gastric, hepatocellular, pancreatic, and colorectal cancers each, respectively (Table 5). These values

show reasonable consistency with rates reported in the literature,[19-23] suggesting that the search strategy utilised and cohorts generated contain accurate data.

## 4 | DISCUSSION

In this population-based study using a deidentified, aggregated EHR database, we investigated whether ranitidine confers an increased risk of developing gastrointestinal malignancies compared to patients on either famotidine or omeprazole. The study demonstrated that ranitidine does not confer an increased risk of developing gastrointestinal malignancies compared to famotidine or omeprazole. Our results also indicate that the overall incidence of gastrointestinal cancers in patients taking ranitidine were low (<0.5%) over a 10-year period, as well as in the famotidine and omeprazole groups.

To our knowledge, this is the first study to evaluate the association between ranitidine and gastrointestinal malignancies in humans. By utilising an aggregated national database, we mitigated any selection bias which are often present in local or institutional studies, conferring high generalisability to our study. Furthermore, we also further controlled for the effect of confounding factors commonly encountered in cohort studies by adjusting for the three most

**TABLE 2** Differences in proportions in demographic factors and common cancer risk factors among the ranitidine, famotidine, and omeprazole cohorts

| Significance of differences among ranitidine, famotidine, and omeprazole cohorts | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Age** | | **Sex** | | **Race** | | | |
| **<65** | **>65** | **Female** | **Male** | **Black** | **White** | **Asian** | **Other** |
| Ranitidine vs. Famotidine | | | | | | | |
| Average R vs F (%): 31.5 vs 33.63 | 68.5 vs 66.37 | 56.2 vs 53.16 | 43.8 vs 46.84 | 13.4 vs 12.96 | 79.8 vs 81.71 | 1.71 vs 3.20 | 5.09 vs 2.13 |
| $P$: 0.0289 | 0.0289 | 0.0035 | 0.0011 | 0.56 | 0.0168 | <0.0001 | <0.0001 |
| $\chi^2$: 4.772 | 4.772 | 8.528 | 10.636 | 0.332 | 5.721 | 18.497 | 80.896 |
| Ranitidine vs Omeprazole | | | | | | | |
| Average R vs O (%): 31.5 vs 25.07 | 68.5 vs 74.93 | 56.2 vs 49.09 | 43.8 vs 58.91 | 13.4 vs 9.41 | 79.8 vs 84.4 | 1.71 vs 1.29 | 5.09 vs 4.91 |
| $P$: <0.0001 | <0.0001 | <0.0001 | <0.0001 | <0.0001 | <0.0001 | 0.0692 | 0.5962 |
| $\chi^2$: 53.753 | 53.753 | 49.869 | 45.736 | 43.294 | 38.906 | 0.0692 | 0.281 |
| **Tobacco use** | **Alcohol use** | **DM** | **Obesity** | **Cirrhosis** | **IBD** | **Atrophic gastritis** | **BE** |
| Ranitidine vs Famotidine | | | | | | | |
| Average R vs F (%): 30.48 vs 37.65 | 35.96 vs 36.42 | 37.67 vs 45.12 | 23.97 vs 32.32 | 6.51 vs 11.4 | 2.91 vs 4.18 | 2.91 vs 4.18 | 3.77 vs 2.95 |
| $P$: <0.0001 | 0.64 | <0.0001 | <0.0001 | <0.0001 | 0.0015 | 0.0015 | 0.0218 |
| $\chi^2$: 52.392 | 0.215 | 53.145 | 77.19 | 60.165 | 10.052 | 10.052 | 5.259 |
| Ranitidine vs Omeprazole | | | | | | | |
| Average R vs O (%): 30.48 vs 28.17 | 35.96 vs 33.02 | 37.67 vs 41.85 | 23.97 vs 26.42 | 3.51 vs 10.4 | 2.91 vs 3.10 | 2.91 vs 4.44 | 3.77 vs 7.60 |
| $P$: 0.0106 | 0.0019 | <0.0001 | 0.0055 | <0.0001 | 0.5824 | 0.0001 | <0.0001 |
| $\chi^2$: 6.53 | 9.685 | 17.984 | 7.708 | 42.794 | 0.302 | 14.455 | 55.894 |

*Note:* Chi-squared test was performed to measure the statistical significance of differences in demographic factors as well as common cancer risk factors.

common risk factors for each malignancy studied, as well as demographic differences amongst each drug cohort. Another important aspect of our study are the chronological boundaries we imposed on subject queries; by incorporating a 1-year lag and a ten-year maximum follow up, we maximised the association between drug initiation and cancer development, ergo correcting for any immortal time bias effects that may be present.

As a known carcinogen, no in vivo studies directly studying the effects of NDMA in humans exist, although several prior studies have investigated its oncogenic properties as a contaminant in foods, water, and medications.[24-26] Pottegård et al. performed a nationwide cohort study investigating the association between valsartan, another medication found to contain NDMA, and various cancers of the GI tract, lungs, genitourinary tract, etc.[27] The authors concluded that there was no statistically significant increased odds for developing any malignancy in patients consuming valsartan compared to patients not taking the drug, supporting the rationale of subpathogenic levels of NDMA found in valsartan. Conversely, Zeng et al. showed that urinary excretion of NDMA increased 400-fold from 110 to 47 600 ng 24 hours after oral ingestion of a single 150 mg dose of ranitidine.[28] Given the fact that the levels of NDMA

found in various ranitidine products ranged from 0 to 860 ng/tablet, the significantly increased levels found in urine samples imply that NDMA levels either increase via metabolism in vivo, or increase spontaneously during storage after production.[29]

The discrepancy between known pathogenic levels of NDMA and the levels found in sample products likely account for the lower ORs calculated. Prior studies have shown that NDMA starts exhibiting carcinogenicity in murine models at levels of 10-micrograms/kg/day.[13] Given that the maximum levels of NDMA detected in any ranitidine sample was 870 ng, or 0.87 μg, a daily or even twice-a-day dosing of ranitidine would deliver a subcarcinogenic dose. Accounting for the study in which 24 hours urinary excretion of NDMA was found to be 47 600 ng, or 47.6 μg, a carcinogenic 10 μg/kg/day dose for an average 70 kg person would amount to 700 μg/day of NDMA, far above the 47.6 μg/day found in urine samples even after metabolic and temporal enhancement of NDMA levels.

In addition to subcarcinogenic doses of NDMA, another explanation for the nonelevated odds seen in ranitidine is that only 7 of 14 ranitidine products tested by the FDA yielded above-regulation levels of NDMA, with many formulations containing well below the recommended maximum daily levels.[30] Levels of NDMA detected



**FIGURE 2** Combined incidences of all GI malignancies for ranitidine, famotidine, and omeprazole queried over a 10-year period

**TABLE 3** Odds ratios (OR) and 95% Wald confidence intervals (CI) derived from a multivariable logistic regression model with common cancer risk factors as covariables

| Odds of developing each GI malignancy adjusted for common cancer risk factors | | | |
|---|---|---|---|
| | Odds ratio (OR) | 95% Confidence interval (CI) | P value |
| **Ranitidine vs Famotidine** | | | |
| Oesophagus | 0.51 | 0.43-0.60 | <0.001 |
| Stomach | 0.43 | 0.36-0.51 | <0.001 |
| Liver | 0.39 | 0.36-0.41 | <0.001 |
| Pancreas | 0.54 | 0.49-0.62 | <0.001 |
| Colon and Rectum | 0.46 | 0.43-0.49 | <0.001 |
| **Ranitidine vs Omeprazole** | | | |
| Oesophagus | 0.62 | 0.52-0.72 | <0.001 |
| Stomach | 0.58 | 0.49-0.68 | <0.001 |
| Liver | 0.81 | 0.76-0.86 | <0.001 |
| Pancreas | 0.68 | 0.60-0.76 | <0.001 |
| Colon and Rectum | 0.66 | 0.62-0.70 | <0.001 |

**TABLE 4** Odds ratios (OR) and 95% Wald confidence intervals (CI) derived from a multivariable logistic regression model with covariables accounting for demographic factors and one common cancer risk factor with the largest weight

| Odds of developing each GI malignancy adjusted for demographic factors | | | |
|---|---|---|---|
| | Odds ratio (OR) | 95% Confidence interval (CI) | P value |
| **Ranitidine vs Famotidine** | | | |
| Oesophagus | 0.56 | 0.45-0.70 | <0.001 |
| Stomach | 0.49 | 0.40-0.60 | <0.001 |
| Liver | 0.38 | 0.34-0.42 | <0.001 |
| Pancreas | 0.50 | 0.42-0.59 | <0.001 |
| Colon and rectum | 0.49 | 0.46-0.52 | <0.001 |
| **Ranitidine vs Omeprazole** | | | |
| Oesophagus | 0.80 | 0.65-0.97 | <0.001 |
| Stomach | 0.93 | 0.76-1.13 | <0.001 |
| Liver | 0.97 | 0.88-1.07 | <0.001 |
| Pancreas | 0.84 | 0.71-0.99 | <0.001 |
| Colon and rectum | 0.97 | 0.90-1.03 | <0.001 |

in ranitidine from initial tests conducted by the FDA were found to be comparable to levels found in smoked or grilled meats, and subjecting ranitidine samples to pH levels simulating the normal gastric environment did not reveal increases in NDMA levels.[9]

The magnitude of reduction in the odds of patients on ranitidine developing GI malignancies compared to famotidine (0.47 and 0.48 in first and second regression models, respectively, averaged) and omeprazole (0.67 and 0.90 in first and second regression models,

respectively, overall) were greater than expected. One potential explanation is that the ranitidine cohort consistently displayed lower prevalence of common risk factors for gastrointestinal malignancies (Table 2). With the exception of BO, ranitidine cohorts displayed on average 3.2% lower rates of all risk factors assessed, with some risk factors such as cirrhosis and IBD displaying up to 50% lower prevalence rates. Similar numbers were seen when ranitidine cohorts were compared to omeprazole cohorts, with an average of 2.6% lower prevalence rates of common risk factors, with the exception of tobacco and alcohol use. The relatively smaller difference in prevalence rates of cancer risk factors in ranitidine cohorts compared to omeprazole cohorts may explain the more equivocal ORs encountered in said comparison. It may be that when adjusted for every common risk factors for each cancer, the adjusted ORs for the ranitidine cohorts may increase. It also may be that the three drug cohorts had unmeasured confounding factors which may have artificially elevated cancer incidence in the famotidine and omeprazole cohorts, such as differences in diet, environmental exposures, presence of co-morbidities, and socio-economic status.

The limitations of our study primarily involve the nature of the Explorys database system. While Explorys offers broad population-level patient information that confers high generalisability, several patient data points such as mortality rates, and medication compliance were not available at the population level. In addition, over-the-counter (OTC) use of medications were unable to be accounted for, as this behavioural factor is not formalised into the Explorys system. It may be that such variations in medication usage rates could alter the degree of exposure to NDMA. Although this may theoretically limit the study's time-to-event data, the study's intrinsic design adjusted for this by including only patients with an active anti-reflux

KIM ET AL.

| Year | Oesophagus | Stomach | Liver | Pancreas | Colon and rectum | Explorys total population |
|------|-----------|---------|-------|----------|------------------|---------------------------|
| Annual Cancer Incidences from 2009 to 2018 | | | | | | |
| 2009 | 570 | 800 | 1170 | 960 | 4790 | 13 776 740 |
| 2010 | 700 | 920 | 1380 | 1110 | 5630 | 15 663 030 |
| 2011 | 780 | 1020 | 1550 | 1230 | 6560 | 17 783 190 |
| 2012 | 1040 | 1140 | 1750 | 1520 | 7900 | 20 297 920 |
| 2013 | 940 | 1200 | 2000 | 1570 | 8080 | 21 790 890 |
| 2014 | 2540 | 2810 | 4630 | 4240 | 22 480 | 55 106 960 |
| 2015 | 2920 | 3000 | 5430 | 4540 | 25 980 | 59 723 510 |
| 2016 | 3070 | 3580 | 6070 | 4400 | 25 410 | 63 849 240 |
| 2017 | 3270 | 3810 | 6090 | 5170 | 25 470 | 65 487 230 |
| 2018 | 3360 | 3640 | 7000 | 5340 | 25 690 | 68 495 130 |
| Annual incidence ratios (IR) from 2009 to 2018 | | | | | | |
| 2009 | 4.14E-05 | 5.81E-05 | 8.49E-05 | 6.97E-05 | 3.48E-04 | 13 776 740 |
| 2010 | 4.47E-05 | 5.87E-05 | 8.81E-05 | 7.09E-05 | 3.59E-04 | 15 663 030 |
| 2011 | 4.39E-05 | 5.74E-05 | 8.72E-05 | 6.92E-05 | 3.69E-04 | 17 783 190 |
| 2012 | 5.12E-05 | 5.62E-05 | 8.62E-05 | 7.49E-05 | 3.89E-04 | 20 297 920 |
| 2013 | 4.31E-05 | 5.51E-05 | 9.18E-05 | 7.20E-05 | 3.71E-04 | 21 790 890 |
| 2014 | 4.61E-05 | 5.10E-05 | 8.40E-05 | 7.69E-05 | 4.08E-04 | 55 106 960 |
| 2015 | 4.89E-05 | 5.02E-05 | 9.09E-05 | 7.60E-05 | 4.35E-04 | 59 723 510 |
| 2016 | 4.81E-05 | 5.61E-05 | 9.51E-05 | 6.89E-05 | 3.98E-04 | 63 849 240 |
| 2017 | 4.99E-05 | 5.82E-05 | 9.30E-05 | 7.89E-05 | 3.89E-04 | 65 487 230 |
| 2018 | 4.91E-05 | 5.31E-05 | 1.02E-04 | 7.80E-05 | 3.75E-04 | 68 495 130 |

**TABLE 5**   Annual incidence data for each gastrointestinal malignancy studied, generated from the Explorys database

*Note:* Incidence ratios were used to compare obtained data to known values given that the total population and size of Explorys increased as more institutions and patients were incorporated into the database.

prescription at the time of initial cancer diagnosis. This trend can be seen in Figure 2, which shows a decreasing cancer incidence in cohorts more temporarily removed from the index event. This phenomenon is most likely due to that there are less patients on continuous anti-reflux therapy for prolonged time periods, rather than an absolute reduction in cancer incidence. Furthermore, while we corrected for the 3 most common risk factors for each cancer and demographic factors such as age, gender, and race to achieve a more accurate OR for each of the drugs studied, not all risk factors for each disease were accounted for. Propensity or stratification score matching was unable to be performed given Explorys returns population-level data.

In summary, our study demonstrates that the incidences of GI malignancies is low in patients who were chronically taking ranitidine, famotidine, or omeprazole, and that the odds of developing cancers while taking ranitidine are not elevated. In order to further evaluate the potential risks imparted by ranitidine, future prospective studies should be considered.

### ACKNOWLEDGEMENTS
We thank the MetroHealth IRB and Informatics department for exempting the study and providing access to the online database used in this study.

### AUTHORSHIP
*Guarantor of the article:* Ronnie Fass.

*Author contributions:* Yeseong Kim performed study conceptualisation and design, data collection, data analysis, and manuscript preparation. Jiasheng Wang performed data analysis, data collection, and manuscript preparation. Fahmi Shibli performed manuscript editing. Kamrine Poels performed data analysis. Stephen Ganocy performed data analysis. Ronnie Fass performed study conceptualisation, manuscript editing, and project supervision. All authors reviewed and approved the final version of the article. Ronnie Fass is the guarantor of this article.

*Personal interest:* Ronnie Fass has served as an advisor for Takeda, Daewoong, Medtronic, Phaethon Pharmaceuticals, Neurogastrx, GERDcare, and Celexio. He has served as a speaker for AstraZeneca, Takeda, Eisai Pharmaceuticals, and Johnson & Johnson. He has obtained research funding from Ironwood.

### DATA AVAILABILITY STATEMENT
The data that support the findings of this study are openly available in the IBM Explorys system, at https://popex.explorys.com/popex/#COHORT_CONSOLE

### ORCID
*Yeseong D. Kim* https://orcid.org/0000-0002-4958-6255

KIM ET AL.

Alimentary Pharmacology & Therapeutics—WILEY 615

## REFERENCES

1. Hershcovici T, Fass R. Gastro-oesophageal reflux disease. *Drugs*. 2011;71:2381-2389.
2. Tuskey A, Peura D. The use of H2 antagonists in treating and preventing NSAID-induced mucosal damage. *Arthritis Res Ther*. 2013;15:S6.
3. Fass R, Hixson LJ, Ciccolo ML, Gordon P, Hunter G, Rappaport W. Contemporary medical therapy for gastroesophageal reflux disease. *Am Fam Physician*. 1997;55:205-212, 217-208.
4. Zeldis JB, Friedman LS, Isselbacher KJ. Ranitidine: a new H2-receptor antagonist. *N Engl J Med*. 1983;309:1368-1373.
5. Prichard P, Jones D, Yeomans N, Mihaly G, Smallwood R, Louis W. The effectiveness of ranitidine in reducing gastric acid-secretion decreases with continued therapy. *Br J Clin Pharmacol*. 1986;22:663-668.
6. Brogden R, Carmine A, Heel R, Speight T, Avery G. Ranitidine: a review of its pharmacology and therapeutic use in peptic ulcer disease and other allied diseases. *Drugs*. 1982;24:267-303.
7. Peden N, Saunders J, Wormsley K. Inhibition of pentagastrin-stimulated and nocturnal gastric secretion by ranitidine: a new H2-receptor antagonist. *Lancet*. 1979;313:690-692.
8. Young CJ, Daneshmend T, Roberts C. Effects of cirrhosis and ageing on the elimination and bioavailability of ranitidine. *Gut*. 1982;23:819-823.
9. Woodcock J. Statement on new testing results, including low levels of impurities in ranitidine drugs. Internet Document. 2019;1.
10. Brambilla G, Cavanna M, Faggin P, et al. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. *Carcinogenesis*. 1983;4:1281-1285.
11. Mitch WA, Sharp JO, Trussell RR, Valentine RL, Alvarez-Cohen L, Sedlak DL. N-nitrosodimethylamine (NDMA) as a drinking water contaminant: a review. *Environ Eng Sci*. 2003;20:389-404.
12. Lijinsky W, Reuber MD. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. *Cancer Lett*. 1984;22:83-88.
13. Peto R, Gray R, Brantom P, Grasso P. Nitrosamine carcinogenesis in 5120 rodents: chronic administration of sixteen different concentrations of NDEA, NDMA, NPYR and NPIP in the water of 4440 inbred rats, with parallel studies on NDEA alone of the effect of age of starting (3, 6 or 20 weeks) and of species (rats, mice or hamsters). *IARC Sci Publ*. 1984;57:627-665.
14. Sohn OS, Ishizaki H, Yang CS, Fiala ES. Metabolism of azoxymethane, methylazoxymethanol and N-nitrosodimethylamine by cytochrome P450IIE1. *Carcinogenesis*. 1991;12:127-131.
15. Yoo J-SH, Guengerich FP, Yang CS. Metabolism of N-nitrosodialkylamines by human liver microsomes. *Can Res*. 1988;48:1499-1504.
16. Kaelber DC, Foster W, Gilder J, Love TE, Jain AK. Patient characteristics associated with venous thromboembolic events: a cohort study using pooled electronic health record data. *J Am Med Inform Assoc*. 2012;19:965-972.
17. Kim Y, Ganocy S, Fass R. Proton-pump inhibitor use and the development of new ischemic heart disease in non-cardiac chest pain patients. *Neurogastroenterol Motil*. 2020;32:e13844.
18. Pottegård A, Friis S, Stürmer T, Hallas J, Bahmanyar S. Considerations for pharmacoepidemiological studies of drug–cancer associations. *Basic Clin Pharmacol Toxicol*. 2018;122:451-459.
19. Patel N, Benipal B. Incidence of esophageal cancer in the United States from 2001–2015: a United States cancer statistics analysis of 50 states. *Cureus*. 2018;10:e3709.
20. Etemadi A, Safiri S, Sepanlou SG, et al. The global, regional, and national burden of stomach cancer in 195 countries, 1990–2017: a systematic analysis for the Global Burden of Disease study 2017. *Lancet Gastroenterol Hepatol*. 2020;5:42-54.
21. Dasgupta P, Henshaw C, Youlden DR, Clark PJ, Aitken JF, Baade PD. Global trends in incidence rates of primary adult liver cancers: a systematic review and meta-analysis. *Front Oncol*. 2020;10:171.
22. Rawla P, Sunkara T, Gaduputi V. Epidemiology of pancreatic cancer: global trends, etiology and risk factors. *World J Oncol*. 2019;10:10.
23. Siegel RL, Miller KD, Goding Sauer A, et al. Colorectal cancer statistics 2020. *CA Cancer J Clin*. 2020;70:145-164.
24. Song P, Wu L, Guan W. Dietary nitrates, nitrites, and nitrosamines intake and the risk of gastric cancer: a meta-analysis. *Nutrients*. 2015;7:9872-9895.
25. Sgroi M, Vagliasindi FG, Snyder SA, Roccaro P. N-Nitrosodimethylamine (NDMA) and its precursors in water and wastewater: a review on formation and removal. *Chemosphere*. 2018;191:685-703.
26. Knekt P, Järvinen R, Dich J, Hakulinen T. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study. *Int J Cancer*. 1999;80:852-856.
27. Pottegård A, Kristensen KB, Ernst MT, Johansen NB, Quartarolo P, Hallas J. Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. *BMJ*. 2018;362:k3851.
28. Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. *Carcinogenesis*. 2016;37:625-634.
29. White CM. *Understanding and preventing (N-nitrosodimethylamine) NDMA contamination of medications*. Los Angeles, CA: SAGE Publications; 2019.
30. Wagner JA, Colombo JM. Medicine and media: the ranitidine debate. *Clin Transl Sci*. 2020;13:649-651.

## SUPPORTING INFORMATION

Additional supporting information will be found online in the Supporting Information section.

**How to cite this article:** Kim YD, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. *Aliment Pharmacol Ther*. 2021;54:606-615. https://doi.org/10.1111/apt.16464

**Supplemental Figure 1.**



**Supplemental Table 1.** Odds ratios and confidence intervals of the common cancer risk factors and demographic predictors incorporated as co-variables in both multivariable regression analyses, are presented in this table.

| Odds Ratios and confidence intervals of common cancer risk factors and demographic factors | | | |
|---|---|---|---|
| | Odds Ratio (OR) | 95% Wald Confidence Interval (CI) | *p*-value |
| Ranitidine vs Famotidine | | | |
| *Oesophagus* | | | |
| Barrett's Oesophagus | 18.53 | 15.09-22.55 | <0.001 |
| Tobacco use | 2.27 | 1.96-2.64 | <0.001 |
| Alcohol use | 1.14 | 0.98-1.33 | <0.001 |
| Age (<65) | 0.26 | 0.24-0.34 | <0.001 |
| Gender (male) | 2.51 | 2.14-3.08 | <0.001 |
| Race (Caucasian) | 0.82 | 0.67-1.09 | <0.001 |
| *Stomach* | | | |
| Atrophic Gastritis | 8.07 | 6.39-10.05 | <0.001 |
| Obesity | 1.26 | 1.08-1.46 | <0.001 |
| Tobacco use | 1.69 | 1.46-1.94 | <0.001 |
| Age (<65) | 0.35 | 0.29-0.43 | <0.001 |
| Gender (male) | 2.11 | 1.62-2.58 | <0.001 |
| Race (Caucasian) | 0.81 | 0.58-1.02 | <0.001 |
| *Liver* | | | |
| Cirrhosis | 6.12 | 5.57-6.72 | <0.001 |
| Obesity | 1.29 | 1.21-1.37 | <0.001 |
| Viral Hepatitis (B or C) | 3.99 | 3.58-4.44 | <0.001 |
| Age (<65) | 0.29 | 0.24-0.33 | <0.001 |
| Gender (male) | 1.52 | 1.47-1.61 | <0.001 |
| Race (Caucasian) | 1.01 | 0.97-1.18 | <0.001 |
| *Pancreas* | | | |
| Diabetes Mellitus | 3.88 | 3.48-4.32 | <0.001 |
| Tobacco use | 1.32 | 1.19-1.48 | <0.001 |
| Obesity | 0.94 | 0.83-1.06 | <0.001 |
| Age (<65) | 0.21 | 0.18-0.25 | <0.001 |
| Gender (male) | 1.30 | 1.21-1.49 | <0.001 |
| Race (Caucasian) | 1.00 | 0.64-1.25 | <0.001 |
| *Colon/Rectum* | | | |
| Inflammatory Bowel Disease | 4.67 | 4.21-5.16 | <0.001 |
| Obesity | 1.41 | 1.34-1.49 | <0.001 |
| Diabetes Mellitus | 2.67 | 2.54-2.81 | <0.001 |
| Age (<65) | 0.31 | 0.29-0.35 | <0.001 |

| | | | |
|---|---|---|---|
| Gender (male) | 1.08 | 1.01-1.14 | <0.001 |
| Race (Caucasian) | 1.13 | 1.09-1.21 | <0.001 |
| <u>Ranitidine vs Omeprazole</u> | | | |
| ***Oesophagus*** | | | |
| Barrett's Oesophagus | 10.12 | 8.90-11.47 | <0.001 |
| Tobacco use | 1.60 | 1.42-1.79 | <0.001 |
| Alcohol use | 1.08 | 0.96-1.20 | <0.001 |
| Age (<65) | 0.26 | 0.24-0.28 | <0.001 |
| Gender (male) | 2.92 | 2.51-3.34 | <0.001 |
| Race (Caucasian) | 0.86 | 0.71-1.12 | <0.001 |
| ***Stomach*** | | | |
| Atrophic Gastritis | 5.25 | 4.33-6.31 | <0.001 |
| Obesity | 1.30 | 1.14-1.47 | <0.001 |
| Tobacco use | 1.20 | 1.06-1.36 | <0.001 |
| Age (<65) | 0.25 | 0.21-0.28 | <0.001 |
| Gender (male) | 1.53 | 1.29-1.72 | <0.001 |
| Race (Caucasian) | 0.48 | 0.37-0.62 | <0.001 |
| ***Liver*** | | | |
| Cirrhosis | 11.47 | 10.64-12.36 | <0.001 |
| Obesity | 1.20 | 1.13-1.27 | <0.001 |
| Viral Hepatitis (B or C) | 4.02 | 3.67-4.40 | <0.001 |
| Age (<65) | 0.32 | 0.28-0.38 | <0.001 |
| Gender (male) | 1.31 | 1.24-1.37 | <0.001 |
| Race (Caucasian) | 0.75 | 0.69-0.81 | <0.001 |
| ***Pancreas*** | | | |
| Diabetes Mellitus | 3.46 | 3.18-3.75 | <0.001 |
| Tobacco use | 1.25 | 1.14-1.37 | <0.001 |
| Obesity | 0.90 | 0.82-0.99 | <0.001 |
| Age (<65) | 0.23 | 0.19-0.29 | <0.001 |
| Gender (male) | 1.36 | 1.18-1.51 | <0.001 |
| Race (Caucasian) | 0.74 | 0.62-0.89 | <0.001 |
| ***Colon/Rectum*** | | | |
| Inflammatory Bowel Disease | 16.07 | 15.26-16.91 | <0.001 |
| Obesity | 1.03 | 0.98-1.08 | <0.001 |
| Diabetes Mellitus | 1.76 | 1.69-1.84 | <0.001 |
| Age (<65) | 0.30 | 0.25-0.34 | <0.001 |
| Gender (male) | 0.99 | 0.84-1.06 | <0.001 |
| Race (Caucasian) | 0.91 | 0.81-0.99 | <0.001 |

# EXHIBIT
# 751

 **International Agency for Research on Cancer**



**World Health Organization**

| List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–132[a] | | |
|---|---|---|
| **Cancer site** | **Carcinogenic agents with *sufficient evidence* in humans** | **Agents with *limited evidence* in humans** |
| **Lip, oral cavity, and pharynx** | | |
| Lip | | Hydrochlorothiazide<br>Solar radiation |
| Oral cavity | Acetaldehyde associated with consumption of alcoholic beverages<br>Alcoholic beverages<br>Betel quid with tobacco<br>Betel quid without tobacco<br>Human papillomavirus type 16<br>Tobacco, smokeless<br>Tobacco smoking | Bitumens, occupational exposure to hard bitumens and their emissions during mastic asphalt work<br>Bitumens, occupational exposure to oxidized bitumens and their emissions during roofing<br>Human papillomavirus type 18 |
| Salivary gland | Acetaldehyde associated with consumption of alcoholic beverages<br>X- and Gamma-radiation | Radioiodines, including iodine-131 |
| Pharynx: oropharynx [b] | Human papillomavirus type 16 | |
| Pharynx: tonsil [b] | Human papillomavirus type 16 | |
| Pharynx: nasopharynx [b] | Epstein–Barr virus<br>Formaldehyde<br>Salted fish, Chinese-style<br>Wood dust | Pickled vegetables (traditional Asian) |
| Pharynx: all combined | Acetaldehyde associated with consumption of alcoholic beverages<br>Alcoholic beverages<br>Betel quid with tobacco<br>Tobacco smoking | Asbestos (all forms)<br>Bitumens, occupational exposure to hard bitumens and their emissions during mastic asphalt work<br>Bitumens, occupational exposure to oxidized bitumens and their emissions during roofing<br>Opium consumption<br>Tobacco smoke, secondhand |

**Exhibit 0018**

10/18/2022
Dr. Paul Michaels

**List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–132[a]**

| Cancer site | Carcinogenic agents with *sufficient evidence* in humans | Agents with *limited evidence* in humans |
|---|---|---|
| **Digestive organs** | | |
| Oesophagus | Acetaldehyde associated with consumption of alcoholic beverages<br>Alcoholic beverages<br>Betel quid with tobacco<br>Betel quid without tobacco<br>Tobacco, smokeless<br>Tobacco smoking<br>X- and Gamma-radiation | Bitumens, occupational exposure to hard bitumens and their emissions during mastic asphalt work<br>Bitumens, occupational exposure to oxidized bitumens and their emissions during roofing<br>Dry cleaning<br>Opium consumption<br>Pickled vegetables (traditional Asian)<br>Rubber manufacturing industry<br>Very hot beverages (squamous cell carcinoma) |
| Stomach | *Helicobacter pylori* (infection with)<br>Rubber manufacturing industry<br>Tobacco smoking<br>X- and Gamma-radiation | Art glass, glass containers and pressed ware (manufacture of)<br>Asbestos (all forms)<br>Epstein–Barr virus<br>Lead compounds, inorganic<br>Nitrate or nitrite (ingested) under conditions that result in endogenous nitrosation<br>Opium consumption<br>Pickled vegetables (traditional Asian)<br>Processed meat (consumption of)<br>Salted fish, Chinese-style |
| Colon | Alcoholic beverages<br>Processed meat (consumption of)<br>Tobacco smoking<br>X- and Gamma-radiation | Asbestos (all forms)<br>Firefighter (occupational exposure as a)<br>Night shift work<br>Red meat (consumption of)<br>*Schistosoma japonicum* (infection with) |

IARC, 150 Cours Albert Thomas, 69372 Lyon CEDEX 08, France - Tel: +33 (0)4 72 73 84 85 - Fax: +33 (0)4 72 73 85 75
© IARC 2022 - All Rights Reserved.

**List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–132[a]**

| Cancer site | Carcinogenic agents with *sufficient evidence* in humans | Agents with *limited evidence* in humans |
|---|---|---|
| Rectum | Alcoholic beverages<br>Processed meat (consumption of)<br>Tobacco smoking | Asbestos (all forms)<br>Night shift work<br>Red meat (consumption of)<br>*Schistosoma japonicum* (infection with)<br>X- and Gamma-radiation |
| Anus | Human immunodeficiency virus type 1 (infection with)<br>Human papillomavirus type 16 | Human papillomavirus types 18 and 33 |
| Liver | Aflatoxins<br>Alcoholic beverages<br>Estrogen–progestogen oral contraceptives (combined)<br>Hepatitis B virus (chronic infection with)<br>Hepatitis C virus (chronic infection with)<br>Plutonium<br>Thorium-232 and its decay products<br>Tobacco smoking (in smokers and in smokers' children)<br>Vinyl chloride | Androgenic (anabolic) steroids<br>Arsenic and inorganic arsenic compounds<br>Betel quid without tobacco<br>DDT (4,4'-dichlorodiphenyl-trichloroethane)<br>Human immunodeficiency virus type 1 (infection with)<br>*Schistosoma japonicum* (infection with)<br>Trichloroethylene<br>X- and Gamma-radiation |
| Bile duct | *Clonorchis sinensis* (infection with)<br>1,2-Dichloropropane<br>*Opisthorchis viverrini* (infection with)<br>Plutonium<br>Thorium-232 and its decay products<br>Tobacco smoking (in smokers) | Androgenic (anabolic) steroids<br>Arsenic and inorganic arsenic compounds<br>Betel quid without tobacco<br>DDT (4,4'-dichlorodiphenyl-trichloroethane)<br>Dichloromethane (methylene chloride)<br>Hepatitis B virus (chronic infection with)<br>Hepatitis C virus (chronic infection with)<br>*Schistosoma japonicum* (infection with)<br>Trichloroethylene<br>X- and Gamma-radiation |
| Gall bladder | Thorium-232 and its decay products | |

**List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–132[a]**

| Cancer site | Carcinogenic agents with *sufficient evidence* in humans | Agents with *limited evidence* in humans |
|---|---|---|
| Pancreas | Tobacco, smokeless<br>Tobacco smoking | Alcoholic beverages<br>Opium consumption<br>Red meat (consumption of)<br>Thorium-232 and its decay products<br>X- and Gamma-radiation |
| Digestive tract, unspecified | | Radioiodines, including iodine-131 |
| **Respiratory and intrathoracic organs** | | |
| Nasal cavity and paranasal sinus | Isopropyl alcohol manufacture using strong acids<br>Leather dust<br>Nickel compounds<br>Radium-226 and its decay products<br>Radium-228 and its decay products<br>Tobacco smoking<br>Wood dust | Carpentry and joinery<br>Chromium(VI) compounds<br>Formaldehyde<br>Textile manufacturing industry (work in) |
| Larynx | Acetaldehyde associated with consumption of alcoholic beverages<br>Acid mists, strong inorganic<br>Alcoholic beverages<br>Asbestos (all forms)<br>Opium consumption<br>Tobacco smoking | Bitumens, occupational exposure to hard bitumens and their emissions during mastic asphalt work<br>Bitumens, occupational exposure to oxidized bitumens and their emissions during roofing<br>Human papillomavirus types 16 and 18<br>Rubber manufacturing industry<br>Sulfur mustard<br>Tobacco smoke, secondhand |
| Lung | Acheson process, occupational exposure associated with<br>Aluminium production<br>Arsenic and inorganic arsenic compounds<br>Asbestos (all forms)<br>Beryllium and beryllium compounds<br>Bis(chloromethyl)ether; chloromethyl methyl ether (technical grade)<br>Cadmium and cadmium compounds | Acid mists, strong inorganic<br>Art glass, glass containers and pressed ware (manufacture of)<br>Benzene<br>Biomass fuel (primarily wood), indoor emissions from household combustion of<br>Bitumens, occupational exposure to hard bitumens and their emissions during mastic |

© IARC 2022 - All Rights Reserved.

**List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–132[a]**

| Cancer site | Carcinogenic agents with *sufficient evidence* in humans | Agents with *limited evidence* in humans |
|---|---|---|
| | Chromium(VI) compounds | asphalt work |
| | Coal, indoor emissions from household combustion | Bitumens, occupational exposure to oxidized bitumens and their emissions during roofing |
| | Coal gasification | Carbon electrode manufacture |
| | Coal-tar pitch | *alpha*-Chlorinated toluenes (benzal chloride, benzotrichloride, benzyl chloride) and benzoyl chloride (combined exposures) |
| | Coke production | |
| | Engine exhaust, diesel | |
| | Haematite mining (underground) | |
| | Iron and steel founding (occupational exposure during) | Cobalt metal with tungsten carbide |
| | MOPP and other combined chemotherapy including alkylating agents | Creosotes |
| | | Diazinon |
| | Nickel compounds | Frying, emissions from high-temperature |
| | Opium consumption | Hydrazine |
| | Outdoor air pollution | Non-arsenical insecticides (occupational exposures in spraying and application of) |
| | Outdoor air pollution, particulate matter in | |
| | Painter (occupational exposure as a) | Printing processes (occupational exposures in) |
| | Plutonium | |
| | Radon-222 and its decay products | Silicon carbide, fibrous |
| | Rubber manufacturing industry | 2,3,7,8-Tetrachlorodibenzo-*para*-dioxin |
| | Silica dust, crystalline, in the form of quartz or cristobalite | Trivalent antimony |
| | Soot (as found in occupational exposure of chimney sweeps) | |
| | Sulfur mustard | |
| | Tobacco smoke, secondhand | |
| | Tobacco smoking | |
| | Welding fumes | |
| | X- and Gamma-radiation | |
| **Upper aerodigestive tract** | | |
| Upper aerodigestive tract (oral cavity, pharynx, larynx, oesophagus) | Acetaldehyde associated with consumption of alcoholic beverages | Bitumens, occupational exposure to hard bitumens and their emissions during mastic asphalt work |
| | Alcoholic beverages | Bitumens, occupational exposure to oxidized bitumens and their emissions during roofing |
| | Tobacco smoking | |

**List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–132[a]**

| Cancer site | Carcinogenic agents with *sufficient evidence* in humans | Agents with *limited evidence* in humans |
|---|---|---|
| **Bone** | | |
| Bone | Plutonium<br>Radium-224 and its decay products<br>Radium-226 and its decay products<br>Radium-228 and its decay products<br>X- and Gamma-radiation | Radioiodines, including iodine-131 |
| **Skin** | | |
| Skin (melanoma) | Polychlorinated biphenyls<br>Solar radiation<br>Ultraviolet-emitting tanning devices | Firefighter (occupational exposure as a)<br>Petroleum refining (occupational exposures in) |
| Skin (malignant non-melanoma) | Arsenic and inorganic arsenic compounds<br>Azathioprine<br>Coal-tar distillation<br>Cyclosporine<br>Methoxsalen (8-methoxypsoralen) plus ultraviolet A radiation<br>Mineral oils, untreated or mildly treated<br>Shale oils<br>Solar radiation<br>Soot (as found in occupational exposure of chimney sweeps)<br>X- and Gamma-radiation | Creosotes<br>Human immunodeficiency virus type 1 (infection with)<br>Human papillomavirus types 5 and 8 (in patients with *epidermodysplasia verruciformis*)<br>Hydrochlorothiazide<br>Merkel cell polyomavirus (MCV)<br>Nitrogen mustard<br>Petroleum refining (occupational exposures in)<br>Ultraviolet-emitting tanning devices |
| **Mesothelium, endothelium, and soft tissue** | | |
| Mesothelium (pleura, peritoneum, and other) | Asbestos (all forms)<br>Erionite<br>Firefighter (occupational exposure as a)<br>Fluoro-edenite fibrous amphibole<br>Painter (occupational exposure as a) | |
| Endothelium (Kaposi sarcoma) | Human immunodeficiency virus type 1 (infection with)<br>Kaposi sarcoma herpesvirus | |

IARC, 150 Cours Albert Thomas, 69372 Lyon CEDEX 08, France - Tel: +33 (0)4 72 73 84 85 - Fax: +33 (0)4 72 73 85 75
© IARC 2022 - All Rights Reserved.

**List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–132[a]**

| Cancer site | Carcinogenic agents with *sufficient evidence* in humans | Agents with *limited evidence* in humans |
|---|---|---|
| Soft tissue | | Polychlorophenols and their sodium salts (combined exposures)<br>Radioiodines, including iodine-131<br>2,3,7,8-Tetrachlorodibenzo-*para*-dioxin |
| **Breast** | | |
| Breast | Alcoholic beverages<br>Diethylstilbestrol<br>Estrogen–progestogen oral contraceptives (combined)<br>Estrogen–progestogen menopausal therapy (combined)<br>X- and Gamma-radiation | Dieldrin, and aldrin metabolized to dieldrin<br>Digoxin<br>Estrogen therapy, postmenopausal<br>Ethylene oxide<br>Night shift work<br>Polychlorinated biphenyls<br>Tobacco smoking |
| **Female genital organs** | | |
| Vulva | Human papillomavirus type 16 | Human immunodeficiency virus type 1 (infection with)<br>Human papillomavirus types 18, and 33 |
| Vagina | Diethylstilbestrol (exposure in utero)<br>Human papillomavirus type 16 | Human immunodeficiency virus type 1 (infection with) |
| Uterine cervix | Diethylstilbestrol (exposure in utero)<br>Estrogen–progestogen oral contraceptives (combined)<br>Human immunodeficiency virus type 1 (infection with)<br>Human papillomavirus types 16, 18, 31, 33, 35, 39, 45, 51, 52, 56, 58, and 59<br>Tobacco smoking | Human papillomavirus types 26, 53, 66, 67, 68, 70, 73, and 82 |
| Endometrium | Estrogen therapy, postmenopausal<br>Estrogen–progestogen menopausal therapy (combined)<br>Tamoxifen | Diethylstilbestrol |
| Ovary | Asbestos (all forms)<br>Estrogen therapy, postmenopausal | Talc-based body powder (perineal use of) |

© IARC 2022 - All Rights Reserved.

**List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–132[a]**

| Cancer site | Carcinogenic agents with *sufficient evidence* in humans | Agents with *limited evidence* in humans |
|---|---|---|
| | Tobacco smoking | X- and Gamma-radiation |
| **Male genital organs** | | |
| Penis | Human papillomavirus type 16 | Human immunodeficiency virus type 1 (infection with) |
| | | Human papillomavirus type 18 |
| Prostate | | Androgenic (anabolic) steroids |
| | | Arsenic and inorganic arsenic compounds |
| | | Cadmium and cadmium compounds |
| | | Firefighter (occupational exposure as a) |
| | | Malathion |
| | | Night shift work |
| | | Red meat (consumption of) |
| | | Rubber manufacturing industry |
| | | Thorium-232 and its decay products |
| | | X- and Gamma-radiation |
| Testis | | DDT (4,4'-dichlorodiphenyl-trichloroethane) |
| | | Diethylstilbestrol (exposure in utero) |
| | | *N,N*-Dimethylformamide |
| | | Firefighter (occupational exposure as a) |
| | | Perfluorooctanoic acid (PFOA) |

IARC, 150 Cours Albert Thomas, 69372 Lyon CEDEX 08, France - Tel: +33 (0)4 72 73 84 85 - Fax: +33 (0)4 72 73 85 75
© IARC 2022 - All Rights Reserved.

**List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–132[a]**

| Cancer site | Carcinogenic agents with *sufficient evidence* in humans | Agents with *limited evidence* in humans |
|---|---|---|
| **Urinary tract** | | |
| Kidney | Tobacco smoking<br>Trichloroethylene<br>X- and Gamma-radiation | Arsenic and inorganic arsenic compounds<br>Cadmium and cadmium compounds<br>Perfluorooctanoic acid (PFOA)<br>Welding fumes |
| Renal pelvis and ureter | Aristolochic acid, plants containing<br>Phenacetin<br>Phenacetin, analgesic mixtures containing<br>Tobacco smoking | Aristolochic acid |
| Urinary bladder | Aluminium production<br>4-Aminobiphenyl<br>Arsenic and inorganic arsenic compounds<br>Auramine production<br>Benzidine<br>Chlornaphazine<br>Cyclophosphamide<br>Firefighter (occupational exposure as a)<br>Magenta production<br>2-Naphthylamine<br>Opium consumption<br>Painter (occupational exposure as a)<br>Rubber manufacturing industry<br>*Schistosoma haematobium* (infection with)<br>Tobacco smoking<br>*ortho*-Toluidine<br>X- and Gamma-radiation | 4-Chloro-*ortho*-toluidine<br>Coal-tar pitch<br>Dry cleaning (occupational exposures in)<br>Engine exhaust, diesel<br>Hairdresser or barber (occupational exposure as a)<br>2-Mercaptobenzothiazole<br>Outdoor air pollution<br>Pioglitazone<br>Printing processes (occupational exposures in)<br>Soot (as found in occupational exposure of chimney sweeps)<br>Tetrachloroethylene (Perchloroethylene)<br>Textile manufacturing industry (work in) |

IARC, 150 Cours Albert Thomas, 69372 Lyon CEDEX 08, France - Tel: +33 (0)4 72 73 84 85 - Fax: +33 (0)4 72 73 85 75
© IARC 2022 - All Rights Reserved.

**List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–132[a]**

| Cancer site | Carcinogenic agents with *sufficient evidence* in humans | Agents with *limited evidence* in humans |
|---|---|---|
| **Eye, brain, and central nervous system** | | |
| Eye | Human immunodeficiency virus type 1 (infection with)<br>Ultraviolet emissions from welding<br>Ultraviolet-emitting tanning devices | Solar radiation |
| Brain and central nervous system | X- and Gamma-radiation | Radiofrequency electromagnetic fields (glioma and acoustic neuroma) |
| **Endocrine glands** | | |
| Thyroid | Radioiodines, including iodine-131<br>X- and Gamma-radiation | |
| **Lymphoid, haematopoietic, and related tissues [c]** | | |
| **Childhood leukaemia** | | |
| Childhood acute lymphocytic leukaemia [d] | | Tobacco smoking (parental) |
| Childhood acute myeloid leukaemia [d] | | Benzene<br>Teniposide<br>Tobacco smoking (parental) |
| Childhood leukaemia: all combined | Fission products, including strontium-90<br>Thorium-232 and its decay products<br>X- and Gamma-radiation | Chloramphenicol<br>Magnetic fields, extremely low-frequency<br>Painter (maternal occupational exposure as a)<br>Radioiodines, including iodine-131<br>Tobacco smoking (parental exposure) |

IARC, 150 Cours Albert Thomas, 69372 Lyon CEDEX 08, France - Tel: +33 (0)4 72 73 84 85 - Fax: +33 (0)4 72 73 85 75
© IARC 2022 - All Rights Reserved.

**List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–132[a]**

| Cancer site | Carcinogenic agents with *sufficient evidence* in humans | Agents with *limited evidence* in humans |
|---|---|---|
| **Lymphoid, haematopoietic, and related tissues (contd)** [c] | | |
| **Leukaemia** | | |
| Acute myeloid leukaemia [e] | Benzene<br>Busulfan<br>Chlorambucil<br>Cyclophosphamide<br>Etoposide in combination with cisplatin and bleomycin<br>Formaldehyde<br>Melphalan<br>MOPP and other combined chemotherapy including alkylating agents<br>Phosphorus-32, as phosphorus<br>Semustine [1-(2-Chloroethyl)-3-(4-methylcyclohexyl)-1-nitrosourea, Methyl-CCNU]<br>Thorium-232 and its decay products<br>Tobacco smoking<br>Treosulfan<br>X- and Gamma-radiation | Bischloroethyl nitrosourea (BCNU)<br>Etoposide<br>Mitoxantrone<br>Teniposide |
| Other acute non-lymphocytic leukaemia [e] | Benzene<br>Formaldehyde<br>Phosphorus-32, as phosphorus<br>Thorium-232 and its decay products<br>X- and Gamma-radiation | Bischloroethyl nitrosourea (BCNU) |
| Chronic myeloid leukaemia [e] | Formaldehyde<br>Thorium-232 and its decay products<br>Tobacco smoking<br>X- and Gamma-radiation | Benzene |
| Acute lymphocytic leukaemia [e] | Phosphorus-32, as phosphorus<br>Thorium-232 and its decay products<br>X- and Gamma-radiation | |
| Chronic lymphocytic leukaemia [e] | | Benzene<br>Ethylene oxide |

© IARC 2022 - All Rights Reserved.

**List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–132[a]**

| Cancer site | Carcinogenic agents with *sufficient evidence* in humans | Agents with *limited evidence* in humans |
|---|---|---|
| Adult T-cell leukaemia/lymphoma (ATLL) [e] | Human T-cell lymphotropic virus type 1<br>Thorium-232 and its decay products<br>X- and Gamma-radiation | |
| Leukaemia: all combined | 1,3-Butadiene<br>Fission products, including strontium-90<br>Rubber manufacturing industry<br>Thiotepa | Chloramphenicol<br>Diazinon<br>Nitrogen mustard<br>Petroleum refining (occupational exposures in)<br>Radioiodines, including iodine-131<br>Radon-222 and its decay products<br>Styrene |
| **Lymphoma** | | |
| Hodgkin lymphoma [f] | Epstein–Barr virus<br>Human immunodeficiency virus type 1 (infection with) | |
| Primary effusion lymphoma [f] | Kaposi sarcoma herpesvirus | |
| Non-Hodgkin lymphoma: immunosuppression-related lymphoma [f, g] | Epstein–Barr virus | |
| Non-Hodgkin lymphoma: Burkitt lymphoma [f, g] | Epstein–Barr virus | Malaria (caused by infection with *Plasmodium falciparum* in holoendemic areas) |
| Non-Hodgkin lymphoma: extranodal NK/T-cell lymphoma (nasal type) [f, g] | Epstein–Barr virus | |
| Non-Hodgkin lymphoma: low-grade B-cell mucosa associated lymphoid tissue (MALT) gastric lymphoma [f, g] | *Helicobacter pylori* (infection with) | |
| Non-Hodgkin lymphoma: all combined [f] | Azathioprine<br>Cyclosporine<br>Hepatitis C virus (chronic infection with)<br>Human immunodeficiency virus type 1 (infection with)<br>Lindane<br>Pentachlorophenol | Benzene<br>Chlorophenoxy herbicides<br>DDT (4,4'-dichlorodiphenyl-trichloroethane)<br>Diazinon<br>Dichloromethane (methylene chloride)<br>Ethylene oxide |

IARC, 150 Cours Albert Thomas, 69372 Lyon CEDEX 08, France - Tel: +33 (0)4 72 73 84 85 - Fax: +33 (0)4 72 73 85 75
© IARC 2022 - All Rights Reserved.

**List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–132[a]**

| Cancer site | Carcinogenic agents with *sufficient evidence* in humans | Agents with *limited evidence* in humans |
|---|---|---|
| | | Firefighter (occupational exposure as a) |
| | | Glyphosate |
| | | Hepatitis B virus (chronic infection with) |
| | | Malathion |
| | | Polychlorinated biphenyls |
| | | Polychlorophenols and their sodium salts (mixed exposures) |
| | | 2,3,7,8-Tetrachlorodibenzo-*para*-dioxin |
| | | Trichloroethylene |
| | | X- and Gamma-radiation |
| Multicentric Castleman disease [f] | | Kaposi sarcoma herpesvirus |
| Lymphoma: all combined | 1,3-Butadiene<br>Rubber manufacturing industry | Styrene |
| **Multiple myeloma** | | |
| Multiple myeloma | 1,3-Butadiene<br>Pentachlorophenol | Benzene<br>Ethylene oxide<br>Styrene<br>1,1,1-Trichloroethane<br>X- and Gamma-radiation |
| **Multiple or unspecified sites** | | |
| Lymphoepithelioma-like carcinoma (LELC) | | Epstein–Barr virus |
| Multiple sites (unspecified) | Cyclosporine<br>Fission products, including strontium-90<br>X- and Gamma-radiation (exposure in utero) | Chlorophenoxy herbicides |
| All cancer sites (combined) | 2,3,7,8-Tetrachlorodibenzo-*para*-dioxin | |

IARC, 150 Cours Albert Thomas, 69372 Lyon CEDEX 08, France - Tel: +33 (0)4 72 73 84 85 - Fax: +33 (0)4 72 73 85 75
© IARC 2022 - All Rights Reserved.

| List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–132[a] | | |
|---|---|---|
| **Cancer site** | **Carcinogenic agents with *sufficient evidence* in humans** | **Agents with *limited evidence* in humans** |

**Footnotes**

[a] This table does not include factors not covered in the *IARC Monographs*, notably genetic traits, reproductive status, and some nutritional factors.

[b] See also Pharynx: all combined

[c] For historical purposes, chronic lymphocytic leukaemia (CLL) has been included with leukaemias rather than as CLL/small lymphocytic lymphoma with non-Hodgkin lymphomas.

[d] See also Childhood leukaemia: all combined

[e] See also Leukaemia: all combined

[f] See also Lymphoma: all combined

[g] See also non-Hodgkin lymphoma: all combined

Adapted from Table 4 in Cogliano *et al.* (2011); available from: http://jnci.oxfordjournals.org/content/early/2011/12/11/jnci.djr483.short?rss=1 , and supplemented with new information for more recent *IARC Monographs* evaluations and a more complete description of the evidence for cancers of lymphoid, haematopoietic, and related tissues.

Last update: 1 July 2022