# Moorman
# Deposition and Exhibits

# EXHIBIT

## 752

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF FLORIDA
 3    MDL NO. 2924
      20-MD-2924
 4    -----------------------------------x
 5    IN RE: ZANTAC (RANITIDINE)
      PRODUCTS LIABILITY
 6    LITIGATION
 7    THIS DOCUMENT RELATES TO:
 8    ALL CASES
 9    -----------------------------------x
10    SUPERIOR COURT OF THE STATE OF CALIFORNIA
      COUNTY OF ALAMEDA
11    CCP NO. 5150
      -----------------------------------x
12    COORDINATION PROCEEDING SPECIAL TITLE
      (Rule 3.550)
13
      RANITIDINE PRODUCTS CASES
14
15    THIS DOCUMENT RELATES TO:
16    ALL ACTIONS
      -----------------------------------x
17                    October 21, 2022
                      9:04 a.m. EST
18
              ***** CONFIDENTIAL *****
19
              Videotaped Deposition of
20
      PATRICIA MOORMAN, Ph.D., Volume III, taken by Defendant,
21
      pursuant to Notice, held via Zoom videoconference,
22
      before Sharon Pearce, RMR, CRR, CRC, NYRCR,
23
      Registered Diplomate Reporter, Registered Realtime
24
      Reporter, Registered Realtime Captioner, and Notary
25
      Public of the State of New York.
```

Page 520

```
 1
 2    A P P E A R A N C E S:
 3
 4    HAUSFELD LLP
      1 Marina Park Drive
 5    Suite 1410
      Boston, Massachusetts 02210
 6         Attorneys for Plaintiffs
      BY:   STEVEN ROTMAN, ESQ.
 7         srotman@hausfeld.com
 8
 9    ANAPOL WEISS
      130 N. 18th Street
10    Suite 1600
      Philadelphia, Pennsylvania 19103
11         Attorneys for Plaintiffs
      BY:   TRACY FINKEN, ESQ.
12         tfinken@anapolweiss.com
           JAMES RONCA, ESQ.
13         jronca@anapolweiss.com
14
15
16    LEVIN PAPANTONIO RAFFERTY
      316 South Baylon Street
17    Pensacola, Florida 32502
           Attorneys for Plaintiffs
18    BY:   DANIEL NIGH, ESQ.
           dnigh@levinlaw.com
19
20
21    CHAFFIN LUHANA LLP
      600 Third Avenue
22    12th Floor
      New York, New York 10016
23         Attorneys for Plaintiffs
      BY:   ROOPAL P. LUHANA, ESQ.
24         luhana@chaffinluhana.com
           KENDRA GOLDHIRSCH, ESQ.
25         goldhirsch@chaffinluhana.com
```

```
                                            Page 521

 1
 2   A P P E A R A N C E S(Cont'd):
 3
 4   WATTS GUERRA
     2402 Dunlavy Street
 5   Suite 300
     Houston, Texas 77006
 6        Attorneys for Plaintiffs
     BY:  ERNEST BLANSFIELD, ESQ.
 7        eblansfield@wattsguerra.com
 8
 9   MARTIN, HARDING & MAZZOTTI, LLP
     100 Park Avenue Center
10   16th Floor
     New York, New York 10017
11        Attorneys for Plaintiffs
     BY:  ROSEMARIE BOGDAN, ESQ.
12        rosemarie.bogdan@1800law1010.com
13
14   NATHAN A. SCHACHTMAN, ESQ., PC
     325 E. 79th Street
15   16D
     New York, New York 10075
16        Attorneys for Dr. Reddy's Laboratories
     BY:  NATHAN A. SCHACHTMAN, ESQ.
17        nathan@schachtmanlaw.com
18
19
20
21
22
23
24
25
```

Page 522

```
 1
 2   A P P E A R A N C E S(Cont'd):
 3
 4   KING & SPALDING LLP
     1180 Peachtree Street, NE
 5   Suite 1600
     Atlanta, Georgia 30309
 6        Attorneys for Defendants Boehringer
          Ingelheim Pharmaceuticals,
 7        Inc., Boehringer Ingelheim
          Corporation, Boehringer
 8        Ingelheim USA Corporation,
          Boehringer Ingelheim
 9        International GmbH,
          Boehringer Ingelheim Promeco,
10        S.A. de C.V.
     BY:  EVA CANAAN, ESQ.
11        ecanaan@kslaw.com
          NICOLE COSTELLO, ESQ.
12        ncostello@kslaw.com
          LUKE BOSSO, ESQ.
13        lbosso@kslaw.com
14
15   BOWMAN & BROOKE LLP
     150 South 5th Street
16   Suite 3000
     Minneapolis, Minnesota 54402
17        Attorneys for Defendant
              Patheon Manufacturing Services LLC
18   BY:  JOHN D. GARRETT, ESQ.
          john.garrett@bowmanandbrooke.com
19
20
21   SHOOK, HARDY & BACON L.L.P
     1230 Peachtree Street
22   NW Suite 1200
     Atlanta, Georgia 30309
23        Attorneys for Defendant GlaxoSmithKline
     BY:  TOM SHEEHAN, ESQ.
24        tsheehan@shb.com
25
```

Page 523

```
 1
 2   A P P E A R A N C E S(Cont'd):
 3
 4   ARNOLD & PORTER
     601 Massachusetts Avenue, NW
 5   Washington, DC 20001-3743
          Attorneys for Defendant Sanofi
 6   BY:  AARON H. LEVINE, ESQ.
          aaron.levine@arnoldporter.com
 7
 8
 9   DLA PIPER LLP (US)
     33 Arch Street
10   26th Floor
     Boston, Massachusetts 02110-1447
11        Attorneys for Defendants Chattem,
          Inc., Sanofi-Aventis U.S. LLC, Sanofi
12        US Services Inc. And Sanofi S.A.
     BY:  LOREN BROWN, ESQ.
13        loren.brown@dlapiper.com
          BRADLEY JENNINGS, ESQ.
14        bradley.jennings@us.dlapiper.com
          BRENNA D. KELLY, ESQ.
15        brenna.kelly@dlapiper.com
          BREANNA FIELDS, ESQ.
16        breanna.fields@dlapiper.com
          DANNY TOBEY, M.D., ESQ.
17        Danny.tobey@dlapiper.com
18
19
20   ALSO PRESENT:
21   LEE BOWRY, Videographer
22   DAVID JOHNSON, Concierge Tech
23   CHRISTOPHER LIWSKI, Sanofi
24
25
```

Page 524

1        MOORMAN, Ph.D. - CONFIDENTIAL

2              THE VIDEOGRAPHER:  Good morning.

3        We are going on the record at

4        9:04 a.m. Eastern Time on

5        October 21, 2022.  Please note that

6        this deposition is being conducted

7        virtually.  Quality of recording

8        depends on the quality of camera and

9        internet connection of participants.

10       What is seen from the witness and

11       heard on screen is what will be

12       recorded.  Audio and video recording

13       will continue to take place unless all

14       parties agree to go off the record.

15              This is Media Unit 1 of the

16       continued video recorded deposition of

17       Dr. Patricia Moorman in the matter of

18       In Re Zantac Ranitidine Products

19       Liability Litigation filed in the

20       United States District Court, Southern

21       District of Florida, MDL No. 2924,

22       20-MD-2924.

23              My name is Lee Bowry from the

24       firm of Veritext New York, and I am

25       the videographer.  The court reporter

Page 525

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2       is Sharon Pearce, and the concierge is
 3       David Johnson, both also with
 4       Veritext.  I am not related to any
 5       party in this action, nor am I
 6       financially interested in the outcome.
 7            If there are any objections to
 8       proceeding, please state them at this
 9       time.
10            Having heard none, counsel
11       attending remotely will be noted on
12       the stenographic record.  Will the
13       court reporter please swear in the
14       witness, and then counsel may proceed.
15  P A T R I C I A   M O O R M A N, Ph.D.,
16     having first been duly sworn by
17     Sharon Pearce, the Notary Public,
18     was examined and testified as
19     follows:
20  EXAMINATION
21  BY MR. BROWN:
22     Q.   Good morning, Dr. Moorman.  How
23  are you today?
24     A.   Good morning.  I am fine.  How
25  are you?
```

```
                                        Page 526
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2      Q.     Nice to see you again.
 3      A.     Thank you.
 4      Q.     I'm going to cut to the chase
 5  because of time constraints this morning.
 6  I'll just say that if I ask you any
 7  question that you do not understand today,
 8  please stop me and tell me so I can try to
 9  rephrase that question.  Is that okay?
10      A.     Yes.  I appreciate that.  Thank
11  you.
12      Q.     Now, we're proceeding via Zoom
13  today.  Can you tell me where you're
14  located?
15      A.     I am located at my home in
16  Durham, North Carolina.
17      Q.     Is anyone else in the room with
18  you?
19      A.     No.
20      Q.     Do you have any applications
21  open on your computer other than Zoom and
22  a web browser to download the exhibits?
23      A.     I have the realtime that shows
24  some questions.
25      Q.     You don't have email or text or
```

Page 527

1      MOORMAN, Ph.D. - CONFIDENTIAL
2    instant messaging applications open, do
3    you?
4        A.    No, I do not.
5        Q.    Will you keep those closed for
6    the duration of the deposition?
7        A.    Yes, I will.
8        Q.    Do you have any documents other
9    than your October 3rd report in front of
10   you?
11       A.    I have my report.  I have the
12   Wang study.  I do have my original report.
13   And as with the last deposition I gave, I
14   do have copies of the ranitidine and
15   cancer studies here.
16       Q.    Is that everything?
17       A.    I have the report from
18   Dr. Witty.  I can put it elsewhere if
19   needed or --
20       Q.    It's okay.  You can keep it by
21   your side.
22       A.    Okay.
23       Q.    I'll get to that.
24             So to make things easy today, I
25   will be referring to your October 3rd

Page 528

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2    report a number of times.  So let's just
 3    mark that consecutively as Exhibit 22.
 4    And we'll mark the Wang paper as
 5    Exhibit 23.  Okay?
 6         A.    Okay.
 7               (Exhibit 22, Supplemental Expert
 8         Report of Patricia G. Moorman, MSPH,
 9         Ph.D., dated October 3, 2022, was
10         hereby marked for identification, as
11         of this date.)
12               (Exhibit 23, Wang study, was
13         hereby marked for identification, as
14         of this date.)
15         Q.    Now, Dr. Moorman, when did you
16    first become aware of the Wang paper?
17         A.    It was earlier this month.  I
18    think it was probably about the 1st of
19    October.
20         Q.    And how did you learn about it?
21         A.    The plaintiffs' legal team
22    pointed -- made me aware of it.  They had
23    become aware of it, and they shared it
24    with me.
25         Q.    When you say the plaintiffs'
```

Page 529

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   legal team, who are you referring to?
 3      A.    I believe it was Mr. Rotman.
 4   But it might have been one of the other
 5   attorneys.
 6      Q.    Okay.  And between October 1st
 7   and October 3rd, you completed your
 8   supplemental report?
 9      A.    Yes, I did.  I wrote it.  I was
10   asked to do it then, and I wrote it so
11   that it could be submitted by October 3rd.
12      Q.    And approximately how long did
13   it take you to draft that report?
14      A.    I don't have that right in front
15   of me.  I would say that I probably spent
16   five or six hours on it.
17      Q.    And approximately how much time
18   have you spent preparing for this
19   deposition today?
20      A.    I'm sorry.  You broke up just a
21   little bit.
22      Q.    Sorry about that.  Can you hear
23   me now?
24      A.    I can hear you.  There seems to
25   be a little bit of a lag, but go ahead.
```

Page 530

1     MOORMAN, Ph.D. - CONFIDENTIAL
2         Q.     Approximately how much time did
3     you spend preparing for the deposition
4     today?
5         A.     Again, I don't have the exact
6     number.  I would estimate probably about
7     15 hours or so.
8         Q.     And how much of those 15 hours
9     involved meeting with the plaintiffs'
10    attorneys either by video or phone or in
11    person?
12        A.     There were no meetings by
13    person.  I think that there were probably
14    about six hours of phone calls, something
15    like that.
16        Q.     And who were those phone calls
17    with?
18        A.     I'm sorry.
19        Q.     Yeah.  Which plaintiff attorneys
20    participated in those phone calls?
21        A.     Several of them.  Mr. Rotman,
22    Tracy Finken was on some of them, Roopal
23    Luhana, Jim Ronca, Rosemarie Bogdan,
24    Daniel Nigh.  They -- those attorneys were
25    not on the calls for the entire time, but

Page 531

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   they were on some of the video calls for a
 3   portion of the time.
 4        Q.    Now, have you communicated with
 5   any of the authors of the Wang paper?
 6        A.    No, I have not.
 7        Q.    Did you see any version of the
 8   Wang paper before October 1st?
 9        A.    No, I did not.
10        Q.    Did you review the Wang
11   abstracts at any point in time?
12        A.    I do not recall seeing them.
13   No.  So I don't recall doing that, no.
14        Q.    Up until today, do you have any
15   recollection of reviewing the Wang
16   abstract?
17        A.    I do not recall doing that, no.
18        Q.    Now, you mentioned a few minutes
19   ago Dr. Witty's report.
20             Have you reviewed that report?
21        A.    I have read it, yes.
22        Q.    And when did you review that
23   report?
24        A.    I don't remember exactly when it
25   was sent to me.  I think that it was
```

Page 532

1        MOORMAN, Ph.D. - CONFIDENTIAL
2   shared with me probably last weekend
3   perhaps.  I was traveling most of last
4   week with really spotty internet
5   accessibility, so it might have come in
6   earlier, but I did not really see it until
7   this past weekend or maybe even Monday.
8        Q.    And approximately how much time
9   have you spent reviewing and discussing
10  Dr. Witty's report?
11             MR. ROTMAN:  Objection.
12       A.    I really could not put a time on
13  that.  I read through it, then maybe would
14  come back to it at other times.  So I
15  really cannot say how much time I spent on
16  that.
17       Q.    Okay.  Dr. Moorman, has the
18  methodology you used to analyze ranitidine
19  and the five cancers changed at all since
20  you completed your original expert report
21  on January 23, 2022?
22       A.    I think that the methodology
23  that I used is very consistent with what I
24  have always done.  When I read a paper, I
25  consider a number of factors in the

Page 533

1      MOORMAN, Ph.D. - CONFIDENTIAL

2   paper -- the overall study design, the

3   source of the study population, how they

4   assessed exposures, how they reported the

5   outcomes, and other factors as well, how

6   they might have considered confounders.

7   That's very consistent methodology that I

8   have always used, not only for this, but

9   throughout my career, just trying to give

10  a very balanced evaluation of the

11  strengths and weaknesses of all the

12  studies.

13       Q.    Did you use the same methodology

14  to evaluate the Wang study that you used

15  to evaluate all the other epidemiological

16  data related to ranitidine and the five

17  cancers?

18            MR. ROTMAN:  Objection.  Asked

19       and answered.

20       A.    I -- as I said, my methodology

21  did not change.  I considered the

22  strengths and weaknesses a number of

23  factors in the study that I think are very

24  standard epidemiologic practice.

25       Q.    Let's turn to your October

Page 534

1          MOORMAN, Ph.D. - CONFIDENTIAL

2     3, 2022, report, which we've marked as

3     Exhibit 22, please.

4               And if we could go to -- I know

5     the pages weren't numbered, at least on

6     the version that I have.  But the first

7     page of text, paragraph 1, second-to-last

8     sentence.  Do you see --

9          A.    Paragraph 1?

10         Q.    Yeah.  Paragraph 1.  Do you see

11    in the second-to-last sentence where you

12    state, "No information was available for

13    potential confounders, such as smoking

14    history, body mass index, alcohol

15    consumption and certain gastrointestinal

16    conditions."

17              Do you see that?

18         A.    Yes, I do see that.

19         Q.    First, why are smoking history,

20    body mass index, alcohol consumption, and

21    other gastrointestinal conditions

22    potential confounders in the Wang study?

23         A.    You broke up.  Let me confirm.

24    Why were they potential confounders in the

25    Wang study?

Page 535

1      MOORMAN, Ph.D. - CONFIDENTIAL

2      Q.      Correct.

3      A.      Okay.  We want to be sure that

4   there is not an imbalance in certain

5   factors between the groups being compared.

6   So if there is an imbalance in smoking

7   history, BMI, or alcohol consumption, and

8   they affect the outcome of interest,

9   that's something that we want to consider.

10  In this instance, the database that Wang

11  used, like many of the databases used in

12  other studies, did not have some of that

13  information available.  What they

14  attempted to do was to match their exposed

15  and unexposed groups on some other medical

16  conditions for which they did have

17  information, and some of those were in

18  fact smoking-related conditions or related

19  to BMI.  So they did have some way of

20  trying to balance these factors between

21  the exposed and unexposed group.  But as

22  my report acknowledges, as a limitation,

23  it would have been ideal if they had had

24  direct information on these factors.

25      Q.      Did you analyze the extent to

Page 536

1     MOORMAN, Ph.D. - CONFIDENTIAL
2    which each of the potential confounders
3    you have identified could increase the
4    risk of any of the five cancers?
5         A.    Okay.  So the extent of
6    confounding is dependent on the
7    distribution of those factors within that
8    individual study.  We do not have that
9    information.  It was not available to the
10    authors.  They did not report it.  So I
11    could not say that there's an unknown
12    factor how much that might have affected
13    results.
14         Q.    You may have misunderstood my
15    question, Dr. Moorman.
16              I'd like to know whether you
17    evaluated the strength of association
18    between these potential confounders and
19    any of the five cancers.
20         A.    I'm still not entirely sure that
21    I'm understanding your question.  But in
22    my overall review, certainly, I considered
23    which factors were confounders and which
24    cancers they might be more or less
25    strongly associated with.

Page 537

1    MOORMAN, Ph.D. - CONFIDENTIAL

2       Q.    Did you, for example, analyze

3    the degree to which alcohol consumption

4    can increase the risk of liver cancer?

5       A.    Again, I certainly have

6    acknowledged in my report that alcohol

7    consumption is a risk factor for liver

8    cancer.  Right off the top of my head, I

9    do not recall what is the relative risk.

10   It would certainly depend on the level of

11   alcohol consumption.

12      Q.    And the same would be true for

13   the other potential confounders that you

14   have listed here in paragraph 1; is that

15   right?

16           MR. ROTMAN:  Objection.

17      A.    So certainly, I considered each

18   of these and how they might be related to

19   the cancers of interest.

20      Q.    You agree that alcohol

21   consumption can cause liver cancer;

22   correct?

23      A.    Alcohol is a commonly listed

24   risk factor for liver cancer, yes.

25      Q.    And smoking can cause all of the

Page 538

1      MOORMAN, Ph.D. - CONFIDENTIAL

2   five cancers; is that right?

3      A.    I'm thinking through them.  And

4   smoking is a risk factor for each of the

5   five cancers.

6      Q.    And liver disease, for example,

7   is a risk factor for liver cancer; right?

8      A.    Certain types of liver disease

9   do in fact increase the risk of liver

10  cancer.

11     Q.    Cirrhosis would be one example;

12  correct?

13     A.    Yes.  Cirrhosis is a risk factor

14  for liver cancer.

15     Q.    Now, because there was no

16  information available for potential

17  confounders such as smoking history, body

18  mass index, alcohol consumption, and

19  certain GI conditions, it would be

20  impossible to rule out confounding as an

21  explanation for the results reported in

22  the Wang study.  Isn't that true?

23          MR. ROTMAN:  Objection.

24     A.    As I stated previously, they did

25  not have information on these confounders.

1      MOORMAN, Ph.D. - CONFIDENTIAL
2   The fact that they did control for a
3   number of conditions that might be related
4   to these risk factors and they match their
5   exposed and their comparison group on
6   these factors, that would tend to minimize
7   the likelihood of confounding.  However,
8   it could not be ruled out entirely.
9       Q.    What controls related to smoking
10  history?
11      A.    If I may look at the paper,
12  just -- so they matched on conditions such
13  as hypertensive coronary disease,
14  hyperlipidemia.  So those are factors that
15  are related to smoking history.  So as I
16  acknowledge, it would be preferable to
17  have direct information on smoking
18  history, but by matching on these other
19  factors, it would likely diminish the
20  differences between the groups in terms of
21  smoking history.
22      Q.    In your opinion, what controls
23  related to alcohol consumption?
24      A.    Again, it's, as I acknowledge,
25  not an ideal control, but alcohol is

Page 540

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   sometimes related to diabetes.  They
 3   control for that as well.  So again, that
 4   is some -- with the data that they had
 5   available, that would help to control for
 6   it.
 7      Q.    Have you cited any research
 8   suggesting that these other controls are
 9   surrogates for direct information on
10   smoking history or alcohol consumption or
11   the other confounders you have listed in
12   paragraph 1?
13      A.    I did not cite any particular
14   references in that regard.
15      Q.    And in your October 3rd report,
16   you didn't suggest anywhere that
17   confounders such as smoking history,
18   alcohol consumption, and the others listed
19   in paragraph 1 could be gotten at through
20   other controls, did you?
21           MR. ROTMAN:  Objection.
22      A.    I'm just reading the question.
23           My report, it indicates that
24   they did match on certain comorbid
25   conditions.  My report also acknowledges
```

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   the limitation that they did not have
 3   direct information on these factors.  I do
 4   not believe my report specifically
 5   addressed the question of could
 6   controlling for these other factors
 7   potentially control for or minimize the
 8   differences between the comparison groups
 9   in terms of smoking history, body mass
10   index, and so on.  I did not state that.
11   But as I am stating now, it is a potential
12   way to -- I mean, it's -- it does -- it
13   might attenuate some of the -- I'm sorry.
14   I'm trying to choose my words carefully.
15   It -- because they matched on these
16   factors, it would tend to make the groups
17   more similar in some of the risk factors
18   for those conditions.
19      Q.    Do you recall Dr. Wang saying
20   that anywhere in the Wang paper?
21      A.    Let me -- I -- just take a
22   moment to see.
23            (Witness perusing document.)
24            I do not recall Dr. Wang
25   specifically saying that.  No, I do not.
```

Page 542

1       MOORMAN, Ph.D. - CONFIDENTIAL

2       Q.     Dr. Moorman, in connection with

3    your October 3rd expert report, did you

4    faithfully attempt to rule out smoking,

5    alcohol consumption, and the other

6    potential confounders you identify as

7    explanations for any of the results

8    reported in the Wang study?

9       A.     In my report, I acknowledged

10   this as a possible limitation of this

11   study.  I think that it -- when looking at

12   the data, if we think about smoking, for

13   example, smoking is more strongly related

14   with bladder cancer than it is with, say,

15   liver cancer.  So if smoking were the

16   explanation for the increased risk that we

17   observed, we would have expected to see a

18   pronounced increased risk in bladder

19   cancer.  And in fact, we saw only a

20   relatively modest increase in bladder

21   cancer in this study.

22      Q.     You saw no increase in bladder

23   cancer in this study.  Isn't that the

24   reality?

25              MR. ROTMAN:  Objection.

Page 543

1      MOORMAN, Ph.D. - CONFIDENTIAL

2      A.    No.  I would not characterize

3  that at all.  No increase in risk would be

4  a hazard ratio of one.  What we saw for

5  bladder cancer, it was a hazard ratio of

6  1.06.  I acknowledge it was not

7  statistically significant.  I acknowledge

8  that it shows a slight increase here.  But

9  to say no association would be a relative

10  risk of one.

11      Q.    Dr. Moorman, it's impossible to

12  attribute a 1.06 hazard ratio to an effect

13  of the drug.  Isn't that true?

14      A.    What --

15            MR. ROTMAN:  Objection.

16      A.    -- you asked was -- you asked me

17  you saw no increase in bladder cancer in

18  this study.  What I reported was the

19  hazard ratio that was reported.  I

20  acknowledge that is a very modest increase

21  in risk.  But it was a hazard ratio

22  greater than one.

23      Q.    Now, you mentioned smoking, but

24  you didn't mention alcohol consumption and

25  the other confounders in relation to your

Page 544

1      MOORMAN, Ph.D. - CONFIDENTIAL
2   liver cancer example.
3           So I'd like to get back to my
4   question and ask whether you faithfully
5   attempted to rule out smoking, alcohol
6   consumption, and the other potential
7   confounders you identified as explanations
8   for the results reported in Wang.
9           MR. ROTMAN:  Objection.  Asked
10      and answered.
11      A.    I think that I -- I did answer
12   the question previously.  And as I said in
13   my report, and as I have acknowledged
14   repeatedly, this was a limitation of the
15   study.  Every study does have limitations.
16      Q.    Dr. Moorman, if these potential
17   confounders were not evenly distributed
18   between the ranitidine groups and
19   comparator groups at baseline, that could
20   result in an overestimate or underestimate
21   of the relevant cancer risk; is that
22   right?
23      A.    The effect of the confounders
24   depends on the distribution in the two
25   groups.  And it is unclear what would be

Page 545

1        MOORMAN, Ph.D. - CONFIDENTIAL

2    the direction of the effect.  It depends

3    on the distribution of the confounders in

4    the comparison groups.  And confounders as

5    a general rule can result in either an

6    underestimate or an overestimate of the

7    true effect.

8        Q.    Do you agree that if any of the

9    potential confounders were more prevalent

10   in the ranitidine group of any analysis,

11   that could result in an overestimate of

12   risk in the same analysis?

13       A.    I think we have to be very

14   nuanced about this.  It's what do we --

15   sometimes in a study, you might see a

16   higher prevalence of a confounder in the

17   exposed and unexposed group.  But when you

18   do the analysis, sometimes it could result

19   in an overestimate.  Sometimes when you do

20   the analysis, you see that controlling for

21   that confounder has little to no effect on

22   the relative risk.  It is very much --

23   depends on the data in that particular

24   study.

25       Q.    Let's go to the third page of

Page 546

1        MOORMAN, Ph.D. - CONFIDENTIAL

2    your report, the first full paragraph that

3    starts with the sentence, "The study also

4    had limitations."

5              Do you see where you state that

6    "Similar to other administrative

7    databases, information was not available

8    for some potential confounders including

9    smoking history, alcohol use and some

10   medical conditions."

11             Do you see that?

12        A.    Yes, I do see that.

13        Q.    Is it true that Wang utilized an

14   administrative database?

15        A.    Yes.  It was -- yeah.  I want to

16   be precise in the language.  It was

17   Taiwan's national health insurance

18   database, and they also said they used

19   data from a cross-sectional survey of the

20   participants.

21        Q.    And I believe in the sentence,

22   you're comparing the administrative

23   database and Wang to other databases used

24   for other ranitidine epidemiological

25   studies; is that right?

Page 547

1       MOORMAN, Ph.D. - CONFIDENTIAL

2       A.     When we talk about the

3  administrative databases, we have to keep

4  in mind that all administrative databases

5  are not the same.  So what they have --

6  the information they have available

7  varies.  So, like, in this -- their

8  administrative databases, they said they

9  included all medical services, procedures,

10 and prescription medication.

11            Other databases, if I am

12 remembering correctly, the administrative

13 database used in the Adami and Norgaard

14 studies, they had medical information that

15 was from hospitals, hospital clinics, and

16 ERs.  So they did have some information

17 that it was not the same.  And then just

18 as you go through some of the other

19 studies that used administrative

20 databases, what data were available varied

21 from database to database in the different

22 countries.

23      Q.     When you used the phrase "some

24 medical conditions," what specific medical

25 conditions are you talking about?

Page 548

1     MOORMAN, Ph.D. - CONFIDENTIAL

2              MR. ROTMAN:  Objection.  Where

3        are you referring to?

4              MR. BROWN:  The sentence I just

5        read to her.

6              MR. ROTMAN:  Okay.

7        A.    Okay.  What -- you know, I did

8     not have a particular set of medical

9     conditions in mind when I wrote that.

10    It -- like I said, they reported on a list

11    of medical conditions.  Others might --

12    others they did not.  So it's not clear if

13    that information was not available or if

14    they chose not to report it.

15        Q.    Let's go to page 2 of your

16    October 3rd report.  If you go to the

17    third paragraph, second sentence, do you

18    see where you state that "The followup

19    period was longer than most of the other

20    studies of ranitidine and cancer, with a

21    mean followup time of approximately ten

22    years, and a maximum followup period of

23    18 years."

24              Do you see that?

25        A.    Yes, I do.

Page 549

1      MOORMAN, Ph.D. - CONFIDENTIAL

2      Q.     And as references to support

3    that sentence, I believe you cited

4    Iwagami, Yoon, Kantor, and one of the Kim

5    studies; is that right?

6      A.     Mm-hmm.

7      Q.     Why did you cite those five

8    studies?

9      A.     Those were all examples of

10   studies that the followup period was

11   longer.  I could have added others, but

12   I -- yeah.  But, you know, just right down

13   the line as I'm recalling, the Iwagami

14   study, although the study covered a fairly

15   long period, it had a very short median

16   followup of just a couple of years.  The

17   Yoon study, if I'm recalling, only had

18   about five to seven years of followup.

19   Kantor, I'm thinking about six years.

20   Y.D. Kim did not report on the -- or the

21   mean followup, as I recall.  But I think

22   the maximum would have been ten years.  S.

23   Kim, again, as I'm recalling, I think that

24   it was a followup of only maybe a mean of

25   five years.  So I was citing the -- many

Page 550

1      MOORMAN, Ph.D. - CONFIDENTIAL

2    of the papers that supported the statement

3    that the followup period was longer than

4    some of these other studies.

5      Q.    Have you rank ordered all of the

6    ranitidine studies according to followup

7    time?

8      A.    I have looked at the followup

9    time for all of the ranitidine studies

10   when I was doing my valuation of each of

11   the studies.  I -- you asked me if I rank

12   ordered them, did I ever lay them out in a

13   ranking where highest to lowest?  I don't

14   believe that I ever did that, but I'm

15   certainly aware of the followup time in

16   the studies and considered that when I

17   evaluated studies and their results.

18     Q.    Have you attempted to determine

19   where the Wang study sits in relation to

20   all the other ranitidine studies based on

21   followup time?

22     A.    You just asked me if I had done

23   a ranking of the followup times.  And I

24   answered that no, I had not done the

25   ranking.  I am certainly aware that some

Page 551

1      MOORMAN, Ph.D. - CONFIDENTIAL

2    studies had longer followup.  I'm not

3    saying in my report that this was the

4    longest followup.  I'm saying that it had

5    a followup period that was longer than

6    many of the other studies.

7         Q.    Which studies had a longer

8    followup?

9         A.    As I recall, the Adami and

10   Norgaard studies, I think they had a

11   followup period of perhaps 18 to 20 years

12   total and an average -- a mean followup of

13   perhaps about 14 years.  The Cardwell

14   study was a case-control study, so

15   technically, they did not have followup.

16   However, they had prescription information

17   that went back I want to say close to two

18   decades maybe, about 18 years.  So off the

19   top of my head, those are the ones that I

20   can recall the followup.

21        Q.    In your opinion, Dr. Moorman, is

22   the followup time in Wang a strength of

23   the study?

24        A.    I acknowledged in my report

25   that, you know, with cancer studies, we

Page 552

1      MOORMAN, Ph.D. - CONFIDENTIAL
2    know that cancer can develop over a long
3    period of time.  So the longer the
4    followup, the better.  When we look at
5    this with a mean followup time of about
6    ten years, that compares favorably to many
7    of the other ranitidine and cancer
8    studies.  So in that regard, I did
9    consider it a strength of the study.  But
10   I also acknowledge that it would be
11   desirable to have longer followup to more
12   fully encompass the latency period of
13   cancer.
14      Q.    Can you give me a threshold or
15   objective number of years below which
16   followup time would no longer be a
17   strength?
18      A.    You're asking me to give you a
19   threshold, and there is no distinct
20   cutpoint where this would be adequate
21   followup time, this would be inadequate.
22   It is on a continuum.  And the longer the
23   followup, the better.  In addition, some
24   consideration should be paid to not only
25   the followup time, but other

Page 553

1        MOORMAN, Ph.D. - CONFIDENTIAL
2    characteristics of the studies.  So for
3    example, Iwagami is the one that
4    particularly comes to mind.  They had not
5    only a short average followup, but a very
6    young study population.  I think that the
7    mean age of the population was about
8    40 years.  So short followup coupled with
9    the study population that is not in the
10   age group when they're most likely to have
11   these cancers diagnosed, that's a
12   particular problem.  It's a combination of
13   the followup and the characteristics of
14   the study population.
15        Q.    Let's go back to page 3, first
16   full paragraph.  And I'd like to direct
17   your attention to the sentence that says,
18   "There was likely some misclassification
19   of ranitidine exposure, due to the lack of
20   information on non-prescription use of
21   ranitidine."
22             Can you tell me approximately
23   how much misclassification of ranitidine
24   exposure existed in any group that was
25   analyzed in the Wang study?

Page 554

1      MOORMAN, Ph.D. - CONFIDENTIAL

2      A.      The Wang study did not provide

3  any information on non-prescription use.

4  They did not have that data.  If they had

5  had that data, I feel confident that they

6  would have reported it.  And because that

7  data -- those data are not available, I

8  can't say how much misclassification there

9  was.

10      Q.      Can you tell me the impact that

11  any misclassification of ranitidine

12  exposure had on any of the results in the

13  Wang study?

14      A.      Again, we do not have

15  information on the level of

16  misclassification.  If they had that

17  information, they would have reported it.

18  So I cannot say what the impact of that

19  misclassification would be.  If there was

20  similar use of non-prescription ranitidine

21  in the groups being compared, we would

22  consider that non-differential, it would

23  lead to an underestimate of the risk.  But

24  we do not have that information.

25      Q.      Dr. Moorman, did the Wang study

Page 555

1      MOORMAN, Ph.D. - CONFIDENTIAL

2   authors say that they may have

3   underestimated the cancer risks of

4   ranitidine due to the misclassification of

5   exposure in their study?

6      A.    Let me take a minute just to

7   review what they said.

8            (Witness perusing document.)

9      A.    Taking a very quick look at how

10  they address the limitations, they

11  described some of the limitations.  In the

12  discussion, they note that they didn't

13  have information on over-the-counter

14  ranitidine use, which they said caused the

15  underestimation of ranitidine exposure.

16  They did not specifically for this

17  limitation or any of the others try to

18  estimate the impact on the relative risks

19  that they reported.

20     Q.    Have you investigated

21  over-the-counter use of ranitidine in

22  Taiwan during the relevant years being

23  analyzed in the Wang study?

24     A.    Over-the-counter use of Taiwan.

25  I did not -- I am not aware of the

Page 556

1      MOORMAN, Ph.D. - CONFIDENTIAL
2   prevalence of ranitidine use sold over the
3   counter in Taiwan.  I did not investigate
4   that in relation to this report.
5      Q.    Now, sitting here today,
6   Dr. Moorman, do you have any evidence that
7   there was similar use of non-prescription
8   ranitidine in the groups being compared in
9   the Wang study?
10            MR. ROTMAN:  Objection.  Can you
11       read the question back or repeat it?
12       I'm asking for Mr. Brown to repeat the
13       question --
14            MR. BROWN:  The court reporter
15       can read it back.
16            (The requested portion of the
17       record was read.)
18      A.    You have already asked me about
19   did I have any information about
20   non-prescription use of ranitidine in the
21   Taiwanese population.  And I said that I
22   do not have any information.  So one could
23   go through an exercise thinking about,
24   okay, if there was more ranitidine use
25   among the comparison group, more

1      MOORMAN, Ph.D. - CONFIDENTIAL
2   non-prescription ranitidine use among the
3   comparison group than the ranitidine
4   group, that would mean that you had some
5   exposed individuals in your control group.
6   And so that would tend to underestimate
7   the effect because you had the exposed --
8   some exposed individuals in the -- what
9   was categorized as the nonexposed group.
10  I -- if there was similar use of
11  non-prescription ranitidine, that would be
12  considered non-differential, and usually
13  that leads to an underestimate of the
14  relative risk.  If there was more
15  non-prescription use of ranitidine in the
16  ranitidine group than in the comparison
17  group, I don't think that would have much
18  impact on it because the ranitidine group
19  is already categorized as ranitidine
20  users.  So you can go through that thought
21  exercise, and that would be my thinking on
22  what the impact of non-prescription use
23  would be.
24      Q.    But that's a thought exercise
25  without evidence.  Isn't that true,

Page 558

1       MOORMAN, Ph.D. - CONFIDENTIAL

2   Dr. Moorman?

3               MR. ROTMAN:  Objection.

4       A.      I have stated multiple times in

5   my testimony that there is not information

6   on non-prescription use of ranitidine.  So

7   I went through three scenarios.  There was

8   more use in the comparison group than the

9   ranitidine group; there was similar use of

10  non-prescription ranitidine in the

11  ranitidine and the comparison group; or

12  there was more non-prescription use of

13  ranitidine in the ranitidine group than

14  the comparison group.  I think that's a

15  very valid way to think about it, even

16  though we do not have data on the

17  non-prescription use in the Taiwanese

18  population.

19      Q.      Do you have evidence that

20  individuals in the non-ranitidine groups

21  used ranitidine prior to the year 2000?

22      A.      The database began in the year

23  2000.  So we -- there is no information

24  available.  And that is, again, something

25  that I did acknowledge in my report.

Page 559

1       MOORMAN, Ph.D. - CONFIDENTIAL

2       Q.      Okay.  Let's go back to page 3,

3    the second full paragraph.  Give me a

4    moment.

5              Do you see where you state,

6    "This study shows statistically

7    significant increases in liver and gastric

8    cancer with greater than one year of

9    ranitidine use (at 300 milligrams per

10   day)."

11             Do you see that?

12      A.      I just want to make sure we're

13   in the same --

14      Q.      You're talking about the results

15   of the dose-response analyses halfway down

16   that paragraph.

17      A.      Yes.  Yes.  I do see it.

18      Q.      The results you were -- you are

19   referring to in that sentence are based on

20   comparisons of ranitidine users to

21   non-users; is that right?

22      A.      Yes.  They reported the dose

23   response analyses for the comparison of

24   ranitidine with non-ranitidine use.

25      Q.      Does the fact that the results

1       MOORMAN, Ph.D. - CONFIDENTIAL

2    were statistically significant mean

3    anything to you?

4         A.    So as I have emphasized in my

5    main report, statistical significance is a

6    consideration in interpreting results.

7    And so I -- I think that it is useful to

8    note whether or not results are

9    statistically significant, but again,

10   because statistical significance is

11   dependent on sample size, among other

12   factors, it's important to consider both

13   the point estimate as well as the

14   statistical significance.  It's a tool

15   that we use in epidemiology for

16   interpreting the data.

17        Q.    Why is it useful to note that

18   the results are statistically significant?

19        A.    It gives you a better feel for

20   the data and, you know, statistical

21   significance, whether it's reported with a

22   p-value or with a -- more appropriately

23   with a confidence interval, that gives you

24   the range of values with which the data

25   are statistically compatible.  So it gives

Page 561

1       MOORMAN, Ph.D. - CONFIDENTIAL
2    you an overall feel for how likely the
3    results could be due to chance or not.
4       Q.    Does it give you a better feel
5    compared to results that are not
6    statistically significant?
7             MR. ROTMAN:   Objection.
8       A.    Statistical significance is just
9    part of the information we use when
10   evaluating results.  We want to look at
11   the point estimate.  That is the best
12   estimate of the association between that
13   exposure and that outcome.  The
14   statistical significance is important.
15   It's useful.  But as I have stated, it is
16   not appropriate to make decisions about
17   whether something is associated or not
18   just on the basis of a p-value.  And then
19   conversely, if you have an extremely large
20   sample size, some associations that are
21   statistically significant are not
22   clinically important.  So it's a tool that
23   epidemiologists use for interpreting the
24   data.  It's one part of the information
25   that we have to look at data and to

Page 562

1      MOORMAN, Ph.D. - CONFIDENTIAL
2   interpret results.
3      Q.    Let's go back to the paragraph
4   we were just talking about.
5             Do you see where you say, "The
6   only other study with detailed
7   dose-response analyses, Cardwell, et al.,
8   reported a statistically significant
9   increased risk for bladder cancer risk
10  with three years of ranitidine use at
11  300 milligrams per day."
12            Do you see that?
13     A.    Yes, I do see what you've
14  highlighted.
15     Q.    And the results you are
16  referring to in the Cardwell study were
17  based on comparisons of ranitidine users
18  to non-users; is that correct?
19     A.    Let me just pull up that paper,
20  if you don't mind.
21            (Witness perusing document.)
22            Okay.  In their Cardwell main
23  analysis where they did the dose-expense
24  based on the defined daily doses, there
25  was a statistically significantly

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   increased risk of bladder cancer with
 3   greater than three years of ranitidine
 4   use.  When they compared it to other H2
 5   blockers at greater than three years of
 6   use or, more precisely, greater than 1,095
 7   defined daily doses, they reported a
 8   relative risk at the highest level of
 9   1.27.  That was -- the confidence interval
10   did include one.  And then when they
11   compared it to -- ranitidine to
12   proton-pump inhibitors, the highest
13   category, they reported a relative risk of
14   1.45 with a confidence interval that did
15   not include one.  So --
16      Q.    Dr. Moorman, you may have
17   misinterpreted --
18           MR. ROTMAN:  Wait, wait, wait.
19      Mr. Brown, I think she was in the
20      middle of answering.  Why don't you
21      let her finish.
22      A.    So when I was referring to a
23   statistically significantly increased risk
24   of bladder cancer with greater than three
25   years of ranitidine use, that refers both
```

Page 564

1      MOORMAN, Ph.D. - CONFIDENTIAL

2   to their comparisons to non-users and to

3   their comparison of people using PPIs.  I

4   acknowledge that it was not quite

5   statistically significant when they

6   compared ranitidine with other H2

7   blockers, although they did report a

8   hazard ratio in that group of 1.27.

9   Actually not a hazard ratio, but a

10  relative risk.

11     Q.    Now, you mentioned a few minutes

12  ago the results of the bladder cancer

13  analyses in Wang.

14          Do you recall that?

15     A.    I do.

16     Q.    Do the bladder cancer data in

17  Wang strengthen the bladder cancer

18  causality opinions expressed in your

19  original report?

20     A.    So my causality opinions are

21  based on the totality of evidence.  I

22  considered all of the studies of

23  whether -- whatever the results were that

24  they reported.  It would be very typical

25  when considering an association between an

Page 565

1      MOORMAN, Ph.D. - CONFIDENTIAL
2    exposure and outcome to see some variation
3    in results.  The result reported here a
4    hazard ratio of 1.06 is a very modest
5    increase in risk, but it is, you know,
6    consistent with most of the other studies.
7    It is showing a relative risk greater than
8    one for bladder cancer.  So it was
9    consistent with what's observed in the
10   other studies.
11       Q.   Dr. Moorman, go to the last
12   sentence of your October 3rd report,
13   please.  You see where you state, "Its
14   findings" -- referring to Wang's
15   findings -- "of significantly increased
16   risk of liver, gastric and pancreatic
17   cancer and increased risk of esophageal
18   cancer, although not statistically
19   significant, strengthens the causality
20   opinions expressed in my prior report."
21            Do you see that?
22       A.   Yes, I do.
23       Q.   Now, you listed four of the five
24   cancers there, but you didn't list bladder
25   cancer; is that right?

Page 566

1      MOORMAN, Ph.D. - CONFIDENTIAL
2       A.     I did not mention bladder cancer
3   in that sentence.
4       Q.     Why not?
5       A.     Well, as I said, I think that it
6   is consistent in terms of an increased
7   risk.  It was not -- in this study, the
8   relative risk reported was somewhat less
9   than in some of the other studies.  So
10  it's more data, but I think it is
11  consistent.  I think that it would -- it
12  didn't weaken my causality opinion.  It
13  was pretty much the same in regard to
14  bladder cancer.
15      Q.     Why did you leave out bladder
16  cancer in the last sentence of your
17  report?
18              MR. ROTMAN:  Objection.  Asked
19      and answered.
20      A.     Okay.  I -- for the reasons I
21  explained.  I don't -- there was no
22  particular -- no particular reason for it.
23  It was, like, I think that it was
24  consistent with my opinion before.  Some
25  of the data presented for these other

Page 567

```
 1       MOORMAN, Ph.D. - CONFIDENTIAL
 2   cancers, I think that it actually
 3   strengthened my opinions.
 4       Q.    Why didn't you say in this
 5   October 3rd report that the Wang data on
 6   bladder cancer are consistent with the
 7   other bladder cancer data?
 8       A.    I just want to look through this
 9   report.
10            (Witness perusing document.)
11            What I described in my report
12   were the data reported.  There was no
13   particular reason that I -- that I didn't
14   put in that specific sentence that you
15   said that it was consistent.  There was no
16   particular reason for it.  I did report
17   the results for the bladder cancer.
18       Q.    Did the Wang study authors
19   conclude that ranitidine use is associated
20   with bladder cancer?
21            MR. ROTMAN:  Is your question do
22       they say it in words, or are you
23       asking whether they reported it in
24       words or data?  Can you clarify?
25            MR. BROWN:  Sure.
```

Page 568

1     MOORMAN, Ph.D. - CONFIDENTIAL

2        Q.    Have they said it in words?

3        A.    They reported the data for it.

4    Much of -- I don't think that they

5    reported in -- they reported the data.  I

6    don't think that they report it in words.

7    I don't think -- no.  In their

8    conclusions, there was no mention of

9    bladder cancer.

10       Q.    Now, going back to this sentence

11   where you reference that Cardwell data

12   reporting a statistically significant

13   increased risk for bladder cancer with

14   three years of ranitidine use of

15   300 milligrams per day.

16            Do you see that?

17       A.    Yes.

18       Q.    In your opinion, has an

19   association between ranitidine use and

20   bladder cancer been demonstrated below

21   300 milligrams of use per day for three

22   years?

23       A.    What Cardwell reported in their

24   paper was a trend of increasing risk with

25   increasing -- increasing risk of bladder

Page 569

1      MOORMAN, Ph.D. - CONFIDENTIAL

2  cancer with increasing use of ranitidine

3  when they are looking at the individual

4  categories.  So if we are looking at

5  defined daily doses, they do report a

6  significant trend.

7            It's important to keep in mind

8  when they -- when you are doing dose

9  response analyses, when you start

10  subdividing into the strata of different

11  doses, you're getting into -- sometimes

12  you will get into relatively small

13  numbers.

14            And so some of the results may

15  not be statistically significant, though

16  elevated.  So what they are reporting is

17  an overall trend that the more ranitidine

18  was -- that was used, the more likely you

19  are to develop bladder cancer.

20      Q.    I'm not sure you've answered my

21  question, Dr. Moorman.

22            To the best of your knowledge,

23  has anyone demonstrated an association

24  between ranitidine use and bladder cancer

25  below 300 milligrams of use per day for

```
                                        Page 570
```

1      MOORMAN, Ph.D. - CONFIDENTIAL

2   three years?

3              MR. ROTMAN:  Objection.

4      A.     I think that I did answer your

5   question.  You know, as I said, in the

6   Cardwell study, they were showing

7   increased risk, albeit not statistically

8   significant, for lower levels of bladder

9   cancer.  It was only at the level of

10  approximately three years of use that it

11  became statistically significant.

12     Q.     Dr. Moorman, the Wang study

13  analyzed the Taiwanese population; is that

14  right?

15     A.     Yes.  That is correct.

16     Q.     In connection with your

17  October 3rd report, did you analyze how

18  comparable the Taiwanese population is to

19  the U.S. population?

20     A.     In regard to this report, I did

21  not do such an analysis.

22     Q.     Did you analyze how

23  comparable --

24              MR. ROTMAN:  Were you done with

25      your answer, Dr. Moorman?  It wasn't

Page 571

1      MOORMAN, Ph.D. - CONFIDENTIAL

2        clear to me that you were.

3              THE WITNESS:  Yes.  I think I am

4        finished with that answer.

5        Q.    Did you analyze how comparable

6    H2RA users in Taiwan are to H2RA users in

7    the United States?

8        A.    In comparable how -- comparable

9    in what way?

10       Q.    In any way, Dr. Moorman.

11             Did you attempt to analyze

12   similarities or differences between H2RA

13   users in Taiwan versus those in the

14   United States?

15       A.    No.  Given the very short

16   turnaround time, I did not attempt to

17   analyze the Taiwanese and U.S. population.

18       Q.    Have you analyzed whether the

19   results in the Wang study are

20   generalizable to the U.S. population?

21       A.    Well, when you talk about

22   analyzing generalizability, that is more a

23   qualitative assessment of

24   generalizability.  And so in some aspects,

25   you would say the indications for use of

```
 1       MOORMAN, Ph.D. - CONFIDENTIAL
 2   ranitidine and other H2 blockers are the
 3   same, whether or not they're used in
 4   Taiwan or the U.S., but there are some
 5   differences in underlying risk of some
 6   cancers that's also known.  Whether that
 7   underlying risk would affect the
 8   association between ranitidine and these
 9   cancers, it's not entirely clear.
10       Q.    And to be clear, I'm not asking
11   you to do that analysis on the fly.  I'm
12   asking you whether, as part of your
13   October 3rd report, you analyzed whether
14   the results in the Wang study are
15   generalizable to the U.S. population.
16       A.    And I think that you --
17            MR. ROTMAN:  So I'm going to
18       object based on the question being
19       asked and answered.
20       A.    Right.  Below -- I mean, above,
21   I can see that I said that, again, given
22   the very short timeframe between when this
23   paper came out and when the report was
24   due, I did not do the analysis that you're
25   asking about.
```

Page 573

1        MOORMAN, Ph.D. - CONFIDENTIAL

2        Q.     Let's turn to the topic of

3     sample size.

4               Did you compare the sample sizes

5     in Wang to the sample sizes in the other

6     ranitidine studies?

7        A.     In my evaluation of all of the

8     studies, I did consider sample size as one

9     consideration of my evaluation of the

10    studies.

11       Q.     Have you rank ordered the

12    various ranitidine studies according to

13    sample size?

14       A.     I have not done a listing of

15    sample sizes from largest to smallest.

16    No, I have not done that.  Sample size is

17    one consideration of evaluating studies,

18    but I have never done the ranking that

19    you're asking about.

20       Q.     Can you tell me how Wang

21    compares to the other ranitidine studies

22    based on sample size?

23               MR. ROTMAN:  Objection.

24       A.     I would have to go through the

25    studies individually to give you that

Page 574

1       MOORMAN, Ph.D. - CONFIDENTIAL

2   answer.  And again, it's just one factor

3   of many that one would need to consider in

4   evaluating the studies.  I know that there

5   were some studies that were larger, some

6   that were smaller.

7       Q.    In your original report, you put

8   greater weight on the factor of sample

9   size.  Isn't that true?

10      A.    I think that you need to put

11  that into context, that if you had two

12  studies that were equivalent in all other

13  respects, and one had a larger sample size

14  than the other, yes, I would weight the

15  larger study more heavily.  But as I

16  discussed in my main report, sample size

17  is just one consideration.  There were

18  some studies that were very large but had

19  extremely important limitations.  So if

20  you have a large study that is not

21  particularly well done, I would not weight

22  that as heavily as a smaller study that

23  was well done.

24      Q.    In your opinion, Dr. Moorman,

25  are the sample sizes in Wang adequate to

Page 575

1      MOORMAN, Ph.D. - CONFIDENTIAL

2  evaluate the relationship between

3  ranitidine use and the five designated

4  cancers?

5      A.    So you are again asking me to

6  make some -- it sounds like you're asking

7  me to make some dichotomization of

8  adequate or not adequate.  And you can't

9  assign a cutpoint for that.  In addressing

10  the sample size of Wang, consider how many

11  exposed individuals and their level of

12  exposure, that's an important

13  consideration.  And, you know, they did

14  have a pretty good sample size overall of

15  -- in their main comparison, they had over

16  50,000 people exposed to ranitidine.

17      Q.    Do you want to take a short

18  break?

19      A.    Yes.  That would be great.

20      Q.    Thank you.

21            MR. ROTMAN:  Ten minutes?

22            MR. BROWN:  That's fine with me.

23            THE VIDEOGRAPHER:  All right.

24      Going off the record.  The time is

25      10:25 a.m. Eastern Time.  This is the

Page 576

1          MOORMAN, Ph.D. - CONFIDENTIAL

2           end of Media Unit 1.

3                 (Recess)

4                 THE VIDEOGRAPHER:  We are back

5           on the record.  The time is 10:38 a.m.

6           Eastern Time.  This is the beginning

7           of Media Unit 2.

8    BY MR. BROWN:

9       Q.     Dr. Moorman, if we could go back

10   to the last page of your report, which I

11   believe is the fourth page of text.

12                 If you could go to the middle of

13   that first paragraph, do you see where you

14   state, "Notably, this study was able to

15   provide more meaningful evidence of dose

16   response because there was more dose and

17   duration information, it had longer

18   followup than many of the other studies,

19   it presented comparisons of ranitidine use

20   versus non-use and comparisons of

21   ranitidine use versus use of other acid

22   suppressants, and the study population was

23   age-appropriate for studying cancers that

24   are typically diagnosed in older adults."

25                 Do you see that.

Page 577

1       MOORMAN, Ph.D. - CONFIDENTIAL

2       A.     Yes.   I see what you have

3   highlighted.

4       Q.     Why do you consider the

5   presentation of non-user and active

6   comparator analyses to be a strength of

7   the Wang study?

8       A.     Okay.   When I discussed the

9   active comparator design in my original

10  report, I discussed some of the nuances of

11  using such a design.   When one looks at

12  the methodologic papers describing this

13  approach, they almost uniformly emphasize

14  the importance of having an appropriate

15  control group.   And so if there is a

16  concern that the comparator group also

17  affects the risk of the outcome, a pretty

18  uniform recommendation is that you

19  consider multiple control groups.   So, in

20  this case, if we're concerned that the

21  active comparators also increase the risk

22  of cancer, then it would be appropriate to

23  also look at non-users.   By doing this,

24  you have more data to evaluate the overall

25  associations.   So I think that the use of

1     MOORMAN, Ph.D. - CONFIDENTIAL

2   multiple control groups was a strength of

3   this study.  You know, I think that some

4   studies that did only an active comparator

5   design missed an opportunity to look at

6   the non-users too to make the comparisons

7   between the multiple control groups.

8       Q.    In your opinion, is having

9   multiple control groups also a strength of

10   the Cardwell study?

11      A.    The Cardwell study, yes, they

12   looked at ranitidine versus non-use.  They

13   looked at ranitidine versus other H2

14   blockers.  They looked at ranitidine

15   compared to proton-pump inhibitors.  And

16   so it gives you a fuller view of the data,

17   and I think that it is helpful in

18   interpreting the data to have these

19   multiple control groups.

20      Q.    With regard to Cardwell, have

21   you ever said that before today?

22      A.    Just -- just a second.  I want

23   to -- I think that I have.  But I want to

24   take a minute to confirm.

25      Q.    And just so I'm specific, I want

Page 579

1          MOORMAN, Ph.D. - CONFIDENTIAL
2     to know whether you have stated that the
3     presence of an active comparator analysis
4     in Cardwell strengthened the quality of
5     the study.
6          A.    I am quite certain -- I am
7     fairly certain that I did.  I just want to
8     confirm that.
9               So when I go back to my original
10    report, when I am describing the Cardwell
11    study, I have a paragraph that begins on
12    page 63 of my report that it was a well --
13    very well-designed study with many notable
14    strengths.  So that was the start of the
15    paragraph.  And I said the analyses
16    comparing ranitidine users to non-users as
17    well as to users of other acid suppressing
18    drugs address both the cancer risk
19    associated with ranitidine generally as
20    well as the cancer risk in relation to
21    other drugs used to treat similar
22    conditions.  So in my original report, I
23    did note that as a strength of the
24    Cardwell study.
25          Q.    Dr. Moorman, in your original

Page 580

1      MOORMAN, Ph.D. - CONFIDENTIAL
2  report, you didn't even include the active
3  comparator results in the table that you
4  created to summarize all the data.
5              MR. ROTMAN:  Objection.
6      Q.     Correct?
7      A.     Let me take a look at that.
8              (Witness perusing document.)
9              So obviously, I -- what I put in
10  my table were the results for ranitidine.
11  I also put results for the proton-pump
12  inhibitors.  Obviously, I cannot put every
13  bit of information that was presented in
14  the papers, in the tables.  But I believe
15  that I did discuss that.  As I indicated,
16  I considered the multiple comparison
17  groups a strength of that study.
18      Q.     Before Wang, Cardwell was the
19  only paper that conducted both a non-user
20  analysis and active comparator analyses.
21  And in your original report, you left out
22  of your table the H2RA active comparator
23  results.  Isn't that true?
24      A.     I described what I put in the
25  table.  I believe that I did describe the

Page 581

1      MOORMAN, Ph.D. - CONFIDENTIAL
2    active comparator results in the
3    narrative, if I'm not mistaken.
4        Q.    Well, now that you're on your
5    original report, let's just go to a couple
6    of other parts that discuss the active
7    comparator studies.
8              If you could turn to page 26,
9    please.
10             You see at the bottom of page 26
11   of your original expert report, the
12   section that says "Interpreting Results
13   From Active Comparator Studies"?
14       A.    Yes.
15       Q.    And now let's flip to the end of
16   that section, which I believe is on
17   page 31.
18             In the third-to-last sentence of
19   that section, do you see where you say,
20   "Because of these complexities, it is
21   difficult, perhaps even impossible to make
22   a determination of the overall risk for
23   cancer, and for specific cancers, from use
24   of ranitidine in these studies."
25             Do you see that?

Page 582

1      MOORMAN, Ph.D. - CONFIDENTIAL

2      A.     Yes.  I see what -- okay.

3      Q.     And what you're talking about

4  there are the active comparator studies;

5  correct?

6      A.     I think that you have to put

7  that in the context of the full

8  description of them.  And my discussion of

9  it, I focused on citing some evidence from

10  methodologic papers, indicating that when

11  there is evidence that the comparator

12  group also increases risk for cancer, it

13  may be difficult to detect an association

14  when using an active comparator analysis.

15  That is -- I believe that the paper I

16  cited specifically was Pottegard, and so

17  again, this emphasizes the importance of

18  using multiple comparison groups.  So an

19  active comparator as well as a non-user

20  group is an approach to doing that.

21      Q.     Dr. Moorman, do you still stand

22  by the statement that because of these

23  complexities, it is difficult, perhaps

24  even impossible to make a determination of

25  the overall risk for cancer, and for

Page 583

1       MOORMAN, Ph.D. - CONFIDENTIAL
2    specific cancers, from use of ranitidine
3    in active comparator studies?
4              MR. ROTMAN:  Objection.  That's
5         not what it states.  You misread the
6         sentence.
7              MR. BROWN:  I'll read it again.
8              MR. ROTMAN:  You said "active
9         comparator studies."  She said "these
10        studies."
11             MR. BROWN:  You know it.  I'll
12        read it again.  I'll read it again.
13        Q.    I'm going to refer you to that
14   sentence again, Dr. Moorman, where you
15   state, "Because of these complexities, it
16   is difficult, perhaps even impossible to
17   make a determination of the overall risk
18   for cancer, and for specific cancers, from
19   use of ranitidine in these studies."
20             Do you see that?
21        A.    I see that.  But --
22             MR. ROTMAN:  That's the only
23        question, is whether you see it.
24        Q.    Now, here's the next question.
25        A.    I --

Page 584

1      MOORMAN, Ph.D. - CONFIDENTIAL

2      Q.    Is that statement still true and

3   accurate, to the best of your knowledge?

4      A.    As I stated before, you're

5   taking one sentence.  You're not putting

6   it in the context of what I have written

7   overall.  So I -- in this section, I

8   discussed the issues about if there is

9   increased risk in the comparator group as

10  compared to the study drug ranitidine in

11  this case.  It might obscure an

12  association.  And then, as you can clearly

13  see in that paragraph, the sentences

14  preceding the sentence that you highlight,

15  additional limitations of the ranitidine

16  studies that use an active comparator

17  design, and I listed many of those

18  limitations.  So it is not just the active

19  comparator design per se.  But I'm

20  concerned about some of the other

21  limitations that I describe here.  If they

22  had very short followup periods, if they

23  had an age inappropriate study

24  population -- that combination of factors

25  leads to that statement that it can be

Page 585

1        MOORMAN, Ph.D. - CONFIDENTIAL
2    difficult to make a determination of the
3    overall risk in certain of these studies.
4        Q.    Do you still stand by that
5    sentence as written?
6            MR. ROTMAN:  Objection.  Asked
7        and answered.  You can answer it
8        again.
9        A.    I stand by that sentence in the
10   context of what is written.  When you put
11   it in the context of the discussion in
12   that section of my report, I do stand by
13   that.  It's not just the active comparator
14   design per se that I was concerned about,
15   but I had other concerns about specific
16   characteristics of specific studies that
17   added into my reasons for making that
18   statement.
19       Q.    Let's go to page 150 of your
20   expert report, original expert report.
21            At the bottom of 150, you have a
22   section entitled "Active Comparator
23   Analyses in Studies of Liver Cancer."
24            Do you see that?
25       A.    Yes, I do.

Page 586

1      MOORMAN, Ph.D. - CONFIDENTIAL

2      Q.      And if we go to page 152, at the

3  end of that section, I'd like to direct

4  your attention to the last sentence of

5  that section entitled "Active Comparator

6  Analyses in Studies of Liver Cancer."

7           Do you see the sentence that

8  reads, "The complexities of interpreting

9  the active comparator studies given the

10 multiple mechanisms by which ranitidine

11 and other acid-suppressing drugs could

12 cause liver cancer (as well as the

13 additional complexities introduced by

14 study limitations such as exposure

15 misclassifications), make it difficult, if

16 not impossible, to make a determination of

17 the overall risk for liver cancer from use

18 of ranitidine in these studies."

19           Did I read that correctly?

20      A.      Yes, you did read that

21 correctly.

22      Q.      Do you still stand by that

23 statement?

24      A.      This statement is very similar

25 to the statement that we discussed

Page 587

1      MOORMAN, Ph.D. - CONFIDENTIAL
2    previously.  And I talk about the
3    complexities of interpreting the active
4    comparator studies, given that the risk
5    may be increased in the comparator group.
6    But I also make here the comment about
7    additional complexity introduced by study
8    limitations such as exposure
9    misclassification.  So it's basically the
10   same sort of statement that I made
11   previously.  I don't have a problem per se
12   with active comparator studies.  They have
13   their place.  But I think that it is
14   important to consider the nuances as most
15   of the methodologic papers describing
16   active comparators do, that you have to
17   consider what is a risk in the other
18   studies, and then regardless of the study
19   design, one has to look at the
20   limitations, exposure misclassification,
21   age of the study population, length of
22   followup.  So there were lots of reasons
23   that it was -- that it was challenging to
24   interpret some of these studies, and
25   that's why using multiple comparison

Page 588

1        MOORMAN, Ph.D. - CONFIDENTIAL

2   groups is recommended by many of the

3   methodologic papers describing the active

4   comparator design is quite useful.

5        Q.    In your opinion, is it also

6   difficult, if not impossible, to make a

7   determination of the overall risk of liver

8   cancer from the Wang paper's active

9   comparator analysis?

10       A.    What I am getting at here, every

11  study has limitations and challenges.  The

12  Wang study by use of two comparison

13  groups, they gave us more data by which we

14  could make a judgment on whether there was

15  increased risk of liver cancer.  I also

16  took into account some of the other

17  aspects of the Wang study, like their

18  attempt -- their analysis of dose

19  response.  So no study is perfect, but I

20  saw aspects of the Wang study that I

21  thought were improvements over some of the

22  previous studies.

23       Q.    Let's go to page 158 of your

24  original report.  In the section that says

25  "Summary of epidemiologic data of

Page 589

1        MOORMAN, Ph.D. - CONFIDENTIAL
2     ranitidine or NDMA and liver cancer."
3              Do you see that?
4        A.     Yes.
5        Q.     And then in the last sentence of
6     the second paragraph, you state, "For
7     these reasons, it is difficult, if not
8     impossible, to assess the risk of cancer
9     with ranitidine use from the active
10    comparator analyses."
11             Did I read that correctly?
12       A.     Yes, you did read that
13    correctly.
14       Q.     Do you still stand by that
15    statement?
16       A.     Once again, you are taking one
17    sentence out of a paragraph that discusses
18    multiple issues.  It is not just the
19    active comparator design per se.  It was
20    some of the other limitations that I
21    described in my report.  So it's -- again,
22    restating what I said previously, using
23    multiple comparison groups gives you more
24    data by which to perform an analysis, and
25    then there are other aspects of the study

Page 590

1      MOORMAN, Ph.D. - CONFIDENTIAL

2    that I considered in evaluating not only

3    the Wang study but all of the studies that

4    looked at ranitidine and cancer risk.

5        Q.    Dr. Moorman, do you have any

6    concerns about the active comparator

7    designs in the Wang study?

8        A.    I --

9            MR. ROTMAN:  Objection to the

10       form.

11       A.    My report, as I do with any

12   evaluation of a study, compared strengths

13   and weaknesses of the studies.  The active

14   comparator design that they used in

15   addition to the non-use analysis provided

16   additional data for me to make my

17   evaluation of this study.  I think that,

18   yes, there are potential limitations in

19   this study, as there are in any study.

20       Q.    What are the limitations of the

21   active comparator analysis in the Wang

22   study?

23       A.    So similar to all of the studies

24   that we have -- probably all of the

25   studies, we have incomplete exposure

Page 591

1      MOORMAN, Ph.D. - CONFIDENTIAL

2   information.  So this can come from the

3   lack of information in over-the-counter

4   use, the lack of information on use before

5   the database was available, and so that is

6   a concern that is potentially some

7   exposure misclassification between the

8   ranitidine group and the active comparator

9   group.  That's one concern that I had

10   that -- but it's not unique to the Wang

11   study.

12      Q.    Let's go back to the last page

13   of your October 3rd report.

14           Do you see where you state that

15   "Overall, the study's strengths, including

16   its dose-response analysis, its

17   presentation of cancer risks over time,

18   and its comparison of ranitidine users to

19   both non-users and to users of other

20   acid-suppressing drugs, outweighed its

21   limitations, and therefore, I gave it

22   considerable weight in my causation

23   analysis, weighting it more strongly than

24   the Iwagami, Yoon, Adami, Norgaard,

25   Kantor, Kim, S, and Kim, Y, studies."

Page 592

1        MOORMAN, Ph.D. - CONFIDENTIAL

2              Do you see that?

3        A.    Yes, I do see what you're

4    reading.

5        Q.    In your opinion, do the

6    strengths outweigh the limitations in any

7    other ranitidine studies?

8        A.    I'm looking.

9              So when we look at the

10   individual studies, as I did when I

11   analyzed them and described them in my

12   original report, I evaluated and described

13   strengths and limitations for all of these

14   studies.  And I -- as I've described here,

15   some of the -- I thought that the Wang

16   study had a lot of strengths that were not

17   apparent in some of the other studies.

18   There were aspects, for example, of the

19   Adami and Norgaard study that I thought

20   were quite good, but there were also

21   important limitations like a very limited

22   dose response.  Most of their exposed

23   people, I think they reported that half of

24   them only had one prescription.  So those

25   were important limitations.

Page 593

1      MOORMAN, Ph.D. - CONFIDENTIAL
2              Other studies, like Iwagami, I
3   thought that if -- there were aspects of
4   their study that were okay.  But if the
5   question was does short-term ranitidine
6   use increase risk among young people in
7   the first couple of years in which they
8   use it, that study would answer that
9   question.  But if we're more concerned,
10  for example, about whether long-term use
11  of ranitidine increases cancer risk, I
12  don't think that study had the data to
13  answer it.
14              So I -- I can't say that -- if I
15  went through each of -- I can't recall if
16  I went through each of these and stated
17  whether its strengths outweighed its
18  limitations.  I can't recall that I did
19  that.  But I do know that in my report, I
20  certainly considered all of the strengths
21  and all of the limitations of the studies.
22      Q.    Sitting here today, do you
23  believe that the strengths outweigh the
24  limitations in any other ranitidine study
25  besides Wang?

Page 594

1        MOORMAN, Ph.D. - CONFIDENTIAL

2        A.     I would certainly say that the

3    Cardwell study, the strengths definitely

4    outweighed the limitations.

5        Q.     Any others that you can think of

6    right now?

7        A.     I -- you know, overall, I -- the

8    studies that are listed here, I had very

9    important concerns about their

10   limitations.  So, you know, that's why I

11   considered -- I did not weight them as

12   strongly as some of the other studies.

13       Q.     Did you place considerable

14   weight on any other ranitidine study

15   besides Wang?

16       A.     I considered all of the studies.

17   I weighed all of the studies in my

18   evaluation.  Some of the studies, as I

19   described in my report, I thought were

20   much better conducted studies than others.

21   You know, the Cardwell study, I thought

22   that was a very good study.  The Wang

23   study, I thought that it added a lot that

24   had not been present in some of the other

25   studies.  I recognize strengths and

Page 595

1      MOORMAN, Ph.D. - CONFIDENTIAL
2  limitations of all of the studies, and I
3  described them in my report.
4      Q.    Again, I'd like you to try to
5  answer my question.
6           Did you place considerable
7  weight, your words, on any other
8  ranitidine study besides Wang?
9      A.    Once again, I believe that in my
10  report, I indicated that I gave
11  considerable weight to the Cardwell study.
12  The studies that I listed here I weighted
13  less strongly.
14      Q.    Did you place considerable
15  weight on Wang's analysis of all five
16  cancers?
17      A.    I evaluated the overall paper.
18  And so that is what I said.  There were,
19  you know, some differences in the analyses
20  they did for different studies.  So for
21  example, what I noted as an overall
22  strength of the study is that it did a
23  more detailed dose-response analysis than
24  most of the other studies, but it did not
25  do a dose-response analysis for all five

Page 596

1       MOORMAN, Ph.D. - CONFIDENTIAL

2    cancers that we're focusing on.  They

3    didn't do a dose response for bladder or

4    for esophageal.  So that would have been

5    useful information to see in my opinion,

6    and they did not do that.  But they did do

7    more in dose-response analyses than I

8    think pretty much any other -- certainly

9    more -- a more detailed dose response than

10   any of the studies that I have listed

11   there.

12       Q.    You didn't selectively place

13   considerable weight only on those results

14   that most strongly support the plaintiffs'

15   claims in this case, did you?

16       A.    I used the methodology that I

17   have used throughout my career.  I looked

18   at all of the studies of ranitidine and

19   cancer.  I did what I considered a

20   detailed evaluation of their strengths and

21   weaknesses.  I considered things such as

22   the sample size, the exposure, how they

23   assessed exposure, how they assessed dose

24   response, all of the things that I would

25   do in evaluating any study in any

Page 597

1      MOORMAN, Ph.D. - CONFIDENTIAL

2  circumstances.  I did not -- when I

3  weighted a study more strongly, I gave my

4  reasons for it.  When I weighted a study

5  less strongly or had concerns about it, I

6  think that I clearly described the reasons

7  for my concerns.

8      Q.   Let's go to the Wang paper.

9  That's Exhibit 23; right?

10          The Wang authors, in designing

11  their study, first divided patients into a

12  ranitidine cohort and a non-ranitidine

13  cohort; is that right?

14     A.   Yes.  That is correct.

15     Q.   And within the ranitidine

16  cohort, the authors excluded patients who

17  received 90 defined daily doses or less;

18  is that right?

19     A.   Yes.  That is correct.

20     Q.   And that would be ranitidine

21  300 milligrams daily for at least three

22  months; is that right?

23     A.   Yes.  That's the definition of

24  it.

25     Q.   Are there any other ranitidine

Page 598

1      MOORMAN, Ph.D. - CONFIDENTIAL

2   epidemiology studies where the authors

3   defined the ranitidine group to exclude

4   people who used the medication short-term?

5      A.    Yes.  If you will give me a

6   minute, I want to be sure of my response.

7           (Witness perusing document.)

8           Yes.  Just -- the three papers

9   that came to mind, you asked if any of

10  them excluded very short-term use of

11  ranitidine.  The Yoon paper that was --

12  that was the one in South Korea.  In their

13  study cohort, they describe ranitidine

14  users of a cumulative dose exceeding

15  10,800 milligrams and famotidine users of

16  a cumulative dose exceeding

17  14,400 milligrams.  That is one example.

18          Another example is the Kantor

19  cohort that was conducted within the UK

20  Biobank.  They required that people have

21  regular -- let's see the phrasing that

22  they used -- regular use of ranitidine

23  that they defined as most days of the week

24  for the last four weeks.  So they also

25  excluded the very short-term users.

Page 599

1      MOORMAN, Ph.D. - CONFIDENTIAL
2              And then finally, in the
3      Norgaard study, they have prescription --
4      they required that people have at least
5      two prescriptions of ranitidine.  So those
6      are three examples that come to mind right
7      now.  There may be others.  But those are
8      the three that came to mind.
9         Q.     But in Wang, Dr. Moorman, the
10     dose-related exclusion criteria only
11     applied to the ranitidine cohort; is that
12     correct?
13        A.     Well --
14             MR. ROTMAN:  I'm sorry.  Can I
15         get that question again the way you
16         worded it?
17             (The requested portion of the
18         record was read.)
19        A.     Okay.  We have to take a look at
20     the design of this study.  And so they
21     actually did multiple comparisons.  So
22     when you think about the comparison of the
23     ranitidine to the non-users, there --
24     among the non-users, there would be no
25     reason -- I mean, there's nothing to

```
                                            Page 600
 1        MOORMAN, Ph.D. - CONFIDENTIAL
 2    exclude.  They're non-users of the drug.
 3              When it comes to the ranitidine
 4    and famotidine comparison, I do not
 5    believe that they said anything about that
 6    in their paper, whether that was a
 7    requirement or not.
 8        Q.    Dr. Moorman, can you identify
 9    any other ranitidine study that excluded
10    short-term users of one medication but not
11    short-term users of the comparator
12    medication?
13              MR. ROTMAN:  Objection.  That's
14        not her testimony.
15        A.    What I -- what I am saying is
16    the information is not provided in this
17    study.  They did not make any mention of
18    whether famotidine users had to have three
19    prescriptions or not.  They might have had
20    that requirement and not mentioned it.
21    They might not have it.  It is just not
22    apparent in this study what -- if that was
23    a requirement for the famotidine
24    comparison group.
25        Q.    Isn't it pretty clear in the
```

Page 601

1        MOORMAN, Ph.D. - CONFIDENTIAL
2    boxes that you see on the screen right now
3    describing the respective populations one
4    has a dose requirement; the other doesn't?
5        A.    As I said, they did not -- they
6    were -- they didn't say anything about it
7    in the paper.  So it is possible that
8    there was no dose requirement.  It's also
9    possible that there was a dose requirement
10   that they did not describe.  It's just not
11   in the paper.
12       Q.    Are you aware of any other
13   epidemiologic study in the literature
14   where authors compare longer-term users of
15   one medication to all users of a
16   comparator medication?
17            MR. ROTMAN:  Objection.  That
18        presume -- that misstates what her
19        testimony was.
20       A.    So the way that you phrased the
21   question, you're asking about other
22   epidemiologic studies that compared
23   longer-term users of one medication to all
24   users of a comparator medication.  I did
25   not say that that was the case with the

1      MOORMAN, Ph.D. - CONFIDENTIAL

2   Wang study.  What I stated was that we do

3   not have that information.  And I would

4   have to -- you asked me also about the

5   universe of epidemiologic studies that

6   compared one medication to a comparator

7   medication.  You're asking me about a very

8   large universe of studies that I certainly

9   have not reviewed.  And without going

10   through all of the papers, I couldn't give

11   you an answer to that.

12      Q.    If the Wang study did in fact

13   compare longer-term users of ranitidine to

14   all users of famotidine, would that raise

15   any concerns for you?

16      A.    Again, this study does not give

17   information about dose on ranitidine --

18   I'm sorry.  It doesn't give any

19   information about dose of famotidine use.

20   So we just don't know.  The dose of the

21   famotidine could be less than in the

22   ranitidine group.  It could be more.  We

23   just -- it's just not reported in there.

24      Q.    Again, I'd like you to focus on

25   my question.

Page 603

1        MOORMAN, Ph.D. - CONFIDENTIAL

2                If, in fact, these authors were

3    comparing higher doses or longer-term

4    users of ranitidine to all users of

5    famotidine, would that raise any concerns

6    for you?

7                MR. ROTMAN:  Objection.  Asked

8        and answered.

9        A.    Again, we don't know what is

10   going on here.  It would certainly depend

11   on the level -- you know, the comparison

12   of the doses between the ranitidine group

13   and the famotidine group.  We'd also be

14   somewhat concerned about what is the

15   increased risk associated with famotidine.

16   If we look at some of the data presented

17   in the Wang paper, the famotidine users

18   had lower risk of cancer than the non --

19   I'm sorry.  Let me back up.

20               The non-ranitidine group with

21   famotidine had lower risks than the

22   non-ranitidine group without famotidine.

23   So at least in this paper, we're not

24   seeing that famotidine affects the risk of

25   cancer in this population.

Page 604

1      MOORMAN, Ph.D. - CONFIDENTIAL
2         Q.    Dr. Moorman, you've given me
3    your opinion before that famotidine causes
4    cancer.
5              MR. ROTMAN:   Objection.
6         A.    I -- what I have given an
7    opinion about is whether or not there is
8    any evidence that famotidine might
9    increase the risk of cancer.  And I cited
10   articles that supported that.  And I put
11   that in the context of a reason for using
12   multiple comparison groups in a study.
13   What I am stating here is based on the
14   data within this population, they did not
15   show increased risk of this was liver
16   cancer among famotidine users as compared
17   to the non-ranitidine without famotidine.
18   I'm reporting on the data specifically to
19   this study when I made that statement.
20        Q.    Before today, Dr. Moorman, you
21   never recommended the use of an active
22   comparator design to evaluate the
23   relationship between ranitidine use and
24   any of the five cancers; isn't that
25   correct?

Page 605

1      MOORMAN, Ph.D. - CONFIDENTIAL

2         A.      I think that you are certainly

3    misconstruing what I have said.  I have

4    given in my report a detailed evaluation

5    of the active comparator design of its

6    strengths and limitations, and I have also

7    pointed out the reasons why an active

8    comparator design in conjunction with

9    another comparison group, including a

10   non-user group, that opinion is very

11   consistent with what is recommended by the

12   FDA guidance document, by multiple

13   methodologic papers describing the active

14   comparator design.  And when I had

15   concerns about active comparator studies,

16   it was not limited to just the overall

17   design of the study, but many other

18   limitations of the studies.  And

19   throughout my reports and my testimony, I

20   tried to emphasize again and again that I

21   considered many aspects of a study when

22   making my -- formulating my opinions.

23        Q.      You called comparisons between

24   ranitidine use and PPI use invalid.

25                Do you recall that?

 1      MOORMAN, Ph.D. - CONFIDENTIAL

 2      A.    I do not recall making that

 3   statement.

 4      Q.    If you are asked to design an

 5   active comparator analysis to evaluate the

 6   relationship between ranitidine use and

 7   any of the five cancers, would you

 8   recommend designing it with both groups

 9   receiving equivalent amounts of the

10   respective medication?

11      A.    I'm sorry.  I am not following

12   your question.  Could you rephrase it?

13      Q.    Yeah.  So let's go back to the

14   chart.  Let's put up the exclusion

15   criteria in Wang.

16           Okay.  So referring you to

17   page 5 of the Wang paper, do you see in

18   the center of that chart the exclusion

19   criteria that the Wang authors use in

20   their comparator analyses?

21           Do you see that?

22      A.    Yes.

23      Q.    And you see that one of their

24   exclusion criteria was ranitidine less

25   than three months; is that correct?

Page 607

1      MOORMAN, Ph.D. - CONFIDENTIAL

2         A.     I do see that.

3         Q.     And there is no such exclusion

4    criteria written in this box for any of

5    the comparator groups.  Isn't that true?

6         A.     What -- you have asked me this

7    question, and I answered it already.  What

8    they are describing in this part of the

9    chart is how they got to the

10   non-ranitidine cohort.  So they --

11   there's -- they're not -- there's not a

12   drug to say it's anybody who didn't take

13   ranitidine.  There's no specific drug that

14   they're getting at there.  So, of course,

15   there's no exclusion criteria for use of

16   a, you know, certain length of time.

17        Q.     Dr. Moorman, if you were

18   designing this study, and you were going

19   to enclose an exclusion criteria like

20   this, you would want the same exclusion

21   criteria to apply to both the ranitidine

22   group and the famotidine group.  Isn't

23   that true?

24        A.     Okay.  So again, we have to look

25   at this flow chart.  The flow chart is

Page 608

1       MOORMAN, Ph.D. - CONFIDENTIAL
2    telling how they got to the ranitidine
3    versus the non-ranitidine cohort.  So the
4    non-ranitidine cohort is anybody who
5    didn't use ranitidine.  So it -- you're
6    asking they didn't apply some criteria for
7    a certain length of the drug use.  It's
8    not applicable for this ranitidine versus
9    non-ranitidine cohort.
10       Q.    What about famotidine in the
11    bottom right-hand corner, Dr. Moorman?
12       A.    What --
13            MR. ROTMAN:  Objection.  I don't
14       understand what the question is.
15       A.    Yeah.  Please expand on your
16    question.
17       Q.    I'm going to move on.
18            Is it your belief that Dr. Wang
19    constructed his active comparator analyses
20    in the same manner that other researchers
21    constructed their active comparator
22    analyses?
23            MR. ROTMAN:  Objection.
24       A.    Well, as we have discussed
25    plenty of times, there is quite a lot of

Page 609

1       MOORMAN, Ph.D. - CONFIDENTIAL
2    variation between studies and how they
3    constructed their cohorts and comparison
4    groups.  And so you say in the same manner
5    that other researchers constructed their
6    active comparator analyses.  I would say
7    that if you went through all of the active
8    comparator studies of ranitidine and
9    cancer, you would find some variation in
10   how each study did it.  So to say that he
11   used the same manner that other
12   researchers used, I would say that nobody
13   used exactly the same approach.
14       Q.    Let's go to the -- while
15   we're -- let's pull that exhibit back up.
16   Let's go to page 13 of Wang, first full
17   paragraph.
18            On page 13 of Wang, in the first
19   full paragraph, do you see where the
20   authors concluded that "when considering
21   the dose-response of ranitidine usage,
22   there were significant trends of increased
23   liver cancer risk with an increasing dose
24   of ranitidine.  However, there was no
25   continuous dose-response relationship

Page 610

1    MOORMAN, Ph.D. - CONFIDENTIAL
2    among the other individual cancers."
3           Do you see that?
4     A.    I see what you are pointing out,
5    yes.
6     Q.    Did I read that correctly?
7     A.    I believe that you did.
8     Q.    Do you disagree with that
9    statement by the Wang authors?
10     A.    I do not -- in their -- when
11    they describe the results of their
12    study -- when they describe the results of
13    their dose-response analyses, they put it
14    in categories, so the four dosage
15    categories.  And when we look at gastric
16    cancer, as I acknowledged in my report,
17    it's not quite as clean a dose-response as
18    what was seen with liver cancer with
19    monotonically increasing relative risk or
20    with increasing dose.  Gastric cancer, of
21    course, had a much smaller sample size, so
22    it's not surprising that some of the
23    relative risks bounce around a little bit
24    more.
25           But his statement is there were

```
                                    Page 611
```

1        MOORMAN, Ph.D. - CONFIDENTIAL

2    no continuous dose-response relationships.

3    So what I am seeing here is they present

4    the categorical dose-response

5    relationships.  I don't see here and I

6    don't recall them presenting dose-response

7    when using a continuous analysis.

8              MR. ROTMAN:  Loren, can we take

9         either just a three-minute break or

10        take a ten-minute break?

11             MR. BROWN:  Let's talk for a

12        second.  I'm going to -- by my count,

13        I have about ten minutes to take me to

14        two and a half hours, and then I was

15        going to reserve my final 30 minutes.

16        So you tell me.  Do you want me to

17        keep going and finishing those ten

18        minutes, or do you want to take a

19        break now?

20             MR. ROTMAN:  Yeah.  So do your

21        ten minutes, but I would like to just

22        go off the record for three, because I

23        just need to --

24             MR. BROWN:  No problem.  Let's

25        go off the record for a couple of

Page 612

1      MOORMAN, Ph.D. - CONFIDENTIAL

2        minutes.

3             THE VIDEOGRAPHER:  Going off the

4        record.  The time is 11:37 a.m.

5             (Recess)

6             THE VIDEOGRAPHER:  We are back

7        on the record.  The time is 11:44 a.m.

8        Eastern Time.

9   BY MR. BROWN:

10      Q.    Dr. Moorman, with the addition

11   of the Wang study, how would you describe

12   the strength of any association between

13   ranitidine use and liver cancer?

14      A.    The strength.  So there -- what

15   the Wang study reported, they found --

16   let's see -- in their -- I want to make

17   sure I'm reporting.  So the Wang study,

18   they reported hazard ratios for two

19   comparisons, for the ranitidine versus

20   non-ranitidine users, and they reported a

21   hazard ratio of 1.22.  And it was

22   statistically significant with the

23   confidence interval of 1.09 to 1.36.

24             When they compared it to

25   famotidine users, they reported a similar

Page 613

1       MOORMAN, Ph.D. - CONFIDENTIAL
2    hazard ratio, actually an identical hazard
3    ratio of 1.22 or 1.06 to 1.40.
4              And so in this particular study,
5    they're reporting that the ranitidine
6    users had a 22 percent increase in risk of
7    liver cancer.  Other studies, I would have
8    to go through them individually.  Some of
9    them reported stronger associations, some
10   lesser, not as strong associations.
11       Q.    Can you provide an overall
12   relative risk that reflects the
13   association between ranitidine use and
14   liver cancer?
15              MR. ROTMAN:  Objection.
16       A.    I just gave you the relative
17   risk that was reported in this study.  I
18   would have to go through all of the other
19   studies to -- you know, off the top of my
20   head, I don't recall all of the relative
21   risk.  And again, when interpreting those
22   relative risk, it's really important to
23   take into account the strengths and
24   limitations of the studies and how biases
25   might have influenced those relative risk.

1       MOORMAN, Ph.D. - CONFIDENTIAL

2       Q.    Do you believe that Wang

3    provides the best estimate of the

4    association between ranitidine use and

5    liver cancer?

6       A.    As I described in my report, I

7    identified a number of strengths of the

8    Wang study.  Notably, I think that looking

9    at the dose response relationship that

10   they reported in their paper was a very

11   important strength of this paper.  And

12   because many of the other studies did --

13   some of the studies did no dose-response

14   or they did an inadequate or suboptimal

15   dose response, I would say that this

16   provides some of the -- provides very good

17   evidence for the estimate of the relative

18   risk.

19      Q.    Does it also provide very good

20   evidence of the relative risk comparing

21   ranitidine use -- well, strike that.

22            Besides liver cancer, do you

23   believe that Wang provides the best

24   estimate of the association between

25   ranitidine use and the other four cancers?

Page 615

1      MOORMAN, Ph.D. - CONFIDENTIAL

2              MR. ROTMAN:  Objection.

3      A.      You know, again, off the top of

4    my head, I would have to go back and

5    review what was the reported relative risk

6    across all of the studies.  Again, because

7    of the dose response information that they

8    reported, I think that they do give a good

9    estimate of the relative risk, and when we

10   get into some of the other questions --

11   some of the other cancers, rather, you

12   know, pancreatic cancer, they did provide

13   more detailed dose-response than others.

14              But they were challenged in that

15   respect because the number of pancreatic

16   cancers in their cohort was relatively

17   small.  And so when you start looking at

18   multiple categories of dose-response, it

19   would not be surprising to see some

20   bouncing around of the hazard ratios.

21              In terms of the best estimate of

22   bladder cancer, I think that -- for

23   example, the Cardwell study, I referred to

24   that frequently because I think that it

25   has multiple strengths, and I think that

Page 616

MOORMAN, Ph.D. - CONFIDENTIAL

1  
2  it is a strong study that provides -- if I

3  had to rank the Wang and the Cardwell

4  study in terms of looking at the risk for

5  bladder cancer, I think that I might rank

6  the Cardwell study a bit higher.

7      Q.    As of today, Dr. Moorman, have

8  you attempted to synthesize the totality

9  of available evidence in order to

10  calculate summary risk ratios for

11  ranitidine use and the five cancers?

12     A.    So did I calculate a summary of

13  risk ratio for ranitidine use and the five

14  cancers?  I have not done that, and I'd

15  like to explain part of the reasoning for

16  that.  When one presents a summary risk

17  ratio or tries to calculate a summary risk

18  ratio, you would want to make sure that

19  the -- you're combining or reporting a

20  summary risk ratio for studies that are

21  looking at precisely the same thing.  And

22  across the studies, we see a lot of

23  differences.  Some of them looked at a

24  combination of ranitidine nizatidine

25  versus other comparators.  And so

Page 617

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   basically, I think that overall, there
 3   were not enough studies that looked at the
 4   same comparison to do a summary risk
 5   ratio.  And then also, you know, some
 6   concerns about the study design and other
 7   aspects of the study conduct would also
 8   play into that.
 9      Q.    And what you're talking about
10   there is essentially doing a
11   meta-analysis; is that right?
12      A.    When one conducts -- when one
13   calculates a summary relative risk, it is
14   usually in the -- it is doing a
15   meta-analysis.  I would agree with that.
16      Q.    And in fact, in your original
17   report, you noted a number of examples
18   related to oral contraceptives, menopausal
19   estrogen, passive smoking, and other
20   exposures where you used overall relative
21   risks from meta-analyses; is that right?
22      A.    I did cite some meta-analyses in
23   my original report.  Yes, I did.
24      Q.    In your opinion, is the -- are
25   the liver cancer results in Wang
```

1      MOORMAN, Ph.D. - CONFIDENTIAL
2    consistent with the liver cancer results
3    in other ranitidine epidemiologic studies?
4       A.    I would have to go back and look
5    at the individual studies.  And I stated
6    previously that some studies showed a
7    relative risk that was greater than in the
8    Wang study.  Some showed a relative risk
9    that was less.
10      Q.    Have the active comparator
11   results for liver cancer in the Wang study
12   been replicated in any other active
13   comparator analysis in the literature?
14      A.    I -- well, when we talk about
15   replicating results, it can mean several
16   different things.  Were the results
17   replicated in terms of a dose-response
18   analysis?  No, because there was no other
19   study that did as detailed a dose-response
20   analysis as the Wang study.  Again, I
21   would have to go back and look at the
22   individual liver cancer studies to give a
23   more detailed answer.
24      Q.    Do you know whether the risk
25   ratio in Wang which looked at -- well,

Page 619

1          MOORMAN, Ph.D. - CONFIDENTIAL

2     strike that.

3                    Have the point -- well, strike

4     that for now.

5                    I'm going to stop for now and

6     reserve the time I have left.

7                    MR. ROTMAN:  What's the time

8          record now?

9                    THE VIDEOGRAPHER:  Can we just

10         go off the record first?  Is that

11         okay?

12                   MR. BROWN:  Yes.

13                   THE VIDEOGRAPHER:  Okay.  Going

14         off the record.  The time is

15         11:57 a.m.  This is the end of Media

16         Unit 2.

17                   (Recess)

18                   THE VIDEOGRAPHER:  We are back

19         on the record.  The time is 12:25 p.m.

20         Eastern Time.  This is the beginning

21         of Media Unit 3.

22     BY MR. ROTMAN:

23         Q.    Good afternoon, Dr. Moorman.

24         A.    Good afternoon, Steve.

25         Q.    I'm going to be asking you some

Page 620

```
 1        MOORMAN, Ph.D. - CONFIDENTIAL
 2   questions now.
 3        A.    Okay.
 4        Q.    And I'd like to start with
 5   asking you some questions about the study,
 6   the Wang -- I call it Wang.  Maybe it's
 7   Wang.  But Exhibit 23.  And if we could
 8   bring that up, please, and go to page 7.
 9             THE CONCIERGE:  Mr. Rotman, do
10        you need me to do that?
11             MR. ROTMAN:  Yes.
12             THE CONCIERGE:  Thank you.  One
13        second, please.  What page are we
14        going to?
15             MR. ROTMAN:  Seven, please.
16        Q.    So Dr. Moorman, do you see at
17   the top of the page Figure 2?
18        A.    I do.  It's small, but I have
19   the hard copy in front of me as well.
20        Q.    Okay.  And so now we're making
21   it a little bit larger.
22        A.    Okay.
23        Q.    And what is Figure 2?
24        A.    Figure 2 is a forest plot
25   showing the hazard ratios for cancer,
```

Page 621

MOORMAN, Ph.D. - CONFIDENTIAL

1    comparing the ranitidine and the untreated

2    group.  And as with any forest plot, the

3    circle indicates the point estimate so

4    that the relative -- the hazard ratio

5    reported, and then the tails out from that

6    represent the 95 percent confidence

7    interval around that hazard ratio.

8    Q.    And the -- and on the left-hand

9    column, they list the individual cancers

10   that they're assessing?  Is that right?

11   A.    That is correct.

12   Q.    I'd like you to look at the

13   results for -- reported results for --

14   starting at the bottom, liver cancer.

15   A.    Yes.

16          MR. ROTMAN:  If you could

17      highlight that, David, that line,

18      please.  Okay.  Could you highlight

19      the whole thing.

20          THE CONCIERGE:  I'm having

21      issues with my mouse.  Hold on one

22      second, please.

23          MR. ROTMAN:  All right.  So

24      we'll not wait for that.

Page 622

1      MOORMAN, Ph.D. - CONFIDENTIAL

2      Q.     But while he's doing that, I'm

3   going to ask you what was the result for

4   liver cancer?

5      A.     What they report in the hazard

6   ratio 95 percent confidence interval

7   column and then depict graphically in the

8   forest plot is a hazard ratio of 1.22, the

9   confidence interval 1.09 to 1.36.  So it

10  is a 22 percent increase in risk of liver

11  cancer among ranitidine users compared to

12  the untreated group.  And then because the

13  confidence interval does not cross the no

14  association line of one, it is a

15  statistically significant increased risk.

16     Q.     And you can see that depicted in

17  the forest plot where the entire range of

18  values from the low end to the high end

19  are above one?

20     A.     Yes.  The confidence interval

21  is -- the lower bound of the confidence

22  interval is greater than one.

23     Q.     So the lower bound is the left

24  side of the horizontal line?

25     A.     That is correct.

Page 623

1      MOORMAN, Ph.D. - CONFIDENTIAL

2      Q.    And the right -- and the upper

3   bound is the right side of the horizontal

4   line?

5      A.    That is correct.

6      Q.    And so would you describe this

7   result as an increase in risk for

8   bladder -- for liver cancer?

9      A.    I -- yes.  It's -- the hazard

10  ratio 1.22 means that there's -- the risk

11  is greater in the ranitidine group than

12  the untreated group, and then the

13  confidence interval gives us information

14  on the statistical significance as well as

15  the p-value.  The confidence interval

16  gives us -- it's sometimes described as

17  the range of values with which the data

18  are statistically compatible.  And the

19  entire range of the confidence interval is

20  greater than one.

21      Q.    Now let's go to two above that,

22  the esophageal.

23            And while he's highlighting

24  that, is that -- is that showing a hazard

25  ratio and a confidence interval as well?

Page 624

1       MOORMAN, Ph.D. - CONFIDENTIAL

2       A.     Yes.

3       Q.     Okay.  What do we know about the

4    results for esophageal cancer from this?

5       A.     Okay.  So what this shows, it

6    presents a hazard ratio, and then it's

7    depicted graphically in the forest plot.

8    The hazard ratio is 1.27.  And the

9    confidence interval is .95 to 1.70.  And

10   the p-value, it indicates that it's a

11   p-value of .107.  So it is not

12   statistically significant at the

13   conventional cutpoint of P less than .05.

14   But it's important, as I've emphasized

15   earlier, the statistical significance and

16   the width of the confidence interval are

17   reliant on the sample size.  So when we

18   look at esophageal cancer, we see that the

19   number of cases that's reported in the

20   first column of numbers, it was 82 in the

21   untreated group versus 101 in the

22   ranitidine group.  So a much smaller

23   sample size than liver cancer.  So even

24   though the hazard ratio point estimate was

25   a bit higher for esophageal cancer than

1        MOORMAN, Ph.D. - CONFIDENTIAL

2    liver cancer, probably because of the

3    smaller sample size, the confidence

4    interval did overlap one slightly.

5        Q.    So you said slightly.  You can

6    see that visually in the forest plot?

7        A.    Right.  You can see that the

8    lower bound of the confidence interval and

9    as reported in the numerical data, the

10   lower bound of the confidence interval was

11   .95.  So it is slightly below -- it is

12   slightly below one.

13       Q.    What -- approximately what

14   percentage of the confidence interval

15   horizontal line lies to the right of one?

16       A.    It looks like probably more than

17   95 percent of the range of the confidence

18   interval is in the range of greater than

19   one.

20       Q.    And does that mean anything to

21   you in your interpretation of the

22   likelihood that the reported increase in

23   risk is due to chance?

24       A.    So the confidence interval, as I

25   stated, gives information sometimes

Page 626

1          MOORMAN, Ph.D. - CONFIDENTIAL

2    described as the range of values with

3    which the point estimate is statistically

4    compatible.  And so nearly all of the

5    confidence interval is in the range of an

6    increased risk.  There's only a small tail

7    of that confidence interval that is below

8    one.

9          Q.    And for liver cancer, which we

10   covered a few minutes ago, all of the

11   confidence interval is to the right of

12   one; correct?

13         A.    That is correct.

14         Q.    Now, looking at gastric cancer,

15   which is one above.

16         A.    Correct.

17         Q.    Is that showing an increased

18   risk of gastric cancer for this study?

19         A.    Yes.  So similar to the other

20   cancers, the increased risk is depicted by

21   the hazard ratio and in the forest plot.

22   And so they report the hazard ratio is

23   1.26, meaning that people in the

24   ranitidine group are at 26 percent higher

25   increased risk as compared to the

Page 627

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   untreated group.
 3      Q.    And it's statistically
 4   significant?
 5      A.    Yes.  They report the p-value of
 6   .012, and then that can also be surmised
 7   from the confidence interval, which does
 8   not include one.  All of the confidence
 9   interval is above one.
10      Q.    And then moving up to pancreas
11   cancer.
12      A.    Mm-hmm.
13      Q.    Is that showing an increased
14   risk for pancreas cancer with ranitidine
15   use as compared to non-use?
16      A.    Yes.  Once again, the hazard --
17   reported hazard ratio and what's depicted
18   in the forest plot is a hazard ratio of
19   1.35, a 35 percent increase in risk in the
20   ranitidine group compared to the untreated
21   group.  And the confidence interval, 1.03
22   to 1.77, does not include the null value
23   of one.  So it is a statistically
24   significant report -- result.  And it is
25   probably also noteworthy that the
```

Page 628

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   confidence interval for pancreas cancer is
 3   wider than it is, for example, for liver
 4   cancer.  It ranges from 1.03 to 1.77 for
 5   pancreas cancer versus 1.09 to 1.36 for
 6   liver cancer.  And that is a reflection of
 7   the sample size, again, 120 pancreas
 8   cancers in the ranitidine group versus 711
 9   liver cancers in the ranitidine group.
10      Q.    But the results here is both
11   elevated risk and statistically
12   significant; right?
13      A.    That is correct.
14      Q.    And now going up to bladder
15   cancer.  Can you go explain what the
16   results are telling you.
17      A.    Okay.  And as we have discussed
18   prior in this deposition, the hazard ratio
19   is 1.06, so a very slight increase in risk
20   among the ranitidine group compared to the
21   untreated group.  The confidence interval
22   ranges from .86 to 1.30.  So, in this
23   case, the finding was not statistically
24   significant.  And again, it shows the
25   range of values which the data are
```

Page 629

1        MOORMAN, Ph.D. - CONFIDENTIAL

2     statistically compatible.

3        Q.    And is most of the confidence

4     interval to the right of the one line in

5     bladder cancer?

6        A.    Well, yes.  It is.  Because the

7     hazard ratio is greater than one, more of

8     the confidence interval would be above one

9     than less than one.

10       Q.    And what does it mean that the

11    upper bound of the confidence interval is

12    1.3?

13       A.    So confidence intervals are

14    often described as the range of values

15    that the data are statistically compatible

16    with, meaning that if you were able to

17    redo the study multiple times with exactly

18    the -- basically the study were repeated

19    multiple times, you might expect to get

20    some values a little higher, a little

21    lower than what they found in this study.

22    And 1.30 is one of the values -- is kind

23    of the upper range of the values for which

24    the data are statistically compatible.

25       Q.    And in comparing the results of

Page 630

1       MOORMAN, Ph.D. - CONFIDENTIAL

2    this Wang study for bladder cancer with

3    the other information we have about

4    bladder cancer in your -- summarized in

5    your initial report, where you looked at

6    the bladder cancer results and other

7    ranitidine studies as well as in human

8    studies of NDMA exposure in the diet and

9    NDMA exposure in occupational settings,

10   does the -- does the confidence

11   interval -- is the confidence interval

12   useful for making an assessment of whether

13   the result here is consistent with the

14   other results in those other studies?

15       A.    Yeah.  As I have stated, when

16   you look at multiple studies, you're

17   likely to see some hazard ratios a bit

18   higher, a bit lower.  The upper bound of

19   the confidence interval is certainly in

20   the range of what was reported in other

21   studies, like Cardwell and others.  So it

22   seems consistent overall.  It's not -- it

23   seems overall fairly consistent with the

24   bulk of the data.

25                MR. ROTMAN:  Can we go to the

```
                                          Page 631

 1        MOORMAN, Ph.D. - CONFIDENTIAL

 2         bottom half of the page, please,

 3         Mr. Johnson.  And if you could just go

 4         up a little bit more.

 5         Q.     We can see that this is called

 6    Figure 3, "Cumulative incidences."

 7              Do you see that?

 8         A.     Yes, I do.

 9         Q.     Can you explain what information

10    is being conveyed by Figure 3?

11         A.     Okay.  This study presented the

12    risk of cancer over time in the comparison

13    groups.  So the ranitidine group is shown

14    in the red line, and the non-ranitidine

15    group is shown in the blue line.  And this

16    is -- this presents several pieces of

17    information.  And not -- most of the other

18    studies did not present such graphs in

19    their results.  And so what it shows is

20    that the lines start out together, and

21    then over time, they are diverging.  And

22    so because the ranitidine line for each of

23    these four cancers is greater than -- is

24    above the non-ranitidine line, that

25    indicates that the risk of these four
```

```
1      MOORMAN, Ph.D. - CONFIDENTIAL
2   cancers -- liver, lung, gastric, and
3   pancreatic cancer -- increases.  Across
4   all timeframes, the risk of these cancers
5   was higher in the ranitidine group than
6   the non-ranitidine group.  And there is
7   also -- you can see that the lines
8   separate over time.  And this is -- it's
9   very typical when you're looking at cancer
10  studies that, you know, the lines are
11  going to go up and likely separate.  And
12  it illustrates the importance of having
13  adequate followup.  So you can see that in
14  the early years, you don't have very much
15  separation between the lines generally.
16  And so that would explain -- you know,
17  that illustrates a concern that I had with
18  some of the studies that had very short
19  followup.  It's, like, even if you had
20  longer followup, you might see increased
21  risk.  But if you have very short
22  followup, you might miss it.
23      Q.    Let me ask you a few followup
24  questions on this.
25              Looking at the left-hand side of
```

Page 633

1        MOORMAN, Ph.D. - CONFIDENTIAL
2    each of the four, you see how the red
3    lines and the blue lines start out?
4        A.    Right.
5        Q.    Would you agree that they start
6    out very close together and then over time
7    they get further and further apart?
8        A.    Right.  They --
9        Q.    Does that --
10       A.    Yes.
11       Q.    Does that -- does that have any
12   informative value to you in terms of
13   issues of whether there's reverse
14   causation or -- sometimes called --
15   reverse causation is sometimes called
16   protopathic bias?
17       A.    Yes.  It does provide some
18   information in that regard.  So --
19       Q.    Would you explain?
20       A.    Yes.  Reverse causation or
21   protopathic bias means that it is not the
22   drug per se -- the drug that causes the
23   increased risk, but they have symptoms of
24   the disease that lead them to take the
25   drug, and that's why you see an increased

Page 634

1      MOORMAN, Ph.D. - CONFIDENTIAL

2   risk.  And if reverse causation

3   protopathic bias were an important

4   concern, you would expect to see early

5   on -- in followup, if they only took the

6   drug in relation to cancer symptoms, you

7   would expect to see an increased risk

8   early on and a diminished risk later.  And

9   that is not at all what is shown in these

10  studies or in these graphs.  So it

11  provides confidence that reverse causation

12  and protopathic bias was not likely to be

13  a significant problem in this -- in

14  this -- in their analysis.

15      Q.    And in connection with that

16  issue of reverse causation or sometimes

17  called protopathic bias, did the

18  investigators -- did the researchers in

19  this particular study utilize any

20  methodology that would -- that would

21  minimize the likelihood of a protopathic

22  bias?

23      A.    Yes, they did.  When they

24  described -- they did an exclusion

25  criteria, they excluded people who had

Page 635

1        MOORMAN, Ph.D. - CONFIDENTIAL

2    followup for less than one year.  So what

3    that means is that if somebody took

4    ranitidine and then developed cancer in

5    that first year, they were not included in

6    their study population.  And so, you know,

7    this is a pretty typical approach for

8    dealing with protopathic bias, is to

9    exclude those people who started taking

10   the drug shortly before their diagnosis.

11       Q.    And did they also -- did the

12   investigators also employ another

13   technique, which they describe as a

14   washout period?

15       A.    They also looked back to see if

16   they were using it before the start of

17   followup.  So they -- that kind of ensured

18   that everybody was not taking -- helped to

19   ensure that everybody included in this

20   study was not taking it, and then if they

21   started it, and they developed cancer

22   shortly thereafter, they would have been

23   excluded from their analysis.

24       Q.    So based on the graphs shown in

25   Figure 3 and the techniques used of the

1      MOORMAN, Ph.D. - CONFIDENTIAL

2    washout period and the exclusion of

3    individuals with a followup period less

4    than one year, do you have an opinion

5    about whether protopathic bias, also

6    called reverse causation, is explaining

7    the results of this study?

8        A.    For the reasons I stated

9    previously, I think that, you know, these

10   charts, you know -- the lag time,

11   excluding people with followup of less

12   than one year is a method to minimize

13   protopathic bias, and then when we look at

14   the charts and we see no evidence of

15   increased risk early on that attenuates

16   with greater followup, that seems to be

17   pretty compelling evidence that reverse

18   causality is not likely to be an

19   explanation for their results.

20       Q.    Is there a value in doing a use

21   versus non-use comparison if you're trying

22   to determine whether the use of a

23   medication is increasing the risk of

24   cancer?

25       A.    Yes.

Page 637

1      MOORMAN, Ph.D. - CONFIDENTIAL

2      Q.     What is the value of doing that

3  type of comparison?

4      A.     This gives you an indication,

5  just as it says.  Are the people who used

6  this drug more likely to develop this

7  cancer than people who do not?  And, you

8  know -- and especially, you know, as I

9  have stated in my testimony multiple times

10  today, it's also useful -- and as many

11  methodologists have pointed out, it is

12  useful to use multiple comparison groups

13  to just get a better feel for the data and

14  the risk between different groups of

15  people.

16      Q.     Now, in -- again, in looking at

17  Figure 3, if a medication was causing

18  cancer, would you expect to see a graph

19  that looks like this?

20      A.     So this graph is depicting the

21  risk of cancer among the user of the drug

22  of interest ranitidine versus the risk of

23  cancer among people who do not use it.

24  And as I stated, for these four cancers,

25  the incidence of cancer is higher in the

```
                                        Page 638

 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   ranitidine group than the non-ranitidine
 3   group.  So yes, it is a risk -- in this
 4   study, there is increased risk of cancer
 5   among the ranitidine group.
 6      Q.    I'm asking a slightly different
 7   question, and that is when you see a
 8   graph -- would you call this a
 9   Kaplan-Meier curve?
10      A.    Yes.
11      Q.    So when you see a Kaplan-Meier
12   curve where you see the lines diverging
13   over time, starting out close together and
14   then further apart as time followup goes
15   out longer and longer, is that a -- is
16   that what you would expect to see if the
17   drug is causing the disease?
18            MR. BROWN:  Objection to the
19      form.
20      A.    Yes, you would.  If a drug is
21   causing the disease, you would expect to
22   see higher incidence in the drug group
23   than the comparison group, which is what
24   is shown in these four graphs.
25      Q.    And it's also showing that the
```

Page 639

1          MOORMAN, Ph.D. - CONFIDENTIAL

2     lines are separating over time, right,

3     which is -- as you testified earlier, as

4     followup length extends, the risk is

5     becoming more and more apparent; right?

6          A.    Right.  You can see, as I stated

7     earlier, with earlier followup -- just

8     looking at the two cancers in the top

9     panels, liver cancer and lung cancer, you

10    can see that the lines almost overlap in

11    the first few years of followup, and then

12    they are diverging with longer followup

13    time and as more cancers develop within

14    the population.

15         Q.    And is there any correlation

16    between that observation and that --

17    that's depicted in these four graphs and

18    cancer latency?

19              MR. BROWN:  Object to form.

20         A.    What it shows here is with

21    longer followup time, you are more likely

22    to see the cancers that develop, because

23    we -- you know, while cancers may have a

24    range of latency times, we generally think

25    of it as a disease that has a very long

Page 640

1       MOORMAN, Ph.D. - CONFIDENTIAL

2   latency.  So the longer you follow up --

3   follow a population up, the more likely

4   you're to see -- you are to see the cancer

5   develop within the comparison groups.

6       Q.    Would you also consider the

7   likelihood of whether indication bias is

8   explaining the results of this study?

9       A.    As with all of the studies, I

10  did consider that.

11      Q.    For -- just explain what -- for

12  definitional purposes, what is indication

13  bias?

14      A.    Okay.  Indication bias is when

15  the underlying condition for which a drug

16  is prescribed increases the risk of the

17  disease as well.  So if someone is

18  taking -- if someone has Barrett's

19  esophagus, that leads them to be

20  prescribed an acid-suppressing drug, one

21  might -- one would be concerned whether

22  it's the drug or the underlying condition

23  that could impact the risk of cancer.

24      Q.    So for the five designated

25  cancers -- liver cancer, esophageal,

1       MOORMAN, Ph.D. - CONFIDENTIAL

2   gastric, pancreas, and bladder -- is --

3   are there any of those cancers where

4   indication bias would not be a concern?

5       A.      Well, when we look at the

6   indications, the major indications for the

7   use of acid-suppressing drugs, we're

8   generally thinking about conditions like

9   gastroesophageal reflux, ulcers, Barrett's

10  esophagus, and some dyspepsia, general

11  conditions like that.  When we consider

12  the risk factors for the cancers, bladder

13  cancer, to my knowledge, none of those

14  gastrointestinal conditions have been

15  reported as a risk factor for bladder

16  cancer.  So in the definition of

17  indication bias, it does not seem like the

18  underlying indication for the

19  acid-suppressing drugs are risk factors

20  for bladder cancer.

21          For -- again, going with the --

22  some of the other cancers, the -- what we

23  consider the established risk factors for

24  pancreatic or liver cancer, they do not

25  include the conditions that are

Page 642

```
1        MOORMAN, Ph.D. - CONFIDENTIAL
2    indications for the use of the
3    acid-suppressing drugs.  I do acknowledge,
4    as I did in my report, that although
5    cirrhosis is not approved indication for
6    acid-suppressing drugs, it is sometimes
7    used for that indication.  So there is
8    some potential for indication bias that my
9    understanding is that PIs are more
10   commonly prescribed in that condition than
11   H2 blockers.  And then I gave the example
12   of some of the underlying conditions for
13   which acid-suppressing drugs are
14   prescribed maybe risk factors for gastric
15   and esophageal cancer.  So a concern for
16   indication bias is greater for those
17   studies or for those cancers than for some
18   of the others.
19        Q.    So just to make sure I
20   understood what you just testified to, of
21   the five cancers, did I understand you
22   correctly that for liver and bladder and
23   pancreas, indication bias would be --
24   would not be a concern or would be a very
25   minor concern, and for -- would not be a
```

Page 643

1      MOORMAN, Ph.D. - CONFIDENTIAL
2  concern at all for bladder, or would be an
3  unlikely or very minor concern for liver
4  and pancreas, but for gastric and
5  esophageal, it would be a concern?
6          MR. BROWN:  Objection to the
7      form.  Leading.
8      Q.    Did I summarize your prior
9  testimony accurately?
10     A.    Yes.  I think that you provided
11 an accurate summary of what I said just a
12 couple of minutes ago.
13     Q.    And in order to address that
14 concern, did the investigators in this
15 study do anything?
16     A.    The investigators did conduct
17 active comparator analyses.  So they
18 compared cancer risk in ranitidine users
19 to cancer risk in famotidine users, and
20 then also for liver cancer, they compared
21 cancer risk in ranitidine users to cancer
22 risk in PPI users.
23     Q.    And did the results of that
24 address the issue of whether indication
25 bias is explaining the results that we've

Page 644

1    MOORMAN, Ph.D. - CONFIDENTIAL

2    seen so far in the use versus non-use

3    analysis?

4        A.    So one way to consider that is

5    to look at the results for the use versus

6    non-use, which we have just gone over, and

7    those were the results presented in

8    Figure 2, compared to the results where

9    they compared famotidine and ranitidine

10   users, which they presented in Table 4.

11   And --

12       Q.    When you'd make that -- when you

13   look at those, Table 4 versus Figure 2,

14   what -- what is your takeaway?

15       A.    Okay.  So we can go through the

16   cancers that they reported.  So for liver

17   cancer, the famotidine versus ranitidine

18   was -- the hazard ratio was 1.22, and that

19   compares to the results in the ranitidine

20   versus the non-user where the hazard ratio

21   was exactly the same.  For esophageal

22   cancer, the hazard ratio in the active

23   comparator was 1.19, whereas in the

24   non-user group, it was 1.27.  So the

25   hazard ratio was slightly less in the

Page 645

1      MOORMAN, Ph.D. - CONFIDENTIAL

2   active comparator analysis than in the

3   non-user analysis.  For gastric cancer,

4   it's all very much the same thing as what

5   we saw with esophageal cancer.  The hazard

6   ratio in the non-user comparison was 1.26.

7   It was somewhat lower in the active

8   comparator with 1.19.  Pancreas cancer

9   showed a similar attenuation in the active

10  comparator as compared to the non-user.

11  It was 1.25, I believe, for the active

12  comparator versus 1.35 for the non-user.

13  So some attenuation.  And then bladder

14  cancer also showed some attenuation.

15            So because we saw some

16  attenuation, it suggests that maybe there

17  was -- it is suggestive of some

18  confounding by indication.  But the active

19  comparator analyses, since increased risk

20  was observed there, it suggests that the

21  increased risk was not -- was not due

22  solely to confounding by indication.

23      Q.    So in the active comparator

24  results, that's Table 4?

25      A.    That is correct.

Page 646

```
 1        MOORMAN, Ph.D. - CONFIDENTIAL
 2              MR. ROTMAN:  And that's on
 3        page 10 of 16.  Could you go there,
 4        please, Mr. Johnson.  Bottom of the
 5        page.
 6        Q.    Is that what you were just
 7   referring to when comparing it to
 8   Figure 2?
 9        A.    Yes.  That's the data that I was
10   citing.
11        Q.    And for each of the five
12   designated cancers, was the hazard ratio
13   elevated?
14        A.    There was -- all of the hazard
15   ratios were greater than one, a very
16   modest elevation for the bladder cancer
17   with 1.03, and then the others were all
18   around 1.2, give or take a bit.
19        Q.    And could you comment on -- for
20   liver, was it statistically significant?
21        A.    The reported confidence interval
22   and the p-value does indicate that it was
23   a statistically significant increased
24   risk.
25        Q.    And for the other four, was it
```

Page 647

```
 1        MOORMAN, Ph.D. - CONFIDENTIAL
 2   statistically significant?
 3        A.     For esophageal, gastric, and
 4   pancreas, and bladder, the hazard ratios
 5   were elevated, but they were not
 6   statistically significantly different.
 7   And once again, noting that there were
 8   fewer cancers in this analysis overall,
 9   but in particular, esophageal and pancreas
10   and even bladder cancer, they have roughly
11   one-quarter or fewer of the number of
12   cases as liver cancer did.
13        Q.     So what does it mean to you that
14   there's not -- that the results are
15   showing an increase in risk but not
16   statistically significant for esophageal,
17   gastric, pancreas, and bladder in the
18   Table 4 famotidine versus ranitidine
19   analysis?
20        A.     I mean, I think that the
21   difference, like, for example, between
22   gastric and pancreas that were
23   statistically significant in the overall
24   comparison but not here, it -- you know,
25   these hazard ratios were slightly smaller,
```

Page 648

1      MOORMAN, Ph.D. - CONFIDENTIAL
2   but the sample size was smaller too.  So
3   that -- those factors might explain why
4   these hazard ratios were not statistically
5   significant as compared to the other
6   analyses that were done.
7      Q.    So overall, would you say that
8   the active comparator analysis provides
9   you -- let me ask it this way.
10             How does the active comparator
11  analysis in this study inform your
12  interpretation of the use versus non-use
13  analysis, which we discussed as the
14  results being in Figure 2?
15     A.    Okay.  The point that I have
16  made repeatedly, when you have multiple
17  comparison groups, you have more data on
18  which one can base your conclusions.  And
19  so the use versus non-use, if that's all
20  we had, we might be very -- we would -- it
21  would be a legitimate concern that was
22  their indication bias.  When we look at
23  the famotidine versus ranitidine users,
24  and we see that the hazard ratios are
25  pretty similar overall to the use versus

Page 649

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2  non-use, we can feel pretty confident that
 3  the increased risk we saw was not due to
 4  indication bias.
 5      Q.    Does the results in the Table 4
 6  comparator analysis to famotidine --
 7      A.    I'm sorry.
 8      Q.    Do the results of the Table 4
 9  presented in Table 4 of ranitidine risk
10  versus famotidine risk affect your level
11  of confidence in the results of the main
12  analysis of the use versus non-use
13  presented in Figure 2?
14      A.    So --
15      Q.    Do you understand my question?
16      A.    I'm -- I think I do.  I will
17  answer it, and if it needs clarification,
18  you can ask me another question.
19          When you have more data in the
20  multiple comparison groups, and you're
21  seeing fairly consistent findings, that
22  does provide additional confidence in the
23  findings that you have.
24      Q.    Now, I'd like to turn to page 9
25  of 16.  And let's go to Table 3.
```

Page 650

1     MOORMAN, Ph.D. - CONFIDENTIAL

2            Dr. Moorman, what is it that

3     we're looking at with Table 3?

4        A.     Okay.  In Table 3, they are

5     presenting dose-response analyses for four

6     cancers -- liver, gastric, lung, and

7     pancreatic cancer.  So they are --

8        Q.     Let's go one at a time.

9        A.     Okay.

10       Q.     What is it -- what is the

11    information provided in Table 3 regarding

12    liver cancer?

13       A.     Okay.  So in liver cancer, they

14    are comparing four levels of exposure to

15    people who had never used ranitidine, the

16    control group or the reference category.

17    And so the four categories of use were 90

18    to 180 defined daily doses, and it goes up

19    to the highest category of exposure is

20    over 360 defined daily doses.  So what we

21    see with liver cancer is with increasing

22    dose of ranitidine, the hazard ratio

23    increases.  So from the lowest category is

24    1.03.  The next category, 1.12.  Third

25    category, 1.26.  And the highest category

Page 651

```
 1       MOORMAN, Ph.D. - CONFIDENTIAL
 2   of over 360 defined daily doses.  The
 3   hazard ratio is 1.42.  So there's a clear
 4   increase in risk with increasing dose of
 5   ranitidine.
 6       Q.    And what is -- what information
 7   do you have regarding over 360 DDDs for
 8   liver cancer?
 9       A.    So for the individuals who
10   reported over 360 defined daily doses,
11   they had a hazard ratio, a risk of liver
12   cancer of 1.42 compared to people who had
13   never used it.  The p-value and the
14   confidence interval indicate this is a
15   statistically significant finding.
16       Q.    So if one wanted to know whether
17   this study provided evidence of the dose
18   or the level of exposure to ranitidine
19   that will provide a statistically
20   significant increased risk of liver
21   cancer, is that information provided in
22   Table 3?
23       A.    What this table is telling us is
24   that the group of people who had over 360
25   defined daily doses, they were at
```

Page 652

1      MOORMAN, Ph.D. - CONFIDENTIAL
2   statistically significantly increased risk
3   for liver cancer.  So that dose did
4   significantly increase risk for cancer.
5      Q.    Same question for gastric
6   cancer.
7            Does this study provide any
8   information regarding the exposure level
9   of ranitidine that will lead to a
10  statistically significant increased risk
11  of gastric cancer?
12     A.    So again, looking at the
13  reported hazard ratios for each of the
14  four levels of exposure, the highest level
15  of exposure, over 360 defined daily doses,
16  there was a hazard ratio of 1.33 that was
17  statistically significant based on the
18  p-value and confidence interval.  So this
19  data indicates that people who had this
20  exposure level were at increase the risk
21  for gastric cancer, and it was
22  statistically significant.
23     Q.    So people with greater than 360
24  DDDs of ranitidine, based on the results
25  of this study, had a statistically

Page 653

1        MOORMAN, Ph.D. - CONFIDENTIAL

2    significant increased risk of gastric

3    cancer.

4        A.     That is what is reported in this

5    table, yes.

6        Q.     And do we have any information

7    about what exposure level to ranitidine

8    will provide a statistically significant

9    increased risk of bladder cancer from any

10   of the ranitidine studies?

11       A.     There is not -- let's see.

12   Among the bladder cancer studies, the most

13   complete dose-response analysis was done

14   in the Cardwell study.  And their highest

15   level of exposure, which I think was

16   approximately three years of exposure, did

17   show a statistically significantly

18   increased risk of bladder cancer.

19       Q.     So just based on the ranitidine

20   studies, we've covered three cancers,

21   three of the five designated cancers that

22   we have information from those studies of

23   the dose or exposure level to ranitidine

24   that will lead to a statistically

25   significant increased risk; right?

Page 654

1      MOORMAN, Ph.D. - CONFIDENTIAL

2            MR. BROWN:  Objection to the

3      form.

4      A.    So as I just -- in the previous

5  questions, I did reply that for the liver

6  cancer and gastric cancer, the study

7  reported statistically significantly

8  increased risk for liver cancer and

9  gastric cancer among those exposed to over

10  360 DDDs.  And the Cardwell study provided

11  evidence of statistically significantly

12  increased risk of bladder cancer with use

13  greater than approximately three years of

14  use.

15      Q.    Now, let's look at the gastric

16  cancer dose response information.  Inn

17  this study.

18            Is there information about that

19  in Table 3?

20      A.    Similar to the liver cancer,

21  they reported the relative risk for each

22  of the four categories of exposure to

23  ranitidine and compared that to non-users.

24  As I described in my report, the highest

25  relative risk was observed in the highest

Page 655

1        MOORMAN, Ph.D. - CONFIDENTIAL
2    exposure level with a hazard ratio of 1.33
3    that was statistically significant.  As I
4    also acknowledged in my report, the
5    trend -- the dose-response trend was not
6    as clear as it was for liver cancer.  But
7    again, taking into account that gastric
8    cancer, there were fewer cases, and so
9    when you start subdividing those cases
10   into smaller strata into dose-response
11   analysis, it is not uncommon to see some
12   of the hazard ratios bouncing around a
13   little bit and not having quite as clear a
14   trend as you might if you had a larger
15   sample size.
16        Q.    Would you say that there's
17   evidence of a dose response for gastric
18   cancer in this study?
19        A.    I think that it is generally
20   showing increased risk with increasing
21   duration of use.  But I do acknowledge
22   that the trend is not quite as clear as
23   for liver cancer.
24        Q.    Let's now go to the results for
25   pancreatic cancer.

Page 656

1      MOORMAN, Ph.D. - CONFIDENTIAL

2              And can you explain what that

3      shows.

4      A.      So they did the same analysis

5      for pancreatic cancer as they did for the

6      other cancers in this table.  They

7      reported the relative risk across four

8      levels of exposure.  And they found --

9      they didn't find a clear trend of

10     increasing risk with increasing dose of

11     ranitidine.  But again, with the caveat

12     that the pancreatic cancer group was a

13     fairly small number of cancers, and as I

14     said, when you start dividing the dose

15     categories into four groups, it's not

16     uncommon to see more instability in the

17     relative risk reported.  And when we look

18     at the confidence intervals around each of

19     the reported hazard ratios, we can see

20     that they're pretty wide, and, you know,

21     they're -- I'll just leave it at that.

22     The confidence intervals are fairly wide,

23     not nearly -- not as tight as with some of

24     the other cancers.

25     Q.      Do you interpret this pancreatic

Page 657

1      MOORMAN, Ph.D. - CONFIDENTIAL
2    cancer dose-response analysis as a finding
3    that there is no dose-response for
4    pancreatic cancer?
5        A.    What -- I would look at that,
6    and I would be concerned that they did not
7    have adequate numbers of pancreatic cancer
8    within these strata of dose levels to make
9    much of a conclusion about dose response.
10   Based on what they have here, we do not
11   see strong -- we don't see really a
12   consistent trend of increasing risk with
13   increasing exposure.  But I think that it
14   is reflecting that they just had a limited
15   number of cancers for which they could
16   analyze dose response.
17       Q.    Did they also have a limited
18   amount of duration of use?
19       A.    Yes.  As you can see, the
20   categories of use, the highest category of
21   use is over 360 defined daily doses.  In
22   many pharmacoepi studies, we have
23   information on longer-term use, and
24   they're only able to -- for their upper
25   category, it was just over 360 defined

Page 658

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2  daily doses.  So if we had longer followup
 3  of -- and more information on people who
 4  had used it for a long time, the results
 5  could be different.
 6      Q.    And what would you expect in
 7  terms of -- if the NDMA in ranitidine is
 8  causing these cancers with more duration,
 9  what would you expect to see?
10      A.    If NDMA is causing cancer --
11  these types of cancers, one would expect
12  that with longer duration of exposure, we
13  would expect to see higher relative risk.
14      Q.    So the relative risks that we're
15  seeing in this study are linked to the
16  duration of use that we have in this
17  study.  Is that accurate?
18      A.    I -- it is -- as a general
19  principle, you would expect to see higher
20  relative risk with longer duration of use.
21      Q.    Now, looking below, right below
22  Table 3, there's a discussion about
23  adjustments for age, sex, Charlson
24  comorbidity index, and a list of other
25  things.  Do you see that?
```

Page 659

1      MOORMAN, Ph.D. - CONFIDENTIAL

2              Can you explain what that --

3    what that -- what the purpose of that was

4    and what the effect of that was in this

5    study?

6        A.     As with any adjustment for

7    confounders, you would like your groups to

8    be as similar as possible.  And so through

9    adjusting for comorbidities, both through

10   the index and the specific comorbidities

11   listed there, as well as some of the other

12   drugs listed, they're trying to make the

13   groups as similar as possible, so in

14   essence, to level the playing field

15   between the comparison groups and to

16   make -- which allows you to make a more

17   confident assessment of what is the risk

18   associated with this exposure.

19       Q.     Would you consider that to be an

20   important element of this study?

21       A.     Just like in any study,

22   adjusting for confounders is an important

23   element of a study.

24       Q.     Let's go to Table 2 on page 8.

25              What are we looking at there,

1      MOORMAN, Ph.D. - CONFIDENTIAL

2   Dr. Moorman?

3      A.    Okay.  This table, as the title

4   indicates, reports the incidence rates of

5   individual cancers per 1,000 person-years,

6   and they report the incidence rates for

7   the untreated group and the ranitidine

8   group.  So when we look at the untreated

9   group, that's our comparison group.  So

10  basically, one way to think about it is

11  that is the background rate of cancer in

12  this population.  And then when we look at

13  the rate in the ranitidine group, is there

14  a higher or lower incidence of this cancer

15  above what is -- you know, the group that

16  did not have that exposure.

17      Q.    So is this -- is this Table 2

18  giving you evidence that exposure to

19  ranitidine increases the risk of liver

20  cancer over the background rate in that

21  population?

22      A.    Right.  They report the

23  incidence rate in the untreated group.

24  The incidence rate is 1.16 per thousand

25  person-years.  And they compare that to

```
                                    Page 661

 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   the incidence in the ranitidine group and
 3   incidence rate of 1.35.  So the incidence
 4   rate is higher in the ranitidine group
 5   than in the untreated people in this
 6   population.
 7        Q.    For liver cancer.
 8        A.    For liver cancer.
 9        Q.    And is it also higher for
10   esophageal cancer in the ranitidine group?
11        A.    Right.  Once again, they report
12   the incidence --
13        Q.    Just because I'm running out of
14   time.
15        A.    Sure.
16        Q.    Answer the question yes or no.
17        A.    Yes.
18        Q.    Is it also higher in the
19   ranitidine group for gastric cancer?
20        A.    Yes.
21        Q.    Is it also higher in the
22   ranitidine group for pancreas cancer?
23        A.    Yes, it is.
24        Q.    Is it also higher in the
25   ranitidine group for bladder cancer?
```

Page 662

1          MOORMAN, Ph.D. - CONFIDENTIAL

2          A.     Yes.  The incidence rate is

3     higher in the ranitidine group.

4          Q.     So for all five of these

5     cancers, the ranitidine group is higher

6     than the background rate in the

7     population?

8          A.     Yes, based on this table.

9          Q.     Let's go to page 9 of 16.

10              What are we looking at right now

11    in Figure 4?

12         A.     Okay.  Figure 4 is showing the

13    incidence for liver cancer by dose of

14    ranitidine.  So the lowest -- the blue

15    line is showing the incidence over time in

16    people who never took it, and then the

17    other lines are showing the incidence with

18    increasing doses of ranitidine.  And as

19    you can see, the incidence of liver cancer

20    with higher doses was consistently higher

21    than the incidence in lower doses.  So

22    it's another way of depicting

23    dose-response analysis.

24         Q.     So is this --

25              MR. BROWN:  Can we stop for a

Page 663

1          MOORMAN, Ph.D. - CONFIDENTIAL

2             second and ask for a time check here?

3             I think you're at your limit.

4                   MR. ROTMAN:  Okay.  I think I've

5             used an hour.  And I think I have

6             90 minutes.  But let's go off the

7             record.

8                   THE VIDEOGRAPHER:  Okay.  Going

9             off the record.  The time is 1:29 p.m.

10            Eastern Time.

11                  (Recess)

12                  THE VIDEOGRAPHER:  We are back

13            on the record.  The time is 1:30 p.m.

14            Eastern Time.

15     BY MR. ROTMAN:

16            Q.    So if the question is whether

17     exposure to ranitidine is causing liver

18     cancer, is this Figure 4 graph presenting

19     in the fashion that you would expect if

20     ranitidine was causing liver cancer?

21            A.    Yes.  This is showing that the

22     risk of liver cancer is higher among

23     ranitidine users than non-users across all

24     dose levels, and they do indicate some

25     level of statistical significance there as

1      MOORMAN, Ph.D. - CONFIDENTIAL

2   well.

3      Q.    Is it also showing you something

4   about the effect of followup?

5      A.    Right.  As described in the

6   previous ones, the incidence of liver

7   cancer or the curves are separating with

8   greater followup, so the increased risk is

9   more apparent with longer followup.

10     Q.    Now let's go to Figure 5 on

11  page 10.

12           Dr. Moorman, what is Figure 5

13  telling you?  What information does this

14  provide?

15     A.    Here, the authors are presenting

16  their results, comparing the incidence of

17  liver cancer in Panel A, ranitidine versus

18  famotidine users.  And it is showing that

19  over time, the ranitidine group has a

20  higher cumulative incidence of liver

21  cancer than the famotidine group.  In

22  Panel B, they compared ranitidine users to

23  non-ranitidine users without famotidine

24  and non-ranitidine with famotidine.  And

25  what they found in their study population

Page 665

1      MOORMAN, Ph.D. - CONFIDENTIAL

2   is that the famotidine group actually had

3   the lowest incidence of cancer.  It was

4   lower than people who had not taken --

5   people who had not taken ranitidine and

6   had not taken famotidine, and then they

7   found the highest incidence in the

8   ranitidine group.

9      Q.    Were there other studies that

10  looked at dose response for pancreatic

11  cancer besides this study?  And we've

12  already gone through the Table 4 results.

13  Were there other studies that provided

14  information about pancreatic cancer?

15     A.    There were other studies that

16  presented some dose-response analyses, but

17  they were very limited in what they

18  presented.  Ideally, when you look at

19  dose-response, you want to see a broad

20  range of doses to look at.  And we've

21  already discussed that it would be -- even

22  in this study, it would have been nice to

23  have additional information about much

24  longer-term use of the drugs.

25          In the two studies that I recall

Page 666

1        MOORMAN, Ph.D. - CONFIDENTIAL
2    that looked at dose response, one was the
3    McDowell study, and it was a very -- a not
4    very detailed dose-response analysis.  I
5    think they were comparing one to five
6    versus six or more prescriptions.  So they
7    really didn't have any people who had --
8    or they didn't separate out longer-term
9    use of the ranitidine.
10             And also, the Adami study did
11   some dose-response analyses, but they did
12   things a little bit differently than what
13   is typical.  What is more typical when
14   looking at dose-response analysis is to
15   provide several mutually exclusive
16   categories and look at, you know, less
17   than one year, one to five years, five to
18   ten years, and so on.  And they looked
19   only at greater than five prescriptions
20   and greater than ten prescriptions.
21       Q.    And would you consider that
22   informative on the issue of dose response?
23       A.    I did not consider it an ideal
24   way to look at dose response.  It just --
25   for several reasons, like, looking at the

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   number of prescriptions is a cruder
 3   measure than looking at, like, a defined
 4   daily dose.  So someone could have had a
 5   prescription of 300 milligrams per day,
 6   150 milligrams per day, or 75 milligrams a
 7   day of ranitidine.  So they did not
 8   present any information on that.  And then
 9   also the fact that the categories they
10   used were generally talking about pretty
11   low levels of exposure, you know, six-plus
12   prescriptions, five-plus prescriptions,
13   ten-plus prescriptions.  So these studies
14   really didn't provide a lot of useful
15   information about dose response.
16      Q.    When you evaluated the strengths
17   and the limitations of the Wang study, did
18   you consider how it compared to the other
19   active comparator studies?
20      A.    Yes, I did.  Throughout my
21   report, I basically evaluated the same
22   characteristics that I think that I
23   evaluated in all of the studies.  And I
24   outlined some of the reasons -- some of
25   the things that I thought that the Wang
```

Page 668

```
 1        MOORMAN, Ph.D. - CONFIDENTIAL
 2   study did very well improved over the
 3   other studies, you know, specifically a
 4   more detailed dose-response analysis.  I
 5   also acknowledge it's not the study with
 6   the longest followup or longest average
 7   followup.  It did have a longer followup
 8   than many of the other studies.  So there
 9   were lots of factors that I took into
10   account and the same factors that I
11   considered when I was evaluating the other
12   studies.
13        Q.    You mentioned multiple
14   comparisons several times during your
15   deposition, the use versus non-use, the
16   use of ranitidine versus famotidine, the
17   ranitidine versus PPI.
18             Is that considered -- did you
19   consider that as one of the strengths of
20   this study as compared to the other active
21   comparator studies?
22             MR. BROWN:  Objection to the
23        form.  Leading.
24        A.    As I have described in --
25   earlier today, I explained the reasons why
```

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   it's not just my opinion but also the
 3   opinion of many people who have written
 4   methodologic papers about
 5   pharmacoepidemiology study, indicating the
 6   value for having multiple comparison
 7   groups.  And so I did consider the
 8   analysis to both the non-users and to
 9   users of other drugs, other
10   acid-suppressing drugs as a strength.
11      Q.    How does the age of the study
12   population in this study compare to the
13   age of the study populations in the other
14   active comparator studies?
15      A.    There was some variation across
16   the studies in the mean ages.  And I have
17   pointed out that some of the studies, like
18   Iwagami, had an extremely young study
19   population with the mean age of about 40,
20   early 40s.  And the Adami population, as
21   I'm recalling, I think they -- their age
22   at the beginning of followup was about 50.
23   And, you know, there was just a variation
24   in the age distribution.  But what we know
25   about these five cancers is that they are
```

Page 670

1     MOORMAN, Ph.D. - CONFIDENTIAL
2    typically diagnosed in people in their 60s
3    or 70s as the median age of diagnosis of
4    these cancers.  So if you are looking at
5    studies that are looking at people that
6    have a mean age two or three decades
7    younger than the age when these cancers
8    are diagnosed, it wouldn't be at all
9    surprising that they didn't find any
10   increased risk.
11            This study, the mean age of
12   their population was, if I'm recalling
13   correctly, 66 years.  So they had a study
14   population that was in the age range when
15   you would really expect to see these
16   cancers being diagnosed.
17      Q.    Dr. Moorman, in the course of
18   your review of all of the ranitidine
19   epidemiological studies, did you conclude
20   that any of them were unreliable?
21      A.    I don't think that I used that
22   term to describe any of the studies.  I
23   evaluated all of their strengths and
24   weaknesses.  I thought that some studies
25   were more informative than others, and I

1    MOORMAN, Ph.D. - CONFIDENTIAL

2  detailed the reasons for that in my

3  report.  I don't think that I ever

4  characterized a study as unreliable.

5      Q.    Did you ignore or disregard any

6  of the study results in any of the active

7  comparator studies?

8      A.    I went through a thorough

9  evaluation of these studies regardless of

10  the study design that they used.  In my

11  report, I detailed both strengths and

12  limitations of each of the studies that

13  looked at ranitidine and cancer.  This is

14  what I would do in any review of papers

15  and whether it was evaluating a paper for

16  peer-reviewed, looking at it in a

17  meta-analysis, or any other reason.  It's

18  important to look at all of the strengths

19  and limitations and consider them when

20  evaluating the results.  And I think

21  that's what I did.

22      Q.    I believe you were asked a

23  question earlier about whether, in your

24  weighting of studies, you were weighting

25  more favorably in order to support a

Page 672

1      MOORMAN, Ph.D. - CONFIDENTIAL

2  causation opinion favorable to the

3  plaintiffs.

4           Do you recall being asked about

5  that?

6      A.    I do recall that question.

7      Q.    Do you recall how you weighted

8  the Habel study?

9      A.    The Habel study I did not weight

10  very heavily.  I note that it showed some

11  associations with some of the studies --

12  or some of the cancers here.  But I think

13  that I applied the same standards to that

14  as I did to any other studies.  It had

15  some important limitations that I

16  described in my report.

17      Q.    Do you recall how you weighted

18  the McGwin study?

19      A.    I did not weight the McGwin

20  study heavily.  I described the

21  limitations of it, that it was based on

22  the adverse event reporting system from

23  the FDA, and I described all the

24  limitations of it.  And so even though it

25  supported increased risk for certain

Page 673

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   cancers with ranitidine use, I did not
 3   weight it heavily because of the design of
 4   the study.
 5      Q.   I'm going to reserve the rest of
 6   my time.  I have no further questions at
 7   this time.  I'd like to go off the record
 8   and get a time read.
 9           THE VIDEOGRAPHER:  Going off the
10      record.  The time is 1:44 p.m. Eastern
11      Time.
12           (Recess)
13           THE VIDEOGRAPHER:  We are back
14      on the record.  The time is 1:45 p.m.
15   BY MR. ROTMAN:
16      Q.   Dr. Moorman, I appreciate very
17   much your answering my questions this
18   afternoon.  At this point, I have no
19   further questions, although I might have
20   several more after further questioning by
21   the defendants.
22   BY MR. BROWN:
23      Q.   Okay.  Dr. Moorman, I'd like to
24   go back to the Wang paper that you were
25   just discussing.
```

Page 674

1    MOORMAN, Ph.D. - CONFIDENTIAL

2        A.    Could we take a break here if

3    you wouldn't mind?

4        Q.    Yeah.  Yeah.

5        A.    Okay.  I've been talking for

6    quite a while, so a break would be

7    appreciated.

8              MR. ROTMAN:  So we'll do ten

9         minutes.  Okay?

10             THE WITNESS:  Okay.

11             MR. ROTMAN:  Is that okay with

12        you, Loren?

13             MR. BROWN:  Yeah.

14             THE VIDEOGRAPHER:  The time is

15        1:45 p.m. Eastern Time.  We're going

16        off the record.  This is the end of

17        Media Unit 3.

18             (Recess)

19             THE VIDEOGRAPHER:  We are back

20        on the record.  The time is 1:58 p.m.

21        Eastern Time.  This is the beginning

22        of Media Unit 4.

23   BY MR. BROWN:

24        Q.    Tell me when you're ready.

25        A.    Are you talking to me?

Page 675

1      MOORMAN, Ph.D. - CONFIDENTIAL

2              MR. ROTMAN:  Who are we waiting

3       for?

4              THE VIDEOGRAPHER:  Counsel, are

5       we not ready to proceed?  I thought

6       you were.

7              MR. ROTMAN:  Yes, we're ready.

8       We are proceeding.

9              THE VIDEOGRAPHER:  I was

10      referring to Mr. Brown.  I'm sorry.

11      Let's go off the record.

12              Going off the record.  The time

13      is 1:58 p.m.

14              (Recess)

15              THE VIDEOGRAPHER:  We are back

16      on the record.  The time is 1:59 p.m.

17  BY MR. BROWN:

18      Q.     Okay.  Dr. Moorman, if we could

19  turn back to the Wang study, please.

20      A.     Okay.

21      Q.     And I'd like to direct your

22  attention to page 13, which is the

23  conclusions that the authors made after

24  conducting their analyses.

25              Are you on page 13 in the

Page 676

1          MOORMAN, Ph.D. - CONFIDENTIAL

2     conclusions section?

3          A.     Yes, I see it.

4          Q.     Okay.  Dr. Moorman, in the

5     conclusions section of the Wang paper, the

6     only type of cancer that the Wang authors

7     mention is liver cancer; is that correct?

8          A.     Let me read the conclusion.

9                 (Witness perusing document.)

10                Yes.  In their conclusion, they

11    only highlight their results from liver

12    cancer.

13         Q.     And in the conclusions section

14    of the Wang paper, the authors did not

15    conclude that ranitidine use is causally

16    associated with any type of cancer other

17    than liver cancer; is that correct?

18         A.     You have asked me what they have

19    stated here in their conclusion, and the

20    only cancer that they mentioned was liver

21    cancer.

22         Q.     Now, all of the results that

23    Mr. Rotman reviewed with you in Figure 2

24    of the Wang paper are non-use comparisons;

25    is that right?

Page 677

1        MOORMAN, Ph.D. - CONFIDENTIAL
2        A.    Let me go back to Figure 2
3    you're referring to?
4        Q.    Yes.
5        A.    Yes.  That was a comparison of
6    the hazard ratios comparing ranitidine
7    users to non-ranitidine users.
8        Q.    And you reviewed with Mr. Rotman
9    a number of curves which are known as
10   Kaplan-Meier curves.
11             Do you recall that?
12       A.    Yes, I do.
13       Q.    The only active comparator
14   analysis that includes a Kaplan-Meier
15   analysis is the analysis for liver cancer
16   in Figures 5 and 6; is that right?
17       A.    Figures 5 and 6.  To be certain,
18   I think you're correct.  Yes.  Those
19   are -- that is correct.
20       Q.    All the other Kaplan-Meier
21   analyses that you reviewed with Mr. Rotman
22   relate to non-use comparisons; is that
23   right?
24       A.    All of the other Kaplan-Meier
25   curves were the non-use comparisons.

Page 678

1      MOORMAN, Ph.D. - CONFIDENTIAL
2    That's what the authors presented in the
3    paper.
4        Q.     Now, to the best of your
5    knowledge, has a risk ratio above 1.0 been
6    observed for ranitidine use and liver
7    cancer in any other H2RA active comparator
8    study?
9        A.     I would need to take a moment to
10   look at those studies.  So just -- I'd be
11   happy to do that.
12               (Witness perusing document.)
13               So your question was to the best
14   of my knowledge, has a risk ratio above
15   one been observed for ranitidine use and
16   liver cancer in any other H2 active
17   comparator study.
18       Q.     Dr. Moorman, only because I have
19   limited time, how long --
20       A.     I know.  I know.  Off the top of
21   my head, I did not identify another -- a
22   risk ratio above one for ranitidine use
23   when compared to other H2 active
24   comparators.  I did note in at least one
25   study a relative risk greater than one

Page 679

```
 1        MOORMAN, Ph.D. - CONFIDENTIAL
 2   when the active comparator was omeprazole.
 3        Q.    And that is not an H2RA
 4   medication; is that correct?
 5        A.    That is a proton-pump inhibitor,
 6   so similar indication, although a somewhat
 7   different class of drug.
 8        Q.    Is it true that Wang reports the
 9   highest liver cancer risk estimate among
10   all active comparator studies?
11        A.    To the best of my knowledge,
12   yes, they do report -- among the active
13   comparator studies, they do report the
14   highest hazard ratio.
15        Q.    Now, Mr. Rotman asked you a
16   number of questions related to the Wang
17   authors' attempts to control for
18   confounding.
19             Do you recall that?
20        A.    I do.
21        Q.    Did the Wang authors attempt to
22   control for confounding in both the
23   non-user and active comparator analyses?
24        A.    I just want to confirm.
25             (Witness perusing document.)
```

```
                                    Page 680

 1       MOORMAN, Ph.D. - CONFIDENTIAL

 2             Yes.  They did.  They were -- as

 3   they described it, they matching their

 4   comparison groups on a number of factors.

 5       Q.    Do you agree that it's important

 6   to control for confounding regardless of

 7   whether a researcher is using either a

 8   non-user or active comparator design?

 9       A.    In any epidemiologic study,

10   confounding should be evaluated.

11       Q.    Regardless of whether it's a

12   non-user or active comparator design; is

13   that right?

14       A.    I restate my answer.  In any

15   epidemiologic study, you should always

16   consider the possibility of confounding.

17       Q.    Now, Mr. Rotman also asked you a

18   number of questions about dose and the

19   duration of use in the Wang -- the Wang

20   study.

21             Do you recall those questions?

22       A.    I do.

23       Q.    As part of your October 3rd

24   report, have you calculated a minimum

25   threshold dose of ranitidine that is
```

Page 681

1      MOORMAN, Ph.D. - CONFIDENTIAL

2   needed to produce each of the five

3   cancers?

4             MR. ROTMAN:  Objection.

5      A.    What these studies are reporting

6   is the increased risk with different

7   levels of exposure.  And what the Wang

8   study was reporting was that the group

9   that had at least a year of exposure

10  defined as 360 defined daily doses, they

11  were at increased -- statistically

12  significantly increased risk for liver

13  cancer.  And similarly, in their dose

14  response analyses, they reported that the

15  individuals who had over 360 defined daily

16  doses of ranitidine were at statistically

17  significantly increased risk for gastric

18  cancer.

19     Q.    With the addition of the Wang

20  study, are you able to calculate a minimum

21  threshold dose of ranitidine that is

22  needed to produce each of the five

23  cancers?

24     A.    When we talk about threshold

25  dose -- and we have had this discussion in

1          MOORMAN, Ph.D. - CONFIDENTIAL

2     previous testimony -- we have to consider

3     the mechanism.  And NDMA, the substance in

4     ranitidine, that leads to the increased

5     cancer risk is a genotoxin.  In theory,

6     any dose of a genotoxin can cause cancer,

7     but that is offset by the DNA repair

8     mechanisms in the body.  What we rely on

9     in trying to understand what doses can

10    cause cancer risk or what's reported in

11    the studies, and here, we see the

12    significantly increased risk after -- in

13    the group that reported a year or more of

14    use.

15         Q.    For which cancers?

16         A.    For liver cancer and for gastric

17    cancer.

18         Q.    What about the others?

19         A.    For -- the only other cancer of

20    the five that we have been discussing in

21    which they did dose-response analysis was

22    pancreatic cancer, and in the individual

23    strata, although increased risk was seen

24    in three of the four strata, they were not

25    statistically significant.  And again, as

Page 683

1      MOORMAN, Ph.D. - CONFIDENTIAL

2    I described earlier, this may be a

3    reflection of the smaller sample size and

4    the -- among the pancreatic cancer cases.

5        Q.    If I were to ask you to give me

6    a number for the minimum threshold dose of

7    ranitidine needed to cause each of the

8    five cancers, could you do that?

9        A.    I think you have to -- I have to

10   take a -- interpret a question like that

11   in the context of other carcinogens.  So,

12   you know, we use the cigarette smoking

13   analogy quite often.  It's -- we know that

14   the more you smoke, the more likely that

15   you are to get lung cancer.  But I don't

16   think, even for a carcinogen as clearly

17   defined as smoking and lung cancer, you

18   could say this is the minimum dose needed,

19   because we have seen people with very low

20   levels of smoking who develop lung cancer.

21   We have seen people with very high levels

22   of smoking that never develop lung cancer.

23   And so I think that we have to apply that

24   similarly here.  Is there some minimum

25   dose?  I don't think that is a question

Page 684

1      MOORMAN, Ph.D. - CONFIDENTIAL

2    that could be answered for this carcinogen

3    or others.

4        Q.    I just want to go back to the

5    discussion of confounders that you had

6    with Mr. Rotman.  Okay?

7        A.    Okay.

8        Q.    Is it true that IARC classifies

9    smoking as a Group 1 carcinogen for liver

10   cancer?

11       A.    To be very honest, I don't know

12   what IARC's classification of smoking is

13   in relation to liver cancer.

14       Q.    Do you know whether IARC

15   classifies alcoholic beverages as a Group

16   1 carcinogen for liver cancer?

17       A.    So once again, I have not gone

18   through the classifications of these risk

19   factors for -- you know, how IARC

20   classified these risk factors for liver

21   cancer.  I haven't looked at that

22   recently, and so I can't say.

23       Q.    Mr. Rotman asked you some

24   questions about protopathic bias or

25   reverse causality.

Page 685

1          MOORMAN, Ph.D. - CONFIDENTIAL

2              Do you recall that?

3      A.     Yes, I do recall that.

4      Q.     And in a number of the active

5  comparator studies, the researchers used

6  what is known as lag times to try to

7  address the potential for reverse

8  causality or protopathic bias; is that

9  right?

10     A.     Yes.  Lag times are -- have been

11 incorporated into the analyses in many of

12 the studies.

13     Q.     And that's a common method to

14 use in your field; is that right?

15     A.     It is.  Yes, it is common to use

16 a lag time to address protopathic bias.

17     Q.     Now, Wang did not consider lag

18 times and allow for ranitidine use up to

19 the time of cancer diagnosis, did he?

20     A.     Actually, Wang did include a lag

21 time.  So I will find that in the paper.

22 This is under the methods, and this is on

23 page 2 of 16.  And on the very last line

24 of that page, they indicate that they

25 excluded anybody who had followup of less

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   than one year.  And so they were enrolled
 3   into the cohort when they started
 4   ranitidine, and then if they had followup
 5   for less than one year, developed cancer
 6   in that time, they were not included in
 7   the analysis.  So in fact, there was a lag
 8   time.
 9      Q.    Well, did they do that analysis
10   up to the time of cancer diagnosis?
11      A.    I -- I don't think they said one
12   way or the other on that.  This is -- to
13   get at protopathic bias, using this lag
14   time of not looking at people, you know,
15   excluding from your analysis those who
16   started ranitidine and then had less than
17   one year of followup, then that would be
18   getting at the protopathic bias.  So --
19      Q.    Removing ranitidine --
20            MR. ROTMAN:  Wait a second.  I
21      heard "so," and then I don't think she
22      was done with her answer.
23      A.    And so to get at protopathic
24   bias, I think that addresses it.  And
25   within studies, some people removed use
```

Page 687

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   shortly before diagnosis.  Some did not.
 3   And the one study that really comes to
 4   mind is the Y. Kim study where they
 5   required people to be taking ranitidine at
 6   the time of cancer diagnosis.
 7             MR. ROTMAN:  Can we go off the
 8        record for a second?  Can we go into
 9        the breakout room for a second?
10             MR. BROWN:  Why?
11             MR. ROTMAN:  I want to ask the
12        witness if she's feeling okay.
13             THE WITNESS:  I'm feeling okay.
14             MR. ROTMAN:  Okay.  Fine.  All
15        right.  Okay.  Okay.
16             THE WITNESS:  Skipping lunch is
17        never good for me, but it's okay.
18             MR. BROWN:  Can we just go off
19        the record?  I got interrupted here.
20        Let's go off the record and give me a
21        time check, please.
22             THE VIDEOGRAPHER:  Okay.  Going
23        off the record.  The time is 2:21 p.m.
24        (Recess)
25             THE VIDEOGRAPHER:  We are back
```

```
                                        Page 688

 1      MOORMAN, Ph.D. - CONFIDENTIAL

 2       on the record.  The time is 2:23 p.m.

 3   BY MR. BROWN:

 4      Q.    Dr. Moorman, in a dose-response

 5   analysis, if -- is it possible that

 6   confounding could be amplified with higher

 7   doses?

 8               MR. ROTMAN:  Objection.

 9      A.    I am trying to think of a reason

10   why that might be the case, and I can't

11   really think of a reason why that would be

12   the case.

13      Q.    If patients taking -- if --

14   well, is it possible that patients

15   requiring more ranitidine medication also

16   have more risk factors for various of the

17   five cancers?

18               MR. ROTMAN:  Objection.

19      A.    Well, I -- so basically, I think

20   that you are again trying to address

21   confounding by indication another way.

22   And I went through that in my testimony to

23   Mr. Rotman that are the underlying

24   characteristics something that increases

25   the risk of that cancer.  And, you know,
```

Page 689

1      MOORMAN, Ph.D. - CONFIDENTIAL
2   there was a spectrum of these five cancers
3   where if somebody is taking more
4   ranitidine, they might have more severe
5   gastrointestinal conditions that might
6   increase risks for gastric cancer.  At the
7   other end of the spectrum, I indicated
8   that I am not aware of any evidence that
9   the conditions for which acid-suppressing
10  drugs are prescribed are risk factors for
11  bladder cancer.  So I think that it is
12  cancer-dependent, cancer-dependent.  It
13  all depends on the circumstances.
14      Q.    Are smokers more likely to use
15  H2RAs than non-smokers?
16      A.    Some studies have reported that.
17      Q.    Now, you mentioned that you
18  reviewed Dr. Witty's report.
19            Did you also review the
20  references that he cited in his report?
21      A.    Yes.  There were -- I did in
22  some -- in some situations, not in others.
23  So to give you a couple of examples,
24  Dr. Witty was complaining, as it were,
25  that the Wang study allowed use of

Page 690

1      MOORMAN, Ph.D. - CONFIDENTIAL
2    ranitidine up to the time of diagnosis,
3    although I don't think they specifically
4    said that in there and made the point that
5    other studies handled it appropriately,
6    and one of the studies he cited was the Y.
7    Kim study that, you know, as I stated
8    previously, actually required that people
9    take the drug up to the time of cancer
10   diagnosis.  I also reviewed some of his
11   reference -- looked at some of the
12   references.  I was familiar with them in
13   relation to some of the methodologic
14   papers.  And again, I felt like he made
15   the statement that active comparator
16   studies are preferred without going into
17   the nuances of them, and even the
18   references that he cited, I think Yoshida
19   was one of them, Lund may be another, and
20   I believe that both of those papers
21   indicate the value of using multiple
22   comparison groups and active comparator
23   studies, and that was something that I
24   don't think that he ever mentioned.
25             MR. ROTMAN:  Hey, Loren.  I

Page 691

                    MOORMAN, Ph.D. - CONFIDENTIAL

 1       think you're out of time now.

 2               MR. BROWN:  Am I out of time?

 3               MR. ROTMAN:  We can do a check

 4       off the record.

 5               THE VIDEOGRAPHER:  Going off the

 6       record.  The time is 2:28 p.m.

 7               (Recess)

 8               THE VIDEOGRAPHER:  We are back

 9       on the record.  The time is 2:40 p.m.

10  BY MR. ROTMAN:

11       Q.    Dr. Moorman, I do have a few

12  more questions, and then you'll be on your

13  weekend.

14               You were asked in the last

15  series of questions by Mr. Brown about

16  whether all of the results in Figure 2

17  were of the use versus non-use comparison.

18               Do you recall that?

19       A.    Yes, I do.

20       Q.    Was -- what was the main

21  analysis of this study?

22       A.    Well, the analysis that they

23  devoted probably the largest part of the

24  paper to was the use versus non-use.  You

Page 692

1      MOORMAN, Ph.D. - CONFIDENTIAL

2   can see multiple tables and figures that

3   they devoted to that.  So in that respect,

4   would consider that their main analysis.

5      Q.    Would it -- would you expect

6   that the results that are reported in the

7   abstract would be the results of a main

8   analysis?

9      A.    Typically, the abstract will

10  summarize main results of the study.

11     Q.    And in this abstract, is it the

12  same results that are reported in the

13  abstract as were reported in Figure 2?

14     A.    Yes.  I -- in the abstract, they

15  do report the results of the multivariable

16  Cox regression analysis for four cancers,

17  and those figures came from Figure 2.

18     Q.    Do you recall being asked a

19  question about the conclusion of the paper

20  focusing only on liver?

21     A.    Yes, I do recall that.

22     Q.    As you reviewed this paper, were

23  there multiple references throughout the

24  paper where the authors were commenting on

25  the results for other cancers that

Page 693

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   reported where they found increased risk
 3   and statistically significant increased
 4   risk?
 5      A.    Yes.  They did that multiple
 6   times in the paper.  We already talked
 7   about in the abstract, and then when we
 8   get into the results on page 6, again they
 9   describe in terms of cumulative incidence
10   rates and that hazard ratios, ranitidine
11   was associated with overall cancer, liver
12   cancer, gastric cancer, pancreatic cancer,
13   and lung cancer, and they report the
14   hazard ratios and confidence intervals for
15   each of them.
16      Q.    Where are you referring to right
17   now?
18      A.    That was on page 6 of the Wang
19   paper.
20      Q.    Right.  Okay.  And let me ask
21   you if you could also turn to page 8.
22      A.    Yes.
23      Q.    Are you there?
24      A.    Yes, I'm there.
25      Q.    And do you see at the top of the
```

```
 1      MOORMAN, Ph.D. - CONFIDENTIAL
 2   page, above Table 2, the sentence that
 3   begins with "The incidence rates"?
 4      A.    Yes, I do.
 5      Q.    And am I reading this correctly?
 6   "The incidence rates of certain cancers
 7   were greater in the group exposed to
 8   ranitidine than in the unexposed group."
 9   And they go on to say, "Ranitidine use was
10   associated with some individual cancers
11   with a high incidence rate."  And they
12   say, "These cancers were liver, lung,
13   gastric, and pancreatic cancers."
14      A.    Yes, I do see that.  You read it
15   correctly.
16      Q.    And do you also recall that in
17   the -- on page 12, on the top of the page,
18   beginning with the word "However."
19           Could you read that sentence
20   into the record, please.
21      A.    Me?
22      Q.    Yes.
23      A.    Okay.  "However, the clear data
24   from our real-world observational study
25   strongly support the pathogenic role of
```

1      MOORMAN, Ph.D. - CONFIDENTIAL
2    NDMA contamination, given that long-term
3    ranitidine use is associated with a higher
4    likelihood of cancer development in
5    ranitidine users compared to the control
6    groups of non-ranitidine users who were
7    treated with PPIs or famotidine."
8         Q.    Now, do you recall you were
9    being asked questions about the
10   dose-response and at what dose the
11   specific cancers would demonstrate an
12   increased risk?
13        A.    Yes.
14        Q.    Could you summarize the data
15   from the ranitidine studies where you have
16   information about the exposure level to
17   ranitidine or the dose of ranitidine that
18   will lead to a statistically significant
19   increased risk of any of the five cancers?
20        A.    Okay.  We have data on that from
21   the Wang study for liver and for gastric
22   cancer, and we have data on that from the
23   Cardwell study for bladder cancer.  And
24   we -- going back to the dose-response
25   results presented in Table 3, a

Page 696

1      MOORMAN, Ph.D. - CONFIDENTIAL

2    statistically significant increased risk

3    of liver cancer was observed among the

4    group that had taken over 360 defined

5    daily doses.  Similarly, a statistically

6    significant increased risk of gastric

7    cancer was observed among those who had

8    taken over 360 defined daily doses.  So it

9    is saying that those levels of exposure,

10   that was -- they observed a significantly

11   increased risk.

12        Q.    And when you broaden the horizon

13   to include studies -- human

14   epidemiological studies of NDMA in the

15   diet and in occupational exposures, do you

16   find evidence of dose response in those

17   studies for any of the five cancers?

18              MR. BROWN:  Objection to the

19        form.  Outside the scope.

20        Q.    You can answer.

21        A.    Okay.  So as I detailed in my

22   report, I considered the evidence from all

23   of the human NDMA studies, including some

24   diet and occupational studies.  And I did

25   consider the dose response that was

Page 697

```
 1       MOORMAN, Ph.D. - CONFIDENTIAL
 2   reported in them.  And the dietary and
 3   some occupational studies, we did in fact
 4   see evidence of dose response for these --
 5   these cancers.
 6       Q.     And you wrote in your initial
 7   report that none of the active comparator
 8   studies provided risk of the long-term
 9   exposure to ranitidine.
10               Do you recall that?
11       A.     It sounds like something that I
12   put in there.  I'm pretty certain that I
13   had stated that.
14       Q.     But if you see an increase in
15   risk with a short duration exposure, what
16   significance does that have to you?
17       A.     Okay.  As I testified earlier,
18   you would expect, with longer duration
19   exposure, you would see higher risk.  And
20   so if you see increased risk even at lower
21   levels of exposure, that is important.
22   That's generating a very important signal.
23               Conversely, if you're not seeing
24   any increased risk, and you only have very
25   short-term exposure, that is not so much
```

Page 698

1      MOORMAN, Ph.D. - CONFIDENTIAL
2   evidence of no effect, but it's just --
3   you don't have sufficient evidence to make
4   a conclusion.
5      Q.    So if you were designing the
6   ideal study to evaluate the cancer risk
7   from ranitidine, you would -- would you
8   want to have as long use as possible?
9      A.    Sure.  With virtually any
10   exposure, you would -- if there is an
11   association, you're more likely to detect
12   it with higher exposure.  So when we're
13   talking about ranitidine, longer duration
14   of use.  So if I were going to design a
15   study, I would certainly want to include
16   people with a full range of exposure,
17   including those with long-term exposure
18   five, ten, or even longer years of
19   exposure.
20      Q.    Thank you, Dr. Moorman.  I have
21   no further questions.
22           MR. BROWN:  Thank you.
23           MR. ROTMAN:  Can we go to the
24      breakout room just for a couple of
25      minutes?

Page 699

1    MOORMAN, Ph.D. - CONFIDENTIAL

2          THE VIDEOGRAPHER:  Okay.  Going

3     off the record.  The time is 2:51 p.m.

4          (Recess)

5          THE VIDEOGRAPHER:  We are back

6     on the record.  The time is 2:57 p.m.

7     Eastern Time.  If counsel could just

8     say that --

9          MR. ROTMAN:  This is Steve

10    Rotman, and the questioning by both

11    parties has been completed, so the

12    deposition is over.

13          (Continued on the next page to

14    allow for signature line and jurat.)

15

16

17

18

19

20

21

22

23

24

25

Page 700

```
 1        MOORMAN, Ph.D. - CONFIDENTIAL
 2             THE VIDEOGRAPHER:  Okay.  We are
 3         off the record at 2:58 p.m. Eastern
 4         Time, and this concludes today's
 5         testimony given by Dr. Patricia
 6         Moorman.  The total number of media
 7         units used was four and will be
 8         retained by Veritext.
 9             (TIME NOTED:  2:58 p.m.)
10
11   _____
     PATRICIA MOORMAN, Ph.D.
12
13
     _____
14   Subscribed and sworn to
     before me this _____
15   day of _____, 2022.
16   _____
        Notary Public
17
18
19
20
21
22
23
24
25
```

Page 701

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| PATRICIA MOORMAN | MR. BROWN | 525,673 |
| | MR. ROTMAN | 619,691 |

E X H I B I T S

| DEPOSITION | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 22 | Supplemental Expert Report of Patricia G. Moorman, MSPH, Ph.D., dated October 3, 2022 | 528 |
| Exhibit 23 | Wang study | 528 |

Page 702

1

2                    CERTIFICATION

3

4      I, SHARON PEARCE, RDR, CRR, CRC,

5   NYRCR, a Notary Public for and within the

6   State of New York, do hereby certify:

7      That the witness whose testimony as

8   herein set forth, was duly sworn by me;

9   and that the within transcript is a true

10   record of the testimony given by said

11   witness.

12      I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of

16   this matter.

17      IN WITNESS WHEREOF, I have hereunto

18   set my hand this 22nd day of October,

19   2022.

20

21

22            SHARON PEARCE

23         RDR, CRR, CRC, NYRCR

24

25

Page 703

```
 1
 2                ERRATA SHEET
          VERITEXT/NEW YORK REPORTING, LLC
 3
       CASE NAME: IN RE: ZANTAC (RANITIDINE)
 4     PRODUCTS LIABILITY LITIGATION
       DATE OF DEPOSITION: October 21, 2022
 5     WITNESS' NAME: PATRICIA MOORMAN, Ph.D.
 6     PAGE/LINE(S)/     CHANGE         REASON
       ____/_____/_____/_____
 7     ____/_____/_____/_____
       ____/_____/_____/_____
 8     ____/_____/_____/_____
       ____/_____/_____/_____
 9     ____/_____/_____/_____
       ____/_____/_____/_____
10     ____/_____/_____/_____
       ____/_____/_____/_____
11     ____/_____/_____/_____
       ____/_____/_____/_____
12     ____/_____/_____/_____
       ____/_____/_____/_____
13     ____/_____/_____/_____
       ____/_____/_____/_____
14     ____/_____/_____/_____
       ____/_____/_____/_____
15     ____/_____/_____/_____
       ____/_____/_____/_____
16     ____/_____/_____/_____
       ____/_____/_____/_____
17     ____/_____/_____/_____
       ____/_____/_____/_____
18     ____/_____/_____/_____
       ____/_____/_____/_____
19
20          _____
              PATRICIA MOORMAN, Ph.D.
21
       SUBSCRIBED AND SWORN TO
22     BEFORE ME THIS_____DAY
       OF_____, 2022.
23
       _____
24        NOTARY PUBLIC
25     MY COMMISSION EXPIRES_____
```

**[& - 2924]**                                    Page 1

**&**

**&** 521:9 522:4
522:15,21 523:4

**0**

**012** 627:6
**02110-1447**
523:10
**02210** 520:5
**05** 624:13

**1**

**1** 520:4 524:15
534:7,9,10
537:14 540:12
540:19 576:2
684:9,16
**1,000** 660:5
**1,095** 563:6
**1.0** 678:5
**1.03** 627:21
628:4 646:17
**1.03.** 650:24
**1.06** 543:12
565:4 613:3
628:19
**1.06.** 543:6
**1.09** 612:23
622:9 628:5
**1.12.** 650:24
**1.16** 660:24
**1.19** 644:23
**1.19.** 645:8
**1.2** 646:18
**1.22** 613:3 622:8
623:10 644:18
**1.22.** 612:21
**1.25** 645:11

**1.26** 626:23
**1.26.** 645:6
650:25
**1.27.** 563:9 564:8
624:8 644:24
**1.3** 629:12
**1.30** 629:22
**1.30.** 628:22
**1.33** 652:16
655:2
**1.35** 627:19
645:12
**1.35.** 661:3
**1.36** 628:5
**1.36.** 612:23
622:9
**1.40.** 613:3
**1.42** 651:12
**1.42.** 651:3
**1.45** 563:14
**1.70.** 624:9
**1.77** 627:22
628:4
**10** 646:3 664:11
**10,800** 598:15
**100** 521:9
**10016** 520:22
**10017** 521:10
**10075** 521:15
**101** 624:21
**107** 624:11
**10:25** 575:25
**10:38** 576:5
**1180** 522:4
**11:37** 612:4
**11:44** 612:7
**11:57** 619:15

**12** 694:17
**120** 628:7
**1200** 522:22
**1230** 522:21
**12:25** 619:19
**12th** 520:22
**13** 609:16,18
675:22,25
**130** 520:9
**13079** 702:21
**14** 551:13
**14,400** 598:17
**1410** 520:5
**15** 530:7,8
**150** 522:15
585:19,21 667:6
**152** 586:2
**158** 588:23
**16** 646:3 649:25
662:9 685:23
**1600** 520:10
522:5
**16d** 521:15
**16th** 521:10
**18** 548:23 551:11
551:18
**180** 650:18
**1800law1010....**
521:12
**18th** 520:9
**19103** 520:10
**1:29** 663:9
**1:30** 663:13
**1:44** 673:10
**1:45** 673:14
674:15
**1:58** 674:20
675:13

**1:59** 675:16
**1st** 528:18 529:6
531:8

**2**

**2** 548:15 576:7
619:16 620:17
620:23,24 644:8
644:13 646:8
648:14 649:13
659:24 660:17
676:23 677:2
685:23 691:17
692:13,17 694:2
**20** 519:3 524:22
551:11
**2000** 558:21,23
**20001-3743**
523:5
**2022** 519:17
524:5 528:9
532:21 534:2
700:15 701:12
702:19 703:4,22
**21** 519:17 524:5
703:4
**22** 528:3,7 534:3
613:6 622:10
701:11
**22nd** 702:18
**23** 528:5,12
532:21 597:9
620:7 701:13
**2402** 521:4
**26** 581:8,10
626:24
**26th** 523:10
**2924** 519:3,3
524:21,22

**[2:21 - active]**                                                      Page 2

| | | | |
|---|---|---|---|
| **2:21** 687:23 | **3rd** 527:9,25 | **7** | **account** 588:16 |

**2:21** 687:23
**2:23** 688:2
**2:28** 691:7
**2:40** 691:10
**2:51** 699:3
**2:57** 699:6
**2:58** 700:3,9

**3**

**3** 528:9 534:2
553:15 559:2
619:21 631:6,10
635:25 637:17
649:25 650:3,4
650:11 651:22
654:19 658:22
674:17 695:25
701:12
**3.550** 519:12
**30** 611:15
**300** 521:5 559:9
562:11 568:15
568:21 569:25
597:21 667:5
**3000** 522:16
**30309** 522:5,22
**31** 581:17
**316** 520:16
**325** 521:14
**32502** 520:17
**33** 523:9
**35** 627:19
**360** 650:20 651:2
651:7,10,24
652:15,23
654:10 657:21
657:25 681:10
681:15 696:4,8

**3rd** 527:9,25
529:7,11 540:15
542:3 548:16
565:12 567:5
570:17 572:13
591:13 680:23

**4**

**4** 644:10,13
645:24 647:18
649:5,8,9 662:11
662:12 663:18
665:12 674:22
**40** 553:8 669:19
**40s** 669:20

**5**

**5** 606:17 664:10
664:12 677:16
677:17
**50** 669:22
**50,000** 575:16
**5150** 519:11
**525,673** 701:4
**528** 701:11,13
**54402** 522:16
**5th** 522:15

**6**

**6** 677:16,17
693:8,18
**600** 520:21
**601** 523:4
**60s** 670:2
**619,691** 701:5
**63** 579:12
**66** 670:13

**7**

**7** 620:8
**70s** 670:3
**711** 628:8
**75** 667:6
**77006** 521:5
**79th** 521:14

**8**

**8** 659:24 693:21
**82** 624:20
**86** 628:22

**9**

**9** 649:24 662:9
**90** 597:17 650:17
663:6
**95** 621:7 622:6
624:9 625:11,17
**9:04** 519:17
524:4

**a**

**a.m.** 519:17
524:4 575:25
576:5 612:4,7
619:15
**aaron** 523:6
**aaron.levine**
523:6
**able** 576:14
629:16 657:24
681:20
**abstract** 531:16
692:7,9,11,13,14
693:7
**abstracts** 531:11
**accessibility**
532:5

**account** 588:16
613:23 655:7
668:10
**accurate** 584:3
643:11 658:17
**accurately** 643:9
**acid** 576:21
579:17 586:11
591:20 640:20
641:7,19 642:3,6
642:13 669:10
689:9
**acknowledge**
539:16,24 543:6
543:7,20 552:10
558:25 564:4
642:3 655:21
668:5
**acknowledged**
537:6 542:9
544:13 551:24
610:16 655:4
**acknowledges**
535:22 540:25
**action** 525:5
702:14
**actions** 519:16
**active** 577:5,9,21
578:4 579:3
580:2,20,22
581:2,6,13 582:4
582:14,19 583:3
583:8 584:16,18
585:13,22 586:5
586:9 587:3,12
587:16 588:3,8
589:9,19 590:6
590:13,21 591:8

[active - answer]                                                    Page 3

604:21 605:5,7
605:13,15 606:5
608:19,21 609:6
609:7 618:10,12
643:17 644:22
645:2,7,9,11,18
645:23 648:8,10
667:19 668:20
669:14 671:6
677:13 678:7,16
678:23 679:2,10
679:12,23 680:8
680:12 685:4
690:15,22 697:7
**adami** 547:13
551:9 591:24
592:19 666:10
669:20
**added** 549:11
585:17 594:23
**addition** 552:23
590:15 612:10
681:19
**additional**
584:15 586:13
587:7 590:16
649:22 665:23
**address** 555:10
579:18 643:13
643:24 685:7,16
688:20
**addressed** 541:5
**addresses**
686:24
**addressing**
575:9
**adequate** 552:20
574:25 575:8,8

632:13 657:7
**adjusting** 659:9
659:22
**adjustment**
659:6
**adjustments**
658:23
**administrative**
546:6,14,22
547:3,4,8,12,19
**adults** 576:24
**adverse** 672:22
**affect** 535:8
572:7 649:10
**afternoon**
619:23,24
673:18
**age** 553:7,10
576:23 584:23
587:21 658:23
669:11,13,19,21
669:24 670:3,6,7
670:11,14
**ages** 669:16
**ago** 531:19
564:12 626:10
643:12
**agree** 524:14
537:20 545:8
617:15 633:5
680:5
**ahead** 529:25
**al** 562:7
**alameda** 519:10
**albeit** 570:7
**alcohol** 534:14
534:20 535:7
537:3,6,11,20,23

538:18 539:23
539:25 540:10
540:18 542:5
543:24 544:5
546:9
**alcoholic** 684:15
**allow** 685:18
699:14
**allowed** 689:25
**allows** 659:16
**amount** 657:18
**amounts** 606:9
**amplified** 688:6
**analogy** 683:13
**analyses** 559:15
559:23 562:7
564:13 569:9
577:6 579:15
580:20 585:23
586:6 589:10
595:19 596:7
606:20 608:19
608:22 609:6
610:13 617:21
617:22 643:17
645:19 648:6
650:5 665:16
666:11 675:24
677:21 679:23
681:14 685:11
**analysis** 545:10
545:12,18,20
562:23 570:21
572:11,24 579:3
580:20 582:14
588:9,18 589:24
590:15,21
591:16,23

595:15,23,25
606:5 611:7
617:11,15
618:13,18,20
634:14 635:23
644:3 645:2,3
647:8,19 648:8
648:11,13 649:6
649:12 653:13
655:11 656:4
657:2 662:23
666:4,14 668:4
669:8 671:17
677:14,15,15
682:21 686:7,9
686:15 688:5
691:22,23 692:4
692:8,16
**analyze** 532:18
535:25 537:2
570:17,22 571:5
571:11,17
657:16
**analyzed** 553:25
555:23 570:13
571:18 572:13
592:11
**analyzing**
571:22
**anapol** 520:9
**anapolweiss.c...**
520:12,13
**answer** 544:11
570:4,25 571:4
574:2 585:7
593:8,13 595:5
602:11 618:23
649:17 661:16

680:14 686:22 696:20

**answered** 533:19 544:10 550:24 566:19 569:20 572:19 585:7 603:8 607:7 684:2

**answering** 563:20 673:17

**anybody** 607:12 608:4 685:25

**apart** 633:7 638:14

**apparent** 592:17 600:22 639:5 664:9

**applicable** 608:8

**applications** 526:20 527:2

**applied** 599:11 672:13

**apply** 607:21 608:6 683:23

**appreciate** 526:10 673:16

**appreciated** 674:7

**approach** 577:13 582:20 609:13 635:7

**appropriate** 561:16 576:23 577:14,22

**appropriately** 560:22 690:5

**approved** 642:5

**approximately** 529:12,17 530:2 532:8 548:21 553:22 570:10 625:13 653:16 654:13

**arch** 523:9

**arnold** 523:4

**arnoldporter.c...** 523:6

**articles** 604:10

**asked** 529:10 533:18 543:16 543:16 544:9 550:11,22 556:18 566:18 572:19 585:6 598:9 602:4 603:7 606:4 607:6 671:22 672:4 676:18 679:15 680:17 684:23 691:15 692:18 695:9

**asking** 552:18 556:12 567:23 572:10,12,25 573:19 575:5,6 601:21 602:7 608:6 619:25 620:5 638:6

**aspects** 571:24 588:17,20 589:25 592:18 593:3 605:21 617:7

**assess** 589:8

**assessed** 533:4 596:23,23

**assessing** 621:11

**assessment** 571:23 630:12 659:17

**assign** 575:9

**associated** 536:25 561:17 567:19 579:19 603:15 659:18 676:16 693:11 694:10 695:3

**association** 536:17 543:9 561:12 564:25 568:19 569:23 572:8 582:13 584:12 612:12 613:13 614:4,24 622:14 698:11

**associations** 561:20 577:25 613:9,10 672:11

**atlanta** 522:5,22

**attempt** 542:4 571:11,16 588:18 679:21

**attempted** 535:14 544:5 550:18 616:8

**attempts** 679:17

**attending** 525:11

**attention** 553:17 586:4 675:22

**attenuate** 541:13

**attenuates** 636:15

**attenuation** 645:9,13,14,16

**attorneys** 520:6 520:11,17,23 521:6,11,16 522:6,17,23 523:5,11 529:5 530:10,19,24

**attribute** 543:12

**audio** 524:12

**authors** 531:5 536:10 555:2 567:18 597:10 597:16 598:2 601:14 603:2 606:19 609:20 610:9 664:15 675:23 676:6,14 678:2 679:17,21 692:24

**available** 534:12 535:13 536:9 538:16 540:5 546:7 547:6,20 548:13 554:7 558:24 591:5 616:9

**aventis** 523:11

**avenue** 520:21 521:9 523:4

**average** 551:12 553:5 668:6

**aware** 528:16,22 528:23 550:15 550:25 555:25 601:12 689:8

**b**

**b** 664:22 701:9
**back** 532:14
544:3 551:17
553:15 556:11
556:15 559:2
562:3 568:10
576:4,9 579:9
591:12 603:19
606:13 609:15
612:6 615:4
618:4,21 619:18
635:15 663:12
673:13,24
674:19 675:15
675:19 677:2
684:4 687:25
691:9 695:24
699:5
**background**
660:11,20 662:6
**bacon** 522:21
**balance** 535:20
**balanced** 533:10
**barrett's** 640:18
641:9
**base** 648:18
**based** 550:20
559:19 562:17
562:24 564:21
572:18 573:22
604:13 635:24
652:17,24
653:19 657:10
662:8 672:21
**baseline** 544:19
**basically** 587:9
617:2 629:18

660:10 667:21
688:19
**basis** 561:18
**baylon** 520:16
**becoming** 639:5
**began** 558:22
**beginning** 576:6
619:20 669:22
674:21 694:18
**begins** 579:11
694:3
**belief** 608:18
**believe** 529:3
541:4 546:21
549:3 550:14
576:11 580:14
580:25 581:16
582:15 593:23
595:9 600:5
610:7 614:2,23
645:11 671:22
690:20
**best** 561:11
569:22 584:3
614:3,23 615:21
678:4,13 679:11
**better** 552:4,23
560:19 561:4
594:20 637:13
**beverages**
684:15
**bias** 633:16,21
634:3,12,17,22
635:8 636:5,13
640:7,13,14
641:4,17 642:8
642:16,23
643:25 648:22

649:4 684:24
685:8,16 686:13
686:18,24
**biases** 613:24
**biobank** 598:20
**bit** 529:21,25
580:13 610:23
616:6 620:21
624:25 630:17
630:18 631:4
646:18 655:13
666:12
**bladder** 542:14
542:18,20,22
543:5,17 562:9
563:2,24 564:12
564:16,17 565:8
565:24 566:2,14
566:15 567:6,7
567:17,20 568:9
568:13,20,25
569:19,24 570:8
596:3 615:22
616:5 623:8
628:14 629:5
630:2,4,6 641:2
641:12,15,20
642:22 643:2
645:13 646:16
647:4,10,17
653:9,12,18
654:12 661:25
689:11 695:23
**blansfield** 521:6
**blockers** 563:5
564:7 572:2
578:14 642:11

**blood** 702:14
**blue** 631:15
633:3 662:14
**bmi** 535:7,19
**body** 534:14,20
538:17 541:9
682:8
**boehringer**
522:6,7,7,8,9
**bogdan** 521:11
530:23
**bosso** 522:12
**boston** 520:5
523:10
**bottom** 581:10
585:21 608:11
621:15 631:2
646:4
**bounce** 610:23
**bouncing** 615:20
655:12
**bound** 622:21,23
623:3 625:8,10
629:11 630:18
**bowman** 522:15
**bowmanandbr...**
522:18
**bowry** 523:21
524:23
**box** 607:4
**boxes** 601:2
**bradley** 523:13
**bradley.jennings**
523:14
**break** 575:18
611:9,10,19
674:2,6

**breakout** 687:9
698:24
**breanna** 523:15
**breanna.fields**
523:16
**brenna** 523:14
**brenna.kelly**
523:15
**bring** 620:8
**broad** 665:19
**broaden** 696:12
**broke** 529:20
534:23
**brooke** 522:15
**brown** 523:12
525:21 548:4
556:12,14
563:19 567:25
575:22 576:8
583:7,11 611:11
611:24 612:9
619:12 638:18
639:19 643:6
654:2 662:25
668:22 673:22
674:13,23
675:10,17
687:10,18 688:3
691:3,16 696:18
698:22 701:4
**browser** 526:22
**bulk** 630:24

**c**

**c** 520:2 521:2
522:2 523:2
525:15
**c.v.** 522:10

**calculate** 616:10
616:12,17
681:20
**calculated**
680:24
**calculates**
617:13
**california**
519:10
**call** 620:6 638:8
**called** 605:23
631:5 633:14,15
634:17 636:6
**calls** 530:14,16
530:20,25 531:2
**camera** 524:8
**canaan** 522:10
**cancer** 527:15
537:4,8,21,24
538:7,10,14
542:14,15,19,21
542:23 543:5,17
544:2,21 548:20
551:25 552:2,7
552:13 555:3
559:8 562:9
563:2,24 564:12
564:16,17 565:8
565:17,18,25
566:2,14,16
567:6,7,17,20
568:9,13,20
569:2,19,24
570:9 577:22
579:18,20
581:23 582:12
582:25 583:18
585:23 586:6,12

586:17 588:8,15
589:2,8 590:4
591:17 593:11
596:19 603:18
603:25 604:4,9
604:16 609:9,23
610:16,18,20
612:13 613:7,14
614:5,22 615:12
615:22 616:5
617:25 618:2,11
618:22 620:25
621:15 622:4,11
623:8 624:4,18
624:23,25 625:2
626:9,14,18
627:11,14 628:2
628:4,5,6,15
629:5 630:2,4,6
631:12 632:3,9
634:6 635:4,21
636:24 637:7,18
637:21,23,25
638:4 639:9,9,18
640:4,23,25
641:13,16,20,24
642:15 643:18
643:19,20,21,21
644:17,22 645:3
645:5,8,14
646:16 647:10
647:12 650:7,12
650:13,21 651:8
651:12,21 652:3
652:4,6,11,21
653:3,9,12,18
654:6,6,8,9,12
654:16,20 655:6

655:8,18,23,25
656:5,12 657:2,4
657:7 658:10
660:11,14,20
661:7,8,10,19,22
661:25 662:13
662:19 663:18
663:20,22 664:7
664:17,21 665:3
665:11,14
671:13 676:6,7
676:12,16,17,20
676:21 677:15
678:7,16 679:9
681:13,18 682:5
682:6,10,16,17
682:19,22 683:4
683:15,17,20,22
684:10,13,16,21
685:19 686:5,10
687:6 688:25
689:6,11,12,12
690:9 693:11,12
693:12,12,13
695:4,22,23
696:3,7 698:6
**cancers** 532:19
533:17 536:4,19
536:24 537:19
538:2,5 553:11
565:24 567:2
572:6,9 575:4
576:23 581:23
583:2,18 595:16
596:2 604:24
606:7 610:2
614:25 615:11
615:16 616:11

616:14 621:10
626:20 628:8,9
631:23 632:2,4
637:24 639:8,13
639:22,23
640:25 641:3,12
641:22 642:17
642:21 644:16
646:12 647:8
650:6 653:20,21
656:6,13,24
657:15 658:8,11
660:5 662:5
669:25 670:4,7
670:16 672:12
673:2 681:3,23
682:15 683:8
688:17 689:2
692:16,25 694:6
694:10,12,13
695:11,19
696:17 697:5
**captioner** 519:24
**carcinogen**
683:16 684:2,9
684:16
**carcinogens**
683:11
**cardwell** 551:13
562:7,16,22
568:11,23 570:6
578:10,11,20
579:4,10,24
580:18 594:3,21
595:11 615:23
616:3,6 630:21
653:14 654:10
695:23

**career** 533:9
596:17
**carefully** 541:14
**carolina** 526:16
**case** 551:14
577:20 584:11
596:15 601:25
628:23 688:10
688:12 703:3
**cases** 519:8,13
624:19 647:12
655:8,9 683:4
**categorical**
611:4
**categories** 569:4
610:14,15
615:18 650:17
654:22 656:15
657:20 666:16
667:9
**categorized**
557:9,19
**category** 563:13
650:16,19,23,24
650:25,25
657:20,25
**causality** 564:18
564:20 565:19
566:12 636:18
684:25 685:8
**causally** 676:15
**causation** 591:22
633:14,15,20
634:2,11,16
636:6 672:2
**cause** 537:21,25
586:12 682:6,10
683:7

**caused** 555:14
**causes** 604:3
633:22
**causing** 637:17
638:17,21 658:8
658:10 663:17
663:20
**caveat** 656:11
**ccp** 519:11
**center** 521:9
606:18
**certain** 534:15
535:4 538:8,19
540:24 579:6,7
585:3 607:16
608:7 672:25
677:17 694:6
697:12
**certainly** 536:22
537:5,10,17
550:15,25
593:20 594:2
596:8 602:8
603:10 605:2
630:19 698:15
**certification**
702:2
**certify** 702:6,12
**chaffin** 520:21
**chaffinluhana....**
520:24,25
**challenged**
615:14
**challenges**
588:11
**challenging**
587:23

**chance** 561:3
625:23
**change** 533:21
703:6
**changed** 532:19
**characteristics**
553:2,13 585:16
667:22 688:24
**characterize**
543:2
**characterized**
671:4
**charlson** 658:23
**chart** 606:14,18
607:9,25,25
**charts** 636:10,14
**chase** 526:4
**chattem** 523:11
**check** 663:2
687:21 691:4
**choose** 541:14
**chose** 548:14
**christopher**
523:23
**cigarette** 683:12
**circle** 621:4
**circumstances**
597:2 689:13
**cirrhosis** 538:11
538:13 642:5
**cite** 540:13 549:7
617:22
**cited** 540:7 549:3
582:16 604:9
689:20 690:6,18
**citing** 549:25
582:9 646:10

claims 596:15
clarification
  649:17
clarify 567:24
class 679:7
classification
  684:12
classifications
  684:18
classified 684:20
classifies 684:8
  684:15
clean 610:17
clear 548:12
  571:2 572:9,10
  600:25 651:3
  655:6,13,22
  656:9 694:23
clearly 584:12
  597:6 683:16
clinically 561:22
clinics 547:15
close 551:17
  633:6 638:13
closed 527:5
cohort 597:12,13
  597:16 598:13
  598:19 599:11
  607:10 608:3,4,9
  615:16 686:3
cohorts 609:3
column 621:10
  622:7 624:20
combination
  553:12 584:24
  616:24
combining
  616:19

come 532:5,14
  591:2 599:6
comes 553:4
  600:3 687:3
comment 587:6
  646:19
commenting
  692:24
commission
  703:25
common 685:13
  685:15
commonly
  537:23 642:10
communicated
  531:4
comorbid
  540:24
comorbidities
  659:9,10
comorbidity
  658:24
comparable
  570:18,23 571:5
  571:8,8
comparator
  544:19 577:6,9
  577:16 578:4
  579:3 580:3,20
  580:22 581:2,7
  581:13 582:4,11
  582:14,19 583:3
  583:9 584:9,16
  584:19 585:13
  585:22 586:5,9
  587:4,5,12 588:4
  588:9 589:10,19
  590:6,14,21

591:8 600:11
  601:16,24 602:6
  604:22 605:5,8
  605:14,15 606:5
  606:20 607:5
  608:19,21 609:6
  609:8 618:10,13
  643:17 644:23
  645:2,8,10,12,19
  645:23 648:8,10
  649:6 667:19
  668:21 669:14
  671:7 677:13
  678:7,17 679:2
  679:10,13,23
  680:8,12 685:5
  690:15,22 697:7
comparators
  577:21 587:16
  616:25 678:24
compare 573:4
  601:14 602:13
  660:25 669:12
compared 535:5
  554:21 556:8
  561:5 563:4,11
  564:6 578:15
  584:10 590:12
  601:22 602:6
  604:16 612:24
  622:11 626:25
  627:15,20
  628:20 643:18
  643:20 644:8,9
  645:10 648:5
  651:12 654:23
  664:22 667:18
  668:20 678:23

695:5
compares 552:6
  573:21 644:19
comparing
  546:22 579:16
  603:3 614:20
  621:2 629:25
  646:7 650:14
  664:16 666:5
  677:6
comparison
  539:5 541:8
  545:4 556:25
  557:3,16 558:8
  558:11,14
  559:23 564:3
  575:15 580:16
  582:18 587:25
  588:12 589:23
  591:18 599:22
  600:4,24 603:11
  604:12 605:9
  609:3 617:4
  631:12 636:21
  637:3,12 638:23
  640:5 645:6
  647:24 648:17
  649:20 659:15
  660:9 669:6
  677:5 680:4
  690:22 691:18
comparisons
  559:20 562:17
  564:2 576:19,20
  578:6 599:21
  605:23 612:19
  668:14 676:24
  677:22,25

**compatible**
  560:25 623:18
  626:4 629:2,15
  629:24
**compelling**
  636:17
**complaining**
  689:24
**complete**  653:13
**completed**  529:7
  532:20 699:11
**complexities**
  581:20 582:23
  583:15 586:8,13
  587:3
**complexity**
  587:7
**computer**  526:21
**concern**  577:16
  591:6,9 632:17
  634:4 641:4
  642:15,24,25
  643:2,3,5,14
  648:21
**concerned**
  577:20 584:20
  585:14 593:9
  603:14 640:21
  657:6
**concerns**  585:15
  590:6 594:9
  597:5,7 602:15
  603:5 605:15
  617:6
**concierge**  523:22
  525:2 620:9,12
  621:21

**conclude**  567:19
  670:19 676:15
**concluded**
  609:20
**concludes**  700:4
**conclusion**  657:9
  676:8,10,19
  692:19 698:4
**conclusions**
  568:8 648:18
  675:23 676:2,5
  676:13
**condition**  640:15
  640:22 642:10
**conditions**
  534:16,21
  535:16,18
  538:19 539:3,12
  540:25 541:18
  546:10 547:24
  547:25 548:9,11
  579:22 641:8,11
  641:14,25
  642:12 689:5,9
**conduct**  617:7
  643:16
**conducted**  524:6
  580:19 594:20
  598:19
**conducting**
  675:24
**conducts**  617:12
**confidence**
  560:23 563:9,14
  612:23 621:7
  622:6,9,13,20,21
  623:13,15,19,25
  624:9,16 625:3,8

  625:10,14,17,24
  626:5,7,11 627:7
  627:8,21 628:2
  628:21 629:3,8
  629:11,13
  630:10,11,19
  634:11 646:21
  649:11,22
  651:14 652:18
  656:18,22
  693:14
**confident**  554:5
  649:2 659:17
**confidential**
  519:18 524:1
  525:1 526:1
  527:1 528:1
  529:1 530:1
  531:1 532:1
  533:1 534:1
  535:1 536:1
  537:1 538:1
  539:1 540:1
  541:1 542:1
  543:1 544:1
  545:1 546:1
  547:1 548:1
  549:1 550:1
  551:1 552:1
  553:1 554:1
  555:1 556:1
  557:1 558:1
  559:1 560:1
  561:1 562:1
  563:1 564:1
  565:1 566:1
  567:1 568:1
  569:1 570:1

  571:1 572:1
  573:1 574:1
  575:1 576:1
  577:1 578:1
  579:1 580:1
  581:1 582:1
  583:1 584:1
  585:1 586:1
  587:1 588:1
  589:1 590:1
  591:1 592:1
  593:1 594:1
  595:1 596:1
  597:1 598:1
  599:1 600:1
  601:1 602:1
  603:1 604:1
  605:1 606:1
  607:1 608:1
  609:1 610:1
  611:1 612:1
  613:1 614:1
  615:1 616:1
  617:1 618:1
  619:1 620:1
  621:1 622:1
  623:1 624:1
  625:1 626:1
  627:1 628:1
  629:1 630:1
  631:1 632:1
  633:1 634:1
  635:1 636:1
  637:1 638:1
  639:1 640:1
  641:1 642:1
  643:1 644:1
  645:1 646:1

647:1 648:1
649:1 650:1
651:1 652:1
653:1 654:1
655:1 656:1
657:1 658:1
659:1 660:1
661:1 662:1
663:1 664:1
665:1 666:1
667:1 668:1
669:1 670:1
671:1 672:1
673:1 674:1
675:1 676:1
677:1 678:1
679:1 680:1
681:1 682:1
683:1 684:1
685:1 686:1
687:1 688:1
689:1 690:1
691:1 692:1
693:1 694:1
695:1 696:1
697:1 698:1
699:1 700:1
**confirm** 534:23
578:24 579:8
679:24
**confounder**
545:16,21
**confounders**
533:6 534:13,22
534:24 536:2,18
536:23 537:13
538:17,25
540:11,17 542:6

543:25 544:7,17
544:23 545:3,4,9
546:8 659:7,22
684:5
**confounding**
536:6 538:20
539:7 645:18,22
679:18,22 680:6
680:10,16 688:6
688:21
**conjunction**
605:8
**connection**
524:9 542:2
570:16 634:15
**consecutively**
528:3
**consider** 532:25
535:9 552:9
554:22 560:12
573:8 574:3
575:10 577:4,19
587:14,17 640:6
640:10 641:11
641:23 644:4
659:19 666:21
666:23 667:18
668:19 669:7
671:19 680:16
682:2 685:17
692:4 696:25
**considerable**
591:22 594:13
595:6,11,14
596:13
**consideration**
552:24 560:6
573:9,17 574:17

575:13
**considered** 533:6
533:21 536:22
537:17 550:16
557:12 564:22
580:16 590:2
593:20 594:11
594:16 596:19
596:21 605:21
668:11,18
696:22
**considering**
564:25 609:20
**consistent**
532:23 533:7
565:6,9 566:6,11
566:24 567:6,15
605:11 618:2
630:13,22,23
649:21 657:12
**consistently**
662:20
**constraints**
526:5
**constructed**
608:19,21 609:3
609:5
**consumption**
534:15,20 535:7
537:3,7,11,21
538:18 539:23
540:10,18 542:5
543:24 544:6
**cont'd** 521:2
522:2 523:2
**contamination**
695:2

**context** 574:11
582:7 584:6
585:10,11
604:11 683:11
**continue** 524:13
**continued**
524:16 699:13
**continuous**
609:25 611:2,7
**continuum**
552:22
**contraceptives**
617:18
**control** 539:2,25
540:3,5 541:7
551:14 557:5
577:15,19 578:2
578:7,9,19
650:16 679:17
679:22 680:6
695:5
**controlling**
541:6 545:20
**controls** 539:9
539:22 540:8,20
**conventional**
624:13
**conversely**
561:19 697:23
**conveyed** 631:10
**coordination**
519:12
**copies** 527:14
**copy** 620:19
**corner** 608:11
**coronary** 539:13
**corporation**
522:7,8

**correct** 535:2
537:22 538:12
562:18 570:15
580:6 582:5
597:14,19
599:12 604:25
606:25 621:12
622:25 623:5
626:12,13,16
628:13 645:25
676:7,17 677:18
677:19 679:4
**correctly** 547:12
586:19,21
589:11,13 610:6
642:22 670:13
694:5,15
**correlation**
639:15
**costello** 522:11
**counsel** 525:10
525:14 675:4
699:7
**count** 611:12
**counter** 555:13
555:21,24 556:3
591:3
**countries** 547:22
**county** 519:10
**couple** 549:16
581:5 593:7
611:25 643:12
689:23 698:24
**coupled** 553:8
**course** 607:14
610:21 670:17
**court** 519:2,10
524:20,25

525:13 556:14
**covered** 549:14
626:10 653:20
**cox** 692:16
**crc** 519:22 702:4
702:23
**created** 580:4
**criteria** 599:10
606:15,19,24
607:4,15,19,21
608:6 634:25
**cross** 546:19
622:13
**crr** 519:22 702:4
702:23
**cruder** 667:2
**cumulative**
598:14,16 631:6
664:20 693:9
**curve** 638:9,12
**curves** 664:7
677:9,10,25
**cut** 526:4
**cutpoint** 552:20
575:9 624:13

**d**

**d** 522:18 523:14
701:2
**daily** 562:24
563:7 569:5
597:17,21
650:18,20 651:2
651:10,25
652:15 657:21
658:2 667:4
681:10,15 696:5
696:8

**daniel** 520:18
530:24
**danny** 523:16
**danny.tobey**
523:17
**data** 533:16
540:4 542:12
545:23 546:19
547:20 554:4,5,7
554:7 558:16
560:16,20,24
561:24,25
564:16 566:10
566:25 567:5,7
567:12,24 568:3
568:5,11 577:24
578:16,18 580:4
588:13,25
589:24 590:16
593:12 603:16
604:14,18
623:17 625:9
628:25 629:15
629:24 630:24
637:13 646:9
648:17 649:19
652:19 694:23
695:14,20,22
**database** 535:10
546:14,18,23
547:13,21,21
558:22 591:5
**databases**
535:11 546:7,23
547:3,4,8,11,20
**date** 528:11,14
703:4

**dated** 528:9
701:12
**david** 523:22
525:3 621:18
**day** 559:10
562:11 568:15
568:21 569:25
667:5,6,7 700:15
702:18 703:22
**days** 598:23
**dc** 523:5
**ddds** 651:7
652:24 654:10
**de** 522:10
**dealing** 635:8
**decades** 551:18
670:6
**decisions** 561:16
**defendant**
519:20 522:17
522:23 523:5
**defendants**
522:6 523:11
673:21
**defined** 562:24
563:7 569:5
597:17 598:3,23
650:18,20 651:2
651:10,25
652:15 657:21
657:25 667:3
681:10,10,15
683:17 696:4,8
**definitely** 594:3
**definition**
597:23 641:16
**definitional**
640:12

degree 537:3
demonstrate
  695:11
demonstrated
  568:20 569:23
depend 537:10
  603:10
dependent 536:6
  560:11 689:12
  689:12
depends 524:8
  544:24 545:2,23
  689:13
depict 622:7
depicted 622:16
  624:7 626:20
  627:17 639:17
depicting 637:20
  662:22
deposition
  519:19 524:6,16
  527:6,13 529:19
  530:3 628:18
  668:15 699:12
  701:10 703:4
describe 580:25
  584:21 598:13
  601:10 610:11
  610:12 612:11
  623:6 635:13
  670:22 693:9
described 555:11
  567:11 580:24
  589:21 592:11
  592:12,14
  594:19 595:3
  597:6 614:6
  623:16 626:2

629:14 634:24
  654:24 664:5
  668:24 672:16
  672:20,23 680:3
  683:2
describing
  577:12 579:10
  587:15 588:3
  601:3 605:13
  607:8
description
  582:8 701:10
design 533:2
  577:9,11 578:5
  584:17,19
  585:14 587:19
  588:4 589:19
  590:14 599:20
  604:22 605:5,8
  605:14,17 606:4
  617:6 671:10
  673:3 680:8,12
  698:14
designated 575:3
  640:24 646:12
  653:21
designed 579:13
designing 597:10
  606:8 607:18
  698:5
designs 590:7
desirable 552:11
detailed 562:6
  595:23 596:9,20
  605:4 615:13
  618:19,23 666:4
  668:4 671:2,11
  696:21

detect 582:13
  698:11
determination
  581:22 582:24
  583:17 585:2
  586:16 588:7
determine
  550:18 636:22
develop 552:2
  569:19 637:6
  639:13,22 640:5
  683:20,22
developed 635:4
  635:21 686:5
development
  695:4
devoted 691:24
  692:3
diabetes 540:2
diagnosed
  553:11 576:24
  670:2,8,16
diagnosis 635:10
  670:3 685:19
  686:10 687:2,6
  690:2,10
dichotomization
  575:7
diet 630:8
  696:15,24
dietary 697:2
difference
  647:21
differences
  539:20 541:8
  571:12 572:5
  595:19 616:23

different 547:21
  569:10 595:20
  618:16 637:14
  638:6 647:6
  658:5 679:7
  681:6
differential
  554:22 557:12
differently
  666:12
difficult 581:21
  582:13,23
  583:16 585:2
  586:15 588:6
  589:7
diminish 539:19
diminished
  634:8
diplomate
  519:23
direct 535:24
  539:17 540:9
  541:3 553:16
  586:3 675:21
direction 545:2
disagree 610:8
discuss 580:15
  581:6
discussed 574:16
  577:8,10 584:8
  586:25 608:24
  628:17 648:13
  665:21
discusses 589:17
discussing 532:9
  673:25 682:20
discussion
  555:12 582:8

[discussion - earlier]                                                    Page 13

585:11 658:22
681:25 684:5
**disease** 538:6,8
539:13 633:24
638:17,21
639:25 640:17
**disregard** 671:5
**distinct** 552:19
**distributed**
544:17
**distribution**
536:7 544:24
545:3 669:24
**district** 519:2,2
524:20,21
**diverging** 631:21
638:12 639:12
**divided** 597:11
**dividing** 656:14
**dla** 523:9
**dlapiper.com**
523:13,15,16,17
**dna** 682:7
**dnigh** 520:18
**document** 519:7
519:15 541:23
555:8 562:21
567:10 580:8
598:7 605:12
676:9 678:12
679:25
**documents**
527:8
**doing** 531:13,17
550:10 569:8
577:23 582:20
617:10,14 622:2
636:20 637:2

**dosage** 610:14
**dose** 559:15,22
562:7,23 569:8
576:15,16
588:18 591:16
592:22 595:23
595:25 596:3,7,9
596:23 598:14
598:16 599:10
601:4,8,9 602:17
602:19,20
609:21,23,25
610:13,17,20
611:2,4,6 614:9
614:13,15 615:7
615:13,18
618:17,19 650:5
650:22 651:4,17
652:3 653:13,23
654:16 655:5,10
655:17 656:10
656:14 657:2,3,8
657:9,16 662:13
662:23 663:24
665:10,16,19
666:2,4,11,14,22
666:24 667:4,15
668:4 680:18,25
681:13,21,25
682:6,21 683:6
683:18,25 688:4
695:10,10,17,24
696:16,25 697:4
**doses** 562:24
563:7 569:5,11
597:17 603:3,12
650:18,20 651:2
651:10,25

652:15 657:21
658:2 662:18,20
662:21 665:20
681:10,16 682:9
688:7 696:5,8
**download**
526:22
**dr** 521:16 524:17
525:22 527:18
528:15 531:19
532:10,17
536:15 541:19
541:24 542:2
543:11 544:16
551:21 554:25
556:6 558:2
563:16 565:11
569:21 570:12
570:25 571:10
574:24 576:9
579:25 582:21
583:14 590:5
599:9 600:8
604:2,20 607:17
608:11,18
612:10 616:7
619:23 620:16
650:2 660:2
664:12 670:17
673:16,23
675:18 676:4
678:18 688:4
689:18,24
691:12 698:20
700:5
**draft** 529:13
**drive** 520:4

**drug** 543:13
584:10 600:2
607:12,13 608:7
633:22,22,25
634:6 635:10
637:6,21 638:17
638:20,22
640:15,20,22
679:7 690:9
**drugs** 579:18,21
586:11 591:20
641:7,19 642:3,6
642:13 659:12
665:24 669:9,10
689:10
**due** 553:19 555:4
561:3 572:24
625:23 645:21
649:3
**duly** 525:16
702:8
**dunlavy** 521:4
**duration** 527:6
576:17 655:21
657:18 658:8,12
658:16,20
680:19 697:15
697:18 698:13
**durham** 526:16
**dyspepsia**
641:10

**e**

**e** 520:2,2 521:2,2
521:14 522:2,2
523:2,2 701:2,9
**earlier** 528:17
532:6 624:15
639:3,7,7 668:25

671:23 683:2
697:17
**early** 632:14
634:4,8 636:15
669:20
**eastern** 524:4
575:25 576:6
612:8 619:20
663:10,14
673:10 674:15
674:21 699:7
700:3
**easy** 527:24
**eblansfield**
521:7
**ecanaan** 522:11
**effect** 543:12
544:23 545:2,7
545:21 557:7
659:4 664:4
698:2
**either** 530:10
545:5 611:9
680:7
**element** 659:20
659:23
**elevated** 569:16
628:11 646:13
647:5
**elevation** 646:16
**email** 526:25
**emphasize**
577:13 605:20
**emphasized**
560:4 624:14
**emphasizes**
582:17

**employ** 635:12
**enclose** 607:19
**encompass**
552:12
**enrolled** 686:2
**ensure** 635:19
**ensured** 635:17
**entire** 530:25
622:17 623:19
**entirely** 536:20
539:8 572:9
**entitled** 585:22
586:5
**epidemiologic**
533:24 588:25
601:13,22 602:5
618:3 680:9,15
**epidemiological**
533:15 546:24
670:19 696:14
**epidemiologists**
561:23
**epidemiology**
560:15 598:2
**equivalent**
574:12 606:9
**ernest** 521:6
**errata** 703:2
**ers** 547:16
**esophageal**
565:17 596:4
623:22 624:4,18
624:25 640:25
642:15 643:5
644:21 645:5
647:3,9,16
661:10

**esophagus**
640:19 641:10
**especially** 637:8
**esq** 520:6,11,12
520:18,23,24
521:6,11,14,16
522:10,11,12,18
522:23 523:6,12
523:13,14,15,16
**essence** 659:14
**essentially**
617:10
**est** 519:17
**established**
641:23
**estimate** 530:6
555:18 560:13
561:11,12 614:3
614:17,24 615:9
615:21 621:4
624:24 626:3
679:9
**estrogen** 617:19
**et** 562:7
**eva** 522:10
**evaluate** 533:14
533:15 575:2
577:24 604:22
606:5 698:6
**evaluated**
536:17 550:17
592:12 595:17
667:16,21,23
670:23 680:10
**evaluating**
561:10 573:17
574:4 590:2
596:25 668:11

671:15,20
**evaluation**
533:10 573:7,9
590:12,17
594:18 596:20
605:4 671:9
**evenly** 544:17
**event** 672:22
**everybody**
635:18,19
**evidence** 556:6
557:25 558:19
564:21 576:15
582:9,11 604:8
614:17,20 616:9
636:14,17
651:17 654:11
655:17 660:18
689:8 696:16,22
697:4 698:2,3
**exact** 530:5
**exactly** 531:24
609:13 629:17
644:21
**examination**
525:20 701:3
**examined**
525:18
**example** 537:2
538:6,11 542:13
544:2 553:3
592:18 593:10
595:21 598:17
598:18 615:23
628:3 642:11
647:21
**examples** 549:9
599:6 617:17

689:23
**exceeding**
598:14,16
**exclude** 598:3
600:2 635:9
**excluded** 597:16
598:10,25 600:9
634:25 635:23
685:25
**excluding**
636:11 686:15
**exclusion** 599:10
606:14,18,24
607:3,15,19,20
634:24 636:2
**exclusive** 666:15
**exercise** 556:23
557:21,24
**exhibit** 528:3,5,7
528:12 534:3
597:9 609:15
620:7 701:11,13
**exhibits** 526:22
**existed** 553:24
**expand** 608:15
**expect** 629:19
634:4,7 637:18
638:16,21 658:6
658:9,11,13,19
663:19 670:15
692:5 697:18
**expected** 542:17
**expense** 562:23
**expert** 528:7
532:20 542:3
581:11 585:20
585:20 701:11

**expires** 703:25
**explain** 616:15
628:15 631:9
632:16 633:19
640:11 648:3
656:2 659:2
**explained**
566:21 668:25
**explaining** 636:6
640:8 643:25
**explanation**
538:21 542:16
636:19
**explanations**
542:7 544:7
**exposed** 535:14
535:21 539:5
545:17 557:5,7,8
575:11,16
592:22 654:9
694:7
**exposure** 553:19
553:24 554:12
555:5,15 561:13
565:2 575:12
586:14 587:8,20
590:25 591:7
596:22,23 630:8
630:9 650:14,19
651:18 652:8,14
652:15,20 653:7
653:15,16,23
654:22 655:2
656:8 657:13
658:12 659:18
660:16,18
663:17 667:11
681:7,9 695:16

696:9 697:9,15
697:19,21,25
698:10,12,16,17
698:19
**exposures** 533:4
617:20 696:15
**expressed**
564:18 565:20
**extends** 639:4
**extent** 535:25
536:5
**extremely**
561:19 574:19
669:18

**f**

**fact** 535:18
538:9 539:2
542:19 559:25
602:12 603:2
617:16 667:9
686:7 697:3
**factor** 536:12
537:7,24 538:4,7
538:13 574:2,8
641:15
**factors** 532:25
533:5,23 535:5
535:20,24 536:7
536:23 539:4,6
539:14,19 541:3
541:6,16,17
560:12 584:24
641:12,19,23
642:14 648:3
668:9,10 680:4
684:19,20
688:16 689:10

**fairly** 549:14
579:7 630:23
649:21 656:13
656:22
**faithfully** 542:4
544:4
**familiar** 690:12
**famotidine**
598:15 600:4,18
600:23 602:14
602:19,21 603:5
603:13,15,17,21
603:22,24 604:3
604:8,16,17
607:22 608:10
612:25 643:19
644:9,17 647:18
648:23 649:6,10
664:18,21,23,24
665:2,6 668:16
695:7
**far** 644:2
**fashion** 663:19
**favorable** 672:2
**favorably** 552:6
671:25
**fda** 605:12
672:23
**feel** 554:5 560:19
561:2,4 637:13
649:2
**feeling** 687:12,13
**felt** 690:14
**fewer** 647:8,11
655:8
**field** 659:14
685:14

fields   523:15
figure   620:17,23
  620:24 631:6,10
  635:25 637:17
  644:8,13 646:8
  648:14 649:13
  662:11,12
  663:18 664:10
  664:12 676:23
  677:2 691:17
  692:13,17
figures   677:16
  677:17 692:2,17
filed   524:19
final   611:15
finally   599:2
financially   525:6
find   609:9 656:9
  670:9 685:21
  696:16
finding   628:23
  651:15 657:2
findings   565:14
  565:15 649:21
  649:23
fine   525:24
  575:22 687:14
finish   563:21
finished   571:4
finishing   611:17
finken   520:11
  530:22
firm   524:24
first   525:16
  528:16 534:6,19
  546:2 553:15
  576:13 593:7
  597:11 609:16

609:18 619:10
624:20 635:5
639:11
five   529:16
  532:19 533:16
  536:4,19 538:2,5
  549:7,18,25
  565:23 575:3
  595:15,25
  604:24 606:7
  616:11,13
  640:24 642:21
  646:11 653:21
  662:4 666:5,17
  666:17,19
  667:12 669:25
  681:2,22 682:20
  683:8 688:17
  689:2 695:19
  696:17 698:18
flip   581:15
floor   520:22
  521:10 523:10
florida   519:2
  520:17 524:21
flow   607:25,25
fly   572:11
focus   602:24
focused   582:9
focusing   596:2
  692:20
follow   640:2,3
following   606:11
follows   525:19
followup   548:18
  548:21,22
  549:10,16,18,21
  549:24 550:3,6,8

550:15,21,23
551:2,4,5,8,11
551:12,15,20,22
552:4,5,11,16,21
552:23,25 553:5
553:8,13 576:18
584:22 587:22
632:13,19,20,22
632:23 634:5
635:2,17 636:3
636:11,16
638:14 639:4,7
639:11,12,21
658:2 664:4,8,9
668:6,7,7 669:22
685:25 686:4,17
forest   620:24
  621:3 622:8,17
  624:7 625:6
  626:21 627:18
form   590:10
  638:19 639:19
  643:7 654:3
  668:23 696:19
formulating
  605:22
forth   702:8
found   612:15
  629:21 656:8
  664:25 665:7
  693:2
four   565:23
  598:24 610:14
  614:25 631:23
  631:25 633:2
  637:24 638:24
  639:17 646:25
  650:5,14,17

652:14 654:22
656:7,15 682:24
692:16 700:7
fourth   576:11
frequently
  615:24
front   527:9
  529:14 620:19
full   546:2 553:16
  559:3 582:7
  609:16,19
  698:16
fuller   578:16
fully   552:12
further   633:7,7
  638:14 673:6,19
  673:20 698:21
  702:12

**g**

g   528:8 701:11
garrett   522:18
gastric   559:7
  565:16 610:15
  610:20 626:14
  626:18 632:2
  641:2 642:14
  643:4 645:3
  647:3,17,22
  650:6 652:5,11
  652:21 653:2
  654:6,9,15 655:7
  655:17 661:19
  681:17 682:16
  689:6 693:12
  694:13 695:21
  696:6
gastroesophag...
  641:9

**[gastrointestinal - group]**

**gastrointestinal**
534:15,21
641:14 689:5
**general** 545:5
641:10 658:18
**generalizability**
571:22,24
**generalizable**
571:20 572:15
**generally** 579:19
632:15 639:24
641:8 655:19
667:10
**generating**
697:22
**genotoxin** 682:5
682:6
**georgia** 522:5,22
**getting** 569:11
588:10 607:14
686:18
**gi** 538:19
**give** 533:9
552:14,18 559:3
561:4 573:25
598:5 602:10,16
602:18 615:8
618:22 646:18
683:5 687:20
689:23
**given** 571:15
572:21 586:9
587:4 604:2,6
605:4 695:2
700:5 702:10
**gives** 560:19,23
560:25 578:16
589:23 623:13

623:16 625:25
637:4
**giving** 660:18
**glaxosmithkline**
522:23
**gmbh** 522:9
**go** 524:14 529:25
534:4 545:25
547:18 548:15
548:16 553:15
556:23 557:20
559:2 562:3
565:11 573:24
576:9,12 579:9
581:5 585:19
586:2 588:23
591:12 597:8
606:13 609:14
609:16 611:22
611:25 613:8,18
615:4 618:4,21
619:10 620:8
623:21 628:15
630:25 631:3
632:11 644:15
646:3 649:25
650:8 655:24
659:24 662:9
663:6 664:10
673:7,24 675:11
677:2 684:4
687:7,8,18,20
694:9 698:23
**goes** 638:14
650:18
**going** 524:3
526:4 568:10
572:17 575:24

583:13 602:9
603:10 607:18
608:17 611:12
611:15,17 612:3
619:5,13,25
620:14 622:3
628:14 632:11
641:21 663:8
673:5,9 674:15
675:12 687:22
690:16 691:6
695:24 698:14
699:2
**goldhirsch**
520:24,25
**good** 524:2
525:22,24
575:14 592:20
594:22 614:16
614:19 615:8
619:23,24
687:17
**gotten** 540:19
**graph** 637:18,20
638:8 663:18
**graphically**
622:7 624:7
**graphs** 631:18
634:10 635:24
638:24 639:17
**great** 575:19
**greater** 543:22
559:8 563:3,5,6
563:24 565:7
574:8 618:7
622:22 623:11
623:20 625:18
629:7 631:23

636:16 642:16
646:15 652:23
654:13 664:8
666:19,20
678:25 694:7
**group** 535:21
539:5 545:10,17
553:10,24
556:25 557:3,4,5
557:9,16,17,18
558:8,9,11,13,14
564:8 577:15,16
582:12,20 584:9
587:5 591:8,9
598:3 600:24
602:22 603:12
603:13,20,22
605:9,10 607:22
607:22 621:3
622:12 623:11
623:12 624:21
624:22 626:24
627:2,20,21
628:8,9,20,21
631:13,15 632:5
632:6 638:2,3,5
638:22,23
644:24 650:16
651:24 656:12
660:7,8,9,13
660:15,23 661:2
661:4,10,19,22
661:25 662:3,5
664:19,21 665:2
665:8 681:8
682:13 684:9,15
694:7,8 696:4

**groups**  535:5,15
    539:20 541:8,16
    544:18,19,25
    545:4 554:21
    556:8 558:20
    577:19 578:2,7,9
    578:19 580:17
    582:18 588:2,13
    589:23 604:12
    606:8 607:5
    609:4 631:13
    637:12,14 640:5
    648:17 649:20
    656:15 659:7,13
    659:15 669:7
    680:4 690:22
    695:6
**guerra**  521:4
**guidance**  605:12

**h**

**h**  523:6 701:9
**h2**  563:4 564:6
    572:2 578:13
    642:11 678:16
    678:23
**h2ra**  571:6,6,12
    580:22 678:7
    679:3
**h2ras**  689:15
**habel**  672:8,9
**half**  592:23
    611:14 631:2
**halfway**  559:15
**hand**  608:11
    621:9 632:25
    702:18
**handled**  690:5

**happy**  678:11
**hard**  620:19
**harding**  521:9
**hardy**  522:21
**hausfeld**  520:4
**hausfeld.com**
    520:7
**hazard**  543:4,5
    543:12,19,21
    564:8,9 565:4
    612:18,21 613:2
    613:2 615:20
    620:25 621:5,8
    622:5,8 623:9,24
    624:6,8,24
    626:21,22
    627:16,17,18
    628:18 629:7
    630:17 644:18
    644:20,22,25
    645:5 646:12,14
    647:4,25 648:4
    648:24 650:22
    651:3,11 652:13
    652:16 655:2,12
    656:19 677:6
    679:14 693:10
    693:14
**head**  537:8
    551:19 613:20
    615:4 678:21
**health**  546:17
**hear**  529:22,24
**heard**  524:11
    525:10 686:21
**heavily**  574:15
    574:22 672:10
    672:20 673:3

**held**  519:21
**help**  540:5
**helped**  635:18
**helpful**  578:17
**hereunto**  702:17
**hey**  690:25
**high**  622:18
    683:21 694:11
**higher**  545:16
    603:3 616:6
    624:25 626:24
    629:20 630:18
    632:5 637:25
    638:22 658:13
    658:19 660:14
    661:4,9,18,21,24
    662:3,5,20,20
    663:22 664:20
    688:6 695:3
    697:19 698:12
**highest**  550:13
    563:8,12 650:19
    650:25 652:14
    653:14 654:24
    654:25 657:20
    665:7 679:9,14
**highlight**  584:14
    621:18,19
    676:11
**highlighted**
    562:14 577:3
**highlighting**
    623:23
**history**  534:14
    534:19 535:7
    538:17 539:10
    539:15,18,21
    540:10,17 541:9

546:9
**hmm**  549:6
    627:12
**hold**  621:22
**home**  526:15
**honest**  684:11
**horizon**  696:12
**horizontal**
    622:24 623:3
    625:15
**hospital**  547:15
**hospitals**  547:15
**hour**  663:5
**hours**  529:16
    530:7,8,14
    611:14
**houston**  521:5
**human**  630:7
    696:13,23
**hyperlipidemia**
    539:14
**hypertensive**
    539:13

**i**

**iarc**  684:8,14,19
**iarc's**  684:12
**ideal**  535:23
    539:25 666:23
    698:6
**ideally**  665:18
**identical**  613:2
**identification**
    528:10,13
**identified**  536:3
    544:7 614:7
**identify**  542:6
    600:8 678:21

ignore 671:5
iii 519:20
illustrates
  632:12,17
imbalance 535:4
  535:6
impact 554:10
  554:18 555:18
  557:18,22
  640:23
importance
  577:14 582:17
  632:12
important
  560:12 561:14
  561:22 569:7
  574:19 575:12
  587:14 592:21
  592:25 594:9
  613:22 614:11
  624:14 634:3
  659:20,22
  671:18 672:15
  680:5 697:21,22
impossible
  538:20 543:11
  581:21 582:24
  583:16 586:16
  588:6 589:8
improved 668:2
improvements
  588:21
inadequate
  552:21 614:14
inappropriate
  584:23
incidence 637:25
  638:22 660:4,6

660:14,23,24
661:2,3,3,12
662:2,13,15,17
662:19,21 664:6
664:16,20 665:3
665:7 693:9
694:3,6,11
incidences 631:6
include 563:10
  563:15 580:2
  627:8,22 641:25
  685:20 696:13
  698:15
included 547:9
  635:5,19 686:6
includes 677:14
including 546:8
  591:15 605:9
  696:23 698:17
incomplete
  590:25
incorporated
  685:11
increase 536:3
  537:4 538:9
  542:20,22 543:3
  543:8,17,20
  565:5 577:21
  593:6 604:9
  613:6 622:10
  623:7 625:22
  627:19 628:19
  647:15 651:4
  652:4,20 689:6
  697:14
increased 542:16
  542:18 562:9
  563:2,23 565:15

565:17 566:6
568:13 570:7
584:9 587:5
588:15 603:15
604:15 609:22
622:15 626:6,17
626:20,25
627:13 632:20
633:23,25 634:7
636:15 638:4
645:19,21
646:23 649:3
651:20 652:2,10
653:2,9,18,25
654:8,12 655:20
664:8 670:10
672:25 681:6,11
681:12,17 682:4
682:12,23 693:2
693:3 695:12,19
696:2,6,11
697:20,24
increases 559:7
  582:12 593:11
  632:3 640:16
  650:23 660:19
  688:24
increasing
  568:24,25,25
  569:2 609:23
  610:19,20
  636:23 650:21
  651:4 655:20
  656:10,10
  657:12,13
  662:18
index 534:14,20
  538:18 541:10

658:24 659:10
indicate 646:22
  651:14 663:24
  685:24 690:21
indicated 580:15
  595:10 689:7
indicates 540:23
  621:4 624:10
  631:25 652:19
  660:4
indicating
  582:10 669:5
indication 637:4
  640:7,12,14
  641:4,17,18
  642:5,7,8,16,23
  643:24 645:18
  645:22 648:22
  649:4 679:6
  688:21
indications
  571:25 641:6,6
  642:2
individual 536:8
  569:3 592:10
  610:2 618:5,22
  621:10 660:5
  682:22 694:10
individually
  573:25 613:8
individuals
  557:5,8 558:20
  575:11 636:3
  651:9 681:15
influenced
  613:25
inform 648:11

**information**
534:12 535:13
535:17,24 536:9
538:16,25
539:17 540:9
541:3 546:7
547:6,14,16
548:13 551:16
553:20 554:3,15
554:17,24
555:13 556:19
556:22 558:5,23
561:9,24 576:17
580:13 591:2,3,4
596:5 600:16
602:3,17,19
615:7 623:13
625:25 630:3
631:9,17 633:18
650:11 651:6,21
652:8 653:6,22
654:16,18
657:23 658:3
664:13 665:14
665:23 667:8,15
695:16
**informative**
633:12 666:22
670:25
**ingelheim** 522:6
522:7,8,8,9
**inhibitor** 679:5
**inhibitors**
563:12 578:15
580:12
**initial** 630:5
697:6

**inn** 654:16
**instability**
656:16
**instance** 535:10
**instant** 527:2
**insurance**
546:17
**interest** 535:8
537:19 637:22
**interested** 525:6
702:15
**international**
522:9
**internet** 524:9
532:4
**interpret** 562:2
587:24 656:25
683:10
**interpretation**
625:21 648:12
**interpreting**
560:6,16 561:23
578:18 581:12
586:8 587:3
613:21
**interrupted**
687:19
**interval** 560:23
563:9,14 612:23
621:8 622:6,9,13
622:20,22
623:13,15,19,25
624:9,16 625:4,8
625:10,14,18,24
626:5,7,11 627:7
627:9,21 628:2
628:21 629:4,8
629:11 630:11

630:11,19
646:21 651:14
652:18
**intervals** 629:13
656:18,22
693:14
**introduced**
586:13 587:7
**invalid** 605:24
**investigate** 556:3
**investigated**
555:20
**investigators**
634:18 635:12
643:14,16
**involved** 530:9
**issue** 634:16
643:24 666:22
**issues** 584:8
589:18 621:22
633:13
**iwagami** 549:4
549:13 553:3
591:24 593:2
669:18

**j**

**james** 520:12
**january** 532:21
**jennings** 523:13
**jim** 530:23
**john** 522:18
**john.garrett**
522:18
**johnson** 523:22
525:3 631:3
646:4
**jronca** 520:13

**judgment**
588:14
**jurat** 699:14

**k**

**kantor** 549:4,19
591:25 598:18
**kaplan** 638:9,11
677:10,14,20,24
**keep** 527:5,20
547:3 569:7
611:17
**kelly** 523:14
**kendra** 520:24
**kim** 549:4,20,23
591:25,25 687:4
690:7
**kind** 629:22
635:17
**king** 522:4
**know** 534:4
536:16 548:7
549:12 551:25
552:2 560:20
565:5 570:5
574:4 575:13
578:3 579:2
583:11 593:19
594:7,10,21
595:19 602:20
603:9,11 607:16
613:19 615:3,12
617:5 618:24
624:3 632:10,16
635:6 636:9,10
637:8,8 639:23
647:24 651:16
656:20 660:15
666:16 667:11

668:3 669:23,24
678:20,20
683:12,13
684:11,14,19
686:14 688:25
690:7
**knowledge**
569:22 584:3
641:13 678:5,14
679:11
**known** 572:6
677:9 685:6
**korea** 598:12
**kslaw.com**
522:11,12,13

**l**

**l.l.p** 522:21
**laboratories**
521:16
**lack** 553:19
591:3,4
**lag** 529:25
636:10 685:6,10
685:16,17,20
686:7,13
**language** 546:16
**large** 561:19
574:18,20 602:8
**larger** 574:5,13
574:15 620:21
655:14
**largest** 573:15
691:24
**latency** 552:12
639:18,24 640:2
**lay** 550:12
**lbosso** 522:13

**lead** 554:23
633:24 652:9
653:24 695:18
**leading** 643:7
668:23
**leads** 557:13
584:25 640:19
682:4
**learn** 528:20
**leave** 566:15
656:21
**lee** 523:21
524:23
**left** 580:21 619:6
621:9 622:23
632:25
**legal** 528:21
529:2
**legitimate**
648:21
**length** 587:21
607:16 608:7
639:4
**lesser** 613:10
**level** 537:10
554:15 563:8
570:9 575:11
603:11 649:10
651:18 652:8,14
652:20 653:7,15
653:23 655:2
659:14 663:25
695:16
**levels** 570:8
650:14 652:14
656:8 657:8
663:24 667:11
681:7 683:20,21

696:9 697:21
**levin** 520:16
**levine** 523:6
**levinlaw.com**
520:18
**liability** 519:5
524:19 703:4
**lies** 625:15
**likelihood** 539:7
625:22 634:21
640:7 695:4
**limit** 663:3
**limitation**
535:22 541:2
542:10 544:14
555:17
**limitations**
544:15 546:4
555:10,11
574:19 584:15
584:18,21
586:14 587:8,20
588:11 589:20
590:18,20
591:21 592:6,13
592:21,25
593:18,21,24
594:4,10 595:2
605:6,18 613:24
667:17 671:12
671:19 672:15
672:21,24
**limited** 592:21
605:16 657:14
657:17 665:17
678:19
**line** 549:13
621:18 622:14

622:24 623:4
625:15 629:4
631:14,15,22,24
662:15 685:23
699:14 703:6
**lines** 631:20
632:7,10,15
633:3,3 638:12
639:2,10 662:17
**linked** 658:15
**list** 548:10
565:24 621:10
658:24
**listed** 537:14,23
540:11,18
565:23 584:17
594:8 595:12
596:10 659:11
659:12
**listing** 573:14
**literature** 601:13
618:13
**litigation** 519:6
524:19 703:4
**little** 529:21,25
545:21 610:23
620:21 629:20
629:20 631:4
655:13 666:12
**liver** 537:4,7,21
537:24 538:6,7,8
538:9,14 542:15
544:2 559:7
565:16 585:23
586:6,12,17
588:7,15 589:2
604:15 609:23
610:18 612:13

**[liver - mass]** Page 22

613:7,14 614:5
614:22 617:25
618:2,11,22
621:15 622:4,10
623:8 624:23
625:2 626:9
628:3,6,9 632:2
639:9 640:25
641:24 642:22
643:3,20 644:16
646:20 647:12
650:6,12,13,21
651:8,11,20
652:3 654:5,8,20
655:6,23 660:19
661:7,8 662:13
662:19 663:17
663:20,22 664:6
664:17,20 676:7
676:11,17,20
677:15 678:6,16
679:9 681:12
682:16 684:9,13
684:16,20
692:20 693:11
694:12 695:21
696:3
**liwski** 523:23
**llc** 522:17 523:11
703:2
**llp** 520:4,21
521:9 522:4,15
523:9
**located** 526:14
526:15
**long** 529:12
549:15 552:2
593:10 639:25

658:4 678:19
695:2 697:8
698:8,17
**longer** 548:19
549:11 550:3
551:2,5,7 552:3
552:11,16,22
576:17 601:14
601:23 602:13
603:3 632:20
638:15,15
639:12,21 640:2
657:23 658:2,12
658:20 664:9
665:24 666:8
668:7 697:18
698:13,18
**longest** 551:4
668:6,6
**look** 539:11
552:4 555:9
561:10,25 567:8
577:23 578:5
580:7 587:19
592:9 599:19
603:16 607:24
610:15 618:4,21
621:13 624:18
630:16 636:13
641:5 644:5,13
648:22 654:15
656:17 657:5
660:8,12 665:18
665:20 666:16
666:24 671:18
678:10
**looked** 550:8
578:12,13,14

590:4 596:17
616:23 617:3
618:25 630:5
635:15 665:10
666:2,18 671:13
684:21 690:11
**looking** 542:11
569:3,4 592:8
614:8 615:17
616:4,21 626:14
632:9,25 637:16
639:8 650:3
652:12 658:21
659:25 662:10
666:14,25 667:3
670:4,5 671:16
686:14
**looks** 577:11
625:16 637:19
**loren** 523:12
611:8 674:12
690:25
**loren.brown**
523:13
**lot** 592:16
594:23 608:25
616:22 667:14
**lots** 587:22 668:9
**low** 622:18
667:11 683:19
**lower** 570:8
603:18,21
622:21,23 625:8
625:10 629:21
630:18 645:7
660:14 662:21
665:4 697:20

**lowest** 550:13
650:23 662:14
665:3
**luhana** 520:21
520:23,24
530:23
**luke** 522:12
**lunch** 687:16
**lund** 690:19
**lung** 632:2 639:9
650:6 683:15,17
683:20,22
693:13 694:12

**m**

**m** 525:15,15
**m.d.** 523:16
**main** 560:5
562:22 574:16
575:15 649:11
691:21 692:4,7
692:10
**major** 641:6
**making** 585:17
605:22 606:2
620:20 630:12
**manner** 608:20
609:4,11
**manufacturing**
522:17
**marina** 520:4
**mark** 528:3,4
**marked** 528:10
528:13 534:2
**marriage** 702:14
**martin** 521:9
**mass** 534:14,20
538:18 541:9

massachusetts 520:5 523:4,10
match 535:14 539:4 540:24
matched 539:12 541:15
matching 539:18 680:3
matter 524:17 702:16
maximum 548:22 549:22
mazzotti 521:9
mcdowell 666:3
mcgwin 672:18 672:19
md 519:3 524:22
mdl 519:3 524:21
mean 541:12 548:21 549:21 549:24 551:12 552:5 553:7 557:4 560:2 572:20 599:25 618:15 625:20 629:10 647:13 647:20 669:16 669:19 670:6,11
meaning 626:23 629:16
meaningful 576:15
means 623:10 633:21 635:3
measure 667:3
mechanism 682:3

mechanisms 586:10 682:8
media 524:15 576:2,7 619:15 619:21 674:17 674:22 700:6
median 549:15 670:3
medical 535:15 546:10 547:9,14 547:24,24 548:8 548:11
medication 547:10 598:4 600:10,12 601:15,16,23,24 602:6,7 606:10 636:23 637:17 679:4 688:15
meeting 530:9
meetings 530:12
meier 638:9,11 677:10,14,20,24
menopausal 617:18
mention 543:24 566:2 568:8 600:17 676:7
mentioned 531:18 543:23 564:11 600:20 668:13 676:20 689:17 690:24
messaging 527:2
meta 617:11,15 617:21,22 671:17

method 636:12 685:13
methodologic 577:12 582:10 587:15 588:3 605:13 669:4 690:13
methodologists 637:11
methodology 532:18,22 533:7 533:13,20 596:16 634:20
methods 685:22
middle 563:20 576:12
milligrams 559:9 562:11 568:15,21 569:25 597:21 598:15,17 667:5 667:6,6
mind 547:4 548:9 553:4 562:20 569:7 598:9 599:6,8 674:3 687:4
minimize 539:6 541:7 634:21 636:12
minimum 680:24 681:20 683:6,18,24
minneapolis 522:16
minnesota 522:16

minor 642:25 643:3
minute 555:6 578:24 598:6 611:9,10
minutes 531:18 564:11 575:21 611:13,15,18,21 612:2 626:10 643:12 663:6 674:9 698:25
misclassification 553:18,23 554:8 554:11,16,19 555:4 587:9,20 591:7
misclassificati... 586:15
misconstruing 605:3
misinterpreted 563:17
misread 583:5
missed 578:5
misstates 601:18
mistaken 581:3
misunderstood 536:14
mm 549:6 627:12
modest 542:20 543:20 565:4 646:16
moment 541:22 559:4 678:9
monday 532:7
monotonically 610:19

**month** 528:17
**months** 597:22
606:25
**moorman**
519:20 524:1,17
525:1,22 526:1
527:1 528:1,8,15
529:1 530:1
531:1 532:1,17
533:1 534:1
535:1 536:1,15
537:1 538:1
539:1 540:1
541:1 542:1,2
543:1,11 544:1
544:16 545:1
546:1 547:1
548:1 549:1
550:1 551:1,21
552:1 553:1
554:1,25 555:1
556:1,6 557:1
558:1,2 559:1
560:1 561:1
562:1 563:1,16
564:1 565:1,11
566:1 567:1
568:1 569:1,21
570:1,12,25
571:1,10 572:1
573:1 574:1,24
575:1 576:1,9
577:1 578:1
579:1,25 580:1
581:1 582:1,21
583:1,14 584:1
585:1 586:1
587:1 588:1

589:1 590:1,5
591:1 592:1
593:1 594:1
595:1 596:1
597:1 598:1
599:1,9 600:1,8
601:1 602:1
603:1 604:1,2,20
605:1 606:1
607:1,17 608:1
608:11 609:1
610:1 611:1
612:1,10 613:1
614:1 615:1
616:1,7 617:1
618:1 619:1,23
620:1,16 621:1
622:1 623:1
624:1 625:1
626:1 627:1
628:1 629:1
630:1 631:1
632:1 633:1
634:1 635:1
636:1 637:1
638:1 639:1
640:1 641:1
642:1 643:1
644:1 645:1
646:1 647:1
648:1 649:1
650:1,2 651:1
652:1 653:1
654:1 655:1
656:1 657:1
658:1 659:1
660:1,2 661:1
662:1 663:1

664:1,12 665:1
666:1 667:1
668:1 669:1
670:1,17 671:1
672:1 673:1,16
673:23 674:1
675:1,18 676:1,4
677:1 678:1,18
679:1 680:1
681:1 682:1
683:1 684:1
685:1 686:1
687:1 688:1,4
689:1 690:1
691:1,12 692:1
693:1 694:1
695:1 696:1
697:1 698:1,20
699:1 700:1,6,11
701:4,12 703:5
703:20
**morning** 524:2
525:22,24 526:5
**mouse** 621:22
**move** 608:17
**moving** 627:10
**msph** 528:8
701:12
**multiple** 558:4
577:19 578:2,7,9
578:19 580:16
582:18 586:10
587:25 589:18
589:23 599:21
604:12 605:12
615:18,25
629:17,19
630:16 637:9,12

648:16 649:20
668:13 669:6
690:21 692:2,23
693:5
**multivariable**
692:15
**mutually** 666:15

**n**

**n** 520:2,9 521:2
522:2 523:2
525:15 701:2
**name** 524:23
703:3,5
**narrative** 581:3
**nathan** 521:14
521:16,17
**national** 546:17
**ncostello** 522:12
**ndma** 589:2
630:8,9 658:7,10
682:3 695:2
696:14,23
**ne** 522:4
**nearly** 626:4
656:23
**need** 574:3,10
611:23 620:10
678:9
**needed** 527:19
681:2,22 683:7
683:18
**needs** 649:17
**never** 573:18
604:21 650:15
651:13 662:16
683:22 687:17
**new** 519:25
520:22,22

**[new - okay]**

521:10,10,15,15
524:24 702:6
703:2
**nice** 526:2
665:22
**nicole** 522:11
**nigh** 520:18
530:24
**nizatidine**
616:24
**non** 553:20
554:3,20,22
556:7,20 557:2
557:11,12,15,22
558:6,10,12,17
558:20 559:21
559:24 562:18
564:2 576:20
577:5,23 578:6
578:12 579:16
580:19 582:19
590:15 591:19
597:12 599:23
599:24 600:2
603:18,20,22
604:17 605:10
607:10 608:3,4,9
612:20 627:15
631:14,24 632:6
636:21 638:2
644:2,6,20,24
645:3,6,10,12
648:12,19 649:2
649:12 654:23
663:23 664:23
664:24 668:15
669:8 676:24
677:7,22,25

679:23 680:8,12
689:15 691:18
691:25 695:6
**nonexposed**
557:9
**norgaard** 547:13
551:10 591:24
592:19 599:3
**north** 526:16
**notable** 579:13
**notably** 576:14
614:8
**notary** 519:24
525:17 700:16
702:5 703:24
**note** 524:5
555:12 560:8,17
579:23 672:10
678:24
**noted** 525:11
595:21 617:17
700:9
**noteworthy**
627:25
**notice** 519:21
**noting** 647:7
**nuanced** 545:14
**nuances** 577:10
587:14 690:17
**null** 627:22
**number** 528:2
530:6 532:25
533:22 539:3
552:15 614:7
615:15 617:17
624:19 647:11
656:13 657:15
667:2 677:9

679:16 680:4,18
683:6 685:4
700:6
**numbered** 534:5
**numbers** 569:13
624:20 657:7
**numerical** 625:9
**nw** 522:22 523:4
**nyrcr** 519:22
702:5,23

**o**

**o** 525:15,15
**object** 572:18
639:19
**objection** 532:11
533:18 537:16
538:23 540:21
542:25 543:15
544:9 548:2
556:10 558:3
561:7 566:18
570:3 573:23
580:5 583:4
585:6 590:9
600:13 601:17
603:7 604:5
608:13,23
613:15 615:2
638:18 643:6
654:2 668:22
681:4 688:8,18
696:18
**objections** 525:7
**objective** 552:15
**obscure** 584:11
**observation**
639:16

**observational**
694:24
**observed** 542:17
565:9 645:20
654:25 678:6,15
696:3,7,10
**obviously** 580:9
580:12
**occupational**
630:9 696:15,24
697:3
**october** 519:17
524:5 527:9,25
528:9,19 529:6,7
529:11 531:8
533:25 540:15
542:3 548:16
565:12 567:5
570:17 572:13
591:13 680:23
701:12 702:18
703:4
**offset** 682:7
**okay** 526:9
527:20,22 528:5
528:6 529:6
532:17 535:3
536:5 548:6,7
556:24 559:2
562:22 566:20
577:8 582:2
593:4 599:19
606:16 607:24
619:11,13 620:3
620:20,22
621:19 624:3,5
628:17 631:11
640:14 644:15

648:15 650:4,9
650:13 660:3
662:12 663:4,8
673:23 674:5,9
674:10,11
675:18,20 676:4
684:6,7 687:12
687:13,14,15,15
687:17,22
693:20 694:23
695:20 696:21
697:17 699:2
700:2
**older** 576:24
**omeprazole**
679:2
**once** 589:16
595:9 627:16
647:7 661:11
684:17
**ones** 551:19
664:6
**open** 526:21
527:2
**opinion** 539:22
551:21 566:12
566:24 568:18
574:24 578:8
588:5 592:5
596:5 604:3,7
605:10 617:24
636:4 669:2,3
672:2
**opinions** 564:18
564:20 565:20
567:3 605:22
**opportunity**
578:5

**oral** 617:18
**order** 616:9
643:13 671:25
**ordered** 550:5
550:12 573:11
**original** 527:12
532:20 564:19
574:7 577:9
579:9,22,25
580:21 581:5,11
585:20 588:24
592:12 617:16
617:23
**outcome** 525:6
535:8 561:13
565:2 577:17
702:15
**outcomes** 533:5
**outlined** 667:24
**outside** 696:19
**outweigh** 592:6
593:23
**outweighed**
591:20 593:17
594:4
**overall** 533:2
536:22 561:2
569:17 575:14
577:24 581:22
582:25 583:17
584:7 585:3
586:17 588:7
591:15 594:7
595:17,21
605:16 613:11
617:2,20 630:22
630:23 647:8,23
648:7,25 693:11

**overestimate**
544:20 545:6,11
545:19
**overlap** 625:4
639:10

**p**

**p** 520:2,2,23
521:2,2 522:2,2
523:2,2 525:15
560:22 561:18
623:15 624:10
624:11,13 627:5
646:22 651:13
652:18
**p.m.** 619:19
663:9,13 673:10
673:14 674:15
674:20 675:13
675:16 687:23
688:2 691:7,10
699:3,6 700:3,9
**page** 534:7
545:25 548:15
553:15 559:2
576:10,11
579:12 581:8,10
581:17 585:19
586:2 588:23
591:12 606:17
609:16,18 620:8
620:13,17 631:2
646:3,5 649:24
659:24 662:9
664:11 675:22
675:25 685:23
685:24 693:8,18
693:21 694:2,17
694:17 699:13

701:3,10 703:6
**pages** 534:5
**paid** 552:24
**pancreas** 627:10
627:14 628:2,5,7
641:2 642:23
643:4 645:8
647:4,9,17,22
661:22
**pancreatic**
565:16 615:12
615:15 632:3
641:24 650:7
655:25 656:5,12
656:25 657:4,7
665:10,14
682:22 683:4
693:12 694:13
**panel** 664:17,22
**panels** 639:9
**papantonio**
520:16
**paper** 528:4,16
531:5,8 532:24
533:2 539:11
541:20 562:19
568:24 572:23
580:19 582:15
595:17 597:8
598:11 600:6
601:7,11 603:17
603:23 606:17
614:10,11
671:15 673:24
676:5,14,24
678:3 685:21
691:25 692:19
692:22,24 693:6

693:19
**paper's** 588:8
**papers** 550:2
  577:12 580:14
  582:10 587:15
  588:3 598:8
  602:10 605:13
  669:4 671:14
  690:14,20
**paragraph** 534:7
  534:9,10 537:14
  540:12,19 546:2
  548:17 553:16
  559:3,16 562:3
  576:13 579:11
  579:15 584:13
  589:6,17 609:17
  609:19
**park** 520:4 521:9
**part** 561:9,24
  572:12 607:8
  616:15 680:23
  691:24
**participants**
  524:9 546:20
**participated**
  530:20
**particular**
  540:13 545:23
  548:8 553:12
  566:22,22
  567:13,16 613:4
  634:19 647:9
**particularly**
  553:4 574:21
**parties** 524:14
  699:11 702:13

**parts** 581:6
**party** 525:5
**passive** 617:19
**patheon** 522:17
**pathogenic**
  694:25
**patients** 597:11
  597:16 688:13
  688:14
**patricia** 519:20
  524:17 528:8
  700:5,11 701:4
  701:11 703:5,20
**pc** 521:14
**peachtree** 522:4
  522:21
**pearce** 519:22
  525:2,17 702:4
  702:22
**peer** 671:16
**pennsylvania**
  520:10
**pensacola**
  520:17
**people** 564:3
  575:16 592:23
  593:6 598:4,20
  599:4 626:23
  634:25 635:9
  636:11 637:5,7
  637:15,23
  650:15 651:12
  651:24 652:19
  652:23 658:3
  661:5 662:16
  665:4,5 666:7
  669:3 670:2,5
  683:19,21

686:14,25 687:5
  690:8 698:16
**percent** 613:6
  621:7 622:6,10
  625:17 626:24
  627:19
**percentage**
  625:14
**perfect** 588:19
**perform** 589:24
**period** 548:19,22
  549:10,15 550:3
  551:5,11 552:3
  552:12 635:14
  636:2,3
**periods** 584:22
**person** 530:11
  530:13 660:5,25
**perusing** 541:23
  555:8 562:21
  567:10 580:8
  598:7 676:9
  678:12 679:25
**ph.d.** 519:20
  524:1 525:1,15
  526:1 527:1
  528:1,9 529:1
  530:1 531:1
  532:1 533:1
  534:1 535:1
  536:1 537:1
  538:1 539:1
  540:1 541:1
  542:1 543:1
  544:1 545:1
  546:1 547:1
  548:1 549:1
  550:1 551:1

552:1 553:1
554:1 555:1
556:1 557:1
558:1 559:1
560:1 561:1
562:1 563:1
564:1 565:1
566:1 567:1
568:1 569:1
570:1 571:1
572:1 573:1
574:1 575:1
576:1 577:1
578:1 579:1
580:1 581:1
582:1 583:1
584:1 585:1
586:1 587:1
588:1 589:1
590:1 591:1
592:1 593:1
594:1 595:1
596:1 597:1
598:1 599:1
600:1 601:1
602:1 603:1
604:1 605:1
606:1 607:1
608:1 609:1
610:1 611:1
612:1 613:1
614:1 615:1
616:1 617:1
618:1 619:1
620:1 621:1
622:1 623:1
624:1 625:1
626:1 627:1

| | | | |
|---|---|---|---|
| 628:1 629:1 | **pharmaceuticals** | 624:7 625:6 | 688:5,14 698:8 |
| 630:1 631:1 | 522:6 | 626:21 627:18 | **potential** 534:13 |
| 632:1 633:1 | **pharmacoepi** | **plus** 667:11,12 | 534:22,24 536:2 |
| 634:1 635:1 | 657:22 | 667:13 | 536:18 537:13 |
| 636:1 637:1 | **pharmacoepid...** | **point** 531:11 | 538:16 541:11 |
| 638:1 639:1 | 669:5 | 560:13 561:11 | 542:6 544:6,16 |
| 640:1 641:1 | **philadelphia** | 619:3 621:4 | 545:9 546:8 |
| 642:1 643:1 | 520:10 | 624:24 626:3 | 590:18 642:8 |
| 644:1 645:1 | **phone** 530:10,14 | 648:15 673:18 | 685:7 |
| 646:1 647:1 | 530:16,20 | 690:4 | **potentially** 541:7 |
| 648:1 649:1 | **phrase** 547:23 | **pointed** 528:22 | 591:6 |
| 650:1 651:1 | **phrased** 601:20 | 605:7 637:11 | **pottegard** |
| 652:1 653:1 | **phrasing** 598:21 | 669:17 | 582:16 |
| 654:1 655:1 | **pieces** 631:16 | **pointing** 610:4 | **ppi** 605:24 |
| 656:1 657:1 | **piper** 523:9 | **population** | 643:22 668:17 |
| 658:1 659:1 | **pis** 642:9 | 533:3 553:6,7,9 | **ppis** 564:3 695:7 |
| 660:1 661:1 | **place** 524:13 | 553:14 556:21 | **practice** 533:24 |
| 662:1 663:1 | 587:13 594:13 | 558:18 570:13 | **preceding** |
| 664:1 665:1 | 595:6,14 596:12 | 570:18,19 | 584:14 |
| 666:1 667:1 | **plaintiff** 530:19 | 571:17,20 | **precise** 546:16 |
| 668:1 669:1 | **plaintiffs** 520:6 | 572:15 576:22 | **precisely** 563:6 |
| 670:1 671:1 | 520:11,17,23 | 584:24 587:21 | 616:21 |
| 672:1 673:1 | 521:6,11 528:21 | 603:25 604:14 | **preferable** |
| 674:1 675:1 | 528:25 530:9 | 635:6 639:14 | 539:16 |
| 676:1 677:1 | 596:14 672:3 | 640:3 660:12,21 | **preferred** 690:16 |
| 678:1 679:1 | **play** 617:8 | 661:6 662:7 | **preparing** |
| 680:1 681:1 | **playing** 659:14 | 664:25 669:12 | 529:18 530:3 |
| 682:1 683:1 | **please** 524:5 | 669:19,20 | **prescribed** |
| 684:1 685:1 | 525:8,13 526:8 | 670:12,14 | 640:16,20 |
| 686:1 687:1 | 534:3 565:13 | **populations** | 642:10,14 |
| 688:1 689:1 | 581:9 608:15 | 601:3 669:13 | 689:10 |
| 690:1 691:1 | 620:8,13,15 | **porter** 523:4 | **prescription** |
| 692:1 693:1 | 621:19,23 631:2 | **portion** 531:3 | 547:10 551:16 |
| 694:1 695:1 | 646:4 675:19 | 556:16 599:17 | 553:20 554:3,20 |
| 696:1 697:1 | 687:21 694:20 | **possibility** | 556:7,20 557:2 |
| 698:1 699:1 | **plenty** 608:25 | 680:16 | 557:11,15,22 |
| 700:1,11 701:12 | **plot** 620:24 | **possible** 542:10 | 558:6,10,12,17 |
| 703:5,20 | 621:3 622:8,17 | 601:7,9 659:8,13 | 592:24 599:3 |

667:5

**prescriptions**
599:5 600:19
666:6,19,20
667:2,12,12,13

**presence** 579:3

**present** 523:20
594:24 611:3
631:18 667:8

**presentation**
577:5 591:17

**presented**
566:25 576:19
580:13 603:16
631:11 644:7,10
649:9,13 665:16
665:18 678:2
695:25

**presenting** 611:6
650:5 663:18
664:15

**presents** 616:16
624:6 631:16

**presume** 601:18

**pretty** 566:13
575:14 577:17
596:8 600:25
635:7 636:17
648:25 649:2
656:20 667:10
697:12

**prevalence**
545:16 556:2

**prevalent** 545:9

**previous** 588:22
654:4 664:6
682:2

**previously**
538:24 544:12
587:2,11 589:22
618:6 636:9
690:8

**principle** 658:19

**prior** 558:21
565:20 628:18
643:8

**probably** 528:18
529:15 530:6,13
532:2 590:24
625:2,16 627:25
691:24

**problem** 553:12
587:11 611:24
634:13

**procedures**
547:9

**proceed** 525:14
675:5

**proceeding**
519:12 525:8
526:12 675:8

**produce** 681:2
681:22

**products** 519:5
519:13 524:18
703:4

**promeco** 522:9

**pronounced**
542:18

**proton** 563:12
578:15 580:11
679:5

**protopathic**
633:16,21 634:3
634:12,17,21

635:8 636:5,13
684:24 685:8,16
686:13,18,23

**provide** 554:2
576:15 613:11
614:19 615:12
633:17 649:22
651:19 652:7
653:8 664:14
666:15 667:14

**provided** 590:15
600:16 643:10
650:11 651:17
651:21 654:10
665:13 697:8

**provides** 614:3
614:16,16,23
616:2 634:11
648:8

**public** 519:25
525:17 700:16
702:5 703:24

**pull** 562:19
609:15

**pump** 563:12
578:15 580:11
679:5

**purpose** 659:3

**purposes** 640:12

**pursuant** 519:21

**put** 527:18
532:12 567:14
574:7,10 580:9
580:11,12,24
582:6 585:10
604:10 606:14
610:13 697:12

**putting** 584:5

**q**

**qualitative**
571:23

**quality** 524:7,8
579:4

**quarter** 647:11

**question** 526:7,9
536:15,21
540:22 541:5
544:4,12 556:11
556:13 567:21
569:21 570:5
572:18 583:23
583:24 593:5,9
595:5 599:15
601:21 602:25
606:12 607:7
608:14,16 638:7
649:15,18 652:5
661:16 663:16
671:23 672:6
678:13 683:10
683:25 692:19

**questioning**
673:20 699:10

**questions** 526:24
615:10 620:2,5
632:24 654:5
673:6,17,19
679:16 680:18
680:21 684:24
691:13,16 695:9
698:21

**quick** 555:9

**quite** 564:4
579:6 588:4
592:20 608:25

610:17 655:13
655:22 674:6
683:13

**r**

**r** 520:2 521:2
522:2 523:2
525:15,15
**rafferty** 520:16
**raise** 602:14
603:5
**range** 560:24
622:17 623:17
623:19 625:17
625:18 626:2,5
628:25 629:14
629:23 630:20
639:24 665:20
670:14 698:16
**ranges** 628:4,22
**ranitidine** 519:5
519:13 524:18
527:14 532:18
533:16 544:18
545:10 546:24
548:20 550:6,9
550:20 552:7
553:19,21,23
554:11,20 555:4
555:14,15,21
556:2,8,20,24
557:2,3,11,15,16
557:18,19 558:6
558:9,10,11,13
558:13,20,21
559:9,20,24,24
562:10,17 563:3
563:11,25 564:6
567:19 568:14

568:19 569:2,17
569:24 572:2,8
573:6,12,21
575:3,16 576:19
576:21 578:12
578:13,14
579:16,19
580:10 581:24
583:2,19 584:10
584:15 586:10
586:18 589:2,9
590:4 591:8,18
592:7 593:5,11
593:24 594:14
595:8 596:18
597:12,12,15,20
597:25 598:3,11
598:13,22 599:5
599:11,23 600:3
600:9 602:13,17
602:22 603:4,12
603:20,22
604:17,23
605:24 606:6,24
607:10,13,21
608:2,3,4,5,8,9
609:8,21,24
612:13,19,20
613:5,13 614:4
614:21,25
616:11,13,24
618:3 621:2
622:11 623:11
624:22 626:24
627:14,20 628:8
628:9,20 630:7
631:13,14,22,24
632:5,6 635:4

637:22 638:2,2,5
643:18,21 644:9
644:17,19
647:18 648:23
649:9 650:15,22
651:5,18 652:9
652:24 653:7,10
653:19,23
654:23 656:11
658:7 660:7,13
660:19 661:2,4
661:10,19,22,25
662:3,5,14,18
663:17,20,23
664:17,19,22,23
664:24 665:5,8
666:9 667:7
668:16,17
670:18 671:13
673:2 676:15
677:6,7 678:6,15
678:22 680:25
681:16,21 682:4
683:7 685:18
686:4,16,19
687:5 688:15
689:4 690:2
693:10 694:8,9
695:3,5,6,15,17
695:17 697:9
698:7,13 703:3
**rank** 550:5,11
573:11 616:3,5
**ranking** 550:13
550:23,25
573:18
**rate** 660:11,13
660:20,23,24

661:3,4 662:2,6
694:11
**rates** 660:4,6
693:10 694:3,6
**ratio** 543:4,5,12
543:19,21 564:8
564:9 565:4
612:21 613:2,3
616:13,17,18,20
617:5 618:25
621:5,8 622:6,8
623:10,25 624:6
624:8,24 626:21
626:22 627:17
627:18 628:18
629:7 644:18,20
644:22,25 645:6
646:12 650:22
651:3,11 652:16
655:2 678:5,14
678:22 679:14
**ratios** 612:18
615:20 616:10
620:25 630:17
646:15 647:4,25
648:4,24 652:13
655:12 656:19
677:6 693:10,14
**rdr** 702:4,23
**read** 531:21
532:13,24 548:5
556:11,15,17
583:7,12,12
586:19,20
589:11,12
599:18 610:6
673:8 676:8
694:14,19

**reading** 540:22
592:4 694:5
**reads** 586:8
**ready** 674:24
675:5,7
**real** 694:24
**reality** 542:24
**really** 532:4,6,12
532:15 613:22
657:11 666:7
667:14 670:15
687:3 688:11
**realtime** 519:23
519:24 526:23
**reason** 566:22
567:13,16
599:25 604:11
671:17 688:9,11
703:6
**reasoning**
616:15
**reasons** 566:20
585:17 587:22
589:7 597:4,6
605:7 636:8
666:25 667:24
668:25 671:2
**recall** 531:12,13
531:17 537:9
541:19,24
549:21 551:9,20
564:14 593:15
593:18 605:25
606:2 611:6
613:20 665:25
672:4,6,7,17
677:11 679:19
680:21 685:2,3

691:19 692:18
692:21 694:16
695:8 697:10
**recalling** 549:13
549:17,23
669:21 670:12
**received** 597:17
**receiving** 606:9
**recess** 576:3
612:5 619:17
663:11 673:12
674:18 675:14
687:24 691:8
699:4
**recognize** 594:25
**recollection**
531:15
**recommend**
606:8
**recommendation**
577:18
**recommended**
588:2 604:21
605:11
**record** 524:3,14
525:12 556:17
575:24 576:5
599:18 611:22
611:25 612:4,7
619:8,10,14,19
663:7,9,13 673:7
673:10,14
674:16,20
675:11,12,16
687:8,19,20,23
688:2 691:5,7,10
694:20 699:3,6
700:3 702:10

**recorded** 524:12
524:16
**recording** 524:7
524:12
**red** 631:14 633:2
**reddy's** 521:16
**redo** 629:17
**refer** 583:13
**reference** 568:11
650:16 690:11
**references**
540:14 549:2
689:20 690:12
690:18 692:23
**referred** 615:23
**referring** 527:25
529:2 548:3
559:19 562:16
563:22 565:14
606:16 646:7
675:10 677:3
693:16
**refers** 563:25
**reflecting** 657:14
**reflection** 628:6
683:3
**reflects** 613:12
**reflux** 641:9
**regard** 540:14
552:8 566:13
570:20 578:20
633:18
**regarding**
650:11 651:7
652:8
**regardless**
587:18 671:9
680:6,11

**registered**
519:23,23,24
**regression**
692:16
**regular** 598:21
598:22
**relate** 677:22
**related** 525:4
533:16 535:18
535:18 537:18
539:3,9,15,23
540:2 542:13
599:10 617:18
679:16 702:13
**relates** 519:7,15
**relation** 543:25
550:19 556:4
579:20 634:6
684:13 690:13
**relationship**
575:2 604:23
606:6 609:25
614:9
**relationships**
611:2,5
**relative** 537:9
543:9 545:22
555:18 557:14
563:8,13 564:10
565:7 566:8
610:19,23
613:12,16,20,22
613:25 614:17
614:20 615:5,9
617:13,20 618:7
618:8 621:5
654:21,25 656:7
656:17 658:13

[relative - restate]

658:14,20
678:25
**relatively** 542:20
569:12 615:16
**relevant** 544:21
555:22
**reliant** 624:17
**rely** 682:8
**remember** 
531:24
**remembering** 
547:12
**remotely** 525:11
**removed** 686:25
**removing** 686:19
**repair** 682:7
**repeat** 556:11,12
**repeated** 629:18
**repeatedly** 
544:14 648:16
**rephrase** 526:9
606:12
**replicated** 
618:12,17
**replicating** 
618:15
**reply** 654:5
**report** 527:9,11
527:12,17 528:2
528:8 529:8,13
531:19,20,23
532:10,20 534:2
535:22 536:10
537:6 540:15,23
540:25 541:4
542:3,9 544:13
546:2 548:14,16
549:20 551:3,24

556:4 558:25
560:5 564:7,19
565:12,20
566:17 567:5,9
567:11,16 568:6
569:5 570:17,20
572:13,23 574:7
574:16 576:10
577:10 579:10
579:12,22 580:2
580:21 581:5,11
585:12,20,20
588:24 589:21
590:11 591:13
592:12 593:19
594:19 595:3,10
605:4 610:16
614:6 617:17,23
622:5 626:22
627:5,24 630:5
642:4 654:24
655:4 660:6,22
661:11 667:21
671:3,11 672:16
679:12,13
680:24 689:18
689:20 692:15
693:13 696:22
697:7 701:11
**reported** 533:4
538:21 542:8
543:18,19 544:8
548:10 554:6,17
555:19 559:22
560:21 562:8
563:7,13 564:24
565:3 566:8
567:12,23 568:3

568:5,5,23
592:23 602:23
612:15,18,20,25
613:9,17 614:10
615:5,8 621:6,14
624:19 625:9,22
627:17 630:20
641:15 644:16
646:21 651:10
652:13 653:4
654:7,21 656:7
656:17,19
681:14 682:10
682:13 689:16
692:6,12,13
693:2 697:2
**reporter** 519:23
519:24 524:25
525:13 556:14
**reporting** 568:12
569:16 604:18
612:17 613:5
616:19 672:22
681:5,8 703:2
**reports** 605:19
660:4 679:8
**represent** 621:7
**requested** 
556:16 599:17
**required** 598:20
599:4 687:5
690:8
**requirement** 
600:7,20,23
601:4,8,9
**requiring** 688:15
**research** 540:7

**researcher** 680:7
**researchers** 
608:20 609:5,12
634:18 685:5
**reserve** 611:15
619:6 673:5
**respect** 615:15
692:3
**respective** 601:3
606:10
**respects** 574:13
**response** 559:15
559:23 562:7
569:9 576:16
588:19 591:16
592:22 595:23
595:25 596:3,7,9
596:24 598:6
609:21,25
610:13,17 611:2
611:4,6 614:9,13
614:15 615:7,13
615:18 618:17
618:19 650:5
653:13 654:16
655:5,10,17
657:2,3,9,16
662:23 665:10
665:16,19 666:2
666:4,11,14,22
666:24 667:15
668:4 681:14
682:21 688:4
695:10,24
696:16,25 697:4
**rest** 673:5
**restate** 680:14

restating 589:22
result 544:20
  545:5,11,18
  565:3 622:3
  623:7 627:24
  630:13
results 536:13
  538:21 542:7
  544:8 550:17
  554:12 559:14
  559:18,25 560:6
  560:8,18 561:3,5
  561:10 562:2,15
  564:12,23 565:3
  567:17 569:14
  571:19 572:14
  580:3,10,11,23
  581:2,12 596:13
  610:11,12
  617:25 618:2,11
  618:15,16
  621:14,14 624:4
  628:10,16
  629:25 630:6,14
  631:19 636:7,19
  640:8 643:23,25
  644:5,7,8,19
  645:24 647:14
  648:14 649:5,8
  649:11 652:24
  655:24 658:4
  664:16 665:12
  671:6,20 676:11
  676:22 691:17
  692:6,7,10,12,15
  692:25 693:8
  695:25

retained 700:8
reverse 633:13
  633:15,20 634:2
  634:11,16 636:6
  636:17 684:25
  685:7
review 531:10,22
  536:22 555:7
  615:5 670:18
  671:14 689:19
reviewed 531:20
  602:9 671:16
  676:23 677:8,21
  689:18 690:10
  692:22
reviewing
  531:15 532:9
right 529:14
  537:8,15 538:2,7
  544:22 546:25
  549:5,12 559:21
  565:25 570:14
  572:20 575:23
  594:6 597:9,13
  597:18,22 599:6
  601:2 608:11
  617:11,21
  621:11,24 623:2
  623:3 625:7,15
  626:11 628:12
  629:4 633:4,8
  639:2,5,6 653:25
  658:21 660:22
  661:11 662:10
  664:5 676:25
  677:16,23
  680:13 685:9,14
  687:15 693:16

693:20
risk 536:4 537:4
  537:7,9,24 538:4
  538:7,9,13 539:4
  541:17 542:16
  542:18 543:3,10
  543:21 544:21
  545:12,22
  554:23 557:14
  562:9,9 563:2,8
  563:13,23
  564:10 565:5,7
  565:16,17 566:7
  566:8 568:13,24
  568:25 570:7
  572:5,7 577:17
  577:21 579:18
  579:20 581:22
  582:12,25
  583:17 584:9
  585:3 586:17
  587:4,17 588:7
  588:15 589:8
  590:4 593:6,11
  603:15,18,24
  604:9,15 609:23
  610:19 613:6,12
  613:17,21,22,25
  614:18,20 615:5
  615:9 616:4,10
  616:13,16,17,20
  617:4,13 618:7,8
  618:24 622:10
  622:15 623:7,10
  625:23 626:6,18
  626:20,25
  627:14,19
  628:11,19

631:12,25 632:4
  632:21 633:23
  634:2,7,8 636:15
  636:23 637:14
  637:21,22 638:3
  638:4 639:4
  640:16,23
  641:12,15,19,23
  642:14 643:18
  643:19,21,22
  645:19,21
  646:24 647:15
  649:3,9,10 651:4
  651:11,20 652:2
  652:4,10,20
  653:2,9,18,25
  654:8,12,21,25
  655:20 656:7,10
  656:17 657:12
  658:13,20
  659:17 660:19
  663:22 664:8
  670:10 672:25
  678:5,14,22,25
  679:9 681:6,12
  681:17 682:5,10
  682:12,23
  684:18,20
  688:16,25
  689:10 693:2,4
  695:12,19 696:2
  696:6,11 697:8
  697:15,19,20,24
  698:6
risks 555:3,18
  591:17 603:21
  610:23 617:21
  658:14 689:6

**rmr** 519:22
**role** 694:25
**ronca** 520:12
530:23
**room** 526:17
687:9 698:24
**roopal** 520:23
530:22
**rosemarie**
521:11 530:23
**rosemarie.bog...**
521:12
**rotman** 520:6
529:3 530:21
532:11 533:18
537:16 538:23
540:21 542:25
543:15 544:9
548:2,6 556:10
558:3 561:7
563:18 566:18
567:21 570:3,24
572:17 573:23
575:21 580:5
583:4,8,22 585:6
590:9 599:14
600:13 601:17
603:7 604:5
608:13,23 611:8
611:20 613:15
615:2 619:7,22
620:9,11,15
621:17,24
630:25 646:2
663:4,15 673:15
674:8,11 675:2,7
676:23 677:8,21
679:15 680:17

681:4 684:6,23
686:20 687:7,11
687:14 688:8,18
688:23 690:25
691:4,11 698:23
699:9,10 701:5
**roughly** 647:10
**rule** 519:12
538:20 542:4
544:5 545:5
**ruled** 539:8
**running** 661:13

**s**

**s** 520:2 521:2
522:2 523:2
549:22 591:25
701:9 703:6
**s.a.** 522:10
523:12
**sample** 560:11
561:20 573:3,4,5
573:8,13,15,16
573:22 574:8,13
574:16,25
575:10,14
596:22 610:21
624:17,23 625:3
628:7 648:2
655:15 683:3
**sanofi** 523:5,11
523:11,12,23
**saw** 542:19,22
543:4,17 588:20
645:5,15 649:3
**saying** 541:19,25
551:3,4 600:15
696:9

**says** 553:17
581:12 588:24
637:5
**scenarios** 558:7
**schachtman**
521:14,16
**schachtmanla...**
521:17
**scope** 696:19
**screen** 524:11
601:2
**se** 584:19 585:14
587:11 589:19
633:22
**second** 534:7,11
548:17 559:3
578:22 589:6
611:12 620:13
621:23 663:2
686:20 687:8,9
**section** 581:12
581:16,19 584:7
585:12,22 586:3
586:5 588:24
676:2,5,13
**sectional** 546:19
**see** 526:2 531:7
532:6 534:8,10
534:17,18
541:22 542:17
545:15,20 546:5
546:11,12
548:18,24 559:5
559:11,17 562:5
562:12,13 565:2
565:13,21
568:16 572:21
576:13,25 577:2

581:10,19,25
582:2 583:20,21
583:23 584:13
585:24 586:7
589:3 591:14
592:2,3 596:5
598:21 601:2
606:17,21,23
607:2 609:19
610:3,4 611:5
612:16 615:19
616:22 620:16
622:16 624:18
625:6,7 630:17
631:5,7 632:7,13
632:20 633:2,25
634:4,7 635:15
636:14 637:18
638:7,11,12,16
638:22 639:6,10
639:22 640:4,4
648:24 650:21
653:11 655:11
656:16,19
657:11,11,19
658:9,13,19,25
662:19 665:19
670:15 676:3
682:11 692:2
693:25 694:14
697:4,14,19,20
**seeing** 531:12
603:24 611:3
649:21 658:15
697:23
**seen** 524:10
610:18 644:2
682:23 683:19

**[seen - smaller]**

683:21
**selectively**
596:12
**sent** 531:25
**sentence** 534:8
534:11 546:3,21
548:4,17 549:3
553:17 559:19
565:12 566:3,16
567:14 568:10
581:18 583:6,14
584:5,14 585:5,9
586:4,7 589:5,17
694:2,19
**sentences** 584:13
**separate** 632:8
632:11 666:8
**separating** 639:2
664:7
**separation**
632:15
**series** 691:16
**services** 522:17
523:12 547:9
**set** 548:8 702:8
702:18
**settings** 630:9
**seven** 549:18
620:15
**severe** 689:4
**sex** 658:23
**shared** 528:23
532:2
**sharon** 519:22
525:2,17 702:4
702:22
**shb.com** 522:24

**sheehan** 522:23
**sheet** 703:2
**shook** 522:21
**short** 549:15
553:5,8 571:15
572:22 575:17
584:22 593:5
598:4,10,25
600:10,11
632:18,21
697:15,25
**shortly** 635:10
635:22 687:2
**show** 604:15
653:17
**showed** 618:6,8
645:9,14 672:10
**showing** 565:7
570:6 620:25
623:24 626:17
627:13 638:25
647:15 655:20
662:12,15,17
663:21 664:3,18
**shown** 631:13,15
634:9 635:24
638:24
**shows** 526:23
543:8 559:6
624:5 628:24
631:19 639:20
656:3
**side** 527:21
622:24 623:3
632:25
**signal** 697:22
**signature** 699:14
702:21

**significance**
560:5,10,14,21
561:8,14 623:14
624:15 663:25
697:16
**significant** 543:7
559:7 560:2,9,18
561:6,21 562:8
564:5 565:19
568:12 569:6,15
570:8,11 609:22
612:22 622:15
624:12 627:4,24
628:12,24
634:13 646:20
646:23 647:2,16
647:23 648:5
651:15,20
652:10,17,22
653:2,8,25 655:3
682:25 693:3
695:18 696:2,6
**significantly**
562:25 563:23
565:15 647:6
652:2,4 653:17
654:7,11 681:12
681:17 682:12
696:10
**similar** 541:17
546:6 554:20
556:7 557:10
558:9 579:21
586:24 590:23
612:25 626:19
645:9 648:25
654:20 659:8,13
679:6

**similarities**
571:12
**similarly** 681:13
683:24 696:5
**sits** 550:19
**sitting** 556:5
593:22
**situations**
689:22
**six** 529:16
530:14 549:19
666:6 667:11
**size** 560:11
561:20 573:3,8
573:13,16,22
574:9,13,16
575:10,14
596:22 610:21
624:17,23 625:3
628:7 648:2
655:15 683:3
**sizes** 573:4,5,15
574:25
**skipping** 687:16
**slight** 543:8
628:19
**slightly** 625:4,5
625:11,12 638:6
644:25 647:25
**small** 569:12
615:17 620:18
626:6 656:13
**smaller** 574:6,22
610:21 624:22
625:3 647:25
648:2 655:10
683:3

**smallest** 573:15
**smoke** 683:14
**smokers** 689:14
689:15
**smoking** 534:13
534:19 535:6,18
537:25 538:4,17
539:9,15,17,21
540:10,17 541:9
542:4,12,13,15
543:23 544:5
546:9 617:19
683:12,17,20,22
684:9,12
**sold** 556:2
**solely** 645:22
**somebody** 635:3
689:3
**somewhat** 566:8
603:14 645:7
679:6
**sorry** 529:20,22
530:18 541:13
599:14 602:18
603:19 606:11
649:7 675:10
**sort** 587:10
**sounds** 575:6
697:11
**source** 533:3
**south** 520:16
522:15 598:12
**southern** 519:2
524:20
**spalding** 522:4
**special** 519:12
**specific** 547:24
567:14 578:25

581:23 583:2,18
585:15,16
607:13 659:10
695:11
**specifically**
541:4,25 555:16
582:16 604:18
668:3 690:3
**spectrum** 689:2
689:7
**spend** 530:3
**spent** 529:15,18
532:9,15
**spotty** 532:4
**srotman** 520:7
**stand** 582:21
585:4,9,12
586:22 589:14
**standard** 533:24
**standards**
672:13
**start** 569:9
579:14 615:17
620:4 631:20
633:3,5 635:16
655:9 656:14
**started** 635:9,21
686:3,16
**starting** 621:15
638:13
**starts** 546:3
**state** 519:10,25
525:8 534:12
541:10 546:5
548:18 559:5
565:13 576:14
583:15 589:6
591:14 702:6

**stated** 538:24
558:4 561:15
579:2 584:4
593:16 602:2
618:5 625:25
630:15 636:8
637:9,24 639:6
676:19 690:7
697:13
**statement** 550:2
582:22 584:2,25
585:18 586:23
586:24,25
587:10 589:15
604:19 606:3
610:9,25 690:15
**states** 519:2
524:20 571:7,14
583:5
**stating** 541:11
604:13
**statistical** 560:5
560:10,14,20
561:8,14 623:14
624:15 663:25
**statistically**
543:7 559:6
560:2,9,18,25
561:6,21 562:8
562:25 563:23
564:5 565:18
568:12 569:15
570:7,11 612:22
622:15 623:18
624:12 626:3
627:3,23 628:11
628:23 629:2,15
629:24 646:20

646:23 647:2,6
647:16,23 648:4
651:15,19 652:2
652:10,17,22,25
653:8,17,24
654:7,11 655:3
681:11,16
682:25 693:3
695:18 696:2,5
**stenographic**
525:12
**steve** 619:24
699:9
**steven** 520:6
**stop** 526:8 619:5
662:25
**strata** 569:10
655:10 657:8
682:23,24
**street** 520:9,16
521:4,14 522:4
522:15,21 523:9
**strength** 536:17
551:22 552:9,17
577:6 578:2,9
579:23 580:17
595:22 612:12
612:14 614:11
669:10
**strengthen**
564:17
**strengthened**
567:3 579:4
**strengthens**
565:19
**strengths** 533:11
533:22 579:14
590:12 591:15

592:6,13,16
593:17,20,23
594:3,25 596:20
605:6 613:23
614:7 615:25
667:16 668:19
670:23 671:11
671:18
**strike** 614:21
619:2,3
**strong** 613:10
616:2 657:11
**stronger** 613:9
**strongly** 536:25
542:13 591:23
594:12 595:13
596:14 597:3,5
694:25
**studies** 527:15
533:12 535:12
546:25 547:14
547:19 548:20
549:5,8,10 550:4
550:6,9,11,16,17
550:20 551:2,6,7
551:10,25 552:8
553:2 564:22
565:6,10 566:9
573:6,8,10,12,17
573:21,25 574:4
574:5,12,18
576:18 578:4
581:7,13,24
582:4 583:3,9,10
583:19 584:16
585:3,16,23
586:6,9,18 587:4
587:12,18,24

588:22 590:3,13
590:23,25
591:25 592:7,10
592:14,17 593:2
593:21 594:8,12
594:16,17,18,20
594:25 595:2,12
595:20,24
596:10,18 598:2
601:22 602:5,8
605:15,18 609:2
609:8 613:7,19
613:24 614:12
614:13 615:6
616:20,22 617:3
618:3,5,6,22
630:7,8,14,16,21
631:18 632:10
632:18 634:10
640:9 642:17
653:10,12,20,22
657:22 665:9,13
665:15,25
667:13,19,23
668:3,8,12,21
669:14,16,17
670:5,19,22,24
671:7,9,12,24
672:11,14
678:10 679:10
679:13 681:5
682:11 685:5,12
686:25 689:16
690:5,6,16,23
695:15 696:13
696:14,17,23,24
697:3,8

**study** 527:12
528:12 533:2,3
533:14,23
534:22,25 536:8
538:22 542:8,11
542:21,23
543:18 544:15
544:15 545:15
545:24 546:3
549:14,14,17
550:19 551:14
551:14,23 552:9
553:6,9,14,25
554:2,13,25
555:5,23 556:9
559:6 562:6,16
566:7 567:18
570:6,12 571:19
572:14 574:15
574:20,22
576:14,22 577:7
578:3,10,11
579:5,11,13,24
580:17 584:10
584:23 586:14
587:7,18,21
588:11,12,17,19
588:20 589:25
590:3,7,12,17,19
590:19,22
591:11 592:16
592:19 593:4,8
593:12,24 594:3
594:14,21,22,23
595:8,11,22
596:25 597:3,4
597:11 598:13
599:3,20 600:9

600:17,22
601:13 602:2,12
602:16 604:12
604:19 605:17
605:21 607:18
609:10 610:12
612:11,15,17
613:4,17 614:8
615:23 616:2,4,6
617:6,7 618:8,11
618:19,20 620:5
626:18 629:17
629:18,21 630:2
631:11 634:19
635:6,20 636:7
638:4 640:8
643:15 648:11
651:17 652:7,25
653:14 654:6,10
654:17 655:18
658:15,17 659:5
659:20,21,23
664:25 665:11
665:22 666:3,10
667:17 668:2,5
668:20 669:5,11
669:12,13,18
670:11,13 671:4
671:6,10 672:8,9
672:18,20 673:4
675:19 678:8,17
678:25 680:9,15
680:20 681:8,20
687:3,4 689:25
690:7 691:22
692:10 694:24
695:21,23 698:6
698:15 701:13

**study's** 591:15
**studying** 576:23
**subdividing**
569:10 655:9
**submitted**
529:11
**suboptimal**
614:14
**subscribed**
700:14 703:21
**substance** 682:3
**sufficient** 698:3
**suggest** 540:16
**suggesting** 540:8
**suggestive**
645:17
**suggests** 645:16
645:20
**suite** 520:5,10
521:5 522:5,16
522:22
**summarize**
580:4 643:8
692:10 695:14
**summarized**
630:4
**summary** 588:25
616:10,12,16,17
616:20 617:4,13
643:11
**superior** 519:10
**supplemental**
528:7 529:8
701:11
**support** 549:2
596:14 671:25
694:25

**supported** 550:2
604:10 672:25
**suppressants**
576:22
**suppressing**
579:17 586:11
591:20 640:20
641:7,19 642:3,6
642:13 669:10
689:9
**sure** 535:3
536:20 559:12
567:25 569:20
598:6 612:17
616:18 642:19
661:15 698:9
**surmised** 627:6
**surprising**
610:22 615:19
670:9
**surrogates** 540:9
**survey** 546:19
**swear** 525:13
**sworn** 525:16
700:14 702:8
703:21
**symptoms**
633:23 634:6
**synthesize** 616:8
**system** 672:22

**t**

**t** 525:15 701:9
**table** 580:3,10
580:22,25
644:10,13
645:24 647:18
649:5,8,9,25
650:3,4,11

651:22,23 653:5
654:19 656:6
658:22 659:24
660:3,17 662:8
665:12 694:2
695:25
**tables** 580:14
692:2
**tail** 626:6
**tails** 621:6
**taiwan** 555:22
555:24 556:3
571:6,13 572:4
**taiwan's** 546:17
**taiwanese**
556:21 558:17
570:13,18
571:17
**take** 524:13
529:13 541:21
555:6 575:17
578:24 580:7
599:19 607:12
611:8,10,13,18
613:23 633:24
646:18 674:2
678:9 683:10
690:9
**takeaway** 644:14
**taken** 519:20
665:4,5,6 696:4
696:8
**talk** 547:2
571:21 587:2
611:11 618:14
681:24
**talked** 693:6

**talking** 547:25
559:14 562:4
582:3 617:9
667:10 674:5,25
698:13
**team** 528:21
529:2
**tech** 523:22
**technically**
551:15
**technique**
635:13
**techniques**
635:25
**tell** 526:8,13
553:22 554:10
573:20 611:16
674:24
**telling** 608:2
628:16 651:23
664:13
**ten** 548:21
549:22 552:6
575:21 611:10
611:13,17,21
666:18,20
667:13 674:8
698:18
**tend** 539:6
541:16 557:6
**term** 593:5,10
598:4,10,25
600:10,11
601:14,23
602:13 603:3
657:23 665:24
666:8 670:22
695:2 697:8,25

698:17
terms   539:20
  541:9 566:6
  615:21 616:4
  618:17 633:12
  658:7 693:9
testified   525:18
  639:3 642:20
  697:17
testimony   558:5
  600:14 601:19
  605:19 637:9
  643:9 682:2
  688:22 700:5
  702:7,10
texas   521:5
text   526:25
  534:7 576:11
tfinken   520:12
thank   526:3,10
  575:20 620:12
  698:20,22
theory   682:5
thing   616:21
  621:20 645:4
things   527:24
  596:21,24
  618:16 658:25
  666:12 667:25
think   528:18
  530:13 531:25
  532:22 533:23
  542:11,12
  544:11 545:13
  549:21,23
  551:10 553:6
  557:17 558:14
  558:15 560:7

563:19 566:5,10
566:11,23 567:2
568:4,6,7 570:4
571:3 572:16
574:10 577:25
578:3,17,23
582:6 587:13
590:17 592:23
593:12 594:5
596:8 597:6
599:22 605:2
614:8 615:8,22
615:24,25 616:5
617:2 636:9
639:24 643:10
647:20 649:16
653:15 655:19
657:13 660:10
663:3,4,5 666:5
667:22 669:21
670:21 671:3,20
672:12 677:18
683:9,16,23,25
686:11,21,24
688:9,11,19
689:11 690:3,18
690:24 691:2
thinking   538:3
  549:19 556:23
  557:21 641:8
third   520:21
  545:25 548:17
  581:18 650:24
thorough   671:8
thought   557:20
  557:24 588:21
  592:15,19 593:3
  594:19,21,23

667:25 670:24
675:5
thousand   660:24
three   558:7
  562:10 563:3,5
  563:24 568:14
  568:21 570:2,10
  597:21 598:8
  599:6,8 600:18
  606:25 611:9,22
  653:16,20,21
  654:13 670:6
  682:24
threshold   552:14
  552:19 680:25
  681:21,24 683:6
tight   656:23
time   524:4 525:9
  526:5 529:17
  530:2,25 531:3
  531:11 532:8,12
  532:15 548:21
  550:7,9,15,21
  551:22 552:3,5
  552:16,21,25
  571:16 575:24
  575:25 576:5,6
  591:17 607:16
  612:4,7,8 619:6
  619:7,14,19,20
  631:12,21 632:8
  633:6 636:10
  638:13,14 639:2
  639:13,21 650:8
  658:4 661:14
  662:15 663:2,9
  663:10,13,14
  664:19 673:6,7,8

673:10,11,14
674:14,15,20,21
675:12,16
678:19 685:16
685:19,21 686:6
686:8,10,14
687:6,21,23
688:2 690:2,9
691:2,3,7,10
699:3,6,7 700:4
700:9
timeframe
  572:22
timeframes
  632:4
times   528:2
  532:14 550:23
  558:4 608:25
  629:17,19 637:9
  639:24 668:14
  685:6,10,18
  693:6
title   519:12
  660:3
tobey   523:16
today   525:23
  526:7,13 527:24
  529:19 530:4
  531:14 556:5
  578:21 593:22
  604:20 616:7
  637:10 668:25
today's   700:4
tom   522:23
tool   560:14
  561:22
top   537:8 551:19
  613:19 615:3

620:17 639:8
678:20 693:25
694:17
**topic** 573:2
**total** 551:12
700:6
**totality** 564:21
616:8
**tracy** 520:11
530:22
**transcript** 702:9
**traveling** 532:3
**treat** 579:21
**treated** 695:7
**trend** 568:24
569:6,17 655:5,5
655:14,22 656:9
657:12
**trends** 609:22
**tried** 605:20
**tries** 616:17
**true** 537:12
538:22 543:13
545:7 546:13
557:25 574:9
580:23 584:2
607:5,23 679:8
684:8 702:9
**try** 526:8 555:17
595:4 685:6
**trying** 533:9
535:20 541:14
636:21 659:12
682:9 688:9,20
**tsheehan** 522:24
**turn** 533:25
573:2 581:8
649:24 675:19

693:21
**turnaround**
571:16
**two** 544:24
551:17 574:11
588:12 599:5
611:14 612:18
623:21 639:8
665:25 670:6
**type** 637:3 676:6
676:16
**types** 538:8
658:11
**typical** 564:24
632:9 635:7
666:13,13
**typically** 576:24
670:2 692:9

---

**u**

**u.s.** 523:11
570:19 571:17
571:20 572:4,15
**uk** 598:19
**ulcers** 641:9
**unclear** 544:25
**uncommon**
655:11 656:16
**underestimate**
544:20 545:6
554:23 557:6,13
**underestimated**
555:3
**underestimation**
555:15
**underlying**
572:5,7 640:15
640:22 641:18
642:12 688:23

**understand**
526:7 608:14
642:21 649:15
682:9
**understanding**
536:21 642:9
**understood**
642:20
**unexposed**
535:15,21
545:17 694:8
**uniform** 577:18
**uniformly**
577:13
**unique** 591:10
**unit** 524:15
576:2,7 619:16
619:21 674:17
674:22
**united** 519:2
524:20 571:7,14
**units** 700:7
**universe** 602:5,8
**unknown** 536:11
**unreliable**
670:20 671:4
**untreated** 621:2
622:12 623:12
624:21 627:2,20
628:21 660:7,8
660:23 661:5
**upper** 623:2
629:11,23
630:18 657:24
**us.dlapiper.com**
523:14
**usa** 522:8

**usage** 609:21
**use** 533:13 546:9
553:20 554:3,20
555:14,21,24
556:2,7,20,24
557:2,10,15,22
558:6,8,9,12,17
559:9,24 560:15
561:9,23 562:10
563:4,6,25
567:19 568:14
568:19,21 569:2
569:24,25
570:10 571:25
575:3 576:19,20
576:21,21
577:25 578:12
581:23 583:2,19
584:16 586:17
588:12 589:9
590:15 591:4,4
593:6,8,10
598:10,22
602:19 604:21
604:23 605:24
605:24 606:6,19
607:15 608:5,7
612:13 613:13
614:4,21,25
616:11,13
627:15,15
636:20,21,22
637:12,23 641:7
642:2 644:2,2,5
644:6 648:12,12
648:19,19,25
649:2,12,12
650:17 654:12

654:14 655:21
657:18,20,21,23
658:16,20
665:24 666:9
668:15,15,16
673:2 676:15,24
677:22,25 678:6
678:15,22
680:19 682:14
683:12 685:14
685:15,18
686:25 689:14
689:25 691:18
691:18,25,25
694:9 695:3
698:8,14
**useful** 560:7,17
561:15 588:4
596:5 630:12
637:10,12
667:14
**user** 577:5
580:19 582:19
605:10 637:21
644:20,24 645:3
645:6,10,12
679:23 680:8,12
**users** 557:20
559:20,21
562:17,18 564:2
571:6,6,13
577:23 578:6
579:16,16,17
591:18,19,19
598:14,15,25
599:23,24 600:2
600:10,11,18
601:14,15,23,24

602:13,14 603:4
603:4,17 604:16
612:20,25 613:6
622:11 643:18
643:19,21,22
644:10 648:23
654:23 663:23
663:23 664:18
664:22,23 669:8
669:9 677:7,7
695:5,6
**usually** 557:12
617:14
**utilize** 634:19
**utilized** 546:13

**v**

**valid** 558:15
**valuation** 550:10
**value** 560:22
561:18 623:15
624:10,11 627:5
627:22 633:12
636:20 637:2
646:22 651:13
652:18 669:6
690:21
**values** 560:24
622:18 623:17
626:2 628:25
629:14,20,22,23
**variation** 565:2
609:2,9 669:15
669:23
**varied** 547:20
**varies** 547:7
**various** 573:12
688:16

**veritext** 524:24
525:4 700:8
703:2
**version** 531:7
534:6
**versus** 571:13
576:20,21
578:12,13 608:3
608:8 612:19
616:25 624:21
628:5,8 636:21
637:22 644:2,5
644:13,17,20
645:12 647:18
648:12,19,23,25
649:10,12
664:17 666:6
668:15,16,17
691:18,25
**video** 524:12,16
530:10 531:2
**videoconference**
519:21
**videographer**
523:21 524:2,25
575:23 576:4
612:3,6 619:9,13
619:18 663:8,12
673:9,13 674:14
674:19 675:4,9
675:15 687:22
687:25 691:6,9
699:2,5 700:2
**videotaped**
519:19
**view** 578:16
**virtually** 524:7
698:9

**visually** 625:6
**volume** 519:20

**w**

**wait** 563:18,18
563:18 621:25
686:20
**waiting** 675:2
**wang** 527:12
528:4,12,16
531:5,8,10,15
533:14 534:22
534:25 535:10
538:22 541:19
541:20,24 542:8
544:8 546:13,23
550:19 551:22
553:25 554:2,13
554:25 555:23
556:9 564:13,17
567:5,18 570:12
571:19 572:14
573:5,20 574:25
575:10 577:7
580:18 588:8,12
588:17,20 590:3
590:7,21 591:10
592:15 593:25
594:15,22 595:8
597:8,10 599:9
602:2,12 603:17
606:15,17,19
608:18 609:16
609:18 610:9
612:11,15,17
614:2,8,23 616:3
617:25 618:8,11
618:20,25 620:6
620:6,7 630:2

667:17,25
673:24 675:19
676:5,6,14,24
679:8,16,21
680:19,19 681:7
681:19 685:17
685:20 689:25
693:18 695:21
701:13
**wang's** 565:14
595:15
**want** 535:3,9
546:15 551:17
559:12 561:10
567:8 575:17
578:22,23,25
579:7 598:6
607:20 611:16
611:18 612:16
616:18 665:19
679:24 684:4
687:11 698:8,15
**wanted** 651:16
**washington**
523:5
**washout** 635:14
636:2
**watts** 521:4
**wattsguerra.com**
521:7
**way** 535:19
541:12 558:15
571:9,10 599:15
601:20 644:4
648:9 660:10
662:22 666:24
686:12 688:21
702:15

**we've** 534:2
643:25 653:20
665:11,20
**weaken** 566:12
**weaknesses**
533:11,22
590:13 596:21
670:24
**web** 526:22
**week** 532:4
598:23
**weekend** 532:2,7
691:14
**weeks** 598:24
**weighed** 594:17
**weight** 574:8,14
574:21 591:22
594:11,14 595:7
595:11,15
596:13 672:9,19
673:3
**weighted** 595:12
597:3,4 672:7,17
**weighting**
591:23 671:24
671:24
**weiss** 520:9
**went** 551:17
558:7 593:15,16
609:7 671:8
688:22
**whereof** 702:17
**wide** 656:20,22
**wider** 628:3
**width** 624:16
**witness** 524:10
525:14 541:23
555:8 562:21

567:10 571:3
580:8 598:7
674:10 676:9
678:12 679:25
687:12,13,16
701:3 702:7,11
702:17 703:5
**witty** 527:18
689:24
**witty's** 531:19
532:10 689:18
**word** 694:18
**worded** 599:16
**words** 541:14
567:22,24 568:2
568:6 595:7
**world** 694:24
**written** 584:6
585:5,10 607:4
669:3
**wrote** 529:9,10
548:9 697:6

| x |
| --- |

**x** 519:4,9,11,16
701:2,9

| y |
| --- |

**y** 591:25 687:4
690:6
**y.d.** 549:20
**yeah** 530:19
534:10 546:15
549:12 606:13
608:15 611:20
630:15 674:4,4
674:13
**year** 558:21,22
559:8 635:2,5

636:4,12 666:17
681:9 682:13
686:2,5,17
**years** 548:22,23
549:16,18,19,22
549:25 551:11
551:13,18 552:6
552:15 553:8
555:22 562:10
563:3,5,25
568:14,22 570:2
570:10 593:7
632:14 639:11
653:16 654:13
660:5,25 666:17
666:18 670:13
698:18
**yoon** 549:4,17
591:24 598:11
**york** 519:25
520:22,22
521:10,10,15,15
524:24 702:6
703:2
**yoshida** 690:18
**young** 553:6
593:6 669:18
**younger** 670:7

| z |
| --- |

**zantac** 519:5
524:18 703:3
**zoom** 519:21
526:12,21

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

# EXHIBIT
# 753

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION *THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 2924 20-MD-2924 |

SUPPLEMENTAL EXPERT REPORT

PATRICIA G. MOORMAN, MSPH, PHD

Date: October 3, 2022                    Patricia G.  Moorman, MSPH, PhD

**Exhibit**
**MOORMAN 22**

**Addendum to Expert Report of Patricia G. Moorman, Ph.D.**

**Re:  Wang C, Chen I, Chen C, Tseng Y.  Pharmacoepidemiologic research on N-nitrosodimethylamine-contaminated ranitidine use and long-term cancer risk:  a population-based longitudinal cohort study.  Int J Environ Res Public Health 2022, 19: 12469**

Wang et al. [1]conducted a cohort study using data from Taiwan's National Health Insurance Database and a cross-sectional survey of Taiwan's population.  Data were available from 2000 to 2018.   They identified individuals who were first-time users of ranitidine and had received at least 90 defined daily doses (i.e., ranitidine 300 mg daily for at least 3 months).  The comparison group comprised non-users of ranitidine matched to the ranitidine users on exact age, sex, Charlson comorbidity index score, certain co-morbid conditions and certain medications using propensity score matching.  They also conducted analyses comparing ranitidine users to famotidine users and proton pump inhibitors (PPIs).  No information was available for potential confounders such as smoking history, body mass index, alcohol consumption and certain gastrointestinal conditions.  The analyses were restricted to individuals age $\geq$ 40 years with at least 1 year of follow-up.

A total of 55,110 ranitidine users and 55,110 non-users were included in the analysis.  Mean follow-up time was 9.56 years for the ranitidine group and 9.70 for the non-ranitidine group.  The investigators calculated cancer risk for all cancers combined and for 18 individual cancer sites.  The analysis was based on 9,081 cancers (4,682 in the ranitidine group and 4,399 in the non-user comparison group).  The multivariate-adjusted hazard ratio (HR) comparing ranitidine users to non-users for all cancer combined was 1.10 (95% CI 1.06-1.15).  The HRs for the other cancer sites that were discussed in my prior report were: 1.22 (95% CI 1.09-1.36) for liver cancer (based on 711 vs. 619 cases in the ranitidine and comparison groups, respectively); 1.26 (95% CI 1.05-1.52) for gastric cancer (based on 255 vs. 210 cases in the ranitidine and comparison groups, respectively); 1.27 (95% CI 0.95-1.70) for esophageal cancer (based on 101 vs. 82 cases in the ranitidine and comparison groups, respectively); 1.35 (95% CI 1.03-1.77) for pancreatic cancer (based on 121 vs. 93 cases in the ranitidine and comparison groups, respectively) and 1.06 (95% CI 0.86-1.30) for bladder cancer (based on 181 vs. 177 cases in the ranitidine and comparison groups, respectively).

Dose response analyses were reported for liver, gastric and pancreatic cancer, using the categories of 90-180 DDDs, 181-270 DDDs, 271-360 DDDs, and >360 DDDs.  The HRs for liver cancer showed increasing risk with increasing dose of ranitidine, with a HR of 1.42 (95% CI 1.22-1.66) for the highest exposure level.  The HRs for gastric cancer also showed the highest risk with the highest exposure level (HR 1.33, 95% CI 1.02-1.74) but the dose-response trend was not as clear as for liver cancer.  A clear dose-response trend was not apparent for pancreatic cancer.

In analysis comparing ranitidine users to famotidine users, the HRs (95% CIs) were 1.22 (1.06-1.40) for liver cancer, 1.19 (0.95-1.49) for gastric cancer, 1.19 (0.828-1.72) for esophageal cancer, 1.25 (0.90-1.73) for pancreatic cancer and 1.03 (0.80-1.33) for bladder cancer.  A comparison between ranitidine users and PPI users was reported only for liver cancer, with a significantly higher risk for ranitidine users (p<0.001, HR not reported).

The strengths of this study include the use of a database with virtually complete coverage of the Taiwanese population that had information on all medical services, procedures and prescriptions.  The follow-up period was longer than most of the other studies of ranitidine and cancer ([2-6], with a mean follow-up time of approximately 10 years, and a maximum follow-up period of 18 years.  However, given that the latency period for the development of cancer can be decades, it is likely that with longer follow-up, a greater increase in risk would become apparent.   The investigators presented Kaplan-Meier graphs showing the risk of liver, gastric and pancreatic cancer in the ranitidine and comparison groups over time.  These graphs showed that the incidence curves for ranitidine and the comparison groups had greater separation with longer follow-up times, indicating that the cancer risk in the ranitidine group compared to the non-users or users of other acid-suppressing drugs was increasing over time.  The greater risk with longer follow-up time also indicates that protopathic bias was unlikely to be an explanation for the increased risk observed for liver, gastric and pancreatic cancer.

Information on ranitidine dose and duration was available, and the investigators conducted dose-response analyses based on four categories of defined daily doses.  Analyses were conducted that compared ranitidine users to both non-users and to users of famotidine or PPIs.  The study population was restricted to individuals aged $\geq$ 40 years, with a mean age of

66.8 years, therefore it included good representation of the ages when the cancers are most likely to be diagnosed.  It also incorporated a new-user design with 1 year as the washout period to address protopathic bias.

The study also had limitations.  Similar to other administrative databases, information was not available for some potential confounders including smoking history, alcohol use and some medical conditions.  There was likely some misclassification of ranitidine exposure, due to the lack of information on non-prescription use of ranitidine.  While the investigators noted this as a limitation, they did not give an estimate of the proportion of ranitidine sold without a prescription in Taiwan.  If there was similar use of non-prescription ranitidine in the groups being compared, the misclassification would be considered non-differential and lead to an underestimate of the relative risk.  There was also the potential for misclassification if some of the individuals who were in the non-ranitidine user group had used ranitidine prior to the year 2000, which was the start date of national insurance database.  If people who had used ranitidine prior to 2000 were included in the non-user group, it would tend to underestimate the risk associated with ranitidine use.

Although the dose-response analysis conducted in this study was more detailed than in most of the other ranitidine and cancer studies, the investigators still did not provide information on the risk associated with very long-term use, as the highest category of use was >360 DDDs (or approximately one year of use or longer).  Long-term users (i.e., those with greater than 5 years or greater than 10 years of ranitidine use) would have been included in the highest duration category, however if the risk markedly increased with long-term use, it would not have been apparent in these analyses that also included individuals with shorter term use. This study showed statistically significant increases in liver and gastric cancer with $\geq$ 1 year of ranitidine use (at 300 mg per day).   The only other study with detailed dose-response analyses, Cardwell, et al.,[7], reported a statistically significant increased risk for bladder cancer risk with 3 years of ranitidine use (300mg per day).   Thus an association between ranitidine use and increased risk of bladder, gastric and liver cancer have been demonstrated at typical doses of 300mg daily for 3 years and 1 year.

As noted above, this study had some of the limitations discussed in my prior reports for other studies of ranitidine use and cancer (lack of information on smoking, alcohol, and OTC use) which as with the others, is attributable to the database limitations.  However, the study had several strengths not present in the other studies.  Notably, this study was able to provide more meaningful evidence of dose response because there was more dose and duration information, it had longer follow-up than many of the other studies, it presented comparisons of ranitidine use versus non-use and comparisons of ranitidine use versus use of other acid suppressants, and the study population was age-appropriate for studying cancers that are typically diagnosed in older adults.

Overall, the study's strengths, including its dose-response analysis, its presentation of cancer risks over time, and its comparison of ranitidine users to both non-users and to users of other acid-suppressing drugs, outweighed its limitations and therefore I gave it considerable weight in my causation analysis, weighting it more strongly than the Iwagami, Yoon, Adami, Norgaard, Kantor, Kim, S and Kim, Y studies.[2-6, 8, 9]  Its findings of significantly increased risk of liver, gastric and pancreatic cancer and increased risk of esophageal cancer, although not statistically significant, strengthens the causality opinions expressed in my prior report.

1.   Wang, C., Chen, I., Chen, C., Tseng, Y., *Pharmacoepidemiologic research on N-nitrosodimethylamine-contaminated ranitidine use and long-term cancer risk:  a population-based longitudinal cohort study.*  . Int J Environ Research Public Health, 2022. **19**: p. 12469.

2.   Iwagami, M., et al., *Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018.* Drug Saf, 2021. **44**(3): p. 361-371.

3.   Yoon, H.J., et al., *Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea.* J Clin Med, 2021. **10**(1).

4.   Kantor, E.D., et al., *Ranitidine Use and Cancer Risk: Results From UK Biobank.* Gastroenterology, 2021. **160**(5): p. 1856-1859 e5.

5.   Kim, Y.D., et al., *No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies.* Aliment Pharmacol Ther, 2021. **54**(5): p. 606-615.

6.   Kim, S., et al., *Effect of Ranitidine Intake on the Risk of Gastric Cancer Development.* Healthcare (Basel), 2021. **9**(8).

7.   Cardwell, C.R., et al., *Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study.* Am J Gastroenterol, 2021.

8.   Adami, H.-O.A., I.T.; Helde-Jorgensen, U.; Chang, E.; Norgaard, M.; Sorensen, H.T., *Ranitidine use and risk of upper gastrointestinal cancers.* 2021.

9.   Norgaard, M., et al., *Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study.* Cancer Epidemiol Biomarkers Prev, 2021.

# EXHIBIT
# 754



**Exhibit**
**MOORMAN 23**



International Journal of
*Environmental Research and Public Health*

*Article*

# Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study

Chun-Hsiang Wang [1,2], I-I Chen [1,†], Chung-Hung Chen [3,†] and Yuan-Tsung Tseng [4,*]

1   Department of Hepatogastroenterology, Tainan Municipal Hospital (Managed by Show Chwan Medical Care Corporation), Tainan 701033, Taiwan
2   Department of Optometry, Chung Hwa Medical University, Tainan 701033, Taiwan
3   Department of Gastroenterology, Chang Bing Show Chwan Memorial Hopital, Changhua 505029, Taiwan
4   Committee of Medical Research, Tainan Municipal Hospital (Managed by Show Chwan Medical Care Corporation), Tainan 701033, Taiwan
*   Correspondence: 2a0074@tmh.org.tw; Tel.: +886-6-2609926
†   These author contributed equally to this work.

**Simple Summary:** There is a lack of published data regarding the association between N-nitrosodimethylamine and human cancer risks. Hence, this study answers several questions using propensity score matching with a large population size selected from a high-quality nationwide and population-based database with a long follow-up period to assess the relationship between the cumulative individual cancer incidence and long-term ranitidine use.



check for updates

**Citation:** Wang, C.-H.; Chen, I.-I.; Chen, C.-H.; Tseng, Y.-T. Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study. *Int. J. Environ. Res. Public Health* **2022**, *19*, 12469. https://doi.org/10.3390/ijerph191912469

Academic Editor: Paul B. Tchounwou

Received: 27 July 2022
Accepted: 27 September 2022
Published: 30 September 2022

**Publisher's Note:** MDPI stays neutral with regard to jurisdictional claims in published maps and institutional affiliations.



**Copyright:** © 2022 by the authors. Licensee MDPI, Basel, Switzerland. This article is an open access article distributed under the terms and conditions of the Creative Commons Attribution (CC BY) license (https://creativecommons.org/licenses/by/4.0/).

**Abstract:** N-Nitrosodimethylamine (NDMA), a carcinogenic chemical, has recently been identified in ranitidine. We conducted a population-based study to explore ranitidine use and cancer emergence over time. Using the Taiwan National Health Insurance Research Database, a population-based cohort study was conducted. A total of 55,110 eligible patients who received ranitidine between January 2000 and December 2018 were enrolled in the treated cohort. We conducted a 1:1 propensity-score-matching procedure to match the ranitidine-treated group with the ranitidine-untreated group and famotidine controls for a longitudinal study. The association of ranitidine exposure with cancer outcomes was assessed. A multivariable Cox regression analysis that compared cancer risk with the untreated groups revealed that ranitidine increased the risk of liver (hazard ratio (HR): 1.22, 95% confidence interval (CI): 1.09–1.36, $p < 0.001$), lung (HR: 1.17, CI: 1.05–1.31, $p = 0.005$), gastric (HR: 1.26, CI: 1.05–1.52, $p = 0.012$), and pancreatic cancers (HR 1.35, CI: 1.03–1.77, $p = 0.030$). Our real-world observational study strongly supports the pathogenic role of NDMA contamination, given that long-term ranitidine use is associated with a higher likelihood of liver cancer development in ranitidine users compared with the control groups of non-ranitidine users treated with famotidine or proton-pump inhibitors.

**Keywords:** ranitidine; famotidine; cancers; N-nitrosodimethylamine (NDMA); propensity score matching (PSM)

## 1. Introduction

Ranitidine, a histamine-2 receptor antagonist, inhibits gastric acid secretion when treating gastroesophageal reflux disease and peptic ulcers [1]. Additionally, according to the data from the Food and Drug Administration (FDA) Adverse Event Reporting System, elevated and significant proportional reporting ratios (PRRs) were observed for pharyngeal, esophageal, stomach, colorectal, liver, and pancreatic cancers, including elevated PRRs for anal and gallbladder cancers [2].

In 2019, the U.S. FDA declared that N-nitrosodimethylamine (NDMA), with the formula (CH3)2NNO, identified in medicines containing valsartan and ranitidine, is a

member of N-nitrosamines and a known carcinogen, according to laboratory results [3–5]. The FDA's testing of ranitidine products revealed that NDMA levels were nine times greater than the FDA's recommended limit, resulting in global recalls [6,7]. Several studies have also reported that NDMA could be oncogenic in animals [8]. According to the International Agency for Research on Cancer report, NDMA has been proven to belong to group 2A and to be "probably carcinogenic to humans" [9].

A study also reported that high ranitidine doses combined with nitrite produced DNA fragmentation in rodents' livers and gastric mucosa [10]. Many observational human studies have reported that consuming a high number of NDMA-contaminated foods may be linked to an increased risk of stomach and colon cancers [11,12]. Additionally, detailed experimental animal studies showed that cancer risk may increase with NDMA exposure through inhalation or oral delivery and that tumors developed in the lungs, liver, kidneys, and bile ducts in animals [13]. Several studies previously examined the carcinogenic effects of NDMA on humans, although they were equivocal. Some authors reported no association between ranitidine use and cancer risk [14–16], whereas others supported the connection [17–20]. In addition to cancers caused by NDMA contamination, multiple studies reported that acid-suppressive agents, such as proton-pump inhibitors (PPIs) and histamine-2 receptor antagonists (H2RAs), were linked to gastric [21,22] and liver cancers [23–26]. However, these reports were contradictory, and the data were not sufficient to reach definite conclusions. The conflicting results of studies underlie the lack of concrete evidence supporting the role of ranitidine in cancer development. Therefore, we aimed to conduct a large-scale, long-term follow-up cohort study to investigate ranitidine use and the subsequent emergence of cancer over time in a real-life setting.

## 2. Materials and Methods

### 2.1. Data Source

This study used Taiwan's National Health Insurance Database (NHIRD), which is a population-based claims database, and a cross-sectional survey participated in by over 99% of Taiwan's population. We included all medical services, procedures, and prescription medication data from 1 January 2000 to 31 December 2018. The diagnoses recorded in the NHIRD are coded in accordance with the International Classification of Disease, Ninth Revision, Clinical Modification (ICD-9-CM), and Tenth Revision, Clinical Modification (ICD-10-CM).

Considering that the NHIRD dataset consists of encrypted secondary data, each person is impossible to identify; thus, the informed consent requirement was waived. The Research Ethics Committee of Show Chwan Memorial Hospital approved the study protocol on 14 December 2021 (IRB-No: 1101105).

### 2.2. Study Design and Study Participants

The total doses for each ranitidine prescription during the follow-up period were calculated to indicate the duration of ranitidine exposure. As the World Health Organization proposed, one defined daily dose (DDD) of ranitidine was 300 mg/day [27]. We defined 90 DDDs as the valid treatment for patients with reflux esophagitis and peptic ulcer disease treated with 300 mg ranitidine daily for 3 months [28,29]. Patients prescribed ranitidine at ≥90 DDDs were assigned to the ranitidine cohort, whereas those who never used ranitidine belonged to the non-ranitidine cohort.

We investigated whether a dose–response relationship exists between ranitidine and cancer diagnosis. For the sensitivity analysis, we grouped the patient follow-up period into four intervals according to the cumulative dose, starting from the first prescription: 90–180, 181–270, 271–360, and >360 DDDs.

### 2.3. Potential Confounders

The exclusion criteria were as follows: age < 40 years, diagnosis with cancer before the index date, ranitidine use <90 DDDs, and follow-up <1 year.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

We enrolled ranitidine users who were matched for exact age, sex, the Charlson comorbidity index (CCI), comorbidities (hypertensive cardiovascular disease (HCD0, hyperlipidemia, diabetes mellitus (DM), and chronic kidney disease (CKD)), medications (aspirin, statins, angiotensin-converting enzyme inhibitors (ACEIs), β-blockers, spironolactone, glucocorticoids, and selective serotonin reuptake inhibitors (SSRIs), and antiviral therapy for hepatitis B or C virus (HBV and HCV, respectively) infection), and the index date.

The final matched cohort consisted of 55,110 patients who were evaluated from the index date until the target cancer onset, death, or the end of the study period (31 December 2018).

### 2.4. Covariate Assessment

The main confounding factors were based on a recent study investigating the association between N-nitrosodimethylamine and cancer. We adjusted for the following covariates that potentially affect cancer incidence: age, sex, and medication history (low-dose aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral treatment for chronic hepatitis B or C).

We also considered the following comorbidities: HCD (ICD-9 codes 401–405; ICD-10 codes I10–I15), hyperlipidemia (ICD-9 code 272; ICD-10 code E78), DM (ICD-9 code 250; ICD-10 codes E10.0, E10.1, E10.9, E11.0, E11.1, and E11.9), CKD (ICD-9 code 585; ICD-10 code N18), and CCI.

### 2.5. Main Outcome Measurements

We assessed the following cancer categories for the first cancer diagnosis: liver cancer (ICD-9 code 155; ICD-10 code C22), oral cancer (ICD-9 codes 140–149; ICD-10 codes C00–C14), esophageal cancer (ICD-9 code 150; ICD-10 code C15), gastric cancer (ICD-9 code 151; ICD-10 code C16), colon cancer (ICD-9 code 153; ICD-10 code C18), rectal cancer (ICD-9 code 154; ICD-10 codes C19–C21), pancreatic cancer (ICD-9 code 157; ICD-10 code C25), lung cancer (ICD-9 code 162; ICD-10 codes C33 and C34), bone cancer (ICD-9 code 170; ICD-10 codes C40 and C41), bladder cancer (ICD-9 code 188; ICD-10 code C67), renal cancer (ICD-9 code 189; ICD-10 codes C65, C66, and C68), thyroid cancer (ICD-9 code 193; ICD-10 code C73), skin cancer (ICD-9 codes 172–173; ICD-10 code C44), breast cancer in females (ICD-9 code 174; ICD-10 code C50), uterine cancer (ICD-9 code 179; ICD-10 code C55), cervical cancer (ICD-9 code 180; ICD-10 code C53), ovarian cancer (ICD-9 code 183; ICD-10 codes C56 and C570–C574), prostate cancer (ICD-9 code 185; ICD-10 codes C61), and overall cancer. For breast, uterine, cervical, and ovarian cancers, the analysis was restricted to females, and prostate cancer was restricted to males.

### 2.6. Exposure Definition and Follow-Up

In this study, we adopted a new-user design with 1 year as the washout period to eliminate the influence of external factors in patients with newly diagnosed cancer [30]. Patients with no predefined outcomes or those who died during the follow-up were censored. We defined the index date for each ranitidine user as the date of their first prescription. For their corresponding matched comparison group, the index date was set to be that of their matched individual with ranitidine use. All patients were followed up from the index date to 2018. The mean follow-up period was $9.56 \pm 5.96$ (median: 8.42) years for the ranitidine cohort and $9.70 \pm 5.96$ (median: 8.58) years for the non-ranitidine cohort. All prescriptions, diagnostic outcomes, and deaths were ascertained until 31 December 2018. For all groups, the follow-up duration was defined as the interval from the date of enrollment to the date of cancer diagnosis, death, or the end of the follow-up period, whichever came first.

### 2.7. Statistical Analysis

Categorical variables were compared using the McNemar test. Continuous variables such as the prescription and medical records as baseline characteristics were compared using paired *t*-tests. To reduce potential selection bias, we used propensity score match-

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

ing (PSM) to balance the differences in proportions, such as comorbidities, between the ranitidine and non-ranitidine cohorts.

For a robust propensity score matching, 1:1 full matching without replacement was performed. Therefore, the regression model was specified correctly relative to the population regression function of the outcome variable on the treatment and all covariates used for matching. Therefore, trimming techniques were not employed in the weighting approach [31,32]. PSM was performed using multivariate logistic regression analysis and nearest-neighbor matching with the R package "MatchIt" (version 4.3.4).

We used Cox proportional hazards regression models to estimate the hazard ratios (HRs) and 95% confidence intervals (CIs) of cancer risk for ranitidine users in comparison with non-ranitidine users. To confirm the stability and robustness of our model, all hazard ratios and their 95% CIs were modified using the bootstrapping method [33,34]. The outcomes of the different study cohorts were estimated using the Kaplan–Meier method, and the differences in curves were examined using the log-rank test. Sensitivity analysis was conducted to validate the individual events from the index date to the end of the study in different DDD exposure groups using Cox proportional hazards regression models and the Kaplan–Meier method.

The competing risks of death were adjusted using the R package "cmprsk" (version 2.2–11), and the regression model was assessed according to Fine and Gray. All data management procedures were performed using SPSS 21.0 (SPSS Inc., Chicago, IL, USA) and R version 3.4.3 (R Core Team, 2017). A *p*-value of <0.05 was considered statistically significant.

## 3. Results

In the NHIRD database, we found 290,990 ranitidine users and 1,709,128 non-ranitidine users within the study period (Figure 1). In accordance with the exclusion criteria, 75,715 and 1,022,217 patients were finally included in the ranitidine and non-ranitidine cohorts, respectively. Using PSM, we matched the ranitidine cohort (*n* = 55,110) with the non-ranitidine cohort (*n* = 55,110) in a 1:1 model. Figure 1 illustrates the flowchart of patient selection.

Patients from the non-ranitidine cohort who were statistically matched with those from the ranitidine cohort were selected in consideration of the following factors: age, sex, CCI, and comorbidities, including HCD, hyperlipidemia, DM, and CKD.

Certain medications (aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral therapy for HBV or HCV infection) and the index date (the exact date of diagnosis) were potential confounders for most cancers. Table 1 shows the baseline characteristics of the well-balanced, 1:1 matched cohort. Sex, age, CCI scores, and the follow-up period were fully matched between the ranitidine and non-ranitidine cohorts. Overall, the male–female ratio was 47.8:52.2 (*p* = 1.000), with mean values of 66.8 ± 14.1 (*p* = 1.000), 3.77 ± 2.78 (*p* = 1.000), and 9.2 ± 5.9 years (*p* = 1.000) for age, CCI, and follow-up duration, respectively. The median follow-up duration was 8.3 years.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469



**Figure 1.** Flowchart of the selection of study patients. [1] Comorbidities: hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, and chronic kidney disease. [2] Medications: aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, famotidine, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors, and antiviral therapy for hepatitis B or C. [3] Index date: exact date of the first prescription.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

**Table 1.** Baseline characteristics of the non-ranitidine cohort and ranitidine cohort with over 90 DDDs.

| Characteristics | | Untreated $n = 55,110$ | % | Ranitidine $n = 55,110$ | % | *p*-Value |
|---|---|---|---|---|---|---|
| Sex | Female | 28,794 | 52.2% | 28,794 | 52.2% | 1.000 |
| | male | 26,316 | 47.8% | 26,316 | 47.8% | |
| Age (mean $\pm$ SD) | | $66.8 \pm 14.1$ | | $66.8 \pm 14.1$ | | 1.000 |
| CCI | 0–1 | 12,444 | 22.6% | 12,444 | 22.6% | 1.000 |
| | 2–3 | 16,205 | 29.4% | 16,205 | 29.4% | |
| | 4–5 | 12,799 | 23.2% | 12,799 | 23.2% | |
| | >5 | 13,662 | 24.8% | 13,662 | 24.8% | |
| HCD | No | 22,204 | 40.3% | 22,204 | 40.3% | 1.000 |
| | Yes | 32,906 | 59.7% | 32,906 | 59.7% | |
| Hyperlipidemia | No | 26,072 | 47.3% | 26,072 | 47.3% | 1.000 |
| | Yes | 29,038 | 52.7% | 29,038 | 52.7% | |
| DM | No | 37,598 | 68.2% | 37,598 | 68.2% | 1.000 |
| | Yes | 17,512 | 31.8% | 17,512 | 31.8% | |
| CKD | No | 49,704 | 90.2% | 49,704 | 90.2% | 1.000 |
| | Yes | 5406 | 9.8% | 5406 | 9.8% | |
| Aspirin | No | 25,810 | 46.8% | 25,810 | 46.8% | 1.000 |
| | Yes | 29,300 | 53.2% | 29,300 | 53.2% | |
| Statins | No | 32,089 | 58.2% | 32,089 | 58.2% | 1.000 |
| | Yes | 23,021 | 41.8% | 23,021 | 41.8% | |
| ACEIs | No | 31,214 | 56.6% | 31,214 | 56.6% | 1.000 |
| | Yes | 23,896 | 43.4% | 23,896 | 43.4% | |
| β-Blockers | No | 16,047 | 29.1% | 16,047 | 29.1% | 1.000 |
| | Yes | 39,063 | 70.9% | 39,063 | 70.9% | |
| Famotidine | No | 19,841 | 36.0% | 19,841 | 36.0% | 1.000 |
| | Yes | 35,269 | 64.0% | 35,269 | 64.0% | |
| Spironolactone | No | 48,320 | 87.7% | 48,320 | 87.7% | 1.000 |
| | Yes | 6790 | 12.3% | 6790 | 12.3% | |
| Glucocorticoids | No | 5748 | 10.4% | 5748 | 10.4% | 1.000 |
| | Yes | 49,362 | 89.6% | 49,362 | 89.6% | |
| SSRIs | No | 44,749 | 81.2% | 44,749 | 81.2% | 1.000 |
| | Yes | 10,361 | 18.8% | 10,361 | 18.8% | |
| Antiviral therapy | No | 54,271 | 98.5% | 54,271 | 98.5% | 1.000 |
| | Yes | 839 | 1.5% | 839 | 1.5% | |

Abbreviations: DDDs, defined daily doses; SD, standard deviation; CCI, Charlson comorbidity index; HCD, hypertensive cardiovascular disease; DM, diabetes mellitus; CKD, chronic kidney disease; ACEI, angiotensin-converting enzyme inhibitor; SSRIs, selective serotonin reuptake inhibitors.

As shown in Figure 2, the ranitidine cohort showed a significantly higher prevalence of liver cancer (1.1% vs. 1.3%; $p = 0.012$), gastric cancer (0.4% vs. 0.5%; $p = 0.037$), and lung cancer (1.0% vs. 1.2%; $p = 0.033$) and a higher overall cancer rate (8.0% vs. 8.5%; $p = 0.001$) than the non-ranitidine cohort. In terms of the cumulative incidence rates and HRs, ranitidine use was associated with overall cancer (HR, 1.10; 95% CI, 1.06–1.15), liver cancer (HR, 1.22; 95% CI, 1.09–1.36), gastric cancer (HR, 1.26; 95% CI, 1.05–1.52), pancreatic cancer (HR, 1.35; 95% CI, 1.03–1.77), and lung cancer (HR, 1.17; 95% CI, 1.05–1.31) compared with non-ranitidine use. No significant associations were observed for the 14 other cancers. In the Kaplan–Meier analysis, the ranitidine cohort exhibited a significantly higher risk of developing liver cancer (log-rank test, $p = 0.005$), lung cancer ($p = 0.016$), gastric cancer ($p = 0.025$), and pancreatic cancer ($p = 0.043$) than the non-ranitidine cohort (Figure 3).

Case 9:20-md-02924-RLR Document 6095-5 Entered on FLSD Docket 11/17/2022 Page 246 of 255

| Cancers | untreated | % | ranitidine | % | *p*-value | HR (95% CI) | *p*-value |
|---|---|---|---|---|---|---|---|
| All cancers | 4399 | 8.00% | 4682 | 8.50% | 0.001 | 1.10(1.06–1.15) | <0.001 |
| Prostate cancer | 306 | 1.20% | 313 | 1.20% | 0.404 | 1.07(0.91–1.25) | 0.411 |
| Ovarian cancer | 54 | 0.20% | 42 | 0.10% | 0.131 | 0.79(0.53–1.18) | 0.249 |
| Cervix cancer | 166 | 0.60% | 155 | 0.50% | 0.288 | 0.95(0.76–1.18) | 0.635 |
| Uterine cancer | 67 | 0.20% | 53 | 0.20% | 0.117 | 0.80(0.55–1.14) | 0.213 |
| Breast cancer (female) | 407 | 1.40% | 455 | 1.60% | 0.053 | 1.13(0.99–1.29) | 0.078 |
| Skin cancer | 203 | 0.40% | 189 | 0.30% | 0.479 | 0.97(0.79–1.18) | 0.748 |
| Thyroid cancer | 96 | 0.20% | 90 | 0.20% | 0.661 | 0.94(0.71–1.26) | 0.698 |
| Renal cancer | 154 | 0.30% | 181 | 0.30% | 0.14 | 1.21(0.98–1.50) | 0.080 |
| Bladder cancer | 177 | 0.30% | 181 | 0.30% | 0.437 | 1.06(0.86–1.30) | 0.592 |
| Bone cancer | 3 | 0.00% | 4 | 0.00% | 0.5 | 1.35(0.30–6.02) | 0.696 |
| Lung cancer | 575 | 1.00% | 649 | 1.20% | 0.033 | 1.17(1.05–1.31) | 0.005 |
| Pancreas cancer | 93 | 0.20% | 121 | 0.20% | 0.056 | 1.35(1.03–1.77) | 0.030 |
| Rectal cancer | 286 | 0.50% | 304 | 0.60% | 0.483 | 1.10(0.93–1.29) | 0.266 |
| Colon cancer | 527 | 1.00% | 492 | 0.90% | 0.271 | 0.96(0.85–1.09) | 0.569 |
| Gastric cancer | 210 | 0.40% | 255 | 0.50% | 0.037 | 1.26(1.05–1.52) | 0.012 |
| Esophageal cancer | 82 | 0.10% | 101 | 0.20% | 0.161 | 1.27(0.95–1.70) | 0.107 |
| Oral Cancer | 191 | 0.30% | 161 | 0.30% | 0.122 | 0.86(0.70–1.06) | 0.153 |
| Liver cancer | 619 | 1.10% | 711 | 1.30% | 0.012 | 1.22(1.09–1.36) | <0.001 |

**Figure 2.** Number and proportion of 18 different cancer reports in the ranitidine and non-ranitidine cohorts and the associated proportional reporting ratios and 95% confidence intervals in multivariate Cox proportional hazards regression adjusted for competing mortality.

**Figure 3.** Cumulative incidences of single cancers after adjustment for competing risks. (**A**) Liver cancer, (**B**) lung cancer, (**C**) gastric cancer, and (**D**) pancreatic cancer.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

Table 2 shows the incidence of each cancer. The incidence rate was 9.19 per 1000 person-years in the ranitidine group and 8.49 per 1000 person-years in the non-ranitidine group. The incidence rates of certain cancers were greater in the group exposed to ranitidine than in the unexposed group. Ranitidine use was associated with some individual cancers with a high incidence rate (per 1000 person-years); these cancers were liver (1.35 vs. 1.16), lung (1.23 vs. 1.07), gastric (0.48 vs. 0.39), and pancreatic (0.23 vs. 0.17) cancers.

**Table 2.** Incidence rates of individual cancers (per 1000 person-years).

| Cancers | Untreated | Incidence Rate * | (95% CI) | Ranitidine | Incidence Rate * | (95% CI) |
|---|---|---|---|---|---|---|
| Liver cancer | 619 | 1.16 | (1.07–1.25) | 711 | 1.35 | (1.25–1.45) |
| Oral Cancer | 191 | 0.36 | (0.30–0.41) | 161 | 0.30 | (0.26–0.36) |
| Esophageal cancer | 82 | 0.15 | (0.12–0.19) | 101 | 0.19 | (0.16–0.23) |
| Gastric cancer | 210 | 0.39 | (0.34–0.44) | 255 | 0.48 | (0.43–0.55) |
| Colon cancer | 527 | 0.99 | (0.90–1.07) | 492 | 0.93 | (0.85–1.02) |
| Rectal cancer | 286 | 0.53 | (0.47–0.60) | 304 | 0.58 | (0.51–0.64) |
| Pancreas cancer | 93 | 0.17 | (0.14–0.21) | 121 | 0.23 | (0.19–0.27) |
| Lung cancer | 575 | 1.07 | (0.98–1.16) | 649 | 1.23 | (1.14–1.33) |
| Bone cancer | 3 | 0.01 | (0.00–0.02) | 4 | 0.01 | (0.00–0.02) |
| Bladder cancer | 177 | 0.33 | (0.28–0.38) | 181 | 0.34 | (0.30–0.40) |
| Renal cancer | 154 | 0.29 | (0.25–0.33) | 181 | 0.34 | (0.30–0.40) |
| Thyroid cancer | 96 | 0.18 | (0.14–0.21) | 90 | 0.17 | (0.14–0.21) |
| Skin cancer | 203 | 0.38 | (0.33–0.43) | 189 | 0.36 | (0.31–0.41) |
| Breast cancer (female) | 407 | 0.76 | (0.69–0.83) | 455 | 0.86 | (0.79–0.95) |
| Uterine cancer | 67 | 0.12 | (0.09–0.15) | 53 | 0.10 | (0.08–0.13) |
| Cervix cancer | 166 | 0.31 | (0.27–0.36) | 155 | 0.29 | (0.25–0.34) |
| Ovarian cancer | 54 | 0.10 | (0.08–0.13) | 42 | 0.08 | (0.06–0.11) |
| Prostate cancer | 306 | 0.57 | (0.51–0.63) | 313 | 0.59 | (0.53–0.66) |
| All cancers | 4399 | 8.49 | (8.24–8.73) | 4682 | 9.19 | (8.93–9.45) |

* Incidence rate (per 1000 person-years).

### 3.1. Ranitidine Duration Effect on Cancer Development

The effect of ranitidine use on the risk of progression to significant individual cancers (e.g., liver cancer, gastric cancer, lung cancer, and pancreatic cancer) was assessed by multivariate Cox regression analysis adjusted for age, sex, CCI, co-medications (aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral therapy for HBV or HCV infection), comorbidities (HCD, hyperlipidemia, DM, and CKD), and the calendar date at the start of follow-up.

Ranitidine users were divided into groups according to drug exposure: 90–180 DDDs, 181–270 DDDs, 271–360 DDDs, >360 DDDs, and an unexposed group. After adjusting for potential confounders, we found that ranitidine use was a potential risk factor for liver cancer development. For patients with relatively limited exposure to ranitidine (<360 DDDs), ranitidine did not significantly affect the risk of developing liver cancer compared with nonusers (Figure 4). However, increased ranitidine exposure was associated with liver cancer risk. For patients with >360 DDDs, the adjusted HR of liver cancer development was 1.42 (95% CI: 1.22–1.66; $p < 0.001$) compared with that in the non-ranitidine group (Table 3).

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469



**Figure 4.** Cumulative incidences of liver cancer for different prescription durations after adjustment for competing risks. Abbreviations: DDDs, defined daily doses.

**Table 3.** Estimates for the association between ranitidine use duration and cancer risk compared with non-ranitidine use by multivariate Cox proportional hazards regression.

|  | Liver Cancer | *p* | Gastric Cancer | *p* | Lung Cancer | *p* | Pancreatic Cancer | *p* |
|---|---|---|---|---|---|---|---|---|
| Never used | 1.00 |  | 1.00 |  | 1.00 |  | 1.00 |  |
| 90–180 DDDs * | 1.03 (0.89–1.18) | 0.690 | 1.26 (1.00–1.59) | 0.049 | 1.25 (1.09–1.44) | 0.002 | 1.64 (1.19–2.26) | 0.003 |
| 181–270 DDDs | 1.12 (0.93–1.34) | 0.220 | 1.13 (0.82–1.54) | 0.452 | 1.09 (0.90–1.32) | 0.403 | 1.10 (0.69–1.77) | 0.682 |
| 271–360 DDDs | 1.26 (0.99–1.61) | 0.064 | 1.27 (0.84–1.93) | 0.252 | 1.31 (1.02–1.68) | 0.032 | 0.92 (0.45–1.89) | 0.816 |
| Over 360 DDDs | 1.42 (1.22–1.66) | <0.001 | 1.33 (1.02–1.74) | 0.037 | 1.04 (0.87–1.24) | 0.658 | 1.22 (0.80–1.85) | 0.358 |

\* Abbreviations: DDDs, defined daily doses.

Regression was adjusted for age, sex, the Charlson comorbidity index, co-medications (aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors, and antiviral therapy for hepatitis B or C), comorbidities (hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, and chronic kidney disease), and calendar year at the start of follow-up.

### 3.2. Comparison between Ranitidine and Famotidine for the Association with Patient Outcomes

To avoid potential indication bias, we selected non-ranitidine users (control subjects) by PSM for the famotidine cohort, with a ranitidine–famotidine ratio of 1:1. This subgroup was added to determine whether the use of ranitidine increases the risk of developing cancers due to the related indication.

We screened the risk for cancer in the ranitidine (*n* = 35,269) and famotidine (*n* = 35,269) cohorts (Figure 1). Ranitidine users who were statistically matched with famotidine users were selected, adjusting for the following factors: age, sex, indications, co-medications, and comorbidities.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

The prevalence of overall cancer was 3052 (8.7%) in the ranitidine group and 2924 (8.3%) in the famotidine group. The overall cancer risk was statistically different between these two groups (adjusted HR, 1.07; 95% CI, 1.02–1.12, $p$ = 0.010). Significant differences were also observed in liver (adjusted HR, 1.22; 95% CI, 1.06–1.40, $p$ = 0.005) and renal cancer (adjusted HR, 1.33; 95% CI, 1.02–1.73, $p$ = 0.034) outcomes between the two groups (Table 4).

In the Kaplan–Meier analysis, we found that liver cancer risk was significantly different between the ranitidine and famotidine cohorts with a balanced model ($p$ = 0.019, Figure 5A). Moreover, the liver cancer risk was significantly higher in the ranitidine cohort than in non-ranitidine with famotidine and non-ranitidine without famotidine cohorts ($p$ < 0.001 and $p$ = 0.02, respectively; Figure 5B). Therefore, the pattern of the cumulative incidence of liver cancer was the same in the non-ranitidine groups, regardless of famotidine use.



**Figure 5.** (**A**) Cumulative incidences of liver cancer between ranitidine and famotidine users after adjustment for competing risks. (**B**) Cumulative incidences of liver cancer among ranitidine, non-ranitidine with famotidine, and non-ranitidine without famotidine users after adjustment for competing risks.

**Table 4.** Risk of cancer between famotidine and ranitidine users.

| Cancers | Famotidine | % | Ranitidine | % | Total | *p*-Value | HR (95% CI) | *p*-Value |
|---|---|---|---|---|---|---|---|---|
| Liver cancer | 380 | 1.1% | 442 | 1.3% | 822 | 0.032 | 1.22(1.06–1.40) | 0.005 |
| Oral cancer | 125 | 0.4% | 107 | 0.3% | 232 | 0.237 | 0.87(0.67–1.12) | 0.286 |
| Esophageal cancer | 52 | 0.1% | 60 | 0.2% | 112 | 0.451 | 1.19(0.82–1.72) | 0.364 |
| Gastric cancer | 142 | 0.4% | 165 | 0.5% | 307 | 0.208 | 1.19(0.95–1.49) | 0.122 |
| Colon cancer | 365 | 1.0% | 309 | 0.9% | 674 | 0.033 | 0.86(0.74–1.01) | 0.059 |
| Rectal cancer | 193 | 0.5% | 195 | 0.6% | 388 | 0.919 | 1.03(0.84–1.26) | 0.768 |
| Pancreas cancer | 66 | 0.2% | 80 | 0.2% | 146 | 0.281 | 1.25(0.90–1.73) | 0.186 |
| Lung cancer | 356 | 1.0% | 400 | 1.1% | 756 | 0.116 | 1.15(1.00–1.33) | 0.052 |
| Bone cancer * | n/a | n/a | n/a | n/a | n/a | n/a | 1.51(0.25–9.03) | 0.652 |
| Bladder cancer | 116 | 0.3% | 117 | 0.3% | 233 | 0.948 | 1.03(0.80–1.33) | 0.830 |
| Renal cancer | 98 | 0.3% | 128 | 0.4% | 226 | 0.053 | 1.33(1.02–1.73) | 0.034 |
| Thyroid cancer | 71 | 0.2% | 63 | 0.2% | 134 | 0.545 | 0.89(0.64–1.25) | 0.514 |
| Skin cancer | 137 | 0.4% | 137 | 0.4% | 274 | 1.000 | 1.02(0.81–1.30) | 0.842 |
| All cancers | 2924 | 8.3% | 3052 | 8.7% | 5976 | 0.086 | 1.07(1.02–1.12) | 0.010 |

* According to the data protection policy of NHIRD, the data on cancers with <3 cases cannot be provided.

### 3.3. Comparison between Ranitidine and PPIs for Their Association with Liver Cancer

Considering another potential indication bias, we categorized the non-ranitidine users (control subjects) into those with and without PPI use. This subgroup analysis aimed to

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

determine whether ranitidine use increased liver cancer risk due to an alternative medicine with a related indication.

We screened the risk for cancer in the ranitidine ($n = 55{,}110$), ranitidine without PPI ($n = 51{,}361$), and ranitidine with PPI ($n = 3749$) cohorts (Figure 6). Ranitidine users were selected to adjust for the following factors: age, sex, indications, co-medications, and comorbidities.

The liver cancer risk was significantly higher in the ranitidine group than in the non-ranitidine without PPI group (adjusted HR, 1.16; 95% CI, 1.04–1.30, $p = 0.006$). Furthermore, liver cancer risk was significantly lower in the non-ranitidine with PPI group than in the non-ranitidine without PPI group (adjusted HR, 0.49; 95% CI, 0.33–0.75, $p = 0.001$). In the Kaplan–Meier analysis, we found that liver cancer risk was significantly higher in the ranitidine group than in the non-ranitidine without PPI and non-ranitidine with PPI groups ($p = 0.032$ and $p < 0.001$, respectively; Figure 6).



| Num. at risk | .00 | 2.00 | 4.00 | 6.00 | 8.00 | 10.00 | 12.00 | 14.00 | 16.00 | 18.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| Ranitidine | 55,110 | 49,212 | 42,740 | 35,500 | 28,868 | 24,346 | 21,487 | 18,180 | 12,982 | 4,605 |
| Non-Ranitidine Without PPI | 51,361 | 45,968 | 40,002 | 33,387 | 27,353 | 23,181 | 20,507 | 17,264 | 12,272 | 4,391 |
| Non-Ranitidine With PPI | 3,749 | 3,454 | 3,069 | 2,635 | 2,150 | 1,845 | 1,642 | 1,392 | 987 | 363 |

**Figure 6.** Cumulative incidences of liver cancer among ranitidine, non-ranitidine with PPI, and non-ranitidine without PPI users after adjustment for competing risks.

## 4. Discussion

The current research, a population-level epidemiologic study, evaluated cancer risk attributed to long-term ranitidine use, which was linked with NDMA exposure, which led to a higher liver cancer risk than the non-ranitidine group and the famotidine group. Several epidemiological analyses have reported the public health concern of NDMA exposure, which has been linked to an increased risk of stomach and colon cancers [11,12,35]. The carcinogenic effects of NDMA theoretically result from inducing DNA-damaging metabolites in the gastrointestinal tract and liver, as suggested by animal studies. Notably, NDMA is metabolized in the liver by CYP2E1 to methyl diazonium, leading to mutations caused by methylation and the development of liver cancer [3,36]. Several studies have reported that hypoacidity due to acid-suppressive medication use also plays a critical role in the development of liver and gastric cancers. The hypothesized mechanisms include bacterial overgrowth, the formation of N-nitroso compounds, lipopolysaccharides, and deoxycholic acid, which have been linked to the development of liver cancer [37–43]. Additionally, higher gastrin levels following PPI or H2RA use may be associated with gastrointestinal malignancies [44,45].

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

Therefore, it is reasonable to assume that a link between acid-suppressive medication use and cancer development may be based on differing mechanisms. However, the clear data from our real-world observational study strongly support the pathogenic role of NDMA contamination, given that long-term ranitidine use is associated with a higher likelihood of cancer development in ranitidine users compared to the control groups of non-ranitidine users who were treated with PPIs or famotidine. Conversely, an increasing number of recent clinical and epidemiological studies [14,15] concluded that there is no convincing evidence of the carcinogenic potency of ranitidine. Nevertheless, the limitations of the two studies mentioned above should be considered since their small sample size and short follow-up duration may cause statistical bias and inaccurate conclusions. One notable strength of our study is the huge population size selected from a high-quality nationwide and population-based database with a long follow-up period of 18 years. Specifically, it was based on a cohort design of a seemingly prospective technique to explore ranitidine exposure and cancer outcomes. Additionally, outcome data were retrieved from formal cancer registries, which are more accurate than other sources. Using PSM, our study constructed an artificial control group (non-ranitidine users) with similar characteristics by combining it with additional matching for multiple prognostic factors or regression adjustment. Using these matches, we estimated the impact of ranitidine intervention on cancer risk, which showed increased odds of developing liver, lung, pancreatic, and gastric cancers. The Kaplan–Meier analysis of our 18-year dataset confirmed these findings.

We included a second active comparator group of individuals who were also prescribed famotidine, containing no NDMA and used for an almost identical indication, which might minimize potential bias to clarify potential confounding by indication.

The overall cancer risk was statistically different between these two groups compared with famotidine or non-ranitidine users. Notably, liver and renal cancers were more common among ranitidine users. Furthermore, the Kaplan–Meier analysis revealed that liver cancer risk was significantly higher in the ranitidine cohort than in the famotidine cohort. Our study observed this outcome using non-ranitidine users as a control group. Additionally, this result contradicts other reports [14,15]. Therefore, based on a direct comparison with either the non-ranitidine group or the famotidine group (similar indication to ranitidine users), only liver cancer displayed a significant association with long-term ranitidine use. This approach was used to ameliorate the implicit indication bias that occurs when the cancer risk is related to the indication for medication use but not to the use of the medication itself [46].

Another comparative approach in our study revealed the association of ranitidine usage with four individual cancers with a high incidence rate (per 1000 person-years), including liver, lung, gastric, and pancreatic cancers, compared with the general population. However, as stated by Roberts et al. [27,47,48], the preference for a pharmacoepidemiological study of drug safety is to develop a new-user design rather than a prevalent-user design in which patients have already been receiving therapy for some time before the study follow-up begins. Therefore, our study used 1 year as the washout period, during which the participants were taken off ranitidine, to remove the effects of treatment before the study initiation. Nonetheless, ranitidine still showed similar results after excluding "protopathic bias" [49], meaning that ranitidine use sometimes precedes cancer development before it is diagnosed.

A positive quality of our study is the use of PSM [50] in a population-based cohort design, which imitates a randomized trial to control for confounding factors that mostly depend on selecting the documented confounders used in the matching model [51]. These potential confounders in our study, which were causally associated with cancer development, include age, sex, CCI, comorbidities, and medications. Nonetheless, PSM cannot specifically balance unknown factors as randomized controlled trials (RCTs) do. Therefore, some experts [52] argued that substantial bias exists in a PSM study, which is one of our study limitations. However, despite having this limitation, PSM potentially takes advantage of the ability to generate a huge sample size from a large database within a short time.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

Moreover, it is impractical and unethical to conduct an RCT to test the carcinogenicity of ranitidine in a patient.

In an additional dose–response subanalysis, given that drug–cancer associations are mostly dose-dependent, we further stratified the extent of NDMA exposure by cumulative ranitidine usage based on drug exposure: 90–180 DDDs, 181–270 DDDs, 271–360 DDDs, >360 DDDs, and an unexposed group. Notably, when considering the dose–response of ranitidine usage, there were significant trends of increased liver cancer risk with an increasing dose of ranitidine. However, there was no continuous dose–response relationship among the other individual cancers. Additionally, Iwagami et al. [14] reported contrary results, although they acknowledged a weakness in the study design due to the limited sample size and statistical power.

The conclusive results of our study after gathering data emphasize that consuming high levels of NDMA due to ranitidine use is linked to liver cancer development. Many current pieces of evidence based on several animal studies propose that NDMA affects liver cancer development, mostly originating from a detailed exploration of the molecular basis of NDMA's carcinogenic action [53–57]. For example, Souliotis et al. [58] reported that rats exposed to hepatocarcinogenic NDMA (0.2–2.64 ppm in the drinking water) for up to 180 days had a rapid accumulation of N7- and O6-methylguanine in the liver and white blood cells. The analysis of DNA, with the maximum adduct levels reached within 1–7 days dose-dependently, indicates that the accumulation of DNA damage and alterations in hepatocyte DNA replication during chronic NDMA exposure may influence the dose dependence of its carcinogenic efficacy. Notably, in the actual scenario, our result agrees with the above experimental data on the cumulative dose of ranitidine usage, which plays a vital role in hepatocarcinogenesis.

The present study has several limitations. First, it was constrained by the study design since we could not accurately estimate the NDMA level. Second, there were no data available in our database regarding certain confounders, such as alcohol consumption and cigarette smoking. Third, the patients' medication compliance cannot be detected from the NHIRD. Fourth, there was scarce information regarding over-the-counter ranitidine usage, which caused the underestimation of ranitidine exposure. Fifth, the NHIRD data used in our study was not the most recent. Sixth, the NHIRD lacks specific laboratory information. Finally, potential misdiagnosis, including comorbidities and cancer categories, is possible in the NHIRD due to the potential misclassification of ICD-9-CM and ICD-10-CM codes.

## 5. Conclusions

To conclude, the clinically meaningful results of this large-scale, longitudinal population-based cohort study using an excellent prescription and cancer database provide concrete evidence with very convincing long-term follow-up information for exploring the causative role of ranitidine in increasing the risk of carcinogenic effects on the liver, which was primarily caused by increasingly heavier ranitidine usage. However, to elucidate the underlying mechanisms of its causal association, further studies are necessary.

**Author Contributions:** Conceptualization, C.-H.W. and I.-I.C.; methodology, Y.-T.T.; software, Y.-T.T.; validation, Y.-T.T.; formal analysis, Y.-T.T.; investigation, C.-H.W. and I.-I.C.; resources, C.-H.W. and C.-H.C.; data curation, C.-H.W.; writing—original draft preparation, C.-H.W.; writing—review and editing, I.-I.C.; visualization, Y.-T.T.; supervision, C.-H.W.; project administration, C.-H.W.; funding acquisition, C.-H.W. and C.-H.C. All authors have read and agreed to the published version of the manuscript.

**Funding:** This research was funded by grant number RD-111-05, and the APC was funded by Tainan Municipal Hospital.

**Institutional Review Board Statement:** The study was conducted in accordance with the Declaration of Helsinki and approved by the Institutional Review Board of Show Chwan Memorial Hospital (IRB-No: 1101105) for studies involving humans.

**Informed Consent Statement:** Considering that the NHIRD dataset consists of encrypted secondary data, each person is impossible to identify; thus, the informed consent requirement was waived.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

14 of 16

**Data Availability Statement:** The NHIRD protects personal electronic data by rigorous confidentiality guidelines. The results presented in the study are available from the NHIRD of Taiwan for researchers who meet the criteria for access to confidential data, which cannot be shared publicly because of legal restrictions imposed by the government of Taiwan under the "Personal Information Protection Act". Requests for data can be sent as a formal proposal to the NHIRD (https://dep.mohw.gov.tw/dos/np-2497-113.html, accessed on 1 August 2022). The contact information for needed data is: 886-2-85906828; Email: sthuiying@mohw.gov.tw.

**Conflicts of Interest:** The authors declare no conflict of interest. The funding sources had no role in the design, analysis, interpretation, or reporting of results or in the decision to submit the manuscript for publication.

## References

1. Lipsy, R.J.; Fennerty, B.; Fagan, T.C. Clinical review of histamine2 receptor antagonists. *Arch. Intern. Med* **1990**, *150*, 745–751. [CrossRef] [PubMed]
2. Vermeer, N.S.; Straus, S.M.; Mantel-Teeuwisse, A.K.; Domergue, F.; Egberts, T.C.; Leufkens, H.G.; De Bruin, M.L. Traceability of biopharmaceuticals in spontaneous reporting systems: A cross-sectional study in the FDA Adverse Event Reporting System (FAERS) and EudraVigilance databases. *Drug Saf.* **2013**, *36*, 617–625. [CrossRef] [PubMed]
3. Tricker, A.R.; Preussmann, R. Carcinogenic N-nitrosamines in the Diet: Occurrence, Formation, Mechanisms and Carcinogenic Potential. *Mutat. Res. Genet. Toxicol.* **1991**, *259*, 277–289. [CrossRef]
4. U.S. Food and Drug Administration. FDA Updates and Press Announcements on NDMA in Zantac (Ranitidine). Available online: https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcementsndma-zantac-ranitidine (accessed on 16 April 2020).
5. European Medicines Agency. EMA Reviewing Medicines Containing Valsartan from Zhejiang Huahai Following the Detection of an Impurity. 2018. Available online: http://www.ema.europa.eu/ema/index.jsp?curl=pages/news_and_events/news/2018/07/news_detail_002984.jsp&mid=WC0b01ac058004d5c1 (accessed on 24 August 2018).
6. Mahase, E. FDA recalls ranitidine medicines over potential cancer causing impurity. *BMJ* **2019**, *367*, l5832. [CrossRef]
7. Medicines and Healthcare Products Regulatory Agency. Class 2 Medicines Recall: Zantac Injection 50 mg/2 mL, Zantac Syrup 150 mg/10 mL, Zantac Tablets 150 mg, Zantac Tablets 300 mg (EL (19)A 24). 8 October 2019. Available online: https://www.gov.uk/drug-devic-alerts/class-2-medicines-recall-zantac-injection-50mg-2ml-zantac-syrup-150mg-10ml-zantac-tablets-150mg-zantac-tablets-300mg-el-19-a-24 (accessed on 22 June 2020).
8. Lijinsky, W.; Reuber, M.D. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. *Cancer Lett.* **1984**, *22*, 83–88. [CrossRef]
9. International Agency for Research on Cancer. Overall Evaluations of Carcinogenicity: And Updating of IARC Monographs, Volume 1 to 42. In *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Supplement 7*; IARC: Lyon, France, 1987; Volume 7, pp. 1–440.
10. Brambilla, G.; Cavanna, M.; Faggin, P.; Maura, A.; Pino, A.; Ricci, R.; Robbiano, L. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. *Carcinogenesis* **1983**, *4*, 1281–1285. [CrossRef]
11. Loh, Y.H.; Jakszyn, P.; Luben, R.N.; Mulligan, A.A.; Mitrou, P.N.; Khaw, K.T. N-Nitroso compounds and cancer incidence: The European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am. J. Clin. Nutr.* **2011**, *93*, 1053–1061. [CrossRef]
12. Zhu, Y.; Wang, P.P.; Zhao, J.; Green, R.; Sun, Z.; Roebothan, B.; Squires, J.; Buehler, S.; Dicks, E.; Zhao, J.; et al. Dietary N-nitroso compounds and risk of colorectal cancer: A case-control study in Newfoundland and Labrador and Ontario, Canada. *Br. J. Nutr.* **2014**, *111*, 1109–1117. [CrossRef]
13. Habel, L.A.; Levin, T.R.; Friedman, G.D. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol. Drug Saf.* **2000**, *9*, 149–155. [CrossRef]
14. Iwagami, M.; Kumazawa, R.; Miyamoto, Y.; Ito, Y.; Ishimaru, M.; Morita, K.; Hamada, S.; Tamiya, N.; Yasunaga, H. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005–2018. *Drug Saf.* **2021**, *44*, 361–371. [CrossRef]
15. Yoon, H.J.; Kim, J.-H.; Seo, G.H.; Park, H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J. Clin. Med.* **2021**, *10*, 153. [CrossRef]
16. Kantor, E.D.; O'Connell, K.; Du, M.; Mendelsohn, R.B.; Liang, P.S.; Braunstein, L.Z. Ranitidine use and cancer risk: Results from UK Biobank. *Gastroenterology* **2021**, *160*, 1856–1859. [CrossRef]
17. Cardwell, C.R.; McDowell, R.D.; Hughes, C.M.; Hicks, B.; Murchie, P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am. J. Gastroenterol.* **2021**, *116*, 1612–1619. [CrossRef]
18. McGwin, G. The Associa-tion between Ranitidine Use and Gas-trointestinal Cancers. *Cancers* **2021**, *13*, 24. [CrossRef]
19. Song, P.; Wu, L.; Guan, W. Dietary nitrates, nitrites, and nitrosamines intake and the risk of gastric cancer: A meta-analysis. *Nutrients* **2015**, *7*, 9872–9895. [CrossRef]

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

20. Hidajat, M.; McElvenny, D.M.; Ritchie, P.; Darnton, A.; Mueller, W.; Van Tongeren, M.; De Vocht, F. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup. Environ. Med.* **2019**, *76*, 250–258. [CrossRef]

21. Tran-Duy, A.; Spaetgens, B.; Hoes, A.W.; de Wit, N.J.; Stehouwer, C.D. Use of proton pump inhibitors and risks of fundic gland polyps and gastric cancer: Systematic review and meta-analysis. *Clin. Gastroenterol. Hepatol.* **2016**, *14*, 1706–1719. [CrossRef]

22. Cheung, K.S.; Chan, E.W.; Wong, A.Y.; Chen, L.; Wong, I.C.; Leung, W.K. Long-term proton pump inhibitors and risk of gastric cancer development after treatment for Helicobacter pylori: A population-based study. *Gut* **2018**, *67*, 28–35. [CrossRef]

23. Li, D.K.; Yan, P.; Abou-Samra, A.B.; Chung, R.T.; Butt, A.A. Proton pump inhibitors are associated with accelerated development of cirrhosis, hepatic decompensation and hepatocellular carcinoma in noncirrhotic patients with chronic hepatitis C infection: Results from ERCHIVES. *Aliment. Pharmacol. Ther.* **2018**, *47*, 246–258. [CrossRef]

24. Lai, S.W.; Liao, K.F.; Lai, H.C.; Lin, C.L.; Sung, F.C. Proton pump inhibitors and risk of hepatocellular carcinoma: A case-control study in Taiwan. *Acta Gastro-Enterol. Belg.* **2013**, *76*, 348–350.

25. Kao, W.-Y.; Su, C.-W.; Tan, E.C.-H.; Lee, P.-C.; Chen, P.-H.; Tang, J.-H.; Huang, Y.-H.; Huo, T.-L.; Chang, C.-C.; Hou, M.-C.; et al. Proton pump inhibitors and risk of hepatocellular carcinoma in patients with chronic hepatitis B or C. *Hepatology* **2019**, *69*, 1151–1164. [CrossRef] [PubMed]

26. Kim, S.; Jeong, S.; Park, S.J.; Chang, J.; Choi, S.; Cho, Y.; Ahn, J.C.; Lee, G.; Son, J.S.; Park, S.M. Association between Proton Pump Inhibitor Use and Risk of Hepatocellular Carcinoma: A Korean Nationally Representative Cohort Study. *J. Clin. Med.* **2022**, *11*, 2865. [CrossRef] [PubMed]

27. World Health Organization. ATC/DDD Index 2020. Available online: https://www.whocc.no/atc_ddd_index/ (accessed on 22 June 2020).

28. Wesdorp, I.C.; Dekker, W.; Klinkenberg-Knol, E.C. Treatment of reflux oesophagitis with ranitidine. *Gut* **1983**, *24*, 921–924. [CrossRef]

29. Ashton, M.G.; Holdsworth, C.D.; Ryan, F.P.; Moore, M. Healing of gastric ulcers after one, two, and three months of ranitidine. *Br. Med. J. (Clin. Res. Ed.)* **1982**, *284*, 467–468. [CrossRef] [PubMed]

30. Roberts, A.W.; Dusetzina, S.B.; Farley, J.F. Revisiting the washout period in the incident user study design: Why 6–12 months may not be sufficient. *J. Comp. Eff. Res.* **2015**, *4*, 27–35. [CrossRef]

31. Greifer, N. Estimating Effects After Matching. MatchIt: Nonparametric Preprocessing for Parametric Causal Inference. Available online: https://cran.r-project.org/web/packages/MatchIt/vignettes/estimating-effects.html (accessed on 1 August 2022).

32. Abadie, A.; Spiess, J. Robust post-matching inference. *J. Am. Stat. Assoc.* **2022**, *117*, 983–995. [CrossRef]

33. Higbee, J.D.; Lefler, J.S.; Burnett, R.T; Ezzati, M.; Marshall, J.D.; Kim, S.-Y.; Bechle, M.; Robinson, A.L.; Pope, C.A., III. Estimating long-term pollution exposure effects through inverse probability weighting methods with Cox proportional hazards models. *Environ. Epidemiol.* **2020**, *4*, e085. [CrossRef]

34. Davison, A.C.; Hinkley, D.V. *Bootstrap Methods and Their Application*; Cambridge University Press: Cambridge, UK, 2013.

35. Knekt, P.; Järvinen, R.; Dich, J.; Hakulinen, T. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: A follow-up study. *Int. J. Cancer* **1999**, *80*, 852–856. [CrossRef]

36. Bartsch, H.; KO'Neill, I. Ninth International Meeting on N-Nitroso Compounds: Exposures, Mechanisms, and Relevance to Human Cancer. *Cancer Res.* **1988**, *48*, 4711–4714.

37. Thorens, J.; Froehlich, F.; Schwizer, W.; Saraga, E.; Bille, J.; Gyr, K.; Duroux, P.; Nicolet, M.; Pignatelli, B.; Blum, A.L.; et al. Bacterial overgrowth during treatment with omeprazole compared with cimetidine: A prospective randomised double blind study. *Gut* **1996**, *39*, 54–59. [CrossRef]

38. Laine, L.; Ahnen, D.; McClain, C.; Solcia, E.; Walsh, J.H. potential gastrointestinal effects of long-term acid suppression with proton pump inhibitors. *Aliment. Pharmacol. Ther.* **2000**, *14*, 651–668. [CrossRef]

39. Tao, X.; Wang, N.; Qin, W. Gut microbiota and hepatocellular carcinoma. *Gastrointest. Tumors* **2015**, *2*, 33–40. [CrossRef]

40. Tannenbaum, S.R. N-nitroso compounds: A perspective on human exposure. *Lancet* **1983**, *1*, 629–632. [CrossRef]

41. Mitacek, E.J.; Brunnemann, K.D.; Suttajit, M.; Martin, N.; Limsila, T.; Ohshima, H.; Caplan, L.S. Exposure to N-nitroso compounds in a population of high liver cancer regions in Thailand: Volatile nitrosamine (VNA) levels in Thai food. *Food Chem. Toxicol.* **1999**, *37*, 297–305. [CrossRef]

42. Jirillo, E.; Caccavo, D.; Magrone, T.; Piccigallo, E.; Amati, L.; Lembo, A.; Kalis, C.; Gumenscheimer, M. The role of the liver in the response to LPS: Experimental and clinical findings. *J. Endotoxin Res.* **2002**, *8*, 319–327. [CrossRef]

43. Darnaud, M.; Faivre, J.; Moniaux, N. Targeting gut flora to prevent progression of hepatocellular carcinoma. *J. Hepatol.* **2013**, *58*, 385–387. [CrossRef]

44. Orlando, L.A.; Lenard, L.; Orlando, R.C. Chronic hypergastrinemia: Causes and consequences. *Dig. Dis. Sci.* **2007**, *52*, 2482–2489. [CrossRef]

45. Moore, T.C.; Jepeal, L.I.; Boylan, M.O.; Singh, S.K.; Boyd, N.; Beer, D.G.; Chang, A.J.; Wolfe, M.M. Gastrin stimulates receptor-mediated proliferation of human esophageal adenocarcinoma cells. *Regul. Pept.* **2004**, *120*, 195–203. [CrossRef]

46. Salas, M.; Hotman, A.; Stricker, B.H. Confounding by indication: An example of variation in the use of epidemiologic terminology. *Am. J. Epidemiol.* **1999**, *149*, 981–983. [CrossRef]

47. Ray, W.A. Evaluating medication effects outside of clinical trials: New-user designs. *Am. J. Epidemiol.* **2003**, *158*, 915–920. [CrossRef]

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

48. Perrio, M.; Waller, P.C.; Shakir, S.A. An analysis of the exclusion criteria used in observational pharmacoepidemiological studies. *Pharmacoepidemiol. Drug Saf.* **2007**, *16*, 329–336. [CrossRef]
49. Horwitz, R.I.; Feinstein, A.R. The problem of "protopathic bias" in case-control studies. *Am. J. Med.* **1980**, *68*, 255–258. [CrossRef]
50. Stürmer, T.; Joshi, M.; Glynn, R.J.; Avorn, J.; Rothman, K.J.; Schneeweiss, S. A review of the application of propensity score methods yielded increasing use, advantages in specific settings, but not substantially different estimates compared with conventional multivariable methods. *J. Clin. Epidemiol.* **2006**, *59*, 437.e1–437.e24. [CrossRef] [PubMed]
51. Hallas, J.; Pottegård, A. Use of self-controlled designs in pharmacoepidemiology. *J. Intern. Med.* **2014**, *275*, 581–589. [CrossRef] [PubMed]
52. Peikes, D.N.; Moreno, L.; Orzol, S.M. Propensity score matching: A note of caution for evaluators of social programs. *Am. Stat.* **2008**, *62*, 222–231. [CrossRef]
53. Swenberg, J.A.; Bedell, M.A.; Billings, K.C.; Umbenhauer, D.R.; Pegg, A.E. Cell-specific differences in O6-alkylguanine DNA repair activity during continuous exposure to carcinogen. *Proc. Natl. Acad. Sci. USA* **1982**, *79*, 5499–5502. [CrossRef]
54. Bedell, M.A.; Lewis, J.G.; Billings, K.C.; Swenberg, J.A. Cell specificity in hepatocarcinogenesis: 06-methylguanine preferentially accumulates in target cell DNA during continuous exposure of rats to 1,2-dimethylhydrazine. *Cancer Res.* **1982**, *42*, 3079–3083.
55. Dumenco, L.L.; Allay, E.; Norton, K.; Gerson, S.L. The prevention of thymic lymphomas in transgenic mice by human O6-alkylguanine-DNA alkyltransferase. *Science* **1993**, *259*, 219–222. [CrossRef]
56. Nakatsuru, Y.; Matsukuma, S.; Nemoto, N.; Sugano, H.; Sekiguchi, M.; Ishikawa, T. O6-methylguanine-DNA methyltransferase protects against nitrosamine-induced hepatocarcinogenesis. *Proc. Natl. Acad. Sci. USA* **1993**, *90*, 6468–6472. [CrossRef]
57. Zaidi, N.H.; Pretlow, T.P.; O'Riordan, M.A.; Dumenco, L.L.; Allay, E.; Gerson, S.L. Transgenic expression of human MGMT protects against azoxymethane-induced aberrant crypt foci and G to A mutations in the K-ras oncogene of mouse colon. *Carcinogenesis* **1995**, *16*, 451–456. [CrossRef]
58. Souliotis, V.L.; Henneman, J.R.; Reed, C.D.; Chhabra, S.K.; Diwan, B.A.; Anderson, L.M.; Kyrtopoulos, S.A. DNA adducts and liver DNA replication in rats during chronic exposure to N-nitrosodimethylamine (NDMA) and their relationships to the dose-dependence of NDMA hepatocarcinogenesis. *Mutat. Res. Fundam. Mol. Mech. Mutagen.* **2002**, *500*, 75–87. [CrossRef]