# Salmon
# Deposition and Exhibits

# EXHIBIT
# 755

Page 1

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF FLORIDA
3    MDL NO. 2924
     20-MD-2924
4    -----------------------------------x
5    IN RE: ZANTAC (RANITIDINE)
     PRODUCTS LIABILITY
6    LITIGATION
7    THIS DOCUMENT RELATES TO:
8    ALL CASES
9    -----------------------------------x
10   SUPERIOR COURT OF THE STATE OF CALIFORNIA
     COUNTY OF ALAMEDA
11   CCP NO. 5150
     -----------------------------------x
12   COORDINATION PROCEEDING SPECIAL TITLE
     (Rule 3.550)
13
     RANITIDINE PRODUCTS CASES
14
15   THIS DOCUMENT RELATES TO:
16   ALL ACTIONS
     -----------------------------------x
17                   October 25, 2022
                     9:02 a.m. PST
18
             ***** CONFIDENTIAL *****
19
             Remote Videotaped Deposition of
20
     ANDREW SALMON, D.PHIL., taken by Defendant,
21
     pursuant to Notice, held via Zoom videoconference,
22
     before Sharon Pearce, RMR, CRR, CRC, NYRCR,
23
     Registered Diplomate Reporter, Registered Realtime
24
     Reporter, Registered Realtime Captioner, and Notary
25
     Public of the State of New York.

Page 2

```
 1
 2   A P P E A R A N C E S:
 3
 4   HAUSFELD LLP
     1 Marina Park Drive
 5   Suite 1410
     Boston, Massachusetts 02210
 6       Attorneys for Plaintiffs
     BY:   STEVEN ROTMAN, ESQ.
 7       srotman@hausfeld.com
         COLLEEN RYF, ESQ.
 8       cryf@hausfeld.com
 9
10
11   ANAPOL WEISS
     130 N. 18th Street
12   Suite 1600
     Philadelphia, Pennsylvania 19103
13       Attorneys for Plaintiffs
     BY:   TRACY FINKEN, ESQ.
14       tfinken@anapolweiss.com
15
16
17   LEVIN PAPANTONIO RAFFERTY
     316 South Baylon Street
18   Pensacola, Florida 32502
         Attorneys for Plaintiffs
19   BY:   DANIEL NIGH, ESQ.
         dnigh@levinlaw.com
20
21
22
23
24
25
```

Page 3

A  P  P  E  A  R  A  N  C  E  S(Cont'd):

CHAFFIN LUHANA LLP
600 Third Avenue
12th Floor
New York, New York 10016
        Attorneys for Plaintiffs
BY:   ROOPAL P. LUHANA, ESQ.
        luhana@chaffinluhana.com
        GEOFFREY SPAULDING, ESQ.
        spaulding@chaffinluhana.com
        KENDRA GOLDHIRSCH, ESQ.
        goldhirsch@chaffinluhana.com
        COURTNEY GRIFFIN, ESQ.
        griffin@chaffinluhana.com
        JESSICA SZUMLA, ESQ.
        szumla@chaffinluhana.com


MARTIN, HARDING & MAZZOTTI, LLP
100 Park Avenue Center
16th Floor
New York, New York 10017
        Attorneys for Plaintiffs
BY:   ROSEMARIE BOGDAN, ESQ.
        rosemarie.bogdan@1800law1010.com


NATHAN A. SCHACHTMAN, ESQ., PC
325 E. 79th Street
16D
New York, New York 10075
        Attorneys for Dr. Reddy's Laboratories
BY:   NATHAN A. SCHACHTMAN, ESQ.
        nathan@schachtmanlaw.com

Page 4

```
 1
 2   A P P E A R A N C E S(Cont'd):
 3
 4   KING & SPALDING LLP
     1180 Peachtree Street, NE
 5   Suite 1600
     Atlanta, Georgia 30309
 6       Attorneys for Defendants Boehringer
         Ingelheim Pharmaceuticals,
 7       Inc., Boehringer Ingelheim
         Corporation, Boehringer
 8       Ingelheim USA Corporation,
         Boehringer Ingelheim
 9       International GmbH,
         Boehringer Ingelheim Promeco,
10       S.A. de C.V.
     BY:   EVA CANAAN, ESQ.
11       ecanaan@kslaw.com
         FLORENZ CRUZ, ESQ.
12       fcruz@kslaw.com
13
14
15   SHOOK, HARDY & BACON L.L.P
     1230 Peachtree Street
16   NW Suite 1200
     Atlanta, Georgia 30309
17       Attorneys for Defendant GlaxoSmithKline
     BY:   TOM SHEEHAN, ESQ.
18       tsheehan@shb.com
         PEIYUAN GUO, ESQ.
19       pguo@shb.Com
20
21
22
23
24
25
```

Page 5

```
 1
 2   A P P E A R A N C E S(Cont'd):
 3
 4   DLA PIPER LLP (US)
     33 Arch Street
 5   26th Floor
     Boston, Massachusetts 02110-1447
 6        Attorneys for Defendants Chattem,
          Inc., Sanofi-Aventis U.S. LLC, Sanofi
 7        US Services Inc. And Sanofi S.A.
     BY:  MATTHEW A. HOLIAN, ESQ.
 8        matt.holian@dlapiper.com
 9
10
11
12
13
14
15   ALSO PRESENT:
16   BOB JORISSEN, Videographer
17   LINDSAY duPHILY, Concierge Tech
18
19
20
21
22
23
24
25
```

Page 6

1          SALMON, D.PHIL. - CONFIDENTIAL

2                  (Deposition Exhibit 1,

3          Deposition notice, was hereby marked

4          for identification, as of this date.)

5                  THE VIDEOGRAPHER:  Good morning

6          and afternoon.  We are going on the

7          record at 9:02 a.m. Pacific Daylight

8          Time on Tuesday, October 25, 2022.

9          Please note that audio and video

10         recording will continue with any

11         objection to going off the record.

12                 This is Media Unit 1 of the

13         remote video recorded deposition of

14         Dr. Andrew Salmon In Re Zantac

15         (Ranitidine) Products Liability

16         Litigation filed in the United States

17         District Court, Southern District of

18         Florida, Case No. MDL-2924,

19         20-MD-2924.  The court reporter is

20         Sharon Pearce.  My name is Bob

21         Jorissen, a certified legal video

22         specialist.  We are both here today

23         representing the firm Veritext.

24                 Appearances will be noted on the

25         stenographic record.  And as all

Page 7

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2        parties to this proceedings do, at
 3        this stipulate as to this acceptance
 4        of this remote video arrangement and
 5        the reporter swearing in the witness
 6        remotely.
 7             Would the court reporter please
 8        swear in the witness.
 9   A N D R E W   S A L M O N, D.PHIL.,
10        having first been duly sworn by
11        Sharon Pearce, the Notary Public,
12        was examined and testified as
13        follows:
14             MS. LUHANA:  Counsel, before we
15        get started, I wanted to place on the
16        record that Mr. Salmon was diagnosed
17        with Covid, and he's partially
18        recovered since the beginning of
19        October, but he's still feeling
20        residual symptoms, including fatigue,
21        and hasn't fully recovered.
22             So to the extent, Dr. Salmon,
23        you need any breaks, please make sure
24        you speak up, and I'm sure counsel
25        will do his best to accommodate you.
```

```
 1     SALMON, D.PHIL. - CONFIDENTIAL
 2      Okay?
 3             THE WITNESS:  Okay.  Thank you.
 4  EXAMINATION
 5  BY MR. SHEEHAN:
 6      Q.    Dr. Salmon, good morning.  My
 7  name is Tom Sheehan.  It's good to see you
 8  again.  I had Covid myself.  It was
 9  pretty -- it knocked me off my feet, to
10  say the least.  So to the extent you need
11  a break, just let me know.  Obviously no
12  problem with doing that.
13      A.    Thank you.
14      Q.    I'm not going to go over all the
15  rules.  You understand that you're under
16  oath; correct?
17      A.    Absolutely.
18      Q.    Okay.  And is there anything
19  that prevents you from giving truthful
20  testimony today?
21      A.    No.
22      Q.    Okay.  And to the extent that
23  you do need a break, just recall that the
24  one thing that I would ask is if there is
25  a question pending, please answer the
```

Page 9

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   question, and then of course we can take a
 3   break.  Is that fair?
 4      A.    Yes.  I think so.
 5      Q.    Okay.  Did you bring any
 6   documents to the deposition with you?
 7      A.    I have some paper copies here.
 8   I have the Wang paper, the Cardwell paper.
 9   I have my supplemental report and my
10   original report with me.
11      Q.    Okay.  Great.
12            Is there anything else with you
13   other than the four documents you just
14   mentioned?
15      A.    No.
16            MR. SHEEHAN:  And is anybody
17      else hearing any kind of feedback?
18            THE VIDEOGRAPHER:  Yes, I am.
19      I'm trying to figure out where it
20      might be coming from.
21            THE CONCIERGE:  Could we go off
22      the record one second?
23            THE VIDEOGRAPHER:  Yes.  We'll
24      be going off the record at 9:05 a.m.
25      Stand by.
```

```
                                          Page 10
 1       SALMON, D.PHIL. - CONFIDENTIAL
 2              (Recess)
 3              THE VIDEOGRAPHER:  And we are
 4       back on the record at 9:07 a.m.  Go
 5       ahead, counsel.
 6  BY MR. SHEEHAN:
 7       Q.     Okay.  Dr. Salmon, after a short
 8  break just to fix some audio issues, are
 9  you ready to continue?
10       A.     Yes, I am.
11       Q.     Okay.  Do you have any
12  applications open on your computer that
13  are -- other than the Zoom application for
14  purposes of participating in this
15  deposition?
16       A.     Well, I've got my browser, which
17  includes the Zoom interface and the
18  Veritext Exhibit Share.  I have that
19  opened.
20       Q.     Okay.  Other than the Exhibit
21  Share and the Zoom, there is nothing --
22  there's no other applications that are
23  open on your computer?
24       A.     No applications.  No.
25       Q.     Okay.  And do you have a
```

```
                                        Page 11
 1        SALMON, D.PHIL. - CONFIDENTIAL
 2    telephone with you today?
 3        A.    I have a cellphone in my pocket.
 4    But I think I need to turn that to silent
 5    mode to make sure that I don't get any
 6    calls.
 7        Q.    Okay.
 8             MS. LUHANA:  Dr. Salmon, when
 9        you -- just to interject, I apologize.
10        But you said the Veritext Exhibit
11        Share.  Do you have the Veritext
12        realtime as well?
13             THE WITNESS:  I'm sorry.  Which
14        real -- what realtime?
15             MR. SHEEHAN:  Do we want to go
16        off the record again, Roopal?  I'm
17        just concerned about -- if he wants
18        that, let's go off the record and --
19             MS. LUHANA:  I think he had it
20        opened.  I just want to confirm that,
21        you know --
22             THE WITNESS:  I don't know that
23        I have that at the moment.
24             MS. LUHANA:  Okay.  Let's go off
25        the record to make sure you have that.
```

```
                                              Page 12
 1        SALMON, D.PHIL. - CONFIDENTIAL
 2              THE WITNESS:  Okay.  I've got
 3       the Exhibit Share.
 4              MR. SHEEHAN:  Are we going off
 5       the record here?
 6              MS. LUHANA:  Yeah.  Let's go off
 7       the record.
 8              THE CONCIERGE:  Bob, you're
 9       muted.
10              MS. LUHANA:  So you should have
11       gotten a link for Veritext for
12       realtime.
13              THE VIDEOGRAPHER:  Clear.
14              (Recess)
15              THE VIDEOGRAPHER:  We are back
16       on the record at 9:20 a.m.  Go ahead,
17       counsel.
18   BY MR. SHEEHAN:
19       Q.    Dr. Salmon, after a short break,
20   you now have the realtime feed for
21   purposes of this deposition; is that
22   right?
23       A.    Yes, I do.
24       Q.    Do you feel ready to proceed?
25       A.    Yes.
```

```
                                              Page 13
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2      Q.     Okay.  Can we agree that during
 3   the course of the deposition today, you
 4   will not communicate with counsel via any
 5   messaging app, whether it be on your
 6   computer or on your phone; in other words,
 7   only in connection with an instruction not
 8   to answer a question or during breaks
 9   would you communicate with counsel for
10   plaintiffs.
11           Is that fair?
12      A.     Yes.
13      Q.     Okay.  When did you first become
14   aware of the published Wang study?
15      A.     The beginning of October, when
16   it came out, when it was published.
17      Q.     And how did you become aware of
18   it?
19      A.     Well, I found the -- I found the
20   link, and I obtained the PDF of the paper.
21   That was actually sent to me.  I asked for
22   the -- I asked counsel for that.  They
23   sent it to me.
24      Q.     Okay.  When you say you found
25   the link, is that --
```

```
                                              Page 14
 1        SALMON, D.PHIL. - CONFIDENTIAL
 2        A.     Well --
 3        Q.     Just let me get my question out,
 4    and then --
 5        A.     Sorry.  Sorry.
 6        Q.     We'll try not to talk over one
 7    another today.
 8        A.     I'm sorry.
 9        Q.     When you say you found the link,
10    what do you mean by that?
11        A.     Well, it's one of those things
12    which is publicly accessible on PubMed and
13    sources like that.
14        Q.     And --
15        A.     So once it's published, it's --
16    you know, it's out there.
17        Q.     And do you run searches to alert
18    yourself of new literature that may be
19    relevant to ranitidine and cancer
20    outcomes?
21        A.     From time to time, yes.
22        Q.     And is that how you became aware
23    of the Wang study?
24        A.     Not actually the first time, no.
25    But I -- when I -- when I was told that
```

```
                                           Page 15
 1       SALMON, D.PHIL. - CONFIDENTIAL
 2   there was something to look for, I looked
 3   for it.
 4       Q.    I don't want to invade that --
 5   who told you to go look for it?
 6       A.    The counsel told me that it was
 7   something to look for.
 8       Q.    Okay.  Fair enough.  That's just
 9   what I wanted to know.
10             Did you see any advance copies
11   of the Wang publication prior to seeing
12   the link to it on PubMed?
13       A.    No, I did not.
14       Q.    Have you read any of the other
15   plaintiff experts' supplemental reports
16   with respect to the Wang publication?
17       A.    I read the Michaels report.
18       Q.    And when did you read that?
19       A.    Sometime earlier in October.  I
20   can't give you the exact day.
21       Q.    Okay.  Was it before or after
22   you completed your supplemental report?
23       A.    After.
24       Q.    And is that the only other
25   plaintiff expert report that you read in
```

                                        Page 16

1        SALMON, D.PHIL. - CONFIDENTIAL
2     connection with the Wang publication?
3        A.    I believe so, yes.
4        Q.    Okay.  And have you read the
5     supplemental report of defense expert
6     Dr. Witty?
7        A.    Yes, I have.
8        Q.    So let's go to your supplemental
9     report.  I know you've got a hard copy
10    there.  We can bring that up as Deposition
11    Exhibit No. 2.
12       A.    All right.
13             (Deposition Exhibit 2,
14       Supplemental Report of Andrew Gale
15       Salmon M.A., D.PHIL., C.CHEM.,
16       M.R.S.C., dated October 4, 2022, was
17       hereby marked for identification, as
18       of this date.)
19             MR. SHEEHAN:  And if we could
20       just share -- I've got somebody
21       sharing the screen here.  Perfect.
22             So we see that this is the -- if
23       you could just go to the beginning of
24       the -- and then go down, scroll down
25       to where we can see the signature.

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   BY MR. SHEEHAN:
 3      Q.    This is your supplemental report
 4   dated October 4, 2022; correct?
 5      A.    Right.  Yes.
 6      Q.    And did you write this report?
 7      A.    Yes, I did.
 8      Q.    And you wrote this report to
 9   address the information in the newly
10   published Wang study; is that correct?
11      A.    That is correct, yes.
12      Q.    Okay.  And if we could just go
13   to page 5 of this supplemental report.
14            Under the section on
15   associations, you write, "This study makes
16   an important contribution to the data on
17   cancer associated with ranitidine use."
18            Did I read that correctly?
19      A.    Yes.
20      Q.    What other epidemiology studies
21   of ranitidine use and cancer outcomes make
22   an important contribution to the data on
23   cancer associated with ranitidine use?
24            MS. LUHANA:  Objection to form.
25      A.    Well, I reviewed a number of
```

```
                                        Page 18
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   relevant studies in my earlier reports.
 3   So they're laid out there.  The
 4   contribution which some of those studies
 5   of ranitidine make is -- you know, depends
 6   on the individual study.  But there are
 7   several there which are informative to a
 8   degree.  One of the more influential ones,
 9   of course, is the Cardwell study, which I
10   reviewed extensively in that earlier
11   report.
12      Q.    So would you characterize
13   Cardwell as making an important
14   contribution to the data on cancer
15   associated with ranitidine use?
16      A.    Yes, I would.
17      Q.    Would you characterize any other
18   epidemiology study of ranitidine and
19   cancer outcomes as making an important
20   contribution to the data on cancer
21   associated with ranitidine use?
22          MS. LUHANA:  Objection to form.
23      A.    They all make a contribution to
24   the overall data.  The degree to which
25   they are influential is a function of the
```

Page 19

```
 1        SALMON, D.PHIL. - CONFIDENTIAL
 2   power of the study.  And most of the other
 3   studies, although they make a contribution
 4   to the overall information basis and not
 5   as influential, because the lacking of
 6   power or having other problematic features
 7   of the data or the methodology.  But, you
 8   know, I don't want to say that there are
 9   only certain studies which contribute to
10   the dataset.  It doesn't work like that.
11   One looks at all the data and considers it
12   to the extent that it's influential on the
13   question which you're trying to address.
14        Q.    Fair enough, Dr. Salmon.  And
15   I'm not -- I'm not asking you -- let me
16   put it this way.
17             You chose to characterize the
18   Wang study as making a quote/unquote
19   important contribution; correct?
20        A.    Yes.  Yes.
21        Q.    Okay.  And you agreed with me --
22   I believe that you agreed you would
23   characterize Cardwell as making a
24   quote/unquote important contribution;
25   correct?
```

Page 20

1       SALMON, D.PHIL. - CONFIDENTIAL

2       A.     Yes, I would.

3       Q.     Is there any other study of

4    ranitidine and cancer outcomes that you

5    would similarly characterize as making a

6    quote/unquote important contribution?

7                MS. LUHANA:  Objection.  Asked

8         and answered.

9       A.     I think that the contributions

10   of the other studies are important but not

11   as influential.  I think that's the -- I'd

12   prefer to put it in that regard.  Does

13   that make sense?

14      Q.     Sure.  So you would characterize

15   them all as important.  Fair enough?

16      A.     Yes.

17               MS. LUHANA:  Objection.

18       Misstates his testimony.

19      Q.     If we go to page 4 of your

20   supplemental report, at the top paragraph,

21   if we can go there.  Perfect.

22               The first paragraph on page 4,

23   you discuss the strengths and weaknesses

24   of the Wang study; correct?

25      A.     Right.

```
                                        Page 21
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2      Q.     And a matched cohort design is a
 3   strength in your opinion; correct?
 4      A.     Yes, it is.  It is, yes.
 5      Q.     And a large number of subjects
 6   is the strength; is that correct?
 7      A.     Yes.
 8      Q.     And a median followup time of
 9   8.3 years is a strength; is that correct?
10      A.     The median followup of eight
11   years and up to 18 years is a strength to
12   the study, yes.
13      Q.     Okay.  And you note that smoking
14   data were not available to the
15   investigators in that paragraph; correct?
16      A.     That is true.  And that is an
17   acknowledged weakness of the study, that
18   it didn't have direct evidence on smoking
19   data, although they did have -- excuse me.
20   They have indirect control of that
21   potential confounder, firstly by virtue of
22   the matched cohort design.  There's no
23   particular reason to expect that the --
24   the incidence of smoking in the -- in the
25   test group is -- in the exposed group is
```

Page 22

```
 1     SALMON, D.PHIL. - CONFIDENTIAL
 2   different than in the matched controls.
 3            And the other thing is that the
 4   comorbidity index approach and the
 5   matching which they used is likely to
 6   have -- well, it did include -- it
 7   included comorbidities such as
 8   cardiovascular, pulmonary, diabetes, and
 9   things of that sort, which are associated
10   with the -- with smoking.  So although
11   there wasn't direct evidence on smoking,
12   the likelihood is that the cohort -- the
13   matched control group and the exposed
14   group were similar in terms of their
15   smoking experience.
16            And the influence of smoking is
17   likely to not be presenting a differential
18   effect.  If anything, it would be having
19   any effect at all.  It would be diluting
20   the finding association with ranitidine,
21   making it in effect biassing towards the
22   null, because it would be a relatively
23   small and random difference.  The business
24   of having the matched cohort is something
25   which certainly is an important way of
```

```
                                        Page 23
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   accommodating this kind of confounder.
 3   That's something Dr. Witty pointed out
 4   when he was talking about the active
 5   comparator studies.  And it's also --
 6      Q.    Dr. Salmon, I don't want to --
 7   I've got such limited time.
 8            MR. SHEEHAN:  And Roopal, I know
 9        you're going to say don't cut off the
10        witness, but I've let it go on for a
11        while.  I've let it go on for a while.
12      Q.    Dr. Salmon, you will get a
13   chance to explain everything when your
14   counsel asks you questions.
15            My only question -- my only
16   question was whether the investigators had
17   accessibility to smoking data.  And the
18   answer to that question is no.  And I
19   understand.  I'm going to ask you about
20   the impact of it.  I'm going to ask you
21   about it.
22            But is the answer to my question
23   they didn't have data on smoking?
24      A.    That is true.
25      Q.    Okay.  And they didn't have data
```

1       SALMON, D.PHIL. - CONFIDENTIAL

2    on alcohol use; correct?

3       A.    That is true.

4       Q.    Okay.  And smoking is a known

5    cause of liver cancer; correct?

6             MS. LUHANA:  Objection.

7       A.    Smoking is a known cause of a

8    considerable number of cancers.

9       Q.    Does that include liver cancer?

10      A.    I believe it does, but it's not

11   the primary site for which it's

12   recognized, but --

13      Q.    Smoking causes bladder cancer;

14   correct?

15      A.    Yes.

16            MS. LUHANA:  Objection.

17      Q.    Smoking causes pancreatic

18   cancer; correct?

19      A.    Yes.

20      Q.    Smoking causes stomach cancer;

21   correct?

22      A.    I believe that -- I believe

23   there's a link there, yes.  I mean,

24   basically, it's a -- you know, a multi --

25   multisite carcinogen.  It's best known, as

```
                                            Page 25
 1       SALMON, D.PHIL. - CONFIDENTIAL
 2   you know, of course, for lung cancer, but
 3   it has a number of other associations.
 4       Q.    Okay.  Are you aware of whether
 5   smoking is more common among a population
 6   of people taking acid suppressants than
 7   the general population?
 8            MS. LUHANA:  Objection to form.
 9       A.    I don't believe that -- I don't
10   believe I've seen any concrete evidence to
11   that effect, no.
12       Q.    Have you evaluated that issue?
13       A.    I haven't seen any evidence to
14   evaluate.
15       Q.    Okay.  You didn't go out looking
16   for any evidence to evaluate on that
17   issue; correct?
18            MS. LUHANA:  Objection to form.
19       Go ahead.
20       A.    I haven't seen any evidence.
21       Q.    Okay.  Alcohol use is a known
22   cause of liver cancer; correct?
23       A.    Yes, it is.
24            MS. LUHANA:  Objection.
25       Q.    Data on alcohol use was not
```

Page 26

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   available to the Wang investigators;
 3   correct?
 4      A.    That is correct, although I will
 5   again point out that liver disease was one
 6   of the comorbidities which was
 7   specifically included in the matching
 8   procedure which they used.
 9      Q.    Okay.  Do you know whether
10   alcohol use is more common among a
11   population of people taking acid
12   suppressants than the general population?
13           MS. LUHANA:  Objection to form.
14      Go ahead.
15      A.    I'm not aware of any evidence to
16   that effect.  In fact, I would rather
17   imagine that people who have problems with
18   their gastric illnesses would be likely to
19   drink less alcohol, you know, in response
20   to the symptoms of their disease.
21      Q.    Have you investigated that
22   issue?
23      A.    I haven't investigated in
24   detail, no.
25      Q.    Okay.  So when you say you
```

```
                                          Page 27
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2  imagine, that's your speculation; is that
 3  correct?
 4      A.    It's -- it's a -- it's based on
 5  my consideration of what will be likely to
 6  happen.  I don't -- I'm not claiming that
 7  that's based on objective reported data.
 8      Q.    Did you talk to any
 9  gastrointestinal doctors in forming that
10  opinion?
11      A.    No.
12      Q.    Okay.  Did you do any
13  quantitative analysis of the potential
14  impact of smoking on the Wang study
15  results?
16           MS. LUHANA:  Objection to form.
17      A.    No.  I didn't have the -- I
18  didn't have the data to do that.
19      Q.    Did you do any quantitative
20  analysis of the potential impact of
21  alcohol use on the Wang study results?
22           MS. LUHANA:  Objection to form.
23      A.    No, I didn't do that.  I didn't
24  have the -- I didn't have accessibility to
25  data to do that.
```

```
                                              Page 28
 1        SALMON, D.PHIL. - CONFIDENTIAL
 2        Q.    Okay.  We can bring that down,
 3    that exhibit down for now.
 4              Let's go to the Wang study,
 5    which I believe is Exhibit 4.
 6              (Deposition Exhibit 4, Wang
 7          study, was hereby marked for
 8          identification, as of this date.)
 9        Q.    Yes.  Okay.  And if we can take
10    a look at Figure 2 on page 7 of the Wang
11    study.
12              And you have a hard copy of that
13    with you; is that correct, Dr. Salmon?
14        A.    Yes, I do.
15        Q.    Okay.  Are you with me on
16    Figure 2?
17        A.    I'm just getting there.
18        Q.    All right.
19        A.    Figure 2, yes.
20        Q.    So Figure 2 is the number and
21    proportion of 18 different cancers in the
22    ranitidine and non-ranitidine cohorts, and
23    they present the hazard ratios there as
24    well; correct?
25        A.    Yes, that is right.
```

```
 1        SALMON, D.PHIL. - CONFIDENTIAL
 2        Q.      And you can see the sort of the
 3   dots on the side, and that's what's known
 4   as a forest plot; is that correct?
 5        A.      Yes, it is.
 6        Q.      Okay.  The comparisons that we
 7   see here are comparing a population of
 8   ranitidine users to a population of
 9   non-users; is that correct?
10        A.      Yes, it is.
11        Q.      And so that would -- this would
12   not include what's been referred to in
13   other ranitidine literature as a
14   comparison to an active control; correct?
15        A.      This particular figure
16   represents -- as you point out, represents
17   the comparison of the ranitidine versus
18   untreated.  There's a separate section of
19   the report which undertakes an active
20   comparison.
21        Q.      And we will get to that for
22   sure.
23        A.      Yes.  But this -- as you say,
24   this is the ranitidine versus the
25   untreated.
```

Page 30

1        SALMON, D.PHIL. - CONFIDENTIAL

2        Q.     So if we take a look at this for

3     pancreatic cancer, they report a hazard

4     ratio of 1.35 with a confidence interval

5     of 1.03 to 1.77; correct?

6        A.     Yes.  That is correct.

7        Q.     And that would be considered

8     statistically significant?

9        A.     Yes, it would.

10       Q.     And for gastric cancer, they

11    report a hazard ratio comparing ranitidine

12    users to non-users of 1.26 with a

13    confidence interval of 1.05 to 1.52?

14       A.     Yes.

15       Q.     And that would be considered

16    statistically significant; correct?

17       A.     Yes, it would.

18       Q.     And the results for liver cancer

19    are statistically significantly increased

20    as well; correct?

21       A.     That is correct, yes.

22       Q.     It's a hazard ratio of 1.22 with

23    a confidence interval of 1.09 to 1.36?

24       A.     Yes.

25       Q.     Okay.  Fair to say that the

```
                                        Page 31
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2  reported increased risks for pancreatic
 3  cancer, gastric cancer, and liver cancer
 4  are modest in magnitude?
 5              MS. LUHANA:  Objection to form.
 6      A.      Well, they're statistically
 7  significant.  I mean, exactly how large
 8  the increase is is a function of several
 9  things, including, of course, the actual
10  background in the untreated group, so, you
11  know, because it's a multiplier, the
12  hazard ratio.
13              So, you know, what constitutes a
14  modest increase is really a function of a
15  number of things.  I mean, if it's a
16  statistically significant increase, then
17  it's -- it's an increase which, you know,
18  is worthy of further consideration.  You
19  know, it's not a -- there isn't an
20  absolute standard saying a particular
21  value of the hazard ratio is regarded as
22  large or small.  It's a function of the
23  actual data that you're looking at.
24      Q.      Okay.  So you would not -- I
25  understand what you're saying.  I'm
```

```
                                      Page 32
 1       SALMON, D.PHIL. - CONFIDENTIAL
 2    just -- with respect to the hazard ratios
 3    that are reported, I think you said it's
 4    important to understand the risk in the --
 5    the background rate in the untreated
 6    population; correct?
 7        A.    Yes.  Yes.
 8        Q.    Okay.  And with respect -- let's
 9    just look at liver cancer, for example.
10    It's a hazard ratio of 1.22.
11             You do not want to characterize
12    that as small, modest, large?  That's not
13    something you're comfortable with?
14             MS. LUHANA:  Objection to form.
15       Asked and answered.  Misstates his
16       testimony.
17        A.    I don't think that the whole
18    discussion of whether -- whether something
19    is large or small is a particularly valid
20    way of looking at it, because as I was
21    just saying, it's essentially a ratio.
22    It's not something where there's a single,
23    you know, absolute number of the hazard
24    ratio which would be regarded as large or
25    small in isolation.
```

```
                                        Page 33
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2            I mean, for a rare cancer, you
 3   can often see hazard ratios of, you know,
 4   four or five or, you know, in some
 5   studies, whereas for a relatively common
 6   cancer, or at least, you know, one which
 7   occurs with a significant background rate,
 8   a ratio of 1.2, 1.3, would be regarded as
 9   a substantial increment.
10            So as I said, it's a matter of
11   what -- the particular data you're looking
12   at.  And I don't think that trying to
13   characterize a particular number in the
14   hazard ratio as large or small.  In
15   isolation, that isn't -- you know, that
16   isn't a thing.
17      Q.    Okay.  There's no statistically
18   significant increased risk for bladder
19   cancer; correct?
20      A.    The finding for bladder cancer
21   is -- the central estimate of the hazard
22   ratio is slightly elevated, but the
23   confidence interval includes one.  So
24   that -- that particular result is not
25   statistically significant.
```

```
                                         Page 34
 1       SALMON, D.PHIL. - CONFIDENTIAL
 2       Q.     Okay.  And so in your
 3   characterization, that's a slight
 4   elevation.
 5       A.     Well, that's a slight elevation
 6   in the sense that it is above zero, but
 7   the confidence limit includes one.  So
 8   that's not -- that's not what I'd call a
 9   clear elevation in terms of the confidence
10   interval.  That's why I -- that's why I
11   say -- that's why I describe it as a
12   slight elevation of the central tendency.
13       Q.     There's no statistically
14   significant increased risk for esophogeal
15   cancer; correct?
16       A.     I'm just looking at the number
17   again to say.  Again, this one is a
18   slightly different case in that there is
19   a -- I mean, there's a central tendency of
20   1.27.  But the confidence interval there
21   just includes one.  So it fails to achieve
22   statistical significance.
23              But I think it's fair to say,
24   just looking at that, that it's a
25   different situation in that, you know,
```

```
                                        Page 35
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   there is a significant amount of -- well,
 3   sorry.  I'm using the wrong term.
 4   Apologies here.  There is not a
 5   significantly -- a statistically
 6   significant increase, but there is an
 7   increase in the central estimate of the
 8   hazard ratio.
 9            And I think that if you look --
10   just comparing across the various results
11   that you see there, I think it would be
12   reasonable to say that esophogeal cancer
13   result bears comparison with other
14   esophogeal cancer results.  Am I making
15   myself clear here?
16      Q.    Not exactly, but we'll move on.
17      A.    Okay.
18      Q.    The -- as I understand your
19   testimony on esophogeal cancer, you're
20   looking at the hazard ratio or, in your
21   words, the measure of central tendency; is
22   that correct?
23      A.    The measure of --
24            MS. LUHANA:  Objection.  Go
25      ahead.
```

```
                                          Page 36
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2      A.     Yeah.   There's a measure of
 3   central tendency for the hazard ratio, and
 4   then there's the upper and lower
 5   confidence bounds of the -- on the hazard
 6   ratio.
 7      Q.     Okay.  And that upper and lower
 8   confidence limit for esophogeal includes
 9   the number 1.0; correct?
10      A.     Yes, it does.
11      Q.     And when you say that the
12   esophogeal cancer finding is quote/unquote
13   different, are you comparing it to the
14   bladder cancer finding?  I'm not sure I
15   understood that.
16      A.     Well, it's different -- it's
17   different than some of the -- well, a
18   number of the other, you know, sites which
19   are reported here, where, for instance,
20   the measure of the central tendency is
21   clearly at or below one.  So, you know,
22   there is a difference in terms of what --
23   what do the data represent?  I think --
24      Q.     So the measure -- go ahead.  I'm
25   sorry, Doctor.  I thought you were done.
```

Page 37

1     SALMON, D.PHIL. - CONFIDENTIAL

2         A.     I suppose what I'm really saying

3    is that the statistical significance is an

4    important and widely recognized decision

5    criteria to help you decide, you know,

6    what you can conclude from that individual

7    result.  But I think particularly when

8    you're looking at several different

9    endpoints and different studies as well,

10   you tend to look at all the data.

11             In effect, in a form of a meta

12   analysis, you tend to look at all of the

13   data, including that which is not

14   individually statistically significant,

15   but it's -- it may be relevant to look at

16   what the actual data are showing in -- you

17   know, in comparison to other data to

18   determine whether there is consistency,

19   even if not all of the available results

20   are actually individually statistically

21   significant.  I think that's what I'm

22   trying to say.

23        Q.     Okay.  And you have not done a

24   meta analysis of ranitidine and any cancer

25   outcome; correct?

```
                                              Page 38
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2              MS. LUHANA:  Objection to form.
 3      A.    I've done a comparison of the
 4   available data on cancer incidence in
 5   studies of ranitidine and also of studies
 6   in --
 7      Q.    Have you done a meta analysis?
 8              MS. LUHANA:  Objection.  Tom,
 9       let him finish his response.
10              MR. SHEEHAN:  He's answering --
11       with all due respect, he's answering
12       not my question.
13      Q.    But go ahead, Dr. Salmon.
14              MS. LUHANA:  Well, define meta
15       analysis for him.  You said meta
16       analysis, so he's answering the
17       question for you as to what he did.
18       And -- go ahead.
19      A.    My comparison analysis, which
20   was presented in my prior -- my original
21   report, is a form of meta analysis.
22      Q.    Dr. Salmon, can you point me to
23   a reference that would indicate to me that
24   your review is a -- is generally
25   recognized in the scientific community as
```

Page 39

1     SALMON, D.PHIL. - CONFIDENTIAL
2   a type or form of meta analysis?
3       A.    Well, meta analysis is a generic
4   term used widely in the scientific
5   community, which -- excuse me -- which
6   describes the comparison of different
7   studies.  And there are multiple ways of
8   doing it, depending on what data you
9   actually have and the degree of
10  comparability between the studies that you
11  are comparing.  If you have highly
12  comparable studies, then you can do -- and
13  you have the necessary data, then you can
14  do something like this sort of forest plot
15  approach, which is one form of technical
16  form of meta analysis.
17          But in general, the term meta
18  analysis applies to the comparison of
19  multiple studies looking at what they
20  show, whether they offer consistency.  And
21  that is what I did in my report, and I
22  included a quantitative analysis of the
23  dose response of those studies which
24  provided that information for NDMA
25  exposure and for the one study which I had

1     SALMON, D.PHIL. - CONFIDENTIAL

2   originally available for ranitidine.  So

3   that is what I was doing.  It's a generic

4   term basically describing what you do and

5   the techniques available or a function of

6   what the data that you have available.

7       Q.    And Dr. Salmon, all I asked you

8   was can you just point me to a reference

9   that endorses your definition of meta

10   analysis, please.

11      A.    Offhand, I can't give you an

12   exact reference, but I'm saying it's a

13   generic term that is widely used in the

14   scientific literature.

15      Q.    It's widely used, but you don't

16   have any reference at hand; correct?

17      A.    I don't have --

18          MS. LUHANA:  Objection to form.

19      Argumentative.

20      A.    I don't have one specifically at

21   hand.

22      Q.    Does the EPA endorse your

23   definition of meta analysis?

24      A.    They endorse the approach of

25   comparing all the available data.  And in

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2  fact, they strongly -- they strongly
 3  recommend comprehensive review of the
 4  literature and evaluation of all the --
 5  all of the papers identified in the
 6  literature, a selection of those which are
 7  influential with regard to the question at
 8  hand and the consideration of those
 9  findings overall to include in the overall
10  weight of evidence.  So that -- that is a
11  definition of a general meta analysis of
12  the available data.  So that's actually
13  laid out in some detail in their
14  guidelines.
15      Q.    Doctor, if we go to Table 3,
16  which I think is just below Figure 4 on
17  page 9 of the Wang study.
18      A.    Right.
19      Q.    Are you with me?
20      A.    Table --
21      Q.    Table 3 on page 9.
22      A.    Table 3.  Yes.  I've got it.
23  Yes.
24      Q.    Table 3 is the estimates for the
25  association between ranitidine use
```

```
                                            Page 42
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   duration and cancer risk compared with
 3   non-ranitidine use by multivariate Cox
 4   proportional hazards regression; correct?
 5      A.    Yes.   That is correct.
 6      Q.    And if we go to the previous
 7   page under Section 3.1.
 8      A.    Yes.
 9      Q.    We see the authors' description
10   of the ranitidine duration effect on
11   cancer development; correct?
12      A.    Sorry.  Can you run that past me
13   again?
14      Q.    Section 3.1 is the authors'
15   narrative description of ranitidine effect
16   on cancer development; correct?
17          MS. LUHANA:  Dr. Salmon, you can
18       utilize the realtime too, which should
19       be there for you to read the question
20       and answer.
21      A.    Yes.  I'm sorry.  I'm just
22   trying to catch up with myself here.
23   Okay.  I'm looking at this paragraph 3.1.
24      Q.    And the authors tell us that the
25   effect of ranitidine use on the risk of
```

```
 1       SALMON, D.PHIL. - CONFIDENTIAL
 2   progression to significant individual
 3   cancers, e.g. liver, gastric, lung, and
 4   pancreatic cancer, was assessed by
 5   multivariate Cox regression analysis
 6   adjusting for a number of things; correct?
 7       A.    Yes.
 8       Q.    And those are the results
 9   that -- what they're describing is what
10   they did as presented in Table 3; correct?
11       A.    Yes, it is.
12       Q.    Okay.  So they divide the use up
13   into groups according to drug exposure;
14   correct?
15       A.    Yes.
16       Q.    And if we go to the second
17   paragraph there, do you see the second
18   paragraph under Section 3.1 beginning
19   "Ranitidine users were divided"?
20            Do you see that?
21       A.    Yes.  Yes, I do.
22       Q.    The comparison here is
23   ranitidine to an unexposed group; correct?
24       A.    Exposed to ranitidine versus not
25   exposed to ranitidine.  Yes.
```

```
                                              Page 44
 1       SALMON, D.PHIL. - CONFIDENTIAL
 2       Q.     So the dose analysis or the
 3   duration analysis is not a comparison to
 4   active control; correct?
 5              MS. LUHANA:  Objection to form.
 6       Go ahead.
 7       A.     It's a comparison to the matched
 8   control group.
 9       Q.     Which is not an active control;
10   correct?
11              MS. LUHANA:  Objection to form.
12       A.     No.  It's not an active
13   comparison.  That's a separate section of
14   the study.  This is --
15       Q.     Okay.  I'm on the same page with
16   you, Dr. Salmon.
17       A.     Yeah.  Right.
18              MS. LUHANA:  Counsel, just give
19       him an opportunity to finish the
20       question, and everyone, let's slow
21       down so I have an opportunity to catch
22       my objection if I need to.  Thank you.
23       Q.     The authors go on to write,
24   Dr. Salmon, "After adjusting for potential
25   confounders, we found that ranitidine use
```

```
                                          Page 45
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   was a potential risk factor for liver
 3   cancer development."
 4          Did I read that correctly?
 5      A.     Yes, you did.
 6      Q.     Okay.  So if their description
 7   of their dose analysis, the authors are
 8   concluding that ranitidine use was a
 9   potential risk factor for liver cancer
10   development; correct?
11          MS. LUHANA:  Objection to form.
12      A.     Yes.  That is what they say in
13   their narrative.
14      Q.     And if we go to page 13 of this
15   document.
16      A.     Right.
17      Q.     You see the first full
18   paragraph, beginning "In an additional
19   dose response subanalysis"?
20          Do you see that paragraph,
21   Dr. Salmon?
22      A.     Yes.  Yes.
23      Q.     And they're talking about the
24   different cumulative ranitidine usage of
25   90 to 180, 181 to 270, 270 to 360, and
```

```
                                         Page 46
```

 1       SALMON, D.PHIL. - CONFIDENTIAL
 2    greater than 360 defined daily doses?
 3               Do you see that?
 4       A.    Yes.
 5       Q.    And they're also making
 6    reference to the comparison to an
 7    unexposed group; correct?
 8       A.    Yes.
 9       Q.    The authors state, "Notably,
10    when considering the dose response of
11    ranitidine usage, there were significant
12    trends of increased liver cancer risk with
13    an increasing dose of ranitidine.
14    However, there was no continuous dose
15    response relationship among the other
16    individual cancers."
17               Did I read that correctly?
18       A.    Yes, you did.
19       Q.    Okay.
20       A.    And I think it's worth pointing
21    out that what they're saying there is
22    continuous.  And if I can -- perhaps I can
23    illustrate what I'm about to say by
24    calling up my supplemental report and --
25       Q.    Dr. Salmon, if you're going to

Page 47

1      SALMON, D.PHIL. - CONFIDENTIAL

2   bring up gastric cancer, I'm going to ask

3   you about it.  I promise you.  I'm going

4   to bring up your supplemental report and

5   we can go through your graph.  Right now,

6   all I asked you was did I read that

7   correctly.

8        A.    Yes.

9             MS. LUHANA:  No.  You asked

10      another question after that, Counsel,

11      and so he was explaining and providing

12      a complete response to your question.

13      And so please allow him the

14      opportunity to provide a complete

15      response.  Thank you, Tom.

16      A.    If we -- we can talk further

17   about it later.  What I want to point out

18   about the gastric cancer is there is an

19   overall dose response there.  But there's

20   enough if you might say statistical noise

21   or variability or whatever it is.  But

22   anyway, the actual individual dose group

23   values do show some scatter.  There is a

24   statistically significant trend for dose

25   response in those data.  But it doesn't --

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   it doesn't exactly fit the strict
 3   terminology which Wang was using in the
 4   paper when they say continuous.  It shows
 5   some -- shows some up and down variability
 6   within the overall trend.  But there is a
 7   statistically significant trend in those
 8   data.  So --
 9      Q.    Dr. Salmon, did you -- I'm
10   sorry.  Were you done?
11      A.    No.  I think I -- what I think I
12   said what I want to say, which is that
13   there's a trend there, in spite of it not
14   being an undisturbed continuous trend.
15      Q.    Okay.  And you did not -- as I
16   understand it, you did not calculate any
17   p-values for trend in connection with the
18   Wang data; is that correct?
19      A.    No.  What I calculated in
20   relation to the Wang data was the R
21   squared value, which is a measure of the
22   linear correlation.  And for both liver
23   and gastric cancer, I found that there was
24   evidence of a linear correlation between
25   dose and response.
```

```
                                         Page 49
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2      Q.    Do you have my question in mind,
 3  Dr. Salmon?
 4      A.    Yes.  And what I'm saying is the
 5  p-values reported in the Wang paper in
 6  Table 3, these are significant values for
 7  the individual dose group results -- of
 8  the -- the exposed versus the matched
 9  controls.  So the p-value there
10  calculating is different from the P --
11  from the R squared value, which is the
12  measure of linear correlation, which I
13  calculated.
14      Q.    Correct.  And Dr. Salmon, all
15  I'm asking is whether you calculated any
16  p-value for trend with respect to any
17  analysis of the Wang data.
18      A.    No.  I did not --
19           MS. LUHANA:  Objection to form.
20      Go ahead.
21      A.    I did not calculate p-values for
22  trend.  I calculated the R squared value
23  instead.
24      Q.    Okay.  So let's go to page --
25  let's go to your report at page 4.
```

```
                                        Page 50
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2      A.    Okay.  Just a minute.  Let me
 3  find page 4.
 4      Q.    Are you with me on the dose
 5  response section?
 6      A.    Yes.
 7      Q.    Okay.  You write that the dose
 8  response relationship reported for liver
 9  and gastric cancer provides additional
10  evidence to support the consistency and
11  dose response Bradford Hill factors for
12  these cancers; correct?
13      A.    Yes.
14      Q.    Okay.  And you agree there is no
15  dose response relationship reported in
16  Wang for pancreatic, bladder, or
17  esophogeal cancer; correct?
18            MS. LUHANA:  Objection to form.
19      A.    There's -- they don't report
20  that analysis, no.  They use their
21  statistical significance findings to
22  determine which groups were appropriate to
23  analyze using that group's data, although
24  I want to point out that -- sorry.
25            Let me just -- you were saying
```

1      SALMON, D.PHIL. - CONFIDENTIAL

2   there's no dose response relationship

3   reported for pancreatic, bladder, or

4   esophogeal.  They don't provide an

5   analysis for the -- for esophogeal or

6   bladder from their data.

7            But one of the things that they

8   do provide, in addition not only to liver,

9   but also lung, gastric, and pancreatic, if

10  you look at Figure 3, which is the

11  Kaplan-Meier type of analysis, that is

12  a -- that's a different kind of analysis.

13  But it looks at the progression of cases

14  with duration -- duration of followup.

15  That clearly shows an increasing incidence

16  of cancer in the ranitidine group with

17  time, which is occurring through an

18  increase rate compared to the

19  non-ranitidine group.

20           And that -- so that's a

21  different kind of analysis.  But it's

22  another way of looking for a dose response

23  relationship.  And what they show here

24  fairly clearly is for liver, lung,

25  gastric, and pancreatic, that there is

Page 52

1      SALMON, D.PHIL. - CONFIDENTIAL
2    that progression in the Kaplan-Meier
3    analysis.  So it's at least partly due to
4    the type of analysis that you do.
5             And numerically speaking, I
6    think the Kaplan-Meier analysis, which
7    looks at the actual individual case data,
8    is somewhat, you know, statistically more
9    robust than where you have to group the
10   data.  Generally speaking, when you're
11   grouping data, you are necessarily losing
12   some of the statistical power, and the
13   grouping may obscure the relationships
14   that you're looking for to some extent.
15   So I think that to argue that there is no
16   dose response -- no dose response for
17   pancreatic is not entirely true.  It's
18   true that it wasn't found for the -- for
19   the group's analysis, but I think you can
20   point to the Kaplan-Meier analysis, saying
21   that they did see a finding there, which
22   is consistent with the dose response.
23             And, of course, they did see the
24   statistically significant overall impact
25   of ranitidine use in the -- in the overall

Page 53

```
 1        SALMON, D.PHIL. - CONFIDENTIAL
 2   analysis of pancreatic cancer.
 3        Q.    I'm going to object as
 4   nonresponsive.
 5              Page 5 of your report, or
 6   page 4, rather, under the dose response
 7   section, you discuss the Cardwell study;
 8   correct?
 9        A.    Let me just find page -- page 4,
10   Cardwell.  I've previously discussed this
11   study by Cardwell.  Yes.
12        Q.    Okay.  Do you know that
13   Dr. Cardwell was interviewed about his
14   study recently?
15        A.    I don't know that I -- I don't
16   know that I do know that.  No.
17        Q.    Okay.  If we could just bring up
18   Exhibit No. 5.
19              MS. LUHANA:  Counsel, is this a
20        document in the record?
21              MR. SHEEHAN:  This is a document
22        that I want to ask Dr. Salmon about.
23              MS. LUHANA:  But is it a
24        document that's been entered -- the
25        record has been closed in this case.
```

```
                                              Page 54
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2       So I'm curious.  Is this a document
 3       that's been entered into the record?
 4            MR. SHEEHAN:  I do not know.
 5            MS. LUHANA:  I'll object to the
 6       use of this document to the extent
 7       it's not in the record.  But you could
 8       proceed and ask questions if you'd
 9       like.
10            THE CONCIERGE:  Bob, it's been
11       introduced.  If you refresh, you
12       should see it now.
13            MR. SHEEHAN:  Can we just bring
14       it up, Peiyuan?  Can we bring it up on
15       the screen, please?
16            THE CONCIERGE:  Let me know if
17       you need any help.
18            MR. SHEEHAN:  Can you bring it
19       up, Sharon?
20            MR. GUO:  It should be
21       Exhibit 10, not Exhibit 5.
22            MR. SHEEHAN:  Okay.  I've got
23       the wrong one.
24            THE CONCIERGE:  I will delete
25       and move it.
```

Page 55

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2           MR. SHEEHAN:  Perfect.  My
 3      apologies for that.
 4           THE CONCIERGE:  Just to confirm,
 5      you wanted the No. 10 in your private
 6      folder to be Exhibit 5.
 7           MR. SHEEHAN:  Correct.  Or you
 8      can call it Exhibit 10.  It doesn't
 9      matter.
10           THE CONCIERGE:  I've already
11      marked it as 5.  Let's just --
12           MR. SHEEHAN:  Perfect.
13           (Deposition Exhibit 5, A Daily
14      Mail article dated October 24, 2022,
15      was hereby marked for identification,
16      as of this date.)
17           THE CONCIERGE:  Exhibit 5 has
18      been introduced.
19           MR. SHEEHAN:  And can we bring
20      it up on the screen, please?
21  BY MR. SHEEHAN:
22      Q.    Okay.  Do you see a document,
23  Dr. Salmon -- the title is "Has heartburn
24  pill that has been given to millions
25  harmed patients?  An ingredient in Zantac
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   has been linked to cancer -- and now U.S.
 3   patients are suing drugmakers."
 4      A.    I see that headline, yes.  I
 5   believe this is a report in Daily Mail.  I
 6   think that's --
 7      Q.    Yes.  This is in the Daily Mail.
 8   Correct.
 9      A.    That's a popular online
10   newspaper.  Is that correct?
11      Q.    Over in the UK; right?
12      A.    Well, I think this is, like, an
13   international edition rather than the UK
14   one.  But yes.
15      Q.    Okay.  I've just got a couple of
16   questions.  If we can go down -- if we can
17   scroll down.
18           MS. LUHANA:  Counsel, to the
19      extent Dr. Salmon hasn't seen this
20      document previously, I would want him
21      to have the opportunity to review the
22      document.
23           MR. SHEEHAN:  Okay.
24           MS. LUHANA:  If you're going to
25      ask him questions about it.
```

```
                                        Page 57
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   BY MR. SHEEHAN:
 3      Q.    I've just got a very, very
 4   simple question.
 5           Do you see the paragraph
 6   beginning, "In Britain, there are no known
 7   compensation cases"?
 8           Do you see that, Dr. Salmon?
 9      A.    I see that paragraph, yes.
10      Q.    Okay.  And that describes a
11   study of 17,000 Scottish people's health
12   records published in the American Journal
13   of Gastroenterology; correct?
14           MS. LUHANA:  Objection to the
15       form of the document and use of this
16       document until Dr. Salmon has an
17       opportunity to review it.
18      Q.    Do you see that, Dr. Salmon?
19      A.    I see it, but, I mean, I can't
20   comment on it because I haven't read the
21   article.
22      Q.    Okay.  If you go down three
23   paragraphs, there is reference to
24   Professor Chris Cardwell; correct?
25      A.    Yes.
```

SALMON, D.PHIL. - CONFIDENTIAL

Q. Okay. I'll represent to you that Dr. Cardwell was asked about his study of ranitidine use and bladder cancer. And according to this article, he says the findings could perhaps be a statistical quirk.

Do you see that?

MS. LUHANA: Objection to the form and use of this document, this press release from Daily Mail.

Q. Do you see that language, Dr. Salmon?

A. I see it, but as I said, I haven't read the article, and so I can't understand the context of what we're talking about. I don't even know whether he's actually referring to the bladder cancer paper or to some of the other publications which have come from Professor Cardwell, who -- you know, who's an active researcher and done a number of studies in the area. So I don't know, because I haven't read this article.

Q. Okay. Let me ask you this.

```
                                        Page 59
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2              Do you agree that the findings
 3   in the Cardwell study of bladder cancer
 4   and ranitidine use could be a statistical
 5   quirk?
 6              MS. LUHANA:  Objection to form.
 7      A.     Well, they're statistically
 8   significant.  They meet the criteria of
 9   significance which are generally applied
10   in the evaluation of epidemiological
11   studies.  I mean, there is no such thing
12   as absolute certainty, especially in
13   statistical analysis.  But -- so the -- so
14   you can never say it's completely
15   impossible that it's a statistical quirk.
16              But what the statistical
17   analysis says is that it's relatively
18   unlikely it's a statistical quirk.  If
19   it's significant in 95 percent confidence
20   level, then that's saying that there's
21   only a five percent chance it's a
22   statistical quirk.  Then that's the kind
23   of decisionmaking standard which is
24   normally used for scientific papers.
25              So nobody will ever make
```

Page 60

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   statements of absolute -- absolute
 3   confidence, because you can't -- you just
 4   can't do that.  It's a statistical
 5   analysis.  And I think Professor Cardwell
 6   here is probably -- as epidemiologists by
 7   nature are very cautious, he's expressing
 8   that caution.
 9           But nevertheless, the fact of
10   the matter is that at least the paper
11   which we are talking about -- I don't even
12   know whether it's the same paper he's
13   talking about here, because who knows?
14   But the paper we are talking about meets
15   the criteria for scientific evaluation as
16   data which is considered significant.
17   That's really all that there is to be said
18   about it, as far as I'm concerned.
19      Q.    Okay.  Dr. Cardwell goes on to
20   say, "Alternatively, it could be that the
21   ranitidine users were different from
22   non-ranitidine users in ways that we could
23   not adjust for, such as family history or
24   occupational exposures."
25           Do you see that language?
```

```
                                        Page 61
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2           MS. LUHANA:  Objection to form.
 3      The prior statement is in quotes by
 4      Dr. Cardwell.
 5      Q.    Do you see that language,
 6  Dr. Salmon?
 7      A.    I see it, yes.
 8      Q.    Do you agree that in the
 9  Cardwell study of ranitidine and bladder
10  cancer, that ranitidine users may have
11  been different from non-ranitidine users
12  in ways that the study authors could not
13  adjust for?
14      A.    I think that --
15           MS. LUHANA:  Objection to form.
16      Go ahead.
17      A.    I am not going to comment on
18  what's in this popular article, because
19  this is a -- you know, this is a
20  non-systematic, non-peer-reviewed source
21  which I haven't even had a chance to
22  review.  But what I will say is that the
23  Cardwell paper, as all responsible
24  epidemiological publications do, reviews
25  both the strengths and the weaknesses of
```

Page 62

1        SALMON, D.PHIL. - CONFIDENTIAL

2    the paper.  And those strengths and

3    weaknesses are taken into account both in

4    their analysis and in my review, which

5    appeared in my earlier report and in which

6    I relied on standard methodologies and

7    standards for evidence.

8              And, of course, it's appropriate

9    to recognize potential sources of weakness

10   or error as well as potential sources of

11   strengths in analyzing a paper.  All

12   epidemiological studies have both

13   strengths and weaknesses.  And that is why

14   the authors always recognize that.

15       Q.    I'm going to object as

16   nonresponsive.  We can take that down.

17             MS. LUHANA:  Tom, is now a good

18       time to take a break if you're done

19       with this line of question?

20             MR. SHEEHAN:  Sure.

21             THE VIDEOGRAPHER:  We'll be

22       going off the record at 10:16 a.m.

23       Stand by.

24             (Recess)

25             THE VIDEOGRAPHER:  We are back

```
                                        Page 63
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2       on record at 10:30.  Go ahead,
 3       Counsel.
 4            MR. SHEEHAN:  Sorry about that.
 5       Can we bring up the supplemental
 6       report, Exhibit 2, and go to page 5,
 7       please.  Okay.  And just scroll down.
 8       Just above the --
 9            MS. LUHANA:  There's some
10       feedback.
11            MR. SHEEHAN:  I don't know
12       what's going on.  Can we go off the
13       record?
14            THE VIDEOGRAPHER:  We'll be
15       going off the record at 10:31.  Stand
16       by.
17            (Recess)
18            THE VIDEOGRAPHER:  And we are
19       back on the record at 10:33.  Go
20       ahead, Counselor.
21   BY MR. SHEEHAN:
22       Q.    Okay.  Dr. Salmon, just above
23   the section on associations, do you see
24   the sentence that begins, "Wang found
25   elevated odds ratios for bladder cancer
```

```
                                                Page 64
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   (1.06)"?
 3       A.    Yes.
 4       Q.    So you wrote, "Wang found
 5   elevated odds ratios for bladder cancer
 6   (1.06) and esophogeal cancer (1.27), but
 7   these did not achieve statistical
 8   significance in that study likely due to
 9   the small number of cases."
10             Did I read that correctly?
11       A.    Yes, you did.
12       Q.    Okay.  And the odds ratios that
13   you are referring to there for bladder
14   cancer and esophogeal cancer, as we
15   discussed before, are comparisons of
16   ranitidine to non-use; correct?
17       A.    That is correct.  Yes.
18       Q.    Okay.  So in essence, not enough
19   people taking ranitidine in the Wang study
20   got bladder cancer to show a statistically
21   significant association; is that correct?
22             MS. LUHANA:  Objection to form.
23       A.    That's -- can I just do some
24   adjustment here for a moment?  I just want
25   to -- okay.  Sorry.  I needed my realtime
```

```
                                    Page 65
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   display to show up.  I was losing that
 3   when I did the -- looking at the sound
 4   things.
 5           Okay.  I'm sorry.  I'm back
 6   together.  So what you're saying -- yeah.
 7   What I'm saying is that we didn't see the
 8   statistically significant association in
 9   the Wang study.  And that's basically the
10   number of cases.  And that in itself also,
11   of course, is related to the fact that the
12   duration of exposure in the Wang study
13   is -- it's basically one year of DDDs in
14   the top dose, whereas the Cardwell study,
15   in contrast, actually, the top dose group
16   was three years.  So they actually had
17   more exposure.
18           And I think that's -- that is
19   one of the reasons why they saw a
20   statistically significant impact, whereas
21   although, you know, there's a potential
22   impact in the Wang study, the result
23   wasn't as large, wasn't statistically
24   significant.
25           So I think that's what I was
```

Page 66

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   saying in this case.  And I'm pointing out
 3   that the findings are not -- the findings
 4   between Wang and Cardwell are not mutually
 5   inconsistent.
 6      Q.    Dr. Salmon, is it possible that
 7   the Wang study showed no statistically
 8   significant association between ranitidine
 9   use and bladder cancer because use of
10   ranitidine does not cause bladder cancer?
11   Isn't that true?
12          MS. LUHANA:  Objection to form.
13      A.    It's always possible.  As I was
14   saying earlier, there's no such thing as
15   absolute certainty.  And in making these
16   judgments overall, you have to -- you have
17   to look at all the evidence and determine
18   what is the most likely, the most
19   plausible conclusion, what you would
20   conclude, you know, more likely than not
21   or as, you know, as a reasonable
22   scientific conclusion.  And that sort of
23   conclusion is not done on the basis of one
24   single study.  It's done on the integrated
25   weight of evidence analysis using tools
```

Page 67

1    SALMON, D.PHIL. - CONFIDENTIAL
2   such as the Bradford Hill guidelines.  So
3   it's the overall analysis which is the
4   source of the eventual conclusion, not the
5   individual -- not one individual result in
6   one study.
7        Q.    Dr. Salmon, the Wang study
8   followed people for a median of 8.3 years
9   and up to 18 years; correct?
10       A.    Yes.
11       Q.    Okay.  Did you do any power
12  calculations to assess the statistical
13  power of the Wang study to evaluate
14  bladder cancer?
15            MS. LUHANA:  Objection to form.
16       A.    The Wang study actually
17  provides -- I mean, it provides the
18  analysis by their analysis of the data.
19  The retrospective analysis of the data is
20  what counts in terms of their ability to
21  see an effect.  These prospective power
22  calculations are normally done as a study
23  design to determine, you know, whether the
24  size of the study that they're setting up
25  is sufficient to actually find an effect.

```
                                          Page 68
 1       SALMON, D.PHIL. - CONFIDENTIAL
 2              But the important measure is the
 3    power of the study, once you've done the
 4    study and are looking at the data, is the
 5    statistical analysis which is done on
 6    those data.  And for that, I relied on the
 7    analysis by the authors, who of course had
 8    access to the individual study participant
 9    data, which allowed them to do, you know,
10    powerful analysis as a significance at
11    several levels, including both groups'
12    analysis and the overall analyses.
13       Q.    Dr. Salmon, the last sentence,
14    just above "Associations," you write, "For
15    these cancers" -- meaning bladder cancer
16    and esophogeal cancer; correct?
17       A.    Yes.
18       Q.    -- "my analysis relies on the
19    alternative studies which provide
20    statistically significant results (such as
21    Keszei and Hidajat), although the
22    observations by Wang are supportive rather
23    than contradictory."
24              Did I read that correctly?
25       A.    Yes, you did.  I think I should
```

Page 69

```
 1       SALMON, D.PHIL. - CONFIDENTIAL
 2  have included Cardwell in the -- in
 3  that -- you know, in terms of the things
 4  that I'm relying on, because that's the
 5  one that I'm relying on, as I think I say
 6  in several other places.  That's the one
 7  that I'm most reliant on, although, as I
 8  said, I'm not looking at any one in
 9  isolation, but I'm particularly finding
10  Cardwell's influential in the -- in the
11  bladder case.  But I'm also looking at the
12  other studies which are influential for
13  other sites, which I consider in my
14  original report.
15       Q.    So just so the record is
16  clear -- and I think we can do this
17  quickly -- the Keszei study is not a study
18  of ranitidine use; correct?
19       A.    That is correct.
20       Q.    And the Hidajat study is not a
21  study of ranitidine.
22       A.    They are both studies of
23  exposure to NDMA.
24       Q.    Understood.  But they are not
25  studies of ranitidine use; correct?
```

```
                                            Page 70
 1        SALMON, D.PHIL. - CONFIDENTIAL
 2               MS. LUHANA:  Objection to form.
 3        Q.    Is that correct, Dr. Salmon?
 4               MS. LUHANA:  Objection to form.
 5        A.    That is correct.
 6        Q.    As you state in this sentence,
 7    for your methodology to support a dose
 8    response analysis, you select only results
 9    reporting a statistically significant
10    effect; correct?
11               MS. LUHANA:  Objection to form.
12        A.    That is the -- that is the usual
13    standard for -- and, of course, it's the
14    same standard that was used by Wang in
15    their selection of studies to do their
16    group's analysis of dose response.
17        Q.    Well, Wang, to be clear, looked
18    at only cancers that had a statistically
19    significant overall effect and then
20    performed a dose analysis on those
21    cancers; correct?
22        A.    Yes.
23               MS. LUHANA:  Objection to form.
24        Q.    Okay.  When you say the
25    observations by Wang are supportive rather
```

```
                                          Page 71

 1       SALMON, D.PHIL. - CONFIDENTIAL

 2   than contradictory, what in your opinion

 3   would constitute a contradictory result?

 4       A.    Well, if there was a -- if there

 5   was a negative finding that was clearly a

 6   statistically significant negative

 7   association, and that was supported by

 8   some sort of analysis that showed where

 9   that was coming from, that would be

10   contradictory in the sense that it would

11   need to be explained as to why it was

12   different.  I mean, the finding here is

13   the result is possibly -- possibly

14   slightly elevated, but not statistically

15   significantly.  So essentially, it's a

16   null finding.  That doesn't contradict

17   anything.  You would need statistical

18   significance to say that there was a

19   definite opposite finding.

20       Q.    Okay.

21       A.    And you would need to look at

22   why that occurred and to integrate that

23   into the overall analysis to find out

24   whether it was actively contradictory or

25   reflected some marked difference in the
```

Page 72

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   data or the exposure situation, for
 3   instance.  But, you know, this is all a
 4   hypothetical thing, because that's not
 5   what the data show.  As I say, you would
 6   need to look for those kinds of findings
 7   in order to understand and identify, you
 8   know, a contradictory finding.
 9      Q.    So just so I understand your
10   correctly, a null finding is not
11   inconsistent with increased risk or
12   decreased risk; is that correct?
13           MS. LUHANA:  Objection to form.
14      Go ahead.
15      Q.    Go ahead, Dr. Salmon.
16      A.    A null finding essentially
17   doesn't provide any firm evidence one way
18   or the other.  It doesn't mean that you
19   wouldn't look at what the data actually do
20   represent.  But it does mean that you
21   can't conclude anything particular from in
22   isolation.
23      Q.    Okay.  Let's talk about
24   pancreatic cancer for a minute.
25           You did not, in your expert
```

1      SALMON, D.PHIL. - CONFIDENTIAL

2  report, conduct a dose response analysis

3  of pancreatic cancer; correct?

4      A.    Are you -- we're talking about

5  the Wang study here; is that correct?

6      Q.    I am.  Correct.  My apologies.

7  I was unclear.

8            With respect to your

9  supplemental report on the Wang study, you

10  did not conduct in your report a separate

11  dose response analysis; correct?

12      A.    No, I did not.

13      Q.    Okay.  You could have; correct?

14      A.    Well, I could have -- I could

15  have run mathematics, but I looked at the

16  actual incidence data group by group,

17  which they reported.  And although they

18  find a statistically significant increase

19  in the first group and in the overall

20  analysis, the individual group findings

21  are clearly by inspection sufficiently

22  scattered.  There isn't a trend there.  So

23  I didn't conduct that analysis.

24      Q.    So you didn't calculate an R

25  squared or anything like that for

1      SALMON, D.PHIL. - CONFIDENTIAL

2   pancreatic cancer; correct?

3        A.    No, I did not.

4        Q.    Okay.

5        A.    I determined by inspection that

6   it would not be -- it would not be

7   informative.

8        Q.    Okay.  So in the Wang study,

9   fair to say that there is not evidence of

10  a dose response between ranitidine use and

11  development of pancreatic cancer.

12       A.    There's not evidence in the --

13  there's not evidence in the group

14  analysis.  But if you look at the

15  Kaplan-Meier analysis, for instance, then

16  there is such an indication.  So, you

17  know, it's all a question of which

18  evidence you're looking at.  It's not --

19  it's not that there's no evidence.  I

20  mean, the fact that you have an overall

21  increased risk across all the study

22  participants is an indication of the

23  association.  The fact that you see an

24  increasing trend in the Kaplan-Meier time

25  dependent analysis is also -- it's a

Page 75

1      SALMON, D.PHIL. - CONFIDENTIAL

2   different analysis.  But it's an

3   indication of a relationship between dose,

4   time, and incidence.  So you can't just

5   make the blanket assertion there's no

6   relationship.  The correct statement is

7   that the group's analysis fails to show a

8   dose response.

9      Q.    Okay.  And the Kaplan-Meier

10  curve for pancreatic cancer is a

11  comparison to non-use; correct?

12     A.    Yes, it is.

13     Q.    And the Kaplan-Meier curve for

14  pancreatic cancer does not provide

15  information on different levels of dose --

16  defined daily doses for ranitidine;

17  correct?

18     A.    It's based on the duration --

19  the followup duration, and it looks across

20  the whole dataset individual by

21  individual.  So it's a different analysis,

22  because it clearly shows that with

23  increasing time and of exposure and

24  followup, that you're seeing an increased

25  incidence of cancers.

```
                                      Page 76
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2      Q.     I understand, Dr. Salmon, and
 3   I'm not disagreeing with you.
 4           I just want the record to be
 5   clear that the Kaplan-Meier curve does not
 6   provide information on doses -- defined
 7   daily doses of ranitidine.  True?
 8           MS. LUHANA:  Objection.  Asked
 9      and answered.
10      A.     It's a time-dependent analysis
11   based on followup.
12      Q.     Okay.  So if we go to pages 2 to
13   3 of your supplemental report, let's just
14   start on page 2, I guess.  We're not going
15   to throw both pages up at the same time.
16           At the top of page 2 there, do
17   you see -- this is where you're doing your
18   dose analysis for liver cancer; correct?
19      A.     Yes.
20      Q.     Okay.  And the odds ratios that
21   are in the one, two, three, four -- fifth
22   column over, those are the odds ratios
23   from the -- from Table 3 in the Wang
24   paper; correct?
25      A.     That is correct, yes.
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2      Q.    And as we discussed before,
 3  these are odds ratios comparing to
 4  non-use, meaning that the control group is
 5  not an active comparator; correct?
 6      A.    That is correct.  It's a direct
 7  match, individual match control group, not
 8  an active comparator group.
 9      Q.    Okay.  And you did the same
10  thing for your analysis of gastric cancer;
11  correct?
12      A.    Yes, I did.
13      Q.    Okay.  And as I understand it,
14  to calculate increment in OR over MG, you
15  subtracted the odds ratio by one, and then
16  you divided by the dose in milligrams;
17  correct?  That's the formula; correct?
18      A.    So that -- yes.  That would be
19  the -- that would be the calculation.
20  Yes.
21      Q.    And the R squared, then, is --
22  the relationship is between the odds ratio
23  or the OR and the dose in milligrams;
24  correct?
25      A.    Yes, it is.
```

```
                                          Page 78
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2      Q.    Okay.  So --
 3      A.    That's the calculation for the R
 4   squared.
 5      Q.    Okay.  Understood.  Understood.
 6            Let me -- just out of curiosity
 7   that we're looking at this graph at the
 8   top of page 2, the R -- the mean slope
 9   that you have of 3.4949E to the negative
10   06; correct?
11      A.    Yes.
12      Q.    How is the mean slope larger
13   than any of the increments -- the slopes
14   for the different doses?
15            MS. LUHANA:  Objection to form.
16      The first quartile, Tom, is greater
17      there.
18            MR. SHEEHAN:  No, it isn't.
19            MS. LUHANA:  You're misreading
20      it.
21            MR. SHEEHAN:  It is not.  It is
22      not greater, Roopal.  It clearly
23      isn't.
24      Q.    Do you see the negative 07 at
25   the end?
```

1      SALMON, D.PHIL. - CONFIDENTIAL

2                MS. LUHANA:   Yes.

3      A.     Yes.

4      Q.     Okay.

5      A.     That's looking at the overall

6  slope value.  Now, that's basically linear

7  regression.  Can we scroll the graph up

8  just slightly?

9      Q.     Sure.  You can scroll it.

10     A.     So that is -- that's basically a

11 linear regression across all those points,

12 and it's different calculation than the

13 individual slope calculations.

14     Q.     So is it going from the first

15 point directly to the point that's just

16 above 400?  Is that -- is it that line?

17 Is that what it's -- is that what it's

18 referring to?

19     A.     Yes.

20     Q.     Okay.  That's all I wanted to

21 know.

22                Now, if we go to the next page.

23 Let's go to page 3.

24     A.     Right.

25     Q.     And we can see you plotted out

```
                                          Page 80

 1       SALMON, D.PHIL. - CONFIDENTIAL

 2   the values for gastric cancer in the same

 3   way; correct?

 4        A.    Yes.

 5        Q.    And as we see the plot, if you

 6   will, it scatters, in your words; correct?

 7        A.    Yes.  Yes.

 8        Q.    Okay.  Now, the authors of the

 9   Wang paper concluded that there was not

10   evidence of a continuous dose response

11   with respect to gastric cancer; correct?

12             MS. LUHANA:   Objection.

13        A.    Their words were there is not a

14   continuous dose response, by which they

15   contrast in this, if you'd like, bumpy

16   relationship to the smoother relationship,

17   which they observed with the liver cancer.

18        Q.    Okay.  Is it -- the dose from

19   181 to 270, for example, is -- the odds

20   ratio for the dose of 181 defined daily

21   doses to 270 defined daily doses is lower

22   than the odds ratio for the defined daily

23   dose from 90 to 180; correct?

24        A.    That is correct.  Yes.  They are

25   both above the control rate, but there's a
```

```
                                      Page 81
 1       SALMON, D.PHIL. - CONFIDENTIAL
 2    dip there in the curve.  The -- my point
 3    with the calculation here is that even
 4    allowing for that evidence irregularity in
 5    the data, there is nevertheless an overall
 6    linear correlation and the calculation
 7    across all of those points produced an R
 8    square of nearly .7, which is considered
 9    to be indicative of an overall linear
10    correlation, although linear correlations
11    are not necessarily perfect.
12       Q.    And that's based on five data
13    points; correct?
14       A.    Yes.
15       Q.    Okay.  The -- now, you did not
16    incorporate into your slopes the
17    confidence intervals that are reported for
18    the risks in the Wang paper; correct?
19       A.    That is correct.  I was looking
20    at the mean values for the groups, as
21    reported by the authors.
22       Q.    So there's no confidence limit
23    around any of these points, nor is there
24    any way to assess an error rate with
25    respect to your calculations.  True?
```

Page 82

1      SALMON, D.PHIL. - CONFIDENTIAL

2              MS. LUHANA:  Objection to form.

3      A.    Well, I haven't considered the

4  scatter in the individual points in this

5  particular calculation.  I was mainly

6  looking at the degree of correlation for

7  the mean estimates.

8      Q.    But my point is the failure to

9  incorporate the confidence intervals as

10  they are reported in Wang Table 3 prevents

11  one from understanding the rate of error

12  within the graphs that you provided;

13  correct?

14              MS. LUHANA:  Objection to form.

15      A.    I don't regard it as a failure.

16  I regard it as a choice of what I chose to

17  present.  But it was not designed to

18  reflect that uncertainty, which is well

19  presented in terms of the original data in

20  the paper.  So you can look at those

21  confidence intervals, and, of course, they

22  also provide actual p-values for those

23  individual data points.  So you could look

24  at that table, and you could see the

25  p-value relative to that -- relative to

```
                                              Page 83
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   matched control for each of those points
 3   by looking in that table, so the data are
 4   there if you want to make that comparison.
 5        Q.    Okay.  If we go to page 5.
 6              Okay.  Just scroll down a little
 7   bit.  Right there.  Just up a little bit.
 8   I'm going to focus on the paragraph --
 9   just go up just a little.  Right there.
10   Perfect.
11              Do you see the paragraph that
12   begins "Comparison of the dose of NDMA"?
13        A.    Yes.
14        Q.    Okay.  So if we go to the second
15   sentence, you write, "Based on Emery's
16   overall average NDMA content after
17   consumer storage, the Wang study evaluated
18   median cumulative exposure of
19   2.5 milligrams NDMA in the highest
20   exposure group, finding an increased risk
21   of the incidence of liver cancer of
22   42 percent."
23              Did I read that correctly?
24        A.    Yes, you did.
25        Q.    Okay.  And just so the record is
```

Page 84

1      SALMON, D.PHIL. - CONFIDENTIAL
2    clear, the study authors -- the Wang study
3    authors did not estimate or calculate NDMA
4    exposure levels in any of the subjects
5    that they studied; correct?
6        A.    No.  They reported them strictly
7    as the DDDs.  And I was using the previous
8    evaluation which I did of the FDA and
9    Emery data to determine what the NDMA
10   equivalent from a DDD or from a milligram
11   of -- you know, certain amounts of
12   ranitidine would be.  So I was using those
13   calculations I did earlier to come up with
14   this number.
15       Q.    And again, just so the record is
16   clear, what you are doing here is assuming
17   a level of NDMA exposure in the Wang study
18   that is based on Emery's unpublished,
19   non-peer-reviewed litigation testing;
20   correct?
21           MS. LUHANA:  Objection to form.
22       A.    I think that there has already
23   been extensive review in this case and
24   elsewhere of the Emery data.  But I'm
25   relying on that -- something that's

```
                                          Page 85
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   already in the record here.
 3      Q.    Okay.  And I just -- again, in
 4   your previous answer, you had mentioned
 5   FDA.  But for purposes of the language
 6   that we just discussed on page 5 of your
 7   supplemental report, what your doing is
 8   inserting Emery's overall NDMA average
 9   after consumer storage into the Wang
10   study; correct?
11      A.    Yes.
12      Q.    Okay.
13      A.    Yes.
14      Q.    You continue to write here that
15   "Hidajat's reference group" -- well, let
16   me just back up.
17           You're presuming, for purposes
18   of the comparison of Wang -- well, let me
19   just back up.
20           You're comparing the Wang study
21   to the Hidajat study.  Let's just start
22   there; correct?
23      A.    I'm attempting to see whether
24   the measure of effect in the Wang study is
25   comparable to or relatable to what was
```

```
                                            Page 86
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   observed in the Hidajat study of NDMA,
 3   yes.
 4      Q.    Okay.  And that presumes, as I
 5   understand it, that in the Wang study,
 6   there were 7,090 nanograms of NDMA per
 7   150-milligram Zantac tablet; correct?
 8      A.    Yes.  Right.
 9      Q.    And it presumes that that same
10   3,090 nanograms of NDMA per 150-milligram
11   Zantac tablet was the average throughout
12   the exposure to ranitidine in the Wang
13   study; correct?
14           MS. LUHANA:  Objection to form.
15       This is not what he's doing for the
16       Wang study.
17      Q.    Go ahead, Dr. Salmon.
18      A.    What I'm doing is, you know,
19   those are a validated source of data which
20   allows me to make the comparison to the --
21   between the two studies.  I'm not
22   necessarily assuming that that's exactly
23   what happens in the Wang study.  What I'm
24   doing is I'm using that as a basis of
25   comparison to see whether the results are
```

Page 87

1      SALMON, D.PHIL. - CONFIDENTIAL

2    in fact mutually compatible.  I mean, if

3    they are, then it says, well, that -- you

4    know, that was a reasonable basis of

5    comparison.  It's not necessarily assuming

6    that that's exactly what was going on.

7    It's just a way of providing a basis for a

8    comparison.

9        Q.     Okay.  And you go on to say that

10   the Hidajat reference group in quartile 1

11   had a similar median NDMA amount to your

12   presumed amount in Wang; correct?

13             MS. LUHANA:  Objection to form.

14       A.     Yes.

15       Q.     Now, the Hidajat study -- am I

16   getting -- I'm getting more background

17   now.  Is anybody else getting it?

18       A.     Yes.

19       Q.     Let's go off the record and

20   figure it out again.

21             THE VIDEOGRAPHER:  We'll be

22       going off the record at 11:04.  Stand

23       by.

24             (Recess)

25             THE VIDEOGRAPHER:  We are back

```
                                        Page 88
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2        on the record at 11:14 a.m.  Go ahead,
 3        Counselor.
 4   BY MR. SHEEHAN:
 5      Q.    Sorry about that.  I was muted.
 6            Dr. Salmon, are you ready to
 7   continue?
 8      A.    Yes, I am.
 9      Q.    Okay.  Could we just bring back
10   up the supplemental report at page 5.
11            And Dr. Salmon, when you are
12   comparing an estimated amount of NDMA
13   content in ranitidine in the Wang study to
14   the Hidajat study, you are -- as I read
15   your report, what you are saying is the
16   estimated amount of NDMA content in the
17   highest group in the Wang study is similar
18   to your estimated NDMA exposure in the
19   reference group in Hidajat; is that
20   correct?
21            MS. LUHANA:  Objection to form.
22      Go ahead.
23      A.    I'm just doing this as an
24   illustrative comparison.  As I was saying
25   before, I'm not actually making an
```

```
                                        Page 89
 1     SALMON, D.PHIL. - CONFIDENTIAL
 2   assumption about the amounts of NDMA in my
 3   analysis of the Wang study.  It's a -- you
 4   know, it's just an illustrative
 5   comparison.  My analysis is a study, of
 6   course, is based on the DDDs reported in
 7   the study.  But this is an attempt to make
 8   the illustrative comparison.
 9            And certainly, you know, I'm
10   just looking at what the relative numbers
11   are.  But you have to of course bear in
12   mind that the design of the Hidajat
13   studies, that is an internal comparison
14   group study.  The comparison group is an
15   exposed group.  It's the lower -- it's at
16   the lower end of their dataset.  But it is
17   an exposed group.  So that's a feature of
18   the study design, basically.
19      Q.    Right.  I mean, the comparisons
20   that are done in Hidajat are compared to
21   quartile 1; correct?
22      A.    Yes.  Exactly.
23      Q.    Okay.  I think we're on the same
24   page here.
25      A.    Yeah.
```

```
                                              Page 90
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2      Q.     But you -- I mean, just so I'm
 3   clear, you keep saying you're using this
 4   as an illustration.  You wrote the Wang
 5   study evaluated mean cumulative exposure
 6   of 2.5 milligrams NDMA in the highest
 7   exposure group.
 8               MS. LUHANA:  Objection to form.
 9      You didn't read the entire sentence.
10      A.     Yeah.
11      Q.     I just want to understand --
12   really what I'm trying to understand is
13   why are you comparing the Wang study to
14   the Hidajat study?
15               MS. LUHANA:  Objection to form.
16      A.     Well --
17               MS. LUHANA:  Go ahead.
18      A.     In answer to why am I comparing
19   them, because I was interested to see
20   whether I had a -- whether I could compare
21   two different outcomes for liver cancer,
22   both of which involved exposure to NDMA,
23   but by different routes and by -- through
24   different media.  And I was interested to
25   determine whether the observed outcomes
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   were consistent with one another.
 3            So that was the question I was
 4   asking here.  It's a separate analysis
 5   entirely from the evaluation of the Wang
 6   study.  It's just that I thought it was a
 7   relevant comparison, given that the
 8   underlying premise of my overall analysis
 9   is that exposure to NDMA is exposure to
10   NDMA.
11            And although, you know,
12   obviously there are modifying facts
13   depending on the circumstances, the
14   expectation is that NDMA exposure by any
15   route or from any medium is going to
16   produce a comparable outcome.  So that
17   was -- this was an attempt to examine that
18   question.
19            And I think I -- the sentence
20   which you read earlier starts, "Based on
21   Emery's overall NDMA content after
22   consumer storage."  So what I'm saying is
23   if I use that as a basis to figure out
24   what was going on in the Wang study in
25   terms of NDMA exposure, then, you know,
```

```
                                          Page 92

 1      SALMON, D.PHIL. - CONFIDENTIAL

 2    that's a way I can make this comparison.

 3    It's not -- it's not an argument that

 4    that's what I necessarily know what was

 5    going on in the Wang study.  It's just to

 6    see whether that -- whether this is a

 7    workable basis for comparison.

 8        Q.    Okay.  Now, you did not evaluate

 9    the background risk of liver cancer in the

10    UK; correct?

11        A.    I think I have at some point

12    looked it up.  But I don't have it

13    hands -- you know, I don't have it in my

14    hand just at the moment.

15        Q.    And the Hidajat study is a study

16    of rubber workers in the UK; correct?

17        A.    Yes, it is.  Well, there are

18    some other -- Europeans at least.

19        Q.    Well, to be very clear, the

20    Hidajat study looking at cancer mortality

21    involves rubber workers in a UK cohort of

22    rubber workers; correct?

23        A.    Yes.  Yes.

24        Q.    Okay.  And the population in the

25    Wang study is a very different population;
```

```
                                          Page 93
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   correct?
 3              MS. LUHANA:  Objection to form.
 4      A.    It's a different population.  I
 5   don't know that -- you know, exactly what
 6   you mean by very different, you know, is a
 7   question of what you -- what you think is
 8   a -- you know, a close comparison versus a
 9   difference.
10      Q.    Well, how many rubber workers
11   were in the Wang study, to your knowledge?
12      A.    To my knowledge, I'm unaware of
13   any, but that doesn't mean there weren't
14   any.  But I'm unaware of any.
15      Q.    Okay.
16      A.    But I think you were asking
17   about the background characteristics of
18   the populations.  Is that what you were
19   asking?
20      Q.    No.
21              MS. LUHANA:  You did.  You asked
22      about it in terms of the background
23      population of liver cancer in the UK
24      and other questions about it, Counsel.
25              MR. SHEEHAN:  Well, to the
```

                                           Page 94

1        SALMON, D.PHIL. - CONFIDENTIAL

2         extent I did, I'm moving on.

3        Q.    Dr. Salmon --

4        A.    Okay.  I just wanted

5    clarification as to what I was supposed

6    to --

7        Q.    Fair enough.  Fair enough.

8              According -- now, when you

9    converted inhalational NDMA exposure to

10   estimated oral exposure in the Hidajat

11   study, you used a rat model; correct?

12       A.    Yes.

13       Q.    Okay.  Let's --

14       A.    I think that's a rat.  Sorry.  I

15   was looking at the transcript.  It says

16   "rap."  It should say "rat," R-A-T, as in

17   rodent.

18       Q.    Yeah.  Rat.  Not rap.  I don't

19   know what a rap model is.  But rat.

20       A.    We're not allowed to use popular

21   media in this sort of context, are we?

22       Q.    I don't think so.

23              If we could -- let's bring this

24   down.  And I just want to take a look at

25   your original report, which I think is --

Page 95

1      SALMON, D.PHIL. - CONFIDENTIAL
2    you've got that with you; correct?
3        A.    Yes, I do.
4        Q.    Okay.  I think that's Exhibit 3.
5              (Deposition Exhibit 3, Updated
6        Rule 26 Expert Report of Andrew Gale
7        Salmon M.A., D.PHIL., C,CHEM.,
8        M.R.S.C., dated March 28, 2022, was
9        hereby marked for identification, as
10       of this date.)
11       Q.    And if we could just go to
12   page 223.  That's what I'm looking at.
13   Okay.
14             So you have a column of the far
15   right column.
16       A.    Yes.
17       Q.    For Emery average after consumer
18   storage; correct?
19       A.    Yes.
20       Q.    Okay.  And you've got NDMA per
21   year, and you've got 2.25 there; correct?
22       A.    Right.  Yes.
23       Q.    And according to your analysis,
24   after Emery average after consumer
25   storage, 1.81 years would be required for

Page 96

1      SALMON, D.PHIL. - CONFIDENTIAL
2   a statistically significant increase in
3   esophogeal cancer; correct?
4           MS. LUHANA:   Objection.
5      Objection to form.
6      A.    Sorry.   Let me -- that's the
7   calculation -- that's the esophogeal
8   cancer calculation of the consumer
9   storage.   That's based -- that's the
10  esophogeal cancer based on the Keszei
11  esophogeal data, yes.
12     Q.    I understand that.   But it would
13  take 1.81 years, assuming that there's an
14  amount of NDMA based on the Emery average
15  after consumer storage to see a
16  significant impact on esophogeal cancer.
17           MS. LUHANA:   Objection to form.
18     Misstates his testimony.
19     A.    That -- I think, you know, we
20  need to -- you're saying it would take
21  that much to see a significant -- that's
22  in that study.   It's not talking about
23  what's -- you know, it's not saying that
24  there's an overall threshold.   It's just
25  saying that's what the -- that's the

Page 97

1      SALMON, D.PHIL. - CONFIDENTIAL

2  amount of time it would take to reach the

3  level which resulted in an observable

4  result in the Keszei study.  So it's

5  specific to the study.  We were using the

6  level which produced a significant result

7  in the study, as, if you'd like, you know,

8  a benchmark point that we could compare

9  the exposure to.

10          It's not saying anything about

11  there being an absolute background below

12  which you wouldn't see an effect.  I think

13  that -- I think you're saying -- I'm not

14  sure whether you're saying that or not.

15  But I'm looking at your question, and it

16  sounds as if that's what you're implying.

17  So I want to make it clear that we're

18  talking about the amount of time it would

19  take to reach the exposure which created a

20  significant result in the Keszei study.

21  Is that --

22      Q.    Right.  And all I'm saying,

23  Dr. Salmon, is if we assume for purposes

24  of this example the Emery average after

25  consumer storage in the Wang study --

```
                                              Page 98
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   let's assume that's true --
 3      A.    Yes.
 4      Q.    They followed people for
 5   8.3 years, right, as a median and up to
 6   18 years?
 7      A.    Well, their groups of exposure
 8   involved -- the top group involved 360
 9   DDDs per -- per -- sorry -- well, 360 DDDs
10   was -- and above was the top exposure
11   group.  So that's basically one year of
12   actual consumption of the ranitidine.  The
13   followup thereafter was an average of
14   eight years with a maximum of 18.  But the
15   actual exposure to ranitidine was -- the
16   top group was one year or somewhat more --
17   not a tremendously long time.
18      Q.    And in this real world study of
19   ranitidine use in actual humans, they did
20   not see any significant impact on the
21   development of esophogeal cancer; correct?
22              MS. LUHANA:  Objection to form.
23      A.    Well, they -- we've already
24   talked about what the -- what the results
25   are for esophogeal cancer, and, you know,
```

Page 99

1      SALMON, D.PHIL. - CONFIDENTIAL
2   there's a statistical analysis there.  So
3   it includes, you know, a mean and a
4   confidence limit.
5      Q.    Can you use the Wang study to
6   determine how long it would take, assuming
7   an Emery average after consumer storage,
8   to reach a significant increased risk of
9   esophogeal cancer?
10     A.    I haven't done that exact
11  calculation.  But the -- excuse me.  The
12  implication is that the exposure in the
13  Wang study could have resulted in a larger
14  significant result with longer exposure
15  if, for instance, it had gone on for two
16  or three years.
17             But the problem is, of course,
18  we don't have actual objective data on
19  what the exposure in the Wang study was.
20  We can only use the Emery data as an
21  indicator.  And I was doing this for the
22  purposes of comparison with the Hidajat
23  study.  I wasn't trying to do this
24  analysis as part of my analysis of the
25  Wang study.

Page 100

1      SALMON, D.PHIL. - CONFIDENTIAL

2      Q.    And according to this -- well,

3   by the way, you have not revised your

4   original report in any way; correct?

5      A.    That is correct.

6      Q.    You've not revised this chart

7   that we're looking at on page 223 of your

8   report; correct?

9      A.    No.  I --

10          MS. LUHANA:  Objection to form.

11     Q.    And so --

12          MS. LUHANA:  Counsel, he

13      supplemented his report, as you know.

14          MR. SHEEHAN:  I understand that.

15     Q.    But this report has not been

16   revised; correct?

17          MS. LUHANA:  It's been updated

18      with a supplement, counsel.  That's

19      what we're talking about.

20          MR. SHEEHAN:  Are you testifying

21      or are you letting the doctor testify?

22      What are we doing here?

23          MS. LUHANA:  I'm just

24      misunderstanding your question, and I

25      want it to be clear for the record,

Page 101

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2      Counsel.
 3  BY MR. SHEEHAN:
 4      Q.    Okay.  Has this chart entitled
 5  "Years to achieve dose equivalent to a
 6  significant finding level" been updated
 7  for purposes of your opinions, Dr. Salmon?
 8          MS. LUHANA:  Objection to form.
 9      A.    My opinions based on this report
10  have not changed since the original
11  report.  I have not changed them in -- I
12  have not changed them in the course of
13  preparing the supplemental report.
14      Q.    Okay.  And as in this chart that
15  we are looking at right here, if we go to
16  the liver cancer finding --
17      A.    Yes.
18      Q.    -- and we apply the Emery
19  average after consumer storage, it would
20  take 6.65 years to reach a significant
21  finding level; correct?
22          MS. LUHANA:  Objection to form.
23      A.    It would take 6.6 years to reach
24  the level which was found to be
25  significant in the Hidajat study.
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2      Q.    Okay.  And that level that was
 3   found to be significant in the Hidajat
 4   study is based on your calculation of the
 5   study cumulative milligrams; correct?
 6            MS. LUHANA:  Objection to form.
 7      Go ahead.
 8      A.    It's based on my calculation,
 9   you know, which in turn is based on the
10   data reported by Hidajat and my other
11   sources.
12      Q.    Okay.  Do you have a minimum
13   exposure level to ranitidine that is
14   necessary to cause esophogeal cancer?
15            MS. LUHANA:  Objection to form.
16      Go ahead.
17      A.    I think I've rather extensively
18   discussed in my original report that there
19   is no such thing as a minimum net exposure
20   level necessary to cause cancer.
21   Basically, the effect of -- particularly
22   of a genetically -- a genotoxically active
23   carcinogen, such as NDMA, has a
24   no-threshold dose response.  So there is
25   no level which is not associated with an
```

Page 103

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   increment of risk.
 3             What you tend to perceive as a
 4   level at which you're able to see a result
 5   is the -- based on the sensitivity of the
 6   studies that you're examining.  Whether
 7   there's an animal study or an
 8   epidemiological study, there's always some
 9   level below which the study lacks the
10   power to quantify an effect.
11             So there is no such thing as an
12   exposure level necessary to cause
13   esophogeal cancer or any other cancers.
14   The question of the levels necessary to
15   cause sufficiently large effect that you
16   can observe it in whatever particular
17   study or other technique you're using to
18   see that effect.
19      Q.    And you would want to see that
20   effect consistently across different
21   studies and different populations.  Is
22   that fair?
23             MS. LUHANA:  Objection to form.
24      A.    Consistency is one of the
25   standard Bradford Hill criteria for
```

1      SALMON, D.PHIL. - CONFIDENTIAL
2   evaluating evidence.  So to the extent
3   that you can see consistency, that is
4   supportive of the overall analysis,
5   according to Bradford Hill.
6       Q.    Okay.  We can take that down.
7             And I want to go back to the
8   Wang study, which I believe is Exhibit 4.
9   And if we go to page 10.
10            Now, Dr. Salmon, indication bias
11  occurs when cancer risk is related to the
12  indication for medication use but not to
13  the use of the medication itself; correct?
14            MS. LUHANA:  Objection to form.
15      Q.    I'm sorry.  I didn't hear you.
16      A.    I believe that's a true
17  statement, yes.
18      Q.    Okay.  And the issue -- the
19  methodologic issue with respect to
20  indication bias is addressed by comparing
21  ranitidine to another population using an
22  as acid suppressant drug for similar
23  indications; correct?
24            MS. LUHANA:  Objection to form.
25      A.    That is one of the techniques

Page 105

SALMON, D.PHIL. - CONFIDENTIAL

1       SALMON, D.PHIL. - CONFIDENTIAL
2    which has been used to attempt to address
3    this concern, yes.  And that is, for
4    instance, why Wang set up an active
5    comparison subgroup within this study to
6    address that question.
7        Q.    And can we just scroll a little
8    bit on this -- I want to go down to
9    Table 4.
10             Okay.  So if we take a look at
11   Table 4 there, it presents risk of cancer
12   between famotidine and ranitidine users;
13   correct?
14       A.    Right.  Yes.
15       Q.    And there's a statistically
16   significant increased risk of liver cancer
17   in users of ranitidine compared to
18   famotidine; correct?
19       A.    That is correct.  Yes.
20       Q.    And there's no statistically
21   significant increased risk of esophogeal
22   cancer in ranitidine users; correct?
23       A.    There's an increase in the
24   median estimate of the hazard ratio, but
25   it's not statistically significant in that

1      SALMON, D.PHIL. - CONFIDENTIAL

2   the confidence limits include 1.0.  And

3   the associated p-value is correspondingly

4   larger than the .05 cutoff.

5      Q.    And there's no statistically

6   significant increased risk of gastric

7   cancer comparing ranitidine to famotidine;

8   correct?

9      A.    Again, the median estimate is

10  above one, but the confidence limits

11  include one, yes.

12     Q.    And there's no statistically

13  significant increased risk of pancreatic

14  cancer comparing ranitidine to famotidine;

15  correct?

16     A.    That is -- well, in case of

17  pancreatic cancer, that is -- that is also

18  true, that although the median estimate is

19  increased, the confidence limits include

20  one.

21     Q.    And there's no statistically

22  significant increased risk of bladder

23  cancer comparing ranitidine users to

24  famotidine users; correct?

25     A.    Again, same.  The central

Page 107

1      SALMON, D.PHIL. - CONFIDENTIAL

2   estimate is -- somewhat elevates it, but

3   the confidence limits include one, yes.

4      Q.    Okay.  So if we go to page 12 of

5   the Wang study.

6           Do you see the second full

7   paragraph there, beginning "We included a

8   second active comparator group"?

9      A.    Yes.

10     Q.    The authors write, "We included

11  a second active comparator group of

12  individuals who were also prescribed

13  famotidine, containing no NDMA and used

14  for an almost identical indication, which

15  might minimize potential bias to clarify

16  potential confounding by indication."

17          Did I read that correctly?

18     A.    Yes, you did.

19     Q.    Okay.  Do you agree with the

20  Wang authors that famotidine is used for

21  an almost identical indication as

22  ranitidine?

23          MS. LUHANA:  Objection to form.

24     A.    That's my understanding, that

25  it's used for a similar indication.

1      SALMON, D.PHIL. - CONFIDENTIAL

2      Q.     Okay.  And do you agree with the

3   authors that they included this comparison

4   to clarify potential confounding by

5   indication?

6           MS. LUHANA:  Objection to form.

7      What cancers are you talking about,

8      Counsel?

9           MR. SHEEHAN:  We're going to get

10      to that.  Right now I'm just asking

11      about this language.

12      A.     Okay.  So they're talking about

13   the result in this particular comparison.

14   And they used this comparison to address

15   the confounding by indication.  Yes.

16      Q.     Okay.  So if we go to the next

17   paragraph, do you see the sentence that

18   begins, "Therefore," in the middle of the

19   paragraph?

20      A.     Yes.

21      Q.     Therefore.  Okay.  The authors

22   write, "Therefore, based on a direct

23   comparison with either the non-ranitidine

24   group or the famotidine group (similar

25   indication to ranitidine users), only

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   liver cancer displayed a significant
 3   association with long-term ranitidine
 4   use."
 5           Did I read that correctly?
 6      A.    Yes, you did.
 7      Q.    Okay.  So per the Wang authors,
 8   only liver cancer was associated with
 9   long-term ranitidine use across the
10   different comparisons in their study;
11   correct?
12           MS. LUHANA:  Objection to form.
13      A.    Their overall analysis relied --
14   relied on the comparison to non-use.  And
15   I think they say that further up in this
16   page.  They say, "We estimated the impact
17   of ranitidine intervention on cancer risk,
18   which showed increased odds of developing
19   liver, lung, pancreatic, and gastric
20   cancers.  The Kaplan-Meier analysis of our
21   18-year dataset confirmed these findings."
22           What they're talking about
23   further down is the results in their
24   subset where they did the active
25   comparator analysis.  And what they found
```

```
 1        SALMON, D.PHIL. - CONFIDENTIAL
 2   there is that their active comparator
 3   analysis, because of its smaller size and
 4   some of the other complexities in active
 5   comparator studies which have been noted
 6   elsewhere, that subset is less sensitive
 7   to the effect than the primary analysis
 8   which they did, which was the comparison
 9   to non-use.
10            And so what their analysis in
11   the active comparison study shows is that
12   in the -- their most sensitive endpoint
13   where they were able to show the most
14   numerically verifiably effects, they
15   showed that there was no indication bias
16   in that dataset.  And if it's not present
17   there, it's very hard to see how it would
18   be present in any of the other endpoints,
19   but -- due to the low sensitivity of
20   those -- of those endpoints.  They didn't
21   actually see statistical significance for
22   those endpoints in the active comparator
23   study.  But they did see it in the
24   comparison to non-use.
25        Q.    Understood.
```

Page 111

1     SALMON, D.PHIL. - CONFIDENTIAL
2           So it's fair to say that across
3     the comparisons that the authors utilized
4     in the Wang study, as they wrote, only
5     liver cancer displayed a significant
6     association with long-term ranitidine use.
7           That's --
8           MS. LUHANA:  Objection.
9     Q.    -- a true statement; correct?
10          MS. LUHANA:  Objection.
11    Misstates what the authors concluded.
12    A.    What the authors said was within
13    their active comparator group, they -- the
14    only one which came up with a significant
15    difference was liver.  That's what they
16    said.  They're not saying across
17    everything.  What they're saying is across
18    their active comparison groups.  That's
19    what they saw.  They're not saying --
20    Q.    Sure.  And it's only liver,
21    though; right?  I mean, if you read the
22    first part of that sentence, they're
23    saying based on a direct comparison with
24    either the non-ranitidine group or the
25    famotidine group, only liver cancer

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   displayed a significant association with
 3   long-term ranitidine use; correct?
 4            MS. LUHANA:  Objection to form.
 5      A.    Yeah.  As I think I said before,
 6   that -- in that statement, they're talking
 7   about their active comparator subset.
 8      Q.    Even though they use the words
 9   direct comparison with either the
10   non-ranitidine group?
11      A.    Yes.  That's what -- they're
12   talking here about the active comparator
13   group.  That's what -- that's the subject
14   of this comment.  The statement that only
15   liver displayed a significant association
16   applies to the -- it says this approach --
17   and they're talking about the approach
18   they have just been describing -- was used
19   to ameliorate the implicit indication bias
20   that can occur.
21            And that statement, if you try
22   to apply that to the -- to the overall
23   comparison with users versus non-users, it
24   directly contradicts it by their statement
25   the first paragraph of this page.  So
```

Page 113

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   clearly, your interpretation is not
 3   correct.  This statement relates to the
 4   observations which we've already
 5   discussed, which are within the active
 6   comparator subgroup.
 7      Q.    Let me ask it this way,
 8   Dr. Salmon.
 9           Other than liver cancer, what
10   other individual cancer had a
11   statistically significant increased risk
12   in both the comparison to non-use and the
13   comparison to famotidine?
14      A.    The -- because the only one
15   which showed a significant result was
16   famotidine -- sorry -- was liver, then
17   that only applies to the liver cancer.
18      Q.    Okay.  If we go to the
19   conclusions, which are on the next page,
20   Section 5.
21      A.    Yes.
22      Q.    In the conclusion section, do
23   the authors reference any cancer other
24   than liver cancer?
25      A.    Their final conclusion was --
```

1      SALMON, D.PHIL. - CONFIDENTIAL

2   their final conclusion was the strong

3   association which they identified with

4   liver.  But as I say, elsewhere in

5   their -- that's the one which they chose

6   to emphasize in their conclusion.  And,

7   you know, that's the -- that was the

8   objective of their publishing this paper,

9   was to highlight that finding, which they

10  found to be supported across the board.

11             But -- I'm sorry.  Going back to

12  the previous statement in their discussion

13  and analysis, they do specifically mention

14  the other cancers for which they found

15  statistically significant incidence in the

16  comparison with known use.

17             So the whole paper talks

18  extensively about the overall findings and

19  their results.  They're specifically

20  emphasizing liver in that conclusion,

21  because that's the strongest single

22  result.  And the other results they report

23  are also valid and need to be taken into

24  account in considering the overall

25  evidence for association of cancer with

Page 115

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   ranitidine.
 3      Q.    I'm going to object as
 4   nonresponsive.
 5           MR. SHEEHAN:  Can we take a
 6      five-minute break?
 7           MS. LUHANA:  Sure.
 8           THE VIDEOGRAPHER:  We'll be
 9      going off the record at 11:49 a.m.
10      Stand by.
11           (Recess)
12           THE VIDEOGRAPHER:  We are back
13      on the record at 12:01 p.m.  Go ahead,
14      Counselor.
15   BY MR. SHEEHAN:
16      Q.    Dr. Salmon, after a short break,
17   are you ready to continue?
18      A.    Yes, I am.
19      Q.    Okay.  Dr. Salmon, it's fair to
20   say that in your analysis, you weighted
21   comparisons to non-use more heavily than
22   comparisons to active control with respect
23   to the ranitidine epidemiology studies.
24           MS. LUHANA:  Objection.
25      Q.    Correct?
```

Page 116

1          SALMON, D.PHIL. - CONFIDENTIAL

2                MS. LUHANA:   Objection to form.

3      A.     I think the -- your -- I don't

4   agree with the way you put that.  I think

5   what I have to say is that in order to

6   make a dose response analysis, it's

7   necessary to have a comparison use versus

8   non-use.  That's what -- you know, that is

9   the mathematics underlying the calculation

10  of a dose response relationship.

11                So necessarily, in order to

12  examine the dose response relationships,

13  which was one of the primary objectives of

14  both my original report and the

15  supplementary reports, I'm necessarily

16  looking to compare use with non-use.  The

17  active comparator design has a specific

18  value in terms of addressing the

19  confounding by indication.  But it's not

20  a -- it's not a direct measure of the

21  actual dose response in quantitative

22  terms.

23                So that's why, in analyzing my

24  dose response -- in my analysis of the

25  dose response characteristics, I was

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   looking specifically at use versus
 3   non-use.  It's not that I ignored the
 4   input from the other types of studies for
 5   the aspects such as the indicator
 6   comparisons.  I didn't ignore those.  It's
 7   just that they are not as informative with
 8   regard to the dose response.
 9      Q.    Well, let me ask it this way,
10   Dr. Salmon.  Actually, just one followup
11   question first.
12           Are you saying that it would not
13   be possible to do a dose response analysis
14   comparing ranitidine to an active control?
15           MS. LUHANA:  Objection to form.
16      A.    Well, you can do the -- you can
17   do the mathematical comparison, obviously.
18   You know, you can say what's the
19   relationship between the incidence rate in
20   the one group versus another.  The
21   question is what does it mean?  And the
22   answer is it means it's -- that's the
23   comparison between the two differently
24   treated groups, whereas the dose response
25   analysis, at least the conventional design
```

1      SALMON, D.PHIL. - CONFIDENTIAL

2   for which is normally used for assessing

3   dose response is the comparison between

4   the use and the non-use.  So you can do

5   the -- you can do the comparison

6   mathematically, obviously.  It's just that

7   it means something different.

8      Q.    And you've not done that

9   comparison mathematically with respect to

10  comparing ranitidine to an active control;

11  correct?

12           MS. LUHANA:  Objection to form.

13     A.    I have not reported on that in

14  my analysis, because I felt that the

15  parameter that was worth presenting and

16  discussing was the standard dose response

17  comparison against -- against non-use.

18  Obviously, in reviewing the studies, I

19  looked at the comparison of rates which

20  the offers provided, and that contributes

21  obviously to the interpretation of those

22  studies insofar as they inform an active

23  comparison between different medicines.

24     Q.    Just getting back to my original

25  question.  Let me ask it this way.

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2              Is it fair to say that the
 3   comparison on the risk of use versus
 4   non-use is the question of importance in
 5   your analysis?
 6              MS. LUHANA:  Objection to form.
 7      A.    It's one of the questions of
 8   importance, yes.  And in particular, it's
 9   a parameter of interest in its own right
10   in assessing risk that might be associated
11   with an exposure.  It's also one of the
12   key elements of the Bradford Hill
13   criteria, that if that could be
14   demonstrated satisfactorily, then that
15   is -- that's one of the criteria that's
16   used in evaluating the overall possibility
17   in a causal relationship.
18      Q.    So it's your opinion that the
19   Bradford Hill criteria places an
20   importance -- with respect to the question
21   of ranitidine and cancer places an
22   importance comparison of use versus
23   non-use over the comparison of ranitidine
24   to an active control?
25              MS. LUHANA:  Objection.
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2       Objection.  Misstates his testimony.
 3       A.     No.  I did say that the use
 4   versus non-use -- that's an important
 5   parameter, because that is -- you know,
 6   that's the classic definition of what is
 7   meant by dose response.  I didn't say that
 8   the other things were unimportant.  I said
 9   that they have a different implication.
10   That implication obviously was considered
11   by me and by the various study authors who
12   we've been reviewing.  And so it has its
13   importance.  It's just a different
14   importance.
15       Q.    And what is the importance of
16   it?
17       A.     Well, primarily, it's a way of
18   addressing the indication bias.
19       Q.    Okay.  So let's go to page --
20       A.     Sorry.  May I just add to that?
21   It's not the only way of looking at that,
22   I have to say, but it is -- it is one of
23   the extensively used ways of addressing
24   that question.
25       Q.    Okay.  Let's go to page -- let's
```

Page 121

1          SALMON, D.PHIL. - CONFIDENTIAL
2     bring up the supplemental report and go to
3     page 6.
4               Okay.  And beginning on page 6,
5     and then over onto page 7 of your
6     supplemental report dated October 4, 2022,
7     is your section on Bradford Hill; correct?
8          A.    Yes.
9          Q.    Okay.  Now, the first paragraph
10    is in reference to stomach cancer;
11    correct?
12         A.    Yes.
13         Q.    Okay.  And you note that the
14    Wang study reported a statistically
15    significant increase in overall stomach
16    cancer in ranitidine users; correct?
17         A.    Yes.
18         Q.    And that comparison is to
19    non-use; correct?
20         A.    Yes.
21         Q.    You do not mention in your
22    paragraph in the section on the Bradford
23    Hill causal criteria that no statistically
24    significant association for stomach cancer
25    was observed when ranitidine was compared

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   to famotidine; correct?
 3            MS. LUHANA:  Objection.
 4      A.     The evidence I'm talking about
 5   here is specifically about the comparison
 6   to non-use.  I'm not reporting in this
 7   particular paragraph the analysis which
 8   Wang did to examine the question of
 9   whether there would be an effect of the
10   indication bias.  I didn't mention that in
11   this particular paragraph.  It doesn't
12   mean I didn't note that they looked at
13   that.
14            In fact, you know, I mean, my
15   analysis of the Wang study, I have
16   commented that they sought to eliminate
17   that as a factor.  And, of course, the
18   authors themselves explain that.  So it's
19   not that I'm ignoring it, but I've chosen
20   to emphasize the influential pieces of
21   information here.
22            And the fact they didn't find an
23   indication bias is -- I mean, it's
24   certainly relevant, but it's not
25   especially noticeable in terms of the
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   overall evaluation.
 3            What would have been very
 4   influential if they had -- would be if
 5   they had found an indication of this
 6   indication bias.  If that had turned up
 7   and was a factor which detracted from
 8   their finding in the comparison to
 9   non-use, then, obviously, that would be
10   something that would have been important
11   to comment on.  But the fact they didn't
12   find that, it means essentially that the
13   finding I do report on stands without that
14   challenge.
15      Q.   Dr. Salmon, can you -- as you're
16   sitting here today, can you cite to me any
17   publication where ranitidine was compared
18   to famotidine or another H2RA and reported
19   a statistically significant increased risk
20   of gastric cancer?
21      A.    I'd need to pull up my previous
22   report to give you a clear answer on that.
23   I think I've covered that question quite
24   extensively in that report, but I don't
25   have --
```

Page 124

SALMON, D.PHIL. - CONFIDENTIAL

1

2      Q.     But you don't know anything off

3  the top of your head.

4      A.     Just --

5           MS. LUHANA:  Counsel, do you

6       want to give him the opportunity to

7       review his report and carefully answer

8       the question?

9           MR. SHEEHAN:  I don't want to,

10      actually.

11      Q.     If you need to look at it,

12  great.  You just say, "I can't answer the

13  question."  And that's fine.

14      A.     Well, yeah.  I'm going to refer

15  back to my report, because I don't like

16  answering things off the top of my head.

17      Q.     But Dr. Salmon, I don't have

18  time for you to read your entire report.

19  So I'm just wondering if you know -- and

20  I'm allowed to ask this -- if you know.

21  If you don't, that's fine, and you can

22  say, "I would need to look at my report.

23  I don't know."  That's fine.

24      A.     Yeah.  Well, I'm going to say I

25  need to look at my report, because I don't

```
                                        Page 125
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   like trying to answer things off the
 3   top --
 4      Q.   Okay.  No.  That's totally fair.
 5   I don't mean to put you on the spot.  If
 6   you don't know, you don't know.
 7           Okay.  If we move two paragraphs
 8   down with respect to pancreatic cancer,
 9   you reference an influential finding of an
10   association between pancreatic cancer and
11   ranitidine use; correct?
12      A.   Right.
13      Q.   And again, this is in your
14   section on Bradford Hill; correct?
15      A.   Yes.
16      Q.   You do not mention in your
17   paragraph on pancreatic cancer that there
18   was no significant association between
19   ranitidine and pancreatic cancer when
20   compared to famotidine; correct?
21           MS. LUHANA:  Objection to form.
22      A.   Well, I think the answer to this
23   one is the same case.  The comparison
24   which they were making specifically versus
25   famotidine was intended primarily to
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   assess whether there was a clear
 3   difference which could be connected to the
 4   indication bias.  And they did not
 5   demonstrate any such bias in the study.
 6   The results on pancreatic cancer were not
 7   statistically significant because of the
 8   level of power of the segment of the
 9   study, but they were not inconsistent with
10   the overall results in the study.
11            The other thing I think is -- I
12   think is -- you know, frankly, it's a moot
13   point.  Whether you would expect
14   indication bias of pancreatic cancer, that
15   is primarily more of an issue for gastric
16   and esophogeal cancer in the other studies
17   which I reviewed in my original report.
18            So that is I think not a
19   substantial issue.  I'm aware of what
20   you're saying.  That segment didn't
21   produce a clear result.  And I also
22   acknowledge that they were not able to
23   demonstrate the clear dose response.  And
24   again, this is acknowledging the
25   limitations of the finding in this case.
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   But nevertheless, the fact that they did
 3   find a significant association in the
 4   overall analysis versus the non-use, that
 5   is an influential finding.  So, you know,
 6   this is what you include in the Bradford
 7   Hill analysis.  You look at all the
 8   findings which are telling you something
 9   about what's going on, and you consider
10   all of them.
11      Q.    Dr. Salmon, you're not a
12   gastroenterologist; right?
13      A.    I'm not a gastroenterologist.
14   No.
15      Q.    Okay.  And you don't treat
16   patients with GERD; correct?
17      A.    I don't treat patients.  I'm a
18   technical analyst, not a clinician.
19      Q.    You don't know whether patients
20   with GERD present with symptoms that can
21   be mistaken for pancreatitis?
22           MS. LUHANA:  Objection to the
23      form.
24      Q.    Do you know?
25      A.    I don't have an opinion on that
```

Page 128

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   because I'm not a -- I'm not a clinician.
 3   I mean, I'm sure in principle, that a lot
 4   of general discomfort conditions, you
 5   know, can be confused with one another,
 6   and I'm sure that it would take a clinical
 7   analysis to separate out conditions which
 8   are, you know -- result in
 9   gastrointestinal and other related
10   discomfort.  But as I say, that's not a
11   professional opinion on my part, because
12   I'm not a clinician.
13      Q.    Okay.  As you sit here today,
14   can you name for me any epidemiologic
15   study evaluating ranitidine and cancer
16   outcomes that reported a statistically
17   significant increased risk of pancreatic
18   cancer when ranitidine was compared to
19   another H2RA?
20           MS. LUHANA:  Objection to the
21      form.
22      A.    I'm going to give you the same
23   answer that -- you know, I'm not going to
24   try and answer that off the cuff.  I would
25   need to consult my reports and go through
```

Page 129

1      SALMON, D.PHIL. - CONFIDENTIAL
2    that to give you an answer to that
3    question.
4        Q.    Okay.  And would that be true
5    for all five cancers?  I won't keep asking
6    the same question.
7        A.    Yeah.  I --
8              MS. LUHANA:  Objection to form.
9        Go ahead.
10       A.    I don't want to try to make, you
11   know, off-the-cuff statements without the
12   opportunity to consult my data, because,
13   you know, to me, it's unprofessional to
14   try and make off-the-cuff statements
15   without referring to the source data.
16       Q.    Okay.  And that would be true
17   for liver cancer as well; correct?
18             MS. LUHANA:  Objection to form.
19       A.    Yes.  I mean, we said in
20   general.  I would -- you know, I want to
21   be able to quote the reports in order to
22   express that sort of opinion.
23       Q.    Okay.  Is it fair to say that in
24   your Bradford Hill section of your
25   supplemental report, Dr. Salmon, you do

```
                                        Page 130
 1      SALMON, D.PHIL. - CONFIDENTIAL

 2    not discuss any of the findings with

 3    respect to comparison to famotidine;

 4    correct?

 5              MS. LUHANA:  Objection to form.

 6      A.    I think I said I've reported

 7    primarily on -- throughout the report on

 8    the comparison with non-use, because that

 9    is the -- that is the parameter which is

10    considered in -- as a primary factor in

11    the Bradford Hill type of analysis.

12              Had the -- had the comparison

13    with famotidine come up with indications

14    of indication bias, I would definitely

15    have included it.  But since it didn't, it

16    doesn't constitute the qualification of

17    the clear findings which I was discussing.

18    So it was not mentioned specifically in

19    the summary of going through the Bradford

20    Hill, although, as I say, it is

21    considered.  I did consider it in my

22    overall evaluation.

23      Q.    Dr. Salmon, you -- as I

24    understand it -- well, let me ask it this

25    way.
```

```
 1        SALMON, D.PHIL. - CONFIDENTIAL
 2                 Did you review the notice of
 3     deposition that was served in connection
 4     with this deposition?
 5        A.    Yes.  I looked at it.  Yes.
 6        Q.    Okay.  And you produced certain
 7     materials to your attorneys in connection
 8     with that notice?
 9        A.    That is correct, yes, I did.
10        Q.    Okay.  And I'm just going to
11     mark those for the record.  I'll do that
12     at some point.
13                 But first I want to ask the
14     responses that we got indicated that you
15     have not produced any invoices, any
16     billing records in connection with your
17     supplemental report.  And I just want to
18     be clear.
19                 You've not sent any invoices to
20     attorneys for plaintiffs; is that correct?
21        A.    That is correct.
22                 MS. LUHANA:  Objection to form.
23        Just -- you're limiting it to
24        obviously the supplemental report;
25        correct, Counsel?
```

1     SALMON, D.PHIL. - CONFIDENTIAL

2          MR. SHEEHAN:  I am.  We can have

3     another conversation about that.  But

4     right now, yes, I'm limiting it to the

5     supplemental report.

6     A.     Specifically in relation to the

7  supplemental report and the discussions

8  which we are having now, I have not as yet

9  submitted any invoice.

10     Q.     Okay.  Do you have any estimate

11  of how many hours it took to prepare your

12  supplemental report?

13     A.     Yes.  I have -- in looking at my

14  records, I estimate I put in about --

15  approximately 20 hours of time in --

16  during the first part of October.

17     Q.     And was that in connection with

18  preparing your report?

19     A.     Yes.

20     Q.     Your supplemental report?

21     A.     Yes.

22     Q.     Did you spend additional time

23  preparing for this deposition?

24     A.     Yes.

25     Q.     About how much time did you

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   spend preparing for this deposition?
 3      A.    My estimate is about 15 hours.
 4   Obviously, these are preliminary, but
 5   that's an approximate estimate.
 6      Q.    Okay.  And did that 15 hours
 7   involve meeting with attorneys?
 8      A.    It involved -- among other
 9   things, it involved meetings by Zoom.
10      Q.    And about how many hours of the
11   15 would you estimate were spent meeting
12   with attorneys for plaintiffs?
13      A.    I don't have an exact figure for
14   that.  It would obviously have been -- as
15   a guess, I would say four or five hours.
16   But that's -- you know, I don't have that
17   information literally at my fingertips.
18   I'd have to go through my calendar to tell
19   you that.
20      Q.    Okay.  And what attorneys for
21   plaintiffs did you -- who -- what are the
22   names of the attorneys for plaintiffs that
23   you met with in connection with the
24   preparation for this deposition?
25      A.    Roopal Luhana, Stephen Rotman,
```

1      SALMON, D.PHIL. - CONFIDENTIAL

2    and -- just a minute.  I'm looking through

3    my -- looking through my Zoom list here.

4    There's two or three other people who are

5    featured at various times.  I've -- Daniel

6    Nigh I've spoken to.  Tracy Finken I've

7    spoken to.  So that -- I think that

8    summarizes it.

9       Q.    Okay.  And as I understand it --

10   you can tell me if I'm wrong,

11   Dr. Salmon -- there is additional time not

12   related to your supplemental report that

13   you have accrued since the last time you

14   billed plaintiffs for your work in this

15   litigation; is that correct?

16          MS. LUHANA:  Objection.  Outside

17      the scope of this deposition, Counsel.

18      A.    Yes.  There's nothing other than

19   what I've told you about which relates to

20   this -- this matter, as to this

21   supplemental report.

22      Q.    Okay.  Okay.  And again, remind

23   me, what is your hourly rate?

24      A.    $450 per hour.

25      Q.    Okay.

```
                                    Page 135

 1      SALMON, D.PHIL. - CONFIDENTIAL

 2            MR. SHEEHAN:  Why don't we go

 3      ahead and just mark for the record the

 4      materials that were produced in

 5      response to the notice of deposition.

 6      And I think that would be 12, 13, and

 7      14.

 8            (Deposition Exhibit 6, Liver

 9      cancer and ranitidine use chart, was

10      hereby marked for identification, as

11      of this date.)

12            (Deposition Exhibit 7, Gastric

13      cancer and ranitidine use chart, was

14      hereby marked for identification, as

15      of this date.)

16            (Deposition Exhibit 8, Wang

17      Cumulative NDMA, was hereby marked for

18      identification, as of this date.)

19            (Deposition Exhibit 9,

20      Plaintiffs' Responses and Objections

21      to Defendants' Notice of Videotaped

22      Deposition of Andrew Gale Salmon M.A.,

23      D.PHIL., C.CHEM., M.S.R.C., was hereby

24      marked for identification, as of this

25      date.)
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2            THE CONCIERGE:  Will do.
 3      Q.    And I'm not even going to ask.
 4   I just want them to be part of the
 5   deposition record, Dr. Salmon.  I'm not
 6   even going to ask any questions about
 7   those.
 8      A.    Okay.
 9            MR. SHEEHAN:  Let's go off for
10       just two minutes and get a time check,
11       please.
12            THE CONCIERGE:  For Sharon's
13       benefit, Exhibit 6, 7, and 8 have been
14       marked.
15            MR. GUO:  It's actually
16       Exhibits 11, 12, and 14.
17            THE CONCIERGE:  Yes, but as
18       marked exhibits, they're Exhibits 6,
19       7, and 8.
20            MR. GUO:  Yeah.  I know.  What I
21       was saying is there were four.  But
22       you only marked three.  So you will be
23       at 11, 12, 13, and 14.
24            THE CONCIERGE:  And Counsel --
25       let's go off the record.
```

Page 137

SALMON, D.PHIL. - CONFIDENTIAL

1

2          MS. LUHANA:  Before we go off

3     the record, I just want to say,

4     Counsel, Dr. Salmon is unclear as to

5     what invoices we provided to you.  He

6     was testifying as to invoices that

7     were related to the supplemental

8     report that he hasn't provided to us

9     yet.

10          MR. SHEEHAN:  Yeah.  He hasn't

11     provided any invoices.

12          MS. LUHANA:  As to the

13     supplemental report, yes.

14          MR. SHEEHAN:  In connection with

15     the notice for this deposition, no

16     invoices, period, supplemental report

17     or not.

18          MS. LUHANA:  No.  Those are --

19     no, no, no.  Those are outside --

20          MR. SHEEHAN:  That's not

21     correct?

22          MS. LUHANA:  That's not correct.

23     Those invoices are outside the scope

24     of the deposition.

25          MR. SHEEHAN:  I see.  Not

Page 138

SALMON, D.PHIL. - CONFIDENTIAL

1       provided to us, I mean.  Not

2       provided --

3              MS. LUHANA:  Correct.

4              MR. SHEEHAN:  Have not been

5       produced for -- in response to

6       the notice.

7              MS. LUHANA:  Sure.  Yeah.

8              MR. SHEEHAN:  Okay.  Fair

9       enough.

10             MS. LUHANA:  And Dr. Salmon is

11      unclear as to what's been produced and

12      what hasn't.  He was just testifying

13      as to stating that he hasn't provided

14      any --

15             MR. SHEEHAN:  Okay.  Let's clear

16      that up real quick before we go off

17      the record, then.

18  BY MR. SHEEHAN:

19      Q.    Dr. Salmon, there have been

20  invoices that you have sent to counsel for

21  plaintiffs that are not related to your

22  activities in connection with producing

23  your supplemental report; correct?

24      A.    Yes.  In the earlier stages of

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   this case, I have submitted invoices
 3   relating to work done previously.  But
 4   I --
 5      Q.    And I guess my question is
 6   invoices that would postdate your last
 7   deposition, have you submitted those to
 8   counsel for plaintiffs?
 9      A.    I don't believe I have,
10   actually.  Did I?
11          MS. LUHANA:  You would have to
12      go back and check.
13      A.    I have to go back and check.  I
14   mean, do you want me to do that?  I can do
15   that fairly quickly.
16          MS. LUHANA:  I don't --
17      Dr. Salmon, I don't think that's
18      necessary.  I believe you have
19      produced invoices post your deposition
20      unrelated to the supplemental report.
21      A.    Yeah.  The only ones I've
22   checked out of which I was, you know -- it
23   was suggested I -- that I would need to
24   report on, are the ones relating to the
25   supplemental report.
```

Page 140

1      SALMON, D.PHIL. - CONFIDENTIAL

2      Q.    Okay.

3      A.    I think that's all I can say,

4   you know, without plowing through my

5   spreadsheets, which you probably don't

6   want me to do while we're on time.

7      Q.    I don't need to do it right now.

8         MR. SHEEHAN:  Let's go off the

9      record and clarify this exhibit

10      numbering issue and get a time check.

11         THE VIDEOGRAPHER:  We'll be

12      going off the record at 12:29 p.m.

13      Stand by.

14         (Recess)

15         THE VIDEOGRAPHER:  We are back

16      on the record at 12:35 p.m.  Go ahead,

17      Counselor.

18   BY MR. SHEEHAN:

19      Q.    Dr. Salmon, at this time, I

20   don't have any further questions for you.

21   Thank you very much for your time today,

22   and I'll reserve the balance of my time

23   for any recross.

24      A.    Okay.  Thank you.

25         MS. LUHANA:  Okay.  Let's take a

Page 141

1      SALMON, D.PHIL. - CONFIDENTIAL

2       break now and go off the record.

3              THE VIDEOGRAPHER:  We'll be

4       going back off the record at

5       12:36 p.m.  Stand by.

6              (Luncheon recess: 12:36 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                            Page 142

 1        SALMON, D.PHIL. - CONFIDENTIAL

 2           A F T E R N O O N   S E S S I O N

 3                    1:42 p.m.

 4             THE VIDEOGRAPHER:  We are back

 5        on the record at 1:42 p.m.  Go ahead,

 6        Counselor.

 7    BY MS. LUHANA:

 8        Q.    Good afternoon, Dr. Salmon.  How

 9    are you?

10        A.    I'm well.  Thank you.

11        Q.    Good.  I'm going to be asking

12    you some questions now.  Okay?

13        A.    Right.

14        Q.    So Dr. Salmon, when defense

15    counsel was questioning you about your

16    prior report, do you recall him asking you

17    if you've changed your opinions?

18        A.    Yes, I do.

19        Q.    Okay.  Dr. Salmon, you submitted

20    your supplemental report on October 4th,

21    and in that report, you updated your

22    opinions with the findings from the Wang

23    study; correct?

24        A.    Yes.

25        Q.    Okay.
```

Page 143

1        SALMON, D.PHIL. - CONFIDENTIAL

2              MR. SHEEHAN:  Just give me --

3        I'm going to have to get objections

4        in, Dr. Salmon.  Just a pause before

5        you answer.

6        Q.    So Dr. Salmon, can -- let's

7   discuss the Wang study.

8              There were multiple analyses

9   done in the Wang study; correct?

10             MR. SHEEHAN:  Objection.

11       A.    Yes.  There are multiple studies

12  within the Wang report.  The primary

13  analysis is the comparison of ranitidine

14  users with non-ranitidine users.  That was

15  their principal part of the study.  They

16  also included an active comparison with --

17  using comparison of famotidine users with

18  ranitidine users and also a group of PPI

19  users.  So they included two active

20  comparator segments within the overall

21  population that they were examining in

22  addition to their primary analysis, which

23  was the users versus non-users.

24       Q.    So when they did the primary

25  analysis, they did the dose response

Page 144

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   analysis on that primary analysis
 3   comparing ranitidine users to non-users;
 4   correct?
 5      A.    Yes.  That's correct.
 6      Q.    And they didn't do the dose
 7   response analysis for the other groups,
 8   did they?
 9      A.    No, they did not.
10      Q.    Okay.
11           MS. LUHANA:  Let's take a look
12      at -- can we pull up the Wang study,
13      which is -- I believe we said -- was
14      it Exhibit No. 2?  Can you please pull
15      up --
16           THE CONCIERGE:  Are you talking
17      to me?  Who are you talking to?
18           MS. LUHANA:  Whoever is able to
19      pull up the Wang study, which I
20      believe is Exhibit No. 2.  Let's go
21      to -- it's page 7, Figure 2.
22           MR. SHEEHAN:  That's not it.
23           MS. LUHANA:  That's his report.
24      So I thought the -- I'm sorry.  It's
25      Exhibit 4.  I apologize.
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2      Q.     And before we get to that,
 3  Dr. Salmon, you had testified that active
 4  comparators are one way to address
 5  indication bias and confounding; correct?
 6      A.     Yes.  They are one of the
 7  approaches used to address those kind of
 8  problems.
 9      Q.     So would you say -- is a
10  Kaplan-Meier analysis another way to
11  address indication bias and confounding?
12           MR. SHEEHAN:  Objection.
13      Leading.
14           Just give me a moment to get my
15      objection in, Dr. Salmon.  Just a
16      beat.  Thank you.
17      A.     Okay.  The --
18      Q.     Let me withdraw my question.
19           Dr. Salmon, what's another way
20  to address -- aside from active
21  comparators, what's another way, for
22  example, to address indication bias or
23  confounding?
24      A.     Well, one of the important ways
25  of doing that is using a time-dependent
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   analysis, such as the Kaplan-Meier
 3   analysis.  And if you would care to scroll
 4   to the -- where this is shown in the Wang
 5   report, I can point out -- there's
 6   actually four charts here, the different
 7   endpoints.  That's right.
 8            What you see here is that for
 9   all four of the endpoints which they look
10   at in this particular analysis, the
11   incidence curves for users of ranitidine
12   and for non-users start out very close
13   together, and they start to progressively
14   diverge after the first two or three
15   years.
16            Now, this is important because
17   if you're looking at a dose or a
18   treatment-related effect, you would expect
19   that to increase with time, starting with
20   no difference from controls at time zero
21   and going to a difference at the -- you
22   know, increasing with followup time,
23   whereas if you have a bias due to
24   confounding or indication bias or an
25   influence like that, those are actually
```

Page 147

1    SALMON, D.PHIL. - CONFIDENTIAL

2  going to be independent of the exposure of

3  concern.

4            So what you will see is they --

5  in that context, the Kaplan-Meier curves

6  will actually be divergent in the early

7  phrase, which is not of course what you

8  see in the Wang study.  But there are

9  other studies that -- for instance, the

10  KMSD study showed a similar time course

11  dependence and actually showed a rather

12  significant divergence in their time

13  course curves at the beginning of the

14  study period, which reflected a feature

15  which they pointed out, which was their

16  comparison famotidine group had a

17  significantly different and worse health

18  profile than their ranitidine group.

19            So one of the things that this

20  does is it actually shows up when you have

21  a progressive divergence between the

22  control and the -- and the exposed, which

23  is what you would expect with a

24  compound-dependent effect.  So that's why

25  the Kaplan-Meier analysis is an important

1      SALMON, D.PHIL. - CONFIDENTIAL

2   indicator.  It's different and

3   supported -- supported in findings you can

4   get from active comparators, but it's a

5   different approach.

6           And, of course, the other thing

7   which is important, which this shows here,

8   is that the control and exposed groups at

9   the start of the followup were in fact

10   very similar in terms of the endpoints

11   being looked at.  That close comparison

12   with -- between the exposed and control

13   groups is an important feature for all

14   different kinds of studies, including both

15   those regular use versus non-use studies

16   and also active comparator studies.

17           I mean, that was noted by

18   Dr. Witty as an important feature that it

19   would -- that is strengthening the active

20   comparator studies in the cases where that

21   can be shown to be a good comparison.  And

22   it's true with all types of studies.  It's

23   important to have a good comparability

24   between the control and the exposed group.

25           In this particular study, of

1      SALMON, D.PHIL. - CONFIDENTIAL

2   course, they went to varying considerable

3   lengths to construct a direct one-to-one

4   comparison group using their comorbidity

5   index and various other factors which they

6   applied to ensure one-to-one comparison

7   between their exposed and their test

8   subjects.

9      Q.    Sure, Dr. Salmon.  And we'll get

10  to that.  But I want to focus on right

11  now on -- let's look at Figure 3, right,

12  and -- Figure 3A.

13          And that's focused on liver

14  cancer; correct?

15      A.    Right.  Yes.

16      Q.    And you're looking at -- that

17  red line right there is ranitidine users,

18  and if you look at that blue line, it's

19  non-ranitidine users; correct?

20      A.    Yes.  That's correct.

21      Q.    And what it's showing is when

22  you have a longer followup period for

23  liver cancer here, there is an increased

24  incidence rate that -- the incidence rate

25  is increasing for ranitidine users over a

1      SALMON, D.PHIL. - CONFIDENTIAL

2    longer followup than the non-ranitidine

3    users; correct?

4              MR. SHEEHAN:  Objection.

5       Leading.

6       A.    Well, that nevertheless is what

7    is shown in the figure, yes.

8       Q.    So you're saying if there was

9    confounding -- if I understood you

10   correctly, you're saying that if there was

11   confounding or indication bias, you would

12   see a divergence of those lines earlier on

13   in the followup period versus what the

14   pattern you're seeing here where the lines

15   are separating in terms of the rate of

16   the -- the incidence rate is separating;

17   correct?

18             MR. SHEEHAN:  Objection.

19      Leading.

20      A.    That is what I said.  Yes.

21      Q.    Okay.  And so let's look at --

22   if we look at Figure 3, the same for

23   Figure 3C, which is gastric cancer.  And

24   if you look at the red line, that's

25   ranitidine users.  And if you look at the

1      SALMON, D.PHIL. - CONFIDENTIAL

2    blue line, that's non-ranitidine users;

3    correct?  And it's charting the cumulative

4    incidence of gastric cancer for the

5    ranitidine users compared to the

6    non-ranitidine users; correct?

7              MR. SHEEHAN:  Objection.

8         Leading and compound.

9         A.   Well, that is what is shown in

10   the figure, yes.

11        Q.   And similarly speaking here, you

12   testified that if there was indication

13   bias or confounding, you would see it

14   earlier on there, and the lines would be

15   separated, not close together as they are

16   and then segregated -- I mean, separating

17   as you go further out in time; correct?

18             MR. SHEEHAN:  Objection.

19        Leading.

20        A.   Yes.  No.  That was what I was

21   saying, and this applies both to the liver

22   cancer example and to the others shown

23   here, that the -- if you were seeing that

24   kind of confounding or bias, it would show

25   up in these curves, because the bias or

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   confounding would not be contemporary in
 3   time with the effect of the exposure.
 4      Q.    And similarly speaking, if you
 5   look at Figure 3D for pancreatic cancer,
 6   you were seeing the same divergence with
 7   an increased risk of cancer with
 8   ranitidine users compared to the
 9   non-ranitidine users over the length of
10   followup time here; correct?
11      A.    Yes.  That is what is shown
12   there.
13      Q.    Okay.  Can we go on and move
14   over to -- I believe it's page 8.
15           And Dr. Salmon, just for the
16   Kaplan-Meier analysis, do you recall any
17   of the other ranitidine-specific studies?
18   I understand, you know, you may need to
19   look at your report, but I don't know off
20   the top of your head if you recall if any
21   of the ranitidine-specific studies had the
22   Kaplan-Meier analysis included by the
23   authors.
24      A.    I want to check with my report,
25   but I think the answer is yes.  I mean, it
```

Page 153

```
 1       SALMON, D.PHIL. - CONFIDENTIAL
 2    is one of the several standard analyses
 3    used.  And I think -- I think I'm right in
 4    saying that Cardwell used it --
 5       Q.    Okay.
 6       A.    -- for instance.  You know, it's
 7    a very standard technique.  And pretty
 8    much anytime you see a study that includes
 9    data with enough -- you know, with enough
10    fine detail on individual instances to
11    give you that time-dependent profile, it's
12    something that people would use for
13    preference, because it's a powerful and
14    well understood, well-respected technique.
15       Q.    And it's a powerful,
16    well-respected technique, the Kaplan-Meier
17    analysis, to address indication bias and
18    confounding; correct?
19            MR. SHEEHAN:  Objection.
20       Leading.
21       A.    It addresses that amongst other
22    issues which may appear in the data, yes.
23       Q.    Okay.  Dr. Salmon, you were
24    asked questions about some of the
25    confounding factors here like smoking and
```

```
                                        Page 154
 1       SALMON, D.PHIL. - CONFIDENTIAL
 2   alcohol use, which I believe you put in
 3   your report and is noted in the Wang study
 4   that the authors didn't have that data.
 5           Do you recall that?
 6       A.    Yes, I do.
 7       Q.    Okay.  Can you explain to us if
 8   and how the Wang study addressed
 9   confounding factors like smoking and
10   alcohol use?
11       A.    Well, the primary approach to
12   addressing those confounders is their
13   efforts to ensure close comparability of
14   the untreated and the ranitidine-treated
15   groups.  And in particular, they used the
16   comorbidity index approach, which includes
17   consideration of smoking-related health
18   endpoints such as cardiovascular disease,
19   pulmonary disease, bladder cancer,
20   diabetes, and also of course in regard to
21   liver cancer, they included liver disease
22   as one of the comorbidities.
23           So the fact that they were
24   aligning their control and treating
25   groups, according to that comorbidity
```

1      SALMON, D.PHIL. - CONFIDENTIAL

2    index and also, of course, other general

3    population measures which they considered,

4    that means that the probability that

5    there's a substantial difference in the

6    smoking or alcohol consumption for the

7    untreated and ranitidine-treated groups,

8    the probability is a large difference

9    between those groups.

10             It is not large.  It's being --

11   it's addressed by the very specific

12   control matching, and to say this is a

13   recognized way of dealing with those kinds

14   of confounders and biases, which applies

15   to this -- to the use versus non-use study

16   and also of course to the active

17   comparator studies where it has been

18   implemented successfully.

19             There are a number of cases I

20   think where we've looked at particularly

21   for studies like the NDMA diet studies and

22   Hidajat, the occupational study, which use

23   effectively internal comparison of the

24   study group to provide a reference group.

25   And where these have been studied, it's

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   generally felt that this comparability
 3   between reference and exposed group is an
 4   important way of addressing those kinds of
 5   problems.
 6            And in fact, Hidajat did an
 7   interesting sensitivity analysis.
 8   Although they didn't have individual
 9   smoking data for their cohort, they did
10   use the study design which basically set
11   up an internal comparison so that the
12   reference in the higher-dose groups were
13   from the same population.  And they used
14   external data to conduct a sensitivity
15   analysis, and they were able to show in
16   that group that the potential impact of
17   any plausible smoking differences within
18   the groups was very small and not large
19   enough to influence the conclusions which
20   they drew.
21            So that's, if you'd like, an
22   external objective test of the premise
23   that having an effectively well matched
24   reference group is a good way of
25   addressing concerns such as the
```

Page 157

1      SALMON, D.PHIL. - CONFIDENTIAL
2    confounding and indication bias.
3        Q.    So, Dr. Salmon, in terms of the
4    Wang authors that conducted this matching
5    and this control for confounding, and if
6    you take a look at Table 2, it's the
7    incidence rates of individual cancers for
8    the untreated group that's in the
9    population and then the ranitidine users.
10            Do you see that there?
11       A.    Yes, I do.
12       Q.    Okay.  So what does this
13   incident rate represent for this
14   population base study?
15       A.    Well, that's basically the
16   background rate in the population from
17   which both groups -- both the comparison
18   group and the ranitidine-treated group
19   were drawn.  So, I mean, obviously, these
20   various cancers have an incidence rate in
21   the background population.
22            And I think it's fair to say
23   that, you know, because this -- because
24   this whole study group was drawn from the
25   whole Taiwanese population database, that,

1     SALMON, D.PHIL. - CONFIDENTIAL
2   you know, it's a broadly distributed
3   group.  These background rates reflect the
4   various lifestyle and exposure factors
5   which are experienced by the people in
6   that population.
7        Q.    So then if you look at the
8   background rate here of liver cancer in
9   this population base study, it's 1.16.
10            Do you see that there?
11       A.    I think --
12       Q.    Liver cancer.
13       A.    Sorry.  I have to -- liver
14   cancer, 1.16.  Yes.
15       Q.    And so when you look at the
16   ranitidine users, the rate of liver cancer
17   amongst ranitidine users is what?
18       A.    Well, the incidence rate in
19   liver cancer for the ranitidine users is
20   1.35.
21       Q.    And that is -- sorry.  Go ahead.
22       A.    That's the incidence rate in the
23   ranitidine users.  And so it reflects an
24   increase above what's seen in the
25   background of people who are not exposed

Page 159

1     SALMON, D.PHIL. - CONFIDENTIAL
2  to ranitidine.
3       Q.    And that's statistically
4  significant?
5       A.    Yes.  The --
6       Q.    And -- go ahead.
7       A.    -- confidence -- the confidence
8  limit reports it is 1.25 to 1.45.  So that
9  is statistically significant.
10       Q.    And the rate of esophogeal
11  cancer and the incidence rate for
12  esophogeal cancer is greater in the
13  participants that use ranitidine versus
14  the untreated group, correct, versus the
15  background rate?
16            MR. SHEEHAN:  Objection to form.
17       A.    It's 1.19 as opposed to 1.15
18  with a statistical confidence limit of
19  point -- sorry.  It's -- sorry.  I'm
20  looking -- what was I looking at?  I was
21  looking at --
22       Q.    Esophogeal cancer.
23       A.    Esophogeal cancer.  There's an
24  increase, although it's not in -- it's not
25  in isolation statistically significant.

```
                                          Page 160

 1        SALMON, D.PHIL. - CONFIDENTIAL
 2    But the central tendency -- just a minute.
 3        Q.    You're on Table 2.
 4        A.    Sorry.  I'm looking at the
 5    wrong -- excuse me.  I'm looking at the
 6    wrong table.  What they're saying is that
 7    the confidence interval around that quoted
 8    incidence rate is .16 to .23, which is a
 9    higher rate than -- overall than is seen
10    in the background.
11        Q.    Okay.  And in terms of if we
12    look at -- if we look at pancreatic
13    cancer, it's .17 over .23; correct?
14        A.    Yes.  That's right.
15             MR. SHEEHAN:  Objection.
16    Leading.
17        Q.    And if we look at bladder
18    cancer, it's .33 versus .34; correct?
19             MR. SHEEHAN:  Objection.
20    Leading.
21        A.    Those are the numbers, yes.
22        Q.    Okay.  We can take this down.
23             Dr. Salmon, you have reviewed
24    Dr. Witty's report; correct?
25        A.    Yes.
```

Page 161

1    SALMON, D.PHIL. - CONFIDENTIAL

2        Q.    Okay.   Actually, I apologize.

3    Can we pull Exhibit 4 up again.

4             And let's go to Table 1.

5             THE CONCIERGE:  Do you have a

6        page number?

7             MS. LUHANA:  Keep on scrolling.

8        It's that -- right here.  This flow

9        chart.  Can you scroll down?  What is

10       this?  Yes.  It's Figure 1.  Let's

11       stay with Figure 1 first.  Can we zoom

12       out of this so we can see the whole

13       thing?

14       Q.    So Dr. Salmon, in terms of the

15   Wang study, you see ranitidine users on

16   the left-hand side; correct?

17       A.    Yes.

18       Q.    And then the non-ranitidine

19   users on the right-hand side?

20       A.    Right.

21       Q.    And it looks like they're

22   comparing ranitidine users with 90 DDDs,

23   which, the number below is 35,269;

24   correct?

25             Do you see that there?

```
                                        Page 162
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2      A.     Yes, I do.
 3      Q.     Compared to famotidine users,
 4   and that's 35,269 who are non-ranitidine
 5   users who are famotidine users?
 6             Do you see that there?
 7      A.     Yes.
 8      Q.     Okay.
 9      A.     Yes.
10      Q.     And if we scroll to the next
11   page, the table right there, what
12   Dr. Witty had raised in Table 1 in his
13   report was -- if you -- if I draw your
14   attention to the famotidine line right
15   there, that row --
16      A.     Yes.
17      Q.     -- where you see there's an
18   untreated group, and it says 19,841 with
19   famotidine use are not users, and then
20   there are 35,269 famotidine users that are
21   untreated.
22             Do you see that there?
23      A.     Yes, I do.
24      Q.     And you compare it, and the
25   ranitidine group has overall 55,000
```

Page 163

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   something users, but it says there that
 3   there that there is potentially 35,269
 4   famotidine users in the ranitidine group.
 5              Do you see that there?
 6      A.    Yes, I do.
 7      Q.    So that means Dr. Witty is
 8   saying perhaps there is 64 percent
 9   famotidine users in the ranitidine group;
10   correct?  That's what his report states?
11              MR. SHEEHAN:  Objection.
12      Leading.
13      A.    Yes.  That was his -- that was
14   his interpretation.  Yes.
15      Q.    Okay.  And now let's scroll to I
16   believe it's page 10, Figure 5.
17              And if you look at Figure 5,
18   it's broken down into A and B where it's a
19   comparison.  If you look at A, it's the
20   group of famotidine users versus
21   ranitidine users, and the red line
22   represents ranitidine users, and the
23   left -- the blue line represents
24   famotidine users.
25              Do you see that?
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2      A.     Yes, I do.
 3      Q.     And it's doing the same thing.
 4   It's comparing the incidence of liver
 5   cancer from -- in -- from famotidine --
 6   ranitidine users compared to famotidine
 7   users over a certain followup period,
 8   which is 18 years in this study; correct?
 9      A.     Yes.
10             MR. SHEEHAN:  Objection.
11      Leading.
12      Q.     And then if you look at figure
13   B, it breaks it down further, and you have
14   the ranitidine users compared to the
15   non-ranitidine users; correct?
16      A.     Yes.
17      Q.     Okay.  And so the non-ranitidine
18   users are broken down into those with
19   famotidine and those without famotidine;
20   correct?
21      A.     Yes.
22      Q.     And so if you look at that
23   yellow line below, that represents the
24   non-ranitidine users with famotidine.
25             Do you see that there?
```

Page 165

1      SALMON, D.PHIL. - CONFIDENTIAL

2      A.      Yes, I do.

3      Q.      Okay.  And then the middle line

4   that's in blue is non-ranitidine without

5   famotidine users; correct?

6      A.      Yes.

7      Q.      And the top line is the

8   non-ranitidine users without famotidine --

9   I'm sorry.  The top line is the ranitidine

10  users; correct?

11     A.      Yes, it is.

12     Q.      Okay.  So what is this showing

13  here in terms of what the incidence rate

14  is of famotidine use without ranitidine?

15     A.      Well, if it's showing that --

16  sorry.  The use -- can I -- can I just

17  review your question for a second?  I want

18  to get the exact word right.

19          The incidence rate of famotidine

20  use without ranitidine, the incidence is

21  actually -- is actually lower than the

22  incidence rate without famotidine.

23     Q.      Okay.  And if you scroll down

24  now to 3.2, Section 3.2, which is -- I

25  believe it's above.  It's page 9.  Scroll

1    SALMON, D.PHIL. - CONFIDENTIAL

2   down and it's 3.2, which is the authors'

3   comparison with the ranitidine and

4   famotidine for the association with the

5   patient outcomes.

6            And can you read that -- those

7   first two sentences there.

8       A.    Yeah.  It says, "To avoid

9   potential indication bias, we selected

10  non-ranitidine users (control subjects) by

11  matching for the famotidine cohort, with a

12  ranitidine-famotidine ratio of one to one.

13  This subgroup was added to determine

14  whether the use of ranitidine increases

15  the risk of developing cancers due to the

16  related indication."

17      Q.    So Dr. Salmon, if there was

18  famotidine users in the ranitidine group,

19  what impact would that have on the results

20  in, for example, the main analysis and the

21  comparator analysis?

22      A.    Well, in both the main and the

23  comparative analysis, what it would

24  actually do is it would dilute the impact

25  of the ranitidine use, because you would

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2    in effect be -- if there was an impact of
 3    famotidine, obviously, that is not -- it's
 4    not obvious that there is an effect of
 5    famotidine.  But to the extent that there
 6    may be such an effect, it would -- having
 7    that admixture would dilute the impact
 8    that you would see in the ranitidine
 9    group.  In effect, it would bias towards
10    the null.
11        Q.    So you would possibly have even
12    a higher hazard ratio with ranitidine use
13    for, for example, liver cancer, if that
14    was the case.
15        A.    Yes.
16            MR. SHEEHAN:  Objection.
17    Leading and calls for speculation.
18        A.    Well, as a matter of fact, if
19    you are able to remove confounding or
20    biasing results, which bias towards the
21    null, if you can isolate those factors and
22    remove or allow for their effect, then you
23    will see a higher hazard ratio in the
24    exposed group.  So, you know, that's a
25    methodological truism.
```

```
                                        Page 168
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2      Q.    So -- but here, the authors seem
 3   to have done a matching for ranitidine and
 4   famotidine with a one to one ratio;
 5   correct?
 6      A.    Yes.
 7            MR. SHEEHAN:  Objection.
 8   Leading.
 9      A.    That's how they describe it.
10      Q.    Okay.  Can you scroll back up to
11   Figure 1 again, which is page 5.
12            Dr. Salmon, as you can see, the
13   group on the left, in terms of part of
14   what the Wang authors did was in order to
15   be in the ranitidine group, required at
16   least 90 DDDs to be included in the study.
17            Do you see that there?
18      A.    Yes, I do.
19      Q.    Okay.  Dr. Witty also raises
20   that that same requirement was not put on
21   the famotidine group.
22            What impact, if any, would it
23   have if there was a lower amount of
24   famotidine use in the famotidine group
25   that was included?
```

```
 1        SALMON, D.PHIL. - CONFIDENTIAL
 2              MR. SHEEHAN:  Objection.
 3        A.      Well, if it was -- if it was a
 4    shorter exposure period that was included,
 5    the purpose of the famotidine comparison
 6    is to identify the indication bias, if
 7    there is such.  But if that bias were
 8    present, then you would see actually an
 9    unexpectedly larger incidence in the early
10    stages of the famotidine group, because
11    the incidence is not -- is not
12    time-related.  It's merely concurrent with
13    the use.  So what that would actually do
14    in the comparison, if there were such a
15    bias present, it would actually, again,
16    reduce the visible impacts of ranitidine
17    use, because you would be comparing it to
18    a larger rate in the famotidine users.
19        Q.      And --
20        A.      So --
21        Q.      I'm sorry.  Go ahead.
22        A.      So, again, it would bias towards
23    the null.
24        Q.      But the authors -- sorry.
25        A.      In that comparison.  Sorry.  In
```

1     SALMON, D.PHIL. - CONFIDENTIAL

2   that comparison it would bias towards the

3   null.

4        Q.    And the authors here similarly,

5   as we read earlier, did the one-to-one

6   comparison with the ranitidine and the

7   famotidine group; correct?

8        A.    Yes.

9              MR. SHEEHAN:  Objection.

10       A.    They describe it as making a one

11  to one comparison.  So I'm not at all sure

12  that the -- you know, that the assumption

13  that Dr. Witty was making is actually

14  consistent with the description by the

15  study authors.  They do, as you say, speak

16  very specifically about one to one

17  comparisons in those groups.

18       Q.    Okay.  Dr. Salmon, let's turn

19  to -- let's go to page 9 of the study,

20  which is Table 3 I want to look at, which

21  is the dose response analysis that the

22  Wang authors conducted.

23       A.    Right.

24       Q.    So scroll down.  It's Table 3.

25  And if we can magnify it a bit.

1     SALMON, D.PHIL. - CONFIDENTIAL

2        A.    Yeah.  I was going to say if we

3     can make it a bit bigger.  My eyesight is

4     not what it used to be a few years back.

5        Q.    My eyesight is not what it used

6     to be either.  It's been away for some

7     time.

8              But let's look at liver cancer

9     there.  And can you walk through the

10    different exposure groups and what it's

11    showing for liver cancer.

12       A.    Okay.  So the groups considered

13    in this table are, firstly, the comparison

14    group never used ranitidine.  Then there's

15    a lower dose group which had between 90

16    and 180 defined daily doses; then the next

17    group is 181 to 270; the higher group, 271

18    to 360; and then a final group of over

19    360.  So those are the groups within the

20    overall study population which are being

21    compared.  And this table reports the

22    hazard ratio and the confidence bounds for

23    each of those individual groups.

24              What we're seeing in liver

25    cancer is that there's -- in the lowest

1      SALMON, D.PHIL. - CONFIDENTIAL

2  exposed group, there's a small increase in

3  the hazard ratio, and that hazard ratio

4  increases progressively to -- from 1.03 to

5  1.12 to 1.26.  And at the 261 to 360

6  group, the 1.26 value is very close to

7  significant, although doesn't quite make

8  it because the lower bound on the

9  confidence limit is .99.  But then in the

10  highest group, we have a clearly

11  significant result with a hazard ratio of

12  1.42 with confidence limits of 1.22 to

13  1.66.

14          So you've got -- there's two

15  things you've got there.  You've got a

16  clearly significant result in the highest

17  exposure group, and you've got a trend

18  which is, you know, visible by inspection

19  that also demonstrated mathematically by

20  both the authors' analysis and my analysis

21  across all of those dose groups.

22      Q.    So you're seeing a statistically

23  significant increase of liver cancer with

24  over 360 DDDs at 1.42; correct?

25      A.    Yes.

1      SALMON, D.PHIL. - CONFIDENTIAL

2           MR. SHEEHAN:   Objection.

3      Q.    So what does that hazard ratio

4  of 1.42 mean?

5      A.    It basically means that the

6  incidence of liver cancer in that over 360

7  group is 42 percent higher than the

8  incidence in the control group.

9      Q.    And let's look at gastric

10  cancer.

11           You generally see increasing

12  incidences where, at the lower group, you

13  had 1.26, and that's statistically

14  significant; correct?

15      A.    Yes.

16      Q.    Then it dips to 1.13.  That's

17  not statistically significant; correct?

18      A.    Yeah.

19      Q.    Then it goes up to 1.27 in the

20  third group, and the final group with over

21  360 DDDs, the hazard ratio is 1.33, and

22  it's statistically significant; correct?

23      A.    Yes.

24      Q.    Okay.  And so --

25      A.    And --

```
                                          Page 174

 1       SALMON, D.PHIL. - CONFIDENTIAL
 2       Q.    So what does the hazard ratio
 3   1.33 represent?
 4       A.    Well, that represents a
 5   33 percent increase over background --
 6   over the control rate in the exposed
 7   group.
 8       Q.    And then --
 9       A.    In the most highly exposed
10   group.
11       Q.    And you described pancreatic
12   cancer as somewhat scattered in your
13   analysis.
14            But in terms of the first group
15   with 90 to 180 DDDs, you do see a 1.64
16   hazard ratio that's statistically
17   significant; correct?
18       A.    Yes.
19       Q.    Okay.  And then over 360 DDDs,
20   you see a hazard ratio of 1.22; correct?
21       A.    Yes.  That's elevated, but not
22   statistically significant on these data.
23   And so some extent, you can see the amount
24   of scatter within those groups and the
25   statistical power of those results by
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   looking at the p-value.  Those p-values
 3   are for the comparison of the individual
 4   group against -- against the controls.  So
 5   what that's really -- one of the things
 6   that's saying is in that particular case,
 7   the higher groups don't have -- don't have
 8   as much power as the values for the lowest
 9   group or for some of the other comparisons
10   which are made in this table.
11      Q.    Okay.  Let's go to page 10,
12   Table 4.
13           Okay.  And Dr. Salmon, this
14   table represents that it's comparing the
15   risk of cancer between the famotidine
16   users and the ranitidine users; correct?
17      A.    Yes.
18      Q.    And if you take a look at liver
19   cancer, do you see in terms of the users
20   of ranitidine have a greater hazard ratio
21   of liver cancer compared to the famotidine
22   users; correct?  Greater percentage of
23   cancer there.
24      A.    Yes.  The percentage of cancer
25   in the famotidine users is 1.1 percent,
```

1      SALMON, D.PHIL. - CONFIDENTIAL

2    and in the ranitidine users is

3    1.3 percent, which results in a hazard

4    ratio of 1.22, which is statistically

5    significant in that confidence bounds

6    exclude one.

7        Q.    And with esophogeal cancer,

8    similarly, you see a greater percentage of

9    esophogeal cancer in the ranitidine group

10   than the famotidine group; correct?

11       A.    Yes.

12            MR. SHEEHAN:  Objection.

13   Leading.

14       A.    Yes.  The esophogeal --

15   esophogeal shows .1 percent in the

16   famotidine group and .2 percent in the

17   ranitidine group.

18       Q.    And the same with gastric

19   cancer?  You see a greater percentage in

20   the ranitidine users compared to the

21   famotidine users; correct?

22       A.    Yes.

23            MR. SHEEHAN:  Objection.

24   Leading.

25       A.    .4 percent in the famotidine,

```
1        SALMON, D.PHIL. - CONFIDENTIAL
2    .5 percent in the ranitidine.
3        Q.    And same with pancreas cancer
4    or -- pancreas cancer is similar, and you
5    see a hazard ratio of 1.25; correct?
6        A.    Yes.
7              MR. SHEEHAN:  Objection.
8        Leading.
9        A.    So the hazard ratio is somewhat
10   elevated, but the statistical significance
11   in that group is -- is not there.  It's --
12   for the hazard ratio, the confidence
13   limits are .9 to 1.7.  But the middle --
14   the midpoint estimate for the hazard ratio
15   is elevated at 1.25.
16       Q.    And then at bladder cancer, the
17   hazard ratio is 1.03; correct?
18       A.    Yes.
19       Q.    And Dr. Salmon, in terms of the
20   bladder cancer cases that were included in
21   this study, do you recall if non-invasive
22   cancers -- bladder cancer cases were
23   included in this study?
24       A.    Well, that's an interesting
25   point, because one of the differences
```

Page 178

SALMON, D.PHIL. - CONFIDENTIAL

1    between this study and the Cardwell and

2    the other studies that we were looking at

3    previously, this -- these -- Wang has

4    actually specifically specified only the

5    invasive bladder cancers, according to the

6    disease codes that they report, whereas

7    Cardwell and Norgaard report including

8    both invasive and in situ bladder cancer.

9        Q.    So --

10            THE COURT REPORTER:  I'm sorry.

11       I'm sorry to interrupt.  Was there an

12       objection, Mr. Sheehan?

13            MS. LUHANA:  No.

14            MR. SHEEHAN:  Yeah.

15            THE COURT REPORTER:  Okay.

16       Because I saw your mouth moving, but I

17       didn't hear it.  I just wanted to make

18       sure.

19            MR. SHEEHAN:  Okay.  I don't

20       know when you saw my mouth moving,

21       but --

22            MS. LUHANA:  I don't think he

23       objected.

24            MR. SHEEHAN:  I probably

Page 179

1      SALMON, D.PHIL. - CONFIDENTIAL
2       objected somewhere.
3               THE COURT REPORTER:  Okay.  It's
4       just -- because it's a little
5       difficult, because I just need the
6       witness to just take a few seconds so
7       I make sure I do get objections.
8               MR. SHEEHAN:  Okay.  Dr. Salmon,
9       if you could just pause just a moment.
10      I'll try to get my objection in
11      immediately following the question.
12  BY MS. LUHANA:
13      Q.    So Dr. Salmon, a subset of the
14  bladder cancer cases were included in the
15  Wang study were only invasive cancers were
16  included; correct?
17              MR. SHEEHAN:  Objection.
18      Leading.
19      A.    That is -- that is correct.
20      Q.    Okay.  Dr. Salmon, based on your
21  analysis that you've done in your prior
22  reports as well as your current
23  supplemental report, do you know what
24  exposure of ranitidine is associated with
25  liver cancer?

Page 180

1      SALMON, D.PHIL. - CONFIDENTIAL

2      A.      Well, the comparison which I

3   made was that for the Hidajat study, and I

4   think we -- the comparison we came up with

5   was it would in effect take six years of

6   the exposure to achieve the exposure level

7   that was associated with a statistically

8   significant incidence in the Hidajat

9   study.  And that was in the third dose

10  group.

11          It's also worth pointing out

12  that the second dose group also had an

13  elevated incidence rate which was quite

14  close to significance but didn't quite get

15  there but was nevertheless comparable to

16  the sort of hazard ratios which we're

17  seeing in other studies.  So that was --

18  but that was the estimate that we used

19  prior to this analysis.

20      Q.    And so in terms of updating your

21  analysis with your supplemental report

22  with the study findings from the Wang

23  study, what is your opinion as to what

24  exposure of ranitidine is associated with

25  an increasing risk of liver cancer?

```
                                      Page 181

 1        SALMON, D.PHIL. - CONFIDENTIAL

 2        A.     Well, we're seeing --

 3               MR. SHEEHAN:  Objection.  Just

 4        give me a minute, Dr. Salmon.

 5        Objection to the form.

 6        A.     Okay.

 7               MS. LUHANA:  And can we scroll

 8        down?  I apologize.  Can we scroll to

 9        Table 3, which is on page 9.  Scroll

10        down.  It's that table right here.

11        Perfect.

12        A.     Right.  So what we're seeing in

13   Table 3 is a significant -- a

14   statistically significant increase in

15   liver cancer in the over 360 DDDs group.

16   So that -- that group had an exposure of

17   basically one year or some little bit more

18   than that, but basically, it's one year's

19   worth of DDDs is the exposure that gets

20   you to a statistically significant group.

21               And as I say, as I noted before,

22   the group immediately below that had a

23   substantially increased hazard ratio but

24   didn't quite achieve statistical

25   significance.  So I think we're on solid
```

1        SALMON, D.PHIL. - CONFIDENTIAL

2    ground saying that the one-year group has

3    a statistically significant increase in

4    liver cancer.

5        Q.    So it's your testimony that one

6    year of ranitidine use is leading to a

7    statistically significant increased risk

8    of liver cancer; correct?

9        A.    Yes.

10            MR. SHEEHAN:   Objection.

11    Leading.

12        Q.    Dr. Salmon, based on your

13    reports, including your supplemental

14    report, do you know what exposure of

15    ranitidine is associated with an increased

16    risk of gastric cancer?

17        A.    The statistically significant

18    finding shown in Table 5 is, again, for

19    the one-year group.  They have a hazard

20    ratio of 1.33 with a confidence limit of

21    1.02 to 1.74, although, again, there are

22    elevated mean estimates in the lower

23    groups, although those don't quite achieve

24    statistical significance.

25            So again, we can I think be

Page 183

1      SALMON, D.PHIL. - CONFIDENTIAL

2      confident in saying that the one-year

3      group has a statistically increased

4      incidence of gastric cancer.

5          Q.    So Dr. Salmon, in your analysis,

6      with your prior reports as well as the

7      supplemental report, do you know what

8      exposure of ranitidine is associated with

9      an increased risk of bladder cancer?

10         A.    Well, for bladder cancer, we

11     were depending on the Cardwell study, and

12     their exposure -- their peak exposure

13     duration was actually three years.  So

14     they found was a significant increase

15     after three years of DDD exposure to

16     ranitidine.

17         Q.    And in terms of your prior

18     reports as well as your supplemental

19     report, do you know what exposure of

20     ranitidine is associated with an increased

21     risk, for example, of pancreatic cancer?

22         A.    Well, we've got a significant

23     overall increase in pancreatic cancer.

24     I'm referring to a different study in the

25     previous report for the pancreatic number.

Page 184

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2  But we're seeing -- we're seeing a
 3  response of sorts here in Wang, but we're
 4  not using that as the basis.
 5      Q.    So, Dr. Salmon, previously, you
 6  had done your dose response calculations,
 7  and on page 223 of your report.
 8          MS. LUHANA:  And can we go to
 9      that, which is -- I don't recall what
10      exhibit number that is.
11          Actually, let's do this.  Can we
12      take a break and do a time check?
13          THE VIDEOGRAPHER:  We're off the
14      record at 2:31 p.m.  Stand by.
15          (Recess)
16          THE VIDEOGRAPHER:  We are back
17      on the record at 2:41 p.m.  Go ahead,
18      Counselor.
19  BY MS. LUHANA:
20      Q.    Let's pull up the Wang study
21  again, which is Exhibit 4, and go to
22  page 7.  Perfect.
23          Dr. Salmon, you discussed this
24  earlier in the deposition; correct?
25      A.    Yes.
```

Page 185

1      SALMON, D.PHIL. - CONFIDENTIAL
2      Q.    And so this is providing forest
3   plots for a number of the cancers here
4   that were studied by the Wang authors;
5   correct?
6      A.    Yes.
7      Q.    Okay.  And as you can see, there
8   is an increase hazard ratio for bladder,
9   pancreas, gastric, esophogeal, and liver
10  cancer that's reported.
11           Would you agree with that?
12           MR. SHEEHAN:  Objection.
13      Leading.
14      A.    There are increases for -- yes.
15  Let me get my -- yes.  We have an increase
16  in the hazard ratio for bladder -- yeah.
17  Sorry.  I'm just trying to read both
18  things at once.  But I'm agreeing with
19  you.  Yes.
20      Q.    So you see bladder cancer,
21  there's a hazard ratio of 1.06; correct?
22      A.    Yes.
23      Q.    Okay.  And then for -- although
24  it's not statistically significant, you
25  see an increase hazard ratio for bladder

```
                                    Page 186
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2    cancer; correct?
 3      A.    Yes.
 4            MR. SHEEHAN:  Objection.
 5      Leading.
 6      Q.    For -- sorry.  Go ahead.
 7      A.    No.  I was going to say the 1.06
 8    is elevated above 1.0, although, as we
 9    commented, the difference isn't
10    statistically significant, but there is
11    that elevation in the best estimate value
12    there.
13      Q.    You see a hazard ratio of 1.35
14    for pancreas cancer for ranitidine users
15    that is statistically significant;
16    correct?
17            MR. SHEEHAN:  Objection.
18      Leading.
19      A.    Yes.  That is what is in the
20    table.  Yes.  That is correct.
21      Q.    You see an increased risk of
22    gastric cancer for ranitidine users with a
23    hazard ratio of 1.26 that's statistically
24    significant; correct?
25            MR. SHEEHAN:  Objection.
```

```
 1       SALMON, D.PHIL. - CONFIDENTIAL
 2        Leading.
 3        A.    Yes.
 4              MR. SHEEHAN:  Just give me a
 5        minute, Dr. Salmon.
 6        Q.    You see an increased hazard
 7   ratio for esophogeal cancer for ranitidine
 8   users that's reported at 1.27, correct,
 9   although it's not statistically
10   significant?
11              MR. SHEEHAN:  Objection.
12        Leading.
13        A.    Yes, I see that.
14        Q.    And you would agree that it's
15   1.27 with a confidence interval of .95 to
16   1.7?
17        A.    Yes.
18        Q.    And you see an increased hazard
19   ratio of 1.22 of liver cancer for
20   ranitidine users that is statistically
21   significant; correct?
22              MR. SHEEHAN:  Objection.
23        Leading.
24        A.    Yes, I see that.
25        Q.    Okay.
```

Page 188

```
 1        SALMON, D.PHIL. - CONFIDENTIAL
 2             MS. LUHANA:  Can you pull this
 3        down and go to Exhibit 3.  And let's
 4        go to page 223 of the report.
 5             THE CONCIERGE:  I should have
 6        downloaded this, because you cannot do
 7        that easily with Exhibit Share.  23 or
 8        24?
 9             MS. LUHANA:  223.  That's not
10        the page number.  If you scroll
11        down -- it's just a couple of pages
12        off.  That's 219.  So you have four
13        more pages to go.  Right there.
14        Q.    Dr. Salmon, in terms of your
15   analysis here, for pancreas cancer, you've
16   stated here that it would take 3.86 years
17   to lead to a statistically significant
18   increase risk of pancreatic cancer if you
19   used the Emery numbers for the amount of
20   NDMA in the ranitidine pills after
21   consumer storage; correct?
22        A.    Yes.
23             MR. SHEEHAN:  Objection.
24        Leading.
25        Q.    And the numbers here are based
```

Page 189

1     SALMON, D.PHIL. - CONFIDENTIAL

2   on the Hidajat study, correct action for

3   pancreas cancer?

4           MR. SHEEHAN:  Objection.

5     Leading.

6     A.    I think that's right.  Yes.

7     Q.    So if we scroll up to the page

8   above.  One more, I believe.  Right here.

9           So in terms of pancreas cancer,

10  there is an OR of 1.59; correct?

11    A.    Yes.

12    Q.    And it's statistically

13  significant?

14    A.    Yes, it is.

15    Q.    And for esophogeal cancer, based

16  on the Keszei study, what's the OR, and is

17  it statistically significant?

18    A.    Okay.  The OR is 2.43, and the

19  confidence interval is 1.13 to 5.23.  So

20  that's clearly statistically significant.

21    Q.    Okay.  And now let's go back to

22  page 223.

23          So based on your analysis here

24  for esophagus cancer, you've stated here

25  it would take 1.81 years to lead to an

Page 190

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   increased risk -- a statistically
 3   significant increased risk of esophogeal
 4   cancer if you use the Emery numbers for
 5   after consumer storage based on the Keszei
 6   study; correct?
 7              MR. SHEEHAN:  Objection.
 8      Leading.
 9      A.    Yes.
10      Q.    Okay.  You can take this down.
11              Dr. Salmon, do you believe --
12   withdraw that.
13              Dr. Salmon, if you have NDMA,
14   which is a carcinogen, and you have a
15   study where you have little exposure of
16   NDMA, not long-term exposure.  So let's
17   say, as we know, NDMA is in ranitidine,
18   and we have a study which has short-term
19   exposure of ranitidine in this study, not
20   five years, not ten years, and you have a
21   short followup period to assess the risk
22   of cancer.
23              Would there be a lower hazard
24   ratio, lower increased risk of that
25   cancer, if you have a shorter amount of
```

1      SALMON, D.PHIL. - CONFIDENTIAL

2    time of exposure of that carcinogen in

3    ranitidine and a shorter followup period

4    in that study?

5              MR. SHEEHAN:  Objection.  Form.

6       Leading.

7       A.    Okay.  The point is that cancer

8    incidence as a result of exposure to a

9    carcinogen is a function of the lifetime

10   cumulative dose.  So the more -- the

11   larger the dose and the longer that it's

12   continued for, the larger the impact of

13   that exposure is going to be.

14              So if you have a study where

15   exposure is short and the level of

16   exposure is low, that's evidently going to

17   show a lower effect, in other words, a

18   smaller hazard ratio, than a situation

19   where you have longer exposure and higher

20   dose.  It's going to be essentially

21   proportional to the lifetime dose

22   experience in the study.

23      Q.    So in terms of the Wang study,

24   where you're seeing an increased risk of

25   liver cancer and gastric cancer with over

Page 192

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   360 DDD, which is equivalent to at least
 3   one year, and you're seeing an increased
 4   risk of liver and gastric cancer for a
 5   group of participants that's used it for
 6   about one year, what does that say that --
 7   is that -- what is it showing?
 8        A.    What it's showing --
 9             MR. SHEEHAN:  Objection.
10        A.    Sorry.  What it's showing is
11   that, you know, those exposures and
12   followup periods are substantially
13   comparison to some of the other studies
14   that we had available to look at.  But in
15   the grand scheme of things, it's not a
16   very long or a very intense exposure.
17             So the fact that you're seeing a
18   positive result there is definitely
19   something that needs to be taken account
20   of.  I mean, it's the classic picture with
21   any epidemiological study, that's if you
22   actually do see a statistically
23   significant and positive result, then
24   that's something that bears paying serious
25   attention to.  If you don't see a
```

Page 193

```
1        SALMON, D.PHIL. - CONFIDENTIAL
2    statistically significant result or you
3    just see in effect what's a null result,
4    which is not distinguishable from zero,
5    that doesn't actually tell you very much
6    at all.
7        Q.    Why is that?
8        A.    Well, because it doesn't contain
9    any information about the -- you know, if
10   you're interested in what is the effect
11   of, you know, perhaps a substantial dose
12   of the carcinogen, as the study only looks
13   at a very short exposure and low dose,
14   then it's not informing you about what
15   would be happening at higher levels of
16   exposure.
17       Q.    But, Dr. Salmon, would you agree
18   in terms of the active comparator
19   studies -- is it important to have active
20   comparator studies that have appropriate
21   active comparators?
22           MR. SHEEHAN:  Objection.  Vague.
23       A.    Sorry.  It's the essence of the
24   methodology that the comparison be between
25   two groups which are in effect as
```

1      SALMON, D.PHIL. - CONFIDENTIAL

2   identical as possible other than simply

3   the difference in treatment.  That's the

4   essence of the method.  And to the extent

5   that that can be achieved, then the study

6   is influential.  To the extent that that

7   is not achieved, then it becomes a lot

8   harder to say whether the study is telling

9   you anything.

10       Q.    Dr. Salmon, do you believe

11  information about the carcinogenicity of

12  NDMA is relevant to the analysis of NDMA

13  exposure through Zantac or ranitidine?

14            MR. SHEEHAN:  Objection.

15       A.    Absolutely.  I mean, NDMA is the

16  same compound wherever it's coming from,

17  whatever the route of exposure, whatever

18  the medium of exposure.  It's the same

19  chemical compound.  There are some factors

20  affecting the internal dose received when

21  you vary the route or the medium.  But

22  it's still basically the same compound.

23            And, I mean, this is just --

24  that's a fundamental assumption in

25  cancer -- chemical cancer risk assessment

1      SALMON, D.PHIL. - CONFIDENTIAL

2  anyway.  But you will see that assumption

3  clearly laid out by people like IARC.  But

4  it's also, of course, mentioned by Wang

5  and his coauthors that they comment that

6  it's the NDMA content of the ranitidine

7  which is drive -- in their belief, driving

8  the response that they're measuring.

9  So -- but the exposure -- the effects of

10 exposures to NDMA is relevant across all

11 routes and media.

12     Q.    And so you reviewed both the

13 NDMA-specific scientific literature and

14 the ranitidine-specific epidemiology as

15 well as the NDMA epidemiology to come to

16 the conclusions you have here; correct?

17              MR. SHEEHAN:  Objection.

18     Leading.

19     A.    Yes.  I made a point in my

20 earlier description in my methodology to

21 say that my approach is an overall weight

22 of evidence approach, which addresses any

23 evidence which can be considered to have a

24 bearing on the question at hand.  And I --

25 in that context, I deliberately reviewed

1      SALMON, D.PHIL. - CONFIDENTIAL

2   animal studies, gene tox studies, human

3   epidemiology of various sources of NDMA,

4   including occupational, dietary, and

5   ranitidine.

6      Q.    And in forming your opinion

7   regarding causation in this case, did you

8   rely on the regulatory agency findings,

9   including the FDA's NDMA ADI of 96

10   nanograms, in concluding that the NDMA in

11   ranitidine can cause the five cancers

12   here?

13      A.    No, I didn't.  I'm not -- I'm

14   not conducting a regulatory risk

15   assessment.  I'm not -- I'm not a

16   regulator in this context.  I'm aware of

17   their conclusions, and I have reviewed the

18   basis on which they reached their

19   regulation.  But I'm not -- my evaluation

20   is based on my consideration of the

21   underlying data which I reviewed.

22      Q.    And did you rely on the

23   regulatory agency's finding, including the

24   FDA's NDMA ADI of 96 nanograms, for your

25   dose response analysis?

                                                  SALMON, D.PHIL. - CONFIDENTIAL

1      SALMON, D.PHIL. - CONFIDENTIAL

2      A.      No, I didn't.

3              MR. SHEEHAN:  Objection.

4      A.      No, I didn't.  I was aware of it

5   and looked at the basis on which they --

6   which they used to reach that conclusion.

7   But it wasn't part of my dose response

8   analysis.

9      Q.      And Dr. Salmon, in your

10  supplemental report, you were asked

11  questions about the comparator group,

12  including the famotidine comparator group

13  in the Wang study.

14              Did you, in fact, discuss the

15  famotidine comparator group and the

16  results in your supplemental report,

17  albeit not in the section that Mr. Sheehan

18  directed you to, but did you discuss the

19  famotidine results in your supplemental

20  report and consider them?

21              MR. SHEEHAN:   Objection.

22      Leading.

23      A.      I mentioned that there was a

24  comparator group set up using direct

25  comparison, and I considered that as part

Page 198

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   of my supplemental report.
 3      Q.    Okay.  And let's pull up
 4   Exhibit 4 again.
 5            Okay.  Let's go scroll down to
 6   the abstract right there.
 7            Dr. Salmon, I know Mr. Sheehan
 8   read the authors' findings about liver
 9   cancer specifically and read those into
10   the record.
11            Can you please read out loud the
12   sentence that starts "A multivariable Cox
13   regression analysis."
14            Can you read that out loud?
15      A.    Yes, certainly.  "A multivariate
16   Cox regression analysis that compared
17   cancer risk with the untreated groups
18   revealed that ranitidine increased the
19   risk of liver (hazard ratio:  1.22,
20   95 percent confidence interval:  1.09 to
21   1.36, with a p-value of less than .001),
22   lung (hazard ratio 1.17, confidence
23   interval 1.05 to 1.31, p-value 0.005),
24   gastric (hazard ratio of 1.24, confidence
25   interval 1.05 to 1.52, p-value 0.012), and
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   pancreatic cancers (hazard ratio 1.35,
 3   confidence interval 1.03 to 1.77, p-value
 4   0.30).  Real-world" --
 5      Q.    No.  That's it.
 6            So the authors included their
 7   findings not only of liver cancer here but
 8   the increased risk of gastric and
 9   pancreatic cancer; correct?
10            MR. SHEEHAN:  Objection.
11      A.    That's absolutely correct.
12      Q.    Okay.  Let's turn to page 6.
13            Right there.  And similarly
14   here, that first sentence there, it says,
15   "As shown in Figure 2, the ranitidine
16   cohort showed a significantly higher
17   prevalence of liver cancer, gastric
18   cancer, and lung cancer and a higher
19   overall cancer rate than the
20   non-ranitidine cohort."
21            And then it goes on -- the
22   authors go on to say, "In terms of the
23   cumulative incidence rates and HRs,
24   ranitidine use was associated with overall
25   cancer (HR 1.10), liver cancer (HR 1.22),
```

```
                                    Page 200
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   gastric cancer (1.26), pancreatic cancer
 3   (1.35), and lung cancer compared with
 4   non-ranitidine use"; correct?
 5      A.    Yes.
 6            MR. SHEEHAN:  Objection.
 7      Leading.
 8            MS. LUHANA:  Okay.  And let's
 9      turn to page 8.
10            THE CONCIERGE:  Where do you
11      want to go?
12            MS. LUHANA:  Scroll up a bit.
13      I'm sorry.  Up like the top part of
14      the -- right there.  Perfect.
15      Q.    And here, the authors also
16   state, "The incidence rates of certain
17   cancers were greater in the group exposed
18   to ranitidine than in the unexposed group.
19   Ranitidine use was associated with some
20   individual cancers with a high incidence
21   rate; these cancers were liver, lung,
22   gastric, and pancreatic cancers"; correct?
23      A.    Yes.
24      Q.    Okay.  And let's go to page 12.
25            And can you read the sentence
```

```
                                      Page 201
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   that begins -- the second sentence that
 3   begins "However."
 4      A.    Sorry.  Yes.  If you make it a
 5   bit bigger.  "However, the clear data from
 6   our real-world observational study
 7   strongly support the pathogenic role of
 8   NDMA contamination, given that long-term
 9   ranitidine use is associated with a higher
10   likelihood of cancer development in
11   ranitidine users compared to the control
12   groups of non-ranitidine users who were
13   treated with PPIs or famotidine."
14      Q.    So here, Dr. Salmon, they didn't
15   limit it to liver cancer; correct?
16           MR. SHEEHAN:  Objection.
17      Leading.
18      A.    That is correct.
19      Q.    Okay.  I don't have any further
20   questions for you at this time.  I will
21   save my time for followup after
22   Mr. Sheehan asks his questions.
23           MR. SHEEHAN:  Let's go off the
24      record.
25                THE VIDEOGRAPHER:  We'll be
```

1      SALMON, D.PHIL. - CONFIDENTIAL

2        going off the record at 3:01 p.m.

3        Stand by.

4              (Recess)

5              THE VIDEOGRAPHER:  And we are

6        back on the record at 3:21 p.m.  Go

7        ahead, Counselor.

8              MR. SHEEHAN:  Thank you much.

9   BY MR. SHEEHAN:

10     Q.    Dr. Salmon, after a short break,

11  I've got a few more questions.

12            Are you ready to continue?

13     A.    Yes, I am.

14     Q.    Okay.

15            MR. SHEEHAN:  If we could bring

16       up Exhibit 4, which is the Wang study,

17       and go to page 7 of that study, that

18       would be great.  I don't know who is

19       controlling it here.

20            THE CONCIERGE:  I'm happy to do

21       it.  I thought Peiyuan -- oh, there he

22       goes.

23            MR. SHEEHAN:  There we go.  And

24       if you just scroll down to the

25       Kaplan-Meier curves, Figures A, B, C,

```
 1        SALMON, D.PHIL. - CONFIDENTIAL
 2         and D.   Thank you.
 3   BY MR. SHEEHAN:
 4        Q.     Dr. Salmon, can we agree that
 5   all of the Kaplan-Meier curves in Figure 3
 6   are comparing ranitidine to non-use?
 7        A.     Yes.  I believe that is correct.
 8        Q.     Okay.  And other than for liver
 9   cancer, there are no Kaplan-Meier curves
10   presented in the Wang study for incidence
11   rates over time comparing ranitidine to
12   famotidine; is that correct?
13             MS. LUHANA:  Objection to form.
14        A.     That was the comparison which
15   they made in their analysis of the
16   ranitidine versus famotidine subgroup
17   study, yes.
18        Q.     So for example, there was no
19   Kaplan-Meier curve comparing incidence
20   rates of esophogeal cancer over time
21   comparing ranitidine to famotidine;
22   correct?
23        A.     That is correct.  In this paper,
24   they didn't present that here.
25        Q.     Okay.  And that's true also of
```

Page 204

SALMON, D.PHIL. - CONFIDENTIAL

1      SALMON, D.PHIL. - CONFIDENTIAL

2    pancreatic cancer, bladder cancer, and

3    stomach cancer; correct?

4              MS. LUHANA:  Objection to form.

5       A.    Yeah.  Excuse me a moment.  I'm

6    just adjusting my view.

7              Yeah.  The only Kaplan-Meier

8    analysis which they presented on the

9    subgroup analysis was connected to the

10   liver cancer.

11      Q.    Okay.  Now, if two

12   populations --

13              MR. SHEEHAN:  And again, I'm

14       getting feedback here.  Can folks hear

15       the feedback?

16      A.    A little bit.  Yeah.  It comes

17   and goes.

18      Q.    All right.  We'll just keep

19   going.

20              If two populations have baseline

21   differences in their risk for something

22   like liver cancer, for example, in

23   Kaplan-Meier curves, you would anticipate

24   that those curves would separate over time

25   to reflect those baseline differences even

Page 205

1      SALMON, D.PHIL. - CONFIDENTIAL
2  if there is no impact in an exposed group
3  to a medication; correct?
4            MS. LUHANA:  Objection to form
5       and hypothetical.
6      A.    Well, I suppose if what you're
7  saying is that if you compare that to
8  dissimilar populations, in the -- using
9  the Kaplan-Meier methodology, then the --
10  you know, the results of that comparison
11  would reflect the dissimilarity of the
12  populations.  I think that -- is that what
13  you're saying?
14      Q.    Yeah.  And is that a fair
15  statement?
16      A.    Yes.  I mean, it's necessarily
17  the case that if you compare different
18  populations, that you will see that
19  difference.
20      Q.    And even small differences in
21  baseline risk, for example, with respect
22  to smoking habits, can result in
23  Kaplan-Meier curves diverging over time.
24  True?
25            MS. LUHANA:  Objection to the

SALMON, D.PHIL. - CONFIDENTIAL

form, the hypothetical.

A.    It all depends on the comparison
that you're making.  I mean, the whole
point of the comparison in the Wang study
was that they went through considerable
trouble to keep the populations
comparable, and they are from the same
overall population group.  So I'm not
quite sure where you're leading with this
one.

I mean, it is necessarily the
case if you compare dissimilar
populations, you will observe the
dissimilarity.  Now, whether that's
dissimilarity results in a progressive
divergence or a parallel divergence is a
function of what the difference between
the populations actually is.

I mean, I think I mentioned for
the -- those other studies that are
looking at this Kaplan-Meier thing, some
of them are showing clear differences
between the population.  And, you know, as
I say, if it's a difference in population,

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2  then it depends what the difference is as
 3  to what you will see in the Kaplan-Meier
 4  analysis.
 5      Q.    Can you cite for me, Dr. Salmon,
 6  a single article in the peer-reviewed
 7  medical literature indicating that the use
 8  of Kaplan-Meier curves addresses
 9  indication bias?
10          MS. LUHANA:  Objection to form.
11      A.    I think the -- I'm going to
12  check Wang, actually.  I think they --
13          (Witness perusing document.)
14          They say that the outcomes of
15  different study cohorts were estimated
16  using the Kaplan-Meier method and the
17  differences were examined using the log
18  rank test.  And it says sensitivity in
19  analysis was conducted to validate the
20  individual events from the index study to
21  the end of the study in different DDD
22  groups using Cox proportional hazard
23  regression models and the Kaplan-Meier
24  method.
25          Now, that's basically saying
```

1    SALMON, D.PHIL. - CONFIDENTIAL

2    that they're using that to validate the

3    comparison between the -- between the

4    groups.  That's what they're saying in

5    that narrative.

6        Q.    You're saying that the Wang

7    authors are using Kaplan-Meier curves to

8    address indication bias.

9        A.    I'm saying they're using it to

10   address all -- anything which would impact

11   the comparison of ranitidine and

12   non-ranitidine users distinct from the

13   dose-related effect.  They're saying --

14   that's their overall approach.  And that

15   includes this type of bias.

16       Q.    And as we discussed earlier,

17   based on the direct comparison to

18   famotidine, the only cancer that was

19   statistically significantly elevated that

20   was also elevated in the non-ranitidine

21   group was liver cancer; correct?

22             MS. LUHANA:  Objection.

23       A.    The statistically significant

24   elevation which was observed was the liver

25   cancer.  But the other endpoints in the

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   comparison showed elevated, although
 3   nonsignificant findings, and that's
 4   basically a reflection of the lower power
 5   of the subgroup analysis.  It doesn't mean
 6   that there was anything different going
 7   on, and there's no particularly plausible
 8   reason to expect that.
 9      Q.    Doctor, if we go to Table 2 on
10   page 8 of the study.  Could we go there.
11           Do you recall being asked about
12   this table in connection with questions
13   from counsel for plaintiffs?
14      A.    Yes.
15      Q.    And you testified that the
16   incidence rate for liver cancer of 1.35
17   was statistically significant.
18           Do you recall that?
19      A.    Yes.
20      Q.    Why?
21      A.    Well, I think what I was
22   saying -- I think what I was referring to
23   in terms of that particular comment was if
24   we go down to the comparison table or to
25   the text where they say that that
```

1      SALMON, D.PHIL. - CONFIDENTIAL

2  incidence rate was statistically elevated

3  relative to the -- to the background rate.

4      Q.    And that's what I'm getting at

5  here.  I just wanted to clarify that.

6      A.    Yeah.  That's what I was

7  referring to.

8      Q.    Okay.  So the incidence rates

9  that are reflected in Table 2 either in

10  the untreated group or the ranitidine

11  group are just the incidence rate of the

12  cancer outcome in that group with a

13  95 percent confidence interval around that

14  rate; correct?

15      A.    Yes.  That is correct.

16      Q.    So it is not -- in Table 2, it's

17  not relative --

18      A.    No.  It's the following table

19  where they show the relative comparison

20  for -- and also, of course, in their

21  narratives, they describe the overall

22  incidence in the narrative.

23      Q.    And that's what epidemiologists

24  do; right?  They compare an exposure to a

25  group without the same exposure to -- and

Page 211

SALMON, D.PHIL. - CONFIDENTIAL

1  use hazard ratios and confidence intervals

2  to assess whether any differences in those

3  rates are potentially due to the play of

4  chance; correct?

5  

6  MS. LUHANA:  Objection to form.

7  A.    Or whether they can exclude

8  within reasonable confidence that chance

9  could explain the results.  I mean, you're

10 basically -- you're setting up a

11 hypothesis saying I hypothesize that this

12 outcome is associated with this exposure.

13 And you're applying statistical tests to

14 determine whether in fact that hypothesis

15 is supported by the data or whether the

16 finding -- the observation could be

17 explained by chance.  That's what you're

18 aiming to do.

19 Q.    Right.  You're trying to reject

20 the null hypothesis of no association;

21 correct?

22 MS. LUHANA:  Objection to the

23 form.  Objection to form.

24 A.    Essentially, you're trying to

25 eliminate the likelihood that it's due to

Page 212

```
1        SALMON, D.PHIL. - CONFIDENTIAL
2    chance.  I mean, you -- it's never an
3    absolute -- it's never an absolute cutoff.
4    But this statistical significance
5    procedure is -- you know, it's a decision
6    process which is conventionally used to
7    establish reasonable criteria for
8    considering the association is the result
9    of the exposure rather than occurring by
10   chance.
11       Q.    Understood.  Understood.
12   Understood.
13             Dr. Salmon, you testified in
14   response to questions by counsel for
15   plaintiff that the dose necessary -- dose
16   of ranitidine necessary to lead to a
17   significant effect on gastric cancer was
18   over 360 defined daily doses.
19             Do you recall that?
20             MS. LUHANA:  Objection to form.
21       A.    What I said was that that dose
22   group was the group in which the
23   statistically significant effect was
24   observed in that study.  So it's specific
25   to the observation in that study.
```

1      SALMON, D.PHIL. - CONFIDENTIAL

2      Q.     So you're not offering that

3  opinion overall.  You're saying that was

4  observed in the Wang study; correct?

5            MS. LUHANA:  Objection to form.

6      A.     What I'm saying is that that was

7  what was observed in the Wang study.  And

8  that is a reasonable significant finding.

9  So you could say that exposure to that

10  level is associated with significant

11  incidences of gastric cancer.

12      Q.     And you are extrapolating from

13  the Wang study to the general population

14  of the world?  Is that what you're doing?

15            MS. LUHANA:  Objection to form.

16      A.     What I'm saying is that that is

17  an indicator of the effect of ranitidine.

18  What I'm trying to do here is to draw a

19  distinction between what we have evidence

20  for as a statistically significant level

21  of effect and the dose that would be

22  associated with that as opposed to saying

23  that there's some level of exposure that

24  is not associated with a potential

25  increase in risk.

1      SALMON, D.PHIL. - CONFIDENTIAL

2              I'm trying -- that's where I'm

3      trying to draw the distinction, between

4      the fact that the increase in cancer risk

5      with exposure is a continuous function

6      which has no threshold as opposed to the

7      specific level where in this particular

8      case, we have observed the significant

9      result.  So we can use that significant

10     observation as a guide to what we would

11     expect to happen in other circumstances.

12         Q.     And Wang is one study; correct?

13         A.     It is one study.  Yes.

14         Q.     Okay.  If we could go to page 2

15     of Wang -- of the Wang study.

16             MR. SHEEHAN:  Okay.  And if you

17         could just blow that up, just -- I'm

18         looking at the first full paragraph

19         there.  Perfect.

20         Q.     Okay.  Dr. Salmon, counsel for

21     plaintiffs had you read something into the

22     record.  I'd like you to do the same for

23     me.

24             Do you see the study that begins

25     "Several studies previously"?  Do you see

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   the sentence that begins "Several studies
 3   previously examined"?
 4      A.     Yes, I do.
 5      Q.     Okay.  I would like you to read
 6   starting at "Several studies previously
 7   examined" and finish with the sentence
 8   that ends in "cancer development," which
 9   is the second-to-last sentence of the
10   paragraph.  Could you do that for me.
11      A.     Okay.  "Several studies
12   previously examined the carcinogenic
13   effects of NDMA on humans, although they
14   were equivocal.  Some authors reported no
15   association between ranitidine use and
16   cancer risk, whereas others supported the
17   connection.  In addition to cancers caused
18   by NDMA contamination, multiple studies
19   reported that acid-suppressive agents,
20   such as proton-pump inhibitors and
21   histamine-2 receptor antagonists were
22   linked to gastric and liver cancers.
23   However, these reports were contradictory,
24   and the data were not sufficient to reach
25   definite conclusions.  The conflicting
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   results of studies underlie the lack of
 3   concrete evidence supporting the role of
 4   ranitidine in cancer development."
 5      Q.    Thank you very much, Dr. Salmon.
 6           And this is from the
 7   introduction of the Wang paper; correct?
 8      A.    Yes.  And what I want to say
 9   here is this is them setting the
10   background against which they decided to
11   undertake this study.  And for the
12   following sentence is "Therefore, we aim
13   to conduct a large-scale, long-term
14   followup cohort study to investigate
15   ranitidine use and the subsequent
16   emergence of cancer over time in a
17   real-life setting."
18           So I'm just emphasizing that
19   this is their analysis of the prior data
20   before they undertook this study.  And, of
21   course, this study is not by any means the
22   only contributory result, but it's in
23   addition to that group of data which they
24   reviewed, and they said that several
25   study -- some studies did support the
```

```
                                            Page 217
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   connection.  Others didn't.  And they also
 3   said that the studies comparing the
 4   proton-pump inhibitors and histamine-2
 5   receptors show -- were contradictory and
 6   the data were not sufficient to reach
 7   definite conclusions.
 8               So that's a summary of the prior
 9   data, before they undertook their study.
10   Now, two things have happened.  One is
11   they therefore decided to undertake that
12   study.  And, of course, the other thing is
13   in the meantime, there has been further
14   analysis.  So I'm just emphasizing that
15   this is a summary of the prior situation
16   before they undertook their study.
17      Q.    Understood, Dr. Salmon.  Thank
18   you very much.  I don't have any further
19   questions.
20      A.    Okay.  Thank you.
21               MS. LUHANA:  Let's go off the
22         record and take a five-minute break.
23               THE VIDEOGRAPHER:  We'll be
24         going off the record at 3:41 p.m.
25         Stand by.
```

Page 218

1        SALMON, D.PHIL. - CONFIDENTIAL
2              (Recess)
3              THE VIDEOGRAPHER:  We are back
4        on the record at 3:57 p.m.  Go ahead,
5        Counselor.
6   BY MS. LUHANA:
7        Q.     Hi, Dr. Salmon.  How are you?
8        A.     I'm doing okay.  Thank you.
9        Q.     I just have a few more questions
10   for you.
11              Defense counsel had asked you
12   questions about the Kaplan-Meier analysis
13   and indication bias.
14              Do you recall that?
15        A.     Yes, I do.
16        Q.     Okay.  Let's pull up Exhibit 4
17   and go to page 9.
18              MS. LUHANA:  Scroll down,
19        please, to 3.2.  Right there.
20        Q.     Dr. Salmon, do you see the
21   section which says -- it's titled "The
22   comparison between ranitidine and
23   famotidine for association with patient
24   outcomes"?
25        A.     I see that, yes.

```
 1        SALMON, D.PHIL. - CONFIDENTIAL
 2        Q.     Okay.  And the authors note that
 3    to avoid potential indication bias, that
 4    they've selected a non-ranitidine user
 5    group and then by PSM for the famotidine
 6    cohort and then the ranitidine famotidine
 7    ratio of one to one.
 8              Do you see that?
 9        A.     Yes.  I see that.
10        Q.     And you see that the subgroup,
11    they go on to say, "It was added to
12    determine whether the use of ranitidine
13    increases of the risk of developing
14    cancers due to the related indication";
15    correct?
16        A.     Yes.
17        Q.     Okay.  And let's go to the next
18    page, the top of the next page.
19              And in fact, Dr. Salmon, if you
20    look at that second paragraph, do you see
21    where they do the analysis of a reference
22    Kaplan-Meier analysis?
23        A.     Yes, I do see that.
24        Q.     And do you see that the authors
25    note that they use the Kaplan-Meier
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2  analysis to assess the differences between
 3  the famotidine and the ranitidine group
 4  where they go on to state, "In the
 5  Kaplan-Meier analysis, we found that liver
 6  cancer risk was significantly different
 7  between the ranitidine and famotidine
 8  cohorts with a balanced model.  Moreover,
 9  the liver cancer risk was significantly
10  higher in the ranitidine cohort than in
11  non-ranitidine with famotidine and
12  non-ranitidine without famotidine
13  cohorts."
14          Do you see that there?
15      A.    Yes.
16      Q.    And then they go on to say that
17  the pattern of cumulative indication of
18  liver cancer was the same in the
19  non-ranitidine groups, and they say that
20  was regardless of famotidine use.
21          Do you see that there?
22      A.    Yes, I do.
23      Q.    So their indication that there
24  was no difference seen regardless of
25  famotidine use was based on their
```

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   Kaplan-Meier analysis noted here; correct?
 3      A.    Yes.
 4           MR. SHEEHAN:  Objection.
 5      A.    That was -- that was the
 6   analysis they used here.  And they
 7   certainly applied it in this case because
 8   it is -- as we've already discussed at
 9   some length, it's a powerful form of
10   analysis and allows one to see the way
11   it's the progress within the individual
12   groups it goes, which is an important
13   element of identifying the -- you know,
14   what's going on.  Does it look like a
15   clear relationship between exposure and
16   response?
17      Q.    Okay.  And let's go to page 1 of
18   the study.  Scroll down to the abstract.
19           Dr. Salmon -- I'm sorry.  I
20   don't know if it was noted on page 1.  It
21   was page 2, actually.  Let's go to page 2.
22           Dr. Salmon, Mr. Sheehan had
23   asked you to read the section of the study
24   that was the basis for why this study was
25   done because they said there were
```

Page 222

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   conflicting results of studies, correct,
 3   that lacked the concrete evidence here.
 4           But the authors then go on to
 5   state that that's why they undertook this
 6   study, because there were some studies
 7   that showed an association, while others
 8   didn't show an association?
 9      A.   Yes.
10           MR. SHEEHAN:  Objection.
11      Leading.
12      Q.   And, Dr. Salmon, do you recall
13   the Wang study authors specifically
14   criticizing the active comparator studies,
15   some of which are mentioned here, because
16   of small sample size, for example, or too
17   short of a followup duration or they had
18   limited statistical power?
19           Do you recall seeing that in the
20   Wang report?
21      A.   Yes.
22           MR. SHEEHAN:  Hold on.  Hold on.
23      Objection.  Leading.  Just give it a
24      beat, Dr. Salmon, to let me get my
25      objection in.  Thank you.
```

Page 223

1       SALMON, D.PHIL. - CONFIDENTIAL

2       A.      Sorry.  I recall seeing that

3   they commented on specific studies in

4   their narrative and identify the

5   weaknesses in those studies.

6       Q.      Okay.  Which perhaps had led to

7   the conflicting results that were

8   inconsistent with what the authors found

9   in their study; correct?

10              MR. SHEEHAN:  Objection.

11      Leading.

12      A.      That's what they were saying.

13      Q.      Okay.  Let's go to page 12.

14  Actually, let's start first with page 13.

15              So here -- right there is

16  perfect -- when they're noting the dose

17  response relationship in the first

18  paragraph and seeing the significant

19  trends of increased liver cancer risk,

20  that last sentence says, "Additionally,

21  Iwagami, for example, reported contrary

22  results."

23              And can you read the rest of

24  that sentence there as to what the authors

25  note about the Iwagami study?

Page 224

1    SALMON, D.PHIL. - CONFIDENTIAL

2       A.    Then they say, "Although they

3    acknowledged a weakness in the study

4    design due to the limited sample size and

5    statistical power."

6       Q.    So the Wang authors are not only

7    noting the weaknesses of the Iwagami

8    study.  They're also acknowledging that --

9    their authors also acknowledged the

10   weakness in the study due to limited

11   sample size and statistical power;

12   correct?

13           MR. SHEEHAN:  Objection.

14   Leading.

15      A.    Yes.

16      Q.    Okay.  And let's go to page 12

17   now.

18           Okay.  Doctor, you had read the

19   conclusion of the Wang authors where they

20   state their clear data from the real-world

21   observation study strongly supports a

22   pathogenic world of NDMA contamination,

23   stating that the long-term ranitidine use

24   is associated with a higher likelihood of

25   cancer development in ranitidine groups

Page 225

```
 1      SALMON, D.PHIL. - CONFIDENTIAL
 2   compared actually to control groups of
 3   non-ranitidine users who are also treated
 4   with PPIs and famotidine.
 5           Do you see that?
 6      A.    Yes, I do.
 7      Q.    Okay.  And here, in fact, the
 8   authors go on to state in terms of other
 9   studies that didn't show that evidence.
10   Do you see the part where it says
11   "Nevertheless"?
12      A.    I see that.  Yes.
13      Q.    Can you please read that into
14   the record as to what the Wang authors
15   concluded about these studies that didn't
16   find that evidence of the carcinogenic
17   potency of ranitidine?
18           MR. SHEEHAN:  Objection.
19      Leading.
20      A.    Sorry.  "Nevertheless, the
21   limitations of the two studies mentioned
22   above should be considered since their
23   small sample size and short followup
24   duration may cause statistical bias and
25   inaccurate conclusions."
```

Page 226

SALMON, D.PHIL. - CONFIDENTIAL

1

2    Q.    And in fact, those studies were

3    also the Iwagami -- the Iwagami study and

4    the Yoon study, if you take a look at

5    References 14 and 15 on the references

6    provided by these authors.

7              Then the authors go on to

8    actually compare their study and the

9    strengths of that study, this study.

10             Can you discuss some of the

11    strengths that are noted by the authors

12    here?

13    A.    Well, certainly.  They --

14    firstly, they emphasize the large

15    population size selected from the

16    nation-wide population database, and they

17    covered -- you know, in terms of the reach

18    of their database, they follow -- they

19    covered a followup period which could be

20    as long as 18 years.

21             The second strength of the study

22    is the cohort design with the -- what they

23    call a seemingly prospective technique,

24    which is their very active identification

25    of the -- of the subject and matching with

1    SALMON, D.PHIL. - CONFIDENTIAL

2    the -- using PSM and constructing a

3    control group with similar

4    characteristics.  So those are all

5    important features of the study.

6         The other thing, which is very

7    important about this study, is that it's

8    one of the few which actually reports

9    exposure data in a quantitatively reliable

10   manner in that they report the dose as

11   DDDs.  So one of their major strengths is

12   the ability to actually quantitatively

13   examine dose response, whereas many of the

14   other studies address perhaps whether

15   there was a difference between use and

16   non-use or use of X versus use of Y, but

17   they don't actually provide the basis for

18   doing a dose response analysis.  So that

19   is a substantial strength of this study.

20        And, of course, it's also the

21   strength of the other study which we've

22   been discussing at some length, which is

23   the Cardwell study.

24   Q.   Doctor, can you read that last

25   sentence, "Using these matches," what the

Page 228

1      SALMON, D.PHIL. - CONFIDENTIAL

2   Wang authors conclude.

3      A.    "Using these matches, we

4   estimated" -- sorry.  "Using these

5   matches, we estimated the impacts of

6   ranitidine intervention on cancer risk,

7   which showed increased odds of developing

8   liver, lung, pancreatic, and gastric

9   cancers.  The Kaplan-Meier analysis of our

10  18-year dataset confirmed these findings."

11     Q.    Doctor, I have no further

12  questions for you at this time.  Thank

13  you.

14          MR. SHEEHAN:  I don't have any

15      questions.

16          MS. LUHANA:  Great.

17          MR. SHEEHAN:  We are done.

18          (Continued on the next page to

19      allow for signature line and jurat.)

20

21

22

23

24

25

Page 229

1       SALMON, D.PHIL. - CONFIDENTIAL

2              THE VIDEOGRAPHER:  This

3       concludes today's testimony given by

4       Dr. Andrew Salmon.  The total number

5       of media units used was 12 and will be

6       retained by Veritext.  We are going

7       off the record at 4:08 p.m. Pacific

8       Daylight Time.  Stand by.

9              (TIME NOTED:  4:08 p.m. PST)

10

11      _____
        ANDREW SALMON, D.PHIL.

12

13

14  Subscribed and sworn to before me

15  this __ day of _____, 2022.

16  _____
        Notary Public

17

18

19

20

21

22

23

24

25

```
                                                    Page 230

 1
 2                    I N D E X
 3
    WITNESS                 EXAMINATION BY          PAGE
 4
    ANDREW SALMON          MR. SHEEHAN             8,202
 5
                          MS. LUHANA              142,218
 6
 7
                  E X H I B I T S
 8
    DEPOSITION          DESCRIPTION                PAGE
 9
    Exhibit 1          Deposition notice          6
10
    Exhibit 2          Supplemental Report of     16
11                     Andrew Gale Salmon M.A.,
                       D.PHIL., C.CHEM.,
12                     M.R.S.C., dated
                       October 4, 2022
13
    Exhibit 3          Updated Rule 26 Expert     95
14                     Report of Andrew Gale
                       Salmon M.A., D.PHIL.,
15                     C,CHEM., M.R.S.C.,
                       dated March 28, 2022
16
    Exhibit 4          Wang study                 28
17
    Exhibit 5          A Daily Mail article       55
18                     dated October 24, 2022
19  Exhibit 6          Liver cancer and           135
                       ranitidine use chart
20
    Exhibit 7          Gastric cancer and         135
21                     ranitidine use chart
22  Exhibit 8          Wang Cumulative NDMA       135
23  Exhibit 9          Plaintiffs' Responses      135
                       and Objections to
24                     Defendants' Notice of
                       Videotaped Deposition of
25                     Andrew Gale Salmon M.A.,
                       D.PHIL., C.CHEM., M.S.R.C.
```

Page 231

1

2                    CERTIFICATION

3

4        I, SHARON PEARCE, RDR, CRR, CRC,

5    NYRCR, a Notary Public for and within the

6    State of New York, do hereby certify:

7        That the witness whose testimony as

8    herein set forth, was duly sworn by me;

9    and that the within transcript is a true

10   record of the testimony given by said

11   witness.

12       I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of

16   this matter.

17       IN WITNESS WHEREOF, I have hereunto

18   set my hand this 26th day of October,

19   2022.

20

21

22            SHARON PEARCE

23        RDR, CRR, CRC, NYRCR

24            *    *    *

25

Page 232

```
 1
 2              ERRATA SHEET
        VERITEXT/NEW YORK REPORTING, LLC
 3
     CASE NAME: IN RE: ZANTAC (RANITIDINE)
 4   PRODUCTS LIABILITY LITIGATION
     DATE OF DEPOSITION: October 25, 2022
 5   WITNESS' NAME: ANDREW SALMON, D.PHIL.
 6   PAGE/LINE(S)/    CHANGE         REASON
     ____/_____/_____/_____
 7   ____/_____/_____/_____
     ____/_____/_____/_____
 8   ____/_____/_____/_____
     ____/_____/_____/_____
 9   ____/_____/_____/_____
     ____/_____/_____/_____
10   ____/_____/_____/_____
     ____/_____/_____/_____
11   ____/_____/_____/_____
     ____/_____/_____/_____
12   ____/_____/_____/_____
     ____/_____/_____/_____
13   ____/_____/_____/_____
     ____/_____/_____/_____
14   ____/_____/_____/_____
     ____/_____/_____/_____
15   ____/_____/_____/_____
     ____/_____/_____/_____
16   ____/_____/_____/_____
     ____/_____/_____/_____
17   ____/_____/_____/_____
     ____/_____/_____/_____
18   ____/_____/_____/_____
19
            _____
20            ANDREW SALMON, D.PHIL.
21   SUBSCRIBED AND SWORN TO
     BEFORE ME THIS_____DAY
22   OF_____, 2022.
23   _____
           NOTARY PUBLIC
24
     MY COMMISSION EXPIRES_____
25
```

**[& - 2]**                                                                 Page 1

| **&** |
| :---: |
| **&**   3:13 4:4,15 |

| **0** |
| :---: |

**0.005**   198:23
**0.012**   198:25
**0.30**   199:4
**001**   198:21
**02110-1447**   5:5
**02210**   2:5
**05**   106:4
**06**   78:10
**07**   78:24

| **1** |
| :---: |

**1**   2:4 6:2,12
   87:10 89:21
   161:4,10,11
   162:12 168:11
   176:15 221:17
   221:20 230:9
**1.0**   36:9 186:8
**1.0.**   106:2
**1.02**   182:21
**1.03**   30:5 172:4
   177:17 199:3
**1.05**   30:13
   198:23,25
**1.06**   64:2,6
   185:21 186:7
**1.09**   30:23
   198:20
**1.1**   175:25
**1.10**   199:25
**1.12**   172:5
**1.13**   189:19
**1.13.**   173:16
**1.15**   159:17

**1.16.**   158:9,14
**1.17**   198:22
**1.19**   159:17
**1.2**   33:8
**1.22**   30:22
   172:12 174:20
   176:4 187:19
   198:19 199:25
**1.22.**   32:10
**1.24**   198:24
**1.25**   159:8 177:5
**1.25.**   177:15
**1.26**   30:12 172:6
   173:13 186:23
   200:2
**1.26.**   172:5
**1.27**   64:6 173:19
   187:8,15
**1.27.**   34:20
**1.3**   33:8 176:3
**1.31**   198:23
**1.33**   173:21
   174:3 182:20
**1.35**   30:4 186:13
   199:2 200:3
   209:16
**1.35.**   158:20
**1.36**   30:23
   198:21
**1.42**   172:12,24
   173:4
**1.45.**   159:8
**1.52**   30:13
   198:25
**1.59**   189:10
**1.64**   174:15
**1.66.**   172:13

**1.7**   187:16
**1.7.**   177:13
**1.74**   182:21
**1.77**   30:5 199:3
**1.81**   95:25 96:13
   189:25
**10**   54:21 55:5,8
   104:9 163:16
   175:11
**100**   3:14
**10016**   3:5
**10017**   3:15
**10075**   3:20
**10:16**   62:22
**10:30**   63:2
**10:31**   63:15
**10:33**   63:19
**11**   136:16,23
**1180**   4:4
**11:04**   87:22
**11:14**   88:2
**11:49**   115:9
**12**   107:4 135:6
   136:16,23
   200:24 223:13
   224:16 229:5
**1200**   4:16
**1230**   4:15
**12:01**   115:13
**12:29**   140:12
**12:35**   140:16
**12:36**   141:5,6
**12th**   3:5
**13**   45:14 135:6
   136:23 223:14
**130**   2:11
**13079**   231:21

**135**   230:19,20,22
   230:23
**14**   135:7 136:16
   136:23 226:5
**1410**   2:5
**142,218**   230:5
**15**   133:3,6,11
   226:5
**150**   86:7,10
**16**   160:8 230:10
**1600**   2:12 4:5
**16d**   3:19
**16th**   3:14
**17**   160:13
**17,000**   57:11
**18**   21:11 28:21
   67:9 98:6,14
   109:21 164:8
   226:20 228:10
**180**   45:25 80:23
   171:16 174:15
**1800law1010....**
   3:16
**181**   45:25 80:19
   80:20 171:17
**18th**   2:11
**19,841**   162:18
**19103**   2:12
**1:42**   142:3,5

| **2** |
| :---: |

**2**   16:11,13 28:10
   28:16,19,20 63:6
   76:12,14,16 78:8
   144:14,20,21
   157:6 160:3
   176:16 199:15
   209:9 210:9,16

214:14 215:21
217:4 221:21,21
230:10
**2.25** 95:21
**2.43** 189:18
**2.5** 83:19 90:6
**20** 1:3 6:19
132:15
**2022** 1:17 6:8
16:16 17:4
55:14 95:8
121:6 229:15
230:12,15,18
231:19 232:4,22
**219** 188:12
**223** 95:12 100:7
184:7 188:4,9
189:22
**23** 160:8,13
188:7
**24** 55:14 188:8
230:18
**25** 1:17 6:8
232:4
**26** 95:6 230:13
**261** 172:5
**26th** 5:5 231:18
**270** 45:25,25
80:19,21 171:17
**271** 171:17
**28** 95:8 230:15
230:16
**2924** 1:3,3 6:18
6:19
**2:31** 184:14
**2:41** 184:17

**3**

**3** 41:15,21,22,24
43:10 49:6
51:10 76:13,23
79:23 82:10
95:4,5 149:11
150:22 170:20
170:24 181:9,13
188:3 203:5
230:13
**3,090** 86:10
**3.1** 42:14 43:18
**3.1.** 42:7,23
**3.2** 165:24,24
166:2
**3.2.** 218:19
**3.4949e** 78:9
**3.550** 1:12
**3.86** 188:16
**30309** 4:5,16
**316** 2:17
**325** 3:19
**32502** 2:18
**33** 5:4 160:18
174:5
**34** 160:18
**35,269** 161:23
162:4,20 163:3
**360** 45:25 46:2
98:8,9 171:18,19
172:5,24 173:6
173:21 174:19
181:15 192:2
212:18
**3:01** 202:2
**3:21** 202:6
**3:41** 217:24

**3:57** 218:4
**3a** 149:12
**3c** 150:23
**3d** 152:5

**4**

**4** 16:16 17:4
20:19,22 28:5,6
41:16 49:25
50:3 53:6,9
104:8 105:9,11
121:6 144:25
161:3 175:12
176:25 184:21
198:4 202:16
218:16 230:12
230:16
**400** 79:16
**42** 83:22 173:7
**450** 134:24
**4:08** 229:7,9
**4th** 142:20

**5**

**5** 17:13 53:5,18
54:21 55:6,11,13
55:17 63:6 83:5
85:6 88:10
113:20 163:16
163:17 168:11
177:2 182:18
230:17
**5.23.** 189:19
**5150** 1:11
**55** 230:17
**55,000** 162:25

**6**

**6** 121:3,4 135:8
136:13,18
199:12 230:9,19
**6.6** 101:23
**6.65** 101:20
**600** 3:4
**64** 163:8

**7**

**7** 28:10 81:8
121:5 135:12
136:13,19
144:21 184:22
202:17 230:20
**7,090** 86:6
**79th** 3:19

**8**

**8** 135:16 136:13
136:19 152:14
200:9 209:10
230:22
**8,202** 230:4
**8.3** 21:9 67:8
98:5

**9**

**9** 41:17,21
135:19 165:25
170:19 177:13
181:9 218:17
230:23
**90** 45:25 80:23
161:22 168:16
171:15 174:15
**95** 59:19 187:15
198:20 210:13
230:13

**96** 196:9,24
**99** 172:9
**9:02** 1:17 6:7
**9:05** 9:24
**9:07** 10:4
**9:20** 12:16

**a**

**a.m.** 1:17 6:7
 9:24 10:4 12:16
 62:22 88:2
 115:9
**ability** 67:20
 227:12
**able** 103:4
 110:13 126:22
 129:21 144:18
 156:15 167:19
**absolute** 31:20
 32:23 59:12
 60:2,2 66:15
 97:11 212:3,3
**absolutely** 8:17
 194:15 199:11
**abstract** 198:6
 221:18
**acceptance** 7:3
**access** 68:8
**accessibility**
 23:17 27:24
**accessible** 14:12
**accommodate**
 7:25
**accommodating**
 23:2
**account** 62:3
 114:24 192:19

**accrued** 134:13
**achieve** 34:21
 64:7 101:5
 180:6 181:24
 182:23
**achieved** 194:5,7
**acid** 25:6 26:11
 104:22 215:19
**acknowledge**
 126:22
**acknowledged**
 21:17 224:3,9
**acknowledging**
 126:24 224:8
**action** 189:2
 231:14
**actions** 1:16
**active** 23:4 29:14
 29:19 44:4,9,12
 58:22 77:5,8
 102:22 105:4
 107:8,11 109:24
 110:2,4,11,22
 111:13,18 112:7
 112:12 113:5
 115:22 116:17
 117:14 118:10
 118:22 119:24
 143:16,19 145:3
 145:20 148:4,16
 148:19 155:16
 193:18,19,21
 222:14 226:24
**actively** 71:24
**activities** 138:23
**actual** 31:9,23
 37:16 47:22
 52:7 73:16

 82:22 98:12,15
 98:19 99:18
 116:21
**add** 120:20
**added** 166:13
 219:11
**addition** 51:8
 143:22 215:17
 216:23
**additional** 45:18
 50:9 132:22
 134:11
**additionally**
 223:20
**address** 17:9
 19:13 105:2,6
 108:14 145:4,7
 145:11,20,22
 153:17 208:8,10
 227:14
**addressed**
 104:20 154:8
 155:11
**addresses**
 153:21 195:22
 207:8
**addressing**
 116:18 120:18
 120:23 154:12
 156:4,25
**adi** 196:9,24
**adjust** 60:23
 61:13
**adjusting** 43:6
 44:24 204:6
**adjustment**
 64:24

**admixture** 167:7
**advance** 15:10
**afternoon** 6:6
 142:8
**agency** 196:8
**agency's** 196:23
**agents** 215:19
**agree** 13:2 50:14
 59:2 61:8
 107:19 108:2
 116:4 185:11
 187:14 193:17
 203:4
**agreed** 19:21,22
**agreeing** 185:18
**ahead** 10:5
 12:16 25:19
 26:14 35:25
 36:24 38:13,18
 44:6 49:20
 61:16 63:2,20
 72:14,15 86:17
 88:2,22 90:17
 102:7,16 115:13
 129:9 135:3
 140:16 142:5
 158:21 159:6
 169:21 184:17
 186:6 202:7
 218:4
**aim** 216:12
**aiming** 211:18
**alameda** 1:10
**albeit** 197:17
**alcohol** 24:2
 25:21,25 26:10
 26:19 27:21
 154:2,10 155:6

| | | | |
|---|---|---|---|
| **alert** 14:17 | 68:5,7,10,12,18 | **analyst** 127:18 | **apologize** 11:9 |
| **aligning** 154:24 | 70:8,16,20 71:8 | **analyze** 50:23 | 144:25 161:2 |
| **allow** 47:13 | 71:23 73:2,11,20 | **analyzing** 62:11 | 181:8 |
| 167:22 228:19 | 73:23 74:14,15 | 116:23 | **app** 13:5 |
| **allowed** 68:9 | 74:25 75:2,7,21 | **anapol** 2:11 | **appear** 153:22 |
| 94:20 124:20 | 76:10,18 77:10 | **anapolweiss.c...** | **appearances** |
| **allowing** 81:4 | 89:3,5 91:4,8 | 2:14 | 6:24 |
| **allows** 86:20 | 95:23 99:2,24,24 | **andrew** 1:20 | **appeared** 62:5 |
| 221:10 | 104:4 109:13,20 | 6:14 16:14 95:6 | **application** |
| **alternative** | 109:25 110:3,7 | 135:22 229:4,11 | 10:13 |
| 68:19 | 110:10 114:13 | 230:4,11,14,25 | **applications** |
| **alternatively** | 115:20 116:6,24 | 232:5,20 | 10:12,22,24 |
| 60:20 | 117:13,25 | **animal** 103:7 | **applied** 59:9 |
| **ameliorate** | 118:14 119:5 | 196:2 | 149:6 221:7 |
| 112:19 | 122:7,15 127:4,7 | **answer** 8:25 | **applies** 39:18 |
| **american** 57:12 | 128:7 130:11 | 13:8 23:18,22 | 112:16 113:17 |
| **amount** 35:2 | 143:13,22,25 | 42:20 85:4 | 151:21 155:14 |
| 87:11,12 88:12 | 144:2,2,7 145:10 | 90:18 117:22 | **apply** 101:18 |
| 88:16 96:14 | 146:2,3,10 | 123:22 124:7,12 | 112:22 |
| 97:2,18 168:23 | 147:25 152:16 | 125:2,22 128:23 | **applying** 211:13 |
| 174:23 188:19 | 152:22 153:17 | 128:24 129:2 | **approach** 22:4 |
| 190:25 | 156:7,15 166:20 | 143:5 152:25 | 39:15 40:24 |
| **amounts** 84:11 | 166:21,23 | **answered** 20:8 | 112:16,17 148:5 |
| 89:2 | 170:21 172:20 | 32:15 76:9 | 154:11,16 |
| **analyses** 68:12 | 172:20 174:13 | **answering** 38:10 | 195:21,22 |
| 143:8 153:2 | 179:21 180:19 | 38:11,16 124:16 | 208:14 |
| **analysis** 27:13 | 180:21 183:5 | **antagonists** | **approaches** |
| 27:20 37:12,24 | 188:15 189:23 | 215:21 | 145:7 |
| 38:7,15,16,19,21 | 194:12 196:25 | **anticipate** | **appropriate** |
| 39:2,3,16,18,22 | 197:8 198:13,16 | 204:23 | 50:22 62:8 |
| 40:10,23 41:11 | 203:15 204:8,9 | **anybody** 9:16 | 193:20 |
| 43:5 44:2,3 45:7 | 207:4,19 209:5 | 87:17 | **approximate** |
| 49:17 50:20 | 216:19 217:14 | **anytime** 153:8 | 133:5 |
| 51:5,11,12,21 | 218:12 219:21 | **anyway** 47:22 | **approximately** |
| 52:3,4,6,19,20 | 219:22 220:2,5 | 195:2 | 132:15 |
| 53:2 59:13,17 | 221:2,6,10 | **apologies** 35:4 | **arch** 5:4 |
| 60:5 62:4 66:25 | 227:18 228:9 | 55:3 73:6 | **area** 58:23 |
| 67:3,18,18,19 | | | |

[argue - based]

argue  52:15
argument  92:3
argumentative
40:19
arrangement  7:4
article  55:14
57:21 58:5,15,24
61:18 207:6
230:17
aside  145:20
asked  13:21,22
20:7 32:15 40:7
47:6,9 58:3 76:8
93:21 153:24
197:10 209:11
218:11 221:23
asking  19:15
49:15 91:4
93:16,19 108:10
129:5 142:11,16
asks  23:14
201:22
aspects  117:5
assertion  75:5
assess  67:12
81:24 126:2
190:21 211:3
220:2
assessed  43:4
assessing  118:2
119:10
assessment
194:25 196:15
associated  17:17
17:23 18:15,21
22:9 102:25
106:3 109:8
119:10 179:24

180:7,24 182:15
183:8,20 199:24
200:19 201:9
211:12 213:10
213:22,24
224:24
association
22:20 41:25
64:21 65:8 66:8
71:7 74:23
109:3 111:6
112:2,15 114:3
114:25 121:24
125:10,18 127:3
166:4 211:20
212:8 215:15
218:23 222:7,8
associations
17:15 25:3
63:23 68:14
assume  97:23
98:2
assuming  84:16
86:22 87:5
96:13 99:6
assumption  89:2
170:12 194:24
195:2
atlanta  4:5,16
attempt  89:7
91:17 105:2
attempting
85:23
attention  162:14
192:25
attorneys  2:6,13
2:18 3:6,15,20
4:6,17 5:6 131:7

131:20 133:7,12
133:20,22
audio  6:9 10:8
authors  42:9,14
42:24 44:23
45:7 46:9 61:12
62:14 68:7 80:8
81:21 84:2,3
107:10,20 108:3
108:21 109:7
111:3,11,12
113:23 120:11
122:18 152:23
154:4 157:4
166:2 168:2,14
169:24 170:4,15
170:22 172:20
185:4 198:8
199:6,22 200:15
208:7 215:14
219:2,24 222:4
222:13 223:8,24
224:6,9,19 225:8
225:14 226:6,7
226:11 228:2
available  21:14
26:2 37:19 38:4
40:2,5,6,25
41:12 192:14
aventis  5:6
avenue  3:4,14
average  83:16
85:8 86:11
95:17,24 96:14
97:24 98:13
99:7 101:19
avoid  166:8
219:3

aware  13:14,17
14:22 25:4
26:15 126:19
196:16 197:4

**b**

b  163:18 164:13
202:25 230:7
back  10:4 12:15
62:25 63:19
65:5 85:16,19
87:25 88:9
104:7 114:11
115:12 118:24
124:15 139:12
139:13 140:15
141:4 142:4
168:10 171:4
184:16 189:21
202:6 218:3
background
31:10 32:5 33:7
87:16 92:9
93:17,22 97:11
157:16,21 158:3
158:8,25 159:15
160:10 174:5
210:3 216:10
bacon  4:15
balance  140:22
balanced  220:8
base  157:14
158:9
based  27:4,7
75:18 76:11
81:12 83:15
84:18 89:6
91:20 96:9,10,14

**[based - calculated]**

101:9 102:4,8,9
103:5 108:22
111:23 179:20
182:12 188:25
189:15,23 190:5
196:20 208:17
220:25
**baseline**  204:20
204:25 205:21
**basically**  24:24
40:4 65:9,13
79:6,10 89:18
98:11 102:21
156:10 157:15
173:5 181:17,18
194:22 207:25
209:4 211:10
**basis**  19:4 66:23
86:24 87:4,7
91:23 92:7
184:4 196:18
197:5 221:24
227:17
**baylon**  2:17
**bear**  89:11
**bearing**  195:24
**bears**  35:13
192:24
**beat**  145:16
222:24
**beginning**  7:18
13:15 16:23
43:18 45:18
57:6 107:7
121:4 147:13
**begins**  63:24
83:12 108:18
201:2,3 214:24

215:2
**belief**  195:7
**believe**  16:3
19:22 24:10,22
24:22 25:9,10
28:5 56:5 104:8
104:16 139:9,18
144:13,20
152:14 154:2
163:16 165:25
189:8 190:11
194:10 203:7
**benchmark**  97:8
**benefit**  136:13
**best**  7:25 24:25
186:11
**bias**  104:10,20
107:15 110:15
112:19 120:18
122:10,23 123:6
126:4,5,14
130:14 145:5,11
145:22 146:23
146:24 150:11
151:13,24,25
153:17 157:2
166:9 167:9,20
169:6,7,15,22
170:2 207:9
208:8,15 218:13
219:3 225:24
**biases**  155:14
**biasing**  167:20
**biassing**  22:21
**bigger**  171:3
201:5
**billed**  134:14

**billing**  131:16
**bit**  83:7,7 105:8
170:25 171:3
181:17 200:12
201:5 204:16
**bladder**  24:13
33:18,20 36:14
50:16 51:3,6
58:4,18 59:3
61:9 63:25 64:5
64:13,20 66:9,10
67:14 68:15
69:11 106:22
154:19 160:17
177:16,20,22
178:6,9 179:14
183:9,10 185:8
185:16,20,25
204:2
**blanket**  75:5
**blood**  231:14
**blow**  214:17
**blue**  149:18
151:2 163:23
165:4
**board**  114:10
**bob**  5:16 6:20
12:8 54:10
**boehringer**  4:6,7
4:7,8,9
**bogdan**  3:16
**boston**  2:5 5:5
**bound**  172:8
**bounds**  36:5
171:22 176:5
**bradford**  50:11
67:2 103:25
104:5 119:12,19

121:7,22 125:14
127:6 129:24
130:11,19
**break**  8:11,23
9:3 10:8 12:19
62:18 115:6,16
141:2 184:12
202:10 217:22
**breaks**  7:23 13:8
164:13
**bring**  9:5 16:10
28:2 47:2,4
53:17 54:13,14
54:18 55:19
63:5 88:9 94:23
121:2 202:15
**britain**  57:6
**broadly**  158:2
**broken**  163:18
164:18
**browser**  10:16
**bumpy**  80:15
**business**  22:23

| c |
|---|

**c**  2:2 3:2 4:2 5:2
95:7 202:25
230:15
**c.chem.**  16:15
135:23 230:11
230:25
**c.v.**  4:10
**calculate**  48:16
49:21 73:24
77:14 84:3
**calculated**  48:19
49:13,15,22

**calculating**
49:10
**calculation**
77:19 78:3
79:12 81:3,6
82:5 96:7,8
99:11 102:4,8
116:9
**calculations**
67:12,22 79:13
81:25 84:13
184:6
**calendar** 133:18
**california** 1:10
**call** 34:8 55:8
226:23
**calling** 46:24
**calls** 11:6 167:17
**canaan** 4:10
**cancer** 14:19
17:17,21,23
18:14,19,20 20:4
24:5,9,13,18,20
25:2,22 30:3,10
30:18 31:3,3,3
32:9 33:2,6,19
33:20 34:15
35:12,14,19
36:12,14 37:24
38:4 42:2,11,16
43:4 45:3,9
46:12 47:2,18
48:23 50:9,17
51:16 53:2 56:2
58:5,19 59:3
61:10 63:25
64:5,6,14,14,20
66:9,10 67:14

68:15,16 72:24
73:3 74:2,11
75:10,14 76:18
77:10 80:2,11,17
83:21 90:21
92:9,20 93:23
96:3,8,10,16
98:21,25 99:9
101:16 102:14
102:20 103:13
104:11 105:11
105:16,22 106:7
106:14,17,23
109:2,8,17 111:5
111:25 113:9,10
113:17,23,24
114:25 119:21
121:10,16,24
123:20 125:8,10
125:17,19 126:6
126:14,16
128:15,18
129:17 135:9,13
149:14,23
150:23 151:4,22
152:5,7 154:19
154:21 158:8,12
158:14,16,19
159:11,12,22,23
160:13,18 164:5
167:13 171:8,11
171:25 172:23
173:6,10 174:12
175:15,19,21,23
175:24 176:7,9
176:19 177:3,4
177:16,20,22
178:9 179:14,25

180:25 181:15
182:4,8,16 183:4
183:9,10,21,23
185:10,20 186:2
186:14,22 187:7
187:19 188:15
188:18 189:3,9
189:15,24 190:4
190:22,25 191:7
191:25,25 192:4
194:25,25 198:9
198:17 199:7,9
199:17,18,18,19
199:25,25 200:2
200:2,3 201:10
201:15 203:9,20
204:2,2,3,10,22
208:18,21,25
209:16 210:12
212:17 213:11
214:4 215:8,16
216:4,16 220:6,9
220:18 223:19
224:25 228:6
230:19,20
**cancers** 24:8
28:21 43:3
46:16 50:12
68:15 70:18,21
75:25 103:13
108:7 109:20
114:14 129:5
157:7,20 166:15
177:22 178:6
179:15 185:3
196:11 199:2
200:17,20,21,22
215:17,22

219:14 228:9
**captioner** 1:24
**carcinogen**
24:25 102:23
190:14 191:2,9
193:12
**carcinogenic**
215:12 225:16
**carcinogenicity**
194:11
**cardiovascular**
22:8 154:18
**cardwell** 9:8
18:9,13 19:23
53:7,10,11,13
57:24 58:3,21
59:3 60:5,19
61:4,9,23 65:14
66:4 69:2 153:4
178:2,8 183:11
227:23
**cardwell's** 69:10
**care** 146:3
**carefully** 124:7
**case** 6:18 34:18
52:7 53:25 66:2
69:11 84:23
106:16 125:23
126:25 139:2
167:14 175:16
196:7 205:17
206:13 214:8
221:7 232:3
**cases** 1:8,13
51:13 57:7 64:9
65:10 148:20
155:19 177:20
177:22 179:14

**[catch - community]**

catch 42:22
44:21
causal 119:17
121:23
causation 196:7
cause 24:5,7
25:22 66:10
102:14,20
103:12,15
196:11 225:24
caused 215:17
causes 24:13,17
24:20
caution 60:8
cautious 60:7
ccp 1:11
cellphone 11:3
center 3:14
central 33:21
34:12,19 35:7,21
36:3,20 106:25
160:2
certain 19:9
84:11 131:6
164:7 200:16
certainly 22:25
89:9 122:24
198:15 221:7
226:13
certainty 59:12
66:15
certification
231:2
certified 6:21
certify 231:6,12
chaffin 3:4
chaffinluhana....
3:7,8,9,10,11

challenge 123:14
chance 23:13
59:21 61:21
211:5,8,17 212:2
212:10
change 232:6
changed 101:10
101:11,12
142:17
characteristics
93:17 116:25
227:4
characterization
34:3
characterize
18:12,17 19:17
19:23 20:5,14
32:11 33:13
chart 100:6
101:4,14 135:9
135:13 161:9
230:19,21
charting 151:3
charts 146:6
chattem 5:6
check 136:10
139:12,13
140:10 152:24
184:12 207:12
checked 139:22
chem 95:7
230:15
chemical 194:19
194:25
choice 82:16
chose 19:17
82:16 114:5

chosen 122:19
chris 57:24
circumstances
91:13 214:11
cite 123:16 207:5
claiming 27:6
clarification
94:5
clarify 107:15
108:4 140:9
210:5
classic 120:6
192:20
clear 12:13 34:9
35:15 69:16
70:17 76:5 84:2
84:16 90:3
92:19 97:17
100:25 123:22
126:2,21,23
130:17 131:18
138:16 201:5
206:23 221:15
224:20
clearly 36:21
51:15,24 71:5
73:21 75:22
78:22 113:2
172:10,16
189:20 195:3
clinical 128:6
clinician 127:18
128:2,12
close 93:8
146:12 148:11
151:15 154:13
172:6 180:14

closed 53:25
coauthors 195:5
codes 178:7
cohort 21:2,22
22:12,24 92:21
156:9 166:11
199:16,20
216:14 219:6
220:10 226:22
cohorts 28:22
207:15 220:8,13
colleen 2:7
column 76:22
95:14,15
come 58:20
84:13 130:13
195:15
comes 204:16
comfortable
32:13
coming 9:20
71:9 194:16
comment 57:20
61:17 112:14
123:11 195:5
209:23
commented
122:16 186:9
223:3
commission
232:24
common 25:5
26:10 33:5
communicate
13:4,9
community
38:25 39:5

comorbidities
22:7 26:6
154:22
comorbidity
22:4 149:4
154:16,25
comparability
39:10 148:23
154:13 156:2
comparable
39:12 85:25
91:16 180:15
206:8
comparative
166:23
comparator   23:5
77:5,8 107:8,11
109:25 110:2,5
110:22 111:13
112:7,12 113:6
116:17 143:20
148:16,20
155:17 166:21
193:18,20
197:11,12,15,24
222:14
comparators
145:4,21 148:4
193:21
compare   90:20
97:8 116:16
162:24 205:7,17
206:13 210:24
226:8
compared   42:2
51:18 89:20
105:17 121:25
123:17 125:20

128:18 151:5
152:8 162:3
164:6,14 171:21
175:21 176:20
198:16 200:3
201:11 225:2
comparing   29:7
30:11 35:10
36:13 39:11
40:25 77:3
85:20 88:12
90:13,18 104:20
106:7,14,23
117:14 118:10
144:3 161:22
164:4 169:17
175:14 203:6,11
203:19,21 217:3
comparison
29:14,17,20
35:13 37:17
38:3,19 39:6,18
43:22 44:3,7,13
46:6 75:11 83:4
83:12 85:18
86:20,25 87:5,8
88:24 89:5,8,13
89:14 91:7 92:2
92:7 93:8 99:22
105:5 108:3,13
108:14,23
109:14 110:8,11
110:24 111:18
111:23 112:9,23
113:12,13
114:16 116:7
117:17,23 118:3
118:5,9,17,19,23

119:3,22,23
121:18 122:5
123:8 125:23
130:3,8,12
143:13,16,17
147:16 148:11
148:21 149:4,6
155:23 156:11
157:17 163:19
166:3 169:5,14
169:25 170:2,6
170:11 171:13
175:3 180:2,4
192:13 193:24
197:25 203:14
205:10 206:3,5
208:3,11,17
209:2,24 210:19
218:22
comparisons
29:6 64:15
89:19 109:10
111:3 115:21,22
117:6 170:17
175:9
compatible   87:2
compensation
57:7
complete   47:12
47:14
completed   15:22
completely
59:14
complexities
110:4
compound
147:24 151:8
194:16,19,22

comprehensive
41:3
computer   10:12
10:23 13:6
concern   105:3
147:3
concerned   11:17
60:18
concerns   156:25
concierge   5:17
9:21 12:8 54:10
54:16,24 55:4,10
55:17 136:2,12
136:17,24
144:16 161:5
188:5 200:10
202:20
conclude   37:6
66:20 72:21
228:2
concluded   80:9
111:11 225:15
concludes   229:3
concluding   45:8
196:10
conclusion   66:19
66:22,23 67:4
113:22,25 114:2
114:6,20 197:6
224:19
conclusions
113:19 156:19
195:16 196:17
215:25 217:7
225:25
concrete   25:10
216:3 222:3

**concurrent**
169:12
**conditions**   128:4
128:7
**conduct**   73:2,10
73:23 156:14
216:13
**conducted**   157:4
170:22 207:19
**conducting**
196:14
**confidence**   30:4
30:13,23 33:23
34:7,9,20 36:5,8
59:19 60:3
81:17,22 82:9,21
99:4 106:2,10,19
107:3 159:7,7,18
160:7 171:22
172:9,12 176:5
177:12 182:20
187:15 189:19
198:20,22,24
199:3 210:13
211:2,8
**confident**   183:2
**confidential**   1:18
6:1 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1

40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1

136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1
158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1
172:1 173:1
174:1 175:1
176:1 177:1
178:1 179:1
180:1 181:1
182:1 183:1
184:1 185:1
186:1 187:1
188:1 189:1
190:1 191:1
192:1 193:1
194:1 195:1
196:1 197:1
198:1 199:1
200:1 201:1
202:1 203:1
204:1 205:1
206:1 207:1
208:1 209:1
210:1 211:1

212:1 213:1
214:1 215:1
216:1 217:1
218:1 219:1
220:1 221:1
222:1 223:1
224:1 225:1
226:1 227:1
228:1 229:1
**confirm**   11:20
55:4
**confirmed**
109:21 228:10
**conflicting**
215:25 222:2
223:7
**confounder**
21:21 23:2
**confounders**
44:25 154:12
155:14
**confounding**
107:16 108:4,15
116:19 145:5,11
145:23 146:24
150:9,11 151:13
151:24 152:2
153:18,25 154:9
157:2,5 167:19
**confused**   128:5
**connected**   126:3
204:9
**connection**   13:7
16:2 48:17
131:3,7,16
132:17 133:23
137:14 138:23
209:12 215:17

[connection - correct]                                                                 Page 11

217:2
consider 69:13
127:9 130:21
197:20
considerable
24:8 149:2
206:6
consideration
27:5 31:18 41:8
154:17 196:20
considered 30:7
30:15 60:16
81:8 82:3
120:10 130:10
130:21 155:3
171:12 195:23
197:25 225:22
considering
46:10 114:24
212:8
considers 19:11
consistency
37:18 39:20
50:10 103:24
104:3
consistent 52:22
91:2 170:14
consistently
103:20
constitute 71:3
130:16
constitutes 31:13
construct 149:3
constructing
227:2
consult 128:25
129:12

consumer 83:17
85:9 91:22
95:17,24 96:8,15
97:25 99:7
101:19 188:21
190:5
consumption
98:12 155:6
cont'd 3:2 4:2
5:2
contain 193:8
containing
107:13
contamination
201:8 215:18
224:22
contemporary
152:2
content 83:16
88:13,16 91:21
195:6
context 58:16
94:21 147:5
195:25 196:16
continue 6:10
10:9 85:14 88:7
115:17 202:12
continued
191:12 228:18
continuous
46:14,22 48:4,14
80:10,14 214:5
contradict 71:16
contradictory
68:23 71:2,3,10
71:24 72:8
215:23 217:5

contradicts
112:24
contrary 223:21
contrast 65:15
80:15
contribute 19:9
contributes
118:20
contribution
17:16,22 18:4,14
18:20,23 19:3,19
19:24 20:6
contributions
20:9
contributory
216:22
control 21:20
22:13 29:14
44:4,8,9 77:4,7
80:25 83:2
115:22 117:14
118:10 119:24
147:22 148:8,12
148:24 154:24
155:12 157:5
166:10 173:8
174:6 201:11
225:2 227:3
controlling
202:19
controls 22:2
49:9 146:20
175:4
conventional
117:25
conventionally
212:6

conversation
132:3
converted 94:9
coordination
1:12
copies 9:7 15:10
copy 16:9 28:12
corporation 4:7
4:8
correct 8:16
17:4,10,11 19:19
19:25 20:24
21:3,6,9,15 24:2
24:5,14,18,21
25:17,22 26:3,4
27:3 28:13,24
29:4,9,14 30:5,6
30:16,20,21 32:6
33:19 34:15
35:22 36:9
37:25 40:16
42:4,5,11,16
43:6,10,14,23
44:4,10 45:10
46:7 48:18
49:14 50:12,17
53:8 55:7 56:8
56:10 57:13,24
64:16,17,21 67:9
68:16 69:18,19
69:25 70:3,5,10
70:21 72:12
73:3,5,6,11,13
74:2 75:6,11,17
76:18,24,25 77:5
77:6,11,17,17,24
78:10 80:3,6,11
80:23,24 81:13

81:18,19 82:13
84:5,20 85:10,22
86:7,13 87:12
88:20 89:21
92:10,16,22 93:2
94:11 95:2,18,21
96:3 98:21
100:4,5,8,16
101:21 102:5
104:13,23
105:13,18,19,22
106:8,15,24
109:11 111:9
112:3 113:3
115:25 118:11
121:7,11,16,19
122:2 125:11,14
125:20 127:16
129:17 130:4
131:9,20,21,25
134:15 137:21
137:22 138:4,24
142:23 143:9
144:4,5 145:5
149:14,19,20
150:3,17 151:3,6
151:17 152:10
153:18 159:14
160:13,18,24
161:16,24
163:10 164:8,15
164:20 165:5,10
168:5 170:7
172:24 173:14
173:17,22
174:17,20
175:16,22
176:10,21 177:5

177:17 179:16
179:19 182:8
184:24 185:5,21
186:2,16,20,24
187:8,21 188:21
189:2,10 190:6
195:16 199:9,11
200:4,22 201:15
201:18 203:7,12
203:22,23 204:3
205:3 208:21
210:14,15 211:5
211:21 213:4
214:12 216:7
219:15 221:2
222:2 223:9
224:12
**correctly**   17:18
45:4 46:17 47:7
64:10 68:24
72:10 83:23
107:17 109:5
150:10
**correlation**
48:22,24 49:12
81:6,10 82:6
**correlations**
81:10
**correspondingly**
106:3
**counsel**   7:14,24
10:5 12:17 13:4
13:9,22 15:6
23:14 44:18
47:10 53:19
56:18 63:3
93:24 100:12,18
101:2 108:8

124:5 131:25
134:17 136:24
137:4 138:21
139:8 142:15
209:13 212:14
214:20 218:11
**counselor**   63:20
88:3 115:14
140:17 142:6
184:18 202:7
218:5
**counts**   67:20
**county**   1:10
**couple**   56:15
188:11
**course**   9:2 13:3
18:9 25:2 31:9
52:23 62:8
65:11 68:7
70:13 82:21
89:6,11 99:17
101:12 122:17
147:7,10,13
148:6 149:2
154:20 155:2,16
195:4 210:20
216:21 217:12
227:20
**court**   1:2,10 6:17
6:19 7:7 178:11
178:16 179:3
**courtney**   3:9
**covered**   123:23
226:17,19
**covid**   7:17 8:8
**cox**   42:3 43:5
198:12,16
207:22

**crc**   1:22 231:4
231:23
**created**   97:19
**criteria**   37:5
59:8 60:15
103:25 119:13
119:15,19
121:23 212:7
**criticizing**
222:14
**crr**   1:22 231:4
231:23
**cruz**   4:11
**cryf**   2:8
**cuff**   128:24
129:11,14
**cumulative**
45:24 83:18
90:5 102:5
135:17 151:3
191:10 199:23
220:17 230:22
**curiosity**   78:6
**curious**   54:2
**current**   179:22
**curve**   75:10,13
76:5 81:2
203:19
**curves**   146:11
147:5,13 151:25
202:25 203:5,9
204:23,24
205:23 207:8
208:7
**cut**   23:9
**cutoff**   106:4
212:3

| d | | | |
|---|---|---|---|
| **d**   7:9 203:2 | 105:1 106:1 | 181:1 182:1 | 23:17,23,25 |
| 230:2 | 107:1 108:1 | 183:1 184:1 | 25:25 27:7,18,25 |
| **d.phil.**   1:20 6:1 | 109:1 110:1 | 185:1 186:1 | 31:23 33:11 |
| 7:1,9 8:1 9:1 | 111:1 112:1 | 187:1 188:1 | 36:23 37:10,13 |
| 10:1 11:1 12:1 | 113:1 114:1 | 189:1 190:1 | 37:16,17 38:4 |
| 13:1 14:1 15:1 | 115:1 116:1 | 191:1 192:1 | 39:8,13 40:6,25 |
| 16:1,15 17:1 | 117:1 118:1 | 193:1 194:1 | 41:12 47:25 |
| 18:1 19:1 20:1 | 119:1 120:1 | 195:1 196:1 | 48:8,18,20 49:17 |
| 21:1 22:1 23:1 | 121:1 122:1 | 197:1 198:1 | 50:23 51:6 52:7 |
| 24:1 25:1 26:1 | 123:1 124:1 | 199:1 200:1 | 52:10,11 60:16 |
| 27:1 28:1 29:1 | 125:1 126:1 | 201:1 202:1 | 67:18,19 68:4,6 |
| 30:1 31:1 32:1 | 127:1 128:1 | 203:1 204:1 | 68:9 72:2,5,19 |
| 33:1 34:1 35:1 | 129:1 130:1 | 205:1 206:1 | 73:16 81:5,12 |
| 36:1 37:1 38:1 | 131:1 132:1 | 207:1 208:1 | 82:19,23 83:3 |
| 39:1 40:1 41:1 | 133:1 134:1 | 209:1 210:1 | 84:9,24 86:19 |
| 42:1 43:1 44:1 | 135:1,23 136:1 | 211:1 212:1 | 96:11 99:18,20 |
| 45:1 46:1 47:1 | 137:1 138:1 | 213:1 214:1 | 102:10 129:12 |
| 48:1 49:1 50:1 | 139:1 140:1 | 215:1 216:1 | 129:15 153:9,22 |
| 51:1 52:1 53:1 | 141:1 142:1 | 217:1 218:1 | 154:4 156:9,14 |
| 54:1 55:1 56:1 | 143:1 144:1 | 219:1 220:1 | 174:22 196:21 |
| 57:1 58:1 59:1 | 145:1 146:1 | 221:1 222:1 | 201:5 211:15 |
| 60:1 61:1 62:1 | 147:1 148:1 | 223:1 224:1 | 215:24 216:19 |
| 63:1 64:1 65:1 | 149:1 150:1 | 225:1 226:1 | 216:23 217:6,9 |
| 66:1 67:1 68:1 | 151:1 152:1 | 227:1 228:1 | 224:20 227:9 |
| 69:1 70:1 71:1 | 153:1 154:1 | 229:1,11 230:11 | **database**   157:25 |
| 72:1 73:1 74:1 | 155:1 156:1 | 230:14,25 232:5 | 226:16,18 |
| 75:1 76:1 77:1 | 157:1 158:1 | 232:20 | **dataset**   19:10 |
| 78:1 79:1 80:1 | 159:1 160:1 | **daily**   46:2 55:13 | 75:20 89:16 |
| 81:1 82:1 83:1 | 161:1 162:1 | 56:5,7 58:11 | 109:21 110:16 |
| 84:1 85:1 86:1 | 163:1 164:1 | 75:16 76:7 | 228:10 |
| 87:1 88:1 89:1 | 165:1 166:1 | 80:20,21,22 | **date**   6:4 16:18 |
| 90:1 91:1 92:1 | 167:1 168:1 | 171:16 212:18 | 28:8 55:16 |
| 93:1 94:1 95:1,7 | 169:1 170:1 | 230:17 | 95:10 135:11,15 |
| 96:1 97:1 98:1 | 171:1 172:1 | **daniel**   2:19 | 135:18,25 232:4 |
| 99:1 100:1 | 173:1 174:1 | 134:5 | **dated**   16:16 17:4 |
| 101:1 102:1 | 175:1 176:1 | **data**   17:16,22 | 55:14 95:8 |
| 103:1 104:1 | 177:1 178:1 | 18:14,20,24 19:7 | 121:6 230:12,15 |
| | 179:1 180:1 | 19:11 21:14,19 | 230:18 |

**day** 15:20 229:15 231:18 232:21
**daylight** 6:7 229:8
**ddd** 84:10 183:15 192:2 207:21
**ddds** 65:13 84:7 89:6 98:9,9 161:22 168:16 172:24 173:21 174:15,19 181:15,19 227:11
**de** 4:10
**dealing** 155:13
**decide** 37:5
**decided** 216:10 217:11
**decision** 37:4 212:5
**decisionmaking** 59:23
**decreased** 72:12
**defendant** 1:20 4:17
**defendants** 4:6 5:6 135:21 230:24
**defense** 16:5 142:14 218:11
**define** 38:14
**defined** 46:2 75:16 76:6 80:20,21,22 171:16 212:18

**definite** 71:19 215:25 217:7
**definitely** 130:14 192:18
**definition** 40:9 40:23 41:11 120:6
**degree** 18:8,24 39:9 82:6
**delete** 54:24
**deliberately** 195:25
**demonstrate** 126:5,23
**demonstrated** 119:14 172:19
**dependence** 147:11
**dependent** 74:25 76:10 145:25 147:24 153:11
**depending** 39:8 91:13 183:11
**depends** 18:5 206:3 207:2
**deposition** 1:19 6:2,3,13 9:6 10:15 12:21 13:3 16:10,13 28:6 55:13 95:5 131:3,4 132:23 133:2,24 134:17 135:5,8,12,16,19 135:22 136:5 137:15,24 139:7 139:19 184:24 230:8,9,24 232:4

**describe** 34:11 168:9 170:10 210:21
**described** 174:11
**describes** 39:6 57:10
**describing** 40:4 43:9 112:18
**description** 42:9 42:15 45:6 170:14 195:20 230:8
**design** 21:2,22 67:23 89:12,18 116:17 117:25 156:10 224:4 226:22
**designed** 82:17
**detail** 26:24 41:13 153:10
**determine** 37:18 50:22 66:17 67:23 84:9 90:25 99:6 166:13 211:14 219:12
**determined** 74:5
**detracted** 123:7
**developing** 109:18 166:15 219:13 228:7
**development** 42:11,16 45:3,10 74:11 98:21 201:10 215:8 216:4 224:25

**diabetes** 22:8 154:20
**diagnosed** 7:16
**diet** 155:21
**dietary** 196:4
**difference** 22:23 36:22 71:25 93:9 111:15 126:3 146:20,21 155:5,8 186:9 194:3 205:19 206:18,25 207:2 220:24 227:15
**differences** 156:17 177:25 204:21,25 205:20 206:23 207:17 211:3 220:2
**different** 22:2 28:21 34:18,25 36:13,16,17 37:8 37:9 39:6 45:24 49:10 51:12,21 60:21 61:11 71:12 75:2,15,21 78:14 79:12 90:21,23,24 92:25 93:4,6 103:20,21 109:10 118:7,23 120:9,13 146:6 147:17 148:2,5 148:14 171:10 183:24 205:17 207:15,21 209:6 220:6

**differential**
22:17
**differently**
117:23
**difficult** 179:5
**dilute** 166:24
167:7
**diluting** 22:19
**dip** 81:2
**diplomate** 1:23
**dips** 173:16
**direct** 21:18
22:11 77:6
108:22 111:23
112:9 116:20
149:3 197:24
208:17
**directed** 197:18
**directly** 79:15
112:24
**disagreeing** 76:3
**discomfort**
128:4,10
**discuss** 20:23
53:7 130:2
143:7 197:14,18
226:10
**discussed** 53:10
64:15 77:2 85:6
102:18 113:5
184:23 208:16
221:8
**discussing**
118:16 130:17
227:22
**discussion** 32:18
114:12

**discussions**
132:7
**disease** 26:5,20
154:18,19,21
178:7
**display** 65:2
**displayed** 109:2
111:5 112:2,15
**dissimilar** 205:8
206:13
**dissimilarity**
205:11 206:15
206:16
**distinct** 208:12
**distinction**
213:19 214:3
**distinguishable**
193:4
**distributed**
158:2
**district** 1:2,2
6:17,17
**diverge** 146:14
**divergence**
147:12,21
150:12 152:6
206:17,17
**divergent** 147:6
**diverging**
205:23
**divide** 43:12
**divided** 43:19
77:16
**dla** 5:4
**dlapiper.com**
5:8
**dnigh** 2:19

**doctor** 36:25
41:15 100:21
209:9 224:18
227:24 228:11
**doctors** 27:9
**document** 1:7,15
45:15 53:20,21
53:24 54:2,6
55:22 56:20,22
57:15,16 58:10
207:13
**documents** 9:6
9:13
**doing** 8:12 39:8
40:3 76:17
84:16 85:7
86:15,18,24
88:23 99:21
100:22 145:25
164:3 213:14
218:8 227:18
**dose** 39:23 44:2
45:7,19 46:10,13
46:14 47:19,22
47:24 48:25
49:7 50:4,7,11
50:15 51:2,22
52:16,16,22 53:6
65:14,15 70:7,16
70:20 73:2,11
74:10 75:3,8,15
76:18 77:16,23
80:10,14,18,20
80:23 83:12
101:5 102:24
116:6,10,12,21
116:24,25 117:8
117:13,24 118:3

118:16 120:7
126:23 143:25
144:6 146:17
156:12 170:21
171:15 172:21
180:9,12 184:6
191:10,11,20,21
193:11,13
194:20 196:25
197:7 208:13
212:15,15,21
213:21 223:16
227:10,13,18
**doses** 46:2 75:16
76:6,7 78:14
80:21,21 171:16
212:18
**dots** 29:3
**downloaded**
188:6
**dr** 3:20 6:14
7:22 8:6 10:7
11:8 12:19 16:6
19:14 23:3,6,12
28:13 38:13,22
40:7 42:17
44:16,24 45:21
46:25 48:9 49:3
49:14 53:13,22
55:23 56:19
57:8,16,18 58:3
58:13 60:19
61:4,6 63:22
66:6 67:7 68:13
70:3 72:15 76:2
86:17 88:6,11
94:3 97:23
101:7 104:10

113:8 115:16,19
117:10 123:15
124:17 127:11
129:25 130:23
134:11 136:5
137:4 138:11,20
139:17 140:19
142:8,14,19
143:4,6 145:3,15
145:19 148:18
149:9 152:15
153:23 157:3
160:23,24
161:14 162:12
163:7 166:17
168:12,19
170:13,18
175:13 177:19
179:8,13,20
181:4 182:12
183:5 184:5,23
187:5 188:14
190:11,13
193:17 194:10
197:9 198:7
201:14 202:10
203:4 207:5
212:13 214:20
216:5 217:17
218:7,20 219:19
221:19,22
222:12,24 229:4
**draw** 162:13
213:18 214:3
**drawn** 157:19,24
**drew** 156:20
**drink** 26:19

**drive** 2:4 195:7
**driving** 195:7
**drug** 43:13
104:22
**drugmakers**
56:3
**due** 38:11 52:3
64:8 110:19
146:23 166:15
211:4,25 219:14
224:4,10
**duly** 7:10 231:8
**duphily** 5:17
**duration** 42:2,10
44:3 51:14,14
65:12 75:18,19
183:13 222:17
225:24

**e**

**e** 2:2,2 3:2,2,19
4:2,2 5:2,2 7:9
142:2,2 230:2,7
**e.g.** 43:3
**earlier** 15:19
18:2,10 62:5
66:14 84:13
91:20 138:25
150:12 151:14
170:5 184:24
195:20 208:16
**early** 147:6
169:9
**easily** 188:7
**ecanaan** 4:11
**edition** 56:13
**effect** 22:18,19
22:21 25:11

26:16 37:11
42:10,15,25
67:21,25 70:10
70:19 85:24
97:12 102:21
103:10,15,18,20
110:7 122:9
146:18 147:24
152:3 167:2,4,6
167:9,22 180:5
191:17 193:3,10
193:25 208:13
212:17,23
213:17,21
**effectively**
155:23 156:23
**effects** 110:14
195:9 215:13
**efforts** 154:13
**eight** 21:10
98:14
**either** 108:23
111:24 112:9
171:6 210:9
**element** 221:13
**elements** 119:12
**elevated** 33:22
63:25 64:5
71:14 174:21
177:10,15
180:13 182:22
186:8 208:19,20
209:2 210:2
**elevates** 107:2
**elevation** 34:4,5
34:9,12 186:11
208:24

**eliminate** 122:16
211:25
**emergence**
216:16
**emery** 84:9,24
95:17,24 96:14
97:24 99:7,20
101:18 188:19
190:4
**emery's** 83:15
84:18 85:8
91:21
**emphasize** 114:6
122:20 226:14
**emphasizing**
114:20 216:18
217:14
**endorse** 40:22
40:24
**endorses** 40:9
**endpoint** 110:12
**endpoints** 37:9
110:18,20,22
146:7,9 148:10
154:18 208:25
**ends** 215:8
**ensure** 149:6
154:13
**entered** 53:24
54:3
**entire** 90:9
124:18
**entirely** 52:17
91:5
**entitled** 101:4
**epa** 40:22
**epidemiologic**
128:14

epidemiological
  59:10 61:24
  62:12 103:8
  192:21
epidemiologists
  60:6 210:23
epidemiology
  17:20 18:18
  115:23 195:14
  195:15 196:3
equivalent  84:10
  101:5 192:2
equivocal
  215:14
errata  232:2
error  62:10
  81:24 82:11
esophagus
  189:24
esophogeal
  34:14 35:12,14
  35:19 36:8,12
  50:17 51:4,5
  64:6,14 68:16
  96:3,7,10,11,16
  98:21,25 99:9
  102:14 103:13
  105:21 126:16
  159:10,12,22,23
  176:7,9,14,15
  185:9 187:7
  189:15 190:3
  203:20
especially  59:12
  122:25
esq  2:6,7,13,19
  3:6,7,8,9,10,16
  3:18,21 4:10,11

4:17,18 5:7
essence  64:18
  193:23 194:4
essentially  32:21
  71:15 72:16
  123:12 191:20
  211:24
establish  212:7
estimate  33:21
  35:7 84:3
  105:24 106:9,18
  107:2 132:10,14
  133:3,5,11
  177:14 180:18
  186:11
estimated  88:12
  88:16,18 94:10
  109:16 207:15
  228:4,5
estimates  41:24
  82:7 182:22
europeans  92:18
eva  4:10
evaluate  25:14
  25:16 67:13
  92:8
evaluated  25:12
  83:17 90:5
evaluating  104:2
  119:16 128:15
evaluation  41:4
  59:10 60:15
  84:8 91:5 123:2
  130:22 196:19
events  207:20
eventual  67:4
evidence  21:18
  22:11 25:10,13

25:16,20 26:15
  41:10 48:24
  50:10 62:7
  66:17,25 72:17
  74:9,12,13,18,19
  80:10 81:4
  104:2 114:25
  122:4 195:22,23
  213:19 216:3
  222:3 225:9,16
evidently  191:16
exact  15:20
  40:12 99:10
  133:13 165:18
exactly  31:7
  35:16 48:2
  86:22 87:6
  89:22 93:5
examination  8:4
  230:3
examine  91:17
  116:12 122:8
  227:13
examined  7:12
  207:17 215:3,7
  215:12
examining  103:6
  143:21
example  32:9
  80:19 97:24
  145:22 151:22
  166:20 167:13
  183:21 203:18
  204:22 205:21
  222:16 223:21
exclude  176:6
  211:7

excuse  21:19
  39:5 99:11
  160:5 204:5
exhibit  6:2 10:18
  10:20 11:10
  12:3 16:11,13
  28:3,5,6 53:18
  54:21,21 55:6,8
  55:13,17 63:6
  95:4,5 104:8
  135:8,12,16,19
  136:13 140:9
  144:14,20,25
  161:3 184:10,21
  188:3,7 198:4
  202:16 218:16
  230:9,10,13,16
  230:17,19,20,22
  230:23
exhibits  136:16
  136:18,18
expect  21:23
  126:13 146:18
  147:23 209:8
  214:11
expectation
  91:14
experience  22:15
  191:22
experienced
  158:5
expert  15:25
  16:5 72:25 95:6
  230:13
experts  15:15
expires  232:24
explain  23:13
  122:18 154:7

211:9
explained   71:11
211:17
explaining   47:11
exposed   21:25
22:13 43:24,25
49:8 89:15,17
147:22 148:8,12
148:24 149:7
156:3 158:25
167:24 172:2
174:6,9 200:17
205:2
exposure   39:25
43:13 65:12,17
69:23 72:2
75:23 83:18,20
84:4,17 86:12
88:18 90:5,7,22
91:9,9,14,25
94:9,10 97:9,19
98:7,10,15 99:12
99:14,19 102:13
102:19 103:12
119:11 147:2
152:3 158:4
169:4 171:10
172:17 179:24
180:6,6,24
181:16,19
182:14 183:8,12
183:12,15,19
190:15,16,19
191:2,8,13,15,16
191:19 192:16
193:13,16
194:13,17,18
195:9 210:24,25

211:12 212:9
213:9,23 214:5
221:15 227:9
exposures   60:24
192:11 195:10
express   129:22
expressing   60:7
extensive   84:23
extensively
18:10 102:17
114:18 120:23
123:24
extent   7:22 8:10
8:22 19:12
52:14 54:6
56:19 94:2
104:2 167:5
174:23 194:4,6
external   156:14
156:22
extrapolating
213:12
eyesight   171:3,5

**f**

f   142:2
fact   26:16 41:2
60:9 65:11
74:20,23 87:2
122:14,22
123:11 127:2
148:9 154:23
156:6 167:18
192:17 197:14
211:14 214:4
219:19 225:7
226:2

factor   45:2,9
122:17 123:7
130:10
factors   50:11
149:5 153:25
154:9 158:4
167:21 194:19
facts   91:12
fails   34:21 75:7
failure   82:8,15
fair   9:3 13:11
15:8 19:14
20:15 30:25
34:23 74:9 94:7
94:7 103:22
111:2 115:19
119:2 125:4
129:23 138:9
157:22 205:14
fairly   51:24
139:15
family   60:23
famotidine
105:12,18 106:7
106:14,24
107:13,20
108:24 111:25
113:13,16 122:2
123:18 125:20
125:25 130:3,13
143:17 147:16
162:3,5,14,19,20
163:4,9,20,24
164:5,6,19,19,24
165:5,8,14,19,22
166:4,11,12,18
167:3,5 168:4,21
168:24,24 169:5

169:10,18 170:7
175:15,21,25
176:10,16,21,25
197:12,15,19
201:13 203:12
203:16,21
208:18 218:23
219:5,6 220:3,7
220:11,12,20,25
225:4
far   60:18 95:14
fatigue   7:20
fcruz   4:12
fda   84:8 85:5
fda's   196:9,24
feature   89:17
147:14 148:13
148:18
featured   134:5
features   19:6
227:5
feed   12:20
feedback   9:17
63:10 204:14,15
feel   12:24
feeling   7:19
feet   8:9
felt   118:14 156:2
fifth   76:21
figure   9:19
28:10,16,19,20
29:15 41:16
51:10 87:20
91:23 133:13
144:21 149:11
149:12 150:7,22
150:23 151:10
152:5 161:10,11

[figure - function]                                    Page 19

163:16,17
164:12 168:11
199:15 203:5
**figures** 202:25
**filed** 6:16
**final** 113:25
114:2 171:18
173:20
**find** 50:3 53:9
67:25 71:23
73:18 122:22
123:12 127:3
225:16
**finding** 22:20
33:20 36:12,14
52:21 69:9 71:5
71:12,16,19 72:8
72:10,16 83:20
101:6,16,21
114:9 123:8,13
125:9 126:25
127:5 182:18
196:23 211:16
213:8
**findings** 41:9
50:21 58:6 59:2
66:3,3 72:6
73:20 109:21
114:18 127:8
130:2,17 142:22
148:3 180:22
196:8 198:8
199:7 209:3
228:10
**fine** 124:13,21
124:23 153:10
**fingertips**
133:17

**finish** 38:9 44:19
215:7
**finken** 2:13
134:6
**firm** 6:23 72:17
**first** 7:10 13:13
14:24 20:22
45:17 73:19
78:16 79:14
111:22 112:25
117:11 121:9
131:13 132:16
146:14 161:11
166:7 174:14
199:14 214:18
223:14,17
**firstly** 21:21
171:13 226:14
**fit** 48:2
**five** 33:4 59:21
81:12 115:6
129:5 133:15
190:20 196:11
217:22
**fix** 10:8
**floor** 3:5,14 5:5
**florenz** 4:11
**florida** 1:2 2:18
6:18
**flow** 161:8
**focus** 83:8
149:10
**focused** 149:13
**folder** 55:6
**folks** 204:14
**follow** 226:18
**followed** 67:8
98:4

**following** 179:11
210:18 216:12
**follows** 7:13
**followup** 21:8,10
51:14 75:19,24
76:11 98:13
117:10 146:22
148:9 149:22
150:2,13 152:10
164:7 190:21
191:3 192:12
201:21 216:14
222:17 225:23
226:19
**forest** 29:4 39:14
185:2
**form** 17:24
18:22 25:8,18
26:13 27:16,22
31:5 32:14
37:11 38:2,21
39:2,15,16 40:18
44:5,11 45:11
49:19 50:18
57:15 58:10
59:6 61:2,15
64:22 66:12
67:15 70:2,4,11
70:23 72:13
78:15 82:2,14
84:21 86:14
87:13 88:21
90:8,15 93:3
96:5,17 98:22
100:10 101:8,22
102:6,15 103:23
104:14,24
107:23 108:6

109:12 112:4
116:2 117:15
118:12 119:6
125:21 127:23
128:21 129:8,18
130:5 131:22
159:16 181:5
191:5 203:13
204:4 205:4
206:2 207:10
211:6,23,23
212:20 213:5,15
221:9
**forming** 27:9
196:6
**formula** 77:17
**forth** 231:8
**found** 13:19,19
13:24 14:9
44:25 48:23
52:18 63:24
64:4 101:24
102:3 109:25
114:10,14 123:5
183:14 220:5
223:8
**four** 9:13 33:4
76:21 133:15
136:21 146:6,9
188:12
**frankly** 126:12
**full** 45:17 107:6
214:18
**fully** 7:21
**function** 18:25
31:8,14,22 40:5
191:9 206:18
214:5

**fundamental**
194:24
**further** 31:18
47:16 109:15,23
140:20 151:17
164:13 201:19
217:13,18
228:11 231:12

**g**

**gale** 16:14 95:6
135:22 230:11
230:14,25
**gastric** 26:18
30:10 31:3 43:3
47:2,18 48:23
50:9 51:9,25
77:10 80:2,11
106:6 109:19
123:20 126:15
135:12 150:23
151:4 173:9
176:18 182:16
183:4 185:9
186:22 191:25
192:4 198:24
199:8,17 200:2
200:22 212:17
213:11 215:22
228:8 230:20
**gastroenterolo...**
127:12,13
**gastroenterology**
57:13
**gastrointestinal**
27:9 128:9
**gene** 196:2

**general** 25:7
26:12 39:17
41:11 128:4
129:20 155:2
213:13
**generally** 38:24
52:10 59:9
156:2 173:11
**generic** 39:3
40:3,13
**genetically**
102:22
**genotoxically**
102:22
**geoffrey** 3:7
**georgia** 4:5,16
**gerd** 127:16,20
**getting** 28:17
87:16,16,17
118:24 204:14
210:4
**give** 15:20 40:11
44:18 123:22
124:6 128:22
129:2 143:2
145:14 153:11
181:4 187:4
222:23
**given** 55:24 91:7
201:8 229:3
231:10
**giving** 8:19
**glaxosmithkline**
4:17
**gmbh** 4:9
**go** 8:14 9:21
10:4 11:15,18,24
12:6,16 15:5

16:8,23,24 17:12
20:19,21 23:10
23:11 25:15,19
26:14 28:4
35:24 36:24
38:13,18 41:15
42:6 43:16 44:6
44:23 45:14
47:5 49:20,24,25
56:16 57:22
61:16 63:2,6,12
63:19 72:14,15
76:12 79:22,23
83:5,9,14 86:17
87:9,19 88:2,22
90:17 95:11
101:15 102:7,16
104:7,9 105:8
107:4 108:16
113:18 115:13
120:19,25 121:2
128:25 129:9
133:18 135:2
136:9,25 137:2
138:17 139:12
139:13 140:8,16
141:2 142:5
144:20 151:17
152:13 158:21
159:6 161:4
169:21 170:19
175:11 184:8,17
184:21 186:6
188:3,4,13
189:21 198:5
199:22 200:11
200:24 201:23
202:6,17,23

209:9,10,24
214:14 217:21
218:4,17 219:11
219:17 220:4,16
221:17,21 222:4
223:13 224:16
225:8 226:7
**goes** 60:19
173:19 199:21
202:22 204:17
221:12
**going** 6:6,11
8:14 9:24 12:4
23:9,19,20 46:25
47:2,3 53:3
56:24 61:17
62:15,22 63:12
63:15 76:14
79:14 83:8 87:6
87:22 91:15,24
92:5 108:9
114:11 115:3,9
124:14,24 127:9
128:22,23
130:19 131:10
136:3,6 140:12
141:4 142:11
143:3 146:21
147:2 171:2
186:7 191:13,16
191:20 202:2
204:19 207:11
209:6 217:24
221:14 229:6
**goldhirsch** 3:8,9
**good** 6:5 8:6,7
62:17 142:8,11
148:21,23

156:24
**gotten** 12:11
**grand** 192:15
**graph** 47:5 78:7
  79:7
**graphs** 82:12
**great** 9:11
  124:12 202:18
  228:16
**greater** 46:2
  78:16,22 159:12
  175:20,22 176:8
  176:19 200:17
**griffin** 3:9,10
**ground** 182:2
**group** 21:25,25
  22:13,14 31:10
  43:23 44:8 46:7
  47:22 49:7
  51:16,19 52:9
  65:15 73:16,16
  73:19,20 74:13
  77:4,7,8 83:20
  85:15 87:10
  88:17,19 89:14
  89:14,15,17 90:7
  98:8,11,16 107:8
  107:11 108:24
  108:24 111:13
  111:24,25
  112:10,13
  117:20 143:18
  147:16,18
  148:24 149:4
  155:24,24 156:3
  156:16,24 157:8
  157:18,18,24
  158:3 159:14

162:18,25 163:4
163:9,20 166:18
167:9,24 168:13
168:15,21,24
169:10 170:7
171:14,15,17,17
171:18 172:2,6
172:10,17 173:7
173:8,12,20,20
174:7,10,14
175:4,9 176:9,10
176:16,17
177:11 180:10
180:12 181:15
181:16,20,22
182:2,19 183:3
192:5 197:11,12
197:15,24
200:17,18 205:2
206:9 208:21
210:10,11,12,25
212:22,22
216:23 219:5
220:3 227:3
**group's** 50:23
  52:19 70:16
  75:7
**grouping** 52:11
  52:13
**groups** 43:13
  50:22 68:11
  81:20 98:7
  111:18 117:24
  144:7 148:8,13
  154:15,25 155:7
  155:9 156:12,18
  157:17 170:17
  171:10,12,19,23

172:21 174:24
175:7 182:23
193:25 198:17
201:12 207:22
208:4 220:19
221:12 224:25
225:2
**guess** 76:14
  133:15 139:5
**guide** 214:10
**guidelines** 41:14
  67:2
**guo** 4:18 54:20
  136:15,20

### h

**h** 230:7
**h2ra** 123:18
  128:19
**habits** 205:22
**hand** 40:16,21
  41:8 92:14
  161:16,19
  195:24 231:18
**hands** 92:13
**happen** 27:6
  214:11
**happened**
  217:10
**happening**
  193:15
**happens** 86:23
**happy** 202:20
**hard** 16:9 28:12
  110:17
**harder** 194:8
**harding** 3:13

**hardy** 4:15
**harmed** 55:25
**hausfeld** 2:4
**hausfeld.com**
  2:7,8
**hazard** 28:23
  30:3,11,22 31:12
  31:21 32:2,10,23
  33:3,14,21 35:8
  35:20 36:3,5
  105:24 167:12
  167:23 171:22
  172:3,3,11 173:3
  173:21 174:2,16
  174:20 175:20
  176:3 177:5,9,12
  177:14,17
  180:16 181:23
  182:19 185:8,16
  185:21,25
  186:13,23 187:6
  187:18 190:23
  191:18 198:19
  198:22,24 199:2
  207:22 211:2
**hazards** 42:4
**head** 124:3,16
  152:20
**headline** 56:4
**health** 57:11
  147:17 154:17
**hear** 104:15
  178:18 204:14
**hearing** 9:17
**heartburn** 55:23
**heavily** 115:21
**held** 1:21

help 37:5 54:17
hereunto 231:17
hi 218:7
hidajat 68:21
  69:20 85:21
  86:2 87:10,15
  88:14,19 89:12
  89:20 90:14
  92:15,20 94:10
  99:22 101:25
  102:3,10 155:22
  156:6 180:3,8
  189:2
hidajat's 85:15
high 200:20
higher 156:12
  160:9 167:12,23
  171:17 173:7
  175:7 191:19
  193:15 199:16
  199:18 201:9
  220:10 224:24
highest 83:19
  88:17 90:6
  172:10,16
highlight 114:9
highly 39:11
  174:9
hill 50:11 67:2
  103:25 104:5
  119:12,19 121:7
  121:23 125:14
  127:7 129:24
  130:11,20
histamine
  215:21 217:4
history 60:23

hold 222:22,22
holian 5:7
hour 134:24
hourly 134:23
hours 132:11,15
  133:3,6,10,15
hr 199:25,25
hrs 199:23
human 196:2
humans 98:19
  215:13
hypothesis
  211:11,14,20
hypothesize
  211:11
hypothetical
  72:4 205:5
  206:2

**i**

iarc 195:3
identical 107:14
  107:21 194:2
identification
  6:4 16:17 28:8
  55:15 95:9
  135:10,14,18,24
  226:24
identified 41:5
  114:3
identify 72:7
  169:6 223:4
identifying
  221:13
ignore 117:6
ignored 117:3
ignoring 122:19

illnesses 26:18
illustrate 46:23
illustration 90:4
illustrative
  88:24 89:4,8
imagine 26:17
  27:2
immediately
  179:11 181:22
impact 23:20
  27:14,20 52:24
  65:20,22 96:16
  98:20 109:16
  156:16 166:19
  166:24 167:2,7
  168:22 191:12
  205:2 208:10
impacts 169:16
  228:5
implemented
  155:18
implication
  99:12 120:9,10
implicit 112:19
implying 97:16
importance
  119:4,8,20,22
  120:13,14,15
important 17:16
  17:22 18:13,19
  19:19,24 20:6,10
  20:15 22:25
  32:4 37:4 68:2
  120:4 123:10
  145:24 146:16
  147:25 148:7,13
  148:18,23 156:4
  193:19 221:12

227:5,7
impossible 59:15
inaccurate
  225:25
incidence 21:24
  38:4 51:15
  73:16 75:4,25
  83:21 114:15
  117:19 146:11
  149:24,24
  150:16 151:4
  157:7,20 158:18
  158:22 159:11
  160:8 164:4
  165:13,19,20,22
  169:9,11 173:6,8
  180:8,13 183:4
  191:8 199:23
  200:16,20
  203:10,19
  209:16 210:2,8
  210:11,22
incidences
  173:12 213:11
incident 157:13
include 22:6
  24:9 29:12 41:9
  106:2,11,19
  107:3 127:6
included 22:7
  26:7 39:22 69:2
  107:7,10 108:3
  130:15 143:16
  143:19 152:22
  154:21 168:16
  168:25 169:4
  177:20,23
  179:14,16 199:6

**[includes - interject]** Page 23

**includes** 10:17
33:23 34:7,21
36:8 99:3 153:8
154:16 208:15
**including** 7:20
31:9 37:13
68:11 148:14
178:8 182:13
196:4,9,23
197:12
**inconsistent** 66:5
72:11 126:9
223:8
**incorporate**
81:16 82:9
**increase** 31:8,14
31:16,17 35:6,7
51:18 73:18
96:2 105:23
121:15 146:19
158:24 159:24
172:2,23 174:5
181:14 182:3
183:14,23 185:8
185:15,25
188:18 213:25
214:4
**increased** 30:19
31:2 33:18
34:14 46:12
72:11 74:21
75:24 83:20
99:8 105:16,21
106:6,13,19,22
109:18 113:11
123:19 128:17
149:23 152:7
181:23 182:7,15

183:3,9,20
186:21 187:6,18
190:2,3,24
191:24 192:3
198:18 199:8
223:19 228:7
**increases** 166:14
172:4 185:14
219:13
**increasing** 46:13
51:15 74:24
75:23 146:22
149:25 173:11
180:25
**increment** 33:9
77:14 103:2
**increments**
78:13
**independent**
147:2
**index** 22:4 149:5
154:16 155:2
207:20
**indicate** 38:23
**indicated** 131:14
**indicating** 207:7
**indication** 74:16
74:22 75:3
104:10,12,20
107:14,16,21,25
108:5,15,25
110:15 112:19
116:19 120:18
122:10,23 123:5
123:6 126:4,14
130:14 145:5,11
145:22 146:24
150:11 151:12

153:17 157:2
166:9,16 169:6
207:9 208:8
218:13 219:3,14
220:17,23
**indications**
104:23 130:13
**indicative** 81:9
**indicator** 99:21
117:5 148:2
213:17
**indirect** 21:20
**individual** 18:6
37:6 43:2 46:16
47:22 49:7 52:7
67:5,5 68:8
73:20 75:20,21
77:7 79:13 82:4
82:23 113:10
153:10 156:8
157:7 171:23
175:3 200:20
207:20 221:11
**individually**
37:14,20
**individuals**
107:12
**influence** 22:16
146:25 156:19
**influential** 18:8
18:25 19:5,12
20:11 41:7
69:10,12 122:20
123:4 125:9
127:5 194:6
**inform** 118:22
**information**
17:9 19:4 39:24

75:15 76:6
122:21 133:17
193:9 194:11
**informative** 18:7
74:7 117:7
**informing**
193:14
**ingelheim** 4:6,7
4:8,8,9
**ingredient** 55:25
**inhalational**
94:9
**inhibitors**
215:20 217:4
**input** 117:4
**inserting** 85:8
**insofar** 118:22
**inspection** 73:21
74:5 172:18
**instance** 36:19
72:3 74:15
99:15 105:4
147:9 153:6
**instances** 153:10
**instruction** 13:7
**integrate** 71:22
**integrated** 66:24
**intended** 125:25
**intense** 192:16
**interest** 119:9
**interested** 90:19
90:24 193:10
231:15
**interesting** 156:7
177:24
**interface** 10:17
**interject** 11:9

**internal** 89:13 155:23 156:11 194:20
**international** 4:9 56:13
**interpretation** 113:2 118:21 163:14
**interrupt** 178:12
**interval** 30:4,13 30:23 33:23 34:10,20 160:7 187:15 189:19 198:20,23,25 199:3 210:13
**intervals** 81:17 82:9,21 211:2
**intervention** 109:17 228:6
**interviewed** 53:13
**introduced** 54:11 55:18
**introduction** 216:7
**invade** 15:4
**invasive** 177:21 178:6,9 179:15
**investigate** 216:14
**investigated** 26:21,23
**investigators** 21:15 23:16 26:2
**invoice** 132:9
**invoices** 131:15 131:19 137:5,6

137:11,16,23 138:21 139:2,6 139:19
**involve** 133:7
**involved** 90:22 98:8,8 133:8,9
**involves** 92:21
**irregularity** 81:4
**isolate** 167:21
**isolation** 32:25 33:15 69:9 72:22 159:25
**issue** 25:12,17 26:22 104:18,19 126:15,19 140:10
**issues** 10:8 153:22
**iwagami** 223:21 223:25 224:7 226:3,3

**j**

**jessica** 3:10
**jorissen** 5:16 6:21
**journal** 57:12
**judgments** 66:16
**jurat** 228:19

**k**

**kaplan** 51:11 52:2,6,20 74:15 74:24 75:9,13 76:5 109:20 145:10 146:2 147:5,25 152:16 152:22 153:16 202:25 203:5,9

203:19 204:7,23 205:9,23 206:22 207:3,8,16,23 208:7 218:12 219:22,25 220:5 221:2 228:9
**keep** 90:3 129:5 161:7 204:18 206:7
**kendra** 3:8
**keszei** 68:21 69:17 96:10 97:4,20 189:16 190:5
**key** 119:12
**kind** 9:17 23:2 51:12,21 59:22 145:7 151:24
**kinds** 72:6 148:14 155:13 156:4
**king** 4:4
**kmsd** 147:10
**knocked** 8:9
**know** 8:11 11:21 11:22 14:16 15:9 16:9 18:5 19:8 23:8 24:24 25:2 26:9,19 31:11,13,17,19 32:23 33:3,4,6 33:15 34:25 36:18,21 37:5,17 52:8 53:12,15,16 53:16 54:4,16 58:17,21,23 60:12 61:19 63:11 65:21

66:20,21 67:23 68:9 69:3 72:3,8 74:17 79:21 84:11 86:18 87:4 89:4,9 91:11,25 92:4,13 93:5,5,6,8 94:19 96:19,23 97:7 98:25 99:3 100:13 102:9 114:7 116:8 117:18 120:5 122:14 124:2,19 124:20,23 125:6 125:6 126:12 127:5,19,24 128:5,8,23 129:11,13,20 133:16 136:20 139:22 140:4 146:22 152:18 152:19 153:6,9 157:23 158:2 167:24 170:12 172:18 178:21 179:23 182:14 183:7,19 190:17 192:11 193:9,11 198:7 202:18 205:10 206:24 212:5 221:13,20 226:17
**knowledge** 93:11 93:12
**known** 24:4,7,25 25:21 29:3 57:6 114:16

knows 60:13
kslaw.com 4:11
4:12

**l**

l 7:9
l.l.p 4:15
laboratories
3:20
lack 216:2
lacked 222:3
lacking 19:5
lacks 103:9
laid 18:3 41:13
195:3
language 58:12
60:25 61:5 85:5
108:11
large 21:5 31:7
31:22 32:12,19
32:24 33:14
65:23 103:15
155:8,10 156:18
216:13 226:14
larger 78:12
99:13 106:4
169:9,18 191:11
191:12
lead 188:17
189:25 212:16
leading 145:13
150:5,19 151:8
151:19 153:20
160:16,20
163:12 164:11
167:17 168:8
176:13,24 177:8
179:18 182:6,11

185:13 186:5,18
187:2,12,23
188:24 189:5
190:8 191:6
195:18 197:22
200:7 201:17
206:10 222:11
222:23 223:11
224:14 225:19
led 223:6
left 161:16
163:23 168:13
legal 6:21
length 152:9
221:9 227:22
lengths 149:3
letting 100:21
level 59:20 84:17
97:3,6 101:6,21
101:24 102:2,13
102:20,25 103:4
103:9,12 126:8
180:6 191:15
213:10,20,23
214:7
levels 68:11
75:15 84:4
103:14 193:15
levin 2:17
levinlaw.com
2:19
liability 1:5 6:15
232:4
life 216:17
lifestyle 158:4
lifetime 191:9,21
likelihood 22:12
201:10 211:25

224:24
limit 34:7 36:8
81:22 99:4
159:8,18 172:9
182:20 201:15
limitations
126:25 225:21
limited 23:7
222:18 224:4,10
limiting 131:23
132:4
limits 106:2,10
106:19 107:3
172:12 177:13
lindsay 5:17
line 62:19 79:16
149:17,18
150:24 151:2
162:14 163:21
163:23 164:23
165:3,7,9 228:19
232:6
linear 48:22,24
49:12 79:6,11
81:6,9,10
lines 150:12,14
151:14
link 12:11 13:20
13:25 14:9
15:12 24:23
linked 56:2
215:22
list 134:3
literally 133:17
literature 14:18
29:13 40:14
41:4,6 195:13
207:7

litigation 1:6
6:16 84:19
134:15 232:4
little 83:6,7,9
105:7 179:4
181:17 190:15
204:16
liver 24:5,9
25:22 26:5
30:18 31:3 32:9
43:3 45:2,9
46:12 48:22
50:8 51:8,24
76:18 80:17
83:21 90:21
92:9 93:23
101:16 105:16
109:2,8,19 111:5
111:15,20,25
112:15 113:9,16
113:17,24 114:4
114:20 129:17
135:8 149:13,23
151:21 154:21
154:21 158:8,12
158:13,16,19
164:4 167:13
171:8,11,24
172:23 173:6
175:18,21
179:25 180:25
181:15 182:4,8
185:9 187:19
191:25 192:4
198:8,19 199:7
199:17,25
200:21 201:15
203:8 204:10,22

**[liver - m.r.s.c.]**

208:21,24
209:16 215:22
220:5,9,18
223:19 228:8
230:19
**llc** 5:6 232:2
**llp** 2:4 3:4,13 4:4
5:4
**log** 207:17
**long** 98:17 99:6
109:3,9 111:6
112:3 190:16
192:16 201:8
216:13 224:23
226:20
**longer** 99:14
149:22 150:2
191:11,19
**look** 15:2,5,7
28:10 30:2 32:9
35:9 37:10,12,15
51:10 66:17
71:21 72:6,19
74:14 82:20,23
94:24 105:10
124:11,22,25
127:7 144:11
146:9 149:11,18
150:21,22,24,25
152:5,19 157:6
158:7,15 160:12
160:12,17
163:17,19
164:12,22
170:20 171:8
173:9 175:18
192:14 219:20
221:14 226:4

**looked** 15:2
70:17 73:15
92:12 118:19
122:12 131:5
148:11 155:20
197:5
**looking** 25:15
31:23 32:20
33:11 34:16,24
35:20 37:8
39:19 42:23
51:22 52:14
65:3 68:4 69:8
69:11 74:18
78:7 79:5 81:19
82:6 83:3 89:10
92:20 94:15
95:12 97:15
100:7 101:15
116:16 117:2
120:21 132:13
134:2,3 146:17
149:16 159:20
159:20,21 160:4
160:5 175:2
178:3 206:22
214:18
**looks** 19:11
51:13 52:7
75:19 161:21
193:12
**losing** 52:11 65:2
**lot** 128:3 194:7
**loud** 198:11,14
**low** 110:19
191:16 193:13
**lower** 36:4,7
80:21 89:15,16

165:21 168:23
171:15 172:8
173:12 182:22
190:23,24
191:17 209:4
**lowest** 171:25
175:8
**luhana** 3:4,6,7
7:14 11:8,19,24
12:6,10 17:24
18:22 20:7,17
24:6,16 25:8,18
25:24 26:13
27:16,22 31:5
32:14 35:24
38:2,8,14 40:18
42:17 44:5,11,18
45:11 47:9
49:19 50:18
53:19,23 54:5
56:18,24 57:14
58:9 59:6 61:2
61:15 62:17
63:9 64:22
66:12 67:15
70:2,4,11,23
72:13 76:8
78:15,19 79:2
80:12 82:2,14
84:21 86:14
87:13 88:21
90:8,15,17 93:3
93:21 96:4,17
98:22 100:10,12
100:17,23 101:8
101:22 102:6,15
103:23 104:14
104:24 107:23

108:6 109:12
111:8,10 112:4
115:7,24 116:2
117:15 118:12
119:6,25 122:3
124:5 125:21
127:22 128:20
129:8,18 130:5
131:22 133:25
134:16 137:2,12
137:18,22 138:4
138:8,11 139:11
139:16 140:25
142:7 144:11,18
144:23 161:7
178:14,23
179:12 181:7
184:8,19 188:2,9
200:8,12 203:13
204:4 205:4,25
207:10 208:22
211:6,22 212:20
213:5,15 217:21
218:6,18 228:16
230:5
**luncheon** 141:6
**lung** 25:2 43:3
51:9,24 109:19
198:22 199:18
200:3,21 228:8

**m**

**m** 7:9
**m.a.** 16:15 95:7
135:22 230:11
230:14,25
**m.r.s.c.** 16:16
95:8 230:12,15

**[m.s.r.c. - methodological]**

**m.s.r.c.** 135:23 230:25

**magnify** 170:25

**magnitude** 31:4

**mail** 55:14 56:5 56:7 58:11 230:17

**main** 166:20,22

**major** 227:11

**making** 18:13,19 19:18,23 20:5 22:21 35:14 46:5 66:15 88:25 125:24 170:10,13 206:4

**manner** 227:10

**march** 95:8 230:15

**marina** 2:4

**mark** 131:11 135:3

**marked** 6:3 16:17 28:7 55:11,15 71:25 95:9 135:10,14 135:17,24 136:14,18,22

**marriage** 231:14

**martin** 3:13

**massachusetts** 2:5 5:5

**match** 77:7,7

**matched** 21:2,22 22:2,13,24 44:7 49:8 83:2 156:23

**matches** 227:25 228:3,5

**matching** 22:5 26:7 155:12 157:4 166:11 168:3 226:25

**materials** 131:7 135:4

**mathematical** 117:17

**mathematically** 118:6,9 172:19

**mathematics** 73:15 116:9

**matt.holian** 5:8

**matter** 33:10 55:9 60:10 134:20 167:18 231:16

**matthew** 5:7

**maximum** 98:14

**mazzotti** 3:13

**md** 1:3 6:19

**mdl** 1:3 6:18

**mean** 14:10 24:23 31:7,15 33:2 34:19 57:19 59:11 67:17 71:12 72:18,20 74:20 78:8,12 81:20 82:7 87:2 89:19 90:2,5 93:6,13 99:3 111:21 117:21 122:12 122:14,23 125:5 128:3 129:19 138:2 139:14 148:17 151:16 152:25 157:19

173:4 182:22 192:20 194:15 194:23 205:16 206:4,12,20 209:5 211:9 212:2

**meaning** 68:15 77:4

**means** 117:22 118:7 123:12 155:4 163:7 173:5 216:21

**meant** 120:7

**measure** 35:21 35:23 36:2,20,24 48:21 49:12 68:2 85:24 116:20

**measures** 155:3

**measuring** 195:8

**media** 6:12 90:24 94:21 195:11 229:5

**median** 21:8,10 67:8 83:18 87:11 98:5 105:24 106:9,18

**medical** 207:7

**medication** 104:12,13 205:3

**medicines** 118:23

**medium** 91:15 194:18,21

**meet** 59:8

**meeting** 133:7 133:11

**meetings** 133:9

**meets** 60:14

**meier** 51:11 52:2 52:6,20 74:15,24 75:9,13 76:5 109:20 145:10 146:2 147:5,25 152:16,22 153:16 202:25 203:5,9,19 204:7 204:23 205:9,23 206:22 207:3,8 207:16,23 208:7 218:12 219:22 219:25 220:5 221:2 228:9

**mention** 114:13 121:21 122:10 125:16

**mentioned** 9:14 85:4 130:18 195:4 197:23 206:20 222:15 225:21

**merely** 169:12

**messaging** 13:5

**met** 133:23

**meta** 37:11,24 38:7,14,15,21 39:2,3,16,17 40:9,23 41:11

**method** 194:4 207:16,24

**methodologic** 104:19

**methodological** 167:25

methodologies
62:6
methodology
19:7 70:7
193:24 195:20
205:9
mg 77:14
michaels 15:17
middle 108:18
165:3 177:13
midpoint 177:14
milligram 84:10
86:7,10
milligrams
77:16,23 83:19
90:6 102:5
millions 55:24
mind 49:2 89:12
minimize 107:15
minimum
102:12,19
minute 50:2
72:24 115:6
134:2 160:2
181:4 187:5
217:22
minutes 136:10
misreading
78:19
misstates 20:18
32:15 96:18
111:11 120:2
mistaken 127:21
misunderstand...
100:24
mode 11:5
model 94:11,19
220:8

models 207:23
modest 31:4,14
32:12
modifying 91:12
moment 11:23
64:24 92:14
145:14 179:9
204:5
moot 126:12
morning 6:5 8:6
mortality 92:20
mouth 178:17,21
move 35:16
54:25 125:7
152:13
moving 94:2
178:17,21
multi 24:24
multiple 39:7,19
143:8,11 215:18
multiplier 31:11
multisite 24:25
multivariable
198:12
multivariate
42:3 43:5
198:15
muted 12:9 88:5
mutually 66:4
87:2

**n**

n 2:2,11 3:2 4:2
5:2 7:9,9 142:2
142:2,2 230:2
name 6:20 8:7
128:14 232:3,5

models 207:23

names 133:22
nanograms 86:6
86:10 196:10,24
narrative 42:15
45:13 208:5
210:22 223:4
narratives
210:21
nathan 3:18,21
3:21
nation 226:16
nature 60:7
ndma 39:24
69:23 83:12,16
83:19 84:3,9,17
85:8 86:2,6,10
87:11 88:12,16
88:18 89:2 90:6
90:22 91:9,10,14
91:21,25 94:9
95:20 96:14
102:23 107:13
135:17 155:21
188:20 190:13
190:16,17
194:12,12,15
195:6,10,13,15
196:3,9,10,24
201:8 215:13,18
224:22 230:22
ne 4:4
nearly 81:8
necessarily
52:11 81:11
86:22 87:5 92:4
116:11,15
205:16 206:12

necessary 39:13
102:14,20
103:12,14 116:7
139:18 212:15
212:16
need 7:23 8:10
8:23 11:4 44:22
54:17 71:11,17
71:21 72:6
96:20 114:23
123:21 124:11
124:22,25
128:25 139:23
140:7 152:18
179:5
needed 64:25
needs 192:19
negative 71:5,6
78:9,24
net 102:19
never 59:14
171:14 212:2,3
nevertheless
60:9 81:5 127:2
150:6 180:15
225:11,20
new 1:25 3:5,5
3:15,15,20,20
14:18 231:6
232:2
newly 17:9
newspaper
56:10
nigh 2:19 134:6
noise 47:20
non 28:22 29:9
30:12 42:3
51:19 60:22

**[non - objective]**

61:11,20,20
64:16 75:11
77:4 84:19
108:23 109:14
110:9,24 111:24
112:10,23
113:12 115:21
116:8,16 117:3
118:4,17 119:4
119:23 120:4
121:19 122:6
123:9 127:4
130:8 143:14,23
144:3 146:12
148:15 149:19
150:2 151:2,6
152:9 155:15
161:18 162:4
164:15,17,24
165:4,8 166:10
177:21 199:20
200:4 201:12
203:6 208:12,20
219:4 220:11,12
220:19 225:3
227:16
**nonresponsive**
53:4 62:16
115:4
**nonsignificant**
209:3
**norgaard**   178:8
**normally**   59:24
67:22 118:2
**notably**   46:9
**notary**   1:24 7:11
229:16 231:5
232:23

**note**   6:9 21:13
121:13 122:12
219:2,25 223:25
**noted**   6:24 110:5
148:17 154:3
181:21 221:2,20
226:11 229:9
**notice**   1:21 6:3
131:2,8 135:5,21
137:15 138:7
230:9,24
**noticeable**
122:25
**noting**   223:16
224:7
**null**   22:22 71:16
72:10,16 167:10
167:21 169:23
170:3 193:3
211:20
**number**   17:25
21:5 24:8 25:3
28:20 31:15
32:23 33:13
34:16 36:9,18
43:6 58:22 64:9
65:10 84:14
155:19 161:6,23
183:25 184:10
185:3 188:10
229:4
**numbering**
140:10
**numbers**   89:10
160:21 188:19
188:25 190:4
**numerically**
52:5 110:14

**nw**   4:16
**nyrcr**   1:22 231:5
231:23

**o**

**o**   7:9 142:2,2,2
**oath**   8:16
**object**   53:3 54:5
62:15 115:3
**objected**   178:24
179:2
**objection**   6:11
17:24 18:22
20:7,17 24:6,16
25:8,18,24 26:13
27:16,22 31:5
32:14 35:24
38:2,8 40:18
44:5,11,22 45:11
49:19 50:18
57:14 58:9 59:6
61:2,15 64:22
66:12 67:15
70:2,4,11,23
72:13 76:8
78:15 80:12
82:2,14 84:21
86:14 87:13
88:21 90:8,15
93:3 96:4,5,17
98:22 100:10
101:8,22 102:6
102:15 103:23
104:14,24
107:23 108:6
109:12 111:8,10
112:4 115:24
116:2 117:15

118:12 119:6,25
120:2 122:3
125:21 127:22
128:20 129:8,18
130:5 131:22
134:16 143:10
145:12,15 150:4
150:18 151:7,18
153:19 159:16
160:15,19
163:11 164:10
167:16 168:7
169:2 170:9
173:2 176:12,23
177:7 178:13
179:10,17 181:3
181:5 182:10
185:12 186:4,17
186:25 187:11
187:22 188:23
189:4 190:7
191:5 192:9
193:22 194:14
195:17 197:3,21
199:10 200:6
201:16 203:13
204:4 205:4,25
207:10 208:22
211:6,22,23
212:20 213:5,15
221:4 222:10,23
222:25 223:10
224:13 225:18
**objections**
135:20 143:3
179:7 230:23
**objective**   27:7
99:18 114:8

156:22

**objectives**
116:13

**obscure** 52:13

**observable** 97:3

**observation**
211:16 212:25
214:10 224:21

**observational**
201:6

**observations**
68:22 70:25
113:4

**observe** 103:16
206:14

**observed** 80:17
86:2 90:25
121:25 208:24
212:24 213:4,7
214:8

**obtained** 13:20

**obvious** 167:4

**obviously** 8:11
91:12 117:17
118:6,18,21
120:10 123:9
131:24 133:4,14
157:19 167:3

**occupational**
60:24 155:22
196:4

**occur** 112:20

**occurred** 71:22

**occurring** 51:17
212:9

**occurs** 33:7
104:11

**october** 1:17 6:8
7:19 13:15
15:19 16:16
17:4 55:14
121:6 132:16
142:20 230:12
230:18 231:18
232:4

**odds** 63:25 64:5
64:12 76:20,22
77:3,15,22 80:19
80:22 109:18
228:7

**offer** 39:20

**offering** 213:2

**offers** 118:20

**offhand** 40:11

**oh** 202:21

**okay** 8:2,3,18,22
9:5,11 10:7,11
10:20,25 11:7,24
12:2 13:2,13,24
15:8,21 16:4
17:12 19:21
21:13 23:25
24:4 25:4,15,21
26:9,25 27:12
28:2,9,15 29:6
30:25 31:24
32:8 33:17 34:2
35:17 36:7
37:23 42:23
43:12 44:15
45:6 46:19
48:15 49:24
50:2,7,14 53:12
53:17 54:22
55:22 56:15,23

57:10,22 58:2,25
60:19 63:7,22
64:12,18,25 65:5
67:11 70:24
71:20 72:23
73:13 74:4,8
75:9 76:12,20
77:9,13 78:2,5
79:4,20 80:8,18
81:15 83:5,6,14
83:25 85:3,12
86:4 87:9 88:9
89:23 92:8,24
93:15 94:4,13
95:4,13,20 101:4
101:14 102:2,12
104:6,18 105:10
107:4,19 108:2
108:12,16,21
109:7 113:18
115:19 120:19
120:25 121:4,9
121:13 125:4,7
127:15 128:13
129:4,16,23
131:6,10 132:10
133:6,20 134:9
134:22,22,25
136:8 138:9,16
140:2,24,25
142:12,19,25
144:10 145:17
150:21 152:13
153:5,23 154:7
157:12 160:11
160:22 161:2
162:8 163:15
164:17 165:3,12

165:23 168:10
168:19 170:18
171:12 173:24
174:19 175:11
175:13 178:16
178:20 179:3,8
179:20 181:6
185:7,23 187:25
189:18,21
190:10 191:7
198:3,5 199:12
200:8,24 201:19
202:14 203:8,25
204:11 210:8
214:14,16,20
215:5,11 217:20
218:8,16 219:2
219:17 221:17
223:6,13 224:16
224:18 225:7

**once** 14:15 68:3
185:18

**ones** 18:8 139:21
139:24

**online** 56:9

**open** 10:12,23

**opened** 10:19
11:20

**opinion** 21:3
27:10 71:2
119:18 127:25
128:11 129:22
180:23 196:6
213:3

**opinions** 101:7,9
142:17,22

**opportunity**
44:19,21 47:14

56:21 57:17
124:6 129:12
**opposed** 159:17
213:22 214:6
**opposite** 71:19
**oral** 94:10
**order** 72:7 116:5
116:11 129:21
168:14
**original** 9:10
38:20 69:14
82:19 94:25
100:4 101:10
102:18 116:14
118:24 126:17
**originally** 40:2
**outcome** 37:25
91:16 210:12
211:12 231:15
**outcomes** 14:20
17:21 18:19
20:4 90:21,25
128:16 166:5
207:14 218:24
**outside** 134:16
137:19,23
**overall** 18:24
19:4 41:9,9
47:19 48:6
52:24,25 66:16
67:3 68:12
70:19 71:23
73:19 74:20
79:5 81:5,9
83:16 85:8 91:8
91:21 96:24
104:4 109:13
112:22 114:18

114:24 119:16
121:15 123:2
126:10 127:4
130:22 143:20
160:9 162:25
171:20 183:23
195:21 199:19
199:24 206:9
208:14 210:21
213:3

**p**

**p** 2:2,2 3:2,2,6
4:2,2 5:2,2
48:17 49:5,9,10
49:16,21 82:22
82:25 106:3
175:2,2 198:21
198:23,25 199:3
**p.m.** 115:13
140:12,16 141:5
141:6 142:3,5
184:14,17 202:2
202:6 217:24
218:4 229:7,9
**pacific** 6:7 229:7
**page** 17:13 20:19
20:22 28:10
41:17,21 42:7
44:15 45:14
49:24,25 50:3
53:5,6,9,9 63:6
76:14,16 78:8
79:22,23 83:5
85:6 88:10
89:24 95:12
100:7 104:9
107:4 109:16

112:25 113:19
120:19,25 121:3
121:4,5 144:21
152:14 161:6
162:11 163:16
165:25 168:11
170:19 175:11
181:9 184:7,22
188:4,10 189:7
189:22 199:12
200:9,24 202:17
209:10 214:14
218:17 219:18
219:18 221:17
221:20,21,21
223:13,14
224:16 228:18
230:3,8 232:6
**pages** 76:12,15
188:11,13
**pancreas** 177:3
177:4 185:9
186:14 188:15
189:3,9
**pancreatic** 24:17
30:3 31:2 43:4
50:16 51:3,9,25
52:17 53:2
72:24 73:3 74:2
74:11 75:10,14
106:13,17
109:19 125:8,10
125:17,19 126:6
126:14 128:17
152:5 160:12
174:11 183:21
183:23,25
188:18 199:2,9

200:2,22 204:2
228:8
**pancreatitis**
127:21
**papantonio** 2:17
**paper** 9:7,8,8
13:20 48:4 49:5
58:19 60:10,12
60:14 61:23
62:2,11 76:24
80:9 81:18
82:20 114:8,17
203:23 216:7
**papers** 41:5
59:24
**paragraph** 20:20
20:22 21:15
42:23 43:17,18
45:18,20 57:5,9
83:8,11 107:7
108:17,19
112:25 121:9,22
122:7,11 125:17
214:18 215:10
219:20 223:18
**paragraphs**
57:23 125:7
**parallel** 206:17
**parameter**
118:15 119:9
120:5 130:9
**park** 2:4 3:14
**part** 99:24
111:22 128:11
132:16 136:4
143:15 168:13
197:7,25 200:13
225:10

partially 7:17
participant 68:8
participants
74:22 159:13
192:5
participating
10:14
particular 21:23
29:15 31:20
33:11,13,24
72:21 82:5
103:16 108:13
119:8 122:7,11
146:10 148:25
154:15 175:6
209:23 214:7
particularly
32:19 37:7 69:9
102:21 155:20
209:7
parties 7:2
231:13
partly 52:3
pathogenic
201:7 224:22
patient 166:5
218:23
patients 55:25
56:3 127:16,17
127:19
pattern 150:14
220:17
pause 143:4
179:9
paying 192:24
pc 3:18
pdf 13:20

peachtree 4:4,15
peak 183:12
pearce 1:22 6:20
7:11 231:4,22
peer 61:20 84:19
207:6
peiyuan 4:18
54:14 202:21
pending 8:25
pennsylvania
2:12
pensacola 2:18
people 25:6
26:11,17 64:19
67:8 98:4 134:4
153:12 158:5,25
195:3
people's 57:11
perceive 103:3
percent 59:19,21
83:22 163:8
173:7 174:5
175:25 176:3,15
176:16,25 177:2
198:20 210:13
percentage
175:22,24 176:8
176:19
perfect 16:21
20:21 55:2,12
81:11 83:10
181:11 184:22
200:14 214:19
223:16
performed 70:20
period 137:16
147:14 149:22
150:13 164:7

169:4 190:21
191:3 226:19
periods 192:12
perusing 207:13
pguo 4:19
pharmaceuticals
4:6
philadelphia
2:12
phone 13:6
phrase 147:7
picture 192:20
pieces 122:20
pill 55:24
pills 188:20
piper 5:4
place 7:15
places 69:6
119:19,21
plaintiff 15:15
15:25 212:15
plaintiffs 2:6,13
2:18 3:6,15
13:10 131:20
133:12,21,22
134:14 135:20
138:22 139:8
209:13 214:21
230:23
plausible 66:19
156:17 209:7
play 211:4
please 6:9 7:7,23
8:25 40:10
47:13 54:15
55:20 63:7
136:11 144:14
198:11 218:19

225:13
plot 29:4 39:14
80:5
plots 185:3
plotted 79:25
plowing 140:4
pocket 11:3
point 26:5 29:16
38:22 40:8
47:17 50:24
52:20 79:15,15
81:2 82:8 92:11
97:8 126:13
131:12 146:5
159:19 177:25
191:7 195:19
206:5
pointed 23:3
147:15
pointing 46:20
66:2 180:11
points 79:11
81:7,13,23 82:4
82:23 83:2
popular 56:9
61:18 94:20
population 25:5
25:7 26:11,12
29:7,8 32:6
92:24,25 93:4,23
104:21 143:21
155:3 156:13
157:9,14,16,21
157:25 158:6,9
171:20 206:9,24
206:25 213:13
226:15,16

populations
93:18 103:21
204:12,20 205:8
205:12,18 206:7
206:14,19
positive 192:18
192:23
possibility
119:16
possible 66:6,13
117:13 194:2
possibly 71:13
71:13 167:11
post 139:19
postdate 139:6
potency 225:17
potential 21:21
27:13,20 44:24
45:2,9 62:9,10
65:21 107:15,16
108:4 156:16
166:9 213:24
219:3
potentially
163:3 211:4
power 19:2,6
52:12 67:11,13
67:21 68:3
103:10 126:8
174:25 175:8
209:4 222:18
224:5,11
powerful 68:10
153:13,15 221:9
ppi 143:18
ppis 201:13
225:4

prefer 20:12
preference
153:13
preliminary
133:4
premise 91:8
156:22
preparation
133:24
prepare 132:11
preparing
101:13 132:18
132:23 133:2
prescribed
107:12
present 5:15
28:23 82:17
110:16,18
127:20 169:8,15
203:24
presented 38:20
43:10 82:19
203:10 204:8
presenting 22:17
118:15
presents 105:11
press 58:11
presumed 87:12
presumes 86:4,9
presuming 85:17
pretty 8:9 153:7
prevalence
199:17
prevents 8:19
82:10
previous 42:6
84:7 85:4
114:12 123:21

183:25
previously 53:10
56:20 139:3
178:4 184:5
214:25 215:3,6
215:12
primarily
120:17 125:25
126:15 130:7
primary 24:11
110:7 116:13
130:10 143:12
143:22,24 144:2
154:11
principal 143:15
principle 128:3
prior 15:11
38:20 61:3
142:16 179:21
180:19 183:6,17
216:19 217:8,15
private 55:5
probability
155:4,8
probably 60:6
140:5 178:25
problem 8:12
99:17
problematic
19:6
problems 26:17
145:8 156:5
procedure 26:8
212:5
proceed 12:24
54:8
proceeding 1:12

proceedings 7:2
process 212:6
produce 91:16
126:21
produced 81:7
97:6 131:6,15
135:4 138:6,12
139:19
producing
138:23
products 1:5,13
6:15 232:4
professional
128:11
professor 57:24
58:21 60:5
profile 147:18
153:11
progress 221:11
progression 43:2
51:13 52:2
progressive
147:21 206:16
progressively
146:13 172:4
promeco 4:9
promise 47:3
proportion
28:21
proportional
42:4 191:21
207:22
prospective
67:21 226:23
proton 215:20
217:4
provide 47:14
51:4,8 68:19

72:17 75:14
76:6 82:22
155:24 227:17
**provided** 39:24
82:12 118:20
137:5,8,11 138:2
138:3,14 226:6
**provides** 50:9
67:17,17
**providing** 47:11
87:7 185:2
**psm** 219:5 227:2
**pst** 1:17 229:9
**public** 1:25 7:11
229:16 231:5
232:23
**publication**
15:11,16 16:2
123:17
**publications**
58:20 61:24
**publicly** 14:12
**published** 13:14
13:16 14:15
17:10 57:12
**publishing** 114:8
**pubmed** 14:12
15:12
**pull** 123:21
144:12,14,19
161:3 184:20
188:2 198:3
218:16
**pulmonary** 22:8
154:19
**pump** 215:20
217:4

**purpose** 169:5
**purposes** 10:14
12:21 85:5,17
97:23 99:22
101:7
**pursuant** 1:21
**put** 19:16 20:12
116:4 125:5
132:14 154:2
168:20

**q**

**qualification**
130:16
**quantify** 103:10
**quantitative**
27:13,19 39:22
116:21
**quantitatively**
227:9,12
**quartile** 78:16
87:10 89:21
**question** 8:25
9:2 13:8 14:3
19:13 23:15,16
23:18,22 38:12
38:17 41:7
42:19 44:20
47:10,12 49:2
57:4 62:19
74:17 91:3,18
93:7 97:15
100:24 103:14
105:6 117:11,21
118:25 119:4,20
120:24 122:8
123:23 124:8,13
129:3,6 139:5

145:18 165:17
179:11 195:24
**questioning**
142:15
**questions** 23:14
54:8 56:16,25
93:24 119:7
136:6 140:20
142:12 153:24
197:11 201:20
201:22 202:11
209:12 212:14
217:19 218:9,12
228:12,15
**quick** 138:17
**quickly** 69:17
139:15
**quirk** 58:7 59:5
59:15,18,22
**quite** 123:23
172:7 180:13,14
181:24 182:23
206:10
**quote** 19:18,24
20:6 36:12
129:21
**quoted** 160:7
**quotes** 61:3

**r**

**r** 2:2 3:2 4:2 5:2
7:9 48:20 49:11
49:22 73:24
77:21 78:3,8
81:7 94:16
142:2
**rafferty** 2:17

**raised** 162:12
**raises** 168:19
**random** 22:23
**ranitidine** 1:5,13
6:15 14:19
17:17,21,23 18:5
18:15,18,21 20:4
22:20 28:22,22
29:8,13,17,24
30:11 37:24
38:5 40:2 41:25
42:3,10,15,25
43:19,23,24,25
44:25 45:8,24
46:11,13 51:16
51:19 52:25
58:4 59:4 60:21
60:22 61:9,10,11
64:16,19 66:8,10
69:18,21,25
74:10 75:16
76:7 84:12
86:12 88:13
98:12,15,19
102:13 104:21
105:12,17,22
106:7,14,23
107:22 108:23
108:25 109:3,9
109:17 111:6,24
112:3,10 115:2
115:23 117:14
118:10 119:21
119:23 121:16
121:25 123:17
125:11,19
128:15,18 135:9
135:13 143:13

143:14,18 144:3
146:11 147:18
149:17,19,25
150:2,25 151:2,5
151:6 152:8,9,17
152:21 154:14
155:7 157:9,18
158:16,17,19,23
159:2,13 161:15
161:18,22 162:4
162:25 163:4,9
163:21,22 164:6
164:14,15,17,24
165:4,8,9,14,20
166:3,10,12,14
166:18,25 167:8
167:12 168:3,15
169:16 170:6
171:14 175:16
175:20 176:2,9
176:17,20 177:2
179:24 180:24
182:6,15 183:8
183:16,20
186:14,22 187:7
187:20 188:20
190:17,19 191:3
194:13 195:6,14
196:5,11 198:18
199:15,20,24
200:4,18,19
201:9,11,12
203:6,11,16,21
208:11,12,20
210:10 212:16
213:17 215:15
216:4,15 218:22
219:4,6,12 220:3

220:7,10,11,12
220:19 224:23
224:25 225:3,17
228:6 230:19,21
232:3
**rank** 207:18
**rap** 94:16,18,19
**rare** 33:2
**rat** 94:11,14,16
  94:18,19
**rate** 32:5 33:7
  51:18 80:25
  81:24 82:11
  117:19 134:23
  149:24,24
  150:15,16
  157:13,16,20
  158:8,16,18,22
  159:10,11,15
  160:8,9 165:13
  165:19,22
  169:18 174:6
  180:13 199:19
  200:21 209:16
  210:2,3,11,14
**rates** 118:19
  157:7 158:3
  199:23 200:16
  203:11,20 210:8
  211:4
**ratio** 30:4,11,22
  31:12,21 32:10
  32:21,24 33:8,14
  33:22 35:8,20
  36:3,6 77:15,22
  80:20,22 105:24
  166:12 167:12
  167:23 168:4

171:22 172:3,3
172:11 173:3,21
174:2,16,20
175:20 176:4
177:5,9,12,14,17
181:23 182:20
185:8,16,21,25
186:13,23 187:7
187:19 190:24
191:18 198:19
198:22,24 199:2
219:7
**ratios** 28:23 32:2
  33:3 63:25 64:5
  64:12 76:20,22
  77:3 180:16
  211:2
**rdr** 231:4,23
**reach** 97:2,19
  99:8 101:20,23
  197:6 215:24
  217:6 226:17
**reached** 196:18
**read** 15:14,17,18
  15:25 16:4
  17:18 42:19
  45:4 46:17 47:6
  57:20 58:15,24
  64:10 68:24
  83:23 88:14
  90:9 91:20
  107:17 109:5
  111:21 124:18
  166:6 170:5
  185:17 198:8,9
  198:11,14
  200:25 214:21
  215:5 221:23

223:23 224:18
225:13 227:24
**ready** 10:9 12:24
  88:6 115:17
  202:12
**real** 11:14 98:18
  138:17 199:4
  201:6 216:17
  224:20
**really** 31:14 37:2
  60:17 90:12
  175:5
**realtime** 1:23,24
  11:12,14 12:12
  12:20 42:18
  64:25
**reason** 21:23
  209:8 232:6
**reasonable**
  35:12 66:21
  87:4 211:8
  212:7 213:8
**reasons** 65:19
**recall** 8:23
  142:16 152:16
  152:20 154:5
  177:21 184:9
  209:11,18
  212:19 218:14
  222:12,19 223:2
**received** 194:20
**receptor** 215:21
**receptors** 217:5
**recess** 10:2
  12:14 62:24
  63:17 87:24
  115:11 140:14
  141:6 184:15

202:4 218:2
**recognize** 62:9
  62:14
**recognized**
  24:12 37:4
  38:25 155:13
**recommend** 41:3
**record** 6:7,11,25
  7:16 9:22,24
  10:4 11:16,18,25
  12:5,7,16 53:20
  53:25 54:3,7
  62:22 63:2,13,15
  63:19 69:15
  76:4 83:25
  84:15 85:2
  87:19,22 88:2
  100:25 115:9,13
  131:11 135:3
  136:5,25 137:3
  138:18 140:9,12
  140:16 141:2,4
  142:5 184:14,17
  198:10 201:24
  202:2,6 214:22
  217:22,24 218:4
  225:14 229:7
  231:10
**recorded** 6:13
**recording** 6:10
**records** 57:12
  131:16 132:14
**recovered** 7:18
  7:21
**recross** 140:23
**red** 149:17
  150:24 163:21

**reddy's** 3:20
**reduce** 169:16
**refer** 124:14
**reference** 38:23
  40:8,12,16 46:6
  57:23 85:15
  87:10 88:19
  113:23 121:10
  125:9 155:24
  156:3,12,24
  219:21
**references** 226:5
  226:5
**referred** 29:12
**referring** 58:18
  64:13 79:18
  129:15 183:24
  209:22 210:7
**reflect** 82:18
  158:3 204:25
  205:11
**reflected** 71:25
  147:14 210:9
**reflection** 209:4
**reflects** 158:23
**refresh** 54:11
**regard** 20:12
  41:7 82:15,16
  117:8 154:20
**regarded** 31:21
  32:24 33:8
**regarding** 196:7
**regardless**
  220:20,24
**registered** 1:23
  1:23,24
**regression** 42:4
  43:5 79:7,11

198:13,16
  207:23
**regular** 148:15
**regulation**
  196:19
**regulator** 196:16
**regulatory** 196:8
  196:14,23
**reject** 211:19
**relatable** 85:25
**related** 65:11
  104:11 128:9
  134:12 137:7
  138:22 146:18
  154:17 166:16
  169:12 208:13
  219:14 231:13
**relates** 1:7,15
  113:3 134:19
**relating** 139:3
  139:24
**relation** 48:20
  132:6
**relationship**
  46:15 50:8,15
  51:2,23 75:3,6
  77:22 80:16,16
  116:10 117:19
  119:17 221:15
  223:17
**relationships**
  52:13 116:12
**relative** 82:25,25
  89:10 210:3,17
  210:19
**relatively** 22:22
  33:5 59:17

**release** 58:11
**relevant** 14:19
  18:2 37:15 91:7
  122:24 194:12
  195:10
**reliable** 227:9
**reliant** 69:7
**relied** 62:6 68:6
  109:13,14
**relies** 68:18
**rely** 196:8,22
**relying** 69:4,5
  84:25
**remind** 134:22
**remote** 1:19 6:13
  7:4
**remotely** 7:6
**remove** 167:19
  167:22
**report** 9:9,10
  15:17,22,25 16:5
  16:9,14 17:3,6,8
  17:13 18:11
  20:20 29:19
  30:3,11 38:21
  39:21 46:24
  47:4 49:25
  50:19 53:5 56:5
  62:5 63:6 69:14
  73:2,9,10 76:13
  85:7 88:10,15
  94:25 95:6
  100:4,8,13,15
  101:9,11,13
  102:18 114:22
  116:14 121:2,6
  123:13,22,24
  124:7,15,18,22

124:25 126:17
129:25 130:7
131:17,24 132:5
132:7,12,18,20
134:12,21 137:8
137:13,16
138:24 139:20
139:24,25
142:16,20,21
143:12 144:23
146:5 152:19,24
154:3 160:24
162:13 163:10
178:7,8 179:23
180:21 182:14
183:7,19,25
184:7 188:4
197:10,16,20
198:2 222:20
227:10 230:10
230:14
**reported** 27:7
31:2 32:3 36:19
49:5 50:8,15
51:3 73:17
81:17,21 82:10
84:6 89:6
102:10 118:13
121:14 123:18
128:16 130:6
185:10 187:8
215:14,19
223:21
**reporter** 1:23,24
6:19 7:5,7
178:11,16 179:3
**reporting** 70:9
122:6 232:2

**reports** 15:15
18:2 116:15
128:25 129:21
159:8 171:21
179:22 182:13
183:6,18 215:23
227:8
**represent** 36:23
58:2 72:20
157:13 174:3
**representing**
6:23
**represents** 29:16
29:16 163:22,23
164:23 174:4
175:14
**required** 95:25
168:15
**requirement**
168:20
**researcher** 58:22
**reserve** 140:22
**residual** 7:20
**respect** 15:16
32:2,8 38:11
49:16 73:8
80:11 81:25
104:19 115:22
118:9 119:20
125:8 130:3
205:21
**respected** 153:14
153:16
**response** 26:19
38:9 39:23
45:19 46:10,15
47:12,15,19,25
48:25 50:5,8,11

50:15 51:2,22
52:16,16,22 53:6
70:8,16 73:2,11
74:10 75:8
80:10,14 102:24
116:6,10,12,21
116:24,25 117:8
117:13,24 118:3
118:16 120:7
126:23 135:5
138:6 143:25
144:7 170:21
184:3,6 195:8
196:25 197:7
212:14 221:16
223:17 227:13
227:18
**responses**
131:14 135:20
230:23
**responsible**
61:23
**rest** 223:23
**result** 33:24
35:13 37:7
65:22 67:5 71:3
71:13 97:4,6,20
99:14 103:4
108:13 113:15
114:22 126:21
128:8 172:11,16
191:8 192:18,23
193:2,3 205:22
212:8 214:9
216:22
**resulted** 97:3
99:13

**results** 27:15,21
30:18 35:10,14
37:19 43:8 49:7
68:20 70:8
86:25 98:24
109:23 114:19
114:22 126:6,10
166:19 167:20
174:25 176:3
197:16,19
205:10 206:16
211:9 216:2
222:2 223:7,22
**retained** 229:6
**retrospective**
67:19
**revealed** 198:18
**review** 38:24
41:3 56:21
57:17 61:22
62:4 84:23
124:7 131:2
165:17
**reviewed** 17:25
18:10 61:20
84:19 126:17
160:23 195:12
195:25 196:17
196:21 207:6
216:24
**reviewing**
118:18 120:12
**reviews** 61:24
**revised** 100:3,6
100:16
**right** 12:22
16:12 17:5
20:25 28:18,25

[right - salmon]                                            Page 38

41:18 44:17
45:16 47:5
56:11 79:24
83:7,9 86:8
89:19 95:15,22
97:22 98:5
101:15 105:14
108:10 111:21
119:9 125:12
127:12 132:4
140:7 142:13
146:7 149:10,11
149:15,17 153:3
160:14 161:8,19
161:20 162:11
162:14 165:18
170:23 181:10
181:12 188:13
189:6,8 198:6
199:13 200:14
204:18 210:24
211:19 218:19
223:15
**risk** 32:4 33:18
34:14 42:2,25
45:2,9 46:12
72:11,12 74:21
83:20 92:9 99:8
103:2 104:11
105:11,16,21
106:6,13,22
109:17 113:11
119:3,10 123:19
128:17 152:7
166:15 175:15
180:25 182:7,16
183:9,21 186:21
188:18 190:2,3

190:21,24
191:24 192:4
194:25 196:14
198:17,19 199:8
204:21 205:21
213:25 214:4
215:16 219:13
220:6,9 223:19
228:6
**risks** 31:2 81:18
**rmr** 1:22
**robust** 52:9
**rodent** 94:17
**role** 201:7 216:3
**roopal** 3:6 11:16
23:8 78:22
133:25
**rosemarie** 3:16
**rosemarie.bog...**
3:16
**rotman** 2:6
133:25
**route** 91:15
194:17,21
**routes** 90:23
195:11
**row** 162:15
**rubber** 92:16,21
92:22 93:10
**rule** 1:12 95:6
230:13
**rules** 8:15
**run** 14:17 42:12
73:15
**ryf** 2:7

**s**

**s** 2:2 3:2 4:2 5:2
7:9 142:2,2,2
230:7 232:6
**s.a.** 4:10 5:7
**salmon** 1:20 6:1
6:14 7:1,16,22
8:1,6 9:1 10:1,7
11:1,8 12:1,19
13:1 14:1 15:1
16:1,15 17:1
18:1 19:1,14
20:1 21:1 22:1
23:1,6,12 24:1
25:1 26:1 27:1
28:1,13 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
38:13,22 39:1
40:1,7 41:1 42:1
42:17 43:1 44:1
44:16,24 45:1,21
46:1,25 47:1
48:1,9 49:1,3,14
50:1 51:1 52:1
53:1,22 54:1
55:1,23 56:1,19
57:1,8,16,18
58:1,13 59:1
60:1 61:1,6 62:1
63:1,22 64:1
65:1 66:1,6 67:1
67:7 68:1,13
69:1 70:1,3 71:1
72:1,15 73:1
74:1 75:1 76:1,2
77:1 78:1 79:1

80:1 81:1 82:1
83:1 84:1 85:1
86:1,17 87:1
88:1,6,11 89:1
90:1 91:1 92:1
93:1 94:1,3 95:1
95:7 96:1 97:1
97:23 98:1 99:1
100:1 101:1,7
102:1 103:1
104:1,10 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1,8
114:1 115:1,16
115:19 116:1
117:1,10 118:1
119:1 120:1
121:1 122:1
123:1,15 124:1
124:17 125:1
126:1 127:1,11
128:1 129:1,25
130:1,23 131:1
132:1 133:1
134:1,11 135:1
135:22 136:1,5
137:1,4 138:1,11
138:20 139:1,17
140:1,19 141:1
142:1,8,14,19
143:1,4,6 144:1
145:1,3,15,19
146:1 147:1
148:1 149:1,9
150:1 151:1
152:1,15 153:1

153:23 154:1
155:1 156:1
157:1,3 158:1
159:1 160:1,23
161:1,14 162:1
163:1 164:1
165:1 166:1,17
167:1 168:1,12
169:1 170:1,18
171:1 172:1
173:1 174:1
175:1,13 176:1
177:1,19 178:1
179:1,8,13,20
180:1 181:1,4
182:1,12 183:1,5
184:1,5,23 185:1
186:1 187:1,5
188:1,14 189:1
190:1,11,13
191:1 192:1
193:1,17 194:1
194:10 195:1
196:1 197:1,9
198:1,7 199:1
200:1 201:1,14
202:1,10 203:1,4
204:1 205:1
206:1 207:1,5
208:1 209:1
210:1 211:1
212:1,13 213:1
214:1,20 215:1
216:1,5 217:1,17
218:1,7,20 219:1
219:19 220:1
221:1,19,22
222:1,12,24

223:1 224:1
225:1 226:1
227:1 228:1
229:1,4,11 230:4
230:11,14,25
232:5,20
**sample** 222:16
224:4,11 225:23
**sanofi** 5:6,6,7
**satisfactorily**
119:14
**save** 201:21
**saw** 65:19
111:19 178:17
178:21
**saying** 31:20,25
32:21 37:2
40:12 46:21
49:4 50:25
52:20 59:20
65:6,7 66:2,14
88:15,24 90:3
91:22 96:20,23
96:25 97:10,13
97:14,22 111:16
111:17,19,23
117:12 126:20
136:21 150:8,10
151:21 153:4
160:6 163:8
175:6 182:2
183:2 205:7,13
207:25 208:4,6,9
208:13 209:22
211:11 213:3,6
213:16,22
223:12

**says** 58:6 59:17
87:3 94:15
112:16 162:18
163:2 166:8
199:14 207:18
218:21 223:20
225:10
**scale** 216:13
**scatter** 47:23
82:4 174:24
**scattered** 73:22
174:12
**scatters** 80:6
**schachtman**
3:18,21
**schachtmanla...**
3:21
**scheme** 192:15
**scientific** 38:25
39:4 40:14
59:24 60:15
66:22 195:13
**scope** 134:17
137:23
**scottish** 57:11
**screen** 16:21
54:15 55:20
**scroll** 16:24
56:17 63:7 79:7
79:9 83:6 105:7
146:3 161:9
162:10 163:15
165:23,25
168:10 170:24
181:7,8,9 188:10
189:7 198:5
200:12 202:24
218:18 221:18

**scrolling** 161:7
**searches** 14:17
**second** 9:22
43:16,17 83:14
107:6,8,11
165:17 180:12
201:2 215:9
219:20 226:21
**seconds** 179:6
**section** 17:14
29:18 42:7,14
43:18 44:13
50:5 53:7 63:23
113:20,22 121:7
121:22 125:14
129:24 165:24
197:17 218:21
221:23
**see** 8:7 15:10
16:22,25 29:2,7
33:3 35:11 42:9
43:17,20 45:17
45:20 46:3
52:21,23 54:12
55:22 56:4 57:5
57:8,9,18,19
58:8,12,14 60:25
61:5,7 63:23
65:7 67:21
74:23 76:17
78:24 79:25
80:5 82:24
83:11 85:23
86:25 90:19
92:6 96:15,21
97:12 98:20
103:4,18,19
104:3 107:6

**[see - show]**

108:17 110:17
110:21,23
137:25 146:8
147:4,8 150:12
151:13 153:8
157:10 158:10
161:12,15,25
162:6,17,22
163:5,25 164:25
167:8,23 168:12
168:17 169:8
173:11 174:15
174:20,23
175:19 176:8,19
177:5 185:7,20
185:25 186:13
186:21 187:6,13
187:18,24
192:22,25 193:3
195:2 205:18
207:3 214:24,25
218:20,25 219:8
219:9,10,20,23
219:24 220:14
220:21 221:10
225:5,10,12
**seeing** 15:11
75:24 150:14
151:23 152:6
171:24 172:22
180:17 181:2,12
184:2,2 191:24
192:3,17 222:19
223:2,18
**seemingly**
226:23
**seen** 25:10,13,20
56:19 158:24

160:9 220:24
**segment** 126:8
126:20
**segments** 143:20
**segregated**
151:16
**select** 70:8
**selected** 166:9
219:4 226:15
**selection** 41:6
70:15
**sense** 20:13 34:6
71:10
**sensitive** 110:6
110:12
**sensitivity** 103:5
110:19 156:7,14
207:18
**sent** 13:21,23
131:19 138:21
**sentence** 63:24
68:13 70:6
83:15 90:9
91:19 108:17
111:22 198:12
199:14 200:25
201:2 215:2,7,9
216:12 223:20
223:24 227:25
**sentences** 166:7
**separate** 29:18
44:13 73:10
91:4 128:7
204:24
**separated**
151:15
**separating**
150:15,16

151:16
**serious** 192:24
**served** 131:3
**services** 5:7
**set** 105:4 156:10
197:24 231:8,18
**setting** 67:24
211:10 216:9,17
**share** 10:18,21
11:11 12:3
16:20 188:7
**sharing** 16:21
**sharon** 1:22 6:20
7:11 54:19
231:4,22
**sharon's** 136:12
**shb.com** 4:18,19
**sheehan** 4:17 8:5
8:7 9:16 10:6
11:15 12:4,18
16:19 17:2 23:8
38:10 53:21
54:4,13,18,22
55:2,7,12,19,21
56:23 57:2
62:20 63:4,11,21
78:18,21 88:4
93:25 100:14,20
101:3 108:9
115:5,15 124:9
132:2 135:2
136:9 137:10,14
137:20,25 138:5
138:9,16,19
140:8,18 143:2
143:10 144:22
145:12 150:4,18
151:7,18 153:19

159:16 160:15
160:19 163:11
164:10 167:16
168:7 169:2
170:9 173:2
176:12,23 177:7
178:13,15,20,25
179:8,17 181:3
182:10 185:12
186:4,17,25
187:4,11,22
188:23 189:4
190:7 191:5
192:9 193:22
194:14 195:17
197:3,17,21
198:7 199:10
200:6 201:16,22
201:23 202:8,9
202:15,23 203:3
204:13 214:16
221:4,22 222:10
222:22 223:10
224:13 225:18
228:14,17 230:4
**sheet** 232:2
**shook** 4:15
**short** 10:7 12:19
115:16 190:18
190:21 191:15
193:13 202:10
222:17 225:23
**shorter** 169:4
190:25 191:3
**show** 39:20
47:23 51:23
64:20 65:2 72:5
75:7 110:13

151:24 156:15
191:17 210:19
217:5 222:8
225:9
**showed** 66:7
71:8 109:18
110:15 113:15
147:10,11
199:16 209:2
222:7 228:7
**showing** 37:16
149:21 165:12
165:15 171:11
192:7,8,10
206:23
**shown** 146:4
148:21 150:7
151:9,22 152:11
182:18 199:15
**shows** 48:4,5
51:15 75:22
110:11 147:20
148:7 176:15
**side** 29:3 161:16
161:19
**signature** 16:25
228:19 231:21
**significance**
34:22 37:3
50:21 59:9 64:8
68:10 71:18
110:21 177:10
180:14 181:25
182:24 212:4
**significant** 30:8
30:16 31:7,16
33:7,18,25 34:14
35:2,6 37:14,21

43:2 46:11
47:24 48:7 49:6
52:24 59:8,19
60:16 64:21
65:8,20,24 66:8
68:20 70:9,19
71:6 73:18 96:2
96:16,21 97:6,20
98:20 99:8,14
101:6,20,25
102:3 105:16,21
105:25 106:6,13
106:22 109:2
111:5,14 112:2
112:15 113:11
113:15 114:15
121:15,24
123:19 125:18
126:7 127:3
128:17 147:12
159:4,9,25 172:7
172:11,16,23
173:14,17,22
174:17,22 176:5
180:8 181:13,14
181:20 182:3,7
182:17 183:14
183:22 185:24
186:10,15,24
187:10,21
188:17 189:13
189:17,20 190:3
192:23 193:2
208:23 209:17
212:17,23 213:8
213:10,20 214:8
214:9 223:18

**significantly**
30:19 35:5
71:15 147:17
199:16 208:19
220:6,9
**silent** 11:4
**similar** 22:14
87:11 88:17
104:22 107:25
108:24 147:10
148:10 177:4
227:3
**similarly** 20:5
151:11 152:4
170:4 176:8
199:13
**simple** 57:4
**simply** 194:2
**single** 32:22
66:24 114:21
207:6
**sit** 128:13
**site** 24:11
**sites** 36:18 69:13
**sitting** 123:16
**situ** 178:9
**situation** 34:25
72:2 191:18
217:15
**six** 180:5
**size** 67:24 110:3
222:16 224:4,11
225:23 226:15
**slight** 34:3,5,12
**slightly** 33:22
34:18 71:14
79:8

**slope** 78:8,12
79:6,13
**slopes** 78:13
81:16
**slow** 44:20
**small** 22:23
31:22 32:12,19
32:25 33:14
64:9 156:18
172:2 205:20
222:16 225:23
**smaller** 110:3
191:18
**smoking** 21:13
21:18,24 22:10
22:11,15,16
23:17,23 24:4,7
24:13,17,20 25:5
27:14 153:25
154:9,17 155:6
156:9,17 205:22
**smoother** 80:16
**solid** 181:25
**somebody** 16:20
**somewhat** 52:8
98:16 107:2
174:12 177:9
**sorry** 11:13 14:5
14:5,8 35:3
36:25 42:12,21
48:10 50:24
63:4 64:25 65:5
88:5 94:14 96:6
98:9 104:15
113:16 114:11
120:20 144:24
158:13,21
159:19,19 160:4

**[sorry - stipulate]**

165:9,16 169:21
169:24,25
178:11,12
185:17 186:6
192:10 193:23
200:13 201:4
221:19 223:2
225:20 228:4
**sort** 22:9 29:2
39:14 66:22
71:8 94:21
129:22 180:16
**sorts** 184:3
**sought** 122:16
**sound** 65:3
**sounds** 97:16
**source** 61:20
67:4 86:19
129:15
**sources** 14:13
62:9,10 102:11
196:3
**south** 2:17
**southern** 1:2
6:17
**spalding** 4:4
**spaulding** 3:7,8
**speak** 7:24
170:15
**speaking** 52:5,10
151:11 152:4
**special** 1:12
**specialist** 6:22
**specific** 97:5
116:17 152:17
152:21 155:11
195:13,14
212:24 214:7

223:3
**specifically** 26:7
40:20 114:13,19
117:2 122:5
125:24 130:18
132:6 170:16
178:5 198:9
222:13
**specified** 178:5
**speculation** 27:2
167:17
**spend** 132:22
133:2
**spent** 133:11
**spite** 48:13
**spoken** 134:6,7
**spot** 125:5
**spreadsheets**
140:5
**square** 81:8
**squared** 48:21
49:11,22 73:25
77:21 78:4
**srotman** 2:7
**stages** 138:25
169:10
**stand** 9:25 62:23
63:15 87:22
115:10 140:13
141:5 184:14
202:3 217:25
229:8
**standard** 31:20
59:23 62:6
70:13,14 103:25
118:16 153:2,7
**standards** 62:7

**stands** 123:13
**start** 76:14 85:21
146:12,13 148:9
223:14
**started** 7:15
**starting** 146:19
215:6
**starts** 91:20
198:12
**state** 1:10,25
46:9 70:6
200:16 220:4
222:5 224:20
225:8 231:6
**stated** 188:16
189:24
**statement** 61:3
75:6 104:17
111:9 112:6,14
112:21,24 113:3
114:12 205:15
**statements** 60:2
129:11,14
**states** 1:2 6:16
163:10
**stating** 138:14
224:23
**statistical** 34:22
37:3 47:20
50:21 52:12
58:7 59:4,13,15
59:16,18,22 60:4
64:7 67:12 68:5
71:17 99:2
110:21 159:18
174:25 177:10
181:24 182:24
211:13 212:4

222:18 224:5,11
225:24
**statistically** 30:8
30:16,19 31:6,16
33:17,25 34:13
35:5 37:14,20
47:24 48:7 52:8
52:24 59:7
64:20 65:8,20,23
66:7 68:20 70:9
70:18 71:6,14
73:18 96:2
105:15,20,25
106:5,12,21
113:11 114:15
121:14,23
123:19 126:7
128:16 159:3,9
159:25 172:22
173:13,17,22
174:16,22 176:4
180:7 181:14,20
182:3,7,17 183:3
185:24 186:10
186:15,23 187:9
187:20 188:17
189:12,17,20
190:2 192:22
193:2 208:19,23
209:17 210:2
212:23 213:20
**stay** 161:11
**stenographic**
6:25
**stephen** 133:25
**steven** 2:6
**stipulate** 7:3

**stomach** 24:20
121:10,15,24
204:3
**storage** 83:17
85:9 91:22
95:18,25 96:9,15
97:25 99:7
101:19 188:21
190:5
**street** 2:11,17
3:19 4:4,15 5:4
**strength** 21:3,6,9
21:11 226:21
227:19,21
**strengthening**
148:19
**strengths** 20:23
61:25 62:2,11,13
226:9,11 227:11
**strict** 48:2
**strictly** 84:6
**strong** 114:2
**strongest** 114:21
**strongly** 41:2,2
201:7 224:21
**studied** 84:5
155:25 185:4
**studies** 17:20
18:2,4 19:3,9
20:10 23:5 33:5
37:9 38:5,5 39:7
39:10,12,19,23
58:23 59:11
62:12 68:19
69:12,22,25
70:15 86:21
89:13 103:6,21
110:5 115:23

117:4 118:18,22
126:16 143:11
147:9 148:14,15
148:16,20,22
152:17,21
155:17,21,21
178:3 180:17
192:13 193:19
193:20 196:2,2
206:21 214:25
215:2,6,11,18
216:2,25 217:3
222:2,6,14 223:3
223:5 225:9,15
225:21 226:2
227:14
**study** 13:14
14:23 17:10,15
18:6,9,18 19:2
19:18 20:3,24
21:12,17 27:14
27:21 28:4,7,11
39:25 41:17
44:14 53:7,11,14
57:11 58:4 59:3
61:9,12 64:8,19
65:9,12,14,22
66:7,24 67:6,7
67:13,16,22,24
68:3,4,8 69:17
69:17,20,21 73:5
73:9 74:8,21
83:17 84:2,2,17
85:10,20,21,24
86:2,5,13,16,23
87:15 88:13,14
88:17 89:3,5,7
89:14,18 90:5,13

90:14 91:6,24
92:5,15,15,20,25
93:11 94:11
96:22 97:4,5,7
97:20,25 98:18
99:5,13,19,23,25
101:25 102:4,5
103:7,8,9,17
104:8 105:5
107:5 109:10
110:11,23 111:4
120:11 121:14
122:15 126:5,9
126:10 128:15
142:23 143:7,9
143:15 144:12
144:19 147:8,10
147:14 148:25
153:8 154:3,8
155:15,22,24
156:10 157:14
157:24 158:9
161:15 164:8
168:16 170:15
170:19 171:20
177:21,23 178:2
179:15 180:3,9
180:22,23
183:11,24
184:20 189:2,16
190:6,15,18,19
191:4,14,22,23
192:21 193:12
194:5,8 197:13
201:6 202:16,17
203:10,17 206:5
207:15,20,21
209:10 212:24

212:25 213:4,7
213:13 214:12
214:13,15,24
216:11,14,20,21
216:25 217:9,12
217:16 221:18
221:23,24 222:6
222:13 223:9,25
224:3,8,10,21
226:3,4,8,9,9,21
227:5,7,19,21,23
230:16
**subanalysis**
45:19
**subgroup** 105:5
113:6 166:13
203:16 204:9
209:5 219:10
**subject** 112:13
226:25
**subjects** 21:5
84:4 149:8
166:10
**submitted** 132:9
139:2,7 142:19
**subscribed**
229:14 232:21
**subsequent**
216:15
**subset** 109:24
110:6 112:7
179:13
**substantial** 33:9
126:19 155:5
193:11 227:19
**substantially**
181:23 192:12

subtracted 77:15
successfully
155:18
sufficient 67:25
215:24 217:6
sufficiently
73:21 103:15
suggested
139:23
suing 56:3
suite 2:5,12 4:5
4:16
summarizes
134:8
summary 130:19
217:8,15
superior 1:10
supplement
100:18
supplemental
9:9 15:15,22
16:5,8,14 17:3
17:13 20:20
46:24 47:4 63:5
73:9 76:13 85:7
88:10 101:13
121:2,6 129:25
131:17,24 132:5
132:7,12,20
134:12,21 137:7
137:13,16
138:24 139:20
139:25 142:20
179:23 180:21
182:13 183:7,18
197:10,16,19
198:2 230:10

supplementary
116:15
supplemented
100:13
support 50:10
70:7 201:7
216:25
supported 71:7
114:10 148:3,3
211:15 215:16
supporting
216:3
supportive 68:22
70:25 104:4
supports 224:21
suppose 37:2
205:6
supposed 94:5
suppressant
104:22
suppressants
25:6 26:12
suppressive
215:19
sure 7:23,24
11:5,25 20:14
29:22 36:14
62:20 79:9
97:14 111:20
115:7 128:3,6
138:8 149:9
170:11 178:19
179:7 206:10
swear 7:8
swearing 7:5
sworn 7:10
229:14 231:8
232:21

symptoms 7:20
26:20 127:20
systematic 61:20
szumla 3:10,11

t

t 94:16 142:2
230:7
table 41:15,20
41:21,22,24
43:10 49:6
76:23 82:10,24
83:3 105:9,11
157:6 160:3,6
161:4 162:11,12
170:20,24
171:13,21
175:10,12,14
181:9,10,13
182:18 186:20
209:9,12,24
210:9,16,18
tablet 86:7,11
taiwanese
157:25
take 9:2 28:9
30:2 62:16,18
94:24 96:13,20
97:2,19 99:6
101:20,23 104:6
105:10 115:5
128:6 140:25
144:11 157:6
160:22 175:18
179:6 180:5
184:12 188:16
189:25 190:10
217:22 226:4

taken 1:20 62:3
114:23 192:19
talk 14:6 27:8
47:16 72:23
talked 98:24
talking 23:4
45:23 58:17
60:11,13,14 73:4
96:22 97:18
100:19 108:7,12
109:22 112:6,12
112:17 122:4
144:16,17
talks 114:17
tech 5:17
technical 39:15
127:18
technique
103:17 153:7,14
153:16 226:23
techniques 40:5
104:25
telephone 11:2
tell 42:24 133:18
134:10 193:5
telling 127:8
194:8
ten 190:20
tend 37:10,12
103:3
tendency 34:12
34:19 35:21
36:3,20 160:2
term 35:3 39:4
39:17 40:4,13
109:3,9 111:6
112:3 190:16,18
201:8 216:13

224:23
**terminology**
48:3
**terms** 22:14 34:9
36:22 67:20
69:3 82:19
91:25 93:22
116:18,22
122:25 148:10
150:15 157:3
160:11 161:14
165:13 168:13
174:14 175:19
177:19 180:20
183:17 188:14
189:9 191:23
193:18 199:22
209:23 225:8
226:17
**test** 21:25 149:7
156:22 207:18
**testified** 7:12
145:3 151:12
209:15 212:13
**testify** 100:21
**testifying** 100:20
137:6 138:13
**testimony** 8:20
20:18 32:16
35:19 96:18
120:2 182:5
229:3 231:7,10
**testing** 84:19
**tests** 211:13
**text** 209:25
**tfinken** 2:14
**thank** 8:3,13
44:22 47:15

140:21,24
142:10 145:16
202:8 203:2
216:5 217:17,20
218:8 222:25
228:12
**thing** 8:24 22:3
33:16 59:11
66:14 72:4
77:10 102:19
103:11 126:11
148:6 161:13
164:3 206:22
217:12 227:6
**things** 14:11
22:9 31:9,15
43:6 51:7 65:4
69:3 120:8
124:16 125:2
133:9 147:19
172:15 175:5
185:18 192:15
217:10
**think** 9:4 11:4,19
20:9,11 32:3,17
33:12 34:23
35:9,11 36:23
37:7,21 41:16
46:20 48:11,11
52:6,15,19 56:6
56:12 60:5
61:14 65:18,25
68:25 69:5,16
84:22 89:23
91:19 92:11
93:7,16 94:14,22
94:25 95:4
96:19 97:12,13

102:17 109:15
112:5 116:3,4
123:23 125:22
126:11,12,18
130:6 134:7
135:6 139:17
140:3 152:25
153:3,3 155:20
157:22 158:11
178:23 180:4
181:25 182:25
189:6 205:12
206:20 207:11
207:12 209:21
209:22
**third** 3:4 173:20
180:9
**thought** 36:25
91:6 144:24
202:21
**three** 57:22
65:16 76:21
99:16 134:4
136:22 146:14
183:13,15
**threshold** 96:24
102:24 214:6
**throw** 76:15
**time** 6:8 14:21
14:21,24 21:8
23:7 51:17
62:18 74:24
75:4,23 76:10,15
97:2,18 98:17
124:18 132:15
132:22,25
134:11,13
136:10 140:6,10

140:19,21,22
145:25 146:19
146:20,22
147:10,12
151:17 152:3,10
153:11 169:12
171:7 184:12
191:2 201:20,21
203:11,20
204:24 205:23
216:16 228:12
229:8,9
**times** 134:5
**title** 1:12 55:23
**titled** 218:21
**today** 6:22 8:20
11:2 13:3 14:7
123:16 128:13
140:21
**today's** 229:3
**told** 14:25 15:5,6
134:19
**tom** 4:17 8:7
38:8 47:15
62:17 78:16
**tools** 66:25
**top** 20:20 65:14
65:15 76:16
78:8 98:8,10,16
124:3,16 125:3
152:20 165:7,9
200:13 219:18
**total** 229:4
**totally** 125:4
**tox** 196:2
**tracy** 2:13 134:6
**transcript** 94:15
231:9

treat 127:15,17
treated 117:24
  154:14 155:7
  157:18 201:13
  225:3
treating 154:24
treatment
  146:18 194:3
tremendously
  98:17
trend 47:24 48:6
  48:7,13,14,17
  49:16,22 73:22
  74:24 172:17
trends 46:12
  223:19
trouble 206:7
true 21:16 23:24
  24:3 52:17,18
  66:11 76:7
  81:25 98:2
  104:16 106:18
  111:9 129:4,16
  148:22 203:25
  205:24 231:9
truism 167:25
truthful 8:19
try 14:6 112:21
  128:24 129:10
  129:14 179:10
trying 9:19
  19:13 33:12
  37:22 42:22
  90:12 99:23
  125:2 185:17
  211:19,24
  213:18 214:2,3

tsheehan 4:18
tuesday 6:8
turn 11:4 102:9
  170:18 199:12
  200:9
turned 123:6
two 76:21 86:21
  90:21 99:15
  117:23 125:7
  134:4 136:10
  143:19 146:14
  166:7 172:14
  193:25 204:11
  204:20 217:10
  225:21
type 39:2 51:11
  52:4 130:11
  208:15
types 117:4
  148:22

**u**

u.s. 5:6 56:2
uk 56:11,13
  92:10,16,21
  93:23
unaware 93:12
  93:14
uncertainty
  82:18
unclear 73:7
  137:4 138:12
underlie 216:2
underlying 91:8
  116:9 196:21
understand 8:15
  23:19 31:25
  32:4 35:18

48:16 58:16
  72:7,9 76:2
  77:13 86:5
  90:11,12 96:12
  100:14 130:24
  134:9 152:18
understanding
  82:11 107:24
understood
  36:15 69:24
  78:5,5 110:25
  150:9 153:14
  212:11,11,12
  217:17
undertake
  216:11 217:11
undertakes
  29:19
undertook
  216:20 217:9,16
  222:5
undisturbed
  48:14
unexpectedly
  169:9
unexposed 43:23
  46:7 200:18
unimportant
  120:8
unit 6:12
united 1:2 6:16
units 229:5
unprofessional
  129:13
unpublished
  84:18
unquote 19:18
  19:24 20:6

36:12
unrelated
  139:20
untreated 29:18
  29:25 31:10
  32:5 154:14
  155:7 157:8
  159:14 162:18
  162:21 198:17
  210:10
updated 95:5
  100:17 101:6
  142:21 230:13
updating 180:20
upper 36:4,7
usa 4:8
usage 45:24
  46:11
use 17:17,21,23
  18:15,21 24:2
  25:21,25 26:10
  27:21 41:25
  42:3,25 43:12
  44:25 45:8
  50:20 52:25
  54:6 57:15 58:4
  58:10 59:4
  64:16 66:9,9
  69:18,25 74:10
  75:11 77:4
  91:23 94:20
  98:19 99:5,20
  104:12,13 109:4
  109:9,14 110:9
  110:24 111:6
  112:3,8 113:12
  114:16 115:21
  116:7,8,16,16

117:2,3 118:4,4
118:17 119:3,4
119:22,23 120:3
120:4 121:19
122:6 123:9
125:11 127:4
130:8 135:9,13
148:15,15
153:12 154:2,10
155:15,15,22
156:10 159:13
162:19 165:14
165:16,20
166:14,25
167:12 168:24
169:13,17 182:6
190:4 199:24
200:4,19 201:9
203:6 207:7
211:2 214:9
215:15 216:15
219:12,25
220:20,25
224:23 227:15
227:16,16,16
230:19,21
**user** 219:4
**users** 29:8,9
30:12,13 43:19
60:21,22 61:10
61:11 105:12,17
105:22 106:23
106:24 108:25
112:23,23
121:16 143:14
143:14,17,18,19
143:23,23 144:3
144:3 146:11,12

149:17,19,25
150:3,25 151:2,5
151:6 152:8,9
157:9 158:16,17
158:19,23
161:15,19,22
162:3,5,5,19,20
163:2,4,9,20,21
163:22,24 164:6
164:7,14,15,18
164:24 165:5,8
165:10 166:10
166:18 169:18
175:16,16,19,22
175:25 176:2,20
176:21 186:14
186:22 187:8,20
201:11,12
208:12 225:3
**usual** 70:12
**utilize** 42:18
**utilized** 111:3

**v**

**vague** 193:22
**valid** 32:19
114:23
**validate** 207:19
208:2
**validated** 86:19
**value** 31:21
48:21 49:9,11,16
49:22 79:6
82:25 106:3
116:18 172:6
175:2 186:11
198:21,23,25
199:3

**values** 47:23
48:17 49:5,6,21
80:2 81:20
82:22 175:2,8
**variability** 47:21
48:5
**various** 35:10
120:11 134:5
149:5 157:20
158:4 196:3
**vary** 194:21
**varying** 149:2
**verifiably**
110:14
**veritext** 6:23
10:18 11:10,11
12:11 229:6
232:2
**versus** 29:17,24
43:24 49:8 93:8
112:23 116:7
117:2,20 119:3
119:22 120:4
125:24 127:4
143:23 148:15
150:13 155:15
159:13,14
160:18 163:20
203:16 227:16
**video** 6:9,13,21
7:4
**videoconference**
1:21
**videographer**
5:16 6:5 9:18,23
10:3 12:13,15
62:21,25 63:14
63:18 87:21,25

115:8,12 140:11
140:15 141:3
142:4 184:13,16
201:25 202:5
217:23 218:3
229:2
**videotaped** 1:19
135:21 230:24
**view** 204:6
**virtue** 21:21
**visible** 169:16
172:18

**w**

**w** 7:9
**walk** 171:9
**wang** 9:8 13:14
14:23 15:11,16
16:2 17:10
19:18 20:24
26:2 27:14,21
28:4,6,10 41:17
48:3,18,20 49:5
49:17 50:16
63:24 64:4,19
65:9,12,22 66:4
66:7 67:7,13,16
68:22 70:14,17
70:25 73:5,9
74:8 76:23 80:9
81:18 82:10
83:17 84:2,17
85:9,18,20,24
86:5,12,16,23
87:12 88:13,17
89:3 90:4,13
91:5,24 92:5,25
93:11 97:25

**[wang - years]**

99:5,13,19,25
104:8 105:4
107:5,20 109:7
111:4 121:14
122:8,15 135:16
142:22 143:7,9
143:12 144:12
144:19 146:4
147:8 154:3,8
157:4 161:15
168:14 170:22
178:4 179:15
180:22 184:3,20
185:4 191:23
195:4 197:13
202:16 203:10
206:5 207:12
208:6 213:4,7,13
214:12,15,15
216:7 222:13,20
224:6,19 225:14
228:2 230:16,22
**want** 11:15,20
15:4 19:8 23:6
32:11 47:17
48:12 50:24
53:22 56:20
64:24 76:4 83:4
90:11 94:24
97:17 100:25
103:19 104:7
105:8 124:6,9
129:10,20
131:13,17 136:4
137:3 139:14
140:6 149:10
152:24 165:17
170:20 200:11

216:8
**wanted** 7:15
15:9 55:5 79:20
94:4 178:18
210:5
**wants** 11:17
**way** 19:16 22:25
32:20 51:22
72:17 80:3
81:24 87:7 92:2
100:3,4 113:7
116:4 117:9
118:25 120:17
120:21 130:25
145:4,10,19,21
155:13 156:4,24
221:10 231:15
**ways** 39:7 60:22
61:12 120:23
145:24
**we've** 98:23
113:4 120:12
155:20 183:22
221:8 227:21
**weakness** 21:17
62:9 224:3,10
**weaknesses**
20:23 61:25
62:3,13 223:5
224:7
**weight** 41:10
66:25 195:21
**weighted** 115:20
**weiss** 2:11
**went** 149:2
206:6
**whereof** 231:17

**wide** 226:16
**widely** 37:4 39:4
40:13,15
**withdraw**
145:18 190:12
**witness** 7:5,8 8:3
11:13,22 12:2
23:10 179:6
207:13 230:3
231:7,11,17
232:5
**witty** 16:6 23:3
148:18 162:12
163:7 168:19
170:13
**witty's** 160:24
**wondering**
124:19
**word** 165:18
**words** 13:6
35:21 80:6,13
112:8 191:17
**work** 19:10
134:14 139:3
**workable** 92:7
**workers** 92:16
92:21,22 93:10
**world** 98:18
199:4 201:6
213:14 224:20
224:22
**worse** 147:17
**worth** 46:20
118:15 180:11
181:19
**worthy** 31:18
**write** 17:6,15
44:23 50:7

68:14 83:15
85:14 107:10
108:22
**wrong** 35:3
54:23 134:10
160:5,6
**wrote** 17:8 64:4
90:4 111:4

**x**

**x** 1:4,9,11,16
227:16 230:2,7

**y**

**y** 227:16
**yeah** 12:6 36:2
44:17 65:6
89:25 90:10
94:18 112:5
124:14,24 129:7
136:20 137:10
138:8 139:21
166:8 171:2
173:18 178:15
185:16 204:5,7
204:16 205:14
210:6
**year** 65:13 95:21
98:11,16 109:21
181:17 182:2,6
182:19 183:2
192:3,6 228:10
**year's** 181:18
**years** 21:9,11,11
65:16 67:8,9
95:25 96:13
98:5,6,14 99:16
101:5,20,23
146:15 164:8

**[years - zoom]**

171:4 180:5
183:13,15
188:16 189:25
190:20,20
226:20
**yellow**   164:23
**yoon**   226:4
**york**   1:25 3:5,5
3:15,15,20,20
231:6 232:2

**z**

**zantac**   1:5 6:14
55:25 86:7,11
194:13 232:3
**zero**   34:6 146:20
193:4
**zoom**   1:21 10:13
10:17,21 133:9
134:3 161:11

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

# EXHIBIT
# 756

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |
|---|---|

**THIS DOCUMENT RELATES TO:**
**ALL ACTIONS**

## NOTICE TO TAKE VIDEOTAPED DEPOSITION OF ANDREW GALE SALMON, M.A., D. Phil., C.Chem., M.R.S.C.

PLEASE TAKE NOTICE that Defendants Boehringer Ingelheim Pharmaceuticals, Inc., GlaxoSmithKline LLC, Pfizer Inc., Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc. ("Noticing Defendants"), by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 26 and 30 and agreement of the parties, will take the deposition of Andrew Gale Salmon, M.A., D. Phil., C.Chem., M.R.S.C. as indicated below:

| DEPONENT | DATE & TIME | LOCATION |
|---|---|---|
| Andrew Gale Salmon, M.A., D. Phil., C.Chem., M.R.S.C. | October 25, 2022<br>9:00 am PT /<br>12:00 pm ET | Veritext Zoom Conference<br>Please email zantac@veritext.com if you plan to attend this deposition to receive the secure link. |

PLEASE TAKE FURTHER NOTICE the oral videotaped deposition of Andrew Gale Salmon, M.A., D. Phil., C.Chem., M.R.S.C. will be taken before Veritext, or any other notary public or person authorized by law to take depositions, via video or internet video conference technology. The deposition shall be recorded by stenographic recording and videotaping. The witness, questioning and defending attorneys, and documents will be recorded by video.

PLEASE TAKE FURTHER NOTICE that this deposition is being taken for purposes of discovery, for use at trial, or for any other purpose for which it may be used under applicable law.

1



PLEASE TAKE FURTHER NOTICE that in connection with the taking of the deposition, the deponent shall produce the items described in Exhibit A on or before **October 21, 2022.**

This 19th day of October, 2022

/s/ *Thomas J. Sheehan*
Thomas J. Sheehan
SHOOK HARDY & BACON LLP
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
Tel: (212) 779-6101
Fax: (716) 919-6155
tjsheehan@shb.com

*Attorney for Defendants GlaxoSmithKline LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this October 19, 2022, a true and correct copy of the foregoing NOTICE TO TAKE VIDEOTAPED DEPOSITION OF ANDREW GALE SALMON, M.A., D. Phil., C.Chem., M.R.S.C. was served this day on counsel for Plaintiffs via electronic mail to Michael McGlamry (mmcglamry@pmkm.com), Tracy Finken (tfinken@anapolweiss.com), and the email address zdiscovery@pulaskilawfirm.com, pursuant to Pretrial Order # 45 in this MDL.

/s/ *Thomas J. Sheehan*
Thomas J. Sheehan

## Exhibit A

## DEFINITIONS

"COMMUNICATION(S)" shall mean and refer to any written or oral exchange of information by any means including, but not limited to, verbal expression, gesture, writings, DOCUMENTS, language (machine, foreign, or otherwise) of any kind, computer electronics, email, netbooks and laptops, sound, radio, or video signals, telecommunication, telephone, teletype, facsimile, telegram, microfilm or by any other means. "Communications" also shall include, without limitation, all originals and copies of inquiries, discussions, conversations, correspondence, negotiations, agreements, understandings, meetings, notices, requests, responses, demands, complaints, press, publicity or trade releases and the like that are provided by Dr. Salmon or to Dr. Salmon by others.

"DOCUMENT(S)" in this notice means (1) every medium upon or within which data or information can be transmitted, received, permutated, stored or destroyed and (2) that in fact, contains requested data or information at the time Plaintiffs' counsel receives this notice; except that "document(s)," in no event, shall be construed more narrowly than the broadest meaning it has under the Federal Rules of Civil Procedure.

"SUPPLEMENTAL REPORT" means Dr. Salmon' Supplemental Report dated October 4, 2022 [DE 6041-4].

"WANG STUDY" means the study identified on page 1 of the SUPPLEMENTAL REPORT ("Wang C-H, I-I Chen, Chen C-H, and Tseng Y-T. (2022). Pharmacoepidemiological Research on N-Nitrosodimethylamine Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study. Int. J. Environ. Res. Public Health 19, 12469.").

## REQUESTS

PLEASE TAKE NOTICE that the following documents are requested to be produced on or before **October 21, 2022**:

1.     All DOCUMENT(S) setting forth or referring to, in whole or in part, the data or other information considered by Dr. Salmon to prepare the SUPPLEMENTAL REPORT, other than the citations in the SUPPLEMENTAL REPORT.

2.     All DOCUMENT(S) reflecting any analysis of the WANG STUDY not already covered by Request #1.

3.     Any and all documents, including but not limited to billing statements, billing records, employee records, time sheets, and/or invoices, that reflect the amount of time spent or amount of compensation received for Dr. Salmon' work relating to the SUPPLEMENTAL REPORT, including any retainer that Dr. Salmon has requested or been paid.

4.     Any and all documents, including but not limited to billing statements, billing records, employee records, time sheets, and/or invoices, that reflect the amount of time spent or amount of compensation received for Dr. Salmon's work since his last invoice on March 31, 2022.

4

5.     Any and all COMMUNICATION(S) between Dr. Salmon and the authors of the WANG STUDY.

6.     Any and all COMMUNICATION(S) between Dr. Salmon and the publishers, editors, or reviewers of the WANG STUDY.

7.     Any and all COMMUNICATION(S) between Dr. Salmon and Dr. Charles Davis, Dr. Mira Hidajat, Dr. Jennifer Le, Dr. Michael Marletta, Dr. Ronald Melnick, Dr. Paul Michaels, Dr. Patricia Moorman, Dr. Anne McTiernan, Dr. Ron Najafi, Dr. Dipak Panigrahy, Dr. Zal Phiroz, or Dr. Errol Zeiger related to the WANG STUDY.

8.     Any and all annotated copies of the WANG STUDY prepared by, or reviewed by, Dr. Salmon.

9.     Any and all COMMUNICATION(S) or DOCUMENT(S) exchanged between Dr. Salmon and third-parties to the extent those COMMUNICATION(S) or DOCUMENT(S) relate to the WANG STUDY.

10.     Any and all drafts of the WANG STUDY reviewed by Dr. Salmon, including but not limited to unpublished drafts, pre-publication drafts, and embargoed drafts.

11.     Any and all results and analyses related to the WANG STUDY reviewed by Dr. Salmon which are not otherwise available in the final and official publication.

12.     Any and all DOCUMENT(S) containing any calculations or other analyses of "increment in OR/mg," "mean slope," or square of the correlation coefficient ("$R^2$"), generated by Dr. Salmon in connection with his review of the WANG STUDY.

13.     Any and all DOCUMENT(S) containing mathematical formulas Dr. Salmon used to calculate or analyze "increment in OR/mg," "mean slope," or square of the correlation coefficient ("$R^2$"), in connection with his review of the WANG STUDY.

14.     Any and all DOCUMENT(S) containing any calculations or other analyses of NDMA exposure in the ranitidine groups of the WANG STUDY generated by Dr. Salmon in connection with his review of the WANG STUDY.

15.     Any and all DOCUMENT(S) containing any calculations or other analyses generated by Dr. Salmon in connection with his review of the WANG STUDY not already covered by Requests #12-14.

# EXHIBIT 757

# EXHIBIT D

Exhibit
0002

Dr. A. Salmon 10-25-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION *THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 2924 20-MD-2924 |

# SUPPLEMENTAL REPORT

# ANDREW GALE SALMON M.A., D.PHIL., C.CHEM., M.R.S.C.

Date: October 4, 2022

Andrew Gale Salmon M.A., D.Phil., C.Chem., M.R.S.C

Wang C-H, I-I Chen, Chen C-H, and Tseng Y-T .(2022).  Pharmacoepidemiological Research on N-Nitrosodimethylamine Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study.  Int. J. Environ. Res. Public Health **19**, 12469.

Wang et al. (2022) report a population-based cohort study of cancer among ranitidine users.  55,110 patients who received ranitidine between January 2000 and December 2018 were identified from the Taiwan National Health Insurance Research Database.  These were statistically matched to an equivalent number of non-ranitidine users in consideration of age, sex, comorbidity index, and comorbidities, including hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, and chronic kidney disease, and the index date.  The total doses for each ranitidine prescription during the follow-up period were determined as the number of defined daily doses (DDDs) where one DDD of ranitidine was 300 mg/day (per WHO).

Patients prescribed ranitidine at least 90 DDDs (treated with 300 mg ranitidine daily for 3 months) were assigned to the ranitidine cohort, whereas those who never used ranitidine belonged to the non-ranitidine cohort.  Patients younger than 40 years, with a cancer diagnosis before the index date, ranitidine use <90 DDDs, or follow-up less than 1 year were excluded from the cohort.  The index date for each ranitidine user was defined as the date of their first prescription, and for their corresponding matched comparison group, the index date was set to that of their matched individual with ranitidine use.  All patients' prescriptions, diagnostic outcomes, and deaths were ascertained from their index date to until December 31, 2018.  The follow-up period (mean ±SD) was 9.56 ± 5.96 (median: 8.42) years for the ranitidine cohort and 9.70 ± 5.96 (median: 8.58) years for the non-ranitidine cohort.  Parallel groups of ranitidine users and famotidine users (N= 35269) were also identified in the cohort.

A multivariate analysis of observed outcomes was performed using several standard methodologies and sensitivity analyses to evaluate the reliability of the results.  The ranitidine cohort showed a significantly higher prevalence of liver cancer (1.1% vs. 1.3%; p = 0.012), gastric cancer (0.4% vs. 0.5%; p = 0.037), and lung cancer (1.0% vs. 1.2%; p = 0.033) and a higher overall cancer rate (8.0% vs. 8.5%; p = 0.001) than the non-ranitidine cohort.  The ranitidine cohort showed a non-statistically significant higher prevalence of esophageal cancer (0.1% vs. 0.2%) and no increased prevalence for bladder cancer (0.3% vs. 0.3%).  Ranitidine use was associated with increased cumulative incidence rates for overall cancer [Hazard ratio (HR) 1.10; 95% CI, 1.06–1.15], liver cancer (HR, 1.22; 95% CI, 1.09–1.36), gastric cancer (HR, 1.26; 95% CI, 1.05–1.52), pancreatic cancer (HR, 1.35; 95% CI, 1.03–1.77), and lung cancer (HR, 1.17; 95% CI, 1.05–1.31) compared with non-ranitidine use.  14 other cancers were examined for which statistically significant associations with ranitidine use were not observed, although for some an elevated central estimate of the hazard ratio was reported (including findings for bladder cancer of HR, 1.06; 95% CI, 0.86-1.30 and esophageal cancer of HR, 1.27; 95% CI, 0.95-1.70).

Incidence of liver cancer showed a relationship with cumulative dose of ranitidine (as number of DDDs prescribed). This dose response is very clearly shown below and in the statistics presented by the study authors. Cumulative exposure in DDDs or mg was estimated based on mean values for each group (with the top group mean estimated based on the reported group ranges for the other groups).

| DDD range L | DDD range H | DDD median | Dose mg | OR | increment in OR/mg |
|---|---|---|---|---|---|
| never | | 0 | 0 | 1 | 0 |
| 90 | 180 | 135 | 40500 | 1.03 | 7.407E-07 |
| 181 | 270 | 225.5 | 67650 | 1.12 | 1.774E-06 |
| 271 | 360 | 315.5 | 94650 | 1.26 | 2.747E-06 |
| 361 | 450 * | 405.5 | 121650 | 1.42 | 3.453E-06 |

*estimated
1 DDD = 300 mg
mean slope   3.4949E-06
$R^2$   0.89662

The increment in OR for liver cancer per mg of cumulative exposure varies from $7.407 \times 10^{-7}$ for the 90 to 180 DDD group to $3.453 \times 10^{-6}$ for the >360 DDD group. There was an overall linear correlation between dose and odds ratio for liver cancer (mean slope = $3.5 \times 10^{-6}$, $R^2$ = 0.90).



A dose response is also shown by the data for gastric cancer, although this trend shows more scatter than that for liver cancer, potentially due to the lower incidence of gastric cancer (0.48 per 1000 person years) compared to liver cancer (1.35 per 1000 person years). Nevertheless, an overall trend is clearly discernable in the data:

| DDD range L | DDD range H | DDD median | Dose mg | OR | Increment in OR/mg |
|---|---|---|---|---|---|
| never | | 0 | 0 | 1 | 0 |
| 90 | 180 | 135 | 40500 | 1.26 | 6.42E-06 |
| 181 | 270 | 225.5 | 67650 | 1.13 | 1.922E-06 |
| 271 | 360 | 315.5 | 94650 | 1.27 | 2.853E-06 |
| 361 | 450* | 405.5 | 121650 | 1.33 | 2.713E-06 |

\*estimated

| | |
|---|---|
| 1 DDD = | 300 mg |
| mean slope | 2.32983E-06 |
| $R^2$ | 0.68898 |

The increment in OR for gastric cancer per mg of cumulative exposure varies from $1.92 \times 10^{-6}$ for the 181 to 270 DDD group to $6.42 \times 10^{-6}$ for the 90 to 180 DDD group. There was an overall linear correlation between dose and odds ratio for gastric cancer (mean slope = $2.3 \times 10^{-6}$, $R^2$ = 0.69).



Users of ranitidine also showed higher incidence of liver cancer than users of famotidine in the paired comparison of these two groups of users (adjusted HR, 1.22; 95% CI, 1.06–1.40, p = 0.005). Incidence of liver cancers was also elevated in users of ranitidine compared to non-users without proton pump inhibitor use (adjusted HR, 1.16; 95% CI, 1.04–1.30, p = 0.006). Comparison of other cancer risks for users of ranitidine versus users of famotidine is as follows: esophageal cancer (adjusted HR, 1.19; 95% CI, 0.82-1.72), gastric cancer (adjusted HR, 1.19; 95% CI, 0.95-1.49), pancreas cancer (adjusted HR, 1.25; 95% CI, 0.90-1.73) and bladder cancer (adjusted HR, 1.03; 95% CI, 0.80-1.33).

3

The strengths of this study include the matched cohort design, large number of subjects and long duration of follow-up (median of 8.3 years and up to 18 years). The fact that the database from which the subjects were identified, and the survey of demographic, health and prescription use data were obtained, are part of a large national system covering a high proportion of the population of Taiwan is also a strength, making unbalanced selection of subjects from the general population unlikely. Unlike many previous studies of ranitidine use this study used a relatively objective and quantitative measure of cumulative exposure, based on the DDDs reported in the prescriptions received by the ranitidine users. Although still subject to some limitations such as partial compliance with prescriptions and over-the-counter use, these are much less problematic than broad categorical dose measures. Additional limitations included alcohol consumption and smoking data were not available, although given the carefully matched control group the chance of an extensive impact of these uncertainties may be small. The authors present a thorough and cautious statistical analysis using a variety of standard methodologies, and their findings for liver and gastric cancer are consistently supported in these analyses which is why I give this study greater weight.

**Dose-response**

The dose response relationship reported for liver and gastric cancer risk provides additional evidence to support the consistency and dose response Bradford Hill factors for these cancers. Of the previously described studies, Cardwell et al. (2021) is the other study which found statistically significant cancer incidence and dose response associated with use of ranitidine and bladder cancer, which also used the DDD as a quantitative dose measure (though it reported results for longer exposures of 1-3 years and more than 3 years). These new results by Wang et al. are an important further demonstration of the causal association between use of ranitidine containing NDMA and cancer.

The Cardwell et al. study found that at only 3 years of ranitidine usage (of 300 mg per day) there is a statistically significant increased risk of bladder cancer. The Wang study found that at only 1 year of ranitidine usage (of 300 mg per day) there is a statistically significant increased risk of liver cancer and gastric cancer. There are Zantac users who have used Zantac for at least 1 year or at least 3 years. Therefore, this study supports the conclusion that Zantac can cause cancer at doses ingested by the U.S. population.

4

In this case researchers observed consistent overall results for ranitidine users vs. non-users. This supports the conclusion based on a reasonable degree of scientific certainty that the cancer risk seen in ranitidine users is the consequence of the presence of the carcinogen NDMA in the ranitidine (which is absent from famotidine and PPIs), rather being related to the indication for medication use.  In fact, that is precisely what the study authors concluded on page 12 after considering different alternative explanations: "However, the clear data from our real-world observational study strongly support the pathogenic role of NDMA contamination, given that long-term ranitidine use is associated with a higher likelihood of cancer development in ranitidine users compared to the control groups of non-ranitidine users who were treated with PPIs or famotidine."

Comparison of the dose of NDMA expected from ranitidine use in the study by Wang et al. with that from occupational exposure in the study by Hidajat produce broadly consistent estimates. Based on Emery's overall average NDMA content after consumer storage, the Wang study evaluated median cumulative exposure of 2.5 mg NDMA in the highest exposure group, finding an increased risk of the incidence of liver cancer of 42%. Hidajat's reference group (quartile I) had a similar median NDMA amount, meaning no increased risk would be detectable based on the study design.  But moving from quartile I to quartile II (8.7 mg median), the mortality risk increased by 53% (almost, but not quite, statistically significant), and quartile III (15 mg median) had an increased mortality risk of 96%.  The risk increases are not directly comparable, since the Hidajat study is of mortality which is necessarily a less sensitive measure of impact than the incidence reported by Wang.  But these increases are broadly consistent, since the higher amount of NDMA in Hidajat produced a larger increased risk than the lower NDMA amount in Wang (and Hidajat's risk increase may have been larger still had it measured incidence rather than mortality).  Wang found elevated odds ratios for bladder cancer (1.06) and esophageal cancer (1.27), but these did not achieve statistical significance in that study, likely due to the small number of cancer cases.  For these cancers, my analysis relies on the alternative studies which provide statistically significant results (such as Keszei and Hidajat), although the observations by Wang are supportive rather than contradictory.

**Associations**

This study makes an important contribution to the data on cancer associated with ranitidine use.  The significant associations observed in this study, and especially the positive dose-response relationships demonstrated for liver and gastric cancer, provide further direct support for my earlier conclusion based on a reasonable degree of scientific certainty that liver, gastric and pancreatic cancer are consequences of the exposure to the NDMA breakdown product in ranitidine.  This is based on a review of the animal studies and mechanistic data on NDMA, review of epidemiological studies of NDMA exposure via occupational or dietary exposure, review of prior studies of ranitidine use, and measurement of NDMA levels in ranitidine initially and following handling and storage.

**Bradford Hill**

Further to my analysis of stomach cancer in relation to NDMA and ranitidine exposures according to the Bradford Hill methodology in my March 28, 2022 Report ("Report" which I will not duplicate here), the new finding by Wang et al. provide additional compelling evidence to support the strength and consistency of this association since it not only finds a statistically significant increase in overall stomach cancer in ranitidine users, but also demonstrates a dose response relationship which is a key finding in the Bradford Hill scheme of interpretation. This finding is also consistent with the reported findings of stomach cancer associated with NDMA exposure in various dietary studies and in the occupational study by Hidajat et al (2019), and the extensive data on animal carcinogenicity and mechanism of action for NDMA.

Similarly, when reviewing the evidence for liver cancer according to the Bradford Hill criteria discussed in my Report, the findings by Wang et al. add further compelling evidence to support the strength and consistency of the evidence for liver cancer, in that they found both a statistically significant increase in overall cancer incidence, and a very clear dose response relationship with ranitidine use. This is consistent with the dose response for liver cancer seen with occupational exposure to NDMA by Hidajat et al. (2019) and with the extensive data on animal carcinogenicity and mechanistic studies of NDMA.

Another influential finding by Wang et al. is of an association between pancreatic cancer and ranitidine use (HR, 1.35; 95% CI, 1.03–1.77). This adds further strength and consistency to my Bradford Hill analysis for pancreatic cancer discussed in my Report. In comparison to the studies assessing the association of pancreatic cancer and ranitidine discussed in my Report, the statistically significant finding by Wang et al. is an important addition to the data set. They were not able in this case to demonstrate a clear dose response, possibly due to the number of cases (121 in the ranitidine users), which is less than half the number of gastric cancers and less than one fifth of the liver cancer cases. The numbers for the higher doses in the pancreatic cohort were so low that p values were 0.682, 0.816 and 0.358 respectively indicating that the size of the cohort was too small to see a clear effect.

The evaluation of the association between bladder cancer and ranitidine use according to the Bradford Hill criteria in my Report relied, inter alia, on data from the Cardwell study which demonstrated a significant association and dose response for bladder cancer among ranitidine users. The study by Wang reported a modest increase in cases of bladder cancer in ranitidine users (181 vs. 177 in controls) but this was not statistically significant. The low number of overall cases, and the relatively high rate of bladder cancer in the controls compared to some of the other sites analyzed, possibly contributed to this study not having the power to demonstrate an effect. These limited data were not analyzed for dose response by the study authors. Nevertheless, this non-positive finding cannot be interpreted as evidence for lack of an effect of the NDMA in ranitidine on bladder cancer, and does not detract from my earlier conclusions.

Wang et al. report an increase in overall cases of esophageal cancer (101 vs. 82 in controls). This did not achieve statistical significance (HR = 1.27, 95% CI 0.95- 1.70, p = 0. 107), possibly

due to the relatively small number of cases observed at this site in Wang's cohort. The authors did not attempt to calculate a dose response relationship for this endpoint. Although these limited findings on esophageal cancer are not definitive in isolation, they are supportive of the finding in my Report that based on the Bradford Hill principles ranitidine use is associated with esophageal cancer, based on associations and dose response observed in epidemiological studies of ranitidine use, and in dietary and occupational studies of NDMA exposure.

# EXHIBIT

# 758

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY
LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES*

MDL NO. 2924
20-MD-2924

UPDATED RULE 26 EXPERT REPORT OF
ANDREW GALE SALMON M.A., D.PHIL., C.CHEM., M.R.S.C.

**Exhibit
0003**

Dr. A. Salmon 10-25-22

Date: March 28, 2022

Andrew Gale Salmon M.A., D.Phil., C.Chem., M.R.S.C

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

# Contents

Re Zantac:.......................................................................................................................................... 1

Remit ............................................................................................................................................... 1

Qualifications and Experience.......................................................................................................... 1

Questions that I Have Been Asked to Address................................................................................. 2

Methodology for Risk and Causality Assessment ........................................................................... 3

Summary of Opinions....................................................................................................................... 4

Introduction ..................................................................................................................................... 5

Carcinogen identification and mechanisms of action ..................................................................... 5

    Characteristics of cancer.............................................................................................................. 7

Key steps in risk and causality assessment for carcinogens .......................................................... 8

Bradford Hill Considerations for Causality.................................................................................... 10

Types of evidence for carcinogen causal assessment.................................................................... 11

    Human studies: epidemiology, ecological studies and case reports ......................................... 11

    Animal studies ........................................................................................................................... 13

    Supporting evidence: genetic toxicity, mechanistic studies...................................................... 15

Inference guidelines and classifications of carcinogens ............................................................... 17

    "The agent is carcinogenic to humans (Group 1) ...................................................................... 17

    The agent is probably carcinogenic to humans (Group 2A)....................................................... 18

    The agent is possibly carcinogenic to humans (Group 2B)........................................................ 18

    The agent is not classifiable as to its carcinogenicity to humans (Group 3) ............................ 19

Exposure Assessment..................................................................................................................... 19

    The exposed individual .............................................................................................................. 19

    Media and routes of exposure ................................................................................................... 20

    Duration of exposure ................................................................................................................. 22

Dose Response Assessment ........................................................................................................... 23

Risk characterization ..................................................................................................................... 24

Risk assessment for NDMA ............................................................................................................ 25

    Overall evaluation of NDMA as a human carcinogen: summary ............................................... 27

Mechanisms of toxicity and carcinogenesis by NDMA .................................................................. 28

    NDMA Metabolism and Bioavailability ...................................................................................... 30

NDMA Animal Studies.................................................................................................................... 31

Route of Administration ................................................................................................................. 32

    a. Oral Administration................................................................................................................ 32

    b. Inhalation or intratracheal administration ............................................................................ 37

    c. Subcutaneous and/or intramuscular administration............................................................. 37

    d. Intraperitoneal administration .............................................................................................. 40

Factors that modify carcinogenicity in animals ............................................................................ 41

Humans are found to have a higher sensitivity to NDMA's carcinogenic effects than laboratory animals46

Epidemiology of NDMA cancer effects. ......................................................................................... 48

    Studies of NDMA exposure – occupational environment ......................................................... 49

    Other Occupational Rubber Worker Studies.............................................................................. 56

    Other studies of diet and cancer incidence ............................................................................... 98

    Summary of findings in NDMA epidemiological studies ............................................................ 99

i

Comparison of trends with NDMA exposure across studies .................................................. 104
Consolidated Slopes .............................................................................................................. 127
Dose-response for cancer following NDMA exposure: animal studies and epidemiological evidence ... 132
Evaluation of causality for NDMA and the NDMA in ranitidine as a human carcinogen .................... 133
Epidemiological studies of ranitidine use and the relationship with NDMA exposure ......................... 134
Review of Epidemiological Studies of Ranitidine use .................................................................. 138
Relationship between NDMA carcinogenicity and ranitidine exposure .............................................. 160
Nitrosation and mutagenicity studies of ranitidine. ...................................................................... 162
Mutagenicity Publications ......................................................................................................... 170
GSK Carcinogenicity Studies ..................................................................................................... 172
Metabolism and pharmacokinetic studies of ranitidine .................................................................. 172
Ranitidine Metabolism ............................................................................................................. 173
NDMA presence or formation related to ranitidine treatment. ......................................................... 175
Evaluation of evidence for causal relationship between ranitidine use and cancer ............................. 178
Bladder cancer ....................................................................................................................... 180
Strength and consistency of the observed associations ................................................................ 180
Consistency of Association. ..................................................................................................... 181
Temporality. .......................................................................................................................... 182
Coherence. ............................................................................................................................ 182
Biological Plausibility. ............................................................................................................. 182
Dose-Response. ..................................................................................................................... 184
Specificity. ............................................................................................................................. 184
Experimental evidence. ........................................................................................................... 184
Analogy ................................................................................................................................. 185
Stomach cancer ...................................................................................................................... 186
Strength and consistency of the observed associations ................................................................ 186
Consistency of Association. ..................................................................................................... 189
Temporality. .......................................................................................................................... 189
Coherence. ............................................................................................................................ 189
Biological Plausibility. ............................................................................................................. 189
Specificity. ............................................................................................................................. 190
Experimental evidence. ........................................................................................................... 190
Analogy ................................................................................................................................. 190
Esophageal cancer .................................................................................................................. 192
Strength and consistency of the observed associations ................................................................ 192
Consistency of Association. ..................................................................................................... 193
Temporality. .......................................................................................................................... 193
Coherence. ............................................................................................................................ 194
Biological Plausibility. ............................................................................................................. 194
Dose-Response. ..................................................................................................................... 194
Specificity. ............................................................................................................................. 194
Experimental evidence. ........................................................................................................... 195
Analogy ................................................................................................................................. 195
Pancreatic cancer ................................................................................................................... 196
Strength and consistency of the observed associations ................................................................ 196
Consistency of Association. ..................................................................................................... 198
Temporality. .......................................................................................................................... 198
Coherence. ............................................................................................................................ 198

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Biological Plausibility. ................................................................................................................... 198

Dose-Response. .............................................................................................................................. 199

Specificity. ..................................................................................................................................... 199

Experimental evidence. ................................................................................................................. 199

Analogy .......................................................................................................................................... 199

Liver cancer ........................................................................................................................................ 200

Strength and consistency of the observed associations ............................................................... 200

Consistency of Association. ........................................................................................................... 201

Temporality. ................................................................................................................................... 201

Coherence ...................................................................................................................................... 202

Biological Plausibility. ................................................................................................................... 202

Dose-Response. .............................................................................................................................. 202

Specificity. ..................................................................................................................................... 202

Experimental evidence. ................................................................................................................. 203

Analogy .......................................................................................................................................... 204

Predicted Impact of NDMA contamination of ranitidine........................................................................ 205

FDA NDMA Testing................................................................................................................................. 206

GSK NDMA Testing and Root Cause Analysis.......................................................................................... 207

GSK Found NDMA in all Ranitidine Samples Tested ..................................................................... 208

RCA Confirms NDMA is Generated from Degradation of the Ranitidine Molecule ........................ 208

RCA Confirms Temperature and Relative Humidity are Significant Factors Impacting the Rate of NDMA Formation in Drug Substance and Drug Product................................................................................ 208

Testing from Other Ranitidine Manufacturers Finds NDMA in Their Ranitidine Products...................... 208

Dr. Reddy's..................................................................................................................................... 208

Sanofi ............................................................................................................................................. 208

BI & Uquifa ..................................................................................................................................... 209

Uquifa ............................................................................................................................................ 209

Comparison and effects of measured NDMA levels in ranitidine medications ....................................... 210

References ............................................................................................................................................. 224

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Re Zantac:

Remit

Qualifications and Experience

I have both a first degree and a doctorate from the University of Oxford, U.K. which has been recognized as one of the top research universities in the world.  Following this I worked as a postdoctoral research scientist at the University of California, in the Lawrence Berkeley Laboratory, on a cancer research-oriented project directed by Nobel Prize winner Prof. Melvin Calvin.  I then worked for several years at the Central Toxicology Laboratory of Imperial Chemical Industries (a multinational chemical company, now restructured), studying mechanisms of action and metabolism of carcinogens and industrial chemicals.  On leaving that post I returned to academia, initially as a research fellow at University College London's School of Medicine and then as a Lecturer in Industrial Toxicology at the London School of Hygiene and Tropical Medicine.  During this latter period, I conducted several experimental studies on industrial chemicals.  These included some experiments on effects of methyl isocyanate, in collaboration with colleagues who were investigating the aftermath of the Bhopal gas leak disaster in India.

I then moved to California to work on public health risk assessment, in the department now identified as the Office of Environmental Health Hazard Assessment (OEHHA) within the California Environmental Protection Agency.  During my 31 years employment there I initially worked in the group undertaking cancer risk assessments for the Proposition 65 program, and was then appointed as Section Chief of the group doing health risk assessment for the Air Toxics Hot Spots and Toxic Air Contaminants (TAC) programs. This included advising the California State Attorney General's office in connection with legal challenges to the TAC program's risk assessment for diesel exhaust.  I spent the last six years as a Scientific Advisor to the Director of OEHHA.  In this position I was tasked with advising various program staff on particularly challenging or controversial risk assessment problems and working with the Director's office in developing technical policy recommendations.  I also was the OEHHA contract manager and technical contributor for a series of research contracts with the University of California at Berkeley and Davis which examined hormonal disruption by chemicals found in the California environment.  The techniques used include advanced methods in vivo, in vitro and in silico (molecular docking).

During my time working for OEHHA I also worked with the staff developing the Public Health Goals (PHGs) for the Drinking Water Program.  In a considerable number of cases I provided advice, calculation methods and specific calculations which were used in these reports.  I was the editor and joint author for the tetrachloroethylene PHG published in 2001.

1

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Following my retirement from the OEHHA in September 2019, I have worked as a consultant, acting as a peer reviewer of documents for government agencies such as US EPA, contributing to reports by the US Surgeon General and Health Canada, and consulting as an expert witness in legal matters, in three of which I have been deposed[1].

My list of publications (Attachment A) includes 122 items – letters and papers published in academic journals, conference presentations with peer reviewed abstracts, and chapters in technical books.

My fee schedule for work on the present case is $450 per hour, plus any direct expenses.

Questions that I Have Been Asked to Address:

The following topics will be addressed in this report:

1. General description of cancer causation by chemicals and approach for identifying such chemicals
2. Key steps in risk and causality assessment for carcinogens:
    a. Risk assessment framework
    b. Types of evidence
    c. Inference guidelines and classification of carcinogens
    d. Exposure assessment
    e. Dose-response assessment
    f. Risk characterization
3. Risk and Causality Assessment for NDMA
    a. Mechanisms of toxicity and carcinogenesis by NDMA
    b. Animal evidence of NDMA carcinogenesis.
    c. Epidemiology of NDMA cancer effects
    d. Dose response assessment for studies with quantified exposure
    e. Description and analysis of studies of NDMA exposure

---

[1] The three cases in which I was deposed over the last four years include:

1. Lucia Lucas Barragan as special administrator of the estate of Hector Lopez v. Terra Contracting, Inc.; Oatey Supply Chain Services, Inc. in the Eighth Judicial District Court, Clark County, Nevada in 2016/2017.

2. Benny M. Rodriguez v. Union Pacific Railroad·et al. in the Superior Court for the State of California, County of Los Angeles (Case No. 18STCV01662) in December 2020.

3. Gary Garner, personal representative for the estate of Melvin Garner v. BNSF Railway Company, f/k/a Burlington Northern and Santa Fe Railway Company et al. in the Superior Court for the State of California, County of San Bernardino (Case No. ClVDS1720288) in February 2021

2

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

      f.   Comparison of trends with NDMA across studies

4.  Epidemiological studies of Ranitidine use

5.  Estimation of anticipated human health risks of exposure to NDMA as a degradant of ranitidine.

All of my opinions are held to at least a reasonable degree of scientific certainty.

## Methodology for Risk and Causality Assessment

The methods I have used in addressing the objectives of this report are standard methods used in risk/causality assessment and evaluation relied on in scientific research and regulatory actions relating to carcinogenesis and public health.  These methods are the same as those I relied upon when working on environmental public health issues in my previous employment by the State of California's Office of Environmental Health Assessment.  They are laid out in publicly available guidance documents from public agencies such as U.S Environmental Protection Agency and the State of California, and from advisory bodies such as the National Academy of Sciences and the World Health Organization's (WHO) International Agency for Research on Cancer (IARC).  I refer to and quote from these guidance documents as appropriate throughout this narrative.  The general principles of risk assessment which I use are summarized in Figure 2 (page 12) which is based on the guidance of the National Academy of Sciences.

In evaluating associations found in experimental and epidemiological studies, I rely on the principles laid out by Bradford Hill for causality, which are summarized in this report.  A key principle in all this guidance is to consider and analyze the overall weight of the of the evidence, rather than relying exclusively on one particular finding or interpretation.  I have employed the same methodology that I use as a toxicologist to make the risk and causality assessment in my Report that I have routinely in the various positions I have held as a toxicologist.  This is consistent with the methodological approach applied by toxicologists in the field in conducting risk and causality assessments, and which I have utilized during my 30+ years of experience.  I have used this principle in all my considerations of the evidence for NDMA carcinogenicity and the effects of the NDMA on individuals who are exposed to it in their ranitidine use.   I conducted an independent review and assessed the available scientific literature including human epidemiologic studies, meta-analyses, animal cancer studies, clinical and non-clinical studies, mechanistic studies and data including evaluating and assessing how chemicals, specifically NDMA, cause cancer.  In reviewing the available scientific and medical literature, I used unrestricted keyword searches of public literature databases such as the National Library of Medicine's PubMed database, and checked citations and cross-references and guidance documents.  I have also requested and reviewed documents produced in the litigation including GlaxoSmithKline's (GSK) animal studies, nitrosation studies, toxicological studies, and internal document, Pfizer's, Boehringer Ingelheim's (BI), and Sanofi's internal documents, and other relevant documents, and these have also informed my review and analysis.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Mathematical assumptions and modeling approaches used in this analysis are described in detail in the sections where they are applied.  These are standard methods in regular use for risk assessment and scientific causality analysis. I have calculated the toxicological dose-response assessment based on the epidemiological diet and occupational studies with the corresponding NDMA measurements in ranitidine taken by the FDA, GSK, Sanofi, BI and Emery Pharma.  I have conducted a risk and causality assessment and applied a weight of the evidence approach and used the Bradford Hill viewpoints to determine if NDMA and specifically the NDMA in ranitidine can cause cancer. In my analysis, I evaluated literature that investigates the association between NDMA and the NDMA in ranitidine and cancer including bladder, breast, colorectal, esophageal, kidney, liver, lung, pancreatic, prostate and stomach cancer.  In my review, I have carefully considered studies the have found positive associations and those that have not; and have evaluated the reliability of the studies by assessing the studies' designs, methodology, limitations, and reporting of results.  I have evaluated and weighed each study, and detailed my findings and assessments of the literature and studies in this report.  Using a weight of the evidence methodology, and applying my education, training, and experience, I have considered and synthesized multiple lines of scientific data, studies and other relevant evidence in reaching my conclusions in this case.

Based on this, I conclude to a reasonable degree of scientific certainty that NDMA and specifically the NDMA in ranitidine can cause bladder, esophageal, liver, pancreatic and stomach cancer.  While I reviewed evidence about the connection between NDMA and the NDMA in ranitidine and other cancers, I do not believe the evidence is sufficient to reach a conclusion about causation on the other cancers at this time.

Summary of Opinions

1. NDMA is a genotoxin and a carcinogen, for which there is strong evidence of carcinogenicity in animals at multiple sites, strong mechanistic evidence and, recently, sufficient evidence in humans that demonstrates that NDMA can cause cancers at multiple sites.
2. Experimental studies show that NDMA is a multi-site carcinogen in multiple animal models.
3. Experimental and epidemiological evidence and analysis show that the dose-response for carcinogenicity following exposure to NDMA is linear with the cumulative dose received over a lifetime.  This is consistent with the regulatory guidance applicable to all carcinogens except for those few chemicals for which contrary evidence exists.
4. NDMA is a human carcinogen.
5. My causation opinions are based on considering the multiple lines of evidence discussed in this Report, including the human studies of NDMA and of ranitidine, dietary and occupational NDMA studies, animal studies, non-clinical and clinical studies, and related mechanistic data and studies, and applying the Bradford Hill guidelines to reach a causation judgment.
6. Tumor sites seen for human NDMA exposure and ranitidine use show substantial consistency, subject to the limitations of the available evidence.

4

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

7. Although interspecies concordance of tumor sites is not necessarily expected, the sites of tumors seen in rodents and other animals treated with NDMA are consistent with the sites of tumors in humans with NDMA exposure.

8. Ranitidine has been found to degrade to form NDMA exogenously as a breakdown product due to time, heat and relative humidity and during storage and transit.

9. NDMA is also formed in the stomach by reaction of ranitidine with dietary nitrite under certain physiological conditions and with consumption of meals and specifically nitrite-rich meals.

10. Some food types contain NDMA. NDMA can be formed by reaction of nitrite with various amine precursors. This happens in a food item during processing and also in the stomach when nitrite (or nitrate, which may be reduced to nitrite by bacterial action) is ingested.

11. Epidemiological studies of human exposure to NDMA in the diet or through occupational exposure provide a consistent pattern of elevated risk from exposure to NDMA, consistent with cancer causation, at several sites and indicate the dependence of tumor incidence on dose in these situations.

12. Dose-response has been demonstrated, where the levels of NDMA in ranitidine formulations, as discussed in my Dose Response section, are sufficient, based on the NDMA testing results of the FDA, Defendants and Emery Pharma, and comparable to NDMA exposure in dietary studies, the Hidajat study and Cardwell to lead to an increased risk of bladder, esophageal, liver, pancreatic and stomach cancer.

13. Based on the levels of NDMA reported by Emery Pharma and FDA to occur in ranitidine medications both as supplied and after storage under conditions simulating consumer handling, it appears that users of ranitidine were exposed to levels as great or greater than the levels observed to cause bladder, esophageal, liver, pancreatic and stomach cancer in people exposed to NDMA.


Introduction

Carcinogen identification and mechanisms of action

Cancer is a disease which, in its many forms, is a major cause of mortality and morbidity in the human population. Only cardiovascular disease (heart attacks, strokes etc.) and lung diseases (other than lung cancer) have greater impacts. Considerable effort has therefore been directed to understand how this disease starts, how it progresses, and what treatments are available to cure it or reduce its impact. In order to further these aims it is necessary to understand the events and processes which give rise to cancer. The basic definition of cancer is the appearance of a tumor composed of cells which, unlike the normal cells of the body, grow and divide in an uncontrolled way. The tumor may cause medical problems just due to its increase in size and interference with the normal function of the organ within which it has appeared. These aberrant cells also show characteristic properties such as loss of the normal specialized architecture of the tissue from which they originate, and the ability to invade surrounding tissue and to break free and travel around the body to set up additional tumors (metastases) at remote sites. The extent to which these altered properties appear is dependent on the nature

5

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

of the cell from which the tumor originated, and on the severity of the individual case: it is often observed that tumor cells appear initially in a relatively unmodified form other than the excess growth, but over time additional changes occur resulting in the tumor cells becoming invasive (intruding into surrounding tissues) and metastatic.  The medical consequences in these later stages are correspondingly more severe, often becoming fatal unless treatment to remove the aberrant cells is successful.

Studies of the genetics of both normal cells and tumor cells have shown that cell growth regulation is achieved by means of certain regulatory genes, some of which promote cell division when activated and others suppress it.  These genes work together and with other physiological signals such as hormones to achieve the proper balance of cell growth and division.  Some tissues such as blood cells, skin and the lining of the intestine normally show steady, controlled growth and cell division to replace older cells which die by apoptosis.  Other tissues divide steadily during infancy and childhood, but in the adult the organs reach a preferred size and then cell division mostly stops, with cells adopting specialized forms which do not divide further (this is referred to as "differentiation").  In these tissues the ability to divide is confined to the "stem cells" which are normally quiescent (i.e., inactive) but may divide to replace cells which die as a result of injury or ageing.  This finely balanced mechanism is complemented by processes which identify and remove cells which become infected or damaged.

In cancer this regulation of cell division and differentiation is disrupted, and genetic analysis of tumors shows that mutations occur in those critical regulatory genes, disrupting the control processes and allowing uncontrolled cell division.  These regulatory genes are often referred to as "proto-oncogenes", and their mutated forms are called oncogenes, or cancer-causing genes.  It is generally observed that tumors, at least in their earlier stages, are clonal, in other words all the tumor cells are descendants of a single modified cell.  It is also usually observed that several mutations are necessary to overcome the tight control of the cell division process to the point where uncontrolled division occurs[i].  Once this point is reached additional mutations occur which lead to further changes in cell behavior which are seen as invasion, metastasis, and other signs of tumor progression.

In the later stages of development of tumors, the mechanisms ensuring fidelity of replication of the genes during division often become disrupted, increasing the rate of appearance of mutations and other genetic changes including those related to the appearance of tissue invasion and metastasis.  There are many processes in the cell which prevent or reverse genetic damage or cause the cell to shut down and die if it is damaged in this way, so it is rare for a potential tumor-founding mutation to escape these.  But it does happen occasionally, resulting in cancer.  One of the unique features of cancer is that although it may occur in response to a number of exposures or conditions, it very often does not: the appearance of a medically detectable tumor is a random or "stochastic" process which cannot be predicted in any

6

individual case.  It can however be described in terms of the risk, or the rate of appearance of the tumor across a large population of potential sufferers.

It has been known for decades that exposure to certain chemicals is a contributing cause for cancer.  Such chemicals are referred to as carcinogens, and extensive work has been devoted to identifying them and understanding their mechanisms of action. In initial discussions about the role of chemical carcinogens there were attempts to estimate the percentage of human cancer which were caused by chemical exposure[ii].  More recently it has been realized that individual cases of cancer are the result of a number of different factors, some being external including exposure to chemicals and some being internal factors including genetics and health status[iii]. This is illustrated in Figure 1.  On this basis, an actual case of cancer does not have a single exclusive cause but instead is multi-factorial, and can be shown by epidemiological and other studies that exposure to carcinogenic chemicals, for instance in the diet, drinking water, medicines, the general environment or workplace, is a substantial contributor to the risk of cancer among individuals thus exposed.[iii]

*Figure 1. Higher vs. lower cumulative disease risk of hypothetical individuals at a single point in time based on combinations of multiple risk factors. (From McHale et al., 2018)*

## CUMULATIVE RISK

**HIGHER** ◀━━━━━▷ LOWER

| HIGHER | | LOWER |
|---|---|---|
| **HIGH** | Level of chemical exposure | LOW |
| **>30 (Obese)** | BMI | ≤ 25 (Normal) |
| **LOW** | Essential nutrients in diet | HIGH |
| **YES** | Smoker | NO |
| **HIGH** | Psychosocial stress level | LOW |
| **Chronic** | Current infection | NO |
| **LOW (poor)** | Material wealth | MODERATE |
| **Familial** | Genetic susceptibility | LOW |
| **HIGH** | Pharmaceutical intake | LOW |
| **YES** | Recreational drug use | NO |
| **LOW (e.g. HIV+)** | Immunity | NORMAL |

Characteristics of cancer

Studies of carcinogenic chemicals have revealed a characteristic range of properties which are associated with cancer causation, which are related to either direct mutagenic action, amplification of background mutation rates, impacts on regulatory processes of division or repair[iv] or a combination of these factors.  A summary of these characteristics of carcinogens is shown in the table below.  These characteristics are not all seen for all carcinogens, but typically a carcinogen would show several of them: which characteristics are seen in a particular case will provide guidance as to the probable mechanism of action for that carcinogen.  Any of the 10 characteristics in this table could interact with any other (e.g., oxidative stress, DNA damage,

7

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

and chronic inflammation), which when combined provide stronger evidence for a cancer mechanism than would oxidative stress alone.

*Key characteristics of human carcinogens.  (from Smith et al., 2016)*

| Characteristic | Examples of relevant evidence |
|---|---|
| 1. Is electrophilic or can be metabolically activated | Parent compound or metabolite with an electrophilic structure (e.g., epoxide, quinone), formation of DNA and protein adducts |
| 2. Is genotoxic | DNA damage (DNA strand breaks, DNA–protein cross-links, unscheduled DNA synthesis), intercalation, gene mutations, cytogenetic changes (e.g., chromosome aberrations, micronuclei). |
| 3. Alters DNA repair or causes genomic instability | Alterations of DNA replication or repair (e.g., topoisomerase II, base-excision or double-strand break repair) |
| 4. Induces epigenetic alterations | DNA methylation, histone modification, microRNA expression |
| 5. Induces oxidative stress | Oxygen radicals, oxidative stress, oxidative damage to macromolecules (e.g., DNA, lipids) |
| 6. Induces chronic inflammation | Elevated white blood cells, myeloperoxidase activity, altered cytokine and/or chemokine production |
| 7. Is immunosuppressive | Decreased immunosurveillance, immune system dysfunction |
| 8. Modulates receptor-mediated effects | Receptor in/activation (e.g., ER, PPAR, AhR) or modulation of endogenous ligands (including hormones) |
| 9. Causes immortalization | Inhibition of senescence, cell transformation |
| 10. Alters cell proliferation, cell death or nutrient supply | Increased proliferation, decreased apoptosis, changes in growth factors, energetics and signaling pathways related to cellular replication or cell cycle control, angiogenesis |

Abbreviations: AhR, aryl hydrocarbon receptor; ER, estrogen receptor; PPAR, peroxisome proliferator–activated receptor

Key steps in risk and causality assessment for carcinogens
(Portions of this section are quoted or modified from my published chapter on Risk Assessment for Chemical Carcinogens[v], and other sources where cited).

The National Academy of Sciences/National Research Council [vi] presented their analysis "Risk Assessment in the Federal Government: Managing the Process" in 1983.  Although risk assessment methodology has developed in various ways since[vii, viii], that publication remains a critical landmark in the development and formalization of risk assessment procedures in the United States.  The broad principles and procedures laid out in this publication remain the basis of most risk assessment activity in the United States at the Federal and State level.

Drawing on various earlier academic analyses, and on experience with risk assessment particularly within the U.S. Environmental Protection Agency (EPA) and the U.S. Food and Drug Administration (FDA), this document provides a summary of the key steps in risk assessment.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Risk assessment is a stage in the overall process of evaluation and regulatory control of a hazardous material or situation.  It is preceded by a phase of research and measurement to provide data as input to the assessment process and is followed by a risk management phase in which technical options for mitigation or elimination of the risk are considered along with other social and economic factors, leading to eventual practical and/or legal action.  The key steps of the risk assessment process are Hazard Identification, Exposure Assessment, Dose-Response Assessment and Risk Characterization.  These key steps are illustrated in Figure 2.

*Figure 2 Key steps in risk assessment (based on NRC, 1983).*

| RESEARCH | RISK ASSESSMENT | | RISK MANAGEMENT |
|---|---|---|---|
| Laboratory and field observations of adverse health effects and exposures to particular agents | Hazard Identification (Does the agent cause the adverse effect?) | | Development of regulatory options |
| Information on extrapolation methods for high to low dose and animal to human | Dose-Response Assessment (What is the relationship between dose and incidence in humans?) | Risk Characterization (What is the estimated incidence of the adverse effect in a given population?) | Evaluation of public health, economic, social, political consequences of regulatory options |
| Field measurements, estimated exposures, characterization of populations | Exposure Assessment (What exposures are currently experienced or anticipated under different conditions?) | | Agency decisions and actions to prevent or mitigate the risk |

9

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

## Bradford Hill Considerations for Causality

There has been extensive discussion of the decision processes which will support causality, i.e., the determination that an observed effect is actually caused by an observed process or event. This particularly relates to epidemiological data and is also relevant to interpretation of animal studies.  Most scientists including toxicologists, epidemiologists and others utilize the factors for causality established by epidemiologist and statistician Sir Austin Bradford Hill (1965)[ix]. Using these principles, the factors used to assess causality have been laid out in various risk assessment guidance documents from public agencies.  These are not to be used as a mechanical checklist, but rather as a set of considerations to frame an analysis of available studies and evidence leading to a judgment regarding whether an exposure is a likely cause of a disease.  The above 9 factors are the Bradford Hill guidelines- for a causality assessment.  As noted above, a judgment of causation does not require that all of these 9 considerations are met.  The below chart summarizes the Bradford Hill considerations used for assessing causality.[x]

Table 2. EPA aspects to aid in judging causality.

| Aspect | Description |
|---|---|
| Consistency of the observed association | An inference of causality is strengthened when a pattern of elevated risks is observed across several independent studies. The reproducibility of findings constitutes one of the strongest arguments for causality. If there are discordant results among investigations, possible reasons such as differences in exposure, confounding factors, and the power of the study are considered. |
| Coherence | An inference of causality from one line of evidence (e.g. epidemiologic, controlled human exposure [clinical], or animal studies) may be strengthened by other lines of evidence that support a cause-and-effect interpretation of the association. The coherence of evidence from various fields greatly adds to the strength of an inference of causality. In addition, there may be coherence in demonstrating effects across multiple study designs or related health endpoints within one scientific line of evidence. |
| Biological plausibility | An inference of causality tends to be strengthened by consistency with data from experimental studies or other sources demonstrating plausible biological mechanisms. A proposed mechanistic linking between an effect and exposure to the agent is an important source of support for causality, especially when data establishing the existence and functioning of those mechanistic links are available. |
| Biological gradient (exposure–response relationship) | A well-characterized exposure–response relationship (e.g. increasing effects associated with greater exposure) strongly suggests cause and effect, especially when such relationships are also observed for duration of exposure (e.g. increasing effects observed following longer exposure times). |
| Strength of the observed association | The finding of large, precise risks increases confidence that the association is not likely due to chance, bias or other factors. However, it is noted that a small magnitude in an effect estimate may represent a substantial effect in a population. |
| Experimental evidence | Strong evidence for causality can be provided through ''natural experiments'' when a change in exposure is found to result in a change in occurrence or frequency of health or welfare effects. |
| Temporal relationship of the observed association | Evidence of a temporal sequence between the introduction of an agent, and appearance of the effect, constitutes another argument in favor of causality. |
| Specificity of the observed association | Evidence linking a specific outcome to an exposure can provide a strong argument for causation. However, it must be recognized that rarely, if ever, does exposure to a pollutant invariably predict the occurrence of an outcome, and that a given outcome may have multiple causes. |
| Analogy | Structure activity relationships and information on the agent's structural analogs can provide insight into whether an association is causal. Similarly, information on mode of action for a chemical, as one of many structural analogs, can inform decisions regarding likely causality. |

Source: US EPA (2013a, Table I).

Bradford Hill causal factors are guidelines for assessing whether a causal association exists between a factor and a disease, rather than hard-and-fast rules.  As to strength of the

10

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

association factor, Sir Austin Bradford Hill advised "[W]e must not be too ready to dismiss a cause-and-effect hypothesis merely on the ground that the observed association appears to be slight.  There are many occasions in medicine when this is in truth so." (Bradford Hill 1965).[xi] And for example, on the specificity factor he raised, one-to-one relationships are infrequent. Sir Bradford Hill utilized smoking and multiple types of cancer as an example to demonstrate why the importance of specificity when analyzing causation should not be over-emphasized. (Bradford Hill 1965).

In providing his landmark assessment of causality, Hill specifically stated that none of his "nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*."  The viewpoints were different objective factors to consider when making a subjective scientific judgment on a causal effect.  Sir Bradford Hill and later commentators have indicated that a determination of causality is a pragmatic conclusion rather than an absolute verdict, and advocate that these criteria should be seen as "deductive tests of causal hypotheses".

Hill expressly warned that too much focus is spent on statistical significance and the value of P such that "no significant difference" was dangerously being interpreted as "no difference" and thus a reasonable approach is necessary to interpret the data and weigh the evidence "whatever the value of P."  While a helpful reminder regarding the effects of chance, the value of P and statistical significance is not a threshold that must be reached. (Bradford Hill)

Regulatory decision making relies on these criteria to support decision making (quoting OEHHA's Hot Spots program guidelines[xxii], which exemplify the scientific consensus on this aspect of risk and causality assessment methodology), but their application relies on expert and informed scientific judgment rather than a "check the boxes" approach.

## Types of evidence for carcinogen causal assessment

Human studies: epidemiology, ecological studies and case reports
The initial step in characterizing the risk of cancer causation, as applied in this investigation, is hazard identification.  Hazard identification requires chemicals that present a potential carcinogenic impact on human health to be identified.  Therefore, the ideal hazard identification relies on studies in humans by which the nature and extent of the hazard may be demonstrated.  In a few situations, such as clinical trials of experimental drugs that may benefit the subjects of the trial more than the current standard treatments, experiments in humans can be ethically justified.  These have yielded valuable information on human response to pharmacological agents, including toxic responses as well as the intended effects.  However, other experimental studies of toxic effects in human subjects are rarely undertaken and seldom justifiable or permissible for ethical reasons.  Purely pharmacokinetic volunteer studies, where the doses used are well below the threshold for any toxic effect, are well established.  Apart from this type of situation, the risk assessor will rely on epidemiological studies of existing occupational or environmental exposures.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

When using epidemiological data, accepted standards of rigor (as described in the preamble to the IARC monographs[xxvi]) must be followed in drawing inferences from observations of morbidity or mortality.  This is an important tenet of a proper assessment, which I have applied to the ranitidine risk/causality assessment.  It is easier to meet these standards in situations where both the exposures and the population are substantial and well-defined, and accessible to direct measurement rather than anecdotal reports or recall.  Thus, many important determinations of carcinogenicity to humans are based on analysis of occupational exposures.  Examples include benzidine[xii], vinyl chloride[xiii], inhaled chromium VI[xiv, xv], coke oven emissions[xvi] and diesel exhaust[xvii].  A common problem in occupational situations is simultaneous exposure to several different known or suspected carcinogens.  Often quantification of the exposures is vague or anecdotal.  While this certainly complicates the later task of dose-response assessment, it is also important for hazard identification when trying to resolve the role of multiple agents in a workplace.  Other confounding exposures such as active or passive cigarette smoking may also complicate the interpretation.  A further difficulty in using occupational data for public health risk assessment is that workers in chemical-using industries tend to be healthy adults.  The historical database of occupational studies also has a bias in favor of male Caucasians.  Thus, the hazard analysis of these studies may not accurately characterize effects on women, infants, children or the elderly, or on members of other ethnic groups.  Despite these difficulties, the analysis of occupational epidemiological studies has proved an important and reliable source for unequivocal identification of human carcinogens, extensively used for decision making by scientists, government agencies and international organizations.

Other important sources of epidemiological evidence are situations where a large but clearly identifiable segment of a general population has some unusual exposure, due for instance to the presence of the material of interest in drinking water or food sources.  This may occur either naturally, or because of human activity (industry, mining, etc.).  Unusual food preferences, cooking and storage methods, and cultural practices may also create populations having greater or lesser exposure than elsewhere.  Rigorous cohort and case-control studies are possible, in which exposed individuals are identified, their exposure and morbidity or mortality evaluated, and compared to less exposed but otherwise similar controls.  More often at least the initial investigation is an "ecological" study, where prevalence of exposures and outcomes is compared in the control and exposed populations.  Such studies are less definitive than cohort and case-control studies, but are important sources of information nevertheless.  Additionally, these studies can often justify more costly and labor-intensive follow-up studies.  Investigations of exposures via drinking water have been important especially for naturally occurring toxic minerals, such as the classic and continuing investigations of carcinogenesis and other toxic effects caused by arsenic in Taiwan, Chile, Argentina and Bangladesh.  Important results have also been obtained in the study of microbial toxins (aflatoxins, fumonisins) in food.  In some cases, the agent responsible is unknown except as a component of a unique food material, such as the "salted fish" carcinogen.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

The clinical medical literature contains many "case reports" where some interesting or unusual medical outcome is reported along with unusual exposures or situations that might have contributed to the occurrence. These reports typically involve a single patient or a small group, and thus lack statistical power. While insufficient on their own to establish causation, they are of interest in hazard identification as indications of possible associations that deserve follow-up using epidemiological methods, and as supporting evidence, addressing the plausibility of associations measured in larger studies. Many thorough and definitive investigations were initiated in response to such reports.

Animal studies

Although the observation of human disease in an exposed population is the definitive hazard identification, this analysis represents a failure of public health protection, not a success. Ideally, we would have identified the hazard earlier, and avoided the exposure before human sickness or death resulted. Usually, risk estimates have been based on studies in experimental animals, and extrapolation of these results to predict human toxicity. The animals used are mostly rodents, typically the common laboratory strains of rat and the mouse. Laboratory rodents are relatively inexpensive, survive and breed well in captivity without requiring extraordinary diet, housing conditions or handling, and live for a convenient span of about two years – manageable for lifetime studies. They also include genetically well-defined inbred strains with constant and well-characterized anatomy, physiology and biochemistry.

Rats and mice are similar to humans in many ways. Physiology and biochemistry are similar for all mammals, especially at the fundamental levels of xenobiotic metabolism, DNA replication and DNA repair that we are most concerned with in identifying carcinogens. More complex functions (*e.g.,* behavior, endocrine function and reproduction) also share many common fundamental themes, although there are well-characterized differences. The fact that rodents are omnivores makes them more similar to humans in biochemical terms than some other mammals that are phylogenetically closer to humans but have a purely herbivorous or carnivorous diet.

These advantages of rodents as experimental subjects have led to them being used extensively in preclinical safety assessments of candidate pharmaceuticals, and in regulatory or research studies of industrial chemicals and environmental contaminants, to determine carcinogenicity. Later in my Report, I discuss specifically the ranitidine animal studies GSK conducted and relied on to support ranitidine's safety profile. As my discussion details, the studies had significant limitations that prevented identification of the safety red flags.

In spite of the important similarities, in interpreting the results of animal studies the risk assessor should also consider the known and specific differences between rodents and humans. When interpreting carcinogenicity data, it must be remembered that rodents, with a short life span, have differences in cell growth regulation compared to longer-lived species such as the human. For instance, whereas laboratory investigations have suggested that two regulatory gene mutations (*e.g.*, H-ras and p-53) are sometimes sufficient to convert a rodent cell to a

13

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

tumorigenic state, many human cancers observed clinically have seven or eight such mutations. The use of genomics to study chemical carcinogenesis is relatively new, but the differences at present appear to be a matter of degree rather than kind.

Differences in regulation of cell division are one possible reason for the variation between species that is often observed in the site of action of a carcinogen, or its potency at a particular site. While a positive finding of carcinogenesis in the mouse liver, for instance, is not necessarily a reliable indicator for human liver cancer risk, it is a reasonably good indicator of potential for carcinogenesis at some site in the human. The mouse liver (and to a lesser extent that of the rat) is a common site of spontaneous tumors[xviii]. It is also relatively sensitive to chemical carcinogenesis. The human liver is apparently more resistant to carcinogenesis; human liver tumors are unusual except when associated with additional predisposing disease, such as hepatitis B or alcoholic cirrhosis. Conversely, other tumor sites are more sensitive in the human.

The other major reason for interspecies variation in site and sensitivity to carcinogenesis is differences in pharmacokinetics and metabolism, especially for carcinogens where metabolic activation or detoxification is important. This variability may cause important differences in sensitivity between individuals in a diverse species such as humans. Variability between individuals in both susceptibility and pharmacokinetics or metabolism is probably less in experimental animal strains that are bred for genetic homogeneity.

The original design of animal carcinogenesis studies was intended to maximize the chances of detecting a positive effect, and thus did not mimic realistic human exposure scenarios. Much early work on the carcinogenic effects of polycyclic aromatic hydrocarbons involved dermal application, a known and important route of human exposure to these materials, but frequently also involved promotion with agents such croton oil (or its active ingredient, phorbol ester). While promotion by injury or recurrent irritation does occur in human dermal carcinogenesis, the typical initiation-promotion study in mouse skin is an extreme application of this phenomenon. Similarly, in unpromoted studies by the oral or inhalation routes, doses are very large compared to those commonly encountered in the environment or workplace. This is designed to counter the limitation in statistical power caused by the relatively small size of an animal experiment. Whereas the exposed population of an epidemiological study might number in the hundreds (or, for a large ecological study, even the thousands or millions), the typical animal study might have fifty individuals per exposure group. With this group size any phenomenon with an incidence of less than about 5% is likely to be undetectable unless it is an extremely rare tumor.

Early animal studies were often even smaller, but this was not necessarily a problem when studying extremely potent carcinogens. Statistically significant results were obtained even with groups as small as ten animals per dose group, when incidence of a tumor that is rare in the controls approached 100% in a treated group. However, agents as potent as this are relatively unusual. Some studies have also used routes such as subcutaneous or intraperitoneal injection.

14

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

These may be useful in specific circumstances as investigational tools.  They are less helpful for hazard identification because of the frequent appearance of tumors at the site of injection, and the bypassing of important metabolic processes to which carcinogens are exposed during uptake by routes more relevant to human exposure (*e.g.,* oral or inhalation).

The consensus experimental design for animal carcinogenesis studies, which has evolved over the last 50 years of investigation, is represented by the protocol used by the U.S. National Toxicology Program for studies using oral routes (diet, gavage or drinking water) or inhalation. The first step is to establish a likely maximum tolerated chronic dose by means of a small subchronic study.  "Maximum tolerated dose" (MTD) is defined as the highest dose which causes no mortality or other severe non-cancerous pathology, and which has a marginal impact (about 10% ideally) on body weight gain.  If there is no impact at all on body weight gain, it may be suspected that the MTD was not achieved.  Conversely, if the impact at the highest dose level was greater than 10% - 15%, or if there is treatment-related mortality or morbidity (other than related to tumors, of course), the MTD may have been exceeded.  For a typical carcinogenesis study, groups of fifty animals of a single sex and species are used, with a control group, and at least two dose groups, one receiving the MTD and one receiving one half that dose.  More recent designs have emphasized the desirability of more dose levels.  The MTD is still the target for the top dose level, but the study now typically includes at least three levels covering a decade with "logarithmic" spacing (*i.e.,* MTD, 1/2 MTD or 1/3 MTD, and 1/10 MTD). This extended design is aimed at providing better dose-response information, and may contribute important additional information, such as mechanistic insights, for the hazard identification phase.

These carcinogenesis bioassays, usually involve control and exposed groups for both sexes of an experimental species, and most often two species.  The National Toxicology Program has standardized the use of the C57BlxC3H $F_1$ hybrid mouse, and the Fischer 344 rat as the standard test species, which offer an acceptable compromise between low background rates of common tumors and sensitivity to chemically induced tumors.  These strains are also well characterized and stable.  There is now an extensive database of background tumor incidences, normal physiology, biochemistry, histology and anatomy, which aid the interpretation of pathological changes observed in experiments.  Although this background information is helpful in interpretation, it is generally regarded as essential that the controls and experimental groups in a single experiment be conducted concurrently.  There is, for instance, enough variation in background rates of common tumors that the use of "historical control" data in hazard identification or dose-response assessment is undesirable, except as a last resort in analyzing poorly conducted experiments, or to indicate anomalous outcomes in concurrent controls.

Supporting evidence: genetic toxicity, mechanistic studies
Animal studies of the size and complexity described in the previous section are expensive and time-consuming, and even when conducted appropriately may yield equivocal results. Investigators have therefore developed additional data sources that can support or modify the

15

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

conclusions of animal carcinogenesis bioassays and provide information on mechanisms of action of agents suspected of being carcinogenic based on epidemiological studies or animal bioassays.

A substantial body of information has been obtained in the last thirty years on chemicals that cause genetic damage in exposed organisms[xix].  This damage includes both gene mutations (point or frameshift), and larger scale effects such as deletions, gene amplification, sister-chromatid exchanges, translocations and loss or duplication of segments or whole chromosomes.  These genetic effects of chemical exposures are deleterious in their own right.  In addition, since carcinogenesis results from somatic mutations and similar genetic alterations, agents that cause genetic damage generally have carcinogenic potential.  Conversely, many known carcinogens are also known to be genotoxic, although there is also a significant class of carcinogens that are not directly genotoxic according to the usual tests.  These latter agents presumably work by some other mechanism, although recent genetic studies have shown that even tumors induced by these agents show mutations, deletions or amplification of growth regulatory genes.

Genetic toxicity has been measured by a number of experimental procedures.  These may involve exposure of intact animals, and examination of genetic changes in, for example, bone marrow cells (or cells descended from these e.g., the micronucleus test, which detects remnants of chromosomal fragments in immature erythrocytes), mutations in *Drosophila* flies, or appearance of color spots in the coat of mice.  However, the majority of genetic tests have employed single celled organisms or mammalian cells in culture, since these tests are generally simpler, faster and cheaper to undertake.  The best known of these tests is the *Salmonella* reverse mutation assay, popularly known as the Ames test after its inventor.  This is representative of a larger class of tests for mutagenic activity in prokaryotic organisms (bacteria), which necessarily only look at gene-level mutations.  Similar tests in eukaryotic microorganisms (yeasts, *Aspergillus*) and cultured mammalian cells also detect chromosomal effects.  A further class of tests in mammalian cells examines the induction of cell transformation, *i.e.*, impaired growth regulation, where cells pile up instead of remaining as a monolayer (morphological transformation) or gain the ability to divide while suspended in soft agar (anchorage-independent growth transformation).  These changes are seen as analogues of the conversion of a normal tissue cell into a tumorigenic cell.

These different classes of genetic test contribute slightly different information, which together may be used to amplify and confirm conclusions drawn from human studies or animal bioassays, or to draw tentative conclusions in the absence of epidemiological or bioassay data.  In the latter case they have been an important source of data in prioritizing agents for more complete evaluation by means of bioassays, or conversely for identifying chemical structures which would not be worth further investigation as a possible drug or pesticide.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Inference guidelines and classifications of carcinogens

Risk assessors performing carcinogen risk assessments, whether conducting general scientific investigation, providing input to public regulatory processes or pharmaceutical consulting, or for arbitration or litigation, value consistency and transparency. This ensures that any interested party has access to all the input data and can follow the logic by which the conclusions are reached.  An important contributor to this goal is the use of standard inference guidelines.  These are generally peer reviewed to ensure their acceptance by the scientific community and may also receive regulatory endorsement.  The US EPA originally published a guidance document for carcinogen risk assessment in 1986[xx].  An update was developed and, after several revisions, presented in 2005[xxi].

Various State governments have also developed guidance for carcinogen risk assessment, notably California[xxii].  These guidelines are in general similar to the recommendations of the US EPA, although some differences in emphasis and additional analyses are shown.

In the specific area of hazard identification, the IARC, a component agency of the WHO based in Lyon, France, is often seen as the ultimate arbiter of both methodology and conclusions on cancer research.  The IARC Monograph series provides a description of the data inputs and inference guidelines used in a preamble, followed by detailed evaluations of the carcinogenicity of individual substances or commonly occurring mixtures.  The inference guidelines used are similar to those used by regulatory authorities, although IARC is a scientific, rather than a regulatory, organization. IARC undertakes a critical review and evaluation of all relevant information to assess the strength of the available evidence to determine whether an agent is capable of causing cancer.  The purpose is to provide a comprehensive international, independent, expert scientific opinion on environmental carcinogenesis.  An important distinction is that the IARC will not provide recommendations or opinions regarding regulatory or legislative guidance but instead provides extensive and thorough peer reviewed scientific, qualitative judgments on the evidence of carcinogenicity based on all available data.[xxiii]

IARC reviews the evidence available in three basic categories: human carcinogenicity, animal carcinogenicity, and supporting evidence (including genotoxicity and mechanistic data).  Evidence in both animal and human categories is judged to be either Sufficient, Limited or Inadequate, based on the quality and specificity of the data.  Mechanistic evidence is classified as Strong, Limited or Inadequate. Overall consideration of this evidence is used to classify a compound or exposure situation into one of the following categories, as described in the following quotation from the Preamble to the IARC Monographs[xxiii]:

"The agent is carcinogenic to humans (Group 1)

This category applies whenever there is sufficient evidence of carcinogenicity in humans. In addition, this category may apply when there is both strong evidence in exposed humans that the agent exhibits key characteristics of carcinogens and sufficient evidence of carcinogenicity in experimental animals.

17

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

The agent is probably carcinogenic to humans (Group 2A)

This category generally applies when the Working Group has made at least two of the following evaluations, including at least one that involves either exposed humans or human cells or tissues:

- Limited evidence of carcinogenicity in humans,
- Sufficient evidence of carcinogenicity in experimental animals,
- Strong evidence that the agent exhibits key characteristics of carcinogens.

If there is inadequate evidence regarding carcinogenicity in humans, there should be strong evidence in human cells or tissues that the agent exhibits key characteristics of human carcinogens.  If there is limited evidence of carcinogenicity in humans, then the second individual evaluation may be from experimental systems (i.e., sufficient evidence of carcinogenicity in experimental animals or strong evidence in experimental systems that the agent exhibits key characteristics of carcinogens).

Additional considerations apply when there is strong evidence that the mechanism of carcinogenicity in experimental animals does not operate in humans for one or more tumour sites. Specifically, the remaining tumour sites should still support an evaluation of sufficient evidence in experimental animals in order for this evaluation to be used to support an overall classification in Group 2A.

Separately, this category generally applies if there is strong evidence that the agent belongs, based on mechanistic considerations, to a class of agents for which one or more members have been classified in Group 1 or Group 2A.

The agent is possibly carcinogenic to humans (Group 2B)

This category generally applies when only one of the following evaluations has been made by the Working Group:

- Limited evidence of carcinogenicity in humans,
- Sufficient evidence of carcinogenicity in experimental animals,
- Strong evidence that the agent exhibits key characteristics of carcinogens.

Because this category can be based on evidence from studies in experimental animals alone, there is no requirement that the strong mechanistic evidence be in exposed humans or in human cells or tissues.  This category may be based on strong evidence in experimental systems that the agent exhibits key characteristics of carcinogens.

As with Group 2A, additional considerations apply when there is strong evidence that the mechanism of carcinogenicity in experimental animals does not operate in humans for one or more tumour sites.  Specifically, the remaining tumour sites should still support an evaluation of sufficient evidence in experimental animals in order for this evaluation to be used to support an overall classification in Group 2B.  I discuss the underlying studies supporting the Group 2A Classification below.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

The agent is not classifiable as to its carcinogenicity to humans (Group 3)

> Agents that do not fall into any other group are generally placed in this category. This includes the case when there is strong evidence that the mechanism of carcinogenicity in experimental animals does not operate in humans for one or more tumour sites in experimental animals, the remaining tumour sites do not support an evaluation of sufficient evidence in experimental animals, and other categories are not supported by data from studies in humans and mechanistic studies.
>
> An evaluation in Group 3 is not a determination of non-carcinogenicity or overall safety. It often means that the agent is of unknown carcinogenic potential and that there are significant gaps in research. If the evidence suggests that the agent exhibits no carcinogenic activity, either through evidence suggesting lack of carcinogenicity in both humans and experimental animals, or through evidence suggesting lack of carcinogenicity in experimental animals complemented by strong negative mechanistic evidence in assays relevant to human cancer, then the Working Group may add a sentence to the evaluation to characterize the agent as well-studied and without evidence of carcinogenic activity."

It is worth noting, that based on the strength of the evidence of carcinogenicity based on animal studies, experts in the field  deem it appropriate to conclude that an exposure is probably carcinogenic in humans even though there is limited evidence of carcinogenicity in humans, This is because animal to human carcinogenicity can be very compelling and scientifically reliable, whereas it is very challenging for a multitude of reasons to study cancer causation relationships in humans because, for example, use of clinical trials for a suspected carcinogen are not ethical in humans, and observational studies have to overcome challenges of accurately assessing exposure (including frequency and duration of exposure, which are important) and outcome, dose response, biases, confounders, and for other reasons.

Exposure Assessment

Having identified a particular chemical or exposure situation as presenting a cancer hazard, the next step in estimating the risk that this may present is to estimate the level of exposure which occurs under the specific situation of concern.

The exposed individual

In determining the exposure, it is important to identify the characteristics of the exposed individuals, the routes of exposure, and the intensity and duration of the exposure.  The intensity of exposure may be further divided into the concentration in the external media, the bioavailability (i.e., extent to which absorption from these media occurs), and finally the toxicokinetics that determine the delivery of the material or its toxic metabolites to the sensitive tissues, and their eventual detoxification and/or removal from the body.  Although these different processes form a continuum, it is conventional in risk assessment to consider concentrations in, and exposure to, the external media, and the bioavailability, under the

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

heading of exposure assessment.  Toxicokinetics are generally considered under the heading of dose-response assessment.

Depending on circumstances, the exposed subject may be an actual individual whose exposure may be measured by personal sampling, estimation of biomarkers such as urinary metabolites, or measurements of the environment in which they are located, coupled with measurements of uptake parameters such as breathing rates, water consumption, etc.  However, the "exposed individual" is often instead a model of what might occur under particular hypothetical circumstances.  The risk assessment thereby identifies precautionary requirements to avoid significant harm occurring to the local or general population.  The exposure analysis often defines a hypothetical "maximally exposed individual", using health-conservative assumptions that are unlikely to be exceeded.  Several exposure estimates may be derived, representing both the maximally exposed individual, and others such as medians for the whole population and for specified subgroups.  Often a "tiered" approach is used, starting with an estimate using simple methodology and assumptions for a maximally exposed individual.  If the risk prediction for this case is insignificant, further analysis is unnecessary.  However, if this simple but extreme analysis predicts a significant risk it may be necessary to employ a more complex and realistic analysis to better estimate the exposure.

Individuals vary markedly in physiological parameters, including body weight, and in factors such as age and health status that may also affect their exposure to toxicants.  Uptake parameters such as breathing rate, food and water consumption are often assumed as "standard" values in simple models but are more fully described by distributions based on values measured for sample populations.  The standard values may represent a hypothetical individual (often a healthy adult male), or they may be chosen as points on a population distribution.  Special distributions may be chosen to represent subgroups of a population, such as children or infants in certain age ranges, pregnant women or members of a cultural or occupational group.

Media and routes of exposure

The analysis needs to consider the media to which an individual may be exposed.  Media such as air or drinking water directly convey the toxicant from the source to the exposed individual, but there are also more complex routes such as contaminated food grown in soil containing the toxicant or inhalation (and dermal) exposure to volatile materials present in the domestic water supply during showering and other water-handling activities.  Exposure assessment generally requires determination of concentrations, and often time-dependent functions such as flows, chemical reactions and biodegradation, in both the media into which the toxicant is first emitted, and the media to which the individual of interest is exposed.  This situation is frequently addressed using computer models.

The nature of the toxicant and the media containing it to which the individual is exposed, determine the routes by which the material is absorbed into the body.  The route of exposure is often an important determinant of the toxic effect.  Some toxicants such as reactive irritants

20

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

produce their major impacts on tissues at or near their first point of contact.  Carcinogens sometimes act in this way, but many also or instead act at target organs remote from the point of first contact, following distribution via the blood.  One would not expect different potencies for different routes of exposure when the dose is expressed in terms of the amount actually absorbed.  However, the uptake by different routes may vary greatly.

For inhaled materials, the concentration in air and the solubility of the material in blood are important determinants of the extent of uptake.  Where there is equilibrium between a vapor phase in the lung alveoli and dissolved material in the blood, a partition coefficient can be defined.  This, along with the blood flow through the lung, determines how much material is absorbed.  Where equilibrium is not achieved, the uptake may be better described by the diffusion coefficient through the area in the lung where gas absorption occurs, which is the alveolar surface.  Pharmacokinetic models are often used to describe these uptake processes, especially at the high exposure concentrations observed in some occupational situations[xxiv].  Simpler descriptions may be sufficient at low doses, either based on measured data if available, or using standard assumptions in the absence of compound and situation-specific information[xxv].

In general,

$$D = \frac{C \cdot V \cdot u}{bw}$$

where:

D =  Dose ($\mu$g/kg/day)
C =  Air Concentration ($\mu$g/m$^3$)
V =  Volume of air breathed per day (default  20 m$^3$)
u =  fraction absorbed
bw=  body weight (default 70 kg)


The volume of air inspired in a given period depends on the individual, being affected by variables such as body weight, age, sex, and activity level.  It may be sufficient to use the default value of 20 m$^3$ per day assumed for an adult male, who is also assigned a default body weight of 70 kg.  More sophisticated analyses may use population breathing rate distributions or consideration of different "standard" individuals, such as an infant, child, generic adult female, or a worker with an especially high physical activity level.

Uptake from food or drinking water depends on the amount of food or water consumed.  National and regional databases listing consumption of food commodities may be useful if more local sources or actual data are unavailable.  Drinking water consumption may also be estimated using population distribution, real data or default values.  A default consumption of

21

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

2 L/day is often assumed, but this will increase for high levels of physical activity and hot climates.

In considering consumption of drinking water, this figure includes actual drinking and an allowance for water consumption as a result of food preparation and cooking.  An additional factor in household situations is that piped water is used in various other domestic activities such as showering, flushing toilets, washing clothes and dishes, etc.  These will result in additional exposures to volatile contaminants in drinking water via inhalation since the materials will equilibrate between the supplied water and the indoor air of the residence.  Dermal exposure to water contaminants will also occur during bathing or showering.  The extent of these additional exposure factors varies according to the vapor pressure, water solubility and dermal permeability of the compounds: in certain cases the effective consumption may be as much as 2 – 3 times the direct consumption as drinking water.

Both food and water contaminants are subject to partial uptake, like air contaminants.  The proportion taken up by the oral route is referred to as a bioavailability factor.  There are extensive experimental studies of bioavailability for pharmaceuticals, and most of the expertise in measurement and modeling derives from this area.  Data are more limited for most environmental contaminants, especially at low doses.  In the absence of specific data, a default of 100% bioavailability is often assumed to protect public health.  Some metals, particularly lead, and those for which an essential dietary role has been identified, have been studied extensively.  For volatile materials, absorption from the gastrointestinal tract may be effectively 100%, but there may be loss of unchanged material through the lungs by equilibration with alveolar air, especially at higher doses[xxiv].

In a few cases, the issue of "bioavailability" by the oral route is complicated by reaction of the toxicant with food or digestive secretions, which may reduce uptake of the actual toxic material.  Activation of compounds to a carcinogenic intermediate may also occur as a result of chemical reactions, digestive enzymes or intestinal microflora.  In these situations, it is likely that actual compound- and case-specific data will be required to provide a realistic exposure assessment.

Duration of exposure
Since cancer is a consequence of genetic mutations which persist in clones of modified somatic cells once they have occurred, and these mutations are related to the exposure to a carcinogenic agent, it is expected that the effect of such exposures would be cumulative.  The standard exposure metric for cancer risk assessment is therefore the cumulative lifetime exposure to the carcinogenic agent [xx].  For risk assessment purposes the standard human lifetime is assumed to be 70 years, and exposures are often described as an annual average dose or concentration over this period.  Similarly, in interpreting animal carcinogenicity data the standard lifetime for rodents (rats and mice) is assumed to be two years, and exposure is described as the average dose or exposure concentration over this period (which is the standard study duration for rodent bioassays).

22

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

For a more or less constant exposure to a carcinogen the duration of exposure is generally addressed in risk assessment for carcinogens by assuming that the exposure will continue at a constant level for the standard human lifetime.  Exposure assessment for carcinogens becomes more complex when shorter periods are involved because both the underlying animal or human data and the risk model used in dose-response-assessment are based on chronic exposures which continue for a substantial fraction of the lifetime of an exposed human or experimental animal.  Where exposure is observed or expected to continue for a substantial number of years, the cumulative exposure may be described by the fraction of the standard lifetime during which the exposure occurred and the dose or concentration during this period.  Although some recent papers have made arguments to deviate from the linear dose models, there is no reliable data that warrants deviating from the linear dose model with genotoxic carcinogens and attempts to do so are inconsistent with the applicable regulatory standards in the US.  This is discussed later in my report.  (See section: Dose-response for cancer following NDMA exposure: animal studies and epidemiological evidence and studies).

The risk model used in evaluating carcinogenic exposures does not apply to short-term acute, or highly episodic, exposures.  Extensive data in the scientific literature show that single exposures to carcinogens are effective in causing tumors, but there are no standard ways of using these data to provide quantitative prospective risk estimates.

Dose Response Assessment

Once the degree and duration of exposure have been determined or estimated, the next step in risk assessment for carcinogens is to determine the dose-response.  The dose response phase of a cancer risk assessment aims to characterize the relationship between an applied dose of a carcinogen and the risk of tumor appearance in a human.

As described previously, cancer is understood to be the result of mutations in somatic cells affecting genes involved in the regulation of cell division and differentiation.  The multi-stage model, which is extensively used in cancer risk assessment assumes this description of cancer causation, using a polynomial model (an equation of the general form $y = a + b_1x + b_2x^2 + \ldots b_ix^i$) to describe the dose-response expected as a result.  Although there are numerous additional factors involved in the eventual appearance of cancer which are not incorporated in this dose-response model, it has been found empirically that this mathematical form is adequate to fit most cancer incidence data in both animals and humans [xx].  The model predicts a linear dose-response at low doses, with possibly increases in risk above this linear trend at higher doses.  Although it is seldom possible to directly determine cancer risk from exposures as low as those commonly seen in environmental exposures, for the great majority of carcinogens the data which are available support the low dose linearity predicted in the multistage model.  This is also supported by mechanistic studies such as those determining the dose-response for formation of DNA adducts [when an actual chemical residue becomes attached to the structure of DNA which causes DNA damage and lead to abnormal replication]. This description of low

23

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

dose linearity is applied for nearly all carcinogens, except for a very few where an exclusively epigenetic mode of action has been demonstrated[xxi, xxii].

In view of this low-dose linearity, the dose-response for a carcinogen is usually expressed as a cancer slope factor or "potency", in units of reciprocal dose [usually ($\mu$/kg-body weight.day)$^{-1}$ or "unit risk" – reciprocal air concentration – usually ($\mu$g/m$^3$)$^{-1}$] for the lifetime tumor risk associated with lifetime continuous exposure to the carcinogen at low doses. This potency is determined by fitting the mathematical model to observed data on cancer incidence in animals or humans exposed to the agent of concern, in humans in epidemiological studies, and on animals in carcinogenesis bioassays [xx, xxii]. The potency factor is normally determined as the upper 95% confidence limit on the modeled dose response slope at the low dose range.

For many epidemiological studies the doses involved are in the relatively lower range where substantial departures from linearity are not observed, and in any case the data seldom have sufficient power to determine the higher terms of a polynomial. In these cases, the simpler linear equation is used as a mathematical model of the dose-response.

Cancer risks are generally considered to be *additive*, meaning that they apply independently for both background risk and for multiple specific risks. The "overall cancer risk" experienced by an individual or population, therefore, is the *sum* of all such contributing risks. The estimate of additional risk to a human being from exposure to a carcinogen is a population-based estimate. This is because any one individual's susceptibility to getting cancer is largely unknowable. But the estimate of additional risk applies, as an average, to a specific individual who fits the description of the population on which the estimate is based.

For most carcinogens, the selection of the most sensitive site in the animal studies is recognized as providing a risk estimate which is appropriate to protect human health. However, for chemicals that induce tumors at multiple sites, the single-site approach may underestimate the true carcinogenic potential. In such cases, particularly where the potencies for different individual sites are similar, a statistical procedure may be used to estimate an overall potency.

## Risk characterization

For characterization of cancer risk, the usual way of presenting the effect of exposure to the carcinogen is a statement of the additional risk experienced as a result of the exposure. This risk is calculated by multiplying the exposure estimate by the potency (slope factor) and may be expressed as a factor (between 0 and 1), or a proportion (e.g., "x in a million). This is based on numbers of cases expected in a population exposed to the conditions described in the analysis. Background rates of the cancer observed in the absence of the carcinogenic exposure are subtracted when estimating potency. Estimates of cancer potency derived from animal studies, and those used in regulatory actions, are normally based on estimated number of this type. Epidemiological studies on the other hand most often describe their results in terms of relative risks or odds ratios, in other words the proportionate difference in cancer rates observed between the test group and a comparison or control group which resembles the test group but

24

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

did not receive the specific exposure of concern.  Risk expressed in these terms may be converted to absolute number estimates by multiplying the background incidence in a suitable reference population by the calculated risk ratio.  Relative risk, hazard ratios, and odds ratios also provide important measures of increased risk from exposure vs non-exposure, and to that extent, incorporate the concept of background risk by comparing the risk from exposure to the risk of not being exposed to the agent of interest.

Risk assessment for NDMA

N-Nitrosodimethylamine (NDMA) has been reported as an exposure in various occupational situations, and also as a contaminant in a number of foods, beverages and drugs.  It is known as a carcinogen based on numerous studies in animals: IARC noted that "N-Nitrosodimethylamine is carcinogenic in all animal species tested" [xxvi].  Descriptions of the main animal studies identified by IARC are given in a following section of this report.

Following initial findings in the 1960s and 1970s, it was notably the subject of a very large bioassay in rats exposed to NDMA in drinking water.[, xxvii]   Tumors were observed in the liver, and dose-related trends toward increased incidence were also observed for tumors of the lung, skin, lymphatic/hematopoietic tissues, and seminal vesicles.  Other oral studies found tumors of the liver, lung and kidney in mice and rats[xxvi].  Only a few inhalation studies have been reported[xxvi, xxii, xxviii] but these observed tumors in the lung and upper respiratory tract in addition to the liver and kidney.  Studies by other routes such as subcutaneous or intraperitoneal injection are numerous, and revealed tumors at the site of injection and elsewhere.  IARC's review and other more recent reviews also identified genotoxic activity of NDMA in a variety of test systems: US EPA's 1987 summary in IRIS[xxix] states:

> "N-Nitrosodimethylamine is mutagenic for *Escherichia coli*, *Salmonella typhimurium* and *Neurospora crassa*, produces mitotic recombination in *Saccharomyces cerevisiae*, recessive lethal mutations in *Drosophila melanogaster*, and chromosomal aberrations in mammalian cells.  Positive responses in bacterial cells are dependent upon the addition of a mammalian metabolism system."

Numerous mechanistic studies have used NDMA as a model genotoxic carcinogen in exploring the mechanisms of mutation, DNA adduct formation and other processes contributing to the eventual appearance of tumors.  Based on these lines of evidence, IARC considers NDMA to be a probable human carcinogen (Group 2A, upgraded in 1987 from the original classification of 2B based on the supporting evidence).  US EPA provides a weight-of-evidence characterization for NDMA of B2; probable human carcinogen, based on induction of tumors at multiple sites in both rodents and non-rodent mammals exposed by various routes.

Human evidence of carcinogenicity for NDMA is more difficult to evaluate.  For a chemical with such strong evidence of carcinogenicity in animals and numerous reports of genotoxic effects, any controlled studies with deliberate human exposure, or prospective studies where clear evidence of exposure is present, are precluded on ethical grounds.  Any studies of NDMA

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

effects in humans are thus confined to observational studies of essentially unintended exposures, and these are often necessarily retrospective.  Under these conditions it is frequently difficult to obtain reliable quantitative information on exposure to NDMA.  It is also hard to identify and quantitate potentially confounding exposures to other carcinogenic agents. Several epidemiological studies identified cancer in occupational situations where exposure to NDMA occurred, but these have generally been to complex mixtures where a number of other potentially carcinogenic compounds were also present.  Because of this, earlier risk assessors such as US EPA[xxix], IARC [xxvi] and OEHHA [xxii] concluded that the human evidence for carcinogenicity available to them at that time was inadequate.

Recent data however requires this conclusion be updated.  For example, a study of rubber industry workers in the UK [xxx] used competing risk survival analysis to separate out the individual effects of exposure to rubber dust, rubber fumes and various N-nitrosamines.  Based on cumulative lifetime exposures, they found statistically significant dose-dependent increases in risk with level of exposure to NDMA for all cancers and for cancers of the bladder, stomach, leukemia, multiple myeloma, prostate and liver.  These findings are consistent with observations in the animal studies and significantly reinforce the expectation that the findings in animals are applicable in humans also.

There is also a substantial number of reports describing an association between cancer and NDMA (and other nitrosamines) either present as such in the diet or formed by reaction between nitrite and amines under the acidic conditions of the stomach[xxxi, xxvi].  Various types of preserved meats where nitrites or nitrates are used as preservatives are a particular focus of these investigations[xxxii].  NDMA and other nitrosamines have also been reported as contaminants in beer and other fermented beverages, possibly formed by microbial action during the fermentation process.[xxxiii]  Several epidemiological studies examining the association of these kinds of dietary exposures with cancer are reviewed individually later in my report. The association between dietary exposures and certain types of cancer is clear, and the role of NDMA in these situations has studied and shown to increase the risk of several human cancers. These epidemiological findings are clearly consistent with the well-known findings of animal carcinogenicity and genotoxicity for NDMA, and with the recent occupational study[xxx]. However, due to the timing of the review process, analysts such as IARC have not yet directly considered these studies in determining their evaluation of NDMA as a human carcinogen. The classifications currently in place were relying primarily on the earlier animal studies.  IARC adhered to their guidelines in looking for human studies with directly measured exposures to NDMA but did not find any at the time of their evaluation review in 1987.

However, the recently published National Toxicology Program Report on Carcinogens classified NDMA as "*reasonably anticipated to be a human carcinogen* based on sufficient evidence of carcinogenicity from studies in experimental animals,"[xxxiv] but the report also discussed the human epidemiological studies that had been published at the time the report was prepared (which pre-dated its publication), reporting that:

<div align="center">26</div>

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

"Several case-control studies reported dose-related associations, some statistically significant, between estimated $N$-nitrosodimethylamine intake and oropharyngeal cancer (De Stefani, et al. 1994), stomach cancer (Le Vecchia, et al.,1995, Pobel, et al, 1995., Larsson, et al., 2006), esophageal cancer (Lu, et al, 1987, Rogers, et al. 1995), or colorectal cancer (Knekt, et al, 1999). Ecological studies also suggested an as-sociation between high dietary $N$-nitrosodimethylamine intake and high rates of esophageal cancer in populations (Siddiqi, et al, 1988, 1991, Lin, et al, 2002a,b). A case-control study of lung cancer found a dose-related increase in risk associated with estimated dietary intake of $N$-nitrosodimethylamine among smokers and nonsmokers (De Ste-fani, et al, 1996)."[xxxiv]

Various drugs also are a source of potential exposure to NDMA, including ranitidine[xxxv], metformin[xxxvi], and valsartan[xxxvii]. These drugs have been reported to contain NDMA as a production impurity or degradation product. Additionally, NDMA has been reported to form from ranitidine during storage and transport due to time, temperature and humidity. NDMA also forms endogenously and by chemical reactions under physiological conditions in the stomach[xxxviii, xxxix]. Specific studies addressing association of ranitidine use with cancers in humans at various sites will be reviewed subsequently in this report. These findings are of concern because of the known toxicity and carcinogenicity of NDMA.

Overall evaluation of NDMA as a human carcinogen: summary.
The overall weight of the evidence for the probable carcinogenicity of NDMA in humans is overwhelming, including animal carcinogenicity shown in multiple studies in multiple test species, with appearance of tumors at multiple sites, as described in detail below. There is clear evidence of genotoxicity and other characteristics of cancer, and known mechanistic details of the processes by which NDMA causes cancer in experimental systems. This range of evidence is sufficient to characterize NDMA as a probable human carcinogen, as reported by IARC and various regulatory authorities in the US and around the world. In addition, there is supporting evidence for human carcinogenicity of NDMA from epidemiological studies, as detailed below. Although this is not as definitive as the animal studies, due to the inevitable limitations of epidemiology and the data available, it is clearly consistent with and supportive of the experimental evidence in animals. This consistency and quality of evidence is in line with the recommendations of Bradford Hill, indicating that there is a causal relationship between exposures to NDMA and cancer in humans.

27

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

In its September 25, 2019, N-Nitroso-dimethylamine (NDMA) Hazard Assessment Report, GSK identifies NDMA as a carcinogen.[xl] GSK indicates that there is overwhelming evidence of mutagenicity, clastogenicity, and genotoxicity.  Further, GSK undertook a review and evaluation of 7 human epidemiological case control studies (dietary NDMA) and notably found there was a positive relationship with evidence of dose response for the intake of NDMA and gastric cancer in 3 out of 4 studies and with lung cancer in 2 studies. GSK determined "[I]n almost all studies, associations between the cancers of interest and nitrate, nitrite and NDMA were examined; results were relatively consistent in this regard, with there being an association with cancer most commonly with NDMA…"  GSK also determined that there appeared to "be no qualitative difference between rodents and humans in the formation of DNA adducts following exposure to NDMA." GSK concludes its section on carcinogenicity with the statement that "***NDMA is a genotoxic carcinogen, and exposure should be reduced to the extent possible***."

Mechanisms of toxicity and carcinogenesis by NDMA

The classification of NDMA as a potent animal carcinogen and probable human carcinogen is based on the observation of actual tumor formation in animals and the measurement of genotoxicity in a variety of standard assays.  However, the process of carcinogenesis is more complex than this simple series of observations implies, and involves a number of factors described earlier as key characteristics of cancer.  It is therefore informative to examine these factors with particular regard to NDMA carcinogenesis.

NDMA shows clear evidence of genotoxicity and induction of DNA damage associated with metabolism to reactive intermediates.  This is noted by regulatory authorities such as US EPA in their IRIS summary[xxix] as described previously, and international advisors such as IPCS [xli], as well as the much earlier (1978) review by IARC[xxvi] which noted both mutagenic effects and formation of DNA adducts.

Some more recent investigations of genetic and epigenetic effects have provided information on the underlying mechanisms of those effects of NDMA.  Mutagenicity of NDMA has been demonstrated in C57BL/6J x SWR F1 hybrid mice in intestinal crypt cells.  In 1992, Li et al.[xlii] studied the cytotoxic effects of carcinogens like NDMA in the murine small bowel.  There is a larger incidence of cancer in the large bowel versus the small bowel.  One possibility that has been raised is that target mutation cells are more efficient with cell deletion by apoptosis (programmed cell death) in certain areas of the intestine.  The study assessed the distribution of identifiable dead cells after mutagen and carcinogen treatment, with NDMA and other carcinogens, using the above mouse strain.  For small bowel carcinogenesis, it is believed that that the cancer starts in and the process is restricted to the stem cell population in the small bowel.  The authors concluded that NDMA reacts several-fold more efficiently with the small intestine DNA of lab rodents than NEU based on overall tissue reaction levels.  The authors noted that cell death was dramatic and that NDMA had significant level of cytotoxicity.

28

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

A study[xliii] was conducted *in vitro* to assess genotoxicity and carcinogenicity of a low-dose nitrosamines mixture including NDMA, NDEA and NMEA and assess each individually.  This nitrosamine mixture is a disinfectant byproduct in drinking water.  The data showed that the nitrosamine mixture at 1000-fold of the actual concentration in drinking water was highly potent and increased mutagenicity in double revertants in the TA98 and TA100 *S. typhimurium* strains, chromosome abbreviations and DNA double-strand breaks.  The NIH3T3 cells' exposure to the nitrosamine mixture causes DNA damage, initiated DNA repair pathways, triggered cell-cycle arrest to repair the damage.  But at exposure levels where malignant cells were observed, the activated repair response was ineffective.

A study[xliv] showed association between nitrosamines, including NDMA, and shorter telomere length on average in peripheral blood of Swedish rubber workers.

In an investigation[xlv] of transformation of cholangiocytes in human cholangiocyte line H69 by *Clonochis sinensis*, a human fluke found in the liver and a main cause of cholangiocarcinoma, NDMA and ESP (excretory-secretory products of the fluke) were found to have a synergistic effect on proliferating human cholangiocytes, upregulated gap junction protein expression, Cx43 (connexin 43) and Cx26 in H69 cells, and upregulated cell proliferation-related proteins and cancer related proteins.

These mechanistic studies of genetic and epigenetic effects of NDMA highlight its role in triggering telomere shortening and related cell death by apoptosis.  This is an important mechanism for removal of mutated stem cells, avoiding the establishment of immortalized and potentially cancerous cell clones.  However, the data also show that this process is not 100% efficient, and that such immortalized clones are established and lead to the appearance of tumors in the affected tissues.  This indicates that NDMA not only shows epigenetic effects (characteristic 4) but also immortalization (characteristic 9).

NDMA also increases oxidative stress, a frequent source of both genotoxic and epigenetic effects[l].  Oxidative stress and direct adduct formation in DNA may interact to produce enhanced mutagenic effects, as shown in experiments with Drosophila comparing wild-type and a more oxidative stress sensitive strain exposed to NDMA[xlvi].  Cytotoxicity in the liver is associated with inflammation, hyperplasia, and eventually fibrosis, while cytotoxic effects are also implicated in the immunosuppressive effects of NDMA.  Thus, NDMA displays many of the key characteristics of human carcinogens, both those directly related to genotoxic effects and also characteristics which are associated with epigenetic or "promotional" effects which may amplify existing oncogene mutations.  Both the genotoxicity and the epigenetic effects such as enhanced cell division will interact with and amplify the effect of previous mutation-inducing exposures or spontaneous pre-existing mutations.  Nine of the ten key characteristics are shown by NDMA in the examples quoted in the table below, and the remaining one may be unreported simply due to the difficulty in measuring them in this case.

29

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**Key characteristics of human carcinogens for NDMA**

| 1. Is electrophilic or can be metabolically activated | NDMA is metabolized to reactive intermediates.[xlvii] |
|---|---|
| 2. Is genotoxic | NDMA is genotoxic in a wide variety of systems. [xxix] |
| 3. Alters DNA repair or causes genomic instability | Interaction between repair of NDMA alterations to DNA and excision/repair vs. double stranded breaks: alters mutagenicity vs. cytotoxicity.[xlviii] |
| 4. Induces epigenetic alterations | DNA methylation observed: complex interaction with carcinogenesis.[xlix] |
| 5. Induces oxidative stress | NDMA induces reactive oxygen production and stimulates apoptosis in rat neutrophil cells.[l] |
| 6. Induces chronic inflammation | Inflammation and underlying cellular events are a key element in hepatic fibrosis induced by NDMA.[li] |
| 7. Is immunosuppressive | NDMA is immunosuppressive.[lii] |
| 8. Modulates receptor-mediated effects | Not reported for NDMA, probably any such effects are overshadowed by cytotoxicity and induction of apoptosis (see above). |
| 9. Causes immortalization | NDMA triggers apoptosis of mutated cells, but immortalized clones are sometimes established.[xlii] |
| 10. Alters cell proliferation, cell death or nutrient supply | Inflammation, cytotoxicity and regenerative hyperplasia are a key element in hepatic fibrosis induced by NDMA. [li] |

NDMA Metabolism and Bioavailability

NDMA is metabolized rapidly.  Once it is absorbed, NDMA and its metabolites are widely distributed.  Studies demonstrate that the metabolism in animals and humans follows a similar pattern where NDMA is metabolized by cytochrome P450 (CYP)2E1[liii,xlvii].  NDMA becomes hepatotoxic when the methyldiazonium ion is formed via α-hydroxylation pathway.[liv] Pharmacokinetic analysis of NDMA when injected into lab species intravenously shows that it is rapidly cleared from the blood where it is metabolized hepatically and extrahepatically.[lv]

The following adducts are formed with NDMA exposure: the principal DNA adduct is N7-methylguanine (represents about 65% of all adducts formed by exposure initially); O6-methylguanine is a secondary adduct (representing about 7% of all adducts initially formed) and other DNA adducts in smaller amounts include N3-methyladenine and O4-methylthymine.[lvi]

The oral bioavailability of NDMA, however, varies by species.  While the bioavailability in rats is approximately 8% where >90% of the NDMA is metabolized in a single pass[lvii].  The oral bioavailability of NDMA in larger species is much greater than rats.  Gombar et al. (1987)

30

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

conducted studies to evaluate the pharmacokinetics of NDMA and measure bioavailability in larger species more comparable to humans including beagles[lvii], swine[lviii] and monkeys.[lix]  The orally administered dose of NDMA that passes through the liver into systemic circulation was about 93% in beagles, 67% in swine and 49% in patas monkeys.

The NDMA across these species is rapidly distributed and eliminated.  In beagles, after a bolus i.v. dose, the blood concentration of NDMA has a mean distribution half-life of 19 minutes and a mean elimination half-life of 73 minutes.  In swine, after a bolus i.v. dose, the blood concentration of NDMA has a mean distributions half-life of 7 minutes and a mean elimination half-life of 28 minutes.  In monkeys, after an i.v. dose, the mean clearance (Cl), steady-state volume of distribution ($V_{33}$), mean residence time, and elimination half-life (t1/2) were $103.3 \pm 26.7$ (SD) nil/mill, $3061 \pm 821$ ml, $30.8 \pm 10.8$ min, and $21.1 \pm 8.5$ min, respectively.

Swine are appropriate models for physiologic and pathophysiologic studies because of their body size, dietary habits, digestive physiology and other physiologic processes that are more akin to humans.  In swine, it was observed that when high oral doses of NDMA were administered, similar to beagles, the systemic clearance of NDMA was greater than the hepatic blood flow.  Since 67% was bioavailable it indicated that organs other than the liver were involved in NDMA clearance.  Therefore, some of this clearance is extrahepatic.  It was raised that the lungs may also play an important role in NDMA clearance.  In larger species if more NDMA is bioavailable then this means that other organs will be exposed to high concentrations of a carcinogen.

## NDMA Animal Studies

IARC reviewed carcinogenicity data on NDMA in its 1978 Monograph Volume 17,[xxvi] examining more than 175 studies, which looked at different modes of administration of NDMA in multiple species of animals, including mice, rats, hamsters, guinea-pigs, rabbits, ducks, and fish.  These studies are described in this section.  The IARC reviewers summarized their conclusions on the animal studies as follows:

> "N-Nitrosodimethylamine is carcinogenic in all animal species tested: mice, rats, Syrian golden, Chinese and European hamsters, guinea-pigs, rabbits, ducks, mastomys, various fish, newts and frogs.  It induces benign and malignant tumors following its administration by various routes, including ingestion an inhalation, in various organs in various species.  It produces tumors, mainly of the liver, kidney and respiratory tract.  It is carcinogenic following its administration prenatally and in single doses.  In several studies, dose-response relationships were established."

In 1987, following a re-evaluation of the epidemiological and experimental carcinogenicity data related to 628 agents which had been reviewed in IARC Monographs Volumes 1-42, IARC classified NDMA as a Group 2A a probable human carcinogen.  This was based on the Working

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Group's review and evaluation of animal and human carcinogenicity data, studies on genetic and related effects, and other relevant data judged to be of sufficient importance to affect the overall evaluation that there was sufficient degree evidence of carcinogenicity for NDMA.[lx]

Route of Administration

a.  Oral Administration

i.  Mouse carcinogenicity studies

These studies were reviewed in IARC Monograph Volume 17[xxvi].  Based on its review of oral administration studies, IARC stated: "[s]everal studies on different strains of mice have demonstrated *N*-nitrosodimethylamine (NDMA) produced haemangiomas, haemangioendotheliomas, haemangioendothelial sarcomas, adenomas and hepatocellular carcinomas of the liver, as well as adenomas and adenocarcinomas of the lung."

Clapp, et al., (1968)[lxi] orally treated 94 RF mice with 0.94 mg/kg/day of NDMA and the control group consisted of 164 mice which were not given NDMA.  The treated group had a tumor incidence rate of 99% in lung and 97% in the liver whereas the untreated group had incidence rate of 39% and 4% respectively.  The treated group also had a much shorter mean age of death "MAD" with disease when compared to the untreated group. The treated group's MAD for both lung and liver was 393 days; the untreated control groups MAD for lung was 667 days and 713 days for liver.  In Clapp & Toya (1970)[lxii], four groups of male RF mice received varying cumulative and daily dose amounts of NDMA.  All four groups saw high rate of incidence of lung tumors ranging from 76% (given a cumulative dose of 89 mg/kg of NDMA at a rate of 0.4 mg/kg a day) to 99% (given a cumulative dose of 243 mg/kg of NDMA at a rate of 0.91 mg/kg a day) whereas the control group's incidence rate was 39%.  This study also showed the greater the dose of NDMA the shorter the mean age of death with tumors and minimum induction time.

Clapp et al., (1971)[lxiii] found of the 15 BALB/c mice histologically examined that were treated with NDMA; 10 were tumor positive-including 47% incidence rate for Lung tumors and 20% incidence rate for Liver tumors compared to 0% respectively for the control group of BALB/c mice.  In Kuwahara, et al. (1972)[lxiv], 40 DDD mice received weekly oral NDMA for a period of 2 to 13 weeks, of which 9 or 22.5% developed soft tissue hemangiomatous lesions, 5 developed hemangiomatous lesions of the liver, and 32 developed epithelial tumors of the lungs.

In Otsuka & Kuwahara (1971)[lxv], NDMA was administered to 3 groups of mice orally or subcutaneously for a period of between 16 days and 25 weeks.  The investigators concluded that the high incidence of lung adenomas and hemangiomatous lesions of the liver and soft tissues (most frequently in the retroperitoneal areas) seen in the treated mice were induced by the ingestions of NDMA because there were no reports of spontaneous hemangioendotheliomas in BALB/c or DDD mice.  In Takayama & Oota (1963)[lxvi], the authors noted that it is well known that NDMA can induce liver, lung, and kidney tumors in rats.  In this study, there was no control group and 27 ddN mice were fed a basal diet containing 50 ppm of NDMA for 5 months.  Of these, one mouse developed anaplastic carcinoma of the right kidney

32

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

and 18% developed malignant pulmonary tumors with histological malignancy. 2 cases of hemangioendothelioma of the liver occurred, despite there being no reported cases of spontaneous hemangioendothelioma of the liver in such mice.

Takayama & Oota (1965)[lxvii], reported that oral administration of NDMA induced neoplastic lesions in the liver, lung, kidney, stomach, testis, and subcutis. In this study, three strains of mice, ddN, ICR a ndC3H/AHe were divided into 9 experimental groups.  In the control group, 10 mice received no treatment for 18 months, of the 10 surviving mice, 4 liver, and 0 lung, kidney or other tumors developed.  The first three lower dose groups, consisting of 27 ddN mice, 22 ICR, and 30 C3H/AHe mice respectively, receiving 50 ppm of NDMA in their diet continuously for 5 months, the average NDMA received daily for ddN, ICR, and C3H/AHe mice was 7.05 mg/kg bw, 6.65 mg/kg bw, and 5.26 mg/kg bw, respectively.  In the ddN group receiving lower dose dietary NDMA, of the 21 surviving mice, 2 liver, 21 lung, 1 kidney tumor were found.  In the ICR group receiving lower dose dietary NDMA, of the 17 surviving mice, 4 liver, 16 lung, and 1 kidney tumor were found. In the C3H/AHe group receiving lower dose dietary NDMA, of the 25 surviving mice, 10 liver, 14 lung, and 4 kidney tumors developed.  A fourth group of 20 ICR mice received 50 ppm of NDMA for 10 months with the average NDMA per mouse 9.04 mg/kg bw, of the 17 surviving mice, 5 liver, 13 lung, and no kidney tumors developed.  In this study, there were also two higher dose NDMA treatment groups.  One group of 20 ddN mice receiving 100 ppm of NDMA in their diet continuously for 5 months, the average daily NDMA received was 17.66 mg/kg.day, of the 17 surviving mice, 4 liver, 11 lung and 1 kidney, 2 seminoma, and 2 cases of leukemia developed. Lastly, in a group of 20 ICR group receiving 200 ppm of NDMA in their diet continuously for 5 months, the average daily NDMA received was 18.89 mg/kg/day, of the 11 surviving mice, no liver, 6 lung, no kidney, 1 case of leukemia and one other tumor were found.

Terracini, et al. (1966)[lxviii] also looked at oral administration of NDMA in mice and found that administration of NDMA orally to mice in drinking water induced liver, kidney and lung tumors. In this study, 143 treated mice and 69 untreated controls were analyzed.  Survival in the treated groups was poor: there were no survivors past 60 weeks, and in some groups none survived past 10 or 30 weeks.   Incidences of 6/10 renal adenomas, 2/4 liver angiomas, and 10/10 lung adenomas were reported in female mice receiving 50 mg/l NDMA in drinking water for one week: the denominator in these incidence rates is the number of survivors at the time of first appearance of the tumor. No males survived in this treatment group.  A second treatment group received 25 mg/l for 3 weeks, but this was also very toxic so the drinking water concentration was reduced to 5 mg/l for a further 35 weeks.  With this treatment regime in females there were 7/8 renal adenomas, 5/12 liver angiomas, 3/13 hepatomas and 12/13 lung adenomas in females.  In males receiving the same dose the incidences were 4/16 renal adenomas, 9/15 liver angiomas, 2/19 hepatomas and 19/19 lung adenomas.  In the control population: there were no renal adenomas, 2 liver angiomas, no hepatomas, and 2 lung adenomas.

33

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

ii. Rat carcinogenicity studies

IARC reviewed the literature addressing oral administration of NDMA in rats and concluded that NDMA is carcinogenic in several strains. Tumors were observed at multiple sites in rats, specifically liver, lung, kidney, hemangioendothelial sarcomas, testis, tongue, pancreas, stomach, thyroid, mammary gland and nasal cavity.

Argus and Hoch-Ligeti (1961)[lxix] orally exposed male Wistar rats to 400 µg NDMA daily 5 times a week for up to 48 weeks. All 22 rats developed tumors, which were found in the liver, kidney or lung, and 6 of these rats developed primary tumors in all 3 locations.

Geil, et al. (1968)[lxx] looked at the carcinogenic effect of NDMA in low doses. Female Holtzman rats were administered 15 mg/l NDMA in drinking water continuously, whereas the control group were given tap water. No gross, light microscopic, or electron microscopic abnormalities were observed in the livers of the control rats, nor were any tumors found. In the treated group, 9 rats developed hepatic liver tumors and the authors concluded that the carcinogenic effect of NDMA was manifest in the development of the 9 tumors.

In Magee & Barnes (1956)[lxxi], 10 rats in the control group were given no dietary NDMA, 20 rats in the treatment group were fed a normal diet with 50 ppm NDMA and all but 1 developed primary hepatic tumors within less than a year, of which 7 also developed metastatic spread, 4 pulmonary and 3 intra-abdominal. One control died of pulmonary abscess in week 6, but all other controls were healthy at death. The authors of the study posited that NDMA may be a useful agent in investigating hepatic carcinogenesis. Magee & Barnes (1959)[lxxii] demonstrated that a single-dose treatment of high doses of NDMA, LD 50, induced kidney tumors. Magee & Barnes (1967)[lxxiii] reviewed available NDMA studies and reported that NDMA was carcinogenic in rats in the liver, kidneys, lung, and nasal sinuses. The authors explained that continual feeding of NDMA at levels that allowed the rats to survive for 30 weeks or longer resulted in liver tumors, but higher doses could induce kidney tumors after just one dose. They also reported that nitroso compounds are "unequivocally mutagenic."

All 18 Sprague-Dawley rats in Taylor, et al. (1974)[lxxiv] that were given a drinking solution of NDMA at a concentration of 40 mg/l developed Kupffer cell sarcomas of the liver and 12 of these rats also developed, metastatic tumor foci in the lungs. All 15 rats that were given just aminopyrine (AP) and sodium nitrite as control developed tumors in the Kupffer cells and none developed hepatocytes. 9 of the 18 rats given AP, sodium nitrite and carbon tetrachloride developed Kupffer cell tumors and 6 developed hepatocytes. The test group receiving NDMA survived far less long on average than the control group. The control group had 11 survivors after 30 weeks whereas the NDMA group had only 6 survivors. For the NDMA test group, there were no survivors at 40 weeks, whereas there were surviving control animals into the 50 week mark. Riopelle & Jasmin (1969)[lxxv] examined 135 male and female rats for incidences of renal tumors for 7 1/2 months after being treated with NDMA at a dose of 0.8 mg/100 g body weight for 6 consecutive days. Of the 106 surviving rats, 84 developed renal tumors and 53 of these rats developed tumors in both kidneys. There were 60 rats used for control, and there were no

34

histologically identifiable tumors in any of these control rats. 136 male Sprague-Dawley rats were dived into 8 groups in Shinohara, et al., (1976)[lxxvi]. 8 of the 14 rats in the group that received NDMA treatment alone developed kidney tumors. There were 10 animals used as a control group, none of which developed any form of tumor.

In Zak, et al. (1960)[lxxvii], male and female Sprague-Dawley rats were fed a diet supplemented with 125 ppm of NDMA. As feeding duration increased, incidences of kidney, liver, and lung tumors increased. Out of 13 examined rats that were fed NDMA for a duration of 80-120 days, 4 developed kidney tumors and 11 developed liver damage. Out of 9 examined rats that were fed NDMA for a duration of 121-160 days, 5 developed kidney tumors and 6 developed liver damage. Out of 8 examined rats that were fed NDMA for a duration of 161-224 days, 7 developed kidney tumors and all 8 developed liver damage. Of the control rats examined in Table 2, none developed tumors. Ito et al. (1971)[lxxviii], looked at the histopathology of tumors induced by NDMA in three strains of rats, Wistar, Sprague-Dawley, and BDIX. Wistar and BDIX rats were administered 0.1 mg of NDMA subcutaneously at birth. The Weanling, adult and old rats were fed a basal diet with containing 500 ppm of NDMA for 2 weeks. A total of 167 tumors were induced by the NDMA administration, 14.4% were found to be renal cell tumors, 83.2% were found to be embryonal cell tumors, and 2.4% were found to be hemangioendothelioma.

In Ireton, et al., (1972)[lxxix], 10 female Hooded Wistar rats developed mesenchymal tumors after receiving oral NDMA in sesame seed oil at a dose of 0.8 mg per 100 g body weight on 6 consecutive days. McGiven & Ireton (1972)[lxxx] examined a study performed in Ireton et al., (1972) and reported the susceptibility of the kidneys to the carcinogenic effects of NDMA.

The IARC reviewed a number of low dose studies. Hoch-Ligeti, et al., (1968)[lxxxi], for example, reported that NDMA is a potent carcinogen in rats, and causes malignant tumors in the liver, lungs, and kidneys. In this study, 5 of 19 male Sprague-Dawley rats treated with low dose NDMA, 0.4 mg/rat 5 times weekly for 24 weeks developed malignant liver tumors. Keefer, et al., (1973)[lxxxii] also showed that at low doses, NDMA exhibited great carcinogenic potency, where .07 mM/l of NDMA in drinking water caused liver tumors in 8 out of 30 MRC rats and at a higher dose, .35 mM/l in drinking water, NDMA caused liver tumors in 24 out of 30 MRC rats. Tumors in the nasal cavity, tongue, stomach, pancreas, testis, thyroid, and mammary gland were also reported with both doses. None of the 15 control rats developed liver tumors, 5 did develop tumors in the testicles, pancreas, and hemangiosarcoma.

In Terracini, et al. (1967)[lxxxiii], the authors sought to identify a dose of NDMA at which tumors were not observed using white rats fed NDMA ranging between 2 and 50 ppm. In this study, Porton rats were given dietary NDMA in oil and observed for up to 120 weeks. Significantly, a rat treated with low dose NDMA 2 ppm developed a malignant liver tumor, which precluded a finding of a no-effect level for NDMA. A dose-response effect was seen with increasing doses of NDMA and liver tumors. None of the 41 control group rats developed liver tumors. In contrast, 1 of 37 rats receiving 2 mg/kg of diet of NDMA developed liver tumors, 5 of 68 rats receiving 5 mg/kg of diet of NDMA developed liver tumors, 2 of 5 rats receiving 10 mg/kg of diet NDMA

35

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

developed liver tumors, 15 of 23 rats receiving 20 mg/kg of diet NDMA developed liver tumors, and 10 of 12 rats receiving 50 mg/kg of diet NDMA developed liver tumors.  Additionally, IARC examined the study in Hadjiolov & Markow, (1973)[lxxxiv] where 16 male Wistar rats were given 0.8mg of NDMA daily in drinking water up to a total dose of 112mg.  Haemangioendothelial sarcomas of the liver were observed.

### iii.   Other carcinogenicity studies

In the studies reviewed by IARC, NDMA caused an increase rate of cholangioadenomas, cholangiocarcinomas, haemangiosarcomas, adenocarcinoma of the glandular stomach, and liver tumors in hamsters.  Compared to rats, hamsters are relatively resistant to liver carcinogens but still show a high rate of tumor development when given NDMA.  In Tomatis et al., (1964), 58 Syrian golden hamsters were given a small chronic dose of NDMA and 36 hamsters developed cholangiocarcinomas and 11 developed liver-cell carcinomas.  In a second study, Tomatis & Cefis, (1967)[lxxxv], the authors gave 60 Syrian golden hamsters NDMA either in multiple doses or a single 1.6 mg dose.  36 hamsters developed tumors, including 22 liver-cell carcinomas and 16 tumors at other organ sites like the stomach, spleen, uterus, and intestine. In Haas, eat al. (1973)[lxxxvi], papilloma of the forestomach was seen in a Syrian golden hamster given a subcutaneous dose of 1/20 of LD50 of NDMA. In Homburger, et al. (1976)[lxxxvii], a Syrian hamster develop adenocarcinoma of the glandular stomach when given 1 mg/l of NDMA in its drinking water.

IARC reviewed two Le Page & Christie articles that examined the effect of NDMA on guinea pigs and rabbits, in which NDMA was shown to cause liver tumors.  In Le Page & Christie (1969a)[lxxxviii], 24 male guinea-pigs received NDMA.  Five of twelve guinea-pigs which were given 25 mg or 50 mg NDMA/kg of diet for 6-49 weeks developed malignant tumors in the liver.  No guinea pigs in the untreated control group developed liver tumors.  In the second Le Page & Christie (1969b)[lxxxix] study, rabbits received doses of 25 or 50 mg NDMA/kg of diet for 17-60 weeks.  Four of the 15 surviving rabbits treated with NDMA developed malignant liver tumors, and lung metastases and one kidney tumor were also observed.  None of the 11 surviving control group rabbits developed tumors.  The authors also noted prolonged NDMA administration caused the rabbit's livers to become grossly cirrhotic.

IARC also reviewed the effects of oral administration of NDMA on non-mammalian animal species.  These studies showed a higher incidence rate of tumor development the longer NDMA is administrated.  Ashley & Halver (1968)[xc] involved two experiments where rainbow trout were given a 30, 120, 480 and 1,920 mg dose of NDMA/kg of diet for up to 20 months.  Both studies saw the incidence of induced adenomas and adenocarcinomas of the liver increase as the dose amount and duration increased.  Fish in the control groups had no observed pathological abnormalities.

In Sato, et al., (1973)[xci] no changes or tumors were detected in the livers of guppies during the first 11 months of the study.  Two guppies developed hepatic nodules, described as liver tumors, and a leiomyosarcoma in the mesentery after 13 months of receiving a diet of 4.8g

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

NDMA/kg.  None of the guppies in the control group developed hepatic nodules.  NDMA's effects on ducks was examined in McCracken et al., (1973)[xcii], which showed an incidence rate of 71% for hepatic neoplasms after 9 months of dietary NDMA of 50 mg NDMA/kg.

### b. Inhalation or intratracheal administration

#### i.  Mouse carcinogenicity studies

IARC reported tumors in the liver, lung, kidney, and nasal cavity of mice and rats when NDMA was administrated via inhalation or intratracheal.  In Druckery et al., (1967)[xciii] NDMA was administered via inhalation for a duration of 30 minutes to induce tumors in rats.  Four of 6 rats developed aesthesioneuropitheliomas and squamous-cell carcinomas after inhalation of an NDMA concentration of 4 mg/kg per body weight.  Eight of twelve rats developed nasal cavity tumors when NDMA was administered using half the concentration.  Moiseev & Benemansky, (1975)[xciv] performed an inhalation study on rats and mice.  Wistar rats that received 0.005 or 0.2 mg/m$^3$ of NDMA for 25 months developed tumors in the lung, liver, and kidneys in larger amounts than control group.  The mice were given the same concentration of NDMA for the duration of 17 months.  Tumors developed earlier and at a higher rate, 0.2 mg/m$^3$ concentration, in the lung, liver, and kidney in mice than the lower concentration.

### c. Subcutaneous and/or intramuscular administration

#### i. Mouse carcinogenicity studies

Kuwahara, et al. (1972)[lxiv] evaluated the induction of hemangiomatous lesions with NDMA in mice injected subcutaneously.  In this study, DDD, BALB/c and SJL/J mice received injections of 0.15 mg of NDMA weekly either subcutaneously or via intraperitoneal administration.  Of the 114 mice receiving NDMA subcutaneously, 73 developed soft tissue tumors, 22 developed liver hemangiomatous lesions, and 4 developed hemangiomatous lesions of the kidneys.  A remarkably high incidence of sarcomas were seen in the soft tissues, especially in the pararenal and retroperitoneal tissues, and abdominal adipose tissues in the mice receiving NDMA subcutaneously.  In Otsuka and Kuwahara (1971)[lxv], DDD and BALB/c mice received subcutaneous injections of 0.15 mg NDMA weekly for 1 to 35 weeks.  52 of 81 mice, in groups 2 and 3 that received the subcutaneous injection, developed soft tissue angiomatous lesions, 19 developed angiomatous lesions of the liver, and 4 developed angiomatous lesions of the kidneys.

In Cardesa, et al. (1974a)[xcv], Swiss mice received a single subcutaneous injection of NDMA dissolved in saline.  The treatment groups consisted of 20 male and 20 females who were administered NDMA at 0.5, 1, 2, 4, and 8 mg/kg b.w. Animals lost to cannibalism or autolysis were excluded. The control group consisted of 218 mice (94 males and 124 females). The NDMA treated group had a higher tumor incidence than the control group (in the control group, 15% developed lung tumors, 32% developed malignant lymphomata, 7% developed vascular tumors, none developed subcutaneous sarcomata and 10% developed other tumors. By comparison in the NDMA treatment group, of those receiving the highest dose, 8.0 mg/kg b.w., 67% developed lung tumors, 10% developed malignant lymphomata, 15% developed

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

vascular tumors, 3% developed subcutaneous sarcomata and 13% developed other tumors.  In the treatment group receiving the lowest dose of NDMA, 0.5 mg/kg b.w., 17% developed lung tumors, 30% developed malignant lymphomata, 15% developed vascular tumors, 5% developed subcutaneous sarcomata and 3% developed other tumors.  Significantly, a dose response relationship for lung tumors was found in this study.  In the treatment groups, lung tumors were identified as follows: 17% in the 0.5 mg/kg b.w. group, 29%, in the 1.0 mg/kg b.w. group, 35% in the 2/0 mg/kg b.w. group, 39% in the 4.0 mg/kg b.w. group, and 67% in the 8.0 mg/kg b.w. group.  In the control group only 15% developed lung tumors.

A number of studies looked at the effects of single subcutaneous injections in mice and found that NDMA administration gave rise to tumors in multiple organs.  In Terracini et al., (1966)[lxviii], mice received subcutaneous injections of 25 or 37.5 μg NDMA in distilled water.  In the control group, none of the animals developed renal adenomas, liver angiomas, or hepatomas, and 4 of 22 developed lung adenomas.  In the treated group receiving subcutaneous injections, none developed renal adenomas. However, 3 of 25 developed liver angiomas, 18 of 29 developed hepatomas, and of 24 of 31 developed lung adenomas. Other tumors seen in the treatment groups included a malignant lymphoma, ovarian cyst, and liver sarcoma.

In Toth and Shubik (1967)[xcvi], 96 newborn AKR mice received 30 μg of NDMA subcutaneously and 105 newborn ARK mice were monitored in the control group.  The control group saw no cases of liver cell carcinoma, hepatoma or other tumors, and 1 case of lung tumors but 95% of females and 88% of males developed malignant lymphoma.  In the NDMA-treated group,76% of the females and 54% of the males developed malignant lymphoma, 58.1% of the females and 25.8% of the males developed lung adenomas, 27% females and 25% males developed hepatoma, and 16% females and 12% males developed liver cell carcinoma. The authors noted that these findings were consistent with prior studies in other strains of mice, in which NDMA was found to give rise to lung adenomas and liver cell tumors.  In Toth et al. (1964)[xcvii], four groups of BABL/c mice received NDMA by subcutaneous injection at birth in doses ranging from 1.5 μg to 75 μg. The control group developed no hemangiomas, hemangiosarcomas, hepatomas or liver cell carcinomas, but did develop 4 cases of lung adenomas.  In contrast, across the four treated groups, 9 developed lung adenomas, 12 developed hemangiomas, 3 developed hemangiosarcomas, 6 developed hepatomas, and 11 developed liver cell carcinomas.

In Fujii & Sato (1970)[xcviii], *Mastomys* (a type of rodent) were administered subcutaneous injections of NDMA twice weekly in a dose of 0.1 ml/animal for 10, 19, 27, 36, and 44 weeks, to a total dose of 2.0, 3.8, 5.4, 7.1, and 8.8 mg.  Liver tumors were seen in 6 out of 36 treat male mastomys and 22 out of 52 treated mastomys developed stomach tumors.  In control group, 4 out of 82 mastomys developed liver tumors, all were seen in females and none in males.  46 of 76 males and 46 of 82 female mastomys in the control group developed stomach tumors.

ii. Rat carcinogenicity studies

IARC reviewed multiple animal studies that focused on the development of renal tumors in rats when given subcutaneous injections of NDMA, in particular, newborn and weaning rats.  In

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Campbell et al., (1974)[xcix], 159 Wistar Rats developed renal tumors whereas the control group of 240 rats developed zero tumors.  The NDMA treated rats were given subcutaneous injection doses of 125 μg at birth and 7 days old; 10 mg/kg at 7 days old, 21 days old, or 70 days old, and 20 or 30 mg/kg dose at 21 or 70 days old.  The incidence and induction times were influenced by the age of the rat whereas the younger treated rats showed a higher rate of tumor development.  Terracini & Magee, (1964)[c] reported 44 rats less than a day old and 9 7-day old rats were given 125 μg doses of NDMA via subcutaneous injection.  Of the surviving rats that were less than a day old at time of injection, 6 developed renal tumors, 1 developed liver tumor, and 1 developed an "other" tumor.  Of the surviving rats that were 7 days old at time of injection, 3 developed renal tumors and 1 of these 3 also developed a liver tumor.  No untreated rats in this experiment developed renal or liver tumors.

Researchers in Ito (1973)[ci] observed 6 out of 11 newborn rats develop kidney tumors after being given 0.1 mg/rat subcutaneous injections at birth.  These 11 tumors were adenomas and clear cell carcinomas.  Researchers also observed 18 out of 23 adult rats develop kidney tumors after being treated with NDMA.  Ito concluded that tumors of the kidney, ureter and bladder developed in rats by administration of carcinogens like NDMA were similar in histological appearance to those in the urinary system for humans.

iii.  Hamster carcinogenicity studies

Multiple hamster studies where NDMA was administered subcutaneously were referenced by IARC.  These studies provided that NDMA was not only carcinogenic but the duration of dosing and not strength of dose played a larger role in incidence rate of tumor development.  In Herrold (1967)[cii] 36 hamsters were given subcutaneous injection of varying dose and duration of dose treatment of NDMA.  In Group 3 (1 mg of NDMA weekly for 1.5 to 3.5 months), 5 out of 10 surviving hamsters developed 3 incidences of hemangioendothelial sarcomas, 2 cholangiocarcinomas, and 3 tumors of the posterior nasal cavity.  In Group 4 (0.5 mg of NDMA weekly for 4-5 months), 9 of 10 surviving hamsters developed 7 incidences of hemangioendothelial sarcomas, 1 cholangiocarcinoma, and 1 tumor of the posterior nasal cavity.

In Stenback et al., (1973)[ciii] 24 male Syrian golden hamsters received 6 weekly injections of NDMA (0.25 mg in 2 ml of saline) subcutaneously.  12 of the hamsters developed tumors in the liver including cavernous hemangiomas, hemangioendotheliomas, hemangioendotheliosarcomas, hepatomas, and 3 developed papillomas in the forestomach.  In Reznik (1975)[civ] and Reznik et al., (1976)[cv] 120 Chinese hamsters were given once weekly subcutaneous injection of NDMA at levels of 0.2, 0.1, or 0.05 of the LD50.  In all, 100 NDMA treated hamsters developed liver tumors (dose size did not play a factor in incident rate) and none of the control hamsters developed liver tumors. The authors concluded that the hamsters receiving the lower dose of NDMA had a higher incidence rate of tumor development because these hamsters had a longer life span and received more chronic NDMA doses.  In Mohr at al., (1974)[cvi], 60 wild European hamsters were dived into equal groups receiving weekly

39

subcutaneous injection of NDMA at levels of 1/5, 1/10 or 1/20 LD50.  29 of the 60 hamsters developed tumors, mostly liver and kidney, tumors developed in other organs as well.  Only 3 of 20 hamsters in the control group developed spontaneous tumors.  The authors found a statistically significant difference in survival rates dependent upon dosage of the group and the longer the hamsters survived the higher incidence rate of tumor development.

d.  Intraperitoneal administration

IARC reviewed additional studies in which animals were given NDMA via intraperitoneal injections.  In Frei (1970)[cvii], adult and newborn mice were given 0.11 mM/kg of NDMA via single intraperitoneal injections.  Although no adult mice developed tumors, 26 newborn mice developed lung adenomas and 26 newborn mice developed hepatomas.  3 newborn mice in the control group developed lung adenomas and 1 developed a benign squamous cell papilloma of the skin.  In Clapp (1973)[cviii], single doses of 5, 10, or 15 mg/kg per body weight of NDMA were administered via single intraperitoneal injections to RF mice, which induced 9 out of 18, 16 out of 19, and 4 out of 5 lung tumors, respectively, as to dose size.  25 of 52 mice in the control group developed lung tumors.  There were no liver tumors in the NDMA treated mice, the authors theorized that a single intraperitoneal injection, as contrasted with continuous oral administration, may be a factor as to why the incidence of liver tumor development varies so widely between routes of administration.

Cardesa et al., (1973)[cix] gave weekly intraperitoneal injections of 6 mg/kg body weight for 10 weeks in 50 female and 50 male Swiss mice.  Treated female mice resulted in a significantly increased incidence (P<0.001) of vascular tumors 16 out of 40 studied mice, while the incidence in males was only 6 out of 39 studied mice.  There was a low incidence of hepatic vascular tumors (3 female and 5 males) in both sexes.  1 out of 47 female control mice developed a vascular tumor and 2 out of 46 male control mice developed a vascular tumor.  In Noronha (1975)[cx], 42 NZO/Bl mice were given a single intraperitoneal injection doses of 7.5 mg/kg per body weights and 63 NZO/Bl mice were given a single intraperitoneal injection doses of 15 mg/kg body weight of NDMA at 60 days of age. A large increase in the incidence of lung tumors in males and females (76-100%, compared with 19-25% in controls) and of kidney adenomas and carcinomas in males (33% (7/21) in the lower dose group and 56% (10/33) in the higher dose group, compared with only 1/268 in controls).  The authors posited that in view of carcinogenic effect of nitrosamines seen in studies, one dose or very small dose amounts may have serious implications for humans.

In Den Engelse et al., (1974)[cxi] 5 groups of male and female C3Hf mice received NDMA in a single intraperitoneal injection of 7 mg of NDMA or doses between 112.4 and 122.5 mg/kg for 13 weeks in drinking water.  The sex of the mice influenced the results; the NDMA induced hepatomas in 14 treated males (7 in the group that received intraperitoneal injection and 7 that received 114.1 mg of NDMA in drinking water) but one in females (112.4 mg of NDMA in drinking water) and female mice developed 5 vascular tumors (2 that received 112.4 mg of NDMA in drinking water and 3 that received 122.5 mg of NDMA in drinking water) whereas the

40

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

male mice developed none.  12 of 69 male control mice and 1 of 40 female control mice develop hepatomas and only 1 female control mouse developed a vascular tumor.

In Vesselinovitch (1969)[cxii] mice were given six intraperitoneal injections of 1-4 mg/kg body weight starting at 7 days of age.  Out of 149 effective mice that received NDMA treatment, 70 developed liver cell tumors (8 males and 1 female that received 1μg/gm b.w. of NDMA; 18 males and 4 females that received 2μg/gm b.w. of NDMA; 29 males and 10 females that received 4 μg/gm b.w. of NDMA), 45 developed parenchymal hepatomas (8 males and 1 female that received 1μg/gm b.w. of NDMA; 14 males and 3 females that received 2μg/gm b.w. of NDMA; 14 males and 5 females that received 4 μg/gm b.w. of NDMA), 25 developed hepatocarcinomas (4 males and 1 females that received 2μg/gm b.w. of NDMA; 15 males and 5 females that received 4 μg/gm b.w. of NDMA), 29 developed lung adenomas (3 males that received 1μg/gm b.w. of NDMA; 6 males that received 2μg/gm b.w. of NDMA; 10 males and 10 females that received 4 μg/gm b.w. of NDMA), and 10 developed hemangiomas (1 female that received 2μg/gm b.w. of NDMA; 4 males and 5 females that received 4 μg/gm b.w. of NDMA). None of the 42 control mice developed a tumor.  The author reported that the findings show a positive dose response relationship between the dose of NDMA delivered and the incidence of hepatomas, hepatocarcinomas, lung adenomas, and hemangiomas.

In Murphy et al., (1966)[cxiii] Wistar rats were injected with single, low dose 18 mg/kg b.w. injections of NDMA intraperitoneally at 5 months old to evaluate renal tumor induction. The control group developed no tumors during the study.  The treated group receiving intraperitoneal injections had a 10.6% tumor incidence over time.

Ingram (1972)[cxiv] studied the lethal effects of NDMA in newts by giving newts an intraperitoneal injection in concentrations up to 16 mg/g body weight and newts in the first and second multidose experiments received 6 to 7 injections of 16 mg/g body weight of NDMA over a period of 3 to 4 weeks.  Newts that received just one injection developed zero liver tumors but newts that received multiple treatments of NDMA over multiple weeks developed liver tumors.

## Factors that modify carcinogenicity in animals

IARC reviewed numerous animal studies that examined potential factors that modify the carcinogenic effect of NDMA administration in various animal species.  A number of the studies looked at the carcinogenic effects of NDMA when combined with different diets.  IARC reviewed two studies that examined tumor development caused by NDMA in rats fed a protein-free diet.  In McLean & Magee (1970)[cxv], the authors looked at whether NDMA's carcinogenic action was altered by protein deficiency.  In this study, 22 Sprague-Dawley rats received a single intraperitoneal injection of 60 mg/kg body weight of NDMA and received a protein-free diet. All 14 of the surviving rats in the treatment group developed renal tumors and two pulmonary adenomas between 8-11 months after receiving the NDMA injections.  In the control group, 10 rats were given saline and of the 8 who survived for 16 months, none developed tumors.  The authors concluded that metabolism of NDMA was necessary for it to be effective as a toxin.

41

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Decreased NDMA metabolism by liver resulting from a protein free diet allowed NDMA to stay in the blood longer and come into contact with other organs, causing an increase in methylation of kidney DNA and leads to an increase in kidney tumor development.

Hilfrich et al., (1975)[cxvi] looked at whether NDMA-induced kidney tumors could be modified by a secondary treatment, here, the antibiotic Actinomycin D (ACT), which can bind to DNA and inhibit DNA dependent RNA synthesis.  ACT has also been shown to reduce the incidence of skin tumors in mice and mammary neoplasms in rats. In this study, 330 female Sprague-Dawley rats were divided into 11 equal groups of 30 rats and given 30 mg of NDMA alone, 6 µg of ACT or NDMA with ACT with a normal protein diet or a protein deficient diet.  The control group received saline only 16 of 28 rats developed tumors (while no kidney tumors, nasal cavity, heart, or adrenal gland tumors developed, 13 developed mammary gland tumors, 1 developed a lymphatic syst, and 4 developed tumors in other organs.  In the treatment groups, 205 out of 288 effective rats bore tumors in the kidney, mammary glands, lymphatic system, nasal cavity, heart, adrenal glands, stomach, and numerous other locations.  15 out of 23 effective rats in the NDMA treated group alone developed tumors, 15 rats developed 10 kidney tumors, 4 mammary gland tumors, 2 tumors in the lymphatic system, 1 adrenal gland tumor, 1 Schwannoma, and 1 lipoma.  14 out of 26 effective rats in the group that was treated with ACT alone developed tumors, the 14 rats developed 9 mammary gland tumors, 3 tumors in the lymphatic system, 2 adrenal gland tumor, 1 Schwannoma, 1 adenocarcinoma, 2 granulosa theca cell tumors, and 1 lipoma. 19 out of 24 effective rats in the group that was treated with NDMA and ACT with a 2 hour administration difference developed tumors, the 19 rats developed 14 kidney tumors, 8 mammary gland tumors, 1 tumor in the lymphatic system, and 1 heart tumor. 22 out of 23 effective rats in the group that was treated with NDMA and ACT simultaneously developed tumors, the 22 rats developed 13 kidney tumors, 4 mammary gland tumors, 4 tumors in the lymphatic system, 3 heart tumors, 1 adrenal gland tumor, 1 fibrosarcoma, 1 papilloma, 1 fibrosarcoma, and 1 lipoma. 17 out of 26 effective rats in the group that was treated with NDMA and ACT with a 5 hour administration difference developed tumors, the 17 rats developed 8 kidney tumors, 2 mammary gland tumors, 3 tumors in the lymphatic system, 3 nasal cavity tumors, 2 heart tumors, 3 adrenal gland tumors, 1 adenoma in pituitary gland, 1 adenoma in thyroid, and 1 hepatoma. 18 out of 26 effective rats in the group that was treated with NDMA and ACT with a 48 hour administration difference developed tumors, the 18 rats developed 15 kidney tumors, 5 mammary gland tumors, 1 tumor in the lymphatic system, 1 adrenal gland tumor, and 1 lung adenoma. 15 out of 30 effective rats in the group that was treated with NaCl and a protein deficient diet developed tumors, the 15 rats developed 10 mammary gland tumors, 2 tumors in the lymphatic system, 3 adrenal gland tumors, 1 papilloma in the forestomach, 1 granulosa theca cell tumor, 1 fibrosarcoma in anal region, and 1 lipoma. 30 out of 30 effective rats in the group that was treated with NDMA and a protein deficient diet developed tumors, 30 rats developed 30 kidney tumors, 5 mammary gland tumors, 2 tumors in the lymphatic system, 1 nasal cavity tumor, 1 adrenal gland tumor, 1 1 osteogenic sarcoma, 1 lung adenoma, and 1 leiomyosarcoma in the uterus. 14 out of 26 effective rats in the group that

42

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

was treated with ACT and a protein deficient diet developed tumors, the 14 rats developed 1 kidney tumor, 11 mammary gland tumors, 1 heart tumor, 2 adrenal gland tumors, 1 leiomyosarcoma in the uterus, 2 granulosa theca cell tumors, and 1 polymorph sarcoma. 25 out of 26 effective rats in the group that was treated with NDMA, ACT, and a protein deficient diet developed tumors, the 25 rats developed 24 kidney tumors, 3 mammary gland tumors, 3 tumors in the lymphatic system, 6 nasal cavity tumors, 3 adrenal gland tumor, 1 papilloma in the tongue, and 1 papilloma in the forestomach. The researchers noted that rats deprived of protein and treated with NDMA had a significantly increased kidney tumor incidence rate compared to rats treated with NDMA and had a normal protein diet.

Carlton & Price (1973)[cxvii] looked at whether diets high in copper would inhibit the induction of neoplasia caused by NDMA.  Here, male Sprague-Dawley rats were feed a copper-deficient diet or a copper-excessive diet and received 50 ppm of NDMA in their drinking water for 4 days. The type of diet, copper deficient (CD) or excess-copper (EC) with 50 mg/l of NDMA in the drinking water did not change the incidence of liver or lung tumors (23.3 CD/27.6% EC for hepatomas, 10% CD/13.8% EC for hepatocellular carcinomas); however, kidney neoplasms occurred in 57% of rats receiving the copper-deficient diet, as compared with 0% in the excess-copper group.  The control group had a 0% incidence rate for hepatomas, hepatocellular carcinomas, and 0% for EC kidney neoplasms and 2.4% for CD kidney neoplasms.

In Rogers et al., (1974)[cxviii] Sprague-Dawley rats were fed an adequate diet or a diet high in fat and marginally deficient in lipotropes for 3 weeks then placed in different groups being treated with different nitrosamines.  This study did not include control data.  For the NDMA treated group, rats were either given 100 ppm in the diet for 3 weeks or 25 ppm in the diet for 4 weeks and then 50 ppm in the diet for 8 weeks.  Rats fed a diet with NDMA at 50 ppm over a longer period of time saw a higher incidence rate of tumors in the liver and reticuloendothelial system; rats fed NDMA at 100 ppm for a shorter duration saw a higher incidence rate of kidney tumors and a diet high in fat and marginally deficient in lipotropes did not affect liver tumor development by NDMA.  This study also saw additional carcinogenic effects in the pituitary gland and transitional cell polyps of the bladder.

IARC examined whether the administration of additional chemicals affected NDMA metabolism by the liver.  In Schmahl et al. (1976)[cxix], 6% of the 600 control animals developed tumors, 20 of the 31 effective rats given 4 mg/ kg body weight/week of NDMA developed tumors including 17 in the liver.  18 out of 29 effective rats that were given both DSF (disulfiram) and NDMA developed tumors including 1 liver, 1 esophagus, and 17 paranasal sinus.  The effective suppression by disulfiram of liver tumors induced by NDMA shows that the liver metabolism of NDMA is low and allows the unmetabolized NDMA to stay in the blood longer to be metabolized outside of the liver, which in turn could be "'toxicated' in extra-hepatic organs".  NDMA is an efficient and potent carcinogen that is routinely used in lab experiments to induce tumors.  In 1999, when AstraZeneca conduced genotoxicity testing for Omeprazole (Prilosec), a

43

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

drug used to treat acid-related disorders, it used NDMA as a positive control where it effectively induced DNA strand breaks in rat liver cell cultures and had a 10-fold increase over control.[cxx]

In Pound et al., (1973)[cxxi] male Sprague-Dawley rats were given a single dose of 20 mg/kg body weight of NDMA alone or after being pre-treated with carbon tetrachloride, a chemical that causes necrosis in the liver that forces regeneration.  Zero animals developed kidney tumors that were given just NDMA, 9 out of 27 developed kidney tumors 42 hours after carbon tetrachloride treatment and NDMA, and 3 out of 34 developed kidney tumors 60 hours after carbon tetrachloride treatment. None of the 55 control rats developed tumors or tumor like lesions.  The results seen with carbon tetrachloride were viewed as a dose effect – this caused the rate of metabolism of NDMA to decrease for a period after carbon tetrachloride administration ensuring that more NDMA was available to the kidneys for a longer period of time.  In Hadjiolov (1971) researchers observed that administration of aminoacetonitrile inhibits the metabolism of NDMA, in Wistar rats and decreases the carcinogenic effects of NDMA; the number of malignant liver tumors induced decreased by 80%.  None of the control group,  receiving aminoacetonitrile alone, developed tumors.

IARC reviewed a study that compared the effects of NDMA alone and NDMA and another nitrosamine.  In Cardesa, et al., (1974b)[cxxii] 40 Swiss mice were given 6 mg/kg b.w. NDMA via intraperitoneal injection alone and 40 Swiss mice were given 3 mg/kg b.w. NDMA with 3 mg/kg b.w. diethylnitrosamine via intraperitoneal injection simultaneously.  In the NDMA treatment group, 95% developed lung tumors, 31% developed vascular tumors, 0% developed forestomach papillomata, 10% developed kidney tumors, and 10% developed lymphomata. In the combined treatment group, 92% developed lung tumors, 13% developed vascular tumors, 10% developed forestomach papillomata, 0% developed kidney tumors, and 13% developed lymphomata.  In the control group, 26% developed lung tumors, 7% developed vascular tumors, 31% developed lymphomata and 10% developed other tumors, but no forestomach or kidney tumors were found.

In Love, et al., (1977)[cxxiii] a group of Syrian golden hamsters received 15 mg/l NDMA in drinking water with antibiotics which suppresses intestinal microflora.  Another group received NDMA alone.  In the antibiotic treated animals, the incidence of tumors was more than twofold compared to the group receiving NDMA alone. There was a control group of 40 hamsters who received antibiotics alone, without NDMA (20 male, 20 female). The control group showed no tumorous lesions and only a few cases of granulovacuolar degeneration of hepatocytes.  According to the authors, it is likely that changes in the microflora between those receiving antibiotic or antibiotics with NDMA, and those involving NDMA alone, lead to the variations in tumor incidence between the groups.

In sum, IARC classified NDMA as a 2A probably carcinogenic to humans in 1987 following its re-review of extensive animal carcinogenicity literature that demonstrates that NDMA is carcinogenic across every animal species studied with compelling consistency.  Subsequent to the review of NDMA carcinogenesis studies undertaken for IARC Monograph 17, there have

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

been numerous studies where NDMA was used as a model carcinogen to induce tumor formation.  But there are few actual bioassay-style studies since NDMA carcinogenicity has been widely assumed as proven in recent years.

There is however one major exception to this trend: as noted earlier Peto and colleagues undertook a very large-scale study in which they exposed Colworth rats to NDMA and N-Nitrosodiethylamine (NDEA) in drinking water for life.  Peto et al., (1991)[cxxiv], was designed to examine the dose-response for NDMA and NDEA carcinogenicity over a wide range of doses. 15 concentrations ranging from 0.033 to 16.896 ppm were used in groups of 60 rats for each sex, and a group of 240 animals receiving plain drinking water served as controls.  Additional treatment groups of 6 animals/group were sacrificed at 6 and 12 months.  Water consumption for male and female rats was measured and found to be 41 ml/kg and 72 ml/kg respectively, and these data were used to calculate intakes for each treatment group, which ranged from 0.001 to 0.653 mg/kg-day.  Among animals exposed to NDMA, there was a significant (p<0.005) and dose-related increase over controls in the incidence of fatal liver neoplasms.  Other tumors with positive trends in incidence included tumors of the lung (p =0.004), skin (p =0.001), lymphatic and hematopoietic tissues (p =0.032), and seminal vesicles (p =0.004). Results with NDEA were similar, with the additional feature of a substantial incidence of esophageal tumors.

Exposure and observation of the rats continued throughout life, so the duration of this study was significantly longer than the NTP standard bioassay.   This long duration and eventual 100% mortality rate complicate the analysis of the results, so the authors used a time-dependent analysis based on the multistage cancer model to measure both tumor incidence and time to the appearance of tumors[cxxv, cxxvi].  A Wiebull model (exponential in time) was used to describe the time to tumor appearance, and the analysis also distinguished between mortality associated with a particular tumor type (fatal tumors) and the appearance of incidental tumors in rats dying of unrelated causes (other types of tumors, or non-cancer mortality).  They showed several different ways of examining the data for several tumor types with both NDMA and NDEA.  The conclusion was that the overall tumor incidence increased linearly with dose and the time to tumor decreased with dose, as expected from the multistage model.  This was thoroughly analyzed for liver tumors with NDMA and esophageal tumors for NDEA, the most commonest tumor types for these two compounds.  This analysis allowed for the impact of intercurrent mortality on the observed tumor rates.  This effect is particularly notable in the incidence tables for the less common tumors, where most of the rats died of liver tumors (NDMA) or liver and esophageal tumors (NDEA) before developing one of these less common tumors.

A basic indication of the dose-response trend can be obtained by looking at the data for fatal liver cell tumors, which are less affected by background rate and intercurrent mortality than the incidental tumors or tumors at other sites.  This is illustrated below in the table of tumor numbers and incidence rates at the various NDMA concentrations in drinking water, and the corresponding figure.

45

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| NDMA concentration (ppm) | Males + females n | Fatal Liver cell tumors | Incidence |
|---|---|---|---|
| 0.000 | 480 | 1 | 0.002 |
| 0.033 | 120 | 1 | 0.008 |
| 0.066 | 120 | 1 | 0.008 |
| 0.132 | 120 | 3 | 0.025 |
| 0.264 | 120 | 2 | 0.017 |
| 0.528 | 120 | 5 | 0.042 |
| 1.056 | 120 | 4 | 0.033 |
| 1.584 | 120 | 5 | 0.042 |
| 2.112 | 120 | 10 | 0.083 |
| 2.640 | 120 | 16 | 0.133 |
| 3.168 | 120 | 17 | 0.142 |
| 4.224 | 120 | 25 | 0.208 |
| 5.280 | 120 | 39 | 0.325 |
| 6.336 | 120 | 49 | 0.408 |
| 8.448 | 120 | 83 | 0.692 |
| 16.896 | 120 | 87 | 0.725 |

### Humans are found to have a higher sensitivity to NDMA's carcinogenic effects than laboratory animals

While IARC, among other agencies, has concluded that animal data supports the extrapolation of findings to humans, there is evidence that humans are more sensitive to NDMA than laboratory animals.  NDMA is metabolized via the same pathway in humans and mammals, which supports the use of extrapolation from animal carcinogenicity studies to evaluate the risk in humans.  The 1978 IARC, noted: "[s]tudies in vitro suggest that NDMA is metabolized by human liver and lung via the same metabolic pathway as in other mammalian species."  IARC (1978) citing (Harris et al., 1977[cxxvii]; Montesano & Magee, 1970[cxxviii]).  While the metabolic pathways are understood to be the same, there is also evidence that humans are more sensitive to N-nitroso compounds than laboratory rodents.

A number of studies have evaluated the inter-species differences in terms of their response to NDMA and have indicated that humans are more sensitive to NDMA than animals as more NDMA is bioavailable in humans, as they are larger species, than rats.  This causes NDMA to be more potent and hepato-carcinogen in humans than rats as discussed below.  Lijinsky (1999)[cxxix] noted "... the possibility—even likelihood—that humans are more sensitive to these carcinogens than are laboratory rodents."  In a 1987 IARC Scientific Publication[cxxx] presenting the proceedings of the IXth International Symposium on N-Nitroso Compounds, factors were

46

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

discussed that could play a role in NDMA's carcinogenic potential in humans compared to other mammal species. Several authors noted that in rats the liver played a predominant role in the metabolization of NDMA and stated it was assumed that the conditions are similar in humans. The oral bioavailability of NDMA in dogs and pigs is substantially greater than in rats, which may explain the presence of NDMA circulating in human blood. In a keynote address, Magee cited Gombar et al., who found that in dogs[lvii] and pigs[lviii] hepatic extraction of NDMA is lower in these species than in rats, noting that humans resemble these larger animals more closely than rats.

According to the WHO[liv], "[t]here is also ample evidence that NDMA is genotoxic both in vivo and in vitro." Activation by liver microsomal S9 fractions is necessary for a positive in vitro result. The recent observation that human S9 fractions are much more active in promoting genotoxicity in the Ames test than rat S9 fractions suggests that humans may be especially sensitive to the carcinogenicity of NDMA. Hakura et al.[cxxxi] in 2003 compared the mutagenicity of NDMA in S9 fractions in humans and rats using the Ames test, a test for bacterial mutagenicity *in vitro* which is often used to predict possible carcinogenicity. These authors found the mutagenicity of NDMA in the presence of either human liver S9 fraction or pooled human liver S9 fractions was 8-fold higher than that found in the presence of rat S9 fraction in terms of mutagenic activity. Similarly, in 1999 Hakura et al.[cxxxii] reported that human S9 fractions on Ames tests showed higher mutagenic activity than in rat liver S9. In this study, standard Ames tests (with pre-incubation of test compounds with S9) were conducted using human S9 fractions, and phenobarbital or 5,6-benzoflavone-pretreated (R-i) rat liver or normal rat liver (R-n) from Sprague-Dawley rats, to look at the metabolic activation. NDMA tested with induced rat liver S9 fractions resulted in mutagenic activity (expressed as the highest number of induced revertants per μg per plate) of 5.1, with normal rat liver S9 it was 4.3, with Induced human liver S9 it was 39 and with normal human liver S9 from three different individuals it was 27, 28, and 30 respectively.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Epidemiology of NDMA cancer effects.

In reaching the conclusions in this report, I have carefully considered the available human epidemiological studies. Studies of cancer in humans exposed to NDMA are complicated by the complexity of such exposure situations, which have involved industrial environments with exposure to multiple carcinogenic agents, or dietary exposures where the presence and concentration of NDMA is often inferred rather than directly measured. This is also often the case with exposures to drugs contaminated with, or degrading to, NDMA. In this latter case the dose received may only be reported by general criteria such as "number of prescriptions" rather than an actual dose received. Some epidemiology studies rely on crude measures of exposure such as categories ("high", "medium", "low" etc.) without necessarily providing reliable estimates of the lifetime cumulative dose received. Nevertheless, there are several studies where these problems are avoided or minimized, to provide a reliable quantitative evaluation of the increased risk of certain cancers in humans exposed to NDMA. Several relevant studies to which this advantage applies are reviewed below.

In regulatory risk/causality assessment, it is usual to describe the increased risk as a numerical increase in risk (as a fraction, or number of cases per million of the target population, for instance). However, many epidemiological studies, including those reviewed here, evaluate the dose-response in terms of risk relative to a control or low-exposure group. Studies using a cohort design allow calculation of an absolute risk rate by examining the rate in the control group, and this may be useful if the composition of the control group is similar to that of the target population for the risk/causality assessment. Case control studies by their nature do not provide an internal value for the background rate, only the odds ratio between case and comparison groups. However, because these studies provide a risk comparison between exposure and non-exposure, they provide a framework for understanding background (unexposed risk) rate risk vs risk from exposure, based on the groups studied. Absolute risks can be calculated based on assumed or measured control incidences in the target population, but this introduces an additional level of uncertainty. Description of risk in this portion of the narrative will therefore be initially confined to relative risk or risk ratios. Occupational studies using a control worker group may display a "healthy worker" effect. This is where those actively in work have a lower incidence of adverse health effects due to "background" causes than the general population, which includes the young, the sick, the elderly and susceptible subgroups who may deliberately avoid that particular work environment.

I searched the available scientific literature was searched to find published studies which would be informative as to the effect of NDMA exposure in humans, either in occupational situations where NDMA was present, or where exposures from diet were measured. The literature was also searched for studies of NDMA exposure as a result of drug found to contain NDMA by contamination (valsartan) or through degradation (primarily ranitidine). In reviewing these studies and reaching conclusions, the specificity and reliability of exposure data affected the weight given to each study. A primary focus of this report is to provide a quantitative analysis

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

of the dose response relationship for NDMA carcinogenesis in these various contexts, so only studies which permit quantitative description of the exposure are considered here in detail. Many studies only describe the exposure in very broad terms (*e.g.*, exposed *vs*. non-exposed) or use quantities such as amounts of foods or number of prescriptions without relating these to actual NDMA concentrations or doses.  These studies were not further considered unless they provide some additional insight into hazard identification, such as target tissues for carcinogenesis.

Studies of NDMA exposure – occupational environment

A number of occupational studies have examined work environments where exposure to NDMA is possible, but these tend to be environments where multiple possible carcinogens are present and measurements are not readily to separate out the contribution of the multiple components of these mixed exposures.  One recent study described below was able to differentiate the contributions of NDMA and other components, using a detailed exposure analysis and also benefiting from the fact that some long-standing contributors to occupational carcinogenesis in the rubber industry such as β-naphthylamine are no longer used and were not present during the study period.

*Hidajat et al., 2019*

This study[xxxcxxxiii xxx] analyzes the cancer mortality among a large group of individuals (36,441 males aged 35+ years) employed in the British rubber industry, starting in 1967 and followed up to 2015.  Exposures were based on a job-exposure matrix developed by the same research group.[cxxxiii] This provided exposure estimates for the various categories of workers to inhaled rubber dust, rubber fumes and N-nitrosamines including NDMA, and total N-nitrosamines, a sum of NDMA, N-nitrosomorpholine, N-nitrosodibutylamine, N-nitrosodiethylamine and N-nitrosopiperidine.  Individual exposures were calculated as lifetime cumulative exposures to these materials, based on work history.  Individuals were assigned to exposure quartiles with stated boundaries in year* mg/m$^3$ (rubber dust and fumes) or year* µg/m$^3$ (nitrosamines).  The quartiles for NDMA were:

I: <3.12 year µg/m$^3$ (407 378.9 person years);

II: 3.12–5.96 year µg/m$^3$ (210 818.3 person years);

III: 5.96–9.67 year µg/m$^3$ (133 681.9 person years);

IV: >9.67 year µg/m$^3$ (128 914.5 person years)

In order to provide a value for the slope of the dose-response across these quartiles an estimate of the median value for each quartile was needed.  The spacing of the stated quartile boundaries was linear:

49

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**Quartiles for cumulative NDMA exposure (µg/m³ x years)**



R² = 0.993102972

Based on this the quartile medians were estimated assuming linearity:

| Percentile | µg/m³ x years |
|---|---|
| 0 | 0 |
| 12.5 | 1.56 |
| 25 | 3.12 |
| 37.5 | 4.54 |
| 50 | 5.96 |
| 67.5 | 7.815 |
| 75 | 9.67 |
| 87.5 | 11.525 |

To facilitate the comparison of results in this study with others where the route of exposure was oral, these inhalation exposures were converted to equivalent cumulative doses in mg.  In the absence of specific information about the study participants, standard values for body weight and daily inhalation rate while at work were used.  These values are based on guidance for regulatory risk assessment such as that offered by the State of California [xxiiixxv].  The days worked per year assumes a five-day work week, and two weeks of vacation time or other absences.  Uptake of inhaled NDMA from inhaled air was estimated based on experimental data in rats.[cxxxiv]  In these experiments the median value for the percentage systemic uptake of an inhaled dose was 80%, with minimum of estimate 70% and maximum estimate of 90%.  This uncertainty in the conversion to equivalent oral dose is shown below:

50

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Quartile | | percentile | µg/m³ x years | µg/m³ x days | Quartile intakes | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Oral equiv.) | |
| | | | | | Cumulative µg | Cumulative mg (min) | Cumulative mg (median) | Cumulative mg (max) |
| | boundary | 0 | 0 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| I | median | 12.5 | 1.56 | 374.400 | 3744.0 | 2.6 | 3.0 | 3.4 |
| | boundary | 25 | 3.12 | 748.800 | 7488.0 | 5.2 | 6.0 | 6.7 |
| II | median | 37.5 | 4.54 | 1089.600 | 10896.0 | 7.6 | 8.7 | 9.8 |
| | boundary | 50 | 5.96 | 1430.400 | 14304.0 | 10.0 | 11.4 | 12.9 |
| III | median | 67.5 | 7.815 | 1875.600 | 18756.0 | 13.1 | 15.0 | 16.9 |
| | boundary | 75 | 9.67 | 2320.800 | 23208.0 | 16.2 | 18.6 | 20.9 |
| IV | median | 87.5 | 11.525 | 2766.000 | 27660.0 | 19.4 | 22.1 | 24.9 |
| | boundary | 100 | (undetermined) | | | | | |

| | | |
|---|---|---|
| Days worked per year | 240 | |
| breathing rate m³/d | 10 | (during time at work) |
| % uptake inhalation | min | 70% (based on Klein and Schmezer |
| reported value | median | 80% (1984) |
| calculated value | max | 90% |

The cohort had nearly complete mortality (94.1%) by the end of the follow-up.  A competing risk survival analysis was used to model time to death either from specific cancers, a competing event (death by another cause) or censored due to attrition (e.g. through emigration).  This analysis allowed determination of the subdistribution hazard ratios (SHRs) for the various exposure categories, allowing identification of the specific effects associated with the rubber dust, fumes and nitrosamines including specifically NDMA.  The calculation included a 15-year lag time to allow for the anticipated time between cancer induction and death.  A sensitivity analysis to examine the effect of uncertainty in the work exposure profile was also undertaken.

Linear exposure-response associations with NDMA exposures (p for linear trend <0.03 or less) were found for mortality from bladder cancer (n=417, 4.7% of all cancer deaths), liver cancer (n=122, 1.3% of all cancer deaths), pancreatic cancer (n=328, 3.6% of all cancer deaths) and prostate cancer mortality (n=885, 9.7% of all cancer deaths)

Increased SHRs were also observed in the higher dose quartiles for esophageal cancer mortality (n=333, 3.7% of all cancer deaths) and stomach cancer mortality (n=768, 8.4% of all cancer deaths)), although the linearity of the dose-response was less evident for these cancers. Results are shown in detail in the following table.

51

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**Risk of death from selected cancers by 15-year lagged cumulative exposure to NDMA**

| Malignancy | N | Exposure quartile | sHR | 95% CI |
|---|---|---|---|---|
| All malignant neoplasms | 9101 | I | | |
| | | II | 1.32 | 1.25 to 1.40 |
| | | III | 1.83 | 1.72 to 1.95 |
| | | IV | 2.08 | 1.96 to 2.21 |
| P for trend | | | <0.01 | |
| Bladder | 417 | I | | |
| | | II | 1.57 | 1.19 to 2.07 |
| | | III | 2.45 | 1.87 to 3.21 |
| | | IV | 2.82 | 2.16 to 3.67 |
| P for trend | | | <0.01 | |
| Lung | 3377 | I | | |
| | | II | 1.21 | 1.10 to 1.32 |
| | | III | 1.54 | 1.39 to 1.70 |
| | | IV | 1.7 | 1.54 to 1.87 |
| P for trend | | | 0.36 | |
| Stomach | 768 | I | | |
| | | II | 1.32 | 1.10 to 1.57 |
| | | III | 1.62 | 1.32 to 1.98 |
| | | IV | 1.72 | 1.41 to 2.10 |
| P for trend | | | 0.01 | |
| Leukaemia | 195 | I | | |
| | | II | 1.52 | 0.99 to 2.33 |
| | | III | 3.27 | 2.20 to 4.86 |
| | | IV | 3.47 | 2.35 to 5.13 |
| P for trend | | | <0.01 | |
| Multiple myeloma | 462 | I | | |
| | | II | 1.59 | 1.22 to 2.08 |
| | | III | 2.78 | 2.15 to 3.60 |
| | | IV | 2.81 | 2.17 to 3.64 |
| P for trend | | | <0.01 | |
| Non-Hodgkin's lymphoma | 141 | I | | |
| | | II | 1.51 | 0.93 to 2.43 |
| | | III | 2.17 | 1.35 to 3.47 |
| | | IV | 2.25 | 1.41 to 3.59 |
| P for trend | | | 0.11 | |
| Esophagus | 333 | I | | |
| | | II | 1.7 | 1.24 to 2.33 |
| | | III | 2.43 | 1.78 to 3.31 |
| | | IV | 3.04 | 2.26 to 4.09 |
| P for trend | | | 0.26 | |

52

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**Risk of death from selected cancers by 15-year lagged cumulative exposure to NDMA**

| Malignancy | N | Exposure quartile | sHR | 95% CI |
|---|---|---|---|---|
| Prostate | 885 | I | | |
| | | II | 2.32 | 1.82 to 2.97 |
| | | III | 4.87 | 3.89 to 6.11 |
| | | IV | 5.36 | 4.27 to 6.73 |
| P for trend | | | <0.01 | |
| Larynx | 62 | I | | |
| | | II | 1.71 | 0.93 to 3.14 |
| | | III | 1.49 | 0.69 to 3.19 |
| | | IV | 1.39 | 0.67 to 2.90 |
| P for trend | | | 0.24 | |
| Brain | 106 | I | | |
| | | II | 1.3 | 0.76 to 2.25 |
| | | III | 1.26 | 0.68 to 2.36 |
| | | IV | 2.5 | 1.53 |
| P for trend | | | <0.01 | |
| Pancreas | 328 | I | | |
| | | II | 1.59 | 1.18 to 2.15 |
| | | III | 2.19 | 1.60 to 3.00 |
| | | IV | 2.6 | 1.94 to 3.49 |
| P for trend | | | 0.42 | |
| Liver | 122 | I | | |
| | | II | 1.53 | 0.93 to 2.50 |
| | | III | 1.96 | 1.16 to 3.29 |
| | | IV | 2.86 | 1.78 to 4.59 |
| P for trend | | | 0.03 | |
| In situ, benign and tumors of unknown origin | 36 | I | | |
| | | II | 0.78 | 0.31 to 1.97 |
| | | III | 0.46 | 0.06 to 3.67 |
| | | IV | 0.3 | 0.04 to 2.18 |
| P for trend | | | 0.4 | |
| Cancers associated with the rubber industry | 6860 | I | | |
| | | II | 1.32 | 1.23 to 1.41 |
| | | III | 1.82 | 1.70 to 1.95 |
| | | IV | 2.07 | 1.94 to 2.21 |
| P for trend | | | <0.01 | |

Exposure quartiles based on cumulative NDMA (year* $\mu g/m^3$)
sHR = subdistribution hazard ratio, relative to group I

Highlight shows sites where significant elevation of sHR and/or dose-response trend were seen.
Some cancers associated with the rubber industry NDMA exposure are those of the bladder, stomach, esophagus, pancreas and liver.

53

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

This study provides strong evidence, consistent with the animal studies and other NDMA evidence discussed above, that NDMA in humans is a cause of human cancers, including those listed above, with a dose response.  This study also provides relevant evidence for my causation assessment of ranitidine.

Hidajat, et al. addressed limitations of the study including that individual employment histories before 1967 were unavailable and during the follow-up period and therefore continued employment was assumed until retirement at 70, death or emigration.  However, sensitivity analysis was conducted with different employment durations which largely supported the main study results.  Also, a 15 year lag was assumed between exposure and clinical manifestation of cancer but authors noted that these lags are not uniform across all cancers and generally shorter for bloodborne cancers but recognized it was an overall approximation that seemed appropriate.  Additionally, information on some confounders like smoking and other lifestyle factors unavailable but additional simulations indicated smoking was not a significant confounding factor. A further limitation is that the study examined the cancer mortality and not incidence, potentially not including data of this individuals whose bladder cancer was successfully treated or those who died from other causes.

*Straif et al (2000)*

This is a German occupational retrospective cohort study[cxxxv] looking at the relationship between nitrosamines (talc, asbestos, and black carbon) exposure and mortality from stomach and other cancers in rubber workers.  The cohort included all German male workers hired during or after 1950 and who were alive and actively employed or retired on January 1, 1981. Follow-up period was January 1, 1981 but not before completion of one year employment and ended at age 85, at death, or end of the follow-up period, December 31, 1991.

Work histories within rubber companies were reconstructed using documented and archived cost center codes.  The study assessed risk of stomach, lung and laryngeal cancer with exposure to asbestos, talc and other things but the focus here is the nitrosamine exposure. Exposure nitrosamine assessments were done based on a hazard study conducted in the early 1980s. The authors assumed nitrosamine concentrations of >15 $\mu g/m_3$ for the high exposure category and 2.5 $\mu g/m_3$, the then current technical limit for specific nitrosamine exposures in the German rubber industry, as the upper bound for the low exposure category.

Nitrosamines exposure was estimated collectively and classified into categories as low, medium or high based individual work histories within the rubber companies using routinely documented and archived cost center codes. Complete exposure assessment was made for 95% of the cohort. The exposure classification scheme was developed based on hazard surveys obtained from epidemiologic studies from the 1980s and involvment of industrial hygenists from rubber plants and other experts. For the period from 1950-1979, no information was avaialble to assess nitrosamine exposure, so semi-quantitative estimates were made.

Approximately 27% of the cohort members were exposed to high nitrosamine levels based on exposure from salt bath curing (with the exception of salt bath curing using only peroxide

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

accelerators), production stages in vulcanization and with use of N-nitrosodiphenylamine. Approximately 25% were exposed to medium nitrosamine exposure levels based on exposure to hot processes starting with vulcanization that were not included in the high exposure category. Approximately 42% of the cohort were involved in other work areas and classified as having low nitrosamine exposure.  Approximately 5% had missing exposure data and were not placed into a nitrosamine exposure category. While the sepcific nitrosamine levels were not provided for each classification group, for the high exposure category it was assumed that nitrosamine concentrations of > 15 µg/m3, where as for the low exposure category an upper bound of 2.6 µg/m3 was used.

Table 4 contained the hazard rate ratios for stomach cancer death bivariate model, which divided the exposures into two categories. For exposure catagorization 1: High, means at least 1 year at a high exposure level; and low, means less than 1 year the medium and high exposure levels (combined). For exposure catagorization 1, the hazard rate ratio for the low exposure category was 1.0 HRR, medium exposure category was 1.1 HRR [95% CI 0.5-2.3] and high exposure category was 1.2 [95% CI 0.6-2.5].  For Exposure categorization 2: high, means at least 10 years at the high exposure level; low, means less than 0.5 year at the medium and high epxosure levels (combined).  For exposure catagorization 2, the hazard rate ratio for the low exposure category was 1.0, for the medium exposure category was 1.1 HRR [95% CI, 0.6-2.0], and for the high exposure category was 1.2 HRR [95% CI 0.5-2.9].

Table 5 contained the the hazard rate ratios for stomach cancer death multivariate model, which divided the exposures into the two categories used in Table 4. For exposure catagorization 1, the hazard rate ratio for the low exposure category was 1.0 HRR, medium exposure category was 0.8 HRR [95% CI 0.4-1.8] and high exposure category was 1.2 [95% CI 0.5-2.5].  For exposure catagorization 2, the hazard rate ratio for the low exposure category was 1.0, for the medium exposure category was  0.9 HRR [95% CI, 0.5-1.8], and for the high exposure category was 1.2 HRR [95% CI 0.5-3.2].

Table 6 contained the the hazard rate ratios for lung cancer death bivariate model, which divided the exposures into two categories used in Tables 4 and 5. For exposure catagorization 1, the hazard ratio for the low exposure category was 1.0 HRR, medium exposure category was 1.2 HRR [95% CI 0.8-1.7] and high exposure catagorization was 1.0 [95% CI 0.7-1.5].  For exposure catagorization 2, the hazard rate ratio for the low exposure category was 1.0, for the medium exposure category was 1.2 HRR [95% CI, 0.8-1.6], and for the high exposure category was 1.1 HRR [95% CI 0.6-1.8].

Table 7 contained the the hazard rate ratios for lung cancer death bivariate model, which divided the exposures into two categories used in Tables 4-6. For exposure catagorization 1, the hazard rate ratio for the low exposure category was 1.0 HRR, for the medium exposure category was 1.0 HRR [95% CI 0.6-1.5] and for the high exposure category was 1.0 [95% CI 0.7-1.6]. For exposure catagorization 2, the hazard ratio for the low exposure category was 1.0, for

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

the medium exposure category was  1.0 HRR [95% CI, 0.7-1.8], and for the high exposure category was 1.1 HRR [95% CI 0.6-1.9].

Table 8 contained the hazard rate ratios for laryngeal cancer death. Only 1 exposure categorization was provided. The hazard ratio was 1.0 for low exposure,  the medium exposure category was .4 HRR [95% CI, 0.0-3.1], and for the high category was HRR 0.4 [95% CI 0.0-3.0].

Nitrosamine exposure was not associated with mortality from stomach or lung cancer. The findings from the laryngeal cancer, while consistent with the lung cancer findings, involved a small number of deaths that precluded firm conclusions.

The authors noted that in assessing the validity of the study, potential for residual confounders must be considered as smoking and other occupational exposures in the rubber industry were not considered for the exposure assessment. The method to assess exposures suffered from some limitations including that nitrosamines were not identified specifically and that the exposure levels were only calculated as high, medium, low or had missing data.

*Vlaanderen, 2013*
This cohort study[cxxxvi] added 9 years of followed up to a previously studied German rubber industry worker.  The cohort consisted of 111,632 men and 1,863 women. 47 men and 2 women were excluded from the study.  The authors noted that workers involved in the vulcanization process with rubber goods have potential nitrosamine exposure.  Table 4 provides the Standardized Mortality Ratios for cancer outcomes, stratified by work area found SMRs of 1.05 [95% CI, 0.71–1.49] for stomach cancer, 1.32 [95% CI, 1.1–1.58] for lung cancer, 1.55 [95% CI, 0.95–2.39] for bladder cancer, 0.96 [95% CI, 0.51–1.64] for lymphatic system cancer, 1.37 [95% CI, 0.77–2.26] for leukemia, 0.86 [95% CI, 0.37–1.7] for esophageal cancer, 1.30 [95% CI, 0.48–2.83] for larynx cancer, and 0.73 [95% CI, 0.46–1.1] for prostate cancer.  Nitrosamine levels were not estimated in this study.  The authors concluded that additional analysis of the cancer risk of rubber workers was warranted that focused on differences between work areas and associated exposures.

Other Occupational Rubber Worker Studies[cxxxvii cxxxviii]

While there are several occupational studies I have reviewed that evaluated mortality and cancer incidence, and others that collected data on exposures to nitrosamines in the rubber industry[cxxxix], including some of which are discussed above, they did not measure and quantify NDMA exposure and assess the increased risk of cancer associated with it.[cxlcxlicxliicxliiicxliv] Straif, et al. did conduct studies using indirect measurements based on years of employment and departments but did not quantify NDMA exposure specifically.  Conversely, Hidajat, et al. (2019) conducted a very robust study that did so NDMA exposure could be assessed.[xxx] The Hidajat cohort was 36,441 workers and had a follow-up period of 49 years which was the longest cohort study of UK rubber workers.  Also, Hidajat had nearly complete mortality data which allowed the authors to provide precise lifetime risk for rubber workers.  Hidajat, unlikemany other occupational studies, quantified NDMA exposure by using job-exposure

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

matrices from the EXASRUB database and assessed and evaluated cancer mortality due to such exposure.

### Studies of NDMA exposure and cancer – dietary exposures.

Several studies have been undertaken in which dietary exposure to NDMA is demonstrated to be a risk factor for cancer at various sites. Exposure estimation is generally based on the reported intake of various foods and beverages. Some studies report levels of NDMA in these foods and beverages, which allows an estimate of the cumulative intake of NDMA for specified groups. This estimate requires knowledge of the duration of exposure as well as the level of NDMA in the food or beverage and the amount of those items consumed. Some of this information is provided in the published reports of the studies, but it is generally necessary to make some reasonable assumptions to complete the calculation. The studies generally measured dietary intakes via a questionnaire administered by a trained interviewer. This provides a measure of NDMA intake at a single point in time, generally at the start of the study period for prospective studies or at the time of case identification. However, cancer risk is associated with long-term exposures and is cumulative over the whole lifetime, as noted earlier. In view of this, a cumulative exposure was estimated for the whole time that the study subject would have consumed an adult diet, up to the cutoff time identified in the study. The reported dietary intakes and compositions were assumed, for a consistent approach, to have been constant over this period (similar to what the authors did for their analysis). For the following studies it was assumed that consumption of an adult diet began at age 10. This scenario allows for some intake in childhood and adolescence, although less than the rate seen in adults. The extent to which the diet of infants or children resembles that of the same individual as an adult is uncertain. For instance, how many of the items of concern for NDMA exposure (typically cured meats etc.) are consumed during childhood is not reported in the dietary studies relied upon in this analysis. As an alternative, calculations are shown assuming a start age of 16 for the adult diet, which makes no allowance for consumption of NDMA during childhood. In those studies where consumption of alcoholic beverages with a known NDMA content was considered, it was first assumed that consumption of these beverages started at age 21. An alternative assumption that alcoholic beverage consumption started at age 18 was also considered, which may be applicable for some study populations. These assumptions although reasonable necessarily are the source of some uncertainty in the estimates of cumulative NDMA exposure, but the proportional impact of these uncertainties as shown in the alternative scenarios presented is not so consequential as to impair the usefulness of the calculation which reduces the ability to see an effect rather than create biased results.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

When estimating the cumulative intake for these studies for each percentile (tertile, quartile or pentile) of NDMA exposure, the aim was to evaluate and determine a mean or median estimate of the intake for each percentile, including the highest. Some studies provide this information, but others only describe the highest percentile as greater than a certain value. To obtain a median value for the highest percentile a linear extrapolation approach was used which is routinely done in studies, similar to that described above for the study by Hidajat et al. This linear assumption was generally shown to be reasonable especially for the middle and higher quartiles for which ranges were available.

*Chyou et al., 1990*

This study[cxlv] used a case-cohort design, in which cases of gastric cancer identified from a cohort of 8006 men of Japanese ancestry living in Hawaii were matched with a control group of cancer-free men randomly selected from the overall cohort after a follow up period of 18 years. Stomach cancer cases with histological tissue confirmation were identified. To reduce the possibility of missing incident cases, computer linkage was periodically done with data files from the Hawaii Tumor Registry, which is a population-based cancer registry and a member of the Surveillance, Epidemiology, and End Results Program of the National Cancer Institute.

Dietary intake data were obtained by a questionnaire covering the consumption of various types of fruits, vegetables, dried fish, processed meats, pickles, breakfast cereal, grains and legumes. Levels of nitrate, nitrite and NDMA in the foods were obtained from USDA and other databases. The primary interest of the study was the association (positive or negative) of gastric cancer with consumption of various types of food, but the association with nitrosamine intake was also examined. Cases were found on average to have a higher NDMA intake than controls: 0.8 µg/day (standard error ± 0.1) as opposed to 0.6 µg/day (standard error ± 0.1): this was only moderately significant (p = 0.1). The authors did not examine the dose-response for NDMA further, or report odds ratios related to NDMA exposure. Cumulative NDMA exposure in the study can be reasonably inferred, as shown below, assuming start of adult diet at age 10 or age 16. Age and smoking status were matched with controls. The NDMA dietary intake data and the calculations used to estimate cumulative intake are shown in the following table.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| | Median µg/d | Mean age | Exposure duration (d) | Cumulative µg | Cumulative mg |
|---|---|---|---|---|---|
| Cases | 0.8 | 57.7 | 15220.5 | 12176.4 | 12.2 |
| Non-cases | 0.6 | 57.6 | 15184 | 9110.4 | 9.1 |
| | Assumed: | Days/year | 365 | | |
| | | Start diet at age | 16 | | |

| | median µg/d | Mean age | Exposure duration (d) | Cumulative µg | Cumulative mg |
|---|---|---|---|---|---|
| Cases | 0.8 | 57.7 | 17410.5 | 13928.4 | 13.9 |
| Non-cases | 0.6 | 57.6 | 17374 | 10424.4 | 10.4 |
| | Assumed: | Days/year | 365 | | |
| | | Start diet at age | 10 | | |

*De Stefani et al., 1996*

This report[cxlvi] describes a hospital-based case-control study in Uruguay, in which the intake of NDMA and its sources in food was measured in the diet for 320 cases of lung cancer and 320 controls afflicted with diseases not related to tobacco use or diet, and frequency matched on age, sex and residence.  All subjects identified and qualifying for the study agreed to be interviewed.

Dietary intakes for the 5 years prior were determined by a comprehensive food frequency questionnaire conducted by trained interviewers that allowed a rather precise estimation of NDMA intake in the diet.  The main sources of NDMA included in the questionnaire were bacon, sausage, mortadella, salami, saucisson, frankfurter, ham, salted meat, fish, poultry, cheese, beer, and hard liquor.  NDMA contents were determined from local published sources.  Data were also collected on age, sex, residence, urban/rural status, family history of lung cancer, body mass index, pack-years, and total energy intake.  Adjustments for these variables were included in the calculations of odds ratios.  For example, NDMA estimates were fully adjusted for potential confounders, including body mass, total energy intake, and pack-years of cigarette smoking.  Individual NDMA intakes in µg/d were divided into four quartiles:  I (<0.13), II (0.14-0.18), III (0.19–0.26) and IV (>0.27).  Calculated cumulative exposures to NDMA starting adult diet at 16 or 10 years and the assumptions used are shown below.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Quartile | Median µg/d | Exposure duration (d)* | Cumulative µg | Cumulative mg |
|---|---|---|---|---|
| I ( ≤0.13) | 0.07 | 16279 | 1139.5 | 1.1 |
| II (0.14-0.18) | 0.16 | 16279 | 2604.6 | 2.6 |
| III (0.19–0.26) | 0.225 | 16279 | 3662.8 | 3.7 |
| IV ( ≥0.27) | 0.305 | 16279 | 4965.1 | 5.0 |
| Start diet at age | 16 | | | |
| Start smoking and drinking at age | 21 | | | |
| Effective years of exposure | 44.6 | | | |
| I ( ≤0.13) | 0.07 | 17921.5 | 1254.5 | 1.3 |
| II ( 0.14-0.18) | 0.16 | 17921.5 | 2867.4 | 2.9 |
| III (0.19–0.26) | 0.225 | 17921.5 | 4032.3 | 4.0 |
| IV ( ≥0.27) | 0.305 | 17921.5 | 5466.1 | 5.5 |
| Start diet at age | 10 | | | |
| Start smoking and drinking at age | 18 | | | |
| Effective years of exposure | 49.1 | | | |

| Assumed: | Days/year | 365 |
|---|---|---|
| | Mean age | 63.1 |
| | Percentage from smoking & drinking | 50% |

Increasing levels of consumption of foods containing NDMA were associated with increased risk of lung cancer.  Adjusted odds ratios (OR) and confidence intervals (CI) for the ORs for all types of lung cancer and for several individual cell types are shown below.  Significantly elevated odds ratios were seen for those in the high NDMA intake quartile relative to the low intake quartile for all cancers and for the three specific cell types (squamous cell, small cell and adenocarcinoma), and in all but the small cell cancers for the third quartile of NDMA exposure. Statistical significance for the small cell cancers was not observed because of the smaller number of cancers of this type.

60

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**Adjusted Lung Cancer ORs and 95% CI s for NDMA by cell type**

| Cell type | | ≤0.13 | 0.14 - 0.18 | 0.19-0.26 | ≥0.27 |
|---|---|---|---|---|---|
| | | | NDMA, µg/d | | |
| All types | Cases | 67 | 66 | 82 | 105 |
| | N | 92 | 94 | 79 | 55 |
| | OR | 1 | 0.88 | 1.77 | 3.14 |
| | 95% CI low | - | 0.53 | 1.06 | 1.86 |
| | 95% CI hi | | 1.48 | 2.96 | 5.29 |
| Squamous cell | Cases | 26 | 32 | 47 | 48 |
| | N | 92 | 94 | 79 | 55 |
| | OR | 1 | 1.08 | 2.34 | 3.11 |
| | 95% CI low | - | 0.56 | 1.24 | 1.62 |
| | 95% CI hi | | 2.1 | 4.42 | 5.95 |
| Small cell | Cases | 10 | 9 | 5 | 12 |
| | N | 92 | 94 | 79 | 55 |
| | OR | 1 | 0.78 | 0.93 | 2.41 |
| | 95% CI low | - | 0.26 | 0.27 | 0.87 |
| | 95% CI hi | | 2.31 | 3.2 | 7.13 |
| Adenocarcinoma | Cases | 13 | 11 | 19 | 22 |
| | N | 92 | 94 | 79 | 55 |
| | OR | 1 | 0.87 | 2.78 | 4.57 |
| | 95% CI low | - | 0.33 | 1.13 | 1.88 |
| | 95% CI hi | | 2.29 | 6.85 | 11.1 |

☐ = OR elevated, lower CI > 1
☐ = OR elevated, lower CI < 1

61

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

*De Stefani et al., 1998*

This report[cxlvii] describes a case-control study of stomach cancer and dietary intake in Uruguay in which the intake of NDMA and its sources in food was measured in the diet for 340 cases of stomach cancer and 698 controls. Conditions for eligibility as controls were 1) age 25-84 years, 2) free of conditions related to the digestive tract or nutritional disorders, and 3) free of conditions related to tobacco and alcohol consumption.  All controls were selected from the same hospitals and in the same period as the cases. Among the cases of stomach cancer, 270 (79.4%) had tumors in the antrum and pylorus, 20 had cancer of the cardia, 20 had diffuse tumors compromising the whole stomach, and 30 had cancer of the corpus. Mean ages of the study participants (calculated from the table showing age ranges and numbers in the paper) were: overall, 65.1 years, cases 65.3 years and controls 65.0 years

Cases and controls were interviewed shortly after admission to the hospital (mean time after admission 26 days) by trained social workers. The questionnaire covered sociodemographic variables, tobacco history, alcohol consumption history, and a food-frequency questionnaire. This food questionnaire was particularly detailed on meat items, including beef, lamb, salted meat, barbecued meat, salami, saucisson, mortadella, and ham.  It also covered consumption of cheese, milk, butter, oil for dressing salads, a variety of fruits and vegetables, beer, wine, hard liquor, and mate. This not only provided a consumption estimate for various dietary elements suspected of being related to stomach cancer, but also allowed calculation of the intakes of various micronutrients and contaminants, including NDMA.  The questionnaire assessed the proportion of different meats cooked by frying, broiling, or salting.  This allowed calculation of NDMA intake as follows: frequency of consumption of fried, broiled, or salted meat x [(portion size (g) x NDMA content for each fried or salted meat)/100 g].  NDMA content of the various food items was obtained from scientific literature.

Individual NDMA intakes in µg/d were divided into four quartiles:  I (< 0.14), II (0.15-0.18), III (0.19–0.26) and IV ( ≥0.27).  Calculated cumulative exposures to NDMA starting adult diet at 16 or 10 years are shown below.

| Quartile | average µg/d | Start diet at 10 | | | Start diet at 16 | | |
|---|---|---|---|---|---|---|---|
| | | Exposure duration (d) | Cumulative µg | Cumulative mg | Exposure duration (d) | Cumulative µg | Cumulative mg |
| I (< 0.14) | 0.07 | 20111.5 | 1407.8 | 1.4 | 17921.5 | 1254.5 | 1.3 |
| II (0.15-0.18) | 0.16 | 20111.5 | 3217.8 | 3.2 | 17921.5 | 2867.4 | 2.9 |
| III (0.19–0.26) | 0.225 | 20111.5 | 4525.1 | 4.5 | 17921.5 | 4032.3 | 4.0 |
| IV ( ≥0.27) | 0.305 | 20111.5 | 6134.0 | 6.1 | 17921.5 | 5466.1 | 5.5 |

62

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

The reasonable assumptions used in calculating the cumulative exposure were

| | | | |
|---|---|---|---|
| Days/year | 365 | | Mean age  65.1 |
| Start diet at age | 10 | 16 | |
| Effective years of exposure | 55.1 | 49.1 | |

As shown in the table below, dietary NDMA intake was associated with an increased risk of stomach cancer.  ORs were calculated with adjustment for age, sex, residence, urban/rural status, tobacco duration, total alcohol consumption, and "mate" drinking.  ORs for stomach cancer were significantly elevated in all three of the higher exposure quartiles relative to the lowest, with the highest exposure quartile showing an OR of 3.6 (95% CI = 2.4 - 5.5).  The dose-response trend was highly significant (P<0.001).

**Adjusted ORs and 95% Confidence Intervals for NDMA exposure and stomach cancer.**

| | NDMA | | | |
|---|---|---|---|---|
| Interquartile Range | < 0.14 | 0.15 - 0.18 | 0.19 - 0.26 | > 0.27 |
| Cases | 45 | 79 | 105 | 111 |
| N | 215 | 180 | 154 | 149 |
| OR | 1 | 2.07 | 3.23 | 3.62 |
| 95% CI low | | 1.36 | 2.13 | 2.38 |
| 95% CI high | | 3.18 | 4.89 | 5.51 |
| P for trend | 0.001 | | | |

The authors state that a possible limitation of this study is that the limited food-frequency questionnaire precluded the total energy intake from being calculated.  This limitation could result in exposure misclassification, but the authors recognized that this would affect cases and control groups similarly and lead results to the null.  The strengths of the study included the statistical power and that the participation rate was high for cases and controls.

*De Stefani et al., 2012*
These authors also reported a case-control study[cxlviii] of cancer and dietary intake in Uruguay where a similar range of food intakes was described to that studied for their 1996 paper. The main sources of NDMA included in the questionnaire were bacon, sausage, mortadella, salami, saucisson, frankfurter, ham, salted meat, fish, poultry, cheese, beer, and hard liquor.  NDMA contents were determined from local published sources.  But they did not report NDMA intakes for this study.  However, they did find elevated levels of several different cancers associated with consumption of foods previously shown to contain high levels of NDMA, particularly processed meat.

The study consisted of 3,528 cases of newly diagnosed microscopically confirmed cancers and 2,532 controls after a response rate of 96.9% and 97.1% respectively. The population of cases and controls came from patients admitted to a hospital which admits only patients of lower

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

socioeconomic status.  Since this status is generally associated with higher cancer rates, the odds ratios reported for this population typically would not be applicable to the general population; however, the study results here were consistent with findings from other dietary studies indicating the applicability of these results to the general population.  Consumption was measured via a food frequency questionnaire (FFQ) on 64 food items via double-blind interviews conducted by trained social workers shortly after hospital admission.  The FFQ was recorded in servings per week and was previously tested for reproducibility with good results[cxlix].

Processed meat intake was positively associated with cancers of the esophagus, stomach, colon, rectum, larynx, lung, breast, prostate, and urinary bladder after controlling for age, sex (when necessary), residence, BMI, smoking, alcohol, and maté consumption, total energy, and total consumption of fruits, vegetables, white meat, and red meat. These results replicate the findings of previous reports (Larsson et al, 2006[cl]; Cross et al, 2007[cli]; Santarelli et al, 2008[clii]), which strongly suggest that processed meat consumption was associated with an increased risk of gastric and colorectal cancers.

*Gonzalez et al (1994)*

This study[cliii] examines gastric cancer and diet in four regions of Spain in 1988 and 1989.  It is a case-control study in which new incidences of gastric cancer were identified in 15 hospitals, representing most of the hospital facilities in the participating areas.  There were 354 cases with histologically confirmed gastric adenocarcinoma with an average age of 65.3 years.  Controls were matched by age, sex, area of residence, and selected for each case from the admissions register of the same hospital as the diagnosed case.  Subjects who were hospitalized for diseases for which diet is a known factor were excluded from the control group.

Trained interviewers conducted interviews of the subjects while the subjects were still in the hospital.  The questionnaire included information about diet, estimating the usual diet during the year preceding the onset of illness.  The quantity and frequency of consumption of items eaten at least 0.5 times a week were recorded, considering seasonal variations.  The portions were converted into grams (or milliliters for beverages).  The average intake of 77 different food or food groups was estimated and used to calculate nutrient intake.  For nitrites, nitrates, and *N*-nitrosodimethylamine, a composition table was used that included 26 of the most frequently consumed food products of food groups, particularly those considered to be the main sources of these nitroso compounds in Mediterranean countries.  Researchers found that when nutrients possibly associated with gastric cancer were introduced into the multivariate regression model, the increase in risk associated with consumption of total fat and cholesterol disappeared, but a significant independent effect remained only for nitrites and nitrosamines.

The authors did a conditional logistic analysis regression analysis for specific nutrients while adjusting for total calories and showed a statistically significant risk for gastric cancer with high intake of nitrosamines.  It was also observed for nitrites but the trend was not statistically significant in that case.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| | Quartile of compounds | | | |
|---|---|---|---|---|
| | 2 | 3 | 4 | p for trend |
| Nitrites | 1.20 | 1.09 | 1.28 | 0.377 |
| Nitrosamines | 1.86 | 1.79 | 2.09 | 0.007 |

*Goodman et al., 1992*

In this case-control study[cliv] based in Hawaii, the relationship between lung cancer and dietary factors was examined in 326 histologically confirmed primary lung cancer patients of either Caucasian, Japanese, Chinese, Filipino, or Hawaiian/partial Hawaiian descent and 2 population-based controls totaling 865 people frequency-matched on age group and sex.

A primary emphasis was the role of high fat and high cholesterol diets, but as part of the investigation consumption of food groups including types of processed meats was determined by interview using a structured format for data collection to determine food consumption for the year prior to diagnosis or the onset of symptoms for the cases, and during the corresponding time period for the matched controls. Colored photographs were used to aid interviewees in serving size estimates, and diet history was estimated by frequencies of consumption by week or month, and yearly for some seasonal items. This method has been shown to be reproducible and valid when compared with food record data. If the subject died or was too ill to be interviewed directly, surrogate interviews were obtained from someone who lived with the subject for 5 years (spouse or next of kin) and was knowledgeable about the subject's diet. This use of a surrogate interview was necessary in 29% of the cases but only 7% of the controls. The authors found that the main analysis for high-fat foods had similar results for subjects with direct interviews as for the entire dataset, so the use of surrogate interviews appear valid in this context, but this question was not addressed regarding the results for NDMA. In addition to this procedural difference, there were differences in ethnic representation between cases and controls, and a substantially higher smoking rate in cases than controls. Concerns about the case and control matching in the study was addressed and adjusted for in the analysis.

Among other comparisons, these data were used to estimate intake of nitrite and NDMA. Four quartiles of NDMA exposure were defined: cumulative intakes for adult diet starting at 10 or 16 years are shown below based on data reported by the study authors and the assumptions listed.

*Jakszyn et al., 2006*

This study[clv] examined gastric cancer rates in the European Prospective Investigation into Cancer and Nutrition (EPIC). A prospective cohort of residents of 10 European Union countries, consisting of 521,457 subjects. 314 incident gastric cancer cases confirmed as adenocarcinoma were included in this cohort analysis. Intake of dietary NDMA was determined from country-specific food questionnaires, and also a measure of endogenous nitrosamines (ENOC) was calculated from iron intake data (a marker for meat consumption). Subjects were followed up

65

for an average of 3.73 years (cases) and 6.64 years (non-cases), and incidence of all stomach cancer, cardia and non-cardia tumors was observed.  No association between NDMA intake and stomach cancer was observed in this study either in analysis of hazard ratio by tertile or by a continuous analysis when adjusted for sex, height, weight, education level, alcohol intake, smoking status, daily cigarette smoking, work physical activity, leisure physical activity, energy intake, consumption of total vegetables, fresh fruits, citrus fruits, and nitrites.  This extensive range of adjustments for dietary components may actually have obscured an association with direct exposure to NDMA, which is correlated with these factors.  They found a significant association of non-cardia cancer risk with the estimated endogenous nitrosamines (HR, 1.42; 95% CI, 1.14–1.78 for an increment of 40 mg of ENOC).  Validation and confirmation of the diagnosis and classification of tumor site was carried out by a panel of pathologists.  Of the 314 GC incident cases, 92 were classified as cardia cancer (including 19 gastro–esophageal junction cases) and 155 as non-cardia, and for 67 cases the site was unknown. The prospective cohort design of this study is an important approach to identify potentially causal associations, but in view of the relatively short follow-up it is unclear whether the study had sufficient power or lag time coverage to detect an effect.  The finding of an association of non-cardia cancer with ENOC (the measure of endogenous nitrosamine formation), is consistent with other dietary studies involving meat consumption, and with Keszei et al. (2013)[clvi] which also found an association between this cancer and NDMA intake in men.

**Exogenous (dietary) NDMA**

| Start diet at age 16 | | median µg/d | Age at recruitment | Follow-up years | Age at end | Exposure duration (days) | Cumulative mg |
|---|---|---|---|---|---|---|---|
| All | Cases | 0.26 | 59.2 | 3.73 | 62.93 | 17129.45 | 4.5 |
| | Non-cases | 0.19 | 51.48 | 6.64 | 58.12 | 15373.8 | 2.9 |
| Males | Cases 33%ile | 0.12 | | | 62.93 | 17129.45 | 2.1 |
| | Cases 66%ile | 0.28 | | | 62.93 | 17129.45 | 4.8 |
| Females | Cases 33%ile | 0.06 | | | 62.93 | 17129.45 | 1.0 |
| | Cases 66%ile | 0.11 | | | 62.93 | 17129.45 | 1.9 |

| Start diet at age 10 | | average µg/d | Age at recruitment | Follow-up years | Age at end | Exposure duration (days) | Cumulative mg |
|---|---|---|---|---|---|---|---|
| All | Cases | 0.26 | 59.2 | 3.73 | 62.93 | 19319.45 | 5.0 |
| | Non-cases | 0.19 | 51.48 | 6.64 | 58.12 | 17563.8 | 3.3 |
| Males | Cases 33%ile | 0.12 | | | 62.93 | 19319.45 | 2.3 |
| | Cases 66%ile | 0.28 | | | 62.93 | 19319.45 | 5.4 |
| Females | Cases 33%ile | 0.06 | | | 62.93 | 19319.45 | 1.2 |
| | Cases 66%ile | 0.11 | | | 62.93 | 19319.45 | 2.1 |

Assumed:     Days/year          365

66

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

*Jakszyn et al., 2011*

This study[clvii] examined the association between red meat intake, endogenous and exogenous dietary nitrosamines, heme iron intake, and bladder cancer incidence in the EPIC prospective cohort, the same cohort used in the previous study by the same authors examining gastric cancer.  In this study, a lifestyle questionnaire was used to collect information about sociodemographic characteristics, lifestyle factors, and medical history.  Dietary data were collected by validated country-specific questionnaires recording the usual diet over the previous 12 months.  NDMA and endogenous nitroso compounds (ENOC), both in micrograms per day, were obtained from a previously published estimation in the EPIC-EURGAST study by these authors.  Published information on measured values of different types of meat was used to estimate heme iron.  Some of the reported parameters were missing or questionable as discussed below.  The mean age of the subjects was not reported in this paper, so the average (60.53 years) for all in Jakszyn et al., (2006)[xxxii] which reported on the same cohort was used.  Also, the upper bound of NDMA exposure in quartile 4 was reported as an extremely high value (21.11 µg/d), which is not credible as representing the group but reasonably believed to be a very long outlier.  Since only the range, not average intakes were reported, the median values were used, and a more plausible estimate was used to represent this quartile.  These reasonable assumptions and calculations are shown in the following table:

| NDMA Quartile | Range (µg/d): | | Median µg/d | Start diet at 10 | | Start diet at 16 | |
| | lower | upper | | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 0 | 0.05 | 0.025 | 461.0 | 0.461 | 406.3 | 0.406 |
| 2 | 0.05 | 0.1 | 0.075 | 1383.1 | 1.383 | 1218.9 | 1.219 |
| 3 | 0.1 | 0.19 | 0.145 | 2674.0 | 2.674 | 2356.5 | 2.356 |
| 4 | 0.19 | 0.3 | 0.245 | 4518.2 | 4.518 | 3981.6 | 3.982 |
| 4 | 0.19 | 21.11 | 10.65 | 196403.3 | 196.403 | 173079.8 | 173.080 |

Estimated
Reported

| | | |
| --- | --- | --- |
| Days/year | 365 | |
| Mean age | 60.53 | |
| Start diet at age | 10 | 16 |
| Effective years of exposure | 50.53 | 44.5 |

The mean follow-up time was 8.7 years.  After exclusion of individuals without dietary or nondietary exposure information, with implausible dietary data or with an extreme heme iron intake, the sample consisted of 481,419 subjects, of which 1,001 developed primary bladder cancer.  Elevated hazard ratios for bladder cancer were observed in all three of the higher quartiles of NDMA exposure, but none of these were statistically significant.  No clear dose-

67

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

response relationship was observed.  This failure to observe a clear effect may be a result of the relatively short follow-up period which was only 8.7 years and possibly limitations in the exposure estimation: this would be hard to standardize over a large multinational cohort such as EPIC.

Full cohort (n = 481,419)

| NDMA Quartile | Cases | HR | 95% CI |
|---|---|---|---|
| Q1 | 165 | 1.00 | |
| Q2 | 190 | 1.14 | (0.91–1.42) |
| Q3 | 226 | 1.07 | (0.85–1.34) |
| Q4 | 420 | 1.12 | (0.88–1.44) |
| P for trend | | 0.49 | |

Jakszyn et al., 2012[clviii]

This study examined the association between red meat intake, endogenous and exogenous dietary nitrosamines, heme iron intake, and prostate cancer incidence in the EPIC prospective cohort, which was also used in the previous two studies by the same authors which examined gastric and bladder cancer.  The study cohort consisted of 139,005 men, recruited in 8 European countries.  4,606 participants were diagnosed with prostate cancer.  Details of the study population and questionnaire used to estimate preformed NDMA from different food groups, predicted ENOC and heme iron intake are the same as described for the other EPIC studies.  Exposure to NDMA, ENOC and heme iron were divided into quintiles, but only intake values for the first and 5 quartiles were reported.  In this study the mean age of subjects at recruitment was 50.44 years in Q1 and 51.37 years in Q5 with an average of 10 years follow-up, indicating an average overall age of 61 years at the end of the study.

| Prostate cancer | | | Start diet at 10 | Start diet at 16 |
|---|---|---|---|---|
| NDMA Quintile | Mean (mg/d) | Age at recruitment | Cumulative mg | Cumulative mg |
| Q1 | 0.045 | 50.44 | 2.290725 | 2.020725 |
| Q5 | 0.87 | 51.37 | 44.28735 | 39.06735 |

| | | |
|---|---|---|
| Days/year | 365 | |
| follow-up | 10 years | |
| Mean age | 60.91 years | |
| Start diet at age | 10 | 16 |
| Effective years of exposure | 50.91 | 44.91 |

Modestly elevated hazard ratios for prostate cancer were observed in all four of the higher quartiles of NDMA exposure, but none of these were statistically significant.  No clear dose-response relationship was observed either.  This failure to observe an effect may be a result of

68

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

limitations in the exposure estimation: this would be hard to standardize over a large multinational cohort such as EPIC.  Also, any increase in prostate cancer would be harder to detect against the background rate of this relatively common cancer.

**Prostate cancer cases in full cohort (139,005 subjects)**

|  | NDMA | (mg/kcal) |  |  |
|---|---|---|---|---|
|  | Noncases | Cases | HR |  |
| Q1 | 26,889 | 795 | 1 |  |
| Q2 | 26,880 | 804 | 1.07 | (0.96–1.19) |
| Q3 | 26,774 | 910 | 1.05 | (0.94–1.17) |
| Q4 | 26,673 | 1,011 | 1.05 | (0.94–1.18) |
| Q5 | 26,607 | 1,077 | 1.04 | (0.92–1.18) |
| P for trend |  |  | 0.95 |  |

*Keszei et al., 2013*

This study[clvi] was a cohort study based in the Netherlands which examined the relation between risks of esophageal and gastric cancer subtypes and dietary intake of NDMA, heme iron, nitrite, and nitrate.  The cohort consisted of 120,852 men and women aged 55–69.  Diet was assessed based on a 150-item food-frequency questionnaire, and the cohort was followed for 16.3 years.  Other risk factors were assessed: education, cigarette smoking status and history, total energy intake, body mass index, non-occupational physical activity, beer, alcohol, vegetable, and fruit consumption, long-term use of nonsteroidal anti-inflammatory drugs and lower esophageal sphincter–relaxing medications and history of esophageal or gastric cancer in the family.  The questionnaire was validated against a 9-day diet record.  A case-cohort design was used, in which a randomly selected subcohort is followed for migration and vital status to estimate the accumulated person-years of the whole cohort.

Observer bias was minimized by blinding data entry with respect to case/sub cohort status.  The completeness of the cancer registries was estimated be >95%.  The large cohort population, long and comprehensive follow-up, collection of detailed data of potential confounders, and the fact that the effect of preclinical disease on exposure was not likely to introduce substantial error, are key strengths of this study for reducing the potential for bias.

NDMA intake was estimated using food types and intakes from the questionnaire and published levels of NDMA for the food types in the Netherlands.  Similar intake estimates were also obtained for heme iron, nitrite, and nitrate.  Median intake of NDMA (µg/d) for each tertile of intake of intake were provided in the paper.  Cumulative dietary intake of NDMA was determined for the tertiles for males and for females, as shown below:

69

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| | Tertile NDMA | median µg/d | % NDMA from diet | µg/day NDMA from diet | Start diet at 10 Cumulative dietary NDMA µg | Start diet at 16 Cumulative dietary NDMA µg |
|---|---|---|---|---|---|---|
| Males | 1 | 0.04 | 93% | 0.0372 | 695.19 | 613.73 |
| | 2 | 0.08 | 65% | 0.052 | 971.78 | 857.90 |
| | 3 | 0.25 | 20% | 0.05 | 934.40 | 824.90 |
| Females | 1 | 0.03 | 100% | 0.03 | 562.83 | 497.13 |
| | 2 | 0.04 | 98% | 0.0392 | 735.43 | 649.58 |
| | 3 | 0.07 | 76% | 0.0532 | 998.09 | 881.58 |

| | Tertile NDMA | % NDMA - beer | µg/day NDMA from beer | Start diet at 10 Cumulative beer NDMA µg | Total Cumulative NDMA mg | Start diet at 16 Cumulative beer NDMA µg | Total Cumulative NDMA mg |
|---|---|---|---|---|---|---|---|
| Males | 1 | 7% | 0.0028 | 44.15 | 0.74 | 41.08 | 0.65 |
| | 2 | 35% | 0.028 | 441.50 | 1.41 | 410.84 | 1.27 |
| | 3 | 80% | 0.2 | 3153.60 | 4.09 | 2934.60 | 3.76 |
| Females | 1 | 0% | 0 | 0.00 | 0.56 | 0.00 | 0.50 |
| | 2 | 2% | 0.0008 | 12.67 | 0.75 | 11.80 | 0.66 |
| | 3 | 24% | 0.0168 | 266.13 | 1.26 | 247.73 | 1.13 |

Mean age of subcohorts: Males 61.2, Females 61.4

Assumed:         Days/year                    365
                 Start diet at age            10 or 16
                 Start drinking at age        18 or 21

Results are shown in the table below.  Hazard ratios (HRs) were adjusted for age, smoking status, years of cigarette smoking, number of cigarettes smoked per day, total energy intake, alcoholic beverages not including beer, vegetable intake, fruit intake, level of education, and nonoccupational physical activity.  They were calculated using a Cox proportional hazards model. The models for esophageal adenocarcinoma were additionally adjusted for use of lower esophageal sphincter–relaxing medications.  Several sensitivity analyses were carried out to assess the robustness of the findings.  Analysis was conducted by excluding the first 2-year follow up to assess possible effects of preclinical disease on the associations, time scale measurement was assessed, analysis was restricted to individuals who were not drinking beer, and analysis with NDMA was calculated without non-cheese dairy products given that few estimates of NDMA content in non-cheese dairy products were available.

Significantly elevated HRs were seen for esophageal squamous cell cancer in men in the highest tertile of NDMA exposure.  There was also a significant trend in hazard ratio with increasing

70

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

NDMA exposure for this cancer in men.  For gastric noncardia adenocarcinoma in men, the confidence interval on the hazard ratio just barely included 1.0, although the unadjusted HR did not.  There was a significant trend in hazard ratio with increasing NDMA exposure for this cancer in men.

**HRs and 95% CIs of esophageal and gastric cancer subtypes in men by**
***N*-nitrosodimethylamine intake**

| Men | Tertile | | | *P*-trend | Continuous (0.1-mg/d increment) |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | | |
| Median intake (µg/d) | 0.04 | 0.08 | 0.25 | | |
| Person-years in subcohort | 8697 | 9042 | 8971 | | |
| Esophageal squamous cell carcinoma | | | | | |
| No. of cases | 16 | 15 | 29 | | |
| HR (95% CI) | 1 | 1.21 (0.54, 2.74) | 2.43 (1.13, 5.23) | 0.01 | 1.15 (1.05, 1.25) |
| Esophageal adenocarcinoma | | | | | |
| No. of cases | 40 | 39 | 38 | | |
| HR (95% CI) | 1 | 0.93 (0.57, 1.50) | 0.87 (0.52, 1.45) | 0.63 | 0.98 (0.91, 1.06) |
| Gastric cardia adenocarcinoma | | | | | |
| No. of cases | 47 | 47 | 45 | | |
| HR (95% CI) | 1 | 1.00 (0.64, 1.56) | 0.94 (0.59, 1.49) | 0.75 | 1.01 (0.94, 1.08) |
| Gastric noncardia adenocarcinoma | | | | | |
| No. of cases | 100 | 105 | 125 | | |
| HR (95% CI) | 1 | 1.09 (0.79, 1.50) | 1.31 (0.95, 1.81) | 0.09 | 1.06 (1.01, 1.10) |

| | Statistically significant | | Close to significant: unadjusted HR was 1.41 (1.05, 1.90) |
|---|---|---|---|

For women, elevated HRs were seen in the highest tertile of NDMA exposure for esophageal squamous cell carcinoma, and in the second tertile for gastric noncardia adenocarcinoma, but these were not statistically significant (confidence levels included 1.0).  This most likely reflects the lower exposures and lower number of cases observed in women: it is plausible that the effect in women would be similar to that seen in men, but the study apparently lacks the power to confirm this.

71

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**HRs and 95% CIs of esophageal and gastric cancer subtypes in women by NDMA intake**.

| Women | Tertile | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | *P*-trend | Continuous (0.1-mg/d increment) |
| Median intake (μ/d) | 0.03 | 0.04 | 0.07 | | |
| Person-years in subcohort | 10,308 | 10,507 | 10,248 | | |
| Esophageal squamous cell carcinoma | | | | | |
|   No. of cases | 15 | 14 | 21 | | |
|   HR (95% CI) | 1 | 0.92 (0.43, 1.97) | 1.21 (0.56, 2.62) | 0.57 | 1.34 (1.04, 1.71) |
| Esophageal adenocarcinoma | | | | | |
|   No. of cases | | 10 | 11 | | |
|   HR (95% CI) | | 0.79 (0.32, 1.91) | 0.92 (0.40, 2.14) | 0.90 | 0.92 (0.55, 1.54) |
| Gastric cardia adenocarcinoma | | | | | |
|   No. of cases | | 9 | 10 | | |
|   HR (95% CI) | | 0.97 (0.34, 2.78) | 1.02 (0.33, 3.14) | 0.96 | 0.65 (0.23, 1.84) |
| Gastric noncardia adenocarcinoma | | | | | |
|   No. of cases | | 70 | 44 | | |
|   HR (95% CI) | | 1.37 (0.92, 2.02) | 0.90 (0.58, 1.42) | 0.49 | 0.74 (0.51, 1.06) |

Limitations of this study concern the questionnaire's lack of information regarding cooking methods and *Helicobacter pylori*. The authors do conclude the lack of cooking method data, or the *Helicobacter pylori* infection status of participants would not have reduced the risk estimates for esophageal squamous cell carcinoma. Additionally, the authors included different estimates for the NDMA content in food items in their analysis and observed similar results.

*Knekt et al., 1999*

This was a prospective cohort study[clix] of 9,985 Finnish men and women designed to determine whether intake of NDMA or foods rich in nitrosamines was predictive of gastro-intestinal tract and also colorectal cancer.  Initially cancer-free, they were followed up for up to 24 years and from 1967 to 1990, 189 cases of cancer of the gastro-intestinal tract were ascertained through the nationwide Finnish Cancer Registry.  These included cancers of the head and neck combined (48), the stomach (60) and the colorectum (73).  Food and beverage intakes for the previous year were determined by questionnaire, with method of food preparation specified, as was smoking status and extent.  Short and long-term reproducibility of the study was assessed via dietary interviews performed 4 to 8 months apart for a period of 4-7 years.  Lifetime cumulative uptakes for the study cohort were estimated from the reported daily exposures as shown,

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

assuming either adult diet starting at age 10 and drinking at age 18, or adult diet starting at age 16 and drinking starting at age 21.

| | | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|
| | average μg/d | Cumulative μg | Cumulative mg | Cumulative μg | Cumulative mg |
| From diet | 0.052 | 835.12 | 0.84 | 721.24 | 0.72 |
| From beer | 0.071 | 932.94 | 0.93 | 855.195 | 0.86 |
| Total | 0.123 | 1768.06 | 1.77 | 1576.435 | 1.58 |

| * Assumed: | Days/year | 365 | |
|---|---|---|---|
| | Study follow-up duration (years) | 24 | |
| | Average age at start (assumed) | 30 | |
| | Start diet at age | 10 | 16 |
| | Start drinking at age | 18 | 21 |
| | Effective years exposure - diet | 44 | 38 |
| | Effective years exposure - beer | 36 | 33 |

For analysis of cancer risk the study cohort was divided into quartiles of NDMA intake (and also for nitrate and nitrite intakes), but the cut points for these quartiles were not reported in this paper.  Relative risks (RRs) were estimated using a proportional hazards model of the association between nitrate, nitrite and NDMA intake and risk of cancer, adjusting for sex, age, geographic area, smoking status and energy intake.

**RELATIVE RISK (RR) OF CANCER BETWEEN QUARTILES OF NDMA INTAKE**

| Site of cancer | | RR by quartile (95% CI) | | | |
|---|---|---|---|---|---|
| | 1 (lowest) | 2 | 3 | 4 (highest) | p for trend |
| Head and neck | 1 | 2.82 (1.11–7.17) | 1.95 (0.73–5.17) | 1.37 (0.50–3.74) | 0.43 |
| Stomach | 1 | 1.03 (0.55–1.95) | 0.78 (0.39–1.56) | 0.75 (0.37–1.51) | 0.39 |
| Colorectum | 1 | 1.47 (0.69–3.11) | 1.95 (0.95–3.99) | 2.12 (1.04–4.33) | 0.47 |

A significant increase of colorectal cancer was observed in the highest quartile.  There is a very slight increased risk observed for stomach cancer in the 2nd quartile that is not statistically significant, but there is apparently decreased risk in the 3rd or 4th quartile.  Head and neck cancers also showed increased risk in the 2nd quartile, but only smaller non-significant increases in the 3rd or 4th quartiles.  This may reflect inaccuracies in the NDMA intake estimates, or over-compensation for linked exposures such as nitrate or nitrite.  These problems may also underlie the relatively weak significance for the p values for trend for all the

73

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

reported endpoints.  In spite of these problems, the prospective design and extended follow-up in this study provide significant power to identify an effect.  However, other similar studies that had different designs and follow-up periods gave inconsistent results.

A limitation of this study is that researchers did not account for NDMA content impacted by environmental factors.  However, researchers point out that the strength of dietary intake and cancer risk association is likely underestimated.

*LaVecchia et al., 1995*

This case-control study[clx], based on patients at hospitals in Milan, Italy, examined 746 patients (457 men and 289 women) with stomach cancer diagnosed no longer than 1 year prior to the interview compared to 2053 subjects (1205 men and 848 women) admitted to the same hospitals for acute conditions not including cancer, digestive tract disease or diet modification. Food consumption data, demographic characteristics and smoking data were obtained via structured questionnaire by trained interviewers.  NDMA intakes were reasonably estimated based on the food consumption and published Italian data on NDMA content of foods, and subjects were assigned to tertiles based on intake levels.

Strengths of this study include a large dataset with near complete participation, the absence of confounding data on causes of gastric cancer, and the avoidance of inclusion of any chronic and digestive-tract diseases in controls.  Weaknesses are that there was no distinction made between histological types of gastric cancer, and no information on *H. Pylori* infections for cases or controls (though this is not shown to correspond to high-risk areas of gastric cancer).

The authors report a concern regarding the uncertainty of exposure assessment because the NDMA content was only available on a limited number of foods and nitrate levels of water in the region were unknown. However, the authors do conclude the uncertainties do not eclipse the direct relationship between NDMA intake and risk of gastric cancer observed.

| | | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|
| Tertile NDMA | median µg/d | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| 1 (≤ 0.130) | 0.0655 | 1114.07 | 1.11 | 970.62 | 0.97 |
| 2 (0.131-0.190) | 0.161 | 2378.40 | 2.74 | 2385.81 | 2.39 |
| 3 (≥0.191) | 0.221 | 3758.92 | 3.76 | 3274.93 | 3.27 |

| | | | |
|---|---|---|---|
| | Median age cases | 61 | |
| | Median age controls | 55 | |
| Assumed: | Average for all | 56.60 | |
| | Days/year | 365 | |
| | Start diet at age | 10 | 16 |
| | Effective years exposure | 46.60 | 40.60 |
| | Effective days exposure | 17008.69 | 14818.69 |

74

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Significantly increased odds ratios for stomach cancer cases were observed in the highest tertile of exposure to NDMA, and the trend across the tertiles was also significant.

**Distribution of stomach cancer cases and controls, and odds ratios (ORs) with 95% confidence intervals (CIs) of gastric cancer according to tertiles of NDMA intake.**

| | Cases | | Controls | | OR (95% CI) | | |
| NDMA Tertile | No. | % | No. | % | 1 | 2 | 3 |
|---|---|---|---|---|---|---|---|
| 1 (reference) | 207 | 27.7 | 683 | 33.3 | 1 | 1 | 1 |
| 2 | 231 | 31 | 687 | 33.5 | 1.13 (0.9 -1.4) | 1.12 (0.9 -1.4) | 1.11 (0.9 -1.4) |
| 3 | 308 | 41.3 | 683 | 33.3 | 1.56 (1.3-1.9) | 1.41 (1.1-1.8) | 1.37 (1.1-1.7) |
| $\chi^2$ trend | | | | | 17.89 | 9.11 | 7.42 |
| p trend | | | | | <0.01 | <0.01 | <0.01 |

Estimates from multiple logistic regression equations including terms for: OR 1, age and sex; OR 2, age, sex, education, family history of gastric cancer, combined food score index, intake of β-carotene, vitamin C and total calories; OR 3, as OR 2 plus nitrite and nitrate intake.

*Larsson et al., 2006*

This study[cl] examined the association of processed meat consumption, dietary nitrosamines and stomach cancer risk in a prospective cohort of Swedish women.  Originally set up to examine breast cancer risk, the cohort was established between 1987 and 1990.  Participants received an initial questionnaire on diet, alcoholic beverages, weight, height and education from the last year, and survivors residing in the study area in the autumn of 1997 received a second questionnaire to update information on diet and to collect data on other lifestyle factors (including cigarette smoking).  Amounts of foods consumed were not identified in these questionnaires.  Instead, to calculate the amounts of foods consumed, age specific portion sizes for foods were based on mean values obtained from 213 randomly selected women in the study area who weighed and recorded their food intake for 27.8 days on average.  After excluding cohort members with missing or possible erroneous data, and those with prior cancer diagnoses, the cohort consisted of 61,433 women, 39,227 of whom completed the follow up survey. The baseline questionnaire was validated in a subsample of 129 women randomly chosen from the study population. Incident cases of stomach cancer were ascertained via national and regional Swedish Cancer registers, which are estimated to provide close to 100% complete case ascertainment in Sweden.

NDMA intake was determined using food intake data from the questionnaires and tables based on foods on the Swedish market in 1980–1988.  Foods included in the calculation of NDMA intake were specific processed meat products (bacon, side pork, sausages, ham), smoked fish,

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

caviar and roe, alcoholic beverages and chocolate.  Participants were assigned to quintiles based on their NDMA intake: median intakes for the quintiles were reported in the paper. Cumulative exposures were calculated assuming adult diet started at age 10 or 16 years.

| Quintile | average µg/d | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|
| | | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| I | 0.017 | 269.30 | 0.27 | 232.07 | 0.23 |
| II | 0.061 | 966.30 | 0.97 | 832.71 | 0.83 |
| III | 0.098 | 1552.42 | 1.55 | 1337.80 | 1.34 |
| IV | 0.151 | 2391.99 | 2.39 | 2061.30 | 2.06 |
| V | 0.277 | 4387.96 | 4.39 | 3781.33 | 3.78 |
| | | | | | |
| Age: | Meat 1 | 54.7 | | | |
| | Meat 2 | 52.2 | | | |
| | Meat 3 | 53.3 | | | |
| | Average | 53.4 | | | |
| | Start diet at age | 10 | 16 | | |
| Effective years exposure | | 43.4 | 37.4 | | |
| Effective days exposure | | 15841 | 13651 | | |

Hazard ratios (HRs) for stomach cancer relative to the low-exposure quintile were reported both as adjusted for age (in months) alone, and also with a multivariate adjustment which additionally included education (less than high school, high school graduate or more than high school), body mass index (<23.0, 23.0–24.9, 25.0–29.9 or 30 kg/m$^2$) and intakes of total energy (continuous), alcohol (quartiles), fruits (quartiles) and vegetables (quartiles).  The multivariate adjustment slightly increased most of the hazard ratios.

A significantly increased HR for stomach cancer was observed in the highest quintile of NDMA exposure, and increases which were nearly significant were also found in quintiles III and IV. Tests for trend were significant both for the age-adjusted and the multivariate HRs.  This study is particularly reliable due to the prospective cohort design, the large size of the population, strong data for exposure (collected over two questionnaires at different dates) and the long follow up period (18 years).  Reporting and analysis were detailed: recorded food intake was across 27.8 days on average, which is more comprehensive than a 24-hr questionnaire.  To evaluate the possibility that preclinical symptoms of stomach cancer caused a change in diet, thereby biasing the results, an analysis was conducted excluding cases that were diagnosed during the first 3 years of follow up, which resulted in the positive association of processed meat consumption with stomach cancer risk to become stronger.  The study did not examine risk by subsite and histological type of stomach cancer, nor include information on *H. Pylori* infection status.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**HAZARD RATIOS OF STOMACH CANCER BY N-NITROSODIMETHYLAMINE (NDMA) INTAKE.**

| | Quintile of NDMA intake, μg/day | | | | | p-trend |
|---|---|---|---|---|---|---|
| | I | II | III | IV | V | |
| Range | <0.041 | 0.041–0.078 | 0.079–0.120 | 0.121–0.193 | ≥0.194 | |
| Median intake | 0.017 | 0.061 | 0.098 | 0.151 | 0.277 | |
| No. of cases | 28 | 28 | 37 | 32 | 31 | |
| Person-years of follow-up | 190,011 | 190,002 | 185,879 | 186,639 | 188,238 | |
| Age-adjusted HR | 1 | 1.03 | 1.62 | 1.51 | 1.81 | 0.01 |
| 95% CI | | (0.60–1.75) | (0.99–2.68) | (0.90–2.53) | (1.07–3.07) | |
| Multivariate HR[1] | 1 | 1.03 | 1.66 | 1.6 | 1.96 | 0.02 |
| 95% CI | | (0.61–1.77) | (1.00–2.75) | (0.93–2.76) | (1.08–3.58) | |

| | Significant | | Close to significant |
|---|---|---|---|

Authors reported the potential limitations of a self-administrated food-frequency questionnaire because of possible misidentification of foods by participants. However, the authors reported this type of misclassification is inevitable but would tend to reduce any true relationship observed.

*Loh et al., 2011*

This was a prospective cohort study[clxi] which examined the relation between dietary NDMA, endogenous N-nitroso compounds or dietary nitrite and cancer incidence.  The cohort consisted of 23,363 men and women in Norfolk, United Kingdom, aged 40–79 y, who were recruited in 1993–1997 and followed up to 2008, with a mean follow up of 11.4 years.  3268 individuals were identified with incident cancer.  A dietary assessment was conducted before the diagnosis of cancer to minimize recall bias and reverse causation.  Different causes of cancer at different sites were also acknowledged.  The baseline diet was assessed with food-frequency questionnaires designed to establish average food consumption of the foods during the preceding year, and intake of NDMA and nitrite were determined from country-specific food composition data.  Cohort members were divided into quartiles of NDMA intake, and mean daily intakes for each quartile were reported.  Intakes of alcohol, energy, and vitamin C were also obtained for this study.  Participants completed a questionnaire which included questions on cigarette smoking, alcohol consumption, physical activity, social class, occupational history, use of medication, history of disease, short family history of major diseases, and reproductive history for women.  Consenting participants also attended a health examination.  Incident cases of cancer other than nonmelanoma skin cancer were identified from the East Anglian Cancer Registry and National Health Service Central Register.

77

| Quartile | Mean ng/d | age at baseline | Start diet at 10 | | | Start diet at 16 | | |
|---|---|---|---|---|---|---|---|---|
| | | | Exposure duration (d)* | Cumulative µg | Cumulative mg | Exposure duration (d)* | Cumulative µg | Cumulative mg |
| I | 16.8 | 59.7 | 18140.5 | 304.7604 | 0.30 | 15950.5 | 267.9684 | 0.27 |
| II | 33.4 | 58.8 | 17812 | 594.9208 | 0.59 | 15622 | 521.7748 | 0.52 |
| III | 53.1 | 58.7 | 17775.5 | 943.87905 | 0.94 | 15585.5 | 827.59005 | 0.83 |
| IV | 125.9 | 57.3 | 17264.5 | 2173.6006 | 2.17 | 15074.5 | 1897.8796 | 1.90 |

Assumed: Days/year 365

Hazard ratios for cancers in the higher three quartiles relative to the lowest quartile were determined for cancers associated with the gastrointestinal tract and also common cancers in this study population. These common cancers included esophageal, stomach, colon, rectum, breast, prostate, lung, and ovarian cancers.

HR was determined using a Cox proportional regression HR1 was adjusted for age and sex.  HR2 was additionally adjusted for BMI, cigarette smoking status, alcohol intake, energy intake, physical activity status, educational level, and menopausal status (in women).

**Dietary NDMA exposure in relation to risk of all cancers**

| | | Quartile 1 | Quartile 2 | Quartile 3 | Quartile 4 | P for trend |
|---|---|---|---|---|---|---|
| **All (n = 23,363)** | cases/total in quartile (%) | 787/5054 (13.5) | 815/5026 (14.0) | 812/5029 (13.9) | 854/4986 (14.6) | |
| | **HR1** | 1 | 1.07 | 1.05 | 1.14 | 0.03 |
| | **95% CI** | | 0.97, 1.18 | 0.95, 1.16 | (1.03, 1.27) | |
| | **HR2** | 1 | 1.06 | 1.03 | 1.1 | 0.22 |
| | **95% CI** | | 0.96, 1.18 | 0.93, 1.15 | 0.97, 1.24 | |
| **Men (n = 10,783)** | cases/total in quartile (%) | 231/1243 (15.7) | 311/1591 (16.4) | 424/2307 (15.5) | 705/3971 (15.1) | |
| | **HR1** | 1 | 1.12 | 1.11 | 1.24 | 0.005 |
| | **95% CI** | | 0.94, 1.33 | 0.95, 1.31 | 1.07, 1.44 | |
| | **HR2** | 1 | 1.12 | 1.1 | 1.18 | 0.08 |
| | **95% CI** | | 0.94, 1.33 | 0.93, 1.29 | 1.00, 1.40 | |
| **Women (n = 12,580)** | cases/total in quartile (%) | 556/3811 (12.7) | 504/3435 (12.8) | 388/2722 (12.5) | 149/1015 (12.8) | |
| | **HR1** | 1 | 1.04 | 1.02 | 1.12 | 0.33 |
| | **95% CI** | | 0.92, 1.17 | 0.90, 1.16 | 0.93, 1.34 | |
| | **HR2** | 1 | 1.03 | 0.99 | 1.05 | 0.83 |
| | **95% CI** | | (0.91, 1.17) | (0.86, 1.14) | (0.86, 1.29) | |

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

For all subjects and in men, the risk of all cancers was elevated in quartile 4, and the trend was significant, in the analysis adjusted for age and sex (HR1).  In the multivariate analysis with many additional factors (HR2) the hazard ratios in the fourth quartile were still elevated, but did not quite achieve statistical significance.  Although some of the HRs in women were elevated, none achieved statistical significance.

The authors did not report HRs of cancer risk at specific cancer sites by quartiles of NDMA exposure, but they did report overall trends in HR for an increment of 0.05 µg NDMA (the standard deviation of the measurements of NDMA).  These are shown the table below.

**Dietary NDMA exposure in relation to site-specific cancer risk**

| Cancer site | n (cases) | HR per 0.05 µg NDMA (95% CI) | P |
|---|---|---|---|
| Esophageal | 55 | 1.13 | 0.53 |
| | | (0.77, 1.68) | |
| Stomach | 64 | 1.13 | 0.47 |
| | | (0.81, 1.57) | |
| Colon | 276 | 0.99 | 0.93 |
| | | (0.83, 1.18) | |
| Rectum | 137 | 1.46 | 0.001 |
| | | (1.16, 1.84) | |
| Gastrointestinal | 532 | 1.13 | 0.04 |
| | | (1.00, 1.28) | |
| Breast | 423 | 1.01 | 0.94 |
| | | (0.84, 1.20) | |
| Prostate | 461 | 1.01 | 0.92 |
| | | (0.90, 1.13) | |
| Lung | 235 | 1.05 | 0.6 |
| | | (0.88, 1.24) | |
| Ovarian | 80 | 0.96 | 0.85 |
| | | (0.60, 1.53) | |
| Others | 1462 | 1.11 | 0.007 |
| | | (1.03, 1.19) | |

Total population = 22,920 individuals.
Hazard ratio by Cox proportional regression adjusted for age, sex, BMI, cigarette smoking status, alcohol intake, energy intake, physical activity status, educational level, and menopausal status (in women).

There was an overall increased cancer risk with NDMA when cancers of the gastrointestinal tract were analyzed as combined.  Two categories, rectal cancer and other cancers showed increased risks with significant HRs of 1.46 and 1.11 per 0.05 µg NDMA, respectively.  The 5 cancers listed in the order of highest incidence in the "other" category were malignant

79

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

melanoma of skin, malignant neoplasms of bladder, corpus uteri, pancreas, and kidney (except for renal pelvis) cancers.

The estimated mean intake of NDMA for their study was relatively low when they compared estimates from other studies. Any random measurement error due to estimations would only reduce any association.

*Mitacek et al., 2008*

This is a dietary study[clxii] conducted in Thailand to determine the mean total dietary intake of nitrate, nitrite, and NDMA by geographical region (North, Northeast, Central and South). Samples of fresh foods prevalent in Thailand were collected and analyzed for nitrite, nitrate and NDMA. Participants were interviewed to determine dietary habits and other health and demographic information.  Ninety-seven different types and varieties of foods, chosen for their high concentration of nitrate, nitrite, and NDMA and because they were frequently consumed in the previous and current year were included in the dietary portion of the interview. Beer consumption was recorded but other ethanol consumption was not recorded.  Food amounts were assessed per day, per week, or per month. Real food samples were used in estimating food amounts and, in cooked dishes, ingredients were determined through interviews with family members and cooks from local eateries.  The reported consumption information from the participants was combined with the analytical data for the foods from the IARC and previous studies focused on specific Thai communities to determine the mean intake of nitrate, nitrite, and NDMA in the study population.  Levels found from this study were substantially higher than those from the United States, Japan and other developed countries.  Not including nitrate intake from the drinking water into the nitrate calculations is a limitation to this study, as the nitrate intake from water can be quite high. Though no drinking water analysis was conducted in the 4 regions of Thailand, the nitrate content of randomly selected drinking water wells in the Northeast showed high concentrations, ranging from 80 to 366 mg/l in most of them. Water samples from the major waterways, the Chao-Praya and Mekong Rivers, contained from 40 to 1,210 mg/l and 22 to 1,150 mg/l, respectively, of nitrate.

The study population was a total of 467 adults (212 males and 255 females), of the 572 that agreed to participate in the study after quality controlling to remove incomplete questionnaire responses from the study. This 572 came from a random sample of 920 people aged 19+, in selected rural and semiurban and urban communities.

Prior to the study, the questionnaire used was pilot tested for content and clarity, small changes were made to the questionnaire based on comments. The validity and reliability of the questionnaire was later assessed by comparing results of administrations of this instrument, 3 weeks apart, each time to 10 different residents.

The analysis of variance (ANOVA) method was used to compare levels of nitrate, nitrite, and NDMA across various major food groups, and in the comparison of intake of these compounds

80

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

in males and females, among different age groups, working in different occupations, living in different geographical areas, and among current smokers, ex-smokers, and nonsmokers.

| Region (Thailand) | average μg/d | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|
| | | Cumulative μg | Cumulative mg | Cumulative μg | Cumulative mg |
| North | 1.41 | 19572.128 | 19.57 | 16484.228 | 16.48 |
| Northeast | 1.59 | 22070.698 | 22.07 | 18588.598 | 18.59 |
| Central | 0.95 | 13186.895 | 13.19 | 11106.395 | 11.11 |
| South | 0.65 | 9022.6124 | 9.02 | 7599.1124 | 7.60 |

| Age Range | | Age midpoint | N | n*a |
|---|---|---|---|---|
| from 20 | to 39 | 30 | 140 | 4200 |
| from 40 | to 59 | 50 | 233 | 11650 |
| from 60 | + | 70 | 94 | 6580 |
| | | Sums | 467 | 22430 |
| | | Average age | | 48.03 |

Assumed:
Days/year         365
Start diet at age   10 or 16
Exposure duration (d)   11691

The intake of these compounds in the different regions was compared to the rates of liver and stomach cancer in these regions of Thailand (from IARC reports).

**Age-standardized incidence rate per 100,000 of stomach and liver cancer in Thailand, Time trends from 1988–1997**

| | Male | | | Female | | |
|---|---|---|---|---|---|---|
| **Stomach cancer** | | | | | | |
| **Region** | 1988–1991 | 1992–1994 | 1995–1997 | 1988–1991 | 1992–1994 | 1995-1997 |
| **North** | 10.7 | 7.7 | 6.45 | 6.1 | 4.9 | 4.35 |
| Northeast | 5.2 | 3.2 | 3.2 | 2.3 | 1.9 | 1.9 |
| Central | 4.2 | 4.8 | 4.9 | 2.2 | 2.9 | 3.7 |
| South | 3.2 | 2.2 | 1.9 | 1 | 1.3 | 1.4 |
| **Liver cancer** | | | | | | |
| North | 49.8 | 21.3 | 23.55 | 37.4 | 11.2 | 11.55 |
| Northeast | 94.8 | 87.5 | 88 | 39.4 | 37.2 | 35.4 |
| Central | 9.7 | 11 | 14.4 | 2.7 | 3.4 | 3.9 |
| South | 10.7 | 6.4 | 6.6 | 1.9 | 1.4 | 1.5 |

81

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

The Northeast region had the highest incidence and mortality rates from liver cancer and had the highest intake of NDMA.  The South region had the lowest liver cancer and stomach cancer incidence rates.  It also had the lowest NDMA intake.  The North region, which had the second highest incidence of liver cancer and the highest incidence of stomach cancer, had significantly higher intakes of nitrate and nitrite but slightly lower intake of NDMA than the Northeast region.  The authors interpreted these data to suggest that regional variation in nitrate, nitrite, and NDMA may be associated with the regional variation in liver and stomach cancer incidence and mortality.  The authors did not calculate hazard ratios from these data.

*Palli et al., 2000*[clxiii]

These authors studied the survival of gastric cancer patients as a function of various dietary components.  These components included antioxidants such as vitamins C and E and carotenoids which are hypothesized to have a protective effect against chemically induced cancer, and also NDMA and dimethylamine (which can be nitrosated to NDMA).  The study examined the premorbid diet and 10-year prognosis among 382 gastric cancer patients who had participated in a population-based case-control study on diet and gastric cancer in Italy during 1985–1987.  The diet during the 12-month period 1 year prior to the onset of symptoms or prior to surgery was ascertained by interview, which was conducted by trained dietitians.  It was assumed that the diet during this period was representative of the adult life of the patient.  Nutrient intakes, adjusted for total energy intake, were reported by tertiles, but the tertile means or boundaries were not stated. For dimethylamine the hazard ratios for death during the 10-year follow-up in the second and third tertiles relative to the lowest were 1.00 (95% confidence interval 0.76–1.32) and 1.22 (0.93–1.62), with a linear correlation $P$ value of 0.1.  For NDMA the corresponding values were 1.11 (0.84–1.46), 1.06 (0.80–1.40) and $P$ = 0.6.  Since actual consumption values were not listed in the report, and the analysis concentrated on survival rather than cancer incidence, this study was not susceptible to dose-response analysis for comparison with the other studies listed.

Like most dietary studies, published reports were relied on to make estimates for NDMA content for food items. However, the authors, using HP/LC, measured concentrations of NDMA in 28 local food items.

*Palli et al., 2001*

In this study, the authors studied the incidence of gastric cancer as a function of various dietary components, including antioxidants such as vitamins C and E and carotenoids.  The study population consisted of 382 gastric cancer cases and 561 controls during 1985 - 1987.  Details of the population and dietary analysis are the same as in the study by Palli et al. (2000), with an additional series of 142 controls enrolled at the end of the study period in order to obtain a more representative sample of the general population.  The mean age of the study population was estimated using the age range data provided in the study.  Cumulative intakes of NDMA were calculated as shown below using the reported mean NDMA intakes for the tertiles.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Tertile NDMA | %ile | average µg/d reported | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|---|
| | | | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| 1 | mean | 0.12 | 2267.3 | 2.27 | 2004.5 | 2.00 |
| | 33% | 0.17 | 3212.1 | 3.21 | 2839.8 | 2.84 |
| 2 | mean | 0.2 | 3778.9 | 3.78 | 3340.9 | 3.34 |
| | 67% | 0.24 | 4534.7 | 4.53 | 4009.1 | 4.01 |
| 3 | mean | 0.33 | 6235.2 | 6.24 | 5512.5 | 5.51 |
| | Days/year | | 365 | | | |
| | Average age | | 61.8 | | | |
| | Start diet at age | | 10 | | 16 | |
| | Exposure duration (d) | | 18894 | | 16704 | |

Among many other comparisons, the authors report gastric cancer incidence for tertiles of intake of nitrate, nitrite, dimethylamine (DMN, a precursor of NDMA) and NDMA.

| | Tertile of intake | | | | | p-value for linear trend |
|---|---|---|---|---|---|---|
| | I | II | | II | | |
| | | OR | 95% CI | OR | 95% CI | |
| *Nitroso-compounds and precursors* | | | | | | |
| Nitrate | 1 | 0.7 | (0.5-1.0) | 0.6 | (0.4-0.9) | 0 01 |
| Nitrite | 1 | 1.4 | (1.0-2.0) | 1.4 | (1.0-2.0) | 0 04 |
| DMA | 1 | 1.3 | (0.9 -1.8) | 0.9 | (0.7-1.3) | 0.7 |
| NDMA | 1 | 1.1 | (0.8-1.6) | 1.1 | (0.8-1.5) | 0.7 |

Nitrate was associated with a reduction in overall OR for gastric cancer, probably due to the correlation of this value with vegetable intake, a significant linear trend was noted for this response. A marginally significant increase was noted for nitrite intake. Results for DMA were inconsistent and non-significant. A very small increase in OR for NDMA was noted, but this was not statistically significant. None of the latter three comparisons showed any evidence of a dose response.

Although this study appears to have been adequately designed it did not provide any consistent information either from the observed ORs or a dose related trend for NDMA or its precursors nitrite and DMA. This may be related to the relatively short duration of the study (1985 - 1987), and possible weakness in the determination of intakes of NDMA and precursors in the diet.

83

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

*Pobel et al., 1995*

This is a hospital-based case-control study[clxiv] on stomach cancer and diet which was conducted in Marseille (France).  All histologically confirmed incident cases of gastric adenocarcinoma, identified eight public and private centers for gastric surgery in Marseille, were considered for inclusion in the study.  Controls were undergoing functional re-education for trauma or injuries in two specialized medical centers, and were group matched to cases by sex and age distribution.  None of the eligible subjects refused to participate.  Ninety-two patients with histologically confirmed adenocarcinoma and 128 controls were interviewed by a trained dietician using a dietary history questionnaire on their usual diet during the year preceding the first symptoms for cases, or preceding interview for controls.  The interviews included questions on demographic characteristics, socio-economic status, occupation, medical history, family history of cancer and consumption of tobacco and alcohol.  The diet history questionnaire included details on the main dietary sources of nitrate, nitrite and nitrosamine, such as vegetables, smoked, cured and salted foods, and beer.  For each food item, subjects were asked about their usual portion size and average frequency of consumption.  Seasonal consumption was considered, averaged over the duration of the period of consumption.  Values for nitrite, nitrate and NDMA in foods were obtained from literature data.  NDMA intakes for the 25th, 50th and 75th percentiles were reported in the paper, and there was a linear trend of intake with percentile ($R^2$ = 0.99 for both cases and controls).  Since the median percentiles of the tertiles did not correspond to the reported percentiles, linear regression was used to determine calculated values for the tertile medians (16.67, 50 and 83.33 percentiles).  The differences between intakes reported for cases and controls were small and well within the confidence ranges for these estimates, so an average intake (weighted by number of cases and controls) for each tertile was calculated.  Cumulative exposures were calculated assuming adult diet started at age 10 or 16 years.  These data and calculations are shown in the table below.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| | Tertile NDMA | %ile | average µg/d reported | average µg/d calculated | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| Cases n=92 | 1 | 16.67 | | 0.11 | 2341.4 | 2.34 | 2093.2 | 2.09 |
| | | 25.00 | 0.2 | | 4131.8 | 4.13 | 3693.8 | 3.69 |
| | 2 | 50.00 | 0.25 | 0.32 | 6610.9 | 6.61 | 5910.1 | 5.91 |
| | | 75.00 | 0.51 | | 10536.1 | 10.54 | 9419.2 | 9.42 |
| | 3 | 83.33 | | 0.53 | 10880.4 | 10.88 | 9727.0 | 9.73 |
| Controls n=128 | 1 | 16.67 | | 0.17 | 3505.8 | 3.51 | 3133.5 | 3.13 |
| | | 25.00 | 0.19 | | 3918.3 | 3.92 | 3502.2 | 3.50 |
| | 2 | 50.00 | 0.23 | 0.24 | 4880.7 | 4.88 | 4362.4 | 4.36 |
| | | 75.00 | 0.29 | | 5980.5 | 5.98 | 5345.4 | 5.35 |
| | 3 | 83.33 | | 0.30 | 6255.5 | 6.26 | 5591.2 | 5.59 |
| All n=220 | 1 | 16.67 | | | | 3.02 | | 2.70 |
| | 2 | 50.00 | | | | 5.60 | | 5.01 |
| | 3 | 83.33 | | | | 8.19 | | 7.32 |

| Days/year: 365 | Cases | | Controls | |
|---|---|---|---|---|
| Average age | 66.6 | | 66.5 | |
| Start diet at age | 10 | 16 | 10 | 16 |
| Exposure duration (d) | 20659 | 18469 | 20622.5 | 18432.5 |

Substantial and statistically significant increases in the odds ratio for stomach cancer were observed when comparing the tertiles of reported NDMA exposure. No relationship was observed for stomach cancer and nitrate or nitrite exposure.

**Odds ratios (ORs)" for gastric cancer associated with exogenous NDMA and their precursors**

| | OR1 | OR2 | (95% CI) | OR3 | (95% CI) | p value for trend |
|---|---|---|---|---|---|---|
| Total nitrate | 1 0 | 0.49 | (0.24-1.01) | 0.76 | (0.38-1.50) | 0.96 |
| Total nitrite | 1 0 | 0.83 | (0.41-1.67) | 0.88 | (0.44-1.79) | 0.49 |
| NDMA | 1 0 | 4.13 | (0.93-18.27) | 7.00 | (1.85-26.46) | 0.04 |

Patients and controls in this study completed a dietary history questionnaire assessing their usual diet during the year preceding symptoms of gastric cancer or preceding interview for controls. The authors do note the limitation of this 1-year dietary history questionnaire as not being representative of childhood or adolescence diets which may be relevant to the cause of gastric cancer. The authors point out that many epidemiological studies indicate diet during adulthood is also likely to be the cause of gastric cancer.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

*Risch, 1985*

This is a case-controlled study[clxv] in Canada evaluating dietary exposures and gastric cancer involving newly diagnosed gastric cancer cases diagnosed between 1979 and 1982.  Dietary intake was obtained by dietary questionnaires. Cases were asked to provide intake for the period prior to the onset of symptoms, whereas the controls were asked to provide information for one year before the interview.  Ultimately, 246 gastric cancer cases and 246 controls were included in the study.  This study reported, in Table 3, that NDMA and gastric cancer had an OR of 0.94 per 10 µg/day [95% CI, 0.14-6.13]: the trend was not significant.  The study authors do not provide information about how the dietary intake estimates for NDMA were calculated and noted that there may have been overreporting of dietary information by the cases, which the authors sought to address by including total food consumption in the regression models.  I have evaluated and considered this study but it received no weight because there must be a study error as 10 ug/day is an extremely large quantity of NDMA which is inconsistent with the reported daily intake with other dietary studies.  As such, I did not consider this study to be reliable because this error and lacking information about diet estimates.


*Rogers et al., 1995*

This is a population-based case control study[clxvi] in Washington State, USA in which cases of cancers of the esophagus, larynx and oral cavity were compared with controls for consumption of foods and beverages containing NDMA, nitrites, and nitrates.  The study group consisted of 645 cancer cases (125 esophageal, 169 laryngeal and 351 oral) and 458 controls, frequency matched by age and gender.  Physician or subject refusal occurred for 17% of cases and 18% of controls, and individuals with 5 or more unknown food items on the questionnaire were excluded, as well as those unable to complete the questionnaire due to language or medical problems.  Participants completed a food frequency questionnaire on their usual diet 10 years prior to the interview. Foods known to contain nitrate, nitrite, or NDMA were specifically added to this questionnaire.  Amounts of these substances were estimated using data from the National Academy of Sciences report and surveys of NDMA content in meats and fish.  Intakes from beer and drinking water were also estimated.  Dietary content of ascorbic acid (Vitamin C) was also noted, and increased intake was found to reduce the risk of the cancers studied.  This intake was one of the factors adjusted for in the odds ratios reported for this study.

86

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Tertile NDMA | lower bound | Upper bound | average µg/d | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|---|---|
| | | | | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| 1 | 0 | 0.06 | 0.03 | 569.4 | 0.57 | 503.7 | 0.50 |
| 2 | 0.06 | 0.179 | 0.1195 | 2268.1 | 2.27 | 2006.4 | 2.01 |
| 3 | 0.179 | 0.298 | 0.2385 | 4526.7 | 4.53 | 4004.4 | 4.00 |

| | | |
|---|---|---|
| Average age not specified: assumed | 62 | |
| Days/year | 365 | |
| Start diet at age | 10 | 16 |
| Exposure duration (d) | 18980 | 16790 |

Odds ratios for cases of cancer of the larynx, esophagus, and oral cavity by tertile of NDMA intake are shown below.  There was a 79% increased risk of upper aerodigestive tract cancer (all sites combined) in individuals in the higher tertiles of NDMA consumption compared to individuals in the lowest tertile of NDMA consumption (significant: P = 0.037 for trend).  This association was quite consistent across each cancer site, with increasing odds ratios in the second and third tertile for all three sites, although the confidence limits for these individual site values included 1 except for the high dose oral cancer cases.  This probably reflects the smaller numbers of cases for the larynx and esophagus.  The analysis controlled for age, gender, educational level, tobacco use, alcohol use, BMI, and energy intake.

| NDMA tertile | No. of Controls | No. of Cases | OR | 95% CI |
|---|---|---|---|---|
| | | Larynx | | |
| <0.06 µg | 134 | 32 | 1 | |
| 0.06-0.179 µg | 147 | 37 | 1.11 | 0.57-2.13 |
| >0.179 µg | 147 | 82 | 1.7 | 0.91-3.18 |
| | | | (trend: *P*= 0.258) | |
| | | Esophagus | | |
| <0.06 µg | | 22 | 1 | |
| 0.06-0.179 µg | | 23 | 1.31 | 0.60-2.85 |
| >0.179 µg | | 52 | 1.86 | 0.87-3.95 |
| | | | (trend: *P*= 0.063) | |
| | | Oral cavity | | |
| <0.06 µg | | 68 | 1 | |
| 0.06-0.179 µg | | 75 | 1.51 | 0.92-2.48 |
| >0.179 µg | | 155 | 1.82 | 1.10-3.00 |
| | | | (trend: *P*= 0.118) | |

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

The authors of this study wrote the NDMA, nitrate, and nitrite content of the food included in the food frequency questionnaire were estimated using data from the National Academy of Sciences and other surveys. The authors conclude wider availability of N-nitroso compounds concentrations in foods is needed.

*Ronco et al. (2014).*

This report[clxvii] describes a case-control study of bladder cancer and dietary intake in Uruguay. The study considered all newly diagnosed and microscopically validated cases of transitional-cell carcinoma of the urinary bladder occurring in men between 1996 and 2005 from the four major public health hospitals in Montevideo, Uruguay. A response rate of 97.8% was obtained, providing 225 cases for inclusion in the study. In the same time period and in the same hospitals, all men afflicted with non-neoplastic conditions not related to smoking and alcohol drinking were considered eligible for inclusion as controls in the study. A final total of 1,510 controls were included in the study. The response case rate was 97.8%. Average age of the cases was 67.6 years, and of the controls 66.9 years.

Participants were administered a structured questionnaire in face-to-face interviews by two trained social workers shortly after admittance to the hospitals. The questionnaire included sections on sociodemographics, self-reported height and weight five years before the date of interview, family history of bladder cancer among first-degree relatives, occupational history, smoking, alcohol use, a history of non-alcoholic beverages (mate, coffee, tea, soft drinks), and a food frequency questionnaire (FFQ) on 64 food items. The FFQ recorded the consumption of foods representative of the Uruguayan diet, in servings/years and the corresponding portion size per food. This questionnaire had been used in a previous study[cxlix] by the same authors, and it was tested for reproducibility with good results. Odds ratios (ORs) for bladder cancer were estimated by multiple logistic regression[clxviii]. The basic model included age, residence, education, tobacco smoking in pack years, alcohol and mate consumption, total energy intake and total vegetables and fruits (continuous). The model also included terms for risk factors of interest in the study (meat intake, dairy foods, total eggs, and selected nutrients). Intake of foods and nutrients were divided into tertiles, but the boundary or median values of these tertiles were not reported so it is not possible to do a quantitative dose-response analysis on this study. The authors reported ORs for bladder cancer as a function of tertiles of NDMA intake.

**ORs for Bladder Cancer for Dietary NDMA**

Tertiles NDMA

| I (reference) | OR | II (95% CI) | OR | III (95% CI) | p value trend |
|---|---|---|---|---|---|
| 1 | 2.16 | (1.46-3.21) | 2.14 | (1.43-3.18) | 0.0002 |

88

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Both the second and third tertiles of NDMA exposure showed significantly increased odds ratios for bladder cancer.  The overall trend was statistically significant, although a clear dose response between the second and third tertiles was not apparent.  This may be due to problems with the estimation of NDMA intake: the authors did not report their sources or methodology for estimating this quantity, although it was necessarily based on their food intake questionnaire.

In addition to reporting the association with NDMA exposure, this study examined the association of bladder cancer with consumption of various classes of food (indeed, this is the primary emphasis of the report).  Notably, they reported association of consumption of various classes of meat product which they described as commonly considered sources of nitrosamine exposures.  Elevated odds ratios between the reference and higher tertile were found for consumption of all meats, all processed meats, hot dogs, ham and "salted meat" (a local specialty).  The trends for increasing odds ratio with tertile of consumption were also significant.  The odds ratio for the second tertile of hot dog consumption was also significantly elevated.  These findings reinforce the conclusion that exposure to NDMA is associated with increased risk of bladder cancer.

**Odds Ratios of Bladder Cancer for Meat Consumption**

| Tertiles | I | II | | III | | |
|---|---|---|---|---|---|---|
| Type of meat | OR (reference) | OR | 95% CI | OR | 95% CI | p value trend |
| Total meat | 60/503[a] | 74/504 | | 91/503 | | |
| | 1.0 | 1.18 | 0.81-1.72 | 1.47 | 1.02-2.11 | 0.036 |
| Processed meat | 59/503 | 76/504 | | 90/503 | | |
| | 1.0 | 1.3 | 0.89-1.89 | 1.55 | 1.07-2.24 | 0.018 |
| Hot dog | 136/1085 | 45/237 | | 44/188 | | |
| | 1.0 | 1.76 | 1.19-2.61 | 2.16 | 1.45-3.23 | <0.0001 |
| Ham | 148/1086 | 26/190 | | 51/234 | | |
| | 1.0 | 1.43 | 0.86-2.39 | 1.83 | 1.26-2.65 | 0.002 |
| Salted meat | 174/1313 | 10/69 | | 41/128 | | |
| | 1.0 | 1.34 | 0.63-2.83 | 2.37 | 1.57-3.57 | 0.0001 |
| | Statistically significant result | | | | | |

[a] cases/controls

Two limitations are noted in the study. Recall bias and selection bias. Recall bias is very difficult to manage and can result in misclassification, which can lead to erroneous estimates. The authors were unworried about selection bias because the individuals in the cases group and individuals in the control group were selected from the same population base.

89

*Song et al (2015)*

This study[xxxi] was a meta-analysis of 22 articles consisting of 49 studies – 19 studies related to nitrates, 19 studies related to nitrites, and 11 studies related to NDMA.  Of the articles, seven were cohort studies and 15 were case-control studies.  The authors examined these articles to provide a quantitative assessment of the relationship between dietary consumption of nitrates, nitrites, and nitrosamines and the risk of gastric cancer.  Researchers searched PubMed and Embase databases through August 2015 using key word search terms relating to nitrate, nitrite, NDMA, gastric cancer, and stomach cancer.  Studies found that met the criteria: (1) cohort or case-control design; (2) exposure of interest was dietary nitrates, nitrites, and NDMA intake; (3) the endpoint of interest was gastric cancer; (4) risk estimates with corresponding 95% confidence intervals (95% CIs) were provided; (5) published in English were included in the meta-analysis.

Nine cohort studies and 10 case-control studies were examined that studied the relationship between nitrate intake and gastric cancer risk.  The authors reported the summary Risk Ratio (RR) was 0.80 (95% CI, 0.69-0.93) with significant heterogeneity ($I^2$ = 46.1%, p = 0.015) when comparing the highest versus the lowest intake rates.  The authors saw a significant association between nitrite consumption and risk of gastric cancer in eight cohort and 10 case-control studies.  Individuals with the highest nitrite consumption, when compared to the lowest, had an increased risk of gastric cancer (pooled RR, 1.31; 95% CI, 1.13-1.52).  Seven cohort and four case-control studies were pooled together to examine the association between NDMA consumption and stomach cancer.  The authors reported a pooled RR for high intake versus low intake for NDMA as 1.34 (95% CI, 1.02-1.76) with obvious evidence of heterogeneity ($I^2$ = 75.8%, p < 0.001).

Study authors also performed dose-response analysis.  The authors saw a nonlinear association (P non-linearity = 0.001) between dietary nitrate intake and gastric cancer risk.  Some evidence of a linear association (Plinearity = 0.041) between nitrite intake and gastric cancer was found after evaluating the dose-response pattern.  The authors also observed a nonlinear (P non-linearity <0.001) trend between gastric cancer risk and NDMA intake following an increase in the risk of NDMA intake up to 0.12 µg/day, when NDMA intake reached this point, the authors stated that the harmful effect to humans became more obvious.

The study concluded that high intake of nitrites and NDMA resulted in an elevated risk of gastric cancer.

The authors report some limitations to their meta-analysis. A limitation includes potential measurement error due to the nature of food frequency questionnaires which might contribute to attenuation of the true relationship. Only three studies in the meta-analysis reported *Helicobacter pylori* infection status, a risk factor of gastric cancer. Also, studies with long follow-ups may present issues because participants' diets may change or the levels of nitrates, nitrites, and nitrosamines in food may decrease and food technology advances.

90

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

*Zheng et al., 2019*

This is a hospital-based case-control study[clxix] in Texas of cases of pancreatic ductal adenocarcinomas, compared to cancer-free controls.  The recruitments for the case and control groups had similar response rate, were done simultaneously, and had no significant differences in demographic factors.  Cases and controls were from the same catchment, which supports the idea that the controls were representative of the hospital population from which the pancreatic cancer cases were drawn.

Participants were interviewed using a food frequency questionnaire to identify their dietary intakes of 84 food items (or 131 in an updated version) within the previous year, and to determine medical history, alcohol consumption and smoking history.  Interviews were conducted by well-trained interviewers following a written protocol using a structured and validated questionnaire.  Validity of the questionnaires was tested against 4-week and two 1-week diet records among a small subsample in prior studies, which supported modest correlation coefficients between the energy adjusted nutrients intake measured by diet records and the questionnaires.  The questionnaire was updated mid-way through the study, and was administered unevenly - 776 cases and 953 controls took original, and 334 cases and 57 controls took the updated version.  The updated questionnaire included changes to the consumer food market like soy milk, extreme lean hamburger, and open-ended questions to account for other consumed foods.

Participants with improbable dietary data or who left more than half of the food items listed on the questionnaire blank were removed from the study, resulting in a total of 1110 cases and 1010 controls.  Frequency matching on age group, race, and sex was then performed, resulting in a final matched dataset of 957 cases and 938 controls.

Intakes of nitrosamines were determined using a database of NDMA and nitrosodiethylamine (NDEA) content for food items.  This database was developed originally in conjunction with an existing modified Block FFQ established based on the National Cancer Institute's Health Habits and History Questionnaire, to assess dietary NOCs in cancer studies.  The validity of this database has been assessed by comparing NOCs consumption derived from the modified Block FFQ with 7-day food records in a cross-sectional study of 98 healthy controls, and findings showed modest agreement from the two methods.  Intakes were reported as µg NDMA per 1000 kcal/day, which was converted to individual daily intake values using a mean body weight value from the USEPA Exposure factors handbook.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Quartile | (µg per 1000 kcal/day) | average µg/d | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|---|
| | | | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| I | 0.28 | 0.81452 | 16351.5 | 16.35 | 14567.7 | 14.57 |
| II | 0.45 | 1.30905 | 26279.2 | 26.28 | 23412.4 | 23.41 |
| III | 0.58 | 1.68722 | 33870.9 | 33.87 | 30175.9 | 30.18 |
| IV | 0.99 | 2.87991 | 57814.2 | 57.81 | 51507.2 | 51.51 |

kcal/day age 50-70 (from USEPA Exposure factors handbook)

| | Range | 2,671 to | 3,147 |
|---|---|---|---|
| | Average | 2,909 | |

| Age (assumed: median of groups) | 65 | |
|---|---|---|
| Days/year | 365 | |
| Start diet at age | 10 | 16 |
| Exposure duration (d)* | 20075 | 17885 |

**NDMA from dietary sources**

| | Quartiles of intake | | | | |
|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | P trend |
| **All sources** | | | | | |
| Mean | 0.28 | 0.45 | 0.58 | 0.99 | |
| (range) | (0.09–0.41) | (0.36–0.70) | (0.47–0.96) | (0.62–3.45) | |
| Case/control | 239/235 | 239/234 | 230/235 | 249/234 | |
| Age and energy-adjusted OR | 1 | 1 | 0.99 | 1.09 | 0.47 |
| (95%CI) | | (0.77–1.29) | (0.77–1.28) | (0.84–1.41) | |
| Multivariable-adjusted OR | 1 | 0.99 | 1.03 | 1.03 | 0.78 |
| (95%CI) | | (0.75–1.31) | (0.78–1.37) | (0.78–1.37) | |
| **Plant sources** | | | | | |
| Mean | 0.04 | 0.06 | 0.08 | 0.12 | |
| (range) | (<0.001–0.05) | (0.04–0.07) | (0.05–0.10) | (0.07–0.37) | |
| Case/control | 158/235 | 227/234 | 300/235 | 272/234 | |
| Multivariable-adjusted OR | 1 | 1.48 | 1.97 | 1.93 | <0.0001 |
| (95%CI) | | (1.10–1.99) | (1.48–2.64) | (1.42–2.61) | |

92

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

|  | Quartiles of intake | | | | |
|---|---|---|---|---|---|
|  | Q1 | Q2 | Q3 | Q4 | P trend |
| Animal sources |  |  |  |  |  |
| Mean | 0.18 | 0.33 | 0.43 | 0.74 |  |
| (range) | (0.02–0.33) | (0.25–0.56) | (0.35–0.74) | (0.46–3.37) |  |
| Case/control | 250/235 | 234/234 | 201/235 | 272/234 |  |
| Multivariable-adjusted OR | 1 | 0.97 | 0.87 | 1.17 | 0.26 |
| (95%CI) |  | (0.74–1.28) | (0.65–1.15) | (0.89–1.54) |  |

No association with total dietary intake of NDMA with pancreatic cancer was observed in this study.  This may be caused by intensive correction for so many dietary factors, some of which are NDMA correlates, and also by the uncertainty associated with variations and inaccuracies in the dietary determination by different questionnaires.  An association was found with NDMA from plant sources only, but the significance of this is unclear since this source was a very small proportion of the total intake.  It is unclear whether the plant sourced NDMA caused cancer, or just that more cancer cases were able to accurately report plant-based consumption than controls.  Also, the questionnaire seems to be asking about food consumption without accounting for changes in diet that would come from being diagnosed with cancer: more cancer patients might switch to more heavily plant-based diets.

Inherent limitation of any case-control study includes misclassification of exposure due to recall bias in food frequency questionaries and reliance on databases for estimations of NDMA content in food. These limitations may have caused the authors to see a null result.  A specific limitation is when the questionnaire was completed. The participants filled in the questionnaire after diagnosis and the study does not note if recalled diet includes the time period after cancer diagnosis which may impact type of food participants ate.

*Zheng et al., 2021*
This is a hospital-based case-control study[clxx] looking at the association between intake of N-nitroso compounds (NOCs)and liver cancer (hepatocellular carcinoma - HCC), based in Texas. General methodologies and data sources used were similar to those reported by the same authors for their 2019 study of pancreatic cancer.  For this study, the subjects comprised 827 pathologically or radiologically confirmed HCC cases and 1,013 controls recruited simultaneously and consecutively from January 2004 to December 2018 who were treated in The University of Texas MD Anderson Cancer Center's gastrointestinal medical oncology and surgical oncology outpatient clinics. Patients with other types of primary liver cancer (cholangiocarcinoma, fibrolamellar carcinoma, or benign or unknown tumors) or a concurrent or past history of other cancers were excluded from the study.

As in the earlier study, participants were interviewed by trained interviewers using a structured and validated questionnaire to collect information on demographics, lifestyle factors, family histories of cancers among first- and second- degree relatives, and personal medical histories.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Self-reported data on alcohol consumption, height, weight and body mass index were recorded. A food frequency questionnaire (FFQ) was used to identify their dietary intakes of 84 food items (or 131 in an updated version) within the previous year.  The most commonly consumed American foods were on both questionnaires.  Validity of the questionnaires was tested against weekly diet records among a small subsample of participants in prior studies, which supported correlation between the energy adjusted nutrients intake measured by diet records and the questionnaires.  The questionnaire was updated mid-way through the study, and was administered unevenly - a total of 1,257 persons (301 cases and 956 controls) completed the original version of the FFQ, and 583 persons 526 cases and 57 controls) completed the updated version.  Intake of NOCs was calculated by linking food item and consumption data from the FFQ with a previously published NOC concentration database.  Because of assay complexities, measured levels for NOCs were not available for all foods, and no food had complete data for all the NOCs.  Results for NOC intake using this database were comparable to other published information on NOC levels in foods.  In their analysis the authors reported the intake of total NOCs, and various nitrosated compounds including N- nitrosodiethylamine (NDEA), NDMA, N-nitrosodibutylamine (NDBA), N- nitrosodipropylamine, N- nitroso- N- (1- methylacetonyl)- 3-methylbutylamine (NMAMBA), N- nitrosopyrrolidine, N- nitrosopiperidine (NPIP), nitrate, and nitrite.  For the purposes of this report the values for NDMA alone are considered.  Intakes were reported as µg NDMA per 1000 kcal/day, which was converted to individual daily intake values using a mean body weight value from the USEPA Exposure factors handbook.

**NDMA**

| Quartile | Mean µg per 1000 kcal/day | Range µg per 1000 kcal/day | Mean µg/d | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|---|---|
| | | | | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| I | 0.28 | (0.05-0.46) | 0.8145 | 15516.1 | 15.52 | 13732.3 | 13.73 |
| II | 0.46 | (0.35-0.68) | 1.3381 | 25490.8 | 25.49 | 22560.3 | 22.56 |
| III | 0.61 | (0.47-0.96) | 1.7744 | 33803.0 | 33.80 | 29916.9 | 29.92 |
| IV | 1.2 | (0.63-9.84) | 3.4908 | 66497.7 | 66.50 | 58852.9 | 58.85 |

kcal/day age 50-70 (from USEPA Exposure factors handbook)

| Range | 2,671 | 3,147 |
|---|---|---|
| Average | 2,909 | |

| Age (average of reported groups) | | 62.2 |
|---|---|---|
| | Days/year | 365 | |
| | Start diet at age | 10 | 16 |
| | Exposure duration (d)* | 19049 | 16859 |

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

There was no significant sex difference in the associations between intake of NOCs and HCC, so all the association analyses were reported for men and women combined. Dietary intakes of total NOC, each of 21 individual nitrosated compounds, nitrite, and nitrate were categorized according to FFQ-specific, log transformed and energy-adjusted quartile distributions of the control group. Unconditional logistic regression was used to estimate the multivariable-adjusted ORs and 95% CIs of HCC for participants in the higher versus those in the lowest quartiles of NOCs intake, with adjustment for confounders including total calorie intake, age, sex, race, education level, BMI when aged in the thirties, alcohol drinking, history of diabetes, smoking status, and family history of liver cancer.

Linear trend of HCC risk across quartiles was assessed by using the median value of each quartile in the multivariable-adjusted model. Odds ratios and P values were reported for quartiles of total NDMA intake, and also for intake from dietary plant sources and animal sources separately (although actual intake values for these subcategories were not reported). Odds ratios for the three higher quartiles of total intake were consistently below 1, although the confidence limits on these included 1. For plant sources of NDMA, the odds ratios for the second and third quartiles were below 1, but there was a barely increased odds ratio (1.54, 95% CI 1.01-2.34) for the fourth quartile. A linear trend for the quartiles of plant sourced NDMA was not observed. For the quartiles of animal product derived NDMA the odds ratios were widely scattered, with a marginally elevation seen in the first quartile and a more substantially elevated odds ratio for the fourth quartile, but none of these were statistically significant (95% CI included 1). It is hard to conclude anything definite from these findings with regard to NDMA effects. This may be caused by the inclusion of so many dietary factors, some of which are NDMA correlates, in the multivariate model. This is supported by the odd finding of odds ratios of less than 1 for all three higher groups of total intake. There may also be a contribution from the uncertainty associated with variations and inaccuracies in the dietary determination by different questionnaires. Nevertheless, there are some odds ratio values between NDMA exposure and HCC suggesting the possibility of an association, although none have substantial statistical significance.

| Quartiles of NDMA Intake | Q1 | Q2 | Q3 | Q4 | P Trend |
|---|---|---|---|---|---|
| **Total intake** | | | | | |
| Case/control (n) | 252/254 | 191/253 | 174/253 | 210/253 | |
| Multivariable-adjusted OR | 1 | 0.89 | 0.67 | 0.8 | 0.22 |
| (95% CI) | | (0.59-1.34) | (0.43-1.05) | (0.53-1.21) | |
| **Plant sources** | | | | | |
| Case/control (n) | 175/254 | 158/253 | 170/253 | 324/253 | |

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| | | | | | |
|---|---|---|---|---|---|
| Multivariable-adjusted OR | 1 | 0.87 | 0.87 | 1.54 | * |
| (95% CI) | | (0.56-1.37) | (0.56-1.37) | (1.01-2.34) | |
| **Animal sources** | | | | | |
| Case/control (n) | 216/254 | 219/253 | 146/253 | 246/253 | |
| Multivariable-adjusted OR | 1 | 1.1 | 0.84 | 1.26 | 0.39 |
| (95% CI) | | (0.72-1.69) | (0.53-1.33) | (0.83-1.91) | |

Limitations of this study include recall biases, reverse causality biases, selection bias, and nondifferential misclassification of NOC exposures which could have driven the association estimates towards null. As to selection bias, the authors attempted to limit this bias by selecting cases and controls from similar backgrounds.

Zhu et al., 2014

This case-control study[clxxi] used data collected as part of a large Newfoundland and Ontario (Canada) colorectal cancer project. Cases for the study were recruited through the Newfoundland Familial Colorectal Cancer Registry (NFCCR) and the Ontario Familial Colorectal Cancer Registry (OFCCR) between 1997 and 2006.  Controls were a random sample of each provincial population.  Both cases and controls were aged between 20 and 74 years old. Dietary intake of foods, including some specific to the areas of the study, was assessed by food frequency questionnaire for 1 year before enrolment or diagnosis for a total of 1159 case patients with pathologically confirmed colorectal cancer and a random sampling of population controls.  Strengths of this study include the relatively large sample size (1760 cases, 2481 controls) and that the availability of the large amount of information on personal and family history from participants allowed for a comprehensive assessment of relevant confounders.

In Ontario, the validated Hawaii semi-quantitative questionnaire was used, and in Newfoundland, a similar questionnaire was used that is based on a validated instrument and has been adapted for the Canadian population. It was also slightly modified to include foods indigenous to the Newfoundland population. Example portion sizes were specified.

Personal and family history data were also collected, and those with family history of adenomatous polyposis and those who provided insufficient information on diet and related factors were excluded from analysis.  Food intake and composition data were used to estimate dietary exposures to NDMA, nitrite and nitrate, using the instrument developed by Howe et al. Study subjects were classified into quintiles for intake, the median intake of NDMA in μg/d for each quintile being reported.

96

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Quintile NDMA | Median µg/d | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|
| | | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| I | 0.03 | 553.36926 | 0.55 | 487.66926 | 0.49 |
| II | 0.07 | 1291.1949 | 1.29 | 1137.8949 | 1.14 |
| III | 0.2 | 3689.1284 | 3.69 | 3251.1284 | 3.25 |
| IV | 0.77 | 14203.144 | 14.20 | 12516.844 | 12.52 |
| V | 2.29 | 42240.52 | 42.24 | 37225.42 | 37.23 |

| | Mean age | n |
|---|---|---|
| Cases | 59.6 | 1760 |
| Non-cases | 61.2 | 2481 |
| All | 60.5 | 4241 |

| | | |
|---|---|---|
| Days/year | 365 | |
| Start diet at age | 10 | 16 |
| Exposure duration (d) | 18446 | 16256 |

The relationships between dietary NDMA, nitrite and nitrate and colorectal cancer were evaluated using a logistic regression model adjusted for age, sex, and province of residence OR1), and a multivariate logistic regression model adjusted for age, sex, energy intake, BMI, cigarette smoking status, alcohol drinking, physical activity(metabolic equivalent hours/week), education attainment, household income, reported colon screening procedure, NSAID use, multivitamin supplements use, folate supplement use, and province of residence (OR2).  As shown in the table below, odds ratios for colorectal cancer were significantly greater in the highest quintile of NDMA intake compared to the lowest quintile in both models, and the trend test across all quintiles was significant.  Odds ratios were also significant for the subtype of rectal cancer, and trends were significant for this and also for proximal colon cancer.  Thus, it was concluded that there was an association between dietary NDMA intake and colorectal cancer in this study.  Associations with other dietary factors (nitrite, nitrate, vitamin C and vitamin E) were also examined.  It was concluded that these antioxidant vitamins may provide a degree of protection against colorectal cancer associated with NDMA exposure.

97

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**ORs of colorectal cancer for Dietary NDMA exposures**

| Quintile NDMA | OR | 95% CI | OR | 95% CI |
|---|---|---|---|---|
| | **All colorectal** | | **Proximal colon** | |
| I | 1 | | 1 | |
| II | 1.06 | 0.83,1.37 | 0.96 | 0.72,1.28 |
| III | 1.13 | 0.87,1.47 | 1.08 | 0.79,1.46 |
| IV | 1.22 | 0.92,1.63 | 1.11 | 0.80,1.53 |
| V | 1.42 | 1.03,1.96 | 1.58 | 0.80,1.67 |
| P for trend | 0.005 | | 0.003 | |
| | **Distal colon** | | **Rectum** | |
| I | 1 | | 1 | |
| II | 1.06 | 0.77,1.45 | 1.06 | 0.77,1.45 |
| III | 1.24 | 0.89,1.72 | 1.19 | 0.86,1.66 |
| IV | 0.97 | 0.68,1.39 | 1.15 | 0.81,1.63 |
| V | 1.37 | 0.93,2.01 | 1.61 | 1.11,2.35 |
| P for trend | 0.2 | | 0.01 | |

This case-control study, like other case-control studies of dietary factors, is subject to recall and selection biases.

Other studies of diet and cancer incidence
In addition to studies which examined the associations between dietary levels of NDMA and incidence of various cancers, there is a substantial literature of studies which examined the association between consumption of various food items suspected of causing increased exposure to endogenous or exogenous NDMA.  These studies assess general intake of certain foods, including processed meat, a source of NDMA, with an association of increased cancer risks.  While such associations are, in general, supportive where NDMA is measured, these studies do not isolate, measure and quantify NDMA exposure and effect and so they are not considered in detail in this Report.  There have been a number of meta-analyses of this literature, which have generally found or suggested such associations.  Some of these are cited below for reference.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Crippa A, et al., (2018) | Red and processed meat consumption and risk of bladder cancer | Eur J Nutr.  57(2): 689-701 |
|---|---|---|
| Handel MN et al. (2020) | Processed meat consumption and risk of colorectal cancer | Eur J Clin Nutr.  74(8): 1132-1148. |
| Kim SR et al. (2019) | Red, processed, and white meat and risk of gastric cancer | Nutrients.  11(4). |
| Larsson SC, Wolk A. (2012) | red and processed meat and risk of pancreatic cancers | Br J Cancer.  106(3): 603-7. |
| Xue XJ et al. (2014): | Red and processed meat and risk of lung cancer | Int J Clin Exp Med. 7(6): 1542-53. |
| Bylsma LC, Alexander DD (2015) | Red and processed meat and risk of prostate cancer | Nutr J. 14: p. 125. |
| Kazemi A et al. (2021) | Breast cancer risk and dietary patterns including total meat, red meat and processed meat: | Adv Nutr. 12(3): 809-849. |
| Lee, J.E., et al. (2008) | Fat and protein, red meat, processed meat, poultry, seafood and risk of renal cell cancer | J Natl Cancer Inst. 100(23): 1695-706. |
| Dianatinasab, M, et al. (2021) | Meat consumption and bladder cancer | Eur J Epidemiol. 36(8): 781-792. |

Summary of findings in NDMA epidemiological studies

The basic features and findings of the occupational study by Hidajat et al., (2019)[cxxxiii] and the dietary studies described above are summarized in the table below.  Statistical significance is indicated by shading, where the highest percentile exposure group showed an odds ratio/hazard ratio for which the 95% confidence limit did not include 1.0, or where the p for trend with exposure reported by the authors was less than 0.05.

| First Author | | Country | Design | Base High Dose µg/day | Approx. Average Age | LCE mg | Effect size (OR in hi grp.) | SS? | P for Trend |
|---|---|---|---|---|---|---|---|---|---|
| *All malignancies* | | | | | | | | | |
| Loh | All | UK | C | 0.126 | 58 | 0.30, 0.59, 0.94, 2.17 | 1.14 | Y | 0.03 |
| | M | UK | C | 0.126 | 58 | 0.30, 0.59, 0.94, 2.17 | 1.24 | Y | 0.005 |
| | F | UK | C | 0.126 | 58 | 0.30, 0.59, 0.94, 2.17 | 1.12 | N | 0.33 |
| Hidajat | M | UK | C | 0.32 µg/m$^3$ | 70 | 3.0, 8.7, 15.0, 22.1 | 2.08 | Y | <0.01 |
| *All Gastro-intestinal* | | | | | | | | | |
| Loh | | UK | C | 0.126 | 58 | 0.30, 0.59, 0.94, 2.17 | 1.13 | Y | 0.04 |

99

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| First Author | | Country | Design | Base High Dose µg/day | Approx. Average Age | LCE mg | | Effect size (OR in hi gp.) | SS? | P for Trend |
|---|---|---|---|---|---|---|---|---|---|---|
| *Gastric* | | | | | | | | | | |
| DeStefani 98 | | Uruguay | CC | 0.305 | 65 | 1.4, 3.2, 4.5, 6.1 | | 3.62 | Y | < 0.001 |
| Hidajat | M | UK | C | 0.32 µg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 1.72 | Y | 0.01 |
| Jakszyn 2006 | | EU | C | 0.28 | 60.5 | 3.3, 5.0 | | 1.09 | N | NR |
| Keszei | M | Holland | C | 0.25 | 61 | 0.74, 1.41, 4.09 | | 1.31 | Y | 0.09 |
| | F | Holland | C | 0.07 | 61 | 0.56, 0.75, 1.26 | | 0.90 | N | 0.49 |
| Knekt | | Finland | C | 0.123 | NR (54?) | 1.77 (average) | | 0.75 | N | 0.39 |
| Larsson | | Sweden | C | 0.277 | 53 | 0.27, 0.97, 1.55, 2.39, 4.39 | | 1.96 | Y | 0.02 |
| LaVecchia | | Italy | CC | 0.221 | 57 | 1.11, 2.74. 3.76 | | 1.37 | Y | < 0.01 |
| Loh | | UK | C | 0.126 | 59 | 0.30, 0.59, 0.94, 2.17 | | 1.13ᵃ | N | 0.47 |
| Palli 2000 | | Italy | CC | NR | NR (70?) | NR | | 1.06ᵇ | N | 0.6 |
| Palli 2001 | | Italy | CC | 0.33 | 62 | 2.27. 3.78, 6.24 | | 1.1 | N | 0.7 |
| Pobel | | France | CC | 2.26 | 67 | 3.02. 5.60. 8.19 | | 7.00 | Y | 0.04 |
| Song et al | | Meta-analysis | various | various | High vs.low | | | 1.34 | Y | - |
| *Esophagus* | | | | | | | | | | |
| Keszei | M | Holland | C | 0.25 | 61 | 0.74, 1.41, 4.09 | Sq. | 2.43 | Y | 0.01 |
| | | | | | | | Ad. | 0.87 | N | 0.63 |
| | F | Holland | C | 0.07 | 61 | 0.56, 0.75, 1.26 | Sq. | 1.21 | N | 0.57 |
| | | | | | | | Ad. | 0.92 | N | 0.90 |
| Hidajat | M | UK | C | 0.32 µg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 3.04 | Y | 0.26 |
| Loh | | UK | C | 0.126 | 59 | 0.30, 0.59, 0.94, 2.17 | | 1.13ᵃ | N | 0.53 |
| Rogers | | US | CC | 0.209 | NR (62?) | 0.57, 2.27, 4.53 | | 1.86 | N | 0.063 |
| *Oral cavity* | | | | | | | | | | |
| Rogers | | US | CC | 0.209 | NR (62?) | 0.57, 2.27, 4.53 | | 1.82 | Y | 0.118 |
| *Colon/Colorectal* | | | | | | | | | | |
| Knekt | | Finland | C | 0.123 | NR (54?) | 1.77 (avg of I,II,III,IV) | | 2.12 | Y | 0.47 |
| Loh | | UK | C | 0.126 | 59 | 0.30, 0.59, 0.94, 2.17 | Colon | 0.99ᵃ | N | 0.93 |
| | | | | | | | Rectum | 1.46ᵃ | Y | 0.001 |
| Zhu | | Canada | CC | 2.29 | 61 | 0.55, 1.29, 3.69, 14.20, 42.24 | All c/r | 1.42 | Y | 0.005 |
| | | | | | | | Prox c | 1.58 | Y | 0.003 |
| | | | | | | | Rectum | 1.61 | Y | 0.01 |
| *Bladder* | | | | | | | | | | |
| Jakszyn 2011 | | EU | C | 4.0 (173?) | 61 | 0.46, 1.38, 2.67, 4.52 | | 1.12 | N | 0.49 |
| Hidajat | M | UK | C | 0.32 µg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 2.82 | Y | <0.01 |
| Ronco | M | Uruguay | CC | NR | 67 | NR | | 2.14 | Y | 0.0002 |
| *Prostate* | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 µg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 5.36 | Y | <0.01 |
| Jakszyn 2012 | | EU | C | 39.07 | 61 | Min 2.29, Max 44.3 | | 1.04 | N | 0.95 |
| Loh | | UK | C | 0.126 | 59 | 0.30, 0.59, 0.94, 2.17 | | 1.01ᵃ | N | 0.92 |
| *Pancreas* | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 µg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 2.6 | Y | 0.42 |
| Zheng 2019 | | US | CC | 2.88 | 65 | 16.35, 26.28, 33.87, 57.81 | | 1.03 | N | 0.78 |

100

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| First Author | | Country | Design | Base High Dose µg/day | Approx. Average Age | LCE mg | | Effect size (OR in hi gp.) | SS? | P for Trend |
|---|---|---|---|---|---|---|---|---|---|---|
| *Larynx* | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 µg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 1.39 | Y | 0.24 |
| Rogers | | US | CC | 0.209 | NR (62?) | 0.57, 2.27, 4.53 | | 1.7 | N | 0.258 |
| *Lung* | | | | | | | | | | |
| DeStefani 96 | | Uruguay | CC | 0.305 | 63 | 1.3, 2.9, 4.0, 5.5 | All | 3.14 | Y | < 0.001 |
| | | | | | | | Sq | 3.11 | Y | < 0.001 |
| | | | | | | | SC | 2.41 | Y | < 0.001 |
| | | | | | | | Ad | 4.57 | Y | < 0.001 |
| Goodman | | US | CC | 0.125 | 64 | 0.10, 0.59, 1.47, 2.46 | M | 3.3 | Y | 0.0006 |
| | | | | | | | F | 2.7 | Y | 0.04 |
| Hidajat | M | UK | C | 0.32 µg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 1.7 | Y | 0.36 |
| Loh | | UK | C | 0.126 | 59 | 0.30, 0.59, 0.94, 2.17 | | 1.05ᵃ | N | 0.6 |
| *Leukemia* | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 µg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 3.47 | Y | <0.01 |
| *Multiple myeloma* | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 µg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 2.81 | Y | <0.01 |
| *Non-Hodgkin's lymphoma* | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 µg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 2.25 | Y | 0.11 |
| *Brain* | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 µg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 2.5 | Y | <0.01 |
| *Liver* | | | | | | | | | | |
| Hidajat | M | UK | C | 0.32 µg/m³ | 70 | 3.0, 8.7, 15.0, 22.1 | | 2.86 | Y | 0.03 |

NR = not reported

ᵃ OR per standard deviation of NDMA exposure (0.05 µg/day).

ᵇ this was a study of survival, not incidence.

| | |
|---|---|
| ☐ | Statistically significant: 95% CI on OR in highest quantile excludes 1 and/or p for trend < 0.05 |
| ☐ | Statistically significant: 95% CI on OR in this quantile excludes 1 |
| <0. | Statistically significant: p for trend < 0.05 |

There is a notable degree of concordance as to the sites at which cancers were observed across all the dietary studies and also with the occupational study by Hidajat, et al., (2019)[cxxxiii] where the exposure was by inhalation of NDMA vapor.  As shown in the table above, this is particularly notable for sites such as the stomach, esophagus, colon/rectum and lung which have been the subject of several independent studies in various parts of the world, many of which found significant increases in cancer at these sites.  For several sites where one or more studies found a statistically significant incidence of cancer, but another study did not, that latter study in several cases showed an increased risk at that site even if it was not statistically significant.  Some studies showed increased incidence in at least one exposure quantile but no clear dose-response trend was seen.  These observations suggest that for these non-positive studies there is a lack of power or a lack of precision in the exposure estimation, rather than a lack of effect.  This can also be seen in the results for some of the less frequently studies sites such as the bladder and prostate pancreas, where at least one or two studies found statistically significant

101

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

incidence of cancer and one or more other studies were showed increased hazard ratios although these were not statistically significant.

Cancers of the bladder and prostate were clearly identified by Hidajat et al.[xxx] but although both were found to show increased hazard ratios in dietary studies (Jakszyn et al., 2011[clvii], 2012[clviii]; Loh et al., (2019)[clxxii]) the latter findings were not statistically significant, probably due to the limitations of the dietary studies.  Cancer of the pancreas was found by Hidajat et al.[xxx], although only a weak and non-significant effect at that site was seen by Zheng et al[clxix].  Hidajat et al.[xxx] also found a possible increase in cancer of the larynx, but this did not meet their criteria for significance and dose response.  However, another study (Rogers et al.[clxvi] ) also found an increased risk of cancer of the larynx, although they too did not find statistical significance.  Among the several sites identified by Hidajat et al. (2019) [xxx]  only leukemia, myeloma, non-Hodgkin's lymphoma, and brain cancer were not paralleled by findings in dietary studies, which reflect that these cancers were not explored in case-control studies rather than any clear negative findings.  Overall, the level of concordance between Hidajat et al., (2019) [xxx] and the dietary studies is notable in view of the substantial difference between these studies. These differences include that Hidajat studied mortality whereas the dietary studies reported incidence: the route of exposure being inhalation rather than oral, and direct measurement of exposure rather than estimation based on intake and composition of dietary items.

There is also concordance of tumor sites observed epidemiologically with those seen in the animal studies.  Although there is no expectation that tumor sites will be the same in humans and in experimental animals, such site concordance is often seen especially as here where NDMA is found to metabolize similarly in animals and humans.  As shown in the table below, NDMA is a multisite carcinogen in both humans and rodents.  Several of these sites are common between humans and animals.  On the other hand, there are well-known differences in species sensitivity between rodents and humans.  For instance, with most carcinogens metabolized to DNA reactive metabolites, rodents are relatively resistant to bladder cancer because they do not retain urine in the bladder.  Because of this, exposure of the bladder epithelium to the metabolites which are DNA reactive or break down to such intermediates is much less than in species, such as humans, which do retain urine in the bladder.  (This is illustrated by the species sensitivities to β-naphthylamine [clxxiii]).  In the case of NDMA, the rodents are not reported to show bladder tumors like humans, although other parts of the urinary system (kidney) are sensitive in rodents.

102

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Mice | Rats | Humans |
|---|---|---|
| Liver | liver | Liver |
| Lung | lung | Lung |
|  | nasal cavity | Larynx |
| kidney | kidney | Bladder |
| haemangioendothelial sarcomas | haemangioendothelial sarcomas |  |
| testis (seminoma) | testis | Prostate |
| leukemia |  | Leukemia |
|  |  | Multiple myeloma |
|  |  | Non-Hodgkin's lymphoma |
|  | tongue | Oral cavity |
|  |  | Esophagus |
|  | stomach | Stomach |
|  |  | Proximal colon |
|  |  | Rectum |
|  | pancreas | Pancreas |
|  | mammary gland |  |
|  | thyroid | Brain |

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Comparison of trends with NDMA exposure across studies

Dose-response is a key element in understanding the impact of a carcinogenic exposure.  As described previously, the observation of a smooth and continuous relationship between the dose received and the response (either incidence of or mortality from cancer) is one of the criteria used by Bradford Hill in evaluating the inference of causality of a chemical exposure associated with increased cancer risk.  The relation between dose and risk is also fundamental in risk assessment, which seeks to describe the additional cancer risk experienced by a population exposed to a chemical or other carcinogenic agent.  Also as noted previously, this dose-response relationship for carcinogens is generally found to be linear, at least at low doses.  The dose is therefore described by the slope of the dose-response curve, otherwise referred to as the cancer potency.

In order to compare findings across the multiple studies of NDMA described here, the slope values for increment in hazard ratio per mg of cumulative exposure to NDMA were computed for studies where a significant trend was observed.  The values for hazard ratio for individual quartiles were selected to include an appropriate multivariate analysis[xi] where this was reported.  The use of cumulative intake as the dose measure facilitates comparison of studies with different exposure routes, schedules or durations.  These analyses are shown below.  The data are also shown graphically to assist appreciation of the dose-response for individual cancer sites and studies.

*Hidajat et al., 2019*[cxxxiiixxx]

Oral equivalent cumulative doses are reported here as minimum, median and maximum estimates as described in the previous section, and corresponding slope values are shown to give an indication of the impact of alternative assumptions about uptake of inhaled NDMA on the cumulative intake values.  (A maximum estimate of the oral equivalent cumulative intake results in a minimum estimate of the slope of the dose-response).  Graphical presentations are shown using the median values.

| Quartile | Oral equiv. Cumulative mg (min) | Oral equiv. Cumulative mg (median) | Oral equiv. Cumulative mg (max) |
|---|---|---|---|
| I (<3.12) | 2.6 | 3.0 | 3.4 |
| II (3.12–5.96) | 7.6 | 8.7 | 9.8 |
| III (5.96–9.67) | 13.1 | 15.0 | 16.9 |
| IV (>9.67) | 19.4 | 22.1 | 24.9 |

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Malignancy | Exposure quartile | sHR | Parameter | value |
|---|---|---|---|---|
| **All malignant neoplasms** | I | 1 | $R^2$ | 0.97670 |
| | II | 1.32 | slope (median) | 0.05859 |
| | III | 1.83 | slope (min) | 0.06696 |
| | IV | 2.08 | slope (max) | 0.05208 |
| Bladder | I | 1 | $R^2$ | 0.96855 |
| | II | 1.57 | slope (median) | 0.09891 |
| | III | 2.45 | slope (min) | 0.11304 |
| | IV | 2.82 | slope (max) | 0.08792 |
| Lung | I | 1 | $R^2$ | 0.97608 |
| | II | 1.21 | slope (median) | 0.03796 |
| | III | 1.54 | slope (min) | 0.04338 |
| | IV | 1.7 | slope (max) | 0.03374 |
| Stomach | I | 1 | $R^2$ | 0.93502 |
| | II | 1.32 | slope (median) | 0.03814 |
| | III | 1.62 | slope (min) | 0.04359 |
| | IV | 1.72 | slope (max) | 0.03390 |
| Leukaemia | I | 1 | $R^2$ | 0.89907 |
| | II | 1.52 | slope (median) | 0.14274 |
| | III | 3.27 | slope (min) | 0.16314 |
| | IV | 3.47 | slope (max) | 0.12688 |
| Multiple myeloma | I | 1 | $R^2$ | 0.88287 |
| | II | 1.59 | slope (median) | 0.10261 |
| | III | 2.78 | slope (min) | 0.11727 |
| | IV | 2.81 | slope (max) | 0.09121 |
| Non-Hodgkin's lymphoma | I | 1 | $R^2$ | 0.90693 |
| | II | 1.51 | slope (median) | 0.06829 |
| | III | 2.17 | slope (min) | 0.07804 |
| | IV | 2.25 | slope (max) | 0.06070 |
| Oesophagus | I | 1 | $R^2$ | 0.99317 |
| | II | 1.7 | slope (median) | 0.10713 |
| | III | 2.43 | slope (min) | 0.12244 |
| | IV | 3.04 | slope (max) | 0.09523 |
| Prostate | I | 1 | $R^2$ | 0.92987 |
| | II | 2.32 | slope (median) | 0.24318 |
| | III | 4.87 | slope (min) | 0.27792 |
| | IV | 5.36 | slope (max) | 0.21616 |
| Larynx | I | 1 | $R^2$ | 0.14132 |
| | II | 1.71 | slope (median) | 0.01355 |
| | III | 1.49 | slope (min) | 0.01549 |
| | IV | 1.39 | slope (max) | 0.01205 |

105

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Malignancy | Exposure quartile | sHR | Parameter | value |
|---|---|---|---|---|
| Brain | I | 1 | $R^2$ | 0.77362 |
| | II | 1.3 | slope (median) | 0.07159 |
| | III | 1.26 | slope (min) | 0.08181 |
| | IV | 2.5 | slope (max) | 0.06363 |
| Pancreas | I | 1 | $R^2$ | 0.98314 |
| | II | 1.59 | slope (median) | 0.08426 |
| | III | 2.19 | slope (min) | 0.09630 |
| | IV | 2.6 | slope (max) | 0.07490 |
| Liver | I | 1 | $R^2$ | 0.98442 |
| | II | 1.53 | slope (median) | 0.09481 |
| | III | 1.96 | slope (min) | 0.10836 |
| | IV | 2.86 | slope (max) | 0.08428 |

These data are presented as figures with cumulative intake of NDMA on the x-axis and hazard ratio on the y-axis.  A positive dose-response is shown by a relatively linear upward trend of the points for successive quartiles.

106

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER



CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER



CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER



CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER



CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER



*De Stefani et al., 1996[cxlvi]*

For this study the most inclusive assumptions about the cumulative intake are based on the subjects starting the adult diet at age 10. However, in order to illustrate the effect of this assumption about dietary patterns, the dose-response slope is also shown calculated for starting the adult diet at age 16. There appears to be some degree of divergence in this study between the first quartile and the trend of the second and higher quartiles, so the trend for quartiles II – IV is also shown. Trends with NDMA exposure were noted for all lung cancers, squamous cell cancer and adenocarcinoma. For small cell cancers there was no trend for all quartiles, but the slope of the dose response did increase with higher exposures to NDMA, and a trend was seen for quartiles II – IV.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

|  | Start diet at 10 | Start diet at 16 |
|---|---|---|
| Quartile | Cumulative mg | Cumulative mg |
| I (≤0.13) | 1.3 | 1.1 |
| II ( 0.14-0.18) | 2.9 | 2.6 |
| III (0.19–0.26) | 4.0 | 3.7 |
| IV (≥0.27) | 5.5 | 5.0 |

| Lung cancer | Quartile NDMA | sHR |  | R² | Slope (diet 16) | Slope (diet 10) |
|---|---|---|---|---|---|---|
| All types | I | 1 | I - IV | 0.79380 | 0.57124 | 0.51888 |
|  | II | 0.88 | II - IV only | 0.99612 | 0.96103 | 0.87295 |
|  | III | 1.77 |  |  |  |  |
|  | IV | 3.14 |  |  |  |  |
| Squamous cell | I | 1 | I - IV | 0.88299 | 0.59292 | 0.53858 |
|  | II | 1.08 | II - IV only | 0.96126 | 0.84981 | 0.77193 |
|  | III | 2.34 |  |  |  |  |
|  | IV | 3.11 |  |  |  |  |
| Small cell | I | 1 | I - IV | 0.53803 | 0.34338 | 0.31191 |
|  | II | 0.78 | II - IV only | 0.86201 | 0.70745 | 0.64261 |
|  | III | 0.93 |  |  |  |  |
|  | IV | 2.41 |  |  |  |  |
| Adenocarcinoma | I | 1 | I - IV | 0.83790 | 0.98441 | 0.89419 |
|  | II | 0.87 | II - IV only | 0.99387 | 1.56018 | 1.41719 |
|  | III | 2.78 |  |  |  |  |
|  | IV | 4.57 |  |  |  |  |

Graphical representations of the dose response are shown for cumulative intakes based on starting the adult diet at age 16.



112

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER



CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

*De Stefani et al., 1998*[cxlvii]

The dose-response slope for stomach cancer in this study is shown with cumulative exposures calculated for starting the adult diet at ages 16 and 10, to illustrate the effect of different assumptions about dietary patterns.  As shown in the table, this effect is not large in comparison to the calculated values of cumulative intake.  In the graph the cumulative dose of NDMA assuming adult diet started at 10 is used, which is the more inclusive scenario, and the median value for the odds ratio is used.

| Stomach cancer | Start diet at 10 | Start diet at 16 | |
|---|---|---|---|
| Quartile | Cumulative mg | Cumulative mg | OR |
| I (≤0.14) | 1.4 | 1.3 | 1 |
| II ( 0.15-0.18) | 3.2 | 2.9 | 2.07 |
| III (0.19–0.26) | 4.5 | 4.0 | 3.23 |
| IV (≥0.27) | 6.1 | 5.5 | 3.62 |

$R^2$    0.96034
Slope (diet 16)    0.65130
Slope (diet 10)    0.58038



CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Goodman et al., 1992[cliv]

In order to illustrate the range of uncertainty due to assumptions about dietary patterns, the dose-response slope is shown calculated for starting the adult diet at ages 10 and 16. The median value for the odds ratio is used. In the graphs the cumulative dose of NDMA assuming adult diet started at 10 is used.

| Quartile | Median µg/week | Start diet at 10 | | Start diet at 16 | |
|---|---|---|---|---|---|
| | | Cumulative µg | Cumulative mg | Cumulative µg | Cumulative mg |
| I (< 0.07) | 0.035 | 98.28 | 0.10 | 87.36 | 0.09 |
| II (0.07-0.35) | 0.21 | 589.68 | 0.59 | 524.16 | 0.52 |
| III (0.35-0.7) | 0.525 | 1474.2 | 1.47 | 1310.4 | 1.31 |
| IV (> 0.7) | 0.875 | 2457 | 2.46 | 2184 | 2.18 |

| | | |
|---|---|---|
| Mean age - | 64 | |
| Start diet at age | 10 | 16 |
| Years on diet | 54 | 48 |
| Weeks on diet | 2808 | 2496 |

115

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER



*Keszei et al., 2013*[clvi]

In order to illustrate the effect of alternative assumptions about dietary patterns, the dose-response slope is shown calculated for starting the adult diet at ages 10 and 16. The median value for the odds ratio is used. In the graphs the cumulative dose of NDMA assuming adult diet started at 10 is used, which is the more inclusive scenario. Calculations are shown for esophageal and gastric cancers in males: data for these endpoints were also obtained for females but their increases in cancers were not statistically significant.

| | | Start diet at 10 | Start diet at 16 | | | |
|---|---|---|---|---|---|---|
| | Tertile NDMA | Total Cumulative NDMA mg | Total Cumulative NDMA mg | sHR | | |
| Males | | | | | | |
| Esophageal squamous cell carcinoma | 1 | 0.74 | 0.65 | 1 | $R^2$ | 0.99736 |
| | 2 | 1.41 | 1.27 | 1.21 | slope 16 | 0.46901 |
| | 3 | 4.09 | 3.76 | 2.43 | slope 10 | 0.43531 |
| Gastric noncardia adenocarcinoma | 1 | 0.74 | 0.65 | 1 | $R^2$ | 0.99038 |
| | 2 | 1.41 | 1.27 | 1.09 | slope 16 | 0.09653 |
| | 3 | 4.09 | 3.76 | 1.31 | slope 10 | 0.08964 |

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER





117

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

*LaVecchia et al., 1995*[clx]

In order to illustrate the effect of alternative assumptions about dietary patterns, the dose-response slope is shown calculated for starting the adult diet at ages 10 and 16.  The median value for the odds ratio is used.  The graph shows the dose-response for stomach cancer with the cumulative dose of NDMA, assuming adult diet started at 10 is used, which is the more inclusive scenario

| Stomach cancer | Start diet at 10 | Start diet at 16 | | | |
|---|---|---|---|---|---|
| Tertile NDMA | Cumulative NDMA mg | Cumulative NDMA mg | sHR | | |
| 1 (≤ 0.130) | 1.11 | 0.97 | 1 | $R^2$ | 0.87526 |
| 2 (0.131-0.190) | 2.74 | 2.39 | 1.11 | slope 16 | 0.15296 |
| 3 (≥0.191) | 3.76 | 3.27 | 1.37 | slope 10 | 0.13326 |



*Larsson et al., 2006*[cl]

In order to illustrate the effect of alternative assumptions about dietary patterns, the dose-response slope is shown calculated for starting the adult diet at ages 10 and 16.  The median value for the odds ratio is used.  The graph shows the dose-response for stomach cancer with the cumulative dose of NDMA, assuming adult diet started at 10 is used, which is the more inclusive scenario

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| | | Start diet at 10 | Start diet at 16 | | | |
|---|---|---|---|---|---|---|
| | Quintile NDMA | Cumulative NDMA mg | Cumulative NDMA mg | sHR | | |
| Stomach cancer | I | 0.27 | 0.23 | 1 | $R^2$ | 0.806675 |
| | II | 0.97 | 0.83 | 1.03 | slope 16 | 0.27571 |
| | III | 1.55 | 1.34 | 1.66 | slope 10 | 0.23759 |
| | IV | 2.39 | 2.06 | 1.6 | | |
| | V | 4.39 | 3.78 | 1.96 | | |



*Loh et al., 2011*[clxxii]

In order to illustrate the effect of alternative assumptions about dietary patterns, the dose-response slope is shown calculated for all cancers in all study participants and for men only, starting the adult diet at ages 10 and 16.  Dietary analyses and assignment to quartiles of NDMA intake were provided across all study participants: more men than women were in the higher intake quartiles.

| | | Start diet at 10 | Start diet at 16 | | | |
|---|---|---|---|---|---|---|
| ALL CANCERS | Quartile NDMA | Cumulative NDMA mg | Cumulative NDMA mg | sHR | Parameter | Value |
| All (n = 23,363) | I | 0.30 | 0.27 | 1 | $R^2$ | 0.85106 |
| | II | 0.59 | 0.52 | 1.07 | slope 16 | 0.07467 |
| | III | 0.94 | 0.83 | 1.05 | slope 10 | 0.06511 |
| | IV | 2.17 | 1.90 | 1.14 | | |
| Men (n = 10,783) | I | 0.30 | 0.27 | 1 | $R^2$ | 0.86384 |
| | II | 0.59 | 0.52 | 1.12 | slope 16 | 0.12720 |
| | III | 0.94 | 0.83 | 1.11 | slope 10 | 0.11089 |
| | IV | 2.17 | 1.90 | 1.24 | | |

119

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

The graph shows the dose-response for all cancers with the cumulative dose of NDMA, assuming adult diet started at 10 is used, which is the more inclusive scenario.



These authors reported significant dose-response for all cancers in all study subjects and in men, but the results were not significant for women.  They also reported trends for various specific sites but did not present the results by quartiles for these cancers.  The cancers identified in this study included esophageal, stomach, colon, rectum, breast, prostate, lung, and ovarian cancers.  Cancers of the esophagus, stomach, colon, and rectum were also grouped under gastrointestinal cancers.  The rest of cancers in the study population were categorized as "others".   Significant trends were reported for all gastrointestinal cancers and for rectal cancer.  Slopes were reported per 50 ng per day, which was calculated to be equivalent to 0.89 mg cumulative dose assuming this dose started at age 10.

| Cancer site | n (cases) | OR, 95% CI per 50 ng/d NDMA | P | Increment per 50 ng/d | cumulative mg |
|---|---|---|---|---|---|
| Rectum | 137 | 1.46 | 0.001 | 0.46 | 0.52 |
| | | 1.16, 1.84 | | | |
| Gastrointestinal | 532 | 1.13 | 0.04 | 0.13 | 0.15 |
| | | 1.00, 1.28 | | | |
| Others | 1462 | 1.11 | 0.007 | 0.11 | 0.12 |
| | | 1.03, 1.19 | | | |

120

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

*Pobel 1995*[clxiv]

The dose-response slope for gastric adenocarcinoma is shown calculated for starting the adult diet at ages 16 and 10 to illustrate the effect of assumptions about dietary patterns.  Dietary analyses and assignment to tertiles of NDMA intake were calculated across all study participants.

| Tertile NDMA | Start diet at 10 Cumulative mg | Start diet at 16 Cumulative mg | OR | (95% CI) | | |
|---|---|---|---|---|---|---|
| 1 | 3.02 | 2.70 | 1 | | $R^2$ | 0.999374 |
| 2 | 5.60 | 5.01 | 4.13 | 0.93-18.27 | slope 16 | 1.298068 |
| 3 | 8.19 | 7.32 | 7.00 | 1.85-26.46 | slope 10 | 1.160388 |

The graph shows rates of gastric adenocarcinoma as a function of NDMA exposure, using the scenario in which the adult diet was started at age 10.  Substantial odds ratios for stomach cancer were observed in the two higher tertiles of NDMA exposure relative to the lower tertile.

The linear dose-response trend was very significant, with $R^2$ = 0.999.  The dose-response slope assuming adult diet started at age 10 was 1.16.  The increment of OR per mg of cumulative exposure: for adult diet starting at age 16 the slope was 1.30



*Rogers et al., 1995*[clxvi]

In order to illustrate the range of uncertainty due to assumptions about dietary patterns, the dose-response slope is shown calculated for starting the adult diet at ages 16 and 10.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Tertile NDMA | Start diet at 10 Cumulative mg | Start diet at 16 Cumulative mg | OR | | |
|---|---|---|---|---|---|
| | | | Larynx | | |
| 1 | 0.57 | 0.50 | 1 | $R^2$ | 0.86395 |
| 2 | 2.27 | 2.01 | 1.11 | slope 16 | 0.23316 |
| 3 | 4.53 | 3.50 | 1.7 | slope 10 | 0.20626 |
| | | | Esophagus | | |
| 1 | | | 1 | $R^2$ | 0.97444 |
| 2 | | | 1.31 | slope 16 | 0.28651 |
| 3 | | | 1.86 | slope 10 | 0.25345 |
| | | | Oral cavity | | |
| 1 | | | 1 | $R^2$ | 0.98078 |
| 2 | | | 1.51 | slope 16 | 0.27325 |
| 3 | | | 1.82 | slope 10 | 0.24172 |

In the graphs the cumulative dose of NDMA assuming adult diet started at 10 is used, which is considered the more plausible scenario.



CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER





123

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Zhu et al., 2014[clxxiv]

| Quintile NDMA | Start diet at 10 Cumulative mg | Start diet at 16 Cumulative mg | All colorectal OR | All colorectal 95% CI | Proximal colon OR | Proximal colon 95% CI |
|---|---|---|---|---|---|---|
| I | 0.55 | 0.49 | 1 | | 1 | |
| II | 1.29 | 1.14 | 1.06 | 0.83,1.37 | 0.96 | 0.72,1.28 |
| III | 3.69 | 3.25 | 1.13 | 0.87,1.47 | 1.08 | 0.79,1.46 |
| IV | 14.20 | 12.52 | 1.22 | 0.92,1.63 | 1.11 | 0.80,1.53 |
| V | 42.24 | 37.23 | 1.42 | 1.03,1.96 | 1.58 | 0.80,1.67 |
| | | P for trend | 0.005 | | 0.003 | |
| | | $R^2$ | 0.93492 | | 0.96612 | |
| | | slope 16 | 0.01024 | | 0.01588 | |
| | | slope 10 | 0.00903 | | 0.01399 | |
| | | | Distal colon | | Rectum | |
| | | | OR | 95% CI | OR | 95% CI |
| I | | | 1 | | 1 | |
| II | | | 1.06 | 0.77,1.45 | 1.06 | 0.77,1.45 |
| III | | | 1.24 | 0.89,1.72 | 1.19 | 0.86,1.66 |
| IV | | | 0.97 | 0.68,1.39 | 1.15 | 0.81,1.63 |
| V | | | 1.37 | 0.93,2.01 | 1.61 | 1.11,2.35 |
| | | P for trend | 0.2 | | 0.01 | |
| | | $R^2$ | 0.46937 | | 0.91905 | |
| | | slope 16 | | | 0.01486 | |
| | | slope 10 | | | 0.01310 | |

Significantly elevated odds ratios in the highest quintile of NDMA exposure were reported for all colorectal cancers and for cancers of the rectum.  Significant trends were observed for these cancers and also for cancers of the proximal colon. The graphs shown below reflect the cumulative exposures calculated assuming the adult diet started at age 10.  On visual inspection, the graphs for individual cancer sites show an overall trend of increasing odds ratio with increasing NDMA exposure.  However, quintiles 3 and 4 appear to deviate somewhat, quintile 3 appearing above the trend line and quintile 4 below it.  For proximal colon and rectum this deviation is minor and does not greatly impact the linear correlation ($R^2$) or slope calculation.  The impact of this deviation is proportionately much greater for the distal colon, so the overall trend is not significant for this cancer category.  It is still possible to discern an overall dose-response trend ($R^2$ = 0.98) if the two deviating quintiles are ignored as outliers. This probably indicates some degree of exposure misclassification, or asymmetric distribution of intakes within the quintiles, for the distal colon cancer cases.

124

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER



CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER



CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**Consolidated Slopes**

Consolidated Slopes
The following table consolidates the dose response slopes (increment in hazard ratio per mg cumulative exposure to NDMA) for the occupational and dietary studies described.  The slopes presented here were calculated using cumulative exposure calculations based on the adult diet starting at age 10 in the dietary studies.

127

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Malignancy | subtype | | Hidajat et al., 2019 | De Stefani et al., 1996* | De Stefani et al., 1998 | Goodman et al., 1992 | Keszei et al., 2013 | La Vecchia et al., 1995 | Larsson et al., 2006 | Loh et al., 2011 | Pobel et al., 1995 | Rogers et al., 1995 | Zhu et al., 2014 | Mean slope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All malignant neoplasms | All subjects | R2 | | | | | | | | 0.8511 | | | | |
| | | slope | | | | | | | | 0.0651 | | | | 0.0651 |
| | Men only | R2 | 0.9761 | | | | | | | 0.8638 | | | | |
| | | slope | 0.0586 | | | | | | | 0.1109 | | | | 0.0847 |
| Bladder | | R2 | 0.9685 | | | | | | | | | | | |
| | | slope | 0.0989 | | | | | | | | | | | 0.0989 |
| Lung - all types | All subjects | R2 | | 0.7938 | | | | | | | | | | |
| | | slope | | 0.5189 | | | | | | | | | | 0.5189 |
| | Men | R2 | 0.9761 | | | 0.9560 | | | | | | | | |
| | | slope | 0.0380 | | | 0.9818 | | | | | | | | 0.9818 |
| | Women | R2 | | | | 0.9804 | | | | | | | | |
| | | slope | | | | 0.6938 | | | | | | | | 0.6938 |
| Lung - subtypes (all subjects) | Squamous cell | R2 | | 0.8830 | | | | | | | | | | |
| | | slope | | 0.5386 | | | | | | | | | | 0.5386 |
| | Small cell | R2 | | 0.5380 | | | | | | | | | | |
| | | slope | | 0.3119 | | | | | | | | | | 0.3119 |
| | Adeno-carcinoma | R2 | | 0.8379 | | | | | | | | | | |
| | | slope | | 0.8942 | | | | | | | | | | 0.8942 |
| All Gastro-intestinal | | R2 | | | | | | | | | | | | |
| | | slope | | | | | | | | 0.1671 | | | | 0.1671 |
| Oral cavity | | R2 | | | | | | | | | | 0.9808 | | |
| | | slope | | | | | | | | | | 0.2417 | | 0.2417 |
| Stomach | All types | R2 | 0.9350 | | 0.9603 | | | 0.8753 | 0.8067 | | | | | |
| | | slope | 0.0381 | | 0.5804 | | | 0.1333 | 0.2376 | | | | | 0.2473 |

128

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| | | | D1 | D2 | D3 | D4 | D5 | D6 | D7 | D8 | D9 | D10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adeno-carcinoma | R2 | | | | 0.9904 | | | 0.9994 | | | |
| | | slope | | | | 0.0896 | | | 1.1604 | | | 0.6250 |
| Leukaemia | | R2 | 0.8991 | | | | | | | | | |
| | | slope | 0.1427 | | | | | | | | | 0.1427 |
| Multiple myeloma | | R2 | 0.8829 | | | | | | | | | |
| | | slope | 0.1026 | | | | | | | | | 0.1026 |
| Non-Hodgkin's lymphoma | | R2 | 0.9069 | | | | | | | | | |
| | | slope | 0.0683 | | | | | | | | | 0.0683 |
| Esophagus | All types | R2 | 0.9932 | | | | | | | 0.9744 | | |
| | | slope | 0.1071 | | | | | | | 0.2535 | | 0.1803 |
| | squamous cell ca. | R2 | | | | 0.9974 | | | | | | |
| | | slope | | | | 0.4353 | | | | | | 0.4353 |
| All colorectal | | R2 | | | | | | | | | 0.9349 | |
| | | slope | | | | | | | | | 0.0090 | 0.0090 |
| Proximal colon | | R2 | | | | | | | | | 0.9661 | |
| | | slope | | | | | | | | | 0.0140 | 0.0140 |
| Rectum | | R2 | | | | | | | | | 0.9191 | |
| | | slope | | | | | | 0.5913 | | | 0.0131 | 0.3022 |
| Prostate | | R2 | 0.9299 | | | | | | | | | |
| | | slope | 0.2432 | | | | | | | | | 0.2432 |
| Larynx | | R2 | 0.1413 | | | | | | | 0.8639 | | |
| | | slope | 0.0136 | | | | | | | 0.2063 | | 0.2063 |
| Brain | | R2 | 0.7736 | | | | | | | | | |
| | | slope | 0.0716 | | | | | | | | | 0.0716 |
| Pancreas | | R2 | 0.9831 | | | | | | | | | |
| | | slope | 0.0843 | | | | | | | | | 0.0843 |
| Liver | | R2 | 0.9844 | | | | | | | | | |
| | | slope | 0.0948 | | | | | | | | | 0.0948 |

* quartiles
1 - 4

129

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER



Discordant by route?

incident cases

mortality

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

This table consolidates the dose-response slopes (increment in hazard ratio per mg cumulative exposure to NDMA) for the occupational and dietary studies described.  The trends for increased hazard ratio with increasing exposure to NDMA in these studies are significant in most cases where statistically informative numbers of cases were reported.  Notably, the dose-response is relatively linear.  In examining these regression analyses it is important to note that the reference group (lowest percentile in most of these reports) is not a zero-exposure group.  Bearing this in mind, these data support the conclusion of a linear dose-response at least at the relatively low doses observed in the dietary studies.  Also notable is that where the occupational study by Hidajat et al., (2019) in which exposure was by inhalation, reported similar cancer endpoints to the dietary studies, the slope of the dose-response for some endpoints was comparable.  Exceptions to this were for stomach cancers (all types), the lung and for the larynx.  In the case of the lung and stomach cancers there was actually a fairly wide variation among the dietary studies which reported this endpoint, but these were consistently higher that the slope calculated for the data of Hidajat et al. (2019) I believe that this is an indication of some route specificity for this endpoint which is at the point of most direct exposure in the dietary studies.

There are significant differences in the estimated cumulative exposures reported by Hidajat et al., (2019) compared to those in the dietary studies.  The occupational exposure values are based on area sampling (from the stationary samplers) and the personal samplers.  The values were higher (almost double) for the stationary samplers than most of the personal samplers recorded.  Also, the estimated cumulative values were based on averages for the work groups.  While this is a standard approach for this type of data, the fact that the distribution of individual measured values has a long tail toward the high end may have weighted this average to a higher value than that experienced by most of the subjects.  Thus, although the approach used by Hidajat to estimate exposures is reasonable and reliable for the purpose of that study, it may have produced higher exposure values (and thus lower slope values) for those subjects compared to the more individual bodily exposure estimates used in the dietary studies.  Additionally, these values were tied to mortality and not morbidity making the analysis very conservative.

Hidajat et al. (2019), De Stefani et al., and Goodman et al. report clear associations with lung cancer, but the slopes reported by Goodman et al. and De Stefani et al. are substantially higher than that found by Hidajat et al.  The findings of laryngeal cancer in the Hidajat et al. study are somewhat uncertain since a clear trend is not displayed across all quartiles, but nevertheless the observation of some such cancer is supportive of the more substantial findings in the study by Rogers et al.

131

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Dose-response for cancer following NDMA exposure: animal studies and epidemiological evidence

The preceding narratives illustrate the evidence available on the overall shape of the dose-response for cancer resulting from exposure to NDMA.  This evidence comes both from the animal studies and the epidemiology studies.  As described earlier, regulatory authorities have produced risk assessment guidance which clearly states that dose-response for chemically induced cancer is expected to be linear at low doses.  This is based on a range of evidence including cancer incidence rates and mechanistic studies of the processes involved in chemical carcinogenesis.  This linearity is particularly, although not exclusively, assumed for carcinogens which have a direct impact on DNA as evidenced by genotoxic activity, and chemical reactivity of the compound itself or its metabolites.  US EPA specifies in their guidelines [xxi] for cancer risk assessment as follows:

" Linear extrapolation should be used when there are MOA data to indicate that the dose response curve is expected to have a linear component below the POD. Agents that are generally considered to be linear in this region include:

• agents that are DNA-reactive and have direct mutagenic activity, or

• agents for which human exposures or body burdens are high and near doses associated with key precursor events in the carcinogenic process, so that background exposures to this and other agents operating through a common mode of action are in the increasing, approximately linear, portion of the dose-response curve."

NDMA belongs in this category, based on the extensive genotoxicity and related evidence described in this report.  Doses received in the human studies are substantial enough to not only cause measurable tumor incidence, but also where key precursor events such as metabolism can be detected.  This guidance on use of low dose linearity is similar to the various statements by other regulatory and advisory bodies such as US FDA, ATSDR, and various state health and environmental agencies.

There is also evidence of linear dependence of the tumor incidence with dose in animal studies with NDMA.  The extensive investigation of NDMA and NDEA in rats by Peto et al.[clxxv] described earlier[xxviixxvii] is not only important in describing the dose response for NDMA, but is one of the fundamental pieces of evidence relied upon by risk assessors and scientists in understanding carcinogen dose response in general.  That study is generally seen as being the upper limit in size and power of what is technically and economically possible in an animal carcinogenesis bioassay.  It showed consistency of the tumor response with the multistage model (described earlier) which explicitly features linearity of response at low doses.  It is also interesting that an earlier and much more limited study (Terracini et al., 1967[lxxxiii]) also described apparent low-dose linearity, despite having attempted to identify a threshold dose for tumor induction by NDMA.  This evidence from animal studies and associated mechanistic evidence such as genotoxicity is why the dose response for NDMA carcinogenicity is linear.  (The model predicts

132

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

the possibility of supra linear dose response at higher doses, but this has not generally been seen for NDMA because the doses at which this might be seen clearly are lethal before tumors can appear).

Because NDMA is identified as a mutagenic carcinogen in several species and is listed as a probable human carcinogen, FDA uses linear extrapolation to $TD_{50}$ to derive the AI for NDMA. The $TD_{50}$ value for NDMA are 0.0959 mg/kg/day (rat) based on the Peto study and 0.189 mg/kg/day (mouse) based on the Carcinogenicity Potency Database (CPDB).  The lower, more conservative value for rat is used, and the resulting AI associated with a 1 in 100,000 cancer risk over 70 years of exposure is calculated by dividing the $TD_{50}$ by 50,000 and then multiplying 50 for a patient with a 50-kg body weight, resulting in 0.0000959 mg/day NDMA or 96 ng/day.[clxxvi]

In addition to this clear evidence from animal studies it is consistent and confirming that the epidemiological studies described here show many examples of linear dose-response with NDMA exposure.  Although these studies are not powered and as precise as a laboratory-based study, they clearly support the conclusion that the NDMA dose-response is linear, at human exposure levels encountered in real situations such as occupational and dietary exposure.  A laboratory-based study dosing people with NDMA or ranitidine with similar quantities of NDMA seen in these epidemiological studies to assess cancer rates is impossible and unethical to do.

Evaluation of causality for NDMA and the NDMA in ranitidine as a human carcinogen
The animal studies of NDMA carcinogenicity overwhelmingly confirm that NDMA causes cancerous tumors in multiple organs including the bladder, esophagus, liver, pancreas and stomach.  The data available from epidemiological studies show that NDMA is a multisite carcinogen in humans, and that the dose-response is linear at least in the range of exposures relevant to impacts on human health in both dietary and occupational contexts.  These findings weigh heavily in confirming numerous Bradford Hill factors.  The number of similar results, their statistical significance and the high potency of NDMA as a carcinogen satisfy the factor of strength, consistency and coherence.  Both animal and human studies address the requirement of temporality by their design.  Biological plausibility is supported by extensive findings of genotoxicity by NDMA, and by mechanistic studies including measurement of DNA adducts and demonstration of the metabolism of NDMA to a reactive intermediate.  Dose-response is consistently observed in both the animal and the human studies.  Although cancers have multiple causes, the consistency of tumor sites between studies and species addresses the requirement of specificity.  Although human experimental evidence is lacking for practical and ethical reasons the experimental evidence in animals is very extensive.  The extent to which these factors are extensively met for NDMA carcinogenicity is consistent with the evaluations by IARC and numerous regulatory authorities that NDMA is a human carcinogen, since those evaluations explicitly or implicitly rely on the Bradford Hill criteria to reach their conclusions.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Epidemiological studies of ranitidine use and the relationship with NDMA exposure

The data from the occupational and dietary studies of human exposure to NDMA are directly relevant to the risk/causality assessment of NDMA exposures from other sources, since the impact of NDMA is dose-related and additive to any other carcinogenic exposures which may also occur.

This is of particular importance in assessing the potential impact of exogenous and endogenous formation of NDMA in ranitidine.  The dietary exposures are by a similar route and at comparable levels to those experienced by ranitidine users.  Comparison of dietary and occupational studies shows NDMA carcinogenic effects are consistent across different routes of exposure and over a substantial range of exposure levels.  These findings, and also comparison of the effects of human exposure to NDMA with the animal studies, establish NDMA as a multisite carcinogen and provide quantitative measures of the dose-response.

This establishes a concern over NDMA exposure as a result of its presence as a degradant and breakdown product of ranitidine for exogenous exposure and also for endogenous exposure. In response to this concern, several epidemiological studies of cancer incidence in ranitidine users have been undertaken.  These are recent studies: the end point of cancer for ranitidine users was not carefully evaluated previously because the presence of NDMA in ranitidine was only identified to the regulatory bodies in 2019.  These studies particularly sought to identify any association between ranitidine use and cancers of the types associated with NDMA exposure.  An aim of several of these studies is to distinguish between cancers associated with exposure to ranitidine and/or its contaminants and any increased cancer incidence as part of the conditions (e.g., excessive gastric acidity and esophageal reflux) which prompted ranitidine use.  Strategies to address this question include studies of patients using alternative drugs with different contaminants and mechanisms of action which are also used for these conditions.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Because the concern for cancer in ranitidine users was only recently identified, the studies generally are either of limited duration for follow-up or based on extended retrospective analyses of exiting data sets.  The inevitable shorter follow-up time, and small numbers of subjects in some studies, necessarily limit the power of these studies to detect effects.  Another problem in interpreting these studies is that many of them reported the level of exposure to ranitidine and other drugs in non-quantitative terms: "users" vs. "non-users" or classified by the number of prescriptions given without specifying the size of duration of those prescriptions. This limitation of the exposure description reduces the power to demonstrate an effect of ranitidine use in these studies and extrapolate and quantify dose-response.  These studies are potentially useful in identifying an association between ranitidine use and cancer and a qualitative assessment of dose-response is possible, but an evaluation of the response to actual doses of ranitidine is not available where this has not been measured.  Most of the studies described here were of limited power due to this imprecise description of exposure to ranitidine where individuals were included in the studies with only 1 Zantac prescription (Chow/Habel) or if they used Zantac for most days of the week for the last 4 weeks.  Iwagami et al.[clxxvii] described the usage of H2RAs by subjects in their study in some detail, showing the considerable variation in timing and dose, as illustrated in the following figure and table from that paper.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**Study flow chart.** *H2 blockers* histamine 2 receptor antagonists, *JMDC* Japan Medical Data Center



CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

The study used the JMDC database, comprising 96,339 patients starting ranitidine or nizatidine and 503,982 patients starting other H2 blockers. Of the 503,982 patients, 17,406 patients subsequently started ranitidine/nizatidine and were therefore included in the ranitidine/nizatidine groups new users of ranitidine/nizatidine from that time onward. Dosage data are shown in the following table.

| | Number of prescriptions | Median prescribed daily dose | | |
| --- | --- | --- | --- | --- |
| | | mg/day | DDD; | IQR (mg/day) |
| **Ranitidine/nizatidine group** | | | | |
| Total | 270,984 | | | |
| ranitidine | 120,509 | 150 | 0.5 | 150–300 |
| nizatidine | 150,475 | 150 | 0.5 | 150–300 |
| Median | | | | |
| DDDs | 6 | | | |
| IQR (DDDs) | 3–14 | | | |
| **Other H2 blockers group** | | | | |
| Total | 1,482,150 | | | |
| cimetidine | 109,572 | 400 | 0.5 | 400–600 |
| famotidine | 1,159,323 | 20 | 0.5 | 0.5–1 |
| roxatidine | 33,376 | 150 | 1 | 75–150 |
| lafutidine | 179,879 | 20 | 1 | 10–20 |
| Median | | | | |
| DDDs | 6 | | | |
| IQR (DDDs) | 3–14 | | | |

IQR = interquartile range

Several studies reported central tendencies for the odds ratio for ranitidine users *vs.* controls for some tissue targets but lacked the power to detect a statistically significant effect (see the study descriptions below and the following table).  The only study that evaluated and quantified long term ranitidine use (prescription use was measured with 1-6 prescriptions up to >36 prescriptions) reported a positive association of cancer with ranitidine exposure which also provided quantifiable exposure data was the study of bladder cancer incidence by Cardwell et al. (2021)[clxxviii].

137

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Review of Epidemiological Studies of Ranitidine use
Brief descriptions of some of the relevant studies follow:

*Adami et al. (2021)*[clxxix]

This was a cohort study using based on Danish National Prescription Registry data. [clxxx] The results from the final Adami study seem to be quite different compared to the original pre-published version, which was not explained. There was an increased crude risk compared to other H2-blockers for stomach cancer and pancreatic cancer, though it was not significant when using their version of multivariate analysis.  Although the study was large, there were a number of limitations, especially pertaining to exposure assessment, including lack of information on exposure based on over-the-counter use, use before 1996, or based on cross-over from ranitidine to other acid blocking medications. These exposure measurement problems led me to conclude that the study likely understated the cancer risk for ranitidine.  I also note that the study did not provide any information on the risk of use vs non-use of ranitidine, which is the question of importance in my analysis. The study reported various versions of the odds ratios and significance.  The crude hazard ratios showed elevated risk of stomach cancer (HR = 1.28; 95% CI: 1.07-1.54), esophageal cancer (HR = 1.34; 95% CI: 1.14-1.58), esophageal adenocarcinoma (HR = 1.66; 95% CI: 1.29-2.13) and pancreatic cancer (HR = 1.18; 95% CI 1.05-1.32) where the comparison group was other H2 receptor antagonists.  As noted by the above confidence intervals, these results were statistically significant.  However other reported values were not, based on the adjusted values shown in the main report and the IPT (stabilized-inverse-probability-of-treatment) calculations.  The study overall contributed very little to an understanding of whether ranitidine causes human cancers.

**Users of ranitidine versus users of other H2RAs**

| | Ranitidine | | Comparison | | Hazard ratio | (95%CI) |
|---|---|---|---|---|---|---|
| | Events | Person years | Events | Person years | | |
| **Esophageal cancer** | 261 | 1,522,653 | 398 | 2,534,090 | 1.09 | 0.91-1.29) |
| adenocarcinoma | 105 | 1,522,808 | 133 | 2,534,288 | 1.3 | 1.01-1.68) |
| squamous cell carcinoma | 73 | 1,522,905 | 113 | 2,534,393 | 1.07 | 0.80--1.44) |
| **Stomach cancer** | 331 | 1,522,485 | 564 | 2,533,517 | 0.98 | 0.84-1.14) |
| proximal | 149 | 1,522,796 | 257 | 2,534,075 | 0.96 | 0.76--1.21) |
| distal | 651 | 1,522,863 | 151 | 2,534,155 | 0.72 | 0.54--0.97) |
| unknown/several regions | 191 | 1,522,846 | 283 | 2,534,330 | 1.07 | 0.93-1.36) |
| **Hepatocellular carcinoma** | 127 | 1,522,856 | 235 | 2,534,285 | 0.89 | 0.72-1.10) |

138

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Pancreatic cancer | 498 | 1,522,599 | 850 | 2,533,886 | 0.97 | 0.87-1.10) |
|---|---|---|---|---|---|---|

| | | Ranitidine | | Comparison | | |
|---|---|---|---|---|---|---|
| | Events | Person years | Events | Person years | Hazard ratio | (95%CI) |
| **Esophageal cancer** | **276** | **1,411,683** | 392 | 2,640,226 | 1.34 | (1.14-1.58) |
| adenocarcinoma | 115 | 1,411,840 | 133 | 2,640,420 | 1.66 | (1.29--2.13) |
| squamous cell carcinoma | 73 | 1,411,954 | 114 | 2,640,535 | 1.21 | (0.91-1.60) |
| **Stomach cancer** | **342** | **1,411,530** | **560** | **2,639,646** | **1.15** | **(0.99--1.33)** |
| proximal | 154 | 1,411,850 | 251 | 2,640,220 | 1.16 | (093-145) |
| distal | 71 | 1,411,903 | 151 | 2,640,290 | 0.88 | (0.66--1.16) |
| unknown/several regions | 196 | 1,411,900 | 287 | 2,640,460 | 1.28 | (1.07-1.54) |
| **Hepatocellular carcinoma** | 133 | **1,411,907** | **228** | **2,640,427** | **1.13** | **(0.92-1.39)** |
| **Pancreatic cancer** | 517 | 1,411,659 | 835 | 2,640,020 | 1.18 | (1.05-1.32) |

| | |
|---|---|
| Statistically significant Elevated HR | Elevated HR |

Key points of study design:

1. This is a study of ranitidine use that provides no information on the NDMA levels to which study subjects were exposed.  The authors note that the levels of NDMA in ranitidine were highly variable between batches, and probably also with time.

2. This study compares ranitidine users with users of other drugs used to treat gastric acid hypersecretion.  This is a relevant comparison since there have been arguments that the gastric problems themselves may influence the incidence of stomach and esophageal cancer.  However, it does not directly address the question of whether use of ranitidine is associated with increased cancer risk: there is no untreated control group.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

3. The exposure to ranitidine and other drugs was ascertained from prescription records. Extent of exposure is based on number of prescriptions: the actual cumulative dose in mass units is not quoted.  In the ranitidine group, there appears likely to have been substantial (82% in 2018: Supplemental Table 2) use of over-the-counter ranitidine supplies, and this is true to a lesser extent for other drugs except the PPIs.  This certainly questions the accuracy of the exposure determination for both prescription ranitidine users and others, particularly in more recent years, thus weakening the ability of the study to detect an effect.

4. It is not clear from the study narrative exactly how much exposure to ranitidine the individual study participants had.  It appears that many of the participants had relatively short exposures (few prescriptions): approximately half of ranitidine users had only one prescription although some had longer use.

5. Follow-up for the participants varied considerably: while some participants were followed for up to 20 years, many were observed for shorter periods and the mean follow-up time for ranitidine users was 14 years.  To the extent that follow-up is reduced the ability of the study to detect an effect is weakened.

In view of the limitations in the degree of exposure to ranitidine and in the accuracy of determining this, and the considerable variation in level of exposure and length of follow-up, the power of the study to determine the presence or absence of an effect appears relatively low.  (The authors did not provide any quantitative statement of what they believe to be the power of this study.)  The failure to observe any substantial statistically significant differences between users of ranitidine and of other H2RAs or PPIs is therefore not informative.

*Braunstein et al., 2021*

This study[clxxxi] used a cross-sectional analysis among 10,347 oncology patients newly presenting to Memorial Sloan Kettering Cancer Center with localized invasive or *in situ* disease between 2013 and 2019.  Analyses were limited to those self-reporting ranitidine use or an active comparator (other H2RA or PPI) at the time of initial cancer diagnosis.  Researchers calculated the odds of those who presented with cancer at one of the 12 cancer sites.  Results are shown in the following table.

**Associations between Ranitidine vs Active Comparator Use and Site-Specific Cancer**

| | Cases N (%) | Control (All other Cancers) N (%) | Unadjusted OR (95% CI) | Adjusted OR[a] (95% CI) |
|---|---|---|---|---|
| All Participants | | | | |
| Lung Cancer | | | | |
| Non-Ranitidine Only | 818 (93.0%) | 8658 (91.5%) | REF | REF |
| Ranitidine Only | 62 (7.1%) | 809 (8.5%) | 0.81 (0.61, 1.05) | 0.80 (0.60, 1.03) |
| Colorectal Cancer | | | | |
| Non-Ranitidine Only | 440 (95.7%) | 9036 (91.4%) | REF | REF |

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| | Cases N (%) | Control (All other Cancers) N (%) | Unadjusted OR (95% CI) | Adjusted OR[a] (95% CI) |
|---|---|---|---|---|
| Ranitidine Only | 20 (4.3%) | 851 (8.6%) | 0.48 (0.30, 0.74) | 0.48 (0.30, 0.74) |
| Thyroid Cancer | | | | |
| Non-Ranitidine Only | 136 (85.5%) | 9340 (91.7%) | REF | REF |
| Ranitidine Only | 23 (14.5%) | 848 (8.3%) | 1.86 (1.16, 2.85) | 1.89 (1.18, 2.92) |
| Kidney Cancer | | | | |
| Non-Ranitidine Only | 219 (89.8%) | 9257 (91.6%) | REF | REF |
| Ranitidine Only | 25 (10.2%) | 846 (8.4%) | 1.25 (0.80, 1.86) | 1.34 (0.86, 2.00) |
| Bladder Cancer | | | | |
| Non-Ranitidine Only | 301 (88.5%) | 9175 (91.7%) | REF | REF |
| Ranitidine Only | 39 (11.5%) | 832 (8.3%) | 1.43 (1.00, 1.98) | 1.58 (1.10, 2.21) |
| Melanoma | | | | |
| Non-Ranitidine Only | 128 (88.9%) | 9348 (91.6%) | REF | |
| Ranitidine Only | 16 (11.1%) | 855 (8.4%) | 1.37 (0.78, 2.24) | 1.41 (0.80, 2.32) |
| Brain Cancer | | | | |
| Non-Ranitidine Only | 326 (95.0%) | 9150 (91.5%) | REF | REF |
| Ranitidine Only | 17 (5.0%) | 854 (8.5%) | 0.56 (0.33, 0.89) | 0.56 (0.33, 0.89) |
| Hematologic Cancer[b] | | | | |
| Non-Ranitidine Only | 1367 (92.1%) | 8109 (91.5%) | REF | REF |
| Ranitidine Only | 117 (7.9%) | 754 (8.5%) | 0.92 (0.75, 1.12) | 0.94 (0.76, 1.15) |
| Restricted to Women | | | | |
| Breast Cancer | | | | |
| Non-Ranitidine Only | 759 (87.6%) | 3931 (91.2%) | REF | REF |
| Ranitidine Only | 107 (12.4%) | 378 (8.8%) | 1.47 (1.16, 1.84) | 1.58 (1.23, 2.01) |
| Ovarian Cancer | | | | |
| Non-Ranitidine Only | 166 (87.4%) | 4524 (90.8%) | REF | REF |
| Ranitidine Only | 24 (12.6%) | 461 (9.2%) | 1.42 (0.89, 2.16) | 1.39 (0.87, 2.13) |
| Endometrial Cancer | | | | |
| Non-Ranitidine Only | 164 (91.6%) | 4526 (90.6%) | REF | REF |
| Ranitidine Only | 15 (8.4%) | 470 (9.4%) | 0.88 (0.49, 1.46) | 0.99 (0.55, 1.65) |
| Restricted to Men | | | | |
| Prostate Cancer | | | | |
| Non-Ranitidine Only | 484 (88.5%) | 4302 (93.0%) | REF | REF |
| Ranitidine Only | 63 (11.5%) | 323 (7.0%) | 1.73 (1.29, 2.29) | 1.80 (1.34, 2.39) |

[a] Adjusted for age (grouped linear; <50, 50-<60, 60-<70, 70-<80, 80+), sex, race (categorical; White, Black, Asian Other/Unknown), ethnicity (categorical; Non-Hispanic, Hispanic, Unknown), and BMI (categorical; <25, 25-<30, 30+, Missing) in models with all participants. Adjusted models for cancers restricted to women and cancers restricted to men did not include sex.

[b] Defined as leukemia, lymphoma, and bone marrow cancers.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Use of ranitidine, versus active comparators, was associated with a significant increase in the adjusted odds ratio of presenting with bladder (OR=1.58; 95%CI: 1.10-2.21), breast (OR=1.58; 95%CI: 1.23-2.01), thyroid (OR=1.89; 95%CI: 1.18-2.92), and prostate (OR=1.80; 95%CI: 1.34-2.39) cancers.  Ranitidine, conversely, was inversely associated with colorectal cancer (OR=0.48; 95%CI: 0.30-0.74), brain cancer (OR=0.56; 95%CI: 0.33-0.89), and lung cancer (OR=0.80; 95%CI: 0.60-1.03).  Additionally cancers that were evaluated included, thyroid (OR=1.89; 95%CI: 1.18-2.92), kidney (OR=1.34; 95%CI: .86-2.00), melonoma (OR=1.41; 95%CI: 0.80-2.32), hematologic (OR=0.94; 95%CI: 0.76-1.15), ovarian (OR=1.39; 95%CI: 0.87-2.13) and endometrial (OR=0.99; 95%CI: 0.55-1.65) cancers.

While this was a large cohort, some of the weaknesses of this study include the lack of a control group of unaffected patients.  Further, this study was an observational cross-sectional study that did not consider any available data on dose or duration of use and had no data on prior use, so no dose-resplonse evaluation is possible.  The authors acknowledge that this study should be viewed as "hypothesis-generating."  I give this study little weight.

*Cardwell et al. (2021)*

This case-control study[clxxviii] examines the use of prescription ranitidine in bladder cancer patients, with a comparison group of similar individuals who did not have a cancer diagnosis for whom ranitidine use data were available.  Data were obtained from a Scottish database of health statistics (Primary Care Clinical Information Unit Research, PCCIUR) also examined in several other of these recent reports.  Similar comparisons were made in users of other histamine-2 receptor blockers (H2Bs) or of proton pump inhibitors (PPIs - another type of treatment for gastrointestinal reflux and related problems).  Doses of these drugs were determined as the cumulative number of defined daily doses (DDDs), a measure developed by the WHO to allow comparison between different drugs. The DDD is the assumed average maintenance dose per day in adults.  For ranitidine, 1 DDD is 300 mg[clxxxii].

In this study a nested design allows comparison of different classes of user, including ranitidine users with different levels of cumulative use of ranitidine.  Odds ratios (ORs) for bladder cancer in the various defined groups of cases relative to controls were developed and adjustments applied to allow for variations in factors possibly affecting cancer incidence.  The adjustment model contained age, gastroesophageal reflux disease, Barrett's esophagus, peptic ulcer, urinary tract infections/cystitis and various comorbidities (diabetes, myocardial infarction, coronary heart disease, heart failure, peripheral vascular disease, dementia, cerebrovascular disease, chronic obstructive pulmonary disease, osteoporosis, severe mental illness, rheumatological disease, renal disease, liver disease, irritable bowel disease, and human immunodeficiency viruses), and celecoxib use (Celecoxib is a selective non-steroidal anti-inflammatory drug used to treat arthritis).  The full model used also corrected for smoking status.  Odds ratios for bladder cancer were elevated in all the dose groups of users, and these elevations were statistically significant for all users (OR = 1.20, 95% CI = 1.06–1.36) and in the highest dose group (OR =1.45, 95% CI = 1.09–1.93).

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Calculations were made for the median cumulative use of ranitidine in the various dose subgroups, in total mg, using the definition of a DDD for ranitidine given above.  For the top group (> 1095 DDD) a median was estimated based on the assumption of use equivalent to between 3 and 5 years at 1 DDD.  For these various groups the increment in OR per mg of cumulative exposure was calculated.  The cumulative dose for the entire group of ranitidine users was also calculated (since it was not given in the paper) by determining the average exposure across all dose subgroups, weighted by the number of individuals in each group.  Calculations are shown in the attached table.

| Ranitidine Use (DDDs) | years @ 1 DDD | n | DDD median | DDD x n | Dose mg | OR | Increment in OR/mg |
|---|---|---|---|---|---|---|---|
| none | | 2805 | 0 | | 0 | 1 | 0 |
| 1 to 182 | <0.5 | 214 | 91 | 19474 | 27300 | 1.18 | 6.59341E-06 |
| 182 to 365 | 0.5 to 1 | 58 | 273.5 | 15863 | 82050 | 1.24 | 2.92505E-06 |
| 365 to 1095 | 1 to 3 | 106 | 730 | 77380 | 219000 | 1.17 | 7.76256E-07 |
| > 1095 | 3 to 5(?) | 77 | 1460 | 112420 | 438000 | 1.43 | 9.81735E-07 |
| all | | 455 | 494.8 | | 148442 | 1.22 | 1.48206E-06 |

1 DDD = 300
n = number of subjects in group



The increment in OR for bladder cancer per mg of cumulative exposure varies from $7.8 \times 10^{-7}$ for the 365 to 1095 DDD group to $6.6 \times 10^{-6}$ for the 1 to 182 DDD group.  There was an overall linear correlation between dose and odds ratio for bladder cancer (mean slope = 7.23E-07, $R^2$ = 0.71).  As shown in the graph, the slope (increment in OR per mg) is high in the lowest exposure

143

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

group (1 to 182 DDD) and also elevated, although less so in the second group (182 to 365).   The two highest groups show similar values for the increment in OR with dose, within the likely uncertainty of the calculation.  Since these low-dose groups necessarily involve shorter duration of exposure, this may reflect rates nearer to the time of diagnosis which may be affected by additional factors.  However, the measured exposure period ended 1 year before the date of diagnosis (cases) or enrollment (controls), to reduce the risk of reverse causality and exclude exposures that are unlikely to have had sufficient time for cancer to be observed.  Associations were similar after removing prescriptions in the 2 years before diagnosis.  There could also be differences in response and interactions with other conditions in these groups.  Given its larger base of subjects, the overall result of $1.5 \times 10^{-6}$ per mg of cumulative exposure for all ranitidine users is probably the most reliable figure.  The study authors found that the odds ratio result for all users was statistically significant (p = 0.005).

This study demonstrates that a certain amount of ranitidine exposure leads to statistically significant increased cancer risks.  Cardwell et al. found that at only 3 years of usage there is a statistically significant increased risk of bladder cancer.  Many Zantac users have used Zantac for at least 3 years.  So this study supports the question of dose for general causation: at doses ingested by US population cancers are being caused. There was a clear dose-response relationship demonstrating increased risk with increased use/exposure.

A limitation of this study was the lack of over the counter acid-suppressant drug use information which has potential to lead to misclassification of exposure. The authors did note non-prescription sales only account for about 10% of ranitidine sales during this time.

*Chow et al. (1995)[clxxxiii]*
This was a case-control study of adenocarcinoma of the esophagus and gastric cardia conducted in Southern California, examining the relationship between these cancers and various gastroesophageal conditions.  Data were also obtained on the use of drugs including ranitidine to treat these conditions.  Doses of these drugs were estimated from prescription number only, which prevents making a quantitative determination of cumulative dose.  This reduces the possibility of seeing a clear dose-response.  Data were reported for all H2Bs: an OR of 1.5 (95% Cl, 0.4 to 5.4).  Data for ranitidine and other H2Bs were not reported individually but were said to be "similar".  An odds ratio of 4 for stomach cancer was seen in the group with highest exposure to H2Bs, but this effect mostly disappeared with the composite condition correction applied.  No impact on cancer was seen for PPIs.

*Habel et al. (2000)*
This paper[clxxxiv] describes a case-control study, based in Northern California, which is mainly about cimetidine, but also includes data on ranitidine.  Exposure data was limited to "users" and "non-users": there was no quantitation.  Elevated ORs were reported for stomach/esophagus and pancreas in ranitidine users.  Relative risks were also elevated for all cancers, lung, prostate and kidney/bladder, but these were of borderline significance due to the small number of cases.  Findings for cimetidine were dismissed as linked to treatment of

144

symptoms for existing cancer since the increase was confined to cases reported soon after first use, but this effect was not so noticeable for ranitidine users.  There were relatively few ranitidine user cases (they had 81 vs.336 cancer cases for cimetidine). This small number of cases reduces the power of the study to observe a clear effect for ranitidine.  The limited definition of exposure as users and nonusers not only prevents dose-response analysis but also limits the ability to identify a significant effect: the authors note that although they did not have the actual data on use rates or duration it is likely that the majority of the users were short-term users of H2RA drugs.

**Relative risks of cancer associated with ranitidine use**

|  | No. cases | RR | 95% CI Lower | 95% CI Upper |
|---|---|---|---|---|
| All sites | 81 | 1.26 | 1.01 | 1.58 |
| Prostate | 19 | 1.57 | 1 | 2.48 |
| Breast | 10 | 0.92 | 0.49 | 1.71 |
| Uterine | 1 | 0.52 | 0.07 | 3.73 |
| Ovarian | 1 | 0.77 | 0.11 | 5.55 |
| Lung: bronchus | 15 | 1.5 | 0.9 | 2.51 |
| Colon: rectum | 7 | 0.82 | 0.39 | 1.74 |
| Esophagus: stomach | 6 | 2.42 | 1.07 | 5.49 |
| Pancreas | 5 | 2.6 | 1.06 | 6.38 |
| Kidney: bladder | 7 | 1.56 | 0.74 | 3.3 |
| Melanoma | 2 | 0.67 | 0.17 | 2.69 |
| Lymphoma: myeloma: leukemia | 5 | 0.91 | 0.38 | 2.19 |

*Hsu et al (2013)*

This study[clxxxv] is a nested case-control study examining.  640,173 type 2 diabetes patients were identified using the Taiwan National Health Insurance (NHI) claims database in 2000.  The patients were followed from 2000 to earliest of cancer diagnosis, death, disenrollment from the health insurance, or December 31, 2007. Researchers collected information on the use of H2 blockers, including cimetidine, ranitidine, famotidine, nizatidine, and roxatidine.  Cumulative dosage of the medications was calculated.  Then average daily dose was then calculated by dividing the cumulative dosage by the follow-up duration.  During the follow-up period, 3,527 incidents of lung cancer were identified and matched to 14,108 controls. The odds ratio for lung cancer was 1.27, 95% CI 1.13-1.42 for ranitidine use in the unadjusted analysis.  Adjusted analyses were conducted with all H2RAs combined demonstrating OR 1.02 (0.93-1.11) for any use, with OR 0.60 (0.38-0.96) for ≥ 360 DDD.  Individual H2 blocker adjusted odds ratios were not provided.

145

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Strengths of this study include the large dataset.  Weaknesses of this study include that a dose-response analysis and adjusted odds ratio was not reported for ranitidine users. The follow-up period, at 7 years, is short.  Further, the study does not account for over-the-counter ranitidine therapies and then number of filled prescriptions actually ingested is unknown.  The study is also limited to Type 2 diabetes patients, restricting the findings to that cohort of individuals.

*Iwagami et al. (2021)*

In this study[clxxxvi] based on a central database of health care users in Japan, users of ranitidine and/or nizatidine were compared with users of other H2RA drugs.  These authors determined doses of the drugs in DDDs, allowing comparison of different drugs, noting that as proposed by the World Health Organization, one DDD is 300 mg/day for ranitidine.  None of the comparisons made showed statistically significant differences (see table below).  Thus the authors found no evidence that ranitidine/nizatidine is associated with an increased risk of cancer, although they noted that further studies with more accurate measurement of exposure, inclusion of older people, and longer follow-up may be needed.   Nearly all analyses in the study lumped in ranitidine users with nizatidine users.  When separate analyses of just ranitidine users were performed, the authors excluded the group of users who used both ranitidine and nizatidine for this analysis.  This group of users who used both ranitidine and nizatidine (as opposed to only ranitidine or nizatidine) had a higher incidence of cancers.  The median follow-up period was 2.4 year which is likely too short to observe an association. Additionally, the authors while they did not find a dose-response relationship stated that they could not state whether a high dose of ranitidine/nizatidine use was associated with an increased risk of cancer because the limited sample size and statistical power.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| | New users of ranitidine or nizatidine | | | New users of other H2 blockers | | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of outcomes / patients | Amount of population -time of follow-up (PY) | Crude rate [/1000 PY] (95% CI) | No. of outcomes/ patients | Amount of population -time of follow-up (PY) | Crude rate [/1000 PY] (95% CI) | Crude HR (95%CI) | Adj HR[a] (95%CI) |
| Specific cancers (ranitidine or nizatidine users vs other blocker users)) | | | | | | | | |
| Breast | 341/ 57,902 | 173,018 | 1.97 (1.77–2.19) | 1254/ 247,050 | 673,294 | 1.86 (1.76–1.97) | 1.05 (0.93–1.19) | 1.04 (0.92–1.17) |
| Colorectal | 359/ 113,745 | 362,698 | 0.99 (0.89–1.10) | 1428/ 503,982 | 1,481,549 | 0.96 (0.92–1.02) | 1.04 (0.92–1.16) | 1.02 (0.91–1.15) |
| Gastric cancer | 288/ 113,745 | 362,935 | 0.79 (0.71–0.89) | 1085/ 503,982 | 1,482,392 | 0.73 (0.69–0.78) | 1.11 (0.97–1.26) | 1.09 (0.96–1.24) |
| All cancers (vs other H2 blocker users) | | | | | | | | |
| Ranitidine users | 945/ 46,771 | 150,762 | 6.27 (5.88–6.68) | 9038/ 503,982 | 1,464,596 | 6.17(6.05–6.30) | 1.03 (0.96–1.10) | 1.01 (0.95–1.08) |
| Nizatidine users | 1193/ 64,219 | 193,188 | 6.17 (5.83–6.54) | 9038/ 503,982 | 1,464,596 | 6.17 (6.05–6.30) | 1.00 (0.95–1.07) | 0.98 (0.92–1.04) |

*Kantor et al. (2020)*

This study[clxxxvii] used the UK Biobank, a large prospective cohort also examined in several other papers described here, to determine any associations of a range of cancers with ranitidine and omeprazole use.  In this study there was relatively short follow-up (median case follow-up 6.7 years) while cancer latency for the cancers studied is generally longer (discussed by Hidajat et al.[cxxxiii][xxx], who considered a 15-year latency period).  Exposure classification was based on self-reported "regular use" defined as "most days of the week" for the last 4 weeks before enrollment.  Since exposure was self-reported with few details, "[W]e were unable to examine associations by dose or distinguish long- vs. short-term use".  Description of dose was confined to user/ non-user.  This prevents examination of dose-response.  Findings of various cancers for users of ranitidine vs. non-users and vs users of omeprazole are shown in the table below.

147

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**Association between Ranitidine and Cancer Risk.**

| PRIMARY ANALYSIS: Overall Cancer and Common Cancer Sites | | | | |
|---|---|---|---|---|
| | Cohort N (%) | Case N (%) | Minimally-Adjusted[a] HR (95% CI) | Multivariable-Adjusted[b] HR (95% CI) |
| Overall Cancer[c] | | | | |
| Regular Ranitidine Use | | | | |
| No | 450,360 (98.1) | 25,665 (97.8) | Reference | Reference |
| Yes | 8,844 (1.9) | 565 (2.2) | 1.06 (0.98, 1.15) | 1.01 (0.93, 1.09) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 26,139 (76.5) | 1,907 (78.9) | Reference | Reference |
| Regular Ranitidine Use | 8024 (23.5) | 509 (21.1) | 0.95 (0.87, 1.05) | 0.94 (0.85, 1.04) |
| Colorectal Cancer[d] | | | | |
| Regular Ranitidine Use | | | | |
| No | 428,360 (98.1) | 2,664 (97.7) | Reference | Reference |
| Yes | 8,281 (1.9) | 64 (2.3) | 1.17 (0.92, 1.50) | 1.12 (0.88, 1.44) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 24,453 (76.4) | 167 (74.6) | Reference | Reference |
| Regular Ranitidine Use | 7,537 (23.6) | 57 (25.4) | 1.26 (0.93, 1.71) | 1.25 (0.92, 1.69) |
| Lung Cancer[e] | | | | |
| Regular Ranitidine Use | | | | |
| No | 450,360 (98.1) | 1,783 (97.3) | Reference | Reference |
| Yes | 8,844 (1.9) | 50 (2.7) | 1.32 (1.00, 1.75) | 0.96 (0.72, 1.27) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 26,139 (76.5) | 199 (81.6) | Reference | Reference |
| Regular Ranitidine Use | 8,024 (23.5) | 45 (18.4) | 0.84 (0.60, 1.16) | 0.76 (0.55, 1.06) |
| Breast Cancer[f,g] | | | | |
| Regular Ranitidine Use | | | | |
| No | 235,859 (98.1) | 4,989 (97.8) | Reference | Reference |
| Yes | 4,677 (1.9) | 110 (2.2) | 1.08 (0.89, 1.30) | 1.04 (0.86, 1.26) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 14,525 (77.3) | 324 (76.1) | Reference | Reference |
| Regular Ranitidine Use | 4,267 (22.7) | 102 (23.9) | 1.09 (0.87, 1.36) | 1.08 (0.86, 1.35) |
| Prostate Cancer[h,i] | | | | |
| Regular Ranitidine Use | | | | |
| No | 196,195 (98.1) | 5,067 (98.1) | Reference | Reference |
| Yes | 3,785 (1.9) | 97 (1.9) | 0.96 (0.78, 1.17) | 1.01 (0.82, 1.23) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 10,377 (75.2) | 309 (78.6) | Reference | Reference |
| Regular Ranitidine Use | 3,424 (24.8) | 84 (21.4) | 1.00 (0.78, 1.27) | 1.02 (0.80, 1.30) |

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| EXPLORATORY ANALYSIS: Less-Common Cancer Sites | | | | |
|---|---|---|---|---|
| | Cohort N (%) | Case N (%) | Minimally-Adjusted[a] HR (95% CI) | Multivariable-Adjusted[b] HR (95% CI) |
| Liver Cancer[j] | | | | |
| Regular Ranitidine Use | | | | |
| No | 450,360 (98.1) | 249 (95.0) | Reference | Reference |
| Yes | 8,844 (1.9) | 13 (5.0) | 2.49 (1.43, 4.35) | 1.91 (1.09, 3.36) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 26,139 (76.5) | 37 (77.1) | Reference | Reference |
| Regular Ranitidine Use | 8,024 (23.5) | 11 (22.9) | 1.10 (0.56, 2.16) | 1.15 (0.58, 2.26) |
| Kidney Cancer[k] | | | | |
| Regular Ranitidine Use | | | | |
| No | 450,360 (98.1) | 691 (98.7) | Reference | Reference |
| Yes | 8,844 (1.9) | 9 (1.3) | 0.63 (0.33, 1.22) | 0.53 (0.27, 1.02) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 26,139 (76.5) | 74 (90.2) | Reference | Reference |
| Regular Ranitidine Use | 8,024 (23.5) | 8 (9.8) | 0.39 (0.19, 0.81) | 0.39 (0.19, 0.82) |
| Bladder Cancer[l] | | | | |
| Regular Ranitidine Use | | | | |
| No | 450,360 (98.1) | 538 (97.1) | Reference | Reference |
| Yes | 8,844 (1.9) | 16 (2.9) | 1.44 (0.87, 2.36) | 1.22 (0.74. 2.01) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 26,139 (76.5) | 36 (73.5) | Reference | Reference |
| Regular Ranitidine Use | 8,024 (23.5) | 13 (26.5) | 1.34 (0.71, 2.54) | 1.30 (0.69, 2.46) |
| Ovarian Cancer[f,m] | | | | |
| Regular Ranitidine Use | | | | |
| No | 225,680 (98.1) | 472 (97.7) | Reference | Reference |
| Yes | 4,284 (1.9) | 11 (2.3) | 1.13 (0.62, 2.06) | 1.11 (0.61, 2.02) |
| Ranitidine vs Omeprazole | | | | |
| Regular Omeprazole Use | 13,156 (77.1) | 34 (75.6) | Reference | Reference |
| Regular Ranitidine Use | 3,917 (22.9) | 11 (24.4) | 1.17 (0.59, 2.31) | 1.08 (0.54, 2.15) |

[a] Adjusted for age (time axis of analysis), sex, race (white, non-white)
[b] Adjustment variables depend on the outcome of interest
[c] Analyses of overall cancer adjusted for factors listed in footnote a above, as well as
    household income (<£18,000; £18,000- 30,999; £31,000-51,999; £52,000-100,000; >£100,000;
      Do not know/prefer not to answer/missing),
    BMI (12.1-25 kg/m2; 25-<30 kg/m2; 30-<35 kg/m2; 35-74.7 kg/m2),
    History of smoking status (Never; Former; Current), packyears (0/Non- smokers,0.05-12.5, >12.5-
      26.3, >26.3-301.0);

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Alcohol intake (Never; Special occasions only; One to three times a month; One to four times a week; Daily or almost daily);

Physical activity (None; Any moderate; Any vigorous; Do not know/prefer not to answer/missing);  diabetes (No; Yes)

d Analyses of colorectal cancer adjusted for factors listed in footnote c above as well as:

History of bowel screening (No; Yes),

Fruit intake (0-<2.0 servings per day; 2.0-2.9 servings per day; 3.0-3.9 servings per day; 4.0-65.0 servings per day),

Vegetable intake (0-<2.0 servings per day; 2.0-2.9 servings per day; 3.0-3.9 servings per day; 4.0-50.0 servings per day),

Red meat intake (0-<1 time per week; 1.0-1.9 times per week; 2.0-2.9 times per week; 3.0-21.0 times per week),

Processed meat intake (Never; <1.0 time per week; 1.0 time per week; >=2.0 times per week; 1.0 or more times per day,

Aspirin intake (No; Yes), non-aspirin NSAID intake (No; Yes),

Menopause status and post-menopausal hormone use (Pre-menopausal/Men; Post- menopausal w/ No PMH; Post-menopausal w/ PMH; Do not know/missing)

[e] Analyses of lung cancer adjusted for factors listed in footnote c above.  These were additionally adjusted for history of pre-existing lung disease (No; Yes)

[f] Analyses restricted to women

[g] Analyses of breast cancer adjusted for factors listed in footnote c above, except for sex. This analysis was additionally adjusted for:

History of screening/mammogram (No; Yes), age at menarche (5-<11, 11-12, 14-15, 16-25)

Menopause status and post-menopausal hormone use (Pre-menopausal; Post-menopausal w/ No PMH; Post-menopausal w/ PMH; Do not know/missing), and parity (0; 1-2; 3-22).

[h] Analyses restricted to men

[i] Analyses of prostate cancer adjusted for factors listed in footnote c above, except for sex, as well as prostate specific antigen screening (No; Yes).

[j] Analyses of liver cancer adjusted for factors listed in footnote c above, as well as history of pre-existing liver disease (No; Yes)

[k] Analyses of kidney cancer adjusted for factors listed in footnote c above. We additionally adjusted for NSAID use (No; Yes), and hypertension/hypertension meds (No; Yes – unmedicated; Yes - medicated).

[l] Analyses of bladder cancer adjusted for factors listed in footnote c above

[m] Analyses of ovarian cancer adjusted for factors listed in footnote c above, except for sex.  These were additionally adjusted for:

Parity (0; 1-2; 3-22), NSAID use (No; Yes)

Oral contraceptive use (No; Yes)

Menopause status and post-menopausal hormone use (Pre-menopausal; Post-menopausal w/ No PMH; Post-menopausal w/ PMH; Do not know/missing)

History of tubal ligation (No; Yes), and history of hysterectomy (No; Yes).

Women with history of bilateral oophorectomy were excluded from this analysis.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

*Kim S et al (2021) - Korea*

In this cohort study[clxxxviii], authors examined the potential association between gastric cancer risk and ranitidine use using data retrieved from the Korean National Health Insurance Service (KNIHS).  Data on 1,025,340 subjects from the KNHIS was reviewed and 40,887 subjects were divided into three groups: control, subjects prescribed ranitidine and nizatidine, or other histamine-2 blockers (cimetidine, famotidine, roxatidine, and lafutidine) for more than 30 days between January 2002 and December 2008.  Results only show data for subjects diagnosed with gastric cancer.  The study excluded patients who were diagnosed with any other malignancy between 2002 to 2008 or diagnosed with other malignancies before the diagnosis of gastric cancer and those who died as a result of any cause before 2009.  The study also excluded those diagnosed with several other gastric diseases (polyp, erosion, and ulcer since 2009 and patients who were prescribed proton-pump inhibitors.

The authors used a 1:1 propensity score-matching according to age, sex, residential area, household income, disability, NSAID dose, smoking history, and alcohol use.  Additionally, the Cox proportional hazard regression model was used to calculate the hazard ratio (HR) and 95% confidence intervals (CI).  The study showed no significant difference in the demographic variables among the three groups.  The authors reported the ranitidine group was associated with potential gastric cancer development with an adjusted HR of 1.01 (95% CI, 0.86-1.18) whereas the other histamine-2 blockers showed an adjusted HR of 0.98 (95% CI, 0.84-1.15).  The authors saw no significant difference between the three groups in terms of subsequent gastric cancer development.

This study did have the strength of nationwide data but the authors noted several limitations.  Some of these include that the study did not report dosage or duration of ranitidine use, and that the follow-up period (5 years for this study) was not long enough to fully detect gastric cancer development.  The authors combined the ranitidine and nizatidine users into one group which does not allow one to assess the individual drug's impact.

*Kim YD et al. (2021) US*

This cohort study[clxxxix] used the nationwide database, IBM Explorys, to compare risk of developing digestive tract cancers between patients taking ranitidine, famotidine, or omeprazole.  Incidence data of malignancies of the esophagus, stomach, liver, pancreas, and colon were obtained in 1-year intervals for up to 10 years but only included patients who were taking acid suppressant drugs at time of cancer diagnosis.  Two multivariable logistic regression models were used by the authors to calculate odds ratios (ORs), one adjusting for common risk factors and the other adjusting for demographic factors.

The study's results showed patients on ranitidine when compared to patients on famotidine had ORs of 0.51 (95% CI 0.43-0.60), 0.43(95% CI 0.36-0.51), 0.39(95% CI 0.36-0.41), 0.54(95% CI 0.49-0.62), and 0.46(95% CI 0.43-0.49) of developing esophageal, gastric, hepatocellular, pancreatic, and colorectal cancers, respectively (P< 0.001).  The study's results also showed patients on ranitidine when compared to omeprazole patients, had ORs of 0.62 (95% CI 0.52-

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

0.72), 0.58(95% CI 0.49-0.68), 0.81 (95% CI 0.76-0.86), 0.68(95% CI 0.60-0.76), and 0.66(95% CI 0.62-0.70) of developing esophageal, gastric, hepatocellular, pancreatic, and colorectal cancers respectively (P< 0.001).

Patients diagnosed with any prior gastrointestinal malignancies and patients who were prescribed more than one anti-reflux medication were excluded from the study to control the effect of confounding factors.  Adjusted odds ratios (ORs) were calculated by multivariable logistic regression analysis accounting for only three common risk factors for each cancer type in study.  The authors also performed a separate multivariable logistic regression model to account for demographic factors including age, gender, and race.

When adjusted for demographic factors, patients on ranitidine when compared to patients on famotidine had ORs of 0.56 (95% CI 0.45-0.70), 0.49(95% CI 0.40-0.60), 0.38(95% CI 0.34-0.42), 0.50(95% CI 0.42-0.59), and 0.49(95% CI 0.46-0.52) of developing esophageal, gastric, hepatocellular, pancreatic, and colorectal cancers, respectively (P< 0.001). When adjusted for demographic factors, patients on ranitidine when compared to omeprazole patients, had ORs of 0.80 (95% CI 0.65-0.97), 0.93(95% CI 0.76-1.13), 0.97 (95% CI 0.88-1.07), 0.84(95% CI 0.71-0.99), and 0.97(95% CI 0.90-1.03) of developing esophageal, gastric, hepatocellular, pancreatic, and colorectal cancers respectively (P< 0.001).

The authors, using Explorys, identified three cohorts, adults prescribed with either ranitidine, famotidine, or omeprazole.  The cohorts were 581,028 patients prescribed ranitidine, 909,970 patients prescribed famotidine, and 2,179,048 patients prescribed omeprazole.  Each cohort was further divided into sub-cohorts to identify the incidences of first-time diagnoses of five gastrointestinal malignancies.  Of the ranitidine patients, 180 (0.031%), 170 (0.029%), 880 (0.15%), 320 (0.055%) and 1,370 (0.24%) developed new GI esophageal, gastric, hepatic, pancreatic, and colorectal malignancies respectively.  Of the famotidine patients, 550 (0.06%), 670 (0.074%), 4,520 (0.5%), 1,120 (0.12%) and 5,330 (0.59%) developed new GI esophageal, gastric, hepatic, pancreatic, and colorectal malignancies respectively.  Of the omeprazole patients, 1,260 (0.058%), 1,160 (0.053%), 5,440 (0.25%), 2,060 (0.094%) and 7,190 (0.33%) developed new GI esophageal, gastric, hepatic, pancreatic, and colorectal malignancies respectively.

This study contained multiple issues or limitations that potentially effected results.  The authors acknowledged patient-level data was not available.  Usage information was lacking and inclusion in study required concurrent use of anti-reflux therapy at time of cancer diagnosis. This could lead to misclassification of exposure. The ranitidine cohort displayed 3.2% lower prevalence of common risk factors for GI malignancies, or the three cohorts had unmeasured confounding factors which may have artificially elevated cancer incidence in the famotidine and omeprazole cohorts.  Since all the odds ratios reported are less than 1, these various factors appear to have influenced the results.  With all these limitations this study does not appear to be informative as to risks of gastrointestinal cancers in the general population using ranitidine.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

*Kumar et al. (2021)*

This retrospective multicenter, nationwide cohort study[cxc] evaluated the association of nonproximal gastric adenocarcinoma (GC), among patients with *Helicobacter pylori* (HP), and acid suppression with either ranitidine, other H2RA, or proton pump inhibitor (PPI). 279,505 patients within the Veterans Health Administration were identified with HP and prescribed long-term acid suppression for at least 30 days. The cohort was followed until cancer diagnosis, death, switching to a different acid suppressant category or until December 2018. Approximately 70% of the ranitidine users switched to another acid-suppressant drug, nearly all of them to a PPI, and >80% of the other H2RA users switched to another acid-suppressant drug, with roughly half switching to ranitidine and half to PPIs. Additionally, there was limited information on the long-term risk of cancer for ranitidine users.

The study utilized a multivariable Cox proportional hazards model to evaluate the association of GC and acid suppression type. The authors evaluated multiple covariates shown to be associated with GC including age, gender, race, ethnicity, smoking history, and zip code-level poverty. The study also performed a secondary analysis to evaluate the impact of HP treatment and eradication status on future GCs. The authors included all clinically significant hazard ratios (ORs), p<0.10 for the purpose of model building and all statistical tests were two-tailed, with results achieving significance at predefined level of p. <0.05.

69,157 (24.7%) of the 279,505 cohort members were prescribed ranitidine compared to 6,559 (2.4%) of another H2RA and 203,789 (72.9%) prescribed a PPI. 367 (0.53%) of ranitidine prescribed patients developed gastric cancer. 1,108 (0.54%) of patients prescribed a PPI developed gastric cancer and 49 (0.75%) of patients prescribed a non-ranitidine H2RA developed gastric cancer. A multivariable Cox proportional hazard model evaluating the relationship between the prescribed acid suppressant and future GC was used to compare the three groups. When compared to ranitidine, non-ranitidine H2RA users were more likely to develop future cancer (HR 1.83, 95% CI 1.36-2.45). The authors found no significant difference in the risk of GC between ranitidine and PPI prescribed patients (HR 0.92, 95% CI 0.82-1.04) p<0.001 for the difference between the two groups.

As for the secondary analysis, 27,999 patients from the larger cohort had a positive diagnostic test. Of these 5,243 (18.7%) were prescribed ranitidine and 971 (18.5%) had confirmed HP eradication. 305 (1.1%) were prescribed a different H2RA and 44 (14.4%) of these had confirmed eradication. 4,665 (20.8) of the 22,451 PPI patents had confirmed HP eradication. A multivariable Cox proportional hazard model was used to evaluate the relationship between initially prescribed acid suppressant and future GC among patients with positive diagnostic test for HP considering treatment and eradication status. The authors reported non-ranitidine H2RAs had an increased risk with future GC (HR 3.97, 95% CI 1.36-11.65, p<0.001 among groups) and no difference between ranitidine and PPI users (HR 1.29, 95% CI 0.81-2.05).

The authors provided that multiple study limitations may have impacted results. The authors were unable to determine on an individual level the amount of NDMA consumed or the

153

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

particular dose-response relationship stemming from the amount of NDMA contaminant (i.e., duration or dosage). The smaller sample size of H2RA patients likely impacted estimates. Using an HP cohort has inherent selection bias due to HP being tested only due to a clinical indication. The study also lacked a control group. The cohort population was also predominately male, 92.9%. Additionally, the possibility for misclassification was present if a patient received care outside of the VHA system, if a patient took OTC versions of an acid suppressant or was prescribed a different form of acid suppressant from another health system. The studies follow-up time (median follow-up time was 4.4 years) could also impact the data. With all these limitations and the fact that the subject population was selected for infection by *H. pylori,* this study does not appear to be informative as to risks of gastrointestinal cancers in the general population using ranitidine although it may inform mechanistic investigations.

*Liu et al. (2020)*

This paper[cxci] used case-control and prospective cohort methodology to examine the association of gastric cancer with PPI or H2RA use in two databases, one in Scotland (PCCIUR) and one (UK Biobank) in England, Scotland and Wales. In the PCCIUR database, doses of any drugs in the two classes (PPI or H2RA) were noted as DDDs. It also covers use of some individual PPIs (omeprazole, lansoprazole) and H2RAs (cimetidine, ranitidine), but does not include any dose information for these: the comparisons shown are only for users *vs.* non-users. They also examined the dependence of gastric cancer risk with time of exposure. Large increases in risk were observed for use of PPI or H2RA in the year before diagnosis, but this was considered to reflect prescription of these drugs to treat symptoms associated with the cancer. Exclusion of the data for use one, two or three years before diagnosis from the analysis greatly reduced the association for PPIs and H2RAs. Increased odds ratios for ranitidine use as opposed to non-use were seen when one year's use prior to diagnosis was excluded. However, although still somewhat elevated, the OR was not significant if use two or three years before the diagnosis was excluded, perhaps because the observation period prior to diagnosis was shortened, reducing the power of the study to measure an effect with this restriction. The UK Biobank analysis only considered use of PPI and any H2RA, and did not find an association of H2RA use with gastric cancer.

154

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**The association between H2RA use and the risk of gastric cancer in the PCCIU database.**

| | Case, n (%)/ | Control, n (%) | Unadjusted OR (95% CI) | Fully adjusted [a] OR (95% CI) |
|---|---|---|---|---|
| Any H2RA (removing 1 year before the index): H2RA user vs. non-user | | | | |
| All | 199/1119 (17.8) | 689/5394 (12.8) | 1.49 (1.25, 1.77) | 1.44 (1.16, 1.80) |
| Male only | 100/639 (15.6) | 356/3082 (11.6) | 1.42 (1.11, 1.82) | 1.43 (1.05, 1.94) |
| Female only | 99/480 (20.6) | 333/2312 (14.4) | 1.56 (1.21, 2.01) | 1.45 (1.04, 2.01) |
| Ranitidine user vs. non-user | | | | |
| Removing 1 year before the index | 128/1119 (11.4) | 459/5394 (8.5) | 1.39 (1.12, 1.71) | 1.42 (1.10, 1.85) |
| Removing 2 years before the index | 78/862 (9.1) | 341/4126 (8.3) | 1.09 (0.84, 1.42) | 1.22 (0.89, 1.67) |
| Removing 3 years before the index | 57/644 (8.9) | 255/3062 (8.3) | 1.05 (0.77, 1.43) | 1.17 (0.81, 1.68) |

[a] The study matched on age, sex and general practice, and the model included obesity, comorbidities in the exposure period and other medication uses in the exposure period (statins and aspirin). The OR was further adjusted for alcohol and smoking.

A key limitation of the study is that dose or frequency was use is not known and they were unable to adjust for *H. pylori* a risk factor.

*McDowell et al. (2021a)*

This study[cxcii] used case-control methodology applied to the Scottish PCCIUR database used in some other recent studies to examine the association between pancreatic cancer and use of drugs suspected of causing drug-induced pancreatitis.  The median exposure period was 8.9 years, which excluded one year before the index date (date of diagnosis of the case in each matched group).  This was intended to reduce the risk of reverse causality and exclude medications that are unlikely to have had sufficient time to cause the cancer.  The doses were listed only by number of prescriptions.  Ranitidine ever use *vs*. non-use showed an adjusted OR of 1.37 (95% CI 1.10, 1.70; p = 0.005).  However, the adjusted OR comparing six or more prescriptions with none was 1.24 (95 % CI 0.91, 1.69; p = 0.179), whereas the adjusted OR comparing five or fewer prescriptions with none was 1.49 (95 % CI 1.12.1.99; p = 0.007).  In other words, no dose-response was observed in this study.  Since this study only reported exposure as number of prescriptions, rather than a quantitative measure of cumulative dose, and did not account for non-prescription use, its ability to demonstrate dose-response is limited.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

*McDowell et al (20221b)*

This is a meta-analysis[cxciii] of reported adverse reaction to drugs.  They found an association of ranitidine use with bladder cancer, with an adjusted (co-morbidities and smoking) odds ratio of 1.26 (95% CI 1.10 – 1.44) for any number of prescriptions.  For ranitidine users with ≥ 6 prescriptions, they found an adjusted (co-morbidities and smoking) odds ratio of 1.28 for bladder cancer.

*McGwin, 2020*

This study[cxciv] analyzed the FDA Adverse Events Reporting System (FAERS) and compared the number of reports of gastrointestinal cancers (esophageal, stomach, colon/rectum and pancreatic) associated with ranitidine against those reported with other PPIs and H2RAs. From 2013 to the first quarter of 2020, there were 637,563 mentions of PPI and H2RAs in FAERS, which represented 143,359 unique events.  13,856 reported adverse events were for ranitidine monotherapy.  The researcher used proportionate reporting ratios (PPRs) and 95% confidence intervals to calculate the difference between reports of cancers associated with ranitidine versus the other therapies.  The PPRs for esophageal cancer (3.56, 95% CI 2.54-4.98), stomach cancer (1.48, 95% CI 1.08-2.01), colon/rectum cancer (16.31, 95% CI 12.58-21.14), liver cancer (2.64, 95% CI 1.76-3.96), and pancreatic cancer (2.18, 95% CI 1.34-3.54) were statistically significant.

The FAERS database is based on the adverse events that the reported information was not validated.  There was no exposure information on dose and duration evaluated and this was based on adverse event reports.  As such, while I considered this study, I did not ascribe weight to it in my analysis.

*Michaud et al. (2004)*

This was a prospective study[cxcv] with a 14 year follow-up to assess the association between history of peptic ulcer disease (self-reported) and the risk of bladder cancer for health professionals.  The study used the data from the Health Professionals Follow-up Study that was initiated in 1986 where 51,529 predominantly white men ages 40-75 completed a detailed questionnaire on medical history, diet and other characteristics.  Follow-up questionnaires were sent every 2 years to surviving cohort members to update medical information and other time-dependent variables.

The cohort excluded men diagnosed with cancer before 1986 (excluding nonmelanoma skin cancer), those with incomplete diet data, death date before baseline questionnaire return date, and any with missing dates of birth.  The remaining 47,848 men eligible for follow-up were further assessed for smoking, medication use, including use of H2RA, ranitidine and cimetidine, and/or NSAIDs, diet, and other factors.  At baseline, participants were asked if they ever had gastric or duodenal ulcers and, if so, diagnosis dates and asked this again in 1988.  The study analyses was derived from self-reported ulcers diagnosed before 1986 (from the 1986 and 1988 responses).  Medical records for ulcer diagnosis pre-1986 were not available.  The authors

156

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

raised a possibility that some ulcers may have been misclassified in the study. Self-reported bladder cancer diagnosis was confirmed with medical records.

The study found that a history of gastric ulcer was associated with a significantly increased risk of bladder cancer.

| Table 2   Relation between gastric and duodenum ulcers and bladder cancer incidence in the Health Professionals Follow-up Study, 1986–2000 | | | | | |
|---|---|---|---|---|---|
| | Gastric ulcer | | | Duodenum ulcer | |
| | Case no. | Relative risk* (95% confidence interval) | Multivariate relative risk* (95% confidence interval) | Case no. | Relative risk* (95% confidence interval) | Multivariate relative risk* (95% confidence interval) |
| None | 388 | 1.0 | 1.0 | 378 | 1.0 | 1.0 |
| Ever | 26 | 1.74 (1.16–2.62) | 1.55 (1.03–2.33) | 36 | 1.09 (0.77–1.55) | 0.97 (0.68–1.38) |
| Before 1955 | 3 | 1.38 (0.44–4.34) | 1.19 (0.38–3.77) | 9 | 0.90 (0.46–1.76) | 0.79 (0.40–1.55) |
| 1955–64 | 6 | 1.90 (0.82–4.39) | 1.58 (0.68–3.66) | 10 | 1.20 (0.64–2.26) | 1.11 (0.59–2.10) |
| 1965–74 | 7 | 2.55 (1.19–5.50) | 2.31 (1.06–4.99) | 8 | 1.58 (0.78–3.21) | 1.43 (0.70–2.92) |
| 1975–86 | 5 | 1.13 (0.46–2.75) | 1.07 (0.44–2.61) | 8 | 1.25 (0.59–2.66) | 1.08 (0.51–2.31) |
| Unknown date | 5 | 2.10 (0.85–5.18) | 1.84 (0.74–4.58) | 1 | 0.32 (0.04–2.26) | 0.27 (0.04–1.92) |

* Age-adjusted relative risks.
* Multivariate relative risks from proportional hazard models adjusting for age, pack-years of smoking, current smoking status, region, and total fluid intake.

Additionally, an increased risk in bladder cancer was observed with men who reported using Zantac (ranitidine) and Tagamet (cimetidine) in 1986 (MV RR = 1.58; 95% CI = 0.93-2.69) (20% of the men with a history of gastric/duodenal ulcer reported using Zantac/Tagamet in 1986). The bladder cancer RRs remained elevated for both Zantac/Tagamet use and gastric ulcer history in a combined MV [MV RR = 1.46, 95% CI = 0.85-2.50 for Zantac/Tagamet; MV RR = 1.48 (0.98-2.24 for gastric ulcer)]. The authors reported this association was independent of the elevated bladder cancer observed with gastric ulcers.

The ulcer diagnosis were self-reported and the ulcer location may have been misclassified (gastric vs duodenal). The authors noted that the likelihood may be less for this as the study participants were health professionals and well-informed. Additionally, usage or dosage information was not provided for Zantac/Tagamet and both were combined in a single group so any associated risk with ranitidine use could not be assessed.

### Mohy-ud-din, 2020 (Abstract only)
In this study[cxcvi], data from the Explorys database, which includes electronic medical records from over 40 health systems nationwide, was collected and assessed for risk factors and occurrence of specific diseases. Researchers identified 1.62 million ranitidine users, 3.37 million famotidine users, and 59.63 million individuals who used neither H2RA. Users of ranitidine and famotidine were then compared to the general population, and famotidine users compared to ranitidine users. The cancer sites were colorectal, pancreas, lung, melanoma, bladder, uterine, prostate, breast, and liver.

The risk of cancer in ranitidine users versus famotidine users for pancreatic, bladder, and liver are OR 0.63 (95% CI 0.61-0.65), OR 0.65 (95% CI 0.64 - 0.67), and OR 0.54 (95% CI 0.53 - 0.55), respectively.

157

The incident rate of cancers was 26.4% of ranitidine, 31.1% for famotidine, and 13% for the general population.  In the comparison between cancer risk for ranitidine users and famotidine users, the ORs ranged from 0.54, 95% CI 0.53-0.55 for liver cancer to 0.99, 95% CI 0.96-1.02 for melanoma.  The abstract does not provide any information about its methodology and therefore it is not possible to assess the strengths and weaknesses of the study.  I therefore do not consider it in my analysis.

*Norgaard et al. (2022)*

This study[cxcvii] is a population based Danish cohort study involving adults without prior cancer who were first time users of ranitidine who filled at least two or more ranitidine prescriptions between 1996 and 2008 and, also two comparison cohorts were patients who filled at least two or more other acid suppressive medications prescriptions (PPI or other H2RAs), who were first time users of such medications during the study period. This study had a robust sample size with 31,393 ranitidine, 65,384 other H2RA, and 509,849 PPI users identified.

The study did a separate analysis for patient who filled five and 10 prescriptions of study drug, rather than two prescriptions and inclusion and exclusion criteria and set the index date to the 5th and 10th prescription.

Ranitidine users were found to have a statistically significant increased risk for bladder cancer compared with PPI users, the weighted HR of 1.24, 95% CI 1.04-1.48.  Compared to other H2RA users, ranitidine users had an increased risk of bladder cancer with HR of 1.11, 95% CI 0.95-1.29. When ranitidine use was limited to patients with at least 5 or 10 ranitidine prescriptions, the hazard ratios fell below 1.0, indicating no increased risk. The study also looked at kidney cancer and did not find any increased risk between ranitidine users compared to PPI or other H2RA users. This  large cohort study had a long median follow-up period and virtually complete follow-up  The study authors noted a number of limitations,  including that it did not consider use of OTC ranitidine and the other medications studied, and failed to control for smoking, a major risk factor for bladder cancer, and other lifestyle factors.

*Tan et al. (2018)*

This study[cxcviii] is a nested case-controlled study evaluating the link between use of acid-suppressive medications, H2RAs and PPIs, and esophageal adenocarcinoma. The cohort was identified between 2004-2009 from the Veterans Affairs Corporate Data Warehouse (CA CDW) and consisted of US male veterans with Barrett's esophagus. Barrett's oesophagus diagnosis was based on ICD code and at least one endoscopy within 1 year of diagnosis. Patients with prior gastroesophageal cancer or resection, or anti-reflux or bariatric surgery within 5 years from Barrett's esophagus index date (i.e., the initial date the ICD code was added to the records) were excluded. From the Barrett's oesophagus cohort, cases of esophageal adenocarcinoma were determined based on ICD code for oesophageal or gastric cancer through September 30, 2011, and then limited to cases with OAC verified in endoscopy and histopathology. Controls were selected as men without esophageal or gastric neoplasia.

158

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

From a cohort of 29,536 patients with Barrett's esophagus, 300 esophageal adenocarcinoma cases were matched to 798 controls. Acid suppressant drug exposure, including H2RA use, was calculated from prescription records from 1 year prior to Barrett's esophagus diagnosis (to take into account that this can be an asymptomatic disease) until up to 3 months prior to esophageal adenocarcinoma index date.  Usage of acid suppressive medications, that included numerous PPIs and H2RAs, was calculated based on the sum of duration for prescriptions, not considering gaps or overlaps. Analyses were performed using Defined daily dose (DDD) to obtain the mean dosage per day, which were calculated by dividing the cumulative daily dose of all prescriptions by the total duration of medication use.  Association of duration of PPI and H2RA use (no use, <6 moths, 6-17.9 months, ≥18 months) and dosage for PPIs and ranitidine DDD and Barrett's progression risk to esophageal adenocarcinoma was examined.

Compared to non-ranitidine users, lower DDD of ranitidine was associated with an increased risk of esophageal adenocarcinoma.  For all users the OR was 0.71, 95%CI 0.5 – 1.00.  Within dose groups, DDD of ≤ 150 mg ranitidine had an OR 3.00, 95% CI 1.84-4.90. Whereas, higher DDD of ranitidine was associated with an inverse association with esophageal adenocarcinoma, with DDD of > 150 mg, with OR 0.17, 95% CI 0.09-0.32, compared with no ranitidine use.

The key strength of this study was that the large number of esophageal adenocarcinoma cases with known Barrett's esophagus and the adjustment for multiple confounders.  This study authors noted a number of potential limitations, including the study only included male veterans, and thus, the study may have limited external validity; however, Barrett's oesophagus and OAC are predominantly diseases of older-age men, which was the population in this study. It is possible that misclassification of exposure to PPIs, H2RAs, NSAIDs, or aspirin occurred because these medications are available over the counter and the study only based medication use on VA prescription data.  Ranitidine users were compared with non-ranitidine users who may have received other acid suppressive medications.

*Tran et al. (2018).*

In this paper[cxcix], data from the two databases (PCCIUR and UK Biobank) examined in several other analyses reported here were used to assess the association of liver cancer with use of PPIs and H2RAs.  The PCCIU database matched 434 liver cancer cases to 2,103 controls and allowed for access to up to 18 years of prescription and medical records. 182 of 475,768 participants developed liver cancer in the UK biobank in a follow up period of 8 years, but only assessed exposure to acid suppressants at baseline. Doses of the two drug classes were listed by both prescription numbers and DDDs but ranitidine dose specifically was not reported in DDDs.  No association with overall use of H2RAs was reported.  In the PCCIUR database, there was an increased odds ratio for liver cancer in ranitidine users vs. non users was observed when fully adjusted for numerous factors including certain comorbidities, alcohol and smoking: 1.41 (95% confidence intervals 0.91 - 2.15, P = 0.110) but this was not statistically significant.  In the UK Biobank, the adjusted odds ratio for any liver cancer in ranitidine users was 1.82 (95% confidence interval 0.87-3.79, P = 0.11).  The failure to report use of ranitidine specifically, as

159

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

opposed to all H2RAs, by DDDs and using only prescription number for this analysis reduces the power to see an effect and limits examination of the dose-response.  Furthermore, the lack of data regarding over-the-counter usage of ranitidine and the lack of follow up regarding use of acid-suppressants after the baseline assessment for the UK Biobank may have resulted in misclassification of participant exposure to ranitidine and potentially weakened the calculated odds ratio and its significance. The observation of an effect with ranitidine only, as opposed to the lack of association with all H2RAs in a more rigorous analysis using the DDDs as the dose measure, indicates that the observed effect may have been due to a ranitidine-specific effect and not linked only to the symptoms which H2RAs are used to treat.

*Yoon et al. (2021)*

This is a population-based cohort study[cc] using a database in South Korea.  The authors looked at cancers at various sites associated with use of ranitidine and famotidine, an H2RA with no NDMA contamination.  Doses were reported in mg of drug and DDD: users of either drug in the two years preceding the observation period were excluded.  Hazard ratios were reported for the relative risks of cancers between ranitidine and famotidine users.  No significant differences were observed at any site, although bladder cancer showed a noticeable but non-significant increase in hazard ratio of 1.41 (95% confidence intervals 0.88–2.24).  Modestly increased hazard ratios were also observed for biliary (1.22, 95% CI 0.75–2.00), stomach (1.06, 95% CI 0.86–1.31), uterine (1.15, 95% CI 0.58–2.28) and thyroid cancer (1.07, 95% CI 0.75–1.54), but these were also non-significant.  Interpretation of these findings is complicated in that hazard ratios were only reported between users of ranitidine and users of famotidine rather than providing comparison with a non-treated control group.  However, this approach does provide indication that the effects seen are specifically associated with ranitidine exposure rather than related to underlying gastric symptoms, since both ranitidine and famotidine were prescribed for such conditions. Exposure duration was limited: less than 2 years on average and up to 3 years for some subjects, so the power to detect an effect in this study was limited.  This study did not analyze dose response. The follow-up period was also limited to 7 years, as a result of which it is likely that the study underestimated the cancer risk.  Additionally, the study did not provide information regarding non-prescription use which could have lead to misclassification, especially if the famotidine group included OTC users of ranitidine.

## Relationship between NDMA carcinogenicity and ranitidine exposure

It has been found that ranitidine forms NDMA as a result of degradation of the active ingredient in formulated medicines.[cci]  It has also been reported that ranitidine reacts in the stomach to form NDMA[xxxviii], although this has been questioned.[ccii]  As a result of these findings FDA announced the withdrawal of ranitidine-based medications in April 2020.  The basis for this decision was summarized in the statement accompanying the FDA announcement[xxxv].  The finding of NDMA as a breakdown product was cited, along with the evaluation of IARC as to the carcinogenicity and genotoxicity of NDMA.  NDMA content of ranitidine-containing formulated drugs appears to vary considerably, but all samples tested by GSK had NDMA[cciii].

160

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

At the time of this announcement there were very few epidemiological studies of ranitidine use in relation to cancer, but the increasing concern over NDMA exposure as a result of ranitidine use has prompted the undertaking of a number of studies in the last few years.  These generally suffer from weaknesses to extrapolate and quantify dose-response, not least of which is relatively short duration of exposure and follow-up, which is inevitable given the short time available.  Several of the studies relied on existing databases of cancer cases and matching control subjects.  This approach is helpful in identifying cases but suffers from the problem of identifying actual use of ranitidine, which was generally obtained retrospectively from medical records or by questionnaire.  The amount of ranitidine taken by study subjects was often quantified only by number of prescriptions, which does not actually specify how much (by mass) of the drug was prescribed.  It also does not include an assessment of how much of the prescribed drug was actually taken.  A few studies used an improved method of dose assessment recommended by the WHO which uses the DDD as a unit of intake, which can also be used to compare doses of other drugs with related treatment targets of effect.  WHO defines the DDD in terms of mg of drug per daily dose for each drug of interest.  This has been useful in comparing the effect of ranitidine with other H2RA drugs and drugs used to treat gastric hypersecretion by other mechanisms (the PPI drugs).

The only study among those described above which used the DDD as a quantitative dose measure and found statistically significant cancer incidence associated with this use of ranitidine is that by Cardwell et al. [clxxviii] which found increased odds ratios for bladder cancer.  A dose-response curve for ranitidine exposure was somewhat irregular, probably due to difficulties in determining both dose rate and timing from the data presented.  However, it does show that higher and longer use of ranitidine is associated with increased bladder cancer incidence.  Even though the precise levels of NDMA were not known, I believe to a reasonably degree of scientific certainty that this increased cancer incidence is NDMA related in view of the various studies of NDMA formation from ranitidine both endogenously and exogenously.

Although the extent to which the epidemiological data on ranitidine can be interpreted quantitatively is limited, a pattern of tumors observed in these studies is consistent with tumor sites seen for dietary and occupational studies of NDMA exposure.  Although a considerable proportion of these findings are not statistically significant as individual observations, the pattern shown here across multiple studies is supportive of a general similarity in the effects of NDMA measured alone and NDMA-containing ranitidine.  They are also consistent with the effects seen in rodent studies of NDMA carcinogenicity.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Nitrosation and mutagenicity studies of ranitidine.

Reports of the formation of alkyl nitrosamines by reaction of nitrite with various drugs, most notably aminopyrine, appeared in the 1970s[cciv].  In response, a protocol was developed by the WHO to test for formation of mutagenic products by reaction of drugs with nitrite, and this was a recommended test for drug candidates with chemical features (such as secondary amine groups) which might be susceptible to this reaction.  Since ranitidine has these features in its chemical structure, nitrosation studies and related investigations were required for regulatory purposes.  Initial studies of possible mutagenic products from reaction of ranitidine (referred to as AH 19065 in the reports) with nitrite were conducted by GSK starting in 1979, using the WHO protocol and modifications thereof.[ccv,ccvi]  This involved incubation of ranitidine (50 or 200 µg/ml) with sodium nitrite, followed by mutagenicity using the Ames test.  This investigation was initially distinct from the later concerns about NDMA as a degradation product of ranitidine.  At this earlier stage, the mutagenic products which GSK's investigators sought to identify were nitrosated products of larger portions of the ranitidine structure.

Variations in parameters of the standard criteria for *in vitro* nitrosation testing recommended by the WHO were examined to determine their modifying effect on mutagenicity.   Specifically, these were:

1. The effect of decreasing nitrite concentrations from 40 mM (2700 µg /ml) to 0.15 mM (10 µg /ml).
2. The effect of 30 mM hydrochloric Acid (pH 3) instead of the dilute acetic acid (6%), which was used in the original publications[cciv].
3. The effect of increasing the reaction time from one to four hours.

The reaction temperature for all the above experiments was kept constant at 37°C.

The Ames test, a standard *in vitro* reverse mutation assay using mutated *Salmonella* bacteria, was used to detect mutagenic activity in the reaction products.  The strains utilized were *S. typhimurium* TA 1535, which detects base-change effects, and *S. typhimurium* TA 1537, which detects frameshift effects.  The test strain TA 1535 is very sensitive to mutagenesis by nitrosamines.  Also examined for mutagenic activity were furane methanol – "AH 18961" and "oxime" – "AH22888", possible breakdown products of ranitidine, and C-nitrosoranitidine and a model C-nitroso compound, considered possible nitrosation products of ranitidine.  Further Ames Tests were carried out using an Aroclor-induced S9-metabolizing system and test strains S. typhimurium TA 1535, TA1537 and TA98.  A fluctuation test (an array-based test using similar microbial test strains to the standard Ames test)[ccvii] was also used for some samples.

In this report, GSK provided further information on their studies of ranitidine nitrosation using the WHO nitrosation protocol.  The results were similar to those described in the 1979 reports, but with additional information on reaction products.  They were tested in the Ames plate incorporation and fluctuation assays using to following test substances:

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

1. Ranitidine
2. N'-[2-[[[ Dimethylamino)methyl]-2-furanyl]methyl]thio]ethyl]-2-(hydroxyimino) N-methyl-2-nitroethanimidamide - "AH 3720"
3. 5-[(Dimethylamino)methyl-2-furanemethanol – "AH 18961"
4. 5,6-Dihydro-3-(methylamino)-2H-1,4-thiazin-2-one oxime – "AH22888"
5. N'-[2-[[[5-[(Dimethylamino)methyl]-2-furanyl]methyl]thio]ethyl]-2-(hydroxyimino)N-methyl-2-nitroethanimidamide – "AH 23729"

Tests on AH 18961 and AH22888 were also described in the earlier (1979) reports.  AH 23729 is formed by nitrosation of nitrolic acid AH 23720 in the presence of excess nitrous acid.  None of the nitrosation products was mutagenic in any of the tests except AH 23729, which was mutagenic in S. typhimurium TA 1535.  That compound is highly reactive and is considered by the authors to be responsible for the mutagenic action seen in these studies of ranitidine nitrosation.

AH 22022X was a compound received from outside suppliers which was used in the production of ranitidine (AH 19065).  It had been found to have frameshift mutagenic activity due to the presence of an impurity.  Subsequent to this finding it was shown[ccviii] that this impurity could be removed by recrystallization of AH22022X from solution in toluene with the presence of charcoal.  When purified in this way, AH 22022X was non-mutagenic.  However, efforts to identify the chemical structure of the mutagenic impurity were unsuccessful.

Further analyses of the chemical products of ranitidine nitrosation under the WHO conditions, using radiolabelled ranitidine were reported in a later document.[ccix]  $^{14}$C ranitidine (10 mM) was incubated with sodium nitrite (40 mM, 20 mM and 10 mM) and 6% acetic acid at 37°C for 1 hour and the products formed were identified using thin layer chromatography (TLC).  The major radioactive components at each nitrite concentration are C-nitrosoranitidine and AH22888 ("oxime").  No unchanged drug was detected.  The position of the radiolabel in $^{14}$C ranitidine meant that any AH18961 ("furanemethanol") formed would be non-radioactive and hence not detected.  The amounts of C-nitrosoranitidine and AH22888 were similar at each nitrite concentration.  Previous mutagenicity studies had shown mutagenesis only after reaction of ranitidine with 40 mM nitrite.  This finding, and studies of individual chemical reaction products, indicate that C-nitrosoranitidine and AH22888 are not the cause of mutagenicity described in the nitrosation reaction product mixture.  However, the TLC plate, when used to expose photographic film to demonstrate radioactivity, showed a minor component whose intensity increases with increasing nitrite concentration.  The position of this component on the TLC plate corresponds to that expected for dinitrosated ranitidine - AH23729.  When this compound was assayed in bacterial mutagenicity tests it was found to be a powerful mutagen.  Its greater formation at high nitrite concentrations is consistent with the positive mutagenicity finding only for the reaction product mixture at 40 mM nitrite.  Thus, the eventual conclusion of the various studies on ranitidine nitrosation in the WHO test system was

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

that the minor product dinitrosated ranitidine - AH23729 was responsible for the observed mutagenicity.

In this report the authors also looked for possible formation of AH23729 in an incubation mixture with human gastric juice.  They failed to find any of this compound, which they attributed to the pH of the gastric juice (pH 1.1) and low nitrite concentrations.  It was already clear that the conditions of the WHO assay (which was designed to identify the possibility of drug nitrosation reactions) are not necessarily representative of the actual conditions in the human stomach.  On the other hand, their standard (fasting) gastric samples do not represent the possible range of stomach fluid composition.

The pH of gastric secretions is known to vary widely between individuals, with gastrointestinal health, diet and also, notably, with use of gastric acid suppressing drugs such as H2RAs (including ranitidine) and PPIs.  The authors made statements such as "consequently in gastric juice (pH 1: 1) no N-nitrosation took place whereas in 6% acetic acid (pH 3.0) AH23729 was formed but only at nitrite concentrations above 1 mM".  What they mean (and state elsewhere) is that they were unable to detect the reactions under certain conditions – chemical reaction theory implies that these equilibrium reactions are possible at some level but that the equilibrium levels (and rate of formation in some cases) are strongly influenced (but not reduced to zero) by factors such as pH and other reactant concentrations.  In any case, the authors argued that it is unlikely that the formation of dinitrosated ranitidine - AH23729 is a major mutagenic process in the stomach of ranitidine users.  None of this discussion has any bearing on the finding of low levels of mutagenic activity in *S. typhimurium* TA 1535 and *E. coli* WP67 at high concentrations, which the GSK investigators attributed to an unidentified impurity (a "weak alkylating agent").

An additional report appeared in 1980 which provided further details of studies with AH23729 (dinitroso-ranitidine).[ccx]  This compound is a direct acting bacterial mutagen.  The majority of the data were derived using the standard Ames test protocol with incorporation of the test substance in agar.  Metabolic activation was not required for activity.  The sensitive strain is *S. typhimurium* TA 1535, which responds to base-substitution mutations resulting from DNA alkylation.  The mutagenic activity was described as quantitatively similar to nitrosocimetidine, but considerably less than that of the structural analogue of AH23729, N-methyl, N-nitro-N nitrosoguanidine.

The nitrosation of secondary and tertiary amines is catalyzed by thiocyanate. (Boyland and Walker 1974)[ccxi].  Since thiocyanate is secreted in the saliva, such catalysis could occur in the stomach.  Experiments to address this possibility were undertaken using the WHO test protocol with ranitidine as described previously.  In 6% Acetic Acid, 3mM potassium thiocyanate did not significantly reduce the level of nitrite required for effective nitrosation of 40mM ranitidine to AH 23729X. The only significant result was obtained using 40mM nitrite, and this was similar to the earlier results obtained in the absence of thiocyanate. However, Boyland and Walker (1974) report that the catalytic effect of thiocyanate shifts the optimum pH for nitrosation of

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

secondary amines to a lower pH.  Experiments on ranitidine nitrosation were therefore carried out using 50mM hydrochloric acid (pH 1.6).  At the lower pH, thiocyanate did have a catalytic effect on the nitrosation process, as shown by the detection of significant mutagenic activity at nitrite concentrations as low as 7.5mM (500µg/ml).  This implies that increased AH 23729X production occurred at these lower nitrite concentrations as a result of thiocyanate catalysis.

Experiments were carried out to determine the effect of ascorbic acid on dinitrosoranitidine formation in the standard WHO test.  Initially, 40mM ranitidine and 40mM sodium nitrite were used aerobically in 6% Acetic Acid, in the presence of 0, 5, 10, 20 and 40mM ascorbic acid.  In subsequent experiments, increased ascorbic acid concentrations of 40 and 60mM were used, and the effect of 60mM ascorbic acid on the formation of dinitrosoranitidine within human gastric juice was also ascertained.  The effect of 60mM ascorbic acid on the nitrosation of 10mM ranitidine was also examined under anaerobic conditions.  The formation of AH 23729X under aerobic conditions with excess nitrite is enhanced by ascorbic acid.  This is believed to exert its effect through the generation of the oxides of nitrogen (which are more potent nitrosating compounds) from the ascorbic acid interaction with oxygen.  This possibility was confirmed by the observation that 60mM ascorbic acid inhibited the formation of AH 23729X under anaerobic conditions.

Vitamin E (α-tocopherol,) on the other hand, was found to be an efficient inhibitor of the nitrosation process.  An approximate concentration of 60mM α-tocopherol totally inhibited dinitroso-formation when 10 and 20mM ranitidine were used, although it was less effective when 40mM ranitidine was used.  It is probable that α-tocopherol reduces nitrite to nitric oxide, with the concomitant formation of α-tocopherolquinone.

The formation of AH 23729X appeared to depend on the nature of the acidifying agent.  In human gastric juice, no significant mutagenic activity was detected with 10 mM ranitidine; and nitrite levels up to 40 mM.

Mutagenicity assays were performed on urine and gastric juice samples obtained from volunteers dosed with 150 mg ranitidine, using the standard agar-incorporation assay and the microtitre fluctuation test. No mutagenic activity was detected.  Since any levels of dinitrosoranitidine present may have been below the limits of sensitivity of the microbial tests, gastric juice and urine samples were extracted using XAD-2 resin, to concentrate any dinitrosoranitidine present.  No significant mutagenic activity for *S. typhimurium* TA 1535, could be detected in either gastric juice or urine samples concentrated in this way.

These investigations were based on the assumption (to some extent built in to the WHO testing protocol) that the nitrosation products of concern were nitroso derivatives of the whole drug molecule or at least a large portion of it.  It does not appear that this type of derivative is a substantial product in the case of nitrosamine.  On the other hand, there have also been reports[ccxii, ccxiii] that smaller molecules such as NDMA can be formed under this type of

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

nitrosation conditions.  The previously described investigations were not designed to find NDMA.

In 1982 GSK reported an investigation[ccxiv] of whether NDMA was formed when nitrite reacted with ranitidine.  Ranitidine hydrochloride was incubated with sodium nitrite in 6% acetic acid or in gastric juice (pH 3), for four hours at 37°C.  Control incubations, with no drug, were carried out with each experiment.  In the incubations in 6% acetic acid, ranitidine concentrations of 1 mM, 10 mM and 40 mM were used, and nitrite concentrations were 0.3 mM and 40 mM.  In gastric juice an incubation with 1 mM ranitidine and 0.3 mM nitrite was performed.  The authors considered that these concentrations simulated those of drug and nitrite in the human stomach after oral administration of 150mg ranitidine and ingestion of a nitrite rich meal.  The reaction mixtures were analyzed by solvent extraction and gas chromatography/mass spectrometry.  This is a technique combination suitable for volatile materials such as NDMA, as opposed to the TLC method used previously, where any volatile materials would have been lost to the air and not detected.

When ranitidine (10 ml volume, 10mM) was incubated with sodium nitrite (40mM) under the conditions of the WHO test, 232μg NDMA were formed (corrected for 62% recovery), equivalent to 3.1% yield based on ranitidine.  Identity of the NDMA was confirmed by examination of the mass spectrometry ion spectrum.  A similar amount of NDMA, 219 μg, was formed when the ranitidine concentration was raised to that of nitrite (40mM).  When ranitidine (1mM) and nitrite (0 .3 mM) were incubated either in gastric juice pH3 or in acetic acid, analyses of the extracts gave a low intensity signal like that observed in extract of control gastric juice incubated without drug.  The significance of this is unclear and probably implies insufficient sensitivity to provide a clear result, although the pH dependence of nitrosation reactions shown earlier may be a factor here.

Additionally, as discussed in my Report in the mutagenicity of ranitidine section, in 1982, Smith, Kline & French also used the WHO NAP Assay on nitrosation and found that ranitidine with sodium nitrite yielded hundreds to several hundreds of thousands of nanograms of NDMA.

GSK concluded decades ago that ranitidine exhibits weak genotoxic activity *in vitro* based on its internal testing.[ccxv.] GSK's studies demonstrate that ranitidine is mutagenic when exposed to increasing levels of nitrite.  The testing also confirmed the findings in published literature that Vitamin E could be used to inhibit the nitrosation potential of ranitidine when combined with nitrite.

Multiple GSK tests have demonstrated that ranitidine is mutagenic when levels of nitrite used are increased. In *in vitro* tests, for example, GSK PATH 79/234, GSK subjected ranitidine to the WHO nitrosation test, which yielded a mutagenic product in a strain of non-activated *S. typhimurim*.[ccxvi] The generation of the mutagenic species was strongly dependent on nitrite concentration, drug concentration, and the nature of the acidifying agent. Significant mutagenicity was seen when higher concentrations of sodium nitrite were used, 40 mMol (2.7

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

mg/ml), and combined with 10mMol and 40 mMol of ranitidine.  The mutagenic effect was not seen with a nitrite concentration of 14.8 mMol (1.0 mg/ml).  In PATH/79/220, GSK found that, in the presence of nitrite (40 mM) and 6% Acetic acid, ranitidine undergoes nitrosation to yield mutagenic product(s) towards certain strains of *S. typhimurim*.[ccxvii] After nitrosation, ranitidine was positive against *S. typhimurim* TA 1535 and showed a 5x increase over the control.  In the other strains tested, ranitidine did not show a significant effect.  A dose response was observed against *S. typhimurim* TA 1535 after nitrosation, and liver microsomes (S9-mix) had no activating or deactivating effects relating to mutation.  GSK concluded that ranitidine is broken down after nitrosation into compounds with different mutagenic potentials.

Similar to numerous published studies, GSK's testing confirmed that use of Vitamin E could inhibit the mutagenic effects of ranitidine.  For example, in PATH/80/235, GSK reported that the formation of dinitroso-ranitidine under conditions of excess nitrite is inhibited by the use of Vitamin E.[ccxviii] GSK also found that that dinitroso-ranitidine formation was highly dependent on the nature of the acidifying acid with no significant mutagenic effect seen in human gastric juice with 10 mM ranitidine and nitrite level up to 40 mM.

In a number of studies where GSK found positive mutagenicity results, they discounted the significance.  For example, in PATH/78/171, GSK researchers observed that ranitidine was "weak positive" in a Fluctuation test against *S. typhimurim* and in a retest using the Microtitre system, in studies looking at N-oxide ranitidine with and without metabolic activation, but was negative in most of the test systems in the conditions employed in the tested.[ccxix]  GSK attributed the positive study result to the spontaneous degradation in the ranitidine in storage and concluded that the weak direct mutagenic effect had no clinical significance. *In vitro* testing in Path/80/240 showed "weak positive results" for ranitidine against *S. Typhimurim T*A1353 in the absence of S9-mix and against *E. Coli* WP69 in the presence of S9-mix.[ccxx] Retesting with a new batch produced negative results up to 30 mg/plate on *S. Typhimurim* TA1535, and on *S. Typhimurim* TA100 and E. *coli* WP67. At a higher dose 30mg/plate with S9-mix and 9 mg/plate without S9-mix, however, tests were positive on *E. coli* WP67.  GSK concluded that the mutagenic activity was due to the compound itself and not to mutagenic impurities.  GSK discounted the statistically significant results obtained with the 9000 μg/plate, reporting that the results had no biological relevance.

GSK's *in vivo* studies of ranitidine were negative for genotoxicity but they did not test for NDMA and did not report the quantity of NDMA content. GSK conducted a cytogenetic study in the spermatogonial cells of mice, report WPT/83/037.[ccxxi]  In this *in vivo* study, mice were given a single dose of ranitidine in oral doses of 100, 300, or 1000mg and researchers saw no elevation in chromosome or chromatid damage compared to control.  In WPT/83/056, GSK researchers observed ranitidine did not induce significant increase in detectable chromosome damage and therefore negative in *in vivo* micronucleus testing.[ccxxii] However, marginally significant increase in the ratio of mature to immature erythrocytes was observed in the 10 mg/kg dose experiment of ranitidine. In WPT/90/065, GSK evaluated ranitidine's genotoxicity, using an *in vivo* rat stomach unscheduled DNA synthesis assay. [ccxxiii] While ranitidine HCl was inactive in the assay at dosing of 30, 100, and 200 mg/k, this result was based on only giving a single oral dose.

<div align="center">167</div>

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

While I have considered the non-clinical testing performed by GSK in the 1980s to evaluate ranitidine's potential mutagenicity, it is significant that GSK's *in vitro* and *in vivo* mutagenicity testing did not test for NDMA or DMA.[ccxxiv]  GSK (with the Tanner Study discussed below), and prior to it, Smith, Kline & French in 1982, conducted a WHO NAP Test for nitrosation that yielded large quantities of NDMA.[ccxxv] In the in vitro simulated gastric fluid WHO NAP study with ranitidine and sodium nitrite, NDMA formed in varying amounts based on the conditions.  With .01M of ranitidine hydrochloride solid (Ref. Standard Batch C267/270.2 prepared by Glaxo) and .04 M of sodium nitrite at pH3 and at 37° C about 1.3% Molar (96,000 ng) of NDMA formed at 1 hour and 3.8% Molar (280,600 ng) of NDMA formed at 24 hours. With the same ratio of ranitidine to sodium nitrite, NDMA still formed with the WHO NAP Nitrosation test conditions. With .01M of ranitidine hydrochloride solution (Commercially available Zantac injection in ampoules, lot P001) and .01 M of sodium nitrite at pH3 and at 37° C about .007% Molar (516 ng) of NDMA formed at 1 hour and .12% Molar (8,800 ng) of NDMA formed at 24 hours.

Table 1

Formation of NDMA from Tertiary Amines (0.01M) and Sodium Nitrite (0.04M) at pH3 and at 37°C

| tertiary amine | Molar % NDMA After | | |
|---|---|---|---|
| | 1 hr. | 4 hr. | 24 hr. |
| SK&F 93391 – Ranitidine (prepared by SK&F) | 1.3 | 2.7 | 3.8 |
| Ranitidine (hydrochloride - solid) | 1.3 | 2.4 | 3.8 |
| Ranitidine (hydrochloride - solid) (repeat) | 1.4 | 2.4 | 3.8 |
| Ranitidine (hydrochloride - solution) (ampoule) | 1.8 | 2.7 | 3.9 |
| Chlorpromazine (hydrochloride) | 0.0007 | 0.005 | 0.03 |
| Chlorpheniramine (maleate salt) | 0 | 0.004 | 0.02 |
| Oxytetracycline (hydrochloride) | 0.8 | 3.3 | 7.9 |

Table 2

Formation of NDMA from Ranitidine (0.01 M) and Sodium Nitrite (0.01 M) at pH 3 and at 37°C

| Form of Ranitidine | Molar % NDMA after | | |
|---|---|---|---|
| | 1 hr. | 4 hr. | 24 hr. |
| Ranitidine Hydrochloride Solution (Ampoule) | 0.007 | 0.04 | 0.12 |

The 1982 Tanner study, discussed in my Report below, and the 1982 Smith, Kline & French study confirm that ranitidine with sodium nitrite at normal human body temperatures and pH yields significant quantities of NDMA at levels that are multiple magnitudes of the acceptable levels.

168

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

This should not really have been a surprise to GSK given experimental work that they had conducted in or around 1980. I reviewed the report titled "The Reaction Between Ranitidine and Nitrous Acid: The Mutagenic Potential of the Reaction Products" (GSKZAN0000087455-GSKZAN0000087480). The Report states in its summary conclusions that ranitidine reacts rapidly with nitrous acid under weakly acid conditions to yield a nitrolic acid (AH 23720) by a process which involves nitrosation of the terminal carbon atom of the longer side chain of the drug.  With the addition of excess nitrous acid, nitrolic acid reacts to form nitroso-nitrolic acid (AH 23729). Nitroso-nitrolic acid is unstable unless in the presence of nitrous acid. It will otherwise rapidly revert to nitrolic acid when dissolved in water or exposed to ranitidine in aqueous solution.  In aqueous acid, nitrolic acid is unstable and decomposes to yield furfuryl alcohol (AH 18961), and a known compound, dihydrothiazine derivative (AH 22888).  AH 22888 and AH 23720 are non-mutagenic in s. typhimurium TA 1535 and TA 1537 in agar-incorporation assay tests (Ames tests). However, AH 23729 was mutagenic in s. typhimurium TA 1535 in the Ames test without activation with microsomal enzymes.  Glaxo researchers indicate that it was not mutagenic when sodium nitrite was reduced to 15mM or less because significant formation of AH 23729 requires excess nitrous acid.  Therefore, Glaxo believed that since AH 23729 could not be formed under any probable physiological conditions and since the other nitrosation products of ranitidine are not mutagenic in micro-organisms there is no reason to suppose that ranitidine will be mutagenic in animals or man as a consequence of in vivo nitrosation.  Glaxo points to the long-term carcinogenicity studies conducted in mice and rats as evidence of this.

During these experiments, Glaxo conducted the WHO NAP test and the Agar Incorporation Assay (Ames test). The metabolic activation was conducted using S9-mix.  The WHO Nap was conducted with 10mM of ranitidine HCl incubated at 37 C with 40 mM sodium nitrite in 6% v/v aqueous acid (pH 2.6) for 1 hour.  The reaction was then terminated by adding an equal volume of saturated aqueous sodium bicarbonate. After neutralization, the mutagenicity of the reaction mixture was determined using the Ames test.  Reaction was investigated at 1 hour and 4 hours and with nitrite that varied between 40 mM and 0.15 mM and with acetic acid (pH 2.6) as well as human gastric acid (pH 1.1), and hydrochloric acid (pH3).  It was observed that it was clearly mutagenic with the addition of nitrite but decreases as the nitrite levels decrease.   The investigators claim that there was no mutagenic effect at 15 mM of sodium nitrite and less nor was there any mutagenic effect when the reaction time was 4 hours.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

D164  B01

Table 2.   The effect of varying the nitrite concentration and incubation time on the mutagenicity of the nitrosation products of ranitidine in a modified NAP test.

(Reaction conditions:   10 mM ranitidine plus variable nitrite in 6% aqueous acetic acid)

| Reaction time at 37°C | sodium nitrite concentration µg/ml (mM) reaction | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2700 µg/ml (40mM) | 1000 µg/ml (15mM) | 500 µg/ml (7.5mM) | 100 µg/ml (1.5 mM) | 10 µg/ml (0.15mM) | Control A | Control B |
| 1 hr | 89.8 ± 10.4 | 58 ± 6.4 | 41 ± 6.8 | 24 ± 5.6 | 23.6 ± 4 | 34 ± 10.8 | 31 ± 3.1 |
| 4 hrs | 33.8 ± 7.79 | 23.6 ± 5.59 | 23.8 ± 3.11 | 22.6 ± 3.21 | 18 ± 4.58 | 19.2±1.84 | 23±2.0 |

Biologically significant results underlined

Control A:       40mM sodium nitrite in 6% aqueous acetic acid

Control B:       0.1M sodium phosphate Buffer pH 7.4

Positive control:   sodium azide (0.75 µg/plate) gave a mean of >500 TA 1535 His+rev/plate

Mutagenicity Publications

In the early 1980s, peer-reviewed publications began to surface in prominent medical and scientific journals, such as *The Lancet*, of experiments demonstrating mutagenic and genotoxic effects of ranitidine.

In 1981, Dr. Silvio De Flora reported the results from unpublished experiments demonstrating ranitidine's mutagenicity in testing in *S. typhimurium* TA100 and TA1535 when preincubated with nitrite in human gastric juice from untreated individuals (60 min at 37°C).[ccxxvi]  Dr. De Flora, in light of his findings, recommended that to avoid nitrosation, individuals taking ranitidine maintain diets low in nitrates and nitrites, avoid taking the drug close to meals, and taking ascorbic acid with ranitidine to inhibit nitrosation and block the formation of mutagenic derivatives.

On behalf of Glaxo Group Research Ltd., Brittain et al. responded to Dr. De Flora in the Lancet, indicating they had looked for mutagenicity in *Salmonella typhimurium* and *Escherichia* coli following the chemical reaction of nitrous acid with ranitidine in fasting human gastric juice (pH 1-2) and concluded that ranitidine was not mutagenic at concentrations up to 600µg/plate. Brittain confirmed that Glaxo experiments found ranitidine to be mutagenic if the concentration of sodium nitrite was increased to 40 mmol/l and a further reaction occurred where an N-nitroso nitrolic acid derivative was formed from non-mutagenic nitrolic acid derivative. The N-nitroso nitrolic acid derivative was mutagenic at concentrations of 30 µg/plate and toxic at 700µg/plate in strain TA1535 of *Salmonella typhimurium*.[ccxxvii] The GSK researchers questioned whether the amounts of sodium nitrite used in Dr. De Flora's studies were physiologically plausible in humans.

Shortly afterwards, another study published by Dr. De Flora and colleagues reported on the genotoxicity of nitrosated ranitidine based on the results of bacterial model tests.[ccxxviii] Here, ranitidine, when combined with nitrite, was positive for mutagenicity when adjusted to pH 2-3 in

170

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

multiple bacterial strains.  The study reported the pH level of 2-3 was optimal for mutagenic derivatives to form and the optimal nitrite to ranitidine ratio was a molar excess of 10 to 20-fold of nitrite over ranitidine.  Though some genotoxic products formed even when a lower nitrite ratio to ranitidine was used.  The authors also noted that human liver S-9 fractions displayed the most potent metabolic effects.  The formation of mutagenic derivatives was inhibited in a dose-related manner when ascorbic acid was mixed with ranitidine before the nitrite was added.  De Flora also conducted mutagenicity experiments with gastric juice samples from individuals who were given ranitidine 2 hours before collection which did not demonstrate significant mutagenic increases in S. typhimurium test strains with or without S-9 mix, at 0.1-0.5 ml/plate. However, in some assays, there was a "slight increase of revertants or the appearance of toxic effects" following preincubation with nitrite (1-5 mg in 0.5 ml gastric juice) when testing the ranitidine-treated human gastric juice samples in strains TA1535 and TA100 with S-9 mix, especially if carried out at 4°C rather than 37°C. However, De Flora cautioned that these effects did not lead to any "convincing conclusion."

In 1983, Brambilla et al., oral administration of high doses of ranitidine and $NaNO_2$ (sodium nitrite) were shown to produce DNA fragmentation in the liver or in gastric mucosa in rats, dependent on gastric pH (lowered from 5.5 to 2–3) and the molar ratio drug/nitrite used (when ratio was 1:1:16 or 1:23).[ccxxix]  Similar to Dr. De Flora et al., (1983), Brambilla showed that ascorbic acid reduces ranitidine's mutagenicity.  Here, the authors reported a reduction of damage to gastric DNA when doses of ranitidine were administrated simultaneously with ascorbic acid.

That same year, Maura, et al., reported the results of testing that showed that ranitidine causes DNA damage in mammalian cells in acidic conditions with excess sodium nitrite.[ccxxx]  In this study, N-nitroso-N-methylurea (MNU), a compound used to induce tumors in animal studies, was used as the control.  According to the findings, nitrosated ranitidine produced the same level of DNA damage as MNU.  The authors highlighted that NDMA formation from ranitidine is expected based on ranitidine's chemical structure, noting: "[b]ecause of the presence in ranitidine molecule of a dimethylamino group, in analogy with the nitrosation pattern of other tertiary amines DMN [NDMA] formation should be also expected."

Additionally in 1983, Martelli et al., performed a study combining ranitidine HCI with NaNO2 (1:4 ratio) and adjusting the pH level to 3.3-3.7.[ccxxxi]  In this case, nitrosated dimethylamine (DMA), used as the control, formed NDMA. The authors observed that nitrosated ranitidine was more potent than NDMA alone in inducing unscheduled DNA synthesis, ranitidine combined with nitrite elicited a dose-dependent DNA repair.  Ranitidine-induced DNA damage absent the addition of nitrite was also reported in one experiment demonstrating that ranitidine alone was genotoxic. By 1990 standards, additional experiments also would have been viewed as positive for genotoxic effect of ranitidine.

Mutagenicity studies in humans have also been reported with ranitidine.  In 1987, for example, O'Connor et al., examined the effect of H2RA therapy on the mutagenic activity of fasting gastric juice in 18 individual patients with peptic ulcers.[ccxxxii]  The authors found no significant change in mutagenic activity after ranitidine therapy; although, in the undiluted gastric juice sample, 7 of

171

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

10 patients who took ranitidine had mutagenic samples prior to therapy and 9 after therapy. The authors noted the possibility of transient changes in mutagenicity in the hours immediately following ingestion of ranitidine.

Mutagenic results for ranitidine were observed again in 1989. Franekic et al., examined the ability of ranitidine to react with nitrite and form nitroso derivatives which were mutagenic and demonstrated recombinogenic potency in bacteria and yeast.[ccxxxiii] The authors observed the formation of a mutagenic derivative in both *S. typhimurium* strains tested using an acidic mixture of ranitidine and nitrite. The authors also reported a 5-times increase of mutation frequencies obtained by nitrosation products of ranitidine over that of the control.

These studies from the 1980s show the potential for ranitidine to cause DNA damage and fragmentation when exposed to sufficient sodium nitrite and decreased pH. Moreover, ranitidine alone was weakly positive in genotoxicity testing (Martelli). To reduce the potential for nitrosation, numerous authors recommended the use of ascorbic acid taken with ranitidine to inhibit ranitidine's potential mutagenicity.

## GSK Carcinogenicity Studies

I have also reviewed the three life-time studies in mice and rats, and the related appendices, that GSK conducted to assess the carcinogenic potential of ranitidine, CAR 009, CAR 010, and AH88-801075. The studies suffer from significant limitations and design flaws, including using a polymorphic form of ranitidine that was never marketed or used by consumers, higher levels of Vitamin E used in the rodent diets that inhibit nitrosation, and flaws in design and methods like inadequate dosing that required GSK to do another study. Despite these limitations, a statistically significant increase in pulmonary tumors was observed in female mice. In addition, 5 other tumors, which are rare in the C57BL/10ScSn inbred strain of pigmented mice, were found (malignant rhabdomyosarcoma). Four in the treated groups and one in the control. The investigators described this as interesting but of no toxicological significance. Malignant liver cell tumors were found in 3 male rats in intermediate dose treatment group 3 with none in the controls or other groups. In female rats, there was 1 rat with malignant liver tumors in the high dose group and none in the controls. Glaxo did not discuss these findings in the body of the report. They were contained in the tables and therefore, I cannot ascertain the investigators analysis of these findings, if one was conducted. However, malignant liver tumors have also been found in studies assessing the effect of NDMA on Sprague Dawley rats.[cxxvi]

## Metabolism and pharmacokinetic studies of ranitidine

Ranitidine metabolism in humans had been the subject of some earlier studies[ccxxxiv], [ccxxxv]. In 1985, GSK undertook a study[ccxxxvi] to further investigate the metabolism of ranitidine in humans, using radiolabelled ($^3$H) ranitidine. There were four male subjects in this study: two received ranitidine orally and two intravenously. The dose consisted of 150 mg of ranitidine hydrochloride (75 mg [$^1$H] ranitidine and 75 mg of [$^2$H] ranitidine) and 50 μCi [$^3$H] ranitidine. After dosing, blood samples were taken up to 8 hours; urine and feces were collected up to 120

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

hours.  Total radioactivity was measured in plasma, urine and feces.  Unchanged ranitidine was measured in plasma by radioimmunoassay.  Ranitidine and its metabolites were measured in urine by high performance liquid chromatography and thin layer chromatography, with quantitation of radioactivity by scintillation counting.

The majority of the dose was rapidly excreted in urine: following intravenous dosing 92 -93% was recovered in the urine, out of 97 - 98% of the total dose recovered.  Earlier studies had identified the N-oxide, S-oxide and desmethyl metabolites of ranitidine, and this study additionally identified a furoic acid metabolite which had not previously been identified from humans.  The identity of this metabolite was confirmed by gas chromatography/mass spectrometry.  The analytical techniques used to identify and quantify these metabolites, especially the TLC method, appear to have been specifically adapted to find these relatively high molecular weight metabolites, and apart from the measurement of $^3$H released as water (from oxidation of the $^3$H-ranitidine) would most likely not have identified low molecular weight or volatile metabolites had these been present.

Ranitidine Metabolism

The Zantac Prescribing Information provides that Zantac (ranitidine) is 50% absorbed after oral administration.[ccxxxvii] Whereas an IV injection will have mean peak levels of 440 to 545 ng/mL which occur 2-3 hours after a 150-mg dose.  The syrup and EFFER dose formulations are bioequivalent to the tablets.  When ranitidine is metabolized, several metabolites form including N-oxide (principal metabolite at <4% of the dose), S-oxide (1%), the desmethyl ranitidine (1%) and furoic acid.  The remaining administered dose is found in the stool.  Ranitidine is excreted in the urine where 30% is excreted unchanged from an oral dose.  Renal clearance is approximately 410 mL/min which indicates active tubular excretion.  Ranitidine's half-life is 2.5-3 hours.

GSK subsequently (in 2020) undertook several studies of the metabolism and pharmacokinetics of ranitidine in rodents and humans, which were designed to provide further information of the distribution of ranitidine in the body and to address questions of possible formation of NDMA or similar metabolites.  The following descriptions show the design and results of these studies.

Binding of ranitidine to plasma proteins was investigated[ccxxxviii] *in vitro* using pooled plasma from male Sprague-Dawley rats and plasma from male human donors.  Equilibrium dialysis was performed at ranitidine concentrations of 50, 500 and 5000 ng/mL.  Equilibration times of eight hours were found to be sufficient to establish equilibrium, and the ranitidine was stable over this period in plasma.  The plasma protein binding of ranitidine was considered low: the mean % bound of ranitidine in rat plasma was 4.59% at 50 ng/mL, 2.21% at 500 ng/mL and 2.79% at 5000 ng/mL.  The mean % ranitidine bound in plasma of three human donors was 16.8% bound at 50ng/mL, 8.19% bound at 500 ng/mL, and 10.7% bound at 5000 ng/mL.  There was no clear concentration dependence in plasma protein.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

In this report the association of ranitidine with blood cells *in vitro* was also investigated.  Pooled blood from male Spague-Dawley rats and blood from three individual male human donors was equilibrated with ranitidine over a 60 minute incubation period.  The mean blood-to-plasma ratio of ranitidine at 50, 500 and 500 ng/mL ranged from 0.908 to 1.06 in rat and from 1.08 to 1.21 in human.  The corresponding mean blood cell association values ranged from 28.4% to 38.7% in rat and from 50.4 to 58.0 in human.  No concentration dependence in blood cell partitioning was observed.

In another report[ccxxxix], the tissue distribution of ranitidine was examined in the male Sprague-Dawley rat.  Ranitidine was infused until a steady state was reached, and its concentration was measured in muscle, skin, adipose tissue, liver, kidney, lung and brain.  Four male Sprague-Dawley rats were administered an intravenous bolus dose followed by a 360-minute intravenous infusion at a target dose of 2 mg/kg of ranitidine HCl.  Plasma samples were collected over the infusion period, and at the end of this period the tissues were collected.  Ranitidine concentrations were measured by LC/MS/MS.  Tissue-to-plasma ratios were determined by dividing the tissue concentrations (corrected for residual plasma contamination) by steady-state plasma concentrations.  Results are shown in the table below.

| Parameter | Rat 1 | Rat 2 | Rat 3 | Rat 4 | Mean | ± SD |
|---|---|---|---|---|---|---|
| Corrected Brain Concentration (ng/mL) | NQ | NQ | NQ | NQ | NC | |
| Brain: Plasma Ratio | NQ | NQ | NQ | NQ | NC | |
| Corrected Kidney Concentration (ng/mL) | 850 | 747 | 1097 | 672 | 841 | ± 186 |
| Kidney: Plasma Ratio | 11.7 | 9.55 | 16 | 10.2 | 11.9 | ± 2.9 |
| Corrected Liver Concentration (ng/mL) | NQ | 158 | 214 | 239 | 204 | ± 42 |
| Liver: Plasma Ratio | NC | 2.02 | 3.13 | 3.61 | 2.92 | ± 0.82 |
| Corrected Lung Concentration (ng/mL) | 384 | 283 | 365 | 282 | 328 | ± 53 |
| Lung: Plasma Ratio | 5.29 | 3.62 | 5.33 | 4.27 | 4.62 | ± 0.83 |
| Corrected Muscle Concentration (ng/mL) | 218 | 204 | 191 | 184 | 199 | ± 15 |
| Muscle: Plasma Ratio | 3 | 2.61 | 2.78 | 2.79 | 2.8 | ± 0.16 |
| Corrected Adipose Concentration (ng/mL)[a] | 46.9 | NQ | NQ | NQ | 46.9 | ± NC |
| Adipose: Plasma Ratio | 0.646 | NQ | NQ | NQ | 0.646 | ± NC |
| Corrected Skin Concentration (ng/mL) | NQ | 95.4 | 64.1 | 78.8 | 79.4 | ± 15.7 |
| Skin: Plasma Ratio | NC | 1.22 | 0.936 | 1.19 | 1.12 | ± 0.16 |

NQ = not quantifiable      NC = not calculable
[a] Not corrected for drug contained in the residual plasma in tissue.  There was no plasma reference found.

The tissue-to-plasma ratio of ranitidine was lowest in adipose tissue and highest in the kidney.  Brain had no quantifiable concentrations.  The muscle tissue-to-plasma ratio was intermediate and similar to the other non-fatty tissues apart from kidney.  Brain had no quantifiable concentrations, so no evidence of possible accumulation in this organ.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

A further report on ranitidine pharmacokinetics[ccxl] produced by GSK in 2020 described the development of physiologically based pharmacokinetic models in the rat and human describing the uptake, distribution, and excretion of ranitidine.  These relied, *inter alia,* on data obtained and reported in the preceding two study reports released in 2020.  Standard model formats were used with measured and adjusted parameter values to suit the ranitidine kinetic data.  By the standards typical for such endeavors, the model was able to adequately predict the observed concentration/time curves for ranitidine uptake and clearance.  This particular exercise does not have any particular implications for the health impacts of ranitidine beyond previously reported experimental and clinical results but is a standard exercise for pharmaceuticals which supports regulatory compliance and assists clinical use including dose selection.  The availability of human models emphasizes the general similarity of ranitidine pharmacokinetics in rodents and humans and allows estimation of values such as tissue concentrations which are experimentally available in rodents but not, for the most part, in humans.

## NDMA presence or formation related to ranitidine treatment.

Suspicions about the potential presence of NDMA in ranitidine formulations, as an impurity or degradation product, and its formation by nitrosation and other degradative reactions in vivo, have been reported in the literature on a number of occasions[xxxv].  An initial report[ccxli] of NDMA formation by nitrosation of ranitidine *in vitro* and elevated levels of NDMA in the urine after ingestion of ranitidine was later withdrawn when NDMA formation was found to be an artefact of the analytical technique used.  Notably, the study used the approved methods for testing in place at the time.  Nonetheless, following its publication in 2016, GSK never conducted a study to evaluate the article's findings and determine the levels of NDMA being generated in vivo due to ingestion of degraded ranitidine, if any.

However, concerns continued[xxxix], and other reports examined NDMA formation in simulated stomach conditions and its presence either as a manufacturing impurity or degradation product in ranitidine formulations.  Braunstein et al., (2021)[xxxviii xxxviii] measured NDMA formation *in vitro* under conditions which they stated were representative of physiological conditions in the stomach with dietary nitrite.  While there were higher levels of sodium nitrite included that would not be representative of a fasting stomach, sodium nitrite levels of 1 mmol/L could easily be reached while consuming a nitrite-rich meal, and per the findings in the Braunstein study a 150 mg cool mint branded ranitidine yielded 947 ng of NDMA at pH 2.5 with 100mL of SGF.  However, Braunstein[xxxviii], a *in vitro* study used conditions which they argued were more representative of physiological conditions in the stomach than those in earlier studies, did not find any NDMA formation from ranitidine.[ccxxxvii]  Additionally, the Gao[ccxlii] study does not reflect real world conditions with relevant nitrite levels, pH or gastric conditions.

A randomized clinical trial with healthy participants, which was performed in a clinical pharmacology unit in Wisconsin by Florian et al., (2021). [ccxliiiccii] This study also looked at the influence of diets.  Each participant received a diet with noncured meats, organic vegetables and fruits and distilled water (the "noncured-meats" diet) for 4 days and then cured meats,

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

conventional vegetables and fruits, and tap water (the "cured-meats diet") for 4 days.  The second diet was designed based on the literature to have higher nitrite, nitrate, and NDMA levels.  Participants received either ranitidine or a placebo.  The amount of ranitidine given to participants was relatively small and not representative of the chronic use ingested by typical real world ranitidine users: a total of four standard doses of ranitidine [300 mg] over a period of 7 days, with two on the cured meat diet and two on the non-cured meat diet.  Several of the participants had no quantifiable NDMA in their urine: this was not correlated with their diet at the time.  There was no statistically significant difference in 24-hour urinary excretion of NDMA between ranitidine and placebo with either diet.  Plasma NDMA and urinary DMA were also measured but did not show differences between ranitidine and placebo treatments.  Although this study was intended to be carefully designed and executed, it was sufficiently powered to show an observed effect.  Moreover, Florian did not consider the effect that dietary concentrations of Vitamin E and Vitamin C would have on the ability for nitrosation to occur in vivo.  The high levels of Vitamin E and Vitamin C in the study diets would inhibit nitrosation occurring with ingestion of ranitidine.  This effect has been proven by GSK's internal studies in the early 80's as well as reflected in the publicly available medical literature as early as 1981.[ccxliv]  Despite this, Florian did find increases in NDMA in the urine and plasma in some ranitidine users.

In addition to these published studies GSK undertook investigations of NDMA for amine formation when this issue became widely reported and questions were asked by regulatory agencies in the US and abroad.  Their 2020 [ccxlv][OBJ] described studies of possible formation of NDMA or its precursors such as dimethylamine in human urine.  In their first experiment, ranitidine (from a batch obtained from Sigma-Aldrich) was used to evaluate potential formation of dimethylamine (DMA) and NDMA in human urine at different pH values and three temperatures: at 37°C, room temperature, and 4°C.  Three pools of human urine were made.  Sodium hydroxide ("two pellets") was added to the first to yield a pH of 9.5.  A second urine pool was unmodified, having a pH of 6.8.  For the third pool of urine, a solution of 1% formic acid in water was used to adjust the pH to pH 5.0.  Three replicates from each urine pool were incubated at room temperature, 4°C, or 37°C for 30 min prior to the addition of ranitidine. Then ranitidine (30 µg/mL) was added and incubation at room temperature, 4°C, and 37°C continued while samples were taken at 0, 1, 2, 4, and 24-hour time points and stored at -20°C.  All samples were analyzed for ranitidine, DMA and NDMA by HPLC/mass spectrometry.  There was no indication of ranitidine degradation or formation of DMA beyond the background level in control urine.  NDMA was observed in all ranitidine-treated samples at a similar concentration (650 pg/mL), but since there was no increase in this level during incubation in urine it was hypothesized that this NDMA was an impurity in the Sigma-Aldrich batch of ranitidine rather than being formed during the experiment.

A second experiment was undertaken with similar methodology but using higher concentrations of ranitidine 40 µg/mL, 80 µg/mL, and 160 µg/mL) and varying amounts of sodium hydroxide: one, two or three pellets producing a pH range between 8.3 and 11.5.  The ranitidine used was from a different batch obtained from Saraca, a GSK ranitidine API supplier.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Again, no decrease in ranitidine or increase in DMA was observed during the experiment.  DMA levels were higher than in the first experiment, but consistent with the background levels in the urine pool used.  In this experiment NDMA levels in samples with one or two pellets of sodium hydroxide were below the limit of detection (50 pg/mL), suggesting that the Saraca/GSK batch of ranitidine had lower (or possibly zero) NDMA content and supporting the hypothesis that the NDMA observed in the first experiment was a pre-existing impurity in the Sigma-Aldrich batch of ranitidine.  In samples that were treated with 3 pellets sodium hydroxide, approximately 150 pg/mL NDMA was observed, but there was no correlation between the levels of NDMA and the concentration of ranitidine.  The source of this NDMA was not identified, but it was hypothesized to be related to breakdown of urinary components at the high pH of these samples.

In a third experiment in this series DMA and NDMA were monitored in human urine samples containing ranitidine at 160 µg/mL (the highest level used in Experiment 2, and 5.33 times the level used in experiment 1) from three different batches (Saraca/GSK, Sigma-Aldrich,and TRC) after storage at ambient conditions for 24 hours in the presence of 3 pellets of sodium hydroxide. In addition, a control human urine sample (with no ranitidine) containing 3 pellets sodium hydroxide was included in this experiment.  Levels of ranitidine, DMA, and NDMA in samples with Saraca/GSK and TRC sourced ranitidine and in control human urine containing 3 pellets sodium hydroxide were comparable (NDMA around 220 pg/mL) and similar to the levels found in Experiment 2.  The levels of NDMA in samples with the Sigma-Aldrich batch of ranitidine were much higher (~3700 µg /mL) than those with the other two batches.  That level is approximately 5.6-fold higher than the levels found in experiment 1, consistent with the 5.33-fold higher level of ranitidine in experiment 3.

Overall, these experiments by GSK suggest that ranitidine is relatively stable in human urine, and formation of NDMA by degradation of ranitidine in this medium was not demonstrated. This does not address NDMA formation *in vivo* by other processes such as nitrosation in gastric fluid or enzymatic degradation in tissues.  The GSK experiments do indicate that some batches of ranitidine contain measurable amounts of NDMA, and that this persists at least in urine (and perhaps therefore in other physiological media).  Speigelhalder et al. (1982) performed a study which confirmed that NDMA will not be found in the urine even if excessive amounts of pure NDMA are given.[ccxlvi]  Additionally, the FDA in its recent Working Group on Nitrosamines raised the difficulty in measuring NDMA in blood or urine due to its rapid metabolism.[ccxlvii]  Recently, other reports of NDMA as an impurity of ranitidine have also appeared.  Valisure reported substantial levels based on their own analyses in their petition[xxxv] to FDA.  FDA themselves have developed enhanced methods for NDMA measurement, and they reported NDMA in all ranitidine samples tested[ccxlviii].  Levels of NDMA in ranitidine varied widely, from 0.02 ppm to 2.85 ppm (equivalent to up to 0.86 µg per tablet), with variation between batches from a single manufacturer being nearly as large as variation between manufacturers.  Further measurements were reported by FDA in their final letter[ccxlix] to Valisure explaining their response to the petition, which was to order the recall of ranitidine products.  They observed a

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

range of 0.013 ppm to 2.97 ppm NDMA in ranitidine.  FDA test results further showed that 46 samples had NDMA levels above the ADI of 0.32 ppm based on a 300 mg daily dose of ranitidine (which corresponds to the 96 ng ADI determined previously for NDMA by FDA).  Ranitidine manufacturers reported similar values for NDMA levels in their products as those observed by FDA.  Later in my report, I discuss the NDMA testing results from the FDA, GSK, BI, Sanofi and Emery Pharma.  The results and analysis confirm there is variability with the tablet's NDMA levels which increase when the tablets are exposed to heat and humidity.

## Evaluation of evidence for causal relationship between ranitidine use and cancer

My consideration of a causal relationship between ranitidine use and human cancer entails my review of the weight of the evidence, as discussed throughout my report.  My evaluation of causation entails, among other things, evaluation of human epidemiological studies, including studies of ranitidine, NDMA in diets and from occupational exposures to NDMA.  I utilized the Bradford Hill considerations to aid in evaluating the evidence of the causal relationship between ranitidine use and these human cancers: bladder, stomach, esophagus, pancreas and liver, for which substantial evidence of causation is available.  Based on my consideration of the evidence, I conclude that ranitidine, within a reasonable degree of scientific certainty, causes bladder, stomach, esophagus, pancreatic and liver cancer.   The epidemiological evidence for human cancers associated with ranitidine use is one basis for assessing this link as causal.  The following ranitidine studies reviewed earlier address this association:

| Tumor site | Study | Maximum OR | 95% CI |
|---|---|---|---|
| Bladder | Cardwell et al. (2021) | 1.45 | 1.09 - 1.93 |
| | Habel et al. (2000) | 1.56 | 0.74 - 3.3 |
| | Kantor | 1.22 (use vs no use) | 0.74 – 2.01 |
| | | 1.30 (vs omeprazole) | 0.69 – 2.46 |
| | McDowell | 1.26 all prescriptions | 1.10 - 1.44 |
| | Michaud | 1.58 (ns) | |
| | Norgaard | 1.11 (vs H2RAs) | 0.95 -1.29 |
| | | 1.24 (vs PPIs) | 1.04 -1.48 |
| | | 0.99 (5+ prescriptions vs. H2RAs) | 0.76 - 1.28 |
| | | 1.06 (5+ prescriptions vs. PPIs) | 0.77 - 1.44 |
| | | 0.73 (10+ prescriptions vs. HR2As) | 0.53 - 1.01 |
| | | 0.84 (10+ prescriptions vs. PPIs) | 0.56 - 1.27 |
| | Yoon et al. (2020) | 1.41 | 0.88 - 2.24 |

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| Stomach | Adami | All stomach 1.15 | 0.99-1.33 |
| | | Proximal 1.16 | 0.93-1.45 |
| | | Distal 0.88 | 0.66-1.16 |
| | | Unk/several regions 1.28 | 1.07-1.54 |
| | Iwagami | 1.09 (vs H2RAs) | .96—1.24 |
| | Kim (US) | 0.49 (vs famotidine) | 0.40 - 0.60 |
| | | 0.93 (vs omeprazole) | 0.76-1.13 |
| | Kim (Korea) | 1.01 (ns) | |
| | Kumar | 0.92 (vs PPIs) | 0.82 - 1.04 |
| | | 1.83 (vs H2RAs) | 1.36 - 2.48 |
| | Liu et al. (2020) | 1.42 | 1.10 - 1.85 |
| | Yoon et al. (2020) | 1.06 | 0.86 - 1.31 |
| | Habel et al. (2000) | 2.42 | 1.07 - 5.49 |
| Stomach & esophagus combined | Chow et al (1995) | 1.50 | 0.40 - 5.40 |
| Esophagus | Adami | All esophageal 1.34 | 1.14-1.58 |
| | | Adenocarcinoma 1.66 | 1.29-2.13 |
| | | Squamous Cell 1.21 | 0.91 - 1.60 |
| | Kim (US) | 0.56 vs famotidine | 0.45 - 0.70 |
| | | 0.80 vs omeprazole | 0.65 - 0.97 |
| | Tan | 0.71 (ns) ever use | 0.5 — 1.00 |
| | | 0.17 (ns >150mg) | 0.09 — 0.32 |
| | | OR 3.0 (ss) ≤150mg)) | 1.84 — 4.9cf |
| Pancreas | Habel | 2.60 | 1.06 - 6.38 |
| | Kim (US) | 0.84 (vs omeprazole) | 0.71 - 0.99 |
| | | 0.50 (vs famotidine) | 0.42 - 0.59 |
| | McDowell et al. (2020) | 1.37 | 1.10 - 1.70 |
| | Adami | 1.18 | 1.05 - 1.32 |
| Liver | Adami | 1.13 | 0.92 - 1.39 |
| | Kantor | 1.91 use vs non-use | 1.09 - 3.36 |
| | | 1.15 vs omeprazole | 0.58 - 2.26 |
| | Kim (US) | 0.38 vs famotidine | 0.34 - 0.42 |
| | | 0.97 vs omeprazole | 0.88 - 1.07 |
| | Tran et al. (2018) | 1.41 | 0.91 - 2.15 |
| Liver (biliary) | Yoon et al. (2021) | 1.22 | 0.75 - 2.00 |

I evaluate these studies in addition to the epidemiological evidence from occupational and dietary studies of NDMA exposure, animal carcinogenicity, and mechanisms of cancer, site by site to conduct a Bradford Hill analysis of causality.

179

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

In conducting this review, I have employed the same level of rigor in assessing the available lines of evidence relevant as I do when I conduct a risk and causality assessment in my professional career.  I discuss the Bradford Hill considerations for each cancer separately.

## Bladder cancer

### Strength and consistency of the observed associations

I have considered the strength and consistency of the observed associations individually but discuss them together here to avoid duplication.  There are seven epidemiologic studies available to evaluate bladder cancer risk with ranitidine use which I evaluated and discussed earlier in my report.  These three studies demonstrate a statistically significant odds ratios greater than 1.

As discussed earlier in my report, the majority of the ranitidine specific studies do not measure dose and duration and therefore cancer risk cannot adequately be measured based on usage. The only study that measured long term usage and robust was Cardwell.  Cardwell et al., (2021), was based on a large community-wide database from Scotland, and included quantitative reporting of exposure on a DDD basis. Odds ratios for bladder cancer associated with ranitidine use were statistically significant for all users (OR = 1.20, 95% CI = 1.06 – 1.36) and in the highest dose group (OR =1.45, 95% CI = 1.09 – 1.93).  The authors concluded that "In this large population-based study, the use of ranitidine particularly long-term use was associated with an increased risk of bladder cancer."

I have given little weight to the Michaud (2004) study in my analysis because it combined ranitidine and cimetidine use without distinction.  I also do not find Habel et al., (2000) informative because it evaluates the risk of (a very small number of) bladder and kidney cancers without distinction between the two and did not quantify exposure levels.

The remaining two studies, which I also give little weight, found non-significant increased odds ratios for bladder cancer. Neither of which performed a dose-response analysis. Yoon et al. (2020) found a noticeable increase bladder cancer risk with a hazard ratio of 1.41 (95% confidence intervals 0.88–2.24) even though exposure was limited averaging less than 2 and up to 3 years. In Kantor et al. (2020), exposure classification was based on the last 4 weeks before enrollment, and dose was confined to user verses non-user.  Yet, despite their limitations, ranitidine use (vs. non-use) was associated with an increased bladder cancer risk with multivariate OR =1.22 (95 % CI = 0.74. 2.01).

Despite the limitations of these latter two studies, their findings support the statistically significant findings in McDowell et al. (2021) (finding association of ranitidine use with bladder cancer, with an odds ratio of 1.26 (95% CI 1.10 – 1.44) for any number of prescriptions); and Norgaard et al. (2021) (ranitidine user had a statistically significant increased risk for bladder cancer compared with PPI users, the weighted HR of 1.24, 95% CI 1.04-1.48).  Compared to other H2RA users, ranitidine users had an increased risk of bladder cancer with HR of 1.11, 95% CI 0.95-1.29 and it was only when ranitidine use was limited to patients with at least 5 or 10

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

ranitidine prescriptions, which is not representative of typical ranitidine use associated with chronic to long-term use, the hazard ratio fell below 1.0.

In Mohy-ud-din (2020) ranitidine users had a lower risk of bladder cancer when compared to famotidine users (OR 0.65, 95% CI 0.64-0.67).  I am not able to evaluate the strengths and weaknesses of this study because it is reported in abstract form only (lacking methodology and study details) and not peer reviewed.  Because of this, I gave this study little weight in my analysis.  I did not ascribe much weight to Braunstein et al. (2021), which is not peer reviewed. While the authors noted it was "hypothesis-generating", they reported elevated risks of bladder cancer in ranitidine users compared to non-users (OR = 1.58, 95% CI 1.10 – 2.21), which is in line with multiple other studies I have reviewed.

Collectively, these studies demonstrate consistency across different populations, in different countries, with different databases, and conducted by different investigators.  While the increased risk demonstrated is at times modest, the statistically significant findings in three studies and clear dose-response as seen in Cardwell et al. (2021), provide strong evidence of a causal association. These findings are also supported by relevant dietary and two occupational studies, two of which found dose-dependent response. Both Ronco et al., (2014) and Hidajat et al., (2019) also found statistically significant evidence for the association of bladder cancer with human exposure to NDMA as discussed above. Jaksyn, et al. (2011), consistent with the other two studies, found an increased odds ratio for bladder cancer.  Collectively, these two sets of data provide strong support for the consistency of the association for bladder cancers with ranitidine use. Both Ronco et al., (2014) and Hidajat et al., (2019) provide substantial and statistically significant evidence for the association of bladder cancer with human exposure to NDMA as discussed above. Jaksyn, et al. (2011), consistent with the other two studies, found an increased odds ratio (though not statistically significant) for bladder cancer.

These two sets of data provide strong support for the consistency of the association for bladder cancers with ranitidine use.  As discussed above, of the studies which address the relationship between ranitidine use and cancers of the bladder, multiple well-powered studies show elevated or statistically significant risk of bladder cancer and are supportive of the association. The other studies, although lacking power, are concordant with those results.  The diet and occupational studies provide important additional and consistent evidence for causation. Further, there is evidence of a relationship between exposure to NDMA and human cancers at multiple sites including the bladder, and evidence of bladder carcinogenesis.

I have concluded that the evidence relating to bladder cancer with ranitidine use shows both strength and consistency of the association.

Consistency of Association.
See above discussion.

181

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Temporality.

In all the epidemiological studies reviewed, exposure to ranitidine preceded appearance of the cancer.  In Cardwell et al., (2021), associations were similar after excluding prescriptions in the 2 years before diagnosis.  A latency period of two years before the start of the observation period was applied by Yoon et al., (2021).  The observation period extended for several years in each study.  Similar considerations apply to the occupational and dietary exposure studies.

In the NDMA animal studies, exposure was experimentally controlled at the beginning of the observation period and observation was continued for extended periods up to and including the lifetime of the test animals.  These findings satisfy the requirement since the tumors, arising after a latency period, are temporally consistent.

In summary, the studies have evaluated examining causation of bladder tumors by exposure to ranitidine and NDMA meet the Bradford Hill temporality factor.

Coherence

Studies have shown that ranitidine contains NDMA, which is understood to be the carcinogen responsible for the cancers considered here as a result of ranitidine use.  NDMA induces cancers at various sites in animals, including the urinary tract as described below under experimental evidence.  Ingested NDMA is absorbed, distributed and metabolized, and its metabolites are excreted.  Evaluation of dosing patterns for ranitidine confirms that these doses would result in corresponding exposures to NDMA, depending on the levels of NDMA in a particular product and sample.

Biological Plausibility.

An assessment of biological plausibility relates to whether an agent plausibly could cause a disease based on the current understanding of human biology and disease etiology. The biological plausibility of the observations considered in this evaluation depends on the demonstration of the carcinogenicity of NDMA.  As noted earlier in this report, there is extensive evidence in animals of tumor formation at multiple sites as a result of exposure to ranitidine and NDMA.  There are also *in vivo* and *in vitro* genotoxicity tests, and mechanistic studies of DNA adducts, metabolism of NDMA to reactive intermediates, and a variety of assessments of other endpoints such as oxidative stress and cytotoxicity.  This data and research have confirmed the role NDMA's role in causing the characteristic features of cancer laid out by Smith et al. (2016), which were identified earlier in this report.  The summary table is repeated below.

182

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**Key characteristics of human carcinogens for NDMA**

| 1. Is electrophilic or can be metabolically activated | NDMA is metabolized to reactive intermediates.[xlvii] |
|---|---|
| 2. Is genotoxic | NDMA is genotoxic in a wide variety of systems. [xxix] |
| 3. Alters DNA repair or causes genomic instability | Interaction between repair of NDMA alterations to DNA and excision/repair vs. double stranded breaks: alters mutagenicity vs. cytotoxicity.[xlviii] |
| 4. Induces epigenetic alterations | DNA methylation observed: complex interaction with carcinogenesis.[xlix] |
| 5. Induces oxidative stress | NDMA induces reactive oxygen production and stimulates apoptosis in rat neutrophil cells.[l] |
| 6. Induces chronic inflammation | Inflammation and underlying cellular events are a key element in hepatic fibrosis induced by NDMA.[li] |
| 7. Is immunosuppressive | NDMA is immunosuppressive.[lii] |
| 8. Modulates receptor-mediated effects | Not reported for NDMA, probably any such effects are overshadowed by cytotoxicity and induction of apoptosis (see above). |
| 9. Causes immortalization | NDMA triggers apoptosis of mutated cells, but immortalized clones are sometimes established.[xlii] |
| 10. Alters cell proliferation, cell death or nutrient supply | Inflammation, cytotoxicity and regenerative hyperplasia are a key element in hepatic fibrosis induced by NDMA. [li] |

Nine of the ten key characteristics are shown by NDMA:

1. It is electrophilic or can be metabolically activated
2. It is genotoxic
3. It alters DNA repair and causes genomic instability
4. It induces epigenetic alterations
5. It induces oxidative stress
6. Induces chronic inflammation
7. It is immunosuppressive
9. It causes immortalization
10. It alters cell proliferation, cell death or nutrient supply.

The remaining one is unreported probably due to the difficulty in measuring it in this case.

This demonstrates the biological plausibility that NDMA exposure, as reported for ranitidine users, is responsible for causing multiple types of cancer in humans, including bladder cancer. See also section on experimental evidence, below.

183

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Dose-Response.

The one study of bladder cancer associated with ranitidine use which is susceptible to quantitative analysis of dose response, Cardwell et al., (2021), shows an overall dose related trend with increasing cumulative dose of ranitidine ($R^2 = 0.71$).  This study also showed a significantly increased risk of bladder cancer with three years of use.  In Hidajat et al., (2019) there was a significant dose response trend (p <0.01) for bladder cancer related to increasing quartiles of occupational NDMA exposure.  Ronco et al., (2014) reported ORs for bladder cancer for dietary NDMA and found a significant trend for dose response (p = 0.0002).  Thus dose-response was observed in the study of ranitidine use, and two studies of NDMA exposure showed clear dose-response.  Although Jakszyn et al. (2011) in their study of dietary NDMA exposure showed elevated ORs at various levels of NDMA, due to limitations of the study neither these nor the trend were significant (p = 0.49).  Although not informative, their findings are not inconsistent with the other studies' findings of significant dose-response trends.  Overall, the studies reviewed present clear evidence of a dose response.

Specificity.

All the epidemiological studies and other evidence addressed in this evaluation relate to bladder cancer and related effects.  There are other potential causes of bladder cancer, but this does not impact the evaluation of effects of ranitidine or NDMA, which would be additive to any other impacts of bladder cancer causation.  Many of the epidemiological studies used multifactorial analysis to separate out the effect of other conditions or exposures, as I have addressed in my discussion of the individual studies.  Thus, the condition of specificity is satisfied.

Experimental evidence.

Animal studies also provide important information on carcinogenicity of NDMA which should be evaluated for consistency with the effects seen in humans.  As noted previously the rodent test species generally used in carcinogenesis bioassays is not an appropriate model for human bladder cancer, since the rodents do not retain urine in the bladder so exposure of this organ to carcinogenic compounds and metabolites is minimal.  However, of the numerous animal studies identified by IARC and reviewed earlier in this report, one does present a relevant finding.  Rogers et al., (1974) fed Sprague-Dawley rats either an adequate diet or a diet high in fat and marginally deficient in lipotropes for 3 weeks then placed in different groups being treated with different nitrosamines.  This study found transitional cell polyps of the bladder.  Other areas of the urinary system, especially the kidney, are also sensitive to NDMA carcinogenesis.  A substantial number of the studies reviewed reported the induction of kidney tumors following NDMA exposure:

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Species | Route | Citation |
|---------|-------|----------|
| Mice | Oral | Takayama & Oota (1963) |
| | | Takayama & Oota (1965) |
| | | Terracini, et al. (1966) |
| | Inhalation | Moiseev & Benemansky, (1975) |
| Rats | Oral | Argus and Hoch-Ligeti (1961) |
| | | Magee & Barnes |
| | | Riopelle & Jasmin (1969) |
| | | Shinohara, et al., (1976) |
| | | Zak, et al. (1960) |
| | | McGiven & Ireton (1972) |
| | | Hoch-Ligeti, et al., (1968) |
| | | Hilfrich et al., (1975) |
| | | Carlton & Price (1973) |
| | | Rogers et al., (1974) |
| Rabbits | Oral | Le Page & Christie (1969b) |

The findings in animal studies show extensive carcinogenesis of the urinary system in animals, which is considered supportive of the findings of bladder tumors in humans.  In assessing the risk of cancer in humans on the basis of animal carcinogenicity results it is not necessary to expect site concordance for tumors induced in humans compared to rodents.  Although this may be seen for many cancers, in other cases there are specific toxicokinetic or physiological reasons why the target sites may differ between species.

Analogy

Given the demonstration that ranitidine contains NDMA, and the understanding that bladder cancer is associated with exposure to NDMA both during ranitidine use and in other occupational and dietary contexts, the critical analogy assessment is for structural analogies of NDMA with other carcinogens.  NDMA is a member of the larger class of dialkyl nitrosamines, many of which have been studied and found to be carcinogenic.  IARC Monograph 17 reviewed another 17 dialkyl nitrosamines and related compounds.  They found that all of the compounds for which they had adequate data were carcinogenic in animals at one or more sites and species, including several which caused tumors in the urinary system (bladder and/or kidney), as show in the table below.

185

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Compound | Species | bladder | kidney | Other sites/species |
|---|---|---|---|---|
| N-Nitrosodi-n-butylamine | mouse, rat | Y | | Y |
| N-Nitrosodietholamine | Rat | | Y | Y |
| N-Nitrosodiethylamine | Multiple | | Y | Y |
| N-Nitrosodi-n-propylamine | Rat | | Y | Y |
| N-Nitroso-N-ethylurea | Opossum | | Y | Y |
| N-Nitrosofolic acid | (ID) | | | |
| N-Nitrosomethylethylamine | | | | Y |
| N-Nitroso-N-methylurea | mouse, rat | Y | Y | Y |
| N-Nitrosomethylvinylamine | | | | Y |
| N-Nitrosomorpholine | Rat | | Y | Y |
| N'-Nitrosonornicotine | | | | Y |
| N-Nitrosopiperidine | | | | Y |
| N-Nitrosoproline | (ID) | | | |
| N-Nitrosohydroxyroline | (ID) | | | |
| N-Nitrosopyrolidine | | | | Y |
| N-Nitrososarcosine | mouse | | Y | |
| Streptozotocin | mouse, rat | | Y | Y |

(ID) – inadequate data.

On this basis the analogy factor for bladder cancer as a result of exposure to ranitidine or NDMA is very strong.

Utilizing the Bradford Hill framework, which I employ in my research and studies outside of this case, I have reviewed, considered, and weighed the evidence, studies, and data relating to the risk of bladder cancer and exposure to ranitidine containing NDMA.  Applying my training, educational and professional experience, it is my opinion to a reasonable degree of scientific certainty that ranitidine can cause bladder cancer.

Stomach cancer

Strength and consistency of the observed associations
I have considered the strength and consistency of the observed associations individually but discuss them together here to avoid duplication.

I have reviewed and evaluated the epidemiologic studies that assess the stomach cancer risk with ranitidine use. Liu et al., (2020) show statistically significant odds ratios greater than 1, OR 1.42, 95% CI (1.10 – 1.85), for stomach cancer for users vs. non-users, implying increased risk. This study collected robust exposure data on prescription ranitidine use from 1996 to 2011, used high-quality population-based data from two independent sources, and controlled for many potential confounders, including smoking, but did not have dose response for ranitidine. Yoon et al., (2020) report an odds ratio above 1 compared to other H2RAs, although these were not statistically significant.  Chow et al., (1995) reported an increased hazard ratio for stomach

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

and esophageal cancers combined, but this was not statistically significant. The remaining studies are regarded as uninformative for risk of ranitidine use found increased odds ratios for stomach cancer.

Multiple studies looked at stomach cancer in conjunction with other cancers, thereby precluding the ability to assess the risk associated with stomach cancer.  The case-control study by Habel et al., (2000), reported a relative risk for stomach and esophagus combined (RR = 2.42, 95% CI 1.07 = 5.49) in ranitidine users compared to non-use.  There was no quantitation of exposure because exposure data was limited to "users" and "non-users".  Likewise, Chow et al. (1995), a case-control study reported data for all H2RAs vs. esophageal and gastric cancer combined: an OR of 1.5 (95% Cl, 0.4 to 5.4) for adenocarcinoma of the esophagus and gastric cardia.  Again, data for ranitidine and other H2RAs was combined.  Due to these limitations, these studies were not informative of the stomach cancer risk related to ranitidine use.

There are important limitations to these studies, as discussed above in my report, in particular the studies compare ranitidine to other acid suppressing medications, which will tend to underestimate the risk of ranitidine and do not provide information of the risk of cancer from ranitidine users as compared non-users. The Danish cohort study by Adami et al., (2021) compared the incidence of stomach cancer in users of prescription ranitidine with those in users of other H2RAs and reported a crude hazard ratio that showed elevated risk of stomach cancer (HR = 1.28; 95% CI: 1.07-1.54).  I discuss the limitations of this study in detail above, but it is notable that this study did not compare use to non-use or provide information on OTC use while likely underestimated the cancer risk and ranitidine exposure.   Kim et al., (2021) combined ranitidine and nizatidine in one group, did not report dosage or duration of ranitidine use, and the short follow up period is likely to underestimate gastric cancer which is a latent disease and may take years or decades to develop.

Other limitations are discussed above in my Report when I fully discuss these studies and include for example limitations like small sample size, Kumar et al., (2021), Habel et al., (2000); did not consider OTC use, Kim YD – US et al., (2021); did not have dose information, Adami et al., (2021) did not have dose information, Kim YD – US et al., (2021), Habel et al., (2000), did not have dose information, Adami et al., (2021),

An important factor in the evaluation is the demonstration that ranitidine contains substantial levels of NDMA above the daily acceptable limit as I have discussed in my analysis of bladder cancer.  I refer to it here and my Dose Response section discussed below.  There is evidence of a relationship between exposure to NDMA and human cancers at multiple sites including the stomach.  In conducting my review of the available literature, I have thoroughly considered and analyzed those studies involving occupational exposures to NDMA and stomach cancer. This includes, among other studies, Song et al., (2015) which is a meta-analysis of 22 articles consisting of 49 studies – 11 of which related to NDMA.  This study reported that high levels of dietary NDMA exposure were associated with a statistically significant 34% increase in the risk of gastric cancer.  The authors also conducted a dose-response analysis and saw a non-linear (P

187

non-linearity <0.001) trend between gastric cancer risk and dietary NDMA intake following an increase in the risk of NDMA intake.  Hidajat et al., (2019) analyzed the cancer mortality among a large group of British rubber industry workers, starting in 1967 and followed up to 2015. This was a well-designed study with a large cohort and long follow up period but the study did not control for smoking.  A significant association with stomach cancer deaths was seen in all three higher quartiles of NDMA exposure relative to the lowest, reference quartile.

Multiple case-control studies that I have considered and analyzed have reported dose response associations between NDMA and stomach cancer, including Larsson et al., (2006). LaVecchia et al., (1995), Pobel et al., (1995).  These studies supplement the human epidemiologic studies and provide additional evidence of a casual causation.

Dietary NDMA intake was associated with a significantly increased risk of stomach cancer in De Stefani et al., (1998). Additional dietary studies found studies elevated, and in some groups significant, increases in gastric cancer with NDMA exposure, which provides further evidence of a positive causal association including Loh et al., (2011) and Palli et al., (2000). Keszei et al., 2013, a cohort study in the Netherlands examined the risks of esophageal and gastric cancers and dietary NDMA.  For gastric noncardia adenocarcinoma in men, the confidence interval on the hazard ratio just barely included 1.0, although the unadjusted HR did not. There was a significant trend in hazard ratio with increasing NDMA exposure for this cancer in men.

Knekt et al., (1999) divided the study cohort into quartiles of NDMA intake but did not further quantitate exposure, the study found a small increased risk observed for stomach cancer in the 2nd quartile that is not statistically significant.

Multiple of the dietary NDMA studies I have considered did not look at NDMA individually and are therefore of limited value for the purposes of this Report, including Gonzalez et al., (1994), and Jakszyn et al., (2006).  Additionally, McGwin (2021) conducted a study of the FDA Adverse Events Reporting System (FAERS) and observed a statistically significant association for stomach cancer and ranitidine use versus therapy with other H2RA combined with PPIuse,  showing a proportional reporting ratio of 1.48 (95% CI, 1-08-2.01).  The study, however, was based on adverse event reports, and did not measure dose or duration and is based on spontaneous adverse events and therefore is given little weight.

In summary, human epidemiologic studies have found a statistically significant relationship between ranitidine use and gastric cancers and are supportive of the association.  The majority of the other studies, although lacking power, are concordant with those results to confirm a causal association.  Collectively, the dietary and occupational studies provide important additional evidence of strength and consistency in support of a finding a causal relationship.

I have concluded that the evidence relating to stomach cancer with ranitidine use shows both strength and consistency of the association.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

## Consistency of Association.
See above discussion.

Temporality.
In the epidemiological studies of ranitidine use, exposure to ranitidine preceded appearance of the cancers ranitidine even if users were actually identified at the time of cancer diagnosis.  The observation period extended for several years in each study.

Similar considerations apply to the epidemiological studies of occupational and dietary exposure to NDMA.  For the dietary studies the evaluation of diet was applied to a period preceding the observation period.  The occupational studies are retrospective cohort studies where exposure occurred several to many years before diagnosis or mortality.

In the NDMA animal studies, exposure was experimentally controlled to start at the beginning of the observation period and observation was continued for extended periods up to and including the lifetime of the test animals.

These findings satisfy the requirement since the tumors, arising after a latency period, are temporally consistent.

In summary, the overall range of evidence for consistency in the causation of stomach tumors by exposure to ranitidine containing NDMA is strong.

Coherence
Studies have shown that ranitidine contains NDMA, which is understood to be the carcinogen responsible for the cancers considered here as a result of ranitidine use.  NDMA induces cancers at various sites in animals, including the stomach tract as described below under experimental evidence.  Ingested NDMA is absorbed, distributed and metabolized, and its metabolites are excreted.  Evaluation of dosing patterns for ranitidine confirm that these doses would result in corresponding exposures to NDMA, depending on the levels of NDMA in a particular product and sample.

Biological Plausibility.
The biological plausibility of the observations considered in this evaluation depends on the demonstration of the carcinogenicity of NDMA.  As noted earlier in this report, there is extensive evidence in animals of tumor formation at multiple sites.  This is also associated with reported genotoxicity in test systems both *in vivo* and *in vitro*, and with mechanistic studies of DNA adducts, metabolism of NDMA to reactive intermediates, and a variety of assessments of other endpoints such as oxidative stress and cytotoxicity.  See discussion of the key characteristics of human carcinogens laid out by Smith et al. (2016), which were identified earlier in this Report and in the Table titled Key characteristics of human carcinogens for NDMA and incorporated here.  This demonstrates the biological plausibility that NDMA exposure, as reported for ranitidine users, is responsible for causing multiple types of cancer in humans, including stomach cancer.  See also section on experimental evidence, below.

189

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Dose-Response.

The studies of stomach cancer associated with ranitidine use are not susceptible to quantitative analysis of dose response because of their designs.  However, dose response is demonstrated consistently in the occupational study of NDMA exposure by Hidajat et al., (2019) in which there was a significant dose response trend (p <0.01).  Six of the dietary studies (De Stefani et al., (1998), Keszei et al., (2013), LaVecchia et al., (1995), Larsson et al., (2006), Loh et al., (2011), Pobel et al., (1995)) show a clear dose response, as shown in the analyses presented earlier in this report.  Lastly, the NDMA levels in the ranitidine tablets discussed in my Dose Response section, which increase over time with exposure to heat and humidity, including with consumer storage, directly correlate to the NDMA exposure in the dietary studies associated with stomach cancer.  Overall, the evidence for dose response is clear.

Specificity.

All the epidemiological studies and other evidence addressed in this evaluation relate to stomach cancer and related effects.  There are other potential causes of stomach cancer, but this does not impact the evaluation of effects of ranitidine or NDMA, which would be additive to any other impacts of stomach cancer causation.  Many of the epidemiological studies used multifactorial analysis to separate out the effect of other conditions or exposures.  Thus, the condition of specificity is satisfied.

Experimental evidence.

Animal studies also provide important information on carcinogenicity of NDMA which should be evaluated for consistency with the effects seen in humans.  Of the numerous animal studies identified by IARC and reviewed earlier in this report, some present relevant findings.  Several studies reviewed reported the induction of stomach tumors following NDMA exposure:

| Species | Route | Citation |
|---|---|---|
| Mouse | Oral | Takayama & Oota (1965) |
| Rats | Oral | Keefer, et al., (1973) |
| Hamsters (Syrian golden) | Oral | Tomatis & Cefis (1967) |
|  |  | Homburger, et al. (1976) |
|  | Subcutaneous | Stenback et al., (1973 |
| *Mastomys* | Subcutaneous | Fujii & Sato (1970) |

The findings in animal studies show carcinogenesis of the stomach in animals, which is considered supportive of the findings of stomach tumors in humans.

Analogy

Given the demonstration that ranitidine contains NDMA, and the understanding that stomach cancer is associated with exposure to NDMA both during ranitidine use and in other occupational and dietary contexts, the critical analogy argument is for structural analogies of NDMA with other carcinogens.  NDMA is a member of the larger class of

190

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

dialkyl nitrosamines, many of which have been studied and found to be carcinogenic.  IARC Monograph 17 reviewed another 17 dialkyl nitrosamines and related compounds.  They found that all of the compounds for which they had adequate data were carcinogenic in animals at one or more sites and species, including several which caused tumors in the stomach, as shown in the table below.

| Compound | species | Stomach | Other sites/species |
|---|---|---|---|
| N-Nitrosodi-n-butylamine | mouse, hamster | Y | Y |
| N-Nitrosodietholamine | | | Y |
| N-Nitrosodiethylamine | mouse, hamster | Y | Y |
| N-Nitrosodi-n-propylamine | | | Y |
| N-Nitroso-N-ethylurea | Rat | Y | Y |
| N-Nitrosofolic acid | (ID) | | |
| N-Nitrosomethylethylamine | | | Y |
| N-Nitroso-N-methylurea | Rat, guinea pig | Y | Y |
| N-Nitrosomethylvinylamine | | | Y |
| N-Nitrosomorpholine | hamster | Y | Y |
| N'-Nitrosonornicotine | Rat | Y | Y |
| N-Nitrosopiperidine | various | Y | Y |
| N-Nitrosoproline | (ID) | | |
| N-Nitrosohydroxyroline | (ID) | | |
| N-Nitrosopyrolidine | | | Y |
| N-Nitrososarcosine | | | Y |
| Streptozotocin | | | Y |

(ID) – inadequate data.

On this basis the analogy factor for stomach cancer as a result of exposure to ranitidine or NDMA is very strong.

Utilizing the Bradford Hill framework, which I also used in my research and studies outside of this case, I have reviewed, considered, and weighed the evidence relating to the risk of stomach cancer and exposure to ranitidine containing NDMA, which includes ranitidine epidemiologic studies, dietary and occupational exposure studies relating to NDMA, animal studies, non-clinical and clinical studies, and related mechanistic data and studies.  Applying my training, educational and professional experience, it is my opinion to a reasonable degree of scientific certainty that ranitidine can cause stomach cancer.

191

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Esophageal cancer

**Strength and consistency of the observed associations**
I have considered the strength and consistency of the observed associations individually but discuss them together here to avoid duplication.

Three studies have evaluated esophageal cancer risk with ranitidine use.  One additional study reported on incidence of stomach and esophageal cancer combined.  I have evaluated and discussed the studies earlier in my report.  Two studies found a statistically significant relationship between ranitidine use and cancers of the esophagus and which are therefore supportive of the association.  The other esophagus study, as well as the stomach/esophagus combined study, although lacking power are concordant with those results to confirm.  No studies offer negative or null results.

There are important limitations to these studies as discussed above in my Report when I individually discuss the studies, including for example: lack of adequate follow up, Adami et al., (2021); lack of information regarding dose, Kim YD – US (2021), Adami et al., (2021); lack of information to assess the risk of use vs non-use, Adami et al., (2021); lack of information regarding long term use, Adami et al., (2021).

Additionally, McGwin (2021) conducted a study of the FDA Adverse Events Reporting System (FAERS) and reported a proportional reporting ratio of 3.56 (95% CI, 2.54-4.98) for esophageal cancer and ranitidine use versus therapy with other H2RA combined with PPI use.  As previously noted in discussing the limitations of this study, it did not measure dose or duration and is based on spontaneous adverse events and therefore is given little weight.

Because of these limitations and the relatively small database of independent studies of ranitidine use and esophageal cancer, these findings are suggestive of an association but not definitive by themselves and I give them little weight.  As previously explained, an important factor in the evaluation is the demonstration that many batches of ranitidine contain substantial levels of NDMA which increases with exposure to heat and humidity when in storage and transport, including consumer storage.  In some cases, these levels were in excess of those shown to be linked to human cancer in dietary studies and the Hidajat study of NDMA exposure.  Having established the presence of NDMA at relevant levels in ranitidine (and not including the additional NDMA that can form after ingestion) as discussed in my Dose Response section, the extensive data on NDMA cancer causation are supportive of the conclusion of an association of cancer with ranitidine use.  There is evidence of a relationship between exposure to NDMA and human cancers at multiple sites including the esophagus.

In addition to the findings above, a review of the one occupational (Hidajat et al., (2019) and dietary epidemiological studies (Keszei et al., (2013), Loh et al., (2011), Rogers et al., (1995)) measuring NDMA exposure and esophageal cancer provide important additional evidence supporting causation.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Hidajat et al., (2019) analyzed the cancer mortality among a large group of individuals (36,441 males aged 35+ years) employed in the British rubber industry, starting in 1967 and followed up to 2015.  A significant association with esophageal cancer deaths was seen in all three higher quartiles of NDMA exposure relative to the lowest, reference quartile: hazard ratios of 1.7 (95% CI 1.24 to 2.33), 2.43 (95% CI 1.78 to 3.31) and 3.04 (95% CI 2.26 to 4.09) were observed for esophageal cancer in the second, third and fourth quartiles respectively. The P for trend was 0.26.

These two sets of data above provide support for the consistency of the association for esophageal cancers with ranitidine use.  Further, when reviewed in the context of all relevant studies and data relating to esophageal cancer and NDMA, and data from ranitidine testing for NDMA discussed later in this report, there is compelling evidence of a causal association.

In summary, there is consistent evidence of an increased risk in studies of esophageal cancer and ranitidine use, and studies of esophageal cancer with NDMA, with no substantial evidence to the contrary.  I have concluded that the relative risks are modest and are consistent with causation, and the magnitude of the risk is in line with other generally accepted causal relationships (e.g., radon and lung cancer, second-hand smoke and lung cancer, oral birth control medications, and breast cancer).  I have concluded that the evidence relating to esophageal cancer with ranitidine use shows both strength and consistency of the association.

Consistency of Association.
See above discussion.

Temporality.
In the epidemiological studies of ranitidine use, measured exposure to ranitidine preceded appearance of the cancers ranitidine even if users were actually identified at the time of cancer diagnosis.  The observation period extended for several years in each study.

Similar considerations apply to the epidemiological studies of occupational and dietary exposure to NDMA.  For the dietary studies the evaluation of diet was applied to a period preceding the observation period.  The occupational studies are retrospective cohort studies where exposure occurred several to many years before diagnosis or mortality.

In the NDMA animal studies, exposure was experimentally controlled to start at the beginning of the observation period and observation was continued for extended periods up to and including the lifetime of the test animals.

These findings satisfy the requirement since the tumors, arising after a latency period, are temporally consistent.

In summary, the overall range of evidence for temporality in the causation of esophageal tumors by exposure to ranitidine containing NDMA is strong.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Coherence

Studies have shown that ranitidine contains NDMA, which is understood to be the carcinogen responsible for the cancers considered here as a result of ranitidine use.  NDMA induces cancers at various sites in animals, including the esophagus as described below under experimental evidence.  Ingested NDMA is absorbed, distributed and metabolized, and its metabolites are excreted.  Evaluation of dosing patterns for ranitidine confirm that these doses would result in corresponding exposures to NDMA, depending on the levels of NDMA in a particular product and sample.

Biological Plausibility.

The biological plausibility of the observations considered in this evaluation depends on the demonstration of the carcinogenicity of NDMA.  As noted earlier in this report, there is extensive evidence in animals of tumor formation at multiple sites.  This is also associated with reported genotoxicity in test systems both *in vivo* and *in vitro*, and with mechanistic studies of DNA adducts, metabolism of NDMA to reactive intermediates, and a variety of assessments of other endpoints such as oxidative stress and cytotoxicity.  See discussion of the key characteristics of human carcinogens laid out by Smith et al. (2016), which were identified earlier in this Report and in the Table titled Key characteristics of human carcinogens for NDMA and incorporated here. This demonstrates the biological plausibility that NDMA exposure, as reported for ranitidine users, is responsible for causing multiple types of cancer in humans, including esophageal cancer.  See also section on experimental evidence, below.

Dose-Response.

The studies of esophageal cancer associated with ranitidine use are susceptible to quantitative analysis of dose response, due to their design.  However, dose response is demonstrated consistently in the occupational study of NDMA exposure by Hidajat et al. (2019), in which there was a significant dose response trend (p <0.01).  The dietary studies (Keszei et al., 2013, Loh et al., 2011, Rogers et al., 1995) also show a dose response, as shown in the analyses presented earlier in this report.  Additionally, the findings in my Dose Response section below confirm the NDMA levels in ranitidine formulations, which increase over time with exposure to heat and humidity, including with consumer storage, are consistent with the NDMA exposure in the diet studies and specifically the Hidajat et al., (2019) study to cause an increased risk of esophageal cancer.  Overall, the evidence for dose response is clear.

Specificity.

All the epidemiological studies and other evidence addressed in this evaluation relate to esophageal cancer and related effects.  There are other potential causes of esophageal cancer, but this does not impact the evaluation of effects of ranitidine or NDMA, which would be additive to any other impacts of esophageal cancer causation.  Many of the epidemiological studies used multifactorial analysis to separate out the effect of other conditions or exposures. Thus, the condition of specificity is satisfied.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Experimental evidence.

Animal studies also provide important information on carcinogenicity of NDMA which should be evaluated for consistency with the effects seen in humans.  Of the numerous animal studies identified by IARC and reviewed earlier in this report, many present relevant findings.  A few studies reviewed reported the induction of esophageal tumors following NDMA exposure.

| Species | Route | Citation |
|---|---|---|
| Rats | Oral | Schmahl et al., (1976) |
| Hamsters (Syrian golden) | Oral | Homburger et al., (1976) |
| | Subcutanous | Haas et al., (1973) |

The findings in animal studies show some evidence of carcinogenesis of the esophagus in animals, which is considered supportive of the findings of esophageal tumors in humans.  Although relatively few observations of carcinogenesis by NDMA in the esophagus have been reported, there are a very large number of positive findings at other sites.  Since strict concordance of affected site is not expected, this evidence overall is considered suggestive of carcinogenicity of NDMA to the human esophagus.

Analogy

Given the demonstration that ranitidine contains NDMA, and the understanding that esophageal cancer is associated with exposure to NDMA both during ranitidine use and in other occupational and dietary contexts, the critical analogy assessment is for structural analogies of NDMA with other carcinogens.  NDMA is a member of the larger class of dialkyl nitrosamines, many of which have been studied and found to be carcinogenic.  IARC Monograph 17 reviewed another 17 dialkyl nitrosamines and related compounds.  They found that all of the compounds for which they had adequate data were carcinogenic in animals at one or more sites and species, including eight which caused tumors in the esophagus.  These were seen in various species, including the monkey where the tumors were considered analogous to human esophageal carcinoma[ccl], as shown in the table below.

195

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Compound | Species | Esophagus | Other sites/species |
|---|---|---|---|
| N-Nitrosodi-n-butylamine | mouse, rat | Y | Y |
| N-Nitrosodietholamine | | | Y |
| N-Nitrosodiethylamine | various | Y | Y |
| N-Nitrosodi-n-propylamine | Rat | Y | Y |
| N-Nitroso-N-ethylurea | | | Y |
| N-Nitrosofolic acid | (ID) | | |
| N-Nitrosomethylethylamine | | | Y |
| N-Nitroso-N-methylurea | monkey, hamster | Y | Y |
| N-Nitrosomethylvinylamine | rat | Y | Y |
| N-Nitrosomorpholine | | | Y |
| N'-Nitrosonornicotine | rat | Y | Y |
| N-Nitrosopiperidine | various | Y | Y |
| N-Nitrosoproline | (ID) | | |
| N-Nitrosohydroxyroline | (ID) | | |
| N-Nitrosopyrolidine | | | Y |
| N-Nitrososarcosine | rat | Y | Y |
| Streptozotocin | | | Y |

(ID) – inadequate data.

On this basis the analogy factor for esophageal cancer as a result of exposure to ranitidine or NDMA is very strong.

Pancreatic cancer

Strength and consistency of the observed associations
I have considered the strength and consistency of the observed associations individually but discuss them together here to avoid duplication.

I reviewed epidemiological studies that evaluate pancreatic cancer risk with ranitidine use. I evaluated and discussed the studies earlier in my report.

Three of the studies reported a significant association between ranitidine use and pancreatic cancer. (McDowell et al., (2020), Habel et al., (2000), Adami et al., (2021). In McDowell, (2021), researchers applied a strong criterion for a signal and evidence of an exposure response. Because true associations could have been missed, I consider this study of value in my assessment. Researchers found an association of ranitidine use with pancreas cancer, with an odds ratio of 1.37 (95% CI 1.10 - 1.70).

There are important limitations to these studies, as discussed above in my report. In particular, the studies which compare ranitidine to other acid suppressing medications, which will tend to understate or miss the risk of ranitidine. Other limitations include lack of adequate follow up,

196

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

or lack of information regarding dose, for example, Habel et al., (2000) Adami et al., (2021), McGwin (2021); lack of information regarding long term use, Habel et al., (2000), Adami et al., (2021).

I also reviewed Mohy-ud-din (2020), in my analysis which is an analysis of data collected from the Explorys database, comparing the incidence of specific cancers in users of ranitidine and famotidine.  Ranitidine users had a lower risk of pancreatic cancer when compared to famotidine users (OR 0.63, 95% CI 0.61-0.65).  This study is in abstract form only and not peer reviewed.  Important information about methodology and study details are not provided. I do not rely on it here.  Additionally, as set forth above, McGwin (2021) showed a positive association but was not given weight because of the limitations previously discussed.

An important factor in the evaluation is the demonstration that many commercial samples of ranitidine contain substantial levels of NDMA.  This is discussed fully in my Dose Response section. In some cases, these levels were in excess of those shown to be linked to human cancer in dietary studies and the Hidajat study of NDMA exposure.  Having established the presence of NDMA at relevant levels in ranitidine (and not including the additional NDMA that can form after ingestion), the extensive data on NDMA cancer causation are supportive of the conclusion of an association of cancer with ranitidine use.  There is evidence of a relationship between exposure to NDMA and human cancers at multiple sites including the pancreas.

Two studies of NDMA exposure and pancreatic cancer include an occupational exposure study, Hidajat et al., (2019) and dietary study, Zheng et al., (2019).  One of these two studies found a statistically significant relationship between ranitidine use and cancers of the pancreas, which is therefore supportive of the association.  The other study failed to show association with overall NDMA intake, although there was association with one class of dietary sources.  The significance of that result is unclear, but no studies offer negative or null results.  Together, diet and occupational studies provide generally consistent evidence of an association, when factoring in the likelihood that a number of the studies were likely to understate or miss an association.

As noted in the discussion of the strength of association, there is evidence of a relationship between exposure to NDMA and human cancers at multiple sites including the pancreas, and some evidence of pancreatic carcinogenesis in animals also.

These two sets of data provide support for the consistency of the association for pancreatic cancers with ranitidine use.

In summary, there is evidence of an increase in risk in studies of pancreatic cancer and ranitidine use, and studies of pancreatic cancer with NDMA, with no substantial evidence to the contrary.  I have concluded that the relative risks are modest and are consistent with causation, and in line with other generally accepted causal relationships (e.g., radon and lung cancer, second-hand smoke and lung cancer, oral birth control medications and breast cancer).  I have

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

concluded that the evidence relating to pancreatic cancer with ranitidine use shows both strength and consistency of the association.

Consistency of Association.
See above discussion.

Temporality.
In the epidemiological studies of ranitidine use, measured exposure to ranitidine preceded appearance of the cancers ranitidine even if users were actually identified at the time of cancer diagnosis. The observation period extended for several years in each study.

Similar considerations apply to the epidemiological studies of occupational and dietary exposure to NDMA. For the dietary study the evaluation of diet was applied to a period preceding the observation period. The occupational study is a retrospective cohort study where exposure occurred several to many years before diagnosis or mortality.

In the NDMA animal studies, exposure was experimentally controlled to start at the beginning of the observation period and observation was continued for extended periods up to and including the lifetime of the test animals.

These findings satisfy the requirement since the tumors, arising after a latency period, are temporally consistent.

In summary, the overall range of evidence for temporality in the causation of pancreatic tumors by exposure to ranitidine containing NDMA is strong.

Coherence
Studies have shown that ranitidine contains NDMA, which is understood to be the carcinogen responsible for the cancers considered here as a result of ranitidine use. NDMA induces cancers at various sites in animals, including the pancreas as described below under experimental evidence. Ingested NDMA is absorbed, distributed and metabolized, and its metabolites are excreted. Evaluation of dosing patterns for ranitidine confirm that these doses would result in corresponding exposures to NDMA, depending on the levels of NDMA in a particular product and sample.

Biological Plausibility.
The biological plausibility of the observations considered in this evaluation depends on the demonstration of the carcinogenicity of NDMA. As noted earlier in this report, there is extensive evidence in animals of tumor formation at multiple sites. This is also associated with reported genotoxicity in test systems both *in vivo* and *in vitro*, and with mechanistic studies of DNA adducts, metabolism of NDMA to reactive intermediates, and a variety of assessments of other endpoints such as oxidative stress and cytotoxicity. See summary table above and discussion of the key characteristics of human carcinogens laid out by Smith et al. (2016), which were identified earlier in this report. This demonstrates the biological plausibility that NDMA

198

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

exposure, as reported for ranitidine users, is responsible for causing multiple types of cancer in humans, including pancreatic cancer.  See also section on experimental evidence, below.

Dose-Response.

The studies of pancreatic cancer associated with ranitidine use are susceptible to quantitative analysis of dose response, due to their design.  However, dose response is demonstrated consistently in the occupational study of NDMA exposure by Hidajat et al., (2019) in which there was a significant dose response trend (p <0.01).  Additionally, as discussed in my Dose Response section below, the NDMA levels found in the ranitidine formulations which increase over time with exposure to heat and humidity, including with consumer storage, are consistent with the NDMA exposure in Hidajat associated with an increased risk of pancreatic cancer. The dietary showed a dose response in its only substantial findings, as shown in the analyses presented earlier in this report.  Overall, the evidence for dose response is supportive.

Specificity.

All the epidemiological studies and other evidence addressed in this evaluation relate to pancreatic cancer and related effects.  There are other potential causes of pancreatic cancer, but this does not impact the evaluation of effects of ranitidine or NDMA, which would be additive to any other impacts of pancreatic cancer causation.  Many of the epidemiological studies used multifactorial analysis to separate out the effect of other conditions or exposures. Thus, the condition of specificity is satisfied.

Experimental evidence.

Animal studies also provide important information on carcinogenicity of NDMA which should be evaluated for consistency with the effects seen in humans.  Of the numerous animal studies identified by IARC and reviewed earlier in this report, many present relevant findings.  One study reviewed reported the induction of pancreatic tumors following NDMA exposure.

| Species | Route | Citation |
|---------|-------|----------|
| Rats | Oral | Schmahl et al. (1976) |

The findings in animal studies show some evidence of carcinogenesis of the pancreas in animals, which is considered supportive of the findings of pancreatic tumors in humans. Although relatively few observations of carcinogenesis by NDMA in the pancreas have been reported, there are a very large number of positive findings at other sites.  Since strict concordance of affected site is not expected, this evidence overall is considered supportive of carcinogenicity of NDMA to the human pancreas.

Analogy

Given the demonstration that ranitidine contains NDMA, and the understanding that pancreatic cancer is associated with exposure to NDMA both during ranitidine use and in other occupational and dietary contexts, the critical analogy assessment is for structural analogies of NDMA with other carcinogens.  NDMA is a member of the larger class of

199

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

dialkyl nitrosamines, many of which have been studied and found to be carcinogenic.  IARC Monograph 17 reviewed another 17 dialkyl nitrosamines and related compounds.  They found that all of the compounds for which they had adequate data were carcinogenic in animals at one or more sites and species.  There are few reports of these compounds causing tumors in the pancreas: this site appears to be a relatively rare observation in the animal studies reviewed, especially for rats and mice.  However, IARC did note that N-Nitrososarcosine caused pancreatic tumors in mice, and streptozotocin caused these tumors in the rat.  They also noted that N-nitroso-bis (2-hydroxy-n-propyl)amine, N-nitroso-bis (2-oxo-N-propyl)amine and N- Nitroso-bis (2-acetoxy-N-propyl)amine, derivatives of N-nitroso-di N-propylamine, caused pancreatic tumors in rats and hamsters, and 2,6-diethyl-nitrosomorpholine also caused pancreatic duct tumors in hamsters.

On this basis the analogy criterion for pancreatic cancer as a result of exposure to ranitidine or NDMA is supportive.

Liver cancer
Strength and consistency of the observed associations
I have considered the strength and consistency of the observed associations individually, but discuss them together here to discuss strength of association and consistency together to avoid duplication

There are five studies available to evaluate liver cancer risk with ranitidine use.  One of the four studies, Kantor et al., (2020), reported significant association between ranitidine use and liver cancer.  Tran et al. (2018) also reported an increased risk while and Yoon et al., (2021), reported modestly increased hazard ratios, for liver and biliary cancer, but these were non-significant.  A fourth study, Kim YD et al., (2021), appears to show reduced odds ratios for all comparisons, but this appears not to represent a definitive finding.  McGwin (2021) also reported an elevated association between ranitidine use and liver cancer compared to PPI and other H2RA use from 2013 to 2020, with a proportional reporting ratio of 2.64 (95% CI, 1.76-3.96).  However, McGwin is based on spontaneous adverse events; therefore, I give it little weight.

There are important limitations to all these studies, as discussed above in my report, in particular where the studies compare ranitidine to other acid suppressing medications, which will tend to understate or miss the risk of ranitidine. However, when you review Tran et al., (2018) which looked at the association of liver cancer with use of PPIs and H2RAs in the UK it observed an increased odds ratio for liver cancer in ranitidine users vs. non users was observed: 1.41 (95% confidence intervals 0.91 - 2.15, P = 0.110) but this was not statistically significant.

Additionally, while Zheng et al., (2021) is a case-control study looking at the association between intake of N-nitroso compounds (NOCs) and liver cancer did find not find an association for plant sources of NDMA for the second and third quartiles which were below 1, it did have an increased odds ratio (1.54, 95% CI 1.01-2.34) for the fourth quartile. Lastly, Hidajat et al. (2019), found a statistically significant relationship between NDMA exposure and cancers of the liver.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Hazard ratios of 1.52 (95% CI 0.99 to 2.33), 3.27 (95% CI 2.20 to 4.86) and 3.47 (95% CI 2.35 to 5.13) were observed for liver cancer in the second, third and fourth quartiles respectively. The P for trend was <0.01.

Based on my review of the ranitidine studies relating to liver cancer the findings provide evidence of a positive causal association   However, an important factor in the evaluation is the demonstration that many commercial samples of ranitidine contain substantial levels of NDMA. In some cases, these levels were in excess of those shown to be linked to human cancer in the Hidajat study due to NDMA exposure.  Having established the presence of NDMA at relevant levels in ranitidine (and not including the additional NDMA that can form after ingestion), the extensive data on NDMA cancer causation are supportive of the conclusion of an association of cancer with ranitidine use.  There is evidence of a relationship between exposure to NDMA and human cancers at multiple sites including the liver.

Although the database of studies is fairly limited in both number and power, together the diet and occupational studies provide supportive evidence for causation.

As noted in the discussion of the strength of association, there is evidence of a relationship between exposure to NDMA and human cancers at multiple sites including the liver.  There is extensive evidence of liver carcinogenesis by NDMA in animals also, which substantially reinforces the more limited epidemiological evidence.  These data provide support for the consistency of the association for liver cancers with ranitidine use.

In summary, there is evidence of an increase in risk in studies of liver cancer and ranitidine use, and a study of liver cancer with NDMA, with no substantial evidence to the contrary.  I have concluded that the relative risks are consistent with causation, and in line with other generally accepted causal relationships (e.g., radon and lung cancer, second-hand smoke and lung cancer, oral birth control medications and breast cancer).   I have concluded that the evidence relating to liver cancers with ranitidine use shows both strength and consistency of the association.

Consistency of Association.
 See above discussion.

Temporality.
In the epidemiological studies of ranitidine use, measured exposure to ranitidine preceded appearance of the cancers ranitidine even if users were actually identified at the time of cancer diagnosis.  In one study users of ranitidine in the two years prior to the observation period were excluded, assuming a latency period for cancer appearance.  Observation then continued for several years in each study.

Similar considerations apply to the epidemiological studies of occupational exposure to NDMA. The occupational study is a retrospective cohort study where exposure occurred several to many years before diagnosis or mortality.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

In the NDMA animal studies, exposure was experimentally controlled to start at the beginning of the observation period and observation was continued for extended periods up to and including the lifetime of the test animals.

These findings satisfy the requirement since the tumors, arising after a latency period, are temporally consistent.

In summary, the overall range of evidence for temporality in the causation of liver tumors by exposure to ranitidine containing NDMA is strong.

Coherence

Studies have shown that ranitidine contains NDMA, which is understood to be the carcinogen responsible for the cancers considered here as a result of ranitidine use.  NDMA induces cancers at various sites in animals, including the liver as described below under experimental evidence.  Ingested NDMA is absorbed, distributed and metabolized, and its metabolites are excreted.  Evaluation of dosing patterns for ranitidine confirm that these doses would result in corresponding exposures to NDMA, depending on the levels of NDMA in a particular product and sample.

Biological Plausibility.

The biological plausibility of the observations considered in this evaluation depends on the demonstration of the carcinogenicity of NDMA.  As noted earlier in this report, there is extensive evidence in animals of tumor formation at multiple sites.  This is also associated with reported genotoxicity in test systems both *in vivo* and *in vitro*, and with mechanistic studies of DNA adducts, metabolism of NDMA to reactive intermediates, and a variety of assessments of other endpoints such as oxidative stress and cytotoxicity.  All these provide confirmation of the role of NDMA in causing the characteristic features of cancer laid out by Smith et al. (2016), which were identified earlier in this report.  See also section on experimental evidence, below.

Dose-Response.

The studies of liver cancer associated with ranitidine use are not susceptible to quantitative analysis of dose response, due to their design.  However, dose response is demonstrated consistently in the occupational study of NDMA exposure by Hidajat et al. (2019) in which there was a significant dose response trend (p <0.01).  In addition, there is evidence of dose-response in the animal studies of NDMA carcinogenesis.  The large study of NDMA exposure in rats by Peto et al., described earlier, extends over a wide range of doses and demonstrates a linear dose response extending to the lowest doses.  Additionally, the NDMA levels found in the ranitidine formulations which increase with exposure to heat and humidity, including with consumer storage, are consistent with the NDMA exposure in Hidajat associated with an increased risk of liver cancer.  Overall, the evidence for dose response is supportive.

Specificity.

All the epidemiological studies and other evidence addressed in this evaluation relate to liver cancer and related effects.  There are other potential causes of liver cancer, but this does not

202

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

impact the evaluation of effects of ranitidine or NDMA, which would be additive to any other impacts of pancreatic cancer causation.  Many of the epidemiological studies used multifactorial analysis to separate out the effect of other conditions or exposures.  Thus, the condition of specificity is satisfied.

Experimental evidence.

Animal studies also provide important information on carcinogenicity of NDMA which should be evaluated for consistency with the effects seen in humans.  Of the numerous animal studies identified by IARC and reviewed earlier in this report, many present relevant findings.  Studies finding induction of liver tumors in various species following NDMA exposure are shown below.  Subsequent to the review of NDMA carcinogenesis studies undertaken for IARC Monograph 17, there have been many studies where NDMA was used as a model carcinogen to induce tumor formation, but few actual bioassay-style studies, since NDMA carcinogenicity has been widely assumed as proven in recent years.  The one major exception to this trend is a very large-scale study in which Peto et al. exposed Colworth rats to NDMA and NDEA in drinking water for life.

| Species | Route | Citation |
|---------|-------|----------|
| Mouse | Oral | Clapp, et al., (1968, 1971) |
| | | Kuwahara et al. (1972) |
| | | Takayama & Oota (1963, 1965) |
| | | Terracini et al. (1966) |
| | Subcutaneous | Kuwahara, et al. (1972) |
| | | Otsuka and Kuwahara (1971) |
| | | Terracini et al., (1966) |
| | | Toth and Shubik (1967) |
| | | Toth et al. (1964) |
| | Intraperitoneal | Frei (1970) |
| | | Den Engelse et al. (1974) |
| | | Vesselinovitch (1969) |
| Rat | Oral | Argus & Hoch-Ligeti (1961) |
| | | Carlton & Price (1973) |
| | | Geil et al. (1968) |
| | | Hadjiolov & Markow (1973) |
| | | Hoch-Ligeti, et al. (1968) |
| | | Keefer, et al. (1973) |
| | | Magee & Barnes (1956) |
| | | Peto et al. (1991) |
| | | Rogers et al. (1974) |
| | | Schmahl et al. (1976) |
| | | Taylor et al. (1974) |
| | | Terracini et al. (1967) |

203

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Species | Route | Citation |
|---|---|---|
| Rat | Oral | Zak, et al. (1960) |
| | Inhalation | Druckrey et al., (1967) |
| | | Moiseev & Benemansky (1975) |
| | Subcutaneous | Terracini & Magee, (1964) |
| Hamster | Oral | Tomatis et al. (1964) |
| | | Tomatis & Cefis (1967) |
| | Subcutaneous | Herrold (1967) |
| | | Stenback et al., (1973 |
| | | Reznik (1975), Reznik et al., (1976) |
| | | Mohr at al., (1974) |
| Guinea pig | Oral | Le Page & Christie (1969a) |
| Rabbit | Oral | Le Page & Christie (1969b) |
| *Mastomys* | subcutaneous | Fujii & Sato (1970) |

The findings in animal studies show extensive evidence of carcinogenesis of the liver in animals, which is considered supportive of the findings of liver tumors in humans.  This evidence is considered sufficient and consistent with the reported carcinogenicity of NDMA to the human liver.

Analogy

Given the demonstration that ranitidine contains NDMA, and the understanding that liver cancer is associated with exposure to NDMA both during ranitidine use and in other occupational and dietary contexts, the critical analogy argument is for structural analogies of NDMA with other carcinogens.  NDMA is a member of the larger class of dialkyl nitrosamines, many of which have been studied and found to be carcinogenic.  IARC Monograph 17 reviewed another 17 dialkyl nitrosamines and related compounds.

| Compound | Species | Liver | Other sites/species |
|---|---|---|---|
| N-Nitrosodi-n-butylamine | mouse, rat | Y | Y |
| N-Nitrosodietholamine | rat, hamster | Y | Y |
| N-Nitrosodiethylamine | various | Y | Y |
| N-Nitrosodi-n-propylamine | rat, monkey | Y | Y |
| N-Nitroso-N-ethylurea | mouse, opossum | Y | Y |
| N-Nitrosofolic acid | (ID) | | |
| N-Nitrosomethylethylamine | rat | Y | N |
| N-Nitroso-N-methylurea | | N | Y |
| N-Nitrosomethylvinylamine | | N | Y |
| N-Nitrosomorpholine | rat, mouse | Y | Y |

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| Compound | Species | Liver | Other sites/species |
|---|---|---|---|
| N'-Nitrosonornicotine | rat | Y | Y |
| N-Nitrosopiperidine | various | Y | Y |
| N-Nitrosoproline | (ID) | | |
| N-Nitrosohydroxyroline | (ID) | | |
| N-Nitrosopyrolidine | rat | Y | Y |
| N-Nitrososarcosine | mouse | Y | Y |
| Streptozotocin | rat | Y | Y |

(ID) – inadequate data.

IARC found that all the compounds for which they had adequate data were carcinogenic in animals at one or more sites and species.  Twelve of the fourteen compounds for which data were available caused liver tumors in one or more species.

On this basis the analogy criterion for pancreatic cancer as a result of exposure to ranitidine or NDMA is sufficient.

Utilizing the Bradford Hill framework, which I employ in my research and studies outside of this case, I have reviewed, considered, and weighed the evidence relating to the risk liver cancer and exposure to ranitidine containing NDMA.s.  Applying my training, educational and professional experience, it is my opinion to a reasonable degree of medical and scientific certainty that ranitidine can and does cause liver cancer.

Predicted Impact of NDMA contamination of ranitidine.

Based on the observed increased risk of various cancers associated with human dietary or occupational exposure to NDMA, it is possible to calculate the increased risks of these cancers as a result of ingestion of therapeutic doses of contaminated ranitidine over a period of time. For the purposes of this assessment, I assumed that the standard dose contained 1000 ng (1µg) of NDMA, and that this was taken daily for 10 years.  (Prescription records show that 60% of ranitidine users take the drug for at least 10 years.)  The following table shows the increase in hazard ratio for various cancers at sites for which dose-response information could be calculated from the epidemiological studies of dietary and occupational NDMA exposure.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**Increment in risk for 1000 ng/dose for 10 years**

Cumulative intake, mg NDMA:          3.6500

| Malignancy | subtype | Mean slope | HR Increase | HR |
|---|---|---|---|---|
| All malignant neoplasms | All subjects | 0.0651 | 23.76% | 1.2376 |
| | Men only | 0.0847 | 30.93% | 1.3093 |
| Bladder | | 0.0989 | 36.10% | 1.3610 |
| All Gastro-intestinal | | 0.1671 | 61.00% | 1.6100 |
| Stomach | All types | 0.2473 | 90.28% | 1.9028 |
| | Adeno-carcinoma | 0.6250 | 228.13% | 3.2813 |
| Esophagus | All types | 0.1803 | 65.81% | 1.6581 |
| | squamous cell ca. | 0.4353 | 158.89% | 2.5889 |
| All colorectal | | 0.0090 | 3.30% | 1.0330 |
| Proximal colon | | 0.0140 | 5.11% | 1.0511 |
| Rectum | | 0.3022 | 110.31% | 2.1031 |
| Prostate | | 0.2432 | 88.76% | 1.8876 |
| Larynx | | 0.2063 | 75.29% | 1.7529 |
| Brain | | 0.0716 | 26.13% | 1.2613 |
| Pancreas | | 0.0843 | 30.76% | 1.3076 |
| Liver | | 0.0948 | 34.61% | 1.3461 |

## FDA NDMA Testing

On September 13, 2019, the FDA issued a statement alerting patients and health care professionals that low levels of NDMA were found in samples of ranitidine.[ccli]  NDMA is classified as a probable human carcinogen (as substance that could cause cancer).  The FDA noted that it was working with international regulators and members of industry to determine the source of the impurity. A number of ranitidine manufacturers, including Sanofi and GSK,

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

announced that they were recalling their ranitidine products shortly after this announcement was made.[cclii ccliii]

In October 2019, FDA published new testing method recommendations for detecting NDMA, LC-HRMS.  The updated procedure did not use elevated temperatures, which is now known could generate elevated levels of NDMA.[ccliv]  FDA noted that preliminary results for their NDMA testing showed unacceptable levels of NDMA even though the test did not use high heat.[cclv]  Later that month, FDA published the LC-MS method, an alternative method for detecting NDMA in ranitidine.[cclvi]

In November, FDA published preliminary results from its ranitidine testing that found NDMA in all ranitidine samples tested, across all dosages and formulations.[ccxlviii]  In a release issued with the test results, the FDA reported that manufacturers who find NDMA over the regulatory limit in their ranitidine products should recall their products, stating:

"The calculated acceptable intake for NDMA in drugs is based on methods described in the 2018 ICH Guidance M7(R1).  *Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk*. If we or the manufacturers find NDMA levels above the acceptable limits (96 nanograms per day or 0.32 ppm), we're now asking companies to voluntarily recall ranitidine."[cclvii] In addition to FDA's testing, it asked ranitidine manufacturers to conduct their own testing to examine NDMA levels and later expanded the request to cover all lots of medication before making them available to consumers.[cclviii]

On January 2, 2020, Emery Pharma submitted a Citizen's Petition to FDA asking for all ranitidine products to be recalled from the US market.[cclix]  Emery made this request after obtaining preliminary LC-MS/MS test results that showed that the ranitidine molecule is heat-liable and that NDMA accumulates progressively under elevated temperatures.

On April 1, 2020, FDA recalled all ranitidine drugs from the US market because consumers could be exposed to unacceptable levels of NDMA when ranitidine products were stored at higher than room temperatures, which could cause NDMA to increase over time.[cclx]  In its response to Emery Pharma's Citizen's Petition, FDA told the laboratory: "Our preliminary stability tests under accelerated conditions, one of which was conducted at 40ºC/75% humidity, indicate that elevated temperatures can lead to the presence of NDMA in the drug product."[cclxi]

### GSK NDMA Testing and Root Cause Analysis

In response to inquiries from regulatory agencies including FDA, GSK began an investigation to determine why NDMA was being generated in ranitidine products.  GSK conducted the root cause testing between September 2019 and April 2020.[cclxii]  The results of GSK's root cause analysis were signed on June 15, 2020 by Andrew Searle, GSK's Director of Chemistry.[cclxii] In December, GSK's root cause analysis findings were published in an article in the Organic Process Research and Development journal.[cclxiii]

207

**GSK Found NDMA in all Ranitidine Samples Tested**

During its root cause testing, GSK tested retained ranitidine drug substance and drug product samples that it sourced from various manufacturing sites.[cclxiv]  GSK's testing found NDMA in all batches of drug substance and drug product that were tested.[cclxiv]  In finished dose tablets made with Dr. Reddy's and Jurong ranitidine drug substance, GSK found NDMA levels ranging from 24.75 ng to 195 ng per tablet in 75 mg tablets, 36 ng to 435 ng per tablet in 150 mg tablets, and 168 ng to 330 ng in its 300 mg tablets. The 150 mg ranitidine syrup, had between 2.4 ng to 9.9 ng NDMA per dose in its 10 mg, and 5 ng to 27.5 ng per dose in its 25 mg.[cclxv]

**RCA Confirms NDMA is Generated from Degradation of the Ranitidine Molecule**

As part of the RCA, GSK conducted experiments to assess potential degradation pathways of ranitidine. GSK found that NDMA was not a synthetic impurity formed during ranitidine's manufacture because freshly prepared batches of drug substance did not contain NDMA.[cclxiv] GSK conducted an isotopic labeling study that confirmed that NDMA was being generated directly from the ranitidine molecule itself via an intramolecular process.[cclxiv]

**RCA Confirms Temperature and Relative Humidity are Significant Factors Impacting the Rate of NDMA Formation in Drug Substance and Drug Product**

To analyze the impact of temperature and relative humidity on ranitidine, GSK performed accelerated stability monitoring (ASM) studies. In these studies when the drug substance was exposed to relative humidity at ≥ 50%, the samples deliquesced and became liquid during decomposition, turning dark brown. GSK concluded that NDMA increases when ranitidine drug substance is exposed to elevated temperatures.  Further, under storage conditions, GSK found that humidity which is already present in the drug substance at trace levels increases the rate of NDMA formation.[cclxiv] GSK testing also showed elevated temperature and humidity increases the rate at which ranitidine degrades and forms NDMA.[cclxiv]

*Testing from Other Ranitidine Manufacturers Finds NDMA in Their Ranitidine Products*

Dr. Reddy's

One of the drug substance manufacturers for GSK, Dr. Reddy's tested finished dose products and found elevated levels of NDMA ranging from 13.335ng to 109.838 ng per 75 mg tablet, 28.185 ng to 122.16 ng per 150 mg tablet; and 360 ng to 840 ng per 300 mg tablet.[cclxvi]

Sanofi

FDA tested Sanofi's finished dose tablets and found NDMA levels between 10 ng to 40 ng per 75 mg tablet, and 10 ng to 360 ng per 150 mg tablet.[ccxlviii] Sanofi also tested 75 mg and 150 mg finished dose, and found NDMA levels ranging from 0 ng to 105.08 ng and 0 ng to 420.15 ng per tablet, respectively.

In a response to a request from the EMA, UK's regulatory agency, Sanofi provided the results of drug product stress testing that showed that NDMA content increased in all drug product batches in response to oxidation, temperature and humidity.[cclxvii] In a Health Hazard Evaluation, Sanofi reported that NDMA is a mutagenic carcinogen in rodents and is classified by IARC as a

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

2A carcinogen (probably carcinogenic in humans).[cclxviii] Sanofi's report cited IARC 1998, which had found that NDMA should be regarded as if it was carcinogenic to humans based on the occurrence of cancer in several species and different exposure routes.[cclxviii] NDMA is controlled as a class 1 impurity under ICHM7, and N-nitroso compounds, including NDMA, are "high potency mutagenic carcinogens referred to as the cohort of concern in ICH M7 guidelines."[cclxviii]

Sanofi also reported the results from preliminary drug product and API tests for batches that had been manufactured for the US market.[cclxviii] In all 7 API batches, the NDMA content far exceeded the acceptable limit for NDMA of 320 ppb and all of the drug product tested had detectable levels of NDMA.[cclxviii]

After the FDA recalled all ranitidine products from the market in April 2020 Sanofi sought to create a ranitidine hydrochloride tablet with low iron contamination, which would produce low levels of NDMA.[cclxix] Sanofi hypothesized that that iron contamination from processing and transportation, or from the raw materials used could be affecting the NDMA levels found in ranitidine. Sanofi noted that when ranitidine HCl is exposed to oxygen, the iron/oxygen interactions activate NDMA and promote its formation.[cclxix] Based on its investigation, Sanofi concluded: "NDMA formation is due to iron species presence and includes the following steps: cleavage of ranitidine with iron species, concomitant formation of mineral nitrite, NDMA formation, the NDMA formation being accelerated when the temperature increases."[cclxix]

BI & Uquifa
FDA testing of BI's finished dose ranitidine tablets found NDMA levels ranging from 18.225 ng to 41.175 ng per 75 mg tablet.  The NDMA levels for 150 ng tablets ranged from 16.2 ng to 62.25 ng per tablet.[cclxx]

In June 2020, Boehringer Ingelheim (BI) conducted an investigation to assess whether its manufacturing process caused NDMA to form in the ranitidine drug product.[cclxxi] BI performed the investigation after being asked to do so by Sanofi because, at the time, BI manufactured bulk ranitidine for Sanofi.[cclxxi]

BI's investigation determined that the manufacturing process or individual manufacturing steps performed at BI Promeco were not the cause of the NDMA.[cclxxi] BI did not conduct its own NDMA testing but concluded that the API supplier, Uquifa, was responsible for the NDMA, finding the API supplied by Uquifa to be a "high risk" for nitrosamine formation."[cclxxi] BI's conclusion is based on a May 11, 2020 report from Uquifa, in which Uquifa determined that "thermal sensitivity" was causing ranitidine to form NDMA.[cclxxi]

Uquifa
In its February 2020 Executive Summary, Uquifa stated the presence of NDMA in ranitidine API was due to the effect of temperature and humidity on the stability of the API based on its testing.[cclxxii] Uquifa determined there was a potential for NDMA to form during the manufacturing process because ranitidine's nitro group could generate trace levels of

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

nitrites.[cclxxiii] Although NDMA was not detected, in three of the batches tested, nitrite was found at 9.82 ppm, 26.47 ppm, and 39.23 ppm.[cclxxiii] Uquifa's stability testing also showed that elevated NDMA forms due to the effects of temperature, relative humidity, and time.[cclxxiii]

## Comparison and effects of measured NDMA levels in ranitidine medications

The various measurements of NDMA levels vary considerably, in part linked to differences in supplier, bulk material vs. finished medications, age and storage conditions.  Within any of these categories there is still considerable variation.  I will attempt to present a summary of the available information, based on data assembled by FDA and the defendants (Zantac - NDMA Testing results.xlx) and by Emery Laboratories.

The testing reported by FDA includes a relatively small number of samples, and these were of various ages but stored under manufacturers storage conditions rather than by users.  The values considered in this report are for tablet formulations only, and exclude expired samples or those sourced from Dr. Reddy, who have only a small share of the US market.  The data are shown below with graphical presentations to illustrate the shape and breadth of the distribution.

210

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**Zantac – NDMA Testing results – FDA, Part 1**

All samples are tablets.  Values listed by FDA for iv product, syrup and Dr. Reddy manufactured samples were not included.

| Defendant / Manufacturer | Bates / Location | Product Name | Strength | Factor to ng/150 mg | Expired / Unexpired Finished Product | Testing Entity | Value number |
|---|---|---|---|---|---|---|---|
| BI | SANOFI_ZAN_MDL_0000065220 | Zantac | 150mg | 1 | Presumed Unexpired | FDA | 1 |
| Sanofi | https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine | Ranitidine (OTC) | 75mg | 2 | Presumed Unexpired | FDA | 2 |
| BI | SANOFI_ZAN_MDL_0000065220 | Zantac | 75mg | 2 | Presumed Unexpired | FDA | 3 |
| Sanofi | SANOFI_ZAN_MDL_0000104997; SANOFI_ZAN_MDL_0000070586 | Zantac | 75mg | 2 | Unexpired | Sanofi | 4 |
| GSK | GSKZAN0000883508 | Zantac | 300mg | 0.5 | Unexpired | GSK | 5 |
| Sanofi | https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine | Ranitidine (OTC) | 150mg | 1 | Presumed Unexpired | FDA | 6 |
| Sanofi | SANOFI_ZAN_MDL_0000104997; SANOFI_ZAN_MDL_0000070586 | Zantac | 150mg | 1 | Unexpired | Sanofi | 7 |
| BI | SANOFI_ZAN_MDL_0000065220 | Zantac | 150mg | 1 | Presumed Unexpired | Sanofi | 8 |
| GSK | GSKZAN0000883508 | Zantac | 75mg | 2 | Unexpired | GSK | 9 |
| GSK | GSKZAN0000883508 | Zantac | 150mg | 1 | Unexpired | GSK | 10 |

211

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**Zantac – NDMA Testing results – FDA Part 2**

| Value number | NDMA Content (ng) Low | NDMA Content (ng) median | NDMA Content (ng) High | NDMA/dose (ng/150 mg) Low | NDMA/dose (ng/150 mg) median | NDMA/dose (ng/150 mg) high | Spread | Percentile of mean | High as Percentile of max |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 16.2 | 39.225 | 62.25 | 16.2 | 39.225 | 62.25 | 46.05 | -72.8% | 14.3% |
| 2 | 10 | 25 | 40 | 20 | 50 | 80 | 60 | -65.4% | 18.4% |
| 3 | 18.225 | 29.7 | 41.175 | 36.45 | 59.4 | 82.35 | 45.9 | -58.9% | 9.5% |
| 4 | 0 | 52.5375 | 105.075 | 0 | 105.075 | 210.15 | 210.15 | -27.2% | 24.2% |
| 5 | 168 | 249 | 330 | 84 | 124.5 | 165 | 81 | -13.8% | 75.9% |
| 6 | 10 | 185 | 360 | 10 | 185 | 360 | 350 | 28.1% | 82.8% |
| 7 | 0 | 210.075 | 420.15 | 0 | 210.075 | 420.15 | 420.15 | 45.5% | 96.6% |
| 8 | 11.1 | 215.625 | 420.15 | 11.1 | 215.625 | 420.15 | 409.05 | 49.3% | 96.6% |
| 9 | 24.75 | 109.875 | 195 | 49.5 | 219.75 | 390 | 340.5 | 52.2% | 44.8% |
| 10 | 36 | 235.5 | 435 | 36 | 235.5 | 435 | 399 | 63.1% | 100.0% |

| Global min | Global mean | Global max | Global min | Global mean | Global max |
|---|---|---|---|---|---|
| 0 | 135.154 | 435 | 0 | 144.415 | 435 |
| Average min | | Average max | Average min | | Average max |
| 29.428 | | 240.880 | 26.325 | | 262.505 |

212

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER





CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER





The 75% percentile of the maximum NDMA level, was approximated by point 5: 326 ng NDMA per 150 mg ranitidine.

214

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

The tests undertaken by Emery Pharma (Baseline_FINAL.xlx and Combined Addl testing.xlx) are summarized below.  These included measurement of baseline NDMA sampling of ranitidine medications, and also measurement of NDMA after storage under a variety of conditions.

All the reported measurements of NDMA were considered.  Excluded from this analysis were 14 anomalous measurements which exceeded the global average by a large factor: between 9.8 and 17.0.  The next highest measurement was only 3.9 times the global average.

One of the issues to be addressed in these data is that some of the samples obtained had passed their expiration date by the time they were analyzed.  Examination of the whole dataset and the values for expired and current samples separately.  This showed that there was no systematic difference between the current samples and those past their expiration date at the time of analysis.

The results per sample are summarized as follows:

| Status | Number of values | Average NDMA Level (ng/150mg) | Std  deviation | 95% percentile | min | max |
|--------|-----------------|-------------------------------|----------------|----------------|-----|-----|
| All | 240 | 879.9 | 717.7 | 2390.9 | 11.7 | 3422.4 |
| Current | 164 | 876.4 | 699.6 | 2298.6 | 11.7 | 2957.0 |
| Expired | 76 | 887.5 | 755.0 | 2499.6 | 77.5 | 3422.4 |



Average NDMA Level (ng/150mg)

Emery Pharma also examined the effect of storage conditions and duration on NDMA levels in ranitidine medications.  One group of measurements used three storage scenarios: storage in the shade, in a location exposed to the sun, and storage in a humid location representing a bathroom with a shower.  Another group of measurements examined the effects of storage in

215

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

various climatic zones with increasing humidity and temperature.  In both scenario groups the storage conditions were maintained for a variety of different cycle numbers or times. Containers were unsealed but with lids replaced to simulate user handling.

As noted above, some of the samples used by Emery Pharma were past their expiration date by the time they were analyzed.  As noted previously this appears to make no difference to the baseline NDMA values obtained.  The following chart shows baseline values for all the samples used in the scenario analyses, in order of NDMA concentrations.



Shown are before/after ratios for NDMA levels to show the relative effect of the exposure scenarios.  Some of the samples studied had much higher levels of baseline NDMA than the others, which affected the average results substantially.  While these are likely representative of a subgroup of medications in the market, they are markedly different from the other samples used.  The other samples are more consistent, as shown by the ratios calculated for the scenario groups excluding these particular samples.  Global averages of baseline and post-exposure NDMA content were 2562.4 ng/150mg and 4463.7 ng/150mg respectively.

The baseline values of NDMA in the samples used in the storage scenario studies by Emery Pharma vary considerably, as shown in the table below:

216

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

| ID Variable FD Batch/Lot Number | Baseline NDMA Level (ng/150mg) | ID Variable FD Batch/Lot Number | Baseline NDMA Level (ng/150mg) |
|---|---|---|---|
| AL4219B | 77.0 | 9116CAWS | 1142.2 |
| 957266 | 113.8 | 18N024U | 1743.2 |
| 858855 | 126.9 | 19E573 | 2255.9 |
| 957422 | 162.4 | 9238CAWS | 2651.8 |
| AL7319 | 174.0 | AK0118B | 8608.4 |
| HF6N | 203.4 | 960810 | 11224.2 |
| 19D561 (1) | 241.4 | 958258 | 11425.8 |
| 753969 | 264.8 | 960302 | 12024.9 |
| 960678 | 312.2 | 960740 | 12076.5 |
| HA4J | 330.7 | 960303 | 12366.1 |
| AL4891B | 369.5 | AK0119A | 12378.1 |
| 19D563 | 435.4 | 958032 | 12751.3 |
| 18H008M | 721.4 | 960803 | 13421.3 |
| 19D561 (2) | 818.3 | 960738 | 14991.6 |
| Global average | | 4764.7 | |
| Average <8000 | | 674.7 | |
| Min | | 77.0 | |
| Max | | 2651.8 | |
| Average >8000 | | 12126.8 | |
| | | 8608.4 | |
| | | 14991.6 | |

Two distinct subsets of values are notable: a lower NDMA content group (average 674, minimum 77.0 and maximum 2651 ng/150 mg ranitidine) and a much higher group (average 12126.8, minimum 8608.4 and maximum 14991.6 ng/150 mg ranitidine).  The values in the lower group overlap with the range of values seen in the FDA measurements.  Although they do extend somewhat higher than those reported by FDA they are consistent with those values particularly considering the smaller number of values given, the spread of individual measurements reported by FDA, and the more controlled source (direct from manufacturer).

Results averaged for scenario groupings are discussed below.

**NDMA Baseline and after exposure levels for the Shade/Sun/Shower scenarios**

The smaller group of samples included in this scenario had an average baseline of 2562.4 ng NDMA/150 mg ranitidine and an average value after consumer storage simulation of 4463.7, showing an average 1.7 - fold increase.  Excluding the expired samples makes no systematic difference to the individual treatment values.  It reduces the after-cycle global average

217

somewhat (to 3699.2) but this probably reflects the reduced number of values rather than any substantial difference from the total dataset.

The zone storage samples are more consistent because they mostly were based on a smaller number of different samples (for logistical reasons), although two samples were used in both series (FD Batch/Lot Numbers HA4J and HF6N).  These did not include the samples with exceptionally high background levels.  It is notable that the levels of NDMA increased successively with length of storage in the zone conditions, in each of the zones.  The more climatically severe zones also had a substantially greater effect, as shown in the following graph.  The global average for unexposed samples was 623.6 ng/150mg. but the ratio of baseline to after exposure increased on average by a substantial ratio of 2.5.  The background levels were not substantially different from the measurements of non-expired samples only, consistent with the data on all samples analyzed which were shown earlier.   The current values after exposure were actually slightly lower on average because of the selective examination of the data, but the ratio of after exposure vs. background was essentially identical (2.5 vs. 2.6), suggesting that the current vs. expired status of the samples had no effect on the impact of the exposure scenarios on the levels of NDMA.

**NDMA Baseline and after exposure levels for different zones**

| # of Weeks | Zone 1 | Baseline NDMA Level (ng/150 mg) | Baseline NDMA Level (ng/150 mg) exc expired | NDMA Levels after Weeks | Ratio After/ baseline | Excluding expired NDMA Levels after Weeks | Excluding expired Ratio After/ baseline |
|---|---|---|---|---|---|---|---|
| 2 weeks | Zone 1 | 283.2 | 223.3 | 334.7 | 1.3 | 244.1 | 1.4 |
| | Zone 2 | 283.2 | 223.3 | 347.7 | 1.3 | 249.4 | 1.2 |
| | Zone 3 | 283.2 | 223.3 | 351.7 | 1.4 | 240.1 | 1.3 |
| | Zone 4a | 283.2 | 223.3 | 448.8 | 1.7 | 251.1 | 1.5 |
| | Zone ACC | 283.2 | 223.3 | 690.1 | 2.5 | 387.4 | 2.0 |
| 4 weeks | Zone 1 | 283.2 | 223.3 | 394.9 | 1.7 | 287.8 | 2.0 |
| | Zone 2 | 283.2 | 223.3 | 459.7 | 1.1 | 272.5 | 1.7 |
| | Zone 3 | 283.2 | 223.3 | 648.2 | 2.8 | 360.4 | 2.6 |
| | Zone 4a | 283.2 | 223.3 | 659.0 | 3.0 | 594.7 | 4.1 |
| | Zone ACC | 283.2 | 223.3 | 1064.7 | 4.1 | 610.5 | 3.7 |
| 8 weeks | Zone 1 | 283.2 | 223.3 | 358.6 | 1.6 | 274.0 | 1.9 |
| | Zone 2 | 283.2 | 223.3 | 516.4 | 2.1 | 302.2 | 2.1 |
| | Zone 3 | 283.2 | 223.3 | 719.3 | 3.0 | 389.9 | 2.8 |
| | Zone 4a | 283.2 | 223.3 | 807.2 | 3.6 | 689.1 | 4.7 |
| | Zone ACC | 283.2 | 223.3 | 1552.1 | 6.3 | 994.8 | 6.6 |
| **Global averages** | | **283.2** | **223.3** | **623.6** | **2.5** | **409.8** | **2.6** |

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER



In selecting a likely value of NDMA in a dose of ranitidine it is reasonable to use the values obtained by Emery Pharma, which are likely representative of the actual doses ingested by patients rather than materials obtained directly from the manufacturer.  These are somewhat higher than those observed in the FDA report, which looked at a limited number of samples obtained directly from manufacturers, which have probably been stored under highly controlled conditions.  It is evident from the work of Emery Pharma that storage of ranitidine doses under likely consumer conditions has a substantial impact on the levels of NDMA in the medication.  Even before consumer storage there is a very wide range of concentrations observed in the baseline concentration.

The substantial number of samples examined by Emery Pharma had an overall average baseline level of 876.4 ng NDMA per 150 mg ranitidine. The baseline in their scenario studies was higher at 2562.4 ng NDMA per 150 mg ranitidine for the shade/sun/shower studies which was the larger group, because the 15-cycle group included some very high baseline samples.  The 30 and 50 cycle groups are more representative, having a mean baseline of 750 8 ng NDMA per 150 mg ranitidine, which is consistent with although slightly lower than the overall mean of 876.4 ng NDMA per 150 mg ranitidine.  It is also necessary to consider Emery's observations of increased NDMA content after storage under simulated user handling.  The lower range samples in their measurements showed increases of up to 8.5 times (excluding outlier values),

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

while others (including the fewer higher-level samples increased) by up to 2 times).  The overall average increase as a result of consumer handling is relatively consistent across all scenarios: a value of 2.5 was seen in the zone experiments.  For the samples tested under the sun/shade/shower scenarios, the global average was 4463.7 ng NDMA per 150 mg ranitidine, but the average for the 30 and 50 cycle groups which are considered more representative was 3090.1 ng NDMA per 150 mg ranitidine.  This 3090.1 ng value was considered more representative, since the samples utilized for the 30 and 50 cycle groups had an average baseline of 750.8 ng which was close, but lower than the overall baseline averages of the 240 samples analyzed for baseline NDMA averages (excluding the 14 anomalous large baseline values).  The 3090.1 ng value reflects the likely median of consumer experiences which would include both modest impacts and large impacts depending on individual circumstances.  It should also be considered that, depending on their circumstances, some individuals would see an 8-fold increased NDMA exposure after consumer storage.  And if they were unfortunate to buy a series of retail prescriptions from the 5% of batches which had a 15-fold greater baseline level of NDMA they would have an even more extreme exposure than these average values represent, regardless of the impact of any storage conditions they applied.

FDA's reported measurements did not include consideration of the impact of storage under consumer conditions, but it is necessary to consider this in understanding the enhanced risk of cancer experienced by ranitidine users.  The ratio of 2.5 observed in Emery Pharma's zone experiments may be considered a reasonable hypothesis as to what would be seen in the samples studied by FDA, had these actually been retail samples used by consumers and this ratio applied is even more conservative that the Emery Pharma's testing demonstrated for shade/sun/shower scenarios.

An average user takes two daily doses of the 150 mg ranitidine prescription per day[cclxxiv] and continues this treatment for 10 years (although patients with some conditions may receive much higher doses).  This allows calculation of cumulative intake of NDMA from ranitidine over a typical treatment period.  The values to be considered are shown in the table below:

NDMA dose calculation

| | ng/150 mg | | μg /year, 2 doses/day | | mg/year | | mg/10 years | |
|---|---|---|---|---|---|---|---|---|
| | Baseline | After consumer storage | Baseline | After consumer storage | Baseline | After consumer storage | Baseline | After consumer storage |
| Consumer storage ratio for FDA | | 2.5 | | 2.5 | | 2.5 | | 2.5 |
| FDA max | 435.0 | 1087.5 | 317.55 | 793.88 | 0.32 | 0.79 | 3.18 | 7.94 |
| Emery overall average | 879 | 3090.1 | 641.67 | 2255.70 | 0.64 | 2.26 | 6.42 | 22.60 |

FDA Max after consumer storage estimated.

220

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Impact of likely NDMA exposure from ranitidine use.

Some of the studies reported of NDMA exposure, either occupationally or in dietary studies, show statistically significant findings at measured levels of cumulative NDMA intake.  As a measure of the exposure at which cancer impacts are seen, the exposure in the lowest exposure group (tertile, quartile etc.) at which significant findings were seen is noted.  This was done for the five cancer sites evaluated previously according to the Bradford Hill criteria: stomach, esophagus, bladder, pancreas and liver.  The studies chosen are not necessarily the most sensitive, since many of the studies did not sufficiently quantify the actual NDMA exposures to make this calculation.  In particular, cumulative exposure taken from the occupational study by Hidajat may be appear higher in comparison to the dietary studies due to the differences in exposure quantification, exposure route, and the fact that this is a study of mortality rather than incidence.  A value is also shown for all cancer, for comparison:

| Site | Author | mg NDMA | OR | CI |
|------|--------|---------|-----|-----|
| *All* | Loh | 2.17 | 1.14 | 1.03, 1.27 |
| *Gastric* | De Stefani et al., 1998 | 3.2 | 2.07 | 1.36 - 3.18 |
| *Esophagus* | Keszei | 4.09 | 2.43 | 1.13 - 5.23 |
| *Bladder* | Hidajat | 8.70 | 1.57 | 1.19 - 2.07 |
| *Pancreas* | Hidajat | 8.70 | 1.59 | 1.18 - 2.15 |
| *Liver* | Hidajat | 15.00 | 1.96 | 1.16 - 3.29 |

A comparison of these values with the several estimates of exposure from ranitidine use over 10 years is shown in the following graph:

221

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER



Exposures to NDMA from ranitidine use are clearly substantial in relation to the exposures seen in the studies.  The overall baseline estimate from Emery Pharma exceeds the measurably effective exposures for all cancers, gastric and esophageal cancer.  Although the FDA maximum is somewhat lower it still exceeds the effective exposures for those cancers: due to the limited database that is probably an underestimate of the exposures actually received by ranitidine users.  The estimate of exposure from ranitidine after storage greatly exceeds the effective exposures for all of the cancers of concern.

Another way of looking at these data is to calculate the number of years exposure at the expected rates required to reach measurably effective exposure for the various cancers.  This is shown in the table below.

222

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

**Years to achieve dose equivalent to significant finding level:**

| | | Baseline | | After consumer storage | |
|---|---|---|---|---|---|
| | **Study cumulative mg** | **FDA max** | **Emery overall average** | **FDA max after consumer storage** | **Emery average after consumer storage** |
| NDMA, mg/year | | 0.31755 | 0.64167 | 0.79 | 2.2557787 |
| Site | | | Years to reach significance | | |
| All | 2.17 | 6.83 | 3.38 | 2.73 | 0.96 |
| Gastric | 3.2 | 10.08 | 4.99 | 4.03 | 1.42 |
| Esophagus | 4.09 | 12.88 | 6.37 | 5.15 | 1.81 |
| Bladder | 8.70 | 27.40 | 13.56 | 10.96 | 3.86 |
| Pancreas | 8.7 | 27.40 | 13.56 | 10.96 | 3.86 |
| Liver | 15.0048 | 47.25 | 23.38 | 18.90 | 6.65 |

As was apparent from the previous presentation, levels of NDMA expected from ranitidine use are very likely to result in significant cancer incidence, particularly when allowing for the considerable range of NDMA concentrations observed in baseline ranitidine samples, and even more so when allowing for formation of additional NDMA during consumer storage under what are, for the stability of ranitidine, not ideal conditions of temperature and humidity.

223

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

## References

[i] Fearon E, Vogelstein B (1990). A genetic model for colorectal tumorigenesis. Cell. 61: 959-967.

[ii] Doll R, Peto R (1981). The causes of cancer: quantitative estimates of avoidable risks of cancer in the United States today. JNCI. 66(6): 1192-1308.

[iii] McHale CM, Osborne G, Rachel Morello-Frosch R, Salmon AG, Sandy MS, Solomon G, Zhang L, Smith MT, Zeise L (2018).  Assessing health risks from multiple environmental stressors: Moving from G × E to I × E. Mutation Research-Reviews in Mutation Research. 775: 11–20.

[iv] Smith MT, Guyton KZ, Gibbons CF, Fritz JM, Portier CJ, Rusyn I, DeMarini DM, Caldwell JC, Kavlock RJ, Lambert P, Hecht SS, Bucher JR, Stewart BW, Baan R, Cogliano VJ, Straif K (2016). Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis.  Environ Health Perspect. 124: 713–721.

[v] AG Salmon (2006).  Chapter 23: Risk Assessment for Chemical Carcinogens.  Molecular Carcinogenesis and the Molecular Biology of Human Cancer. 1: 501-545.

[vi] National Research Council (1983).  Risk Assessment in the Federal Government: Managing the Process.   National Academies Press.

[vii] National Research Council (1983).  Science and Judgment in Risk Assessment.    National Academies Press.

[viii] National Research Council (1996).  Understanding Risk: Informing Decisions in a Democratic Society.    National Academies Press.

[ix] Hill AB (1965). The Environment and Disease: Association or Causation? Proceedings of the Royal Society of Medicine. 58: 295-300.

[x] Goodman JE, Prueitt RL, Sax SN, Bailey LA, Rhomberg LR. (2013). Evaluation of the causal framework used for setting national ambient air quality standards. Crit Rev Toxicol. 43(10):829-49.

[xi] Bradford Hill A. (1965). The Environment and Disease: Association or Causation?. Section of Occupational Medicine. 295-300.

[xii] Meigs JW, Marrett LD, Ulrich FU and Flannery JT (1986).  Bladder tumor incidence among workers exposed to benzidine: a thirty-year follow-up.  J. Natl Cancer Inst. 76: 1-8.

[xiii] Creech JL Jr, Johnson MN (1974).  Angiosarcoma of liver in the manufacture of polyvinyl chloride.  J Occup Med. 16: 150-151.

224

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

[xiv] Mancuso T and Hueper W (1951).  Occupational cancer and other health hazards in a chromate plant: A medical appraisal.  I. Lung cancers in chromate workers.  Industrial Medicine and Surgery. 20: 358-363.

[xv] Mancuso T (1975). Consideration of Chromium as an Industrial Carcinogen. In: International Conference on Heavy Metals in the Environment. 343-356.

[xvi] Redmond CK (1983).  Cancer mortality among coke oven workers.  Environ Health Perspect. 52: 67-73.

[xvii] Garshick E, Schenker M, Munoz A, Segal M, Smith T, Woskie S, Hammond S, Speizer F (1988). A retrospective cohort study of lung cancer and diesel exhaust exposure in railroad workers. Am Rev Respir Dis. 137: 820-825.

[xviii] Maronpot RR, Boorman GA, Gaul BW (Editors) (1999).  Pathology of the mouse: Reference and Atlas.  Cache River Press.

[xix] Dearfield KL, Moore MM (2005).  Use of genetic toxicology information for risk assessment. Environ Mol Mutagen.  46(4):236-45.

[xx] U.S. Environmental Protection Agency (1986). Guidelines for Carcinogen Risk Assessment. EPA/630/R-00/004. Risk Assessment Forum, U.S. Environmental Protection Agency. Federal Register. 51(185):33992-34003

[xxi] U.S. Environmental Protection Agency (2005). Guidelines for Carcinogen Risk Assessment. Risk Assessment Forum.  EPA/630/P-03/001F.

[xxii] OEHHA (2009). Technical Support Document for Cancer Potency Factors.

[xxiii] IARC. (2019). IARC Monographs on the Identification of Carcinogenic Hazards to Humans. Preamble. Amended January 2019.

[xxiv] U.S. EPA (2006).  Approaches For the Application of Physiologically Based Pharmacokinetic (PBPK) Models and Supporting Data In Risk Assessment (Final Report). U.S. Environmental Protection Agency. EPA/600/R-05/043F.

[xxv] California Office of Environmental Health Hazard Assessment (2015).  Air Toxics Hot Spots Program Risk Assessment Guidelines, Guidance Manual for Preparation of Health Risk Assessments, February 2015.

[xxvi] IARC. (1978). IARC Monographs on the Identification of Carcinogenic Hazards to Humans. 17: 125-175.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

xxvii Peto R and Gray R (1984).  Nitrosamine carcinogenesis in 5120 rodents: chronic administration of sixteen different concentrations of NDEA, NDMA, NPYR and NPIP in the water of 4440 inbred rats, with parallel studies on NDEA alone of the effect of age of starting (3,6 or 20 weeks) and of species (rats, mice or hamsters). N-Nitroso Compounds: Occurrence, Biological Effects and Relevance to Human Cancer, IARC Scientific Publications. International Agency for Research on Cancer. =57: 501-512.

xxviii Klein RG, Janowsky I, Pool-Zobel BL, Schmezer P, Hermann R, Amelung F, Spiegelhalder B, Zeller WJ (1991).  Effects of long-term inhalation of N-nitrosodimethylamine in rats.  IARC Sci Publ. 105:322-8.

xxix Integrated Risk Information System (1987). U.S. Environmental Protection Agency, National Center for Environmental Assessment.  Chemical Assessment Summary for N-Nitrosodimethylamine. CASRN 62-75-9.

xxx Hidajat M, McElvenny DM, Ritchie P et al. (2019).  Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. Occup Environ Med. 76:250–258.

xxxi Song P, Wu L, Guan W (2015). Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis.  Nutrients. 7(12), 9872-9895.

xxxii Jakszyn P, González CA (2006).  Nitrosamine and related food intake and gastric and oesophageal cancer risk: A systematic review of the epidemiological evidence.  World J Gastroenterol. 12(27): 4296-4303.

xxxiii Massey RC, Key PE, McWeeny D J, Knowles M E (1987).  An investigation of apparent total N-nitroso compounds in beer.  IARC Sci Publ 84:219-21.

xxxiv National Toxicology Program. (2021). 15th Report on Carcinogens. Department of Health and Human Services (Dec 2021). https://ntp.niehs.nih.gov/whatwestudy/assessments/cancer/roc/index.html?utm_source=direct&utm_medium=prod&utm_campaign=ntpgolinks&utm_term=roc

xxxv Valisure, LLC (2019). Valisure Citizen Petition on Ranitidine. https://downloads.regulations.gov/FDA-2019-P-4281-0001/attachment_1.pdf.

xxxvi Zmysłowski A, Ksiazek I, Szterk A (2020).  N-Nitrosodimethylamine Contamination in the Metformin Finished Products.  Molecules. 25: 5304.

xxxvii Tsutsumi T, Akiyama H, Demizu Y, et al. (2019).  Analysis of an Impurity, N-Nitrosodimethylamine, in Valsartan Drug Substances and Associated Products Using GC-MS. Biol Pharm Bull. 42(4):547-551.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

xxxviii Braunstein LZ, Kantor ED, O'Connell K, Hudspeth AJ, Wu Q, Zenzola N, Light DY (2021). Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. JAMA Netw. Open. 4(1): e2034766.

xxxix White CM (2021).  Ranitidine's N-nitrosodimethylamine problem may be tip of the iceberg. JAMA Netw Open. 4(1): e2035158.

xl GSKZAN0003419540 (GSK's NDMA Hazard Assessment Report from September 25, 2019).

xli International Programme on Chemical Safety (IPCS) (2002).  Concise International Chemical Assessment Document 38.  N-Nitrosodimethylamine.  World Health Organization..

xlii Li YQ et al. (1992). Target cells for the cytotoxic effects of carcinogens in the murine. Carcinogenesis. 13(3): 361-368.

xliii Wang H et al. (2017). Genotoxicity of a Low-Dose Nitrosamine Mixture as Drinking Water Disinfection Byproducts in NIH3T3 Cells. Int J Med Sci 14(10): 961.

xliv Li H et al. (2011).  N-nitrosamines are associated with shorter telomere length.  Scand J Work Enviro Health 37(4):316-324.

xlv Kim E et al. (2019).  Connexin 43 plays an important role in the transformation of cholangiocytes with Clonochis sinensis excretory-secretory protein and N-Nitrosodimethylamine.  PLOS Neglected Tropical Diseases. 13(3): e0006843.

xlvi Koike R, Uchiyama T, Arimoto-Kobayashi S et al. (2018).  Increase of somatic cell mutations in oxidative damage-sensitive drosophila.  Genes and Environment 40(1): 1-8

xlvii Yang CS, Patten C, Lee MJ, Li M, Yoo JS, Pan J, Hong J (1987).  Enzymatic mechanisms in the metabolic activation of N-nitrosodialkylamines.  IARC Sci Publ. 84:104-108.

xlviii Kay JE, Corrigan JJ, Amanda L. Armijo AL (2021). Excision of mutagenic replication-blocking lesions suppresses cancer but promotes cytotoxicity and lethality in nitrosamine-exposed mice Cell Reports 34: 108864

xlix von Hofe E, Schmerold I, Lyinsky W, Jeltsch W, Kleihues P (1987). DNA methylation in rat tissues by a series of homologous aliphatic nitrosamines ranging from N-nitrosodimethylamine to N-nitrosomethyldodecylamine.  Carcinogenesis 8(9): 1337-1341.

l Jablonski J, Jablonska E, Chojnowski  (2001).  The influence of very low doses of N-nitrosodimethylamine (NDMA) on the apoptosis of rat neutrophils in vivo. The role of reactive oxygen species.  Toxicology. 165(1):65-74.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

li George J, Tsuchishima M, Tsutsumi M (2019).  Molecular mechanisms in the pathogenesis of N-nitrosodimethylamine induced hepatic fibrosis.  Cell Death Dis. 10(1):18

lii Desjardins R, Fournier M, Denizeau F, Krzystyniak K (1992).  Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice.  J Toxicol Environ Health. 37(3):351-61.

liii Liteplo RG, Meek ME, Windle W. (2002). WHO Concise International Chemical Assessment Document 38 N-Nitrosodimethylamine. 15.

liv WHO (2008).  N-Nitrosodimethylamine in Drinking-water Background document for development of WHO Guidelines for Drinking-water Quality. World Health Organization. 10.

lvi Anderson LM, Souliotiss VL, Chhabra SK,  Moskal TJ et al. (1996).  N-Nitrosodimethylamine-derived 06-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol.  Int. J. Cancer. 66: 130-134.

lvii Gombar CT, Pylypiw HM, Harrington GW (1987).  Pharmacokinetics of N-Nitrosodimethylamine in Beagles.  Cancer Research. 47: 343-347.

lviii Gombar CT, Harrington GW, Pylypiw HM, et al. (1988).  Pharmacokinetics of N-nitrosodimethylamine in swine.  Carcinogenesis. 9(8): 1351 – 1354.

lix Gombar CT, Harrington GW, Pylypiw HM, et al. (1990).  Interspecies Scaling of the Pharmacokinetics of N-Nitrosodimethylamine.  Cancer Research. 50: 4366-4370.

lx IARC (1987).  Supplement 7 of the Agency's Monographs on the Evaluation of the Carcinogenic Risks to Humans Overall Evaluation of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42

lxi Clapp N, Craig A, R Toya (1968). Pulmonary and Hepatic Oncogenesis During Treatment of Male RF Mice with Dimethylnitrosamine. Journal of the National Cancer Institute 41(5): 1213-1227.

lxii Clapp N, Toya R (1970). Effect of Cumulative Dose and Dose Rate on Dimethylnitrosamine Oncogenesis in RF Mice. J Nat Cancer Inst 45(3): 495-498.

lxiii  Clapp N, Tyndall R, Otten J (1971). Differences in Tumor Types and Organ Susceptibility in BALB/c and RF Mice following Dimethylnitrosamine and Diethylnitrosamine. Cancer Research 31: 196-198.

228

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

lxiv Kuwahara A, Otsuka H, Nagamatsu A (1972). Induction of Hemangiomatous Lesions with Dimethylnitrosamine: Influence of Route of Administration and Strain of Mice. GANN 63: 499-502.

lxv Otsuka H, Kuwahara A (1971). Hemangiomatous Lesions of Mice Treated with Nitrosodimethylamine. GANN 62(3) 147-156.

lxvi  Takayama S, Oota K (1963). Malignant Tumors Induced in Mice fed with N-Nitrosodimethylamine. GANN 54: 465-472.

lxvii Takayama S, Oota K (1965). Induction of Malignant Tumors in Various Strains of Mice by Oral Administration of N-Nitrosodimethylamine and N-Nitrosodiethylamine. GANN 56: 189-199.

lxviii Terracini B, Palestro G, Ramela Gigliardi M, Montesano R (1966). Carcinogenicity of Dimethylnitrosamine in Swiss Mice. British Journal of Cancer 20(4): 871-876.

lxix Argus M, Hoch-Ligeti (1961). Comparative Study of the Carcinogenic Activity of Nitrosamines. J Nat Cancer Inst 27: 695-709.

lxx Geil J, Stenger R, Behki R, Morgan W (1968). Hepatotoxic and Carcinogenic Effects of Dimethylnitrosamine in Low Dosage. Light and Electron Microscopic Study. J Nat Cancer Inst 40: 713-730.

lxxi Magee P, Barnes J (1956). The Production of Malignant Primary Hepatic Tumours in the Rat by Feeding Dimethylnitrsamine. British Journal of Cancer 10(1): 114-122.

lxxii Magee P, Barnes J (1959). The Experimental Production of Tumours in the Rat by Dimethylnitrosamine (N-Nitroso Dimethylamine). Acta Unio Int Contra Cancrum 15(1): 187-190.

lxxiii Magee P, Barnes J (1967). Carcinogenic nitroso compounds. Adv Cancer Res 10:163-246.

lxxiv Taylor H, Lijinsky W, Nettesheim P, Snyder C (1974). Alternation of Tumor Response in Rat Liver by Carbon Tetrachloride. Cancer Research 34: 3391-3395.

lxxv Riopelle J, Jasmin G (1969). Nature, Classification, and Nomenclature of Kidney Tumors Induced in the Rat by Dimethylnitrosamine. J Nat Cancer Inst 42: 643-662.

lxxvi Shinohara Y, Arai M, Hirao K, Sugihara S, Nakanishi K, Tsunoda H, Ito N (1976). Combination Effect of Citrinin and Other Chemicals on Rat Kidney Tumorigenisis. Gann 67: 147-155.

lxxvii  Zak F, Holzner H, Singer E, Popper H (1960). Renal and Pulmonary Tumors in Rats Fed Dimethylnitrosamine. Cancer Res 20: 96-99.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

lxxviii  Ito N, Hiasa Y, Kamamoto Y, Makuira S, Sugihara S, Maragami M (1971). Histopathological Analysis of Kidney Tumors in Rats Induced by Chemical Carcinogens. Gann 62: 435-444.

lxxix  Ireton H, McGiven A, Davies D (1972). Renal Mesenchymal Tumors Induced in Rats by Dimethylnitrosamine: Light- and Electron-Microscope Studies. The Journal of Pathology 108(3): 181-185.

lxxx McGiven A, Ireton H (1972). Renal Epithelial Dysplasia and Neoplasia in Rats Given Dimethylnitrosamine. J Pathol 108(3): 187-190.

lxxxi Hoch-Ligeti C, Argus M, Arcos J (1968). Combined Carcinogenic Effects of Dimethylnitrosamine and 3-Methylcholanthrene in the Rat. J Nat Cancer Inst 40: 535-549.

lxxxii  Keefer L, Lijinsky W, Garcia H (1973). Bried Communication: Deuterium Isotope Effect on the Carcinogenicity of Dimethylnitrosamine in Rat Liver. J Natl Cancer Inst 51: 299-302.

lxxxiii Terracini B, Magee PN, Barnes JM (1967).  Hepatic pathology in rats on low dietary levels of dimethylnitrosamine.  Br J Cancer 21(3): 559-565.

lxxxiv Hadjiolov D, Markow D (1973). Fine Structure of Hemangioendothelial Sarcomas in the Rat Liver indued with N-Nitrosodimethylamine. Archiv fur Geschwulstforschung 42(2): 120-126.

lxxxv Tomatis L,  Magee P, Shubik P (1964). Induction of Liver Tumors in the Syrian Golden Hamster by Feeding Dimethylnitrosamine. J Nat Cancer Inst 33: 341-345.

lxxxvi Haas H, Mohr U, Kruger FW (1973). Comparative studies with different doses of N-Nitrosomorpholine, N-Nitrosopiperidine, N-Nitrosomethylurea, and Dimethylnitrosamine in Syrian Golden Hamsters. J Natl Cancer Inst 51: 1295-1301.

lxxxvii Homburger F, Hanler A, Soto E, Hsueh S, Van Dongen C, Russfield A (1976). Adenocarcinoma of the Glandular Stomach Following 3-Methylcholanthrene, N-Nitrosodiethylamine, or N-Nitrosodimethylamine Feeding in Carcinogen-Susceptible Inbred Hamsters. J Natl Cancer Inst 57: 141-144.

lxxxviii Le Page R, Christie GS. (1969). Induction of Liver Tumours in the Guinea Pig by Feeding Dimethylnitrosamine. Pathology 1(1): 49-56.

lxxxix  Le Page R, Christie G (1968). Induction of Liver Tumors in the Rabbit by Feeding Dimethylnitrosamine.  British Journal of Cancer 23: 125-131.

xc Ashley L, Halver J (1968). Dimethylnitrosamine-Induced Hepatic Cell Carcinoma in Rainbow Trout. J Nat Cancer Inst 41: 531-552.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

xci Sato S, Matusushima T, Tanaka N, Sugimura T, Takashima F (1973). Hepatic Tumors in the Guppy (Lebistes reticulatus) induced by Aflatoxin B, Dimethylnitrosamine, and 2-Acetylaminofluorene. J Natl Cancer Inst 50: 765-778.

xcii  McCracken M, Bottoms G, Carlton W (1973). Tumorigenesis of dimethylnitrosamine in the Pekin duck. Toxicol Appl Pharmacol 25: 447-448.

xciii Druckrey H, Preussmann R, Ivankovic S, Schmahl D (1967). Organotrope carcinogene Wirkungen bei 65 verschiedenen N-Nitroso-Verbindungen an BD-Ratten. Zeitschrift fur rebsforschung 69: 103-201.

xciv Moiseev G, Benemansky V (1975). On the carcinogenic activity of low concentrations of nitrosodimethylamines in inhalation. Vop Onkol 27(6): 107.

xcv Cardesa A, Pour P, Althoff J (1974). Comparative Studies of Neoplastic Response to a Single Dose of Nitroso Compounds. Z Krebsforsch 81: 229-233.

xcvi Toth B, Shubik P (1967). Carcinogenesis in AKR Mice Injected at Birth with Beno(a)prene and Dimethylnitrosamine. Cancer Research 27: 43-51.

xcvii Toth B, Magee P, Shubik P (1964). Carcinogenisis Study with Dimethylnitrosamine Administered Orally to Adult and Subcutaneously to Newbord BALB/c Mice. Cancer Research 24: 1712-1721.

xcviii Fuji K, Sato H (1970). Response of Adult Mastomys (Praomys Natalensis) to Subcutaneous Injection of N-Nitrosodimethylamine. Gann 61: 425-434.

xcix  Campbell J, Wiberg G, Grice H, Lou P (1974). Stromal Nephromas and Renal Cell Tumors in Suckling and Weaned Rats. Cancer Research 34: 2399-2404.

c Terracini B, Magee P (1964). Renal tumours in rats following injection of dimethylnitrosamine at birth. Nature 202(4931): 502-503.

ci Ito N (1972). Experimental Studies on Tumors of the Urinary System of Rats induced by Chemical Carcinogens. Acta  Path Jap 23(1): 87-109.

cii Herrold K (1967). Histogenesis of Malignant Tumors Induced by Dimethylnitrosamine. An Experiment Study in Syrian Hamsters. J Nat Cancer Inst 39: 1099-1111.

ciii Stenback F, Ferrero A, Montesano R, Shubik R (1972). Synergistic Effect of Ferric Oxide on Dimethylnitrosamine Carcinogenisis in the Syrian Golden Hamster. Z Krebsforsch 79: 31-38.

231

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

civ Reznik G (1975). The Carcinogenic Effect of Dimethylnitrosamine on the Chinese Hamster (Cricetulus Griseus). Cancer Letters 1: 25-28.

cv Reznik G, Mohr U, Kmoch N (1976). Carcinogenic Effects of Different Nitroso-Compounds in Chinese Hampsters. Br. K Cancer 33:411-418.

cvi Mohr U, Haas H, Hilfrich J (1974). The Carcinogenic Effects of Dimethylnitrosamine and Nitrosomethylurea in European Hampsters (Cricetus L). Br J Cancer 29: 359-364

cvii Frei J (1970). Toxicity, Tissue Changes, and Tumor Induction in Inbred Swiss Mice by Methylnitrosamine and -amide Compounds. Cancer Research 30: 11-17.

cviii Clapp N (1973). Carcinogenicity of Nitrosamines and Methanesulphonate Esters Given Intraperitoneally in RF Mice. Int J Cancer 12: 728-733.

cix  Cardesa A, Pour P, Althoff J, Mohr U (1973). Vascular Tumors in Female Swiss Mice After Intraperitoneal Injection of Dimethylnitrosamine. Journal of the National Cancer Institute 51(1): 201-208.

cx Noronha R (1975). The Inhibition of Dimethylnitrosamine-Induced Renal Tumorgenisis in NZO/B1 Mice by Orchiectomy. Investigative Urology 13: 136-141.

cxi Den Engelse L, Hollander C, Misdorp W (1974). A Sex-Deendent Difference in the Type of Tumours Induced by Dimethylnitrosamine in the Livers of C3Hf Mice. Europ J Cancer 10: 129-135.

cxii Vesselinovitch S (1969). The Sex-Dependent Difference In the Development of Liver Tumors in Mice Administered Dimethylnitrosmine. Cancer Research 29: 1024-1027.

cxiii Murphy G, Mirand E, Johnston G, Schmidt J, Scott W (1966). Renal Tumors Induced by a Single Dose of Dimethylnitrosamine:  Morphologic, Functional, Enzymatic, and Hormonal Characterizations. Investigative Urology 4(1): 39-56.

cxiv Ingram A (1972). The Lethal and Hepatocarcinogenic Effects of Dimethylnitrosamine Injection in the Newt Triturus Helveticus. Br J Cancer 26: 206-215.

cxv McLean A, Magee P (1970). Increased Renal Carcinogenesis by Dimethyl Nitrosamine in Protein Deficient Rats. Br J exp. Path 51: 587-590.

cxvi Hilfrich J, Haas H, Kmoch N, Montesano R, Mohr U, Magee P (1975). The Modification of the Renal Carcinogenicity of Dimethylnitrosamine by Actinomycin D and A Protein Deficient Diet. Br J Cancer 32: 578-587.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

cxvii Carlton W, Price P (1973). Dietary Copper and the Induction of Neoplasms in the Rat by Acetylaminofluorine and Dimethylnitrosamine. Fd Cosmet Toxicol 11: 827-840.

cxviii Rogers A, Sanchez O, Feinsod F, Newberne P (1974). Dietary Enhancement of Nitrosamine Carcinogenisis. Cancer Research 34: 96-99.

cxix Schmahl D, Kruger F, Habs M, Diehl B (1976). Influence of Disulfiram on the Organotropy of the Carcinogenic Effect of Dimethylnitrosamine and Diethylnitrosamine in Rats. Z Krebsforsch 85: 271-276.

cxx AZ_ZAN_00025774.

cxxi Pound A, Lawson T, Horn L (1973). Increased Carcinogenic Action of Dimethylnitrosamine After Prior Administration of Carbon Tetrachloride. Br J Cancer. 27: 451-459.

cxxii Cardesa A, Pour P, Althoff J (1974). Effects of Introperitoneal Injections of Dimethyl- and Diethylnitrosamine, Alone or Simultaneously on Swiss Mice. Z. Krebsforsch 82: 233-238.

cxxiii Love L, Pelfrene A, Garcia H (1977). Effect of Intestinal Microflora Suppression on Liver Carcinogenicity of Dimethylnitrosamine in Syrian Hamsters: Brief Communication. J Natl Cancer Inst 58: 1835-1836.

cxxiv Gray R, Peto R, Brantom , Grasso P (1991). Chronic Nitrosamine Ingestion in 1040 Rodents: The Effect of the Choice of Nitrosamine, the Species Studied, and the Age of Starting Exposure. Cancer Research 51(23 pt 2): 6470-6491.

cxxv Peto R, Gray R, Brantom P, Grasso P (1991a).  Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine.  Cancer Res 51(23 Pt 2): 6452-6469.

cxxvi Peto R, Gray R, Brantom P, Grasso P (1991b).  Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study.  Cancer Res. 51(23 Pt 2): 6415-6451.

cxxvii Harris C, Autrup H, Stoner G, McDowell E, Trump B (1977). Metabolism of Dimethylnitrosamine and 1,2 Dimethylhydrazine in Cultured Human Bronchi. Cancer Research 37: 2309-2311.

cxxviii Montesano R, Magee P (1970). Metabolism of Dimethylnitrosamine by Human Liver Slices in Vitro. Nature 228: 173-174.

cxxix Lijinsky W (1999). N-Nitroso compounds in the diet. Mutation Research 443: 129-138.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

cxxx IARC (1987). The Relevance of N-Nitroso Compounds to Human Cancer: Exposures and Mechanisms.  IARC Scientific Publication No. 84.

cxxxi Hakura A, Suzuki S, Sawada S et al. (2003).  Use of human liver S9 in the Ames test: assay of three procarcinogens using human S9 derived from multiple donors.  Regulatory Toxicology and Pharmacology 37: 20–27.

cxxxii Hakura A, Suzuki S, Satoh T (1999).  Advantage of the use of human liver S9 in the Ames test.  Mutation Research 438: 29–36.

cxxxiii Hidajat, M., McElvenny, D. M., Mueller, et al (2019). Job-exposure matrix for historical exposures to rubber dust, rubber fumes and n-Nitrosamines in the British rubber industry. Occupational and Environmental Medicine. 76(4):259-267.

cxxxiv Klein RG, Schmezer P. (1984).  Quantitative measurement of the exhalation rate of volatile N-nitrosamines in inhalation experiments with anaesthetized Sprague-Dawley rats. IARC Scientific Publications 57: 513-517.

cxxxv Straif, K et al. (2000).  Exposure to nitrosamines, carbon black, asbestos, and talc and mortality from stomach, lung, and laryngeal cancer in a cohort of rubber workers. Am J Epidemiol. 152(4): 297-306.

cxxxvi Vlaanderen, DT, Wellman, J, et al. (2013).  Extended Cancer Mortality Follow-up of a German Rubber Industry Cohort.  J. Occup. Environ. Med. 55(8): 966-972.

cxxxvii Sorahan T, Hamilton L, Jackson JR. (2000). A further cohort study of workers employed at a factory manufacturing chemicals for the rubber industry, with special reference to the chemicals 2-mercaptobenzothiazole (MBT), aniline, phenyl-β-naphthylamine and o-toluidine. Occup Environ Med. 57: 106-115.

cxxxviii De Vocht F, et al. (2007). Occupational Exposure to NDMA and NMor in the European rubber industry. J Environ Monit 9(3): 253-259.

cxxxix Oury B, Limasset JC, and Protois J C. (1997). Assessment of exposure to carcinogenic N-nitrosamines in the rubber industry. Int Arch Occup and Environ Health, 70(4), 261–271.

cxl Baxter PJ and Werner JB. (1980) Mortality in the British rubber industries 1967-1976. London: Health and Safety Executive.

cxli Dost A, Straughan J, Sorahan T. (2007). A Cohort mortality and cancer incidence survey of recent entrants (1982-91) to the UK rubber industry: findings for 1983-2004.  Occup Med. 57:186-90.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

cxlii McElvenny DM, Mueller W, Ritchie P, Cherrie J W, Hidajat M, Darnton A J, Agius R M, and de Vocht F. (2018). British rubber and cable industry cohort: 49-year mortality follow-up. Occup Environ Med. 75(12), 848–855.

cxliii Sorahan T, Parkes HG, Veys CA, et al. (1986). Cancer mortality in the British rubber industry: 1946-80. Occup and Environ Med.43:363-373.

cxliv Sorahan T, Parkes HG, Veys CA, et al. (1989). Mortality in the British rubber industry 1946-85. Occup Environ Med. 46:1-10.

cxlv Chyou P-H, Nomura AMY. Hankin JH, Stemmermann GN (1990).  A Case-Cohort Study of Diet and Stomach Cancer.  Cancer Research 50: 7501-7504.

cxlvi  De Stefani E, Deneo-Pellegrini H, Carzoglio JC et al. (1996).  Dietary Nitrosodimethylamine and the Risk of Lung Cancer: A Case-Control Study from Uruguay.  Cancer Epidemiology, Biomarkers & Prevention 5: 679- 682.

cxlvii De Stefani E, Boffetta P, Mendilaharsu M et al. (1998).  Dietary Nitrosamines, Heterocyclic Amines, and Risk of Gastric Cancer: A Case-Control Study in Uruguay.  Nutrition and cancer 30(2): 158-162.

cxlviii De Stefani E, Boffetta P, Ronco AL et al. (2012).  Processed meat consumption and risk of cancer: a multisite case–control study in Uruguay. British Journal of Cancer 107: 1584–1588.

cxlix Ronco AL, De Stefani E, Boffetta P, et al. (2006).  Food patterns and risk of breast cancer: A factor analysis study in Uruguay.  Int J Cancer 119(7):1672-8.

cl Larsson SC, Bergkvist L, and Wolk A. (2006). Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women. International Journal of Cancer, 119(4): 915–919.

cli Cross AJ, Leitzmann MF, Gail MH, Hollenbeck AR, Schatzkin A, and Sinha R. (2007). A Prospective Study of Red and Processed Meat Intake in Relation to Cancer Risk. PLoS Medicine, 4(12): e325.

clii Santarelli R, Pierre F, and Corpet D. (2008). Processed Meat and Colorectal Cancer: A Review of Epidemiologic and Experimental Evidence. Nutrition and Cancer. 60(2): 131–144.

cliii Gonzalez CA et al. (1994).  Nutritional Factors and Gastric Cancer in Spain.  Am J Epidemiol. 139(5): 466-473.

cliv Goodman MT, Hankin JH, Wilkens LR, Kolonel LN (1992).  High-fat foods and the risk of lung cancer.  Epidemiology 3(4):288-99.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

clv Jakszyn P, Bingham S, Pera G et al. (2006).  Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study.  Carcinogenesis 27(7): 1497–1501.

clvi Keszei A, Goldbohm R, Schouten L, Jaksyn P, van der Brandt P (2013). Dietary N-Nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. The American Journal of Clinical Nutrition 97: 135-146.

clvii Jakszyn P, Gonzalez CA, Lujan-Barroso L et al. (2011).  Red Meat, Dietary Nitrosamines, and Heme Iron and Risk of Bladder Cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC).  Cancer Epidemiol Biomarkers Prev 20(3): 555-559.

clviii Jakszyn PG, Allen NE, Lujan-Barroso L, Gonzalez CA, et al. (2012). Nitrosamines and Heme Iron and Risk of Prostate Cancer in the European Prospective Investigation into Cancer and Nutrition. Cancer Epidemiology Biomarkers & Prevention, 21(3): 547–551.

clix Knekt P, Jarvinen R, Dich J, Hakulinen T (1999). Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study.  Int. J. Cancer 80: 852–856.

clx La Vecchia C, D'Avanzo B, Airoldi L, et al. (1995). Nitrosamine intake and gastric cancer risk. Eur J Cancer Prev 4(6): 469-74.

clxi Loh YH, Jakszyn P, Luben RN, et al. (2011). N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study.  Am J Clin Nutr.  93(5): 1053-61.

clxii Mitacek EJ, Brunnemann KD, Suttajit M, et al. (2008). Geographic distribution of liver and stomach cancers in Thailand in relation to estimated dietary intake of nitrate, nitrite, and nitrosodimethylamine.  Nutr Cancer.60(2): 196-203.

clxiii Palli D, Russo A, Saieva M, et al. (2000). Dietary and familial determinants of 10-year survival among patients with gastric carcinoma. Cancer, 89(6), 1205–1213.

clxiv Pobel D, Riboli E, Cornée J, et al. (1995). Nitrosamine, nitrate and nitrite in relation to gastric cancer: A case-control study in Marseille, France.  European Journal of Epidemiology 11: 67-73.

clxv  Risch H, Jain M, Choi NW, et al. (1985). Dietary Factors And The Incidence Of Cancer Of The Stomach. American Journal of Epidemiology, 122(6), 947–959.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

clxvi Rogers MA, Vaughan TL, Davis S, et al. (1995). Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer.  Cancer Epidemiol Biomarkers Prev.  4(1): 29-36.

clxvii Ronco AL, Mendilaharsu M, Boffetta P, et al. (2014). Meat Consumption, Animal Products, and the Risk of Bladder Cancer: A Case-Control Study in Uruguayan Men.  Asian Pac J Cancer Prev 15 (14): 5805-5809.

clxviii Rothman KJ, Greenland S, Lash TL (2008). Modern Epidemiology.  Third Edition. Lippincott Williams & Wilkins, Philadelphia, pp 381-417.

clxix Zheng J, Stuff J, Tang H, et al. (2019). Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. Carcinogenesis. 40(2): 254-262.

clxx Zheng J, Daniel CR, Hatia RI, et al. (2021). Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A USA-Based Study.  Hepatology.  74(6): 3161-3173.

clxxi Zhu Y, Wang PP, Zhao J, et al. (2014). Dietary N-nitroso compounds and risk of colorectal cancer: a case-control study in Newfoundland and Labrador and Ontario, Canada.  Br J Nutr 111(6): 1109-17.

clxxii Loh, Y. H., Jakszyn, P., Luben, R. N., et al. (2011). N-nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)–Norfolk Study. The American Journal of Clinical Nutrition, 93(5), 1053–1061.

clxxiii National Toxicology Program (2016). Report on Carcinogens, Fourteenth Edition.  Profile: Naphthylamine.  https://ntp.niehs.nih.gov/ntp/roc/content/profiles/naphthylamine.pdf

clxxiv Zhu Y, Wang P, Zhao J, et al. (2014). Dietary N-nitroso compounds and risk of colorectal cancer: A case–control study in Newfoundland and Labrador and Ontario, Canada. British Journal of Nutrition, 111(6), 1109-1117.

clxxv Gray R, Peto R, Brantom P, et al. (1991). Chronic nitrosamine ingestion in 1040 rodents: the effect of the choice of nitrosamine, the species studied, and the age of starting exposure. Cancer research, 51(23 Part 2), 6470-6491.

clxxvi Control of Nitrosamine Impurities in Human Drugs, Guidance for Industry (Feb. 2021), Appendix B., p. 24

clxxvii Iwagami M, Kumazawa R, Miyamoto Y, et al. (2021). Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018.  Drug Saf. 44(3):361-371.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

clxxviii Cardwell CR, McDowell RD, Hughes CM, et al. (2021). Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. The American journal of gastroenterology, 116(8), 1612-1619.

clxxix The Competing interests section of the study provided that Drs. Adami and Chang have served previously as Defendant Sanofi's consultants in this litigation and that Dr. Chang provides ongoing consulting support for Sanofi but that Sanofi had no involvement in publication.

clxxx Adami HO, Trolle Andersen I, Heide-Jørgensen U, et al. (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers Prev. 2021 Oct 7: cebp.0831.2021. doi: 10.1158/1055-9965.EPI-21-0831. Epub ahead of print. PMID: 34620629.

Adami HO, Trolle Andersen I, Heide-Jørgensen U, et al. (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers & Prevention 30: 2302-2308.

Adami HO, Trolle Andersen I, Heide-Jørgensen U, et al. (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers & Prevention 30: Supplementary Figure 1.

Adami HO, Trolle Andersen I, Heide-Jørgensen U, et al. (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers & Prevention 30: Supplementary Figure 2.

Adami HO, Trolle Andersen I, Heide-Jørgensen U, et al. (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers & Prevention 30: Supplementary Table 1.

Adami HO, Trolle Andersen I, Heide-Jørgensen U, et al. (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers & Prevention 30: Supplementary Table 2.

Adami HO, Trolle Andersen I, Heide-Jørgensen U, et al. (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers & Prevention 30: Supplementary Table 3.

clxxxi Braunstein LZ, Kantor ED, O'Connell K, et al. (2021). Ranitidine use, N-nitrosodimethylamine (NDMA) production and variations in cancer diagnoses.  medRxiv 2021.01.27.21250656; doi: https://doi.org/10.1101/2021.01.27.21250656.

clxxxii Iwagami et al (2021) cite WHO as defining one DDD as 300 mg/day for ranitidine. (Iwagami, M., Kumazawa, R., Miyamoto, Y. et al. (2021).  Risk of Cancer in Association with

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

Ranitidine and Nizatidine vs other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005–2018. Drug Saf 44: 361–371.)

clxxxiii Chow WH, Finkle WD, McLaughlin JK, et al. (1995). The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia. Jama, 274(6), 474-477.

clxxxiv Habel LA, Levin TR, Friedman GD (2000). Cimetidine Use and Risk of Breast, Prostate and Other Cancers. Pharmacoepidemiology and Drug Safety 9: 149-155.

clxxxv Hsu CL, Chang CH, Lin JW, et al. (2013). Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients - an exploratory analysis.  Pharmacoepidemiol Drug Saf 22(6): 632-40.

clxxxvi Iwagami M, Kumazawa R, Miyamoto Y, et al. (2021). Risk of Cancer in Association with Ranitidine and Nizatidine vs other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005–2018. Drug Saf 44: 361–371.

clxxxvii Kantor ED, O'Connell K, Du M, et al. (2021). Ranitidine Use and Cancer Risk: Results from UK Biobank. Gastroenterology 160(5):1856-1859

clxxxviii Kim S, Lee S, Hong J, et al. (2021). Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. Healthcare (Basel) 9(8).

clxxxix Kim YD, Wang J, Shibli F, et al. (2021). No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies.  Aliment Pharmacol Ther,. 54(5): 606-615.

cxc Kumar S, Goldberg DS, Kaplan DE (2021). Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. Digestive Diseases and Sciences, 1-9.

cxci Liu P, McMenamin ÚC, Johnston BT, et al. (2020). Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. Br J Cancer. 123(2): 307-315.

cxcii McDowell RD, Hughes CM, Murchie P, Cardwell CR (2021a). The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. Cancer Epidemiology 71 (2021) 101880.

cxciii McDowell RD, Hughes C, Murchie P, C. Cardwell C (2021b). A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. BMC Medicine (2021) 19:22.

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

cxciv McGwin G (2020). The association between Ranitidine use and gastrointestinal cancers. Cancers, 13, 24.

cxcv Michaud DS, Mysliwiec PA, Aldoori W., et al. (2004). Peptic Ulcer Disease and the Risk of Bladder Cancer in a Prospective Study of Male Health Professionals. Cancer Epidemiology, Biomarkers & Prevention 13: 250-254

cxcvi Mohyuddin GR, Syed A, Desai SM, et al. (2020). Tu1360 risk of cancer with use of ranitidine: results of a cohort study of 65 million US adults. Gastroenterology, 158(6), S-1073.

cxcvii Norgaard M, Andersen IT, Heide-Jørgensen U, et al. (2022). Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. Cancer Epidemiol Biomarkers Prev. 31(1): 45-50.

cxcviii Tan MC, El-Serag HB, Yu X, et al. (2018). Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. Aliment Pharmacol Ther 48(4): 469-477.

cxcix Tran KT, McMenamin UC, Hicks B (2018). Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies.  Aliment Pharmacol Ther. 48: 55–64

cc Yoon HJ, Kim J-H, Seo GH, et al. (2021). Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J. Clin. Med. 10: 153.

cci White CM (2021). Ranitidine's N-nitrosodimethylamine Problem May be Tip of the Iceberg. JAMA Netw Open.  4(1): e2035158.

ccii Florian J, Matta MK, DePalma R, et al. (2021). Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial.  JAMA 326(3):240-249.

cciii GSKZAN0000883508 Master Data Spreadsheet.xlsx

cciv Lijinsky W (1974). Reaction of drugs with nitrous acid as a source of carcinogenic nitrosamines.  Cancer Res. Jan;34(1):255-8.

ccv Glaxo Group Research (1979). Report PATH/79/220: Mutagenicity studies on the nitrosation products of AH19065 and AH222I6 (liquid and agar assays).  (Author: Gatehouse D)

ccvi Glaxo Group Research (1979). Report PATH 79/224: Nitrosation of H2 blockers (AH 19065 and AH 22216), further evaluation of mutagenic effects, and screening of potential breakdown products.  (Author: Gatehouse D).

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

ccvii Gatehouse D (1978). Detection of mutagenic derivatives of cyclophosphamide and a variety of other mutagens in a "microtitre" fluctuation test, without microsomal activation. Mutat Res. 53(3): 289-96.

ccviii Glaxo Group Research (1981).  Report PATH 81/4.  Mutagenicity testing on: 1. 26 batches of AH 22022X (Bis-S-methyl) 2. Samples derived from the purification of the mutagenic impurity within AH 22022X.  (Authors: Poynter D, Gatehouse D)

ccix Glaxo Group Research (1981a). Report BIO-80/11.  Nitrosation of ranitidine - Assessment of dinitrosated ranitidine formation in man.  (Authors: Bell JA, Manchee GR, Smith WP.)

ccx Glaxo Group Research (1981b). Report BIO-80/235.  Nitrosation of ranitidine: further mutagenicity studies.  (Authors: Gatehouse D, Evans S.)

ccxi Boyland E, Walker SA (1974). Effect of thiocyanate on nitrosation of amines.  Nature. 248(449): 601-2.

ccxii Lijinsky W, Conrad E, Van de Bogart R. (1972). Formation of carcinogenic nitrosamines by interactions of drugs with nitrite.  In: N-nitroso compounds analysis and formation.  IARC scientific publication No . 3.  Eds. Bogovski P, Preussman R, Walker BA. IARC, Lyon, 1972, pp.130-133.

ccxiii Mirvish SS, Gold B, Eagen M, et al. (1974). Kinetics of the nitrosation of aminopyrine to give dimethylnitrosamine.  Z. Krebsforsch 82: 259—268.

ccxiv Glaxo Group Research (1982). Report WBP 82: 011. The determination of N-nitroso-dimethylamine formed by the reaction of ranitidine hydrochloride with sodium nitrite.  (Author: Tanner RJN.)

ccxv GSKZAN0003567025.

ccxvi GSKZAN0000917222

ccxvii GSKZAN0000292386, GSKZAN0000986966.

ccxviii  GSKZAN0000986964.

ccxix GSKZAN0000369239.

ccxx GSKZAN0000253081.

ccxxi GSKZAN0000931154

ccxxii GSKZAN0002772095

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

ccxxiii GSKZAN0000171801.

ccxxiv GSKZNDAA0000636707 GSKZNGSDAA0000636707

ccxxv GSKZAN000353530

ccxxvi De Flora, et al., Cimetidine, ranitidine, and their mutagenic nitroso derivatives, The Lancet, 2(8253), pp. 993-994, 1981.

ccxxvii Brittain, et al., Safety of ranitidine, The Lancet, 2(8253) pp. 1119, 1981.

ccxxviii  De Flora, et al., Genotoxicity of nitrosated ranitidine, Carcinogenesis, Vol 4., No. 3, pp. 255-260, 1983.

ccxxix Brambilla, et al., Genotoxic Effects in Rodents Given High Oral Doses of Ranitidine and Sodium Nitrite, Carcinogenesis, Vol 4., No. 10, pp. 1281-1285, 1983.

ccxxx Maura, et al. DNA Damage Induced by Nitrosated Ranitidine in Cultured Mammalian Cells, Toxicology Letters, 18 (1983) 97-102.

ccxxxi Martelli, er al., Unscheduled DNA Synthesis Induced by Nitrosated Ranitidine in Primary Cultures of Rat Hepatocytes, Mutation Research, 122 (1983) 373-376.

ccxxxii O'Connor, et al. Effect of histamine H2-receptor antagonist therapy on the mutagenic activity of gastric juice, Mutation Research, 188 (1987) pp. 201-208.

ccxxxiii Franekic, et al., Genotoxicity of Nitrosated Ranitidine, Mutation Research, 227 (1989) 13-16.

ccxxxiv Carey PF, Martin LE, Owen PE (1981). Determination of ranitidine and its metabolites in human urine by reversed-phase ion-pair high-performance liquid chromatography.  J Chromatogr 225(1): 161-8.

ccxxxv Lant MS, Martin LE, Oxford J (1985). Qualitative and quantitative analysis of ranitidine and its metabolites by high-performance liquid chromatography-mass spectrometry.  J Chromatogr 323(1): 143-52.

ccxxxvi Glaxo Group Research (1985). Report WMH/85/013.  A radioisotope study to investigate the metabolic disposition of ranitidine in man.  (Authors: Broom C, Thomas M, Bell A, Lant MS Manchee GR).

ccxxxvii GlaxoSmithKline (2004). Zantac Prescribing Information. FDA. October 2004. https://www.accessdata.fda.gov/drugsatfda_docs/label/2005/018703s065,019675s031,020251s016lbl.pdf.

242

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

ccxxxviii Glaxo Smith Kline Group (2020a). Report GSKZAN0002493782.  An In Vitro Investigation of the Plasma Protein Binding and Blood Partitioning of Ranitidine in Rat and Human Plasma and Whole Blood.  Study Number: 20DMM013

ccxxxix Glaxo Smith Kline Group (2020b). Report GSKZAN0002494773.  Investigation of the Tissue Distribution of Ranitidine HCl in the Male Sprague-Dawley Rat.

ccxl Glaxo Smith Kline Group (2020c). Report GSKZAN0002494787.  Distribution and Disposition of Ranitidine using Physiologically Based Pharmacokinetic Modeling.

ccxli Zeng T, Mitch WA (2016). Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine.  Carcinogenesis 37(6): 625–634.

ccxlii Gao, et al. (2021) In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation from Ranitidine Under Simulated Gastrointestinal Conditions. JAMA Open Network 4(6): e2118253-e2118253.

ccxliii Florian, et al., (2021) - Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial, JAMA, doi: 10/1001.

ccxliv GSKZAN0000986964.

ccxlv Glaxo Smith Kline Group (2020e). Report GSKZAN0002495198.  An in vitro investigation into the potential formation of N-nitrosodimethylamine (NDMA) and Dimethylamine (DMA) from ranitidine in human urine.

ccxlvi Spiegelhalder, et al. (1982) Urinary excretion of nitroso in rats and humans. IARC scientific publications. Pp. 443-449.

ccxlvii Nitrosamines as Impurities in Drugs-Health Risk Assessment and Mitigation Public Workshop, March 29-20, 2021, FDA. (GSKZAN0003505669)

ccxlviii FDA (2019). Laboratory analysis of ranitidine and nizatidine products. Drug and Safety Availability. November 1, 2019. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine.

ccxlix CDER (2019). Decision from FDA CDER to Valisure LLC. FDA. April 3, 2020. https://www.regulations.gov/document/FDA-2019-P-4281-0008

ccl Adamson RH, Krolikowki FJ, Correa P, et al. (1977). Carcinogenicity of N-methyl-N-nitrosourea in nonhuman primates.  J. nat. Cancer Int. 59: 415-422

ccli FDA (2019). Statement alerting patients and health care professionals of NDMA found in samples of ranitidine. Press Announcement. September 13, 2019. https://www.fda.gov/news-

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

events/press-announcements/statement-alerting-patients-and-health-care-professionals-ndma-found-samples-ranitidine.

cclii Sanofi (2019). Sanofi to conduct precautionary voluntary recall of Zantac OTC in US and Canada. Sanofi Press Release. October 18, 2019. https://www.news.sanofi.us/2019-10-18-Sanofi-to-conduct-precautionary-voluntary-recall-of-Zantac-OTC-in-U-S-and-Canada   (on October 18, 2019 Sanofi announced a recall of all Zantac OTC products I the US and Canada).

ccliii ET Bureau (2019). GSK to recall Ranitidine from India after regulator alert. The Economic Times. September 26, 2019. https://economictimes.indiatimes.com/industry/healthcare/biotech/pharmaceuticals/gsk-to-recall-ranitidine-from-india-after-regulator-alert/articleshow/71303923.cms?from=mdr

(on September 26, 2019, GSK recalled Zintac ranitidine products manufactured in India using Saraca API).

cclivFDA (2019). FDA provides update on testing of ranitidine for NDMA impurities. Press Announcement. October 2, 2019. https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine (10/2/2019 FDA Update).

cclv FDA (2019). FDA provides update on testing of ranitidine for NDMA impurities. Press Announcement. October 2, 2019. https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine (10/2/2019 FDA Update).

cclvi FDA (2019). FDA releases additional NDMA testing method and alerts health care professionals and patients to multiple voluntary recalls of ranitidine. Press Announcement. https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine (10/23/2019 FDA Update).

cclvii FDA (2019). Statement from Janet Woodcock, MD, director of FDA's Center for Drug Evaluation and Research on new testing results, including low levels of impurities in ranitidine drugs. Press Announcement. November 1, 2019. https://www.fda.gov/news-events/press-announcements/statement-new-testing-results-including-low-levels-impurities-ranitidine-drugs (11/1/2019 FDA Statement on new testing results, including low levels of impurities in ranitidine drugs).

cclviii FDA (2019). FDA requires additional testing of ranitidine and nizatidine as part of agency's ongoing effort to help ensure product safety for patients and consumers. Press Announcement. December 4, 2019. https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine . (12/4/2019 FDA Update).

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

cclix Najafi R (2020). Emery Pharma Citizen Petition. Emery Pharma. January 2, 2020. https://emerypharma.com/wp-content/uploads/2020/01/EP-Ranitidine-FDA-Citizen-Petition-v21-January-2-2020.pdf

cclx FDA (2020). FDA Requests Removal of All Ranitidine Products (Zantac) from the Market. Press Announcement. April 1, 2020. https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market  (4/2/2020 FDA Recall Notice).

cclxi Emery Pharma (2020). FDA Responds to Emery Pharma's Citizen Petition Regarding Ranitidine. April 1, 2020.

cclxii GSKZAN0000051927.

cclxiii King, F. J., Searle, A. D., Urquhart, M. W. (2020). Ranitidine—Investigations into the Root Cause for the Presence of N-Nitroso-N,N-dimethylamine in Ranitidine Hydrochloride Drug Substances and Associated Drug Products. Organic Process Research & Development, 24(12), 2915–2926.

cclxiv GSKZAN0000051927- GSKZAN0000052018.

cclxv GSKZAN0000883507 - GSKZAN0000883508.

cclxvi DRLMDL0000070414; DRLMDL0000022940.

cclxvii SANOFI_ZAN_MDL_0000033806.

cclxviii SANOFI_ZAN_MDL_0000039072.

cclxix SANOFI_ZAN_MDL_0000750496.

cclxx SANOFI_ZAN_MDL_0000065219.

cclxxi SANOFI_ZAN_MDL_0000065237.

cclxxii SANOFI_ZAN_MDL_0000100135.

cclxxiii SANOFI_ZAN_MDL_0000169084.

cclxxiv 2014 Zantac Prescribing Information.pdf

CONFIDENTIAL INFORMATION - SUBJECT TO A PROTECTIVE ORDER

# EXHIBIT
# 759



International Journal of
*Environmental Research and Public Health*



Exhibit
0004
Dr. A. Salmon 10-25-22



*Article*

# Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study

Chun-Hsiang Wang [1,2], I-I Chen [1,†], Chung-Hung Chen [3,†] and Yuan-Tsung Tseng [4,*]

1   Department of Hepatogastroenterology, Tainan Municipal Hospital (Managed by Show Chwan Medical Care Corporation), Tainan 701033, Taiwan
2   Department of Optometry, Chung Hwa Medical University, Tainan 701033, Taiwan
3   Department of Gastroenterology, Chang Bing Show Chwan Memorial Hopital, Changhua 505029, Taiwan
4   Committee of Medical Research, Tainan Municipal Hospital (Managed by Show Chwan Medical Care Corporation), Tainan 701033, Taiwan
*   Correspondence: 2a0074@tmh.org.tw; Tel.: +886-6-2609926
†   These author contributed equally to this work.

**Simple Summary:** There is a lack of published data regarding the association between N-nitrosodimethylamine and human cancer risks. Hence, this study answers several questions using propensity score matching with a large population size selected from a high-quality nationwide and population-based database with a long follow-up period to assess the relationship between the cumulative individual cancer incidence and long-term ranitidine use.

**Abstract:** N-Nitrosodimethylamine (NDMA), a carcinogenic chemical, has recently been identified in ranitidine. We conducted a population-based study to explore ranitidine use and cancer emergence over time. Using the Taiwan National Health Insurance Research Database, a population-based cohort study was conducted. A total of 55,110 eligible patients who received ranitidine between January 2000 and December 2018 were enrolled in the treated cohort. We conducted a 1:1 propensity-score-matching procedure to match the ranitidine-treated group with the ranitidine-untreated group and famotidine controls for a longitudinal study. The association of ranitidine exposure with cancer outcomes was assessed. A multivariable Cox regression analysis that compared cancer risk with the untreated groups revealed that ranitidine increased the risk of liver (hazard ratio (HR): 1.22, 95% confidence interval (CI): 1.09–1.36, $p < 0.001$), lung (HR: 1.17, CI: 1.05–1.31, $p = 0.005$), gastric (HR: 1.26, CI: 1.05–1.52, $p = 0.012$), and pancreatic cancers (HR 1.35, CI: 1.03–1.77, $p = 0.030$). Our real-world observational study strongly supports the pathogenic role of NDMA contamination, given that long-term ranitidine use is associated with a higher likelihood of liver cancer development in ranitidine users compared with the control groups of non-ranitidine users treated with famotidine or proton-pump inhibitors.

**Keywords:** ranitidine; famotidine; cancers; N-nitrosodimethylamine (NDMA); propensity score matching (PSM)


check for
updates

**Citation:** Wang, C.-H.; Chen, I.-I.; Chen, C.-H.; Tseng, Y.-T. Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study. *Int. J. Environ. Res. Public Health* **2022**, *19*, 12469. https://doi.org/10.3390/ijerph191912469

Academic Editor: Paul B. Tchounwou

Received: 27 July 2022
Accepted: 27 September 2022
Published: 30 September 2022

**Publisher's Note:** MDPI stays neutral with regard to jurisdictional claims in published maps and institutional affiliations.



**Copyright:** © 2022 by the authors. Licensee MDPI, Basel, Switzerland. This article is an open access article distributed under the terms and conditions of the Creative Commons Attribution (CC BY) license (https://creativecommons.org/licenses/by/4.0/).

## 1. Introduction

Ranitidine, a histamine-2 receptor antagonist, inhibits gastric acid secretion when treating gastroesophageal reflux disease and peptic ulcers [1]. Additionally, according to the data from the Food and Drug Administration (FDA) Adverse Event Reporting System, elevated and significant proportional reporting ratios (PRRs) were observed for pharyngeal, esophageal, stomach, colorectal, liver, and pancreatic cancers, including elevated PRRs for anal and gallbladder cancers [2].

In 2019, the U.S. FDA declared that N-nitrosodimethylamine (NDMA), with the formula (CH3)2NNO, identified in medicines containing valsartan and ranitidine, is a

Int. J. Environ. Res. Public Health **2022**, 19, 12469

member of N-nitrosamines and a known carcinogen, according to laboratory results [3–5]. The FDA's testing of ranitidine products revealed that NDMA levels were nine times greater than the FDA's recommended limit, resulting in global recalls [6,7]. Several studies have also reported that NDMA could be oncogenic in animals [8]. According to the International Agency for Research on Cancer report, NDMA has been proven to belong to group 2A and to be "probably carcinogenic to humans" [9].

A study also reported that high ranitidine doses combined with nitrite produced DNA fragmentation in rodents' livers and gastric mucosa [10]. Many observational human studies have reported that consuming a high number of NDMA-contaminated foods may be linked to an increased risk of stomach and colon cancers [11,12]. Additionally, detailed experimental animal studies showed that cancer risk may increase with NDMA exposure through inhalation or oral delivery and that tumors developed in the lungs, liver, kidneys, and bile ducts in animals [13]. Several studies previously examined the carcinogenic effects of NDMA on humans, although they were equivocal. Some authors reported no association between ranitidine use and cancer risk [14–16], whereas others supported the connection [17–20]. In addition to cancers caused by NDMA contamination, multiple studies reported that acid-suppressive agents, such as proton-pump inhibitors (PPIs) and histamine-2 receptor antagonists (H2RAs), were linked to gastric [21,22] and liver cancers [23–26]. However, these reports were contradictory, and the data were not sufficient to reach definite conclusions. The conflicting results of studies underlie the lack of concrete evidence supporting the role of ranitidine in cancer development. Therefore, we aimed to conduct a large-scale, long-term follow-up cohort study to investigate ranitidine use and the subsequent emergence of cancer over time in a real-life setting.

## 2. Materials and Methods

### 2.1. Data Source

This study used Taiwan's National Health Insurance Database (NHIRD), which is a population-based claims database, and a cross-sectional survey participated in by over 99% of Taiwan's population. We included all medical services, procedures, and prescription medication data from 1 January 2000 to 31 December 2018. The diagnoses recorded in the NHIRD are coded in accordance with the International Classification of Disease, Ninth Revision, Clinical Modification (ICD-9-CM), and Tenth Revision, Clinical Modification (ICD-10-CM).

Considering that the NHIRD dataset consists of encrypted secondary data, each person is impossible to identify; thus, the informed consent requirement was waived. The Research Ethics Committee of Show Chwan Memorial Hospital approved the study protocol on 14 December 2021 (IRB-No: 1101105).

### 2.2. Study Design and Study Participants

The total doses for each ranitidine prescription during the follow-up period were calculated to indicate the duration of ranitidine exposure. As the World Health Organization proposed, one defined daily dose (DDD) of ranitidine was 300 mg/day [27]. We defined 90 DDDs as the valid treatment for patients with reflux esophagitis and peptic ulcer disease treated with 300 mg ranitidine daily for 3 months [28,29]. Patients prescribed ranitidine at $\geq$90 DDDs were assigned to the ranitidine cohort, whereas those who never used ranitidine belonged to the non-ranitidine cohort.

We investigated whether a dose–response relationship exists between ranitidine and cancer diagnosis. For the sensitivity analysis, we grouped the patient follow-up period into four intervals according to the cumulative dose, starting from the first prescription: 90–180, 181–270, 271–360, and >360 DDDs.

### 2.3. Potential Confounders

The exclusion criteria were as follows: age < 40 years, diagnosis with cancer before the index date, ranitidine use <90 DDDs, and follow-up <1 year.

We enrolled ranitidine users who were matched for exact age, sex, the Charlson comorbidity index (CCI), comorbidities (hypertensive cardiovascular disease (HCD0, hyperlipidemia, diabetes mellitus (DM), and chronic kidney disease (CKD)), medications (aspirin, statins, angiotensin-converting enzyme inhibitors (ACEIs), β-blockers, spironolactone, glucocorticoids, and selective serotonin reuptake inhibitors (SSRIs), and antiviral therapy for hepatitis B or C virus (HBV and HCV, respectively) infection), and the index date.

The final matched cohort consisted of 55,110 patients who were evaluated from the index date until the target cancer onset, death, or the end of the study period (31 December 2018).

### 2.4. Covariate Assessment

The main confounding factors were based on a recent study investigating the association between N-nitrosodimethylamine and cancer. We adjusted for the following covariates that potentially affect cancer incidence: age, sex, and medication history (low-dose aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral treatment for chronic hepatitis B or C).

We also considered the following comorbidities: HCD (ICD-9 codes 401–405; ICD-10 codes I10–I15), hyperlipidemia (ICD-9 code 272; ICD-10 code E78), DM (ICD-9 code 250; ICD-10 codes E10.0, E10.1, E10.9, E11.0, E11.1, and E11.9), CKD (ICD-9 code 585; ICD-10 code N18), and CCI.

### 2.5. Main Outcome Measurements

We assessed the following cancer categories for the first cancer diagnosis: liver cancer (ICD-9 code 155; ICD-10 code C22), oral cancer (ICD-9 codes 140–149; ICD-10 codes C00–C14), esophageal cancer (ICD-9 code 150; ICD-10 code C15), gastric cancer (ICD-9 code 151; ICD-10 code C16), colon cancer (ICD-9 code 153; ICD-10 code C18), rectal cancer (ICD-9 code 154; ICD-10 codes C19–C21), pancreatic cancer (ICD-9 code 157; ICD-10 code C25), lung cancer (ICD-9 code 162; ICD-10 codes C33 and C34), bone cancer (ICD-9 code 170; ICD-10 codes C40 and C41), bladder cancer (ICD-9 code 188; ICD-10 code C67), renal cancer (ICD-9 code 189; ICD-10 codes C65, C66, and C68), thyroid cancer (ICD-9 code 193; ICD-10 code C73), skin cancer (ICD-9 codes 172–173; ICD-10 code C44), breast cancer in females (ICD-9 code 174; ICD-10 code C50), uterine cancer (ICD-9 code 179; ICD-10 code C55), cervical cancer (ICD-9 code 180; ICD-10 code C53), ovarian cancer (ICD-9 code 183; ICD-10 codes C56 and C570–C574), prostate cancer (ICD-9 code 185; ICD-10 codes C61), and overall cancer. For breast, uterine, cervical, and ovarian cancers, the analysis was restricted to females, and prostate cancer was restricted to males.

### 2.6. Exposure Definition and Follow-Up

In this study, we adopted a new-user design with 1 year as the washout period to eliminate the influence of external factors in patients with newly diagnosed cancer [30]. Patients with no predefined outcomes or those who died during the follow-up were censored. We defined the index date for each ranitidine user as the date of their first prescription. For their corresponding matched comparison group, the index date was set to be that of their matched individual with ranitidine use. All patients were followed up from the index date to 2018. The mean follow-up period was $9.56 \pm 5.96$ (median: 8.42) years for the ranitidine cohort and $9.70 \pm 5.96$ (median: 8.58) years for the non-ranitidine cohort. All prescriptions, diagnostic outcomes, and deaths were ascertained until 31 December 2018. For all groups, the follow-up duration was defined as the interval from the date of enrollment to the date of cancer diagnosis, death, or the end of the follow-up period, whichever came first.

### 2.7. Statistical Analysis

Categorical variables were compared using the McNemar test. Continuous variables such as the prescription and medical records as baseline characteristics were compared using paired *t*-tests. To reduce potential selection bias, we used propensity score match-

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

ing (PSM) to balance the differences in proportions, such as comorbidities, between the ranitidine and non-ranitidine cohorts.

For a robust propensity score matching, 1:1 full matching without replacement was performed. Therefore, the regression model was specified correctly relative to the population regression function of the outcome variable on the treatment and all covariates used for matching. Therefore, trimming techniques were not employed in the weighting approach [31,32]. PSM was performed using multivariate logistic regression analysis and nearest-neighbor matching with the R package "MatchIt" (version 4.3.4).

We used Cox proportional hazards regression models to estimate the hazard ratios (HRs) and 95% confidence intervals (CIs) of cancer risk for ranitidine users in comparison with non-ranitidine users. To confirm the stability and robustness of our model, all hazard ratios and their 95% CIs were modified using the bootstrapping method [33,34]. The outcomes of the different study cohorts were estimated using the Kaplan–Meier method, and the differences in curves were examined using the log-rank test. Sensitivity analysis was conducted to validate the individual events from the index date to the end of the study in different DDD exposure groups using Cox proportional hazards regression models and the Kaplan–Meier method.

The competing risks of death were adjusted using the R package "cmprsk" (version 2.2–11), and the regression model was assessed according to Fine and Gray. All data management procedures were performed using SPSS 21.0 (SPSS Inc., Chicago, IL, USA) and R version 3.4.3 (R Core Team, 2017). A *p*-value of <0.05 was considered statistically significant.

## 3. Results

In the NHIRD database, we found 290,990 ranitidine users and 1,709,128 non-ranitidine users within the study period (Figure 1). In accordance with the exclusion criteria, 75,715 and 1,022,217 patients were finally included in the ranitidine and non-ranitidine cohorts, respectively. Using PSM, we matched the ranitidine cohort (*n* = 55,110) with the non-ranitidine cohort (*n* = 55,110) in a 1:1 model. Figure 1 illustrates the flowchart of patient selection.

Patients from the non-ranitidine cohort who were statistically matched with those from the ranitidine cohort were selected in consideration of the following factors: age, sex, CCI, and comorbidities, including HCD, hyperlipidemia, DM, and CKD.

Certain medications (aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral therapy for HBV or HCV infection) and the index date (the exact date of diagnosis) were potential confounders for most cancers. Table 1 shows the baseline characteristics of the well-balanced, 1:1 matched cohort. Sex, age, CCI scores, and the follow-up period were fully matched between the ranitidine and non-ranitidine cohorts. Overall, the male–female ratio was 47.8:52.2 (*p* = 1.000), with mean values of 66.8 ± 14.1 (*p* = 1.000), 3.77 ± 2.78 (*p* = 1.000), and 9.2 ± 5.9 years (*p* = 1.000) for age, CCI, and follow-up duration, respectively. The median follow-up duration was 8.3 years.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469



**Figure 1.** Flowchart of the selection of study patients. [1] Comorbidities: hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, and chronic kidney disease. [2] Medications: aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, famotidine, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors, and antiviral therapy for hepatitis B or C. [3] Index date: exact date of the first prescription.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

**Table 1.** Baseline characteristics of the non-ranitidine cohort and ranitidine cohort with over 90 DDDs.

| Characteristics | | Untreated n = 55,110 | % | Ranitidine n = 55,110 | % | p-Value |
|---|---|---|---|---|---|---|
| Sex | Female | 28,794 | 52.2% | 28,794 | 52.2% | 1.000 |
| | male | 26,316 | 47.8% | 26,316 | 47.8% | |
| Age (mean ± SD) | | 66.8 ± 14.1 | | 66.8 ± 14.1 | | 1.000 |
| CCI | 0–1 | 12,444 | 22.6% | 12,444 | 22.6% | 1.000 |
| | 2–3 | 16,205 | 29.4% | 16,205 | 29.4% | |
| | 4–5 | 12,799 | 23.2% | 12,799 | 23.2% | |
| | >5 | 13,662 | 24.8% | 13,662 | 24.8% | |
| HCD | No | 22,204 | 40.3% | 22,204 | 40.3% | 1.000 |
| | Yes | 32,906 | 59.7% | 32,906 | 59.7% | |
| Hyperlipidemia | No | 26,072 | 47.3% | 26,072 | 47.3% | 1.000 |
| | Yes | 29,038 | 52.7% | 29,038 | 52.7% | |
| DM | No | 37,598 | 68.2% | 37,598 | 68.2% | 1.000 |
| | Yes | 17,512 | 31.8% | 17,512 | 31.8% | |
| CKD | No | 49,704 | 90.2% | 49,704 | 90.2% | 1.000 |
| | Yes | 5406 | 9.8% | 5406 | 9.8% | |
| Aspirin | No | 25,810 | 46.8% | 25,810 | 46.8% | 1.000 |
| | Yes | 29,300 | 53.2% | 29,300 | 53.2% | |
| Statins | No | 32,089 | 58.2% | 32,089 | 58.2% | 1.000 |
| | Yes | 23,021 | 41.8% | 23,021 | 41.8% | |
| ACEIs | No | 31,214 | 56.6% | 31,214 | 56.6% | 1.000 |
| | Yes | 23,896 | 43.4% | 23,896 | 43.4% | |
| β-Blockers | No | 16,047 | 29.1% | 16,047 | 29.1% | 1.000 |
| | Yes | 39,063 | 70.9% | 39,063 | 70.9% | |
| Famotidine | No | 19,841 | 36.0% | 19,841 | 36.0% | 1.000 |
| | Yes | 35,269 | 64.0% | 35,269 | 64.0% | |
| Spironolactone | No | 48,320 | 87.7% | 48,320 | 87.7% | 1.000 |
| | Yes | 6790 | 12.3% | 6790 | 12.3% | |
| Glucocorticoids | No | 5748 | 10.4% | 5748 | 10.4% | 1.000 |
| | Yes | 49,362 | 89.6% | 49,362 | 89.6% | |
| SSRIs | No | 44,749 | 81.2% | 44,749 | 81.2% | 1.000 |
| | Yes | 10,361 | 18.8% | 10,361 | 18.8% | |
| Antiviral therapy | No | 54,271 | 98.5% | 54,271 | 98.5% | 1.000 |
| | Yes | 839 | 1.5% | 839 | 1.5% | |

Abbreviations: DDDs, defined daily doses; SD, standard deviation; CCI, Charlson comorbidity index; HCD, hypertensive cardiovascular disease; DM, diabetes mellitus; CKD, chronic kidney disease; ACEI, angiotensin-converting enzyme inhibitor; SSRIs, selective serotonin reuptake inhibitors.

As shown in Figure 2, the ranitidine cohort showed a significantly higher prevalence of liver cancer (1.1% vs. 1.3%; $p = 0.012$), gastric cancer (0.4% vs. 0.5%; $p = 0.037$), and lung cancer (1.0% vs. 1.2%; $p = 0.033$) and a higher overall cancer rate (8.0% vs. 8.5%; $p = 0.001$) than the non-ranitidine cohort. In terms of the cumulative incidence rates and HRs, ranitidine use was associated with overall cancer (HR, 1.10; 95% CI, 1.06–1.15), liver cancer (HR, 1.22; 95% CI, 1.09–1.36), gastric cancer (HR, 1.26; 95% CI, 1.05–1.52), pancreatic cancer (HR, 1.35; 95% CI, 1.03–1.77), and lung cancer (HR, 1.17; 95% CI, 1.05–1.31) compared with non-ranitidine use. No significant associations were observed for the 14 other cancers. In the Kaplan–Meier analysis, the ranitidine cohort exhibited a significantly higher risk of developing liver cancer (log-rank test, $p = 0.005$), lung cancer ($p = 0.016$), gastric cancer ($p = 0.025$), and pancreatic cancer ($p = 0.043$) than the non-ranitidine cohort (Figure 3).

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

| Cancers | untreated | % | ranitidine | % | *p*-value | HR (95% CI) | *p*-value | |
|---|---|---|---|---|---|---|---|---|
| All cancers | 4399 | 8.00% | 4682 | 8.50% | 0.001 | 1.10(1.06–1.15) | <0.001 | |
| Prostate cancer | 306 | 1.20% | 313 | 1.20% | 0.404 | 1.07(0.91–1.25) | 0.411 | |
| Ovarian cancer | 54 | 0.20% | 42 | 0.10% | 0.131 | 0.79(0.53–1.18) | 0.249 | |
| Cervix cancer | 166 | 0.60% | 155 | 0.50% | 0.288 | 0.95(0.76–1.18) | 0.635 | |
| Uterine cancer | 67 | 0.20% | 53 | 0.20% | 0.117 | 0.80(0.55–1.14) | 0.213 | |
| Breast cancer (female) | 407 | 1.40% | 455 | 1.60% | 0.053 | 1.13(0.99–1.29) | 0.078 | |
| Skin cancer | 203 | 0.40% | 189 | 0.30% | 0.479 | 0.97(0.79–1.18) | 0.748 | |
| Thyroid cancer | 96 | 0.20% | 90 | 0.20% | 0.661 | 0.94(0.71–1.26) | 0.698 | |
| Renal cancer | 154 | 0.30% | 181 | 0.30% | 0.14 | 1.21(0.98–1.50) | 0.080 | |
| Bladder cancer | 177 | 0.30% | 181 | 0.30% | 0.437 | 1.06(0.86–1.30) | 0.592 | |
| Bone cancer | 3 | 0.00% | 4 | 0.00% | 0.5 | 1.35(0.30–6.02) | 0.696 | |
| Lung cancer | 575 | 1.00% | 649 | 1.20% | 0.033 | 1.17(1.05–1.31) | 0.005 | |
| Pancreas cancer | 93 | 0.20% | 121 | 0.20% | 0.056 | 1.35(1.03–1.77) | 0.030 | |
| Rectal cancer | 286 | 0.50% | 304 | 0.60% | 0.483 | 1.10(0.93–1.29) | 0.266 | |
| Colon cancer | 527 | 1.00% | 492 | 0.90% | 0.271 | 0.96(0.85–1.09) | 0.569 | |
| Gastric cancer | 210 | 0.40% | 255 | 0.50% | 0.037 | 1.26(1.05–1.52) | 0.012 | |
| Esophageal cancer | 82 | 0.10% | 101 | 0.20% | 0.161 | 1.27(0.95–1.70) | 0.107 | |
| Oral Cancer | 191 | 0.30% | 161 | 0.30% | 0.122 | 0.86(0.70–1.06) | 0.153 | |
| Liver cancer | 619 | 1.10% | 711 | 1.30% | 0.012 | 1.22(1.09–1.36) | <0.001 | |

**Figure 2.** Number and proportion of 18 different cancer reports in the ranitidine and non-ranitidine cohorts and the associated proportional reporting ratios and 95% confidence intervals in multivariate Cox proportional hazards regression adjusted for competing mortality.



**Figure 3.** Cumulative incidences of single cancers after adjustment for competing risks. (**A**) Liver cancer, (**B**) lung cancer, (**C**) gastric cancer, and (**D**) pancreatic cancer.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

Table 2 shows the incidence of each cancer. The incidence rate was 9.19 per 1000 person-years in the ranitidine group and 8.49 per 1000 person-years in the non-ranitidine group. The incidence rates of certain cancers were greater in the group exposed to ranitidine than in the unexposed group. Ranitidine use was associated with some individual cancers with a high incidence rate (per 1000 person-years); these cancers were liver (1.35 vs. 1.16), lung (1.23 vs. 1.07), gastric (0.48 vs. 0.39), and pancreatic (0.23 vs. 0.17) cancers.

**Table 2.** Incidence rates of individual cancers (per 1000 person-years).

| Cancers | Untreated | Incidence Rate * | (95% CI) | Ranitidine | Incidence Rate * | (95% CI) |
|---|---|---|---|---|---|---|
| Liver cancer | 619 | 1.16 | (1.07–1.25) | 711 | 1.35 | (1.25–1.45) |
| Oral Cancer | 191 | 0.36 | (0.30–0.41) | 161 | 0.30 | (0.26–0.36) |
| Esophageal cancer | 82 | 0.15 | (0.12–0.19) | 101 | 0.19 | (0.16–0.23) |
| Gastric cancer | 210 | 0.39 | (0.34–0.44) | 255 | 0.48 | (0.43–0.55) |
| Colon cancer | 527 | 0.99 | (0.90–1.07) | 492 | 0.93 | (0.85–1.02) |
| Rectal cancer | 286 | 0.53 | (0.47–0.60) | 304 | 0.58 | (0.51–0.64) |
| Pancreas cancer | 93 | 0.17 | (0.14–0.21) | 121 | 0.23 | (0.19–0.27) |
| Lung cancer | 575 | 1.07 | (0.98–1.16) | 649 | 1.23 | (1.14–1.33) |
| Bone cancer | 3 | 0.01 | (0.00–0.02) | 4 | 0.01 | (0.00–0.02) |
| Bladder cancer | 177 | 0.33 | (0.28–0.38) | 181 | 0.34 | (0.30–0.40) |
| Renal cancer | 154 | 0.29 | (0.25–0.33) | 181 | 0.34 | (0.30–0.40) |
| Thyroid cancer | 96 | 0.18 | (0.14–0.21) | 90 | 0.17 | (0.14–0.21) |
| Skin cancer | 203 | 0.38 | (0.33–0.43) | 189 | 0.36 | (0.31–0.41) |
| Breast cancer (female) | 407 | 0.76 | (0.69–0.83) | 455 | 0.86 | (0.79–0.95) |
| Uterine cancer | 67 | 0.12 | (0.09–0.15) | 53 | 0.10 | (0.08–0.13) |
| Cervix cancer | 166 | 0.31 | (0.27–0.36) | 155 | 0.29 | (0.25–0.34) |
| Ovarian cancer | 54 | 0.10 | (0.08–0.13) | 42 | 0.08 | (0.06–0.11) |
| Prostate cancer | 306 | 0.57 | (0.51–0.63) | 313 | 0.59 | (0.53–0.66) |
| All cancers | 4399 | 8.49 | (8.24–8.73) | 4682 | 9.19 | (8.93–9.45) |

* Incidence rate (per 1000 person-years).

### 3.1. Ranitidine Duration Effect on Cancer Development

The effect of ranitidine use on the risk of progression to significant individual cancers (e.g., liver cancer, gastric cancer, lung cancer, and pancreatic cancer) was assessed by multivariate Cox regression analysis adjusted for age, sex, CCI, co-medications (aspirin, statins, ACEIs, β-blockers, spironolactone, glucocorticoids, SSRIs, and antiviral therapy for HBV or HCV infection), comorbidities (HCD, hyperlipidemia, DM, and CKD), and the calendar date at the start of follow-up.

Ranitidine users were divided into groups according to drug exposure: 90–180 DDDs, 181–270 DDDs, 271–360 DDDs, >360 DDDs, and an unexposed group. After adjusting for potential confounders, we found that ranitidine use was a potential risk factor for liver cancer development. For patients with relatively limited exposure to ranitidine (<360 DDDs), ranitidine did not significantly affect the risk of developing liver cancer compared with nonusers (Figure 4). However, increased ranitidine exposure was associated with liver cancer risk. For patients with >360 DDDs, the adjusted HR of liver cancer development was 1.42 (95% CI: 1.22–1.66; $p < 0.001$) compared with that in the non-ranitidine group (Table 3).

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469



**Figure 4.** Cumulative incidences of liver cancer for different prescription durations after adjustment for competing risks. Abbreviations: DDDs, defined daily doses.

**Table 3.** Estimates for the association between ranitidine use duration and cancer risk compared with non-ranitidine use by multivariate Cox proportional hazards regression.

|  | Liver Cancer | p | Gastric Cancer | p | Lung Cancer | p | Pancreatic Cancer | p |
|---|---|---|---|---|---|---|---|---|
| Never used | 1.00 |  | 1.00 |  | 1.00 |  | 1.00 |  |
| 90–180 DDDs * | 1.03 (0.89–1.18) | 0.690 | 1.26 (1.00–1.59) | 0.049 | 1.25 (1.09–1.44) | 0.002 | 1.64 (1.19–2.26) | 0.003 |
| 181–270 DDDs | 1.12 (0.93–1.34) | 0.220 | 1.13 (0.82–1.54) | 0.452 | 1.09 (0.90–1.32) | 0.403 | 1.10 (0.69–1.77) | 0.682 |
| 271–360 DDDs | 1.26 (0.99–1.61) | 0.064 | 1.27 (0.84–1.93) | 0.252 | 1.31 (1.02–1.68) | 0.032 | 0.92 (0.45–1.89) | 0.816 |
| Over 360 DDDs | 1.42 (1.22–1.66) | <0.001 | 1.33 (1.02–1.74) | 0.037 | 1.04 (0.87–1.24) | 0.658 | 1.22 (0.80–1.85) | 0.358 |

* Abbreviations: DDDs, defined daily doses.

Regression was adjusted for age, sex, the Charlson comorbidity index, co-medications (aspirin, statins, angiotensin-converting enzyme inhibitors, β-blockers, spironolactone, glucocorticoids, selective serotonin reuptake inhibitors, and antiviral therapy for hepatitis B or C), comorbidities (hypertensive cardiovascular disease, hyperlipidemia, diabetes mellitus, and chronic kidney disease), and calendar year at the start of follow-up.

### 3.2. Comparison between Ranitidine and Famotidine for the Association with Patient Outcomes

To avoid potential indication bias, we selected non-ranitidine users (control subjects) by PSM for the famotidine cohort, with a ranitidine–famotidine ratio of 1:1. This subgroup was added to determine whether the use of ranitidine increases the risk of developing cancers due to the related indication.

We screened the risk for cancer in the ranitidine (*n* = 35,269) and famotidine (*n* = 35,269) cohorts (Figure 1). Ranitidine users who were statistically matched with famotidine users were selected, adjusting for the following factors: age, sex, indications, co-medications, and comorbidities.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

The prevalence of overall cancer was 3052 (8.7%) in the ranitidine group and 2924 (8.3%) in the famotidine group. The overall cancer risk was statistically different between these two groups (adjusted HR, 1.07; 95% CI, 1.02–1.12, $p = 0.010$). Significant differences were also observed in liver (adjusted HR, 1.22; 95% CI, 1.06–1.40, $p = 0.005$) and renal cancer (adjusted HR, 1.33; 95% CI, 1.02–1.73, $p = 0.034$) outcomes between the two groups (Table 4).

In the Kaplan–Meier analysis, we found that liver cancer risk was significantly different between the ranitidine and famotidine cohorts with a balanced model ($p = 0.019$, Figure 5A). Moreover, the liver cancer risk was significantly higher in the ranitidine cohort than in non-ranitidine with famotidine and non-ranitidine without famotidine cohorts ($p < 0.001$ and $p = 0.02$, respectively; Figure 5B). Therefore, the pattern of the cumulative incidence of liver cancer was the same in the non-ranitidine groups, regardless of famotidine use.



**Figure 5.** (**A**) Cumulative incidences of liver cancer between ranitidine and famotidine users after adjustment for competing risks. (**B**) Cumulative incidences of liver cancer among ranitidine, non-ranitidine with famotidine, and non-ranitidine without famotidine users after adjustment for competing risks.

**Table 4.** Risk of cancer between famotidine and ranitidine users.

| Cancers | Famotidine | % | Ranitidine | % | Total | *p*-Value | HR (95% CI) | *p*-Value |
|---|---|---|---|---|---|---|---|---|
| Liver cancer | 380 | 1.1% | 442 | 1.3% | 822 | 0.032 | 1.22(1.06–1.40) | 0.005 |
| Oral cancer | 125 | 0.4% | 107 | 0.3% | 232 | 0.237 | 0.87(0.67–1.12) | 0.286 |
| Esophageal cancer | 52 | 0.1% | 60 | 0.2% | 112 | 0.451 | 1.19(0.82–1.72) | 0.364 |
| Gastric cancer | 142 | 0.4% | 165 | 0.5% | 307 | 0.208 | 1.19(0.95–1.49) | 0.122 |
| Colon cancer | 365 | 1.0% | 309 | 0.9% | 674 | 0.033 | 0.86(0.74–1.01) | 0.059 |
| Rectal cancer | 193 | 0.5% | 195 | 0.6% | 388 | 0.919 | 1.03(0.84–1.26) | 0.768 |
| Pancreas cancer | 66 | 0.2% | 80 | 0.2% | 146 | 0.281 | 1.25(0.90–1.73) | 0.186 |
| Lung cancer | 356 | 1.0% | 400 | 1.1% | 756 | 0.116 | 1.15(1.00–1.33) | 0.052 |
| Bone cancer * | n/a | n/a | n/a | n/a | n/a | n/a | 1.51(0.25–9.03) | 0.652 |
| Bladder cancer | 116 | 0.3% | 117 | 0.3% | 233 | 0.948 | 1.03(0.80–1.33) | 0.830 |
| Renal cancer | 98 | 0.3% | 128 | 0.4% | 226 | 0.053 | 1.33(1.02–1.73) | 0.034 |
| Thyroid cancer | 71 | 0.2% | 63 | 0.2% | 134 | 0.545 | 0.89(0.64–1.25) | 0.514 |
| Skin cancer | 137 | 0.4% | 137 | 0.4% | 274 | 1.000 | 1.02(0.81–1.30) | 0.842 |
| All cancers | 2924 | 8.3% | 3052 | 8.7% | 5976 | 0.086 | 1.07(1.02–1.12) | 0.010 |

* According to the data protection policy of NHIRD, the data on cancers with <3 cases cannot be provided.

### 3.3. Comparison between Ranitidine and PPIs for Their Association with Liver Cancer

Considering another potential indication bias, we categorized the non-ranitidine users (control subjects) into those with and without PPI use. This subgroup analysis aimed to

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

determine whether ranitidine use increased liver cancer risk due to an alternative medicine with a related indication.

We screened the risk for cancer in the ranitidine ($n = 55,110$), ranitidine without PPI ($n = 51,361$), and ranitidine with PPI ($n = 3749$) cohorts (Figure 6). Ranitidine users were selected to adjust for the following factors: age, sex, indications, co-medications, and comorbidities.

The liver cancer risk was significantly higher in the ranitidine group than in the non-ranitidine without PPI group (adjusted HR, 1.16; 95% CI, 1.04–1.30, $p = 0.006$). Furthermore, liver cancer risk was significantly lower in the non-ranitidine with PPI group than in the non-ranitidine without PPI group (adjusted HR, 0.49; 95% CI, 0.33–0.75, $p = 0.001$). In the Kaplan–Meier analysis, we found that liver cancer risk was significantly higher in the ranitidine group than in the non-ranitidine without PPI and non-ranitidine with PPI groups ($p = 0.032$ and $p < 0.001$, respectively; Figure 6).



| Num. at risk | .00 | 2.00 | 4.00 | 6.00 | 8.00 | 10.00 | 12.00 | 14.00 | 16.00 | 18.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| Ranitidine | 55,110 | 49,212 | 42,740 | 35,500 | 28,868 | 24,346 | 21,487 | 18,180 | 12,982 | 4,605 |
| Non-Ranitidine Without PPI | 51,361 | 45,968 | 40,002 | 33,387 | 27,353 | 23,181 | 20,507 | 17,264 | 12,272 | 4,391 |
| Non-Ranitidine With PPI | 3,749 | 3,454 | 3,069 | 2,635 | 2,150 | 1,845 | 1,642 | 1,392 | 987 | 363 |

**Figure 6.** Cumulative incidences of liver cancer among ranitidine, non-ranitidine with PPI, and non-ranitidine without PPI users after adjustment for competing risks.

## 4. Discussion

The current research, a population-level epidemiologic study, evaluated cancer risk attributed to long-term ranitidine use with NDMA exposure, which was linked to a higher liver cancer risk than the non-ranitidine group and the famotidine group. Several epidemiological analyses have reported the public health concern of NDMA exposure, which has been linked to an increased risk of stomach and colon cancers [11,12,35]. The carcinogenic effects of NDMA theoretically result from inducing DNA-damaging metabolites in the gastrointestinal tract and liver, as suggested by animal studies. Notably, NDMA is metabolized in the liver by CYP2E1 to methyl diazonium, leading to mutations caused by methylation and the development of liver cancer [3,36]. Several studies have reported that hypoacidity due to acid-suppressive medication use also plays a critical role in the development of liver and gastric cancers. The hypothesized mechanisms include bacterial overgrowth, the formation of N-nitroso compounds, lipopolysaccharides, and deoxycholic acid, which have been linked to the development of liver cancer [37–43]. Additionally, higher gastrin levels following PPI or H2RA use may be associated with gastrointestinal malignancies [44,45].

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

Therefore, it is reasonable to assume that a link between acid-suppressive medication use and cancer development may be based on differing mechanisms. However, the clear data from our real-world observational study strongly support the pathogenic role of NDMA contamination, given that long-term ranitidine use is associated with a higher likelihood of cancer development in ranitidine users compared to the control groups of non-ranitidine users who were treated with PPIs or famotidine. Conversely, an increasing number of recent clinical and epidemiological studies [14,15] concluded that there is no convincing evidence of the carcinogenic potency of ranitidine. Nevertheless, the limitations of the two studies mentioned above should be considered since their small sample size and short follow-up duration may cause statistical bias and inaccurate conclusions. One notable strength of our study is the huge population size selected from a high-quality nationwide and population-based database with a long follow-up period of 18 years. Specifically, it was based on a cohort design of a seemingly prospective technique to explore ranitidine exposure and cancer outcomes. Additionally, outcome data were retrieved from formal cancer registries, which are more accurate than other sources. Using PSM, our study constructed an artificial control group (non-ranitidine users) with similar characteristics by combining it with additional matching for multiple prognostic factors or regression adjustment. Using these matches, we estimated the impact of ranitidine intervention on cancer risk, which showed increased odds of developing liver, lung, pancreatic, and gastric cancers. The Kaplan–Meier analysis of our 18-year dataset confirmed these findings.

We included a second active comparator group of individuals who were also pre-scribed famotidine, containing no NDMA and used for an almost identical indication, which might minimize potential bias to clarify potential confounding by indication.

The overall cancer risk was statistically different between these two groups compared with famotidine or non-ranitidine users. Notably, liver and renal cancers were more common among ranitidine users. Furthermore, the Kaplan–Meier analysis revealed that liver cancer risk was significantly higher in the ranitidine cohort than in the famotidine cohort. Our study observed this outcome using non-ranitidine users as a control group. Additionally, this result contradicts other reports [14,15]. Therefore, based on a direct comparison with either the non-ranitidine group or the famotidine group (similar indication to ranitidine users), only liver cancer displayed a significant association with long-term ranitidine use. This approach was used to ameliorate the implicit indication bias that occurs when the cancer risk is related to the indication for medication use but not to the use of the medication itself [46].

Another comparative approach in our study revealed the association of ranitidine usage with four individual cancers with a high incidence rate (per 1000 person-years), including liver, lung, gastric, and pancreatic cancers, compared with the general population. However, as stated by Roberts et al. [27,47,48], the preference for a pharmacoepidemiological study of drug safety is to develop a new-user design rather than a prevalent-user design in which patients have already been receiving therapy for some time before the study follow-up begins. Therefore, our study used 1 year as the washout period, during which the participants were taken off ranitidine, to remove the effects of treatment before the study initiation. Nonetheless, ranitidine still showed similar results after excluding "protopathic bias" [49], meaning that ranitidine use sometimes precedes cancer development before it is diagnosed.

A positive quality of our study is the use of PSM [50] in a population-based cohort design, which imitates a randomized trial to control for confounding factors that mostly depend on selecting the documented confounders used in the matching model [51]. These potential confounders in our study, which were causally associated with cancer development, include age, sex, CCI, comorbidities, and medications. Nonetheless, PSM cannot specifically balance unknown factors as randomized controlled trials (RCTs) do. Therefore, some experts [52] argued that substantial bias exists in a PSM study, which is one of our study limitations. However, despite having this limitation, PSM potentially takes advantage of the ability to generate a huge sample size from a large database within a short time.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

Moreover, it is impractical and unethical to conduct an RCT to test the carcinogenicity of ranitidine in a patient.

In an additional dose–response subanalysis, given that drug–cancer associations are mostly dose-dependent, we further stratified the extent of NDMA exposure by cumulative ranitidine usage based on drug exposure: 90–180 DDDs, 181–270 DDDs, 271–360 DDDs, >360 DDDs, and an unexposed group. Notably, when considering the dose–response of ranitidine usage, there were significant trends of increased liver cancer risk with an increasing dose of ranitidine. However, there was no continuous dose–response relationship among the other individual cancers. Additionally, Iwagami et al. [14] reported contrary results, although they acknowledged a weakness in the study design due to the limited sample size and statistical power.

The conclusive results of our study after gathering data emphasize that consuming high levels of NDMA due to ranitidine use is linked to liver cancer development. Many current pieces of evidence based on several animal studies propose that NDMA affects liver cancer development, mostly originating from a detailed exploration of the molecular basis of NDMA's carcinogenic action [53–57]. For example, Souliotis et al. [58] reported that rats exposed to hepatocarcinogenic NDMA (0.2–2.64 ppm in the drinking water) for up to 180 days had a rapid accumulation of N7- and O6-methylguanine in the liver and white blood cells. The analysis of DNA, with the maximum adduct levels reached within 1–7 days dose-dependently, indicates that the accumulation of DNA damage and alterations in hepatocyte DNA replication during chronic NDMA exposure may influence the dose dependence of its carcinogenic efficacy. Notably, in the actual scenario, our result agrees with the above experimental data on the cumulative dose of ranitidine usage, which plays a vital role in hepatocarcinogenesis.

The present study has several limitations. First, it was constrained by the study design since we could not accurately estimate the NDMA level. Second, there were no data available in our database regarding certain confounders, such as alcohol consumption and cigarette smoking. Third, the patients' medication compliance cannot be detected from the NHIRD. Fourth, there was scarce information regarding over-the-counter ranitidine usage, which caused the underestimation of ranitidine exposure. Fifth, the NHIRD data used in our study was not the most recent. Sixth, the NHIRD lacks specific laboratory information. Finally, potential misdiagnosis, including comorbidities and cancer categories, is possible in the NHIRD due to the potential misclassification of ICD-9-CM and ICD-10-CM codes.

## 5. Conclusions

To conclude, the clinically meaningful results of this large-scale, longitudinal population-based cohort study using an excellent prescription and cancer database provide concrete evidence with very convincing long-term follow-up information for exploring the causative role of ranitidine in increasing the risk of carcinogenic effects on the liver, which was primarily caused by increasingly heavier ranitidine usage. However, to elucidate the underlying mechanisms of its causal association, further studies are necessary.

**Author Contributions:** Conceptualization, C.-H.W. and I.-I.C.; methodology, Y.-T.T.; software, Y.-T.T.; validation, Y.-T.T.; formal analysis, Y.-T.T.; investigation, C.-H.W. and I.-I.C.; resources, C.-H.W. and C.-H.C.; data curation, C.-H.W.; writing—original draft preparation, C.-H.W.; writing—review and editing, I.-I.C.; visualization, Y.-T.T.; supervision, C.-H.W.; project administration, C.-H.W.; funding acquisition, C.-H.W. and C.-H.C. All authors have read and agreed to the published version of the manuscript.

**Funding:** This research was funded by grant number RD-111-05, and the APC was funded by Tainan Municipal Hospital.

**Institutional Review Board Statement:** The study was conducted in accordance with the Declaration of Helsinki and approved by the Institutional Review Board of Show Chwan Memorial Hospital (IRB-No: 1101105) for studies involving humans.

**Informed Consent Statement:** Considering that the NHIRD dataset consists of encrypted secondary data, each person is impossible to identify; thus, the informed consent requirement was waived.

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

**Data Availability Statement:** The NHIRD protects personal electronic data by rigorous confidentiality guidelines. The results presented in the study are available from the NHIRD of Taiwan for researchers who meet the criteria for access to confidential data, which cannot be shared publicly because of legal restrictions imposed by the government of Taiwan under the "Personal Information Protection Act". Requests for data can be sent as a formal proposal to the NHIRD (https://dep.mohw.gov.tw/dos/np-2497-113.html, accessed on 1 August 2022). The contact information for needed data is: 886-2-85906828; Email: sthuiying@mohw.gov.tw.

**Conflicts of Interest:** The authors declare no conflict of interest. The funding sources had no role in the design, analysis, interpretation, or reporting of results or in the decision to submit the manuscript for publication.

## References

1. Lipsy, R.J.; Fennerty, B.; Fagan, T.C. Clinical review of histamine2 receptor antagonists. *Arch. Intern. Med* **1990**, *150*, 745–751. [CrossRef] [PubMed]
2. Vermeer, N.S.; Straus, S.M.; Mantel-Teeuwisse, A.K.; Domergue, F.; Egberts, T.C.; Leufkens, H.G.; De Bruin, M.L. Traceability of biopharmaceuticals in spontaneous reporting systems: A cross-sectional study in the FDA Adverse Event Reporting System (FAERS) and EudraVigilance databases. *Drug Saf.* **2013**, *36*, 617–625. [CrossRef] [PubMed]
3. Tricker, A.R.; Preussmann, R. Carcinogenic N-nitrosamines in the Diet: Occurrence, Formation, Mechanisms and Carcinogenic Potential. *Mutat. Res. Genet. Toxicol.* **1991**, *259*, 277–289. [CrossRef]
4. U.S. Food and Drug Administration. FDA Updates and Press Announcements on NDMA in Zantac (Ranitidine). Available online: https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcementsndma-zantac-ranitidine (accessed on 16 April 2020).
5. European Medicines Agency. EMA Reviewing Medicines Containing Valsartan from Zhejiang Huahai Following the Detection of an Impurity. 2018. Available online: http://www.ema.europa.eu/ema/index.jsp?curl=pages/news_and_events/news/2018/07/news_detail_002984.jsp&mid=WC0b01ac058004d5c1 (accessed on 24 August 2018).
6. Mahase, E. FDA recalls ranitidine medicines over potential cancer causing impurity. *BMJ* **2019**, *367*, l5832. [CrossRef]
7. Medicines and Healthcare Products Regulatory Agency. Class 2 Medicines Recall: Zantac Injection 50 mg/2 mL, Zantac Syrup 150 mg/10 mL, Zantac Tablets 150 mg, Zantac Tablets 300 mg (EL (19)A 24). 8 October 2019. Available online: https://www.gov.uk/drug-devic-alerts/class-2-medicines-recall-zantac-injection-50mg-2ml-zantac-syrup-150mg-10ml-zantac-tablets-150mg-zantac-tablets-300mg-el-19-a-24 (accessed on 22 June 2020).
8. Lijinsky, W.; Reuber, M.D. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. *Cancer Lett.* **1984**, *22*, 83–88. [CrossRef]
9. International Agency for Research on Cancer. Overall Evaluations of Carcinogenicity: And Updating of IARC Monographs, Volume 1 to 42. In *IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Supplement 7*; IARC: Lyon, France, 1987; Volume 7, pp. 1–440.
10. Brambilla, G.; Cavanna, M.; Faggin, P.; Maura, A.; Pino, A.; Ricci, R.; Robbiano, L. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. *Carcinogenesis* **1983**, *4*, 1281–1285. [CrossRef]
11. Loh, Y.H.; Jakszyn, P.; Luben, R.N.; Mulligan, A.A.; Mitrou, P.N.; Khaw, K.T. N-Nitroso compounds and cancer incidence: The European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am. J. Clin. Nutr.* **2011**, *93*, 1053–1061. [CrossRef]
12. Zhu, Y.; Wang, P.P.; Zhao, J.; Green, R.; Sun, Z.; Roebothan, B.; Squires, J.; Buehler, S.; Dicks, E.; Zhao, J.; et al. Dietary N-nitroso compounds and risk of colorectal cancer: A case-control study in Newfoundland and Labrador and Ontario, Canada. *Br. J. Nutr.* **2014**, *111*, 1109–1117. [CrossRef]
13. Habel, L.A.; Levin, T.R.; Friedman, G.D. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol. Drug Saf.* **2000**, *9*, 149–155. [CrossRef]
14. Iwagami, M.; Kumazawa, R.; Miyamoto, Y.; Ito, Y.; Ishimaru, M.; Morita, K.; Hamada, S.; Tamiya, N.; Yasunaga, H. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005–2018. *Drug Saf.* **2021**, *44*, 361–371. [CrossRef]
15. Yoon, H.J.; Kim, J.-H.; Seo, G.H.; Park, H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J. Clin. Med.* **2021**, *10*, 153. [CrossRef]
16. Kantor, E.D.; O'Connell, K.; Du, M.; Mendelsohn, R.B.; Liang, P.S.; Braunstein, L.Z. Ranitidine use and cancer risk: Results from UK Biobank. *Gastroenterology* **2021**, *160*, 1856–1859. [CrossRef]
17. Cardwell, C.R.; McDowell, R.D.; Hughes, C.M.; Hicks, B.; Murchie, P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am. J. Gastroenterol.* **2021**, *116*, 1612–1619. [CrossRef]
18. McGwin, G. The Associa-tion between Ranitidine Use and Gas-trointestinal Cancers. *Cancers* **2021**, *13*, 24. [CrossRef]
19. Song, P.; Wu, L.; Guan, W. Dietary nitrates, nitrites, and nitrosamines intake and the risk of gastric cancer: A meta-analysis. *Nutrients* **2015**, *7*, 9872–9895. [CrossRef]

*Int. J. Environ. Res. Public Health* **2022**, *19*, 12469

20. Hidajat, M.; McElvenny, D.M.; Ritchie, P.; Darnton, A.; Mueller, W.; Van Tongeren, M.; De Vocht, F. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup. Environ. Med.* **2019**, *76*, 250–258. [CrossRef]

21. Tran-Duy, A.; Spaetgens, B.; Hoes, A.W.; de Wit, N.J.; Stehouwer, C.D. Use of proton pump inhibitors and risks of fundic gland polyps and gastric cancer: Systematic review and meta-analysis. *Clin. Gastroenterol. Hepatol.* **2016**, *14*, 1706–1719. [CrossRef]

22. Cheung, K.S.; Chan, E.W.; Wong, A.Y.; Chen, L.; Wong, I.C.; Leung, W.K. Long-term proton pump inhibitors and risk of gastric cancer development after treatment for Helicobacter pylori: A population-based study. *Gut* **2018**, *67*, 28–35. [CrossRef]

23. Li, D.K.; Yan, P.; Abou-Samra, A.B.; Chung, R.T.; Butt, A.A. Proton pump inhibitors are associated with accelerated development of cirrhosis, hepatic decompensation and hepatocellular carcinoma in noncirrhotic patients with chronic hepatitis C infection: Results from ERCHIVES. *Aliment. Pharmacol. Ther.* **2018**, *47*, 246–258. [CrossRef]

24. Lai, S.W.; Liao, K.F.; Lai, H.C.; Lin, C.L.; Sung, F.C. Proton pump inhibitors and risk of hepatocellular carcinoma: A case-control study in Taiwan. *Acta Gastro-Enterol. Belg.* **2013**, *76*, 348–350.

25. Kao, W.-Y.; Su, C.-W.; Tan, E.C.-H.; Lee, P.-C.; Chen, P.-H.; Tang, J.-H.; Huang, Y.-H.; Huo, T.-L.; Chang, C.-C.; Hou, M.-C.; et al. Proton pump inhibitors and risk of hepatocellular carcinoma in patients with chronic hepatitis B or C. *Hepatology* **2019**, *69*, 1151–1164. [CrossRef] [PubMed]

26. Kim, S.; Jeong, S.; Park, S.J.; Chang, J.; Choi, S.; Cho, Y.; Ahn, J.C.; Lee, G.; Son, J.S.; Park, S.M. Association between Proton Pump Inhibitor Use and Risk of Hepatocellular Carcinoma: A Korean Nationally Representative Cohort Study. *J. Clin. Med.* **2022**, *11*, 2865. [CrossRef] [PubMed]

27. World Health Organization. ATC/DDD Index 2020. Available online: https://www.whocc.no/atc_ddd_index/ (accessed on 22 June 2020).

28. Wesdorp, I.C.; Dekker, W.; Klinkenberg-Knol, E.C. Treatment of reflux oesophagitis with ranitidine. *Gut* **1983**, *24*, 921–924. [CrossRef]

29. Ashton, M.G.; Holdsworth, C.D.; Ryan, F.P.; Moore, M. Healing of gastric ulcers after one, two, and three months of ranitidine. *Br. Med. J. (Clin. Res. Ed.)* **1982**, *284*, 467–468. [CrossRef] [PubMed]

30. Roberts, A.W.; Dusetzina, S.B.; Farley, J.F. Revisiting the washout period in the incident user study design: Why 6–12 months may not be sufficient. *J. Comp. Eff. Res.* **2015**, *4*, 27–35. [CrossRef]

31. Greifer, N. Estimating Effects After Matching. MatchIt: Nonparametric Preprocessing for Parametric Causal Inference. Available online: https://cran.r-project.org/web/packages/MatchIt/vignettes/estimating-effects.html (accessed on 1 August 2022).

32. Abadie, A.; Spiess, J. Robust post-matching inference. *J. Am. Stat. Assoc.* **2022**, *117*, 983–995. [CrossRef]

33. Higbee, J.D.; Lefler, J.S.; Burnett, R.T; Ezzati, M.; Marshall, J.D.; Kim, S.-Y.; Bechle, M.; Robinson, A.L.; Pope, C.A., III. Estimating long-term pollution exposure effects through inverse probability weighting methods with Cox proportional hazards models. *Environ. Epidemiol.* **2020**, *4*, e085. [CrossRef]

34. Davison, A.C.; Hinkley, D.V. *Bootstrap Methods and Their Application*; Cambridge University Press: Cambridge, UK, 2013.

35. Knekt, P.; Järvinen, R.; Dich, J.; Hakulinen, T. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: A follow-up study. *Int. J. Cancer* **1999**, *80*, 852–856. [CrossRef]

36. Bartsch, H.; KO'Neill, I. Ninth International Meeting on N-Nitroso Compounds: Exposures, Mechanisms, and Relevance to Human Cancer. *Cancer Res.* **1988**, *48*, 4711–4714.

37. Thorens, J.; Froehlich, F.; Schwizer, W.; Saraga, E.; Bille, J.; Gyr, K.; Duroux, P.; Nicolet, M.; Pignatelli, B.; Blum, A.L.; et al. Bacterial overgrowth during treatment with omeprazole compared with cimetidine: A prospective randomised double blind study. *Gut* **1996**, *39*, 54–59. [CrossRef]

38. Laine, L.; Ahnen, D.; McClain, C.; Solcia, E.; Walsh, J.H. potential gastrointestinal effects of long-term acid suppression with proton pump inhibitors. *Aliment. Pharmacol. Ther.* **2000**, *14*, 651–668. [CrossRef]

39. Tao, X.; Wang, N.; Qin, W. Gut microbiota and hepatocellular carcinoma. *Gastrointest. Tumors* **2015**, *2*, 33–40. [CrossRef]

40. Tannenbaum, S.R. N-nitroso compounds: A perspective on human exposure. *Lancet* **1983**, *1*, 629–632. [CrossRef]

41. Mitacek, E.J.; Brunnemann, K.D.; Suttajit, M.; Martin, N.; Limsila, T.; Ohshima, H.; Caplan, L.S. Exposure to N-nitroso compounds in a population of high liver cancer regions in Thailand: Volatile nitrosamine (VNA) levels in Thai food. *Food Chem. Toxicol.* **1999**, *37*, 297–305. [CrossRef]

42. Jirillo, E.; Caccavo, D.; Magrone, T.; Piccigallo, E.; Amati, L.; Lembo, A.; Kalis, C.; Gumenscheimer, M. The role of the liver in the response to LPS: Experimental and clinical findings. *J. Endotoxin Res.* **2002**, *8*, 319–327. [CrossRef]

43. Darnaud, M.; Faivre, J.; Moniaux, N. Targeting gut flora to prevent progression of hepatocellular carcinoma. *J. Hepatol.* **2013**, *58*, 385–387. [CrossRef]

44. Orlando, L.A.; Lenard, L.; Orlando, R.C. Chronic hypergastrinemia: Causes and consequences. *Dig. Dis. Sci.* **2007**, *52*, 2482–2489. [CrossRef]

45. Moore, T.C.; Jepeal, L.I.; Boylan, M.O.; Singh, S.K.; Boyd, N.; Beer, D.G.; Chang, A.J.; Wolfe, M.M. Gastrin stimulates receptor-mediated proliferation of human esophageal adenocarcinoma cells. *Regul. Pept.* **2004**, *120*, 195–203. [CrossRef]

46. Salas, M.; Hotman, A.; Stricker, B.H. Confounding by indication: An example of variation in the use of epidemiologic terminology. *Am. J. Epidemiol.* **1999**, *149*, 981–983. [CrossRef]

47. Ray, W.A. Evaluating medication effects outside of clinical trials: New-user designs. *Am. J. Epidemiol.* **2003**, *158*, 915–920. [CrossRef]

48. Perrio, M.; Waller, P.C.; Shakir, S.A. An analysis of the exclusion criteria used in observational pharmacoepidemiological studies. *Pharmacoepidemiol. Drug Saf.* **2007**, *16*, 329–336. [CrossRef]

49. Horwitz, R.I.; Feinstein, A.R. The problem of "protopathic bias" in case-control studies. *Am. J. Med.* **1980**, *68*, 255–258. [CrossRef]

50. Stürmer, T.; Joshi, M.; Glynn, R.J.; Avorn, J.; Rothman, K.J.; Schneeweiss, S. A review of the application of propensity score methods yielded increasing use, advantages in specific settings, but not substantially different estimates compared with conventional multivariable methods. *J. Clin. Epidemiol.* **2006**, *59*, 437.e1–437.e24. [CrossRef] [PubMed]

51. Hallas, J.; Pottegård, A. Use of self-controlled designs in pharmacoepidemiology. *J. Intern. Med.* **2014**, *275*, 581–589. [CrossRef] [PubMed]

52. Peikes, D.N.; Moreno, L.; Orzol, S.M. Propensity score matching: A note of caution for evaluators of social programs. *Am. Stat.* **2008**, *62*, 222–231. [CrossRef]

53. Swenberg, J.A.; Bedell, M.A.; Billings, K.C.; Umbenhauer, D.R.; Pegg, A.E. Cell-specific differences in O6-alkylguanine DNA repair activity during continuous exposure to carcinogen. *Proc. Natl. Acad. Sci. USA* **1982**, *79*, 5499–5502. [CrossRef]

54. Bedell, M.A.; Lewis, J.G.; Billings, K.C.; Swenberg, J.A. Cell specificity in hepatocarcinogenesis: 06-methylguanine preferentially accumulates in target cell DNA during continuous exposure of rats to 1,2-dimethylhydrazine. *Cancer Res.* **1982**, *42*, 3079–3083.

55. Dumenco, L.L.; Allay, E.; Norton, K.; Gerson, S.L. The prevention of thymic lymphomas in transgenic mice by human O6-alkylguanine-DNA alkyltransferase. *Science* **1993**, *259*, 219–222. [CrossRef]

56. Nakatsuru, Y.; Matsukuma, S.; Nemoto, N.; Sugano, H.; Sekiguchi, M.; Ishikawa, T. O6-methylguanine-DNA methyltransferase protects against nitrosamine-induced hepatocarcinogenesis. *Proc. Natl. Acad. Sci. USA* **1993**, *90*, 6468–6472. [CrossRef]

57. Zaidi, N.H.; Pretlow, T.P.; O'Riordan, M.A.; Dumenco, L.L.; Allay, E.; Gerson, S.L. Transgenic expression of human MGMT protects against azoxymethane-induced aberrant crypt foci and G to A mutations in the K-ras oncogene of mouse colon. *Carcinogenesis* **1995**, *16*, 451–456. [CrossRef]

58. Souliotis, V.L.; Henneman, J.R.; Reed, C.D.; Chhabra, S.K.; Diwan, B.A.; Anderson, L.M.; Kyrtopoulos, S.A. DNA adducts and liver DNA replication in rats during chronic exposure to N-nitrosodimethylamine (NDMA) and their relationships to the dose-dependence of NDMA hepatocarcinogenesis. *Mutat. Res. Fundam. Mol. Mech. Mutagen.* **2002**, *500*, 75–87. [CrossRef]

# EXHIBIT
# 760

Privacy Policy | Feedback    Follow 21.9M    Tuesday, Oct 25th 2022 7AM 64°F    10AM 64°F    5-Day Forecast



ADVERTISEMENT

# Has heartburn pill that has been given to millions harmed patients? An ingredient in Zantac has been linked to cancer — and now U.S. patients are suing drug makers

By JOHN NAISH FOR THE DAILY MAIL

**PUBLISHED:** 18:35 EDT, 24 October 2022 | **UPDATED:** 18:55 EDT, 24 October 2022

**19** shares

**74** View comments

When UK drug-maker Glaxo launched the heartburn medicine Zantac in 1981, the drug became one of the nation's greatest pharmaceutical successes — not least for its effectiveness in treating heartburn, which affects up to a quarter of British adults.

The medicine's active ingredient, ranitidine, reduces the amount of acid that the stomach produces. It can act as an effective salve for acid reflux and heartburn (the pain acid reflux causes), and can also be used to prevent and treat stomach ulcers.

As a preventive, patients were told to take one tablet with a glass of water 15 to 60 minutes before eating food or drinking beverages that cause heartburn.

ADVERTISEMENT

**Exhibit 0005**

Dr. A. Salmon 10-25-22

Follow
Daily Mail

Subscribe
Daily Mail

Follow
@DailyMail

Follow
Daily Mail

Follow
@MailOnline

Follow
Daily Mail

By 1985, worldwide Zantac sales had reached £432 million, turning Glaxo from a mid-sized British company to a global pharmaceutical giant. And the medicine's popularity continued to soar. In 1988 it became the world's best-selling drug, earning more than a billion dollars in annual sales.

Zantac is a histamine blocker. Cells in the stomach wall are stimulated by histamine to produce digestive acids; Zantac works by blocking this action.



© Alamy Stock Photo

When UK drug-maker Glaxo launched the heartburn medicine Zantac in 1981, the drug became one of the nation's greatest pharmaceutical successes — not least for its effectiveness in treating heartburn, which affects up to a quarter of British adults

Other commonly used heartburn drugs are proton-pump inhibitors (PPIs), which target tiny pumps that secrete acid through stomach cells. PPIs have been linked to illnesses such as kidney disease, gastric infections and an increased risk of stomach cancer.

But now, in courts across the U.S., more than 3,700 legal actions have been filed by people who claim that taking Zantac and other ranitidine-based medications has caused them to develop cancers. The most commonly cited are bladder, stomach, oesophageal, pancreatic and liver cancers.

Concern about Zantac first emerged three years ago, when American scientists at the Connecticut-based laboratory Valisure studied commercially available samples of Zantac and warned that these contained 'extremely high levels' of a chemical called N-Nitrosodimethylamine (NDMA), thought to cause cancer.

The scientists reported to the U.S. regulator, the Food and Drug Administration (FDA), that the ranitidine in Zantac can degrade over time into NDMA. The risk is particularly high, they added, if the medicine is stored in hot and humid conditions.

The FDA has set a safe limit for daily exposure to NDMA at 96 nanograms. Lab testing by the FDA and Valisure revealed that Zantac samples contained as many as three million nanograms of NDMA.

DON'T MISS


Meghan Markle says telling people 'what you need does not make you difficult or demanding' as she slams 'angry black women myth'


Helen Flanagan is supported by her best pal Brooke Vincent as she leaves the Pride Of Britain Awards without her engagement ring - amid split rumours


Smiling Lauren Goodger puts on a brave face as she takes daughter Larose to a pumpkin patch after ex Charles Drury 'moved in' with her friend


Drake cuts a sharp figure in a lilac suit as he celebrates his 36th birthday in style at Sexy Fish with a whole host of glamorous guests


Katie McGlynn looks worse-for-wear while slumped on the pavement as her pal helps her after a boozy night at the Pride Of Britain Awards


The future of your skin is in this bottle! This Vitamin C serum, 5 YEARS in the making, is clinically proven to correct and protect against premature skin ageing (and it's now 50% OFF at Boots!)
AD FEATURE

ADVERTISEMENT

Ad removed.
Show details


Chris Moyles is first star CONFIRMED for I'm A Celebrity as he lands at Brisbane airport and verifies he will take part in the show

'I thought every school did it!' TOWIE's Courtney Green reveals she had 'practice bomb

The FDA issued a safety recall of all ranitidine-based products on April 1, 2020. Seven months later, safety concerns over NDMA prompted the UK regulator, the Medicines and Healthcare products Regulatory Agency (MHRA), to issue an alert for all healthcare professionals and retailers to stop supplying ranitidine medications.

This included Zantac, generic versions of the drugs on prescription and low-dose versions available over the counter from pharmacies. (Glaxo's patent for ranitidine expired in 1997.)



© Shutterstock / Khaoniewping  +2 View gallery

**Zantac is a histamine blocker. Cells in the stomach wall are stimulated by histamine to produce digestive acids; Zantac works by blocking this action. A file photo is used above**

The first legal case against Zantac-type drugs in the U.S. came to an early end in August this year, when lawyers agreed a pre-court settlement of about £450,000.

Joseph Bayer, from Illinois, had launched the case 12 months earlier, claiming that taking Zantac had caused him to develop cancer of the oesophagus.

His lawsuit was aimed at GlaxoSmithKline (Glaxo became GlaxoSmithKline, or GSK, in 2000) and several companies that had made generic versions of the drug.

Before the case came to trial, the generic drug makers agreed to co-fund an out-of-court settlement, and Joseph Bayer dropped the case.

GlaxoSmithKline was not part of the settlement. A spokesman says: 'GSK did not settle Mr Bayer's claim and has not paid anything in exchange for the voluntary case dismissal.'

Nevertheless, other claimants continue to press for compensation from GSK and the drug's generic makers.

One, Joseph Galimidi, a 57-year-old rabbi from South Florida, is suing for compensation for injuries, pain and suffering after developing breast cancer in 2013. The disease is rare in men — about 350 men are diagnosed each year in the UK, according to Cancer Research UK.

Joseph Galimidi says he had been regularly taking Zantac for heartburn over the previous four years.



▶ drills' and 'armed police' at her Jewish school amid security threats

▶ Pete Wicks puts on a flirty display with Love Island's Antigoni Buxton at the Pride Of Britain Awards after party



▶ How I turned my quest for fitness into a multi-million-pound business: Grace Beverley, founder and CEO of activewear brand Tala, reveals all
**AD FEATURE**

▶ 'It did me the world of good': Jesy Nelson returns from social media break and promises fans 'perfect' new music is coming 'early next year'

ADVERTISEMENT

**Kanye could LOSE his billionaire status as Adidas finally terminates partnership with 'unacceptable, hateful and dangerous' rapper**



And Mark Allan Blake, of Colorado, has filed a lawsuit claiming that Zantac, which he began using four times weekly in 1996, is responsible for causing the bladder cancer he developed in 2018.

Among the U.S. court cases naming GSK, a trial is due to begin in California in February 2023. Another, in Madison County, Illinois, is scheduled the same month.

There are several class legal actions and in excess of 100 personal injury cases being brought against GSK in Canada, along with a class action in Israel.

In Britain, there are no known compensation cases being pursued over Zantac. Research into the potential health risk from ranitidine here is scant, although last year a study of 17,000 Scottish people's health records, published in the American Journal of Gastroenterology, suggested a link.

Scientists at Queen's University Belfast and Aberdeen University used the records to compare differences in bladder cancer incidence between people taking prescribed ranitidine drugs and those who weren't.

It found that those who had taken the drugs for more than three years had a nearly one-and-a-half times greater risk of developing bladder tumours.

Professor Chris Cardwell, a public health statistician at Queen's University Belfast, who led the study, told Good Health that while the finding is interesting, it should be treated with caution until further studies are performed into the possible association.

It could perhaps be a statistical quirk, he says.

'Alternatively, it could be that the ranitidine users were different from non-ranitidine users in ways that we could not adjust for, such as family history or occupational exposures,' he adds.

**SHARE THIS ARTICLE**

**RELATED ARTICLES**

 Could the love hormone beat Alzheimer's? Giving diseased...

 NHS blood supplies bounce back: Levels of universal type...

Other recent research supports a potential cancer link. Last month, investigators compared the health records of more than 55,000 people who'd regularly taken prescribed ranitidine drugs with the records of another 55,000 people who had never taken them.

The researchers in Taiwan reported in the International Journal of Environmental Research and Public Health that the ranitidine-takers had significantly raised risks of developing lung, liver, pancreatic and stomach cancers.

Those who'd used ranitidine drugs at higher doses for longer periods were most at risk, the study concluded, though it added that more research is needed to explain the possible association.

GSK continues to dismiss any suggestion of a Zantac-cancer link. In a statement in August it said: 'The overwhelming weight of the scientific evidence supports the conclusion that there is no increased cancer risk associated with the use of ranitidine. Suggestions to the contrary are therefore inconsistent with the science and GSK will vigorously defend itself against all meritless claims alleging otherwise.'

The MHRA told Good Health the licences for ranitidine-based medicines will remain suspended until it is 'reassured' that each marketing authorisation holder has carried




'It was like the world had been vacuumed of people': Richard E Grant reveals the 'abyss' of grief left him feeling alone after the death of his wife


A dig at 'snakes', symbolic jewellery and VERY heavy hints at her next album: All the Easter eggs in Taylor Swift's Bejeweled music video


Pregnant Molly-Mae Hague checks her phone after calling it a night as she joins Holly Willoughby and Ferne McCann leaving the Pride Of Britain Awards


Red-haired Demi Rose puts on a VERY cheeky display in a camo thong bikini as she soaks up the sun during her lavish Costa Rican getaway


'I don't want Anna's job... I've told her': British Vogue editor Edward Enninful shuts down rumors he is set to replace the fashion maven at American title


Maura Higgins and Joey Essex put on a VERY amorous display as they're spotted KISSING backstage at the Pride Of Britain Awards


Smiling Kerry Katona heads to the TV studios after beginning the egg freezing process and sharing the experience with her fans on Instagram


'Sharing the stage makes it all the more special': Rita Ora and her husband Taika Waititi will co-host the MTV EMAs in Düsseldorf


Youthful Jane Seymour, 71, dresses down in a sweater and jeans as she films scenes for the second season of drama Harry Wild in Ireland

out the 'necessary investigations and analytical work to fully address the conditions' set by the European Commission in 2020.

ADVERTISEMENT

# Medical jargon buster

**Scientific terms decoded. This week: Neurotransmitter**

Neurotransmitters are chemical messengers in the body that transmit signals from nerve cells to other cells, such as those in the muscles and glands, or to other nerves.

The word is derived from a combination of the Greek term neura, meaning something that pertains to a nerve or 'sinew or bowstring', and the Latin transmittere, meaning 'send across'.

There are two different types of neurotransmitters: excitatory, which fire up activity in the nerve cells; and inhibitory, which calm or slow them down.

Serotonin, for example, is an inhibitory neurotransmitter in the brain and gut, and is linked with anxiety and depression.

   

---

**Share or comment on this article: Has heartburn pill that has been given to millions harmed patients?**

**19** shares    Add comment

Recommended by Outbrain


**Average Retirement Savings By Age: Are You Normal?**
SmartAsset | Sponsored


**Before you renew Amazon Prime, read this**
Capital One Shopping | Sp...


**11 Benefits of Drinking Ka'Chava Daily**
Ka'Chava | Sponsored


**Hands Down! The World's Healthiest Breakfast**


**Urologist Baffled: Simple Stretch Can Prevent Bladder...**


**Finally, Congress Passes Billions for Camp Lejeune...**


'Bellas 4 life': Rebel Wilson reunites with Pitch Perfect co-stars Kelley Jakle, Chrissie Fit and Shelley Regner a decade after release of the first film


Meghan Markle says she 'makes a choice' to be 'grounded' because 'things are going to be said no matter what' in her latest Archetypes episode


'We wanted our sex scenes to be justified and to evolve': Emma Corrin discusses freedom of filming naked with Jack O'Connell


Imogen Thomas reveals she has a new mystery boyfriend after splitting with ex Adam Horsley in 2018 but she won't get married again


Taylor Swift stuns in sparkling corset as she performs burlesque with Dita Von Teese for Bejeweled music video featuring Laura Dern, Haim, and Pat McGrath




# EXHIBIT
# 761

| DDDrange L | DDDrange H | DDD median | Dose mg | OR | inc OR/mg |
|---|---|---|---|---|---|
| never | | | 0 | 0 | 1 | 0 |
| 90 | 180 | 135 | 40500 | 1.03 | 7.40741E-07 |
| 181 | 270 | 225.5 | 67650 | 1.12 | 1.77384E-06 |
| 271 | 360 | 315.5 | 94650 | 1.26 | 2.74696E-06 |
| 361 | 450 | 405.5 | 121650 | 1.42 | 3.45253E-06 |

1 DDD = 300

mean slope    3.4949E-06
$R^2$         0.89662



Liver cancer & Ranitidine use

**Exhibit 0006**
Dr. A. Salmon 10-25-22

# EXHIBIT

# 762

| DDDrange L | DDDrange H | DDD median | Dose mg | OR | inc OR/mg |
|---|---|---|---|---|---|
| never | | | 0 | 0 | 1 | 0 |
| 90 | 180 | 135 | 40500 | 1.26 | 6.41975E-06 |
| 181 | 270 | 225.5 | 67650 | 1.13 | 1.92166E-06 |
| 271 | 360 | 315.5 | 94650 | 1.27 | 2.85261E-06 |
| 361 | 450 | 405.5 | 121650 | 1.33 | 2.7127E-06 |

| | 1 DDD = | | 300 |
|---|---|---|---|

| | mean slope | 2.32983E-06 |
|---|---|---|
| | $R^2$ | 0.688984524 |



Gastric cancer & Ranitidine use

**Exhibit 0007**

Dr. A. Salmon 10-25-22



# EXHIBIT
# 763

| | |
|---|---|
| DDDs  (high group median) | 405.5 |
| mg ranitidine | 121650 |
| ng NDMA/150 mg ranitidine | 3090.1 (Emery overall user mean) |
| ng NDMA/1 mg ranitidine | 20.60066667 |
| cumulative  NDMA (mg) | 2.5060711 |

**Exhibit 0008**

Dr. A. Salmon 10-25-22

# EXHIBIT 764

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)          **MDL NO. 2924**
PRODUCTS LIABILITY                  **20-MD-2924**
LITIGATION

                                    **JUDGE ROBIN L. ROSENBERG**
                                    **MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

**THIS DOCUMENT RELATES TO:**
**ALL ACTIONS**

<u>**PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' NOTICE OF VIDEOTAPED DEPOSITION OF ANDREW GALE SALMON M.A., D.PHIL., C.CHEM., M.R.S.C.**</u>

**PLEASE TAKE NOTICE** Plaintiffs, by the undersigned counsel, hereby provide the following responses and objections to Defendants' Notice of Videotaped Deposition of Andrew Gale Salmon M.A., D.Phil., C.Chem., M.R.S.C.

<u>**GENERAL OBJECTIONS**</u>

As an initial objection, Plaintiffs object to each Request as set forth in "Exhibit A" of the Notice of Videotaped Deposition of Andrew Gale Salmon M.A., D.Phil., C.Chem., M.R.S.C., served by Defendants insofar as each request calls for the production of documents, materials and/or things that:

(1)     are not in Dr. Salmon's possession, custody, or control;

(2)     were prepared for or in anticipation of litigation, constitute attorney work product, contain attorney-expert communications, or are otherwise privileged;

(3)     are publicly available or otherwise equally available to Defendants and/or



1

    equally available from third parties;

(4) do not specifically refer to the events which are the subject matter of this litigation;

(5) are neither relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence;

(6) exceed the scope of permissible discovery under the Federal Rules of Civil Procedure, the local rules of court and/or the individual rules of this Honorable Court; and

(7) exceed the scope of permissible discovery as agreed to by the parties and/or as set forth in CMO 47.

No Waiver of Privilege - The inadvertent production or disclosure of any privileged documents or information shall not constitute or be deemed to be a waiver of any applicable privilege with respect to such document or information (or the contents or subject matter thereof) or with respect to any other such document or discovery now or hereafter requested or provided. Plaintiffs reserve the right not to produce documents that are protected by privilege (in whole or in part), and to require the return of any document (and all copies thereof) inadvertently produced.

No Waiver of Right to Object - Plaintiffs likewise do not waive the right to object, on any and all grounds, to: (1) the evidentiary use of any document(s) produced in response to Exhibit A for the Notice to Take Videotaped Deposition of Andrew Gale Salmon M.A., D.Phil., C.Chem., M.R.S.C.; and (2) discovery requests relating to those documents.

Plaintiffs' responses and objections are not intended to be, and shall not be construed as, agreement with Defendants' characterization of any facts, circumstances, or legal obligations.

Plaintiffs reserve the right to contest any such characterization as inaccurate.

Plaintiffs will provide their responses based on terms as they are commonly understood, and consistent with the Federal Rules of Civil Procedure. Plaintiffs object to and will refrain from extending or modifying any words employed in the requests to comport with expanded definitions or instructions. Plaintiffs will respond to said Requests individually without reference to said Instructions or Definitions.

The responses and objections contained herein are made on the basis of information now known to Plaintiffs and are made without waiving any further objections to or admitting the relevancy or materiality of any of the information requested. Plaintiffs' investigation, discovery and preparation for proceedings are continuing and all answers are given without prejudice to Plaintiffs' right to introduce, supplement and/or amend these responses or to object to the discovery of any documents, facts or information discovered after the date hereof.

Plaintiffs submit these responses and objections without conceding the relevancy or materiality of the subject matter of any request or of any document set forth in the subject Exhibit A, or that any responsive materials exist.

## SPECIFIC OBJECTIONS – EXHIBIT A OF NOTICE TO TAKE VIDEOTAPED DEPOSITION OF ANDREW GALE SALMON M.A., D.PHIL., C.CHEM., M.R.S.C.

Subject to the foregoing general objections, and incorporating said general objections herein by reference, Plaintiffs respond to the individual requests set forth in Exhibit A of Defendants' Notice as follows:

### REQUEST FOR PRODUCTION NO. 1

All DOCUMENT(S) setting forth or referring to, in whole or in part, the data or other information considered by Dr. Salmon to prepare the SUPPLEMENTAL REPORT, other than the citations in the SUPPLEMENTAL REPORT.

### RESPONSE

Plaintiffs object to this request to the extent that it seeks materials and/or documents that are protected by the attorney expert privilege and/or work product doctrine. Plaintiffs also object to this request on the grounds that this request is vague, overly broad, unduly burdensome, unlimited in scope, and to the extent it seeks materials and/or documents that are neither relevant to the claims in the within actions nor reasonably calculated to the lead to the discovery of admissible evidence. Without waiver of this objection, all data relied on by Dr. Salmon is included in the studies referenced in his report.

### REQUEST FOR PRODUCTION NO. 2

All DOCUMENT(S) reflecting any analysis of the WANG STUDY not already covered by Request #1.

### RESPONSE

See Response to No. 1.

### REQUEST FOR PRODUCTION NO. 3

Any and all documents, including but not limited to billing statements, billing records, employee records, time sheets, and/or invoices, that reflect the amount of time spent or amount of compensation received for Dr. Salmon's work relating to the SUPPLEMENTAL REPORT, including any retainer that Dr. Salmon has requested or been paid.

### RESPONSE

There are no responsive documents at this time.

### REQUEST FOR PRODUCTION NO. 4

Any and all documents, including but not limited to billing statements, billing records, employee records, time sheets, and/or invoices, that reflect the amount of time spent or amount of compensation received for Dr. Salmon's work since his last invoice on March 31, 2022.

**RESPONSE**

See Response to No. 3.  To the extent Defendants are asking for documents unrelated and beyond Dr. Salmon's Supplemental Report, Plaintiffs object to the request as outside the scope of the Judge's Order dated October 7, 2022.  Expert discovery is closed and was only reopened per Judge Rosenberg's Order for the limited purpose of addressing each of the experts' supplemental reports relating to the Wang Study, including Dr. Salmon's Supplemental Report dated October 4, 2022.

**REQUEST FOR PRODUCTION NO. 5**

Any and all COMMUNICATION(S) between Dr. Salmon and the authors of the WANG STUDY.

**RESPONSE**

There are no responsive documents.

**REQUEST FOR PRODUCTION NO. 6**

Any and all COMMUNICATION(S) between Dr. Salmon and the publishers, editors, or reviewers of the WANG STUDY.

**RESPONSE**

There are no responsive documents.

**REQUEST FOR PRODUCTION NO. 7**

Any and all COMMUNICATION(S) between Dr. Salmon and Dr. Charles Davis, Dr. Mira Hidajat, Dr. Jennifer Le, Dr. Michael Marletta, Dr. Ronald Melnick, Dr. Paul Michaels, Dr. Patricia Moorman, Dr. Anne McTiernan, Dr. Ron Najafi, Dr. Dipak Panigrahy, Dr. Zal Phiroz, or Dr. Errol Zeiger related to the WANG STUDY.

**RESPONSE**

There are no responsive documents.

**REQUEST FOR PRODUCTION NO. 8**

Any and all annotated copies of the WANG STUDY prepared by, or reviewed by, Dr. Salmon.

**RESPONSE**

There are no responsive documents.

### **REQUEST FOR PRODUCTION NO. 9**

Any and all COMMUNICATION(S) or DOCUMENT(S) exchanged between Dr. Salmon and third-parties to the extent those COMMUNICATION(S) or DOCUMENT(S) relate to the WANG STUDY.

**RESPONSE**

There are no responsive documents.

### **REQUEST FOR PRODUCTION NO. 10**

Any and all drafts of the WANG STUDY reviewed by Dr. Salmon, including  but not limited to unpublished drafts, pre-publication drafts, and embargoed drafts.

**RESPONSE**

There are no responsive documents.

### **REQUEST FOR PRODUCTION NO. 11**

Any and all results and analyses related to the WANG STUDY reviewed by Dr. Salmon which are not otherwise available in the final and official publication.

**RESPONSE**

There are no responsive documents.

### **REQUEST FOR PRODUCTION NO. 12**

Any and all DOCUMENT(S) containing any calculations or other analyses of "increment in OR/mg," "mean slope," or square of the correlation coefficient ("$R^2$"), generated by Dr. Salmon in connection with his review of the WANG STUDY.

**RESPONSE**

Please see records produced herewith.

### REQUEST FOR PRODUCTION NO. 13

Any and all DOCUMENT(S) containing mathematical formulas Dr. Salmon used to calculate or analyze "increment in OR/mg," "mean slope," or square of the correlation coefficient ("$R^2$"), in connection with his review of the WANG STUDY.

### RESPONSE

Please see records produced herewith.

### REQUEST FOR PRODUCTION NO. 14

Any and all DOCUMENT(S) containing any calculations or other analyses of NDMA exposure in the ranitidine groups of the WANG STUDY generated by Dr. Salmon in connection with his review of the WANG STUDY.

### RESPONSE

There are no responsive documents.

### REQUEST FOR PRODUCTION NO. 15

Any and all DOCUMENT(S) containing any calculations or other analyses generated by Dr. Salmon in connection with his review of the WANG STUDY not already covered by Requests #12-14

### RESPONSE

There are no responsive documents.

Dated: October 24, 2022

Respectfully submitted,

*/s / Roopal P. Luhana*
Roopal P. Luhana
Chaffin Luhana LLP
600 Third Ave., 12th Floor
New York, NY 10016
Tel: (888) 480-1123
Fax: (888) 499-1123
luhana@chaffinluhana.com

7

## <u>CERTIFICATE OF SERVICE</u>

The undersigned herby certifies that a copy of the foregoing was served via electronic mail

on October 24, 2022 to the following, Counsel for Defendants:

Mark Cheffo
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
mark.cheffo@dechert.com
*Attorney for Defendants GlaxoSmithKline LLC and GlaxoSmithKline PLC*

Joseph Petrosinelli
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
jpetrosinelli@wc.com
*Attorney for Defendant Pfizer*

Andrew Bayman
King and Spalding, LLP
1180 Peachtree Street, Suite 1600
Atlanta, GA 30309-3521
abayman@kslaw.com
*Attorney for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

Anand Agneshwar
Arnold & Porter
250 West 55th Street
New York, New York 10019-9710
Anand.Agneshwar@arnoldporter.com
*Attorney for Defendants Sanofi and Chattem*

John Garrett
Bowman & Brooke LLP
2901 Via Fortuna Drive, Suite 500
Austin, Texas 78746
john.garrett@bowmanandbrooke.com
*Attorney for Defendant Patheon*

*/s/ Roopal P. Luhana*
Roopal P. Luhana