UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |

_____/

THIS DOCUMENT RELATES TO: ALL CASES

### ORDER GRANTING MICHELLE L HOOD'S MOTION TO WITHDRAW AS ATTORNEY

THIS MATTER is before the Court on Michelle L. Hood's Motion to Withdraw as Counsel. The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

The Motion to Withdraw is Granted. Michelle L. Hood is relieved of her responsibilities as counsel for Defendant Pfizer, Inc. and is terminated as counsel of record in this case.

DONE and ORDERED in Chambers, West Palm Beach, Florida, this 6th day of December, 2022.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: *Counsel of Record*