<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>

<60>



FILED BY ᴘᴇ D.C.
DEC 21 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

11 Quill Rd

Levittown, Pa. 19057-2016

December 17, 2022

Phone# 215-945 4311

email- lostinspace2097@aol.com

Judge Robin L. Rosenberg

Magistrate Judge Bruce E. Reinhart

400 N. Miami, Ave.

Miami Florida 33128

MDL NO.2924

20-MD-2924

Your HONOR

My name is Erik Hillesland and I wish to thank you for the updates on my ranitidine case, the last one I recently received was on December 16 2022, which shows that experts have different opinions on how or why or if ranitidine can cause cancer.

Over the course of many years I have noticed many people smoking cigarettes, some got lung cancer and have died since, some have smoked for just as many years as the other ones did but they showed no signs of the cancer disease in their lungs.

I may not be an expert in the field but I do know over the course of years people have told me that each and everyone of us has a cancer gene cell in us and it depends on what will activate it some say its in our gene pool, others say it's all around us but no matter what some will get the cancer others will not.

As in my case I am as I wrote before the only one in my family at my gene pool that have had a kidney removed due to a large mass 6 cm in a 8 cm kidney, also by left kidney is in stage IIIA kidney disease, which other than family members with cyst on her kidney their creatinines levels are fine

as I stated before I don't drink alcohol, I don't smoke cigarettes I've ever played in high school sports or anything that will harm my kidneys and even when given a chance in my younger days to smoke pot I've never did I always did the right thing for my body ,

also the word cancer keeps coming up in the paperwork but it doesn't say nothing about kidney disease in the paper I showed you how back studies shows that ranitidine has been linked to

kidney disease.

Also the company I work for HEUBACH international I have worked there for 26 years in a chemical we use mostly ARE safe to use and we use all safety measures to assure that no body has any issues in regard to these chemicals we have PPE gear also safety gloves all the time, the only person that has had a kidney removed that worked at my plant was his supervisor and he lost his kidney due to excessive drinking which shut his kidney down and had to have a kidney transplant which afterwards he did listen still drank heavily and eventually passed away from his alcoholism

Also if needed please subpoena me or write me and ask me if you want to appear in your court to testify on my behalf in regards to what went on with me taking ranitidine pills for almost 2 years. I would appear within a week of any notification that my testimony is needed I will also bring down any information I have in regards to my health situation.

Once again I thank you for the bottom of my heart for allowing me still to be part of this case than anything that I can do to bring justice to those who have suffered through all this.

Sincerely

Erik Roy Hillesland