**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2924**<br>**20-MD-2924** |
| | **JUDGE ROBIN L. ROSENBERG**<br>**MAGISTRATE JUDGE BRUCE E. REINHART** |

_________________________________/

**THIS DOCUMENT RELATES TO: ALL CASES**

**DECLARATION OF MARK CHEFFO IN SUPPORT OF BRAND DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERTS ON GENERAL CAUSATION UNDER RULE 702**

I, Mark Cheffo, hereby declare as follows:

1. I am a Partner at the law firm Dechert LLP, counsel of record for Defendant GlaxoSmithKline LLC ("GSK") in the above-captioned action. I submit this declaration on behalf of Defendants Pfizer Inc. ("Pfizer"), Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"), and Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc. (collectively, "Sanofi") (collectively, "the Brand Defendants") in support of the Brand Defendants' Opposition to Plaintiffs' Motion to Exclude Defendants' Experts on General Causation Under Rule 702 ("Defendants' Opposition"). I am licensed to practice law in the state of New York. I make this declaration based on my own personal knowledge and, if called as a witness, could and would testify competently to the matters set forth below.

2. Attached are true and correct copies of the following exhibits, which are cited in Defendants' Opposition.

| Ex. No. | Exhibit | PDF Page No. |
|---|---|---|
| Expert Report and CV Provided with Report | | |
| 1 | Supplemental Expert Report of Dr. Namandje Bumpus | 1 |
| Expert Transcript | | |
| 2 | Deposition Transcript of Dr. Lior Braunstein (October 25, 2021) | 9 |
| Scientific Literature (alphabetical by last name of first author) | | |
| 3 | Arai et al., *Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats*, GAN. 1979 Aug;70(4):549-558 (1979) | 142 |
| 4 | De Stefani et al., *Meat Consumption and Risk of Stomach Cancer in Uruguay: A Case-Control Study*, NUTRITION AND CANCER 2001;40(2):103-107 (2001) | 153 |
| 5 | Fahrer et al., *DNA repair by MGMT, but AAG, causes a threshold in alkylation-induced colorectal carcinogenesis*, CARCINOGENESIS 2015 Oct;36(10):1235-1244 (2015) | 159 |
| 6 | Gocke et al., In vivo *studies in the mouse to define a threshold for the genotoxicity of EMS and ENU*, MUTATION RES. 2009 Aug;678(2):101-107 (2009) | 170 |
| 7 | Hrudey et al., *Is There a Safe Level of Exposure to a Carcinogen?* ENVIRON. SCI. TECHNOL. 1995 AUG;29(8):370(A)-375(A) (1995) | 178 |

| | | |
|---|---|---|
| 8 | Kobets et al., *Review of the evidence for thresholds for DNA-Reactive and epigenetic experimental chemical carcinogens*, CHEM BIOL INTERACT. 2019 Mar 1;301:88-111 (2019) | 185 |
| 9 | Liteplo et al, *Concise International Chemical Assessment Document 38: N-Nitrosodimethylamine*, World Health Organization (2002) | 210 |
| 10 | McGwin, *The Association between Ranitidine Use and Gastrointestinal Cancers*, CANCERS 2021 Jan;13(1):24 (2021) | 263 |
| 11 | Nohmi, *Effects of DNA Polymerase Kappa and Mismatch Repair on Dose-Responses of Chromosome Abberations Induced by Three Oxidative Genotoxins in Human Cells*, ENVIRON & MOLECULAR MUTAGEN. 2020;61:193-199 (2020) | 273 |
| 12 | Pottegard et al., *Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study*, EBIOMEDICINE 2016 May;7:73-79 (2016) | 281 |
| 13 | Thomas et al., *Influence of DNA Repair on Nonlinear Dose-Responses for Mutation*, TOXICOL SCI. 2013 Mar;132(1):87-95 (2013) | 289 |
| 14 | Waddell et al., *Concordance of thresholds for carcinogenicity of N-nitrosodiethylamine*, ARCH TOXICOL. 2006 Jun;80(6):305-309 (2006) | 299 |
| 15 | Zeilmaker et al., *Risk Assessment of N-nitrosodimethylamine Formed Endogenously after Fish-with-Vegetable Meals*, TOXICOL SCI. 2010;116(1):323-335 (2010) | 305 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 24, 2022 in New York, NY.

*/s/ Mark Cheffo*
Mark Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10019
Tel: (212) 689-3500
Fax: (212) 689-3590
mark.cheffo@dechert.com

*Attorney for GlaxoSmithKline LLC*

Dated: August 24, 2022

Respectfully submitted,

/s/ Mark Cheffo
Mark Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10019
Tel: (212) 689-3500
Fax: (212) 689-3590
mark.cheffo@dechert.com

*Attorney for GlaxoSmithKline LLC*

/s/ Anand Agneshwar
Anand Agneshwar
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8011
Fax: (212) 836-8689
anand.agneshwar@arnoldporter.com

*Attorney for Defendants Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc.*

/s/ Andrew T. Bayman
Andrew T. Bayman
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Tel: (404) 572-3583
Fax: (404) 572-5100
abayman@kslaw.com

*Attorney for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202)-434-5000
Fax: (202)-434-5029
jpetrosinelli@wc.com

*Attorney for Defendant Pfizer Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system, which will provide automatic notification to all counsel of record.

*/s/ Mark Cheffo*