UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2924<br><br>Civil Action No. 9:20-md-2924<br><br>JUDGE ROBIN L. ROSENBERG<br><br>MAGISTRATE JUDGE<br>BRUCE E. REINHART |

THIS DOCUMENT RELATES TO: ALL CASES

### DECLARATION OF OF ROSEMARIE RIDDELL BOGDAN

**Rosemarie Riddell Bogdan,** hereby declare as follows:

1. I am an attorney in the State of New York and a partner with the law firm of Martin, Harding & Mazzotti, LLP. I am a member of the Court-appointed Plaintiffs' Steering Committee in MDL 2924. I am familiar with the facts and circumstances set forth herein. I submit this declaration in connection with Plaintiffs' Opposition to Defendants' Expedited Motion to Strike Plaintiffs' Expert Ramin (Ron) Najafi, Ph.D.

2. Attached hereto as **Exhibit A** is a true and accurate copy of Dr. Ron Najafi's expert report and supplemental disclosures to Defendants.

3. Attached hereto as **Exhibit B** is a true and accurate copy of an email by T. Finken dated March 1, 2022.

4. Attached hereto as **Exhibit C** is a true and accurate copy of an email by W. Sachse dated March 1, 2022.

5. Attached hereto as **Exhibit D** is a true and accurate copy of an email to Special Master Dodge by W. Sachse dated March 1, 2022.

6. Attached hereto as **Exhibit E** is a true and accurate copy of an email by T. Finken to W. Sachse and K. Penner dated March 3, 2022.

7. Attached hereto as **Composite Exhibit F** are true and accurate copies of: Boehringer Ingelheim's list of laboratory equipment including Agilent instruments such as Agilent 1290 Infinity (BOE_ZAN_MDL_0000974356); a book entitled "Identifying and Quantifying Mutagenic Impurities in Pharmaceutical Products" published by Agilent and produced by Sanofi (SANOFI_ZAN_MDL_0000780857); a peer-reviewed research article written by Agilent employees regarding the testing of NDMA in ranitidine which was produced by GSK (GSKZAN0003395434); and excerpts of deposition testimony of B. Olsen, pp. 57-59.

8. Attached hereto as **Exhibit G** is a true and accurate copy of the study: King, et al., *Ranitidine-Investigations into the Root Cause for the Presence of N-Nitroso-N, N-dimethylamine in Ranitidine Hydrochloride Drug Substances and Associated Drug Products,* Experimental Section, Method C, Organic Process Research & Development (2020).

9. Attached hereto as **Exhibit H** is a true and accurate copy of the Declaration of Patrick Steffes, P. Chem.

10. Attached hereto as **Exhibit I** is a true and accurate copy of the deposition testimony of Dr. Ramin Najafi.

11. Attached hereto as **Exhibit J** is a true and accurate copy of an email by the undersigned dated June 10, 2022.

12. Attached hereto as **Exhibit K** are true and accurate copies of screenshots of duplicate hard drives showing batch.bin files.

13. Attached hereto as **Exhibit L** is a true and accurate copy of an email by T. Finken dated April 14, 2022.

14. Attached hereto as **Exhibit M** is a true and accurate copy of an email by L. Bosso dated April 29, 2022.

15. Attached hereto as **Exhibit N** is a true and accurate copy of an email by the undersigned dated May 2, 2022.

16. Attached hereto as **Exhibit O** is a true and accurate copy of an email by the undersigned dated May 10, 2022.

17. Attached hereto as **Exhibit P** is a true and accurate copy of the Declaration of Je Yon Jung.

18. Attached hereto as **Composite Exhibit Q** are true and accurate copies of Emery Pharma's Citizens' Petition dated January 2, 2020 and documents from Emery Pharma's production to Defendants' subpoenas.

19. Attached hereto as **Composite Exhibit R** are true and accurate copies of: SANOFI_ZAN_MDL_0000534544 - Wang et al., *Effect of oxidation on amine-based pharmaceutical degradation and N-Nitrosodimethylamine formation*, Water Research (2015); SANOFI_ZAN_MDL_0000812300 - Lim et al., *Determination of N-nitrosodimethylamine and N-nitrosomethylethylamine in drug substances and products of sartans, metformin and ranitidine by prescription and solid phase extraction and gas chromatography-tandem mass spectrometry*; and Journal of Pharmaceutical and Biomedical Analysis (2020); SANOFI_ZAN_MDL_0000817802 – Seid et al., *Nitrite ion mitigates the formation of NDMA during chloramination of ranitidine*, Science of the Total Environment (2018).

20. Attached hereto as **Exhibit S** are true and accurate copies of the PDFs attached as

Exhibit C to Dr. Benotti's Declaration.

      I declare under penalty of perjury under the laws of the United States of America that the forgoing statements are true and accurate.

<u>/s/ Rosemarie Riddell Bogdan</u>

Dated:  June 27, 2022.

## Motion to Seal/Sealed and Exparte Filings:

9:20-md-02924-RLR IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered by Gilbert, Robert on 6/28/2022 at 11:31 AM EDT and filed on 6/28/2022
**Case Name:** IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION
**Case Number:** 9:20-md-02924-RLR
**Filer:** Zantac (Ranitidine) Products Liability Litigation
**Document Number:** 5756

**Docket Text:**
**Sealed Document** *Exhibits to Plaintiffs Opposition To Brand Defendants Expedited Motion To Strike Plaintiffs Expert Ramin (Ron) Najafi, Ph.D.* **by Zantac (Ranitidine) Products Liability Litigation. (Attachments: # (1) Exhibit H (Declaration of Patrick Steffes, P. Chem), # (2) Exhibit I (Depo testimony of Dr. Ramin Najafi), # (3) Exhibit S Part 1 of 8 (Copies of PDFs attached as Exh. C to Dr. Benottis Decl), # (4) Exhibit S Part 2 of 8 (Copies of PDFs attached as Exh. C to Dr. Benottis Decl), # (5) Exhibit S Part 3 of 8 (Copies of PDFs attached as Exh. C to Dr. Benottis Decl), # (6) Exhibit S Part 4 of 8 (Copies of PDFs attached as Exh. C to Dr. Benottis Decl), # (7) Exhibit S Part 5 of 8 (Copies of PDFs attached as Exh. C to Dr. Benottis Decl), # (8) Exhibit S Part 6 of 8 (Copies of PDFs attached as Exh. C to Dr. Benottis Decl), # (9) Exhibit S Part 7 of 8 (Copies of PDFs attached as Exh. C to Dr. Benottis Decl), # (10) Exhibit S Part 8 of 8 (Copies of PDFs attached as Exh. C to Dr. Benottis Decl)) (Gilbert, Robert)**

**9:20-md-02924-RLR No electronic public notice will be sent because the case/entry is sealed.**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=6/28/2022] [FileNumber=22327892-0] [7fd74fc55b6f784fffc32711485b80e8f6c608e3afede2edd1218c7d4b68a3a602
faafa8dfd8adc45323117c74467e852aee0471bc4ab3edb0920bd2d4870531]]
**Document description:**Exhibit H (Declaration of Patrick Steffes, P. Chem)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=6/28/2022] [FileNumber=22327892-1] [7f964a4c6db185a82f3193c262cf858c0c7ac127966cf1071b3facb12fcb274799
22c4c266f9ebdd1aae8b9a062d5deed10bf66b089630c828433809b05b3772]]
**Document description:**Exhibit I (Depo testimony of Dr. Ramin Najafi)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=6/28/2022] [FileNumber=22327892-2] [6224ebd4943804b283387ac66309928b66ac6ce8d5a696e1a134782248914e75a2
984a9188ecaf2c9710423dbece866139bb3ece66bb328e217dde31028f6551]]
**Document description:**Exhibit S Part 1 of 8 (Copies of PDFs attached as Exh. C to Dr. Benottis Decl)
**Original filename:**n/a
**Electr onic document Stamp:**