# EXHIBIT H

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION**

**MDL DOCKET NO. 2924**

**Civil Action No. 9:20-md-2924**

**JUDGE ROBIN L. ROSENBERG**
**MAGISTRATE JUDGE BRUCE E. REINHART**

**THIS DOCUMENT RELATES TO:**

**ALL CASES**

**Declaration of Patrick Steffes, P. Chem.**

COMES NOW Patrick Steffes, and hereby attests as follows:

1. I am a professional chemist with 28 years of experience in the field of analytical chemistry. I have been factory trained on analytical instrumentation by Dionex (now Thermo), Hewlett-Packard, and Agilent Technologies. Over this time I have provided technical expertise on chemical analysis, installation, repair, method development, method validation, data processing and troubleshooting. In the past eight years, I have concentrated on data and document review as related to analytical instrumentation. During this time, my focus has been on data integrity, laboratory systems and processes, validation, and instrument qualification. I have reviewed hundreds of data packages over the past decade, for a wide range of regulated industries. I am in good standing with the Association of the Chemical Profession of Alberta and have maintained my professional status since being admitted. I am a member of the Chemical Institute of Canada (MCIC), and an associate member of the Alberta Society of Human Toxicology. I have a Bachelor of Science in Chemistry from the University of Alberta (1993).

2. I have been asked to review a sampling of the electronic data files of Emery as compared with the PDFs (Portable Document Format) generated by Dr. Mark Benotti.

3. Original source data is what is critical to audit laboratory results and what those in the industry use to review and data. In the instance where reviewers do not have access to the native data system, PDF reports, while very limited in their functionality, can be used to provide some information. From an audit perspective, however, PDFs are generally considered to be incomplete records as they frequently do not contain all of the information.

4. It is extremely unusual to look at large batches of data through PDF reports, and it is rare for PDF reports to be used in the workflow of a laboratory. After review and approval of results, summaries (often Microsoft Excel based sheets, or other digital tools) of the data are exported at that time to ensure reliable transfer of the information is made. The reporting of laboratory data is a process with many steps, including the final approval and release of the result.

5. Generation of analytical chemistry results generally involve:

a. **Native (also referred to as raw) data** as collected in the data system associated with the physical instrument which in this case would be the Agilent Triple Quadrupole LC/MS. The native data contains graphical data information, and the associated meta data such as the AcqData (additional information including setpoints used to collect the data, and conditions on the instrument at the time of data collection). Native data is frequently in a digital record that is not readable outside of the native data system used to collect it but readable and usable when read within it. In this case, the native data is the MassHunter proprietary file format, which is a subdirectory of files with a ".D" extension contained within the selected data folder.

b. **A method or settings file.** A method file is the instructions of how to interpret the native data. This includes information on how the graphical information is interpreted into results, and calibration parameters. In this case, the method settings file is the MassHunter proprietary file format, a subdirectory of files with a ".M" extension.

c. **Optional: A batch file** (in some cases referred to by the name assigned by the MassHunter Software, Batch.Bin file). Batch files are a system tool and may also be used as a means of processing a group of data. Data is often reviewed as a batch, by evaluating a specific group of samples in the context of calibration information, quality control information, and the laboratory procedures/protocols performing the analysis. A batch file is NOT a requirement to generate data, but a tool used to process data. In this case, Emery Pharma utilized batch files which are contained within the selected data folder if a batch (a collection of individual samples) was quantified together. If a batch was not quantified and only looked at qualitatively for characteristics like peak shape, matrix effect, noise, and baseline, no Batch.Bin file is created. Dr. Benotti indicated an absence of some Batch.Bin files; this does not appear to be atypical to me if that data was used for qualitative work, the data required no post processing, or the data files were individually reviewed and approved.

d. The laboratory procedures/protocols to govern the data system and processes used to finalize the reporting of results. This may include training and knowledge of the system and software, and how to review data and results to evaluate accuracy of the system. One example of this would be if the automatic peak interpretation system (integration) has not interpreted a peak correctly, the analyst may be required to interpret the baseline manually. The amount of manual integration needed is dependent on the type of testing and analyte being studied. This is similar to an autonomous vehicle—most of the time it does pretty well, but it is still nice to have someone behind the wheel to ensure that the car remains on the road.

6. The generation of test results are a snapshot in time. The key item is that the original, native data is not changed. In this case with Agilent MassHunter, the original native data generated from the LC-MS/MS analysis is preserved and remains unchanged. This is an unalterable feature of the software.

7. With the original native data, it is possible for any trained analyst to generate results and determine the amount of an analyte, like NDMA, in any given sample. The analyst by using the original native data can evaluate and interpret the data to arrive at a result. Trained analysts may have different subjective interpretation of the data which can result in variations of the interpreted results from one user to another. This variation is well-accepted in the field of analytical chemistry and considered as part of the overall tolerance (variance) of the values produced by the method.

8. A Batch.Bin file is a tool used with multiple data files and is **not a mandatory requirement to generate data**. Data files can be individually analyzed and reported. To report a result, an analyst would need the native data, the method which may be embedded in the native data file or in the laboratory procedure/protocol, and would be able to analyze the sample following the laboratory procedures/protocols. Batch.Bin files are not necessary to conduct an LC-MS/MS analysis but the native data files are.

9. I have reviewed a range of datasets[1] in question but will refer to one specific data

---

[1] 211006_BaselinePilltesting
211201_Patheonbaseline
211013_BaselinePilltesting_SanofiRP
220118_stabilityEP
20211229
201216_Stability_LevineLaw_NDMA
201220_Stability_LevineLaw_NDMA_Amidecol
210219_Stability_LevineLaw_Amidecol

set ("211201_Patheonbaseline") as an example for my summary. The electronic reports as generated by Dr. Benotti, are found on **page 5220-5458, Exhibit C**. I have also reviewed in detail the original native data files and a batch file associated with those native data files. The native data names and time stamps between Dr. Benotti's generated report and the native data match.

10. The method used by Emery included the use of an internal standard. In general, an internal standard is added in a constant amount to the original samples. This allows the laboratory an additional level of confidence with the data generated, by incorporating a compound that behaves similarly but is chemically different and distinguishable from the analyte being investigated. When using methods that use internal standards, concentrations can be calculated with the following information:

a. Response (area) of the analyte
b. Response (area) of the internal standard
c. Response (area) of the known amount of analyte and known amount of internal standard for all calibration levels.
d. Calibration technique used (linear calibration, weighting factor, origin use, etc.)
e. Calculation factors (injection amount, multipliers, dilutions)

11. For any given sample, if the above 5 pieces of information are found within an electronic report, the concentration may be calculated following the laboratory procedures. In the case of the example data that was reviewed, the above information is present in the electronic records provided..

12. With regard to the situation of a QuantResults folder not containing a Batch.Bin, there is an explanation for this. If the analyst selects a range of data files to qualitatively review, a QuantResults folder is created. If the analyst is evaluating the samples without quantitation, no Batch.Bin file with data is created and saved. So it is possible and reasonable to get a QuantResults folder created, and no Batch.Bin file within that folder.

13. Dr. Benotti reports for some batches when he attempted to generate PDFs the Agilent MassHunter software prompted him with a command which stated "Please analyze or quantitate batch before generating reports." Prior to generating PDFs, it is still possible for Dr.

---

210803_Stability_Urine
211005_Validation_Pilltesting
210310_SGF trial
211111_stability_simulation

Benotti to review the Batch.Bin and evaluate the testing results.

14. I reviewed some exemplar batch data sets. The examples I set forth in this declaration are not intended to be exhaustive of the differences between the native data and electronic Batch.Bin files, and the Dr. Benotti generated PDFs. They are provided as illustrations as to the differences that can be seen by a review.

15. In reviewing the example batch data set noted ("211201_Patheonbaseline") I found these differences:

a. Dr. Benotti used MassHunter revision 11.0 for the processing of the data, where Emery used version 10.1. In trying to do an "apples to apples" comparison, I would compare data sets generated on the same software versions. I did my review using the same software and version that Emery used (MassHunter version 10.1).

b. When reviewing the original source data, it is possible to be much more critical of the baselines drawn, compared to the PDF report generated (not possible to zoom in on the graphical data).

c. There are differences between the manual integration (where baselines were drawn) for the analyte (NDMA) and the Internal Standard (NDMA-IS) between the native data with associated batch file I reviewed, and the PDF generated by Dr. Benotti.

   - Exhibit C, page 5220 (summary page) shows a target response value of 3220 for 16_Sample1.D. Exhibit C, page 5242, shows no integration for the internal standard, which by default does not report a result for the target response. Exhibit C, page 5358 for sample 16_Sample1.D also shows no response found for the internal standard peak (the peak is present, the automatic peak detection did not find it, and this is a case where a trained user would need to draw the baseline in). The PDF report shows an internal standard response of 1389 on the report, and a concentration result of 203.7797 ng/mL. This result found on the PDF is incorrect, and with the internal standard completely absent, no result should be reported. In the Batch.Bin file I looked at from the Emery data, the analyst has drawn a manual baseline on the internal standard, and a response value is properly displayed in the native data system.
   - Exhibit C, Page 5243 for sample 17_Sample2.D, shows no manual integration on the target peak, and a response value of 4829. In the Batch.Bin file from the

Emery data, the analyst has drawn a more appropriate baseline, and a response value of 5297 is shown in the native data system.

- Throughout the comparison of the remaining dataset (looking at the PDF file generated, and the Emery native data system Batch.Bin file), there are frequent cases where the PDF does not show manual baselines, and the Batch.Bin data does. The inverse case is also true, and this is true for both the target response and the internal standard.
- The baselines used in Dr. Benotti's report, and those found in original source (native) data and batch file from Emery are different and affect the concentration of NDMA found in the sample so in these instances the PDFs do not reflect the electronic batch files from Emery. There may also be other examples of errors in the PDF reporting; I have not exhaustively compared all 8701 pages of Exhibit C (comparisons of data sets are much more reliable done in software designed for numerical comparisons such as Excel, which is why labs do not rely on PDF reports for summarizing data).
- There are also differences in the responses between the analyte and internal standard in Dr. Benotti's PDFs and the original (native) source data and batch file, likely as a result of a different interpretation of the baseline (and the response reported) for the target analyte, or the internal standard.

16. In summary, the electronic data files of Emery as compared with the PDFs (Portable Document Format) generated by Dr. Mark Benotti do not match. I cannot audit the interpretations Dr. Benotti used to generate the PDF because a PDF does not provide this information, I have not reviewed Dr. Benotti's interaction with the software to generate the report as it was included with Dr. Benotti's declaration or the Exhibits attached thereto.

17. Any trained analyst can start with the Emery native source data, the method (.M) or lab procedure/protocols, create a batch file, and review the data and interpret the baselines using their trained LC-MS/MS expertise.

18. There are data sets where the PDF summary created by Dr. Benotti matches identically with the Emery results. For example, the dataset called "220118_stabilityEP" (Exhibit C, page 7557 to 7773) has consistent results with the Batch.Bin file from Emery that I reviewed. However, the PDF also contains anomalies not found in the native data. For example,

in Exhibit C, page 7566 and page 7671, there is no internal standard peak integrated, although on page 7671 the system reports a response number. This result found on the PDF is incorrect, and with the internal standard completely absent, no result should be reported. However, the result matches the Batch.Bin file.

19. In reviewing data where inconsistencies in the reports are discovered, I would move back to the native data system (".D" files) to review the information. The native system provides the data in a completely usable format for anyone trained in LC-MS/MS to review and analyze. This is the best and most reliable source to conduct a LC-MS/MS analysis.

20. As illustrated by the comparison of the Emery electronic files given to Dr. Benotti, and the PDFs generated by Dr. Benotti, the use of MassHunter Batch.Bin files to create PDFs presents unique challenges which can cause errors. Creating reports at different points in time with different interpretations of baselines (as is the case of these two different PDFs) and/or different responses between the analyte and internal standard will result in some variation in the exact number reported. This is what has occurred for some of the data set I reviewed.

I declare under the penalty of perjury that the foregoing is true and correct.

This 26th day of June, 2022.

Patrick Steffes

Patrick Steffes, B.Sc, MCIC, P. Chem.

# Patrick Steffes

445, 52258 Range Road 231, Sherwood Park, AB T8B 1M7 (780) 267-3555

## Work History

2014-current Fonebone Services Inc, Sherwood Park, Alberta

President

- Consulting services for analytical laboratory businesses across North America. Technical support, application development and audit services for public and private laboratories.
- Regulatory consulting; review vendor service deliverables; review of data packages.
- Data integrity auditing, computer systems validation, method validation, quality systems support.

2003-2014 K'(Prime) Technologies Inc., Calgary, Alberta

Vice President, Operations

- Partner and Manager of an analytical instrument sales and service company.
- Agilent Technologies Inc. delivery channel for sales and service.
- Management of service delivery; technical support for customers, sales, service, and administration groups.

1999-2003 Platinum Chromatography Inc., Sherwood Park, Alberta

President

- Field support of HP/Agilent products and Dionex (Thermo) products.
- Factory trained on the maintenance and calibration of laboratory instrumentation; installation, troubleshooting, application development, technical training.

1994-1999 Hewlett-Packard Canada, Chemical Analysis Group, Calgary, Alberta

Service Representative

- Field support across Western Canada.

## Education

1993 University of Alberta

- B.Sc. Specialization in Chemistry
- A diverse range of technical certifications, including instrument hardware, software, and applications training.
- On-going training to maintain my status and certification as a professional chemist.

## Strengths

- All areas of analytical laboratory work; all aspects of analytical instrumentation repair and calibration; analytical software; analytical method development and improvement.
- Negotiations and problem resolution; customer service; project management; business process improvement; budgeting, forecasting; personnel management.
- Regulatory processes associated with analytical instrument and software. Computer systems validation, qualification, method and process validation.

## Professional Associations

Professional Chemist (P.Chem) through the Association of the Chemical Profession of Alberta; Member of Chemical Institute of Canada (MCIC); Associate Member of the Alberta Society for Human Toxicology.

pat@fonebone.ca