# EXHIBIT I

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL NO. 2924
20-MD-2924
-------------------------------------x
IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY
LITIGATION
THIS DOCUMENT RELATES TO:
ALL CASES
-------------------------------------x
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF ALAMEDA
CCP NO. 5150
-------------------------------------x
COORDINATION PROCEEDING SPECIAL TITLE
(Rule 3.550)
RANITIDINE PRODUCTS CASES
THIS DOCUMENT RELATES TO:
ALL ACTIONS
-------------------------------------x

VOL. I
***** CONFIDENTIAL *****
VIDEOTAPED DEPOSITION
VIA ZOOM VIDEOCONFERENCING
OF
RAMIN NAJAFI, Ph.D.
Thursday, May 26, 2022

REPORTED BY:
LINDA J. GREENSTEIN
JOB NO. 5238864

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

May 26, 2022

9:39 A.M. PST

Confidential Videotaped Deposition held via Zoom Videoconferencing of Ramin Najafi, Ph.D., taken by Defendants, before Linda J. Greenstein, a Certified Shorthand Reporter and Notary Public of the State of New York.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

A P P E A R A N C E S:

(All parties appearing via Zoom Videoconferencing)

MARTIN, HARDING & MAZZOTTI, LLP
Counsel for Plaintiffs
1 Wall Street
Albany, New York 12205

BY: ROSEMARIE RIDDELL BOGDAN, ESQ.
800.529.1010
rosemarie.bogdan@1800law1010.com

POPE, MCGLAMRY, KILPATRICK, MORRISON & NORWOOD, PC
Counsel for Plaintiffs
3391 Peachtree Road - Suite 300
PO Box 19337 (31126-1337)
Atlanta, Georgia 30326

BY: MICHAEL L. MCGLAMRY, ESQ.
404.523.7706

ROBERT C. GILBERT, ESQ.
Counsel for Plaintiffs
2800 Ponce de Leon Boulevard
Suite 1100
Coral Gables, Florida 33134

BY: ROBERT C. GILBERT, ESQ.
305.442.8666
gilbert@kolawyers.com

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

A P P E A R A N C E S: (Continued)

CHAFFIN LUHANA, LLP
Counsel for Plaintiffs
600 Third Avenue - 12th Floor
New York, New York 10016

BY: ROOPAL P. LUHANA, ESQ.
888.480.1123
luhana@chaffinluhana.com

HAUSFELD, LLP
Counsel for Plaintiffs
One Marina Park Drive
Suite 1410
Boston, Massachusetts 02210
BY: STEVEN ROTMAN, ESQ.
617.207.0602
srotman@hausfeld.com

MAY LIGHTFOOT, PLLC
Counsel for Plaintiffs
3200 Martin Luther King Junior
Avenue Southeast - 3rd Floor
Washington, D.C. 20032

BY: JE YON JUNG, ESQ.
202.949.6455
jjung@maylightfootlaw.com

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

A P P E A R A N C E S: (Continued)

GOODELL, DEVRIES, LEECH & DANN
Counsel for Plaintiffs
One South Street - 20th Floor
Baltimore, Maryland 21202

BY: RICHARD M. BARNES, ESQ.
410.783.4004
rmb@gdldlaw.com

KING & SPALDING, LLP
Counsel for Defendants
Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim USA Corporation, Boehringer Ingelheim International GmbH, Boehringer Ingelheim Promeco, S.A. de C.V.
1185 Avenue of the Americas
34th Floor
New York, New York 10036-2601

BY: CARMEN R. TOLEDO, ESQ.
404.572.3438
ctoledo@kslaw.com

SHOOK, HARDY & BACON, LLP
Counsel for Defendant GlaxoSmithKline
1325 Avenue of the Americas
28th Floor
New York, New York 10019

BY: KIMBERLY S. PENNER, ESQ.
212.779.6102
kpenner@shb.com

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

A P P E A R A N C E S: (Continued)

BOWMAN AND BROOKE, LLP
Counsel for Defendant Pfizer, Inc.
2901 Via Fortuna Drive
Suite 500
Austin, Texas 78746
BY: MELISSA FERRELL, ESQ.
512.874.3888
melissa.ferrell@bowmanandbrooke.com

CHRISTOPHER R. CARTON, ESQ.
201.577.5175
chris.carton@bowmanandbrooke.com

PIETRAGALLO, GORDON, ALFANO, BOSICK & RASPANTI, LLP
Counsel for Defendant Sun Pharmaceuticals
One Oxford Centre
38th Floor
Pittsburgh, Pennsylvania 15219

BY: FRANK H. STOY, ESQ.
412.263.4397
fhs@pietragallo.com

JASON M. REEFER, ESQ.
412.263.1840
jmr@pietragallo.com

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

A P P E A R A N C E S: (Continued)

DLA PIPER LLP (US)
Counsel for Defendants Chattem, Inc., Sanofi-Aventis U.S. LLC, Sanofi US Services, Inc. and Sanofi S.A.
303 Colorado Street
Suite 3000
Austin, Texas 78701-4653
BY: ASHLEY ALLEN CARR, ESQ.
512.457.7251
ashley.carr@dlapiper.com
RYAN SULLIVAN, ESQ.
512.457.7256
ryan.sullivan@dlapiper.com

GREENBERG TRAURIG, LLP
Counsel for Defendant Teva
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305
BY: SARA K. THOMPSON, ESQ.
678.553.2392
thompsons@gtlaw.com

ULMER & BERNE, LLP
Counsel for Defendant Dr. Reddy's Laboratories
312 Walnut Street
Suite 1400
Cincinnati, Ohio 45202-4029

BY: JOHN R. IPSARO, ESQ.
513.698.5104
jipsaro@ulmer.com

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

A P P E A R A N C E S: (Continued)

NATHAN A. SCHACHTMAN, ESQ., PC
Co-Counsel for Defendant Dr. Reddy's Laboratories
325 East 79th Street
Suite 16D
New York, NY 10075

BY: NATHAN SCHACHTMAN, ESQ.
212.600.4912
nathan@schachtmanlaw.com

Also Present:
CHAFFIN LUHANA, LLP
Kendra Goldhirsch, Esq.
Courtney E. Griffin, Esq.
KING & SPALDING, LLP
Eva Canaan, Esq.
Michael B. Shortnacy, Esq.
Luke Bosso, Esq.
Logan Matthews, Esq.
Florenz Cruz, PharmD, MS
Scientific Specialist
SHOOK, HARDY & BACON, LLP
Loren Scheiber, Senior Research Analyst

Mark J. Benotti, NewFields

Lee Bowry, Veritext Videographer
David Johnson, Veritext Concierge

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

THE VIDEOGRAPHER: Good morning.

We are going on the record at 9:39 a.m. on May 26, 2022.

Please note that this deposition is being conducted virtually.

Quality of recording depends on the quality of camera and Internet connection of participants.

What is seen from the witness and heard on screen is what will be recorded.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of Dr. Ramin Najafi taken by counsel for defendants in the Matter of In Re Zantac (Ranitidine) Products Liability Litigation filed in the United States District Court, Southern District of Florida, MDL Number 2924-20-MD-2924.

My name is Lee Bowry from the firm of Veritext New York and I am the

videographer.

The court reporter is Linda Greenstein and the concierge is David Johnson, both also with Veritext.

I am not related to any party in this action nor am I financially interested in the outcome.

If there are any objections to proceeding, please state them at this time.

Counsel attending remotely will be noted on the stenographic record.

Will the court reporter please swear in the witness and then counsel may proceed.

(Witness duly sworn/affirmed)

MS. BOGDAN: And, Carmen, just before we get started, since we did have that exchange before the deposition was going to begin, I just wanted for the record to note plaintiffs' objection to the extent that any data or images are shown to Dr. Najafi that are not displayed in

the complete format that Emery Pharma would have that information at its lab facility, or to the extent that the witness cannot verify whether the data itself has been displayed in a different way or any data is missing or is actually being manipulated, but with that said, we can proceed.

MS. TOLEDO: Thank you.

RAMIN NAJAFI, Ph.D.,

having been first duly sworn/affirmed, was examined and testified as follows:

EXAMINATION BY

MS. TOLEDO:

Q. Good morning, Dr. Najafi.

Can you please state your full name for the record.

A. Yes, it's Ramin Najafi.

I go by Ron.

Q. Thank you. My name is Carmen Toledo and I represent Boehringer Ingelheim in the Zantac litigation.

It's nice to meet you.

A. Same here.

Q. You understand that you're testifying today as an expert for plaintiffs in the Zantac litigation; correct?

A. Yes, I do.

Q. Okay. What have you done to prepare your opinions in this matter?

A. I have reviewed my expert report thoroughly and I have also reviewed a number of publications related to that I've cited in my expert report.

I've looked up quite a few things online. Just, that's really...

Q. Were you done?

A. Yes.

Q. Okay. And I believe you have given a deposition before; is that right?

A. Yes, I have.

Q. Okay. And even though you have testified in a deposition, I just want to make sure we're on the same page as to a few basic rules; okay?

A. Yes.

Q. So your answers need to be

verbal. The court reporter can't take down a nod of the head, for example; okay?

A. Yes.

Q. Okay. And we need to try not to interrupt each other so we have a clean record and make life a lot easier for the court reporter; okay?

A. Yes.

Q. Okay. Especially because it is a remote deposition, there may be delays and lag times, and I just want to make sure that you give me enough time to finish my question.

Is that all right?

A. Yes.

Q. And if any question is unclear, please tell me and I will try to rephrase it; fair?

A. Yes.

Q. Okay. Also, if you need to take a break at any time, please let me know.

My only request is that if there is a pending question, that you answer it, and then we can take the break.

Is that okay?

A. Yes.

Q. Okay. Now, as I said a second ago, this deposition is being taken remotely.

Where are you located right now?

A. I am at 1000 Atlantic Avenue in our conference room.

Q. And that's at the Emery Pharma facility?

A. At the Emery Pharma facility.

Q. Is anyone in the room with you?

A. No.

Q. Do you have any electronic devices next to you, such as a computer or iPad or iPhone?

A. I have two laptops and my iPhone. I'm going to turn that off, actually.

Q. Okay. I appreciate that.

Please turn it off for the entirety of the deposition.

A. Yes.

Q. Thank you.

We sent you some long documents in hard copy.

A. Right.

Q. Overnight delivery.

Did you receive them?

A. Yes, I have.

Q. Do you have them with you?

A. Yes, I do.

Q. Okay. Do you have any additional documents or notes with you today?

A. I have my expert report with me.

Q. Okay. Do you have any notes in your expert reports or any markings?

A. No, I don't.

Q. Okay. Are you feeling okay to give your testimony today?

A. Absolutely.

Q. Very good.

Now, I want to make sure we are on the same page regarding some terms that we'll be using throughout the deposition.

So first, "Zantac" is the brand name of the drug "ranitidine"; right?

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I
A. Yes.
Q. And if I use Zantac and ranitidine interchangeably during the deposition, you will understand that I'm referring to the same thing; correct?
A. Correct.
Q. And I may refer to Emery Pharma as "Emery."
Is that acceptable?
A. That's fine.
Q. Okay. And N-nitrosodimethylamine is a type of nitrosamine; correct?
A. That's correct.
Q. And I may refer to it as "NDMA," and you will understand that I'm referring to the same thing; right?
A. Could you repeat what you said about N-nitroso again?
Q. N-nitrosodimethylamine.
A. Okay. That's NDMA.
Q. Is that right?
A. That's fine.
Q. Okay. Good.

And I may refer to liquid chromatography as "LC."

Is that acceptable to you?

A. Yes.

Q. And similarly, I may refer to gas chromatography as "GC." Okay?

A. That's correct.

Q. Okay. And I may refer to mass spectrometry as MS; is that okay?

A. Yes.

Q. Okay. And I may refer to combinations of these, such as "LC-MS" to mean liquid chromatography-mass spectrometry; okay?

A. Yes.

Q. And I may refer to simulated gastric fluid as "SGF"; okay?

A. That's correct.

Q. Okay. I also want to talk about the terms we will use to describe various aspects of the work Emery Pharma has done on ranitidine.

When I use the term "analytical method," I am referring to the methodology

used to actually measure the analytes; okay?

MS. BOGDAN: Objection to form.

A. That's okay.

Q. And LC-MS/MS is a type of an analytical method; is that right?

A. That's correct.

Q. When I use the term "analytical validation," I will be referring to the data that supports the validity of the analytical method; is that fair?

MS. BOGDAN: Objection to form.

A. That's fair.

Q. And typical validation characteristics include accuracy, precision, repeatability, intermediate precision, specificity, detection limit, quantitation limit, linearity and range; is that correct?

A. That's correct.

MS. BOGDAN: Objection to form.

If you could just slow down so if I do have an objection that I'm not speaking over the top of you. Okay?

We'll drive the stenographer crazy.

BY MS. TOLEDO:

Q. And when I use the term "experimental design," I am referring to how the study was designed for all the steps before the analytical method is used; is that fair?

A. That's fair.

MS. BOGDAN: Objection to form.

BY MS. TOLEDO:

Q. And when I use the term "method description," I am referring to written description of the analytical method used; okay?

MS. BOGDAN: Objection to the form.

A. Sorry, could you repeat that again?

Q. Certainly.

When I use the term "method description," I am referring to a written description of the analytical method that is used; is that fair?

A. That could be --
MS. BOGDAN: Objection to form.
A. -- one way to describe.
Q. And the reason I'm -- I'm asking you about the terms "experimental design" and "method description" separately is because sometimes people call both of those things a protocol; is that fair?
MS. BOGDAN: Objection to form.
A. They could call them protocol, procedures, you know, there's a variety of names for them.
Q. Okay. Do you understand that there is a difference when people refer to experimental designs as a protocol versus referring to method descriptions as a protocol?
MS. BOGDAN: Objection to the form.
A. I -- I do not see a whole lot of difference.
Q. Okay. Now, Dr. Najafi, you, as an individual, are being paid by plaintiffs to serve as an expert in this litigation;

correct?

MS. BOGDAN: Objection to form.

A. No.

Q. You individually are not getting paid as an expert?

A. No, I'm not.

Q. Okay. So are all payments going through your company, Emery Pharma?

A. That's correct.

MS. TOLEDO: Okay. If we could, David, mark as an exhibit Tab 65.

And these are the invoices that I'll represent to you were provided to us yesterday by your counsel; okay?

THE WITNESS: Okay. Where am I looking at?

MS. TOLEDO: So you need to go to refresh the --

THE CONCIERGE: One second.

I'll introduce it and then I'll let you know that it's introduced.

One second, please.

THE WITNESS: Okay.

THE CONCIERGE: Do you need this

shared on screen?

MS. TOLEDO: Yes, please.

(Exhibit 1 marked for identification, multi-page document, invoices from Emery Pharma.)

BY MS. TOLEDO:

Q. Have you had a chance to look at the invoices? Have they uploaded to your box?

THE WITNESS: No. Where do I see them?

MS. TOLEDO: You need to refresh. Well, you should see them on your screen now, but if you refresh --

THE WITNESS: I see them on the -- on the Zoom screen. I don't see it on Veritext.

THE CONCIERGE: On the Egnyte "Marked Exhibits" folder, you can refresh that screen.

THE WITNESS: Okay. Got it. Exhibit folder. Marked exhibit.

It says folder is empty.

THE CONCIERGE: Right. So go

ahead and right click in there.

You'll see a menu pop up and the word "reload" or "refresh" is there.

Do you see that?

THE WITNESS: Oh, yes, it says -- no.

MS. TOLEDO: Why don't we go off the record so the witness can pull up the exhibit.

THE VIDEOGRAPHER: Going off the record.

The time is 9:54 a.m.

(Discussion held off the record.)

THE VIDEOGRAPHER: We are back on the record.

The time is 9:57 a.m.

BY MS. TOLEDO:

Q. Okay, Dr. Najafi, were you able to see the exhibit?

A. Yes, I do.

Q. Okay. And do you recognize these as the invoices that were submitted by Emery to plaintiffs' counsel?

A. Yes, I do.

Q. Okay. Can you tell me when you were first retained as an expert for plaintiffs in this matter?

A. Sometime in January of 2020.

Q. Okay. And I'll represent to you that your counsel produced these invoices to us yesterday, and we see that the first day that we found is from November 3, 2020.

Are there any invoices that you and Emery submitted prior to this date?

A. Prior to November 2020?

Q. Yes.

MS. BOGDAN: You mean, it says -- okay, go ahead.

A. So -- repeat your question to me, please.

Q. We have looked through these invoices and the first date that we find is 11/3/2020.

And my question is, are there any invoices that Emery submitted prior to 11/3/2020?

A. Yes --

MS. BOGDAN: 11/3/2020?
MS. TOLEDO: Yes.
MS. BOGDAN: Okay.
A. Yes.
MS. BOGDAN: Show him the document.
BY MS. TOLEDO:
Q. Page 2 of the PDF.
A. Okay. Okay.
Q. But I just want to confirm that there are invoices prior to this one.
A. Right. Let me -- let me take my time to review this, counsel. Just one second.
The very first invoice is May of 2021. May -- yeah --
Q. Right, but they're out of order, and what I'm telling -- what I'm representing to you is that we have gone through all the pages, and this is -- the one on page 2 dated November 3, 2020 is the earliest invoice we see.
A. Okay.
Q. Okay? And my question is, since

you were retained in January 2020, are there invoices earlier than November 2020?

A. There should be invoices earlier than 2020 as well.

Q. Okay.

A. I believe so.

Q. And the last invoice --

MS. BOGDAN: Objection to form.

BY MS. TOLEDO:

Q. The last invoice is dated 4/21/2022, which is about a little bit over a month ago, okay?

A. Okay.

Q. Have you spent more time since that date on this matter?

A. I'll have to check. I'm not sure.

Q. Well, have you met with counsel in preparation for your deposition?

A. Yes, I have.

MS. BOGDAN: Objection to the form.

BY MS. TOLEDO:

Q. Are you -- but you have not

submitted an invoice for that time yet; correct?

A. I'm not in our accounting. We might have. I'm not sure.

Q. Okay. And I will represent to you that we have added up the totals in all of these invoices and that the total is $2,244,244.

Does that sound about right to you?

A. That's -- I don't know.

I haven't added it myself, but I -- I'll take your word for it.

Q. Okay. But does it sound --

A. It's --

Q. In the ballpark of what Emery --

A. In the ballpark.

Q. Okay.

MS. BOGDAN: Objection to the form.

REQ MS. TOLEDO: So I am requesting, since you say that there are earlier invoices, I am requesting at this time that you and your counsel, Ms. Bogdan,

provide the additional invoices that have not yet been provided, okay?

Since we're meeting again tomorrow, hopefully that will give you enough time to pull those together or have somebody pull those for you.

THE WITNESS: Uh-huh.

MS. BOGDAN: By counsel, the invoices that start in the date that you mentioned start with invoices that are over the summer.

We would be happy to do a search, but I believe that the invoices that you have been provided are the invoices that exist in total.

MS. TOLEDO: Okay. We will just check again tomorrow. We'll ask you again if you could check.

BY MS. TOLEDO:

Q. If we could please go to PDF page 27 of the invoices.

And one of the items here says that you -- and when I say "you," I mean you and/or Emery -- charged for "Zantac

synthesis isotopically labeled."

Do you see that? The bottom entry?

A. It says -- yes, I do.

Q. Okay. Did you perform experiments on isotopically labeled Zantac?

A. Yes, we have.

Q. Are those results included in your expert report?

MS. BOGDAN: Objection to form.

A. No, they are not because unfortunately we didn't have enough time, given that deadline we had to submit my expert report was -- my team was unable to essentially do what we wanted to do.

Q. Well, the date on this invoice is 6/01/2021 and your report was due in January 2022; correct?

A. That's correct.

Q. Okay. But you're saying that you didn't have enough time to run the experiment?

A. No.

Q. Okay. Are there any preliminary

results from that work that Emery has?

MS. BOGDAN: Objection to the form.

A. So as I mentioned before, we -- there was -- there was planning of that.

It took a few months to get that planned out, and I have five or six Ph.D. chemists working for me and there were scheduling issues.

By the time we were able to synthesize the molecule, we just didn't have enough time to complete it.

Q. Has any of that work been recorded in lab notebooks?

A. I believe there should be.

Q. Okay. Did these Ph.D. employees run any actual tests through the equipment in your labs?

A. I --

MS. BOGDAN: Objection to the form. Vague.

A. So what do you mean by running tests?

Q. Well, did they run any tests on

the isotopically labeled Zantac?

A. What kind of tests are you thinking about?

Q. Would there be an injection sequence for any testing done on isotopically labeled Zantac?

A. No.

Q. What experimental design were you planning to conduct relating to isotopically labeled Zantac that you were unable to complete?

MS. BOGDAN: Objection to the form.

A. We were primarily looking to complete -- complete similar work that GlaxoSmithKline -- a root cause analysis -- had done, in ways to determine the mechanistic degradation of Zantac and how it thermally degrades, and that was really one of the objective of the study.

And, you know, unfortunately we never had enough time to complete it.

Q. You mentioned seven Ph.D. employees. Can you tell me their names,

please?

A. So we have -- yes, I can.

It's basically, we have a number of employees who supported this project: Dr. Neel Bose, Dr. Ryan Cheu, Dr. Katie Guggenheim, you know, Ali Najafi.

A number of, you know, people have been involved.

Q. You were unable to determine a mechanistic pathway to how ranitidine degrades to NDMA; is that right?

MS. BOGDAN: Objection to form.

A. Could you repeat your question again, counsel?

Q. Yes. I believe you said you were unable to complete the work.

So my question is, I want you to confirm that you were unable to determine the mechanistic pathway for how ranitidine degrades into NDMA; is that correct?

MS. BOGDAN: Objection to the form.

A. So we were -- simply were not able to do any experiment to repeat the

work.

You have to look at it from the point of view that the GSK in early 2020 came -- published a root cause analysis and they proposed a thermal degradation of -- a biomolecular thermal degradation of ranitidine where they deployed basically isotopically labeled ranitidine with N15 on one end, on the dimethylamine end, and --

Q. Excuse me, Dr. Najafi --

MO MS. TOLEDO: Move to strike as nonresponsive.

Q. My question is whether Emery was able to --

MS. BOGDAN: Please allow the doctor to answer.

A. I'm getting to it if you'll allow me.

So the thermal degradation mechanism that GSK proposed, biomolecular thermal degradation, it makes sense.

We just wanted to confirm that.

Q. But you were unable to do so; correct?

MS. BOGDAN: Objection to form.

A. We were unable -- we were unable to perform this study to see whether we can confirm it or not.

Q. So the answer is, you were unable to do --

A. Perform --

Q. Do the experiment -- so you do not have an answer to the mechanistic pathway; correct?

MS. BOGDAN: Objection to the form.

A. So we do have, you know, good scientific reasoning for the degradation of Zantac, ranitidine, and we believe GSK's hypothesis and proposal in how the molecule actually degrades is correct.

We're agreeing with the defendant on the -- on the thermal degradation. But we simply wanted to confirm that and make sure that, indeed, that's happening.

Q. Okay.

A. And we were unable to do that

experiment.

Q. Okay. So you said that you agree with the root cause analysis that GSK scientists performed?

MS. BOGDAN: Objection to the form.

A. I didn't say that.

MS. BOGDAN: Mischaracterizes his testimony.

A. I didn't say that.

Q. I believe you testified "we believe GSK's hypothesis and proposal is correct."

Is that not your testimony?

A. No, I think --

MS. BOGDAN: Objection to the form. That is not what he said.

A. You mischaracterized what I said.

Q. I'm reading from the temporary transcript; okay?

MS. BOGDAN: With all due respect, it says "we believe GSK's hypothesis and proposal in how the

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

molecule actually degrades."

That's what the testimony was.

MS. TOLEDO: Okay. Well, the testimony will speak for itself.

If we could pull back up the invoices and go to page 48, please.

BY MS. TOLEDO:

Q. Do you see that on the screen, Dr. Najafi?

A. Yes, I do.

Q. Okay. And there's an entry there with an activity description that states: "Conference call with Rosemarie Bogdan and Emery Pharma team."

Do you see that?

A. That's correct.

Q. Okay. And you've already given us the names of some of the individuals on the Emery Pharma team.

Would the people you identified previously be the same as have been involved in these communications?

A. I -- possibly. I cannot put my finger on that date and say who was

participating, but possibly.

Q. And the individuals -- I'm sorry, were you done?

A. We have -- you know, we have a lot of team members who have been involved, and I cannot tell you at what point who was involved and who was not.

Q. Okay. Now, of those individuals, do you rely on the work that they have performed in reaching your opinions as expressed in your reports in this case?

MS. BOGDAN: Objection to form.

A. Yes, I do.

Q. Okay. And with respect to the laboratory notebooks prepared by Emery Pharma team relating to ranitidine, did you review those notebooks when formulating your opinions contained in your reports?

A. I reviewed many different, you know, documents, including some of our team's notebooks.

Q. Did you also review some of the chromatograms, some or all of the

chromatograms relating to ranitidine?

A. I also have reviewed some and all -- some of all chromatograms.

MS. BOGDAN: Objection to the form.

Q. What do you mean "some and all"?

Did you review all the chromatograms or some of them?

A. No, I did not review all of them. I reviewed some of them.

Q. Okay. Thank you.

MS. TOLEDO: Let's take that down and please mark as an exhibit Tab 64. And also Tab 69 as the next exhibit after that.

(Exhibit 2 marked for identification, multi-page document, Second Amended Deposition Notice to Dr. Ramin Najafi.)

(Exhibit 3 multi-page document marked for identification, multi-page document, Plaintiff's Responses and Objections to Defendants' Deposition Notice of Dr.

Ramin Najafi.)

BY MS. TOLEDO:

Q. And, Dr. Najafi, after you refresh your Box folder, let me know.

A. I'm not sure --

Q. When you have these documents.

A. Is it in the "Marked Exhibit" folder?

Q. It should be if you refresh.

A. Okay, I did. And this is tab, what number?

Q. It should be marked as Exhibit 2.

A. Okay. I see that.

Q. And this is the second amended notice of your deposition, and I just have one question about that.

I wanted to ask you if you have seen this document before.

A. Okay.

Yes, I have.

Q. Okay. And the next exhibit, Exhibit 3, is plaintiffs' objections, and I have the same question: Have you seen this

document before.

A. Hang on one second. This is -- this is...

I'm looking at that first document, counsel. I'm looking at Tab 64.

So this is second amended notice to take video deposition. Okay. And this is -- May 26th, okay.

Q. I thought you had already answered that you had seen it?

A. I mean, I've seen so many of these documents. I thought it was one of the subpoenas for various requests for files, but it doesn't look like it. Exhibit A, definition --

(Reporter clarification.)

A. I'm reading through the document, if you'll kindly be patient.

So this is the date, Exhibit A on Tab 64, Exhibit A...

Q. It's okay. It's not important, Dr. Najafi.

MS. TOLEDO: We can take both of those down and keep going.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

A. I may not have seen them, to be honest with you.

Q. Okay. That's fine.

A. Yeah.

Q. Now, moving on, Dr. Najafi, you have produced three reports in this litigation; correct?

A. That's correct.

Q. Okay. And on January 24, 2022, you served your initial expert report; correct?

A. Yes. Correct.

Q. Okay.

MS. TOLEDO: So let's introduce that.

If you could mark as the next exhibit Tab 3, please.

And you can go ahead and mark Tab 4 and Tab 5 as the next exhibits.

If you could just give us the numbers when you're done, David.

THE CONCIERGE: Sure.

THE WITNESS: Am I looking at Exhibit 3 now?

THE CONCIERGE: No, sir.

Exhibit 4 is coming up, is being introduced.

It's a little bigger. It's almost done. It's up.

THE WITNESS: Okay.

BY MS. TOLEDO:

Q. And I believe you have a hard copy of that as well; correct?

A. Is that the UPS package that you guys sent?

Q. It should be, but it's your initial report which you said you also had.

A. Yes, I do. Okay.

Q. Okay.

MS. TOLEDO: David, when you have a moment, if you could show Exhibit 4, the front page.

BY MS. TOLEDO:

Q. And I just want to make sure that this is your signature at the bottom of the first page; is that right?

A. That's my signature.

MS. TOLEDO: Wait, that's

rebuttal expert report.

What exhibit number was this?

THE CONCIERGE: You asked for Number 4.

MS. TOLEDO: Isn't Exhibit 4 the initial report? Oh, Tab 3, Exhibit 4, if I'm not mistaken.

THE CONCIERGE: There you go.

BY MS. TOLEDO:

Q. Okay. Dr. Najafi, I just want to make sure that we're marking the correct exhibit.

Just to confirm, Mr. Johnson, is this Exhibit 4?

THE CONCIERGE: Yes, this is.

MS. TOLEDO: Okay. Thank you.

(Exhibit 4 marked for identification, multi-page document, Rule 26 Expert Report of Dr. Ramin Najafi dated 1/24/22.)

BY MS. TOLEDO:

Q. And, Dr. Najafi, this is your initial report, correct, that you submitted on January 24th?

A. That's correct.
Q. And that's your signature on that first page; correct?
A. Yes, it is.
Q. Okay.
MS. TOLEDO: If we could bring up the first rebuttal report, which was Tab 4, I believe has been marked as Exhibit 5.
(Exhibit 5 marked for identification, multi-page document, Rebuttal Expert Report of Dr. Ramin Najafi dated 3/28/22.)
BY MS. TOLEDO:
Q. Do you see that on the screen?
A. March 28th... I see the front page only.
Q. Okay. And is that your signature on that document?
A. That's my --
Q. On the --
A. That's my signature.
Q. Okay.
MS. TOLEDO: And if we could

just bring up the next exhibit, the second rebuttal report. I believe it's numbered Exhibit 6 dated April 12th.

(Exhibit 6 marked for identification, multi-page document, Rebuttal Expert Report of Dr. Ramin Najafi dated 4/12/22.)

BY MS. TOLEDO:

Q. Is that the first page of your second rebuttal report?

A. That's the first page of second rebuttal, I believe, yeah.

Q. And that is your signature at the bottom of the page; correct?

A. Yes, it is.

Q. Okay.

MS. TOLEDO: You can take that down.

BY MS. TOLEDO:

Q. Now, I think you referenced earlier that you've seen subpoenas and other similar legal documents; right?

A. Correct.

Q. Okay. So you and Emery have produced documents that have been requested by the defendants in this litigation; correct?

MS. BOGDAN: Objection to form.

A. Could you repeat again? By who?

Q. I'm asking whether -- I'm asking you to confirm whether you and Emery Pharma have produced documents that have been requested by the defendants in the Zantac litigation.

MS. BOGDAN: Objection to form.

A. Yes. We have -- yes, we have produced the -- all the documents that we had -- that they had requested.

Q. Okay. And, in fact, in your first rebuttal report you state that you have produced all the documents and data relating to Emery's testing of ranitidine; right?

A. To the best of our ability, we produced everything we had.

Q. Okay. And you produced all of the relevant lab notebooks; right?

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

A. Yes.

Q. What is an SOP?

A. SOP. SOP, our definition is standard operating procedure.

Q. Okay. Did Emery Pharma produce all SOPs that relate to the ranitidine testing that Emery performed?

MS. BOGDAN: Objection to the form.

A. So, you know, it really depends.

You know, certain type of work we may not have an SOP.

For the most part, if the work is being done under GMP/GLP, we have very defined rules and we have defined SOPs where we follow.

Typically SOPs are provided from United States Pharmacopeia for a drug or it's provided by a client. In this case, we may not have any SOPs.

Q. Okay. And, in fact, you have stated in one or more of your reports that the work that you have done and that Emery has done in connection with the testing of

ranitidine does not fall under cGMP and GLP guidelines; correct?

A. Yes.

Q. Okay. And that is still your position today?

A. Yes.

Q. Okay. If an SOP governed any aspect of your ranitidine testing, has it been produced, that SOP?

MS. BOGDAN: Objection.

Objection to the form. He's testified that the work that was done by Emery Pharma --

A. The work that we have done for the plaintiffs were not done under GLP and GMP. As a result, there were no SOPs provided to us by the -- by anybody or by the government or by ourselves.

Q. Did Emery produce all the protocols that relate to the ranitidine testing that Emery performed?

MS. BOGDAN: Objection to the form.

A. We provided, you know, all the

protocols in our possession that we had for the work we've done.

Q. Okay. Now, you also produced two hard drives with data; correct?

A. Yes, we have.

Q. And were you involved in pulling together the data that was included in these hard drives?

MS. BOGDAN: Objection to form.

A. Personally?

Q. Yes, that's my question.

A. Are you asking me -- are you asking me if I was involved with it personally?

Q. Yes, that's my question.

A. No. I oversee, you know, activities that happens in our lab.

I'm in and out of the lab. I see what goes on and it was being handled by our team.

Q. Okay. So, but the hard drives were created at your direction?

A. The hard drives were created at my direction.

Q. Did you personally verify that all the test data relating to ranitidine were included in the hard drives?

A. Again, I was not personally involved, but I was told by my team that everything that we had done was included in the hard drive.

Q. Okay. Now, who was involved in copying the data onto the first hard drive?

A. A number of my team members.

It could have been Dr. Bose, it could have been Dr. Ryan Cheu, you know.

Q. Okay. And you're aware that defendants notified your counsel that not all the files had been included in the first hard drive.

MS. BOGDAN: Objection to the form of the question, and any questions that go to Rule 26, protections of the communications between the parties' attorney and the expert witness, I will direct him not to answer.

A. So --

Q. Were you told to prepare a second hard drive?

MS. BOGDAN: Objection to the form. Privilege.

BY MS. TOLEDO:

Q. Are you refusing to answer on the advice of counsel?

A. What is -- what is your question?

MS. BOGDAN: Did you prepare a second hard drive? Is that the question?

MS. TOLEDO: Yes.

BY MS. TOLEDO:

Q. Were you asked to prepare a second hard drive?

MS. BOGDAN: Object to the form of the question.

Ron, you need to please slow down with your responses. It doesn't give me the opportunity to state an objection, and Linda is trying very hard to make sure she gets down the testimony accurately, so we just need

you to slow down a little bit.

THE WITNESS: Okay.

Should I answer that question?

MS. BOGDAN: Well, the question was were you told, and that's the basis of my objection with regard to it being privileged information.

Do you want to ask a question about whether he produced a second hard drive, that's --

A. We -- we produced -- we've been very forthcoming to give, you know, anything we could to the defendants' counsel. We made many attempts at printing the data.

Unfortunately, every computer is different, as you can imagine, your computer versus your colleague's computer, and our computer kept crashing and it was really an IT issue.

We have many different programs on this computer. We tried and tried and this is -- we're talking about 1-1/2 terabyte of data, and we appreciate the

fact that Dr. Benotti was able to open them and see them and view it in their -- in his own dashboard and all of that.

And -- but we weren't -- we are able to open them and view them, but we weren't able to open them and print them and we encountered crashing, so I want to kind of set the record straight.

And then as a result we made an attempt, we got a hard drive, we put all the 1-1/2 terabyte of data, we shipped it to the -- to the defense and they told us that they couldn't open it.

Then some files were missing. So we went back and said, okay, let's add, you know, basically the files were -- they were there even. They're called BIN files.

They were there. For some reason, you know, maybe there were some extensions or something missing, but everything we gave, and probably we even gave some of our development work.

And I think Dr. Benotti was able to finally open it and -- and we're

grateful for that.

Q. So let's break that down a little bit.

A. Long answer to your question, sorry.

Q. Did you personally verify that the BIN files had been included in the first hard drive?

MS. BOGDAN: Objection to form.

A. So I personally did not verify.

I was told that everything was included and, you know, I believe they told me that even the BIN files were included, but it is a complicated program and complicated, you know, system.

So ultimately, they were able to get it -- make it happen, make it work.

Q. Okay. So there was a second hard drive prepared; correct?

A. Right, exactly.

Q. Okay. And you, I guess -- you have reviewed the declaration of Dr. Benotti; correct?

A. Yes, I have.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

Q. And you did see that some of the batch folders still are missing batch BIN files, according to his declaration.

Did you see that?

MS. BOGDAN: Objection to the form.

A. I -- no, I didn't.

Q. Okay.

A. My impression was that Dr. Benotti was able to print. He printed over 8,000 pages.

In fact, just to set the record straight, the view that he has on his computer may have been different.

So, for example, there were some runs that I looked at. Of course, I wasn't able to look at all the 8,000 pages, as you can imagine, we just got it over the weekend.

And I looked at a few of those files. I sat down with my team, asked them questions.

There were some missing internal standards where Dr. Benotti show on his

printed pages, whereas we have them on our computer, computer screen.

And there's a screenshot of those, and, you know, we're happy to share them with you -- with Dr. Benotti.

Q. Are you aware that the MassHunter software has templates that you can use to generate reports from testing performed with the Agilent equipment?

A. I'm aware of the MassHunter software having those, you know, basically various functions.

As I mentioned to you, we were not -- were able to view them on our computers, but were not able to print them.

This is -- I'm restating the same thing that I said earlier.

We're talking about 1-1/2 terabyte of data and for -- what's really an IT issue for us. It might be an upgrade on our computer system. It may be that our computer is entirely, you know, just has a lot of data on it, you know, so...

Q. What type of computer did you

use to try to generate those reports?

A. As I sit here in front of you, I cannot tell you what brand of computer we're having. It's -- it's definitely a PC. It may be a Dell, it may be -- I don't know. We have many computers.

Q. Just to confirm, to the best of your knowledge, the second hard drive that was supplied to the defendants contained all of the test data from Emery's testing of ranitidine; is that right?

MS. BOGDAN: Objection to the form of the question.

A. We -- we gave 1-1/2 terabyte of data. We gave -- I believe we gave everything there was to be given to the defendants, and including many of -- and Dr. Benotti will attest to that, including some of our development work that probably shouldn't have been given to the counsel, but we shared everything in the spirit of transparency.

And I went one step further and invited, you know, the defense expert to

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I
come to our lab and spend a day in front of our computer and be able to actually walk through all of our files, and if they had any questions, our team would be able to answer them.
So we are -- we even suggested that -- I don't know if you got the word, but...
MS. BOGDAN: Objection.
Q. Well, I'll represent to you that I have not heard of this invitation, but thank you.
A. Right.
Q. So in your rebuttal report, you say that to the best of your knowledge there can be a no more complete set of information than this.
Do you still stand by that statement?
A. Absolutely.
Q. Okay. Do you understand that with the MassHunter software you can export specific injection sequences and not the entire 1.5 terabyte set of data?

MS. BOGDAN: Objection to the form.

A. Counsel, I do not sit in front of the computers and push buttons, and I'm, unfortunately, not very good with IT, as you can -- you probably became well aware of it at the beginning of this deposition.

So I rely on my team. I believe they know -- they know the software really well and they are -- I think that they try -- we spent many, many, many hours trying to solve this problem.

They even got on the phone multiple time with Agilent technical people, and -- many hours.

We have -- you know, I can get an affidavit from one of my analysts to that, and basically we couldn't do it, so...It's not for lack of trying.

Q. Who was the person ultimately responsible for verifying that the second hard drive contained all of the Emery test data relating to ranitidine?

MS. BOGDAN: Objection to form.

A. So it's really, the answer, as I mentioned before to you, I think you asked that question and I responded.

It's Dr. Cheu and Dr. Bose, both have been involved, myself, overseeing things. That's really, yeah.

Q. Okay.

MS. TOLEDO: Let's take a five-minute break, if that works for you.

THE WITNESS: Yes.

THE VIDEOGRAPHER: Going off the record.

The time is 10:40 a.m.

This is the end of Media Unit 1.

(A recess was taken.)

THE VIDEOGRAPHER: We are back on the record.

The time is 10:56 a.m. Pacific Time.

This is the beginning of Media Unit 2.

BY MS. TOLEDO:

Q. Are you ready to go forward, Dr.

Najafi?

A. Yes, I am.

Q. Thank you.

MS. TOLEDO: If we could mark as an exhibit Tab 62, please.

THE WITNESS: Tab 62, I don't see it. Oh, here, I see it.

MS. TOLEDO: And what's the exhibit number on that, please?

THE CONCIERGE: It's Exhibit Number 7.

MS. TOLEDO: Okay.

(Exhibit 7 marked for identification, multi-page document, screenshots of contents of second hard drive from Emery Pharma.)

BY MS. TOLEDO:

Q. Can you see the document? Has it uploaded?

A. Yes, I see.

Q. Okay. And I'll represent to you, Dr. Najafi, that these are screenshots for the contents of the second hard drive --

A. Right.

Q. -- that defendants received from Emery; okay?

A. Right.

Q. Okay?

A. Okay.

Q. Does this folder structure look familiar to you?

A. Yes, it -- it does.

Q. Okay. And the folders generally appear to be named by date; is that right?

A. Yes.

Q. So, for example, the seventh folder down that is named "191018" will contain the batch folders for testing performed on October 18, 2019; is that right?

A. Yes.

Q. Okay. So that --

MS. BOGDAN: Objection.

MS. TOLEDO: I'm sorry?

MS. BOGDAN: I'm sorry, go ahead.

BY MS. TOLEDO:

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

Q. That's generally the naming convention that Emery uses for its batch folders?

A. Let me just quickly review here.

I want to make sure I give you the correct -- so it starts with 2019...

Q. And there are some exceptions, but it appears that generally Emery followed a date naming convention on most of the folders; correct?

A. It appears that way.

I just want to -- I just want to confirm by looking at some of the file names, make sure that the time jibes with what I recall, if you don't mind.

Q. No, please -- please go through because I'm --

A. SGF --

Q. -- I'm ultimately going to ask you something about the contents of this document.

A. SGF food, 2021, April, okay. And baseline testing, October 2021, NAP testing -- Pantheon baseline, 2021.

So, yeah, I mean, it looks like we might have given you a lot of work that really shouldn't have been given to the counsel, but, you know, including our work relating to Citizen Petition, which is really outside of the MDL.

You know, so it's really, it's a sign of our -- the fact that we really wanted to be forthcoming, so essentially we downloaded everything that was on our files --

Q. Okay. So I think you said in your rebuttal report that this was the entire trove of raw LC-MS/MS data files --

A. I believe so.

Q. Okay.

MS. TOLEDO: If we could please mark as the next exhibit Tab 71.

THE WITNESS: Okay.

MS. TOLEDO: So that will be Exhibit 8, I believe.

THE CONCIERGE: That's correct.

(Exhibit 8 marked for identification, one-page document, information re size of the files in

second hard drive from Emery Pharma.)

THE WITNESS: Exhibit 8. I don't see it.

THE CONCIERGE: Please refresh.

THE WITNESS: Okay, I'm --

BY MS. TOLEDO:

Q. Do you see that?

A. I see one, yes.

Q. And I'll represent to you that this is the information about the size of the files in the second hard drive that was provided to defendants. Okay?

A. Uh-huh.

Q. And if you'll see in the middle of the image, it says "Used Space" and it has 73.3 gigabytes.

Do you see that?

A. Yes, I see that.

Q. Okay. And that is much less than the 1.5 terabytes that you say Emery has in ranitidine-related data, is it not?

MS. BOGDAN: Objection to the form of the question.

A. You're -- you're showing me

something, I don't even know if this is -- belongs to the hard drive that we gave to the defendants.

Q. Okay. Well --

A. I was told -- I was told by my team that we have 1-1/2 terabyte of data.

Q. I appreciate that.

A. And obviously this is not 1-1/2 terabyte of data. This could be from any computer, you know, my laptop has a similar view as well.

Q. Okay. I appreciate that, but I'll represent to you that this is from the hard drive that defendants received.

MS. BOGDAN: Objection.

BY MS. TOLEDO:

Q. If that is the case -- and I'll ask you to assume that that is the case -- this is much less -- much less data than what you say Emery has; isn't that true?

MS. BOGDAN: Objection to the form of the question.

A. I do not agree with what we have -- what I believe we have shared with the

defendant is -- was a much larger file.

MS. BOGDAN: Objection to the form of the question.

BY MS. TOLEDO:

Q. Who told you -- who told you that you have 1.5 terabytes of data related to ranitidine?

A. My team.

Q. And that's Dr. Bose and Dr. Cheu?

A. Exactly.

Q. Okay.

MS. TOLEDO: You can take that down.

BY MS. TOLEDO:

Q. And, again, as far as you know, the hard drive that was provided contains all of the batch folders for the Emery test data relating to ranitidine; is that right?

A. Please repeat your question.

Q. That as far as you know, the hard drive that was provided to defendant contains all of the batch folders for the Emery test data relating to ranitidine.

A. I believe so.

Q. Okay. If the data does not appear on the second hard drive, is it safe to assume that it doesn't exist?

MS. BOGDAN: Objection to the form of the question.

A. What is safe to assume?

Q. Is it your understanding that there's no additional data?

A. It's my understanding that there are no additional data, yes.

Q. Okay. Dr. Najafi, do your three reports, including the various appendices, contain all the opinions that you intend to offer in this litigation?

A. Yes. And I may have opinions, you know, later, so I reserve the right to have, you know, follow-on opinions.

Q. Are you currently preparing any rebuttal reports?

MS. BOGDAN: Objection to the form. Just note that this is the general causation phase of the case and there may be supplemental reports

served with regard to the liability phase of the case.

I would just note my objection to the form of the question.

MS. TOLEDO: Fair enough.

BY MS. TOLEDO:

Q. Are you currently preparing a rebuttal report as to general causation?

A. Currently, I'm not working on any rebuttal report, but, you know, I may in the future.

MS. BOGDAN: Objection to the form and to the extent that it's getting into expert privilege, I would direct the client not to answer -- the witness not to answer.

BY MS. TOLEDO:

Q. Do you intend to prepare a rebuttal report to any supplemental reports that have been served by Dr. Bumpus, Dr. Olsen or Dr. Lindsley?

DIR MS. BOGDAN: Objection to the form and I would direct the witness not to answer if the answer goes to

protected attorney-expert communications.

THE WITNESS: Okay.

BY MS. TOLEDO:

Q. Are you refusing to answer on the advice of counsel?

A. Yes, I am.

Q. Now, to the extent that you rely on Emery's test data, are all of your opinions and conclusions relating to that testing reflected in your reports?

MS. BOGDAN: Objection to the form of the question.

A. Please repeat your question, counsel.

Q. Okay. My understanding is that your opinions and conclusions rely on the test data for testing on ranitidine that Emery performed; is that correct?

A. My conclusions not only rely on Emery's test data, it relies on the literature, FDA's finding, GlaxoSmithKline's root cause analysis, lots of -- lots of publications that I've

reviewed.

Q. Okay. To the extent you're relying on the Emery test data, is all of the test data that you're relying on reflected and included in your appendices?

MS. BOGDAN: Objection to the form of the question.

There have been multiple productions, including spreadsheets and all sorts of productions that accompanied Emery Pharma's report.

BY MS. TOLEDO:

Q. You can answer.

A. I'm relying on my expert reports and the rebuttal to all the -- all of our -- different rebuttals I've given, and I'm relying on primarily, my main expert report is really what is my opinion.

Q. My question is, to the extent that you're relying on test data, is all of the data that you're relying on included in Appendix B to your report?

MS. BOGDAN: Objection to the form. There were multiple other

testing results provided by spreadsheets in test result additional documentation that was provided --

MS. TOLEDO: Counsel, I would ask that you stop testifying for the expert and let him answer the question.

A. So we have provided a lot of data. You know, we've looked at thousands of pills. We've generated -- we've done huge number of studies that you -- it's all been stated in our -- in my expert report and, you know, I'm relying on everything that's been reported thus far.

And I further reserve the right to have additional opinion as time goes.

Q. Are you still conducting testing on ranitidine?

MS. BOGDAN: Objection to the form of the question.

MS. TOLEDO: What is the basis of the objection?

MS. BOGDAN: Is he still conducting --

MS. TOLEDO: Testing on ranitidine.

MS. BOGDAN: With regard to work being done in this case?

MS. TOLEDO: If it's on ranitidine, yes.

MS. BOGDAN: The work done in this case? That was my objection.

A. Right, so --

MS. BOGDAN: And open in scope.

A. Right. Right. So, I mean, we're -- we have, you know -- we have hundreds of --

MS. BOGDAN: Dr. Najafi, just hold on for a second, please.

To the extent that the question is calling for anything that goes into expert privilege or communications with lawyers, again, I would assert that privilege applies.

MS. TOLEDO: Counsel, if the fact of whether or not Emery Pharma is conducting additional testing is a fact, it's not a communication, and

that's my question.

Is he conducting additional testing on ranitidine. That's pretty straightforward and --

MS. BOGDAN: I'm sorry, I didn't mean to cut you off.

Just, my objection was based on the nature of how he may answer with regard to it being an attorney-expert privileged communication. That was my objection.

But by all means, Dr. Najafi, you may answer the question.

A. Currently, at the present time, we're not engaged in any testing.

We have not been asked to do any further testing --

MS. BOGDAN: Dr. Najafi, again, I said any communication with attorneys is privileged communications --

THE WITNESS: Right. It's privileged, yes.

MS. BOGDAN: -- that is why I

have noted my objections.

THE WITNESS: Right.

So should I answer the question or should I not?

MS. BOGDAN: I believe you did because you said, "Currently, at the present time, we're not engaged in any testing."

A. We're not engaged in any testing, but, you know, if asked -- yeah.

Q. If Emery conducted any testing that was not included in your report, is it true that you're not relying on that testing in reaching your opinions?

A. Would you repeat the question? I didn't hear the first part of it.

Q. If Emery conducted any testing that was not included in your report, is it true that you're not relying on that testing in reaching your opinions?

MS. BOGDAN: Objection.

A. So, counsel, we've done a lot of testing prior to being engaged by the MDL plaintiff and we're -- we have -- we have

obviously some of that, we've presented it in the Citizen Petition.

But for the most part, we're currently not doing any testing.

What I am relying on is -- is really -- has been stated in my final report, and that's really my opinion.

And I think you've asked that question several times.

MS. BOGDAN: I'd like to go off the record and take a quick five-minute break, please.

MS. TOLEDO: All right.

THE VIDEOGRAPHER: Going off the record.

The time is 11:15 a.m.

(A recess was taken.)

THE VIDEOGRAPHER: We are back on the record.

The time is 11:27 a.m.

BY MS. TOLEDO:

Q. Dr. Najafi, I believe that Dr. Cheu is also participating, listening in on the deposition; is that right?

A. I don't know.

MS. BOGDAN: I do not believe he is any longer.

MS. TOLEDO: Okay.

BY MS. TOLEDO:

Q. Is there somebody in the room with you?

A. No.

Q. Okay. I just noticed you looking up every so often and it looks like you --

A. No, no, no. Well, I have people going and coming. I am in a conference room here. Every time somebody walks, it's a little bit distracting.

Q. Understood. Thank you for showing me that. I appreciate it.

A. No problem.

Q. Okay. So I want to talk a bit again about the Appendix B to your report, okay? And I believe that you provided a shorter version of Appendix B with your original report.

Do you recall that?

A. Appendix B...
Can you show me the -- what documents you're talking about?
Q. Do you have your report there in front of you?
A. I do.
Q. Does it have the appendices?
A. Okay, let me get the report here for a sec.
MS. TOLEDO: I think Dr. Najafi is frozen.
THE VIDEOGRAPHER: I suggest we go off the record.
Going off the record.
The time is 11:29 a.m.
(Technical difficulty)
THE VIDEOGRAPHER: We are back on the record.
The time is 11:36 a.m.
BY MS. TOLEDO:
Q. Dr. Najafi, we took a break because you dropped off, your computer froze; is that right?
A. Yes.

Q. Is everything worked out now?

A. Everything is - everything is back up. Thank you.

Q. Okay. Very good.

So we were going to start talking about Appendix B to your initial report.

A. Right.

Q. And you got up to grab ahold of the report and that's when everything froze --

A. Exactly, so --

Q. Have you had a chance to look at Appendix B to your original report?

A. So, no, I haven't had a chance to look at it, as I was working on my computer, so let me actually bring that up.

Okay.

Q. Okay. So do you see that? Do you have that in front of you?

A. I see the Appendix B in front of me.

Q. Okay. And it is -- Appendix B is attached to your initial report, which is Exhibit 4, okay, and it's now on the

screen.

A. It's --

Q. If you could go to the first page. There.

A. Exhibit 4.

Q. But it's the same as the appendix in your report. It should be. Okay?

A. Okay.

Q. Do you recognize that as Exhibit B to your original report?

A. Let me verify I'm looking at the right report and I'm looking at the Exhibit B.

Q. Yes.

A. This is basically...

Q. Have you had a chance to look at Exhibit B? I believe it's a six-page PDF printout of a spreadsheet; correct?

A. I am confirming that this is, indeed, my report.

Q. And Appendix B that was served with the initial report included only the results of Emery's baseline testing; is

that correct?

A. I -- allow me, please, the courtesy of confirming that this is indeed my report, and then I can tell you -- I'll answer your question.

Q. Okay. And it's on the screen and in the box and actually we sent it also in hard copy; right?

A. I am -- yes, I am looking only at this. I can only look at one place, so let me -- I'm looking at the exhibit that's been submitted by the court reporter, not your hard copy.

Q. And I'm not asking about the entirety of your initial report.

I'm just asking about the six-page Appendix B.

A. Exactly.

Q. Have you had a chance to review Appendix B attached to your original report, Dr. Najafi?

A. I'm getting there. I want to make sure that the exhibit that you're presenting to me is exactly what I've

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I
submitted, and now I'm at the Exhibit B.
So these are different batches, lot numbers, GSK.
I don't see the full view of this. Is there a trick to -- okay, it's a full screen -- okay. How do I go to -- okay.
Q. If it's easier, sir, you can look at the hard copy that we sent you.
A. Right. Okay.
Q. I'll represent to you that they are exactly the same.
A. Okay. I'm -- I can answer question.
Q. Okay. And my question was whether this Appendix B that was attached to your initial report included only the results of Emery's baseline testing; is that correct?
It says that at the top.
A. Okay. I -- what is your question specifically?
Q. That the only results that are included in this table that was attached to

your initial report are the results of Emery's baseline testing.

A. These are the -- the results of Emery's baseline testing of the batches that we tested, as that's shown, but we've done a lot more testing of Zantac, ranitidine than just this.

Q. Understood. That was not my question.

My question was just, is this six-page Appendix B that was originally served --

A. I --

Q. Does it only include the baseline testing?

A. They are baseline tested of the batches and lots we tested from different manufacturers, from GSK, BI, Sanofi, Pantheon, yeah.

Q. Okay. Now, if we take that down and look at the Appendix B that was attached to your March 28th supplemental report, which was Exhibit 5.

A. Exhibit 5. And this is -- this

is the rebuttal --

Q. If you look at the screen you will see it also on the screen.

A. Uh-huh. Right.

MS. TOLEDO: Keep going, David. There. Go back.

BY MS. TOLEDO:

Q. So you provided a revised version of Exhibit B in your supplemental report; correct?

A. Okay. Yes.

MS. BOGDAN: Objection to form.

BY MS. TOLEDO:

Q. And you included there the results of the shade/sun/shower testing and the zone testing; correct?

A. I have to look at the actual --

MS. TOLEDO: David, if you could scroll down to page 44 of the PDF.

BY MS. TOLEDO:

Q. If you look at the screen, the concierge has it on the page.

A. Right.

Q. So you added the additional test

results; correct?

MS. BOGDAN: Objection to the form of the question.

Test results are in the "Narrative" section of the original report. And also by counsel, in February all of these documents were provided to counsel but they were --

MS. TOLEDO: Counsel, no question is pending to you, so if you could please let the witness answer the questions.

A. We've done a lot of testing and we've submitted everything we've done to you through our various reports.

Q. Okay. So the results included in Appendix B, like we said before, include baseline testing, and this version attached to your rebuttal report also includes the shade/sun/shower testing; correct?

A. Okay, that's what it says.

Q. And also the zone testing; correct?

A. Let me -- let me confirm.

MS. BOGDAN: What page?

MS. TOLEDO: Page 50.

A. Page 5-0.

Okay.

Q. Okay. Now, are you relying on the test results that are included in your report and in this appendix in reaching your opinions?

A. I'm relying on my -- all my reports that I've submitted for -- in reaching my opinion.

Q. Are --

A. Including my appendix.

Q. Okay. Are all the results of all the testing that Emery did on ranitidine included in your report or in the appendices?

A. Exactly.

MS. BOGDAN: Objection to the form of the question.

It's overbroad.

BY MS. TOLEDO:

Q. Now, these are PDF printouts of spreadsheets; correct?

A. Which -- what are you talking about? Which --

Q. Appendix B. Appendix B.

A. Okay.

Q. Are these spreadsheets that are printed out in PDF format?

A. That's -- that's what it looks like it.

Q. Okay. Are there actual spreadsheets kept in Excel native format in Emery's records?

MS. BOGDAN: Objection to form.

A. It might be in Excel format. It might be in the, you know, MassHunter format, you know, I cannot put my finger on it.

Q. Okay. Are the data and results included in these charts imported from other files from Emery?

A. The data that you're looking at is, you know, derived from our instrument and imported into -- so they're not transcribed, they're directly imported into PDF from the source file.

Q. Okay. And a spreadsheet is generated with those import links; right?
If you didn't type them in, how were these spreadsheets generated?
A. The --
MS. BOGDAN: Objection to the form.
A. They were generated by a computer.
MS. BOGDAN: What spreadsheets?
BY MS. TOLEDO:
Q. Okay. So if we go back to the first page of Appendix B, which I believe was page -- there, okay?
And if we go to the first sample listed, okay, and it looks very small on the screen, but I'll represent to you that it says it's batch number 1406000061.
A. Right.
MS. TOLEDO: Can we blow that up so he can verify that, please.
A. No, I see that.
Q. Okay. And if you go to the right, you list a baseline NDMA level of

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

57.3 and another baseline NDMA level of 58.5.

Do you see that?

A. Right.

Q. Okay. Are those two results the results of two separate tests of the same sample?

A. Could we go back to the left side. It looks like two different pills to me, but let me just take a look.

MS. BOGDAN: Please note my objection to the previous question, Linda.

BY MS. TOLEDO:

Q. Two pills from the same batch; is that correct?

A. Right.

Q. Okay. And then you also provided an average of the two results; correct?

A. I don't see it on the screen, and maybe it's covered --

Q. To the right? To the right of the screen?

A. Yeah, okay, yeah.
That -- that looks like the average, yeah.
Q. Okay. And it looks like the baseline testing date is 11/11/2021.
Do you see that?
A. Yes, I do.
Q. Okay. Now, Emery has a chromatogram that is associated with each of these values; right?
A. Yes, absolutely.
Q. Okay.
MS. TOLEDO: So I am going to ask Dr. Benotti to pull up -- share his screen and pull up the hard drive data so we can look at that together.
THE WITNESS: Okay.
(Dr. Benotti screen share up).
BY MS. TOLEDO:
Q. Can you see the shared screen?
A. Uh-huh.
Q. Can you see the files, the file names?
A. It says 011822. Okay.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

Q. Okay. And if you go back to the Exhibit 7 that we marked a hard copy of, it's a screenshot and printout of this list of batch folders. Okay?

A. Okay.

Q. Okay? And I'll represent to you that this is the hard drive that we -- that defendants received from Emery; okay?

A. Okay.

MS. BOGDAN: Wait, Ron. Just please note my ongoing objection that I stated at the beginning of the deposition with regard to the inability of the doctor to verify this against what Emery Pharma has.

And any discrepancies that there may be, you know, we provided all this through counsel, and if there are discrepancies or data that counsel was not able to open or process, you know, I would assume that counsel would have addressed that with us ahead of time.

You're talking about a different system and we have no way to confirm

that this is complete and comprehensive, but with that said --

MS. TOLEDO: Okay. Well, we have already gone through a printout because your counsel, I'll represent to you, Dr. Najafi, that off the record counsel said why don't you just show him printouts, and we've done that, and it's identical to what is before you now.

Okay?

THE WITNESS: Okay.

BY MS. TOLEDO:

Q. Now, we're going to scroll through these folders and I'm going to ask you to please identify for me in which folder we can find the testing results for the sample that is first listed in Appendix B, which had a test date of 11/11/21.

A. Right.

Q. Okay? So if you need us to make it bigger or when you're ready to scroll, just let us know.

A. 11/11/21, you would have to go

to '21.

Q. Okay.

A. So it goes by dates, if that's the date.

Q. Okay.

A. And then you would be looking -- you're looking at 211111.

Q. Okay. And there's one -- one batch folder and one batch folder only with that date.

Do you see that?

A. Yes, I do.

Q. But this batch folder is called "211111_stability_simulation."

A. Right.

Q. Do you agree?

A. Yes, it does.

Q. Okay. But that appears to be the only folder named after that date; right?

A. Yes.

Q. Okay.

A. There is also 20 -- okay, 202111. Okay. There's 11. Yeah.

Q. So would the results from that baseline testing sample be found in this folder based on the date?

MS. BOGDAN: Object to the question.

A. Say it again?

Q. Based --

A. Would you repeat?

Q. Based on what we've discussed before, about how Emery generally named these folders, the results of any testing performed on 11/11/21 would be in a folder with that date; right?

MS. BOGDAN: Objection to the form.

That mischaracterizes the testimony.

A. I would -- you know, Ms. Toledo, I would really need to verify it at -- because we provided raw data to Dr. Benotti and he also has a different view of the data.

And so if he shows me the 8,000 page and points to it -- points to a page,

I cannot attest that that is the actual data.

We have a different view of the same data in our MassHunter than he does.

So if he sees something other than what we see, then obviously I would, you know, send him a ticket, buy him a ticket to come here and just look at a computer --

Q. Okay.

A. -- directly from here. Really, that's the bottom line.

Q. So if you aren't the right person to tell me which batch folder to find that sample in, who is the right person to give me that information?

MS. BOGDAN: Objection to form.

A. Either Dr. Ryan Cheu, Dr. Bose, you know, I'm happy to invite them in and ask them to -- essentially I could get them to do a screenshot of that folder and show that perhaps -- if you're -- if you're pointing to the fact that there's discrepancy, the discrepancy is due to

that, most likely.

Q. To what? I'm sorry, I didn't understand your answer.

A. Well, you haven't been listening to me.

Q. That's not true, sir. I'm sorry. I've been listening very carefully and --

A. What I've been --

Q. -- I just wanted to know --

A. What I've been -- well, if you allow me to talk, you know, he has a different dashboard of data collection than we do.

I -- we could tell because there were a lot of missing data points in the 8,000 pages that he sent to us than we do.

That's what I originally had suggested, that we have the expert, Olsen -- whoever wanted to come out here and spend a day just going through our computer. We'll be happy to host them.

But by me -- by us sending you some raw data and then you guys opening it

into your own system and potentially manipulating it and potentially, you know, essentially, you know, changing it, then obviously it won't work, but that's -- that's what I've been saying.

If you go back to the records, you'll see that I've said that three times, at least.

Q. Okay.

MO MS. TOLEDO: Well, motion to strike as nonresponsive.

BY MS. TOLEDO:

Q. And I will represent to you that there have been no changes made to these files that were sent, copied and sent by Emery Pharma to us.

Now, as to the invitation, we would gladly accept it and we can be there next week with Dr. Benotti and other folks and go through the data so that we can obtain an accurate set of data.

We will definitely take you up on your invitation and we will talk with counsel about getting that on schedule.

We appreciate that.

A. It would be my pleasure --

MO MS. BOGDAN: Stop.

Object to the discussion taking place during this deposition that should be directed through counsel.

And any such type of -- the fact that this is happening during a deposition, you know, I would move to strike the colloquy going on between defense counsel and plaintiffs' expert witness.

And at this point, given the nature of the exchange that just took place, I would like to take a break.

MS. TOLEDO: Well, I'm not finished with my line of questions.

We can take a break when I'm done with my line of questions.

MS. BOGDAN: No, there is no question pending, so we're going off the record and we're taking a break.

MS. TOLEDO: Well, I object to breaking now because I'm in the middle

of my questioning.

MS. BOGDAN: Well, I understand you're objecting, but I have every right to object, and also the defense did not raise any of this before the deposition with regard to --

MS. TOLEDO: It's an expert deposition. These are his files.

MS. BOGDAN: Please, let me finish.

If there are any issues with the data that was provided, the hard drive or the ability to view the process data, and so now you are showing folders and files to the witness.

You are making assumptions about naming conventions or where it would be.

You don't necessarily have all of the files up and displayed.

We have 8,000 pages of chromatograms that were produced with the raw data that are all done by date, that have the dates on them, and now you're looking at folders that

have one date on them.

And so it's just -- it's just disingenuous and --

MS. TOLEDO: Counsel, this is -- your representations are inaccurate.

We actually provided the declaration of Dr. Benotti where we indicated several problems in accessing data.

And you keep referring to 8,000 pages of reports, and actually that's less than half of the testing that was provided because we still have not been able to open many of the batch folders because there are still missing batch BIN files and because we still have issues with the data, all of which has been set out in correspondence between counsel and in the declaration of Dr. Benotti.

So, you know, it is simply not the case that we are sandbagging or bringing things out as a surprise.

These are his files and Dr.

Najafi should be able to testify about them. And if he's relying on these test results, he should be prepared under the rules to testify about them.

MS. BOGDAN: And Dr. Najafi can testify about them, but he has to know that they are the complete set of files and be able to see the files and to be able to see them in the format that was provided, and these are simply shells that you're showing him.

MS. TOLEDO: This is the format in which they were provided.

We are showing it live and we gave you a printout.

MS. BOGDAN: What would be inside of a file that he can't see.

MS. TOLEDO: Okay. Well, let's open this file so he can see it.

MS. BOGDAN: But that's not -- you'd have to open every file in order to see where the results would be from a test that was done on 11/11/2001.

That's -- and we have the

printed chromatograms for the testing that was done for this MDL.

The Emery Pharma, in the effort of openness, provided all raw data files from the Citizen Petition things that predate retention. You're mixing everything --

MS. TOLEDO: No, no, we're not.

We're asking about one specific sample that's the first one on his Appendix B.

We did not intend and do not need to go over every single one, but we wanted to be able to have him show us how we can trace back that result to the raw data and the batch files.

And if he can't do that, that's fine. But we're entitled to find out what his testimony is and what his opinions are based on.

But, you know, let's not discuss this anymore.

Let's go off the record because I'm not going to eat up my time

arguing about this.

THE VIDEOGRAPHER: Going off the record.

The time is 12:06 p.m.

This is the end of Media Unit 2.

(A recess was taken.)

THE VIDEOGRAPHER: We are back on the record.

The time is 12:19 p.m. Pacific Time.

This is the beginning of Media Unit 3.

MS. TOLEDO: I'm going to ask Dr. Benotti to again share his screen and we're going to show you now the batch folder list off of the MassHunter interface.

BY MS. TOLEDO:

Q. Does this look more familiar to you, Dr. Najafi?

A. Yes, it does.

Q. Okay. And, again, the question of, you know, looking down through the folders, if we were to try to identify that

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

first sample from Appendix B --

A. Right.

Q. -- would we also be -- would you first go by date? Would that be the first thing you would do if you were trying to trace back those results?

A. I would not rely on the folder dates. I would rely more on the chromatogram's dates and the batch number, you know, that may be on the chromatograms.

Not so much the folder because we all know folders can be called different things and different -- you know, you might call it a folder on the January 12th, but, you know, put things in there that belongs to January 14th, you know.

Q. Okay. Fair enough.

So how would you -- how would we find in the chromatogram dates and batch numbers?

A. You know, I -- I would, you know, I would -- I will repeat my answer again.

I would rely again on the dates

that's on the chromatogram. I think Dr. Benotti should be able to do that very easily. There were 8,000 pages we -- that he sent to us, and there's also the, you know, the lot number.

Q. Well, if you were in this interface, in MassHunter.

A. Right.

Q. And you were looking for that sample and that date, how would you find it?

MS. BOGDAN: Objection to the form.

A. If you have something you want to show me, if you have a chromatogram.

I'm not going to sit here and, you know, teach how MassHunter works and --

Q. Well, I'm asking -- sorry, I thought you were done.

A. If you have something, if you want to share with me a chromatogram that you want me to comment on, I'm happy to do that. Dr. Benotti can do that.

Q. Well, I would love share --

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

MS. BOGDAN: Objection to the form --

MS. TOLEDO: There's no question.

MS. BOGDAN: Dr. Najafi has started to answer before you were done asking the question, which doesn't allow me to put on my objection.

So I was trying not to interrupt the doctor, but you just need to slow down so that the objections can get on after the question is asked. Okay?

MS. TOLEDO: Everybody done? Okay.

BY MS. TOLEDO:

Q. My question is, Dr. Najafi, how do I find that chromatogram on MassHunter?

Is that a question that you can answer?

A. We've shared with you all the raw data and -- that you have, and we don't know how that data has been modified, viewed, possibly even -- possibly corrupted through software manipulations and whatnot,

and so I cannot tell you how to find it through your system.

Q. Okay.

A. Given the fact that some of the data that was missing in the 8,000 pages that we received.

REQ MS. TOLEDO: So given that answer, I will renew my request to counsel that we be allowed to take you up on your invitation, and after that I think we can take this down.

Hold on. Oh, I'm sorry.

Dr. Benotti, can you share your screen again? There was one other question that I needed to ask you.

BY MS. TOLEDO:

Q. Again, Dr. Najafi, I'll represent to you that this is the hard drive as we received it, as NewFields, our consultant, was able to open it on MassHunter.

But what I would like for Dr. Benotti to show us now is, from the hard drive itself, to look at the size of

the information included in the hard drive, given the objections to what -- to the objections to the PDF that was previously marked, I believe, as Exhibit 8.

And I just wanted to confirm with you, do you see that this is the properties of the -- the second hard drive as we received it?

MS. BOGDAN: Objection to the form of the question.

I would also like to state that Dr. Najafi has not been presented as an expert in MassHunter software.

The questions and the line of questioning is outside the scope of his expert report.

The entirety of the data has been provided to defense for all the testing that has been done. There is no more that could be done.

And there has been full disclosure of all of the testing that has been relied on for purposes of Dr. Najafi offering his opinions in this

case.

MS. TOLEDO: And I will again ask counsel to stop coaching and stop testifying.

And we can take that down.

Thank you, Dr. Benotti.

BY MS. TOLEDO:

Q. Dr. Najafi, do you rely on others, such as Dr. Bose and Dr. Cheu, to determine data traceability?

MS. BOGDAN: Objection to the form of the question.

A. What's your definition of "data traceability"?

Q. So for that sample that we were just trying to find on the MassHunter batch folders.

A. Right.

Q. And we were unable to find it by looking at the folders.

Do you rely on your staff to say that there is a chromatogram that goes -- that is the basis for the results reported in Appendix B?

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

MS. BOGDAN: Objection to the form of the question.

A. It's multiple questions.

Can you break it down?

Q. Do you know what data traceability is?

MS. BOGDAN: Objection to form.

A. That's -- I -- you know, I would appreciate if you would define that data traceability for me.

Q. You're an expert in analytical chemistry; correct?

A. Yes.

Q. Okay. Now, when you report a test result, isn't it important to be able to trace back to the raw data to make sure that the results being reported are valid and reliable?

MS. BOGDAN: Objection to the form of the question.

A. All of the data that we've generated is on our computer and all of that data has been shared with the defense counsel.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

There should be traceability from those data to the data we have reported in my expert report and there are ways to search it, you know, and I'm sure Dr. Benotti knows how to do it.

Q. Do you know how to do it?

MS. BOGDAN: Objection to the form.

A. So I don't go push the buttons on the instrument. I don't manipulate files. I rely on my team to handle it.

I know they do a -- they do a fantastic job and they've been very diligent in the -- everything we've done, and for a drug that's been on the market for 37 years, we're -- we've uncovered a lot.

Q. Okay.

MO MS. TOLEDO: Move to strike as nonresponsive.

BY MS. TOLEDO:

Q. So the answer to my original question, do you rely on others for data traceability of the results you reported,

is yes; isn't that correct?

MS. BOGDAN: Objection.

Objection to the form. You're mischaracterizing the testimony.

The doctor has already said that he looks at the chromatograms and that's what you have been not willing to --

MS. TOLEDO: Please, please, Ms. Bogdan. You have to stop testifying and coaching the witness.

BY MS. TOLEDO:

Q. So, again, just to confirm, do you rely on others for the traceability of the data you reported?

MS. BOGDAN: Objection to the form.

A. All the data we've generated and I've reported to you in my first expert report and second expert report can be traced back to a chromatogram.

Q. How? How do you know?

A. That's -- that's the -- we provided all the data to the -- to you, and

I'm sure Dr. Benotti went through -- there are dates on every chromatogram.

There are -- there should be some designation of lot numbers, various designation. They should be able to get that.

Q. Are you saying this is something that is searchable on MassHunter?

MS. BOGDAN: Object to the form of --

A. It should be search --

MS. BOGDAN: -- the question.

BY MS. TOLEDO:

Q. You can answer.

A. It is absolutely searchable on MassHunter. It's absolutely searchable through looking at the chromatograms, looking at the files, folders, and, you know, trace it back to that number -- to that baseline number.

Q. So you're saying if I ask Dr. Benotti -- because obviously I can't do it -- but if I ask Dr. Benotti to open MassHunter and just plug that number into a

search function of MassHunter, I should be able to find that chromatogram?

MS. BOGDAN: Objection to the form of the question.

A. We have provided you all the files and all the data, all the chromatograms, and the data that you represented in my Exhibit B is traceable back to a chromatogram that he has.

Now, how the data has been modified, manipulated through software, maybe a different software, I cannot -- I cannot know.

But all we know is that we've made every attempt to deliver all the data and we've made attempts to even videotape the -- you know, the data from our view of our computer and our data and share it with you, and, you know, we've done the best we can. We can't do anymore.

Q. I understand. I understand what you're saying.

And my question is, so if you were to try to find yourself the

chromatogram for that first sample on your spreadsheet, how would you do it?

A. I can get it done on our computer with the help of my analyst, we can easily find that within minutes.

Q. And is that by searching by the number, by the batch number?

MS. BOGDAN: Objection to form.

A. I don't know how he would do it, but we have the ability to quickly get that searched and found.

MS. TOLEDO: Let's mark as an exhibit Tab 60, please.

THE WITNESS: I lost the connection to Egnyte. Sorry.

THE CONCIERGE: Do you have a link, sir?

THE WITNESS: Hang on one second.

MS. TOLEDO: Let's go off the record.

THE WITNESS: No, I'm back on.

MS. TOLEDO: Okay.

THE WITNESS: Okay. Which

exhibit?
THE CONCIERGE: It's taking a second. It's a little big.
THE WITNESS: No problem.
MS. TOLEDO: And that will be Exhibit 9?
THE CONCIERGE: Yes, ma'am.
(Exhibit 9 marked for identification, multi-page document, Emery Pharma Lab Notebook No. 078-RC, Date Issued 7/23/21.)
THE CONCIERGE: It's up.
THE WITNESS: Exhibit 9.
Okay.
BY MS. TOLEDO:
Q. Okay. Were you able to open it, sir?
A. Yes, I do.
Q. Do you recognize this document as an Emery Pharma lab notebook?
A. Yes, I do.
Q. Okay. And I'll represent to you that we have looked through the five lab notebooks that Emery produced in this

litigation and that the only page that we were able to find with a date of 11/11/21 is in this notebook, okay?

So I'll ask for us to go to PDF page 43, please.

Are you able to see the date at the bottom?

MS. TOLEDO: We need to go to the bottom.

A. 11/11 -- yeah.

Q. Is there anything on this page that references Sample Number -- the Batch Number 14 06000061?

A. I have to look at the lot numbers.

Are you referring to that same lot number?

Q. I'm just asking based on the date, on the testing date.

But, yes, I was asking about that first sample listed on Appendix B.

A. Okay. We would have to find that -- I'm looking at it.

Q. It starts with 1406.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

A. Right.

MS. TOLEDO: David, could we maybe put side by side the number from Appendix B with the lab notebook page?

THE CONCIERGE: One second, please.

MS. TOLEDO: Thank you.

THE CONCIERGE: Appendix B is in Exhibit 3, correct?

MS. TOLEDO: Exhibit 4.

THE CONCIERGE: Thank you.

(Previously marked Exhibit 4 shown to witness.)

BY MS. TOLEDO:

Q. Have you had an opportunity to look through the notebook, Dr. Najafi?

A. I see K300203, K300206.

Okay.

Q. Okay. So were you able to locate this sample on this page?

A. I'm looking.

MS. TOLEDO: Stay back up. The first one. The first on the left.

BY MS. TOLEDO:

Q. So, Dr. Najafi, you've had a couple of minutes to look over the lab notebook page.

A. Yeah.

Q. Have you been able to find that batch or lot number on this page?

That's my question.

A. Yeah, so you pointed to me -- you know, basically, you're effectively taking things out of the 8,000 pages that Dr. Benotti, you know, has printed and you're pointing to one lot number and you're trying to get me to compare that corresponding test results in the notebook, so I need more time.

Q. Well, Dr. Najafi, all I'm asking is whether you can find that result on this page, which is -- I'll ask you to assume.

I'll represent to you that this is the only page in the five lab notebooks that has this test date.

And I'm just asking whether you can see that batch or lot number on this page. That's all.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

MS. BOGDAN: Object to the form of the question. It's asking the doctor to assume facts that he does not --

A. Basically, all of our data is stored on our computer. There is a source that says "Data" under Levine Law. It's in our computer and we should be able to retrieve it easily.

Q. Okay.

A. We don't need to transcribe everything, but the data that's there should be able to easily, you know, retrieve.

Q. Now, this lab notebook is not something that Dr. Benotti prepared or manipulated; right?

This is an Emery document, isn't it?

A. That's -- it looks like it, yes.

Q. Okay. Okay.

A. But not -- not necessarily all of the data that was generated might have ended up on the notebook.

They're all on our -- on our computer system under the client's name.

Q. Well, we'll talk a little bit more about notebooks later, but right now my only question was whether that sample could be found on this page.

A. Right.

Q. Okay.

MS. TOLEDO: Counsel, is this a good time to take a lunch break?

MS. BOGDAN: Yes, if that works for you.

MS. TOLEDO: Dr. Najafi, would this be a good time for a lunch break?

THE WITNESS: Yes, that would be great.

MS. TOLEDO: Let's go off the record, please.

THE VIDEOGRAPHER: Going off the record.

The time is 12:45 p.m.

This is the end of Media Unit 3.

(A luncheon recess was taken from 12:45 p.m. PST to 1:21 p.m. PST).

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

A F T E R N O O N S E S S I O N

(Time Resumed: 1:21 p.m. PST)

RAMIN NAJAFI, Ph.D.,

having been previously duly sworn/affirmed, resumed and testified as follows:

THE VIDEOGRAPHER: We are back on the record.

The time is 1:21 p.m. Pacific Time.

This is the beginning of Media Unit 4.

CONTINUED EXAMINATION

BY MS. TOLEDO:

Q. Dr. Najafi, are you ready to proceed?

A. Yes, I am.

Q. Okay. Great.

MS. TOLEDO: If we could please mark as the next exhibit Tab 2.

I believe that will be Exhibit 10.

(Exhibit 10 marked for identification, multi-page document, Curriculum Vitae of Dr. Ramin Najafi.)

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

THE WITNESS: Okay.

THE CONCIERGE: Correct.

THE WITNESS: I don't see it.

MS. TOLEDO: It takes a moment.

THE CONCIERGE: It's in there now.

BY MS. TOLEDO:

Q. Have you been able to download the document, Dr. Najafi?

A. Yes, I do.

Q. Okay. So this is your CV; correct?

A. Let me just take a look.

Q. I'll represent to you -- I'm sorry, I interrupted you.

A. Yes, it is.

Q. Okay. And I'll represent to you that this is the version of your CV that was attached as Exhibit 1 to your report, okay?

A. Okay.

Q. All right. Now, is this CV current or are there any updates that should be made?

A. No, it's pretty current.

Q. Okay. And I believe that your degree is in organic chemistry; correct?

A. Say that again?

Q. I believe that you have a degree in organic chemistry; is that right?

A. Not "inorganic."

Organic chemistry.

Q. That's what I meant. I was using "in" as "in organic chemistry."

A. Right.

Q. You're an organic chemist; right?

A. Yes.

Q. And you're also an inventor and entrepreneur; right?

A. Yes.

Q. Okay. And you have started several businesses, including Emery Pharma; correct?

A. Correct.

Q. Okay. Can you please identify the businesses that you have started.

A. It's listed on my CV.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

Q. Okay. Can you just list them for --

A. Do you have any questions to point to?

Q. I'm just asking you to identify the businesses that you started.

A. Well, let's take a look at the exhibit. So back -- going backward, Emery Pharma. Then it's NovaBay Pharmaceuticals; CP Lab Safety. And that's it.

Q. Okay. And do you still have an ownership interest in the businesses other than Emery Pharma?

A. I have ownership interest in California Pacific Lab Safety, but have no ownership interest in NovaBay Pharmaceuticals.

Q. And --

A. And I also have ownership interest in Emery Pharma.

Q. And that was my next question.

What is your ownership interest in Emery Pharma?

A. What -- what do you mean by --

well, what's the -- what's your question?

Q. Are you a sole owner?

A. So my wife and I are the sole owner of Emery Pharma.

Q. Okay. You are not an epidemiologist; correct?

A. No, I'm not an epidemiologist.

Q. Or a toxicologist.

A. I'm not a toxicologist, but toxicologists have reported to me. I've had employees who are toxicologists and I manage them.

Q. Okay. But your degree is not in toxicology; correct?

A. My degree is not in toxicology, but I can comment on toxicology as it relates to chemicals and organic chemistry and molecules.

Q. Do you yourself perform animal studies?

A. Personally?

Q. Yes.

A. Personally, I've never performed animal studies, but I have commissioned

animal studies in the past.

Q. Okay. You're not a medical doctor?

A. I'm not a medical doctor.

Q. Okay. Do you consider yourself an expert in storage and transportation of pharmaceuticals?

MS. BOGDAN: Objection to the form.

A. It really depends on what you consider -- what you consider an expert.

Q. Do you consider yourself an expert in storage and transportation of pharmaceuticals?

MS. BOGDAN: Note my objection to the form.

A. I have done storage and stability studies of pharmaceuticals in my prior -- prior positions.

Q. What positions were those?

A. At NovaBay Pharmaceuticals.

Q. For what product?

A. For products that we developed that are on the market: Avenova,

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

NeutroPhase, CelleRx. A number of products that we brought to market through the FDA.

Q. Are you an expert in product labeling?

MS. BOGDAN: Objection to the form.

A. I'm not an expert in product labeling, but I know enough about product labeling and the consequences of labeling for pharmaceuticals and products that are on the market.

Q. Have you yourself written labeling for pharmaceutical products that went to market?

A. Have I personally -- is the question have I personally wrote the label?

Q. Yes.

A. I have not personally wrote a label, but I've contributed to a label and people who reported to me worked on the label that underwent basically FDA review.

Q. And is that for the products that you mentioned earlier?

A. That's correct.

Q. Okay. And that's a business that you sold after you began the business?

A. That's correct.

Q. Okay. When did you sell that business?

A. I didn't sell that business.

I basically -- I sold my shares -- effectively you can say I sold my business, but I left -- I started Emery Pharma, you know, after that.

NovaBay still is a going concern and is an active -- actively performing company.

Q. Okay. You are not a medicinal chemist, are you?

A. I have -- I've done medicinal chemistry, I've had people report in to me, and I've had a dozen medicinal chemists reporting to me in my previous company, and I've also been involved at -- I worked for Rhône-Poulenc Rorer, which is now Sanofi-Aventis, as a -- I processed research, medicinal chemist.

Q. Was that your title at --

A. Yes, yes.

Q. And do you consider yourself an analytical chemist?

A. I'm -- so, again, I've had analytical chemists report to me.

I have, personally, I've worked with analytical chemistry equipment, such as GC/LC, GC/MS, LC/MS, various instruments.

Q. Okay. I believe you earlier testified that you're generally not the person that pushes the buttons on these tests.

A. I used to push the button, but I haven't done that in a few -- for a few years.

Q. Okay. Did you personally design any of the experiments that Emery ran on ranitidine samples?

MS. BOGDAN: Objection to the form.

A. What is your definition of personally design experiment?

Q. Did you prepare and write a

protocol for the experiment -- the various experiments that Emery ran on the ranitidine samples that you report on?

MS. BOGDAN: Objection to form.

A. I have to think about it.

There were experiments that I conceptualized. There were experiments that I shared with the team and -- but by and large, it's been a team effort.

You can imagine, we've done huge number of studies and testing and so... yeah.

Q. Which experiments did you conceptualize?

A. I can't -- I can't really recall right now.

Q. Did you decide which methods to use for any of the analyses that Emery performed?

MS. BOGDAN: Objection to the form.

A. Are you -- do you have a specific question about a method?

Q. I'm asking for any of the

analyses that Emery performed and the experiments that Emery ran, were you the person who decided what methods would be used for those analyses?

A. Typically not. Those are often left to the analyst.

I have very skilled team that in many ways they know exactly what needs to be done, how it needs to be -- the method needs to be validated, how the method needs to be performed.

Q. And who are the people that decided what those methods would be?

MS. BOGDAN: Objection to the form of the question.

Mischaracterizes his team.

A. Who are the -- could you repeat your question?

Q. You said that you have many people who are very qualified to design experiments; is that right?

MS. BOGDAN: Objection to the form.

BY MS. TOLEDO:

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

Q. And my question is, who among your team designed -- strike that.

Who on your team decided which methods to use for the analyses of ranitidine samples?

MS. BOGDAN: Objection to the form.

A. Which -- depends on the analysis, it depends on the, you know, study that we conducted.

We had different people.

Q. Okay. So --

A. Which method are you talking about?

Q. So let's take for example the baseline testing that was done on ranitidine samples, the ones reported in the first part of Appendix B.

Who decided what methodology to use to run those analyses?

A. So --

MS. BOGDAN: Objection to the form.

A. So the methods that we used, you

know, in terms of who, we're talking about potentially Dr. Ryan Cheu, Dr. Neel Bose who make those operational decisions.

And the methods are often based on established, you know, principles for testing, you know, various compounds.

Q. And are those two, Dr. Cheu and Dr. Bose, the primary team members who design the experiments and decide what methodology to use?

MS. BOGDAN: Objection to the form of the question.

A. That's correct.

They are not the only ones who make those decisions, but they are one of the main, you know, individuals who have been involved in this project.

Q. Did you perform any of the ranitidine analyses yourself?

A. Personally, I did. And I performed one analysis just to be sure, and I went back to the lab after so many years and did perform a series of testing just to make sure that we're on the right, you know

-- you know, the numbers are correct, and that's all.

Q. Okay. And which analysis was that?

A. I cannot recall right now.

Q. Was it done after you were retained as an expert in January of 2020 or before?

A. After.

Q. Did you prepare entries in a lab notebook relating to that experiment?

MS. BOGDAN: Objection to the form of the question, to the term "experiment."

A. So this was just purely exploratory work by myself and followed the methodology that has been followed and, you know, the data, you know, corroborated everything we've done. So not really, we didn't -- I didn't need to maintain any record.

Q. Okay. Is it your position then that when you're doing exploratory testing you do not need to record anything relating

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

to that test in a laboratory notebook?

MS. BOGDAN: Objection to the form. Misstates his testimony.

A. The -- we have latitude for R&D projects, especially this is -- this is a work that I did outside of MDL's work.

It was primarily just done to make sure that I'm confident of the numbers.

Q. Okay. And I think you state in your rebuttal report that for R&D work it is not necessary to meet cGMP or GLP; is that right?

A. So, you know, this is a complicated question and we've actually laid it out in our rebuttal to Dr. Olsen.

Everything we do at Emery Pharma meets the highest generally accepted scientific principles. Everything. And it's done to publication standards.

The difference between GLP/GMP, is that's a legal designation that requires those generally accepted scientific principles be done according to certain

paperwork methodology that ultimately gets filed with the Agency, you know, with the FDA or EMA. And -- and those, you know, typically are either for GMP, you're manufacturing a broad product, in which case we were not manufacturing.

And for GLP, we're filing data that ultimately becomes part of the submission for safety study of a new drug.

So this is all about new drug and either safety study for GLP or manufacturing of a new drug.

That's what GMP/GLP stands for.

The work we've done for the MDL, as I've stated, and, you know, in my rebuttal to Dr. Olsen, is highest quality research standards and basically like any other work we've done -- we've done, including our GLP/GMP work, and meets all the standards.

Q. Can you give me, cite for me an authoritative source that sets out these generally accepted standards that you say are the highest standards?

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

A. Yes, I do. So kindly bring -- if you could, bring the exhibit rebuttal to Dr. Olsen on the computer. I have a citation on that.

Q. Well, we sent it to you and you can -- you can look for your rebuttal report. We sent it to you, I believe.

A. I know. But I'm saying if you want it, you know, I'm here, I'm happy to show it to you.

Q. Well, do you remember as you sit here today the name of your source, your authority? Can you name it?

A. It's an international organization for -- basically, it's typically ICH, International Committee for Harmonisation. It's an international -- it's an international body that defines what GLP stands for.

I can't -- I can't -- you know, unfortunately, I don't have a great memory. I don't think this is a memory test. But it's -- you can Google it.

Q. Okay. But you just testified

that you did not have to meet GLP for this work, so I'm asking if not GLP, what is an authority for what these highest generally acceptable standards is.

MS. BOGDAN: Objection to the form.

A. I think you were talking about GLP and what the authority were.

Q. No, I was asking you --

A. Am I correct?

Q. I'm sorry. I didn't mean to interrupt you.

Were you done?

A. No, I think you switched on me.

Are you done with GLP questions, regarding GLP/GMP?

Q. My question was, other -- you say that because it was research and development work you did not need to meet cGMP or GLP standards; is that right?

A. Right.

Q. And but you also testified earlier that Emery has met the highest generally acceptable standards; correct?

MS. BOGDAN: Objection.

A. That's correct.

Q. So I'm asking you for those highest generally acceptable standards that are not cGMP or GLP, what is your authority? Where are those standards listed?

A. So these are -- these are generally accepted scientific principles.

They're not written anywhere that I can go to and point to you, but these are -- your method needs to be reproducible, repeatable.

You know, what you do -- effectively, if you're presenting something, it needs to be reproducible, repeatable, and it needs to be, you know, obviously publication quality.

I've been -- I've been in industry for over 20 years and I've published papers, you know, and we follow generally accepted scientific principles, and repeatability, consistency is the key to anything you do.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

Q. Okay. I appreciate -- I appreciate that.

So let's go back to your answer.

And one of the factors that you mentioned, one of these standards is for the work to be reproducible; right?

A. Correct.

Q. Now, is it your contention that the work that Emery Pharma has done is reproducible?

A. Absolutely.

Q. And it is your contention that based on the documentation that Emery Pharma has provided to date, the work that Emery Pharma did is reproducible?

MS. BOGDAN: Objection to the form.

A. So, Ms. Toledo, the work that we did prior to being hired by the MDL plaintiffs involved our own Citizen Petition and it was entirely paid out of our own pocket and, you know, it was a project that our team committed to doing.

That work was public -- was

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

filed with the FDA and FDA corroborated the work we did. So that shows the repeatability of the work we've done, and the product obviously was removed from the market on April 1, 2020.

Additionally, the work we've done has also been 100 percent corroborated. The work we did during the Citizen Petition by GlaxoSmithKline, whose root cause analysis, and it's also further been repeated and confirmed by Abe, Professor Abe and others. So that's what I mean by conducted generally accepted scientific principles that are reproducible.

So if I do a work that somebody else in, you know, say, in Norway can repeat in their lab and get the same results, that's -- that's reproducible work and that's a work that you can rely on.

Q. And I believe that based on your answer you were referring to the work that Emery Pharma did relating to the Citizen Petition; is that right?

I thought I heard you qualifying your answer to the data that was provided to FDA in the Citizen Petition?

MS. BOGDAN: Objection to the form. Mischaracterizes his testimony.

A. The work -- you know, I think you were talking about the generally accepted scientific principle and how our data -- how we design our methodologies, how we conduct our experiment, what methodologies we use.

I mentioned we use generally accepted scientific principles, and the fact that they are reproducible, repeatable, we stand behind it.

And as an example, I just simply offered our Citizen Petition that was corroborated. And the work with the MDL was really a continuation of that work.

And by inference, that work, the work we've done will be repeatable and I assure you.

Q. FDA has not corroborated any of the testing that Emery has done for

litigation purposes, has it?

MS. BOGDAN: Objection to the form of the question.

A. I don't know if they have done it or not. I cannot speak for the FDA.

But we have not shared any of our data because we're on their confidentiality and this is part of a litigation, we haven't shared any of our data with the FDA. But I'm not sure if the FDA might have done further work.

You know, obviously Florian and Gao, they all have done work, so there might be other work that's been going on that we don't know about.

Q. Have you made any attempt to communicate with FDA to see if your work is reproducible, repeatable and of publication quality?

MS. BOGDAN: Objection to the form.

A. The last communication --

THE WITNESS: I'm sorry, did I speak too soon?

MS. BOGDAN: Yes, you did, Ron.
So objection to the form.
He's already stated the work he's done.

A. The last communication --

MS. BOGDAN: The confidentiality order --

MS. TOLEDO: If you could please let the witness testify.

A. The last communication I had with the FDA was on April 1, 2020, and it was a letter from the director of FDA to me.

Q. And that's the response to the Citizen Petition; correct?

A. That's correct.

Q. Okay. So was it necessary for you to perform the analyses to be confident in your results? You said that you did go back and one run analysis --

MS. BOGDAN: Objection to the form.

BY MS. TOLEDO:

Q. And the question is, was it

necessary for you to go back and do that testing to be confident on the results that -- that Emery analysts were obtaining?

MS. BOGDAN: Objection to the form of the question.

A. No. It was not necessary.

Q. Okay.

MS. TOLEDO: So let's have the concierge pull your expert report, which I believe is Exhibit 4.

(Previously marked Exhibit 4 shown to witness.)

BY MS. TOLEDO:

Q. And if we could go to paragraph 75, where you discuss Abe 2020, and you were just talking about Abi a minute ago, remember?

A. Yes.

MS. BOGDAN: I'm just going to say, I'm sorry, Ron, could you please just wait until --

THE WITNESS: I'm sorry, I apologize.

MS. BOGDAN: -- until Ms. Toledo

is done asking the question, because I'm trying to wait for her to finish asking the question before I would interpose an objection, okay?

So if we could just slow down a little bit. I don't want to interrupt Ms. Toledo and I'm trying not to interrupt you.

THE CONCIERGE: Do we have a PDF page number?

MS. TOLEDO: It's paragraph 75.

THE WITNESS: This is -- yeah.

MS. TOLEDO: We'll tell you in a second.

THE WITNESS: I'm going to go to the hard copy on mine.

75?

MS. TOLEDO: Yes, paragraph 75.

THE WITNESS: Okay. Give me a second.

BY MS. TOLEDO:

Q. Yes. Could you please read that paragraph to yourself and tell me when you're done.

A. 75?

Q. Just paragraph 75.

A. Okay. Let me just take a look to see what this section...get the context here. Okay.

Q. Okay?

A. Paragraph 75, it says, "In addition to GSK RCA" --

Q. I don't need you to read it.

A. What's that?

Q. I don't need you to read it.

Were you able to read it to yourself?

A. Did you want me to read loud or --

Q. No, no --

A. No, no, I haven't --

Q. Just make sure that you --

A. I haven't read it.

I just wanted to make sure I knew what this -- you know, where we are in the --

THE CONCIERGE: This is David, the concierge.

Could you please be aware that the court reporter is trying to take down your words. Please try not to speak over each other.

MS. BOGDAN: Again, if everyone could just slow down a little bit, Dr. Najafi as well as -- so that the court reporter could get things down and I can interpose an objection if I have one.

BY MS. TOLEDO:

Q. Have you had a chance to read paragraph 75?

A. No, I'm still reading.

Q. Are you ready? It's about five sentences.

A. Yeah, please go ahead. What's your question?

Q. All right. And Abe was published in 2020; correct?

A. That's correct.

Q. And you became aware of that paper at the time it was published?

A. That's correct.

Q. Okay. Abe 2020 reported finding up to 500 parts per million in ranitidine tablets; correct?

A. That's what it -- that's what it says. Approximately 500 parts per million.

Q. Okay. And if you assume 300-milligram daily dose of ranitidine, that would be about 150,000 nanograms of NDMA per day; correct?

MS. BOGDAN: Objection to the form.

A. 300 -- it comes to 150,000 nanogram.

Q. Okay. Now, do you consider the levels of NDMA discussed in Abe 2020 to be informative about what a consumer might ingest if they take ranitidine?

MS. BOGDAN: Objection to the form of the question.

A. Right. So I think that Abe is simply conducting what, you know, a typical pharmaceutical company does when in the course of a drug development you do stability studies at different temperature

and different humidity, and that's what they're doing.

Q. Okay.

A. I cannot -- I cannot comment beyond that.

Q. Okay.

MS. TOLEDO: Let's mark as the next exhibit Tab 70, please.

THE WITNESS: Tab 70? Yes.

MS. TOLEDO: And it will be Exhibit 11, I believe.

THE CONCIERGE: That's correct.

THE WITNESS: So this is a different exhibit?

MS. TOLEDO: Yes, it will be a new exhibit.

Okay. You should have it. Can you see it?

THE WITNESS: Refresh.

(Exhibit 11 marked for identification, multi-page document, presentation.)

BY MS. TOLEDO:

Q. While we're waiting on that, do

you recall giving a joint presentation with David Light of Valisure and Ed Gump of USP?

A. Yes, I do.

Q. I will represent to you that this presentation was on or around July 14, 2020.

Does that sound about right to you?

A. It sounds about right. I cannot put my finger on it.

Q. Okay. And I'll represent to you that these are -- these are the slides used during that presentation.

A. Right.

Q. Do they look familiar to you?

A. Give me some time to take a quick look.

Q. I believe your slides begin on page 8 of the PDF.

A. Page 8?

Q. Yes. If you look at the screen, it's on the screen now.

A. Okay, yeah, I see that.

Q. Okay. Did you prepare these

slides yourself?

A. Yes, I did.

Q. Okay. And you made sure that the information included in the slides were accurate before presenting it to the public, I assume; is that right?

A. To the best of my ability, I always make sure my slides are accurate and correct, but I cannot guarantee it.

Q. Okay. So if we could --

A. What's your question?

Q. My question is, let's go to page 11, please, of the PDF.

A. Okay. I'm not moving the thing. Okay.

MS. TOLEDO: This bottom slide, please.

BY MS. TOLEDO:

Q. Okay. Can you see that?

A. Let me -- let me read it.

Yeah.

Q. Okay. And in the blue text in the left-hand bottom corner, you say -- you have a bullet that says:

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

"Commercial shipment encounters temperatures as high as 70 degrees centigrade over summer."

Do you see that?

A. That's correct.

Q. Okay. And you then drop a footnote, footnote number 2, but the reference to the footnote is to the Agilent website.

Do you see that?

A. Right, the footnote --

Q. Can you -

MS. TOLEDO: Can you -- can you maybe blow that up, please.

BY MS. TOLEDO:

Q. My question is, I'm assuming this citation is a mistake and that that footnote goes with the picture of the equipment; is that right?

A. Yeah, that's correct.

What I think this citation is really referring to is the testing, the headspace-gas chromatography samples conducted at high temperature.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

It's really a methodology -- an instrumentation that we use to do that testing.

Q. Right. And you have a picture of the instrument.

MS. TOLEDO: If we can go back out to see the whole slide.

BY MS. TOLEDO:

Q. And that's the equipment that you're referencing, correct, in the middle?

A. It is one of the instruments that, you know, it might have been a picture we got from Agilent website, but it is -- that looks like a gas chromatography, you know, mass spectroscopy instrument.

Q. Okay. So it appears that this citation -- this citation was put there by mistake. It really belonged to the picture of the equipment.

Do you think that's correct?

A. It's -- it's -- one could characterize that the citation should have been for, you know, the methodology.

Q. Okay.

A. But, yeah.

Q. So my question is, what is the support for the statement that I read that you included here in your first bullet about commercial shipment encountering temperatures as high as 70 degrees centigrade over summer?

A. 70 degrees Celsius is basically equivalent to 140 degrees Fahrenheit, and if you -- if you -- if you're planning to ship your product around the United States and you're planning to have an over-the-counter medication, you need to assume that there may be shipping containers that are not refrigerated, and those shipping containers could be traveling through Arizona or through Mississippi, on a very hot -- hot and humid days, and that's really the background.

I've done shipping studies around the country, not personally, but those are things that you need to consider.

MO MS. TOLEDO: Move to strike as not responsive.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I
BY MS. TOLEDO:
Q. What I'm asking is, what is the basis for this statement? What is your support? Can you give me a citation to support that statement?
A. So have you looked at my expert report regarding, you know, that the -- you know, that particular, you know, comments regarding shipping?
I think the citation is there.
Do you want me to find it and show it to you?
MO MS. TOLEDO: Move to strike as nonresponsive.
BY MS. TOLEDO:
Q. Dr. Najafi --
MS. BOGDAN: I --
Q. All I'm asking is whether you can give me a citation for this statement in the slide that you presented to the public.
A. I have. The basis for --
Q. I'm asking today --
A. The basis for these temperatures

are cited and referenced in my expert report. If you pull it up, I can show it to you.

Q. We'll get there in a minute.

MS. TOLEDO: Let's take that down and mark as the next exhibit Tab 67.

I'm sorry, David, I take that back. Can we bring that back up and go to PDF page 13.

BY MS. TOLEDO:

Q. Can you see that on your screen, sir?

A. I do.

Q. Here you report that NDMA can reach up to around 30,000 nanograms NDMA when stored at 70 degrees Celsius; is that right?

MS. BOGDAN: Objection to the form.

BY MS. TOLEDO:

Q. For about 45 days.

MS. BOGDAN: Objection.

A. Allow me time to take a look at

the information here...

Ranitidine....

So this is a 150-milligram pill. We have the lot number. The brand is Zantac. Basically, it's -- the concentration is in nanogram per tablet and we're basically putting the pill under basically 70 degrees Celsius and...

I believe there's no humidity in this instance, but that's -- that's the data.

Q. And so the answer to my question is yes, that you reported that NDMA --

A. That's --

Q. Please let me finish.

That NDMA can reach up to around 30,000 nanograms NDMA when stored at 70 degrees Celsius for about 45 days; right? That's what you're reporting here?

MS. BOGDAN: Objection to the form of the question.

A. That's the data that we show. I think it is an LC/MS.

Could you go back to the

previous slide? I want to make sure this is not a GC/MS data. It is an LC/MS data.

Would you go back --

Q. I'm just asking for what the results are on that blue line.

A. The result shows that 70 degrees Celsius in 45 days you're generating 30,000 nanogram.

Q. Okay.

A. Per pill.

Q. Do you consider the levels of NDMA reported here to be informative of what a consumer might ingest if they take ranitidine?

MS. BOGDAN: Objection to the form of the question.

A. So as a pharmaceutical executive, if I'm faced with this kind of data, I will be -- I will be going back to the drawing board and saying this is huge, huge problem for me.

MO MS. TOLEDO: Move to strike as nonresponsive.

BY MS. TOLEDO:

Q. My question is, do you consider these levels to be informative about what a consumer might ingest if they take ranitidine?

MS. BOGDAN: Objection.

Please allow the doctor to answer the question that you ask.

A. I -- I think the data is extremely informative, and it shows that at one point, at one condition, if somebody maintaining their 70 -- their medication at a 70-degree Celsius in the trunk of their car or in their -- you know, in their dashboard of their car at 70 degrees Celsius and leave it there for 45 days, they would have 30,000 nanograms of -- this genotoxic compound in the pill.

And it's all been -- it's all been discussed in my expert report.

Q. 70 degrees Celsius is 158 degrees Fahrenheit; correct?

A. Yes -- well, I take your word for it. I haven't -- I don't have a calculator.

MS. TOLEDO: And let's go ahead and take that down and now go back and go to Tab 67 and number it as the next exhibit, which I believe will be Exhibit 12.

(Exhibit 12 marked for identification, multi-page document, presentation by Eshani Nandita, Ali Najafi and Neelanjan Bose dated 6/4/20.)

THE CONCIERGE: It's up.

BY MS. TOLEDO:

Q. Okay. Dr. Najafi, have you received the document through Box?

A. The document?

Q. The next Exhibit, Exhibit 12.

A. No.

Q. Okay. It's on the screen right now.

A. Okay, okay. Hang on one second. Let me -- Exhibit 12.

Allow me a minute to familiarize myself with this. This is from way -- yeah.

Q. This is a slide deck prepared by Emery Pharma; isn't it?

A. This...this was prepared by Emery Pharma, yes.

Q. Okay. And the authors, presenters, appear to be Eshani Nandita, Ali Najafi and Neelanjan Bose; correct?

A. That's correct.

Q. Were you involved in this presentation?

A. No, I wasn't.

Q. Have you seen this slide deck before?

A. Yes, I have.

Q. Okay. So did you assist in preparing or reviewing this slide deck?

A. I have -- I don't recall assisting in preparing this slide deck, but I have -- I definitely reviewed it.

Q. Okay. Was this presented at a conference by Emery scientists?

A. Yes, it was presented at the American Society for Mass Spectroscopy.

Q. And the date is June 4, 2020;

correct?

A. That's correct.

Q. Okay. Did you approve this slide deck before the presentation was done?

A. I believe I did.

Q. And was this work that was done outside of the litigation?

MS. BOGDAN: Objection to form.

A. Yes. They -- these are data and presentation that was pre MDL.

Q. Let's go to page 8, please.

A. Page 8.

Q. And here, again, there's some figures with test results; correct?

A. Correct.

Q. Okay. And here you report that at 70 degrees Celsius, here the red line before it was blue, but here it's red; right?

A. Give me a minute. This is...

Q. It's on the screen.

A. I understand. I want to see the background, you know, information. I want

to make sure it was done by LC/MS.

The title says: "Ranitidine is an Inherently Heat-Unstable Compound as it Undergoes Degradation to Form NDMA at Elevated Temperatures." That is correct.

It was correct then and it is correct now.

MO MS. TOLEDO: Move to strike as nonresponsive.

BY MS. TOLEDO:

Q. The question that is pending is, can you see the results at 70 degrees centigrade in these -- in this figure.

A. I do.

Q. Okay. And you mentioned a couple of times already that you needed to see whether the results were from LC/MS.

A. Uh-huh.

Q. Is that right?

A. That's correct.

Q. And that's because you knew or Emery knew since 2019 that GC/MS artifactually generated NDMA from ranitidine; isn't that true?

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I
MS. BOGDAN: Objection to the form. Broad.
A. We learned of heat instability of ranitidine by following a GC/MS methodology to measure NDMA and we -- yes, we knew that Zantac was inherently unstable.
Q. Did you learn as part of that work that the GC/MS method generated NDMA in ranitidine?
A. I don't -- I don't understand what your question is.
Are you talking about GC/MS or LC/MS or what are you --
Q. I am talking about GC/MS.
Do you understand that GC/MS generates NDMA in ranitidine?
A. So --
MS. BOGDAN: Objection to the form of the question. It's confusing.
A. We don't know if GC/MS is generating the ranitidine.
What we believe, that the process of headspace, where you put -- you

drop the pill into a vial and you shake it up and then you heat it to 120 or 130 degrees Celsius for a period of 15 minutes was sufficient to break the ranitidine and generate more NDMA.

GC/MS was doing its job, which is really detecting the amount of NDMA.

Q. Do you remember reading over the Valisure Citizen Petition and commenting to your Emery team that Valisure had rushed to deliver garbage data in their Citizen Petition?

MS. BOGDAN: Objection to the form. Misstates the document.

A. Do you have -- do you have the -- that -- that email that you can share with me?

Q. Do you remember saying that? That's my question.

A. I do.

MS. BOGDAN: Objection to the form.

Q. I'm sorry. I missed your answer.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

A. So the background for this was Valisure had done GC/MS studies, head space GC/MS studies, and they had gotten 3 million nanogram.

They sent us a few pills and they said -- and, you know, he's -- his personal friend, we want -- he said, "Ron, would you be able to corroborate this, that, in fact, we're -- you know, we're -- the number, that 3 million is huge. Would you perhaps corroborate that number?"

We ran the test using the method he had provided to us, which is the FDA GC/MS method for Valsartan.

Following that methodology, we received -- we got the same type of data. I believe we got 3 million, maybe 100 or 200, very similar data. And he rushed to file a Citizen Petition.

When we generated that data, I remember we had an internal meeting and our team were doubtful of that data.

How doubtful, we don't know. We didn't really understand what was going on

because we were only thinking maybe this is a contamination, so we had suspected that perhaps the NDMA was caused by heat, but we weren't -- in 2019, September of 2019, when this -- or maybe it was maybe even earlier -- August, September, you know, July -- we really didn't have a good idea as what's happening, so --

Q. I --

A. So fast -- do you want to strike everything?

MO Q. Yeah, I do because I --

A. Nonresponsive.

Q. No, there -- you answered my question already, and --

A. Okay.

Q. And it went beyond my question.

A. Okay. So we -- no, I want to give you -- I want to give you context before that.

Later --

MS. BOGDAN: You need to allow the doctor to finish his response to whatever --

MS. TOLEDO: He needs to -- I'm sorry, he needs to answer the question posed and then I can move on.

You know, it's --

MS. BOGDAN: And he was answering the question.

MS. TOLEDO: No. He answered the question when he said "I do remember."

I didn't ask him to give me the context. I need to move on.

MS. BOGDAN: Providing context in many questions is important to give an accurate answer, so...

MS. TOLEDO: I asked him if he remembered calling it garbage data and he said "yes" and I think I can move on.

BY MS. TOLEDO:

Q. Going back to your -- the slide deck that your colleagues presented and the results shown for 70 degrees Celsius on the left-hand side of the screen, do you see that result past day four, the levels of

NDMA?

A. Right.

Q. Okay. And it says that it reached over 1,000 nanograms of NDMA after day four; correct?

A. That's -- that's correct.

Q. Okay. And do you consider these levels reported here to be informative about what a consumer might ingest if they take ranitidine?

A. I think the totality of the data we've generated, the number of lots, the number of brands that we've looked at, it's indicative of the fact that this molecule is time/temperature/humidity sensitive molecule. And, you know, I stand by our Citizen Petition that we filed with the FDA even more today than I did back in -- when we filed it.

And the data has been corroborated, that regardless, this product is a -- it's like a runaway train. NDMA is continuously generating.

So if you're a pharmaceutical

executive, if I'm, you know, so many years in this business, I would be extremely concerned that somebody -- somebody will be ingesting very large quantities of NDMA in -- during their life.

Q. Dr. Najafi, and I appreciate what you're saying, but I'm going to ask you to please just listen to my question and answer the question that's posed.

Right now I just wanted to get an answer about the level that you show here, okay, and whether you consider that level to be informative. That's all.

A. Absolutely. It would be absolutely informative.

Q. Okay. Thank you.

If we go to the next page, please, of the presentation, and I believe here you tested ranitidine API; is that correct?

A. Give me a sec, give me a sec.

Q. It's referred to as "USP ranitidine"; correct?

A. Yes.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I
Q. And at 40 degrees Celsius and 45 days, there is a comment that says:
"Equivalent of about 930 nanograms of NDMA if left in your car during the heat of summer!"
Do you see that?
A. Yeah, yes.
Q. Okay. 40 degrees Celsius is 30 degrees less in Celsius than the temperature you used in your hot car study, isn't it?
A. Yes.
Q. Okay. In fact, when you conducted the hot car study, you use a temperature indicated by the red line on this page, the 70 degrees Celsius; correct?
MS. BOGDAN: Objection to the form.
A. So what is your question exactly?
Q. My question is, what temperature did you use for the hot car study? Wasn't it 70 degrees?
A. It was 70 and 40. I think we

straddled between 70 and 40.

There were two temperature. And then there was a shade study: Car in the sun, car in the shade.

Q. It was 70 and 50 that you used in the hot car study?

A. 70 and 50, right.

Q. Okay. Let's go to the next page.

A. What is your question regarding this, this slide that we just looked at?

Q. I already asked you and you answered?

A. Yeah, but I want to make for -- make it clear for the record --

Q. There is no question pending, sir. I'm sorry, I get to ask the questions. I get to set the agenda.

Okay?

A. It's nanogram --

MS. BOGDAN: Please let the witness --

THE WITNESS: I need to make a correction.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

MS. TOLEDO: He already answered the question and we've moved on, please.

MS. BOGDAN: But he's indicating that there was something else he wanted to say and that he --

THE WITNESS: Minor, minor correction.

MS. BOGDAN: Okay.

A. These are not -- these are nanogram per milligram, so they're really PPMs, so the levels are extremely high.

Q. Okay. So going back to this slide that is now on the screen, the green line represents 30 degrees Celsius and 100 percent humidity, right, according to your figure?

Do you see the legend, sir?

A. Yeah, again, these are PPMs. The units are PPMs.

Q. I understand. I'm just asking if the green line represents 30 degrees Celsius and 100 percent relative humidity.

A. That's what it says.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

Q. Okay. And on the right-hand side, the last bullet, your colleagues wrote that: "Humidity test conditions resembled that of a hot and humid summer day."

Do you see that?

A. I do see that.

Q. And the "hot and humid summer day," according to this slide, is actually 10 degrees less in Celsius than the temperature you used in your bathroom study, isn't it?

MS. BOGDAN: Objection to the form of the question.

A. It's irrelevant. You know, the bathroom study is a bathroom study.

The 30 degrees, 100 degrees Celsius, 100 degree, 100 percent relative humidity could be a condition in Tampa, Florida.

The bathroom study is a bathroom.

Q. So you think that the bathroom is 40 degrees Celsius and 100 percent

relative humidity?

MS. BOGDAN: Objection to the form of the question.

A. I -- we're not talking -- right now, we're talking about USP ranitidine pure API at 30 degrees Celsius.

I don't know where you're getting the bathroom. I don't see any bathroom.

Q. I'm comparing the conditions that you used in your bathroom study to what you here say resembled the conditions of a hot and humid summer day.

MS. BOGDAN: Objection to the form of the question.

If you want to go to the bathroom study, it's in his report.

A. The bathroom study is, you know, is one condition that the pill might undergo.

There are -- millions of people keep their pills in their medicine cabinet, Ms. Toledo. I don't know where you keep your pills, but -- and there are millions

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

of people that have, you know, very steamy bathroom, hot bathroom, summertime, steam. You get mold in the bathroom. Yeah, you know, it's one condition.

But it's -- this doesn't mean that every bathroom is like that. We are simulating a bathroom.

Q. Okay.

MS. TOLEDO: We can take this down.

THE WITNESS: Did you want to strike it?

MS. BOGDAN: Dr. Najafi, there's no question being asked.

THE WITNESS: Okay.

BY MS. TOLEDO:

Q. Dr. Najafi, you have previously expressed an opinion to a user of Zantac products that Zantac would not cause cancer unless it was taken for 15 to 20 years; isn't that true?

MS. BOGDAN: Objection to the form of the question.

A. Can you show me the email? I

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I don't have it in front of me.

Q. I will show it, I will show it to you, but I wanted to ask you if you remember saying that first.

MS. BOGDAN: Objection.

The doctor asked if he could see the document, and to the extent the doctor needs to see a document to answer a question, I would appreciate you oblige.

MS. TOLEDO: Can you please stop coaching the witness.

BY MS. TOLEDO:

Q. And, Dr. Najafi, I'm just asking if you remember saying that before.

MS. BOGDAN: Again, I object to the form.

A. I have said, I have written many emails to many different people and -- regarding, you know -- and I've talked to people about ranitidine, Zantac.

First of all, Ms. Toledo, I'm not a toxicologist. And this woman contacted me out of the blue and she

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

expressed a lot of concerns and I was trying to calm her down.

This is early in the work we've been doing and, again, I have no idea how long she was taking -- she was taking Zantac. I have no idea what dose she was taking. I'm not a medical doctor, as I've already stated, and I'm not a toxicologist.

Q. Okay. So you do remember then having these email conversations with at least one Zantac user?

MS. BOGDAN: Objection to form.

A. I have to look at the email to be able to exactly refresh my memory.

Q. Okay.

MS. TOLEDO: Well, if we could please mark as the next exhibit Tab 8. I believe it will be Exhibit 13.

THE CONCIERGE: Yes, that's right. It's up.

MS. TOLEDO: Okay.

(Exhibit 13 marked for identification, four-page document, series of emails, production numbers

EMERY_02349 through 2352.)

THE WITNESS: I don't -- hang on one second. Let me refresh my -- is it on the -- on the screen? I don't see it on the screen, but let me -- what exhibit?

MS. TOLEDO: Exhibit 13.

And if you could, David, blow that up -- yes, thank you.

THE WITNESS: Okay.

BY MS. TOLEDO:

Q. Do you see it on the screen, Dr. Najafi?

A. Allow me a minute. Hang on. I can't see most of the email. Okay.

THE CONCIERGE: Mr. Najafi, if you mumble like that the court reporter can't take down what you're saying so either say the words out completely or don't say anything.

THE WITNESS: I'm sorry.

Okay.

A. Yes, that's my email.

Q. Okay. So does this refresh your

recollection about your communications with this Zantac user?

A. Yes, it does.

Q. Okay. And right here in the last few lines of this email, it says "those who used ranitidine for 15 to 20 years" -- I'm sorry. That is what I meant by -- strike all that.

"There is really nothing to worry about if you are a short-term user of ranitidine. Those who used ranitidine for 15 to 20 years should be concerned (my opinion). "

Do you see that?

A. Correct, I see it.

Q. And this email is from April 2021; correct?

A. That is correct.

Q. And by this time, you had done all of the testing that we've just been discussing from the PowerPoints and presentations that we just went through, Exhibits 11 and 12, and the Abe 2020 paper; correct?

MS. BOGDAN: Objection to the form of the question.

A. Could you repeat? What about Abe?

Q. What I'm saying is that at this point in time, April 14, 2021, you were aware of the results reported in Abe 2020; correct?

A. I don't think so.

Q. You told me earlier that you were aware of the Abe publication when it came out in 2020.

A. I --

MS. BOGDAN: Objection to form.

A. I think I became aware of Abe sometime in June/July of 2020.

Q. Okay. And this email is dated April 14, 2021.

A. Right.

Q. Okay. And by this point, you also were aware of the results of the testing that Emery had done that it was reporting in those PowerPoints we went through; right?

A. So would I be able to explain, give you some context on this email?

Q. Well, I'm just asking if you were aware of those prior results by the time you wrote this response.

A. Yes, I was aware of those results and of course our results as well.

Q. Okay. During the course of these communications, this person that you communicated with expressed relief and gratitude to you for taking the time to answer her questions; right?

MS. BOGDAN: Objection to the form of the question.

A. So this -- this lady was taking Zantac during her pregnancy and she was extremely concerned. She was frantic.

If you look at some of her prior email that we've shared with you as part of our, you know, basically disclosures, she was extremely concerned and, you know, she was panicking. And basically I was trying to calm her down and basically trying to tell her, look, live your life, you know,

and, you know, hopefully everything will be fine.

As, again, what I can do is that I can only comment as an expert in NDMA as a genotoxic molecule. I can talk about all of that. I'm not a physician. I'm not a toxicologist. You know, for me to say 15 to 20 years, you know, those -- you know, that's -- you know, it's really not for me to say.

This is really what I'm trying to calm her down, and that's really the background for this email.

Q. Okay. And this is not an opinion that you expressed in your report; correct?

A. This is not an opinion that I expressed in my report, exactly.

Q. Okay. Don't you think it would be important for the jury to know that you believe a person who took ranitidine less than 15 years has really nothing to worry about?

MS. BOGDAN: Objection to form.

Mischaracterizes his testimony.

A. Again, I will repeat.

I'm not a toxicologist nor am I a medical professional nor have I seen this individual. I've never met her and I'm simply trying to calm her down.

Q. Okay. Well, you testified earlier that you can comment on toxicology as it relates to chemicals and organic chemistry and molecules.

Is that not what you are doing here?

MS. BOGDAN: Objection to the form of the question.

This is outside the scope of his testimony and the opinions that he's offering in this case.

When he testified earlier, he was talking about the toxicological principles of the chemical ranitidine, NDMA, being the molecule.

MS. TOLEDO: Okay. Thank you for your testimony, counsel.

MS. BOGDAN: It's outside the

scope of his opinion.

He's not offering an opinion on general causation and doses that cause cancer. That's nowhere in his report, and so it's outside the scope.

BY MS. TOLEDO:

Q. Dr. Najafi, are you aware that Dr. Salmon and Dr. Panigraphy have used your data to calculate a theoretical risk of developing cancer?

MS. BOGDAN: Objection to the form of the question.

MS. TOLEDO: We can take down the exhibit.

A. No, I'm not aware of those individuals.

Q. Okay. Have you reviewed the expert reports that other experts for the plaintiffs have produced in this litigation?

A. I have only reviewed a few.

Dr. Michaels, I kind of scanned through it, I scanned through Dr. Davis just briefly, but the others I haven't had

a chance.

Q. Okay. So you're not aware of the calculations that Dr. Salmon or Dr. Panigraphy have done with the data that you have included in your report?

MS. BOGDAN: Asked and answered. Objection.

A. Asked and answered.

Q. So can you tell me? You're not aware of --

A. I'm not -- I'm not.

Q. First I had asked you if you had read them. My question now was a little different. It was whether you were aware of the calculations that they had made with your data.

MS. BOGDAN: Same objection.

A. I am not aware of those calculations nor have I read their reports.

Q. Okay. All right.

MS. TOLEDO: Why don't we take a quick break and then resume.

THE VIDEOGRAPHER: Okay. Going off the record.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I
The time is 2:46 p.m.
This is the end of Media Unit 4.
(A recess was taken.)
THE VIDEOGRAPHER: We are back on the record.
The time is 3:08 p.m. Pacific Time.
This is the beginning of Media Unit 5.
BY MS. TOLEDO:
Q. Dr. Najafi, I want to talk now about the Florian 2021 study, okay?
Do you remember that paper? Hello?
A. Yes, I do.
Q. And you have asserted some criticisms about the Florian study in your reports.
A. Right.
Q. Right?
A. Yes.
Q. If you go to -- if you have your report there handy --
A. Yes, I do.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

Q. -- I believe it's on page -- hold on. We're just trying to find it so we can all be on the same page, literally.

A. It's page 104.

Q. 104. Perfect. Thank you so much.

So on paragraph -- paragraph 220, you address some criticisms that you have of the Florian study; is that right?

A. Let -- please allow me a minute to take a look at paragraph 220.

I may need more time to read as you pose questions, but please go ahead with your question.

Q. Did you review your report before today's deposition in preparation for your deposition?

A. Yes, I have.

Q. Okay. In paragraph 220, you have three subparagraphs: A, B and C; correct?

A. Yes.

Q. And in each of those you have an objection or criticism of the methodology

of the Florian study; correct?

A. That's correct.

Q. Okay. So in paragraph A, I believe you criticize that the Florian study did not consider interaction with food and gave -- gave the ranitidine on an empty stomach; is that right?

A. That's correct.

MS. BOGDAN: Objection to the form of the question.

BY MS. TOLEDO:

Q. Does -- isn't it true that pH goes up once one eats a meal?

A. So when someone eats the meal, pH might go up, might not go up, so -- and it depends on the condition of the patient.

It could -- for a healthy, you know, patient versus a diseased patient, you know, it could vary.

You want me to assume the typical gastric pH, which is really somewhere between 1-1/2 to 2-1/2.

Q. Okay. Well, the healthy individual is really your point under

subparagraph (b); right? I'm asking right now about the empty stomach.

A. Right.

Q. Okay? Isn't it true that fasting stomach conditions would have a lower pH than pH immediately after a meal?

MS. BOGDAN: Objection to the form.

A. In general, you know, fasted pH would be lower, but it all depends on the patient and depends on the individual.

Q. So you would have to test a specific patient to be able to determine the pH? Is that what you're saying?

MS. BOGDAN: Objection to the form.

A. It's already been done. There's just a ton of studies that show what the pH is, and the pH can range anywhere from 1, 1-1/2 to 2-1/2, and also it depends on the -- what kind of food you eat.

If you take food that have higher acidity, you know, the pH could go down, it could -- you know, depending on

really the food, you know, the drink, everything.

Q. Okay. And would you say that you have expertise in designing studies such as the Florian study?

MS. BOGDAN: Objection to the form.

A. So we modeled -- everything we've done, you know, at Emery has been modeled after some prior scientific studies.

For example, if we've done, you know, simulated gastric fluid studies, it's been modeled after Gao, it's been modeled after Braunstein, it's been -- it's been modeled after, you know, the WHO and NAP studies.

So as far as whether we can design something that would be showing, you know -- design something similar to Florian, absolutely, we would be able to on behalf -- I'm thinking that in a lot of ways, some of our Zantac food study is really a very powerful data that somewhat,

you know, builds on what Florian and Gao and Braunstein has done.

Q. But all the Emery testing is in vitro; correct?

MS. BOGDAN: Objection to the form. Overbroad.

A. What do you mean by "all the Emery testing is in vitro"?

Q. Well, the testing that you were referring to right now, the SGF testing modeled after Gao and other testing modeled after other -- Braunstein and other studies, none of those are with patients; correct?

A. We've also done work outside of MDL with Professor Mitch that was basically in vivo study. So as far as that goes, we've been involved in that kind of work, very similar to Florian.

But the work we've done as it relates to impact of food with Zantac or Zantac with sodium nitrite, they're all in vitro, and they're essentially using simulated gastric fluid and -- and looking

at the effect of the development of this carcinogenic mutagenic compound.

Furthermore, we cannot do any human study anymore on Zantac because the product was removed from the market.

If we could have, I think we would, and we had actually embarked on that study with Professor Mitch when the IRB was pulled because the product was recalled.

Q. Okay. And Emery has -- has produced documents relating to the testing that Emery did with Dr. Mitch; correct?

MS. BOGDAN: Objection to the form.

A. Everything we've done with Professor Mitch has been disclosed to the defendants.

Q. Okay. And those tests that were done following Professor Mitch's methodology were meant to try to replicate the results of the Zheng and Mitch 2016 publication, but using LC/MS; is that correct?

MS. BOGDAN: Objection to the

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I
form of the question.
A. So what we did in collaboration with Professor Mitch, I think, again, to set the record straight and give context, we -- Professor Mitch had done -- had completed a very similar study to Florian, but at the very end he was testing the level of NDMA in urine using GC/MS.
Once, you know, he became aware that we were the lab that effectively discovered this phenomenon and filed the Citizen Petition, we ended up getting introduced to him and then -- and then establishing a pro bono collaboration to effectively look at the -- essentially, running his same study under IRB to look at how much NDMA is present in urine.
Q. And Emery and Dr. Mitch designed this study together; correct?
MS. BOGDAN: Objection to the form of the question.
A. This was by and large Professor Mitch designed study where we agreed to support him on the -- on the analytical

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

LC/MS testing because he didn't have access to an LC/MS at Stanford and -- and along the way, I think some of -- a few people from our company also volunteered to participate in his study.

But when all of that was happening, we had already filed a Citizen Petition.

Once April 1st, product was pulled from the market, then IRB effectively told the -- Stanford IRB effectively told Professor Mitch that "you cannot give recalled genotoxic -- known genotoxic compound to people in your study," and that study effectively was shut down.

Q. Before the study was shut down, as you said, some Emery employees volunteered, and there were other volunteers who took ranitidine and gave urine samples; correct?

A. That's correct.

Q. And Emery Pharma analyzed those samples; correct?

A. We analyzed samples that we were given both from Professor Mitch's group and some of our own team as part of this study, that's correct.

Q. And of those samples that were analyzed, the -- nearly all of the samples failed to show any detectible levels of NDMA; is that not correct?

MS. BOGDAN: Objection to the form of the question.

A. I think -- so NDMA, as it goes through the body and gets metabolized by various, you know, liver enzymes, it gets converted to effectively methyldiazonium molecule, which is a highly reactive mutagenic compound. It's a methylating agent.

And so as a result, this methylating agent reacts, it's like a -- it's like a bull in a China shop. It's just hitting itself to everything and it reacts with everything in its path.

So we really didn't expect to see any NDMA in the urine because, you

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

know, if there was any NDMA given to the patient, if there were NDMA -- let's say there were a hundred nanograms of NDMA in a pill that you took, and let's say a thousand nanogram were produced in your -- you know, GI tract or your stomach and GI tract, you really shouldn't be seeing any -- any of this 1,000 nanogram coming through your urine if your -- if your body is performing properly and if you're a normal individual.

Q. Okay. A few questions with following up on what you just testified.

First of all, are you an expert in pharmacokinetics?

MS. BOGDAN: Objection to the form.

A. I am not an expert in pharmacokinetics, but I have conducted pharmacokinetic studies.

I've had -- I've had expert pharmacologists reporting to me that conducted pharmacokinetics.

So does that answer your

question?

Q. Yes. So, I mean, you just testified that you didn't expect to find NDMA in the urine. And my question to you is, if that's the case, why did you design and conduct a study where you expected to find no NDMA?

MS. BOGDAN: Objection to the form of the question.

Mischaracterizes his previous testimony.

A. As I stated previously, this study was designed by Professor Mitch based on a previous study that he had done in 2016, where he had seen huge amount of NDMA in urine.

So when we came up with a methodology that would -- very effectively was able to analyze ranitidine and distinguish between ranitidine -- between NDMA that's in ranitidine without really getting the ranitidine to produce NDMA, he was very interested in working with us and to see whether it was the -- you know,

whether that study was correct or not.

So when we did this study, he was quite surprised that we had effectively no NDMA in urine in most of the participants, and he was -- you know, I think that contributed to him wanting to retract his publication, his 2016 publication.

Q. And he didn't --

A. But we explored --

Q. Sorry.

A. Let me finish, let me finish.

We explored the hypothesis, you know, essentially saying -- saying -- seeing the pharmacokinetic principles to see whether we could -- what would happen if NDMA were to be released in the body and what do we get, you know, what's the impact of that.

And we weren't -- you know, we saw that NDMA effectively is getting metabolized.

Literature -- if you just take a look at my expert report, you know, on

"Carcinogenicity" section, which is page 23, NDMA very easily converts to methyldiazonium ion, and methyldiazonium ion is a methylating agent. Almost all methylating agents are hugely mutagenic, carcinogenic compounds.

Q. Okay. Let me go back to my question, okay, because you went far beyond what I'm asking you.

And my question is, based on your earlier testimony, you said you didn't expect to find NDMA.

And my question to you is, if that's the case, did you advise Dr. Mitch that this was a futile endeavor, why do this test if you were not going to find it?

MS. BOGDAN: Objection.

A. That's how science is conducted, you know? He had a prior study that showed high levels of NDMA in urine and, you know, and we wanted to essentially either confirm that or reject it.

Q. Are you -- have you read the deposition testimony of Dr. Mitch --

A. No, I haven't.

Q. -- in the Zantac litigation?

Are you aware that Dr. Mitch was a peer reviewer for the Florian study?

MS. BOGDAN: Objection to the form.

A. I am -- I am aware. He told me that he was one of the reviewers of Florian's study.

Q. And Dr. Mitch is a well-respected scientist, is he not?

A. Absolutely.

Q. Okay. And when he realized that if you use the correct methods, analytical methods to analyze the urine samples and found no NDMA, that the correct thing to do and the scientifically responsible thing to do was to retract his study; right?

MS. BOGDAN: Objection to the form of the question.

Calls for speculation.

BY MS. TOLEDO:

Q. You said you discussed this with him. That's why I'm asking.

MS. BOGDAN: He said he discussed Dr. Mitch --

MS. TOLEDO: Counsel, counsel, he can answer.

A. So the decision for him to retract his publication was entirely his.

The work he had done to determine whether there's any NDMA in urine or plasma is admirable, but if one were to actually look at -- you know, Dr. Mitch, by the way, is not an organic chemist. He's an environmental scientist, an environmental engineering scientist.

That's why he really doesn't have a access to huge body of instrumentation that's present at Stanford, so we are helping him understand that chemistry.

And I recall we're sitting down and we're talking about this, effectively NDMA should -- if NDMA -- you take 2,000 milligrams -- nanograms of NDMA and you get 2,000 nanograms of NDMA out of your urine, then, you know, this molecule obviously is

actually very safe because it actually comes out of your body. Nothing happens to it. That's the problem.

The problem is NDMA is actually metabolizes based on hundreds of publication in the literature from '60s and '70s and '80s, and it metabolizes into a super mutagenic compound.

Q. But, Dr. Najafi, this is really outside the area of expertise, is it not?

MS. BOGDAN: Objection.

BY MS. TOLEDO:

Q. Pharmacokinetics and metabolism of NDMA.

MS. BOGDAN: Objection to the form of the question.

A. It's not outside of my area of expertise as it relates to the chemistry of NDMA and its conversion into its metabolite form, methyldiazonium ion.

It's absolutely within my area of expertise, what happens, you know -- pharmacokinetics, you know, is a field that's much wider. You could have

pharmacokineticist who could effectively, you know, figure out more about it.

But the fact remains that NDMA converts to methyldiazonium ion, which is a super mutagen, and that's -- that's facts.

Q. What is your source for that statement?

A. Give me a second. It's -- my source is, just go to page 23.

Q. Okay.

A. And you have basically assessment of -- this is M7(R1), "Impurities in Pharmaceuticals, Carcinogenic Risk."

This is the Guidance for Industry, IARC NDMA, and also a very good publication by -- from MIT by Professor -- just give me a second. My professor -- I had it. I was looking at it.

Q. That's okay. I'll withdraw the question. You don't have to look this up.

A. I got it. It's Professor Swager. This is -- it's a publication by Journal of Organic Chemistry, Jessica C.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

Beard and Timothy Swager, MIT.

Q. Going back to your report and your criticisms of Florian, in Section B you raise the issue that the study only enrolled healthy volunteers.

Do you see that?

A. This is what --

Q. Page 106, subparagraph (b).

Is one of your criticisms that Florian used healthy volunteers?

A. Give me a second to collect my thoughts. I think when you do a study on a compound -- now, Florian at this point was well aware that we had published or we had effectively submitted a Citizen Petition to the FDA where we had named Zantac as a mutagenic-generating molecule, and he was well aware of that.

I think for him to design really a subpar study to look at healthy volunteers, to only look at 18 volunteers, healthy, I think in my 30-plus years in pharmaceutical industry, if I submit a study like this to the FDA and say "I want

to get my drug approved," knowing what we know about the product, FDA would laugh at me, they would laugh me out of there, their conference room.

This study is absolutely insufficient and deficient, when you only enroll --

Q. Dr. Najafi, I'm sorry. Please -- I'm sorry for interrupting you.

My question was whether your criticism was that they used only healthy volunteers, yes or no.

Can you please answer my question.

MS. BOGDAN: The doctor was answering the question --

MS. TOLEDO: No, he wasn't. He was going well beyond my question.

MS. BOGDAN: He was providing context to the answer.

A. They should have used -- they should have used more healthy volunteers. They should have used also patients who have gastrointestinal problem.

This was a very important question they were addressing and -- and there are multiple criticism, actually, that I've mentioned in my report, but hopefully that answers your question.

Q. Your theory that you state here is that healthy and unhealthy patients may have different gastrointestinal milieu; is that right?

A. That's correct.

Q. And your argument is that someone could actually test this, right, the differences in the gastrointestinal milieu?

MS. BOGDAN: Objection to the form.

A. Could you explain -- could you go back and clarify your question? It's a compounded question.

Q. Is there a way to test whether healthy volunteers and unhealthy patients have a different gastrointestinal milieu? Is that something that can be tested?

A. So, yes, it can be. They would

need to enroll patients who have, for example, GERD. They should enroll patients who are diagnosed with certain gastrointestinal things.

So if you go to a GI specialist and say, "Hey, I'm running a study to see the effect of Zantac and I'm looking at NDMA in their urine or in their plasma or blood, and I'm looking for patients that only have GERD or only have ulcer," that GI specialist would be able to say, "Yeah, I have 20 patients and I can get them enrolled in your study."

Q. Did you conduct any testing of this theory, that there is a difference in the gastrointestinal milieu?

MS. BOGDAN: Objection to the form.

A. By the time we were involved in this type of work, the drug is recalled.

Q. So the answer is no?

A. No, we couldn't do any study with the drug when it's recalled.

Q. Okay. And next, subparagraph

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

(c), you criticize the FDA because it did not analytically test the level of nitrite in the food products that the volunteers ate; is that correct?

A. Which -- which paragraph?

Q. Subparagraph (c), the next subparagraph.

A. Sure, sure.

Q. Do you recall my question?

A. Yeah, could you repeat your question?

Q. In subparagraph (c), you criticize the Florian study because the authors did not test the level of nitrite in the food products given to the volunteers; is that correct?

A. Right.

Q. Okay.

A. That's correct.

Q. So your opinion is that unless someone actually tests the levels of nitrite in a given food, one cannot reliably predict the level of NDMA formation that would occur; is that right?

A. That's correct.

MS. BOGDAN: Objection to the form of the question.

BY MS. TOLEDO:

Q. So if a cured meat has no nitrite, you believe no NDMA would form; is that right?

MS. BOGDAN: Objection to the form of the question. Mischaracterizes his testimony and report.

A. So can I -- so in -- in our business, if we're designing a study to show the effect of NDMA, and by now Dr. Florian was very well aware that nitrite, presence of nitrite could impact NDMA formation in the stomach, so why he didn't measure the level of nitrite in the food serving that he gave to his patients is absolutely malpractice.

MO MS. TOLEDO: I'll move to strike as nonresponsive.

A. Let me go further.

Q. No, sir, you're not answering my

question. I'm not asking about Florian.

I'm asking a question of your opinion, if a cured meat has no nitrite, you believe that no NDMA would form; isn't that right?

MS. BOGDAN: Objection to the form of the question.

Mischaracterizes his previous testimony and his report, and you have to let him finish his answers when you ask a question.

MS. TOLEDO: I don't have to let him go on and on if he's not answering my question, with respect.

BY MS. TOLEDO:

Q. So if you could please answer my question.

MS. BOGDAN: The question you asked is broad and he was answering the question, but...

A. Repeat your question again, please.

Q. If a cured meat has no nitrite, do you believe that no NDMA would form; is

that right?

MS. BOGDAN: Again, I state my objections that I've stated before.

A. The data is very well laid out in our report, and I can walk you through our report. You know, assessing the amount of nitrite in cured meat is critical because cured meat doesn't mean it has nitrite. There are cured meat that have nitrites and there are cured meats that have no nitrite, and there are --

Q. And if that's the case, is there a difference?

MS. BOGDAN: You're cutting off the witness again.

A. And there are no --

MS. BOGDAN: He was not done answering -- wait, Dr. Najafi, please.

He was not done answering his question, and I am sure the stenographer is having a hard time taking down the questions and the answers, so we need to allow the witness to finish, and if everyone

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

could slow down so, Dr. Najafi, I can interpose objections if I have them between the question and your answer.

A. We specifically looked into that. We measured the amount of nitrite in food whereas Florian did not, and that's our -- our next major criticism.

Q. I want the record to be clear so I'm asking the question again:

If a cured meat has no nitrite, you believe that no NDMA would form from ranitidine, is that --

A. That's not accurate.

Q. So that's not your opinion?

A. As I mentioned this before, we explored this already.

The data is laid out in my report. Let's walk through it together, if you like. We assessed --

Q. No, I just --

A. We assessed the amount of nitrite in the food and we assessed food with absolutely no nitrite and we looked at the levels of NDMA.

Q. So using your own reasoning then, if someone said that they took their Zantac with any particular meal, you would have no way of knowing whether NDMA would form unless someone analytically tested the level of nitrite in that specific meal; is that right?

MS. BOGDAN: Objection to the question. Mischaracterizes the report and the testimony.

A. You -- you would -- you know, there are foods that have zero nitrites that could contribute to NDMA formation. There are food that have zero nitrite that don't contribute to NDMA formation.

But 100 percent of the time food with nitrite will contribute significant amount to NDMA formation.

Q. Aside from the testing that Emery has done, can you cite to me a single study that supports the opinion you just stated?

MS. BOGDAN: Objection to the form.

A. So this is all laid out in my expert report. If you want, I can walk you through it. We have cited many publications.

There are -- you know, in fact, there are issues with what is the physiological amount of nitrite. You know, NAP study recommends 40 millimolar, Gao -- Braunstein says 50 millimolar is potential, you know, several other investigators say .3, .6. Gao says .1.

We think that physiological amount nitrite level could be anywhere from, you know, nothing to 70 millimolar, and it's all been stated in my expert report and I can actually walk you through it if you want.

Q. Can you cite, as you sit here today, any study that finds that food without nitrite can form NDMA?

MS. BOGDAN: Objection to the form of the question.

A. Right now, off the top of my head, you know, unless we walk you through

my expert report, I can tell you our studies are rooted in WHO NAP study, they're rooted in the work that Dr. Tanner did at GSK, they're rooted in the work Gao has done.

There's a lot of studies in 1970s where they looked at food -- nitrited food in the late '60s and early '70s.

They're laid out in my expert report, you know, on the -- basically, page 91.

Q. Okay. I want to -- thank you.

We can go on.

I want to discuss your consumer experience testing next, okay?

A. Okay.

Q. All right. And when I refer to "consumer experience testing," that means the sun, shade, shower and zone experiments; is that fair?

A. That's fair.

Q. Okay. And I believe that Emery produced a protocol for all this testing.

Do you remember that?

A. If you want me to recall something out of those protocols, I think we should -- you should show them to me.

Q. Okay. Well, I'll represent to you that it was one protocol only and it was undated, okay?

A. Okay.

Q. Does that refresh your recollection?

A. Well, you know, what's -- what's your specific question?

Q. Can you tell me when -- what the date was when those protocols -- when that protocol was created?

A. No, I cannot.

Q. Okay. Now, your protocol sets forth all the literature and regulatory guidance documents that you relied on when designing your experiments; correct?

MS. BOGDAN: Objection.

A. If you show me the -- you would need to show me the protocol.

MS. BOGDAN: Object to the form of the question.

A. I have my Egnyte in front of me.

Q. Your -- your consumer experience testing used a combination of expired and unexpired ranitidine products; correct?

A. I would have to consult my expert report to be absolutely accurate.

Q. You did not conduct your consumer experience testing with any control group composed of ranitidine samples held either at room temperature or under refrigerated conditions; is that right?

MS. BOGDAN: Objection to the form of the question.

A. I think I would need to go to my report.

Q. Without looking at your report, you cannot recall?

A. I cannot -- I cannot pull numbers out of my head, unfortunately.

Q. I'm not asking about numbers.

I'm just asking whether the samples were both expired and unexpired product provided by the defendants.

A. It -- it --

MS. BOGDAN: Objection to the form of the question.

A. That's what I want -- that's what I want to check, to make sure they were -- whether they were expired or unexpired.

Are you talking about the car, sun, shade and bathroom studies?

Q. Yes. Actually, if you go to paragraph 250, I believe that will answer your question.

A. Okay.

Q. And you list there the expiration dates.

Do you see that?

A. Yes.

Q. So isn't it true some of the samples were expired and some were unexpired?

A. Let me check.

Sanofi, 75 milligram, July 2022 expiration date; Walmart expiration date, April of 2021.

So, yeah, you have Sanofi, 150 milligram, January of 2022.

Sure. So some expired, some unexpired.

Q. Okay. And you personally have not conducted any statistical analyses on the consumer experience data; correct?

A. We have not conducted any statistically -- statistical studies. We were not asked to conduct statistical study. I believe the MDL plaintiffs had retained someone to help them with that.

Q. Okay. All of your experiments included simulated conditions, according to your experimental design; correct?

A. There were -- all of the experiments we've done -- so we've done multiple stability studies, we've done ICH guideline zone stability studies, and these are multiple zones, recommendations from effectively International Committee for Harmonisation, FDA, EMA, Japan, where they agreed that depending on where you are on the planet, if you are in, you know,

Sub-Saharan Africa to jungles of Brazil or in Alaska, your pills could experience different condition, different heat, different humidity.

So they recommended a study which we conducted, and those are -- you do those types of studies to gain insight into what's going -- happening with your product you want to market.

The car --

Q. Sorry. Go ahead.

A. The car, the sun, shade, bathroom, they're rooted in, you know, publications conducted and they're all rooted in publications.

We use those publications as the basis of our work and the data we have is absolutely valid.

Q. The car study, can you tell me what agency recommends the car study as Emery ran it?

MS. BOGDAN: Objection to the form of the question.

A. What -- what do you mean by what

agency?

Q. Well, I believe you testified that you were relying on ICH guidelines and recommendations from the International Committee for Harmonisation, FDA, EMA, Japan, and I'm asking which of these agencies, if any, recommend the design of the car study that Emery conducted.

MS. BOGDAN: Objection to the form. Mischaracterizes the report.

A. According to -- so basically ICH guideline sets the parameters for the zone 1, zone 2, zone 3, zone 4 and accelerated. It's a must.

But if you read through their -- the guidance for industry, for stability testing, it's called Q1, you know, something, something. It's says "guidance for industry stability testing," if you search my report, you'll find it.

It basically says if you are suspecting certain genotoxic, certain compound of cohorts of concerns, you know, if you have alerting structures on your

compound that worries you, do extreme conditions, do test in various form so you can gain insight into how you should be actually using it, how you should be shipping it.

And, you know, we, in fact -- personally I had meetings with the FDA and they asked me to conduct studies that would simulate sun -- a car in the sun and car in the shade to effectively show if the product is going to survive, so, yes. And that would impact the label.

So then you would have to put on the label that you have to keep this product cold or you have to put this product -- refrigerate it or minus 80 or what have you.

Q. When was this meeting with FDA?

A. Oh, this is --

MS. BOGDAN: Objection to the form of the question.

THE WITNESS: Sorry.

BY MS. TOLEDO:

Q. You can answer.

A. The -- this is regarding a different product that I was developing at my previous company almost 10 years ago.

Q. Okay. So it has nothing to do with the car study that you ran relating to ranitidine samples; correct?

MS. BOGDAN: Objection to the form of the question.

He was giving his --

A. I mentioned to you, the guidance is very well written and it says if you have suspicion of -- if you are getting indication of certain genotoxic compound, you need to go further into various conditions. They don't even say how you should do it. Do whatever you need to do. I will have to refer you to my report.

Our study is really based on a peer-reviewed publication related to temperatures that a car can -- you know, essentially on the go during summer.

This study was actually -- was about risk of leaving children's -- children in the car during summertime.

And the bathroom study was also a study that was done by Japanese, you know, scientists on that, so...

Q. Dr. Najafi, are you aware of anyone else, regulatory agency or researcher, who recommends the car study methodology that Emery used in the testing of ranitidine, anybody who has done this test anywhere in the scientific literature?

MS. BOGDAN: Objection to the form.

A. The guidance for industry -- I have to look that up. The stability study guidance for industry... just one second, please.

Q. I'm not asking for stability studies generally.

I'm asking for the car study.

A. Yeah --

MS. BOGDAN: Form objection.

Objection to the form.

The car study is a type of stability study.

A. Q1A --

MS. TOLEDO: And if counsel would please stop coaching the witness. Thank you.

BY MS. TOLEDO:

Q. Go ahead, Dr. Najafi. Sorry to interrupt you.

A. The guidance for industry, Q1A (R2). I highly recommend you review that.

They give you effectively an open sort of a situation where they say, you do what is necessary. You do what is needed.

And the study that we did for car, shade, it's not outrageous. It actually is a -- potentially can happen, even can happen in the worst situation.

We did a study 10 years ago, as a pharmaceutical executive, we were told "design a study that would show your product will survive heat and humidity and this and that."

And our study was basically -- basically was to ship our product by UPS to someone in New York and then ship it to

someone in Florida and then have it shipped to Arizona, Texas and back to California and then open the bottle and analyze it.

So that is a study design that you asked me, yeah, we had to do for the FDA.

Q. Did you do that in this case for the ranitidine samples?

That test that you created for your product to be presented to FDA, did you do that here?

MS. BOGDAN: Objection to form.

A. So this study that...

MS. BOGDAN: You could answer.

A. This study design was very similar to what I did 10 years ago, and it simulated -- it gives you some latitude, the guidance for industry give you some latitude to design.

And we wanted it to be rooted in a publication. And that's -- and the publication -- and, in fact, one of my colleagues, a Zantac user, kept his Zantac in his car, as a matter of fact, because he

would go have a spicy food and he would come back to his car and he wanted to have his Zantac available to him.

Q. Did you test that product that was kept in a car?

A. No.

MS. BOGDAN: Objection to the form.

BY MS. TOLEDO:

Q. Have you conducted any test where any ranitidine product was actually stored in a car in real-world conditions?

MS. BOGDAN: Objection to the form.

A. We have not tested Zantac pills in a -- anybody's car.

Q. Okay.

A. We are a contract research -- we're a research lab and we -- our focus was to see -- you know, we assumed the product has zero NDMA when we embarked on this study, and once our LC/MS method was developed, we realized we don't have 3 million nanograms, but we have hundreds or

a thousand nanograms.

So we assume that the product, you know, effectively, whether it has NDMA or not, and we -- you know, we've shown that the product is both thermally unstable, we've shown the product effectively is a time sensitive -- you know, it's a time, temperature and humidity sensitive compound.

Q. You have never conducted a test where you actually stored ranitidine in a real-world shower or bathroom and then measured the levels of NDMA, did you?

MS. BOGDAN: Objection to the form.

A. We tested the products provided by the defendants, hundreds and hundreds of bottles. Those products went through the supply chain. They went through the pharmacy. They went to Walmart.

We got products back from Costco. We got products from Amazon. We got products -- I don't know -- from all corners of the planet.

We have multiple refrigerator full of defendants' product, and we tested those products, and those are real-world condition. And the baseline is, we saw -- you saw it. You see it in our expert report.

Q. My question was, have you conducted a test where you actually stored ranitidine in a real-world bathroom and then measured the levels of NDMA in that product? Not a simulated test, but where you actually stored it in a real-world bathroom, real-world conditions.

MS. BOGDAN: Objection to form.

A. We have not conducted a study in a real-world bathroom.

We simulated a bathroom condition with humidity and heat, and that was our methodology. It was -- it's reproducible. We had control around it and we had testing capability around it.

It was not very feasible for us to have somebody take it, put it in someone's bathroom.

We wanted to have some -- we wanted to have some science control around that activity.

Q. Dr. Najafi, do you understand that ranitidine degrades into other products, other than NDMA?

A. Yes, I'm aware that ranitidine breaks down under extreme conditions into a number of impurities that they are listed by the defendants in various filings and were available, and of course there are publications by Yokoo and others and the defendants says, so we're aware of all of those.

Q. And as a professional working with pharmaceuticals for such a long time, as you have, would you agree that all drug products have impurities?

MS. BOGDAN: Objection to form.

A. I cannot sit here and say all drug -- all drug products have impurities. I cannot -- I don't know.

Q. Okay. So you believe that some drug products are 100 percent pure?

MS. BOGDAN: Objection to form.

A. Some drug products may be -- may be extremely pure, depending on the purifications, depending on the, you know, stability of the drug, yeah, you know, you could have.

But in majority of the cases, drug products will have some impurities.

Q. Okay. And have you ever investigated what color each of ranitidine's impurities are?

MS. BOGDAN: Objection to the form.

A. We were not asked to investigate the impurities that are formed as a function of breakdown of Zantac.

I think if we had time we would have been interested. But that's really another -- it's a Ph.D. dissertation, and already Yokoo has done this work. A number of people have presented this work.

Q. Do you consider color change to be a reliable indicator of a drug's stability?

MS. BOGDAN: Objection to form.

A. Sometime color change is indicative of drug breaking down, and the breakdown products may be harmless, but the breakdown product may be very hazardous.

As a pharmaceutical executive who at one point worked for Sanofi-Aventis and worked for various companies, including my own, NovaBay, if I see my drug changing color, I would be very concerned. I would want to investigate it. I would want to isolate, find out what that colored impurity is, and along the way I may find out the drug is developing NDMA.

NDMA is a colorless product, by the way.

Q. So can you say at what concentrations NDMA would be present in ranitidine based on color?

MS. BOGDAN: Objection to the form.

A. As I mentioned before, NDMA is a colorless molecule. So if a change in color is occurring in a molecule -- you

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I
know, let's say any molecule, let's not talk about ranitidine -- if a change in color is occurring, and I do a thorough root cause analysis into that color change, I may come across NDMA accidentally.

Q. So you do not have any evidence that the levels of NDMA are associated with color changes in tablets of ranitidine; isn't that true?

MS. BOGDAN: Objection to the form.

A. The color change in a drug should initiate a thorough root cause analysis.

Q. If color change is so important, did the Emery analysts make note of color changes in reporting on the testing that was done on ranitidine products?

MS. BOGDAN: Objection to the form.

A. Would you repeat? I kind of lost my train of thoughts.

If Emery analyst?

Q. Did Emery analysts who were

running the analyses of ranitidine products report color changes as part of their recordkeeping?

A. I believe they have, and they have noted color changes as a function of their stability testing that they've conducted.

They've also reported odor and -- but keep in mind, we -- we are -- we had a single focus. Our, you know, sort of singular focus was how much NDMA is being produced under various conditions: Temperature, time and humidity.

We were not paying attention to Impurity A, Impurity B, Impurity C, you know, nitroso, you know, blah, blah. None of that.

We were just looking at NDMA only. We weren't even looking at -- so there are many, many nitrosamines, you know. We weren't even looking at those nitrosamines. We were just looking at one molecule: NDMA.

Q. Are you saying that there are

other nitrosamines generated from ranitidine that you have found in your testing?

MS. BOGDAN: Objection to the form of the question.

BY MS. TOLEDO:

Q. I just want to clarify what you just said.

A. So nitrosamines is a -- is a family, right? So it's a family of compound. There are probably about millions of nitrosamines.

NDMA is a member -- a very, very renowned member of that family. And that's all. We investigate only NDMA.

Q. Going back to the question of color change, did Emery analysts take photographs of ranitidine tablets that showed color change?

A. I believe they have.

They have some representative pictures that I've seen.

Q. I'll represent to you that we have looked through all five of the lab

notebooks and that there is only one photograph of a ranitidine tablet showing color change.

Is it your understanding that there are more?

MS. BOGDAN: Objection to the form.

A. I think they noted the color change. We have been concerned about the color change.

But as I mentioned before, which record should show, NDMA is a colorless impurity, colorless and odorless impurity, and our focus was NDMA.

Q. Since you mentioned odor, in your expert report you write that:

"Another indication of ranitidine degradation is odor. Odor oftentimes indicates the release of a volatile compound.

"The ranitidine molecule has a disulfide moiety in the center of the molecule" --

A. Which paragraph are you reading?

Excuse me. Sorry.

Q. "The ranitidine molecule has a disulfide moiety in the center of the molecule. Low molecular weight disulfide molecules are well-known for their odors."

Do you remember writing that? Paragraph 80 of your report.

MS. BOGDAN: He asked for a reference. Did you say paragraph --

A. Paragraph 80?

I do remember. Let me just review quickly versus my memory.

Yes, I do recall that one.

What is your question?

Q. So my question is, so you used the term "disulfide moiety" in this paragraph; correct?

A. Yes, right.

Q. NDMA does not contain a disulfide moiety; isn't that true?

A. So I think you are mischaracterizing my statement in my expert report. Again, if I may read that.

Q. I'm asking you as a chemist,

does NDMA contain a disulfide moiety?

A. No, so -- you know, this is, again, you're not -- you're mischaracterizing my -- my paragraph.

"During our testing of ranitidine, an odor was noticeable.

"The defendants were aware of the observation of odor associated with heat and humidity conditions."

The odor should have an -- should have been an indicator that ranitidine is breaking down to its compounds. Hence, a thorough root cause analysis, which is what I already stated, it should have initiated a root cause analysis.

The odor would not have been due to NDMA, but that breakdown should have initiated a root cause analysis.

The disulfide happens to be within the, you know, ranitidine molecule.

Q. I will represent to you that, again, we looked through the five lab notebooks and cannot identify a single

instance where odor was noted.

My question to you is, do you have any basis to disagree about the testing that was done at Emery, whether the analysts observed an odor.

MS. BOGDAN: Objection to the form.

A. The presence of odor -- and we -- you know, we have noted both odor and color change -- the presence of an odor at the manufacturer's facility or during the stability study should have alerted them that they should investigate this odor.

The odor wouldn't be due to NDMA. But as a result of their investigation, they would have discovered NDMA.

Q. Going back to the question of color and what was reported in Emery's documents, I wanted to ask you some questions about that.

In your baseline testing, despite testing over 200 ranitidine products stored for years, were all

recalled from the market, not a single tablet tested was slightly discolored; isn't that true?

MS. BOGDAN: Objection to the form.

A. Are you making a statement or are you asking me a question?

Q. I'm asking you a question.

There was no indication in Emery's documentation that the products were discolored when they arrived at Emery?

MS. BOGDAN: Objection.

A. So for you to know if something is discolored, you have to have some references, reference base.

So if I give you aspirin that is yellow, you wouldn't know that that was discolored. You'd think that's the color of the aspirin.

Q. Well, Emery --

A. But if I give you aspirin that was white in color and then -- and then give you, you know -- and after, and then you see some -- and you see some yellow

colored aspirin, then you would say, "Oh, there's white and yellow. There's something wrong here."

So the shipments we received, they all came at the same time. We had no reference. Even if they were discolored, we wouldn't know.

Q. Well, that's not quite true, is it, sir, because you had Zantac products that Emery purchased from the marketplace and that you used for your Citizen Petition testing, so you had -- you had looked and tested samples of Zantac products and of several different brands that you purchased in 2019; isn't that true?

MS. BOGDAN: Objection to the form of the question.

A. The products, the pills, the bottles that we received from different parts of the planet, you know, came -- that comes from Sanofi, from GSK, from BI, from different API manufacturers in Mexico, Italy, you know, so, you know, you could have slight variation in color from

different -- even 15 batches, you could have small color variation. We wouldn't be able to know.

Q. But there are no notes about color change in the lab notebooks.

Would you agree with that?

MS. BOGDAN: Objection to the form.

A. I have personally seen a lab notebook by Dr. Ryan Cheu that has a picture of ranitidine in it and shows the color change.

If you want to, you know, if you want to go through some of -- one of his lab notebooks, I'm happy to show it to you.

Q. But that wasn't for a baseline test.

A. We --

Q. The color change picture is from a tablet that had undergone stability testing; isn't that true?

MS. BOGDAN: Objection to the form.

A. We are looking at the impact of

various environmental conditions and the result of -- you know, and formation of NDMA. The -- we're not assessing the baseline color change.

So, again, as I mentioned to you before, if I go and buy aspirin today from the store and bring it here and it's slightly discolored, I wouldn't know.

Q. In your sun testing, despite exposing the tablets to 70 degrees centigrade for up to 50 cycles, isn't it true that not even a single tablet was discolored?

MS. BOGDAN: Objection to the form.

A. Which document, what are you looking at that indicates that?

Q. I'm -- I'm just asking you, are you aware of any tablet that underwent the sun testing and that was reported as having discolored?

MS. BOGDAN: Objection to the form.

A. We tested hundreds and hundreds

of pills, and I cannot recall off the top of my head whether we saw any discoloration from the sun/shade/humidity studies.

But in generality, you know, there's -- there have been reports -- in fact, through some of the documents that I reviewed from the defendants, I think China, you know, various defendants who had -- who were collecting complaints, that had collected complaints that there were discoloration, there were odor, you know, things like that is common in -- in the defendants' sort of, you know, reports.

And -- and root cause analysis was not properly conducted, in my opinion. And I think what they did was, they changed the color of the excipient so that the color change would not be very visible.

That was from my -- you know, sort of some of my reviews of documents.

I can't recall exactly which document it was, but it's part of the trove of documents that we received from the defendants. But --

MO MS. TOLEDO: Move to strike as nonresponsive.

BY MS. TOLEDO:

Q. Dr. Najafi, my question is not about what you learned from documents.

My question is, from the testing that Emery Pharma conducted, did the testing -- did the analysts observe color changes after the testing was completed?

A. We tested hundreds of pills, and I cannot recall off the top of my head if -- if -- you know, what you're talking about.

If you have a document that I can confirm or deny, I'm happy to, you know, discuss that.

Q. Where would this information be noted? In the lab notebooks?

A. It would be in my expert report or it would be lab notebooks.

Q. Okay.

MS. TOLEDO: Let's go off the record for a moment, please.

THE VIDEOGRAPHER: Going off the

record.

The time is 4:32 p.m.

(A recess was taken.)

THE VIDEOGRAPHER: We are back on the record.

The time is 5:27 p.m. Pacific Time.

This is the beginning of Media Unit 6.

MS. TOLEDO: I just want to make this statement on the record.

That the parties have conferred. We are going to go forward with the deposition of Dr. Najafi for approximately another hour today and have agreed to start an hour earlier tomorrow, at 8 a.m. Pacific, and that we will conclude the deposition in its entirety tomorrow, is what we are willing to agree to in terms of scheduling. Okay?

MS. BOGDAN: Proceed expeditiously tomorrow.

MS. TOLEDO: Yes.

BY MS. TOLEDO:

Q. Dr. Najafi, turning to the Emery Pharma testing with meat products, Emery Pharma conducted simulated gastric studies; correct? You need to say it.

A. Yes.

Q. Okay. And those tests involved meat products that, if we look at your report, paragraph 211, the second sentence of that paragraph, you say that:

"Each meat product was evaluated for the nitrite levels at the onset of the experiment following methods published by Hu, et al."

A. Right.

Q. Do you see that?

A. Yes, I do.

Q. Okay. Now, Hu 2021 determined nitrite content in pharmaceuticals; correct?

A. Could you repeat your question?

Q. Yes. The study by Hu dated 2021 determined the nitrite content in pharmaceuticals; correct?

A. The -- I'm not -- I'm not looking at that study.

Do you have that -- can you share that with me?

MS. TOLEDO: Yes. Let's mark it as the next exhibit. It's Tab 55.

THE WITNESS: Okay.

MS. TOLEDO: I believe that will be Exhibit 14.

THE WITNESS: Okay.

MS. BOGDAN: Carmen, when you're referring to "Hu," you're referring to H-U. Not "WHO," W-H-O; right?

MS. TOLEDO: Correct.

THE WITNESS: Oh, you're saying "WHO" --

MS. TOLEDO: Yes, H-U --

THE WITNESS: W-H-O.

MS. BOGDAN: No.

MS. TOLEDO: No, H-U 2021, which is cited in your paragraph 211.

THE WITNESS: Okay.

THE CONCIERGE: Confirming the Tab 55, correct?

(Exhibit 14 marked for identification, multi-page document, Jingli Hu study.)

MS. TOLEDO: Yes.

THE WITNESS: 55?

MS. TOLEDO: Well, it will be Exhibit 14.

THE WITNESS: I don't have it.

THE CONCIERGE: It's up now.

THE WITNESS: Exhibit 14.

BY MS. TOLEDO:

Q. And the Hu study is entitled: "Determination of Dimethylamine and Nitrite in Pharmaceuticals By Ion Chromatography to Assess the Likelihood of Nitrosamine Formation."

Do you agree?

A. I see what the title is.

Q. Okay. Thank you.

Now, this study, Hu 2021, was not specifically validated for analyzing the levels of nitrite in food products; correct?

A. I have to look at the -- look at

the study.

Q. Have you had a chance to look at the --

A. I'm reviewing the publication.

Q. But you've read it before; right? You cited it in your report.

A. I did, I have, but I need a -- I need a refresher.

Q. Dr. Najafi, my question is simply whether the Hu study says anything about testing the levels of nitrite in food products.

A. The Hu study is a very recent study. I think the reason why we like that study is because it's -- it's, you know, one of the most recent publications that utilizes ion chromatography to determine nitrite dimethylamine and it's -- but that methodology, pharmaceuticals, the matrix of pharmaceuticals and matrix of food, as long as you have a method that is validated, you can do the proper validation, you can use that method and just make sure the matrix is, you know -- the matrix effects are

examined, so...

Q. So did -- but neither you nor anyone at Emery validated the method in the Hu study for use in food products; isn't that true?

A. No, we are -- we are --

MS. BOGDAN: Objection to the form of the question.

BY MS. TOLEDO:

Q. You can answer.

A. Right. So we are -- we don't need to be directly, you know, using that methodology, but you could inspire that methodology to detect nitrites in other matrix, which is food, in this case.

Q. Did Emery perform validation of this methodology?

MS. BOGDAN: Objection to form.

A. I don't have it.

Do you have -- do you have our protocols for nitrite testing?

Q. Well, I'm asking if you know whether Emery validated the method for use in the analysis of food products.

A. I'm sure -- I'm sure we have done proper validation for the analysis of nitrite in food.

Q. Okay. And if Emery did do the validation, I believe you said before you have produced all of that data; correct?

A. I believe so.

Q. Okay. And if there is a protocol, you produced it; correct?

A. Absolutely.

Q. Okay. Now, I want to ask you about how Emery calculated the nitrite concentrations in SGF; okay?

A. Okay.

Q. So first Emery tested how much nitrite was in a certain food product; correct?

A. Uh-huh.

Q. Yes?

A. Yes.

Q. Okay. And specifically, Emery tested sausage, ham, bacon and hot dogs; correct?

A. Are you referring to my expert

report or are you getting that information from elsewhere, from...

Q. Well, I am getting it from your report and from the documents, the data that you've produced.

A. Okay.

Q. Is that not your understanding?

A. Yeah, that's -- I'm looking at page 100 of my report.

Okay. What's -- what is your question?

Q. The question was to confirm that you tested sausage, ham, bacon and hot dogs; is that true?

A. We are reporting sausage, ham, bacon and hot dogs, and we're determining nitrite in those -- and we're comparing them for -- to Florian numbers, that he's quoted on the literature.

Q. Okay. And for the products that were tested, Emery tested -- strike that.

For the products that were tested, how did Emery test the products, just as they were pulled out of the package

or were they processed in any way?

A. So typically, I -- the -- the meat is purchased from a store and -- and then based on serving size, is measured, and then basically distributed into the various study that needed to be done.

Q. In other words, you didn't cook these products from how they were purchased from the store; is that true?

MS. BOGDAN: Objection to the form.

A. We have no kitchen here to cook.

Everything, they come as is.

And if they were precooked, they were precooked. If they weren't, you know, they were used however they came.

Q. And if they were precooked, you would have noted that in your report, wouldn't you?

A. It should -- it should be.

Q. Do you know whether they were cooled or room temperature when they underwent testing?

A. I have to quickly take a look at

my reports. Food I believe was purchased from a grocery store. They were kept in the refrigerator, at refrigerator temperature, and when they were ready to do the study, it was -- you know, the study was -- the meat was prepared, and of course the incubation in SGF was done I believe at 37 degrees Celsius, biological relevant temperature.

Q. And when designing your experiment, did you know that when meats are cooked, the levels of nitrite go down?

MS. BOGDAN: Objection to the form.

A. I don't have any information to that. Do you?

Q. Well, let's look at -- strike that.

Did you conduct any testing to assess whether cooking methods make a difference in the levels of nitrite?

MS. BOGDAN: Objection to the form of the question.

Assumes facts that are not

reflected in the report.

A. My report is entirely focused on effect of meats that we purchase from store, we brought it in.

And we were not focused on nitrite, what happens to nitrite, whether you cook it, whether you freeze it, whether you, you know, do any of that.

So we got the meats. We put it into the study I would say pretty promptly, and the levels of nitrites, as it's shown, is relatively comparable to what Florian is proposing.

Florian doesn't have any validity to their numbers, but we have -- we have roughly similar numbers.

Q. But you actually did test for nitrite, did you not?

A. Yes, we have.

Q. Okay. And based on the ion chromatography method that you used to measure nitrite, you were only measuring unprotonated nitrite; correct?

MS. BOGDAN: Objection to the

form.

A. Would you repeat that question?

Q. Based on the ion chromatography method that you used to measure nitrite, you were only measuring unprotonated nitrite; isn't that true?

A. So you're measuring at NO2 minus. The nitrite, sodium -- you're measuring sodium nitrite, you're measuring the nitrite ion, that's correct.

Q. And assuming that the analytical measurement is correct, you then calculated what the concentration of nitrite would be once you pour that nitrite into simulated gastric fluid; correct?

MS. BOGDAN: Objection to the form.

A. So we measured the concentration of nitrite that was present in the SGF.

So the nitrite concentration came directly from the SGF, so samples were taken and were measured.

But you correctly say that we're measuring the analytical measurement is the

nitrite, it's the salt, sodium salt of the nitrite.

However, just for the record, nitrite has a pKa of 3.5. So at pH of roughly 2 or 1, 99 percent of the nitrites are in the form of -- in the very active form of nitrous acid.

Q. There will be less unprotonated nitrite at higher pH; is that true?

MS. BOGDAN: Objection to the form.

A. Depends on what pH.

If you give me a pH, I can tell you the percentage of nitrite versus nitrous acid.

For example, at pH 7, majority of the nitrite is going to be in the form of sodium nitrite.

So a meat, for example, bacon at -- which is by and large at pH 7, you have the sodium nitrite present.

But the moment you put it into the stomach or the simulated gastric fluid, all of a sudden the sodium nitrite is going

to get released into nitrous acid, which is the dangerous form of the nitrite.

Q. And, I apologize, I think I misspoke before.

There should be less protonated nitrite with the higher pH --

A. No, you were correct. You were correct.

That at higher pH, there are less protonated nitrite because they're in the form of sodium salt of the nitrite and they are very stable.

That's why if you buy nitrite salt, you know, they come in sodium nitrite form, you can get nitrous acid because it's just very unstable.

Q. And the concentrations of nitrite that were calculated, did you perform those calculations yourself?

A. It was calculated by my team. I oversaw it. I absolutely believe in it. It's also -- it's consistent with what they're reporting in the, you know, literature.

In fact, some of our nitrite concentration may be even less.

Q. Okay. Well, have you reviewed the expert report of defendants' expert, Dr. Guengerich?

A. No.

Q. Okay. Dr. Guengerich made some calculations that I want to just show you.

MS. TOLEDO: So if we could introduce Tab 9A as the next exhibit, please.

THE CONCIERGE: Hang on.

THE WITNESS: 9A...

THE CONCIERGE: It's slightly bigger. It's taking a second.

I'll let you know when it's loaded.

THE WITNESS: Okay.

MS. TOLEDO: And, David, when you're ready, if you could go to PDF 182.

THE CONCIERGE: It's up.

(Exhibit 15 marked for identification, multi-page document,

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

Report of Dr. Guengerich.)

THE WITNESS: What exhibit number is this?

MS. TOLEDO: Exhibit 15.

THE WITNESS: Okay. I don't have it.

THE CONCIERGE: Please refresh.

Can you confirm that page again, please?

MS. TOLEDO: 182.

And if you could expand the table, Table 7. It might be PDF page 182. There. Table 7.

MS. BOGDAN: What page of the report is that on the bottom?

179? Okay.

BY MS. TOLEDO:

Q. Can you see Table 7, Dr. Najafi?

A. Yes, I see.

Q. Okay. And do you see that Dr. Guengerich presented in the first four columns the same information as in your Table GG of your expert report?

A. Uh-huh. Okay.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I
Q. Okay? And except for, as the caption says, the bracketed values.
A. Okay.
Q. So he added the bracketed values; okay?
A. Uh-huh.
MS. BOGDAN: Objection.
BY MS. TOLEDO:
Q. I'm looking for your Table GG.
Now, if you would look at your Table GG in your report, in your initial report, those numbers -- you've confirmed that they're the same numbers that Dr. Guengerich has used in his table, except for the last column; correct?
A. You have to give -- allow me time to reorient myself to your report.
I can't -- hang on. I lost your view.
MS. TOLEDO: We need that back up.
THE WITNESS: I only see the gallery. But what page was that in his report, counsel? You mentioned --

MS. TOLEDO: 170...

THE WITNESS: What's the page number? 182?

MS. TOLEDO: It's 179 of the report. I believe it's page 182 on the PDF.

THE WITNESS: Okay. So what page would that be? I'm looking at the "Evidence" in his...

BY MS. TOLEDO:

Q. So he notes in the bracketed values that -- he notes on his table that the bracketed values are from the produced files -- that is, the Emery production documents -- and they have a different serving size.

That's what Dr. Guengerich's report says; right?

MS. BOGDAN: Objection to the form.

A. I'm -- I'm not -- I have to, you know, spend a little bit of time just doing some calculation. I can't just accept his numbers.

Obviously he spent quite a bit of time doing the -- doing calculation here. I don't have my calculator with me. I can't do it.

Q. Okay. Let's just go to -- let's just go to the footnote at the end of that page, and Dr. Guengerich then describes his calculation in footnote 34.

Do you see that?

A. Right.

Q. And he states there, the third sentence in the footnote:

"The difference between my calculations and Dr. Najafi's are by a factor of 250 using the values in the brackets, meaning his calculations appear to be derived using a 1-milliliter volume instead of a 200-milliliter volume."

Do you see that?

A. No, I don't. You know, where are you pointing?

Q. The third line in the footnote that begins "the difference."

A. "The difference between my

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I
calculation and Dr. Najafi's are by a factor of 250." Okay, and -- okay.

Okay. And "using the value bracket, meaning his calculations appear to be derived using a 1 milliliter of volume instead of a 250...

"However, nowhere does it state a 1 milliliter" -- so for "the expert report states..."

I would -- I would have to -- you know, this should be given to us so we properly do a proper calculation and properly do a rebuttal.

You know, I just cannot give you any, you know, statement right now. It's a lot of stuff going on here.

Q. Didn't you already respond to Dr. Guengerich in your rebuttals?

A. I don't believe so.

Q. You don't recall addressing opinions from Dr. Guengerich in your rebuttal report?

A. I don't recall.

Q. Okay.

A. Just -- just, you know, hang on one second. Let me just do something here.

So it's -- in second sentence it says "the molecular weight of nitrite is 46 point" -- "46 grams per mol," okay?

Do you see that?

Q. Yes. Do you disagree with that?

A. Do you know how to calculate the molecular weight of sodium nitrite?

Q. I'm asking if you disagree with that statement.

A. I disagree with the molecular weight of the nitrite that he's calculated.

We already discussed it. It's sodium nitrite and it's NO2.Na. This is just back-of-the-envelope calculation: 16 times 2 plus 14 plus 23.

It's 69. Not 46.

Q. Did you just make these calculations on your phone?

A. Yeah. I mean, just -- you know, just looking at it, this needs to be properly responded to.

Q. Well, and I'll just remind you

that you have, in fact, responded to Dr. Guengerich in your rebuttal report.

MS. BOGDAN: Objection to mischaracterizing the report.

A. I have not responded to this portion specifically. I don't recall.

Q. Okay. So putting aside --

A. I might have -- I might have missed it, but, you know, no, I haven't seen this calculation.

Q. Dr. Najafi, did you write your expert report?

A. Yes, I have.

Q. Did you write the rebuttal report?

A. Yes, I have.

Q. And your second rebuttal report?

A. Yes, I have.

Q. Putting aside the calculations here, did you even attempt to actually measure the total nitrite present once you actually added food into SGF?

A. We -- that's what we did.

We measured the sodium nitrite

in -- in the SGF mixture.

Q. What was the pH of your sodium nitrite mixture?

MS. TOLEDO: You can take that down.

A. I have to look at the -- my expert report and the protocol, the actual protocol. But my guess would be around -- it would be around 1.5 to 2 pH.

Q. Did you make any attempt to calculate the amount of protonated nitrite that was actually present once the meat -- let's just use the hot dog as an example -- was mixed with the SGF?

A. So you don't need to make an attempt in, you know, measuring the protonated version.

You know, the chemistry has already been done. You can look at it in the literature.

As you mentioned, the pKa, the definition of pKa is, it means at pH 3.5, 50 percent of the nitrite is in the form of nitrous acid, 50 percent is in the form of

sodium nitrite.

So if you lowered the pH, it will go towards nitrous acid. If you increase the pH, it will go toward sodium nitrite.

So you -- technically, you cannot measure nitrous acid, as far as I can tell. You always measure the sodium nitrite.

And your measurement is conduct -- is done based on sodium nitrite. So the calculation, the molecular rate calculation, I take issue with that.

Q. Have you reviewed Walters 1976?

A. I have reviewed it.

Q. Is it your opinion that the analytical methods used in Walters were old school?

MS. BOGDAN: Objection to form.

A. You know, if you show me -- if you show me the Walters, I can give you a better sort of read of that.

Q. Do you remember what methods were used in Walters 1976?

A. I cannot recall.

Q. Or what it is that they measured in that study?

MS. BOGDAN: Objection to form.

A. I cannot recall.

They could have -- they could have used nitrogen detecter, just looking at nitrogen. They could have used ion exchange. Ion exchange goes back to 1970s.

Q. But they were able to measure how much nitrite was in gastric juice; isn't that true? Yes?

A. Yes -- yes, they were able to measure the amount of nitrite, and I have no reason to doubt the validity of their measurements.

Q. Nitrite depletion occurs normally during the course of a meat product's life; correct?

MS. BOGDAN: Objection to the form.

A. What is your -- what --

THE WITNESS: Let me turn the lights off.

A. What is your question? What do you mean by depletion?

Q. The levels of nitrite --

MS. TOLEDO: Oh, that's really dark.

THE WITNESS: No, no, it's actually. I know, it's -- okay. I think you should be able to -- I get to see my computer better. Okay. Let's see...

The lights will adjust, okay? Let me see here. Yeah, okay.

A. What was your question again?

Q. Nitrite depletion occurs normally during the course of a meat product's life; isn't that true?

A. What -- what is your definition of nitrite depletion?

Q. The levels of nitrite going down.

A. I'm not an expert in nitrite -- food depletion of nitrite.

We are really looking at concentration of nitrite and its

relationship with food and its relationship with ranitidine and that these are the studies that we've done.

We haven't -- I haven't reviewed any publication regarding how nitrite goes down in food and I don't see any reason why it should go down in food.

Sodium nitrite, as a sodium ion, it's a very stable molecule.

Q. You do not know how much nitrite would be available after a real human ingests any of the meat products you tested; isn't that true?

MS. BOGDAN: Objection to the form.

A. Explain to me what you're -- what you're pointing at, what questions you have.

Q. I'm asking whether you know how much nitrite is available in the stomach after a real human ingests any of these meat products that you tested.

MS. BOGDAN: Objection to the form.

A. What I can tell you is that we have done simulated gastric fluid studies, and simulated gastric fluid studies are used for dissolution testing of many, many, many drugs. FDA uses it routinely. It's a UST method.

It's a way for us to look at dissolution of a pill in a stomach. It's a very validated methodology to see what happens in the stomach.

You know, as a scientist and as a pharmaceutical executive, an expert in the field, this is not a complicated reaction.

If I have a pH of, you know, 2 in my stomach, and if I put a nitrited food, that nitrite -- that nitrite is going to get released in my stomach. It's not going anywhere.

And the stomach, depending on the type of food, you know, the food can sit in someone's stomach for an hour or two, three, four, five, and sodium nitrite is going to be released in the stomach.

And the moment it hits the acidity of the stomach, the sodium nitrite is going to convert to nitrous acid.

Q. Are you saying that SGF predicts what happens in the stomach exactly?

MS. BOGDAN: Objection to the form.

A. I am saying that SGF is a good predictor of what could happen to majority of people in their stomach. And just like the fact that I can -- if I put in 300 milligram of or 150 milligram of Zantac in someone's stomach, an hour later, you know, if I go in and take some of the Zantac out, I can measure it.

You know, you can also measure the sodium nitrite. Sodium nitrite is not a complicated chemical. It can be measured and it -- and it should be there. It's -- it should be --

Q. Did you do that test?

A. We have not done any human gastric studies for nitrite.

Q. Okay.

A. We relied primarily on -- there are lots of literature in that regard, where they have taken gastric fluid out and they have measured the amount of nitrite, they have measured various things.

We rely on some of those literature. We rely on Gao, Braunstein, Tanner, and, you know, and WHO, which pretty much, you know, guided the industry to test for the millimolar concentration of nitrite, and that 40-millimolar concentration did not, you know -- did not just materialize.

I think there were -- there was some thoughtful reasoning behind coming up with that 40. And they didn't come up with 200 and they didn't come up with 1 millimolar. They came up with 40.

That pretty much, you know, takes into account lots of different food, nitrited food.

Q. Is it your contention that 40 millimolars occur in the human body, are found in the human stomach?

MS. BOGDAN: Objection to the form.

A. It's my belief that for some people, that 40 millimolar is a possibility; and for some people, they may end up at 70 millimolar; and for some, it may end up with 100-millimolar concentration.

It really depends on how much food someone eats. These are one servings, and I know people who can take two hot dogs, they can eat two hot dogs, you know, and three hot dogs.

So depending on your tolerance for how much food you can have, you can have large amount of nitrite present in your stomach.

Q. Can you tell me the basis or support for saying that a human stomach can have 40 millimolar, 70 millimolar or 100 millimolar of nitrite?

MS. BOGDAN: Objection.

Asked and answered.

BY MS. TOLEDO:

Q. What is the support for this statement that you made?

MS. TOLEDO: That hasn't been asked.

A. I think there are literature.

I mean, I would have to go back, to refer you back to my expert report with cited WHO. I -- you know, the International Agency for Research in Cancer. They've done numerous studies to show -- that shows that large amount of nitrite is present.

You know, 1970s were a big -- a big decade that people were concerned about nitrite and nitrosamines, and there's a large body of data around nitrosamines and nitrite.

And I strongly believe that, you know, our simulated gastric fluid is going to be reproduced, if one were to look at the stomach, actually gastric juice of patient or anybody taking large amount of -- or not even one or two servings of food.

Q. Okay. Who designed the study to

incubate meat in SGF with ranitidine?

Was it you?

MS. BOGDAN: Objection to the form.

A. It was combination of myself, Dr. Bose and Dr. Cheu, and I was very concerned about the nitrites in meat and -- and so we embarked -- and of course reviewing some of the literature from WHO and IARC.

We wanted -- I was very keen to see where -- how, you know, IARC came up with their recommendation of 40-millimolar sodium nitrite and 10 millimolar of drug combination.

And, you know -- and, of course, you know, when, you know, we're -- we're looking at these, you know, back and forth debate with Braunstein and Gao, where they're discussing what are the correct concentration, I think 40-millimolar concentration of nitrite is entirely reasonable.

Q. Does WHO say that 40 millimolar

of nitrite is physiological?

MS. BOGDAN: Object to form.

A. WHO --

MS. BOGDAN: You can answer.

The objection is on the record.

THE WITNESS: Sorry.

A. WHO guidance to industry is test your drug with 40 millimolar of sodium nitrite and see how much NDMA gets generated.

And there are -- I can point you to half a dozen citation for their recommendation.

Q. Did you ever try to conduct the SGF test with a combination of multiple foods being incubated with Zantac?

A. No.

Q. So you never tried to conduct the test incubating ranitidine and meat with natural sources of vitamin C, for example?

A. I believe during our development we looked at some, you know, foods.

We looked at arugula. We looked

at a number of things that, you know, we felt might be -- might have nitrate or nitrite, and we just decided that those were not -- they were not generating, they were not having sufficient nitrite to actually give us the, you know, proper sort of outcomes.

We were looking to see what food would generate nitrite -- would generate NDMA when it comes in contact.

So arugula, I think we looked at, didn't, you know, and a few other things, but I think those were part of our development.

We might have disclosed all of them to you. It's in Ryan's notebook, I'm sure. You can look at it.

But in my report I'm relying on primarily cooked bacon, sausage, ham. Those types of food.

Q. Your goal was to find NDMA in your testing; is that correct?

MS. BOGDAN: Objection to form. Mischaracterizes the testimony.

BY MS. TOLEDO:

Q. You can answer.

A. Our goal was to -- again, our goal was to see what food, when comes in contact with Zantac, develops NDMA.

Q. Did you test --

A. Our goal --

Q. I'm sorry.

A. Our goal was not to test Zantac against everything under the planet and report it.

Q. Did you test -- when you did the hot dog tests, did you consider also testing it with the bun, the condiments and a typical meal eaten with hot dogs to simulate a real-life scenario?

MS. BOGDAN: Objection to the form.

A. No. We did not try simulating gastric fluids study with hot dogs and condiments and all of that.

It would confound the study. It would not be scientific.

I think, if anything, you would

want to do those types of things separately and look at the -- what contributes to NDMA formation.

Q. Did your meat incubation studies consider that the level of ranitidine in the stomach would decrease over time?

A. So that's why, you know, typically we considered that stomach emptying could be two, three, four hours.

That's -- that's why the length of our study is really roughly, you know, it starts out at zero and it goes until four hours or so, so, yeah.

And, you know, and ranitidine, you know, could potentially be in your stomach for at least three to four hours depending on the type of food.

There is literature that says, you know, if you have meat, specifically, some of the meat we tested, you could have, you know, stomach -- this could be sitting on someone's stomach for four, five hours. Even seven hours.

Q. So as the testing progressed,

you didn't remove ranitidine from the sample over time to try to replicate what happens in the human body; correct?

MS. BOGDAN: Objection to the form.

A. So because this is a simulated gastric fluid, you have to make certain assumptions.

And the assumptions you're making is that ranitidine is going to sit in your stomach for two hours, three hours. So we're looking at the different time point. And that's the assumptions we made.

Obviously we did not have a dynamic flow unit where you have, you know, gastric emptying and after three hours, you know, some -- so much of it leaves and all that.

This is a -- it's really a -- it's providing some sort of a guidance to -- to whoever is interested.

Q. In a real stomach, after 60 minutes, much of the Zantac may have already left the stomach; isn't that true?

MS. BOGDAN: Objection to the form.

A. Not to my knowledge.

THE WITNESS: I'm sorry, just one second.

Sorry about that.

MS. BOGDAN: Dr. Najafi, can you turn that phone off. It was off the whole depo. You must have turned it on on one of the breaks.

THE WITNESS: Okay.

BY MS. TOLEDO:

Q. Are you aware that for over-the-counter Zantac, the directions state that Zantac should be taken with a glass of water?

A. Yes. I've -- I looked at some of the directions for the Zantac, and -- but at the same time, there are also directions that says you can take Zantac if you have indigestion issues after the meal, during the meal.

You know, again, if this product were to be approved today, it would have to

go through -- or you want to sell it at 7-Eleven, you have to assume people are going to misuse it, you have to assume people will take too many of them, you have to assume people will take it before meal, after meal, during the meal, you know, all of that. And the company should have anticipated those types of usages.

Q. Are you an expert in product labeling and communications of labeling warnings to consumers?

MS. BOGDAN: Objection to the form.

A. I'm not an expert, but I have sufficient knowledge to have good input on those types of activities.

I've engaged FDA with those kinds of conversations and negotiations and -- and it's -- it's, you know -- so I've done it, yes.

Q. Okay. You're not a pharmacist; right?

A. I'm not a pharmacist.

Q. Okay. Do you know whether

consuming water raises gastric pH levels?

A. Consuming water at pH 7 and adding it to a body of liquid at pH 1.5? No. It depends on how much water. It depends on, you know, a whole host of things.

But for the most part, you don't have the -- you don't have the alkalinity that's needed to raise the pH.

Q. Well, in some instances, water raises the pH.

Is that not true?

MS. BOGDAN: Objection to the form. Asked and answered.

A. As I mentioned, it depends on the -- the volume of water that you're drinking and it also depends on the -- your stomach acid.

So imagine you have, you know, 100, 200-milliliter pH -- you know, pH 1 is equivalent to .1 molar concentration of hydrogen ion, HCl --

Q. Sorry --

A. -- and the pH -- and the pH of

water is pH 7, which is -- which means it's .0000001. Almost seven zeros -- six zeros and 1.

So take a look at contribution of the two. It's just -- it's nothing in terms of, you know -- so it depends.

If you drink a lot of water and if your water is possibly somewhat alkaline, then you could make a little dent to that pH.

If that was the case, you didn't need Alka Seltzer or you didn't need Tums. You could just drink water and then fix your pH.

Q. Are you aware of a study by Karamanolis from 2008 that found that drinking a glass of water immediately causes gastric pH to rise to 6?

A. I'm not aware of that study.

Q. Okay.

A. You might want to share that with me if you have it.

Would you like to drop it in the Egnyte?

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

Q. I want to now go to Table Z in your report at page 101.

A. Table Z? Page 101?

Q. PDF page 101, so it's actually in report page 97.

A. What's the paragraph number?

Q. Well, it's in the middle of the tables.

A. You're talking about -- got it.

Q. Table Z.

A. Got it.

Q. And do you see there that at four hours, "Ham Alone" had no detectible level of nitrite; correct?

It's the third line --

A. That's NDMA. That's NDMA.

Q. Sorry. Absolutely right.

Right? I misspoke. My apologies.

So at four hours, "Ham Alone Only" had no detectible level of NDMA; correct?

A. Let me just familiarize myself with my report quickly. Hang on one

second. So we're looking at ham.

MS. TOLEDO: While he's looking, David, could you mark Tab 73 as the next exhibit, please?

THE CONCIERGE: Coming up.

A. "Ham Alone" at four hours is below level of detection. That's correct.

Q. Okay. And at four hours, ham and then Zantac had 296.6 nanograms per milliliter; is that right?

A. Ham and then Zantac at four hours? Yes.

Q. Okay. Have you reviewed the chromatograms that are -- that underlie these values?

A. I've reviewed some of them.

I don't primarily rely on chromatogram.

I rely on the data that my team provides to me and I don't go to the underlying data like this morning.

They for -- they provide me tables, and those tables I rely on.

Q. Okay. Do you ever look over the

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

work of the analysts to make sure that the integrations that have been done to quantify NDMA levels are proper integrations?

MS. BOGDAN: Objection to the form.

A. Are we done with the ham/Zantac question?

Q. Yes, we are.

A. Okay. Before -- you know, I'm not done. I wanted to finish with that ham/Zantac.

What's really important to understand is that when you're looking at, you know, it says at 314 is -- you know, nanogram, your level of detection, that's per ml, so you have to multiply that 314 times 250. You see? It's 314 nanogram per ml. So our level of detection is -- drops because we're using 450 milliliters, just for the record.

Q. So before we move away from this one, can you look at -- we weren't talking -- I had asked you about the "Ham then

Zantac," the 296.6 number.

A. Right.

Q. Okay? All right? And then "Ham Alone" was below detection; right?

A. Right.

Q. How much is the 296.6, using the calculation that you were just doing for the 314?

A. Multiply it by 250 ml.

Q. Okay.

A. And my telephone is off.

Q. Okay.

MS. TOLEDO: So let's take this down and look at exhibit, the new exhibit, 16.

THE WITNESS: New exhibit, 16.

(Exhibit 16 marked for identification, multi-page document titled "Quantitative Analysis Results Summary Report.")

BY MS. TOLEDO:

Q. And if we could go to page 97.

And I believe that this chromatogram is "Ham Alone" at four hours.

Do you agree?

A. Right.

Q. Okay. And then let's go to -- and do you see that this one, I think we need to go to the -- go further down on this page.

A. Right, right.

Q. So the actual chromatogram for the sample is the one on the left; correct?

A. So this is -- this is -- essentially, you see where the line is?

Q. Yes.

A. That line in the middle of the page?

Q. Yes.

A. That's where we're expecting NDMA to come.

Q. Okay.

A. And the fact that we don't see it, it's indicative that there is no NDMA.

What you see on the left side, the giant peak and all the ups and downs are really the matrix of the -- you know, the food.

Q. Okay. If we could go to page -- so here, just to confirm, there's no NDMA that's quantified for that sample; correct?

A. "Ham Alone," no.

Q. Okay. So let's go to page 103, please.

And this is the chromatogram for "Ham then Zantac" at four hours; correct?

A. "Ham then Zantac," yeah, at four hours. Yes.

Q. Okay. So if we could go down to look at the chromatogram on the left there, and I believe you said that that line is where you would expect to see NDMA; correct?

A. Right.

Q. And here we don't see anything at the -- we don't see a peak at the line, do we?

MS. BOGDAN: The audio is getting garbled.

MS. TOLEDO: I'm sorry. I promise I haven't done anything to it.

MS. BOGDAN: I think Luke might

be off mute. Maybe you have two microphones on in the room?

MS. TOLEDO: Is this better?

MS. BOGDAN: I don't hear the echo.

MS. TOLEDO: Okay.

BY MS. TOLEDO:

Q. So my question is...

MS. TOLEDO: David, if you could blow up that one on the left, yes.

BY MS. TOLEDO:

Q. And you had said -- when you looked at the "Ham Alone," you had said that that vertical line is where you would expect to see the NDMA; correct?

A. That's correct.

Q. Do you see a peak at the vertical line here?

A. In what you're representing to me, I do not see it. But I'm not sure if you have the right view, if the labels are not changed. So I'm not sure if this is our data.

Q. Well, assuming that it is your

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

data and that Dr. Benotti printed the report off of your data, would you agree that there is no peak where you would expect to find NDMA?

A. But that's a false assumption because, you know -- you know, I don't know what -- where -- how this is printed out.

As we noted, you know, earlier today, we noticed that there were a lot of missing data point in Dr. Benotti's basically report, 8,000 page.

We scanned through it and we immediately found multiple problems with that. So this could be another instance where things are not showing up, things are not properly viewed.

So on the face of it, I don't see any NDMA. But that's --

Q. Okay. I'll represent to you, I'll represent to you...

MS. TOLEDO: If we can blow it up a little bit more.

A. Right.

Q. I'll represent to you that what

has been integrated here --

A. Right.

Q. -- is the right-most peak in green, okay?

A. Uh-huh, uh-huh.

Q. Does that look right to you?

A. No, no, that doesn't -- that doesn't -- so first of all, why don't you do this. Scroll back. Go back to the smaller size. Okay.

So what we need to do is scroll down a little bit more so we can see what other samples you have.

Q. Well, I'm asking about these two samples, one which was "Ham Alone" and one which was "Ham Then Zantac."

A. Right. So -- so this is not how our data presented in our view, in our screen, okay?

Q. Okay.

A. So I -- basically, what you would need to -- what it would show is, you would go through series of samples and then you will see at lowest level, then at the

-- the next level and then the next level, and then you gradually see more NDMA.

I don't know if this is the reference standard, I don't know any of those, you know, looking at it.

MS. TOLEDO: Can you zoom out and show the entire page, please, David.

A. Yeah, it's only -- you know, with all due respect, I think you cherry-pick the piece of data and you present it as "Ham Then Zantac," you know, I'm not sure.

Q. Okay. So I'm just trying to get a sense. You -- looking at the -- at the chromatogram at the --

(Technical difficulty)

(Reporter clarification)

BY MS. TOLEDO:

Q. Looking at the chromatogram on the left.

A. Right.

Q. Okay? You think that there is something wrong with how we printed this

process data? Is that what you're saying?

A. That's -- I'm sure --

MS. BOGDAN: Objection to form. If you could just wait, Dr. Najafi, so I can put an objection on, but go ahead. I believe it's on the record.

A. As I stated before, I don't believe this is the right representation of views. And the reason why I -- it's not that I don't trust Benotti's, you know, work. I think he has mistakenly used a program that is garbling our data.

And the reason why I say that is because when we looked at a specific portion of his data, you know, it was -- the key things was internal standard NDMA-d6, they were all missing, so that's why -- that's why the data presentation is unreliable.

I am relying on vast amount of data we've generated, we've shared that in our report, we've shared with you the data.

And I'm unfortunately -- your,

you know -- you are not able to get the result -- get the things you need to get, and that's --

Q. Okay. So first question on that is that, the way I understand what you're saying is that we would be required to look at the results on your computer to be able to see how the chromatograms really look; is that right?

MS. BOGDAN: Objection to the form.

A. That is --

MS. BOGDAN: Mischaracterizes what he said.

A. That is exactly what I meant, and we actually offered a videotape showing how each and every one of them. I think you guys rejected that. Then you wanted the raw data.

The raw data unfortunately is not transforming properly. It's kind of like me giving you an Excel sheet and then you are mixing the columns and rows and everything, it looks like it's mixing.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

Q. So just to be clear, if you were to see the chromatogram on the left-hand corner, you would agree that it doesn't show NDMA.

MS. BOGDAN: Objection to the form.

A. Looking -- so for me to be able to actually assess if this is the proper thing, I would need to see other chromatograms below this.

I would like to see the internal standard. I'd like to see the reference standard. Those all should be below this.

I'm surprised that Dr. Benotti has not even offered you to share those views, even with his garbled data set.

Q. Sir, have you had a chance to review the actual printed reports that were generated with templates provided by Agilent with its MassHunter software?

A. Which -- which report are you talking about? Are you talking about Benotti's 8,000 page?

Q. Yes.

A. I have reviewed not all of the 8,000 pages, but I have reviewed probably a few hundred pages of those, and that's how we discovered that some of the columns and, you know, some of the things got garbled up.

Q. Okay.

A. And that's why we took issue with that and said this is -- they're not looking at the right thing.

Q. You're aware that he is using MassHunter software; correct?

MS. BOGDAN: Objection to form.

A. Absolutely. It's MassHunter software, but obviously what I can attest to you is that we always use internal standard, and we see multiple chromatograms with reference standard and internal standard.

I think you should tell him this and say, "They had internal standard. Some of your data shows no internal standard. What happened?"

Q. Sir, please don't misrepresent

these reports because the report itself does have -- the entire set, if you take the time to look at them, it has the entire set with the standards, with the internal standards and whatever files, batch files Emery provided.

MS. BOGDAN: Objection to the form. You're lecturing the witness.

MS. TOLEDO: He's been lecturing me and you've been instructing him how to answer for eight hours here or six hours.

BY MS. TOLEDO:

Q. But the documents speak for themselves, and I just want to make clear that you're saying that this data is actually garbled, and that we would need to see it on your computer, just to confirm that.

MS. BOGDAN: Objection to the form.

A. We have provided you with all the data and I attest he's not properly opening them. Therefore, he's having

missing data.

Q. Okay.

A. And I will -- I will sign an affidavit to that, that he's got missing data.

Q. If there is missing data, wouldn't that be because Emery has not provided it?

MS. BOGDAN: Objection to the form of the question.

A. No. We have provided everything and more, including some of our development work.

Q. Okay, so --

A. As I stated -- please let me finish. As I stated, the way his view, the way he's opening them, you know, effectively he's retrieving columns, rows, I think some of them are getting mixed up.

Q. And they don't look this way on your machine; correct?

A. They do not look --

MS. BOGDAN: Objection to the form.

A. -- this way on our machine, correct.

Q. All right.

MS. TOLEDO: Well, it's now 9:48 so I think this is probably a good place to stop and start again tomorrow morning at 8 Pacific, so let's go off the record.

THE VIDEOGRAPHER: We are off the record at 6:49 p.m. Pacific Time and this concludes today's testimony given by Dr. Ramin Najafi.

The total number of Media Units used was six and will be retained by Veritext.

(Time noted: 6:49 p.m. PST)

______________________

RAMIN NAJAFI, Ph.D.

Subscribed and sworn to before me

this ____ day of ____ , 2022.

______________________________

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

C E R T I F I C A T E

I, Linda J. Greenstein, Professional Shorthand Reporter and Notary Public in and for the State of New York, do hereby certify that, RAMIN NAJAFI, Ph.D., the witness whose deposition is hereinbefore set forth, was duly sworn and that such deposition is a true record of the testimony given by the witness to the best of my skill and ability.

I further certify that I am neither related to or employed by any of the parties in or counsel to this action, nor am I financially interested in the outcome of this action.

IN WITNESS WHEREOF, I have hereunto set my hand this 6th day of June, 2022.

____________________________

Linda J. Greenstein

My commission expires: January 30, 2025

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

I N D E X

| WITNESS | EXAMINED BY | PAGE |
|---|---|---|
| RAMIN NAJAFI, Ph.D. | Ms. Toledo | 11 |

----------- INFORMATION REQUESTS ---------

DIRECTIONS: 69

RULINGS: (NONE)

TO BE FURNISHED: (NONE)

REQUESTS: 27, 107

MOTIONS: 33, 97, 98, 111, 156, 157, 160, 165, 169, 212, 248

----------- E X H I B I T S -----------

| NO. | PAGE |
|---|---|
| (Exhibit 1 marked for identification, multi-page document, invoices from Emery Pharma.) | 22 |
| (Exhibit 2 marked for identification, multi-page document, Second Amended Deposition Notice to Dr. Ramin Najafi.) | 38 |
| (Exhibit 3 multi-page document marked for identification, multi-page document, Plaintiff's Responses and Objections to Defendants' Deposition Notice of Dr. Ramin Najafi.) | 38 |

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I
C O N T I N U E D
I N D E X:

------------ E X H I B I T S -------------

| NO. | PAGE |
| --- | --- |
| (Exhibit 4 marked for identification, multi-page document, Rule 26 Expert Report of Dr. Ramin Najafi dated 1/24/22.) | 43 |
| (Exhibit 5 marked for identification, multi-page document, Rebuttal Expert Report of Dr. Ramin Najafi dated 3/28/22.) | 44 |
| (Exhibit 6 marked for identification, multi-page document, Rebuttal Expert Report of Dr. Ramin Najafi dated 4/12/22.) | 45 |
| (Exhibit 7 marked for identification, multi-page document, screenshots of contents of second hard drive from Emery Pharma.) | 61 |
| (Exhibit 8 marked for identification, one-page document, information re size of the files in second hard drive from Emery Pharma.) | 64 |
| (Exhibit 9 marked for identification, multi-page document, Emery Pharma Lab Notebook No. 078-RC, Date Issued 7/23/21.) | 116 |
| (Previously marked Exhibit 4 shown to witness.) | 118 |
| (Exhibit 10 marked for identification, multi-page document, Curriculum Vitae of Dr. Ramin Najafi.) | 122 |

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

C O N T I N U E D
I N D E X:

------------ E X H I B I T S -------------


| NO. | PAGE |
| --- | --- |
| (Previously marked Exhibit 4 shown to witness.) | 146 |
| (Exhibit 11 marked for identification, multi-page document, presentation.) | 151 |
| (Exhibit 12 marked for identification, multi-page document, presentation by Eshani Nandita, Ali Najafi and Neelanjan Bose dated 6/4/20.) | 162 |
| (Exhibit 13 marked for identification, four-page document, series of emails, production numbers EMERY_02349 through 2352.) | 180 |
| (Exhibit 14 marked for identification, multi-page document, Jingli Hu study.) | 252 |
| (Exhibit 15 marked for identification, multi-page document, Report of Dr. Guengerich.) | 263 |
| (Exhibit 16 marked for identification, multi-page document titled "Quantitative Analysis Results Summary Report.") | 294 |

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

DEPOSITION ERRATA SHEET

Our Assignment No.: 5238864

Case Caption: In Re Zantac Litigation

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

________________________

RAMIN NAJAFI, Ph.D.

Subscribed and sworn to on the ____ day of ___________, 20 ____ before me.

_______________________________

Notary Public,

in and for the State of

_________________________.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

DEPOSITION ERRATA SHEET

Page No.____Line No.____Change to:_________

___________________________________________

Reason for change:_________________________

Page No.____Line No.____Change to:_________

___________________________________________

Reason for change:_________________________

Page No.____Line No.____Change to:_________

___________________________________________

Reason for change:_________________________

Page No.____Line No.____Change to:_________

___________________________________________

Reason for change:_________________________

Page No.____Line No.____Change to:_________

___________________________________________

Reason for change:_________________________

Page No.____Line No.____Change to:_________

___________________________________________

Reason for change:_________________________

Page No.____Line No.____Change to:_________

___________________________________________

Reason for change:_________________________

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. I

DEPOSITION ERRATA SHEET

Page No.____Line No.____Change to:__________

____________________________________________

Reason for change:___________________________

Page No.____Line No.____Change to:__________

____________________________________________

Reason for change:___________________________

Page No.____Line No.____Change to:__________

____________________________________________

Reason for change:___________________________

Page No.____Line No.____Change to:__________

____________________________________________

Reason for change:___________________________

Page No.____Line No.____Change to:__________

____________________________________________

Reason for change:___________________________

Page No.____Line No.____Change to:__________

____________________________________________

Reason for change:___________________________

____________________________________________

RAMIN NAJAFI, Ph.D.

**&**

**&** 3:5,10 5:5,11,20 6:14 7:20 8:15,19

**0**

**0000001** 290:3
**011822** 90:25
**02210** 4:13
**02349** 181:2 311:12
**06000061** 117:14
**078** 116:11 310:19

**1**

**1** 3:6 9:16 22:4 60:16 123:20 142:6 145:12 192:20 217:12 224:14 261:6 267:18 268:6,9 278:18 289:21,22 290:4 309:15
**1,000** 171:5 199:9
**1-1/2** 52:24 53:12 56:19 57:15 66:7 66:9 191:23 192:21
**1.5** 58:25 65:21 67:7 271:10 289:4
**1/24/22** 43:21 310:7
**10** 122:22,23 176:11 226:4 228:18 229:17 281:15 310:21
**100** 142:8 168:18 175:17,24 176:18 176:19,19,25 216:17 233:25 256:10 279:8,21 289:21
**1000** 14:8
**10016** 4:6
**10019** 5:22
**10036-2601** 5:15
**10075** 8:7
**101** 291:3,4,5
**103** 296:6
**104** 190:5,6
**106** 207:9
**107** 309:11
**10:40** 60:15
**10:56** 60:20
**11** 93:25 151:12,21 153:14 182:24 309:5 311:6
**11/11** 117:11
**11/11/2001** 101:24
**11/11/2021** 90:6
**11/11/21** 92:20,25 94:13 117:3
**11/3/2020** 24:21 24:24 25:2
**1100** 3:18
**111** 309:12
**116** 310:18
**118** 310:20
**1185** 5:14
**11:15** 76:17
**11:27** 76:21
**11:29** 78:16
**11:36** 78:20
**12** 162:6,7,17,22 182:24 311:8
**120** 167:3
**122** 310:21
**12205** 3:6
**12:06** 103:5
**12:19** 103:10
**12:45** 121:22,25
**12th** 4:6 45:5 104:15
**13** 158:11 180:19 180:23 181:8 311:10
**130** 167:4
**1325** 5:21
**14** 117:14 152:6 183:7,19 251:10 252:2,8,11 269:18 311:13
**140** 156:10
**1400** 7:22
**1406** 117:25
**1406000061** 88:19
**1410** 4:12
**146** 311:5
**14th** 104:17
**15** 167:5 178:21 182:7,13 185:8,23 245:2 263:24 264:5 311:14
**150** 159:4 222:2 277:13
**150,000** 150:9,13
**151** 311:6
**15219** 6:16
**156** 309:12
**157** 309:12
**158** 161:22
**16** 269:17 294:16 294:17,18 311:16
**160** 309:12
**162** 311:8
**165** 309:13
**169** 309:13
**16d** 8:7
**170** 266:2
**179** 264:17 266:5
**18** 62:17 207:22
**180** 311:10
**1800law1010.com** 3:8
**182** 263:22 264:11 264:14 266:4,6
**191018** 62:15
**19337** 3:12
**1970s** 218:8 273:10 280:14
**1976** 272:15,25
**1:21** 121:25 122:3 122:9
**1st** 197:10

**2**

**2** 25:9,22 38:17 39:14 60:23 103:6 122:20 154:8 224:14 261:6 269:18 271:10 276:16 309:17
**2,000** 204:22,24
**2,244,244** 27:9
**2-1/2** 191:23 192:21
**20** 1:3 93:24 140:21 178:21 182:8,13 185:9 210:13 312:22
**200** 7:14 168:19 242:24 267:19 278:18 289:21
**20032** 4:19
**2008** 290:17
**201.577.5175** 6:11
**2016** 195:22 200:16 201:8
**2019** 62:17 63:7 165:23 169:5,5 244:16
**202.949.6455** 4:21
**2020** 24:6,10,13 25:22 26:2,3,5 33:4 135:8 142:6 145:12 146:16

149:21 150:2,16 152:7 163:25 182:24 183:8,13 183:17
**2021** 25:17 63:23 63:24,25 182:18 183:7,19 189:13 221:25 250:19,23 251:21 252:21
**202111** 93:25
**2022** 1:21 2:2 9:4 29:19 41:10 221:23 222:3 307:21 308:19
**2025** 308:24
**20th** 5:6
**21** 93:2
**211** 250:10 251:22
**211111** 93:8,15
**212** 309:13
**212.600.4912** 8:9
**212.779.6102** 5:23
**21202** 5:6
**22** 309:15
**220** 190:9,12,20
**23** 202:3 206:10 269:18
**2352** 181:2 311:12
**24** 41:10
**248** 309:13
**24th** 43:25
**250** 221:12 267:16 268:3,7 293:19 294:10
**2500** 7:15
**252** 311:13
**26** 1:21 2:2 9:4 43:20 50:20 310:6
**26264** 308:22
**263** 311:14
**26th** 40:9
**27** 28:22 309:11
**2800** 3:18
**28th** 5:21 44:17 83:23
**2901** 6:6
**2924** 1:3,3 9:23
**2924-20** 9:23
**294** 311:16
**296.6** 292:10 294:2 294:7
**2:46** 189:2

**3**

**3** 24:10 25:22 38:21 39:24 41:18 41:25 43:7 103:13 118:10 121:23 168:4,11,18 217:12 224:14 230:24 309:20
**3.5** 271:23
**3.5.** 261:5
**3.550** 1:10
**3/28/22** 44:14 310:10
**30** 173:10 175:16 175:23 176:18 177:7 207:23 308:24
**30,000** 158:17 159:18 160:8 161:17
**300** 3:12 150:8,13 277:12
**3000** 7:6
**303** 7:6
**30305** 7:16
**30326** 3:13
**305.442.8666** 3:20
**31126-1337** 3:12
**312** 7:21
**314** 293:16,18,19 294:9
**3200** 4:18
**325** 8:6
**33** 309:12
**33134** 3:19
**3333** 7:15
**3391** 3:12
**34** 267:9
**34th** 5:15
**37** 111:17 258:9
**38** 309:17,20
**38th** 6:16
**3:08** 189:7
**3rd** 4:19

**4**

**4** 41:20 42:3,19 43:5,6,7,15,18 44:9 79:25 80:6 118:11,14 122:12 146:11,13 163:25 189:3 224:14 310:5,20 311:5
**4/12/22** 45:9 310:12
**4/21/2022** 26:12
**40** 173:2,9,25 174:2 176:25 217:9 278:12,17 278:19,23 279:5 279:21 281:14,22 281:25 282:9
**404.523.7706** 3:14
**404.572.3438** 5:17
**410.783.4004** 5:8
**412.263.1840** 6:20
**412.263.4397** 6:18
**43** 117:6 310:5
**44** 84:20 310:8
**45** 158:23 159:19 160:8 161:16 173:3 310:10
**450** 293:21
**45202-4029** 7:22
**46** 269:5,6,19
**48** 36:7
**4:32** 249:3

**5**

**5** 41:20 44:10,11 83:24,25 189:10 310:8
**5-0** 86:4
**50** 86:3 174:6,8 217:10 246:12 271:24,25
**500** 6:6 150:3,6
**512.457.7251** 7:8
**512.457.7256** 7:10
**512.874.3888** 6:8
**513.698.5104** 7:24
**5150** 1:8
**5238864** 1:25 312:4
**55** 251:7,25 252:6
**57.3** 89:2
**58.5.** 89:3
**5:27** 249:7

**6**

**6** 45:4,6 217:12 249:10 290:19 310:10
**6/01/2021** 29:18
**6/4/20** 162:11 311:10
**60** 115:14 286:24
**600** 4:6
**60s** 205:7 218:9
**61** 310:13

**617.207.0602** 4:14
**62** 61:6,7
**64** 38:15 40:6,21 310:15
**65** 21:12
**67** 158:8 162:4
**678.553.2392** 7:17
**69** 38:15 269:19 309:8
**6:49** 307:11,17
**6th** 308:19

**7**

**7** 61:12,14 91:3 261:17,21 264:13 264:14,19 288:3 289:3 290:2 310:13
**7/23/21** 116:12 310:20
**70** 151:9,10 154:3 156:7,9 158:18 159:9,19 160:7 161:12,13,15,21 164:19 165:13 170:23 173:17,24 173:25 174:2,6,8 217:15 246:11 279:7,21
**70s** 205:8 218:9
**71** 64:18
**73** 292:4
**73.3** 65:17
**75** 146:16 147:12 147:18,19 148:2,3 148:8 149:14 221:23
**78701-4653** 7:7
**78746** 6:7
**79th** 8:6

**8**

**8** 64:21,23 65:3 108:5 152:20,21 164:13,14 180:18 249:18 307:8 310:15
**8,000** 55:12,18 94:24 96:18 99:21 100:11 105:4 107:6 119:11 298:12 303:24 304:3
**80** 225:17 240:8,11
**800.529.1010** 3:8
**80s** 205:8
**888.480.1123** 4:8

**9**

**9** 116:7,9,14 310:18
**91** 218:12
**930** 173:4
**97** 291:6 294:23 309:12
**98** 309:12
**99** 261:6
**9:39** 2:3 9:4
**9:54** 23:13
**9:57** 23:18
**9a** 263:11,14

**a**

**a.m.** 2:3 9:4 23:13 23:18 60:15,20 76:17,21 78:16,20 249:18
**abe** 142:12,13 146:16 149:20 150:2,16,21 182:24 183:5,8,12 183:16
**abi** 146:17
**ability** 46:22 99:14 115:11 153:8 308:12
**able** 23:20 30:11 32:25 33:15 53:2 53:6,7,24 54:17 55:11,18 56:15,16 58:3,5 91:21 100:15 101:2,9,10 102:15 105:3 107:21 110:16 113:6 114:3 116:17 117:3,7 118:20 119:6 120:9,14 123:9 148:13 168:9 180:15 184:2 192:14 193:22 200:20 210:12 245:4 273:11,14 274:9 302:2,8 303:8
**absolutely** 15:19 58:21 90:12 113:16,17 141:12 172:15,16 193:22 203:13 205:22 208:6 212:21 215:24 220:7 223:19 255:11 262:22 291:18 304:15
**accelerated** 224:14
**accept** 97:19 266:24
**acceptable** 16:10 17:4 139:5,25 140:5
**accepted** 136:19 136:24 137:24 140:10,23 142:14 143:9,14
**access** 197:2 204:16
**accessing** 100:10
**accidentally** 236:6
**accompanied** 71:12
**account** 278:21
**accounting** 27:4
**accuracy** 18:16
**accurate** 97:22 153:6,9 170:15 215:14 220:7 312:13
**accurately** 51:25
**acid** 261:8,16 262:2,16 271:25 272:4,8 277:4 289:19
**acidity** 192:24 277:3
**action** 10:7 308:15 308:17
**actions** 1:12
**active** 129:13 261:7
**actively** 129:13
**activities** 49:18 288:17
**activity** 36:13 233:4
**actual** 30:18 84:18 87:10 95:2 271:8 295:9 303:19
**add** 53:16
**added** 27:7,13 84:25 265:5 270:23

**adding** 289:4
**addition** 148:9
**additional** 15:11 28:2 68:10,12 72:3,17 73:24 74:3 84:25
**additionally** 142:7
**address** 190:9
**addressed** 91:23
**addressing** 209:3 268:21
**adjust** 274:12
**admirable** 204:10
**advice** 51:8 70:7
**advise** 202:15
**affidavit** 59:18 306:5
**affirmed** 10:17 11:12 122:5
**africa** 223:2
**agencies** 224:8
**agency** 137:3 223:21 224:2 227:6 280:10
**agenda** 174:19
**agent** 198:18,20 202:5
**agents** 202:6
**agilent** 56:10 59:15 154:9 155:14 303:21
**ago** 14:5 26:13 146:17 226:4 228:18 229:17
**agree** 9:15 35:4 66:24 93:17 233:18 245:7 249:21 252:18 295:2 298:3 303:4
**agreed** 196:24 222:24 249:17
**agreeing** 34:19
**ahead** 23:2 24:16 41:19 62:24 91:23 149:18 162:2 190:14 223:12 228:6 301:7
**ahold** 79:10
**al** 250:15
**alameda** 1:8
**alaska** 223:3
**albany** 3:6
**alerted** 242:13
**alerting** 224:25
**alfano** 6:14
**ali** 32:7 162:9 163:8 311:9
**alka** 290:13
**alkaline** 290:10
**alkalinity** 289:9
**allen** 7:8
**allow** 33:16,19 81:3 96:13 106:9 158:25 161:7 162:23 169:23 181:15 190:11 214:24 265:17
**allowed** 107:10
**amazon** 231:23
**amended** 38:19 39:16 40:7 309:18
**american** 163:24
**americas** 5:14,21
**amount** 167:8 200:16 214:7 215:6,22 216:19 217:8,14 271:12 273:15 278:5 279:17 280:12,23 301:22
**analyses** 131:19 132:2,5 133:5,21 134:20 145:19 222:7 237:2
**analysis** 31:17 33:5 35:4 70:24 133:10 134:22 135:4 142:11 145:21 236:5,15 241:15,17,20 247:15 254:25 255:3 294:20 311:18
**analyst** 8:19 115:5 132:7 236:24
**analysts** 59:18 146:4 236:17,25 238:18 242:6 248:9 293:2
**analytes** 18:2
**analytical** 17:24 18:7,9,12 19:8,15 19:24 110:12 130:4,6,8 196:25 203:15 260:12,25 272:18
**analytically** 211:3 216:6
**analyze** 200:20 203:16 229:4
**analyzed** 197:24 198:2,7
**analyzing** 252:22
**animal** 126:20,25 127:2
**answer** 13:24 33:17 34:6,10 50:24 51:7 52:4 54:5 58:6 60:2 69:16,17,25,25 70:6 71:14 72:7 74:9,14 75:4 81:6 82:14 85:12 96:4 104:23 106:7,20 107:9 111:23 113:15 141:4 142:23 143:3 159:13 161:8 167:25 170:3,15 172:10,12 179:10 184:13 199:25 204:5 208:14,21 210:22 213:17 215:4 221:12 225:25 229:15 254:11 282:5 284:3 305:12
**answered** 40:11 169:15 170:8 174:14 175:2 188:7,9 279:24 289:15
**answering** 170:7 208:17 212:25 213:14,20 214:19 214:20
**answers** 12:25 209:6 213:11 214:24
**anticipated** 288:9
**anybody** 48:18 227:9 280:23
**anybody's** 230:17
**anymore** 102:23 114:21 195:5
**api** 172:20 177:7 244:23
**apologies** 291:20
**apologize** 146:24 262:4
**appear** 62:12 68:4 163:7 267:17 268:5

**appearing** 3:2
**appears** 63:9,12 93:19 155:17
**appendices** 68:14 71:6 78:8 86:18
**appendix** 71:23 77:21,23 78:2 79:7,14,21,23 80:8 80:23 81:18,21 82:17 83:12,22 85:18 86:8,14 87:4,4 88:14 92:19 102:12 104:2 109:25 117:22 118:5,9 133:19
**applies** 73:21
**appreciate** 14:21 52:25 66:8,13 77:18 98:2 110:10 141:2,3 172:7 179:10
**approve** 164:4
**approved** 208:2 287:25
**approximately** 150:6 249:16
**april** 45:5 63:23 142:6 145:12 182:18 183:7,19 197:10 221:25
**area** 205:11,18,22
**arguing** 103:2
**argument** 209:12
**arizona** 156:18 229:3
**arrived** 243:12
**artifactually** 165:24
**arugula** 282:25 283:12
**ashley** 7:8
**ashley.carr** 7:9
**aside** 216:20 270:8 270:20
**asked** 43:4 51:16 55:22 60:3 74:17 75:11 76:9 106:13 170:16 174:13 178:15 179:7 188:7,9,13 213:20 222:11 225:9 229:6 234:15 240:9 279:24 280:5 289:15 293:25
**asking** 20:5 46:8,8 49:13,14 81:15,17 102:10 105:19 106:8 117:19,21 119:17,23 120:3 125:6 131:25 139:3,10 140:4 147:2,4 157:3,19 157:24 160:5 175:22 179:15 184:4 192:2 202:10 203:25 213:2,3 215:10 220:22,23 224:7 227:17,19 240:25 243:8,9 246:19 254:23 269:11 275:20 299:15
**aspect** 48:9
**aspects** 17:22
**aspirin** 243:17,20 243:22 244:2 246:7
**assert** 73:20
**asserted** 189:17
**assess** 252:16 258:21 303:9
**assessed** 215:20,22 215:23
**assessing** 214:7 246:4
**assessment** 206:13
**assignment** 312:4
**assist** 163:16
**assisting** 163:19
**associated** 90:10 236:8 241:9
**assume** 66:19 68:5 68:8 91:22 119:19 120:4 150:7 153:7 156:15 191:21 231:3 288:3,4,6
**assumed** 230:21
**assumes** 258:25
**assuming** 154:17 260:12 297:25
**assumption** 298:6
**assumptions** 99:17 286:9,10,14
**assure** 143:23
**ate** 211:5
**atlanta** 3:13 7:16
**atlantic** 14:8
**attached** 79:24 81:21 82:17,25 83:23 85:19 123:20
**attempt** 53:11 114:16 144:17 270:21 271:11,17
**attempts** 52:15 114:17
**attending** 10:12
**attention** 237:15
**attest** 57:19 95:2 304:16 305:24
**attorney** 50:22 70:2 74:10
**attorneys** 74:21
**audio** 9:13 296:21
**august** 169:7
**austin** 6:7 7:7
**authoritative** 137:23
**authority** 138:14 139:4,9 140:7
**authors** 163:6 211:15
**available** 230:4 233:12 275:12,21
**avenova** 127:25
**aventis** 7:5 129:23 235:8
**avenue** 4:6,19 5:14 5:21 14:8
**average** 89:20 90:4
**aware** 50:14 56:7 56:11 59:7 149:2 149:23 183:8,12 183:16,22 184:5,7 187:8,16 188:3,11 188:15,19 196:10 203:4,8 207:15,19 212:16 227:5 233:8,14 241:8 246:20 287:14 290:16,20 304:12

**b**

**b** 8:16 71:23 77:21 77:23 78:2 79:7 79:14,21,23 80:12 80:15,19,23 81:18 81:21 82:2,17 83:12,22 84:10 85:18 87:4,4 88:14 92:20

102:12 104:2 109:25 114:9 117:22 118:5,9 133:19 190:21 192:2 207:4,9 237:16 309:14 310:4 311:4
**back** 23:16 36:6 53:16 60:18 76:19 78:18 79:4 84:7 88:13 89:9 91:2 97:7 102:16 103:8 104:7 110:17 112:22 113:20 114:10 115:23 118:23 122:7 125:9 134:23 141:4 145:21 146:2 155:7 158:10,10 159:25 160:4,20 162:3 170:21 171:19 175:14 189:5 202:8 207:3 209:19 229:3 230:3 231:22 238:17 242:19 249:5 265:21 269:17 273:10 280:7,8 281:19 299:10,10
**background** 156:20 164:25 168:2 185:14
**backward** 125:9
**bacon** 5:20 8:19 255:23 256:14,17 261:20 283:20
**ballpark** 27:17,18
**baltimore** 5:6
**barnes** 5:7
**base** 243:16
**based** 74:8 94:4,8 94:10 102:21 117:19 134:5 141:14 142:22 200:14 202:11 205:6 226:19 235:20 257:5 259:21 260:4 272:12
**baseline** 63:24,25 80:25 82:19 83:3 83:5,16,17 85:19 88:25 89:2 90:6 94:3 113:21 133:17 232:5 242:23 245:17 246:5
**basic** 12:23
**basically** 32:4 33:8 53:17 56:12 59:19 80:17 119:10 120:6 128:22 129:8 137:18 138:16 156:9 159:6,8,9 184:21 184:23,24 194:17 206:12 218:11 224:12,22 228:23 228:24 257:6 298:12 299:22
**basis** 52:7 72:22 109:24 157:4,23 157:25 223:18 242:4 279:19
**batch** 55:3,3 62:16 63:3 67:19,24 88:19 89:16 91:5 93:10,10,14 95:15 100:15,17 102:17 103:17 104:10,20 109:17 115:8 117:13 119:7,24 305:6
**batches** 82:3 83:5 83:18 245:2
**bathroom** 176:12 176:17,17,22,23 176:24 177:9,10 177:12,18,19 178:3,3,4,7,8 221:10 223:14 227:2 231:13 232:10,14,17,18 232:25
**beard** 207:2
**began** 129:3
**beginning** 59:8 60:22 91:13 103:12 122:11 189:9 249:9
**begins** 267:24
**behalf** 193:23
**belief** 279:4
**believe** 12:17 26:7 28:14 30:16 32:16 34:16 35:12,13,24 42:9 44:9 45:3,14 54:13 57:16 59:9 64:15,21 66:25 68:2 75:6 76:23 77:3,22 80:19 88:14 108:5 122:21 124:3,6 130:11 138:8 142:22 146:11 151:12 152:19 159:10 162:5 164:7 166:24 168:18 172:19 180:19 185:22 190:2 191:5 212:7 213:5,25 215:12 218:23 221:12 222:12 224:3 233:24 237:5 238:21 251:9 255:6,8 258:2,8 262:22 266:6 268:20 280:19 282:23 294:24 296:14 301:7,10
**belonged** 155:19
**belongs** 66:3 104:16
**benotti** 8:20 53:2 53:24 54:24 55:11 55:25 56:6 57:19 90:15,19 94:21 97:20 100:8,21 103:15 105:3,24 107:14,24 109:7 111:6 113:2,23,24 119:12 120:17 298:2 303:15
**benotti's** 298:11 301:12 303:24
**berne** 7:20
**best** 46:22 57:8 58:16 114:20 153:8 308:11
**better** 272:23 274:10 297:4
**beyond** 151:6 169:18 202:9 208:19
**bi** 83:19 244:22
**big** 116:4 280:14 280:15
**bigger** 42:5 92:23 263:16

**bin** 53:18 54:8,14 55:3 100:17
**biological** 258:9
**biomolecular** 33:7 33:21
**bit** 26:12 52:2 54:4 77:16,20 121:4 147:7 149:7 266:23 267:2 298:23 299:13
**blah** 237:17,17
**blood** 210:10
**blow** 88:21 154:15 181:9 297:11 298:22
**blue** 153:23 160:6 164:20 179:25
**board** 160:21
**body** 138:19 198:13 199:10 201:18 204:16 205:3 278:24 280:17 286:4 289:4
**boehringer** 5:12 5:12,13,13,14 11:22
**bogdan** 3:7 10:18 18:4,13,22 19:11 19:17 20:3,10,19 21:3 24:15 25:2,4 25:6 26:9,22 27:20,25 28:9 29:11 30:3,21 31:13 32:13,22 33:16 34:2,12 35:6,9,17,23 36:15 37:14 38:5 46:6 46:13 47:9 48:11 48:23 49:10 50:18 51:4,11,18 52:5 54:10 55:6 57:13 58:10 59:2,25 62:21,23 65:23 66:16,22 67:3 68:6,22 69:13,23 70:13 71:7,24 72:20,24 73:4,8,11 73:15 74:6,19,25 75:6,22 76:11 77:3 84:13 85:3 86:2,20 87:13 88:7,11 89:12 91:11 94:5,15 95:18 98:4,21 99:3,10 101:6,17 101:21 105:13 106:2,6 108:10 109:12 110:2,8,20 111:8 112:3,11,17 113:10,13 114:4 115:9 120:2 121:12 127:9,16 128:6 130:21 131:5,21 132:15 132:23 133:7,23 134:12 135:13 136:3 139:6 140:2 141:17 143:5 144:3,21 145:2,7 145:22 146:5,20 146:25 149:6 150:11,19 157:18 158:20,24 159:21 160:16 161:6 164:10 166:2,20 167:14,22 169:23 170:6,13 173:18 174:22 175:5,10 176:14 177:3,15 178:14,23 179:6 179:17 180:13 183:2,15 184:14 185:25 186:14,25 187:12 188:7,18 191:10 192:8,16 193:7 194:6 195:14,25 196:21 198:10 199:17 200:9 202:18 203:6,20 204:2 205:12,16 208:16 208:20 209:16 210:18 212:3,9 213:7,19 214:3,15 214:18 216:9,24 217:22 219:21,24 220:14 221:3 223:23 224:10 225:21 226:8 227:11,21 229:13 229:15 230:8,14 231:15 232:15 233:20 234:2,13 235:2,21 236:11 236:20 238:5 239:7 240:9 242:7 243:5,13 244:17 245:8,23 246:15 246:23 249:23 251:12,20 254:8 254:19 257:11 258:14,23 259:25 260:17 261:11 264:15 265:8 266:20 270:4 272:20 273:5,21 275:15,24 277:7 279:2,23 281:4 282:3,5 283:24 284:18 286:5 287:2,8 288:13 289:14 293:6 296:21,25 297:5 301:4 302:11,14 303:6 304:14 305:8,21 306:10 306:24
**bono** 196:15
**bose** 32:6 50:12 60:5 67:10 95:19 109:10 134:3,9 162:10 163:8 281:7 311:10
**bosick** 6:14
**bosso** 8:16
**boston** 4:13
**bottle** 229:4
**bottles** 231:19 244:20
**bottom** 29:3 42:22 45:16 95:13 117:8 117:10 153:17,24 264:16
**boulevard** 3:18
**bowman** 6:5
**bowmanandbro...** 6:9,11
**bowry** 8:21 9:24
**box** 3:12 22:10 39:5 81:8 162:15
**bracket** 268:5
**bracketed** 265:3,5 266:12,14
**brackets** 267:17
**brand** 15:24 57:4 159:5
**brands** 171:14 244:15
**braunstein** 193:16 194:3,13 217:10 278:8 281:20
**brazil** 223:2

**break** 13:22,25 54:3 60:10 76:13 78:22 98:16,19,23 110:5 121:11,15 167:5 188:23
**breakdown** 234:17 235:5,6 241:19
**breaking** 98:25 235:4 241:13
**breaks** 233:9 287:11
**briefly** 187:25
**bring** 44:7 45:2 79:17 138:2,3 158:10 246:8
**bringing** 100:24
**broad** 137:6 166:3 213:20
**brooke** 6:5
**brought** 128:3 259:5
**builds** 194:2
**bull** 198:21
**bullet** 153:25 156:5 176:3
**bumpus** 69:21
**bun** 284:15
**business** 129:2,3,6 129:7,10 172:3 212:14
**businesses** 124:20 124:24 125:7,13
**button** 130:15
**buttons** 59:5 111:10 130:13
**buy** 95:8 246:7 262:14

**c**

**c** 3:2,17,20 4:2 5:2 6:2 7:2 8:2 190:21 206:25 211:2,7,13 237:16 282:21 308:2,2 310:2 311:2
**c.v.** 5:14
**cabinet** 177:23
**calculate** 187:10 269:9 271:12
**calculated** 255:13 260:13 262:19,21 269:14
**calculation** 266:24 267:3,9 268:2,13 269:17 270:11 272:13,14 294:8
**calculations** 188:4 188:16,20 262:20 263:9 267:15,17 268:5 269:21 270:20
**calculator** 161:25 267:4
**california** 1:7 125:16 229:3
**call** 20:8,11 36:14 104:15
**called** 53:18 93:14 104:13 224:18
**calling** 73:18 170:17
**calls** 203:22
**calm** 180:3 184:24 185:13 186:7
**camera** 9:8
**canaan** 8:15
**cancer** 178:20 187:5,11 280:11
**capability** 232:22
**caption** 265:3 312:5
**captioned** 312:12
**car** 161:14,15 173:5,11,15,23 174:4,5,7 221:9 223:11,13,20,21 224:9 225:10,10 226:6,21,25 227:7 227:19,23 228:15 229:25 230:3,6,13 230:17
**carcinogenic** 195:3 202:7 206:15
**carcinogenicity** 202:2
**carefully** 96:8
**carmen** 5:16 10:18 11:21 251:12
**carr** 7:8
**carton** 6:10
**case** 37:13 47:20 66:18,19 68:24 69:3 73:5,9 100:23 109:2 137:7 186:18 200:6 202:15 214:13 229:8 254:16 290:12 312:5
**cases** 1:6,11 234:8
**causation** 68:24 69:9 187:4
**cause** 31:17 33:5 35:4 70:24 142:11 178:20 187:4 236:5,14 241:14 241:16,20 247:15
**caused** 169:4
**causes** 290:19
**ccp** 1:8
**cellerx** 128:2
**celsius** 156:9 158:18 159:9,19 160:8 161:13,16 161:21 164:19 167:4 170:23 173:2,9,10,17 175:16,24 176:11 176:19,25 177:7 258:9
**center** 239:23 240:4
**centigrade** 154:4 156:8 165:14 246:12
**centre** 6:15
**certain** 47:12 136:25 210:4 224:23,23 226:14 255:17 286:8
**certainly** 19:21
**certified** 2:11
**certify** 308:7,13
**cgmp** 48:2 136:13 139:21 140:6
**chaffin** 4:5 8:13
**chaffinluhana.c...** 4:8
**chain** 231:20
**chance** 22:8 79:13 79:15 80:18 81:20 149:13 188:2 253:3 303:18
**change** 234:23 235:3,24 236:3,5 236:13,16 238:18 238:20 239:4,10 239:11 242:11

245:6,13,20 246:5 247:19 313:3,5,6,8 313:9,11,12,14,15 313:17,18,20,21 313:23 314:3,5,6,8 314:9,11,12,14,15 314:17,18,20
**changed** 247:17 297:23
**changes** 97:15 236:9,18 237:3,6 248:10 312:14,18
**changing** 97:4 235:10
**characteristics** 18:16
**characterize** 155:23
**charged** 28:25
**charts** 87:19
**chattem** 7:4
**check** 26:17 28:18 28:19 221:6,22
**chemical** 186:21 277:19
**chemicals** 126:18 186:10
**chemist** 124:13 129:16,24 130:4 204:12 240:25
**chemistry** 110:13 124:4,7,9,11 126:18 129:18 130:8 186:11 204:19 205:19 206:25 271:19
**chemists** 30:9 129:19 130:6
**cherry** 300:12
**cheu** 32:6 50:13 60:5 67:11 76:24 95:19 109:10 134:3,8 245:11 281:7
**children** 226:25
**children's** 226:24
**china** 198:21 247:9
**chris.carton** 6:11
**christopher** 6:10
**chromatogram** 90:10 104:20 105:2,16,22 106:18 109:23 112:22 113:3 114:3,10 115:2 292:19 294:25 295:9 296:8,13 300:17,21 303:3
**chromatogram's** 104:10
**chromatograms** 37:25 38:2,4,9 99:22 102:2 104:11 112:7 113:18 114:8 292:15 302:9 303:11 304:18
**chromatography** 17:3,7,14 154:24 155:15 252:16 253:18 259:22 260:4
**cincinnati** 7:22
**citation** 138:5 154:18,22 155:18 155:18,23 157:5 157:11,20 282:13
**cite** 137:22 216:21 217:19
**cited** 12:12 158:2 217:4 251:22 253:7 280:9
**citizen** 64:6 76:3 102:6 141:21 142:10,24 143:4 143:18 145:16 167:10,12 168:20 171:18 196:13 197:8 207:16 244:12
**clarification** 40:17 300:19
**clarify** 209:19 238:8
**clean** 13:6
**clear** 174:16 215:9 303:2 305:16
**click** 23:2
**client** 47:20 69:16
**client's** 121:3
**coaching** 109:4 112:12 179:13 228:3
**cohorts** 224:24
**cold** 225:16
**collaboration** 196:3,15
**colleague's** 52:19
**colleagues** 170:22 176:3 229:24
**collect** 207:12
**collected** 247:11
**collecting** 247:10
**collection** 96:14
**colloquy** 98:11
**color** 234:11,23 235:3,11,20,25 236:4,5,9,13,16,17 237:3,6 238:18,20 239:4,9,11 242:11 242:20 243:19,23 244:25 245:3,6,13 245:20 246:5 247:18,19 248:9
**colorado** 7:6
**colored** 235:13 244:2
**colorless** 235:16 235:24 239:13,14
**column** 265:16
**columns** 264:23 302:24 304:5 306:19
**combination** 220:4 281:6,16 282:16
**combinations** 17:13
**come** 58:2 95:9 96:21 230:3 236:6 257:14 262:15 278:17,18 295:18
**comes** 150:13 205:3 244:22 283:11 284:5
**coming** 42:3 77:14 199:9 278:16 292:6
**comment** 105:23 126:17 151:5 173:3 185:5 186:9
**commenting** 167:10
**comments** 157:9
**commercial** 154:2 156:6
**commission** 308:24
**commissioned** 126:25
**committed** 141:24
**committee** 138:17 222:22 224:6

**common** 247:13
**communicate** 144:18
**communicated** 184:11
**communication** 73:25 74:11,20 144:23 145:6,11
**communications** 36:23 50:21 70:3 73:19 74:22 182:2 184:10 288:11
**companies** 235:9
**company** 21:9 129:14,20 150:23 197:5 226:4 288:8
**comparable** 259:13
**compare** 119:14
**comparing** 177:11 256:18
**complaints** 247:10 247:11
**complete** 11:2 30:13 31:12,16,16 31:23 32:17 58:17 92:2 101:8
**completed** 196:7 248:10
**completely** 181:21
**complicated** 54:15 54:16 136:16 276:14 277:19
**composed** 220:10
**compound** 161:18 165:4 195:3 197:15 198:17 205:9 207:14 224:24 225:2 226:14 231:10 238:12 239:21
**compounded** 209:20
**compounds** 134:7 202:7 241:14
**comprehensive** 92:3
**computer** 14:16 52:17,19,19,20,23 55:15 56:3,3,22,23 56:25 57:4 58:3 66:11 78:23 79:17 88:10 95:10 96:23 110:23 114:19 115:5 120:7,9 121:3 138:4 274:10 302:8 305:19
**computers** 56:16 57:7 59:5
**concentration** 159:7 260:14,19 260:21 263:3 274:25 278:11,13 279:9 281:22,23 289:22
**concentrations** 235:19 255:14 262:18
**conceptualize** 131:15
**conceptualized** 131:8
**concern** 129:12
**concerned** 172:4 182:13 184:18,22 235:11 239:10 280:15 281:8
**concerns** 180:2 224:24
**concierge** 8:22 10:4 21:20,25 22:19,25 41:23 42:2 43:4,9,16 61:11 64:22 65:5 84:23 115:17 116:3,8,13 118:6,9 118:12 123:3,6 146:10 147:10 148:24,25 151:13 162:12 180:20 181:17 251:24 252:10 263:13,15 263:23 264:8 292:6
**conclude** 249:19
**concludes** 307:12
**conclusions** 70:11 70:18,21
**condiments** 284:15,22
**condition** 161:11 176:20 177:20 178:5 191:17 223:4 232:5,19
**conditions** 176:4 177:11,13 192:6 220:12 222:15 225:3 226:16 230:13 232:14 233:9 237:13 241:10 246:2
**conduct** 31:10 143:11 200:7 210:15 220:8 222:11 225:9 258:20 272:11 282:15,19
**conducted** 9:6 75:12,18 133:11 142:14 154:25 173:15 199:20,24 202:19 222:7,9 223:7,15 224:9 230:11 231:11 232:9,16 237:8 247:16 248:8 250:5
**conducting** 72:18 72:25 73:24 74:3 150:22
**conference** 14:9 36:14 77:14 163:22 208:5
**conferred** 249:13
**confident** 136:9 145:19 146:3
**confidential** 1:1 1:16 2:1,7 3:1 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1

82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1 253:1 254:1 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1 288:1 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1 302:1 303:1 304:1 305:1 306:1 307:1 308:1 309:1 310:1 311:1 312:1 313:1 314:1

**confidentiality** 144:9 145:7

**confirm** 25:11 32:19 33:23 34:5 34:22 43:14 46:9 57:8 63:14 85:25 91:25 108:6 112:14 202:22 248:16 256:13 264:9 296:3 305:19

**confirmed** 142:12 265:13

**confirming** 80:21 81:4 251:24

**confound** 284:23

**confusing** 166:21

**connection** 9:9 47:25 115:16

**consequences** 128:10

**consider** 127:6,12 127:12,13 130:3 150:15 156:23 160:12 161:2 171:8 172:13 191:6 234:23 284:14 285:6

**considered** 285:9

**consistency** 140:24

**consistent** 262:23

**consult** 220:6

**consultant** 107:21

**consumer** 150:17 160:14 161:4 171:10 218:15,19 220:3,9 222:8

**consumers** 288:12

**consuming** 289:2 289:3

**contact** 283:11 284:6

**contacted** 179:25

**contain** 62:16 68:15 240:20 241:2

**contained** 37:20 57:10 59:23

**containers** 156:16 156:17

**contains** 67:18,24

**contamination** 169:3

**content** 250:20,24

**contention** 141:9 141:13 278:23

**contents** 61:16,24 63:21 310:14

**context** 148:5 169:20 170:12,13 184:3 196:5 208:21

**continuation** 143:20

**continue** 9:14

**continued** 4:2 5:2 6:2 7:2 8:2 122:13

**continuously** 171:24

**contract** 230:19

**contribute** 216:14 216:16,18

**contributed** 128:20 201:7

**contributes** 285:3

**contribution** 290:5

**control** 220:10 232:21 233:3

**convention** 63:3 63:10

**conventions** 99:18

**conversations** 180:11 288:19

**conversion** 205:20
**convert** 277:4
**converted** 198:15
**converts** 202:3 206:5
**cook** 257:8,13 259:8
**cooked** 258:13 283:20
**cooking** 258:21
**cooled** 257:23
**coordination** 1:9
**copied** 97:16
**copy** 15:3 42:10 81:9,14 82:10 91:3 147:17
**copying** 50:10
**coral** 3:19
**corner** 153:24 303:4
**corners** 231:25
**corporation** 5:12 5:13
**correct** 12:5 16:6 16:7,14,15 17:8,19 18:8,20,21 21:2,10 27:3 29:19,20 32:21 33:25 34:11 34:18 35:14 36:17 41:8,9,12,13 42:10 43:12,24 44:2,4 45:16,25 46:5 48:3 49:5 54:20 54:24 63:7,11 64:22 70:20 80:20 81:2 82:20 84:11 84:17 85:2,21,24 86:25 89:17,21 110:13 112:2 118:10 123:3,13 124:4,21,22 126:7 126:15 128:25 129:4 134:14 135:2 139:11,25 140:3 141:8 145:16,17 149:21 149:22,25 150:4 150:10 151:13 153:10 154:6,21 155:11,21 161:22 163:8,9 164:2,3,16 164:17 165:6,7,8 165:21 171:6,7 172:21,24 173:17 182:16,18,19,25 183:9 185:17 190:22 191:2,3,9 194:5,15 195:13 195:24 196:20 197:22,23,25 198:5,9 201:2 203:15,17 209:11 211:5,17,20 212:2 219:20 220:5 222:8,16 226:7 240:18 250:6,21 250:25 251:15,25 252:24 255:7,10 255:18,24 259:24 260:11,13,16 262:8,9 265:16 273:20 281:21 283:23 286:4 291:15,23 292:8 295:10 296:4,9,16 297:16,17 304:13 306:22 307:3
**correction** 174:25 175:9
**corrections** 312:15
**correctly** 260:24
**correspondence** 100:20
**corresponding** 119:15
**corroborate** 168:9 168:12
**corroborated** 135:19 142:2,9 143:19,24 171:22
**corrupted** 106:24
**costco** 231:23
**counsel** 3:5,11,17 4:5,11,18 5:5,11 5:20 6:5,15 7:4,14 7:20 8:5 9:18 10:12,15 21:15 23:25 24:8 25:14 26:19 27:25 28:9 32:15 40:6 50:15 51:8 52:15 57:21 59:4 64:5 70:7,16 72:5 73:22 75:23 85:7,9,10 91:19,20 91:22 92:6,8 97:25 98:7,12 100:5,20 107:10 109:4 110:25 121:10 186:24 204:4,4 228:2 265:25 308:15
**counter** 156:14 287:15
**country** 156:22
**county** 1:8
**couple** 119:3 165:17
**course** 55:17 150:24 184:8,9 233:12 258:7 273:19 274:16 281:9,17
**court** 1:2,7 9:22 10:3,14 13:2,8 81:13 149:3,8 181:18
**courtesy** 81:4
**courtney** 8:14
**covered** 89:23
**cp** 125:11
**crashing** 52:20 53:8
**crazy** 19:3
**created** 49:23,24 219:15 229:10
**critical** 214:8
**criticism** 190:25 208:12 209:4 215:8
**criticisms** 189:18 190:9 207:4,10
**criticize** 191:5 211:2,14
**cruz** 8:17
**ctoledo** 5:17
**cured** 212:6 213:4 213:24 214:8,9,10 214:11 215:11
**current** 123:24 124:2
**currently** 68:20 69:8,10 74:15 75:7 76:5
**curriculum** 122:25 310:22
**cut** 74:7
**cutting** 214:15
**cv** 123:12,19,23 124:25
**cycles** 246:12

**d**

**d** 309:2 310:2,2 311:2,2
**d.c.** 4:19
**d6** 301:19
**daily** 150:8
**dangerous** 262:3
**dann** 5:5
**dark** 274:6
**dashboard** 53:4 96:14 161:15
**data** 10:24 11:5,7 18:11 46:19 49:5 49:8 50:3,10 52:16,25 53:12 56:20,24 57:11,16 58:25 59:24 64:14 65:22 66:7,10,20 67:7,20,25 68:3,10 68:12 70:10,19,22 71:4,5,21,22 72:10 87:18,21 90:17 91:20 94:21,23 95:3,5 96:14,17,25 97:21,22 99:13,15 99:23 100:10,18 102:5,17 106:22 106:23 107:6 108:18 109:11,14 110:6,10,17,22,24 111:3,3,24 112:16 112:19,25 114:7,8 114:11,16,18,19 120:6,8,13,24 135:19 137:8 143:3,10 144:8,11 159:12,23 160:3,3 160:20 161:9 164:11 167:12 168:17,19,21,23 170:17 171:12,21 187:10 188:5,17 193:25 214:5 215:18 222:8 223:18 255:7 256:5 280:17 292:20,22 297:24 298:2,3,11 299:19 300:12 301:2,14 301:17,20,23,24 302:20,21 303:17 304:23 305:17,24 306:2,6,7
**date** 24:12,20 26:16 28:10 29:17 36:25 40:20 62:12 63:10 90:6 92:20 93:5,11,20 94:4,14 99:24 100:2 104:5 105:11 116:12 117:3,7,20,20 119:22 141:15 163:25 219:14 221:24,24 310:19
**dated** 25:22 26:11 43:21 44:14 45:4 45:9 162:10 183:18 250:23 310:7,9,12 311:10
**dates** 93:4 99:24 104:9,10,20,25 113:3 221:16
**david** 8:22 10:4 21:12 41:22 42:17 84:6,19 118:3 148:24 152:3 158:9 181:9 263:20 292:4 297:10 300:9
**davis** 187:24
**day** 24:10 58:2 96:22 150:10 170:25 171:6 176:6,10 177:14 307:21 308:19 312:21
**days** 156:20 158:23 159:19 160:8 161:16 173:3
**de** 3:18 5:14
**deadline** 29:14
**debate** 281:20
**decade** 280:15
**decide** 131:18 134:10
**decided** 132:4,14 133:4,20 283:4
**decision** 204:6
**decisions** 134:4,16
**deck** 163:2,13,17 163:19 164:5 170:22
**declaration** 54:23 55:4 100:8,21 312:7
**declare** 312:9
**decrease** 285:7
**defendant** 5:20 6:5,15 7:14,20 8:5 34:20 67:2,23
**defendants** 2:10 5:11 7:4 9:18 38:25 46:4,11 50:15 52:14 57:10 57:18 62:3 65:13 66:4,15 91:9 195:18 220:25 231:18 232:3 233:11,14 241:8 247:8,9,14,25 263:5 309:22
**defense** 53:13 57:25 98:12 99:5 108:19 110:24
**deficient** 208:7
**define** 110:10
**defined** 47:16,16
**defines** 138:19
**definitely** 57:5 97:23 163:20
**definition** 40:16 47:4 109:14 130:23 271:23 274:18
**degradation** 31:19 33:6,7,20,22 34:15 34:21 165:5 239:19
**degrades** 31:20 32:12,21 34:18 36:2 233:6
**degree** 124:4,6 126:14,16 161:13 176:19
**degrees** 154:3 156:7,9,10 158:18 159:9,19 160:7 161:15,21,22 164:19 165:13 167:4 170:23 173:2,9,10,17,24 175:16,23 176:11 176:18,18,25 177:7 246:11 258:9
**delays** 13:11
**deliver** 114:16 167:12
**delivery** 15:5
**dell** 57:6
**dent** 290:10

**deny** 248:16
**depending** 192:25 222:24 234:4,5 276:21 279:15 285:18
**depends** 9:7 47:11 127:11 133:9,10 191:17 192:11,12 192:21 261:13 279:10 289:5,6,16 289:18 290:7
**depletion** 273:18 274:3,15,19,23
**deployed** 33:8
**depo** 287:10
**deposition** 1:17 2:8 9:5,17 10:21 12:18,21 13:11 14:5,23 15:23 16:5 26:20 38:19 38:25 39:17 40:8 59:8 76:25 91:14 98:6,10 99:7,9 190:17,18 202:25 249:15,19 308:8 308:10 309:19,22 312:2,11,16 313:2 314:2
**derived** 87:22 267:18 268:6
**describe** 17:21 20:4
**describes** 267:8
**description** 19:14 19:15,23,24 20:7 36:13
**descriptions** 20:17
**design** 19:6 20:6 31:9 130:18,24 132:21 134:10 143:10 193:20,21 200:6 207:20 222:16 224:8 228:20 229:5,16 229:20
**designation** 113:5 113:6 136:23
**designed** 19:7 133:3 196:19,24 200:14 280:25
**designing** 193:5 212:14 219:20 258:11
**designs** 20:16
**despite** 242:24 246:10
**detect** 254:15
**detecter** 273:8
**detectible** 198:8 291:14,22
**detecting** 167:8
**detection** 18:18 292:8 293:17,20 294:5
**determination** 252:14
**determine** 31:18 32:10,19 109:11 192:14 204:9 253:18
**determined** 250:19,24
**determining** 256:17
**developed** 127:24 230:24
**developing** 187:11 226:3 235:15
**development** 53:23 57:20 139:20 150:24 195:2 282:23 283:15 306:13
**develops** 284:6
**devices** 14:16
**devries** 5:5
**diagnosed** 210:4
**difference** 20:15 20:22 136:22 210:16 214:14 258:22 267:14,24 267:25
**differences** 209:14
**different** 11:7 37:21 52:18,22 55:15 71:17 82:3 83:18 89:10 91:24 94:22 95:4 96:14 104:13,14 114:13 133:12 150:25 151:2,15 179:20 188:15 209:9,23 223:4,4,5 226:3 244:15,20,23 245:2 266:16 278:21 286:13
**difficulty** 78:17 300:18
**diligent** 111:15
**dimethylamine** 33:10 252:14 253:19
**dir** 69:23
**direct** 50:23 69:16 69:24
**directed** 98:7
**direction** 49:23,25
**directions** 287:15 287:19,21 309:8
**directly** 87:24 95:12 254:13 260:22
**director** 145:13
**disagree** 242:4 269:8,11,13
**disclosed** 195:17 283:16
**disclosure** 108:23
**disclosures** 184:21
**discoloration** 247:3,12
**discolored** 243:3 243:12,15,19 244:7 246:9,14,22
**discovered** 196:12 242:17 304:5
**discrepancies** 91:17,20
**discrepancy** 95:25 95:25
**discuss** 102:22 146:16 218:15 248:17
**discussed** 94:10 150:16 161:20 203:24 204:3 269:15
**discussing** 182:22 281:21
**discussion** 23:14 98:5
**diseased** 191:19
**disingenuous** 100:4
**displayed** 10:25 11:6 99:20
**dissertation** 234:20
**dissolution** 276:5 276:9
**distinguish** 200:21
**distracting** 77:16

**distributed** 257:6
**district** 1:2,2 9:22 9:22
**disulfide** 239:23 240:4,5,17,21 241:2,21
**dla** 7:4
**dlapiper.com** 7:9 7:11
**doctor** 33:17 91:15 106:11 112:6 120:4 127:4 127:5 161:7 169:24 179:7,9 180:8 208:16
**document** 1:6,12 22:5 25:7 38:18 38:22,23 39:20 40:2,6,19 43:19 44:12,20 45:7 61:15,19 63:22 64:24 116:10,20 120:19 122:24 123:10 151:22 162:8,15,16 167:15 179:8,9 180:24 246:17 247:23 248:15 252:3 263:25 294:19 309:16,18 309:20,21 310:6,9 310:11,14,16,19 310:22 311:7,9,11 311:14,15,17
**documentation** 72:4 141:14 243:11
**documents** 15:2 15:11 37:22 39:7 40:13 45:24 46:3 46:10,15,19 78:4 85:8 195:12 219:19 242:21 247:7,21,24 248:6 256:5 266:16 305:15
**dog** 271:14 284:14
**dogs** 255:23 256:15,17 279:13 279:13,14 284:16 284:21
**doing** 76:5 135:24 141:24 151:3 167:7 180:5 186:12 266:23 267:3,3 294:8
**dose** 150:8 180:7
**doses** 187:4
**doubt** 273:16
**doubtful** 168:23 168:24
**download** 123:9
**downloaded** 64:11
**downs** 295:23
**dozen** 129:19 282:13
**dr** 7:20 8:5 9:17 10:25 11:16 20:23 23:20 32:6,6,6 33:11 36:10 38:20 38:25 39:4 40:23 41:6 43:11,20,23 44:13 45:8 50:12 50:13 53:2,24 54:24 55:11,25 56:6 57:19 60:5,5 60:25 61:23 67:10 67:10 68:13 69:21 69:22,22 73:15 74:13,19 76:23,23 78:11,22 81:22 90:15,19 92:7 94:21 95:19,19 97:20 100:8,21,25 101:6 103:15,21 105:3,24 106:6,17 107:14,18,24 108:13,24 109:7,9 109:10,10 111:6 113:2,23,24 118:17 119:2,12 119:17 120:17 121:14 122:15,25 123:10 134:3,3,8,9 136:17 137:17 138:4 149:7 157:17 162:14 172:7 178:14,18 179:15 181:13 187:8,9,9,23,24 188:4,5 189:12 195:13 196:19 202:15,25 203:4 203:11 204:3,11 205:10 208:9 212:16 214:19 215:2 218:4 227:5 228:6 233:5 245:11 248:5 249:15 250:3 253:10 263:6,8 264:2,19,22 265:15 266:18 267:8,15 268:2,19 268:22 270:3,12 281:7,7 287:8 298:2,11 301:5 303:15 307:13 309:19,22 310:7,9 310:12,22 311:15
**drawing** 160:21
**drink** 193:2 290:8 290:14
**drinking** 289:18 290:18
**drive** 4:12 6:6 19:2 50:8,10,17 51:3,12 51:17 52:11 53:11 54:9,20 57:9 59:23 61:17,25 65:2,12 66:3,15 67:18,23 68:4 90:16 91:8 99:13 107:20,25 108:2,8 310:14,17
**drives** 49:5,9,22 49:24 50:4
**drop** 154:7 167:2 290:24
**dropped** 78:23
**drops** 293:20
**drug** 15:25 47:19 111:16 137:10,11 137:13 150:24 208:2 210:21,24 233:18,22,22,25 234:3,6,9 235:4,10 235:15 236:13 281:15 282:9
**drug's** 234:24
**drugs** 276:6
**due** 29:18 35:23 95:25 241:18 242:15 300:11
**duly** 10:17 11:12 122:5 308:9
**dynamic** 286:16

**e**

**e** 3:2,2 4:2,2 5:2,2 6:2,2 7:2,2 8:2,2 8:14 122:2,2 308:2,2 309:2,14 310:2,2,4 311:2,2 311:4

**earlier** 26:3,4 27:23 45:23 56:18 128:24 130:11 139:24 169:7 183:11 186:9,19 202:12 249:17 298:9
**earliest** 25:23
**early** 33:4 180:4 218:9
**easier** 13:7 82:9
**easily** 105:4 115:6 120:10,14 202:3
**east** 8:6
**eat** 102:25 192:22 279:13
**eaten** 284:16
**eats** 191:14,15 279:11
**echo** 297:6
**ed** 152:3
**effect** 195:2 210:8 212:15 259:4
**effectively** 119:10 129:9 140:16 196:11,16 197:12 197:13,16 198:15 200:19 201:4,22 204:21 206:2 207:16 222:22 225:11 228:10 231:4,8 306:19
**effects** 253:25
**effort** 102:4 131:10
**egnyte** 22:19 115:16 220:2 290:25
**eight** 305:12
**either** 95:19 137:5 137:12 181:20 202:22 220:11
**electronic** 14:15
**elevated** 165:6
**eleven** 288:3
**ema** 137:4 222:23 224:6
**email** 167:17 178:25 180:11,14 181:16,24 182:6 182:17 183:18 184:3,20 185:14
**emails** 179:20 180:25 311:11
**embarked** 195:8 230:22 281:9
**emery** 11:2 14:10 14:12 16:8,9 17:22 21:9 22:6 23:25 24:12,23 27:17 28:25 30:2 33:14 36:15,20 37:17 46:2,9 47:6 47:8,24 48:14,20 48:22 59:23 61:17 62:4 63:3,9 65:2 65:21 66:21 67:19 67:25 70:20 71:4 71:12 73:23 75:12 75:18 86:16 87:20 90:9 91:9,16 94:11 97:17 102:4 116:11,21,25 120:19 124:20 125:9,14,21,24 126:5 129:10 130:19 131:3,19 132:2,3 136:18 139:24 141:10,14 141:16 142:24 143:25 146:4 163:3,5,22 165:23 167:11 181:2 183:23 193:10 194:4,9 195:11,13 196:19 197:19,24 216:21 218:23 223:22 224:9 227:8 236:17,24 236:25 238:18 242:5 243:12,21 244:11 248:8 250:3,4 254:4,17 254:24 255:5,13 255:16,22 256:22 256:24 266:15 305:7 306:8 309:16 310:14,17 310:19 311:12
**emery's** 46:20 57:11 70:10,22 80:25 82:19 83:3 83:5 87:12 242:20 243:11
**employed** 308:14
**employees** 30:17 31:25 32:5 126:12 197:19
**empty** 22:24 191:8 192:3
**emptying** 285:10 286:17
**encountered** 53:8
**encountering** 156:6
**encounters** 154:2
**endeavor** 202:16
**ended** 120:25 196:13
**engaged** 74:16 75:8,10,24 288:18
**engineering** 204:14
**enroll** 208:8 210:2 210:3
**enrolled** 207:6 210:14
**entire** 58:25 64:14 300:8 305:3,4 312:10
**entirely** 56:23 141:22 204:7 259:3 281:23
**entirety** 14:23 81:16 108:18 249:20
**entitled** 102:19 252:13
**entrepreneur** 124:17
**entries** 135:11
**entry** 29:4 36:12
**envelope** 269:17
**environmental** 204:13,14 246:2
**enzymes** 198:14
**epidemiologist** 126:7,8
**equipment** 30:18 56:10 130:8 154:20 155:10,20
**equivalent** 156:10 173:4 289:22
**errata** 312:2,16 313:2 314:2
**eshani** 162:9 163:7 311:9
**especially** 13:10 136:6
**esq** 3:7,14,17,20 4:7,14,20 5:7,16 5:23 6:8,10,17,19 7:8,10,17,23 8:5,8 8:13,14,15,16,16

8:17
**essentially** 29:16 64:10 95:21 97:4 194:24 196:16 201:15 202:22 226:22 295:12
**established** 134:6
**establishing** 196:15
**et** 250:15
**eva** 8:15
**evaluated** 250:12
**everybody** 106:14
**evidence** 236:7 266:10
**exactly** 54:21 67:12 79:12 81:19 81:25 82:13 86:19 132:9 173:21 180:15 185:19 247:22 277:6 302:16
**examination** 11:14 122:13
**examined** 11:13 254:2 309:4
**example** 13:3 55:16 62:14 133:16 143:17 193:13 210:3 261:17,20 271:14 282:22
**excel** 87:11,14 302:23
**exceptions** 63:8
**exchange** 10:20 98:15 273:10,10
**excipient** 247:18
**excuse** 33:11 240:2
**executive** 160:19 172:2 228:19 235:7 276:13
**exhibit** 21:12 22:4 22:23,23 23:10,21 38:14,16,17,21 39:8,14,23,24 40:16,20,21 41:18 41:25 42:3,19 43:3,6,7,13,15,18 44:10,11 45:2,4,6 61:6,10,11,14 64:18,21,23 65:3 79:25 80:6,11,14 80:19 81:12,24 82:2 83:24,25 84:10 91:3 108:5 114:9 115:14 116:2,7,9,14 118:10,11,14 122:20,22,23 123:20 125:9 138:3 146:11,13 151:9,12,15,17,21 158:7 162:5,6,7,17 162:17,22 180:18 180:19,23 181:7,8 187:15 251:7,10 252:2,8,11 263:11 263:24 264:3,5 292:5 294:15,16 294:17,18 309:15 309:17,20 310:5,8 310:10,13,15,18 310:20,21 311:5,6 311:8,10,13,14,16
**exhibits** 22:20 41:20 182:24
**exist** 28:16 68:5
**expand** 264:12
**expect** 198:24 200:4 202:13 296:15 297:16 298:5
**expected** 200:7
**expecting** 295:17
**expeditiously** 249:24
**experience** 218:16 218:19 220:3,9 222:8 223:3
**experiment** 29:23 32:25 34:9 35:2 130:24 131:2 135:12,15 143:11 250:14 258:12
**experimental** 19:6 20:6,16 31:9 222:16
**experiments** 29:7 130:19 131:3,7,8 131:14 132:3,22 134:10 218:21 219:20 222:14,18
**expert** 12:3,9,12 15:13,15 20:25 21:6 24:4 29:10 29:15 41:11 43:2 43:20 44:13 45:8 50:23 57:25 69:15 70:2 71:15,18 72:7,13 73:19 74:10 96:20 98:12 99:8 108:14,17 110:12 111:4 112:20,21 127:7 127:12,14 128:4,8 135:8 146:10 157:7 158:2 161:20 185:5 187:19 199:15,19 199:22 201:25 217:3,16 218:2,10 220:7 232:6 239:17 240:23 248:20 255:25 263:5,5 264:24 268:9 270:13 271:8 274:22 276:13 280:8 288:10,15 310:6,9 310:11
**expertise** 193:5 205:11,19,23
**experts** 187:19
**expiration** 221:16 221:24,24
**expired** 220:4,24 221:7,20 222:4
**expires** 308:24
**explain** 184:2 209:18 275:17
**exploratory** 135:17,24
**explored** 201:11 201:14 215:17
**export** 58:23
**exposing** 246:11
**expressed** 37:12 178:19 180:2 184:11 185:16,19
**extensions** 53:21
**extent** 10:23 11:4 69:14 70:9 71:3 71:20 73:17 179:8
**extreme** 225:2 233:9
**extremely** 161:10 172:3 175:13 184:18,22 234:4

**f**

**f** 122:2 308:2
**face** 298:18
**faced** 160:19
**facility** 11:4 14:11 14:12 242:12
**fact** 46:17 47:22 53:2 55:13 64:9 73:23,25 95:24 98:8 107:5 143:15 168:10 171:15 173:14 206:4 217:6 225:7 229:23,25 247:7 263:2 270:2 277:12 295:20
**factor** 267:16 268:3
**factors** 141:5
**facts** 120:4 206:6 258:25
**fahrenheit** 156:10 161:22
**failed** 198:8
**fair** 13:19 18:12 18:14 19:9,10,25 20:9 69:6 104:18 218:21,22
**fall** 48:2
**false** 298:6
**familiar** 62:9 103:20 152:16
**familiarize** 162:23 291:24
**family** 238:11,11 238:15
**fantastic** 111:14
**far** 67:17,22 72:15 193:19 194:18 202:9 272:8
**fast** 169:11
**fasted** 192:10
**fasting** 192:6
**fda** 128:3,22 137:4 142:2,2 143:4,24 144:6,11,12,18 145:12,13 168:14 171:18 207:17,25 208:3 211:2 222:23 224:6 225:8,19 229:7,11 276:6 288:18
**fda's** 70:23
**feasible** 232:23
**february** 85:8
**feeling** 15:17
**felt** 283:3
**ferrell** 6:8
**fhs** 6:18
**field** 205:24 276:14
**figure** 165:14 175:18 206:3
**figures** 164:16
**file** 63:14 67:2 87:25 90:23 101:18,20,22 168:20
**filed** 9:21 137:3 142:2 171:18,20 196:12 197:8
**files** 40:15 50:16 53:15,17,18 54:8 54:14 55:4,22 58:4 64:11,14,25 65:12 87:20 90:23 97:16 99:9,16,20 100:17,25 101:9,9 102:6,17 111:12 113:19 114:7 266:15 305:6,6 310:17
**filing** 137:8
**filings** 233:11
**final** 76:7
**finally** 53:25
**financially** 10:7 308:16
**find** 24:20 92:18 95:16 102:19 104:20 105:11 106:18 107:2 109:17,20 114:3 114:25 115:6 117:3,23 119:6,18 157:12 190:3 200:4,8 202:13,17 224:21 235:13,14 283:22 298:5
**finding** 70:23 150:2
**finds** 217:20
**fine** 16:11,24 41:4 102:19 185:3
**finger** 36:25 87:16 152:11
**finish** 13:13 99:11 147:3 159:16 169:24 201:13,13 213:11 214:25 293:12 306:17
**finished** 98:18
**firm** 9:25
**first** 11:12 15:24 24:4,9,20 25:16 40:5 42:23 44:4,8 45:11,13 46:18 50:10,17 54:9 75:17 80:4 88:14 88:16 92:19 102:11 104:2,5,5 112:20 115:2 117:22 118:24,24 133:19 156:5 179:5,23 188:13 199:15 255:16 264:22 299:9 302:5
**five** 30:8 60:10 76:13 116:24 119:21 149:16 238:25 241:24 276:24 285:23
**fix** 290:14
**floor** 4:6,19 5:6,15 5:21 6:16
**florenz** 8:17
**florian** 144:13 189:13,18 190:10 191:2,5 193:6,22 194:2,20 196:7 203:5 207:4,11,14 211:14 212:16 213:2 215:7 256:19 259:13,15
**florian's** 203:10
**florida** 1:2 3:19 9:23 176:21 229:2
**flow** 286:16
**fluid** 17:18 193:14 194:25 260:16 261:24 276:3,4 278:4 280:20 286:8
**fluids** 284:21
**focus** 230:20 237:11,12 239:15
**focused** 259:3,6
**folder** 22:20,23,24 39:5,9 62:8,15 92:18 93:10,10,14 93:20 94:4,13 95:15,22 103:17

104:8,12,15
**folders** 55:3 62:11 62:16 63:4,11 67:19,24 91:5 92:16 94:12 99:16 99:25 100:16 103:25 104:13 109:18,21 113:19
**folks** 97:20
**follow** 47:17 68:19 140:22
**followed** 63:10 135:17,18
**following** 166:5 168:16 195:20 199:14 250:14
**follows** 11:13 122:6
**food** 63:23 191:7 192:22,23 193:2 193:24 194:22 211:4,16,23 212:20 215:7,23 215:23 216:15,17 217:20 218:8,9 230:2 252:23 253:12,21 254:5 254:16,25 255:4 255:17 258:2 270:23 274:23 275:2,7,8 276:18 276:22,22 278:21 278:22 279:11,16 280:24 283:9,21 284:5 285:18 295:25
**foods** 216:13 282:17,24
**footnote** 154:8,8,9 154:12,19 267:7,9 267:13,23
**form** 18:4,13,22 19:11,18 20:3,10 20:20 21:3 26:9 26:23 27:21 29:11 30:4,22 31:14 32:13,23 34:2,13 35:7,18 37:14 38:6 46:6,13 47:10 48:12,24 49:10 50:19 51:5 51:18 54:10 55:7 57:14 59:3,25 65:24 66:23 67:4 68:7,23 69:5,14,24 70:14 71:8,25 72:21 84:13 85:4 86:21 87:13 88:8 94:16 95:18 105:14 106:3 108:11 109:13 110:3,8,21 111:9 112:4,18 113:11 114:5 115:9 120:2 127:10,17 128:7 130:22 131:5,22 132:16,24 133:8 133:24 134:13 135:14 136:4 139:7 141:18 143:6 144:4,22 145:3,23 146:6 150:12,20 158:21 159:22 160:17 164:10 165:5 166:3,21 167:15 167:23 173:19 176:15 177:4,16 178:24 179:18 180:13 183:3,15 184:15 185:25 186:15 187:13 191:11 192:9,17 193:8 194:7 195:15 196:2,22 198:11 199:18 200:10 203:7,21 205:17,21 209:17 210:19 212:4,7,10 213:5,8,25 215:12 216:6,25 217:21 217:23 219:24 220:15 221:4 223:24 224:11 225:3,22 226:9 227:12,21,22 229:13 230:9,15 231:16 232:15 233:20 234:2,14 235:2,22 236:12 236:21 238:6 239:8 242:8 243:6 244:18 245:9,24 246:16,24 254:9 254:19 257:12 258:15,24 260:2 260:18 261:7,8,12 261:18 262:3,12 262:16 266:21 271:24,25 272:20 273:5,22 275:16 275:25 277:8 279:3 281:5 282:3 283:24 284:19 286:6 287:3 288:14 289:15 293:7 301:4 302:12 303:7 304:14 305:9,22 306:11,25
**format** 11:2 87:7 87:11,14,16 101:10,13
**formation** 211:25 212:18 216:14,16 216:19 246:3 252:17 285:4
**formed** 234:16
**formulating** 37:19
**forth** 219:18 281:19 308:9
**forthcoming** 52:13 64:10
**fortuna** 6:6
**forward** 60:25 249:14
**found** 24:10 94:3 115:12 121:7 203:17 238:3 278:25 290:17 298:14
**four** 170:25 171:6 180:24 264:22 276:24 285:10,14 285:17,23 291:14 291:21 292:7,9,12 294:25 296:9,10 311:11
**frank** 6:17
**frantic** 184:18
**freeze** 259:8
**friend** 168:8
**front** 42:19 44:17 57:3 58:2 59:4 78:6 79:20,21 179:2 220:2
**froze** 78:24 79:11
**frozen** 78:12
**full** 11:17 82:5,7 108:22 232:3
**function** 114:2 234:17 237:6
**functions** 56:13

**furnished** 309:10
**further** 57:24 72:16 74:18 142:11 144:12 212:24 226:15 295:6 308:13
**furthermore** 195:4
**futile** 202:16
**future** 69:12

**g**

**gables** 3:19
**gain** 223:8 225:4
**gallery** 265:24
**gao** 144:14 193:15 194:2,12 217:9,12 218:5 278:8 281:20
**garbage** 167:12 170:17
**garbled** 296:22 303:17 304:6 305:18
**garbling** 301:14
**gas** 17:7 154:24 155:15
**gastric** 17:18 191:22 193:14 194:25 250:5 260:16 261:24 273:12 276:3,4 277:24 278:4 280:20,22 284:21 286:8,17 289:2 290:19
**gastrointestinal** 208:25 209:9,14 209:23 210:5,17
**gc** 17:7 130:9,9 160:3 165:23 166:5,10,14,16,17 166:22 167:7 168:3,4,15 196:9
**gdldlaw.com** 5:8
**general** 68:24 69:9 187:4 192:10
**generality** 247:5
**generally** 62:11 63:2,9 94:11 130:12 136:19,24 137:24 139:4,25 140:5,10,23 142:14 143:8,13 227:18
**generate** 56:9 57:2 167:6 283:10,10
**generated** 72:11 88:3,5,9 110:23 112:19 120:24 165:24 166:10 168:21 171:13 238:2 282:11 301:23 303:20
**generates** 166:18
**generating** 160:8 166:23 171:24 207:18 283:5
**genotoxic** 161:18 185:6 197:14,15 224:23 226:14
**georgia** 3:13 7:16
**gerd** 210:3,11
**getting** 21:5 33:18 69:15 81:23 97:25 177:9 196:13 200:23 201:22 226:13 256:2,4 296:22 306:20
**gg** 264:24 265:10 265:12
**gi** 199:7,7 210:6 210:11
**giant** 295:23
**gigabytes** 65:17
**gilbert** 3:17,20,21
**give** 13:13 15:18 28:5 41:21 51:22 52:13 63:6 95:17 137:22 147:20 152:17 157:5,20 164:22 169:20,20 170:11,14 172:22 172:22 184:3 196:5 197:14 206:9,19 207:12 228:10 229:19 243:17,22,24 261:14 265:17 268:15 272:22 283:7
**given** 12:18 29:14 36:18 57:17,21 64:3,4 71:17 98:14 107:5,8 108:3 198:3 199:2 211:16,23 268:12 307:13 308:11
**gives** 229:18
**giving** 152:2 226:10 302:23
**gladly** 97:19
**glass** 287:17 290:18
**glaxosmithkline** 5:20 31:17 142:10
**glaxosmithkline's** 70:24
**glp** 47:15 48:2,16 136:13,22 137:8 137:12,14,20 138:20 139:2,3,9 139:16,17,21 140:6
**gmbh** 5:13
**gmp** 47:15 48:17 136:22 137:5,14 137:20 139:17
**go** 9:15 11:20 21:18 22:25 23:8 24:16 28:21 36:7 41:19 43:9 50:20 60:25 62:23 63:17 76:11 78:14 80:4 82:7 84:7 88:13 88:16,24 89:9 91:2 92:25 97:7 97:21 102:14,24 104:5 111:10 115:21 117:5,9 121:18 140:12 141:4 145:20 146:2,15 147:16 149:18 153:13 155:7 158:11 159:25 160:4 162:2,3,4 164:13 172:18 174:9 177:17 189:23 190:14 191:16,16 192:24 202:8 206:10 209:19 210:6 212:24 213:14 218:14 220:16 221:11 223:12 226:15,22 228:6 230:2 245:15 246:7 248:23 249:14 258:13 263:21 267:6,7 272:4,5 275:8 277:15 280:7 288:2 291:2 292:21 294:23 295:4,6,6 296:2,6

296:12 299:10,24 301:7 307:8
**goal** 283:22 284:4 284:5,8,10
**goes** 49:20 69:25 72:17 73:18 93:4 109:23 154:19 191:14 194:18 198:12 273:10 275:6 285:13
**going** 9:3 10:21 14:19 21:8 23:11 40:25 60:13 63:20 76:15 77:14 78:15 79:6 84:6 90:14 92:15,16 96:22 98:11,22 102:25 103:3,14,16 105:17 121:20 125:9 129:12 144:15 146:20 147:16 160:20 168:25 170:21 172:8 175:14 188:25 202:17 207:3 208:19 223:9 225:12 238:17 242:19 248:25 249:14 261:18,25 268:17 274:20 276:18,20 276:25 277:4 280:20 286:11 288:4
**goldhirsch** 8:13
**good** 9:2 11:16 15:20 16:25 34:14 59:6 79:5 121:11 121:15 169:8 206:17 277:9 288:16 307:6
**goodell** 5:5
**google** 138:24
**gordon** 6:14
**gotten** 168:4
**governed** 48:8
**government** 48:19
**grab** 79:10
**gradually** 300:3
**grams** 269:6
**grateful** 54:2
**gratitude** 184:12
**great** 121:17 122:18 138:22
**green** 175:15,23 299:5
**greenberg** 7:13
**greenstein** 1:24 2:11 10:4 308:4 308:23
**griffin** 8:14
**grocery** 258:3
**group** 198:3 220:10
**gsk** 33:4,21 35:4 82:4 83:19 148:9 218:5 244:22
**gsk's** 34:16 35:13 35:24
**gtlaw.com** 7:18
**guarantee** 153:10
**guengerich** 263:6 263:8 264:2,22 265:15 267:8 268:19,22 270:3 311:16
**guengerich's** 266:18
**guess** 54:22 271:9
**guggenheim** 32:7
**guidance** 206:16 219:19 224:17,19 226:11 227:13,15 228:8 229:19 282:8 286:21
**guided** 278:10
**guideline** 222:20 224:13
**guidelines** 48:3 224:4
**gump** 152:3
**guys** 42:12 96:25 302:19

**h**

**h** 6:17 251:14,14 251:18,19,21 309:14 310:4 311:4
**half** 100:13 282:13
**ham** 255:23 256:14,16 283:20 291:14,21 292:2,7 292:9,12 293:8,13 293:25 294:4,25 296:5,9,10 297:14 299:16,17 300:13
**hand** 153:24 170:24 176:2 303:3 308:19
**handle** 111:12
**handled** 49:20
**handy** 189:24
**hang** 40:3 115:19 162:21 181:3,15 263:13 265:19 269:2 291:25
**happen** 54:18 201:17 228:16,17 277:10
**happened** 304:24
**happening** 34:23 98:9 169:9 197:8 223:9
**happens** 49:18 205:3,23 241:21 259:7 276:11 277:6 286:4
**happy** 28:13 56:5 95:20 96:23 105:23 138:10 245:16 248:16
**hard** 15:3 42:9 49:5,9,22,24 50:4 50:8,10,17 51:3,12 51:17,24 52:11 53:11 54:9,20 57:9 59:23 61:16 61:24 65:2,12 66:3,15 67:18,23 68:4 81:9,14 82:10 90:16 91:3 91:8 99:13 107:19 107:25 108:2,8 147:17 214:22 310:14,17
**harding** 3:5
**hardy** 5:20 8:19
**harmless** 235:5
**harmonisation** 138:18 222:23 224:6
**hausfeld** 4:11
**hausfeld.com** 4:15
**hazardous** 235:6
**hcl** 289:23
**head** 13:3 168:3 217:25 220:21 247:3 248:12
**headspace** 154:24 166:25
**healthy** 191:18,24 207:6,11,21,23 208:12,23 209:8 209:22

**hear** 75:17 297:5
**heard** 9:11 58:12 143:2
**heat** 165:4 166:4 167:3 169:4 173:6 223:4 228:21 232:19 241:10 271:14 279:12,13 279:14 284:14,16 284:21
**held** 2:8 23:14 220:11
**hello** 189:15
**help** 115:5 222:13
**helping** 204:18
**hereinbefore** 308:8
**hereof** 312:16
**hereunto** 308:18
**hey** 210:7
**high** 154:3,25 156:7 175:13 202:21
**higher** 192:24 261:10 262:7,10
**highest** 136:19 137:17,25 139:4 139:24 140:5
**highly** 198:16 228:9
**hired** 141:20
**hits** 277:2
**hitting** 198:22
**hold** 73:16 107:13 190:3
**honest** 41:3
**hopefully** 28:5 185:2 209:6
**host** 96:23 289:6
**hot** 156:19,19 173:11,15,23 174:7 176:5,9 177:14 178:3 255:23 256:14,17
**hour** 249:16,17 276:23 277:14
**hours** 59:12,16 285:10,14,17,23 285:24 286:12,12 286:17 291:14,21 292:7,9,13 294:25 296:9,11 305:12 305:13
**hu** 250:15,19,23 251:13 252:4,13 252:21 253:11,14 254:5 311:14
**huge** 72:12 131:11 160:21,22 168:11 200:16 204:16
**hugely** 202:6
**huh** 28:8 65:14 84:5 90:22 165:19 255:19 264:25 265:7 299:6,6
**human** 195:5 275:12,22 277:23 278:24,25 279:20 286:4
**humid** 156:19 176:5,9 177:14
**humidity** 151:2 159:10 171:16 175:17,24 176:4 176:20 177:2 223:5 228:21 231:9 232:19 237:14 241:10 247:4
**hundred** 199:4 304:4
**hundreds** 73:14 205:6 230:25 231:18,18 246:25 246:25 248:11
**hydrogen** 289:23
**hypothesis** 34:17 35:13,25 201:14

**i**

**iarc** 206:17 281:11 281:13
**ich** 138:17 222:19 224:4,12
**idea** 169:8 180:5,7
**identical** 92:10
**identification** 22:5 38:18,22 43:19 44:12 45:7 61:15 64:24 116:10 122:24 151:22 162:8 180:24 252:3 263:25 294:19 309:16,18 309:20 310:6,8,11 310:13,16,18,22 311:7,8,11,13,15 311:17
**identified** 36:21
**identify** 92:17 103:25 124:23 125:6 241:25
**image** 65:16
**images** 10:24
**imagine** 52:18 55:19 131:11 289:20
**immediately** 192:7 290:18 298:14
**impact** 194:22 201:19 212:17 225:13 245:25
**import** 88:3
**important** 40:22 110:16 170:14 185:21 209:2 236:16 293:14
**imported** 87:19,23 87:24
**impression** 55:10
**impurities** 206:14 233:10,19,22 234:9,12,16
**impurity** 235:14 237:16,16,16 239:14,14
**inability** 91:15
**inaccurate** 100:6
**include** 18:16 83:15 85:18
**included** 29:9 49:8 50:4,7,16 54:8,13 54:14 71:6,22 75:13,19 80:24 82:18,25 84:15 85:17 86:7,17 87:19 108:2 153:5 156:5 188:6 222:15
**includes** 85:20
**including** 37:22 57:18,19 64:5 68:14 71:10 86:14 124:20 137:20 235:9 306:13
**increase** 272:5
**incubate** 281:2
**incubated** 282:17
**incubating** 282:20
**incubation** 258:8 285:5
**indicated** 100:9 173:16 312:15

**indicates** 239:20 246:18
**indicating** 175:5
**indication** 226:14 239:18 243:10
**indicative** 171:15 235:4 295:21
**indicator** 234:24 241:12
**indigestion** 287:22
**individual** 20:24 186:6 191:25 192:12 199:12
**individually** 21:5
**individuals** 36:19 37:3,10 134:17 187:17
**industry** 140:21 206:17 207:24 224:17,20 227:13 227:15 228:8 229:19 278:10 282:8
**inference** 143:21
**information** 11:3 52:8 58:18 64:25 65:11 95:17 108:2 153:5 159:2 164:25 248:18 256:2 258:16 264:23 309:7 310:16
**informative** 150:17 160:13 161:3,10 171:9 172:14,16
**ingelheim** 5:12,12 5:13,13,14 11:22
**ingest** 150:18 160:14 161:4 171:10
**ingesting** 172:5
**ingests** 275:13,22
**inherently** 165:4 166:7
**initial** 41:11 42:14 43:7,24 79:7,24 80:24 81:16 82:18 83:2 265:12
**initiate** 236:14
**initiated** 241:16 241:20
**injection** 31:5 58:24
**inorganic** 124:8
**input** 288:16
**inside** 101:18
**insight** 223:8 225:4
**inspire** 254:14
**instability** 166:4
**instance** 159:11 242:2 298:15
**instances** 289:11
**instructing** 305:11
**instrument** 87:22 111:11 155:6,16
**instrumentation** 155:3 204:17
**instruments** 130:10 155:12
**insufficient** 208:7
**integrated** 299:2
**integrations** 293:3 293:5
**intend** 68:15 69:19 102:13
**interaction** 191:6
**interchangeably** 16:4
**interest** 125:13,15 125:17,21,23
**interested** 10:8 200:24 234:19 286:22 308:16
**interface** 103:18 105:8
**intermediate** 18:17
**internal** 55:24 168:22 301:18 303:12 304:17,19 304:22,23 305:5
**international** 5:13 138:15,17,18,19 222:22 224:5 280:10
**internet** 9:8
**interpose** 147:5 149:10 215:3
**interrupt** 13:6 106:10 139:13 147:7,9 228:7
**interrupted** 123:16
**interrupting** 208:10
**introduce** 21:21 41:15 263:11
**introduced** 21:22 42:4 196:14
**inventor** 124:16
**investigate** 234:15 235:12 238:16 242:14
**investigated** 234:11
**investigation** 242:17
**investigators** 217:11
**invitation** 58:12 97:18,24 107:11
**invite** 95:20
**invited** 57:25
**invoice** 25:16,23 26:8,11 27:2 29:17
**invoices** 21:13 22:6,9 23:24 24:8 24:11,20,23 25:12 26:3,4 27:8,24 28:2,10,11,15,16 28:22 36:7 309:16
**involved** 32:9 36:23 37:6,8 49:7 49:14 50:6,9 60:6 129:21 134:18 141:21 163:10 194:19 210:20 250:8
**ion** 202:4,5 205:21 206:5 252:15 253:18 259:21 260:4,11 273:9,10 275:9 289:23
**ipad** 14:17
**iphone** 14:17,19
**ipsaro** 7:23
**irb** 195:9 196:17 197:11,12
**irrelevant** 176:16
**isolate** 235:13
**isotopically** 29:2,7 31:2,7,11 33:9
**issue** 52:21 56:21 207:5 272:14 304:9
**issued** 116:12 310:19
**issues** 30:10 99:12 100:18 217:7 287:22

**italy** 244:24
**items** 28:23

**j**

**j** 1:24 2:11 8:20 308:4,23
**january** 24:6 26:2 29:19 41:10 43:25 104:15,17 135:8 222:3 308:24
**japan** 222:23 224:7
**japanese** 227:3
**jason** 6:19
**je** 4:20
**jessica** 206:25
**jibes** 63:15
**jingli** 252:4 311:14
**jipsaro** 7:24
**jjung** 4:21
**jmr** 6:20
**job** 1:25 111:14 167:7
**john** 7:23
**johnson** 8:22 10:5 43:14
**joint** 152:2
**journal** 206:25
**juice** 273:12 280:22
**july** 152:6 169:8 183:17 221:23
**june** 163:25 183:17 308:19
**jung** 4:20
**jungles** 223:2
**junior** 4:18
**jury** 185:21

**k**

**k** 7:17
**k300203** 118:18
**k300206** 118:18
**karamanolis** 290:17
**katie** 32:6
**keen** 281:12
**keep** 40:25 84:6 100:11 177:23,24 225:15 237:10
**kendra** 8:13
**kept** 52:20 87:11 229:24 230:6 258:3
**key** 140:24 301:18
**kilpatrick** 3:10
**kimberly** 5:23
**kind** 31:3 53:9 160:19 187:23 192:22 194:19 236:22 302:22
**kindly** 40:19 138:2
**kinds** 288:19
**king** 4:18 5:11 8:15
**kitchen** 257:13
**knew** 148:22 165:22,23 166:7
**know** 13:22 20:12 21:22 27:12 31:22 32:7,8 34:14 37:5 37:22 39:5 47:11 47:12 48:25 49:17 50:13 52:13 53:17 53:20 54:13,16 56:5,12,23,24 57:7 57:25 58:8 59:10 59:10,17 64:5,8 66:2,11 67:17,22 68:18,19 69:11 72:10,14 73:13 75:11 77:2 87:15 87:16,22 91:18,21 92:24 94:19 95:8 95:20 96:11,13 97:3,4 98:10 100:22 101:7 102:22 103:24 104:11,13,14,16 104:17,22,23 105:6,18 106:23 110:6,9 111:5,7,13 112:23 113:20 114:14,15,18,20 115:10 119:10,12 120:14 128:9 129:11 132:9 133:10 134:2,6,7 134:17,25 135:2 135:19,19 136:15 137:3,4,16 138:9 138:10,21 140:15 140:18,22 141:23 142:18 143:7 144:5,13,16 148:22 150:22 155:13,16,24 157:8,9,9 161:14 164:25 166:22 168:7,10,24 169:7 170:5 171:17 172:2 176:16 177:8,19,24 178:2 178:5 179:21 184:21,22,25 185:2,8,9,9,10,21 191:19,20 192:10 192:24,25 193:2 193:10,14,17,21 194:2 196:10 198:14 199:2,7 200:25 201:6,15 201:19,21,25 202:20,21 204:11 204:25 205:23,24 206:3 208:3 214:7 216:12 217:6,8,11 217:15,25 218:11 219:11 222:25 223:14 224:18,24 225:7 226:21 227:4 230:21 231:4,5,9,24 233:23 234:5,6 236:2 237:11,17 237:17,22 241:3 241:22 242:10 243:14,18,24 244:8,21,24,24 245:4,14 246:3,9 247:5,9,12,14,20 248:13,17 253:16 253:25 254:13,23 257:16,22 258:6 258:12 259:9 262:15,24 263:17 266:23 267:21 268:12,15,16 269:2,9,22 270:10 271:17,19 272:21 274:8 275:11,20 276:12,16,22 277:14,17 278:9 278:10,13,20 279:12,13 280:9 280:14,20 281:13 281:17,18,18,19 282:24 283:2,7,13 285:8,12,15,16,20 285:22 286:16,18 287:24 288:7,20 288:25 289:6,20 289:21 290:7 293:11,16,16

295:24 298:7,7,7,9 300:4,5,6,10,13 301:12,17 302:2 304:6 306:18
**knowing** 208:2 216:5
**knowledge** 57:9 58:16 287:4 288:16
**known** 197:14 240:6
**knows** 111:6
**kolawyers.com** 3:21
**kpenner** 5:24
**kslaw.com** 5:17

**l**

**l** 3:14
**lab** 11:3 30:15 46:25 49:18,19 58:2 116:11,21,24 118:5 119:3,21 120:16 125:11,16 134:23 135:11 142:19 196:11 230:20 238:25 241:24 245:6,10 245:16 248:19,21 310:19
**label** 128:17,20,20 128:22 225:13,15
**labeled** 29:2,7 31:2,7,11 33:9
**labeling** 128:5,9 128:10,10,14 288:11,11
**labels** 297:22
**laboratories** 7:21 8:6
**laboratory** 37:17 136:2
**labs** 30:19
**lack** 59:20
**lady** 184:16
**lag** 13:12
**laid** 136:17 214:5 215:18 217:2 218:10
**laptop** 66:11
**laptops** 14:18
**large** 131:10 172:5 196:23 261:21 279:17 280:12,17 280:23
**larger** 67:2
**late** 218:9
**latitude** 136:5 229:18,20
**laugh** 208:3,4
**law** 120:8
**lawyers** 73:20
**lc** 17:3,13 18:6 64:14 130:9,9 159:24 160:3 165:2,18 166:15 195:23 197:2,3 230:23
**learn** 166:9
**learned** 166:4 248:6
**leave** 161:16
**leaves** 286:18
**leaving** 226:24
**lecturing** 305:9,10
**lee** 8:21 9:24
**leech** 5:5
**left** 89:9 118:24 129:10 132:7 153:24 170:24 173:5 286:25 295:10,22 296:13 297:11 300:22
303:3
**legal** 45:24 136:23
**legend** 175:19
**length** 285:11
**leon** 3:18
**letter** 145:13
**level** 88:25 89:2 172:12,14 196:9 211:3,15,24 212:19 216:7 217:14 285:6 291:15,22 292:8 293:17,20 299:25 300:2,2
**levels** 150:16 160:12 161:3 170:25 171:9 175:13 198:8 202:21 211:22 215:25 231:14 232:11 236:8 250:13 252:23 253:12 258:13,22 259:12 274:4,20 289:2 293:4
**levine** 120:8
**liability** 1:5 9:20 69:2
**life** 13:7 172:6 184:25 273:20 274:17 284:17
**light** 152:3
**lightfoot** 4:17
**lights** 273:25 274:12
**likelihood** 252:16
**limit** 18:18,19
**linda** 1:24 2:11 10:3 51:23 89:14 308:4,23
**lindsley** 69:22
**line** 95:13 98:18 98:20 108:15 160:6 164:19 173:16 175:16,23 267:23 291:16 295:12,14 296:14 296:19 297:15,19 313:3,6,9,12,15,18 313:21 314:3,6,9 314:12,15,18
**linearity** 18:19
**lines** 182:6
**link** 115:18
**links** 88:3
**liquid** 17:2,14 289:4
**list** 88:25 91:4 103:17 125:2 221:15
**listed** 88:17 92:19 117:22 124:25 140:8 233:10
**listen** 172:9
**listening** 76:24 96:5,8
**literally** 190:4
**literature** 70:23 201:24 205:7 219:18 227:10 256:20 262:25 271:21 278:3,8 280:6 281:10 285:19
**litigation** 1:5 9:21 11:23 12:4 20:25 41:8 46:4,12 68:16 117:2 144:2 144:10 164:9 187:21 203:3 312:5

**little** 26:12 42:5 52:2 54:4 77:16 116:4 121:4 147:7 149:7 188:14 266:23 290:10 298:23 299:13
**live** 101:15 184:25
**liver** 198:14
**llc** 7:5
**llp** 3:5 4:5,11 5:11 5:20 6:5,14 7:4,13 7:20 8:13,15,19
**loaded** 263:18
**locate** 118:21
**located** 14:7
**logan** 8:17
**long** 15:2 54:5 180:6 233:17 253:21
**longer** 77:4
**look** 22:8 33:3 40:15 55:18 62:8 79:13,16 80:18 81:11 82:10 83:22 84:3,18,22 89:11 90:17 95:9 103:20 107:25 117:15 118:17 119:3 123:14 125:8 138:7 148:4 152:16,18,22 158:25 180:14 184:19,25 190:12 196:16,17 201:25 204:11 206:22 207:21,22 227:14 250:9 252:25,25 253:3 257:25 258:18 265:11 271:7,20 276:8 280:21 283:18 285:3 290:5 292:25 293:24 294:15 296:13 299:7 302:7,9 305:4 306:21,23
**looked** 12:13 24:19 55:17,21 72:10 116:24 157:7 171:14 174:12 215:5,24 218:8 238:25 241:24 244:13 282:24,25,25 283:12 287:18 297:14 301:16
**looking** 21:17 31:15 40:5,6 41:24 63:14 77:11 80:13,14 81:10,12 87:21 93:7,8 99:25 103:24 105:10 109:21 113:18,19 117:24 118:22 194:25 206:20 210:8,10 220:18 237:19,20 237:22,23 245:25 246:18 251:3 256:9 265:10 266:9 269:23 273:8 274:24 281:19 283:9 286:13 292:2,3 293:15 300:6,16 300:21 303:8 304:11
**looks** 64:2 77:11 87:8 88:17 89:10 90:3,5 112:7 120:21 155:15 302:25
**loren** 8:19
**lost** 115:15 236:23 265:19
**lot** 13:7 20:21 37:6 56:24 64:3 72:9 75:23 82:4 83:7 85:14 96:17 105:6 111:18 113:5 117:15,18 119:7 119:13,24 159:5 180:2 193:23 218:7 268:17 290:8 298:10
**lots** 70:24,25 83:18 171:13 278:3,21
**loud** 148:15
**love** 105:25
**low** 240:5
**lower** 192:7,11
**lowered** 272:3
**lowest** 299:25
**luhana** 4:5,7,8 8:13
**luke** 8:16 296:25
**lunch** 121:11,15
**luncheon** 121:24
**luther** 4:18

**m**

**m** 5:7 6:19
**m7** 206:13
**ma'am** 116:8
**machine** 306:22 307:2
**main** 71:18 134:17
**maintain** 135:21
**maintaining** 161:12
**major** 215:8
**majority** 234:8 261:17 277:10
**making** 99:17 243:7 286:11
**malpractice** 212:21
**manage** 126:13
**manipulate** 111:11
**manipulated** 11:8 114:12 120:18
**manipulating** 97:3
**manipulations** 106:25
**manufacturer's** 242:12
**manufacturers** 83:19 244:23
**manufacturing** 137:6,7,13
**march** 44:17 83:23
**marina** 4:12
**mark** 8:20 21:12 38:14 41:17,19 61:5 64:18 115:13 122:20 151:8 158:7 180:18 251:6 292:4
**marked** 22:4,20 22:23 38:17,22 39:8,13 43:18 44:9,11 45:6 61:14 64:23 91:3 108:5 116:9 118:13 122:23 146:12 151:21 162:7 180:23 252:2 263:24 294:18 309:15,17 309:20 310:5,8,10 310:13,15,18,20 310:21 311:5,6,8

311:10,13,14,16
**market** 111:16 127:25 128:3,12 128:15 142:6 195:6 197:11 223:10 243:2
**marketplace** 244:11
**marking** 43:12
**markings** 15:15
**martin** 3:5 4:18
**maryland** 5:6
**mass** 17:9,14 155:16 163:24
**massachusetts** 4:13
**masshunter** 56:8 56:11 58:23 87:15 95:5 103:18 105:8 105:18 106:18 107:22 108:14 109:17 113:9,17 113:25 114:2 303:21 304:13,15
**materialize** 278:14
**matrix** 253:20,21 253:24,25 254:16 295:24
**matter** 9:19 12:8 24:5 26:16 229:25 312:12
**matthews** 8:17
**maylightfootlaw...** 4:21
**mazzotti** 3:5
**mcglamry** 3:10,14
**md** 1:3 9:23
**mdl** 1:3 9:23 64:7 75:24 102:3 137:15 141:20 143:19 164:12 194:17 222:12
**mdl's** 136:7
**meal** 191:14,15 192:7 216:4,7 284:16 287:22,23 288:6,7,7
**mean** 17:14 24:15 28:24 30:23 38:7 40:12 64:2 73:12 74:7 125:25 139:12 142:14 178:6 194:8 200:3 214:9 223:25 269:22 274:3 280:7
**meaning** 267:17 268:5
**means** 74:13 218:19 271:23 290:2
**meant** 124:10 182:9 195:21 302:16
**measure** 18:2 166:6 212:19 259:23 260:5 270:22 272:8,9 273:11,15 277:16 277:17
**measured** 215:6 231:14 232:11 257:5 260:19,23 270:25 273:3 277:19 278:5,6
**measurement** 260:13,25 272:11
**measurements** 273:17
**measuring** 259:23 260:6,8,10,10,25 271:17
**meat** 212:6 213:4 213:24 214:8,9,10 215:11 250:4,9,12 257:4 258:7 261:20 271:13 273:19 274:16 275:13,23 281:2,8 282:20 285:5,20 285:21
**meats** 214:11 258:12 259:4,10
**mechanism** 33:21
**mechanistic** 31:19 32:11,20 34:10
**media** 9:16 60:16 60:22 103:6,12 121:23 122:11 189:3,9 249:9 307:14
**medical** 127:3,5 180:8 186:5
**medication** 156:14 161:12
**medicinal** 129:15 129:17,19,24
**medicine** 177:23
**meet** 11:24 136:13 139:2,20
**meeting** 28:4 168:22 225:19
**meetings** 225:8
**meets** 136:19 137:20
**melissa** 6:8
**melissa.ferrell** 6:9
**member** 238:14 238:15
**members** 37:6 50:11 134:9
**memory** 138:22 138:23 180:15 240:13
**mentioned** 28:11 30:5 31:24 56:14 60:3 128:24 141:6 143:13 165:16 209:5 215:16 226:11 235:23 239:12,16 246:6 265:25 271:22 289:16
**menu** 23:3
**met** 26:19 139:24 186:6
**metabolism** 205:14
**metabolite** 205:20
**metabolized** 198:13 201:23
**metabolizes** 205:6 205:8
**method** 17:25 18:7 18:12 19:8,13,15 19:22,24 20:7,17 131:24 132:10,11 133:14 140:13 166:10 168:13,15 230:23 253:22,24 254:4,24 259:22 260:5 276:7
**methodologies** 143:10,12
**methodology** 17:25 133:20 134:11 135:18 137:2 155:2,24 166:6 168:16 190:25 195:21 200:19 227:8 232:20 253:20 254:14,15,18 276:10

**methods** 131:18 132:4,14 133:5,25 134:5 203:15,16 250:14 258:21 272:18,24
**methylating** 198:17,20 202:5,6
**methyldiazonium** 198:15 202:4,4 205:21 206:5
**mexico** 244:23
**michael** 3:14 8:16
**michaels** 187:23
**microphones** 297:3
**middle** 65:15 98:25 155:11 291:8 295:14
**milieu** 209:9,15,23 210:17
**milligram** 150:8 159:4 175:12 221:23 222:3 277:13,13
**milligrams** 204:23
**milliliter** 267:18 267:19 268:6,9 289:21 292:11
**milliliters** 293:21
**millimolar** 217:9 217:10,15 278:11 278:12,19 279:5,7 279:8,21,21,22 281:14,15,22,25 282:9
**millimolars** 278:24
**million** 150:3,6 168:5,11,18 230:25
**millions** 177:22,25 238:13
**mind** 63:16 237:10
**mine** 147:17
**minor** 175:8,8
**minus** 225:17 260:9
**minute** 60:10 76:13 146:17 158:5 162:23 164:22 181:15 190:11
**minutes** 115:6 119:3 167:5 286:24
**mischaracterized** 35:19
**mischaracterizes** 35:9 94:17 132:17 143:6 186:2 200:11 212:11 213:9 216:10 224:11 283:25 302:14
**mischaracterizing** 112:5 240:23 241:5 270:5
**misrepresent** 304:25
**missed** 167:24 270:10
**missing** 11:7 53:15 53:21 55:3,24 96:17 100:17 107:6 298:11 301:19 306:2,5,7
**mississippi** 156:19
**misspoke** 262:5 291:19
**misstates** 136:4 167:15
**mistake** 154:18 155:19
**mistaken** 43:8
**mistakenly** 301:13
**misuse** 288:4
**mit** 206:18 207:2
**mitch** 194:17 195:9,13,17,22 196:4,6,19,24 197:13 200:14 202:15,25 203:4 203:11 204:3,11
**mitch's** 195:20 198:3
**mixed** 271:15 306:20
**mixing** 102:7 302:24,25
**mixture** 271:2,4
**ml** 293:18,20 294:10
**mo** 33:12 97:11 98:4 111:20 156:24 157:14 160:23 165:9 169:13 212:22 248:2
**modeled** 193:9,11 193:15,15,17 194:12,12
**modified** 106:23 114:12
**moiety** 239:23 240:4,17,21 241:2
**mol** 269:6
**molar** 289:22
**mold** 178:4
**molecular** 240:5 269:5,10,13 272:13
**molecule** 30:12 34:17 36:2 171:15 171:17 185:6 186:22 198:16 204:25 207:18 235:24,25 236:2 237:24 239:22,24 240:3,5 241:22 275:10
**molecules** 126:19 186:11 240:6
**moment** 42:18 123:5 248:24 261:23 277:2
**month** 26:13
**months** 30:7
**morning** 9:2 11:16 292:22 307:8
**morrison** 3:10
**motion** 97:11
**motions** 309:12
**move** 33:12 98:10 111:20 156:24 157:14 160:23 165:9 170:4,12,18 212:22 248:2 293:23
**moved** 175:3
**moving** 41:6 153:15
**multi** 22:5 38:18 38:21,23 43:19 44:12 45:7 61:15 116:10 122:24 151:22 162:8 252:3 263:25 294:19 309:16,18 309:20,21 310:6,8 310:11,13,18,22 311:7,8,13,15,17

**multiple** 59:15 71:9,25 110:4 209:4 222:19,21 232:2 282:16 298:14 304:18
**multiply** 293:18 294:10
**mumble** 181:18
**mutagen** 206:6
**mutagenic** 195:3 198:17 202:6 205:9 207:18
**mute** 297:2

**n**

**n** 3:2 4:2 5:2 6:2 7:2 8:2 16:13,20 16:21 122:2,2,2 309:2 310:2,2,2 311:2,2,2
**n15** 33:9
**najafi** 1:1,20 2:1,9 3:1 4:1 5:1 6:1 7:1 8:1 9:1,18 10:1,25 11:1,11,16,19 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1,23 21:1 22:1 23:1,20 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1,7 33:1 33:11 34:1 35:1 36:1,10 37:1 38:1 38:20 39:1,2,4 40:1,23 41:1,6 42:1 43:1,11,21,23 44:1,14 45:1,9 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1,2,23 62:1 63:1 64:1 65:1 66:1 67:1 68:1,13 69:1 70:1 71:1 72:1 73:1,15 74:1 74:13,19 75:1 76:1,23 77:1 78:1 78:11,22 79:1 80:1 81:1,22 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1,7 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1,2,6 102:1 103:1,21 104:1 105:1 106:1,6,17 107:1,18 108:1,13 108:25 109:1,9 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 118:17 119:1,2,17 120:1 121:1,14 122:1,4,15,25 123:1,10 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1,8 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1,17 158:1 159:1 160:1 161:1 162:1,10,14 163:1 163:8 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1,7 173:1 174:1 175:1 176:1 177:1 178:1,14,18 179:1,15 180:1 181:1,14,17 182:1 183:1 184:1 185:1 186:1 187:1,8 188:1 189:1,12 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1,10 206:1 207:1 208:1,9 209:1 210:1 211:1 212:1 213:1 214:1 214:19 215:1,2 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 227:5 228:1,6 229:1 230:1 231:1 232:1 233:1,5 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 248:5 249:1,15 250:1,3 251:1 252:1 253:1,10 254:1 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1,19 265:1 266:1 267:1 268:1 269:1 270:1 270:12 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1,8 288:1 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1,6 302:1 303:1 304:1 305:1 306:1 307:1,13,18 308:1,7 309:1,5,19 309:22 310:1,7,9 310:12,23 311:1,9 312:1,20 313:1 314:1,24
**najafi's** 267:15 268:2
**name** 9:24 11:18 11:21 15:25 121:3 138:13,14
**named** 62:12,15 93:20 94:11 207:17
**names** 20:13 31:25 36:19 63:15 90:24
**naming** 63:2,10 99:18
**nandita** 162:9 163:7 311:9
**nanogram** 150:14 159:7 160:9 168:5 174:21 175:12 199:6,9 293:17,19
**nanograms** 150:9 158:17 159:18

161:17 171:5 173:5 199:4 204:23,24 230:25 231:2 292:10
**nap** 63:24 193:17 217:9 218:3
**narrative** 85:6
**nathan** 8:5,8,9
**native** 87:11
**natural** 282:21
**nature** 74:9 98:15
**ndma** 16:16,22 32:12,21 88:25 89:2 150:10,16 158:16,17 159:14 159:17,18 160:13 165:5,24 166:6,10 166:18 167:6,8 169:4 171:2,5,23 172:5 173:5 185:5 186:22 196:9,18 198:9,12,25 199:2 199:3,4 200:5,8,16 200:22,23 201:5 201:18,22 202:3 202:13,21 203:17 204:9,22,22,23,24 205:5,15,20 206:4 206:17 210:9 211:24 212:7,15 212:18 213:5,25 215:12,25 216:5 216:14,16,19 217:21 230:22 231:4,14 232:11 233:7 235:15,16 235:19,23 236:6,8 237:12,19,24 238:14,16 239:13 239:15 240:20 241:2,19 242:16 242:18 246:4 282:10 283:11,22 284:6 285:3 291:17,17,22 293:4 295:18,21 296:3,15 297:16 298:5,19 300:3 301:19 303:5
**ne** 7:15
**nearly** 198:7
**necessarily** 99:19 120:23
**necessary** 136:13 145:18 146:2,7 228:12
**need** 12:25 13:5,21 21:18,25 22:13 51:20,25 92:22 94:20 102:14 106:11 117:9 119:16 120:12 135:21,25 139:20 148:10,12 156:14 156:23 169:23 170:12 174:24 190:13 210:2 214:24 219:23 220:16 226:15,17 250:6 253:8,9 254:13 265:21 271:16 290:13,13 295:6 299:12,23 302:3 303:10 305:18
**needed** 107:16 165:17 228:13 257:7 289:10
**needs** 132:9,10,11 132:11 140:13,17 140:18 170:2,3 179:9 269:23
**neel** 32:6 134:3
**neelanjan** 162:10 163:8 311:9
**negotiations** 288:19
**neither** 254:3 308:13
**neutrophase** 128:2
**never** 31:23 126:24 186:6 231:11 282:19
**new** 2:13 3:6 4:6,6 5:15,15,22,22 8:7 9:25 137:10,11,13 151:17 228:25 294:15,17 308:6
**newfields** 8:20 107:20
**nice** 11:24
**nitrate** 283:3
**nitrite** 194:23 211:3,15,23 212:7 212:17,17,19 213:4,24 214:8,10 214:12 215:6,11 215:23,24 216:7 216:15,18 217:8 217:14,21 250:13 250:20,24 252:15 252:23 253:12,19 254:22 255:4,13 255:17 256:18 258:13,22 259:7,7 259:19,23,24 260:5,7,9,10,11,14 260:15,20,21 261:2,3,5,10,15,18 261:19,22,25 262:3,7,11,12,14 262:15,19 263:2 269:5,10,14,16 270:22,25 271:4 271:12,24 272:2,6 272:10,12 273:12 273:15,18 274:4 274:15,19,20,22 274:23,25 275:6,9 275:11,21 276:18 276:18,24 277:3 277:18,18,24 278:5,12 279:17 279:22 280:13,16 280:18 281:15,23 282:2,10 283:4,6 283:10 291:15
**nitrited** 218:8 276:17 278:22
**nitrites** 214:11 216:13 254:15 259:12 261:6 281:8
**nitrogen** 273:8,9
**nitrosamine** 16:14 252:17
**nitrosamines** 237:21,23 238:2 238:10,13 280:16 280:17
**nitroso** 16:20 237:17
**nitrosodimethyl...** 16:13,21
**nitrous** 261:8,16 262:2,16 271:25 272:4,8 277:4
**no2** 260:8
**no2.na.** 269:16
**nod** 13:3
**nonresponsive** 33:13 97:12 111:21 157:15 160:24 165:10

169:14 212:23 248:3
**normal** 199:12
**normally** 273:19 274:16
**norway** 142:18
**norwood** 3:11
**notary** 2:12 308:5 312:23
**note** 9:5 10:22 68:23 69:4 89:12 91:12 127:16 236:17
**notebook** 116:11 116:21 117:4 118:5,17 119:4,15 120:16,25 135:12 136:2 245:11 283:17 310:19
**notebooks** 30:15 37:17,19,23 46:25 116:25 119:21 121:5 239:2 241:25 245:6,16 248:19,21
**noted** 10:13 75:2 237:6 239:9 242:2 242:10 248:19 257:19 298:9 307:17
**notes** 15:11,14 245:5 266:12,13
**notice** 38:19,25 39:17 40:7 309:19 309:22
**noticeable** 241:7
**noticed** 77:10 298:10
**notified** 50:15
**novabay** 125:10 125:17 127:22
129:12 235:10
**november** 24:10 24:13 25:22 26:3
**number** 9:23 12:11 32:4,8 39:12 43:3,5 50:11 61:10,12 72:12 88:19 104:10 105:6 113:20,21,25 115:8,8 117:13,14 117:18 118:4 119:7,13,24 128:2 131:12 147:11 154:8 159:5 162:4 168:11,12 171:13 171:14 233:10 234:21 264:4 266:4 283:2 291:7 294:2 307:14
**numbered** 45:4
**numbers** 41:22 82:4 104:21 113:5 117:16 135:2 136:10 180:25 220:21,22 256:19 259:16,17 265:13 265:14 266:25 311:12
**numerous** 280:11
**ny** 8:7

**o**

**o** 122:2,2,2 251:14 251:19 310:2 311:2
**oath** 312:18
**object** 51:18 94:5 98:5,24 99:5 113:10 120:2 179:17 219:24 282:3
**objecting** 99:4
**objection** 10:23 18:4,13,22,24 19:11,17 20:3,10 20:19 21:3 26:9 26:22 27:20 29:11 30:3,21 31:13 32:13,22 34:2,12 35:6,17 37:14 38:5 46:6,13 47:9 48:11,12,23 49:10 50:18 51:4,23 52:7 54:10 55:6 57:13 58:10 59:2 59:25 62:21 65:23 66:16,22 67:3 68:6,22 69:4,13,23 70:13 71:7,24 72:20,23 73:9 74:8,12 75:22 84:13 85:3 86:20 87:13 88:7 89:13 91:12 94:15 95:18 105:13 106:2,9 108:10 109:12 110:2,8,20 111:8 112:3,4,17 114:4 115:9 127:9,16 128:6 130:21 131:5,21 132:15 132:23 133:7,23 134:12 135:13 136:3 139:6 140:2 141:17 143:5 144:3,21 145:3,22 146:5 147:5 149:10 150:11,19 158:20,24 159:21 160:16 161:6 164:10 166:2,20 167:14,22 173:18
176:14 177:3,15 178:23 179:6 180:13 183:2,15 184:14 185:25 186:14 187:12 188:8,18 190:25 191:10 192:8,16 193:7 194:6 195:14,25 196:21 198:10 199:17 200:9 202:18 203:6,20 205:12 205:16 209:16 210:18 212:3,9 213:7 216:9,24 217:22 219:21 220:14 221:3 223:23 224:10 225:21 226:8 227:11,21,22 229:13 230:8,14 231:15 232:15 233:20 234:2,13 235:2,21 236:11 236:20 238:5 239:7 242:7 243:5 243:13 244:17 245:8,23 246:15 246:23 254:8,19 257:11 258:14,23 259:25 260:17 261:11 265:8 266:20 270:4 272:20 273:5,21 275:15,24 277:7 279:2,23 281:4 282:6 283:24 284:18 286:5 287:2 288:13 289:14 293:6 301:4,6 302:11

303:6 304:14 305:8,21 306:10 306:24
**objections** 10:9 38:24 39:24 75:2 106:12 108:3,4 214:4 215:3 309:21
**objective** 31:21
**oblige** 179:11
**observation** 241:9
**observe** 248:9
**observed** 242:6
**obtain** 97:22
**obtaining** 146:4
**obviously** 66:9 76:2 95:7 97:5 113:23 140:19 142:5 144:13 204:25 267:2 286:15 304:16
**occur** 211:25 278:24
**occurring** 235:25 236:4
**occurs** 273:18 274:15
**october** 62:17 63:24
**odor** 237:9 239:16 239:19,19 241:7,9 241:11,18 242:2,6 242:9,10,11,14,15 247:12
**odorless** 239:14
**odors** 240:6
**offer** 68:16 312:17
**offered** 143:18 302:17 303:16
**offering** 108:25 186:18 187:3
**oftentimes** 239:20
**oh** 23:6 43:7 61:8 107:13 225:20 244:2 251:16 274:5
**ohio** 7:22
**okay** 12:7,17,20 12:23 13:3,5,8,10 13:21 14:2,4,21 15:10,14,17,17 16:12,22,25 17:7,9 17:10,12,15,18,20 18:3,5,25 19:16 20:14,23 21:8,11 21:15,16,24 22:22 23:20,23 24:3,7,16 25:4,10,10,24,25 26:6,13,14 27:6,15 27:19 28:3,17 29:6,21,25 30:17 34:24 35:3,22 36:4,12,18 37:9,16 38:12 39:11,15,21 39:23 40:8,9,22 41:4,10,14 42:7,15 42:16 43:11,17 44:6,19,24 45:18 46:2,17,24 47:6,22 48:5,8 49:4,22 50:9,14 52:3 53:16 54:19,22 55:9 58:22 60:8 61:13,22 62:4,6,7 62:11,20 63:23 64:12,16,19 65:6 65:13,20 66:5,13 67:13 68:3,13 70:4,17 71:3 77:5 77:10,20,22 78:9 79:5,18,19,23,25 80:9,10 81:7 82:6 82:7,8,11,14,16,22 83:21 84:12 85:17 85:22 86:5,6,15 87:5,10,18 88:2,13 88:15,17,24 89:6 89:19 90:2,5,9,13 90:18,25 91:2,5,6 91:7,9,10 92:4,12 92:13,22 93:3,6,9 93:19,23,24,25 95:11 97:10 101:19 103:23 104:18 106:13,15 107:4 110:15 111:19 115:24,25 116:15,17,23 117:4,23 118:19 118:20 120:11,22 120:22 121:9 122:18 123:2,12 123:18,21,22 124:3,19,23 125:2 125:12 126:6,14 127:3,6 129:2,5,15 130:11,18 133:13 135:4,23 136:11 138:25 141:2 145:18 146:8 147:5,20 148:4,6,7 150:2,7,15 151:4,7 151:18 152:12,24 152:25 153:4,11 153:15,16,20,23 154:7 155:17,25 160:10 162:14,19 162:21,21 163:6 163:16,21 164:4 164:18 165:16 169:17,19 171:4,8 172:13,17 173:9 173:14 174:9,20 175:10,14 176:2 178:9,16 180:10 180:16,22 181:11 181:16,23,25 182:5 183:18,21 184:9 185:15,20 186:8,23 187:18 188:3,21,24 189:13 190:20 191:4,24 192:5 193:4 195:11,19 199:13 202:8,9 203:14 206:11,21 210:25 211:19 218:13,16,17,23 219:5,7,8,17 221:14 222:6,14 226:5 230:18 233:24 234:10 248:22 249:22 250:8,19 251:8,11 251:23 252:20 255:5,9,12,14,15 255:22 256:7,11 256:21 259:21 263:4,8,19 264:6 264:17,21,25 265:2,4,6 266:8 267:6 268:3,3,4,25 269:6 270:8 274:8 274:10,12,13 277:25 280:25 287:12 288:22,25 290:21 292:9,14 292:25 293:11 294:4,11,13 295:4 295:19 296:2,6,12 297:7 298:20 299:5,11,20,21 300:15,24 302:5 304:8 306:3,15

**old** 272:18
**olsen** 69:22 96:20 136:17 137:17 138:4
**once** 191:14 196:10 197:10 230:23 260:15 270:22 271:13
**ones** 133:18 134:15
**ongoing** 91:12
**online** 12:14
**onset** 250:13
**open** 53:2,6,7,14 53:25 73:11 91:21 100:15 101:20,22 107:21 113:24 116:17 228:11 229:4
**opening** 96:25 305:25 306:18
**openness** 102:5
**operating** 47:5
**operational** 134:4
**opinion** 71:19 72:17 76:8 86:12 178:19 182:14 185:16,18 187:2,3 211:21 213:4 215:15 216:22 247:16 272:17
**opinions** 12:8 37:12,20 68:15,17 68:19 70:11,18 75:15,21 86:9 102:21 108:25 186:17 268:22
**opportunity** 51:22 118:16
**order** 25:18 101:22 145:8
**organic** 124:4,7,9 124:11,13 126:18 186:10 204:12 206:25
**organization** 138:16
**original** 77:24 79:14 80:12 81:21 85:6 111:23
**originally** 83:12 96:19
**outcome** 10:8 308:16
**outcomes** 283:8
**outrageous** 228:15
**outside** 64:7 108:16 136:7 164:9 186:16,25 187:6 194:16 205:11,18
**overbroad** 86:22 194:7
**overnight** 15:5
**oversaw** 262:22
**oversee** 49:17
**overseeing** 60:6
**owner** 126:3,5
**ownership** 125:13 125:15,17,20,23
**oxford** 6:15

**p**

**p** 3:2,2 4:2,2,7 5:2 5:2 6:2,2 7:2,2 8:2 8:2
**p.m.** 103:5,10 121:22,25,25 122:3,9 189:2,7 249:3,7 307:11,17
**pacific** 60:20 103:10 122:9 125:16 189:7 249:7,18 307:8,11
**package** 42:11 256:25
**page** 12:22 15:22 22:5 25:9,22 28:22 36:7 38:18 38:21,23 42:19,23 43:19 44:4,12,18 45:7,11,13,16 61:15 64:24 80:5 80:19 81:18 83:12 84:20,23 86:2,3,4 88:14,15 94:25,25 116:10 117:2,6,12 118:5,21 119:4,7 119:19,21,25 121:7 122:24 147:11 151:22 152:20,21 153:13 158:11 162:8 164:13,14 172:18 173:17 174:10 180:24 190:2,4,5 202:2 206:10 207:9 218:11 252:3 256:10 263:25 264:9,13 264:15 265:24 266:3,6,9 267:8 291:3,4,5,6 294:19 294:23 295:7,15 296:2,6 298:12 300:8 303:24 309:4,14,16,18,20 309:21 310:4,6,8 310:11,13,16,18 310:22 311:4,7,8 311:11,13,15,17 313:3,6,9,12,15,18 313:21 314:3,6,9 314:12,15,18
**pages** 25:21 55:12 55:18 56:2 96:18 99:21 100:12 105:4 107:6 119:11 304:3,4
**paid** 20:24 21:6 141:22
**panicking** 184:23
**panigraphy** 187:9 188:5
**pantheon** 63:25 83:20
**paper** 149:24 182:24 189:14
**papers** 140:22
**paperwork** 137:2
**paragraph** 146:15 147:12,19,24 148:3,8 149:14 190:8,8,12,20 191:4 211:6 221:12 239:25 240:8,10,11,18 241:5 250:10,11 251:22 291:7
**parameters** 224:13
**park** 4:12
**part** 47:14 75:17 76:4 133:19 137:9 144:9 166:9 184:20 198:4 237:3 247:23 283:14 289:8
**participants** 9:9 201:6
**participate** 197:6
**participating** 37:2 76:24
**particular** 157:9 216:4

**parties** 3:2 9:15 50:22 249:13 308:15
**parts** 150:3,6 244:21
**party** 10:6
**path** 198:23
**pathway** 32:11,20 34:11
**patient** 40:19 191:17,19,19 192:12,14 199:3 280:23
**patients** 194:14 208:24 209:8,22 210:2,3,10,13 212:20
**paying** 237:15
**payments** 21:8
**pc** 3:11 8:5 57:6
**pdf** 25:9 28:21 80:19 84:20 86:24 87:7,25 108:4 117:5 147:10 152:20 153:14 158:11 263:21 264:13 266:7 291:5
**peachtree** 3:12
**peak** 295:23 296:19 297:18 298:4 299:4
**peer** 203:5 226:20
**penalty** 312:7,9
**pending** 13:24 85:11 98:22 165:12 174:17
**penner** 5:23
**pennsylvania** 6:16
**people** 20:8,15 32:8 36:21 59:16 77:13 128:21 129:18 132:13,21 133:12 177:22 178:2 179:20,22 197:4,15 234:22 277:11 279:5,6,12 280:15 288:3,5,6
**percent** 142:8 175:17,24 176:19 176:25 216:17 233:25 261:6 271:24,25
**percentage** 261:15
**perfect** 190:6
**perform** 29:6 34:4 34:8 126:20 134:19,24 145:19 254:17 262:20
**performed** 35:5 37:11 47:8 48:22 56:10 62:17 70:20 94:13 126:24 131:20 132:2,12 134:22
**performing** 129:13 199:11
**period** 167:4
**perjury** 312:7,10
**person** 59:21 95:15,17 130:13 132:4 184:10 185:22
**personal** 168:8
**personally** 49:11 49:15 50:2,5 54:7 54:11 126:22,24 128:16,17,19 130:7,18,24 134:21 156:22 222:6 225:8 245:10
**petition** 64:6 76:3 102:6 141:22 142:10,25 143:4 143:18 145:16 167:10,13 168:20 171:18 196:13 197:9 207:16 244:12
**pfizer** 6:5
**ph** 191:13,16,22 192:7,7,10,15,19 192:20,24 261:5 261:10,13,14,17 261:21 262:7,10 271:3,10,23 272:3 272:5 276:16 289:2,3,4,10,12,21 289:21,25,25 290:2,11,15,19
**ph.d.** 1:1,20 2:1,10 3:1 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 11:11 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1,8,17 31:1,24 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1,4 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1

189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1,20 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1 253:1 254:1 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1 288:1 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1 302:1 303:1 304:1 305:1 306:1 307:1 307:18 308:1,7 309:1,5 310:1 311:1 312:1,20 313:1 314:1,24

**pharma** 11:2 14:10,12 16:8 17:22 21:9 22:6 36:15,20 37:18 46:9 47:6 48:14 61:17 65:2 73:23 91:16 97:17 102:4 116:11,21 124:20 125:10,14,21,24 126:5 129:11 136:18 141:10,15 141:16 142:24 163:3,5 197:24 248:8 250:4,5 309:17 310:15,17 310:19

**pharma's** 71:12

**pharmaceutical** 128:14 150:23 160:18 171:25 207:24 228:19 235:7 276:13

**pharmaceuticals** 5:12 6:15 125:10 125:18 127:8,15 127:19,22 128:11 206:14 233:17 250:20,25 252:15 253:20,21

**pharmacist** 288:22,24

**pharmacokinetic** 199:21 201:16

**pharmacokinetic...** 206:2

**pharmacokinetics** 199:16,20,24 205:14,24

**pharmacologists** 199:23

**pharmacopeia** 47:19

**pharmacy** 231:21

**pharmd** 8:17

**phase** 68:24 69:3

**phenomenon** 196:12

**phone** 59:14 269:21 287:9

**photograph** 239:3

**photographs** 238:19

**physician** 185:7

**physiological** 217:8,13 282:2

**pick** 300:12

**picture** 154:19 155:5,14,19 245:12,20

**pictures** 238:23

**piece** 300:12

**piedmont** 7:15

**pietragallo** 6:14

**pietragallo.com** 6:18,20

**pill** 159:4,8 160:11 161:18 167:2 177:20 199:5 276:9

**pills** 72:11 89:10 89:16 168:6 177:23,25 223:3 230:16 244:19 247:2 248:11

**piper** 7:4

**pittsburgh** 6:16

**pka** 261:5 271:22 271:23

**place** 9:14 81:11 98:6,16 307:7

**plaintiff** 75:25

**plaintiff's** 38:23 309:21

**plaintiffs** 3:5,11 3:17 4:5,11,18 5:5 10:23 12:4 20:24 23:25 24:5 39:24 48:16 98:12 141:21 187:20 222:12

**planet** 222:25 231:25 244:21 284:11

**planned** 30:8

**planning** 30:6 31:10 156:11,13

**plasma** 204:10 210:9

**please** 9:5 10:10 10:14 11:17 13:18 13:22 14:22 21:23 22:3 24:18 28:21 32:2 33:16 36:7 38:14 41:18 51:20 61:6,10 63:17,17 64:17 65:5 67:21 70:15 73:16 76:13 81:3 85:12 88:22 89:12 91:12 92:17 99:10 112:10,10 115:14 117:6 118:7 121:19 122:19 124:23 145:9 146:21 147:23 149:2,4,18 151:9 153:14,18 154:15 159:16 161:7 164:13 172:9,19 174:22

175:4 179:12 180:18 190:11,14 208:9,14 213:17 213:23 214:19 227:16 228:3 248:24 263:12 264:8,10 292:5 296:7 300:8 304:25 306:16
**pleasure** 98:3
**pllc** 4:17
**plug** 113:25
**plus** 207:23 269:18,18
**po** 3:12
**pocket** 141:23
**point** 33:4 37:7 98:14 125:5 140:12 161:11 183:7,21 191:25 207:14 235:8 269:6 282:12 286:14 298:11
**pointed** 119:9
**pointing** 95:24 119:13 267:22 275:18
**points** 94:25,25 96:17
**ponce** 3:18
**pop** 23:3
**pope** 3:10
**portion** 270:7 301:17
**pose** 190:14
**posed** 170:4 172:10
**position** 48:6 135:23
**positions** 127:20 127:21
**possession** 49:2
**possibility** 279:6
**possibly** 36:24 37:2 106:24,24 290:9
**potential** 217:10
**potentially** 97:2,3 134:3 228:16 285:16
**poulenc** 129:22
**pour** 260:15
**powerful** 193:25
**powerpoints** 182:22 183:24
**ppms** 175:13,20 175:21
**pre** 164:12
**precision** 18:17,18
**precooked** 257:15 257:16,18
**predate** 102:7
**predict** 211:24
**predictor** 277:10
**predicts** 277:5
**pregnancy** 184:17
**preliminary** 29:25
**preparation** 26:20 190:17
**prepare** 12:8 51:2 51:11,16 69:19 130:25 135:11 152:25
**prepared** 37:17 54:20 101:4 120:17 163:2,4 258:7
**preparing** 68:20 69:8 163:17,19
**presence** 212:17 242:9,11
**present** 8:12 74:15 75:8 196:18 204:17 235:19 260:20 261:22 270:22 271:13 279:17 280:13 300:13
**presentation** 151:23 152:2,6,14 162:9 163:11 164:5,12 172:19 301:20 311:7,9
**presentations** 182:23
**presented** 76:2 108:13 157:21 163:21,23 170:22 229:11 234:22 264:22 299:19
**presenters** 163:7
**presenting** 81:25 140:16 153:6
**pretty** 74:4 124:2 259:11 278:10,20
**previous** 89:13 129:20 160:2 200:11,15 213:9 226:4
**previously** 36:22 108:4 118:13 122:5 146:12 178:18 200:13 310:20 311:5
**primarily** 31:15 71:18 136:8 278:2 283:20 292:18
**primary** 134:9
**principle** 143:9
**principles** 134:6 136:20,25 140:10 140:23 142:15 143:14 186:21 201:16
**print** 53:7 55:11 56:16
**printed** 55:11 56:2 87:7 102:2 119:12 298:2,8 300:25 303:19
**printing** 52:15
**printout** 80:20 91:4 92:5 101:16
**printouts** 86:24 92:9
**prior** 24:12,13,23 25:12 75:24 127:20,20 141:20 184:5,19 193:11 202:20
**privilege** 51:5 69:15 73:19,21
**privileged** 52:8 74:11,21,24
**pro** 196:15
**probably** 53:22 57:20 59:7 238:12 304:3 307:6
**problem** 59:13 77:19 116:5 160:22 205:4,5 208:25
**problems** 100:9 298:14
**procedure** 47:5
**procedures** 20:12
**proceed** 10:16 11:9 122:16 249:23
**proceeding** 1:9 10:10
**process** 91:21 99:14 166:25

301:2
**processed** 129:23 257:2
**produce** 47:6 48:20 200:23
**produced** 24:8 41:7 46:3,10,15,19 46:23,24 48:10 49:4 52:10,12 99:22 116:25 187:20 195:12 199:6 218:24 237:13 255:7,10 256:6 266:14
**product** 127:23 128:4,8,9 137:6 142:5 156:12 171:22 195:6,10 197:10 208:3 220:25 223:9 225:12,16,17 226:3 228:21,24 229:11 230:5,12 230:22 231:3,6,7 232:3,12 235:6,16 250:12 255:17 287:24 288:10
**product's** 273:20 274:17
**production** 180:25 266:15 311:12
**productions** 71:10 71:11
**products** 1:5,11 9:20 127:24 128:2 128:11,14,23 178:20 211:4,16 220:5 231:17,19 231:22,23,24 232:4 233:7,19,22 233:25 234:3,9 235:5 236:19 237:2 242:25 243:11 244:10,14 244:19 250:4,9 252:23 253:13 254:5,25 256:21 256:23,24 257:9 275:13,23
**professional** 186:5 233:16 308:4
**professor** 142:13 194:17 195:9,17 195:20 196:4,6,23 197:13 198:3 200:14 206:18,19 206:23
**program** 54:15 301:14
**programs** 52:22
**progressed** 285:25
**project** 32:5 134:18 141:24
**projects** 136:6
**promeco** 5:14
**promise** 296:24
**promptly** 259:11
**proper** 253:23 255:3 268:13 283:7 293:4 303:9
**properly** 199:11 247:16 268:13,14 269:24 298:17 302:22 305:24
**properties** 108:8
**proposal** 34:17 35:13,25
**proposed** 33:6,21
**proposing** 259:14
**protected** 70:2
**protections** 50:21
**protocol** 20:9,11 20:16,18 131:2 218:24 219:6,15 219:17,23 255:10 271:8,9
**protocols** 48:21 49:2 219:3,14 254:22
**protonated** 262:6 262:11 271:12,18
**provide** 28:2 292:23
**provided** 21:14 28:3,15 47:18,20 48:18,25 65:13 67:18,23 72:2,4,9 77:22 84:9 85:9 89:20 91:18 94:21 99:13 100:7,14 101:11,14 102:5 108:19 112:25 114:6 141:15 143:3 168:14 220:25 231:17 303:20 305:7,23 306:9,12
**provides** 292:21
**providing** 170:13 208:20 286:21
**pst** 2:3 121:25,25 122:3 307:17
**public** 2:12 141:25 153:7 157:22 308:5 312:23
**publication** 136:21 140:19 144:19 183:12 195:23 201:8,9 204:7 205:7 206:18,24 226:20 229:22,23 253:5 275:6
**publications** 12:11 70:25 217:5 223:15,16,17 233:13 253:17
**published** 33:5 140:22 149:21,24 207:15 250:14
**pull** 23:9 28:6,7 36:6 90:15,16 146:10 158:3 220:20
**pulled** 195:10 197:11 256:25
**pulling** 49:7
**purchase** 259:4
**purchased** 244:11 244:15 257:4,9 258:2
**pure** 177:7 233:25 234:4
**purely** 135:16
**purifications** 234:5
**purposes** 108:24 144:2
**push** 59:5 111:10 130:15
**pushes** 130:13
**put** 36:24 53:11 87:16 104:16 106:9 118:4 152:11 155:18 166:25 225:14,16 232:24 259:10 261:23 276:17 277:12 301:6
**putting** 159:8 270:8,20

q

**q1** 224:18
**q1a** 227:25 228:8
**qualified** 132:21
**qualifying** 143:2
**quality** 9:7,8 137:17 140:19 144:20
**quantified** 296:4
**quantify** 293:4
**quantitation** 18:19
**quantitative** 294:20 311:17
**quantities** 172:5
**question** 13:14,17 13:24 24:17,22 25:25 32:14,18 33:14 39:18,25 49:12,16 50:19 51:10,13,19 52:4,5 52:9 54:5 57:14 60:4 65:24 66:23 67:4,21 68:7 69:5 70:14,15 71:8,20 72:8,21 73:17 74:2,14 75:4,16 76:10 81:6 82:15 82:16,23 83:10,11 85:4,11 86:21 89:13 94:6 98:22 103:23 106:5,8,13 106:17,19 107:16 108:11 109:13 110:3,21 111:24 113:13 114:5,24 119:8 120:3 121:6 125:22 126:2 128:17 131:24 132:16,19 133:2 134:13 135:14 136:16 139:18 144:4 145:25 146:6 147:2,4 149:19 150:20 153:12,13 154:17 156:3 159:13,22 160:17 161:2,8 165:12 166:13,21 167:20 169:16,18 170:3,7,9 172:9,10 173:20,22 174:11 174:17 175:3 176:15 177:4,16 178:15,24 179:10 183:3 184:15 186:15 187:13 188:14 190:15 191:11 196:2,22 198:11 200:2,5,10 202:9,11,14 203:21 205:17 206:22 208:11,15 208:17,19 209:3,6 209:19,20 211:10 211:12 212:4,10 213:2,3,8,12,15,18 213:19,21,22 214:21 215:4,10 216:10 217:23 219:12,25 220:15 221:4,13 223:24 225:22 226:9 232:8 238:6,17 240:15,16 242:3 242:19 243:8,9 244:18 248:5,7 250:22 253:10 254:9 256:12,13 258:24 260:3 274:2,14 293:9 297:9 302:5 306:11
**questioning** 99:2 108:16
**questions** 50:20 55:23 58:5 85:13 98:18,20 108:15 110:4 125:4 139:16 170:14 174:19 184:13 190:14 199:13 214:23 242:22 275:18
**quick** 76:12 152:18 188:23
**quickly** 63:5 115:11 240:13 257:25 291:25
**quite** 12:13 201:4 244:9 267:2
**quoted** 256:20

r

**r** 3:2 4:2 5:2,16 6:2 6:10 7:2,23 8:2 122:2 308:2
**r&d** 136:5,12
**r1** 206:13
**r2** 228:9
**raise** 99:6 207:5 289:10
**raises** 289:2,12
**ramin** 1:1,20 2:1,9 3:1 4:1 5:1 6:1 7:1 8:1 9:1,17 10:1 11:1,11,19 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1,20 39:1 39:2 40:1 41:1 42:1 43:1,20 44:1 44:13 45:1,8 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1,4,25 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1

157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1 253:1 254:1 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1 288:1 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1 302:1 303:1 304:1 305:1 306:1 307:1,13,18 308:1 308:7 309:1,5,19 309:22 310:1,7,9 310:12,23 311:1 312:1,20 313:1 314:1,24

**ran** 130:19 131:3 132:3 168:13 223:22 226:6

**range** 18:19 192:20

**ranitidine** 1:4,11 9:20 15:25 16:4 17:23 32:11,20 33:8,9 34:16 37:18 38:2 46:20 47:7 48:2,9,21 50:3 57:12 59:24 65:22 67:8,20,25 70:19 72:19 73:3 73:7 74:4 83:8 86:17 130:20 131:4 133:6,18 134:20 150:3,8,18 159:3 160:15 161:5 165:3,25 166:5,11,18,23 167:6 171:11 172:20,24 177:6 179:22 182:7,12 182:12 185:22 186:21 191:7 197:21 200:20,21 200:22,23 215:13 220:5,10 226:7 227:9 229:9 230:12 231:12 232:10 233:6,8 235:20 236:3,9,19 237:2 238:3,19 239:3,19,22 240:3 241:7,13,22 242:24 245:12 275:3 281:2 282:20 285:6,15 286:2,11

**ranitidine's** 234:12

**raspanti** 6:14

**rate** 272:13

**raw** 64:14 94:21 96:25 99:23 102:5 102:17 106:22 110:17 302:20,21

**rc** 116:11 310:19

**rca** 148:9

**reach** 158:17 159:17

**reached** 171:5

**reaching** 37:11 75:15,21 86:8,12

**reaction** 276:15

**reactive** 198:16

**reacts** 198:20,23

**read** 147:23 148:10,12,13,15 148:20 149:13 153:21 156:4 188:14,20 190:13 202:24 224:16 240:24 253:6 272:23 312:10,12

**reading** 35:21 40:18 149:15 167:9 239:25

**ready** 60:25 92:23 122:15 149:16 258:5 263:21

**real** 230:13 231:13 232:4,10,13,14,17 275:12,22 284:17 286:23

**realized** 203:14 230:24

**really** 12:14 31:20 47:11 52:21 56:20 59:10 60:2,7 64:4 64:7,8,9 71:19 76:7,8 94:20 95:12 127:11 131:16 135:20 143:20 154:23 155:2,19 156:20 167:8 168:25 169:8 175:12 182:10 185:10,12 185:13,23 191:22 191:25 193:2,25 198:24 199:8 200:22 204:15 205:10 207:20 226:19 234:19 274:5,24 279:10 285:12 286:20 293:14 295:24 302:9

**reason** 20:5 53:20 253:15 273:16 275:7 301:11,15 313:5,8,11,14,17 313:20,23 314:5,8 314:11,14,17,20

**reasonable** 281:24
**reasoning** 34:15 216:2 278:16
**rebuttal** 43:2 44:8 44:13 45:3,8,12,14 46:18 58:15 64:13 68:21 69:9,11,20 71:16 84:2 85:20 136:12,17 137:17 138:3,7 268:14,23 270:3,15,18 310:9 310:11
**rebuttals** 71:17 268:19
**recall** 63:16 77:25 131:16 135:6 152:2 163:18 204:20 211:10 219:2 220:19 240:14 247:2,22 248:12 268:21,24 270:7 273:2,6
**recalled** 195:10 197:14 210:21,24 243:2
**receive** 15:6
**received** 62:3 66:15 91:9 107:7 107:20 108:9 162:15 168:17 244:5,20 247:24
**recess** 60:17 76:18 103:7 121:24 189:4 249:4
**recognize** 23:23 80:11 116:20
**recollection** 182:2 219:10
**recommend** 224:8 228:9
**recommendation** 281:14 282:14
**recommendations** 222:21 224:5
**recommended** 223:6
**recommends** 217:9 223:21 227:7
**record** 9:3,15 10:13,22 11:18 13:7 23:9,12,15,17 53:9 55:13 60:14 60:19 76:12,16,20 78:14,15,19 92:8 98:23 102:24 103:4,9 115:22 121:19,21 122:8 135:22,25 174:16 188:25 189:6 196:5 215:9 239:13 248:24 249:2,6,12 261:4 282:6 293:22 301:8 307:9,11 308:10
**recorded** 9:12,17 30:15
**recording** 9:7,13
**recordkeeping** 237:4
**records** 87:12 97:7
**red** 164:19,20 173:16
**reddy's** 7:20 8:5
**reefer** 6:19
**refer** 16:8,16 17:2 17:6,9,12,17 20:15 218:18 226:18 280:8
**reference** 154:9 240:10 243:16 244:7 300:5 303:13 304:19
**referenced** 45:22 158:2
**references** 117:13 243:16
**referencing** 155:11
**referred** 172:23
**referring** 16:6,17 17:25 18:10 19:6 19:14,23 20:17 100:11 117:17 142:23 154:23 194:11 251:13,13 255:25
**reflected** 70:12 71:6 259:2
**refresh** 21:19 22:14,15,21 23:4 39:5,10 65:5 151:20 180:15 181:4,25 219:9 264:8
**refresher** 253:9
**refrigerate** 225:17
**refrigerated** 156:16 220:12
**refrigerator** 232:2 258:4,4
**refusing** 51:7 70:6
**regard** 52:7 69:2 73:4 74:10 91:14 99:7 278:3
**regarding** 15:22 139:17 157:8,10 174:11 179:21 226:2 275:6
**regardless** 171:22
**regulatory** 219:18 227:6
**reject** 202:23
**rejected** 302:19
**relate** 47:7 48:21
**related** 10:6 12:11 65:22 67:7 226:20 308:14
**relates** 1:6,12 126:18 186:10 194:22 205:19
**relating** 31:10 37:18 38:2 46:20 50:3 59:24 64:6 67:20,25 70:11 135:12,25 142:24 195:12 226:6
**relationship** 275:2 275:2
**relative** 175:24 176:19 177:2
**relatively** 259:13
**release** 239:20
**released** 201:18 262:2 276:19,25
**relevant** 46:25 258:9
**reliable** 110:19 234:24
**reliably** 211:24
**relied** 108:24 219:19 278:2
**relief** 184:11
**relies** 70:22
**reload** 23:4
**rely** 37:10 59:9 70:9,18,21 104:8,9 104:25 109:9,22 111:12,24 112:15 142:21 278:7,8

292:18,20,24
**relying** 71:4,5,15 71:18,21,22 72:14 75:14,20 76:6 86:6,10 101:3 224:4 283:19 301:22
**remains** 206:4
**remember** 138:12 146:18 167:9,19 168:22 170:10 179:5,16 180:10 189:14 218:25 240:7,12 272:24
**remembered** 170:17
**remind** 269:25
**remote** 13:11
**remotely** 10:12 14:6
**remove** 286:2
**removed** 142:5 195:6
**renew** 107:9
**renowned** 238:15
**reorient** 265:18
**repeat** 16:19 19:19 24:17 32:14,25 46:7 67:21 70:15 75:16 94:9 104:23 132:18 142:19 183:4 186:3 211:11 213:22 236:22 250:22 260:3
**repeatability** 18:17 140:24 142:4
**repeatable** 140:14 140:18 143:16,22 144:19
**repeated** 142:12
**rephrase** 13:18
**replicate** 195:21 286:3
**report** 12:9,12 15:13 29:10,15,18 41:11 42:14 43:2 43:7,20,24 44:8,13 45:3,8,12 46:18 58:15 64:13 69:9 69:11,20 71:12,18 71:23 72:13 75:13 75:19 76:8 77:21 77:24 78:5,9 79:8 79:11,14,24 80:8 80:12,14,22,24 81:5,16,22 82:18 83:2,24 84:11 85:7,20 86:8,17 108:17 110:15 111:4 112:21,21 123:20 129:18 130:6 131:4 136:12 138:8 146:10 157:8 158:3,16 161:20 164:18 177:18 185:16,19 187:5 188:6 189:24 190:16 201:25 207:3 209:5 212:12 213:10 214:6,7 215:19 216:10 217:3,17 218:2,11 220:7,17 220:18 224:11,21 226:18 232:7 237:3 239:17 240:8,24 248:20 250:10 253:7 256:2,5,10 257:19 259:2,3 263:5 264:2,16,24 265:12,13,18,25 266:6,19 268:10 268:23 270:3,5,13 270:16,18 271:8 280:8 283:19 284:12 291:3,6,25 294:21 298:3,12 301:24 303:22 305:2 310:6,9,11 311:15,18
**reported** 1:23 72:15 109:24 110:18 111:4,25 112:16,20 126:11 128:21 133:18 150:2 159:14 160:13 171:9 183:8 237:9 242:20 246:21
**reporter** 2:12 10:3 10:14 13:2,8 40:17 81:13 149:3 149:9 181:19 300:19 308:5
**reporting** 129:20 159:20 183:24 199:23 236:18 256:16 262:24
**reports** 15:15 37:12,20 41:7 47:23 56:9 57:2 68:14,21,25 69:20 70:12 71:15 85:16 86:11 100:12 187:19 188:20 189:19 247:6,14 258:2 303:19 305:2
**represent** 11:22 21:14 24:7 27:6 58:11 61:22 65:10 66:14 82:12 88:18 91:7 92:6 97:14 107:19 116:23 119:20 123:15,18 152:5,12 219:5 238:24 241:23 298:20,21,25
**representation** 301:10
**representations** 100:6
**representative** 238:22
**represented** 114:9
**representing** 25:20 297:20
**represents** 175:16 175:23
**reproduced** 280:21
**reproducible** 140:14,17 141:7 141:11,16 142:16 142:20 143:15 144:19 232:21
**req** 27:22 107:8
**request** 13:23 107:9
**requested** 46:3,11 46:16
**requesting** 27:22 27:24
**requests** 40:14 309:7,11
**required** 302:7
**requires** 136:23
**research** 8:19 129:24 137:18

139:19 230:19,20 280:10
**researcher** 227:7
**resembled** 176:5 177:13
**reserve** 68:18 72:16
**respect** 35:24 37:16 213:15 300:11
**respected** 203:12
**respond** 268:18
**responded** 60:4 269:24 270:2,6
**response** 145:15 169:24 184:6
**responses** 38:24 51:21 309:21
**responsible** 59:22 203:18
**responsive** 156:25
**restating** 56:17
**result** 48:17 53:10 72:3 102:16 110:16 119:18 160:7 170:25 198:19 242:16 246:3 302:3
**results** 29:9 30:2 72:2 80:25 82:19 82:24 83:2,4 84:16 85:2,5,17 86:7,15 87:18 89:6,7,20 92:18 94:2,12 101:4,23 104:7 109:24 110:18 111:25 119:15 142:20 145:20 146:3 160:6 164:16 165:13,18 170:23 183:8,22 184:5,8,8 195:22 294:20 302:8 311:18
**resume** 188:23
**resumed** 122:3,6
**retained** 24:4 26:2 135:8 222:13 307:15
**retention** 102:7
**retract** 201:8 203:19 204:7
**retrieve** 120:10,15
**retrieving** 306:19
**review** 25:14 37:19,24 38:8,10 63:5 81:20 128:22 190:16 228:9 240:13 303:19
**reviewed** 12:9,10 37:21 38:3,11 54:23 71:2 163:20 187:18,22 226:20 247:8 263:4 272:15,16 275:5 292:14,17 304:2,3
**reviewer** 203:5
**reviewers** 203:9
**reviewing** 163:17 253:5 281:10
**reviews** 247:21
**revised** 84:9
**rhône** 129:22
**richard** 5:7
**riddell** 3:7
**right** 12:18 13:15 14:7 15:4,25 16:18,23 18:7 22:25 23:2 25:13 25:18 27:10 32:12 42:23 45:24 46:21 46:25 54:21 57:12 58:14 62:2,5,12,18 67:20 68:18 72:16 73:10,12,12 74:23 75:3 76:14,25 78:24 79:9 80:14 81:9 82:11 84:5 84:24 88:3,20,25 89:5,18,24,24 90:11 92:21 93:16 93:21 94:14 95:14 95:16 99:5 104:3 105:9 109:19 118:2 120:18 121:5,8 123:23 124:7,12,14,17 131:17 132:22 134:25 135:6 136:14 139:21,22 141:7 142:25 149:20 150:21 152:8,10,15 153:7 154:12,20 155:5 158:19 159:20 162:19 164:21 165:20 171:3 172:11 174:8 175:17 176:2 177:5 180:21 182:5 183:20,25 184:13 188:21 189:20,21 190:10 191:8 192:2,2,4 194:11 203:19 209:10,13 211:18 211:25 212:8 213:6 214:2 216:8 217:24 218:18 220:13 238:11 240:19 250:16 251:14 253:7 254:12 266:19 267:11 268:16 288:23 291:18,19 292:11 294:3,4,5,6 295:3,8,8 296:17 297:22 298:24 299:3,4,7,18 300:23 301:10 302:10 304:11 307:4
**rise** 290:19
**risk** 187:10 206:15 226:24
**rmb** 5:8
**road** 3:12 7:15
**robert** 3:17,20
**ron** 11:20 51:20 91:11 145:2 146:21 168:8
**room** 14:9,13 77:7 77:15 208:5 220:11 257:23 297:3
**roopal** 4:7
**root** 31:17 33:5 35:4 70:24 142:11 236:5,14 241:14 241:16,20 247:15
**rooted** 218:3,4,5 223:14,16 229:21
**rorer** 129:22
**rosemarie** 3:7 36:14
**rosemarie.bogdan** 3:8
**rotman** 4:14
**roughly** 259:17 261:6 285:12
**routinely** 276:6
**rows** 302:24 306:19

**rule** 1:10 43:20 50:20 310:6
**rules** 12:23 47:16 101:5
**rulings** 309:9
**run** 29:22 30:18 30:25 133:21 145:21
**runaway** 171:23
**running** 30:23 196:17 210:7 237:2
**runs** 55:17
**rushed** 167:11 168:19
**ryan** 7:10 32:6 50:13 95:19 134:3 245:11
**ryan's** 283:17
**ryan.sullivan** 7:11

**s**

**s** 3:2 4:2 5:2,23 6:2 7:2 8:2 122:2,2,2 309:14 310:4 311:4
**s.a.** 5:14 7:5
**safe** 68:4,8 205:2
**safety** 125:11,16 137:10,12
**saharan** 223:2
**salmon** 187:9 188:4
**salt** 261:2,2 262:12 262:15
**sample** 88:16 89:8 92:19 94:3 95:16 102:11 104:2 105:11 109:16 115:2 117:13,22 118:21 121:6 286:3 295:10 296:4
**samples** 130:20 131:4 133:6,18 154:24 197:22,25 198:2,6,7 203:16 220:11,24 221:20 226:7 229:9 244:14 260:22 299:14,16,24
**sandbagging** 100:23
**sanofi** 7:5,5,5 83:19 129:23 221:23 222:2 235:8 244:22
**sara** 7:17
**sat** 55:22
**sausage** 255:23 256:14,16 283:20
**save** 312:14
**saw** 201:22 232:5 232:6 247:3
**saying** 29:21 97:6 113:8,22 114:23 138:9 160:21 167:19 172:8 179:5,16 181:20 183:6 192:15 201:15,15 237:25 251:16 277:5,9 279:20 301:2 302:7 305:17
**says** 22:24 23:6 24:15 28:23 29:5 35:24 65:16 82:21 85:22 88:19 90:25 120:8 148:8 150:6 153:25 165:3 171:4 173:3 175:25 182:6 217:10,12 224:19 224:22 226:12 233:14 253:11 265:3 266:19 269:5 285:19 287:21 293:16
**scanned** 187:23,24 298:13
**scenario** 284:17
**schachtman** 8:5,8
**schachtmanlaw....** 8:9
**schedule** 97:25
**scheduling** 30:10 249:22
**scheiber** 8:19
**school** 272:19
**science** 202:19 233:3
**scientific** 8:18 34:15 136:20,24 140:10,23 142:15 143:9,14 193:11 227:10 284:24
**scientifically** 203:18
**scientist** 203:12 204:13,14 276:12
**scientists** 35:5 163:22 227:4
**scope** 73:11 108:16 186:16 187:2,6
**screen** 9:11 22:2 22:15,17,21 36:9 44:16 56:3 80:2 81:7 82:7 84:3,4 84:22 88:18 89:22 89:25 90:16,19,21 103:15 107:15 152:22,23 158:13 162:19 164:23 170:24 175:15 181:5,6,13 299:20
**screenshot** 56:4 91:4 95:22
**screenshots** 61:16 61:23 310:14
**scroll** 84:20 92:15 92:23 299:10,12
**search** 28:14 111:5 113:12 114:2 224:21
**searchable** 113:9 113:16,17
**searched** 115:12
**searching** 115:7
**sec** 78:10 172:22 172:22
**second** 14:4 21:20 21:23 25:15 38:19 39:16 40:3,7 45:3 45:12,13 51:3,12 51:17 52:10 54:19 57:9 59:22 61:16 61:24 65:2,12 68:4 73:16 108:8 112:21 115:20 116:4 118:6 147:15,21 162:21 181:4 206:9,19 207:12 227:15 250:10 263:16 269:3,4 270:18 287:6 292:2 309:18 310:14,17
**section** 85:6 148:5 202:2 207:4
**see** 20:21 22:12,14 22:16,17 23:3,5,21 24:9 25:23 29:3 34:4 36:9,16 39:15 44:16,17

49:20 53:3 55:2,5 61:8,8,19,21 65:4 65:8,9,15,18,19 79:19,21 82:5 84:4 88:23 89:4 89:22 90:7,21,23 93:12 95:7 97:8 101:9,10,18,20,23 108:7 117:7 118:18 119:24 123:4 144:18 148:5 151:19 152:24 153:20 154:5,11 155:8 158:13 164:24 165:13,18 170:24 173:7 175:19 176:7,8 177:9 179:7,9 181:6,13 181:16 182:15,16 198:25 200:25 201:17 207:7 210:7 221:17 230:21 232:6 235:10 243:25,25 250:17 252:19 264:19,20,21 265:23 267:10,20 269:7 274:10,11 274:13 275:7 276:10 281:13 282:10 283:9 284:5 291:13 293:19 295:5,12 295:20,22 296:15 296:18,19 297:16 297:18,21 298:19 299:13,25 300:3 302:9 303:3,10,12 303:13 304:18 305:19
**seeing** 199:8 201:16
**seen** 9:10 39:20,25 40:11,12 41:2 45:23 163:13 186:5 200:16 238:23 245:10 270:11
**sees** 95:6
**sell** 129:5,7 288:2
**seltzer** 290:13
**send** 95:8
**sending** 96:24
**senior** 8:19
**sense** 33:22 300:16
**sensitive** 171:16 231:8,10
**sent** 15:2 42:12 81:8 82:10 96:18 97:16,16 105:5 138:6,8 168:6
**sentence** 250:10 267:13 269:4
**sentences** 149:17
**separate** 89:7
**separately** 20:7 285:2
**september** 169:5,7
**sequence** 31:6
**sequences** 58:24
**series** 134:24 180:25 299:24 311:11
**serve** 20:25
**served** 41:11 69:2 69:21 80:23 83:13
**services** 7:5
**serving** 212:20 257:5 266:17
**servings** 279:11 280:24
**set** 53:9 55:13 58:17,25 97:22 100:19 101:8 174:19 196:5 303:17 305:3,5 308:9,18
**sets** 137:23 219:17 224:13
**seven** 31:24 285:24 290:3
**seventh** 62:14
**sgf** 17:18 63:19,23 194:11 255:14 258:8 260:20,22 270:23 271:2,15 277:5,9 281:2 282:16
**shade** 84:16 85:21 174:4,5 218:20 221:10 223:13 225:11 228:15 247:4
**shake** 167:2
**share** 56:5 90:15 90:19 103:15 105:22,25 107:14 114:19 167:17 251:5 290:22 303:16
**shared** 22:2 57:22 66:25 90:21 106:21 110:24 131:9 144:7,10 184:20 301:23,24
**shares** 129:8
**shb.com** 5:24
**sheet** 302:23 312:2 312:16 313:2 314:2
**shells** 101:12
**ship** 156:12 228:24,25
**shipment** 154:2 156:6
**shipments** 244:5
**shipped** 53:12 229:2
**shipping** 156:15 156:17,21 157:10 225:6
**shook** 5:20 8:19
**shop** 198:21
**short** 182:11
**shorter** 77:23
**shorthand** 2:12 308:5
**shortnacy** 8:16
**show** 25:6 42:18 55:25 78:3 92:9 95:22 102:15 103:16 105:16 107:24 138:11 157:13 158:3 159:23 172:12 178:25 179:3,3 192:19 198:8 212:15 219:4,22 219:23 225:11 228:20 239:13 245:16 263:9 272:21,22 280:12 299:23 300:8 303:5
**showed** 202:20 238:20
**shower** 84:16 85:21 218:20 231:13
**showing** 65:25 77:18 99:15 101:12,15 193:20

239:3 298:16 302:17
**shown** 10:24 83:6 118:14 146:13 170:23 231:5,7 259:12 310:21 311:6
**shows** 94:24 142:3 160:7 161:10 245:12 280:12 304:23
**shut** 197:16,18
**side** 89:10 118:4,4 170:24 176:3 295:22
**sign** 64:9 306:4
**signature** 42:22,24 44:3,20,23 45:15 308:22
**significant** 216:18
**similar** 31:16 45:24 66:11 168:19 193:21 194:20 196:7 229:17 259:17
**similarly** 17:6
**simply** 32:24 34:21 100:22 101:12 143:17 150:22 186:7 253:11
**simulate** 225:10 284:17
**simulated** 17:17 193:14 194:25 222:15 229:18 232:12,18 250:5 260:15 261:24 276:3,4 280:20 286:7
**simulating** 178:8 284:20
**simulation** 93:15
**single** 102:14 216:21 237:11 241:25 243:2 246:13
**singular** 237:12
**sir** 42:2 82:9 96:7 115:18 116:18 158:14 174:18 175:19 212:25 244:10 303:18 304:25
**sit** 57:3 59:4 105:17 138:12 217:19 233:21 276:23 286:11
**sitting** 204:20 285:22
**situation** 228:11 228:17
**six** 30:8 80:19 81:18 83:12 290:3 305:12 307:15
**size** 64:25 65:11 107:25 257:5 266:17 299:11 310:16
**skill** 308:12
**skilled** 132:8
**slide** 153:17 155:8 157:21 160:2 163:2,13,17,19 164:5 170:21 174:12 175:15 176:10
**slides** 152:13,19 153:2,5,9
**slight** 244:25
**slightly** 243:3 246:9 263:15
**slow** 18:23 51:20 52:2 106:11 147:6 149:7 215:2
**small** 88:17 245:3
**smaller** 299:11
**society** 163:24
**sodium** 194:23 260:9,10 261:2,19 261:22,25 262:12 262:15 269:10,16 270:25 271:3 272:2,5,9,12 275:9 275:9 276:24 277:3,18,18 281:15 282:9
**software** 56:8,12 58:23 59:10 106:25 108:14 114:12,13 303:21 304:13,16
**sold** 129:3,8,9
**sole** 126:3,4
**solve** 59:13
**somebody** 28:7 77:7,15 142:17 161:11 172:4,4 232:24
**someone's** 232:25 276:23 277:14 285:23
**somewhat** 193:25 290:9
**soon** 144:25
**sop** 47:3,4,4,13 48:8,10
**sops** 47:7,16,18,21 48:17
**sorry** 19:19 37:4 54:6 62:22,23 74:6 96:3,8 105:19 107:13 115:16 123:16 139:12 144:24 146:21,23 158:9 167:24 170:3 174:18 181:22 182:8 201:12 208:9,10 223:12 225:23 228:6 240:2 282:7 284:9 287:5,7 289:24 291:18 296:23
**sort** 228:11 237:11 247:14,21 272:23 283:7 286:21
**sorts** 71:11
**sound** 27:10,15 152:8
**sounds** 152:10
**source** 87:25 120:7 137:23 138:13 206:7,10
**sources** 282:21
**south** 5:6
**southeast** 4:19
**southern** 1:2 9:22
**space** 65:16 168:3
**spalding** 5:11 8:15
**speak** 36:5 144:6 144:25 149:5 305:15
**speaking** 18:25
**special** 1:9
**specialist** 8:18 210:6,12
**specific** 58:24 102:10 131:24 192:14 216:7 219:12 301:16

**specifically** 82:23 215:5 252:22 255:22 270:7 285:20
**specificity** 18:18
**spectrometry** 17:10,15
**spectroscopy** 155:16 163:24
**speculation** 203:22
**spend** 58:2 96:22 266:23
**spent** 26:15 59:12 267:2
**spicy** 230:2
**spirit** 57:22
**spreadsheet** 80:20 88:2 115:3
**spreadsheets** 71:10 72:3 86:25 87:6,11 88:5,11
**srotman** 4:15
**stability** 93:15 127:19 150:25 222:19,20 224:17 224:20 227:14,17 227:24 234:6,25 237:7 242:13 245:21
**stable** 262:13 275:10
**staff** 109:22
**stand** 58:19 143:16 171:17
**standard** 47:5 300:5 301:18 303:13,14 304:18 304:19,20,22,23
**standards** 55:25 136:21 137:18,21 137:24,25 139:5 139:21,25 140:5,7 141:6 305:5,6
**stands** 137:14 138:20
**stanford** 197:3,12 204:17
**start** 28:10,11 79:6 249:17 307:7
**started** 10:19 106:7 124:19,24 125:7 129:10
**starts** 63:7 117:25 285:13
**state** 1:7 2:13 10:10 11:17 46:18 51:22 108:12 136:11 209:7 214:3 268:8 287:16 308:6 312:24
**stated** 47:23 72:13 76:7 91:13 137:16 145:4 180:9 200:13 214:4 216:23 217:16 241:15 301:9 306:16,17
**statement** 58:20 156:4 157:4,6,20 206:8 240:23 243:7 249:12 268:16 269:12 280:3
**states** 1:2 9:21 36:14 47:19 156:12 267:12 268:10
**statistical** 222:7 222:10,11
**statistically** 222:10
**stay** 118:23
**steam** 178:3
**steamy** 178:2
**stenographer** 19:2 214:22
**stenographic** 10:13
**step** 57:24
**steps** 19:8
**steven** 4:14
**stomach** 191:8 192:3,6 199:7 212:18 261:24 275:21 276:9,11 276:17,19,21,23 276:25 277:3,6,11 277:14 278:25 279:18,20 280:22 285:7,9,17,22,23 286:12,23,25 289:19
**stop** 72:6 98:4 109:4,4 112:11 179:12 228:3 307:7
**storage** 127:7,14 127:18
**store** 246:8 257:4 257:10 258:3 259:5
**stored** 120:7 158:18 159:18 230:13 231:12 232:9,13 242:25
**stoy** 6:17
**straddled** 174:2
**straight** 53:9 55:14 196:5
**straightforward** 74:5
**street** 3:6 5:6 7:6 7:21 8:6
**strike** 33:12 97:12 98:11 111:20 133:3 156:24 157:14 160:23 165:9 169:11 178:13 182:9 212:22 248:2 256:22 258:18
**strongly** 280:19
**structure** 62:8
**structures** 224:25
**studies** 72:12 126:21,25 127:2 127:19 131:12 150:25 156:21 168:3,4 192:19 193:5,12,14,18 194:14 199:21 218:3,7 221:10 222:10,19,20 223:8 225:9 227:18 247:4 250:5 275:4 276:3 276:4 277:24 280:11 285:5
**study** 19:7 31:21 34:4 133:11 137:10,12 173:11 173:15,23 174:4,7 176:13,17,17,22 177:12,18,19 189:13,18 190:10 191:2,6 193:6,24 194:18 195:5,9 196:7,17,20,24 197:6,16,16,18 198:4 200:7,14,15

201:2,3 202:20 203:5,10,19 207:5 207:13,21,25 208:6 210:7,14,23 211:14 212:14 216:22 217:9,20 218:3 222:12 223:6,20,21 224:9 226:6,19,23 227:2 227:3,7,14,19,23 227:24 228:14,18 228:20,23 229:5 229:14,16 230:23 232:16 242:13 250:23 251:3 252:4,13,21 253:2 253:11,14,15,16 254:5 257:7 258:6 258:6 259:11 273:4 280:25 284:21,23 285:12 290:16,20 311:14
**stuff** 268:17
**sub** 223:2
**submission** 137:10
**submit** 29:14 207:24
**submitted** 23:24 24:12,23 27:2 43:24 81:13 82:2 85:15 86:11 207:16
**subpar** 207:21
**subparagraph** 192:2 207:9 210:25 211:7,8,13
**subparagraphs** 190:21
**subpoenas** 40:14 45:23
**subscribed** 307:20 312:21
**sudden** 261:25
**sufficient** 167:5 283:6 288:16
**suggest** 78:13
**suggested** 58:7 96:20
**suite** 3:12,18 4:12 6:6 7:6,15,22 8:7
**sullivan** 7:10
**summary** 294:21 311:18
**summer** 28:12 154:4 156:8 173:6 176:5,9 177:14 226:22
**summertime** 178:3 226:25
**sun** 6:15 84:16 85:21 174:5 218:20 221:10 223:13 225:10,10 246:10,21 247:4
**super** 205:9 206:6
**superior** 1:7
**supplemental** 68:25 69:20 83:23 84:10
**supplied** 57:10
**supply** 231:20
**support** 156:4 157:5,6 196:25 279:20 280:2
**supported** 32:5
**supports** 18:11 216:22
**sure** 12:22 13:12 15:21 26:18 27:5 34:22 39:6 41:23 42:21 43:12 51:24 63:6,15 81:24 110:17 111:5 113:2 134:22,25 136:9 144:11 148:19,21 153:4,9 160:2 165:2 211:9 211:9 214:21 221:6 222:4 253:24 255:2,2 283:18 293:2 297:21,23 300:14 301:3
**surprise** 100:24
**surprised** 201:4 303:15
**survive** 225:12 228:21
**suspected** 169:3
**suspecting** 224:23
**suspicion** 226:13
**swager** 206:24 207:2
**swear** 10:15
**switched** 139:15
**sworn** 10:17 11:12 122:5 307:20 308:9 312:21
**synthesis** 29:2
**synthesize** 30:12
**system** 54:16 56:22 91:25 97:2 107:3 121:3

**t**

**t** 122:2 308:2,2 309:14 310:2,4 311:2,4
**tab** 21:12 38:14,15 39:11 40:6,21 41:18,20,20 43:7 44:9 61:6,7 64:18 115:14 122:20 151:9,10 158:7 162:4 180:18 251:7,25 263:11 292:4
**table** 82:25 264:13 264:13,14,19,24 265:10,12,15 266:13 291:2,4,11
**tables** 291:9 292:24,24
**tablet** 159:7 239:3 243:3 245:21 246:13,20
**tablets** 150:4 236:9 238:19 246:11
**take** 9:14 13:2,21 13:25 25:13 27:14 38:13 40:8,24 45:19 60:9 67:14 76:12 83:21 89:11 97:23 98:16,19 107:10,12 109:6 121:11 123:14 125:8 133:16 148:4 149:3 150:18 152:17 158:6,9,25 160:14 161:4,23 162:3 171:11 178:10 181:19 187:14 188:22 190:12 192:23 201:24 204:22 232:24 238:18 257:25 271:5 272:14 277:15 279:12 287:21 288:5,6 290:5 294:14 305:3

**taken** 2:10 9:18 14:5 60:17 76:18 103:7 121:24 178:21 189:4 249:4 260:23 278:4 287:16 312:11
**takes** 123:5 278:21
**talk** 17:20 77:20 96:13 97:24 121:4 185:6 189:12 236:3
**talked** 179:21
**talking** 52:24 56:19 78:4 79:7 87:2 91:24 133:14 134:2 139:8 143:8 146:17 166:14,16 177:5,6 186:20 204:21 221:9 248:13 291:10 293:24 303:23,23
**tampa** 176:20
**tanner** 218:4 278:9
**teach** 105:18
**team** 29:15 36:15 36:20 37:6,18 49:21 50:6,11 55:22 58:5 59:9 66:7 67:9 111:12 131:9,10 132:8,17 133:3,4 134:9 141:24 167:11 168:23 198:4 262:21 292:20
**team's** 37:23
**technical** 59:15 78:17 300:18
**technically** 272:7
**telephone** 294:12
**tell** 13:18 24:3 31:25 37:7 57:4 81:5 95:15 96:16 107:2 147:14,24 184:25 188:10 218:2 219:13 223:20 261:14 272:9 276:2 279:19 304:21
**telling** 25:19
**temperature** 150:25 154:25 171:16 173:11,16 173:22 174:3 176:12 220:11 231:9 237:14 257:23 258:5,10
**temperatures** 154:3 156:7 157:25 165:6 226:21
**templates** 56:8 303:20
**temporary** 35:21
**terabyte** 52:25 53:12 56:20 57:15 58:25 66:7,10
**terabytes** 65:21 67:7
**term** 17:24 18:9 19:5,13,22 135:14 182:11 240:17
**terminus** 7:14
**terms** 15:22 17:21 20:6 134:2 249:21 290:7
**test** 50:3 57:11 59:23 67:19,25 70:10,19,22 71:4,5 71:21 72:3 84:25 85:5 86:7 92:20 101:4,24 110:16 119:15,22 136:2 138:23 164:16 168:13 176:4 192:13 202:17 209:13,21 211:3 211:15 225:3 227:10 229:10 230:5,11 231:11 232:9,12 245:18 256:24 259:18 277:22 278:11 282:8,16,20 284:7 284:10,13
**tested** 83:6,17,18 172:20 209:24 216:6 230:16 231:17 232:3 243:3 244:14 246:25 248:11 255:16,23 256:14 256:22,22,24 275:14,23 285:21
**testified** 11:13 12:21 35:12 48:13 122:6 130:12 138:25 139:23 186:8,19 199:14 200:4 224:3
**testify** 101:2,5,7 145:10
**testifying** 12:3 72:6 109:5 112:12
**testimony** 15:18 35:10,15 36:3,5 51:25 94:18 102:20 112:5 136:4 143:6 186:2 186:17,24 200:12 202:12,25 212:11 213:10 216:11 283:25 307:12 308:11
**testing** 31:6 46:20 47:8,25 48:9,22 56:9 57:11 62:16 63:24,25 70:12,19 72:2,18 73:2,24 74:4,16,18 75:9,11 75:12,15,18,21,24 76:5 80:25 82:19 83:3,5,7,16 84:16 84:17 85:14,19,21 85:23 86:16 90:6 92:18 94:3,12 100:13 102:2 108:20,23 117:20 131:12 133:17 134:7,24 135:24 143:25 146:3 154:23 155:4 182:21 183:23 194:4,9,10,11,12 195:12 196:8 197:2 210:15 216:20 218:16,19 218:24 220:4,9 224:18,20 227:8 232:22 236:18 237:7 238:4 241:6 242:5,23,24 244:13 245:22 246:10,21 248:7,9 248:10 250:4 253:12 254:22 257:24 258:20 276:5 283:23 284:15 285:25
**tests** 30:18,24,25 31:3 89:7 130:14 195:19 211:22

250:8 284:14
**teva** 7:14
**texas** 6:7 7:7 229:3
**text** 153:23
**thank** 11:10,21 14:25 38:12 43:17 58:13 61:4 77:17 79:4 109:7 118:8 118:12 172:17 181:10 186:23 190:6 218:13 228:4 252:20
**theoretical** 187:10
**theory** 209:7 210:16
**thermal** 33:6,7,20 33:22 34:20
**thermally** 31:20 231:6
**thing** 16:6,18 56:18 104:6 153:15 203:17,18 303:10 304:11
**things** 12:14 20:9 60:7 100:24 102:6 104:14,16 119:11 149:9 156:23 210:5 247:13 278:6 283:2,14 285:2 289:7 298:16,16 301:18 302:3 304:6
**think** 35:16 45:22 53:24 59:11 60:3 64:12 76:9 78:11 105:2 107:12 131:6 136:11 138:23 139:8,15 143:7 150:21 154:22 155:21 157:11 159:24 161:9 170:18 171:12 173:25 176:24 183:10,16 185:20 195:7 196:4 197:4 198:12 201:7 207:13,20,23 217:13 219:3 220:16 234:18 239:9 240:22 243:19 247:8,17 253:15 262:4 274:9 278:15 280:6 281:22 283:12,14 284:25 295:5 296:25 300:11,24 301:13 302:18 304:21 306:20 307:6
**thinking** 31:4 169:2 193:23
**third** 4:6 267:12 267:23 291:16
**thompson** 7:17
**thompsons** 7:18
**thorough** 236:4,14 241:14
**thoroughly** 12:10
**thought** 40:10,13 105:20 143:2
**thoughtful** 278:16
**thoughts** 207:13 236:23
**thousand** 199:6 231:2
**thousands** 72:10
**three** 41:7 68:13 97:8 190:21 276:24 279:14 285:10,17 286:12 286:17
**thursday** 1:21
**ticket** 95:8,9
**time** 10:11 13:13 13:22 23:13,18 25:14 26:15 27:2 27:24 28:6 29:13 29:22 30:11,13 31:23 59:15 60:15 60:20,21 63:15 72:17 74:15 75:8 76:17,21 77:15 78:16,20 91:23 102:25 103:5,10 103:11 119:16 121:11,15,22 122:3,9,10 149:24 152:17 158:25 171:16 182:20 183:7 184:6,12 189:2,7,8 190:13 210:20 214:22 216:17 231:8,9 233:17 234:18 237:14 244:6 249:3,7,8 265:18 266:23 267:3 285:7 286:3,13 287:20 305:4 307:11,17
**times** 13:12 76:10 97:8 165:17 269:18 293:19
**timothy** 207:2
**title** 1:9 129:25 165:3 252:19
**titled** 294:20 311:17
**today** 12:3 15:12 15:18 48:6 138:13 157:24 171:19 217:20 246:7 249:16 287:25 298:10
**today's** 190:17 307:12
**told** 50:6 51:2 52:6 53:13 54:12,13 66:6,6 67:6,6 183:11 197:12,13 203:8 228:19
**toledo** 5:16 11:10 11:15,22 19:4,12 21:11,18 22:3,7,13 23:8,19 25:3,8 26:10,24 27:22 28:17,20 33:12 36:4,8 38:13 39:3 40:24 41:15 42:8 42:17,20,25 43:6 43:10,17,22 44:7 44:15,25 45:10,19 45:21 51:6,14,15 60:9,24 61:5,9,13 61:18 62:22,25 64:17,20 65:7 66:17 67:5,14,16 69:6,7,18 70:5 71:13 72:5,22 73:2,6,22 76:14,22 77:5,6 78:11,21 84:6,8,14,19,21 85:10 86:3,23 88:12,21 89:15 90:14,20 92:4,14 94:19 97:11,13 98:17,24 99:8 100:5 101:13,19 102:9 103:14,19 106:4,14,16 107:8 107:17 109:3,8 111:20,22 112:10 112:13 113:14

115:13,21,24 116:6,16 117:9 118:3,8,11,15,23 118:25 121:10,14 121:18 122:14,19 123:5,8 132:25 141:19 145:9,24 146:9,14,25 147:8 147:12,14,19,22 149:12 151:8,11 151:16,24 153:17 153:19 154:14,16 155:7,9 156:24 157:2,14,16 158:6 158:12,22 160:23 160:25 162:2,13 165:9,11 170:2,8 170:16,20 175:2 177:24 178:10,17 179:12,14,23 180:17,22 181:8 181:12 186:23 187:7,14 188:22 189:11 191:12 203:23 204:4 205:13 208:18 212:5,22 213:13 213:16 225:24 228:2,5 230:10 238:7 248:2,4,23 249:11,25 250:2 251:6,9,15,18,21 252:5,7,12 254:10 263:10,20 264:5 264:11,18 265:9 265:21 266:2,5,11 271:5 274:5 279:25 280:4 284:2 287:13 292:3 294:14,22 296:23 297:4,7,8 297:10,12 298:22 300:7,20 305:10 305:14 307:5 309:5

**tolerance** 279:15

**tomorrow** 28:5,18 249:18,20,24 307:7

**ton** 192:19

**top** 18:25 82:21 217:24 247:2 248:12

**total** 27:8 28:16 270:22 307:14

**totality** 171:12

**totals** 27:7

**toxicological** 186:20

**toxicologist** 126:9 126:10 179:24 180:9 185:8 186:4

**toxicologists** 126:11,12

**toxicology** 126:15 126:16,17 186:9

**trace** 102:16 104:7 110:17 113:20

**traceability** 109:11,15 110:7 110:11 111:2,25 112:15

**traceable** 114:9

**traced** 112:22

**tract** 199:7,8

**train** 171:23 236:23

**transcribe** 120:12

**transcribed** 87:24

**transcript** 35:22 312:11

**transforming** 302:22

**transparency** 57:23

**transportation** 127:7,14

**traurig** 7:13

**traveling** 156:18

**trick** 82:6

**tried** 52:23,23 282:19

**trove** 64:14 247:23

**true** 66:21 75:14 75:20 96:7 165:25 178:22 191:13 192:5 221:19 236:10 240:21 243:4 244:9,16 245:22 246:13 254:6 256:15 257:10 260:7 261:10 273:13 274:17 275:14 286:25 289:13 308:10 312:13

**trunk** 161:13

**trust** 301:12

**try** 13:5,18 57:2 59:11 103:25 114:25 149:4 195:21 282:15 284:20 286:3

**trying** 51:23 59:12 59:20 104:6 106:10 109:17 119:14 147:3,8 149:3 180:3 184:23,24 185:12 186:7 190:3 300:15

**tums** 290:13

**turn** 14:19,22 273:24 287:9

**turned** 287:10

**turning** 250:3

**two** 14:18 49:5 89:6,7,10,16,20 134:8 174:3 276:24 279:12,13 280:24 285:10 286:12 290:6 297:2 299:15

**type** 16:13 18:6 47:12 56:25 88:4 98:8 168:17 210:21 227:23 276:22 285:18

**types** 223:8 283:21 285:2 288:9,17

**typical** 18:15 150:22 191:22 284:16

**typically** 47:18 132:6 137:5 138:17 257:3 285:9

**u**

**u** 251:14,18,21 310:2 311:2

**u.s.** 7:5

**uh** 28:8 65:14 84:5 90:22 165:19 255:19 264:25 265:7 299:6,6

**ulcer** 210:11

**ulmer** 7:20

**ulmer.com** 7:24

**ultimately** 54:17 59:21 63:20 137:2 137:9

**unable** 29:15 31:12 32:10,17,19 33:24 34:3,3,7,25 109:20
**unclear** 13:17
**uncovered** 111:17
**undated** 219:7
**undergo** 177:21
**undergoes** 165:5
**undergone** 245:21
**underlie** 292:15
**underlying** 292:22
**understand** 12:2 16:5,17 20:14 58:22 96:4 99:3 114:22,22 164:24 166:12,17 168:25 175:22 204:18 233:5 293:15 302:6
**understanding** 68:9,11 70:17 239:5 256:8 312:17
**understood** 77:17 83:9
**underwent** 128:22 246:20 257:24
**unexpired** 220:5 220:24 221:8,21 222:5
**unfortunately** 29:13 31:22 52:17 59:6 138:22 220:21 301:25 302:21
**unhealthy** 209:8 209:22
**unit** 9:16 60:16,23 103:6,13 121:23 122:12 189:3,10 249:10 286:16
**united** 1:2 9:21 47:19 156:12
**units** 175:21 307:14
**unprotonated** 259:24 260:6 261:9
**unreliable** 301:21
**unstable** 165:4 166:8 231:7 262:17
**updates** 123:24
**upgrade** 56:21
**uploaded** 22:9 61:20
**ups** 42:11 228:24 295:23
**urine** 196:9,18 197:22 198:25 199:10 200:5,17 201:5 202:21 203:16 204:9,24 210:9
**usa** 5:13
**usages** 288:9
**use** 16:3 17:21,24 18:9 19:5,13,22 56:9 57:2 131:19 133:5,21 134:11 143:12,13 155:3 173:15,23 203:15 223:17 253:23 254:5,24 271:14 304:17
**user** 178:19 180:12 182:3,11 229:24
**uses** 63:3 276:6
**usp** 152:3 172:23 177:6
**ust** 276:7
**utilizes** 253:18

**v**

**vague** 30:22
**valid** 110:18 223:19
**validated** 132:11 252:22 253:22 254:4,24 276:10
**validation** 18:10 18:15 253:23 254:17 255:3,6
**validity** 18:11 259:16 273:16
**valisure** 152:3 167:10,11 168:3
**valsartan** 168:15
**value** 268:4
**values** 90:11 265:3 265:6 266:13,14 267:16 292:16
**variation** 244:25 245:3
**variety** 20:12
**various** 17:21 40:14 56:13 68:14 85:16 113:5 130:9 131:2 134:7 198:14 225:3 226:15 233:11 235:9 237:13 246:2 247:9 257:7 278:6
**vary** 191:20
**vast** 301:22
**verbal** 13:2
**verify** 11:5 50:2 54:7,11 80:13 88:22 91:15 94:20
**verifying** 59:22
**veritext** 8:21,22 9:25 10:5 22:18 307:16
**version** 77:23 84:10 85:19 123:19 271:18
**versus** 20:16 52:19 191:19 240:13 261:15
**vertical** 297:15,19
**vial** 167:2
**video** 9:13,17 40:8
**videoconferenci...** 1:18 2:9 3:3
**videographer** 8:21 9:2 10:2 23:11,16 60:13,18 76:15,19 78:13,18 103:3,8 121:20 122:7 188:24 189:5 248:25 249:5 307:10
**videotape** 114:17 302:17
**videotaped** 1:17 2:7
**view** 33:4 53:3,6 55:14 56:15 66:12 82:5 94:22 95:4 99:14 114:18 265:20 297:22 299:19 306:17
**viewed** 106:24 298:17
**views** 301:11 303:17
**virtually** 9:6
**visible** 247:19
**vitae** 122:25 310:22

**vitamin** 282:21
**vitro** 194:5,9,24
**vivo** 194:18
**vol** 1:1,15 2:1 3:1 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1 253:1 254:1 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1 288:1 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1 302:1 303:1 304:1 305:1 306:1 307:1 308:1 309:1 310:1 311:1 312:1 313:1 314:1
**volatile** 239:21
**volume** 267:18,19 268:6 289:17
**volunteered** 197:5 197:20
**volunteers** 197:21 207:6,11,22,22 208:13,23 209:22 211:4,17

**w**

**w** 251:14,19
**wait** 42:25 91:11 146:22 147:3 214:19 301:5
**waiting** 151:25
**walk** 58:3 214:6 215:19 217:3,17 217:25
**walks** 77:15
**wall** 3:6
**walmart** 221:24 231:21
**walnut** 7:21
**walters** 272:15,18 272:22,25
**want** 12:21 13:12 15:21 17:20 25:11 32:18 42:21 43:11 52:9 53:8 63:6,13 63:13 77:20 81:23 105:15,22,23 138:10 147:7 148:15 157:12 160:2 164:24,25 168:8 169:11,19 169:20 174:15 177:17 178:12 189:12 191:21 207:25 215:9 217:3,18 218:13 218:15 219:2 221:5,6 223:10 235:12,12 238:8 245:14,15 249:11 255:12 263:9 285:2 288:2 290:22 291:2 305:16
**wanted** 10:22 29:16 33:23 34:21 39:19 64:10 96:11 96:21 102:15 108:6 148:21 172:11 175:7 179:4 202:22 229:21 230:3

233:2,3 242:21 281:12 293:12 302:19
**wanting** 201:7
**warnings** 288:12
**washington** 4:19
**water** 287:17 289:2,3,5,11,17 290:2,8,9,14,18
**way** 11:7 20:4 63:12 91:25 162:24 197:4 204:12 209:21 216:5 235:14,17 257:2 276:8 302:6 306:17,18,21 307:2
**ways** 31:18 111:5 132:9 193:24
**we've** 49:3 52:12 72:10,11,11 75:23 76:2 83:6 85:14 85:15,15 92:9 94:10 106:21 110:22 111:15,17 112:19 114:15,17 114:20 131:11 135:20 136:16 137:15,19,19 142:4,7 143:22 171:13,14 175:3 180:4 182:21 184:20 193:10,13 194:16,19,21 195:16 222:18,18 222:19 231:5,7 275:4 301:23,23 301:24
**website** 154:10 155:14
**week** 97:20
**weekend** 55:20
**weight** 240:5 269:5,10,14
**went** 53:16 57:24 113:2 128:15 134:23 169:18 182:23 183:24 202:9 231:19,20 231:21
**whatnot** 106:25
**whereof** 308:18
**white** 243:23 244:3
**wider** 205:25
**wife** 126:4
**willing** 112:8 249:21
**withdraw** 206:21
**witness** 9:10 10:15 10:17 11:5 21:16 21:24 22:11,16,22 23:6,9 28:8 41:24 42:7 50:23 52:3 60:12 61:7 64:19 65:3,6 69:17,24 70:4 74:23 75:3 85:12 90:18 92:13 98:13 99:16 112:12 115:15,19 115:23,25 116:5 116:14 118:14 121:16 123:2,4 144:24 145:10 146:13,23 147:13 147:16,20 151:10 151:14,20 174:23 174:24 175:8 178:12,16 179:13 181:3,11,22 214:16,25 225:23 228:4 251:8,11,16 251:19,23 252:6,9 252:11 263:14,19 264:3,6 265:23 266:3,8 273:24 274:7 282:7 287:5 287:12 294:17 305:9 308:8,11,18 309:4 310:21 311:6
**woman** 179:24
**word** 23:4 27:14 58:8 161:23
**words** 149:4 181:20 257:8
**work** 17:22 30:2 30:14 31:16 32:17 33:2 37:10 47:12 47:14,24 48:13,15 49:3 53:23 54:18 57:20 64:3,5 73:4 73:8 97:5 135:17 136:7,7,12 137:15 137:19,20 139:3 139:20 141:7,10 141:15,19,25 142:3,4,7,9,17,20 142:21,23 143:7 143:19,20,21,22 144:12,14,15,18 145:4 164:8 166:10 180:4 194:16,19,21 204:8 210:21 218:4,5 223:18 234:21,22 293:2 301:13 306:14
**worked** 79:2 128:21 129:21 130:7 235:8,9
**working** 30:9 69:10 79:16 200:24 233:16
**works** 60:10 105:18 121:12
**world** 230:13 231:13 232:4,10 232:13,14,17
**worries** 225:2
**worry** 182:11 185:23
**worst** 228:17
**write** 130:25 239:17 270:12,15
**writing** 240:7
**written** 19:14,23 128:13 140:11 179:19 226:12
**wrong** 244:4 300:25
**wrote** 128:17,19 176:4 184:6

**x**

**x** 1:4,7,9,13 309:2 309:14 310:2,4 311:2,4

**y**

**yeah** 25:17 41:5 45:14 60:7 64:2 75:11 83:20 90:2 90:2,4 93:25 117:11 119:5,9 131:13 147:13 149:18 152:24 153:22 154:21 156:2 162:25 169:13 173:8 174:15 175:20 178:4 210:12 211:11 222:2

227:20 229:6 234:6 256:9 269:22 274:13 285:14 296:10 300:10
**years** 111:17 130:17 134:23 140:21 172:2 178:21 182:8,13 185:9,23 207:23 226:4 228:18 229:17 242:25
**yellow** 243:18,25 244:3
**yesterday** 21:15 24:9
**yokoo** 233:13 234:21
**yon** 4:20
**york** 2:13 3:6 4:6 4:6 5:15,15,22,22 8:7 9:25 228:25 308:6

**z**

**z** 291:2,4,11
**zantac** 1:4 9:19 11:23 12:4 15:24 16:3 28:25 29:7 31:2,7,11,19 34:16 46:11 83:7 159:6 166:7 178:19,20 179:22 180:7,12 182:3 184:17 193:24 194:22,23 195:5 203:3 207:17 210:8 216:4 229:24,24 230:4,16 234:17 244:10,14 277:13 277:15 282:17 284:6,10 286:24 287:15,16,19,21 292:10,12 293:8 293:13 294:2 296:9,10 299:17 300:13 312:5
**zero** 216:13,15 230:22 285:13
**zeros** 290:3,3
**zheng** 195:22
**zone** 84:17 85:23 218:20 222:20 224:13,14,14,14
**zones** 222:21
**zoom** 1:18 2:8 3:2 22:17 300:7

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL NO. 2924
20-MD-2924
---------------------------------------x
IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY
LITIGATION
THIS DOCUMENT RELATES TO:
ALL CASES
---------------------------------------x
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF ALAMEDA
CCP NO. 5150
---------------------------------------x
COORDINATION PROCEEDING SPECIAL TITLE
(Rule 3.550)
RANITIDINE PRODUCTS CASES
THIS DOCUMENT RELATES TO:
ALL ACTIONS
---------------------------------------x

VOL. II
***** CONFIDENTIAL *****
CONTINUED VIDEOTAPED DEPOSITION
VIA ZOOM VIDEOCONFERENCING
OF
RAMIN NAJAFI, Ph.D.
Friday, May 27, 2022

REPORTED BY:
LINDA J. GREENSTEIN
JOB NO. 5238865

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

May 27, 2022

8:17 A.M. PST

Continued Confidential

Videotaped Deposition held via Zoom Videoconferencing of Ramin Najafi, Ph.D., taken by Defendants, before Linda J. Greenstein, a Certified Shorthand Reporter and Notary Public of the State of New York.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

A P P E A R A N C E S:
(All parties appearing via Zoom Videoconferencing)

MARTIN, HARDING & MAZZOTTI, LLP
Counsel for Plaintiffs
1 Wall Street
Albany, New York 12205

BY: ROSEMARIE RIDDELL BOGDAN, ESQ.
800.529.1010
rosemarie.bogdan@1800law1010.com

ANAPOL WEISS, LLP
Counsel for Plaintiffs
One Logan Square
130 North 18th Street
Suite 1600
Philadelphia, Pennsylvania 19103

BY: TRACY A. FINKEN MAGNOTTA, ESQ.
215.735.0773
tfinken@anapolweiss.com

POPE, MCGLAMRY, KILPATRICK, MORRISON & NORWOOD, PC
Counsel for Plaintiffs
3391 Peachtree Road - Suite 300
PO Box 19337 (31126-1337)
Atlanta, Georgia 30326

BY: MICHAEL L. MCGLAMRY, ESQ.
404.523.7706

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

A P P E A R A N C E S: (Continued)

ROBERT C. GILBERT, ESQ.
Counsel for Plaintiffs
2800 Ponce de Leon Boulevard
Suite 1100
Coral Gables, Florida 33134
BY: ROBERT C. GILBERT, ESQ.
305.442.8666
gilbert@kolawyers.com

CHAFFIN LUHANA, LLP
Counsel for Plaintiffs
600 Third Avenue - 12th Floor
New York, New York 10016
BY: ROOPAL P. LUHANA, ESQ.
888.480.1123
luhana@chaffinluhana.com

HAUSFELD, LLP
Counsel for Plaintiffs
One Marina Park Drive
Suite 1410
Boston, Massachusetts 02210
BY: STEVEN ROTMAN, ESQ.
617.207.0602
srotman@hausfeld.com

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

A P P E A R A N C E S: (Continued)

MAY LIGHTFOOT, PLLC
Counsel for Plaintiffs
3200 Martin Luther King Junior
Avenue Southeast - 3rd Floor
Washington, D.C. 20032
BY: JE YON JUNG, ESQ.
202.949.6455
jjung@maylightfootlaw.com

GOODELL, DEVRIES, LEECH & DANN
Counsel for Plaintiffs
One South Street - 20th Floor
Baltimore, Maryland 21202
BY: RICHARD M. BARNES, ESQ.
410.783.4004
rmb@gdldlaw.com

KELLER POSTMAN
Counsel for Plaintiffs
1100 Vermont Avenue, N.W.
12th Floor
Washington, D.C. 20005

BY: NOAH HEINZ, ESQ.
202.918.1841
noah.heinz@kellerpostman.com

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

A P P E A R A N C E S: (Continued)

LEAR WERTS, LLP
Counsel for Plaintiffs
103 Ripley Street
Columbia, Missouri 65201

BY: BRADFORD B. LEAR, ESQ.
573.875.1991

KING & SPALDING, LLP
Counsel for Defendants
Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim USA Corporation, Boehringer Ingelheim International GmbH, Boehringer Ingelheim Promeco, S.A. de C.V.
1185 Avenue of the Americas
34th Floor
New York, New York 10036-2601
BY: CARMEN R. TOLEDO, ESQ.
404.572.3438
ctoledo@kslaw.com

SHOOK, HARDY & BACON, LLP
Counsel for Defendant GlaxoSmithKline
1325 Avenue of the Americas
28th Floor
New York, New York 10019

BY: KIMBERLY S. PENNER, ESQ.
212.779.6102
kpenner@shb.com

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

A P P E A R A N C E S: (Continued)

BOWMAN AND BROOKE, LLP
Counsel for Defendant Pfizer, Inc.
2901 Via Fortuna Drive
Suite 500
Austin, Texas 78746
BY: MELISSA FERRELL, ESQ.
512.874.3888
melissa.ferrell@bowmanandbrooke.com

CHRISTOPHER R. CARTON, ESQ.
201.577.5175
chris.carton@bowmanandbrooke.com

JOHN D. GARRETT, ESQ.
512.874.3832
john.garrett@bowmanandbrooke.com

PIETRAGALLO, GORDON, ALFANO, BOSICK & RASPANTI, LLP
Counsel for Defendant Sun Pharmaceuticals
One Oxford Centre
38th Floor
Pittsburgh, Pennsylvania 15219

BY: FRANK H. STOY, ESQ.
412.263.4397
fhs@pietragallo.com

JASON M. REEFER, ESQ.
412.263.1840
jmr@pietragallo.com

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

A P P E A R A N C E S: (Continued)

DLA PIPER LLP (US)
Counsel for Defendants Chattem, Inc., Sanofi-Aventis U.S. LLC, Sanofi US Services, Inc. and Sanofi S.A.
303 Colorado Street
Suite 3000
Austin, Texas 78701-4653
BY: ASHLEY ALLEN CARR, ESQ.
512.457.7251
ashley.carr@dlapiper.com

GREENBERG TRAURIG, LLP
Counsel for Defendant Teva
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305
BY: SARA K. THOMPSON, ESQ.
678.553.2392
thompsons@gtlaw.com

ULMER & BERNE, LLP
Counsel for Defendant Dr. Reddy's Laboratories
312 Walnut Street
Suite 1400
Cincinnati, Ohio 45202-4029
BY: JOHN R. IPSARO, ESQ.
513.698.5104
jipsaro@ulmer.com

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

A P P E A R A N C E S: (Continued)

NATHAN A. SCHACHTMAN, ESQ., PC
Co-Counsel for Defendant Dr. Reddy's
Laboratories
325 East 79th Street
Suite 16D
New York, NY 10075

BY: NATHAN SCHACHTMAN, ESQ.
212.600.4912
nathan@schachtmanlaw.com

Also Present:
MARTIN, HARDING & MAZZOTTI, LLP.
Dolores DeSalvo, J.D., PHR

CHAFFIN LUHANA, LLP
Kendra Goldhirsch, Esq.
Courtney E. Griffin, Esq.

KING & SPALDING, LLP
Eva Canaan, Esq.
Michael B. Shortnacy, Esq.
Luke Bosso, Esq.
Logan Matthews, Esq.
Florenz Cruz, PharmD, MS
Scientific Specialist

SHOOK, HARDY & BACON, LLP
Thomas J. Sheehan, Esq.
Loren Scheiber, Senior Research Analyst
Peiyuan Guo, Esq.
Mark J. Benotti, NewFields
Lee Bowry, Veritext Videographer
David Johnson, Veritext Concierge

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

THE VIDEOGRAPHER: Good morning.

We are going on the record at 8:17 a.m. Pacific Time on May 27, 2022.

Please note that this deposition is being conducted virtually.

Quality of recording depends on the quality of camera and Internet connection of participants.

What is seen from the witness and heard on screen is what will be recorded.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the continued video-recorded deposition of Dr. Ramin Najafi in the Matter of In Re Zantac (Ranitidine) Products Liability Litigation filed in the United States District Court, Southern District of Florida, MDL Number 2924-20-MD-2924.

My name is Lee Bowry

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

representing Veritext New York and I am the videographer.

The court reporter is Linda Greenstein and the concierge is David Johnson, also with Veritext.

Counsel attending remotely will be noted on the stenographic record.

I'd like to remind the witness that he remains under oath.

With that said, we can proceed.

RAMIN NAJAFI, Ph.D.,

having been previously duly sworn/affirmed, was examined and testified as follows:

EXAMINATION BY

MS. PENNER:

Q. Good morning, Dr. Najafi.

My name is Kimberly Penner and I represent GSK and I'll be asking the questions on behalf of Brand defendants today.

Do you remember the rules from yesterday?

A. Yes, I do.

Q. Excellent.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

Is there any reason that you cannot give complete and accurate testimony to my questions today, such as medications or illnesses, based on your -- I understand we have difficulties with the documents.

So based on your physical condition, is there any reason you cannot answer my questions today?

A. You got cut out. I didn't hear a big portion of what you said.

Q. Okay. Is there any reason that you cannot give complete and accurate testimony today, such as medications or illnesses or your physical condition in any way? We missed your answer.

A. I said it's good. I'm ready -- I have no problem. No medical condition.

Q. Is there anyone in the room with you today?

A. No.

Q. Do you have any electronic devices in front of you?

A. I have a second computer that I'm opening Egnyte. That's all.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

Q. Okay. Do you have any papers with you?

A. I have my -- you know, expert report with me.

Q. Okay. Does that have any marginalia on it?

A. What -- no.

Q. And did you meet with counsel last night after the deposition?

A. Yes, we did.

Q. For about how long?

A. Half hour.

Q. It's my understanding from yesterday that it's your opinion that it was not required for Emery to follow cGMP/GLP FDA standards for the testing that you conducted for the plaintiffs in this litigation; is that fair?

A. Correct.

MS. BOGDAN: Objection to the form of the question.

THE VIDEOGRAPHER: I'm sorry, I'm getting an issue with the witness's audio.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

Can we go off the record, please?

MS. PENNER: Sure.

THE VIDEOGRAPHER: Going off the record.

The time is 8:21 a.m.

(A recess was taken.)

THE VIDEOGRAPHER: We are back on the record.

The time is 8:33 a.m.

BY MS. PENNER: I just want to note for the record that based on an agreement yesterday to accommodate the witness's schedule, we agreed to go, and did go, one and-a-half extra hours beyond what the original agreement had been.

And that we also agreed to start at 8 a.m., and we were here and ready to proceed at 8 a.m., and due to technical difficulties with the witness, we have now burned 30 minutes of our day.

BY MS. PENNER:

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

Q. So let's get going, Dr. Najafi.

MS. BOGDAN: Just, please, to put on -- in response to that, there was no original agreement.

The agreement was -- pertained to an earlier set of depositions. I did review my email. It was very specific that the five and five was requested because the deposition was being done on a Sunday.

Obviously this set of depositions is not being done on a Sunday, and that five and five reference before was very specific to those dates.

The email references the reason it was a weekend, that we were trying to accommodate availability because of the tight schedule.

So I just object to the characterization with regard to some different agreement we had with regard to this deposition going forward.

But I do acknowledge we were all

ready to go at 8 o'clock, and unfortunately doing these things by Zoom, sometimes there's IT problems.

And that's what we encountered today, which was obviously noted by our concierge as well as our reporter, so we had to address that so the testimony would be clear.

BY MS. PENNER:

Q. All right, Dr. Najafi, are you ready?

A. I am.

Q. Did you follow cGMP/GLP standards for the testing you performed for your Citizen Petition to the FDA?

MS. BOGDAN: Objection to the form.

A. GMP and GLP is a term of art that implies compliance with paperwork that goes to the FDA for a manufacturing of a new drug or related to work that's done relating to safety associated with the -- with the new drug.

So as a result, the work we were

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

doing, it was an investigation on a drug that was suspected of having or generating a mutagenic compound.

This drug was approved 37 years ago and we simply were investigating during our Citizen Petition.

And post Citizen Petition, the drug was off the market and, you know, because of our Citizen Petition, the FDA agreed with our findings and pulled the drug off the market and -- and all the work that we did for MDL plaintiffs were done to the best scientific standard that there is.

Everything we've done is rooted, is anchored in a peer-reviewed publication, and it is a retrospective investigation into a 37-year-old drug.

Q. So the answer to my question would have been no, had you not decided you needed to repeat yesterday's testimony.

So --

MS. BOGDAN: Objection.

BY MS. PENNER:

Q. We have very limited time today

and we really need to move forward, and I would ask that you listen to my questions very carefully so we can get the specific answers to the specific questions that we need and not have to spin everybody's wheels here.

So you just mentioned something about best scientific standards and you said that yesterday as well.

I've looked at the transcript from last night and you said: "Everything we do at Emery Pharma meets the highest generally accepted scientific principles. Everything."

Does that remain your testimony today?

A. That's correct.

Q. Is it your opinion that Emery testing that was done for the purposes of supporting the plaintiffs in this litigation were performed according to the highest generally accepted scientific principles for research that an academic institution would use?

MS. BOGDAN: Objection to form.
A. Could you please repeat your question?
Q. Is it your opinion that Emery testing that was done for the purposes of supporting the plaintiffs in this litigation were performed according to the highest generally accepted scientific principles for research at an academic institution?
MS. BOGDAN: Same objection.
A. The work done at Emery Pharma for the plaintiffs in this case, obviously we -- prior to that work, it was the Citizen Petition.
All of the work we've done meets the highest standards. We use equipment that are qualified, that undergo basically preventive maintenance on a regular basis, that get qualified, and basically I think it meets the higher standard of equipment than for an academic institution.
And all the work we've done, ma'am, has been corroborated by FDA. In

fact, they repeated our work from Citizen Petition and they confirmed that what we saw was, in fact, real and true.

Beyond that post Citizen Petition petition, the work we've done has been corroborated by your -- your client, GSK, in their root cause analysis that was published.

Furthermore, their work has been corroborated by a peer-reviewed colleague, Professor Abe, in Japan.

In fact, they got much higher NDMA in some of their own testing, their zone stability testing, and additional -- and other investigators who even looked at it.

So this is really not rocket science, and the work we've done is -- has been corroborated by peer-reviewed publication. It's continually being corroborated by peer-review publication.

Q. So the answer to my question was a yes.

MS. PENNER: Let's pull up

Najafi 232 and mark it as an exhibit.

THE WITNESS: This is the deposition folder 5/27, I assume.

THE CONCIERGE: I'll let you know when it's introduced.

One second, please.

THE WITNESS: Right now there's nothing in that folder.

THE CONCIERGE: It's still coming.

THE WITNESS: Okay.

THE CONCIERGE: It's in there.

(Exhibit 17 marked for identification, one-page document, screenshot of website from the Vanderbilt University.)

MS. BOGDAN: Is this a new Egnyte for today?

THE CONCIERGE: Yes, it is.

MS. BOGDAN: Is there a new folder?

THE CONCIERGE: There should be for today's date, with Exhibit Number 17 starting off.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

THE WITNESS: I see Exhibit Number 17.

MS. PENNER: Can you put it on the screen, please? Can you blow it up so we can see the text under the first question.

BY MS. PENNER:

Q. Okay. This is a screenshot of a website from the Vanderbilt University and it's entitled: "Research Data Governance Frequently Asked Questions (FAQ)," and the first question is: "What is defined as Research Data?"

Do you see that?

A. Yes.

Q. And then it goes on to say:

"Research data includes any records that are necessary for the reconstruction and evaluation of reported results of research and the events and processes leading to those results, regardless of the form of media on which they may be recorded. The data might include lab notebooks, as well as more

structured forms of data."

Now, my question to you is, did Emery maintain sufficient records of the testing that they did for the plaintiffs that are necessary for the reconstruction and evaluation of reported results?

MS. BOGDAN: Objection to the form.

THE COURT REPORTER: Doctor, repeat that, please. We didn't hear you.

A. I said let me review what's on the screen, on Egnyte, okay?

Q. Are you able to answer my question, Dr. Najafi?

A. I'm -- I'm thinking about, you know, a response for you based on what you're showing me on the screen, so...

Q. I'm asking simply -- and we can take it down.

A. No, don't take it down because I want -- I want that to be on so I can respond.

Q. Well, now I'm not asking you

about the document. I'm asking you an entirely different question.

I'm asking you a question of whether Emery maintains information, records necessary for construction and evaluation of reported results of research and the events and processes leading to those results.

MS. BOGDAN: Objection to the form.

A. At Emery, whether the work is being done for a Citizen Petition, which is an internal work and was not part of the plaintiffs' activity, or whether it was the plaintiffs -- plaintiffs' activity, we do our work in such way that is absolutely reproducible.

In fact, the work we performed for Citizen Petition was sufficient -- sufficiently reproducible from our own Citizen Petition, which we published effectively how we did the work, what methodology we used, what instruments we used, that FDA was able to reproduce it, so

the answer is absolutely yes.

And as it relates to the work post Citizen Petition, we have -- we did maintain records through our notebooks.

The notebooks -- if I may say that your write-up from Vanderbilt says "this data might include lab notebooks," which we have, as well as more structured form of data -- data, and formally research data is -- and basically, any form of media, which is our computer-generated, you know, data, and we've actually gone above and beyond, provided all the protocols.

So I can attest with 100 percent certainty the work we've done can be repeated in Europe, in China, in Alaska and in forests of Amazon.

Q. Is it your testimony that all of those records have been produced to the defendants in this litigation?

MS. BOGDAN: Object to the form of the question.

A. Everything we have has been produced through our counsel.

Q. Is it your testimony that the only way you would be able to identify and authenticate that data is by reviewing the data on Emery's computer?

MS. BOGDAN: Objection to the form of the question.

A. Not necessarily. The data we have -- the 8,000-plus pages of data that -- or rather, the data we produced to the defendants through our counsel is, you know, is basically -- should be able to bring up what we've done.

And it's really the responsibility of the defendants to be able to look at those data and be able to decipher and -- and I would say they've had plenty of time to even reproduce our data, but they have not done that, which is surprising to me.

However, we have produced everything. We have produced the methodology and all the work has been -- has been presented to you.

Q. Dr. Najafi, is it fair to say

that you have changed your position from yesterday and today you are willing to take those exhibits that Ms. Toledo showed you and the exhibits that I will show you today that are the reports that we provided you, the 8,000 pages you talk about, and recognize them and tell us that you recognize them as Emery's data or not?

MS. BOGDAN: Objection to the form of the question.

Mischaracterizes the testimony from yesterday, as well as today.

A. As I mentioned yesterday to Ms. Toledo, the data is -- that is being presented does not have the same view, does not have the same dashboard.

A lot of the data that -- for example, I can point to certain parts of the data that is missing the internal standards that we put into all of our samples. Some of those data are missing.

I'm not saying that your expert intentionally, you know, removed it, but I think whatever he's using to retrieve our

data and bring it back, so it's a raw data that effectively is brought back into some database, may have mischaracterized our actual data.

Q. So you are once again telling me that in order for you to be able to comment on the data as it was reviewed by the Emery scientists, we would have to be there; correct?

MS. BOGDAN: Objection to the form. That's not what he testified to.

A. That's not what I testified.

I think we offered multiple opportunities for videotaping exactly what we see and sent it to the defense.

We've shared much of that data to you in multiple times and, you know, and those are, you know -- and it's really -- it's really up to the defense to be able to open those files in the similar manner that we're opening those files.

And cherry-picking a chromatogram, you know, you have to look at

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

these data.

You have multiple samples, you have reference standards, you have calibration curve, and those are things that -- they all go together.

Q. So you're changing your testimony from yesterday, that the only way you would be able to authenticate the data is that we come out there.

MS. BOGDAN: Objection. I'm sorry. Kimberly, I didn't mean to cut you off. I thought you were done asking the question.

MS. PENNER: I've got Dr. Najafi frozen. Okay, now he's moving.

A. You asked me if I reproduced the exact data that we have on our computers. You showed me the research data, governance, frequently asked questions.

I attest to you that the work we've done is absolutely reproducible.

And you haven't shown me anything to -- that shows me that you guys have reproduced any of our data in your

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

laboratories.

The data we presented in our laboratory in -- in -- from our computers are absolutely solid and valid and reproducible. That's what I'm saying.

Q. So you are saying that in order for you to attest that the data you provided to us is being reviewed by us in the same way it was reviewed by you, we would have to come out to your computer and look at that; correct?

MS. BOGDAN: Objection to the form.

A. That is one way to do it.

Another way to do it is to do a Zoom presentation to you.

Another way to do it is to send you all the documents that we -- which we already have.

Another way that we offered in good faith was to videotape how the data was actually processed and what the original -- all of those were possibility, and I cannot comment on what the plaintiffs

want to do, and that's really not my decision. It's not my case.

Q. Okay. Are you familiar with the National Institutes of Health, commonly known as the NIH?

A. National Institute of Health?

Yes, for at least 40 years, I'm somewhat familiar with them.

Q. Would you say that the NIH is an institution that upholds the highest generally accepted scientific principles?

MS. BOGDAN: Objection to the form.

A. Are you asking me if NIH upholds to the generally accepted scientific principles? What's your question?

Q. You just repeated it.

A. You have to ask --

Q. Would you say that NIH is an institution that upholds the highest generally accepted scientific principles?

A. I think you have to ask them. I don't know. I'm not there. I don't -- you know, NIH is a giant organization.

Throughout years, they've done work that was not reproducible. Throughout years, they have done work that I may not agree with. And, you know -- and that's my answer.

Q. Have you ever reviewed the NIH's guidance and policies for the conduct of research?

A. I may have, but I don't have it in front of me.

Do you have something that you're willing to share with me?

Q. No. I just wanted you to answer my question whether you have ever looked at it. That's all.

Have you ever reviewed any publication of guidelines and principles for conducting research?

MS. BOGDAN: Objection to the form.

A. I've reviewed thousands of guidelines and principles over my last 30-plus years of -- in pharmaceutical research.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

Q. Can you identify a single one of the agencies that promulgated or institutions that promulgated those guidelines?

MS. BOGDAN: Objection to the form.

A. Are you asking me to recite where you -- you know, memorize things?

Q. Yes. I'm asking you if you remember as we're sitting here -- you can say no, you don't remember -- but I'm asking you if you can name at least one of the authors of the thousands of guidances that you have reviewed over your career.

MS. BOGDAN: Objection to the form.

A. I've reviewed thousands of guidances. There are ICH guidances, there's bioanalytical guidances. There are multiple guidances as it relates to stability of a drug.

There are multiple guidances as it relates to genotoxic, how you manage genotoxic impurities, yeah, but I do not

recall who the authors are.

Q. Okay. And it's your testimony that Emery -- that Emery's research for the plaintiffs in this litigation comported with those guidances; right?

MS. BOGDAN: Objection to form.

A. Which guidance are you talking about and I can tell you if we are compliant with those guidances?

Q. So as we sit here today, you don't know whether or not Emery is compliant with the thousands of guidances that you've read over your career; correct?

MS. BOGDAN: Objection to the form. Mischaracterizes the testimony.

A. The answer to you is we comply with guidances that relates to the work we do. There are thousands of guidances that do not apply to us.

Q. So when you provided your report at the end of January, you provided spreadsheets in I believe Appendix B, and we discussed some of those yesterday; right?

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

A. Right.

Q. Okay. Did you personally prepare those spreadsheets?

A. I do not personally provide -- you know, prepare Excel sheets.

I oversee them. I review them. My team does that and I review it with them.

Q. What exactly do you do to oversee the research?

A. There's a lot that goes into -- so in running a company -- so, you know, I've been -- I've been in a position of a research scientist at various pharmaceutical companies throughout years where I actually did work in the lab, ran HPLCs and GCs and various things.

I've also found companies and overseen development on --

Q. Dr. Najafi, I'm really sorry to interrupt you but you're talking about prior work that you've done, and I'm asking you specifically for this litigation, the work that Emery did, what did you do to

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

oversee it?

You don't need to go into the past. I'm not asking you about all your experience. We discussed that for a long time yesterday.

It's very clear on the record that you have a lot of experience, and I'm just asking you about this one point in time.

What were your activities with respect to overseeing the research that was being done?

MS. BOGDAN: Objection.

You have to allow the witness to answer the question that's asked.

You asked a question about how he oversees work, a perspective with regard to his experience and his -- how he has overseen work goes into how he oversees work now.

And so you have to allow the witness to finish the question, and please don't cut the witness off.

MS. PENNER: With all due

respect, Rosemarie, I asked the question with respect to the data produced by the plaintiffs on -- in this litigation.

I did not ask him for his experience. I did not ask a general question about what overseeing is, but we will move on.

MS. BOGDAN: The question was, "What exactly do you do to oversee the research."

MS. PENNER: That research that we were talking about.

MS. BOGDAN: That, you know, I'm just pointing out that he was answering your question and please allow Dr. Najafi to finish his response.

BY MS. PENNER:

Q. Did you use those spreadsheets to formulate your opinions?

A. I was continuing to tell you that I have experience. I've been on the other side where I was the analyst and now

I'm the -- I've run multiple companies. I'm the CEO of Emery Pharma.

But I'm also actively involved, I'm in and out of our laboratory. We are a relative -- relatively a small organization, roughly 16, 17 employees.

I'm -- I meet with every employee at least once or twice a day. I'm in the lab, out of the lab. I review the work that's been done. They show it to me in the morning, I see it on the screen. We have weekly meetings. We'll review data.

So, yeah, and I do understand the data. Do I push buttons right now in the lab? I don't. But I understand the difference between what HPLC can do and what LC-MS can do and what GC-MS and GC can do.

So I'm absolutely involved and I'm happy to answer any questions that you have as it relates to our work.

MO MS. PENNER: Move to strike as nonresponsive.

BY MS. PENNER:

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

Q. There is a new question on the table, Dr. Najafi, and the question is:

Did you use the spreadsheets that you provided in Exhibit B to your report to formulate the opinions you expressed in your report.

A. To formulate my opinion, I have reviewed not only one or two spreadsheets, I've reviewed additional publications, papers, work that's -- you know, we've done.

We've done -- we've done extensive amount of work, and it's really just not one data --

Q. Dr. Najafi, no one was --

A. I'm not finished.

I used the totality of the data that we generated to form my opinion.

Q. Was one of the items in the totality of the data that you used to formulate your opinions the spreadsheets that you provided in Exhibit B?

MS. BOGDAN: Objection.

A. To form my opinion, I have

looked at everything, including the spreadsheet in -- that you mention.

Q. Did you review any of the lab notebooks the plaintiffs have provided to us prior to writing your report?

A. Yes, I have reviewed the lab notebooks.

Q. And did you do that prior to writing your report?

A. Yes, I have reviewed the lab notebooks prior, during and post writing the report.

Q. Okay.

MS. PENNER: Let's pull up Exhibit 5 from yesterday.

(Previously marked Exhibit 5 shown to witness.)

MS. PENNER: And go to page 54.

BY MS. PENNER:

Q. Is that in your office, Dr. Najafi?

MS. BOGDAN: Will this be pulled up? Now do I have to go back to the other day exhibits? Is that how this

is going to work?
THE CONCIERGE: I can make it easier on everyone. I will copy all of the exhibits from yesterday into today's folder.
MS. BOGDAN: If they're used today.
THE CONCIERGE: Yes.
MS. BOGDAN: Or all of them.
THE CONCIERGE: You tell me.
MS. BOGDAN: If they're used.
If they're used, that's perfect.
That way I don't need -- we won't have an IT issue going back and forth.
BY MS. PENNER:
Q. All right. This is a page in a document that you discussed with Ms. Toledo yesterday, and can you tell me if you reviewed this page prior to drafting your report.
A. You know, is this in the exhibit file? Which one, is it Exhibit 17 or 5?
Q. This is Exhibit 5.

A. Okay. And what page -- this is in my expert report?

Q. Page 54 of the PDF.

A. I got -- I got there. 50 -- this is page 53, it looks like what you're showing me.

Q. We may have different numbers on them, but that's the --

MS. PENNER: No, go back to that page.

BY MS. PENNER:

Q. That's the page I want you to look at.

All right. Have you found this page?

A. Yes, I'm looking at it and this is NDMA... March, April, May...

Q. Dr. Najafi, you're mumbling again.

A. I'm sorry. I'm just reviewing the data as we speak. I want to see where this data is rooted in and what is it in relation to. Okay.

Q. Dr. Najafi, I'm not going to ask

you about the contents of this document.

My question is, did you review this in formulating -- in drafting your report.

A. I reviewed all of our data in drafting my report.

Q. I understand that, Dr. Najafi.

Let me ask a more specific question.

Did you review this particular page in this format, as it was produced by you, is this one of the pieces of evidence that you used to formulate the opinions in your report?

MS. BOGDAN: Objection to the form of the question.

A. I do not form my opinion based on looking at one piece of data, one screenshot.

Q. I understand that, Dr. Najafi, and that's not my question.

My question is whether you -- that this paper represents the way you reviewed data.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

Did you review data in forms like this, where it's a PDF with tables and graphs? Is this the format of data that you reviewed to formulate your report?

MS. BOGDAN: Objection.

This has been asked and answered multiple times.

A. I have responded to your questions multiple times and I will repeat again.

To formulate my opinion, I look at hundreds of pages like this and tables and data to formulate my opinion.

Q. So --

A. And my opinion -- my opinion has been stated very clearly. That Zantac, the 37-year-old drug that's been on the market, is genotoxic and it's continually forming genotoxic as a toxin as a function of time, temperature and humidity.

And that's -- that's my -- if you were to summarize my report, it summarizes actually in one sentence.

MO Q. Dr. Najafi, I'm moving to strike

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

your answer, everything about your opinions, the content of your opinions because I did not ask you about that.

I asked you if this was the format of some of the data that you looked at in formulating the report. Not all of it. I'm not asking that.

But is this a format that you can authenticate as being a way you looked at the data.

MS. BOGDAN: Objection.

I take objection to you scolding or harassing or badgering the witness.

He is answering the questions that you're asking.

MS. PENNER: You and I are speaking different languages, Ms. Bogdan, and I would really ask that you control your witness and ask him and encourage him to answer the question that's being asked.

Right now, he's just running out the clock.

MS. BOGDAN: I disagree with

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

your characterization.

He is answering the questions that you're posing.

MS. PENNER: All right.

BY MS. PENNER:

Q. Can you tell me, Dr. Najafi, if everything, every piece of paper in the appendices to your report and your rebuttal report represent at least some of the data that you looked at in formulating your opinions in the format that you reviewed it.

MS. BOGDAN: Objection to the form of the question. It's overbroad and he's answered.

A. The answer is, some of the data that I reviewed -- and I, again, reiterate this -- some of the data that I reviewed are like this.

But I've reviewed, you know, thousands of pages, and to formulate my opinion, and my opinion is really not some esoteric opinion. This is the same opinion that FDA has. It's the same opinion that

GSK has.

It's the same opinion that Abe and Yokoo and everybody else has repeated looking at, you know, Zantac and ranitidine, they have, is that this product -- this compound, this molecule is defective. And it's continually produce genotoxic compound as a function of time, temperature and humidity. That's been my opinion.

Q. Dr. Najafi, you made your opinion abundantly clear in your report. I have spent a lot of time with your report.

I'm trying to -- you have told us repeatedly that certain exhibits that we have shown you, that you cannot identify them because they're not in the format that you reviewed the data.

I'm asking you if this is in the format that you reviewed the data, and I believe you have told me yes, so we are going to move on to another question.

Can you tell me who prepared this piece of paper?

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II
A. Prepared by my team.
I cannot -- I wouldn't know exactly who, but it's produced by one of my team members.
Q. Can you tell me when it was prepared?
MS. BOGDAN: Objection to form.
A. It was prepared during the course of our testing and all the work we've been doing. I do not have an exact date for you.
Q. Without looking at your report, can you tell me which of the experiments are associated with this data?
MS. BOGDAN: Objection to the form.
A. Without looking at my report in detail, I would not be able to.
Q. And that's because there's absolutely no identification on this document as to where these numbers came from; right?
MS. BOGDAN: Objection to the form of that question.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

A. You're mischaracterizing what I just said, ma'am.

I simply said I would need to take a look at my report, take a look at the data.

You're showing me a piece of paper with -- with a bunch of numbers.

I have to look at what preceded it, what followed it to be able to tell you exactly what's going on.

Q. Okay. Prior to performing -- withdrawn.

Prior to formulating the opinion that you expressed in your original report, did you review any of the direct output of the process data from the analytical instrument?

MS. BOGDAN: Objection to the form.

THE CONCIERGE: I think we're having an issue with the doctor's audio.

THE VIDEOGRAPHER: Yes, I think we should go off the record again.

THE WITNESS: Do you hear me okay?

MS. PENNER: Can we please go off the record?

THE VIDEOGRAPHER: Yes.

Going off the record.

The time is 9:19 a.m.

This is the end of Media Unit 1.

(Technical difficulty)

(A recess was taken.)

THE VIDEOGRAPHER: We are back on the record.

The time is 9:33 a.m. Pacific Time. This is the beginning of Media Unit 2.

BY MS. PENNER:

Q. We've talked, Dr. Najafi, about some spreadsheets that were provided in Appendix B to your report.

Do you remember talking about that?

THE CONCIERGE: We lost him.

MS. PENNER: Can we go off the record?

THE VIDEOGRAPHER: Going off the record.

The time is 9:34 a.m.

(Technical difficulty)

(A recess was taken.)

THE VIDEOGRAPHER: We are back on the record.

The time is 9:38 a.m.

BY MS. PENNER:

Q. Before we had some more technical problems with your system, we were talking about the baseline testing.

Do you remember that?

A. I do.

Q. And that was testing that Emery did on samples that it received from the defendants; correct?

A. You have to show me what you're referring to because we received hundreds and hundreds of bottles of Zantac from every -- everybody that's been making API, drug products, so I don't know what you're talking about.

Do you have something you can

share with me on the screen? I have the Egnyte open.

Q. Did you conduct baseline testing on every sample that you received from the defendants?

A. I would say -- I cannot tell you with 100 percent certainty that we've done baseline tested -- testing on every sample.

But I can tell you with good certainty that majority of them have been tested for baseline testing.

Q. How did you choose which ones to test and which ones not to test?

A. It was really -- what we received was a huge number of bottles.

We tried to test representative samples from different lots, different batches, different manufacturers, you know, that were coming from different locations.

We had Zantac coming from Italy, Zantac coming from Mexico, Zantac coming from Walmart, Zantac coming from Costco, returns, retained samples, whatnot.

So we -- I left it really up to

of the analysts, my team, to -- but what I instructed them was I wanted a very good cross-section of locations, batch numbers, manufacturers, and that's what we did.

Q. How did your analysts determine what a representative sample was?

MS. BOGDAN: Objection to the form.

A. I will repeat the answer that I gave previously.

We looked at who -- so we received samples from GlaxoSmithKline, from Sanofi-Aventis, from Boehringer Ingelheim.

And then we received samples from different manufacturing sites in Mexico, you know -- you know.

So we have so many different samples and we tried to make sure that we get those tested that come from various location, various manufacturers, and everything has been presented to you already.

Q. You requested all those samples; correct?

MS. BOGDAN: Objection to the form.

A. Are you talking about --

MS. BOGDAN: They were requested by counsel.

A. Personally? No, not personally.

Q. I'm talking about for the testing, Emery requested to test all those thousands of samples that you have been describing.

MS. BOGDAN: Objection.

BY MS. PENNER:

Q. Is that correct?

MS. BOGDAN: Objection.

It goes to privilege for any communications that would have been made between Emery -- excuse me -- Dr. Najafi and plaintiffs' counsel.

As you know, plaintiffs' counsel is the one that made the request for the sample products.

MS. PENNER: I'm trying to find out if there was a scientific reason behind it, Rosemarie, but all you have

to do is say "objection, privilege," and we really don't need your testimony to eat up the clock.

BY MS. PENNER:

Q. Dr. Najafi --

A. I can answer your question.

April 1st, there were no Zantac on the market, and -- April 1st of 2020. The drug was recalled.

There were basically no supplies on -- at 7-Eleven, Safeway, Walmart, Costco. Nothing was available to us.

So we -- we had some supplies from before. We used that for some of our earlier testing and evaluation and then -- and the rest was provided to us by plaintiffs' counsel.

Q. Okay. I'd like to look at -- let's look at Exhibit 4, please.

And I believe it's page 173.

THE CONCIERGE: Coming up.

(Previously marked Exhibit 4 shown to witness.)

THE WITNESS: Do I refresh?

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II
THE CONCIERGE: Yes, sir.
THE WITNESS: Okay. What page?
MS. PENNER: I believe it's 173. It's in Appendix B. Can we go back one page on this to get the heading for the chart? There. That's good.
THE WITNESS: It's very small for me on Egnyte. Do you have a trick to make it a little bit bigger?
MS. PENNER: We'll make it bigger when we talk about specific sections.
So can we enlarge the upper right? Make it big upper left. We'll start there. Okay.
BY MS. PENNER:
Q. Can you represent to me that this chart contains the results of all of the baseline testing that was conducted by Emery?
MS. BOGDAN: Objection to the form.
BY MS. PENNER:
Q. And this particular one are the

pills, I believe, and you have provided in Exhibit B another one on API testing.

So between those two, does that represent all of the baseline testing?

MS. BOGDAN: Objection to the form.

A. This is the result of all the baseline testings that was used in my report.

Q. Did Emery conduct baseline testing that you did not use in your report?

MS. BOGDAN: Objection to the form.

A. If we conducted any baseline testing, it was reported. Even -- even if the baseline testing were to be zero NDMA, we would have reported it.

Q. Okay. And on this table, we have the samples identified by batch or lot number in the first column; correct?

A. Correct.

Q. Okay. And if we go to the upper left, we have the baseline testing date and

then you report the baseline NDMA levels for one test and then potentially a second test and potentially a third or fourth test; is that right?

A. That's correct.

Q. And then the red numbers are the average of those however many tests you did; is that right?

A. That is correct.

Q. Okay.

MS. PENNER: Let's go to and pull up Document 220 and mark it.

THE CONCIERGE: It's taking a second. It's in there.

THE WITNESS: It's exhibit -- is that Exhibit 4?

THE CONCIERGE: That is Exhibit 18.

THE WITNESS: 18. Got it. Okay. Sorry.

(Exhibit 18 marked for identification, multi-page document titled "Quantitative Analysis Results Summary Report.")

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

THE WITNESS: I see this. Okay.

MS. PENNER: Okay.

And this is a report that was prepared within the MassHunter program from a report template in that program from the data provided by Dr. Najafi.

BY MS. PENNER:

Q. I understand, Dr. Najafi, from your testimony yesterday that you -- and today -- that you don't know how this was produced and whether it's accurate.

But I'd like to ask you some questions about it anyway, and so I'd like you to assume that it is accurate and that it actually shows data. Okay?

MS. BOGDAN: Objection to the form of the question.

It calls for speculation on behalf of Dr. Najafi based on his previous testimony.

MS. PENNER: "Objection" is fine. We don't need the reasons for it on the record.

BY MS. PENNER:

Q. So I'd like to look at, up at the top, we see the "Batch Data Path," and in the middle of that long line it says "211013_BaselinePilltesting_SanofiRP."

Do you see that?

A. Yes, I do.

Q. Is that one of the ways that Emery Pharma names data files?

MS. BOGDAN: Objection to the form.

A. So the data presentation that you have is not what I'm familiar with.

Having said that, I think however your consultant has retrieved the data and is populating it on this PDF is different than what we show on our screens.

But we do use -- you know, file names are typically not, you know -- would be -- you know, we do use dates, so I can only assume that this may be the date that this sample was run.

Q. Okay.

A. But you also need to take a look and see analysis time. It says Jan -- it's

February 24th -- no, that's actually the time that -- you see, this is one of the things.

There was that -- February 24th is the time when this product was actually attempted to be printed, so it actually marked that times as analysis time.

But the analysis time was well before February, when we -- it was -- we did our final report.

Q. Okay. And the first column tells us a name of a data file; right?

A. First column, it says "Sequence Table Data File."

It looks like it shows running some blank. It means --

Q. And the second one, second column is a name of the sample; is that right?

A. Correct.

Q. And then the third column gives us the "Type," and so we have blanks. I believe "Cal" -- what does "Cal" stand for?

A. Calibration samples. It's

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II
reference standard --
Q. And if we go down further we get to samples; is that right?
A. Again, one -- what I've been repeatingly said, this is not the view I'm used to. Our view is somewhat similar, but not quite exactly and there are some things that are not familiar to me.
But the calibration, those are calibration samples, it looks like, and then there's a blank and then there's -- then there's three samples and then there is another blank and then there are samples, actual samples.
Q. Okay. And the sample names for the actual samples are 1, 2, 3, 4, 5, et cetera; correct?
A. Right.
Q. Okay. We don't see any lot numbers on this page; right?
A. That's correct.
Q. Okay.
A. And that's the -- I believe having that -- you know, huge number would

not be appropriate I don't think for the -- for the software.

So what this is reference to, is it references back to a table and it references back perhaps to the lab notebook.

Q. Okay. All right.

Before we go to the lab notebook, let's scroll down a little further. We've got like several pages, so go to page -- like 4 at the bottom.

And here we see the beginnings of another table that have the same data files and the same type and then the 1, 2, 3, 4, 5th column says "Final Concentrations."

Do you see that?

A. I see that.

Q. Okay. Those are the results, right, the levels of NDMA; right?

MS. BOGDAN: Objection to the form.

A. That looks like the final concentration, yeah.

Q. Okay.

MS. BOGDAN: Objection to the form.

BY MS. PENNER:

Q. And the first line is a blank and it gives us a final concentration of 41,614.0336.

Do you see that?

MS. BOGDAN: Objection.

A. I see -- I see that, yes, but that's not an accurate number because if the way these numbers are calculated by the instrument, by the instrument and it's -- it's a proportion of reference standard, the NDMA that's present in that blank versus an internal standard, okay?

So in this case, there is neither one is present, so the machine is basically throwing a number based on its preset program.

And so if you actually show me the blank, I will show you what I mean.

If you have that --

Q. Okay, let's --

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

A. Yeah --

Q. I'm sorry.

A. Because that's a false number. The second one is also the false -- it's a false number. But you get to the sample, the 5 nanogram, that's where these numbers are actually beginning to make sense because it's really a proportion of -- of the -- what's in the sample versus the constant amount of internal standard.

Q. Okay. So let's go to page 8.

MS. PENNER: Can you just show the whole page quickly and then we'll look at it.

BY MS. PENNER:

Q. I understand, Dr. Najafi, that this does not contain the internal samples.

There are two sets of reports, one of which has internal samples and one doesn't.

The reason these -- this report without the internal standards was used is because they have those nice tables in the beginning.

So I'm not going to ask you about the contents of this, but I just want to ask you whether or not there are any lab -- any lot numbers on this page.

A. It's referencing -- I'm sorry --

MS. PENNER: You can make it bigger up at the top.

A. So the numbers, the lot numbers are typically not put on the chromatogram because it's usually, the software cannot manage so many numbers so we go based on blanks: Number 1 blank, number 2 blank.

And this peak is actually -- this chromatogram is perfect. It shows that there is the blank, meaning what we're running is free of any NDMA.

So this is typically run for -- we're running the solvent that the product is being dissolved into and it shows it's completely free of any NDMA.

Q. Okay.

MS. PENNER: So let's put up Exhibit 9 from yesterday.

(Previously marked

Exhibit 9 shown to witness.)

THE WITNESS: Okay. Go ahead. I wanted to actually show you more -- you need to actually look at the blank, the samples. There are things that you can learn from them.

BY MS. PENNER:

Q. Okay. This is a notebook from Ryan Cheu -- "Chu," I believe you pronounced it?

A. Yes.

Q. And do you remember looking at this yesterday?

A. I believe so. I'm not sure if this is exactly the same number -- same notebook, but I believe so.

MS. PENNER: Let's look at page 24 of the PDF. Okay. And if you could blow up the top a little bit.

BY MS. PENNER:

Q. And the title on this page is "Baseline Testing."

Do you see that?

THE CONCIERGE: I'm sorry --

MS. BOGDAN: David, do we have this in the Box for today?

THE CONCIERGE: It is in there, yes.

I feel like Dr. Najafi's microphone is still auto-adjusting and we keep having his audio slip out.

MS. PENNER: Okay. If we're going to discuss that we need to go off record.

THE WITNESS: I'm adjusting it back because I had to readjust it after it did the thing. Now it should be okay. How is it now? Can you hear me okay?

MS. PENNER: Yes.

BY MS. PENNER:

Q. All right. The pending question, Dr. Najafi, is do you see the title that says "Baseline Testing."

A. Yes, it does say "Baseline Testing."

Q. Okay. And there appears to be results of some testing pasted into the lab

notebook; is that right?

A. That is what it sees -- what it shows.

Q. Okay. And if we go down to the bottom of the pasted in portion, Dr. Cheu has written in "10/13/21"; is that right?

A. That's correct.

Q. Okay. And if we go back up, let's look --

A. Wait, wait, wait. Please go back, go back.

So you need to also read the -- he said "protocol updated as," you know, so this is referring to CHM21, which is the pill testing protocol.

"Data stored in MassHunter file," it's referring to a data file "Levine Law," and the subfolder is something "Sanofi."

Q. "Baseline"?

A. What's that?

Q. "Baseline Sanofi?

A. Yes, "Baseline Sanofi, Data Not" -- he's not -- he doesn't have great

handwriting, but on slides and emails and so for master sheet.

So what you have to go based on to the data file that we have on the computer and it would refer all the -- at that location you have all the different, you know, lot numbers and associated corresponding numbers.

Q. And that would be a data file that contains the same date as this, the same date that says "Baseline Testing" and "Sanofi RP"; is that correct?

MS. BOGDAN: Objection to the form.

A. Data file -- the numbers that we've given you in my report can be found in that data file and it's provided to you and it should be part of the 8,700 pages that Dr. Benotti has printed.

Q. Okay. So let's go back up to the top and look at some of the results.

So on the left side we see what you were talking about before, calibration numbers, quality control numbers, and then

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

on the right side, those are the actual samples you're testing; is that right?

A. Again, as I had stated yesterday and today, our view is something like this, and it's -- and I haven't been able to see views in Dr. Benotti's download.

But on the left side you have the calibration, the reference standards.

On the bottom are quality control: Low, medium, high.

We put, you know, series of the reference standards in a pill to see whether we can we can recover that.

We do that in twice, and we put these samples in different rows so when you start Sample Number 1, you go to -- you do the Sample Number 1, you do the Sample Number 2, you do the -- and then you then start doing some QC and then you do Sample Number 10, 20, 30 and then you do more QC, you do more blanks.

So blanks are done, QCs are done, and then -- and then samples.

So then the collection is

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

separated like that, but they're really together.

Q. Okay. So this presentation looks familiar to you; yes?

A. Yes.

Q. Okay. And there are no lot numbers on here at all; right?

A. Lot numbers, as I stated just a few minutes ago, are referenced two sample numbers, and they're within that master data file.

Q. Okay. Now, are you saying that there exists a table that shows samples, numbers associated with the lot number so that we could find the data on the master spreadsheet; is that right?

MS. BOGDAN: Objection to the form.

A. At the bottom of his page, it says where you can find the lot number reference to these numbers.

Q. Okay. And did you provide that to the defendants?

A. As part of 1-1/2 terabyte of

data that we provided, they were all included.

Q. Okay.

A. And incidentally, since I brought up 1-1/2 terabyte of data, after checking on it, in order for us to be able to put everything into that hard drive, we had to compress the data, so that the data was compressed. That's why we ended up with 75 gigabytes. It's very similar to a zip file.

But the actual data file, I can provide you a screenshot of that from our computer that says 1-1/2 terabyte.

Q. Okay. So if we look at --

MS. PENNER: Can we zoom in on Sample 1.

BY MS. PENNER:

Q. So it appears that there are two NDMA levels associated with Sample 1; is that correct?

A. Yes.

Q. Okay. And then there's an average of those two numbers; is that

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

right?

A. That's what it says.

Q. Okay. And the average is 410.2; right?

A. That's what it says.

Q. Okay. And the first sample is 376.5; right?

A. Correct.

Q. And the second sample is 444; right? You have to say "yes" for the record.

A. Yes, yes.

Q. Okay.

MS. PENNER: So let's go back to -- I forget what we marked Document 220 as.

Is that 17?

THE CONCIERGE: That is 17. 232 is 17.

MS. PENNER: How about 220?

THE CONCIERGE: 220 is 18.

MS. PENNER: Okay.

Let's put that up, please, and go to page 23.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

THE CONCIERGE: Okay.

MS. PENNER: We just lost it -- there it is.

Can you blow up at the top so we can see the identifying information.

Okay, let's do -- yeah, there we are. Okay.

(Previously marked Exhibit 18 shown to witness.)

BY MS. PENNER:

Q. So this is telling us that it's Sample Number 1, the name; and the date of file is "_16_1.D"; is that right?

A. That's what it says, yeah.

MS. BOGDAN: Objection to the form.

Q. Did you answer, Dr. Najafi?

A. Yes, it says "16_1.D."

Q. All right.

And at the bottom here we have text that says "NDMA" --

MS. PENNER: You could leave it right there on the text.

BY MS. PENNER:

Q. Can you see this line right under this sample chromatogram or do you want to move it up? We can move it up.

A. I only see the first chromatogram, which is the total ion chromatogram.

Q. I understand that.

And all I'm doing is, I want to ask you about this line of text here where it gives us the final concentration, and it gives us 376, right, and that's what was in the lab notebook; right?

A. Scroll up, please.

MS. PENNER: Can you pull it higher on the screen, please, and blow it up a little.

THE WITNESS: Yeah, right.

A. So what this shows on the -- on the screen is, this is MRM NDMA. It's basically the first screen on the left-hand side is -- it shows the -- you know, the actual NDMA chromatograph detected by mass spec.

The second sample, the second

screen is the qualifier and quantifier chromatograms, and that is a reflection of the fact that we are having NDMA being detected in a selective and specific way, but then we also need to go scroll down a bit. There should be --

Q. This is a page that doesn't have the internal standards on it.

A. Yes, and --

Q. And, Dr. Najafi, I appreciate that you are trying to explain the full document, but all I'm asking is whether or not we can match up this sample with what's in the lab notebook.

So it says "Sample Number 1," and it's the same number; right?

MS. BOGDAN: Objection to the form.

A. In order for me to actually verify that this data retrieval, the pulling the data is accurate, I got to do some quality control to make sure we have internal standard. If --

Q. Okay.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

A. If you don't have internal standard, then the number you see at the top is -- is going to be wrong. It's actually, it's pulling its own number.

Q. Okay. All I'm asking right now is, is the number, the final concentration on this page the same as what was in the lab notebook.

Can you tell me that, even if it's inaccurate, is this the same number?

MS. BOGDAN: Objection to the form.

A. I think I've stated this probably a dozen time.

As I sit here today, I cannot verify that that is the 376-nanogram per ml number that you're seeing is accurate because I'm not seeing whether there is an internal standard number because we always have an internal standard in our samples, and you're not showing that to me.

Q. But, Dr. Najafi, I'm not asking you whether it's an internal -- if it's an accurate reflection of the sample.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

All I'm asking, for purposes of my deposition, is whether the numeral 376 under "Final Concentration" here is the same number that was on the lab notebook under Sample 1.

MS. BOGDAN: Objection to the form of the question.

BY MS. PENNER:

Q. Can you answer that question?

A. I would -- I would need to verify that this number is correct and it needs to have an internal standard.

Why aren't you scrolling down to show me the next chromatogram, because typically internal standard would be the next. If you push this screen up, you should be able to see internal standard.

Q. Dr. Najafi, I appreciate everything you're saying about the way the data that you used to come to the conclusions in your report, but I'm entitled to ask you specific questions and get specific answers.

So I'd really -- I'm not

interested in showing you the internal standard right now so we're not going to look at that.

We're going to look at --

MS. PENNER: Go back to the lab notebook for a second.

MS. BOGDAN: Please note my objection. The doctor is answering your question.

He cannot state with certainty if the number reflected in the notebook, as he's testified to, is the one that's on this particular analytical run because he can't look at whether or not that would be a reported result because you don't have the internal standard.

And he can't see if it actually ran all the way through and -- he needs context in order to do that.

MS. PENNER: Rosemarie, please stop testifying.

You are obviously eating up the clock and coaching the witness at the

same time and I just -- we don't need that to happen and it's against the rules.

MS. BOGDAN: I am stating my objection.

MS. PENNER: So let's go on.

Then you can make your objection without making a speech.

So let's blow this up again to the Sample Number 1.

THE WITNESS: Okay.

BY MS. PENNER:

A. With Sample Number 1, it says the average number is 4 --

THE WITNESS: I don't know where you're going.

MS. PENNER: I don't know where you're going either.

THE CONCIERGE: Just a second, please.

MS. PENNER: You're now on a different page. Are we having trouble?

THE CONCIERGE: I understand

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

that. Give me a second.

MS. PENNER: All right.

So actually, let's go to -- let's pick Sample Number 41 and put that in the middle of the screen, please -- or, no, we can stay with 1. I'm sorry, I'm losing my place.

BY MS. PENNER:

Q. So we've got the 376 here and the .5 and 444.0 and 410.2.

That's your lab notebook; right?

And you've agreed that this is the way you see -- this is familiar to you; right?

MS. BOGDAN: Objection to form.

A. Yes, this is familiar to me.

Q. All right.

MS. PENNER: So let's go back to Exhibit 4, page 174.

THE CONCIERGE: Coming up.

MS. PENNER: And can you zoom in on the right side of the page and go down to the next page.

(Previously marked

Exhibit 4 shown to witness.)

BY MS. PENNER:

Q. And if we look at the second line there, Dr. Najafi, we see the average in red is 410.2; right?

A. Yeah.

Q. And that's the same number from the lab notebook; right?

A. Yes. I see the 410. Sorry.

Q. And the results that are presented here are 412.9 and 407.5.

That's different than what's in the lab notebook; right?

MS. BOGDAN: Objection to the form.

A. You are making some assumptions that this 410 is actually that same 410 from the notebook.

I'm not sure. I -- I would need to check -- you know, you would need to have the lot number for this and you would need to verify that that lot number correspond to Sample Number 1.

You're basically doing -- you

know, just globally looking at the 410.

You know, I'm sure there may be another 410 number somewhere in this data sheet.

Q. I will represent to you, Dr. Najafi, that this data sheet does not have -- it has only one 410.2.

Because it has -- if we assume that it only has 410 -- only one average of 410.2, can we assume that that is what was in the lab notebook?

MS. BOGDAN: Objection to the form of the question.

A. Other possibility, it could be the fact that it was part of the development.

And so basically there are some developmental work that are being done, and that may have been part of the development.

But we would need to verify that this 410 corresponds to Sample Number 1, corresponds to this lot number, corresponds to the date and all of that needs to work together.

Q. Well, we already established that the date is -- of the lab notebook is October 13, 2021 and the baseline testing date here is October 13, 2021; correct?

MS. BOGDAN: Objection to the form.

A. Dates as I see in the notebook is accurate. The -- again, it needs to reference back to a specific lot number.

What you're showing me is Sample Number 1. I don't know what that Sample Number 1 belongs to.

It could be a development work. It could be, you know, basically, you know, just some trial runs. It could be another pill from, you know, different bottles. I don't know.

Q. Okay.

A. All I know -- and let me continue -- the data that you're representing, you know, on the -- basically on some of the -- you know, Dr. Benotti's download may not match entirely with any of our data.

Q. I'm not talking about Dr. Benotti's download right now.
I'm talking about your lab notebook and your spreadsheet.
And between these two documents, you're saying to me that there's no way to match them up, even though the average is the same, because there is a document that's missing that correlates the name of the sample with the lot number.
A. You would --
MS. BOGDAN: Objection to the question. Mischaracterizes the earlier testimony.
A. I already I think answered that question, that we would need to correspond that Sample Number 1 with a lot number, and that's the data that's missing, and with -- and then with this data sheet.
Q. Okay.
MS. PENNER: So let's go back to the lab notebook, Exhibit 9 on page 24.
(Previously marked

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II
Exhibit 9 shown to witness.)
MS. PENNER: All right. Let's look at -- blow up Sample 41, please.
BY MS. PENNER:
Q. All right.
And 41 are two -- actual measured results are 322.0 and 318.7, and the average is 320.4; correct?
A. I don't know where you're pointing to.
Q. Sample 41.
A. Okay.
Yeah, okay. I see that.
Q. Okay.
And if we then go back to Exhibit 4, page 174.
(Previously marked
Exhibit 4 shown to witness.)
MS. PENNER: It's on the next page, sorry. If we blow up the right side again.
All right. That's not the right page. We've skipped two pages. We need the page the "410" was on so go

one page down.
Are we having a problem switching the page?
THE CONCIERGE: This is 410.
MS. PENNER: I just didn't see the page flicker. We need to move down further on the page and go to -- this is going to be tough to find, but we want 320.4.
THE CONCIERGE: In the red column?
MS. PENNER: In the red column. It's just right up at the top now.
See? There it is. Okay.
BY MS. PENNER:
Q. And if we recall from the lab notebook, the numbers that they gave were 322 and 318; correct?
And these numbers are 320.1 and 320.7.
Is your explanation for this discrepancy between the lab notebook and the spreadsheet the same as your one before?

MS. BOGDAN: Objection to form.

A. Which -- so this is 3 -- 320.4.

MS. PENNER: Could you put a box around that row and those results.

A. You're averaging 320.1 and 320.7. 320.1 and 320.7.

Q. I'm not asking for the average, for you to average those numbers.

I'm just asking that those are different numbers than what was associated with an average of 320.4 in the lab notebook; is that right?

A. It appears that they are different numbers. But, again, we are drawing numbers, you know, and trying to match it to see if this is the right number, you know, corresponding to that; whereas, I would want to actually match the lot number and, you know, with the sample number and then be able to also match it with the notebook page and then you'll be able to show that if this is exactly the right thing.

Q. Okay.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

MS. PENNER: Let's go back to Exhibit 9.

A. I may be able to get that for you over the break, if necessary.

Exhibit 9?

MS. PENNER: And page 25.

Okay. If we go over to the bottom of this chart -- actually, why don't we take a quick break now.

THE VIDEOGRAPHER: Going off the record.

The time is 10:30 a.m.

This is the end of Media Unit 2.

(A recess was taken.)

THE VIDEOGRAPHER: We are back on the record.

The time is 10:49 a.m. Pacific Time.

This is the beginning of Media Unit 3.

BY MS. PENNER:

Q. Dr. Najafi, once you run a sample through the instrument that produces the chromatograms and the mass spec

results, that destroys the sample; right?

A. Once we run the sample through the chromatogram -- I have to think about it.

So in liquid chromatography, you're running the sample through the column, and then what comes out of the column goes through, gets vaporized in a gaseous form and goes through the source, and the source ionizes the compound and there comes out the various components.

So technically speaking, what you are looking at is a fragmented molecule.

So what comes out, it's -- you know, ultimately, it's a fragmented compound. So, yeah, you cannot recover anything once it goes through the mass spec.

Q. Is it standard laboratory testing procedure to test only a part of the sample that you have at any given time?

MS. BOGDAN: Objection to the form of the question.

A. You need to clarify what you mean by "part of the sample that you're testing."

Q. Do you remove an aliquot -- I think is the word you used in your protocols -- from the sample and use that aliquot to run through the instrument; is that correct?

MS. BOGDAN: Objection to the form.

A. When we run a pill, basically we dissolve it and we do all the sample prep that we've done. And then, you know, the filter prepped product -- we're using very standard methodologies used by FDA, by Agilent, by everybody, by Abe.

This is not -- we're not doing anything absolutely unique and our sample prep and our methodologies are absolutely anchored into established methodology, peer-reviewed methodology.

Having said that, to answer your question, yes, we pull an aliquot, and that aliquot is, you know, microliter

quantities.

So you could potentially repeat from that vial probably another, God knows, you know, 500 additional, you know, injection.

Q. And --

A. But you're only destroying that injected amount. But the rest of the aliquot is sitting in the vial -- in the bottle.

Q. Okay. And now that you're testing is complete and you have issued your report, did you maintain an archive, an aliquot from each of the samples that you tested?

MS. BOGDAN: Objection to the form.

A. No, we absolutely don't.

After the samples are run, we typically just throw away, you know, properly dispose of all the vials.

These are little tiny vials and we don't store them. But we have -- we have the pills. We can always go back to

that same pill and retest, if need be.

Q. Moving on to some of your stability studies where you looked at the formation of NDMA under different conditions, like your sun and shade and shower testing, did you analytically test every sample that you put through those conditions?

MS. BOGDAN: Objection to the form.

A. As I sit here today, I cannot tell you if we ran through every pills. I believe we have. We ran 15 cycles, 20 cycles, 30 cycles, 50 cycles. So that corresponds to a pill.

It really depends on how many pills we had in a bottle and how far we went.

Q. But was every pill that you went up to a given time, was that analytically tested or were there pills in the bottle that never got tested for NDMA?

MS. BOGDAN: Objection to the form.

A. Let's say the bottle contained 60 pills and we put it into the cycle testing simulating car under a hot sun, and let's say if we ran it for 50 cycle, it means we ran -- we went through 50 pills and perhaps 10 pills might have been left in the -- in the bottle.

Q. Okay.

A. So if it's a 50 cycle, we use the 60-pill bottle, then we should have 10 left.

Q. Aside from the chain of custody documents that have been produced to us, did Emery keep a log or inventory of all the samples that were tested?

MS. BOGDAN: Objection to the form.

A. It was by, for the most part, the defendants' information.

As they arrived, we had very different chain of -- you know, sort of a methodology sent -- you know, paperwork shipped to us.

We developed our own chain of

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

custody and basically we marked on those that everything is going into a 5-degree Celsius refrigerator and we followed the instruction of the sender.

If they said, you know, store them, we did, knowing that their products will gradually increase in concentration of NDMA, we basically put everything in a regular refrigerator.

Q. Do you still have samples in that refrigerator today?

A. Probably hundreds of bottles left.

Q. Okay. And do you still have any of the API?

A. Many bottles.

Q. Okay.

A. We've been told by plaintiffs' counsel --

MS. BOGDAN: Objection.

Any communications are covered by expert privilege.

A. We're maintaining them.

Q. And who has access to the

samples that remain in storage?

A. Samples are under lock and key in a -- you know, basically a protected refrigerator at our facility here.

Who has access to it are my analysts, my team, who basically tested the product.

Q. Okay. Are you aware that in addition to the MDL, you were designated as an expert in the Bayer and Culverson cases pending in Madison County, Illinois?

MS. BOGDAN: Objection.

A. I'm not aware of such a designation.

Q. Okay. So you're unaware of whether or not you're going to testify in those cases at trial?

MS. BOGDAN: Objection.

It goes to any privileged communication.

I'm assuming you're talking about some type of case or legal action.

BY MS. PENNER:

Q. Have you billed any fees in matters Bayer or Culverson?

MS. BOGDAN: Again, objection. That's not the case that's pending here today.

MS. PENNER: Rosemarie, we were told by plaintiffs' counsel that we had to ask Bayer questions here today and that -- we were told by your counsel on --

MS. BOGDAN: My counsel?

MS. PENNER: We were told by a plaintiffs' counsel that this deposition was to cover Bayer.

If you're representing to me now that you'll produce Dr. Najafi for a different deposition in Illinois, we can move on.

MS. BOGDAN: I am -- we're going to have to go off the record because I am --

THE WITNESS: I'm not familiar with that name.

MS. BOGDAN: What are you

speaking of, Kimberly?

I'm just -- if you can orient me to what you're talking about.

There's another action pending in Illinois --

MS. TOLEDO: Let's go off the record to discuss, as you suggested, please.

THE VIDEOGRAPHER: Going off the record.

The time is 11 a.m.

(A recess was taken.)

THE VIDEOGRAPHER: We are back on the record.

The time is 11:13 a.m. Pacific Time.

This is the beginning of Media Unit 3.

MS. TOLEDO: We just want to make a statement on the record to confirm that we have verified with counsel in the Illinois cases that this deposition of Dr. Najafi would not be used in those cases, so that's

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

why we will not ask any of those questions now.

MS. PENNER: Okay.

BY MS. PENNER:

Q. That saved us 10 minutes, Dr. Najafi. So let's go to Exhibit 4 at page -- bullet paragraph 131.

MS. PENNER: And can you blow up that paragraph, please.

(Previously marked Exhibit 4 shown to witness.)

BY MS. PENNER:

Q. This is your report, Dr. Najafi, if you want to look it up.

And you say:

"The results of Emery Pharma's baseline testing of the tablets is shown on the master baseline tablet data spreadsheet attached to this report.

"The range of NDMA levels found in the tablet was from 11.7 nanograms per 150 milligram to 14,991.6 nanograms per 150 milligrams.

"For the unexpired product

tested, the mean NDMA level for a 150-milligram dose was 1,096.6 nanograms.

"For expired product, the mean NDMA level for a 150-milligram dose was 2,222.2 nanograms."

Did I read that correctly from your report?

A. Yes, you absolutely read it correctly.

Q. Okay. And a mean is different than a median; correct?

A. Correct.

Q. Okay. And a mean can be affected by extreme outlier -- outlying data points; correct?

MS. BOGDAN: Objection to the form.

A. That's correct.

Q. Okay. And Emery Pharma's baseline testing had three extreme outlying data points; correct?

MS. BOGDAN: Objection to the form.

A. I have to check the -- consult

with the form. Could you bring that up? I do not recall, honestly.

Q. Okay. So if there were, in fact, three samples above 10,000 nanograms among the hundreds that you tested, that would have an extreme effect on the mean; right?

MS. BOGDAN: Objection.

A. We tested a lot of samples.

We were simply reporting them and we were also reporting the average.

Yes, you could have outliers that will skew the result, but that's really -- again, I'm not -- we did not commit to doing statistical analysis and that was someone else's responsibility.

But we're just simply reporting the average, and you know what the average meaning is, yes, there is an outlier that, you know, skews the result.

Q. Did Emery Pharma take any steps to investigate or reanalyze those outlier data points?

MS. BOGDAN: Objection to the

form.

A. We absolutely did, and we confirmed and reconfirmed that -- those numbers.

Q. And that would be among the data on the hard drive; right?

A. Yes.

Q. Okay. Let's go to paragraph 24.

THE CONCIERGE: Do you have an approximate page?

MS. PENNER: Approximate page is 65.

THE WITNESS: What exhibit is this --

MS. PENNER: This is your report.

THE WITNESS: This is my expert report? Okay, got it.

BY MS. PENNER:

Q. And I want to talk about the long-term refrigeration stability study.

THE CONCIERGE: So we're going to paragraph number?

MS. PENNER: Number 124.

BY MS. PENNER:

Q. And this paragraph tells us that you used one lot from Sanofi; is that right?

A. Allow me to read.

Okay. What is -- what is your question?

Q. You tested a single lot for this study; correct?

A. We've actually tested many more, you know, lot pre-MDL engagement.

I cannot tell you that we only tested one, but we have significant assurance and data pre-MDL engagement that the product will survive -- will actually -- the NDMA will not be generated as a result of refrigeration, and that's -- and we've recorded that in our Citizen Petition.

Q. Did you conduct multiple -- did you conduct refrigeration testing on multiple samples from that lot?

MS. BOGDAN: Objection to the form.

THE WITNESS: Would you scroll up on 25, paragraph 25? I'm not seeing everything there is to see, just to refresh my memory here. Scroll up again. I wanted to see what else is there on paragraph 125. Okay.

Scroll up, please. Okay. Okay. So that's fine.

A. So here I'm really relying on one lot to make my statement and that this follows the preponderance of evidence that we previously had during this -- or sort of a non-engagement time, where we actually did -- were involved with our own research during our Citizen Petition.

We had a very high confidence that defendants' product was not producing NDMA at refrigerated temperature, and that was one of my recommendation to the FDA during our Citizen Petition, that if FDA decides to keep this product on the market for some strange reason, if they decided to keep it, they would have to ship it refrigerated, and that was the -- that was

our recommendation.

But because of the preponderance of evidence that obviously the product is -- was on the market 37 years and it was sold at Costco in giant packs and everything, I think FDA decided that there's just too much potential of rising NDMA and they pulled it off the market, so...

Q. Dr. Najafi, I am trying very, very hard to move this deposition along, to respect your personal commitments this evening, so I would really, really ask you to try very hard to listen to my question and answer that question.

MS. PENNER: Could we go down to the graph --

MS. BOGDAN: Just note my objection. You're giving improper instructions to the witness.

He is answering the question regarding his basis for his opinion on the stability study and providing context to that and so it was

responsive.

BY MS. PENNER:

Q. All right, Dr. Najafi, can you tell me how many samples each data point represents?

A. There are multiple samples.

I cannot -- without looking at the data set, I wouldn't be able to say, but this looks like at least three to maybe more samples --

Q. And you did not provide that data with your original report; correct?

A. Right.

MS. BOGDAN: Objection to the form of the question.

BY MS. PENNER:

Q. What do the whiskers on the data point represent?

A. These are arrow bars. They are variation -- they represent arrow bars. They're a variation from -- within the sample. Within sample --

Q. Sorry, are you finished?

A. Yeah.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

Q. Why did you not test the sample at months five and six?

MS. BOGDAN: Objection to form.

A. Why didn't I test the samples within five and six, five and six month?

Q. Yes.

A. Okay. So I think given the fact that this is a nine-month study, right, we only received the vast number of samples from the defendants sometime in October of 2021, and we -- I wrote -- I finished my report sometime in January 2022.

So October, November, December, January. That's four months.

So obviously this is nine months. So what this is referring to is we probably used a bottle of -- that we had previously purchased from different -- different source and we probably didn't have enough pills. That's my only explanation.

I recall we were very, very short of pills. Zantac, ranitidine was pulled off the market and was recalled and

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

we didn't have access to pills, and that -- you know, but -- you know.

Again, I want be to be sensitive to the time and I'll try to speed things up a little bit, but as a pharmaceutical executive, if I see a trend like this, you know, and I have so many data points, if I'm missing data points five and six, it's completely okay.

Q. Okay. I was just asking if there was a reason that you did it. I wasn't implying anything by it.

A. No, no, but hopefully I answered your question.

Q. You did.

MS. PENNER: Let's go to Exhibit 5, page 54, paragraph -- back to that chart or graph.

No, sorry, it's Exhibit 4.

THE WITNESS: Exhibit 4?

MS. PENNER: Yes, it's your report. That's Exhibit 4; right?

THE WITNESS: Okay.

THE CONCIERGE: Can you confirm

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

that page number?

MS. PENNER: I think it's 54 -- no, wait, I'm sorry. It is Exhibit 5. I'm so confused.

There. Perfect. That's it.

THE WITNESS: Uh-huh.

(Previously marked Exhibit 5 shown to witness.)

BY MS. PENNER:

Q. Okay. This was in the appendices to your rebuttal report.

A. Right.

Q. Okay.

A. Okay.

Q. And do you recognize this to be the same graph that you reproduced in your report?

A. Just looking at the -- you know, the lines, it appears -- I don't have photographic memory, but it looks like it.

Q. Okay. And to the left of the graph we have a data table; is that right?

A. Right.

Q. And those numbers were not

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

recorded in your report; correct?

MS. BOGDAN: Objection to the form.

A. Which numbers were not reported in my report?

Q. You did not include this data table in your report, did you?

A. I think it was part of our supplemental filing.

Q. That was something defendants asked for; correct?

MS. BOGDAN: Objection to form and seeks privileged communication.

MS. PENNER: Okay.

Withdrawn.

BY MS. PENNER:

Q. You started out -- I'm sorry --

(Noise interruption)

Q. You started out at time zero with seven samples; correct?

A. That's correct.

Q. But at three months, you only started testing three samples; right?

A. That's correct. That's what it

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

looks like here.

Q. Okay. Is there anything on the graph that you provided in your report that tells the reader that the first three samples or that the first three data points contain seven samples and the rest of the data points only contain three?

MS. BOGDAN: Objection to the form.

A. The number of replicates -- the magic number is three, and we are testing multiple numbers initially and I think that we're running out of pills.

So they're trying to be conserving pills and -- and I'm basically instructing them to conserve and have, you know -- increase the timeline so that we can have a longer timeline, go down to three pills instead of 20 pills or 10 pills.

I think if anything, we should have only ran three pills so that we could actually have more time point.

But this is really irrelevant to

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

-- to my opinion that I've stated.

The product is time/temperature/humidity sensitive molecule, and this actually is very positive for the defendant.

It means the refrigeration basically stops the generation of the genotoxic product.

Q. This lot was tested at time .1, that would be a base -- time .0.

That would be a baseline testing; correct?

A. Could you go back to the actual data, please? Scroll to the left.

We have baseline testing of 11.9, 9.9, 16.3, 5.7 -- 5.4 -- you know.

So the baseline testing is -- your average, 8-1/2. That's correct.

Q. And you have seven samples there that you tested at baseline.

A. That's correct.

Q. And the chart that you provided defense counsel as your master baseline data spreadsheet, I believe, only has

columns for four data points; right?

MS. BOGDAN: Objection to form.

A. So in this instance, this work was done outside of MDL. It was done on a sample that we had purchased. We were looking at different stability.

It actually started -- the work started in March and went on to December -- no, this actually was done during the MDL. Sorry.

It was actually one of the bottles that we had in our possession, so we were doing that stability testing.

But the reason why the testing of the samples that we received in October of 2021 was done on one, two -- you know, generally, two sample, were primarily because we've been -- we were -- again, this is communication between you and the --

MS. BOGDAN: Do not --

THE WITNESS: -- plaintiffs, but we did not receive --

MS. BOGDAN: Dr. Najafi, can you hear me?

THE WITNESS: Yeah.

MS. BOGDAN: To the extent --

THE WITNESS: Yes, I do.

MS. BOGDAN: -- any of the testimony you are going to provide is covered by expert-attorney privilege, you are not to provide it. It is privileged information.

A. The fact remains, we did not receive any samples until late October of 2021, and we only had three months to do a lot of testing.

And if I had my choice, I wish I had received those samples, you know, in 10 months earlier so we would have had more time, I would have been able to do three samples.

But, again, I'm not basing my opinion on one set of testing. This is a series of testing that we've done and, again, I restate the fact that the product is -- is genotoxic and it's continually producing NDMA as a function of time, temperature and humidity.

MS. PENNER: Okay. I'd like to take this down and go to Document 237.

THE CONCIERGE: Introducing 237 in a second. One second, please.

Exhibit 19 is up.

(Exhibit 19 marked for identification, multi-page document titled "Quantitative Analysis Sample Based Report.")

BY MS. PENNER:

Q. Okay, Dr. Najafi, we've got the internal standard information, so let's talk about that for a little bit.

Up at the top we see that this says "Nitrosamines 211203," so we've got a date on it.

MS. PENNER: And let's put the whole thing up now again.

BY MS. PENNER:

Q. And we see that, as you were explaining, we have the sample chromatograms and mass spec diagram, and we have the internal standard; is that right?

MS. PENNER: You can just put

those two -- zoom in on those two.

BY MS. PENNER:

Q. So we have a row for NDMA and a row for NDMA IS, which is internal standard; correct?

A. So first of all, what are you showing me? I don't know what sample is this. Is it food, is it SGF, is it pill testing?

Q. All right. This is the bacon study.

MS. BOGDAN: Which -- what page are we on, on this exhibit?

MS. PENNER: This is the first page.

THE WITNESS: Can you scroll up so I can see -- the top -- the header?

Okay.

A. Nowhere does it say "bacon study."

Q. So let's go to page 3.

And will you agree with me that this is the 5-nanogram per milliliter calibration data?

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

A. This is -- no.

THE WITNESS: Scroll down. There's more to it. That's TIC. Scroll down. Uh-huh. Okay, scroll down. Further down.

BY MS. PENNER:

Q. That's the end of the page and the next one is a different sample.

A. Yeah, I'd like to see different samples, if I may.

Q. All right.

A. Okay. Can you show me the quality control samples?

Q. No, I want to ask you --

A. This would be a sample --

Q. Dr. Najafi --

A. This would be a sample that has 500 nanogram of NDMA is actually added to bacon or ham.

Q. Okay. Let's go back to page 3.

This is a document that states on it that it's a calibration run of 5 nanogram per ml; correct?

MS. BOGDAN: Objection to the

form.

A. Again, counsel, we're, you know, back to the same conversation.

You know, these cannot be viewed in its -- you know, so the way you look at the -- you know, in the case of food, you basically run blank, you determine what the TIC looks like, you determine what the quantifier/qualifiers look like, and then you add NDMA in the sample and -- and using that added NDMA in the sample, you'll try to see differences in the qualifier and quantifier in relations to your internal standard.

So in -- you know, you cannot look at the -- in, you know, in vacuum, just looking at one chromatogram.

Q. Okay. I understand that, Dr. Najafi, but --

A. Right.

Q. -- I have questions about this specific chromatogram and I'm entitled to ask those, okay?

So let's go down to the

chromatograms that say "NDMA" and "NDMA Internal Standard."

All right. And we see the internal standard, there is a large peak at 1.787 minutes; correct?

A. That's correct.

Q. Okay. And there's an asterisk next to it. What does that mean?

A. The asterisk is indicative that potentially the integration was manually adjusted and manually corrected, so sometimes -- and when you look at the base of that peak, that peak at 1.787 minutes, that base looks perfect.

So if the instrument is, you know, putting it different, you know, they might have, you know, misintergrated it. We correct it. Computers are not perfect.

Q. Okay. So it's very important that you have an analyst review the data and process the data while they're looking at it on the screen; right?

MS. BOGDAN: Objection to form.

A. It's very important for the

analyst to examine the data and make sure that if there is for some reason, integration is not properly done, to make the integration process corrected.

We rely on the -- our analysts to know what they're doing and we have consistent methodology to make sure that integration is done consistently.

In cases of food, we try to rely a lot on this actual sample testing. We rely on computer-generated integration.

Q. Okay. So talking still about the sample or the internal standard, the vertical line that runs up through the green peak is the time -- the acquisition time that you are looking for for NDMA; is that right?

MS. BOGDAN: Objection to the form.

A. That's generally the case.

So long as you don't have matrix interference, that's the case.

Q. Okay. And if we look at the top, the sample data, we also see an

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

asterisk so we know that there was manual integration.

A. Right.

MS. PENNER: And can you scroll up a little bit?

BY MS. PENNER:

Q. And we know that the final concentration was reported to be 5.6594 nanograms per ml; right?

Do you see that?

A. That's correct.

Q. Okay.

MS. PENNER: Now, let's make the far left NDMA graph bigger. Okay. That's good enough for now.

BY MS. PENNER:

Q. And we see that the acquisition time for this is 1.832 minutes, which is different than the internal standard; right?

MS. BOGDAN: Objection to the form.

A. You need to zoom out so we can -- I can see that --

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

Q. See both of them?

A. The internal -- zoom out.

MS. PENNER: Keep pulling out. There we go.

THE WITNESS: Right.

A. Right.

Q. Okay. So "right" that there are different numbers?

A. Yes, they are different numbers and it's -- the number is -- typically corresponds to the retention time of the qualifier.

So on the right side of this peak, you see the blue line and the black line. So the -- you know, where the analyst is putting their integration line is pointing to a higher -- some level of NDMA coming through, through that blue line rising.

In fact, the way you know that, if you go to blank -- if you go to bacon blank -- would you be able to show me the bacon blank?

Q. No, I really don't want to. I

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

really just want you to answer my question.

All I asked is whether they were different numbers. I didn't ask why --

A. I --

Q. What I'd like to do is --

MS. BOGDAN: Just note my objection. The doctor has asked to look at the complete set of data in order to answer your question.

MS. PENNER: Can we just zoom in on the one NDMA thing, and I'd like to zoom far enough in on it that we can see the peak that was integrated. Yeah, that one. Keep going. Okay.

BY MS. PENNER:

Q. We have a number of peaks here that have been integrated as NDMA; right?

MS. PENNER: No, no, no. Ignore those. I want the green one.

MS. BOGDAN: Objection.

Objection to the form.

BY MS. PENNER:

Q. The part that's in green right here -- I'll change the question.

The part that is in green, do you agree that that is what is being integrated to give the NDMA final concentration?

MS. BOGDAN: Objection to form.

A. Because we have internal standard in the -- in the product, and the internal standard is a way to show the -- you know, basically a ratio of the amount that's coming out versus the amount, reference standard, you know, the calibration curve, and there's a calibration curve where the reference standard is and the internal standard.

That ratio is always taken into account when you look at these amounts of, you know, integration.

So the -- this is a very small amount of NDMA, you know, that we're measuring in a very challenging matrix, you know, such as food.

And this is completely, you know, completely a standard methodology when you have matrix like this.

So you should show a 500 nanogram -- if you were to show a 500-nanogram NDMA, you would be able to very clearly see what I'm talking about.

Q. I'm talking about the 5 nanogram.

MS. PENNER: And we can zoom in even further, please.

BY MS. PENNER:

Q. So on the left side of the line -- well, first of all, on the right side of what's being shown right now, there are a number of peaks.

Would you agree with that?

MS. BOGDAN: Objection.

A. The integration is the green integration, the color green.

It's -- this is completely normal for mass spec and, you know, no other instrument is able to measure that -- such a low amount of NDMA in food matrix but -- but mass spec.

So there is variability there, but the computer is properly showing where

the NDMA comes, and that integration -- integration of that area points to roughly 5 nanogram that's present in the NDMA. That's respectively what's in the meat.

Q. Your analyst could have picked any one of these peaks that are on the -- of the green section; correct?

A. That's where NDMA is coming from in his scientific judgment and that's where he's integrating.

He could have also integrated some of the yellow peaks, which would have shown much higher levels of NDMA, but, you know, he makes a judgment.

And this is, again, in -- corresponds to what he sees. So the view of what he sees from the blanks, and he subtracts the blanks from this test -- this is very little NDMA in the meat, and then you're looking at 10 nanogram, 20 nanogram, 500 nanogram. You can easily see how this green area starts growing.

Q. Okay.

MS. PENNER: I would like to

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II
turn to page 5.
BY MS. PENNER:
Q. And up at the top this is the 25 nanogram per ml calibration sample; right?
A. Yes.
Q. And if we go down to the -- we see a peak, a very clear peak for the internal standard, and it's almost at the same elution time as the prior one we looked at. It's -- right?
A. That's correct.
MS. BOGDAN: Objection to the form.
Q. Okay. And we have a very different elution time for NDMA in this sample; right?
MS. BOGDAN: Objection to the form.
A. Not -- not that different.
Q. Okay. And we have manual integration of the sample peak; right?
A. Again, it's the manual integration to -- per the analysts' expertise, and they know mass spec a lot

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

better than I do and they make a decision that this green area effectively -- probably computer picked some portion of that and they probably made some adjustment to make sure that we're going -- we're at the right region.

But you need to also take a look at the -- the middle, the spectra, which shows the transition of 75 to 58.

Do you see that, the qualifier?

So they have that qualifier right at that -- right in the middle of the blue line with the -- you see how the -- the black curve, the intensity, that peak intensifies up there and they have a line through.

So they're -- he's indicating that is the -- where the maximum amount of NDMA is coming through matrix, and then he's using that retention time, that exact retention time on the left screen and then he's integrating what comes before and after in that green region.

So that is absolutely NDMA, you

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

know, at approximately 25 nanogram per ml.

Q. Does Emery maintain records that show what the machine integration was prior to the manual integration by the analyst?

MS. BOGDAN: Objection to form.

A. I do not know the answer to that question.

Q. Does the analyst -- is the analyst required to identify a specific reason why he or she is conducting a manual integration?

MS. BOGDAN: Object to form.

A. Yeah, there is absolute -- in fact, I have evaluated some of the -- some of the integration and I always see that they, in fact, err on the side of lowering the amount, the area under the peak.

Sometimes there -- you know, actually there is a methodology for integrating area under the peak.

Sometimes the machine is -- overexaggerates the area under the peak.

In fact, there is the process -- the computer goes through automatic

integration.

If it's acceptable, the analyst simply accepts it and the analysis is done.

If it's not acceptable, so there is a flowchart that we go through. If it's not acceptable, they do manual integration, and the manual integration has to have a methodology.

And our team follows that methodology and we absolutely do not want to be biased towards more NDMA or less NDMA. We want to be very absolutely scientific.

Q. Have you produced that document to the defense?

MS. BOGDAN: Objection to the form. Vague.

A. This is not a document.

This is basically a methodology. It's really best practices for integration of the peak.

You can go to Agilent website, you can go to Shimadzu website. You can actually Google "controlling

chromatographic integration" and there is -- you know, there is scientific methodology by which you do the integration.

We follow, you know, a process that is scientific. That, for example, this is -- it's rooted in where we see the maximization of the qualifier, which is the blue line, and the quantifier, which is the black line. I'm pointing to the middle chromatogram.

And then we use that -- you know, that retention time in the left screen, and that in the left screen we look at the area under the peak that the -- that the computer is designating as -- you know, it's subtracting from the matrix.

So we have the matrix and then we have the NDMA in the matrix.

Q. So you have no standard operating procedure document for -- on how to -- the steps -- withdrawn.

You have no standard operating procedure for Emery scientists to follow in

conducting manual integrations that you could produce to me as a document; is that true?

A. I -- I --

MS. BOGDAN: Wait. Dr. Najafi, please wait to respond.

Objection to the form of the question.

A. I believe we used the Agilent guidance as to best practices.

If necessary, I can -- you can look that up, you know.

Q. Do all your analysts know that the Emery standard is what is on the Agilent website?

MS. BOGDAN: Objection to the form.

A. We typically, when we have a new instrument, you know, from Agilent, we get proper training from Agilent.

There's -- the scientists, the Ph.D. scientists who do this kind of work, they have been doing it for years and years, so -- and although many of them do

not need any training, but I typically look at integration and I see they're following a methodology which has been taught to them by Agilent team when they install the equipment.

And if we have a junior analyst, we typically put him through some proper training, you know, but, you know, almost 99 percent of the work that was done for the plaintiffs were done by highly, highly trained, talented Ph.D. scientists.

Q. When you're reviewing chromatograms and checking people, like you just told me you do, do you go like stand by their computer and watch the steps that they take?

A. I do not check every single integration, no. But --

Q. Do you --

A. I -- I'm not finished.

But I do from time to time, I -- you know, I go and see what they're doing, yes.

Q. Okay. Do you have any training

materials that you could produce that instructs your scientists to use Agilent's website for their standard operating procedure for manual integration?

MS. BOGDAN: Objection to form.

A. No, I don't have anything at my fingertip, but like I said, we follow Agilent's guidance for proper use of their mass spectrometry equipment.

Q. And that includes step by step on how to manually integrate something?

A. Like I went through, we -- the instrument does the integration at first, and then we look at it.

If it's acceptable, we're done. If it's not acceptable, then we go through adjustments. The adjustments are typically -- we err on the side of, you know, basically being on the conservative side, and we always look to do it in a very blind fashion scientifically.

For example, if a peak goes up and then goes way down, so you go up and it goes way down, we -- we normally go

baseline to baseline, where if you're on a curve, we typically stick to the, you know, what pops up out of the curve, so there's a -- there's a methodology that they follow, and this is part of their training in graduate school, in their Ph.D. program.

Many of them have done a lot of work. They have done postdoctoral work in this area and also their years of experience as well.

Q. Okay.

MS. PENNER: Could we put up Najafi -- the Document 235.

THE CONCIERGE: Coming up.

THE WITNESS: I'm trying to download it.

THE CONCIERGE: We are introducing a new exhibit. Hold on one second, please.

THE WITNESS: No problem.

THE CONCIERGE: The exhibit is introduced.

(Exhibit 20 marked for identification, multi-page document

titled "Quantitative Analysis Sample Based Report.")

BY MS. PENNER:

Q. Okay. This is another one of those reports, and I understand all your caveats about trying to discuss these reports, but I'd like to go to page 92.

A. Uh-huh.

MS. BOGDAN: Please note for the record my ongoing objection based on the doctor's previous testimony.

MS. PENNER: Okay. And let's zoom into the left side pair of chromatograms. Yeah, those. Okay.

BY MS. PENNER:

Q. And so this says it's "Zantac then Ham" at time 4; right?

MS. BOGDAN: Please orient me to what page we are of this exhibit.

MS. PENNER: 92.

MS. BOGDAN: Thank you.

MS. PENNER: Can we zoom in on the internal standard. That's the bottom left.

THE WITNESS: Right.

BY MS. PENNER:

Q. On the other chromatograms we looked at, the baseline for the internal standard was very, very smooth.

A. Right.

Q. Why is this one so jagged?

MS. BOGDAN: Objection to form.

A. I can only guess this is matrix effect. The matrix is ham, and ham is a very complex matrix and it probably retains a lot of the -- even -- this is NDMA-d6, so it's deuterated NDMA -- sorry -- internal standard.

It's retaining some of it, it looks like -- it looks like, again, it's a manual integration.

It's -- if you can -- if you see the integration is done in such a -- you know, the analyst's decision to actually, you know, show, you know, basically a peak integration at a slant, and that's his decision.

MS. PENNER: Okay. So let's

zoom in on that peak, the dark line.
A. Right.
Q. Okay. So we have the analyst doing not a straight line -- I'm sorry.
A. Go ahead, please.
Q. Are we good? Okay.
So the integration appears to be in two parts. There's a green part above the line and a green part below the line; is that right?
MS. BOGDAN: Objection to the form.
A. That's what it shows on the screen.
Q. Why would you analyze anything above the line or why would you --
MS. BOGDAN: Objection to form.
MS. PENNER: Withdrawn.
BY MS. PENNER:
Q. Why would you include area above the line in your integration?
MS. BOGDAN: Objection to the form.
A. Do you mean with area --

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II
Q. I'll try to make that clearer.
Why would you include that area below the dark black line that is not within the peak next to it?
A. Right.
THE WITNESS: So could you blow it -- you know, zoom in a little bit more? Zoom in more -- okay. Just now scroll down. Scroll down a little bit more -- no, I mean, I want to see more of the peak. There you go.
A. Do you see the green on the right side?
Q. Yes.
A. Do you see the green next to the line? So the instrument is recognizing that as the green -- as the -- as a valid peak. So the analyst is trying to capture that, that whole area.
But as a result, I think the analyst is discounting the area below it.
Q. Okay.
A. So all the green is -- all the green is accounted for above this black

line. Anything that's green is actually taken into account above the black line.

Q. And anything that's green below the black line is also included; yes?

A. Anything that is --

MS. BOGDAN: Objection.

A. -- below the black line would be discounted.

Q. Okay. Let's go up to the sample chromatogram.

A. You see, you see -- pardon me. I'm not finished.

So if the analyst, you know --

Q. There's no question.

A. -- would -- okay. Go ahead.

Q. Okay. So if we zoom in here, we see that the analyst has chosen a very, very tiny part of a peak and decided to say that that was NDMA; right?

MS. BOGDAN: Objection to the form.

A. That's because he's -- he's subtracting. He -- based on his view of the blank ham, the -- the blank ham is the

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

yellow, and basically he's also looking at the blank ham. He's making a visual -- you know, sort of a decision on the blank ham, and then the instrument is telling him the yellow -- or rather the green is NDMA.

And he's effectively selecting all the green part and not selecting anything else as NDMA.

Q. Okay.

MS. PENNER: I think this is a good place for me to take a short break and I'll see what we have left to do.

THE VIDEOGRAPHER: Going off the record.

The time is 12:12 p.m.

This is the end of Media Unit 3.

(A recess was taken.)

THE VIDEOGRAPHER: We are back on the record.

The time is 12:28 p.m. Pacific Time.

This is the beginning of Media Unit 4.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

BY MS. PENNER:

Q. Okay, Dr. Najafi, do you recall speaking about your invoices with Ms. Toledo yesterday?

A. Yes, I do.

Q. Okay. Were you able to determine whether there were invoices that had not yet been provided specifically for the time between when you were retained in January and July 31st, which is the first date we have a line item for?

A. I think we have -- we did very little work for the defense -- for the plaintiff between January and -- or January, when we were retained, until, you know, toward late summer.

So I think Rosemarie should have the -- you know, the invoices.

MS. PENNER: Okay.

MS. BOGDAN: Counsel, I can verify that the invoice of November of 2020 is the first invoice that the MDL received, which does reflect work that was done in the summer, but that is

the first invoice.

MS. PENNER: Thank you.

I am prepared to pass the witness and reserve the rest of our time.

MS. BOGDAN: Why don't we take the lunch break and then we can come back and do the redirect.

MS. PENNER: Great.

THE VIDEOGRAPHER: Okay.

Going off the record.

The time is 12:30 p.m.

(A luncheon recess was taken from 12:30 p.m. PST to 2:21 p.m. PST)

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

A F T E R N O O N S E S S I O N

(Time Resumed: 2:21 p.m. PST)

RAMIN NAJAFI, Ph.D.,

having been previously duly sworn/affirmed, resumed and testified as follows:

THE VIDEOGRAPHER: We are back on the record.

The time is 2:21 p.m.

MS. BOGDAN: Good afternoon, Doctor.

If we could please pull up the FDA response to the Emery Pharma petition.

THE CONCIERGE: Do you have an exhibit number?

MS. BOGDAN: There's only a few in our box.

THE CONCIERGE: Give me a second, please.

4120 FDA recall?

MS. BOGDAN: No, the FDA response to the Emery Pharma --

THE CONCIERGE: Got you.

Introduced.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

(Exhibit 21 marked for identification, multi-page document, letter from FDA to Dr. Ramin Najafi.)

EXAMINATION BY
MS. BOGDAN:

Q. Dr. Najafi, can you see that first exhibit? It's Exhibit 21.

A. Yes, I do.

Q. You previously were asked questions and referenced the Citizen Petition that you had filed with the FDA; correct?

A. That's correct.

Q. Okay. And, Doctor, is this the letter that was addressed to you from the FDA in response to your Citizen's Petition?

A. Yes, that's the letter.

Q. Okay. Now, if we can look at this letter --

MS. BOGDAN: Let's highlight the first sentence, please.

BY MS. BOGDAN:

Q. And that first sentence in the letter reads, if we could highlight it:

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

"This letter responds to your Citizen Petition submitted on behalf of Emery Pharma received on January 2, 2020."

Is that what that says?

A. That's what it says.

MS. BOGDAN: And if you could highlight the next sentence, please.

BY MS. BOGDAN:

Q. "According to the petition, Emery's preliminary study indicates that the ranitidine molecule may not be heat stable, and under elevated temperatures, it generates significant numbers of NDMA, a probable carcinogen."

Did I read that correctly?

A. Yes.

Q. So, Doctor, you filed this Citizen's Petition with the FDA, pointing out that ranitidine was unstable even at room temperatures, and you requested that the FDA take action; correct?

A. That's correct.

MS. TOLEDO: Object. Leading.

BY MS. BOGDAN:

Q. At the time that you filed this Citizen's Petition, was there still ranitidine being sold on the market?

A. Yes, there were.

Q. Dr. Najafi, your audio is cutting out a little bit.

A. Yes, yes, there were still ranitidine being sold on the market.

Q. Okay. So then the next sentence in the letter says:

"Based on this preliminary study, Emery requests that the Food and Drug Administration take the following actions."

Is that what you did, requested the FDA take some action?

A. Yes, we did.

Q. Okay. First, you requested a recall and suspension of all lots of products containing ranitidine, which is number 1; correct?

A. Yes.

MS. TOLEDO: Object.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

Leading.

BY MS. BOGDAN:

Q. And second, you requested that FDA conduct examinations and investigations regarding ranitidine products, specifically a stability assessment; correct?

MS. TOLEDO: Object. Leading.

A. Yes, that's correct.

Q. Okay. And you made a third request, didn't you?

MS. TOLEDO: Objection. Leading.

A. Yes.

Q. Which was the FDA provide information to the public regarding the high-temperature instability of ranitidine products?

A. That's correct.

MS. TOLEDO: Objection. Leading.

Q. And --

MS. TOLEDO: Dr. Najafi -- excuse me just one moment, please.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

Dr. Najafi, just like you waited to give a chance to your lawyer to object, please do the same for me.

Thank you so much.

BY MS. BOGDAN:

Q. And if we skip down to number 5, you also asked them to issue a directive to the manufacturers of ranitidine products to conduct a thorough stability assessment of ranitidine in the formation of NDMA, both in drug substance and drug products; correct?

MS. TOLEDO: Object. Leading.

A. That's correct.

Q. So let's turn to page 10.

MS. BOGDAN: If we could go down to the "Discussion" and highlight the first two sentences.

BY MS. BOGDAN:

Q. And the first sentence states:

"Your petition specifically requests that the FDA take eight actions based on the results of your preliminary

testing and one action based on the statements made in the Valisure petition."

Do you see that sentence?

A. Yes, I do.

Q. Okay. And then the next sentence reads:

"We are granting your petition with respect to the following requests."

Number one is "recall."

So, Doctor, the FDA granted your first request of a recall and suspension of sale of all lots of all products containing ranitidine based on your Citizen's Petition?

MS. TOLEDO: Objection. Leading.

A. That's correct.

Q. The FDA recalled all ranitidine in April of 2022, correct -- excuse me, all ranitidine in April of 2020; correct?

A. That's correct.

Q. And next, under 2, "Investigate," did the FDA grant your second request, that the FDA conduct

examinations and investigations regarding ranitidine products, specifically a stability assessment?

A. Yes, they did.

Q. Number 3 --

A. Can you hear me okay?

Q. I can.

And then number 3, did the FDA grant your third request, that the FDA would provide information to the public regarding the high-temperature instability of ranitidine?

MS. TOLEDO: Objection.

Leading. And if I could just state on the record our system knocked us out of the meeting for a couple of questions, and to the extent that the questions were leading, I want to state my objections now as to those questions as well.

Apologies for the interruption.

A. Did they inform the public?

Yes, they press released within an hour of receiving this letter. They

submitted a press release with that information.

Q. And then number 5, did the FDA grant your request to issue a directive to the manufacturers of ranitidine products to conduct a thorough stability assessment of ranitidine in the formation of NDMA?

MS. TOLEDO: Object to form.

A. I believe they did.

I was not, you know, copied on any -- you know, any letter to the manufacturers, but I believe they did based on the fact that GSK and others -- and BI have done some root cause analysis and investigation.

Q. Thank you, Doctor.

MS. BOGDAN: We can take that exhibit down.

BY MS. BOGDAN:

Q. Doctor, you were asked some questions about your work experience.

Have you worked as an employee of a pharmaceutical company in the past?

A. Yes, I have.

Q. Okay. And while working as an employee of pharmaceutical companies, did you do research work?

A. Yes, I have.

Q. Okay. What types?

A. Medicinal chemistry research.

Q. And when did you first start using chromatography?

A. I first -- my first experience with chromatography was in 1977, when I started using gas chromatography.

Q. And at what point were you in your education or your career at that point?

A. I was doing undergraduate research.

Q. And did you continue to use chromatography once you began your professional life?

A. I continued to use chromatography through 1998 directly, and the rest of the time I've been leading companies. So I've been overseeing chromatography being done by my employees,

by my team.

Q. And what type of chromatography are we talking about?

A. The gas chromatography, I've done gas chromatography, mass spectroscopy. I've done extensive HPLC. I have done UPLC and -- and some LC-MS.

Q. And how long has LC-MS been around?

A. According to Wilkapedia, it was invented in the '50s, but really the very user-friendly mass spec was not around until '70s, and it became more and more user-friendly in the late '80s and early '90s, during my work at Rhône-Poulenc Rorer, which became Sanofi-Aventis, we were using LC-MS, LC-MS/MS for very similar type of work, metabolomic, looking at small quantities of various metabolites in clinical trials and things like that.

Q. You used LC-MS/MS to measure the NDMA levels that you report in this case; correct?

MS. BOGDAN: Object.

Leading.
A. We used LC-MS/MS to determine the -- you know, the NDMA impurity in this case.
Q. And is LC-MS/MS a generally accepted testing method in the field of analytical chemistry?
MS. BOGDAN: Object. Leading.
A. Absolutely. It's -- it's been used extensively in pharmaceutical industry, it's been used extensively by environmental laboratories and -- and, of course, in the work we've done.
It's been used extensively by FDA, Abe, Gao, Florian, you know, and, of course, Emery Pharma.
Q. And those different authors that you mentioned, they were all studying NDMA; correct?
A. All --
MS. TOLEDO: Objection. Leading.
A. I'm sorry.

All NDMA and all using LC-MS.

Q. Now, the business of Emery Pharma, is it a full-service contract research laboratory?

A. We are a full-service contract research lab and our client base are -- majority are pharmaceutical companies who come to us for exactly the same purpose.

They sometimes find an impurity in a drug that's being marketed and they come to us for essentially isolation characterization work of those types of studies, so we routinely conduct studies to help pharmaceutical companies.

We also help companies develop drugs, and we actually help, advise companies to, you know, carve a regulatory path forward for their FDA approval.

Q. Now, we started this exam by going through the response of the FDA to your Citizen's Petition, which resulted in a removal of all ranitidine drug products from the market.

Why did you file that Citizen's

Petition?

A. When we were -- we first encountered the product that we saw with ranitidine degrading and -- thermally degrading using GC-MS in effectively a 150-milligram pill, giving 3 million nanogram -- very consistently -- 100-milligram -- 150-milligram pills giving 300 -- 3 million nanogram. Regardless of the manufacturer, we realized that there is potentially a thermal degradation.

We suspected of that thermal degradation. We weren't absolutely sure.

So we embarked on finding a different methodology to evaluate that NDMA.

And we had actually evaluated other means of looking at it, but we eventually decided on LC-MS. And -- and then of course, as we are -- we noted that LC-MS is yielding a lot less NDMA and doesn't really compare with the 3-million nanogram that we're seeing with GC, we realized that this molecule is thermally

unstable, essentially heat sensitive.

I'm the very first person in the company that brought that to the attention of the rest of my team was because I had done shipping studies and I had done -- I worried about stability of drugs.

And I immediately said this product is not -- cannot be sold over-the-counter given its condition, and it needs to be refrigerated.

So we started looking at different stability condition and we decided that this product potentially has problem with heat.

But the key -- the key factor that made a difference between us filing something with the FDA or not filing, our plan was to actually, you know -- you know, submit a paper to a publication.

But the key factor was in December 4th, FDA had a press release that says -- that told the manufacturers if your -- if your product that you have in your company has less than 96 nanogram, you are

free to put -- your ranitidine back on the market.

And that immediately triggered our quick response in filing petition with the FDA because we felt FDA didn't really understood the fact that this molecule, it's -- NDMA is not a contaminant.

It's rather a growing mutagenic compound that's being produced by the drug itself, so it's a very different animal.

We wanted to bring that to the FDA's attention; hence, our Citizen Petition filed in January 2, 2020, and, of course, FDA's very prompt response in April 1st of 2020.

Q. So to understand your response, one of the main -- the main reason that you filed the Citizen Petition was to bring to light the difference between this being a contamination situation and what actually is happening with the ranitidine molecule?

Am I understanding you correctly?

MS. TOLEDO: Object.

Leading.

A. Until that date, I think FDA and everyone else thought NDMA is a contamination, very similar to other drugs that are -- that have been known to have NDMA contamination, such as Valsartan and other sartans.

But in this case, we recognize this is not a contamination. This actually goes back to the heart of the molecule, and the molecule itself is actually generating this impurity. And that's really what, you know, resulted in us wanting to move forward quickly with our filing.

Q. And is that degradation related to the chemistry of the molecule itself?

MS. TOLEDO: Object to form.

A. Absolutely. The molecule itself -- incidentally, and during synthesis of the molecule, you know, two components that are very prone to creating NDMA, they -- during the synthesis, they use dimethylamine and they use sodium nitrite.

So I initially, when I looked at

the chemical synthesis of the molecule, immediately I said they should have -- they should have had some methodology to look for NDMA even during synthesis, because you -- you have the potential of NDMA forming during synthesis, but they had none.

But regardless, the molecule has a DMA on one end and has a vinyl nitro on the other end, and through a thermal degradation, the molecule falls apart and forms NDMA.

Q. Is ranitidine's degradation into NDMA inherent in the chemistry of the molecule itself?

MS. TOLEDO: Object to form.

A. Absolutely. It's a function -- it's the function of the molecule itself.

What we learned during -- very early on during our Citizen Petition was that the heat was responsible.

Later, we learned that humidity was also -- had a big role in NDMA formation. And, of course, time.

You know, this is a -- it's

time, we need to also consider that. So it's a time/temperature/humidity sensitive, you know, molecule, and forms this mutagenic compound.

Q. Now, you were asked some questions about isotopically tagged ranitidine.

Do you remember that?

A. Yes.

Q. Was that isotopically tagged ranitidine work necessary in order for you to make your opinions and conclusions that you formed in this matter?

MS. TOLEDO: Object to form.

A. It was really a matter of curiosity for our team, to see what the degradation pathway looked like, and we wanted to take a look at the -- you know, confirm the work that already GSK had done, where they had shown that you really need two molecules of NDMA. We call it intramolecular reaction to -- to have this degradation.

We were simply -- wanted to

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

confirm that work. But the fact, it really doesn't matter how the molecule degrades. It does -- it does fall apart.

Mechanistically, you know, for FDA, even mechanism of a drug doesn't matter.

If it produces NDMA, that's a problem. However it produces it, it's irrelevant.

So to form my opinion, you know, I did not need to conduct any studies with the isotopically labeled ranitidine.

Q. For the opinions that you have offered as an expert here today, the data that you are relying on is the extensive data Emery Pharma generated, doing testing for this litigation, all of the references you cite in your report and the data in those publications; correct?

MS. TOLEDO: Objection.

Leading.

A. We have looked at thousands of data points, both from literature, from, you know, many, many testings and

experiments, and everything Emery has done, you know, collectively, you know, essentially points to my conclusion.

Q. And all of that data does not typically sit in lab notebooks, does it?

MS. TOLEDO: Objection. Leading.

A. No. Data can be on the computer, it can be on different media, no.

MS. BOGDAN: Let's pull up Exhibit 9, please.

(Previously marked Exhibit 9 shown to witness.)

BY MS. BOGDAN:

Q. We're going to be pulling up Exhibit 9, which is Dr. Cheu's notebook that you were shown earlier, and if we could go to page 33.

And when I say 33, I'm referring to page 33 of the notebook. Not of the PDF. You can see the page numbers are on the top.

Dr. Najafi, do you recall being shown this page from Dr. Cheu's notebook.

A. Yes, I do.

Q. And does this page actually have an example of how the notebooks work as far as recording references to baseline testing that might be being done on that day?

MS. BOGDAN: And if we could, please, make the exhibit a little smaller so the doctor can see the whole page.

MS. TOLEDO: Objection.

Are you done? Sorry.

MS. BOGDAN: Pardon me? I was just asking that the exhibit be made a little smaller so the doctor could see the totality of it.

BY MS. BOGDAN:

Q. Dr. Najafi, does this page of the notebook actually reference the baseline testing that you were being questioned about?

MS. TOLEDO: Objection.

Leading.

A. Yes, it does. And this page references -- and I missed pointing out

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

this yesterday, that this page references to various places where we have other information.

We have -- we're referring to the protocol for testing, pill testing. We're referring to, you know, other documentations, other portions where we're holding the master data sheet, we're referring to where on the computer the master data sits, the data, Levine Law, all of that.

Q. So while you may have a notebook with a reference to a batch number, that certainly isn't a requirement and typical, given the hundreds of batches that were tested by Emery Pharma; correct?

MS. TOLEDO: Object.

Leading.

A. A lot of analytical chemistry is very data intensive, and those data, as you can see from 8,000-some-odd pages, are kept on a computer and they are maintained on a -- a computer, unlike other fields of chemistry, for example, synthetic

chemistry, where basically procedures are exactly written like a cookbook.

In analytical chemistry, it's different, and you refer to different places for where the data is kept, where the data is handled, all of that. So that's what this is referring to.

Q. And Emery's testing data that was done for this litigation was provided by way of your reports, the attachments, the numerous spreadsheets and the actual LC-MS/MS data and process files; correct?

MS. TOLEDO: Objection. Leading.

A. We provided all the data we have associated with the work we've done in connection with the MDL, and more.

In fact, provided them our Citizen Petition data, our development data, you know.

Q. Now, Emery Pharma used LC-MS/MS to quantitate NDMA for the work in this case. What is "LC"?

A. "LC" stands for liquid

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

chromatography.

Q. And just generally how does that work?

A. You have -- you know, typically you have pumps that are drawing solvents from a reservoir that's sitting on top of the machine, and it could be an aqueous solvent, an organic solvent, and a mixture of those solvents gets pushed into the column. Your column could be a reverse phase, it could be various other types of columns.

And as your solvent going through a column, you are injecting your compound. And the interaction between your compound, your mixture of whatever you have, with the solvents, with the column itself results in a separation of various components that you have.

Let's say you have Coca-Cola. You're going to be able to separate the sugar, you know, the water.

Obviously, the water comes first, you got sugar, then you have maybe

some dye components.

So you see those at different retention time, and you see them systematically, that's the process of LC, liquid chromatography.

And we -- we call LC, we call them HPLC, we may call it UPLC, but they're all same principle.

Q. And what type of detection would HPLC or LC typically use?

MS. BOGDAN: You can take down this exhibit. I don't know if it's still up for everybody.

A. The type of detection that's most often used, I would say 99 percent of the companies are using is UV detection. So you have a UV detector, but you could also have other detectors.

You could have charged aerosol detector or ELSD detector or optical density detector.

And basically UV -- for UV detector, your compounds have to have UV absorption, UV, you know, some sort of a UV

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

activity.

NDMA unfortunately is not UV active and therefore you cannot detect it with an HPLC.

Even if you could detect it, and let's say it was very nice UV active molecule, because it's so low in concentration, it just renders HPLC absolutely useless.

So basically you have to go use either GC-MS or LC-MS, and of course NDMA has extensively been used by GC-MS for many, many years in -- you know, by EPA and, you know, FDA and others.

That's where -- that's the go-to methodology. And when of course we found out that GC-MS doesn't work, you know, everybody moved on to the LC-MS.

Q. Okay. So you were asked a lot of questions about, as you're saying, MS, mass spectrometry.

How does that work?

A. So mass spec, effectively, as your compound come out of the LC, as your

separated compounds are coming out of the LC, they're going into a chamber. It's called charge -- you know, it's called source.

And depending on your type of source, you could have ESI, APCI. APCI is atmospheric pressure. ESI is typically under a vacuum. And the molecule becomes ionized by this, you know, source.

So if the molecule doesn't get ionized, mass spec is useless, so you have to be able to ionize your molecule.

As it gets ionized, it goes through a quad, and that quad effectively is a filter, and you can -- it goes through your one quad and you're able to detect specific mass.

And then in the case of LC-MS/MS, it goes through a second quad where -- you know, it's called the collision cell, where you're zapping the molecule in the collision cell, and then it goes through the third quad, where the third quad is a filter.

So first quad and third quad are filters, and the second quad that's sitting in the middle is really a collision cell. And then of course at the very end there's a detector.

The entire time from the moment an analyte hits the source until it's detected, it's less than 20 millisecond. Okay, imagine a second? This is 20 millisecond -- 20 millionth of a second -- yeah, 20 millionth of a second.

So it's extremely rapid, and the molecule gets ionized, goes through these filters and detected within very rapid time.

Q. And then is detection performed in the LC-MS/MS based on charged particles striking the detector?

A. Exactly, so you have --

MS. TOLEDO: Object to form.

A. So the ionized form of the molecule are detected and -- by their mass, effectively.

And so, you know -- and that's,

you know, for example, if ten people were going through this -- you know, LC-MS/MS, I can say "I only want anybody that has -- that weighs 120 pounds," and it only allows people that weigh 120 pounds through the first detect -- first quad.
And then it goes through the second quad. And then, you know, you can actually multiply filter and they detect -- that's where MRM comes from.
Q. MRM is a type of LC-MS/MS?
Did you answer, Doctor?
A. Yes. It stands for multi-reaction monitoring. I think I extensively addressed it in my first rebuttal report with pictures and everything to Dr. Olsen.
Q. And so the detector actually is detecting charges and is not differentiating on mass after it gets through Q3; correct?
MS. TOLEDO: Objection.
Leading.
A. So the detector is picking up

mass overcharge. So if you could multiply charge a molecule, then the mass, the total mass will drop.

So that's what detector does.

Q. So two molecules that are ionized at the same time but have different masses can be detected independently using MS detection?

MS. TOLEDO: Objection. Leading.

A. Absolutely. Two molecules that have different masses can -- should be able to be filtered individually.

Q. And can two molecules that are ionized at the same time and have the same masses but have different charges be detected independently using MS detection?

MS. TOLEDO: Objection. Form.

BY MS. BOGDAN:

Q. Go ahead, Doctor.

A. Yes, we should have -- we should be able to detect them separately.

Q. Is there further specificity

obtained when fragmentations of the ions are performed within a collision cell of the mass spec?

A. You know, you can actually ask to be only allowed certain ions to go through the first filter, and then the collision cell happens where you're, you know, effectively, you know, colliding -- you have specific collision energy and then you're fragmenting the molecule in a specific way.

So in your fragmentation, you're able to see whether you're -- you're able to get, you know, qualifiers and quantifiers.

The qualifiers and quantifiers are two unique fragments that specifically point to a specific molecule.

And so it's a very, you know, effective instrument to be able to distinguish very low level compounds and be able to separate them from very sophisticated matrices that HPLC could not do it at all. You couldn't even imagine

anything like that, you know, what can be done by LC-MS/MS be done by HPLC by itself.

Q. So is precision and accuracy increased with LC-MS/MS because of the multiple ionization events?

MS. TOLEDO: Objection. Leading.

A. The detection limit gets increased as it relates to LC-MS.

The precision accuracies are typically within certain parameters, accepted parameters. I believe bioanalytical guidance.

There are guidances. A guidance for industry, bioanalytical, you know, chemistry that says precision and accuracy of, you know, 15 to 20 percent is entirely acceptable at very low levels.

So if you're getting 2 nanogram, you could have something at 2 nanogram, you could have 3 or 4, you know, so that's acceptable.

At higher levels, you know, you're looking at 15 percent accuracy and

precision. But those are standards that every lab sets on their own, and we -- we have very tight control and tight standards for that which is presented in our validation parameters very extensively.

One of the reasons why we do validation is to show precision and accuracy, and for every test we've done for detection of NDMA, we have validated, extensively validated the procedure.

Our validations are fit-for-purpose validations.

In other word, there may be 15 different parameters. We only focus on what matters for the methodology we're pursuing.

Q. So there was a lot that you had spoken about there.

If by HPLC, NDMA and ranitidine were not separated, would they be separated in the process of MRM detection?

MS. TOLEDO: Object to form.

A. Yes, they -- you know, so -- you know, it's unimaginable to be able to

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

separate NDMA using HPLC at the levels that we're detecting them.

But it's very definitively, very easy in the pills. It's very extremely easy to develop -- to have the method.

So of all the complexity of methods I've seen over the years, in my 35 years, you know, in pharmaceutical industry, this is really one of the simplest methodologies, simplest sample prep, you know, to essentially, you know, extract NDMA, and it's very robust.

The data we have, the reproducibility, repeatability, all of that is extremely robust and is repeatable.

Q. Now, you spoke of Emery's validation process.

Is that validation process -- why don't we go through just the basics.

Can you explain just basically what the validation processes involve.

A. So there are different parameters that we follow when we are validating method.

We want to see if a method works properly. We -- first of all, we like to have a placebo pill. A pill, imagine a Zantac pill that has zero NDMA.

So unfortunately we couldn't find any pill with zero NDMA, but we had some pills that were very low, so we looked at, you know, the baseline. We like to see a clean baseline.

If we see any NDMA in it, obviously we note that, we note the MRM transition, we determine what the MRM transition is, we -- as part of our development.

So we want to be able to detect the NDMA. We want to be able to say that is -- not only we have good detection limit, good selectivity, but we also want to have good specificity, where we say that is NDMA. So that's the first thing we do, so that's your selectivity and specificity.

Then the -- some of the other parameters that we look at very carefully is matrix effect.

Does the matrix want to hold on to NDMA, not release it as part of your sample prep.

So we intentionally add low levels of NDMA, known amount of NDMA in a matrix, in a pill.

And then let's say the pill has 5 nanogram to begin with. We add 50 nanogram and then we go and we should be able to detect 55. And sure enough we're able to detect, within plus or minus 10 percent, that 55.

Then we go and add 500. And then -- we should be detecting 550 -- or let's say 505, right? And again we're able to detect that 505.

So two things could go wrong here. One -- one, you could have matrix suppression. One, you could have matrix enhancement.

And those matrix suppression enhancements are very common thing in any bioanalytical project.

So we --

Q. How do you account for those?

A. We account for them by knowing how much already NDMA exist in it and we -- you know, we also have a calibration curve, we establish a calibration curve. So we look at the linearity of calibration curve and basically -- you know, and range.

We want to be able to, you know, create a calibration curve that say you have 50 nanogram, you have X response. If you have 100 nanogram, you should have 2X response.

So if you -- if you can show this linearity, that range, so the range of linearity that we have for NDMA is 5 to a thousand nanogram, and anything that fell over this range -- let's say we ended up with something that went way over that linear range. Then we would repeat the testing, we would dilute it multiple-fold and run it again to see what the level were, so those are all part of our data.

And of course we look at accuracy and precision.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

So those are -- those are the parameters that were very -- it's very important for us. We have pass/fail, pass/fail.

So in all of our validation parameters, we showed that we were able to pass all of these -- all of these criterias to have a validated method.

Of course one might say, "Oh, what about intraday stability."

Our samples, first of all, we understand the stability of this molecule and -- better than probably anybody on the planet, so we have good handle on what makes it stable, what makes it weak.

The moment we do the sample prep, product samples are run, or tray -- LC-MS tray, our sample tray. And basically auto sampler is kept at zero degree or 5 degrees, I think, and so it's kept cool.

And then samples are run. All are typically run overnight or after hours.

So --

Q. Go ahead, I'm sorry. I didn't

mean to interrupt. I thought you were --

A. So there's an extensive process involved in validation, and that's -- that's -- we are very, you know, 100 percent sure that the method would be repeatable, reliable and -- and, of course, we are using very similar methodologies to Abe and Gao and Florian and FDA and others who have done this work.

Q. So this extensive validation procedure that you discussed, did Emery's validation procedure follow general accepted scientific standards used in research labs for validations like the one that you just described?

MS. TOLEDO: Objection. Leading.

A. Rosemarie, we've gone above and beyond generally accepted scientific principles.

Primarily, I -- you know, I don't want to bad-mouth any of our colleagues and -- who have done investigation in this area, including FDA,

where they have not used -- used internal standards. I think --

Q. You mentioned internal standard, Dr. Najafi.

Can you describe what an internal standard is.

I don't think you've actually given us a definition of what it is and why it is important and how it ensures accuracy in Emery Pharma's test results.

A. Right.

MS. TOLEDO: Objection to the form.

A. Internal standard in this case, you want to pick an internal standard that effectively you know how much you're adding into the sample.

And let's say -- first of all, what is an internal standard.

An internal standard, you select your internal standard based on, does it have similar molecular weight, does it have similar polarity, similar hydrogen bonding, similar -- so in the old days, you know,

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

way back when, back in the days that I was younger, we didn't have all this sophisticated internal standards, like deuterated and Carpenter Team and others, and so we used other -- other molecules, other similar molecules.

Today, you know, we have, of course -- since the '90s, I would say, we're -- you know, we're afforded isotopically labeled internal standards of similar, you know, characteristics.

So in this case, we're very lucky to be able to buy certified reference standard from various, you know, forces, including USP and others, where they sell certified reference standards.

These reference standards are typically deuterated reference standards. So instead of NDMA with the hydrogen ion, the two methyls are hydrogen, you'll have deuterium.

So what happens is you're going to have a different molecular weight, slightly different molecular weight, but

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

you're by and large the same polarity, same molecular weight, same activity.

So we add -- imagine if I add 5 -- you know, and I've done our validation and I know I have fantastic recovery from the pills and everything, right? I have great -- no suppression, no matrix suppression or enhancement and all of that.

Then I put in our reference standard, our internal standard into a pill, into a Zantac pill.

Let's say I add 20 nanogram. If during my testing I only detect 10, then my recovery is 50 percent, so the same thing will happen to the NDMA.

So if I pick up -- you know, let's say I pick up 500 nanograms in the pill, I should multiply it by two because of that reference -- what that standard is telling me.

Do you follow?

Q. I do follow. And --

A. It's -- it's -- it is -- it's almost -- I will go on record to say it's

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

malpractice not to have -- not to use reference standard when you're doing such a critical testing because you may be reporting, you know, a thousand nanogram, and in reality it may be two thousand nanogram.

Or you may be reporting two thousand nanogram where in reality it should be only a thousand nanogram.

So the internal standard essentially corrects you and it corrects the matrix effect.

And it also corrects if you have any pipetting error. So it's a very -- it's very generally accepted scientific analytical principle, bioanalytical guidance that you must use internal standard. So for every pill we tested for the MDL, we've used internal standards.

I hope I answered -- it was a long-winded --

Q. It was very informative, though.

Thank you.

And using this internal

standard, which is this extra step that was used for the testing that was done by Emery Pharma in this case, ensured that the testing methods Emery was using were reliable; correct?

MS. TOLEDO: Objection. Leading.

A. Absolutely.

Q. And this procedure to validate the LC-MS/MS methods is generally accepted in the field of analytical chemistry; correct?

MS. TOLEDO: Objection. Leading.

A. Absolutely. As I stated before, if you're testing for a genotoxic compound of great, great importance, you must employ all of the tools at your disposal, and not using internal standard is malpractice.

Q. And the method that was used by Emery Pharma to validate its LC-MS/MS testing methods is similar to the methodology that would be followed by research laboratories?

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

MS. TOLEDO: Objection. Leading.

A. Absolutely. Our methodology is very similar to FDA, very similar to Abe.

In fact, some of -- I believe Abe has used the internal standard, Braunstein, a few others have used internal standard, but some of them have not used internal standard.

So if you ask me which results I believe, I believe the ones who have used internal standard.

Q. And the validation that you've spoken of and the LC-MS/MS testing methods that you've spoken of that were used for the work that you did in this case, was the rigor that you used to do this work the same as the rigor that you would use for a pharmaceutical client?

MS. TOLEDO: Objection. Leading.

A. Absolutely 100 percent.

When we embark on -- in any investigation, we use -- we use the

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

highest, you know, achievable scientific standards to detect impurities or to help with pharmaceutical development.

At the end of the day, you know, I continuously tell my team, you know, lives depend on it, so the work we do matters.

Q. Okay. Now, Doctor, you testified based on questions asked by counsel for the defendants that the ranitidine testing in studies you conducted here were research and development work and therefore not subject to cGMP and GLP; correct?

MS. TOLEDO: Objection. Leading.

A. That's correct. I have stated this multiple time. GMP is applied to manufacturing of a drug or release of a drug, and GLP really stands for projects that we conduct that has, you know, effectively safety implication for a new drug that's being filed with the FDA. Not a recalled drug.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

Q. You testified that based on questions asked by counsel for the defendants that as a result of this being a research and development project, there aren't SOPs that apply to the work.

Can you please explain what you meant by that?

MS. TOLEDO: Object to form.

A. We have extensive SOPs for conduct of our GMP/GLP project, and it's -- it's really an entirely different process.

We do not have those with our research investigations work.

Q. Now, you testified based upon questions asked by defense counsel that Emery follows standards generally accepted in the scientific community for its research; correct?

MS. TOLEDO: Objection. Leading.

(Reporter clarification.)

A. Yes.

Q. And is there a single source for standards generally accepted in the

scientific community?
MS. TOLEDO: Object to form.
A. No.
Q. And those generally accepted standards are found in either the regulatory documents or peer-reviewed published studies that you cited in your report; correct?
MS. TOLEDO: Objection. Leading.
A. That's correct.
Q. And based on your 30 years of experience in the industry and the thousands of chemical tests that you conducted in your career and your review of the literature and awareness of the field of chemistry, are you aware of generally accepted standards in the scientific community?
MS. TOLEDO: Object to form.
A. Generally accepted scientific principles are principles that, you know, every good scientist should adhere to, and the number one criteria in my mind are your

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

measuring equipment have to meet certain standards, which we always do.

We want to make sure the team is trained to do the work they need to do so it's -- a lot of it has to do with training. Are they trained individual, do they have proper training, do they have the resume, do they have the CV.

It's the work needs to be reproducible. Often time we may end up having somebody do the work and then somebody else repeat it.

We've -- you know, repeatability of the work is crucial. I -- I would say, in my mind, repeatability of the work needs to -- is paramount, and the fact that our work has been corroborated and repeated by the FDA, I think it -- you know, it tells you a lot about what we've been able to accomplish.

Q. Now, did Emery use an environmental chamber for the stability studies, accelerated studies and consumer experience studies to determine if Zantac

degrades over time under different temperature and humidity conditions?

MS. TOLEDO: Object to form.

A. Yes, we have.

Q. Are environmental chambers, like the one that you used, used in the pharmaceutical industry?

A. Absolutely. You know, there are specific guidances that you would need to follow to -- there are ICH guidances that even your product -- your target market is not United States or it's not India or Brazil, you would have to still perform testing in those conditions. Those are the guidances.

So there are definitive things that you have to do per the guidance, and we've conducted those, you know, according those -- to those guidances for Zantac at different temperature and different humidity and we've tested those as a function of time.

Q. And I was referring to the actual device that you used to do that, the

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

stability chambers, are those typically used in the pharmaceutical industry, an environmental chamber, did you say all of the time?

A. All of the time.

Q. Okay.

A. It's part of -- part of -- and, in fact, once you put a drug on the market, you still need to continue to monitor your stability of your drug at various temperature and humidity throughout just to make sure your drug -- they call it retained samples.

The retained samples are kept in these humidity chambers to make sure that what happens to the -- and they monitor it so -- because if you're monitoring it, it's sort of an indicative of what's happening on the marketplace.

So it's done before you develop a drug, it's done with -- during your development of the drug, it's done even after your development of the drug, after the product is on the market.

So it's a very common practice.

Q. And that's the -- basically the procedure, as far as using a stability chamber to set temperature and humidity conditions, that was the methodology that you followed for the testing you did in this case; correct?

MS. TOLEDO: Objection. Leading.

A. Yes.

Q. And for the SGF studies, meaning the simulated gastric fluid studies that Emery performed, what study designs did you follow for those?

MS. TOLEDO: Objection. Form.

A. So --

Q. You've got to sit forward, Dr. Najafi. I think your audio is cutting out a little bit.

A. So the study design we have followed, as I mentioned before, everything we've done is anchored in a peer-reviewed publication or in a guidance that we are

able to, you know, acquire.

The SGF studies really -- first of all, simulated gastric fluid studies are as old as -- as a hill, as they say. It's used every day for drug dissolution testing and whatnot, so it's nothing new.

But in this particular instance, it's really rooted in WHO, World Health Organization recommendation and International Agency for Research in Cancer, IAR -- yes, IARC, where they make a recommendation of using 40-millimolar concentration of sodium nitrite in acidic media with a drug -- whatever drug you're developing that's potentially suspected of developing nitrite, gastric conditions and so forth, you've got to test it, and companies have been doing this testing.

The other things that we evaluated, we evaluated some of defendants' own testing that were conducted back in the early '80s by Dr. Tanner, where he also repeated the NAP study at the various -- and he, you know, he sort of repeated the

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

NAP study.

And then of course, you know, fast forward to, you know, recent time, the SGF studies have been done by Gao, by Braunstein, and of course by Emery Pharma.

So we are -- we have a very established methodology. We're really not that far from Gao or Braunstein or even NAP.

Our results, we actually repeated some of the results we -- we are right on the, you know, right equal to what NAP -- the result that Tanner got, Dr. Tanner got, and also Gao as well.

Q. And when you were saying you were really not that far from, you're talking about the results of the testing; right?

A. The results.

Q. You actually repeated and followed the methods of the WHO NAP study --

A. Very -- I -- yes.

Q. -- the Braunstein study, and the

Gao study; correct?

MS. TOLEDO: Objection to form and leading.

A. That's correct.

Q. Now, yesterday you were asked some questions about certain protocols that are part of the studies Emery ran and whether they were personally designed by you.

Do you recall that?

A. Yes, I do.

Q. Okay. Can you please describe the general process that was used to design the studies that you did for this case.

A. The --

Q. And your involvement.

A. So if a pharmaceutical company comes to us and say, you know, "hey, I have a problem, I have drug on the market and the impurity in this drug is rising," this is -- you know, this has happened multiple time, so we obviously develop a proposal and we provide, you know -- we come up with a statement -- a statement of work.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

That statement of work is -- is -- always involves me, involves some of our top scientists, and we design a statement of work. And if the client says "yes, go ahead," then we embark on that study.

I'm not the sole person involved in the design of this study, but I think I have a say in if I don't like the certain design, I would argue against it.

But, you know, so it's really a process of collaboration and it's a scientific collaboration to come up with a protocol, and then we follow through with it.

Q. And you're at the helm, so to speak, for Emery Pharma; correct?

MS. TOLEDO: Objection. Leading.

A. Yes, I am the -- I am the president, CEO of Emery Pharma.

Q. And for the work that was done in this litigation, you approved and oversaw the experiments that were done; correct?

MS. TOLEDO: Objection. Leading.

A. Yes, that's correct.

Q. Now, you mentioned during your testimony that Emery was under a time constraint to do this work, but you were still able to complete the studies in your report with the same rigor as you would in any other research and development work you've done; correct?

MS. TOLEDO: Objection. Leading.

A. Absolutely.

Q. You didn't cut any corners in this work, did you?

MS. TOLEDO: Objection. Leading.

A. Absolutely did not cut any corners and everything was done according to highest scientific principles and highest principles we live by at Emery Pharma.

Q. Is the quality of the science the same whether you're doing a cGMP

project or doing research work like you did in this case?

MS. TOLEDO: Objection to form.

A. Quality of science, the quality of scientists, the quality of our instrumentations, everything is the same.

What's different in GLP-GMP involves a lot of paperwork, a lot of SOPs and a lot of regulatory, you know, filings.

Q. Early on in the ranitidine story you noticed that GC-MS was causing NDMA to form from ranitidine; correct?

A. That's correct.

MS. TOLEDO: Objection.

Leading.

THE WITNESS: Sorry.

BY MS. BOGDAN:

Q. Do you have an opinion whether the LC-MRM testing method could be causing artifactual NDMA formation?

A. Yes, I do. It absolutely --

Q. What is your opinion?

A. It absolutely is. You know, no NDMA can be generated from either MRM, from

the source that's going through or the process.

The reason for that is, I have multiple reasons for you, and one is that if you recall in GC-MS, we would put 150 milligram and we would get 3 million nanogram of NDMA. 150 milligram, 3 million nanogram -- 3 million plus or minus 100,000, something like that. Very consistent.

And this is -- this was was done as a result of 10 minutes of heating. So the process of heating generated NDMA.

The process of heating involves, you know, it's a biomolecular reaction.

Ion source, the in-source ionization that happens in the LC-MS is a unimolecular reaction. And basically -- so the molecule -- and we know that that's not how NDMA is produced.

We go through 20 milliseconds, whereas in generation of NDMA and GC-MS, we needed 10 minutes of heating.

If you actually heated it less,

you would regenerate less NDMA.

So it was for that reason alone, I think that's not possible, but I also have a second reason.

Q. Yes?

A. And that is, imagine it is getting created by the source -- at the source, some NDMA is being formed.

If it was being formed, it would be consistent, right? 150 milligram, you're going to get -- you're going to get, let's say, a thousand nanogram, or you're going to get 5 nanograms. You get it consistently.

In this case, we actually are able to detect Zantac with almost very little NDMA, you know, 5 nanogram, 10 nanogram.

So -- and then you also have Zantac with, you know, 15,000 nanogram, so it's -- so it's really not the source.

That's really -- you know, by looking at the source, you're completely, you know, going off on some tangent that

doesn't make sense. It's not scientific.

There's a third reason. And there is actually a water company that sells LC-MS/MS. They just published a note. You know, it's for NDMA, NDMA detection by water. They just published a note.

And their note effectively looks at this. And, you know, and they basically said, you know, if there is a possibility, you know, that they actually look at the separation and say, well, we wonder if the NDMA or ranitidine might actually degrade and form NDMA, and they have actually already shown that, that it doesn't.

So, you know, so there are really three main reasons, and there are actually more reasons to not -- not agree with that, you know, idea.

I think it's a very far-fetched idea that, you know, I think it's properly already investigated and it's not possible.

Q. Did you start your work researching whether ranitidine degrades

into NDMA from a null hypothesis?

MS. TOLEDO: Object to form.

BY MS. BOGDAN:

Q. Meaning you didn't have a predetermined idea as to how that question would be answered.

MS. TOLEDO: Objection. Leading.

A. Every time we do any scientific work we like to basically assume that everything is working properly.

Even when we do see NDMA, we might say, "Well, this NDMA might be a contamination. Let's look into it. This NDMA could actually be as a result of the matrix. Let's look into it." So we've done proper validations and work.

But we don't assume that -- you know, believe me, I would have loved to see zero NDMA in Zantac pills, and we assumed there should be no NDMA in Zantac pills.

We actually looked at a number of other, you know, antacids in our earlier work, pre MDL, to see if they are

generating NDMA or not, and they don't.

You know, and we presented that, I believe, at the ASMS, American Society of Mass Spectroscopy conference.

So, no, we don't assume -- we're not, you know, trying to -- we're not hoping for something to have NDMA. We report whatever there is.

MS. BOGDAN: If we could please bring up the exhibit called "Desktop View."

THE WITNESS: Could we go off record for one second. I want to use the facilities.

MS. BOGDAN: Sure.

THE VIDEOGRAPHER: Off the record then.

Okay. Going off the record. The time is 3:43 p.m.

This is the end of Media Unit 4.

(A recess was taken.)

THE VIDEOGRAPHER: We are back on the record.

The time is 3:56 p.m. Pacific

Time.

This is the beginning of Media Unit 5.

BY MS. BOGDAN:

Q. Dr. Najafi, do you remember being shown some LC-MS/MS process data yesterday that was in a different format with different values than how the value presents on the computers at Emery?

MS. TOLEDO: Object to form. Leading.

A. Yes, I do.

Q. That's because it was run, at least partially, on a different template, right, the setup looks totally unfamiliar to you; correct?

MS. TOLEDO: Objection. Leading.

A. Yes.

MS. BOGDAN: If we could please pull up the exhibit called "Desktop View."

(Exhibit 22 marked for identification, four-page document,

desktop view of LC-MS/MS data.)

BY MS. BOGDAN:

Q. Do you see what's been marked as Exhibit 22? I don't know if it's loaded yet for you.

A. Yes, I do.

Q. Okay. All right.

Is this an example of the LC-MS/MS data as it appears on the computers at Emery and the format it appears in?

A. Yes, that's how it appears on our computers.

Q. Okay.

MS. BOGDAN: And if we could just go through each of the pages.

Thank you. Okay. We can take that down.

BY MS. BOGDAN:

Q. Now, Doctor, I understand during your testimony you offered to have the defendants come to your lab.

Do you think that is necessary if a competent person looking at the data

could see it in the different views like the view that we just showed as Exhibit 22?

MS. TOLEDO: Object to form. Leading. Mischaracterizes his testimony and counsel is testifying.

A. We have presented all of our data and more, including a lot of development work.

If the competent and capable person looking at the view that we just showed you, or multiple views that they offered by the MassHunter software, I'm not an expert in MassHunter software, but they should be able to see the same view as we have and they should be able to come up with a very similar conclusion as ours.

Q. Now, you mentioned MassHunter, and you were asked numerous questions about MassHunter, including its search capability.

Do you recall that?

A. Yes, I do.

Q. And you're not an expert in MassHunter, are you?

MS. TOLEDO: Objection to form.

A. I'm not an expert in MassHunter.

I only review the data it outputs.

Q. MassHunter is not word searchable, like some laypeople may think of a find function or a search function in a word process document.

It's more complicated than that; correct?

MS. TOLEDO: Objection.

Leading.

A. That's correct. MassHunter is not word searchable. It's not like Excel. It's not like Microsoft Word.

Q. Now, the defense experts, while not testing the ranitidine in real-world conditions, for example, go to great lengths to criticize Emery's testing; correct?

MS. TOLEDO: Objection.

Leading.

A. That's correct.

Q. Okay. And your rebuttal report

addresses a number of those criticisms; correct?

MS. TOLEDO: Objection. Leading.

A. That's correct.

MS. BOGDAN: If we could please bring up Dr. Najafi's rebuttal report, March 28, 2022.

(Previously marked Exhibit 5 shown to witness.)

BY MS. BOGDAN:

Q. I think, Dr. Najafi, or at least I'm now seeing what was marked previously as Exhibit 5, which is a copy of your rebuttal report from March 28, 2022.

Do you see that?

A. Yes, I do.

Q. Okay. And this is one of your rebuttal reports that addresses a number of those criticisms of Emery Pharma's work; correct?

A. Yes, it does.

Q. Okay. And there's one place in this rebuttal report where you mention

Dr. Guengerich, correct, and that's on page 12?

MS. TOLEDO: Objection. Leading.

A. Yes, it does.

Q. Okay. And when you were asked those questions yesterday, did counsel for the defendants show you your rebuttal report when asking you the questions about Dr. Guengerich's report?

MS. TOLEDO: Object to form. Mischaracterizes the testimony.

A. No, they did not show me my rebuttal report.

Q. So they never showed you the specific reference in your rebuttal report to Dr. Guengerich?

A. No.

MS. TOLEDO: Objection to form.

BY MS. BOGDAN:

Q. Would that have helped refresh your recollection?

MS. TOLEDO: Objection to form.

A. Yes, it would have.

I think yesterday I mentioned I do not recall. I -- we received several thousand pages, you know, in expert testimonies and data and everything from the defendants, and my main focus was Dr. Olsen and Dr. Bumpus, and where they had, you know, extensively commented on my expert report.

And I scanned through Dr. Guengerich's report and there was a minor place where I did make a comment about it, but primarily my focus was Olsen and Bumpus, so I had not really thoroughly reviewed, you know, his initial report.

MS. BOGDAN: We can take that exhibit down.

BY MS. BOGDAN:

Q. Now, you testified yesterday based on questions asked by counsel for the defendants that you are not an expert in toxicology.

Do you have experience in the field of toxicology so that you are qualified to discuss the toxicology of

chemicals, like NDMA?

MS. TOLEDO: Object to form. Leading and mischaracterizes his testimony and it's been asked and answered.

A. So I am not a doctor of toxicologist. I don't have a Ph.D. in toxicologist.

But from a chemistry point of view and molecular point of view, I know more about the chemistry of certain molecule than probably most toxicologist.

I've had toxicologists report to me over a -- over a 10-year period.

I have conducted toxicology projects in various studies, animal studies. And I've helped with review, filing, design even of some of those studies as it related to my previous -- previous company 10, 15 years ago.

So I do -- I can review and I have -- I have relevant comment as it relates to the chemistry of the compound and its toxicity.

Q. And are you referring to NDMA?

MS. TOLEDO: Object to form.

A. Yes, specifically to NDMA, genotoxic compounds and -- you know, as an organic chemist, I can actually look at a molecule and be able to predict whether the molecule could be a -- you know, could cause -- you know, could be toxic, could be deadly, could be potentially like a narcotic or what we call alerting structures.

And all -- I'm very familiar with those alerting structures, and I've actually put together material safety data sheet at my previous companies when I was at Sigma-Aldrich Corporation, so I'm familiar with the chemistry of molecule and know how to put things together.

Q. Okay.

MS. BOGDAN: Thank you, Doctor.

That's all I have. I appreciate your time.

MS. TOLEDO: Could we go off the record for five minutes and then we

will have recross with our remaining time.

THE VIDEOGRAPHER: Going off the record.

The time is 4:08 p.m.

(A recess was taken.)

THE VIDEOGRAPHER: We are back on the record.

The time is 4:20 p.m.

FURTHER EXAMINATION

BY MS. TOLEDO:

Q. Dr. Najafi, hello again.

I want to ask you some follow-up questions after the questions that Ms. Bogdan asked you, okay?

I may jump around a little bit, so I apologize if it seems disorganized, but obviously it won't take too long.

A. Do you want me to open my Egnyte to look at documents at all?

Q. Yes, please. It would be great if you had that ready.

A. I have that ready here. It should be...

THE CONCIERGE: You need the expert report on screen?

MS. TOLEDO: No, he has -- he has the hard copy of that.

THE CONCIERGE: Okay.

MS. TOLEDO: I believe.

THE WITNESS: I have that, yeah.

MS. TOLEDO: Okay.

BY MS. TOLEDO:

Q. So, Dr. Najafi, you don't need to find an exhibit right now.

Do you recall testifying that Emery creates a statement of work prior to conducting testing?

Do you recall that testimony?

MS. BOGDAN: Objection to the form.

A. I do, yes, I just gave that testimony.

Q. Right. And I believe you compared it to a protocol; is that right?

MS. BOGDAN: Objection to form.

A. Not necessarily.

Q. Okay. Well, did you create any

statements of work for your testing of ranitidine?

MS. BOGDAN: Objection to the form and to the extent that any response would call for you to relay privileged communications or expert privilege, then you are directed not to answer.

MS. TOLEDO: Are you stating that there may be documents that have been withheld based on privilege?

MS. BOGDAN: No. I'm saying that if the doctor was going to be answering your question based upon attorney-client, attorney-expert privilege communications, that he should not, because the scope of your question was pretty broad with regard to work, so I'm just cautioning him not to speak with regard to any privileged communications.

BY MS. TOLEDO:

Q. Can you please answer my question, Dr. Najafi.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

A. Sure. So the statement of work is typically -- you know, I may have a different definition than you do, but the statement of work is a very brief summary of what the plans are.

And if the clients agree to that, then we actually, you know, end up having a kickoff meeting. And at the kickoff meeting, we develop a more detailed strategy of, you know, developing a -- we do -- what we do, a feasibility study.

This is really outside of the work we've done for MDL, so I'm just giving you an example of how this is done.

And then we do a feasibility study. And once -- sometimes we do a feasibility study, let's say it's a drug impurity that the client comes to us and say "I got a drug on the market, my data from my environmental, you know, chambers or testing, we're seeing an impurity we've never seen before," and they're frantically trying to figure out what that impurity is and the levels are growing, it's

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

.5 percent, point whatever, and they're saying we need to figure out what it is.

So we effectively just look into it. We set up a meeting internally. We evaluate to see whether this is something we can embark on.

If we can embark on that --

Q. I'm --

A. Let me finish.

Then we put --

Q. Dr. Najafi, we have very limited time. I have 40 minutes to ask you all my final questions and I didn't --

MO MS. TOLEDO: I move to strike as nonresponsive.

BY MS. TOLEDO:

Q. I simply asked whether you created any statements of work for your testing of ranitidine. Not how you generally create statements of work.

I'm just asking the specific question, did you create any statements of work for your testing of ranitidine.

MS. BOGDAN: Objection to the

form.

A. Those are privileged communication between us and the plaintiffs' MDL attorneys.

Q. Have those documents been identified in a privilege log produced in the litigation?

MS. BOGDAN: Objection to the -- wait a second.

MS. TOLEDO: Wait a second.

He's saying that he has documents that have not been produced in the litigation because they're privileged.

MS. BOGDAN: That is not what the testimony is, and anything that is privileged communication between the expert and the parties' attorney is not subject to disclosure.

BY MS. TOLEDO:

Q. I'm not asking for the content of the documents.

I'm asking, were statements of work created relating to your testing of

ranitidine.

MS. BOGDAN: Objection.
Overbroad.

A. We've cited there are proposals that were given to -- to the plaintiffs' attorneys as it relates to the SGF work, as it relates --

MS. BOGDAN: Objection.
Objection.
Again, these are privileged communications between the expert and the plaintiffs' attorneys.
This is just -- this is straight-up communications between party and their expert, and it's completely privileged.

MS. TOLEDO: Well, we don't agree that a proposal for work relating to testing would be privileged, but we can set that aside and move on and we can bring that to the Court at the appropriate time.

BY MS. TOLEDO:

Q. If we could just go on to my

next question, which is, we've talked a lot about your opinions about what Dr. Benotti's work with the hard drive that Emery produced looked like.

Do you recall that testimony?

MS. BOGDAN: Objection to form.

A. Yes, I do.

Q. Okay. Is it your opinion that the data exported by Dr. Benotti and included in his declaration accurately reflects Emery's data?

MS. BOGDAN: Objection to the form. Mischaracterizes his testimony.

MS. TOLEDO: I'm asking if it's his opinion.

A. No, it doesn't accurately represent our data.

Q. Okay.

MS. TOLEDO: David, if you could pull up Exhibit 22.

(Previously marked Exhibit 22 shown to witness.)

BY MS. TOLEDO:

Q. And this is the desktop view

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

that you discussed with Ms. Bogdan.

Do you remember?

A. Correct.

Q. Yes. So is this the only format in which the ranitidine data can be viewed on your computer?

A. As far as I know, this is the only format that I know, and as you toggle from sample to sample, you're able to see different chromatograms and you're able to examine them.

You -- you cannot evaluate a sample by looking at one single chromatogram and be able to say, okay, this is what this is.

You need to be looking at blanks, you need to be looking at QCs, you need to be looking at: This is the right view, this is right proper thing.

The other thing that was missing in Dr. Benotti's -- and I have utmost respect for him, but he had completely missed a lot of our internal standard data.

I don't know how, what he was

pulling out of the main source data, but I think a lot of the data might have been -- might have been garbled.

I recommend that he should probably go back and try to either talk to Agilent, now that he has the data, to see if he can retrieve a similar view as we have, and then he should also be able to say every sample should have -- every sample we've tested should have internal standard, every MDL sample and prior -- even development sample should have MDL standards -- internal standards, I mean.

Q. Okay. So in this document, this is obviously a PDF, but if it were live on your computer, the analyst could click on the next line and there would be a different chromatogram at the bottom; correct?

MS. BOGDAN: Objection to the extent that he's not an expert in MassHunter.

MS. TOLEDO: He was talking about toggling between the samples.

That's what I'm asking about.

A. That's what I believe will happen.

Q. Okay.

A. You go from -- it may not be by toggling, but there may be a point where you go -- where you have the ability to flip through various chromatograms.

Q. So the analyst looking at this screen view, the view actually changes as he goes -- changes the -- click on the various samples; correct?

A. That's correct.

Q. Okay. I will represent to you that I looked through and did not see that these screens contain any MS data.

Do you have any basis to disagree?

A. But there are -- you know, this is not the only view. You have to flip through and take a look at different, you know, parameters, different chromatograms, and you have to look at the qualifiers, quantifiers, and they show as you move

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II
forward, as you go down.
Q. Okay. Thank you.
MS. TOLEDO: You can take this down.
BY MS. TOLEDO:
Q. Is it your opinion that documentation and SOPs are unrelated to the quality of the scientific work?
MS. BOGDAN: Objection to the form.
A. I -- your question is -- could you repeat your question?
Q. Yes.
A. You asked me for my opinion on what?
Q. You testified earlier about GLP and cGMP being mostly related to documentation requirements; is that right?
MS. BOGDAN: Objection to the form.
A. I think you're mischaracterizing my testimony.
I said cGMP is the work you do for a drug that's going to be, you know,

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

submitted to the FDA for -- it could be a new drug that's being submitted to the FDA and you're -- the work you do is relating to that, or if it's related to the animal safety or human safety or, you know, pharmacokinetic studies, or the paperwork that needs to get submitted as part of an IND, as part of an NDA, those work need to be done under GLP.

And they're -- the work is primarily SOP driven. Usually the SOPs are either obtained from the client or we develop those SOPs or SOPs are obtained from United States Pharmacopeia, so those are established SOPs, and then we follow those and we try to essentially report according to the regulation.

Q. Did I -- maybe I misunderstood you, but I believe you said that the quality of the scientific work that a lab performs is not related to the documentation that is kept.

MS. BOGDAN: Objection.

BY MS. TOLEDO:

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

Q. Is that not your opinion?

MS. BOGDAN: Objection to the form. It mischaracterizes the testimony.

A. The quality of the documentation... I don't understand your question.

Q. The quality of the work and the experiments that the lab does, is it unrelated to the documentation that is kept relating to that experiment?

A. Very complex question.

MS. BOGDAN: Objection. Objection to the form.

If you could just wait before you answer, Dr. Najafi, so I can put my objection on the record.

A. Could you break down your question so that I can actually answer that question? I think you have multiple question in one sentence.

Q. When you -- when the lab runs experiments, is it not required to keep documentation reflecting the work that was

done?

MS. BOGDAN: Objection to the form.

A. So the quality of the work we do is the same whether we do GMP, GLP or research. It's the same quality of work, the same equipment, the same balances, the same pipettes.

But when it relates to doing the work for GMP or GLP, we need to effectively submit a lot of paperwork relating to the balance, the this/that, you know, a lot of different things that need to be submitted to the -- to the Agency or to the client as it relates to GLP, GMP.

We are not under those obligations when we are investigating if a pharmaceutical company comes to us and say "I have a drug on the market and I'm looking to see what the impurity is," and we basically get to work, we're using the same equipment, we're using the same human resources, we're using the same balances, we're using the same pipettes, but we're

not -- you know, we're investigating.

We're in a research -- research mode, and that research mode is investigative. It's more or less, you know, you're investigating that -- you know, the problem, you're identifying the problem, you're trying to remedy the problem and it's really focused on that.

And it's very different work than GLP. In GLP work, often the client comes to us with their own protocol sometime, with their own SOPs.

They say, "Here's our SOPs. Run this for us." And we actually take their SOPs and adopt it to our systems and then we go through that.

Q. So the quality of the scientific work does not depend on keeping proper documentation?

MS. BOGDAN: Objection.

BY MS. TOLEDO:

Q. Is that what you're saying?

MS. BOGDAN: Objection to the form of the question. That is --

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

A. I didn't say that.

Q. Okay. So let's move on.

Earlier I believe you mentioned synthetic chemistry to contrast -- as a contrast to the work you did and how that data should be recorded.

Do you recall that testimony?

MS. BOGDAN: Objection to the form.

A. When -- when did I say that?

Q. Okay. Do you believe that the amount of data that should be recorded depends on the laboratory test that is being performed?

MS. BOGDAN: Objection to the form.

A. Do I believe the amount of the data is like the volume of the data?

Q. Yes.

A. What's the question? Would you rephrase your question?

Q. Do you believe that the amount of data that should be recorded depends on the laboratory test.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

MS. BOGDAN: Objection to form.

A. It's -- it doesn't -- the question, you know, I don't think the question makes sense.

You know, so what you're saying is that if this is an important test, I'm going to generate thousand, you know, a thousand pieces of paper, a thousand pages. And based on, you know, how important a test is, I generate more paper? Is that what you're asking?

Q. No. I'm asking if you -- for different types of tests that Emery has run --

A. Uh-huh.

Q. -- does the data that needs to be recorded vary?

MS. BOGDAN: Objection to the form.

A. We use -- Ms. Toledo, we use the same methodology we use for any pharmaceutical company for this project.

We do not make any differentiation. We put our

instrumentations at service of this project just like we do it for another pharmaceutical company.

We put top-notch manpower. We have bachelor level scientists here that I think they could have even -- they could have done this work just as easily. We have Master's level scientists.

But we put our Ph.D. level scientists to this work because I chose earlier on to embark on this as the CEO of the company because it was a genotoxic drug and it was something that I related to and -- and, you know, I thought it was important to understand what's going on, and I decided --

Q. I --

A. I decided to put very proper human resources to work on this project.

So I think we've gone above and beyond, you know, the call of duty to make sure we have proper resources, proper scientific resources, proper laboratory resources to this project and I think --

Q. Dr. Najafi, please. I have very limited time. We want to make sure that you meet your commitments and we -- you need to answer my question, okay?

Have you ever conducted liquid injection gas chromatography?

A. Are you asking me if I have personally injected liquid -- liquid into gas chromatography?

Q. Yes. Liquid injection gas chromatography, have you performed that type of experiment or testing?

A. Personally, I've done thousands of liquid chromatography -- gas chromatography experiments starting, as I mentioned in my testimony, 1978 --

Q. Okay. Doctor, thank you.

A. -- until 1998.

Q. Now, you talked in your answers to Ms. Bogdan about the FDA several times.

Do you recall?

MS. BOGDAN: Objection to form.

A. Regarding what part of FDA?

We had a lot of conversation

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

regarding FDA.

Are you talking about --

Q. Exactly, exactly.

A. -- the Citizen Petition?

Q. No. I want to ask you, is it your position that FDA has replicated or corroborated your studies with meat?

MS. BOGDAN: Objection to the form.

A. Are you asking if it's my -- my understanding that FDA has corroborated my data?

Q. You stated before, if I understood you correctly, that FDA has replicated and corroborated your work, Emery's work.

Do you recall that testimony?

MS. BOGDAN: Objection to the form.

A. That testimony in relations to the Citizen Petition.

Q. Okay. So my question is, FDA has not replicated or corroborated your studies with meat; isn't that true?

MS. BOGDAN: Objection to the form.

A. Now you're being more specific.

Are you being specific regarding meat studies?

Q. Yes.

A. SGF -- SGF studies?

Q. Yes.

A. As far as --

MS. BOGDAN: I'm sorry, Dr. Najafi, your voice did drop.

THE WITNESS: Sorry.

A. As far as we know, I can -- when I'm talking about FDA corroborating our testing, it's -- I'm primarily referring to our methodology for testing LC-MS and I'm basing it purely on the fact that they wrote me a letter and they agreed with my findings and conclusions.

Our conclusions have been that genotoxic compound is temperature/time/humidity sensitive molecule and FDA has agreed with that.

And furthermore, you know,

further testings that have been done all corroborate that conclusion.

So I'm simply stating that conclusion, and I'm not talking about the specifics of SGF testing or whether SGF with ham or with bacon or with sausage. I'm not talking about that.

I'm just talking about the conclusion. Our conclusions have been corroborated, yes.

MS. BOGDAN: Could I have a time check on the day?

MS. TOLEDO: Pardon me?

MS. BOGDAN: Could I please have a time check on the day?

MS. TOLEDO: Let's go off the record.

THE VIDEOGRAPHER: Going off the record.

The time is 4:46 p.m.

(Discussion held off the record.)

THE VIDEOGRAPHER: We are back on the record.

The time is 4:48 p.m.

BY MS. TOLEDO:

Q. Dr. Najafi, do you believe Emery's validation is better than FDA's method and validation for ranitidine testing?

MS. BOGDAN: Objection to the form.

A. I don't -- I have not seen FDA's validation in full. We've tried to actually compare it.

I'm actually -- I have FDA's, you know, methodology in front of me, and FDA basically has two method. They have a high-resolution mass spec, they have also an MRM method.

All I can tell you is that they are not using internal standard. They are not used NDMA-d6. They are not using a qualifier/quantifiers.

They're basically -- they're -- so there's no date. We've not been able to locate any validation by FDA whatsoever.

Q. So -- sorry.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

So do you believe FDA committed malpractice in how it designed its analytical methods?

MS. BOGDAN: Objection to the form of the question.

A. They might have done validations and they never shared it with us, so I don't want to accuse them of, you know, committing malpractice, but we haven't seen it.

And I stand by what I said.

Anybody that doesn't do proper validation and proper internal -- and not put internal standard in -- in looking after 125 nanograms of a genotoxic compound, I think they're not doing their job.

And I can tell you this much. That if somebody at my company does that, I will -- I will probably fire them.

Q. I will represent to you that we have looked through all your reports and nowhere did Emery provide a graph like the one in the FDA MRM method, where Emery

overlaid the MRM scan with a UV scan.

Do you have any basis to disagree with that statement?

MS. BOGDAN: Objection to the form.

A. Well, one is not necessary.

So that said, UV coupled with MRM, it's less useful than having an internal standard.

Q. So you did not create a similar graph; right?

A. It's not necessary. Our methods were extensively validated.

Q. And that's in the data that you --

A. That's absolutely --

Q. I'm sorry, I'm not finished, sir.

And that's in the data that you included in the hard drive that was produced to defendants? Is that your contention?

A. Absolutely. Everything that we had was extensively provided to the

defendants.

Q. Okay.

A. The only -- the only person who did any sort of validation that I can see is Braunstein, based on our record, and -- and Florian, Dr. Florian, who is connected with the FDA, and he's using internal standard, which is extremely important.

Q. Okay.

MS. TOLEDO: And let's pull back Exhibit 21, the Citizen Petition -- the FDA letter in response to your Citizen Petition.

(Previously marked Exhibit 21 shown to witness.)

MS. TOLEDO: And if we could please go to footnote 2.

BY MS. TOLEDO:

Q. Can you see that, Dr. Najafi?

And there the FDA says:

"We have reviewed the information on the Petitioner's preliminary study and will look for its final publication after peer-review.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

"See petition at 6; see also Sections 2 and 3 of this response, where we discuss recent Agency action regarding ranitidine and the basis for these actions."

Did I read that correctly?

A. Yeah. Yes, you have.

Q. Okay. Have you reviewed Sections 2 and 3 of this letter?

A. I -- I cannot recall right now.

If you don't mind, you can bring it -- bring it up. I can give you my opinion.

Q. That's all right.

Are you aware that FDA relied solely on their own testing when requesting a recall of ranitidine products?

MS. BOGDAN: Objection to the form.

A. I believe so.

Q. Okay. And I will represent to you that I previously took the deposition of your daughter, who was testifying as the corporate representative of Emery Pharma,

and she testified at the time that no one ever submitted any of the Emery test results in a peer-reviewed journal.

My question to you is whether that is still true, that no one has ever submitted the ranitidine test results to a peer-review journal for publication.

MS. BOGDAN: Objection to the form.

A. I -- Ms. Toledo, we went over this extensively, and unfortunately you are using your time for this. I'm happy to respond again.

We -- the preliminary results that we have filed during our Citizen Petition was not sufficient for a publication.

FDA did their own testing, as you stated correctly, and they came to the same conclusion, that this product is time/temperature/humidity sensitive molecule.

We, in January of that year, we were engaged by the plaintiffs and we were

on their confidentiality -- Court ordered confidentiality at that point, and -- but our work actually, we had already prior commitment to the -- to Dr. Mitch. We continued that work.

We were planning to file -- file -- actually, we were planning to present at the American Society of Mass Spectroscopy, and that -- that poster is public and it has extensively been reviewed by colleagues and it was presented. It was not peer-reviewed, but it was presented at a highly competent and highly prestigious mass spectroscopy conference.

And, you know, so our hope is to be able to publish once the Court order confidentiality goes away and we would be able to publish.

Regarding publication with Mitch, you know, I have extensively gone over as well, and his IRB was pulled because at that point the drug was completely recalled, so these are the reason.

And, you know, the reason why FDA is stating this publication is because we -- I had written my letter to the FDA in my petition to the FDA. We had mentioned that we're planning to publish it and they're just saying, "Okay, great. We look forward to your" --

Q. Okay.

A. -- "We look forward to your publication." That's all.

Q. So the answer is, no, it has not been published in any peer-reviewed journal.

A. We absolutely --

Q. Yes or no?

A. Yes, we have not published it in peer-reviewed journal.

However, as I've stated probably a dozen times during this testimony, everything we've done is rooted in peer-reviewed publications for LC-MS testing of NDMA, for SGF testing of Zantac, you know. Everything is rooted in some publication or in some guidance.

I'm really not --

MO MS. TOLEDO: Move to strike all of the discussion as nonresponsive after he answered that it has not been peer-reviewed.

And with that, I think we --

MS. BOGDAN: She muted herself.

MS. TOLEDO: I'll just reserve the last two minutes.

If your counsel is following up on any questions, we might use those last two minutes after her.

MS. BOGDAN: Okay. Let's just take a quick break, holding it to five minutes or less.

THE VIDEOGRAPHER: Going off the record.

The time is 4:58 p.m.

(A recess was taken.)

THE VIDEOGRAPHER: We're back on the record.

The time is 5:01 p.m.

MS. BOGDAN: I would like to thank Dr. Najafi for his time and we

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

don't have any further questions.

MS. TOLEDO: All right. So I guess we're done, Dr. Najafi.

He looks frozen, though.

MS. BOGDAN: You know what? Now we don't need his time. We do not need to solve this IT problem right now.

THE VIDEOGRAPHER: We are off the record at 5:01 p.m. Pacific Time and this concludes today's testimony given by Dr. Ramin Najafi.

The total number of Media Units used was five and will be retained by Veritext.

(Time Noted: 5:01 p.m. PST)

______________________

RAMIN NAJAFI, Ph.D.

Subscribed and sworn to before me

this ____ day of ____ , 2022.

______________________________

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

C E R T I F I C A T E

I, Linda J. Greenstein, Professional Shorthand Reporter and Notary Public in and for the State of New York, do hereby certify that, RAMIN NAJAFI, Ph.D., the witness whose deposition is hereinbefore set forth, was duly sworn and that such deposition is a true record of the testimony given by the witness to the best of my skill and ability.

I further certify that I am neither related to or employed by any of the parties in or counsel to this action, nor am I financially interested in the outcome of this action.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of June 2022.

Linda Greenstein

Linda J. Greenstein

My commission expires: January 30, 2025

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

I N D E X


| WITNESS | EXAMINED BY | PAGE |
|---|---|---|
| RAMIN NAJAFI, Ph.D. | Ms. Penner | 325 |
| | Ms. Bogdan | 460 |
| | Ms. Toledo | 532 |

----------- INFORMATION REQUESTS ---------

DIRECTIONS: (NONE)
RULINGS: (NONE)
TO BE FURNISHED: (NONE)
REQUESTS: (NONE)
MOTIONS: 352, 358, 536, 563

----------- E X H I B I T S -----------

| NO. | PAGE |
|---|---|
| (Exhibit 17 marked for identification, one-page document, screenshot of website from the Vanderbilt University.) | 335 |
| (Previously marked Exhibit 5 shown to witness.) | 354 |
| (Previously marked Exhibit 4 shown to witness.) | 369 |
| (Exhibit 18 marked for identification, multi-page document titled "Quantitative Analysis Results Summary Report.") | 372 |
| (Previously marked Exhibit 9 shown to witness.) | 380 |
| (Previously marked Exhibit 18 shown to witness.) | 389 |

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

C O N T I N U E D
I N D E X:

------------ E X H I B I T S -------------


| NO. | PAGE |
|---|---|
| (Previously marked Exhibit 4 shown to witness.) | 396 |
| (Previously marked Exhibit 9 shown to witness.) | 400 |
| (Previously marked Exhibit 4 shown to witness.) | 401 |
| (Previously marked Exhibit 4 shown to witness.) | 414 |
| (Previously marked Exhibit 5 shown to witness.) | 424 |
| (Exhibit 19 marked for identification, multi-page document titled "Quantitative Analysis Sample Based Report.") | 430 |
| (Exhibit 20 marked for identification, multi-page document titled "Quantitative Analysis Sample Based Report.") | 450 |
| (Exhibit 21 marked for identification, multi-page document, letter from FDA to Dr. Ramin Najafi.) | 460 |
| (Previously marked Exhibit 9 shown to witness.) | 479 |
| (Exhibit 22 marked for identification, four-page document, desktop view of LC-MS/MS data.) | 523 |
| (Previously marked Exhibit 5 shown to witness.) | 527 |
| (Previously marked Exhibit 22 shown to witness.) | 539 |
| (Previously marked Exhibit 21 shown to witness.) | 558 |

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

DEPOSITION ERRATA SHEET

Our Assignment No.: 5238865

Case Caption: In Re Zantac Litigation

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

______________________

RAMIN NAJAFI, Ph.D.

Subscribed and sworn to on the ____ day of ___________, 20 ____ before me.

______________________________

Notary Public,

in and for the State of

________________________.

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

DEPOSITION ERRATA SHEET

Page No.____Line No.____Change to:_________

_____________________________________________

Reason for change:___________________________

Page No.____Line No.____Change to:_________

_____________________________________________

Reason for change:___________________________

Page No.____Line No.____Change to:_________

_____________________________________________

Reason for change:___________________________

Page No.____Line No.____Change to:_________

_____________________________________________

Reason for change:___________________________

Page No.____Line No.____Change to:_________

_____________________________________________

Reason for change:___________________________

Page No.____Line No.____Change to:_________

_____________________________________________

Reason for change:___________________________

Page No.____Line No.____Change to:_________

_____________________________________________

Reason for change:___________________________

CONFIDENTIAL - RAMIN NAJAFI, Ph.D. - VOL. II

DEPOSITION ERRATA SHEET

Page No.____Line No.____Change to:__________
__________________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:__________
__________________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:__________
__________________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:__________
__________________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:__________
__________________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:__________
__________________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:__________
__________________________________________________
Reason for change:____________________________

**&**

**&** 317:5,18 319:11 320:10,19 321:16 322:19 323:13,16 323:20

**0**

**0** 427:11
**02210** 318:19

**1**

**1** 317:6 324:17 364:9 376:17 377:15 380:13 385:17,18 387:18 387:21 389:13 391:16 393:6 395:11,14 396:7 397:24 398:22 399:12,13 400:18 427:10 462:23
**1,096.6** 415:3
**1-1/2** 386:25 387:6 387:15
**1.787** 434:6,14
**1.832** 436:19
**1.d** 389:14
**1.d.** 389:19
**10** 385:21 409:7,11 414:6 426:20 429:15 441:21 464:17 495:13 501:14 518:13,24 519:18 530:15,21
**10,000** 416:5
**10/13/21** 383:7
**100** 339:15 366:8 472:9 496:12 498:6 504:23
**100,000** 518:10
**10016** 318:13
**10019** 320:21
**10036-2601** 320:15
**10075** 323:7
**103** 320:6
**10:30** 404:13
**10:49** 404:18
**11** 413:12
**11.7** 414:22
**11.9** 427:17
**1100** 318:6 319:18
**1185** 320:14
**11:13** 413:16
**12** 528:3
**120** 488:5,6
**12205** 317:6
**124** 417:25
**125** 419:7 556:16
**12:12** 456:17
**12:28** 456:22
**12:30** 458:13,15
**12th** 318:12 319:19
**13** 399:4,5
**130** 317:12
**131** 414:8
**1325** 320:20
**14,991.6** 414:23
**1400** 322:21
**1410** 318:19
**15** 408:14 491:18 491:25 492:14 530:21
**15,000** 519:21
**150** 414:23,24 415:3,5 472:7,9 518:6,8 519:11
**15219** 321:18
**16** 352:7 389:14,19
**16.3** 427:17
**1600** 317:13
**16d** 323:7
**17** 335:14,25 336:3 352:7 355:24 388:18,19,20 566:16
**173** 369:21 370:4
**174** 396:20 401:17
**18** 372:19,20,22 388:22 389:10 566:20,23
**1800law1010.com** 317:8
**18th** 317:12
**19** 430:6,7 567:10
**19103** 317:13
**19337** 317:20
**1977** 468:11
**1978** 551:17
**1998** 468:22 551:19
**1st** 369:8,9 474:16

**2**

**2** 364:16 376:17 377:15 380:13 385:19 404:14 461:4 465:23 474:14 491:20,21 558:18 559:3,10
**2,222.2** 415:6
**20** 315:3 385:21 408:14 426:20 441:21 450:24 487:9,10,11,12 491:18 501:13 518:22 567:12 568:22
**200** 322:13
**20005** 319:19
**20032** 319:7
**201.577.5175** 321:11
**202.918.1841** 319:21
**202.949.6455** 319:8
**2020** 369:9 457:23 461:4 465:21 474:14,16
**2021** 399:4,5 422:12 428:17 429:12
**2022** 315:21 316:2 324:5 422:13 465:20 527:9,16 564:21 565:19
**2025** 565:24
**20th** 319:12
**21** 460:2,8 558:12 558:16 567:14,21
**211013** 374:5
**211203** 430:16
**212.600.4912** 323:9
**212.779.6102** 320:23
**21202** 319:13
**215.735.0773** 317:15
**22** 523:24 524:5 525:3 539:21,23 567:17,20
**220** 372:13 388:17 388:21,22
**23** 388:25
**232** 335:2 388:19
**235** 450:14
**237** 430:3,4
**24** 381:19 400:24 417:9

**24th** 375:2,5
**25** 404:7 419:3,3 442:4 444:2
**2500** 322:14
**26264** 565:21
**27** 315:21 316:2 324:4
**28** 527:9,16
**2800** 318:6
**28th** 320:21
**2901** 321:6
**2924** 315:3,3 324:24
**2924-20** 324:24
**2:21** 458:15 459:3 459:9
**2x** 496:12

**3**

**3** 376:17 377:16 403:3 404:21 413:19 431:22 432:21 456:18 466:6,9 472:7,10 472:23 491:22 518:7,8,9 559:3,10
**3.550** 315:10
**30** 328:23 346:24 385:21 408:15 507:13 565:24
**300** 317:19 472:10
**3000** 322:7
**303** 322:7
**30305** 322:15
**30326** 317:20
**305.442.8666** 318:8
**31126-1337** 317:20
**312** 322:21
**318** 402:19
**318.7** 401:8
**31st** 457:11
**320.1** 402:20 403:6 403:7
**320.4** 401:9 403:12
**320.4.** 402:10 403:3
**320.7.** 402:21 403:7,7
**3200** 319:6
**322** 402:19
**322.0** 401:8
**325** 323:6 566:5
**33** 479:19,20,21
**33134** 318:7
**3333** 322:14
**335** 566:16
**3391** 317:19
**34th** 320:14
**35** 493:9
**352** 566:13
**354** 566:18
**358** 566:13
**369** 566:19
**37** 331:5,18 358:18 420:5
**372** 566:20
**376** 390:12 392:17 393:3 396:10
**376.5** 388:8
**380** 566:22
**389** 566:23
**38th** 321:18
**396** 567:5
**3:43** 522:20
**3:56** 522:25
**3rd** 319:6

**4**

**4** 369:20,24 372:17 376:17 377:12,16 395:15 396:20 397:2 401:17,19 414:7,12 423:20 423:21,23 451:18 456:25 491:22 522:21 566:19 567:5,7,8
**40** 345:8 512:13 536:13
**400** 567:6
**401** 567:7
**404.523.7706** 317:22
**404.572.3438** 320:16
**407.5.** 397:12
**41** 396:5 401:4,7 401:12
**41,614.0336.** 378:8
**410** 397:10,18,18 398:2,4,10,22 401:25 402:5
**410.2** 388:4 397:6 398:11
**410.2.** 396:11 398:8
**410.783.4004** 319:14
**412.263.1840** 321:22
**412.263.4397** 321:20
**412.9** 397:12
**4120** 459:21
**414** 567:8
**424** 567:9
**430** 567:10
**444** 388:10
**444.0** 396:11
**450** 567:12
**45202-4029** 322:22
**460** 566:6 567:14
**479** 567:16
**4:08** 532:6
**4:20** 532:10
**4:46** 554:21
**4:48** 555:2
**4:58** 563:19
**4th** 473:22

**5**

**5** 354:16,18 355:24 355:25 376:17 379:7 396:11 410:3 423:18 424:4,9 431:24 432:23 440:6 441:4 442:2 464:7 467:4 495:9 496:16 497:21 501:4 519:14,18 523:4 527:11,15 536:2 566:18 567:9,19
**5.4** 427:17
**5.6594** 436:9
**5.7** 427:17
**5/27** 335:4
**50** 356:5 408:15 409:5,6,10 495:9 496:11 501:15
**500** 321:6 407:5 432:19 440:2,4 441:22 495:14 501:18
**505** 495:16,17
**50s** 469:12
**512.457.7251** 322:9
**512.874.3832** 321:13
**512.874.3888** 321:8

**513.698.5104** 322:23
**5150** 315:8
**523** 567:17
**5238865** 315:25 568:4
**527** 567:19
**53** 356:6
**532** 566:7
**536** 566:13
**539** 567:20
**54** 354:19 356:4 423:18 424:3
**55** 495:11,13
**550** 495:15
**558** 567:21
**563** 566:13
**573.875.1991** 320:8
**58** 443:10
**5:01** 563:23 564:11,17
**5th** 377:16

**6**

**6** 559:2
**60** 409:3,11
**600** 318:12
**617.207.0602** 318:21
**65** 417:13
**65201** 320:6
**678.553.2392** 322:16

**7**

**7** 369:12
**70s** 469:14
**75** 387:11 443:10
**78701-4653** 322:8
**78746** 321:7
**79th** 323:6
**7th** 565:19

**8**

**8** 328:20,21 330:2 379:12
**8,000** 340:9 341:7 481:22
**8,700** 384:19
**8-1/2** 427:19
**800.529.1010** 317:8
**80s** 469:15 512:23
**888.480.1123** 318:14
**8:17** 316:3 324:4
**8:21** 328:7
**8:33** 328:11

**9**

**9** 380:24 381:2 400:23 401:2 404:3,6 479:12,14 479:17 566:22 567:6,16
**9.9** 427:17
**90s** 469:16 500:9
**92** 451:8,21
**96** 473:25
**99** 448:10 484:16
**9:19** 364:8
**9:33** 364:14
**9:34** 365:4
**9:38** 365:9

**a**

**a.m.** 316:3 324:4 328:7,11,20,21 364:8,14 365:4,9 404:13,18 413:12 413:16
**abe** 334:12 361:3 406:17 470:17 498:9 504:5,7
**ability** 542:8 565:12
**able** 337:15 338:25 340:3,12 340:15,16 342:7 342:21 343:9 362:19 363:10 385:6 387:7 393:18 403:21,23 404:4 421:9 429:17 437:23 440:4,21 457:7 483:22 486:13,17 489:13,24 490:14 490:14,21,23 492:25 494:16,17 495:11,12,16 496:9 497:7 500:14 508:20 512:2 516:8 519:17 525:15,16 531:7 540:10,11 540:15 541:9 555:23 561:17,19
**absolute** 444:14
**absolutely** 338:17 339:2 343:22 344:5 352:20 362:21 406:19,20 407:19 415:9 417:3 443:25 445:11,13 470:11 472:14 475:19 476:17 485:10 489:12 503:9,16 504:4,23 509:9 516:14,19 517:22 517:24 557:17,24 562:15
**absorption** 484:25
**abundantly** 361:13
**academic** 332:24 333:10,23
**accelerated** 508:24
**acceptable** 445:3,5 445:7 449:16,17 491:19,23
**accepted** 332:14 332:23 333:9 345:12,16,22 470:7 491:13 498:14,20 502:16 503:11 506:17,25 507:5,19,22
**accepts** 445:4
**access** 410:25 411:6 423:2
**accommodate** 328:14 329:19
**accomplish** 508:21
**account** 439:17 455:3 496:2,3
**accounted** 454:25
**accuracies** 491:11
**accuracy** 491:4,17 491:25 492:9 496:25 499:10
**accurate** 326:3,13 373:12,15 378:12 391:22 392:18,25 399:9 568:13
**accurately** 539:11 539:17
**accuse** 556:9
**achievable** 505:2
**acidic** 512:14
**acknowledge** 329:25

**acquire** 512:2
**acquisition** 435:16 436:18
**action** 411:24 413:5 461:22 462:18 465:2 559:4 565:15,17
**actions** 315:12 462:16 464:24 559:6
**active** 485:4,7
**actively** 352:4
**activities** 350:11
**activity** 338:15,16 485:2 501:3
**actual** 342:5 376:15,17 385:2 387:13 390:23 401:7 427:14 435:11 482:12 509:25
**add** 433:11 495:5 495:9,14 501:4,4 501:13
**added** 432:19 433:12
**adding** 499:17
**addition** 411:10
**additional** 334:15 353:10 407:5
**address** 330:8
**addressed** 460:16 488:16
**addresses** 527:2 527:20
**adhere** 507:24
**adjusted** 434:12
**adjusting** 382:7,12
**adjustment** 443:5
**adjustments** 449:18,18
**administration** 462:15
**adopt** 547:16
**advise** 471:17
**aerosol** 484:20
**affirmed** 325:13 459:5
**afforded** 500:10
**afternoon** 459:10
**agencies** 347:3
**agency** 512:11 546:15 559:4
**agilent** 406:17 445:23 447:10,16 447:20,21 448:5 541:7
**agilent's** 449:3,9
**ago** 331:6 386:10 530:21
**agree** 324:16 346:5 431:23 439:3 440:15 520:19 535:7 538:19
**agreed** 328:15,19 331:11 396:13 553:19,24
**agreement** 328:14 328:17 329:5,6,23
**ahead** 381:3 453:6 455:16 489:22 497:25 515:6
**alameda** 315:8
**alaska** 339:17
**albany** 317:6
**aldrich** 531:17
**alerting** 531:11,14
**alfano** 321:16
**aliquot** 406:5,8,24 406:25 407:10,15
**allen** 322:9
**allow** 350:15,22 351:18 418:6
**allowed** 490:6
**allows** 488:5
**amazon** 339:18
**american** 522:4 561:9
**americas** 320:14 320:20
**amount** 353:14 379:11 407:9 439:10,11,20 440:22 443:19 444:18 495:6 548:13,18,23
**amounts** 439:17
**analysis** 334:8 372:24 374:25 375:8,9 416:16 430:9 445:4 451:2 467:15 566:21 567:12,14
**analyst** 323:21 351:25 434:21 435:2 437:17 441:6 444:5,9,10 445:3 448:7 453:4 454:19,22 455:14 455:18 541:17 542:10
**analyst's** 452:21
**analysts** 367:2,6 411:7 435:6 442:24 447:14
**analyte** 487:8
**analytical** 363:17 394:15 470:8 481:20 482:4 502:17 503:12 556:4
**analytically** 408:7 408:21
**analyze** 453:16
**anapol** 317:11
**anapolweiss.com** 317:15
**anchored** 331:16 406:21 511:24
**animal** 474:11 530:17 544:5
**answer** 326:9,16 331:19 334:23 337:15 339:2 346:6,14 348:17 350:16 352:21 359:2,21 360:17 367:10 369:7 389:18 393:10 406:23 420:16 438:2,10 444:7 488:13 534:9,24 545:17,20 551:5 562:12
**answered** 358:7 360:16 400:16 423:14 502:21 521:7 530:6 563:5
**answering** 351:17 359:15 360:3 394:9 420:22 534:15
**answers** 332:5 393:24 551:20
**antacids** 521:24
**anybody** 488:4 497:14 556:13
**anyway** 373:14
**apart** 476:11 478:4
**apci** 486:7,7

**api** 365:22 371:3 410:16
**apologies** 466:22
**apologize** 532:18
**appearing** 317:2
**appears** 382:24 387:20 403:14 424:20 453:8 524:10,12,13
**appendices** 360:9 424:12
**appendix** 348:23 364:20 370:5
**applied** 505:19
**apply** 348:20 506:6
**appreciate** 391:11 393:19 531:22
**appropriate** 377:2 538:23
**approval** 471:19
**approved** 331:5 515:23
**approximate** 417:11,12
**approximately** 444:2
**april** 356:18 369:8 369:9 465:20,21 474:16
**aqueous** 483:8
**archive** 407:14
**area** 441:3,23 443:3 444:18,21 444:23 446:16 450:10 453:21,25 454:3,20,22 498:25
**argue** 515:10
**arrived** 409:21
**arrow** 421:20,21
**art** 330:19
**artifactual** 517:21
**ashley** 322:9
**ashley.carr** 322:10
**aside** 409:13 538:21
**asked** 336:12 343:17,20 350:16 350:17 351:2 358:7 359:5,22 425:12 438:3,8 460:10 464:8 467:21 477:6 485:20 505:10 506:3,16 514:6 525:19 528:7 529:20 530:5 532:16 536:18 543:15
**asking** 325:19 337:20,25 338:2,4 343:14 345:15 347:8,10,13 349:23 350:4,9 359:8,16 361:20 391:13 392:6,23 393:2 403:8,10 423:11 480:14 528:10 536:22 537:22,24 539:15 542:2 549:12,13 551:8 552:11
**asms** 522:4
**assessment** 463:7 464:10 466:4 467:7
**assignment** 568:4
**associated** 330:23 362:15 384:8 386:15 387:21 403:11 482:17
**assume** 335:4 373:15 374:21 398:9,11 521:11 521:19 522:6
**assumed** 521:21
**assuming** 411:22
**assumptions** 397:17
**assurance** 418:15
**asterisk** 434:8,10 436:2
**atlanta** 317:20 322:15
**atmospheric** 486:8
**attached** 414:20
**attachments** 482:11
**attempted** 375:7
**attending** 325:7
**attention** 473:4 474:13
**attest** 339:15 343:21 344:8
**attorney** 429:7 534:16,16 537:19
**attorneys** 537:5 538:7,13
**audio** 324:14 327:25 363:23 382:8 462:7 511:20
**austin** 321:7 322:8
**authenticate** 340:4 343:9 359:10
**authors** 347:14 348:2 470:19
**auto** 382:7 497:20
**automatic** 444:25
**availability** 329:19
**available** 369:13
**aventis** 322:6 367:14 469:17
**avenue** 318:12 319:6,18 320:14 320:20
**average** 372:8 387:25 388:4 395:15 397:5 398:10 400:8 401:9 403:8,9,12 416:12,19,19 427:19
**averaging** 403:6
**aware** 411:9,14 507:18 559:16
**awareness** 507:17

**b**

**b** 320:7 323:17 348:23 353:5,23 364:20 370:5 371:3 566:14 567:4
**bachelor** 550:6
**back** 328:9 342:2 342:3 354:24 355:15 356:10 364:12 365:7 370:5 377:5,6 382:13 383:9,12 383:12 384:21 388:15 394:6 396:19 399:10 400:22 401:16 404:2,16 407:25 413:14 423:18 427:14 432:21 433:4 456:20 458:9 459:7 474:2 475:11 500:2,2 512:22 522:23

532:8 541:6 554:24 558:11 563:21
**bacon** 320:19 323:20 431:11,20 432:20 437:22,24 554:7
**bad** 498:23
**badgering** 359:14
**balance** 546:13
**balances** 546:8,24
**baltimore** 319:13
**barnes** 319:14
**bars** 421:20,21
**base** 427:11 434:13,15 471:7
**based** 326:5,7 328:13 337:18 357:18 373:20 378:20 380:12 384:4 430:10 451:3,11 455:24 462:13 464:25 465:2,14 467:13 487:18 499:22 505:10 506:2,15 507:13 529:20 534:12,15 549:10 558:6 567:12,14
**baseline** 365:13 366:4,9,12 370:20 371:5,9,11,16,18 371:25 372:2 381:23 382:21,22 383:21,23,24 384:12 399:4 414:18,19 415:21 427:12,16,18,21 427:24 450:2,2 452:5 480:5,20 494:9,10
**baselinepilltesting** 374:5
**basically** 333:19 333:21 339:11 340:12 369:11 378:20 390:21 397:25 398:18 399:15,22 406:12 410:2,9 411:4,7 426:16 427:8 433:8 439:10 445:20 449:20 452:22 456:2 482:2 484:23 485:11 493:21 496:8 497:19 511:3 518:19 520:10 521:11 546:22 555:15,22
**basics** 493:20
**basing** 429:19 553:18
**basis** 333:20 420:23 542:18 557:3 559:5
**batch** 367:4 371:21 374:3 481:14
**batches** 366:19 481:16
**bayer** 411:11 412:3,9,15
**began** 468:19
**beginning** 364:15 379:8,25 404:20 413:18 456:24 523:3
**beginnings** 377:13
**behalf** 325:20 373:20 461:3
**believe** 348:23 361:22 369:21 370:4 371:2 375:24 376:24 381:10,15,17 408:14 427:25 447:10 467:10,13 491:13 504:6,12 504:12 521:20 522:4 533:7,21 542:3 544:20 548:4,12,18,23 555:4 556:2 559:21
**belongs** 399:13
**benotti** 323:23 384:20 539:10
**benotti's** 385:7 399:23 400:3 539:4 540:22
**berne** 322:19
**best** 331:14 332:9 445:21 447:11 565:11
**better** 443:2 497:14 555:5
**beyond** 328:17 334:5 339:14 498:20 550:22
**bi** 467:14
**biased** 445:12
**big** 326:11 370:15 476:23
**bigger** 370:10,12 380:8 436:15
**billed** 412:2
**bioanalytical** 347:20 491:14,16 495:24 502:17
**biomolecular** 518:16
**bit** 370:10 381:20 391:7 423:6 430:14 436:6 454:8,10 462:8 511:21 532:17
**black** 437:15 443:15 446:11 454:4,25 455:3,5,8
**blank** 375:17 376:12,14 378:6 378:16,23 380:13 380:13,16 381:6 433:8 437:22,23 437:24 455:25,25 456:3,4
**blanks** 375:23 380:13 385:22,23 441:18,19 540:18
**blind** 449:21
**blow** 336:5 381:20 389:5 390:16 395:10 401:4,21 414:9 454:7
**blue** 437:15,19 443:14 446:10
**boehringer** 320:11 320:12,12,13,13 367:14
**bogdan** 317:7 327:21 329:3 330:17 331:23 333:2,12 335:18 335:21 337:8 338:10 339:22 340:6 341:10 342:11 343:11 344:13 345:13 346:20 347:6,16 348:7,15 350:14 351:10,15 353:24 354:23 355:7,10

355:12 357:16 358:6 359:12,19 359:25 360:14 362:8,16,24 363:19 367:8 368:2,5,12,15 370:22 371:6,14 373:17 374:10 377:22 378:3,10 382:2 384:14 386:18 389:16 391:18 392:12 393:7 394:8 395:5 396:16 397:15 398:13 399:6 400:13 403:2 405:24 406:10 407:17 408:10,24 409:17 410:21 411:13,19 412:4 412:12,20,25 415:17,23 416:9 416:25 418:24 420:19 421:15 422:4 425:3,13 426:9 428:3,21,24 429:3,5 431:13 432:25 434:24 435:19 436:22 438:7,21 439:6 440:16 442:13,18 444:6,13 445:17 447:6,17 449:6 451:10,19,22 452:9 453:12,18 453:23 455:7,21 457:21 458:7 459:10,17,22 460:6,21,23 461:7 461:9 462:2 463:3 464:6,18,21 467:18,20 469:25 470:9 479:11,15 480:7,13,17 484:12 489:21 517:18 521:4 522:10,16 523:5 523:21 524:3,16 524:20 527:7,12 528:21 529:16,18 531:21 532:16 533:17,23 534:4 534:13 536:25 537:9,16 538:3,9 539:7,13 540:2 541:21 543:10,20 544:24 545:3,14 546:3 547:21,24 548:9,16 549:2,19 551:21,23 552:9 552:19 553:2,11 554:12,15 555:8 556:5 557:5 559:19 560:9 563:8,14,24 564:6 566:6
**bonding** 499:24
**bosick** 321:16
**bosso** 323:18
**boston** 318:19
**bottle** 407:11 408:18,22 409:2,8 409:11 422:18
**bottles** 365:21 366:16 399:17 410:13,17 428:13
**bottom** 377:12 383:6 385:10 386:20 389:21 404:9 451:25 541:19
**boulevard** 318:6
**bowman** 321:5
**bowmanandbro...** 321:9,11,13
**bowry** 323:24 324:25
**box** 317:20 382:3 403:4 459:18
**bradford** 320:7
**brand** 325:20
**braunstein** 504:8 513:6,9,25 558:6
**brazil** 509:14
**break** 404:5,10 456:13 458:8 545:19 563:15
**brief** 535:5
**bring** 340:13 342:2 416:2 474:12,19 522:11 527:8 538:22 559:12,13
**broad** 534:19
**brooke** 321:5
**brought** 342:3 387:6 473:4
**bullet** 414:8
**bumpus** 529:7,14
**bunch** 363:8
**burned** 328:23
**business** 471:3
**buttons** 352:15
**buy** 500:14

**c**

**c** 317:2 318:2,5,8 319:2 320:2 321:2 322:2 323:2 565:2 565:2 567:2
**c.v.** 320:13
**cal** 375:24,24
**calculated** 378:13
**calibration** 343:5 375:25 376:10,11 384:24 385:9 431:25 432:23 439:13,14 442:5 496:5,6,7,10
**california** 315:7
**call** 477:22 484:7,7 484:8 510:13 531:11 534:6 550:22
**called** 486:4,4,21 522:11 523:22
**calls** 373:19
**camera** 324:9
**canaan** 323:17
**cancer** 512:12
**capability** 525:21
**capable** 525:10
**caption** 568:5
**captioned** 568:12
**capture** 454:19
**car** 409:4
**carcinogen** 461:15
**career** 347:15 348:14 468:14 507:16
**carefully** 332:4 494:24
**carmen** 320:16
**carpenter** 500:5
**carr** 322:9
**carton** 321:10
**carve** 471:18
**case** 333:14 345:3 378:18 411:23 412:5 433:7 435:21,23 469:23 470:5 475:9 482:24 486:19

499:15 500:13 503:4 504:17 511:8 514:15 517:3 519:16 568:5
**cases** 315:6,11 411:11,18 413:23 413:25 435:10
**cause** 334:8 467:15 531:9
**causing** 517:12,20
**cautioning** 534:20
**caveats** 451:7
**ccp** 315:8
**cell** 486:22,23 487:4 490:3,8
**celsius** 410:4
**centre** 321:17
**ceo** 352:3 515:21 550:12
**certain** 341:19 361:16 490:6 491:12 508:2 514:7 515:9 530:12
**certainly** 481:15
**certainty** 339:16 366:8,11 394:11
**certified** 316:11 500:14,17
**certify** 565:7,13
**cetera** 376:18
**cgmp** 327:17 330:14 505:14 516:25 543:18,24
**chaffin** 318:11 323:14
**chaffinluhana.c...** 318:15
**chain** 409:13,22 409:25
**challenging** 439:21
**chamber** 486:3 508:23 510:4 511:5
**chambers** 509:6 510:2,16 535:21
**chance** 464:3
**change** 438:25 569:3,5,6,8,9,11 569:12,14,15,17 569:18,20,21,23 570:3,5,6,8,9,11 570:12,14,15,17 570:18,20,21,23
**changed** 341:2
**changes** 542:11,12 568:14,18
**changing** 343:7
**characteristics** 500:12
**characterization** 329:22 360:2 471:13
**charge** 486:4 489:3
**charged** 484:20 487:18
**charges** 488:20 489:17
**chart** 370:7,19 404:9 423:19 427:23
**chattem** 322:5
**check** 397:21 415:25 448:18 554:13,16
**checking** 387:7 448:14
**chemical** 476:2 507:15
**chemicals** 530:2
**chemist** 531:6
**chemistry** 468:7 470:8 475:17 476:14 481:20,25 482:2,4 491:17 503:12 507:18 530:10,12,24 531:18 548:5
**cherry** 342:24
**cheu** 381:10 383:6
**cheu's** 479:17,25
**china** 339:17
**chm21** 383:15
**choice** 429:14
**choose** 366:13
**chose** 550:11
**chosen** 455:18
**chris.carton** 321:11
**christopher** 321:10
**chromatogram** 342:25 380:10,15 390:3,6,7 393:15 405:4 433:18,23 446:12 455:11 540:15 541:19
**chromatograms** 391:3 404:25 430:23 434:2 448:14 451:15 452:4 540:11 542:9,23
**chromatograph** 390:23
**chromatographic** 446:2
**chromatography** 405:6 468:9,11,12 468:19,22,25
469:3,5,6 483:2 484:6 551:7,10,12 551:15,16
**chu** 381:10
**cincinnati** 322:22
**cite** 478:19
**cited** 507:8 538:5
**citizen** 330:16 331:7,8,10 333:16 334:2,5 338:13,20 338:22 339:4 418:19 419:16,21 460:11 461:3 474:13,19 476:20 482:20 552:5,22 558:12,14 560:16
**citizen's** 460:17 461:19 462:4 465:14 471:22,25
**clarification** 506:22
**clarify** 406:2
**clean** 494:10
**clear** 330:9 350:7 361:13 442:8
**clearer** 454:2
**clearly** 358:17 440:5
**click** 541:17 542:12
**client** 334:7 471:7 504:20 515:5 534:16 535:19 544:13 546:15 547:11
**clients** 535:7
**clinical** 469:21
**clock** 359:24 369:4 394:25
**coaching** 394:25

**coca** 483:21
**cola** 483:21
**collaboration** 515:12,13
**colleague** 334:11
**colleagues** 498:24 561:11
**collection** 385:25
**collectively** 479:3
**colliding** 490:9
**collision** 486:22,23 487:4 490:3,8,10
**color** 440:18
**colorado** 322:7
**columbia** 320:6
**column** 371:22 375:12,14,19,22 377:16 402:12,13 405:8,9 483:11,11 483:15,18
**columns** 428:2 483:13
**come** 343:10 344:11 367:20 393:21 458:8 471:9,12 485:25 514:24 515:13 524:23 525:16
**comes** 405:8,12,16 441:2 443:23 483:24 488:11 514:19 535:19 546:19 547:12
**coming** 335:11 366:20,21,22,22 366:23 369:22 396:21 437:19 439:11 441:9 443:20 450:15 486:2
**comment** 342:7 344:25 529:12 530:23
**commented** 529:8
**commission** 565:24
**commit** 416:16
**commitment** 561:5
**commitments** 420:13 551:4
**committed** 556:2
**committing** 556:10
**common** 495:23 511:2
**commonly** 345:5
**communication** 411:21 425:14 428:20 537:4,18
**communications** 368:17 410:22 534:7,17,22 538:12,15
**community** 506:18 507:2,20
**companies** 349:16 349:19 352:2 468:3,24 471:8,15 471:16,18 484:17 512:19 531:16
**company** 349:13 467:24 473:4,25 514:18 520:4 530:21 546:19 549:23 550:4,13 556:20
**compare** 472:23 555:12
**compared** 533:22
**competent** 524:25 525:10 561:14
**complete** 326:3,13 407:13 438:9 516:8
**completely** 380:21 423:10 439:23,24 440:19 519:24 538:17 540:23 561:24
**complex** 452:12 545:13
**complexity** 493:7
**compliance** 330:20
**compliant** 348:10 348:13
**complicated** 526:10
**comply** 348:17
**components** 405:12 475:21 483:20 484:2
**comported** 348:5
**compound** 331:4 361:7,9 405:11,18 474:10 477:5 483:16,17 485:25 503:17 530:24 553:22 556:17
**compounds** 484:24 486:2 490:22 531:5
**compress** 387:9
**compressed** 387:10
**computer** 326:24 339:12 340:5 344:11 384:6 387:15 435:12 440:25 443:4 444:25 446:17 448:16 479:10 481:10,23,24 540:7 541:17
**computers** 343:18 344:4 434:19 523:10 524:11,14
**concentration** 377:25 378:7 390:11 392:7 393:4 410:8 436:9 439:5 485:9 512:14
**concentrations** 377:17
**concierge** 323:24 325:5 330:7 335:5 335:10,13,20,23 355:3,9,11 363:21 364:23 369:22 370:2 372:14,18 381:25 382:4 388:19,22 389:2 395:20,25 396:21 402:5,11 417:10 417:23 423:25 430:4 450:15,18 450:22 459:15,19 459:24 533:2,6
**concludes** 564:12
**conclusion** 479:4 525:17 554:3,5,10 560:21
**conclusions** 393:22 477:13 553:20,21 554:10
**condition** 326:8,15 326:18 473:10,13
**conditions** 408:6,9 509:3,15 511:6 512:17 526:19

**conduct** 346:8 366:4 371:11 418:21,22 463:5 464:10 465:25 467:7 471:14 478:12 505:22 506:11
**conducted** 324:7 327:18 370:20 371:16 505:12 507:16 509:19 512:22 530:16 551:6
**conducting** 346:19 444:11 447:2 533:15
**conference** 522:5 561:15
**confidence** 419:17
**confidential** 315:1 315:16 316:1,7 317:1 318:1 319:1 320:1 321:1 322:1 323:1 324:1 325:1 326:1 327:1 328:1 329:1 330:1 331:1 332:1 333:1 334:1 335:1 336:1 337:1 338:1 339:1 340:1 341:1 342:1 343:1 344:1 345:1 346:1 347:1 348:1 349:1 350:1 351:1 352:1 353:1 354:1 355:1 356:1 357:1 358:1 359:1 360:1 361:1 362:1 363:1 364:1 365:1 366:1 367:1 368:1 369:1 370:1 371:1 372:1 373:1 374:1 375:1 376:1 377:1 378:1 379:1 380:1 381:1 382:1 383:1 384:1 385:1 386:1 387:1 388:1 389:1 390:1 391:1 392:1 393:1 394:1 395:1 396:1 397:1 398:1 399:1 400:1 401:1 402:1 403:1 404:1 405:1 406:1 407:1 408:1 409:1 410:1 411:1 412:1 413:1 414:1 415:1 416:1 417:1 418:1 419:1 420:1 421:1 422:1 423:1 424:1 425:1 426:1 427:1 428:1 429:1 430:1 431:1 432:1 433:1 434:1 435:1 436:1 437:1 438:1 439:1 440:1 441:1 442:1 443:1 444:1 445:1 446:1 447:1 448:1 449:1 450:1 451:1 452:1 453:1 454:1 455:1 456:1 457:1 458:1 459:1 460:1 461:1 462:1 463:1 464:1 465:1 466:1 467:1 468:1 469:1 470:1 471:1 472:1 473:1 474:1 475:1 476:1 477:1 478:1 479:1 480:1 481:1 482:1 483:1 484:1 485:1 486:1 487:1 488:1 489:1 490:1 491:1 492:1 493:1 494:1 495:1 496:1 497:1 498:1 499:1 500:1 501:1 502:1 503:1 504:1 505:1 506:1 507:1 508:1 509:1 510:1 511:1 512:1 513:1 514:1 515:1 516:1 517:1 518:1 519:1 520:1 521:1 522:1 523:1 524:1 525:1 526:1 527:1 528:1 529:1 530:1 531:1 532:1 533:1 534:1 535:1 536:1 537:1 538:1 539:1 540:1 541:1 542:1 543:1 544:1 545:1 546:1 547:1 548:1 549:1 550:1 551:1 552:1 553:1 554:1 555:1 556:1 557:1 558:1 559:1 560:1 561:1 562:1 563:1 564:1 565:1 566:1 567:1 568:1 569:1 570:1
**confidentiality** 561:2,3,18
**confirm** 413:22 423:25 477:20 478:2
**confirmed** 334:3 417:4
**confused** 424:5
**connected** 558:7
**connection** 324:10 482:18
**conservative** 449:20
**conserve** 426:17
**conserving** 426:16
**consider** 477:2
**consistent** 435:8 518:11 519:11
**consistently** 435:9 472:8 519:15
**constant** 379:11
**constraint** 516:7
**construction** 338:6
**consult** 415:25
**consultant** 374:15
**consumer** 508:24
**contain** 379:18 426:7,8 542:17
**contained** 409:2
**containing** 462:22 465:13
**contains** 370:19 384:11
**contaminant** 474:8
**contamination** 474:21 475:5,7,10 521:15
**content** 359:3 537:22
**contention** 557:23
**contents** 357:2 380:3
**context** 394:21 420:25
**continually** 334:21 358:19 361:8 429:23
**continue** 324:15 399:21 468:18 510:10
**continued** 315:17 316:7 318:2 319:2 320:2 321:2 322:2 323:2 324:18 468:21 561:6

**continuing** 351:23
**continuously** 505:6
**contract** 471:4,6
**contrast** 548:5,6
**control** 359:20 384:25 385:11 391:23 432:14 492:4
**controlling** 445:25
**conversation** 433:4 551:25
**cookbook** 482:3
**cool** 497:21
**coordination** 315:9
**copied** 467:11
**copy** 355:4 527:15 533:5
**coral** 318:7
**corners** 516:15,20
**corporate** 559:25
**corporation** 320:12,12 531:17
**correct** 327:20 332:18 342:10 344:12 348:14 365:18 367:25 368:14 371:22,23 372:6,10 375:21 376:18,22 383:8 384:13 387:22 388:9 393:12 399:5 401:9 402:19 406:9 415:12,13,16,19 415:22 418:10 421:13 425:2,12 425:21,22,25 427:13,19,22 431:6 432:24 434:6,7,19 436:12 441:8 442:12 460:13,14 461:22 461:23 462:23 463:7,10,20 464:13,16 465:18 465:20,21,22 469:24 470:21 478:20 481:17 482:13 488:22 503:6,13 505:15 505:18 506:19 507:9,12 511:8 514:2,5 515:17,25 516:4,11 517:13 517:14 523:17 526:11,14,21,24 527:3,6,22 528:2 540:4 541:20 542:13,14
**corrected** 434:12 435:5
**corrections** 568:15
**correctly** 415:7,10 461:16 474:24 552:15 559:7 560:20
**corrects** 502:12,12 502:14
**correlates** 400:10
**correspond** 397:24 400:17
**corresponding** 384:9 403:18
**corresponds** 398:22,23,23 408:16 437:12 441:17
**corroborate** 554:3
**corroborated** 333:25 334:7,11 334:20,22 508:18 552:8,12,16,24 554:11
**corroborating** 553:15
**costco** 366:23 369:13 420:6
**counsel** 317:5,11 317:19 318:5,12 318:18 319:5,12 319:18 320:5,11 320:20 321:5,17 322:5,13,20 323:5 325:7 327:9 339:25 340:11 368:6,19,20 369:18 410:20 412:8,11,12,14 413:23 427:24 433:3 457:21 505:11 506:3,16 525:6 528:8 529:20 563:11 565:15
**counter** 473:10
**county** 315:8 411:12
**couple** 466:17
**coupled** 557:8
**course** 362:10 470:15,18 472:21 474:15 476:24 485:12,17 487:5 496:24 497:10 498:7 500:9 513:3 513:6
**court** 315:2,7 324:22 325:4 337:10 538:23 561:2,17
**courtney** 323:15
**cover** 412:15
**covered** 410:22 429:7
**create** 496:10 533:25 536:21,23 557:11
**created** 519:8 536:19 537:25
**creates** 533:14
**creating** 475:22
**criteria** 507:25
**criterias** 497:8
**critical** 502:4
**criticisms** 527:2 527:21
**criticize** 526:20
**cross** 367:4
**crucial** 508:15
**cruz** 323:19
**ctoledo** 320:17
**culverson** 411:11 412:3
**curiosity** 477:17
**curve** 343:5 439:13,14 443:15 450:3,4 496:5,6,7 496:10
**custody** 409:13 410:2
**cut** 326:10 343:12 350:24 516:15,19
**cutting** 462:8 511:20
**cv** 508:9
**cycle** 409:3,5,10
**cycles** 408:14,15 408:15,15

## d


**d** 321:12 566:2 567:2,2
**d.c.** 319:7,19
**d6** 452:13 555:20
**dann** 319:11
**dark** 453:2 454:4
**dashboard** 341:17
**data** 336:11,14,18 336:24 337:2 339:8,10,10,11,13 340:4,5,8,9,10,16 340:18 341:9,15 341:18,20,22 342:2,2,5,8,18 343:2,9,18,19,25 344:3,8,22 351:3 352:13,15 353:15 353:18,21 356:22 356:23 357:6,19 357:25 358:2,4,14 359:6,11 360:10 360:17,19 361:19 361:21 362:15 363:6,17 373:7,16 374:3,9,12,16 375:13,15 377:14 383:17,18,24 384:5,10,16,18 386:12,16 387:2,6 387:9,9,13 391:21 391:22 393:21 398:4,7 399:21,25 400:19,20 414:19 415:16,22 416:24 417:6 418:15 421:5,9,13,18 423:8,9 424:23 425:7 426:6,8 427:15,25 428:2 431:25 434:21,22 435:2,25 438:9 478:15,17,19,24 479:5,9 481:9,11 481:11,21,21 482:6,7,9,13,16,20 482:21 493:14 496:23 523:7 524:2,10,25 525:8 526:4 529:5 531:15 535:20 539:10,12,18 540:6,24 541:2,3,7 542:17 548:7,13 548:19,19,24 549:17 552:13 557:15,20 567:19
**database** 342:4
**date** 335:24 362:12 371:25 374:21 384:11,12 389:13 398:24 399:3,5 430:17 457:12 475:3 555:23
**dates** 329:16 374:20 399:8
**daughter** 559:24
**david** 323:24 325:5 382:2 539:20
**day** 328:24 352:9 354:25 480:6 505:5 512:6 554:13,16 564:21 565:19 568:21
**days** 499:25 500:2
**de** 318:6 320:13
**deadly** 531:10
**december** 422:14 428:9 473:22
**decided** 331:20 419:23 420:7 455:19 472:20 473:14 550:17,19
**decides** 419:22
**decipher** 340:17
**decision** 345:3 443:2 452:21,24 456:4
**declaration** 539:11 568:7
**declare** 568:9
**defective** 361:8
**defendant** 320:20 321:5,17 322:13 322:20 323:5 427:6
**defendants** 316:10 320:11 322:5 325:20 339:21 340:11,15 365:18 366:6 386:24 409:20 419:18 422:11 425:11 505:11 506:4 512:21 524:23 528:9 529:6,21 557:22 558:2
**defense** 342:17,21 427:24 445:16 457:14 506:16 526:17
**defined** 336:13
**definition** 499:9 535:4
**definitive** 509:17
**definitively** 493:4
**degradades** 478:3
**degradation** 472:12,14 475:16 476:11,13 477:18 477:24
**degrade** 520:14
**degrades** 509:2 520:25
**degrading** 472:5,6
**degree** 410:3 497:20
**degrees** 497:21
**density** 484:22
**depend** 505:7 547:19
**depending** 486:6
**depends** 324:8 408:17 548:14,24
**deposition** 315:17 316:8 324:6,18 327:10 329:10,24 335:4 393:3 412:15,18 413:24 420:12 559:23 565:8,10 568:2,11 568:16 569:2 570:2
**depositions** 329:7 329:13
**desalvo** 323:13
**describe** 499:6 514:13
**described** 498:16
**describing** 368:11
**design** 511:22 514:14 515:4,8,10 530:19
**designated** 411:10
**designating** 446:17
**designation** 411:15
**designed** 514:9 556:3

**designs** 511:14
**desktop** 522:11 523:22 524:2 539:25 567:18
**destroying** 407:8
**destroys** 405:2
**detail** 362:19
**detailed** 535:10
**detect** 485:4,6 486:17 488:7,10 489:24 494:16 495:11,12,17 501:14 505:3 519:17
**detected** 390:23 391:5 487:9,15,23 489:8,18
**detecting** 488:20 493:3 495:15
**detection** 484:10 484:15,17 487:17 489:9,18 491:9 492:10,22 494:18 520:7
**detector** 484:18,21 484:21,22,24 487:6,19 488:19 488:25 489:5
**detectors** 484:19
**determine** 367:6 433:8,9 457:8 470:3 494:13 508:25
**deuterated** 452:14 500:5,19
**deuterium** 500:22
**develop** 471:16 493:6 510:21 514:23 535:10 544:14
**developed** 409:25
**developing** 512:16 512:17 535:11
**development** 349:20 398:17,20 399:14 482:20 494:15 505:4,13 506:5 510:23,24 516:10 525:9 541:13
**developmental** 398:19
**device** 509:25
**devices** 326:23
**devries** 319:11
**diagram** 430:23
**difference** 352:17 473:17 474:20
**differences** 433:13
**different** 329:23 338:3 356:8 359:18 366:18,18 366:19,20 367:16 367:18 374:17 384:7 385:16 395:23 397:13 399:17 403:11,15 408:5 409:22 412:18 415:11 422:19,20 428:7 432:9,10 434:17 436:20 437:9,10 438:4 442:16,20 470:19 472:16 473:13 474:11 479:10 482:5,5 484:3 489:7,13,17 492:15 493:23 500:24,25 506:12 509:2,21,21 517:8 523:8,9,15 525:2 535:4 540:11 541:19 542:22,23 546:14 547:10 549:14
**differentiating** 488:21
**differentiation** 549:25
**difficulties** 326:6 328:22
**difficulty** 364:10 365:5
**dilute** 496:21
**dimethylamine** 475:24
**direct** 363:16
**directed** 534:8
**directions** 566:9
**directive** 464:8 467:5
**directly** 468:22
**disagree** 359:25 542:19 557:4
**disclosure** 537:20
**discounted** 455:9
**discounting** 454:22
**discrepancy** 402:23
**discuss** 382:10 413:8 451:7 529:25 559:4
**discussed** 348:24 350:5 355:19 498:12 540:2
**discussion** 464:19 554:22 563:4
**disorganized** 532:18
**disposal** 503:19
**dispose** 407:22
**dissolution** 512:6
**dissolve** 406:13
**dissolved** 380:20
**distinguish** 490:22
**district** 315:2,2 324:22,23
**dla** 322:5
**dlapiper.com** 322:10
**dma** 476:9
**doctor** 337:10 394:9 438:8 459:11 460:15 461:18 465:11 467:17,21 480:9 480:15 488:13 489:22 505:9 524:21 530:7 531:21 534:14 551:18
**doctor's** 363:22 451:12
**document** 315:6 315:12 335:15 338:2 355:19 357:2 362:22 372:13,23 388:17 391:13 400:9 430:3,8 432:22 445:15,19 446:22 447:3 450:14,25 460:3 523:25 526:9 541:15 566:17,21 567:11 567:13,15,18
**documentation** 543:8,19 544:23 545:7,11,25 547:20

**documentations** 481:8
**documents** 326:6 344:19 400:6 409:14 507:7 532:21 534:11 537:6,13,23
**doing** 330:3 331:2 362:11 385:20 390:9 397:25 406:18 416:16 428:14 435:7 447:24 448:23 453:5 468:16 478:17 502:3 512:19 516:25 517:2 546:10 556:17
**dolores** 323:13
**dose** 415:3,5
**download** 385:7 399:24 400:3 450:17
**dozen** 392:15 562:20
**dr** 322:20 323:5 324:19 325:17 329:2 330:11 337:16 340:25 343:15 349:21 351:18 353:3,16 354:21 356:19,25 357:8,21 358:25 360:7 361:12 364:18 368:18 369:6 373:7,9,20 379:17 382:6,20 383:6 384:20 385:7 389:18 391:11 392:23 393:19 397:5 398:6 399:23 400:3 404:23 412:17 413:24 414:6,14 420:11 421:4 428:24 430:12 432:17 433:19 447:6 457:3 460:4,7 462:7 463:24 464:2 479:17,24 479:25 480:18 488:18 499:5 511:19 512:23 513:15 523:6 527:8,13 528:2,11 528:18 529:7,7,11 532:13 533:11 534:25 536:12 539:4,10 540:22 545:17 551:2 553:11 555:4 558:7,20 561:5 563:25 564:4,13 567:15
**drafting** 355:21 357:4,7
**drawing** 403:16 483:6
**drive** 318:18 321:6 387:8 417:7 539:4 557:21
**driven** 544:12
**drop** 489:4 553:12
**drug** 330:22,24 331:2,5,9,12,18 347:22 358:18 365:23 369:10 462:15 464:12,12 471:11,23 474:10 478:6 505:20,21 505:24,25 510:9 510:11,13,22,23 510:24 512:6,15 512:15 514:20,21 535:18,20 543:25 544:3 546:20 550:13 561:23
**drugs** 471:17 473:7 475:5
**due** 328:21 350:25
**duly** 325:13 459:5 565:9
**duty** 550:22
**dye** 484:2

**e**

**e** 317:2,2 318:2,2 319:2,2 320:2,2 321:2,2 322:2,2 323:2,2,15 459:2,2 565:2,2 566:2,14 567:2,2,4
**earlier** 329:7 369:16 400:15 429:16 479:18 521:24 543:17 548:4 550:12
**early** 469:15 476:20 512:23 517:11
**easier** 355:4
**easily** 441:22 550:8
**east** 323:6
**easy** 493:5,6
**eat** 369:4
**eating** 394:24
**education** 468:14
**effect** 416:7 452:11 494:25 502:13
**effective** 490:21
**effectively** 338:23 342:3 443:3 456:7 472:6 485:24 486:15 487:24 490:9 499:17 505:23 520:9 536:4 546:11
**egnyte** 326:25 335:19 337:14 366:3 370:9 532:20
**eight** 464:24
**either** 395:19 485:12 507:6 517:25 541:6 544:13
**electronic** 326:22
**elevated** 461:13
**eleven** 369:12
**elsd** 484:21
**else's** 416:17
**elution** 442:10,16
**email** 329:8,17
**emails** 384:2
**embark** 504:24 515:6 536:7,8 550:12
**embarked** 472:15
**emery** 327:16 332:13,19 333:5 333:13 337:4 338:5,12 342:8 348:4,12 349:25 352:3 365:16 368:9,18 370:21 371:11 374:9 409:15 414:17 415:20 416:22 444:3 446:25 447:15 459:13,23 461:4 462:14

470:18 471:3 478:17 479:2 481:17 482:22 499:11 503:3,5,22 506:17 508:22 511:14 513:6 514:8 515:17,21 516:6,22 523:10 524:11 527:21 533:14 539:5 549:14 556:24,25 559:25 560:3
**emery's** 340:5 341:9 348:4 461:11 482:9 493:17 498:12 526:20 539:12 552:17 555:5
**employ** 503:18
**employed** 565:14
**employee** 352:9 467:23 468:3
**employees** 352:7 468:25
**encountered** 330:5 472:4
**encourage** 359:21
**ended** 387:10 496:18
**energy** 490:10
**engaged** 560:25
**engagement** 418:12,15 419:14
**enhancement** 495:21 501:9
**enhancements** 495:23
**enlarge** 370:14
**ensured** 503:4
**ensures** 499:10
**entire** 487:7 568:10
**entirely** 338:3 399:24 491:18 506:12
**entitled** 336:11 393:23 433:23
**environmental** 470:14 508:23 509:6 510:4 535:21
**epa** 485:14
**equal** 513:13
**equipment** 333:18 333:22 448:6 449:10 508:2 546:8,23
**err** 444:17 449:19
**errata** 568:2,16 569:2 570:2
**error** 502:15
**esi** 486:7,8
**esoteric** 360:24
**esq** 317:7,14,21 318:5,8,14,20 319:8,14,20 320:7 320:16,22 321:8 321:10,12,19,21 322:9,16,23 323:5 323:8,15,15,17,17 323:18,18,21,22
**essentially** 471:12 473:2 479:4 493:12 502:12 544:17
**establish** 496:6
**established** 399:2 406:21 513:8 544:16
**et** 376:17
**europe** 339:17
**eva** 323:17
**evaluate** 472:16 536:6 540:13
**evaluated** 444:15 472:18 512:21,21
**evaluation** 336:20 337:7 338:7 369:16
**evening** 420:14
**events** 336:21 338:8 491:6
**eventually** 472:20
**everybody** 361:4 365:22 406:17 484:14 485:19
**everybody's** 332:6
**evidence** 357:13 419:12 420:4
**exact** 343:18 362:11 443:21
**exactly** 342:16 349:10 351:11 362:4 363:11 376:8 381:16 403:23 471:9 482:3 487:20 552:4,4
**exam** 471:20
**examination** 325:15 460:5 532:11
**examinations** 463:5 466:2
**examine** 435:2 540:12
**examined** 325:14 566:4
**example** 341:19 446:7 449:23 480:4 481:25
488:2 524:9 526:19 535:15
**excel** 349:6 526:15
**excellent** 325:25
**excuse** 368:18 463:25 465:20
**executive** 423:7
**exhibit** 335:2,14 335:24 336:2 353:5,23 354:16 354:18 355:23,24 355:25 369:20,24 371:3 372:16,17 372:19,22 380:24 381:2 389:10 396:20 397:2 400:23 401:2,17 401:19 404:3,6 414:7,12 417:14 423:18,20,21,23 424:4,9 430:6,7 431:14 450:19,22 450:24 451:20 459:16 460:2,8,8 467:19 479:12,14 479:17 480:8,14 484:13 522:11 523:22,24 524:5 525:3 527:11,15 529:17 533:12 539:21,23 558:12 558:16 566:16,18 566:19,20,22,23 567:5,6,7,8,9,10 567:12,14,16,17 567:19,20,21
**exhibits** 341:4,5 354:25 355:5 361:16
**exist** 496:4

**exists** 386:14
**experience** 350:5 350:8,19 351:7,24 450:11 467:22 468:10 507:14 508:25 529:23
**experiment** 545:12 551:13
**experiments** 362:14 479:2 515:24 545:10,24 551:16
**expert** 327:4 341:23 356:3 410:23 411:11 417:18 429:7 478:15 525:14,24 526:3 529:4,9,21 533:3 534:7,16 537:19 538:12,16 541:22
**expertise** 442:25
**experts** 526:17
**expired** 415:4
**expires** 565:24
**explain** 391:12 493:21 506:7
**explaining** 430:22
**explanation** 402:22 422:22
**exported** 539:10
**expressed** 353:7 363:15
**extensive** 353:14 469:7 478:16 498:3,11 506:10
**extensively** 470:12 470:13,16 485:13 488:16 492:6,11 529:8 557:14,25 560:12 561:11,21
**extent** 429:3 466:18 534:5 541:22
**extra** 328:16 503:2
**extract** 493:13
**extreme** 415:15,21 416:7
**extremely** 487:13 493:5,16 558:9

**f**

**f** 459:2 565:2
**facilities** 522:15
**facility** 411:5
**fact** 334:2,4,13 338:19 391:4 398:16 416:5 422:8 429:10,22 437:21 444:15,17 444:24 467:14 474:7 478:2 482:19 504:6 508:17 510:9 553:18
**factor** 473:16,21
**fail** 497:4,5
**fair** 327:19 340:25
**faith** 344:22
**fall** 478:4
**falls** 476:11
**false** 379:4,5,6
**familiar** 345:4,9 374:13 376:9 386:5 396:14,17 412:23 531:13,18
**fantastic** 501:6
**faq** 336:12
**far** 408:18 436:15 438:13 480:4 511:4 513:9,17 520:21 540:8 553:10,14
**fashion** 449:22
**fast** 513:4
**fda** 327:17 330:16 330:21 331:10 333:25 338:25 360:25 406:16 419:20,21 420:7 459:13,21,22 460:4,12,17 461:19,22 462:18 463:5,16 464:24 465:11,19,24,25 466:9,10 467:4 470:17 471:19,21 473:18,22 474:6,6 475:3 478:6 485:15 498:9,25 504:5 505:24 508:19 544:2,3 551:21,24 552:2,7 552:12,15,23 553:15,24 555:15 555:24 556:2,25 558:8,13,21 559:16 560:19 562:3,4,5 567:15
**fda's** 474:13,15 555:5,10,13
**feasibility** 535:12 535:16,18
**february** 375:2,5 375:10
**feel** 382:6
**fees** 412:2
**fell** 496:17
**felt** 474:6
**ferrell** 321:8
**fetched** 520:21
**fhs** 321:20
**field** 470:7 503:12 507:17 529:24
**fields** 481:24
**figure** 535:24 536:3
**file** 355:24 374:18 375:13,15 383:18 383:18 384:5,10 384:16,18 386:12 387:12,13 389:14 471:25 561:7,7
**filed** 324:21 460:12 461:18 462:3 474:14,19 505:24 560:16
**files** 342:22,23 374:9 377:15 482:13
**filing** 425:10 473:17,18 474:5 475:15 530:19
**filings** 517:10
**filter** 406:15 486:16,25 488:10 490:7
**filtered** 489:14
**filters** 487:3,15
**final** 375:11 377:16,24 378:7 390:11 392:7 393:4 436:8 439:4 536:14 558:24
**financially** 565:16
**find** 368:23 386:16 386:21 402:9 471:10 494:7 526:8 533:12
**finding** 472:15
**findings** 331:11 553:20
**fine** 373:23 419:9
**fingertip** 449:8

**finish** 350:23 351:18 536:10
**finished** 353:17 421:24 422:12 448:21 455:13 557:18
**finken** 317:14
**fire** 556:21
**first** 336:7,13 371:22 375:12,14 378:6 388:7 390:5 390:21 426:5,6 431:7,15 440:12 449:14 457:11,23 458:2 460:8,22,24 462:20 464:20,22 465:12 468:8,10 468:10 472:3 473:3 483:25 487:2 488:7,7,16 490:7 494:3,21 497:12 499:19 512:3
**fit** 492:13
**five** 329:9,9,14,14 422:3,6,6 423:9 531:25 563:16 564:15
**flicker** 402:7
**flip** 542:9,21
**floor** 318:12 319:6 319:12,19 320:14 320:21 321:18
**florenz** 323:19
**florian** 470:17 498:9 558:7,7
**florida** 315:2 318:7 324:23
**flowchart** 445:6
**fluid** 511:13 512:4
**focus** 492:15 529:6 529:13
**focused** 547:9
**fold** 496:21
**folder** 335:4,9,22 355:6
**follow** 327:16 330:14 446:6,25 449:8 450:5 493:24 498:13 501:22,23 509:11 511:15 515:14 532:14 544:16
**followed** 363:10 410:4 503:24 511:7,23 513:22
**following** 448:3 462:15 465:9 563:11
**follows** 325:14 419:12 445:10 459:6 506:17
**food** 431:9 433:7 435:10 439:22 440:22 462:14
**footnote** 558:18
**forces** 500:15
**forests** 339:18
**forget** 388:16
**form** 327:22 330:18 333:2 336:23 337:9 338:11 339:10,11 339:22 340:7 341:11 342:12 344:14 345:14 346:21 347:7,17 348:7,16 353:19 353:25 357:17,18 360:15 362:8,17 362:25 363:20 367:9 368:3 370:23 371:7,15 373:18 374:11 377:23 378:4 384:15 386:19 389:17 391:19 392:13 393:8 396:16 397:16 398:14 399:7 403:2 405:10,25 406:11 407:18 408:11,25 409:18 415:18,24 416:2 417:2 418:25 421:16 422:4 425:4,13 426:10 428:3 433:2 434:24 435:20 436:23 438:22 439:6 442:14,19 444:6,13 445:18 447:8,18 449:6 452:9 453:13,18 453:24 455:22 467:9 475:18 476:16 477:15 478:11 487:21,22 489:20 492:23 499:14 506:9 507:3,21 509:4 511:17 514:3 517:4,13 520:15 521:3 523:11 525:4 526:2 528:12,20,24 530:3 531:3 533:18,23 534:5 537:2 539:7,14 543:11,21 545:4 545:15 546:4 547:25 548:10,17 549:2,20 551:23 552:10,20 553:3 555:9 556:6 557:6 559:20 560:10
**formally** 339:10
**format** 357:12 358:4 359:6,9 360:12 361:18,21 523:8 524:11 540:5,9
**formation** 408:5 464:11 467:8 476:24 517:21
**formed** 477:14 519:9,10
**forming** 358:19 476:6
**forms** 337:2 358:2 476:12 477:4
**formulate** 351:22 353:6,8,22 357:14 358:5,12,14 360:22
**formulating** 357:4 359:7 360:11 363:14
**forth** 355:16 512:18 565:9
**fortuna** 321:6
**forward** 329:24 332:2 471:19 475:15 511:19 513:4 543:2 562:8 562:10
**found** 349:19 356:15 384:17 414:21 485:17 507:6
**four** 422:15 428:2 523:25 567:18

**fourth** 372:4
**fragmentation** 490:13
**fragmentations** 490:2
**fragmented** 405:14,17
**fragmenting** 490:11
**fragments** 490:18
**frank** 321:19
**frantically** 535:23
**free** 380:17,21 474:2
**frequently** 336:12 343:20
**friday** 315:21
**friendly** 469:13,15
**front** 326:23 346:11 555:14
**frozen** 343:16 564:5
**full** 391:12 471:4,6 555:11
**function** 358:20 361:9 429:24 476:17,18 509:23 526:8,8
**furnished** 566:11
**further** 376:3 377:11 402:8 432:6 440:9 489:25 532:11 554:2 564:2 565:13
**furthermore** 334:10 553:25

**g**

**gables** 318:7
**gao** 470:17 498:9 513:5,9,15 514:2
**garbled** 541:4
**garrett** 321:12
**gas** 468:12 469:5,6 551:7,10,11,15
**gaseous** 405:10
**gastric** 511:13 512:4,17
**gc** 352:18,18 472:6 472:24 485:12,13 485:18 517:12 518:6,23
**gcs** 349:18
**gdldlaw.com** 319:15
**general** 351:7 498:13 514:14
**generally** 332:14 332:23 333:9 345:12,16,22 428:18 435:21 470:6 483:3 498:20 502:16 503:11 506:17,25 507:5,18,22 536:21
**generate** 549:8,11
**generated** 339:12 353:19 418:17 435:12 478:17 517:25 518:14
**generates** 461:14
**generating** 331:3 475:12 522:2
**generation** 427:8 518:23
**genotoxic** 347:24 347:25 358:19,20 361:9 427:9 429:23 503:17 531:5 550:13 553:22 556:16
**georgia** 317:20 322:15
**getting** 327:24 491:20 519:8
**giant** 345:25 420:6
**gigabytes** 387:11
**gilbert** 318:5,8,9
**give** 326:3,13 396:2 439:4 459:19 464:3 559:13
**given** 384:17 405:23 408:21 422:8 473:10 481:16 499:9 538:6 564:13 565:11
**gives** 375:22 378:7 390:11,12
**giving** 420:20 472:7,9 535:14
**glaxosmithkline** 320:20 367:13
**globally** 398:2
**glp** 327:17 330:14 330:19 505:14,21 506:11 517:8 543:17 544:10 546:6,11,16 547:11,11
**gmbh** 320:13
**gmp** 330:19 505:19 506:11 517:8 546:6,11,16
**go** 324:16 328:2,15 328:16 330:2 343:6 350:3 354:19,24 356:10 363:25 364:4,24 370:5 371:24 372:12 376:3 377:9,12 379:12 380:12 381:3 382:10 383:5,9,11 383:12 384:4,21 385:17 388:15,25 391:6 394:6 395:7 396:4,19,23 400:22 401:16,25 402:8 404:2,8 407:25 412:21 413:7 414:7 417:9 420:17 423:17 426:19 427:14 430:3 431:22 432:21 433:25 437:5,22,22 442:7 445:6,23,24 448:15,23 449:17 449:24,25 451:8 453:6 454:12 455:10,16 464:18 479:19 485:11,16 489:22 490:6 493:20 495:10,14 495:18 497:25 501:25 515:5 518:22 522:13 524:17 526:19 531:24 538:25 541:6 542:6,8 543:2 547:17 554:17 558:18
**god** 407:4
**goes** 330:21 336:17 349:12 350:20 368:16 405:9,10,19 411:20 444:25 449:23,24,25 475:11 486:14,16 486:20,24 487:14

488:8 542:12 561:18
**going** 324:3 328:5 329:2,24 355:2,15 356:25 361:23 363:11 364:7 365:2 380:2 382:10 392:4 394:3,5 395:17,19 402:9 404:11 410:3 411:17 412:20 413:10 417:23 429:6 438:15 443:6 456:15 458:12 471:21 479:16 483:14,22 486:3 488:3 500:23 518:2 519:12,12 519:14,25 522:19 532:4 534:14 543:25 549:8 550:16 554:19 563:17
**goldhirsch** 323:15
**good** 324:2 325:17 326:17 344:22 366:10 367:3 370:7 436:16 453:7 456:12 459:10 494:18,19 494:20 497:15 507:24
**goodell** 319:11
**google** 445:25
**gordon** 321:16
**governance** 336:11 343:20
**gradually** 410:8
**graduate** 450:7
**grant** 465:24 466:10 467:5
**granted** 465:11
**granting** 465:8
**graph** 420:18 423:19 424:17,23 426:4 436:15 556:24 557:12
**graphs** 358:4
**great** 383:25 458:10 501:8 503:18,18 526:19 532:22 562:7
**green** 435:16 438:20,24 439:2 440:17,18 441:8 441:23 443:3,24 453:9,10 454:13 454:16,18,24,25 455:2,4 456:6,8
**greenberg** 322:12
**greenstein** 315:24 316:11 325:5 565:4,22
**griffin** 323:15
**growing** 441:23 474:9 535:25
**gsk** 325:19 334:8 361:2 467:14 477:20
**gtlaw.com** 322:17
**guengerich** 528:2 528:18
**guengerich's** 528:11 529:11
**guess** 452:10 564:4
**guidance** 346:8 348:8 447:11 449:9 491:14,15 502:18 509:18 511:25 562:25
**guidances** 347:14 347:19,19,20,21 347:23 348:6,10 348:13,18,19 491:15 509:10,11 509:16,20
**guidelines** 346:18 346:23 347:5
**guo** 323:22
**guys** 343:24

**h**

**h** 321:19 566:14 567:4
**half** 327:13 328:16
**ham** 432:20 451:18 452:11,11 455:25,25 456:3,4 554:7
**hand** 390:21 565:19
**handle** 497:15
**handled** 482:7
**handwriting** 384:2
**happen** 395:3 501:16 542:4
**happened** 514:22
**happening** 474:22 510:19
**happens** 490:8 500:23 510:17 518:18
**happy** 352:21 560:13
**harassing** 359:14
**hard** 387:8 417:7 420:12,15 533:5 539:4 557:21
**harding** 317:5 323:13
**hardy** 320:19 323:20
**hausfeld** 318:17
**hausfeld.com** 318:21
**header** 431:18
**heading** 370:6
**health** 345:5,7 512:9
**hear** 326:10 337:11 364:2 382:15 428:25 466:7
**heard** 324:12
**heart** 475:11
**heat** 461:12 473:2 473:15 476:21
**heated** 518:25
**heating** 518:13,14 518:15,24
**heinz** 319:20
**held** 316:8 554:22
**hello** 532:13
**helm** 515:16
**help** 471:15,16,17 505:3
**helped** 528:22 530:18
**hereinbefore** 565:8
**hereof** 568:16
**hereunto** 565:18
**hey** 514:19
**high** 385:11 419:17 463:18 466:12 555:16
**higher** 333:22 334:13 390:16 437:18 441:14 491:24

**highest** 332:13,23 333:9,18 345:11 345:21 505:2 516:21,22
**highlight** 460:21 460:25 461:8 464:19
**highly** 448:11,11 561:14,14
**hill** 512:5
**hits** 487:8
**hold** 450:19 495:2
**holding** 481:9 563:15
**honestly** 416:3
**hope** 502:21 561:16
**hopefully** 423:14
**hoping** 522:8
**hot** 409:4
**hour** 327:13 466:25
**hours** 328:16 497:23
**hplc** 352:17 469:7 484:8,11 485:5,9 490:24 491:3 492:20 493:2
**hplcs** 349:18
**huge** 366:16 376:25
**huh** 424:7 432:5 451:9 549:16
**human** 544:6 546:23 550:20
**humidity** 358:21 361:10 427:4 429:25 476:22 477:3 509:3,22 510:12,16 511:5 553:23 560:22
**hundreds** 358:13 365:20,21 410:13 416:6 481:16
**hydrogen** 499:24 500:20,21
**hypothesis** 521:2

**i**

**iar** 512:12
**iarc** 512:12
**ich** 347:19 509:11
**idea** 520:20,22 521:6
**identification** 335:15 362:21 372:23 430:8 450:25 460:3 523:25 566:16,20 567:11,13,15,18
**identified** 371:21 537:7
**identify** 340:3 347:2 361:17 444:10
**identifying** 389:6 547:7
**ignore** 438:19
**ii** 315:1,15 316:1 317:1 318:1 319:1 320:1 321:1 322:1 323:1 324:1 325:1 326:1 327:1 328:1 329:1 330:1 331:1 332:1 333:1 334:1 335:1 336:1 337:1 338:1 339:1 340:1 341:1 342:1 343:1 344:1 345:1 346:1 347:1 348:1 349:1 350:1 351:1 352:1 353:1 354:1 355:1 356:1 357:1 358:1 359:1 360:1 361:1 362:1 363:1 364:1 365:1 366:1 367:1 368:1 369:1 370:1 371:1 372:1 373:1 374:1 375:1 376:1 377:1 378:1 379:1 380:1 381:1 382:1 383:1 384:1 385:1 386:1 387:1 388:1 389:1 390:1 391:1 392:1 393:1 394:1 395:1 396:1 397:1 398:1 399:1 400:1 401:1 402:1 403:1 404:1 405:1 406:1 407:1 408:1 409:1 410:1 411:1 412:1 413:1 414:1 415:1 416:1 417:1 418:1 419:1 420:1 421:1 422:1 423:1 424:1 425:1 426:1 427:1 428:1 429:1 430:1 431:1 432:1 433:1 434:1 435:1 436:1 437:1 438:1 439:1 440:1 441:1 442:1 443:1 444:1 445:1 446:1 447:1 448:1 449:1 450:1 451:1 452:1 453:1 454:1 455:1 456:1 457:1 458:1 459:1 460:1 461:1 462:1 463:1 464:1 465:1 466:1 467:1 468:1 469:1 470:1 471:1 472:1 473:1 474:1 475:1 476:1 477:1 478:1 479:1 480:1 481:1 482:1 483:1 484:1 485:1 486:1 487:1 488:1 489:1 490:1 491:1 492:1 493:1 494:1 495:1 496:1 497:1 498:1 499:1 500:1 501:1 502:1 503:1 504:1 505:1 506:1 507:1 508:1 509:1 510:1 511:1 512:1 513:1 514:1 515:1 516:1 517:1 518:1 519:1 520:1 521:1 522:1 523:1 524:1 525:1 526:1 527:1 528:1 529:1 530:1 531:1 532:1 533:1 534:1 535:1 536:1 537:1 538:1 539:1 540:1 541:1 542:1 543:1 544:1 545:1 546:1 547:1 548:1 549:1 550:1 551:1 552:1 553:1 554:1 555:1 556:1 557:1 558:1 559:1 560:1 561:1 562:1 563:1 564:1 565:1 566:1 567:1 568:1 569:1 570:1
**illinois** 411:12 412:18 413:6,23
**illnesses** 326:5,15
**imagine** 487:10 490:25 494:4 501:4 519:7
**immediately** 473:8 474:4 476:3
**implication** 505:23

**implies** 330:20
**implying** 423:13
**importance** 503:18
**important** 434:20 434:25 497:4 499:10 549:7,10 550:16 558:9
**improper** 420:20
**impurities** 347:25 505:3
**impurity** 470:4 471:10 475:13 514:21 535:19,22 535:24 546:21
**inaccurate** 392:11
**incidentally** 387:5 475:20
**include** 336:25 339:8 425:7 453:21 454:3
**included** 387:3 455:5 539:11 557:21
**includes** 336:18 449:11
**including** 354:2 498:25 500:16 525:8,20
**increase** 410:8 426:18
**increased** 491:5 491:10
**ind** 544:9
**independently** 489:8,18
**india** 509:13
**indicated** 568:15
**indicates** 461:11
**indicating** 443:18
**indicative** 434:10 510:19
**individual** 508:7
**individually** 489:14
**industry** 470:13 491:16 493:10 507:14 509:8 510:3
**inform** 466:23
**information** 338:5 389:6 409:20 429:9 430:13 463:17 466:11 467:3 481:4 558:23 566:8
**informative** 502:23
**ingelheim** 320:11 320:12,12,13,13 367:14
**inherent** 476:14
**initial** 529:15
**initially** 426:13 475:25
**injected** 407:9 551:9
**injecting** 483:15
**injection** 407:6 551:7,11
**instability** 463:18 466:12
**install** 448:5
**instance** 428:4 512:8
**institute** 345:7
**institutes** 345:5
**institution** 332:25 333:11,23 345:11 345:21
**institutions** 347:4
**instructed** 367:3
**instructing** 426:17
**instruction** 410:5
**instructions** 420:21
**instructs** 449:3
**instrument** 363:18 378:14,14 404:24 406:8 434:16 440:21 447:20 449:14 454:17 456:5 490:21
**instrumentations** 517:7 550:2
**instruments** 338:24
**integrate** 449:12
**integrated** 438:14 438:18 439:4 441:12
**integrating** 441:11 443:23 444:21
**integration** 434:11 435:4,5,9,12 436:3 437:17 439:18 440:17,18 441:2,3 442:22,24 444:4,5 444:12,16 445:2,7 445:8,21 446:2,5 448:3,19 449:5,14 452:18,20,23 453:8,22
**integrations** 447:2
**intensifies** 443:16
**intensity** 443:15
**intensive** 481:21
**intentionally** 341:24 495:5
**interaction** 483:16
**interested** 394:2 565:16
**interference** 435:23
**internal** 338:14 341:20 378:17 379:11,18,20,23 391:9,24 392:2,20 392:21,24 393:13 393:16,18 394:2 394:18 430:13,24 431:5 433:14 434:3,5 435:14 436:20 437:3 439:7,9,15 442:9 451:24 452:5,14 499:2,4,7,15,16,20 499:21,22 500:4 500:11 501:11 502:11,18,20,25 503:20 504:7,8,10 504:13 540:24 541:11,14 555:19 556:14,15 557:10 558:8
**internally** 536:5
**international** 320:13 512:11
**internet** 324:9
**interrupt** 349:22 498:2
**interruption** 425:19 466:22
**intraday** 497:11
**intramolecular** 477:23
**introduced** 335:6 450:23 459:25
**introducing** 430:4 450:19

**invented** 469:12
**inventory** 409:15
**investigate** 416:23 465:24
**investigated** 520:23
**investigating** 331:6 546:18 547:2,6
**investigation** 331:2,17 467:16 498:25 504:25
**investigations** 463:5 466:2 506:14
**investigative** 547:5
**investigators** 334:16
**invoice** 457:22,23 458:2
**invoices** 457:4,8 457:19
**involve** 493:22
**involved** 352:4,20 419:15 498:4 515:7
**involvement** 514:17
**involves** 515:3,3 517:9 518:15
**ion** 390:6 500:20 518:17
**ionization** 491:6 518:18
**ionize** 486:13
**ionized** 486:10,12 486:14 487:14,22 489:7,16
**ionizes** 405:11
**ions** 490:2,6
**ipsaro** 322:23
**irb** 561:22
**irrelevant** 426:25 478:10
**isolation** 471:12
**isotopically** 477:7 477:11 478:13 500:11
**issue** 327:24 355:15 363:22 464:8 467:5
**issued** 407:13
**italy** 366:21
**item** 457:12
**items** 353:20

**j**

**j** 315:24 316:11 323:21,23 565:4 565:22
**j.d.** 323:13
**jagged** 452:8
**jan** 374:25
**january** 348:22 422:13,15 457:11 457:15,16 461:4 474:14 560:24 565:24
**japan** 334:12
**jason** 321:21
**je** 319:8
**jipsaro** 322:24
**jjung** 319:9
**jmr** 321:22
**job** 315:25 556:18
**john** 321:12 322:23
**john.garrett** 321:13
**johnson** 323:24 325:6
**journal** 560:4,8 562:14,18
**judgment** 441:10 441:15
**july** 457:11
**jump** 532:17
**june** 565:19
**jung** 319:8
**junior** 319:6 448:7

**k**

**k** 322:16
**keep** 382:8 409:15 419:22,24 437:4 438:15 545:24
**keeping** 547:19
**keller** 319:17
**kellerpostman.c...** 319:21
**kendra** 323:15
**kept** 481:22 482:6 497:20,21 510:15 544:23 545:11
**key** 411:3 473:16 473:16,21
**kickoff** 535:9,10
**kilpatrick** 317:18
**kimberly** 320:22 325:18 343:12 413:2
**kind** 447:23
**king** 319:6 320:10 323:16
**knocked** 466:16
**know** 327:4 331:9 335:6 337:18 339:13 340:12 341:24 342:19,20 342:25 345:24,25 346:5 347:9 348:12 349:6,13 351:15 353:11 355:23 360:21 361:5 362:3 365:23 366:19 367:17,17 368:20 373:11 374:18,19 374:20 376:25 383:14 384:8 385:12 390:22 395:16,18 397:21 398:2,3 399:12,15 399:15,17,18,20 399:22,23 401:10 403:16,18,20 405:17 406:14,25 407:5,5,21 409:22 409:23 410:6 411:4 416:19,21 418:12 423:3,3,8 424:19 426:18 427:17 428:17 429:15 431:8 433:3,5,6,7,16,17 434:17,17,18 435:7 436:2,8 437:16,21 439:10 439:12,18,20,22 439:24 440:20 441:15 442:25 444:2,7,19 446:3,6 446:14,17 447:13 447:14,20 448:9,9 448:23 449:19 450:3 452:21,22 452:22 454:8 455:14 456:4 457:17,19 467:11 467:12 470:4,17 471:18 473:19,19 475:14,21 476:25 477:4,19 478:5,11 478:25 479:3,3

481:7 482:21 483:5,23 484:13 484:25 485:14,15 485:18 486:4,10 486:21 487:25 488:2,3,9 490:5,9 490:9,15,20 491:2 491:16,18,22,24 492:24,25 493:9 493:12,12 494:9 496:5,8,9 498:5,22 499:17,25 500:8 500:10,12,15 501:5,6,17 502:5 505:2,5,6,22 507:23 508:14,19 509:9,19 512:2,25 513:3,4,13 514:19 514:22,24 515:11 517:10,24 518:16 518:20 519:18,21 519:23,25 520:6 520:10,11,12,17 520:20,22 521:20 521:24 522:3,7 524:5 529:4,8,15 530:11 531:5,8,9 531:19 535:3,8,11 535:21 540:8,9,25 542:20,23 543:25 544:6 546:13 547:2,6,7 549:4,6 549:8,10 550:15 550:22 553:14,25 555:14 556:9 561:16,21 562:2 562:24 564:6
**knowing** 410:7 496:3
**known** 345:6 475:6 495:6
**knows** 407:4
**kolawyers.com** 318:9
**kpenner** 320:23
**kslaw.com** 320:17

**l**

**l** 317:21
**lab** 336:25 339:8 349:17 352:10,10 352:16 354:4,7,11 377:6,9 380:4 382:25 390:13 391:15 392:9 393:5 394:6 396:12 397:9,14 398:12 399:3 400:4,23 402:17 402:23 403:12 471:7 479:6 492:3 524:23 544:21 545:10,23
**labeled** 478:13 500:11
**laboratories** 322:20 323:6 344:2 470:14 503:25
**laboratory** 344:4 352:5 405:21 471:5 548:14,25 550:24
**labs** 498:15
**languages** 359:18
**large** 434:5 501:2
**late** 429:11 457:17 469:15
**law** 383:19 481:11
**lawyer** 464:3
**laypeople** 526:7
**lc** 352:18 469:8,9 469:18,18,22 470:3,6 471:2 472:20,22 482:13 482:22,24,25 484:5,7,11 485:12 485:19,25 486:3 486:20 487:18 488:3,12 491:3,5 491:10 497:19 503:11,22 504:15 517:20 518:18 520:5 523:7 524:2 524:10 553:17 562:22 567:19
**leading** 336:22 338:8 461:25 463:2,9,14,22 464:15 465:17 466:15,19 468:23 470:2,10,24 475:2 478:22 479:8 480:23 481:19 482:15 488:24 489:11 491:8 498:18 503:8,15 504:3,22 505:17 506:21 507:11 511:10 514:4 515:19 516:3,13 516:18 517:16 521:9 523:12,19 525:5 526:13,23 527:5 528:5 530:4
**lear** 320:5,7
**learn** 381:7
**learned** 476:19,22
**leave** 389:23
**lee** 323:24 324:25
**leech** 319:11
**left** 366:25 370:15 371:25 384:23 385:8 390:21 409:7,12 410:14 424:22 427:15 436:15 440:11 443:22 446:14,15 451:14,25 456:13
**legal** 411:23
**lengths** 526:20
**leon** 318:6
**letter** 460:4,16,18 460:20,25 461:2 462:12 466:25 467:12 553:19 558:13 559:10 562:4 567:15
**level** 415:2,5 437:18 490:22 496:22 550:6,9,10
**levels** 372:2 377:21 387:21 414:21 441:14 469:23 491:19,24 493:2 495:6 535:25
**levine** 383:19 481:11
**liability** 315:5 324:21
**life** 468:20
**light** 474:20
**lightfoot** 319:5
**limit** 491:9 494:19
**limited** 331:25 536:12 551:3
**linda** 315:24 316:11 325:4 565:4,22
**line** 374:4 378:6 390:2,10 397:5 435:15 437:15,16 437:17,19 440:11 443:14,16 446:10

446:11 453:2,5,10 453:10,17,22 454:4,17 455:2,3,5 455:8 457:12 541:18 569:3,6,9 569:12,15,18,21 570:3,6,9,12,15,18 570:21
**linear** 496:20
**linearity** 496:7,15 496:16
**lines** 424:20
**liquid** 405:6 482:25 484:6 551:6,9,9,11,15
**listen** 332:3 420:15
**literature** 478:24 507:17
**litigation** 315:5 324:21 327:19 332:22 333:8 339:21 348:5 349:24 351:5 478:18 482:10 515:23 537:8,14 568:5
**little** 370:10 377:10 381:20 390:17 407:23 423:6 430:14 436:6 441:20 454:8,10 457:14 462:8 480:8,15 511:21 519:18 532:17
**live** 516:22 541:16
**lives** 505:7
**llc** 322:6
**llp** 317:5,11 318:11,17 320:5 320:10,19 321:5 321:16 322:5,12 322:19 323:13,14 323:16,20
**loaded** 524:5
**locate** 555:24
**location** 367:21 384:7
**locations** 366:20 367:4
**lock** 411:3
**log** 409:15 537:7
**logan** 317:12 323:18
**long** 327:12 350:5 374:4 417:22 435:22 469:9 502:22 532:19
**longer** 426:19
**look** 340:16 342:25 344:12 356:14 358:12 363:5,5,9 369:19 369:20 374:2,24 379:15 381:5,18 383:10 384:22 387:16 394:4,5,15 397:4 401:4 414:15 433:6,10 433:17 434:13 435:24 438:9 439:17 443:8 446:15 447:13 448:2 449:15,21 460:19 476:4 477:19 494:24 496:7,24 520:12 521:15,17 531:6 532:21 536:4 542:22,24 558:24 562:7,10
**looked** 332:11 334:16 346:15 354:2 359:6,10 360:11 367:12 408:4 442:11 452:5 475:25 477:18 478:23 494:8 521:23 539:5 542:16 556:23
**looking** 356:17 357:19 361:5 362:13,18 381:13 398:2 405:14 421:8 424:19 428:7 433:18 434:22 435:17 441:21 456:2 469:19 472:19 473:12 491:25 519:24 524:25 525:11 540:14,17 540:18,19 542:10 546:21 556:15
**looks** 356:6 375:16 376:11 377:24 386:5 421:10 424:21 426:2 433:9 434:15 452:17,17 520:9 523:16 564:5
**loren** 323:21
**losing** 396:8
**lost** 364:23 389:3
**lot** 341:18 349:12 350:8 361:14 371:21 376:20 380:5,9 384:8 386:7,9,15,21 397:22,23 398:23 399:10 400:11,18 403:20 416:10 418:4,9,12,23 419:11 427:10 429:13 435:11 442:25 450:8 452:13 472:22 481:20 485:20 492:18 508:6,20 517:9,9,10 525:8 539:2 540:24 541:3 546:12,13 551:25
**lots** 366:18 462:21 465:13
**loved** 521:20
**low** 385:11 440:22 485:8 490:22 491:19 494:8 495:5
**lowering** 444:17
**lucky** 500:14
**luhana** 318:11,14 318:15 323:14
**luke** 323:18
**lunch** 458:8
**luncheon** 458:14
**luther** 319:6

**m**

**m** 319:14 321:21
**ma'am** 333:25 363:3
**machine** 378:19 444:4,22 483:8
**madison** 411:12
**magic** 426:12
**magnotta** 317:14
**main** 474:18,18 520:18 529:6 541:2
**maintain** 337:4 339:5 407:14

444:3
**maintained** 481:23
**maintaining** 410:24
**maintains** 338:5
**maintenance** 333:20
**majority** 366:11 471:8
**making** 365:22 395:9 397:17 456:3
**malpractice** 502:2 503:20 556:3,10
**manage** 347:24 380:12
**manner** 342:22
**manpower** 550:5
**manual** 436:2 442:21,23 444:5 444:11 445:7,8 447:2 449:5 452:18
**manually** 434:11 434:12 449:12
**manufacturer** 472:11
**manufacturers** 366:19 367:5,21 464:9 467:6,13 473:23
**manufacturing** 330:21 367:16 505:20
**march** 356:18 428:9 527:9,16
**marginalia** 327:7
**marina** 318:18
**mark** 323:23 335:2 372:13
**marked** 335:14 354:17 369:23 372:22 375:8 380:25 388:16 389:9 396:25 400:25 401:18 410:2 414:11 424:8 430:7 450:24 460:2 479:13 523:24 524:4 527:10,14 539:22 558:15 566:16,18,19,20 566:22,23 567:5,6 567:7,8,9,10,12,14 567:16,17,19,20 567:21
**market** 331:9,12 358:18 369:9 419:22 420:5,9 422:25 462:5,10 471:24 474:3 509:12 510:9,25 514:20 535:20 546:20
**marketed** 471:11
**marketplace** 510:20
**martin** 317:5 319:6 323:13
**maryland** 319:13
**mass** 390:23 404:25 405:19 430:23 440:20,23 442:25 449:10 469:6,13 485:22 485:24 486:12,18 487:23 488:21 489:2,3,4 490:4 522:5 555:16 561:9,15
**massachusetts** 318:19
**masses** 489:8,13 489:17
**masshunter** 373:5 383:17 525:13,14 525:18,20,25 526:3,6,14 541:23
**master** 384:3 386:11,16 414:19 427:24 481:9,11
**master's** 550:9
**match** 391:14 399:24 400:8 403:17,19,21
**material** 531:15
**materials** 449:2
**matrices** 490:24
**matrix** 435:22 439:21,25 440:22 443:20 446:18,19 446:20 452:10,11 452:12 494:25 495:2,7,19,20,22 501:8 502:13 521:17
**matter** 324:19 477:14,16 478:3,7 568:12
**matters** 412:3 492:16 505:8
**matthews** 323:18
**maximization** 446:9
**maximum** 443:19
**maylightfootlaw...** 319:9
**mazzotti** 317:5 323:13
**mcglamry** 317:18 317:21
**md** 315:3 324:24
**mdl** 315:3 324:23 331:13 411:10 418:12,15 428:5 428:10 457:23 482:18 502:20 521:25 535:14 537:5 541:12,13
**mean** 343:12 378:23 406:3 415:2,4,11,14 416:7 434:9 453:25 454:11 498:2 541:14
**meaning** 380:16 416:20 511:12 521:5
**means** 375:17 409:6 427:7 472:19
**meant** 506:8
**measure** 440:21 469:22
**measured** 401:8
**measuring** 439:21 508:2
**meat** 441:5,20 552:8,25 553:6
**mechanism** 478:6
**mechanistically** 478:5
**media** 324:17 336:23 339:12 364:9,15 404:14 404:20 413:18 456:18,24 479:10 512:15 522:21 523:3 564:14
**median** 415:12
**medical** 326:18

**medications** 326:4 326:14
**medicinal** 468:7
**medium** 385:11
**meet** 327:9 352:8 508:2 551:4
**meeting** 466:17 535:9,10 536:5
**meetings** 352:13
**meets** 332:13 333:17,22
**melissa** 321:8
**melissa.ferrell** 321:9
**members** 362:5
**memorize** 347:9
**memory** 419:5 424:21
**mention** 354:3 527:25
**mentioned** 332:8 341:14 470:20 499:4 511:23 516:5 525:18 529:2 548:4 551:17 562:5
**metabolites** 469:20
**metabolomic** 469:19
**method** 470:7 493:6,25 494:2 497:9 498:6 503:21 517:20 555:6,15,17 556:25
**methodologies** 406:16,20 493:11 498:8
**methodology** 338:24 340:23 406:21,22 409:23 435:8 439:24 444:20 445:9,11 445:20 446:4 448:4 450:5 472:16 476:4 485:17 492:16 503:24 504:4 511:6 513:8 549:22 553:17 555:14
**methods** 493:8 503:5,11,23 504:15 513:22 556:4 557:13
**methyls** 500:21
**mexico** 366:22 367:17
**michael** 317:21 323:17
**microliter** 406:25
**microphone** 382:7
**microsoft** 526:16
**middle** 374:4 396:6 443:9,13 446:11 487:4
**milligram** 414:23 415:3,5 472:7,9,9 518:7,8 519:11
**milligrams** 414:24
**milliliter** 431:24
**millimolar** 512:13
**million** 472:7,10 472:23 518:7,8,9
**millionth** 487:11 487:12
**millisecond** 487:9 487:11
**milliseconds** 518:22
**mind** 507:25 508:16 559:12
**minor** 529:12
**minus** 495:12 518:9
**minutes** 328:23 386:10 414:6 434:6,14 436:19 518:13,24 531:25 536:13 563:10,13 563:16
**mischaracterized** 342:4
**mischaracterizes** 341:12 348:16 400:14 525:5 528:13 530:4 539:14 545:4
**mischaracterizing** 363:2 543:22
**misintergrated** 434:18
**missed** 326:16 480:25 540:24
**missing** 341:20,22 400:10,19 423:9 540:21
**missouri** 320:6
**misunderstood** 544:19
**mitch** 561:5,21
**mixture** 483:9,17
**ml** 392:17 432:24 436:10 442:5 444:2
**mo** 352:23 358:25 536:15 563:3
**mode** 547:4,4
**molecular** 499:23 500:24,25 501:3 530:11
**molecule** 361:7 405:15 427:5 461:12 472:25 474:7,22 475:11 475:12,17,19,21 476:2,8,11,15,18 477:4 478:3 485:8 486:9,11,13,23 487:14,23 489:3 490:11,19 497:13 518:20 530:13 531:7,8,18 553:24 560:23
**molecules** 477:22 489:6,12,15 500:6 500:7
**moment** 463:25 487:7 497:17
**monitor** 510:10,17
**monitoring** 488:15 510:18
**month** 422:6,9
**months** 422:3,15 422:17 425:23 429:12,16
**morning** 324:2 325:17 352:12
**morrison** 317:18
**motions** 566:13
**mouth** 498:23
**move** 332:2 351:9 352:23 361:23 390:4,4 402:7 412:19 420:12 475:14 536:15 538:22 542:25 548:3 563:3
**moved** 485:19
**moving** 343:16 358:25 408:3

**mrm** 390:20 488:11,12 492:22 494:12,13 517:20 517:25 555:17 556:25 557:2,9
**multi** 372:23 430:8 450:25 460:3 488:15 566:20 567:11,13 567:15
**multiple** 342:15 342:19 343:3 347:21,23 352:2 358:8,10 418:21 418:23 421:7 426:13 491:6 496:21 505:19 514:22 518:5 525:12 545:21
**multiply** 488:10 489:2 501:19
**mumbling** 356:19
**mutagenic** 331:4 474:9 477:5
**muted** 563:8

**n**

**n** 317:2 318:2 319:2 320:2 321:2 322:2 323:2 459:2 459:2,2 566:2 567:2,2,2
**n.w.** 319:18
**najafi** 315:1,20 316:1,9 317:1 318:1 319:1 320:1 321:1 322:1 323:1 324:1,19 325:1,12 325:17 326:1 327:1 328:1 329:1 329:2 330:1,11 331:1 332:1 333:1 334:1 335:1,2 336:1 337:1,16 338:1 339:1 340:1 340:25 341:1 342:1 343:1,15 344:1 345:1 346:1 347:1 348:1 349:1 349:21 350:1 351:1,18 352:1 353:1,3,16 354:1 354:22 355:1 356:1,19,25 357:1 357:8,21 358:1,25 359:1 360:1,7 361:1,12 362:1 363:1 364:1,18 365:1 366:1 367:1 368:1,19 369:1,6 370:1 371:1 372:1 373:1,7,9,20 374:1 375:1 376:1 377:1 378:1 379:1,17 380:1 381:1 382:1 382:20 383:1 384:1 385:1 386:1 387:1 388:1 389:1 389:18 390:1 391:1,11 392:1,23 393:1,19 394:1 395:1 396:1 397:1 397:5 398:1,7 399:1 400:1 401:1 402:1 403:1 404:1 404:23 405:1 406:1 407:1 408:1 409:1 410:1 411:1 412:1,17 413:1,24 414:1,7,14 415:1 416:1 417:1 418:1 419:1 420:1,11 421:1,4 422:1 423:1 424:1 425:1 426:1 427:1 428:1 428:24 429:1 430:1,12 431:1 432:1,17 433:1,20 434:1 435:1 436:1 437:1 438:1 439:1 440:1 441:1 442:1 443:1 444:1 445:1 446:1 447:1,6 448:1 449:1 450:1 450:14 451:1 452:1 453:1 454:1 455:1 456:1 457:1 457:3 458:1 459:1 459:4 460:1,4,7 461:1 462:1,7 463:1,24 464:1,2 465:1 466:1 467:1 468:1 469:1 470:1 471:1 472:1 473:1 474:1 475:1 476:1 477:1 478:1 479:1 479:24 480:1,18 481:1 482:1 483:1 484:1 485:1 486:1 487:1 488:1 489:1 490:1 491:1 492:1 493:1 494:1 495:1 496:1 497:1 498:1 499:1,5 500:1 501:1 502:1 503:1 504:1 505:1 506:1 507:1 508:1 509:1 510:1 511:1,20 512:1 513:1 514:1 515:1 516:1 517:1 518:1 519:1 520:1 521:1 522:1 523:1 523:6 524:1 525:1 526:1 527:1,13 528:1 529:1 530:1 531:1 532:1,13 533:1,11 534:1,25 535:1 536:1,12 537:1 538:1 539:1 540:1 541:1 542:1 543:1 544:1 545:1 545:17 546:1 547:1 548:1 549:1 550:1 551:1,2 552:1 553:1,12 554:1 555:1,4 556:1 557:1 558:1 558:20 559:1 560:1 561:1 562:1 563:1,25 564:1,4 564:13,18 565:1,7 566:1,5 567:1,16 568:1,20 569:1 570:1
**najafi's** 382:6 527:8
**name** 324:25 325:18 347:13 375:13,19 389:13 400:10 412:24
**names** 374:9,19 376:16
**nanogram** 379:7 392:17 431:24 432:19,24 440:3,4 440:7 441:4,21,21 441:22 442:5 444:2 472:8,10,24 473:25 491:20,21 495:9,10 496:11 496:12,17 501:13 502:5,7,9,10 518:8 518:9 519:13,18 519:19,21

**nanograms** 414:22 414:23 415:3,6 416:5 436:10 501:18 519:14 556:16
**nap** 512:24 513:2 513:10,14,22
**narcotic** 531:11
**nathan** 323:5,8,9
**national** 345:5,7
**nda** 544:9
**ndma** 334:14 356:18 371:18 372:2 377:21 378:16 380:17,21 387:21 389:22 390:20,23 391:4 408:5,23 410:9 414:21 415:2,5 418:17 419:19 420:9 429:24 431:4,5 432:19 433:11,12 434:2,2 435:17 436:15 437:19 438:12,18 439:4,20 440:4,22 441:2,4,9,14,20 442:16 443:20,25 445:12,13 446:20 452:13,14 455:20 456:6,9 461:14 464:11 467:8 469:23 470:4,20 471:2 472:17,22 474:8 475:4,7,22 476:5,6,12,14,23 477:22 478:8 482:23 485:3,12 492:10,20 493:2 493:13 494:5,7,11 494:17,21 495:3,6 495:6 496:4,16 500:20 501:16 517:12,21,25 518:8,14,21,23 519:2,9,18 520:6,6 520:14,15 521:2 521:13,14,16,21 521:22 522:2,8 530:2 531:2,4 555:20 562:23
**ne** 322:14
**necessarily** 340:8 533:24
**necessary** 336:19 337:6 338:6 404:5 447:12 477:12 524:24 557:7,13
**need** 332:2,6 350:3 355:14 363:4 369:3 373:23 374:24 381:5 382:10 383:13 391:6 393:11 395:2 397:20,21 397:23 398:21 400:17 401:25 402:7 406:2 408:2 436:24 443:8 448:2 477:2,21 478:12 508:5 509:10 510:10 533:2,11 536:3 540:17,18,19 544:9 546:11,14 551:5 564:7,8
**needed** 331:21 518:24
**needs** 393:13 394:21 398:24 399:9 473:11 508:10,16 544:8 549:17
**neither** 378:19 565:13
**never** 408:23 528:16 535:23 556:8
**new** 316:13 317:6 318:13,13 320:15 320:15,21,21 323:7 325:2 330:22,24 335:18 335:21 353:2 447:19 450:19 505:23 512:7 544:3 565:6
**newfields** 323:23
**nice** 379:24 485:7
**night** 327:10 332:12
**nih** 345:6,10,15,20 345:25
**nih's** 346:7
**nine** 422:9,16
**nitrite** 475:24 512:14,17
**nitro** 476:9
**nitrosamines** 430:16
**noah** 319:20
**noah.heinz** 319:21
**noise** 425:19
**non** 419:14
**nonresponsive** 352:24 536:16 563:4
**normal** 440:20
**normally** 449:25
**north** 317:12
**norwood** 317:18
**notary** 316:12 565:5 568:23
**notch** 550:5
**note** 324:6 328:13 394:8 420:19 438:7 451:10 494:12,12 520:6,8 520:9
**notebook** 377:7,10 381:9,17 383:2 390:13 391:15 392:9 393:5 394:7 394:13 396:12 397:9,14,19 398:12 399:3,8 400:5,23 402:18 402:23 403:13,22 479:17,21,25 480:19 481:13
**notebooks** 336:25 339:5,6,8 354:5,8 354:12 479:6 480:4
**noted** 325:8 330:6 472:21 564:17
**noticed** 517:12
**november** 422:14 457:22
**null** 521:2
**number** 324:23 335:24 336:3 366:16 371:22 376:25 378:12,20 379:4,6 380:13,13 381:16 385:17,18 385:19,21 386:15 386:21 389:13 391:16,17 392:3,5 392:7,11,18,20 393:5,12 394:12 395:11,14,15 396:5 397:8,22,23 397:24 398:4,22

398:23 399:10,12 399:13 400:11,18 400:18 403:18,20 403:21 417:24,25 422:10 424:2 426:11,12 437:11 438:17 440:14 459:16 462:23 464:7 465:10 466:6,9 467:4 481:14 507:25 521:23 527:2,20 564:14
**numbers** 356:8 362:22 363:8 367:4 372:7 376:21 378:13 379:7 380:5,9,9,12 384:8,9,16,25,25 386:8,9,11,15,22 387:25 402:18,20 403:9,11,15,16 417:5 424:25 425:5 426:13 437:9,10 438:4 461:14 479:22
**numeral** 393:3
**numerous** 482:12 525:19
**ny** 323:7

**o**

**o** 459:2,2,2 567:2
**o'clock** 330:2
**oath** 325:10 568:18
**object** 329:21 339:22 444:13 461:24 462:25 463:8 464:4,14 467:9 469:25 470:9 474:25 475:18 476:16 477:15 481:18 487:21 492:23 506:9 507:3,21 509:4 521:3 523:11 525:4 528:12 530:3 531:3
**objection** 327:21 330:17 331:23 333:2,12 337:8 338:10 340:6 341:10 342:11 343:11 344:13 345:13 346:20 347:6,16 348:7,15 350:14 353:24 357:16 358:6 359:12,13 360:14 362:8,16,24 363:19 367:8 368:2,12,15 369:2 370:22 371:6,14 373:17,22 374:10 377:22 378:3,10 384:14 386:18 389:16 391:18 392:12 393:7 394:9 395:6,8 396:16 397:15 398:13 399:6 400:13 403:2 405:24 406:10 407:17 408:10,24 409:17 410:21 411:13,19 412:4 415:17,23 416:9 416:25 418:24 420:20 421:15 422:4 425:3,13 426:9 428:3 432:25 434:24 435:19 436:22 438:8,21,22 439:6 440:16 442:13,18 444:6 445:17 447:8,17 449:6 451:11 452:9 453:12,18,23 455:7,21 463:13 463:21 465:16 466:14 470:23 478:21 479:7 480:11,22 482:14 488:23 489:10,19 491:7 498:17 499:13 503:7,14 504:2,21 505:16 506:20 507:10 511:9,16 514:3 515:18 516:2,12 516:17 517:4,15 521:8 523:18 526:2,12,22 527:4 528:4,20,24 533:17,23 534:4 536:25 537:9 538:3,9,10 539:7 539:13 541:21 543:10,20 544:24 545:3,14,15,18 546:3 547:21,24 548:9,16 549:2,19 551:23 552:9,19 553:2 555:8 556:5 557:5 559:19 560:9
**objections** 466:20
**obligations** 546:18
**obtained** 490:2 544:13,14
**obviously** 329:12 330:6 333:14 394:24 420:4 422:16 483:24 494:12 514:23 532:19 541:16
**october** 399:4,5 422:11,14 428:16 429:11
**odd** 481:22
**offer** 568:17
**offered** 342:15 344:21 478:15 524:22 525:13
**office** 354:21
**oh** 497:10
**ohio** 322:22
**okay** 326:12 327:2 327:6 335:12 336:9 337:14 343:16 345:4 348:3 349:3 354:14 356:2,24 363:12 364:3 369:19 370:3,16 371:20,24 372:11 372:21 373:2,3,16 374:23 375:12 376:16,20,23 377:8,20 378:2,17 378:25 379:12 380:22 381:3,9,19 382:9,15,16,24 383:5,9 384:21 386:4,7,13,23 387:4,16,24 388:4 388:7,14,23 389:2 389:7,8 391:25 392:6 395:12 399:19 400:21 401:13,14,15

402:15 403:25 404:8 407:12 409:9 410:15,18 411:9,16 414:4 415:11,14,20 416:4 417:9,19 418:7 419:7,8,8 422:8 423:10,11 423:24 424:11,14 424:15,22 425:15 426:3 430:2,12 431:19 432:5,13 432:21 433:19,24 434:8,20 435:13 435:24 436:13,15 437:8 438:15 441:24 442:15,21 448:25 450:12 451:5,13,15 452:25 453:4,7 454:9,23 455:10 455:16,17 456:10 457:3,7,20 458:11 460:15,19 462:11 462:20 463:11 465:6 466:7 468:2 468:6 485:20 487:10 505:9 510:7 514:13 522:19 524:8,15 524:18 526:25 527:19,24 528:7 531:20 532:16 533:6,9,25 539:9 539:19 540:15 541:15 542:5,15 543:3 548:3,12 551:5,18 552:23 558:3,10 559:9,22 562:7,9 563:14

**old** 331:18 358:18 499:25 512:5
**olsen** 488:18 529:7 529:13
**once** 342:6 352:9 404:23 405:3,19 468:19 510:9 535:17 561:17
**ones** 366:13,14 504:12
**ongoing** 451:11
**open** 342:22 366:3 532:20
**opening** 326:25 342:23
**operating** 446:22 446:24 449:4
**opinion** 327:15 332:19 333:5 353:8,19,25 357:18 358:12,14 358:16,16 360:23 360:23,24,24,25 361:3,11,13 363:14 420:23 427:2 429:20 478:11 517:19,23 539:9,16 543:7,15 545:2 559:14
**opinions** 351:22 353:6,22 357:14 359:3,3 360:12 477:13 478:14 539:3
**opportunities** 342:16
**optical** 484:21
**order** 342:7 344:7 387:7 391:20 394:21 438:10 477:12 561:17

**ordered** 561:2
**organic** 483:9 531:6
**organization** 345:25 352:7 512:10
**orient** 413:3 451:19
**original** 328:17 329:5 344:24 363:15 421:13
**outcome** 565:16
**outlier** 415:15 416:20,23
**outliers** 416:13
**outlying** 415:15,21
**output** 363:16
**outputs** 526:5
**outside** 428:5 535:13
**overbroad** 360:15 538:4
**overcharge** 489:2
**overexaggerates** 444:23
**overlaid** 557:2
**overnight** 497:23
**oversaw** 515:24
**oversee** 349:7,11 350:2 351:11
**overseeing** 350:12 351:8 468:24
**overseen** 349:20 350:20
**oversees** 350:18 350:21
**oxford** 321:17

**p**

**p** 317:2,2 318:2,2 318:14 319:2,2 320:2,2 321:2,2 322:2,2 323:2,2
**p.m.** 456:17,22 458:13,15,15 459:3,9 522:20,25 532:6,10 554:21 555:2 563:19,23 564:11,17
**pacific** 324:4 364:14 404:18 413:16 456:22 522:25 564:11
**packs** 420:6
**page** 335:15 354:19 355:18,21 356:2,4,6,11,13,16 357:12 369:21 370:3,6 372:23 376:21 377:12 379:12,14 380:5 381:18,22 386:20 388:25 391:8 392:8 395:23 396:20,23,24 400:23 401:17,21 401:24,25 402:2,4 402:7,8 403:22 404:7 414:7 417:11,12 423:18 424:2 430:8 431:13,16,22 432:8,21 442:2 450:25 451:8,20 460:3 464:17 479:19,21,22,25 480:3,10,18,24 481:2 523:25 528:2 566:4,15,16 566:20 567:4,11 567:13,15,18 569:3,6,9,12,15,18 569:21 570:3,6,9

570:12,15,18,21
**pages** 340:9 341:7 358:13 360:22 377:11 384:19 401:24 481:22 524:17 529:4 549:9
**pair** 451:14
**paper** 357:24 360:8 361:25 363:8 473:20 549:9,11
**papers** 327:2 353:11
**paperwork** 330:20 409:23 517:9 544:7 546:12
**paragraph** 414:8 414:10 417:9,24 418:3 419:3,7 423:18
**parameters** 491:12,13 492:6 492:15 493:24 494:24 497:3,7 542:23
**paramount** 508:17
**pardon** 455:12 480:13 554:14
**park** 318:18
**part** 338:14 384:19 386:25 398:16,20 405:22 406:3 409:19 425:9 438:24 439:2 450:6 453:9 453:10 455:19 456:8 494:14 495:3 496:23 510:8,8 514:8 544:8,9 551:24
**partially** 523:15
**participants** 324:10
**particles** 487:18
**particular** 357:11 370:25 394:14 512:8
**parties** 317:2 324:16 537:19 565:15
**parts** 341:19 453:9
**party** 538:16
**pass** 458:4 497:4,5 497:8
**pasted** 382:25 383:6
**path** 374:3 471:19
**pathway** 477:18
**pc** 317:18 323:5
**pdf** 356:4 358:3 374:16 381:19 479:22 541:16
**peachtree** 317:19
**peak** 380:14 434:5 434:14,14 435:16 437:15 438:14 442:8,8,22 443:15 444:18,21,23 445:22 446:16 449:23 452:22 453:2 454:5,12,19 455:19
**peaks** 438:17 440:14 441:7,13
**peer** 331:16 334:11,20,22 406:22 507:7 511:24 558:25 560:4,8 561:13 562:13,18,22 563:6
**peiyuan** 323:22
**penalty** 568:7,9
**pending** 382:19 411:12 412:6 413:5
**penner** 320:22 325:16,18 328:4 328:12,25 330:10 331:24 334:25 336:4,8 343:15 350:25 351:13,20 352:23,25 354:15 354:19,20 355:17 356:10,12 359:17 360:5,6 364:4,17 364:24 365:10 368:13,23 369:5 370:4,11,17,24 372:12 373:3,8,22 373:25 378:5 379:13,16 380:7 380:23 381:8,18 381:21 382:9,17 382:18 387:17,19 388:15,21,23 389:3,11,23,25 390:15 393:9 394:6,22 395:7,13 395:18,22 396:3,9 396:19,22 397:3 400:22 401:3,5,20 402:6,13,16 403:4 404:2,7,22 411:25 412:7,13 414:4,5,9 414:13 417:12,16 417:20,25 418:2 420:17 421:3,17 423:17,22 424:3 424:10 425:15,17 430:2,11,18,20,25 431:3,15 432:7 436:5,7,14,17 437:4 438:11,16 438:19,23 440:8 440:10 441:25 442:3 450:13 451:4,13,16,21,23 452:3,25 453:19 453:20 456:11 457:2,20 458:3,10 566:5
**pennsylvania** 317:13 321:18
**people** 448:14 488:2,6
**percent** 339:15 366:8 448:10 484:16 491:18,25 495:13 498:6 501:15 504:23 536:2
**perfect** 355:13 380:15 424:6 434:15,19
**perform** 509:14
**performed** 330:15 332:22 333:8 338:19 487:17 490:3 511:14 548:15 551:12
**performing** 363:12
**performs** 544:22
**period** 530:15
**perjury** 568:7,10
**person** 473:3 515:7 524:25 525:11 558:4
**personal** 420:13
**personally** 349:3,5 368:7,7 514:9 551:9,14

**perspective** 350:18
**pertained** 329:6
**petition** 330:16 331:7,8,10 333:16 334:3,6,6 338:13 338:20,22 339:4 418:20 419:16,21 459:14 460:12,17 461:3,10,19 462:4 464:23 465:3,8,15 471:22 472:2 474:5,14,19 476:20 482:20 552:5,22 558:12 558:14 559:2 560:17 562:5
**petitioner's** 558:23
**pfizer** 321:5
**ph.d.** 315:1,20 316:1,10 317:1 318:1 319:1 320:1 321:1 322:1 323:1 324:1 325:1,12 326:1 327:1 328:1 329:1 330:1 331:1 332:1 333:1 334:1 335:1 336:1 337:1 338:1 339:1 340:1 341:1 342:1 343:1 344:1 345:1 346:1 347:1 348:1 349:1 350:1 351:1 352:1 353:1 354:1 355:1 356:1 357:1 358:1 359:1 360:1 361:1 362:1 363:1 364:1 365:1 366:1 367:1 368:1 369:1 370:1 371:1 372:1 373:1 374:1 375:1 376:1 377:1 378:1 379:1 380:1 381:1 382:1 383:1 384:1 385:1 386:1 387:1 388:1 389:1 390:1 391:1 392:1 393:1 394:1 395:1 396:1 397:1 398:1 399:1 400:1 401:1 402:1 403:1 404:1 405:1 406:1 407:1 408:1 409:1 410:1 411:1 412:1 413:1 414:1 415:1 416:1 417:1 418:1 419:1 420:1 421:1 422:1 423:1 424:1 425:1 426:1 427:1 428:1 429:1 430:1 431:1 432:1 433:1 434:1 435:1 436:1 437:1 438:1 439:1 440:1 441:1 442:1 443:1 444:1 445:1 446:1 447:1,23 448:1,12 449:1 450:1,7 451:1 452:1 453:1 454:1 455:1 456:1 457:1 458:1 459:1,4 460:1 461:1 462:1 463:1 464:1 465:1 466:1 467:1 468:1 469:1 470:1 471:1 472:1 473:1 474:1 475:1 476:1 477:1 478:1 479:1 480:1 481:1 482:1 483:1 484:1 485:1 486:1 487:1 488:1 489:1 490:1 491:1 492:1 493:1 494:1 495:1 496:1 497:1 498:1 499:1 500:1 501:1 502:1 503:1 504:1 505:1 506:1 507:1 508:1 509:1 510:1 511:1 512:1 513:1 514:1 515:1 516:1 517:1 518:1 519:1 520:1 521:1 522:1 523:1 524:1 525:1 526:1 527:1 528:1 529:1 530:1,8 531:1 532:1 533:1 534:1 535:1 536:1 537:1 538:1 539:1 540:1 541:1 542:1 543:1 544:1 545:1 546:1 547:1 548:1 549:1 550:1,10 551:1 552:1 553:1 554:1 555:1 556:1 557:1 558:1 559:1 560:1 561:1 562:1 563:1 564:1,18 565:1,7 566:1,5 567:1 568:1,20 569:1 570:1
**pharma** 332:13 333:13 352:3 374:9 416:22 459:13,23 461:4 470:18 471:4 478:17 481:17 482:22 503:4,22 513:6 515:17,21 516:23 559:25
**pharma's** 414:17 415:20 499:11 527:21
**pharmaceutical** 346:24 349:16 423:6 467:24 468:3 470:12 471:8,15 493:9 504:20 505:4 509:8 510:3 514:18 546:19 549:23 550:4
**pharmaceuticals** 320:11 321:17
**pharmacokinetic** 544:7
**pharmacopeia** 544:15
**pharmd** 323:19
**phase** 483:12
**philadelphia** 317:13
**photographic** 424:21
**phr** 323:13
**physical** 326:7,15
**pick** 396:5 499:16 501:17,18
**picked** 441:6 443:4
**picking** 342:24 488:25
**pictures** 488:17
**piece** 357:19 360:8 361:25 363:7
**pieces** 357:13 549:9
**piedmont** 322:14
**pietragallo** 321:16
**pietragallo.com** 321:20,22
**pill** 383:16 385:13 399:17 406:12 408:2,16,20

409:11 431:9 472:7 481:6 494:4 494:4,5,7 495:7,8 501:12,12,19 502:19
**pills** 371:2 407:25 408:13,18,22 409:3,6,7 422:21 422:24 423:2 426:14,16,20,20 426:21,23 472:9 493:5 494:8 501:7 521:21,22
**piper** 322:5
**pipettes** 546:9,25
**pipetting** 502:15
**pittsburgh** 321:18
**place** 324:15 396:8 456:12 527:24 529:12
**placebo** 494:4
**places** 481:3 482:6
**plaintiff** 457:15
**plaintiffs** 317:5,11 317:19 318:5,12 318:18 319:5,12 319:18 320:5 327:18 331:13 332:21 333:7,14 337:5 338:15,16 338:16 344:25 348:5 351:4 354:5 368:19,20 369:18 410:19 412:8,14 428:22 448:11 537:5 538:6,13 560:25
**plan** 473:19
**planet** 497:15
**planning** 561:7,8 562:6
**plans** 535:6
**please** 324:6 328:3 329:3 333:3 335:7 336:5 337:11 350:24 351:17 364:4 369:20 383:11 388:24 390:14,16 394:8 394:22 395:21 396:7 401:4 413:9 414:10 419:8 427:15 430:5 440:9 447:7 450:20 451:10,19 453:6 459:12,20 460:22 461:8 463:25 464:4 479:12 480:8 506:7 514:13 522:10 523:21 527:7 532:22 534:24 551:2 554:15 558:18
**plenty** 340:18
**pllc** 319:5
**plus** 340:9 346:24 495:12 518:9
**po** 317:20
**point** 341:19 350:9 421:5,19 426:24 468:13,15 490:19 530:10,11 536:2 542:7 561:3,23
**pointing** 351:16 401:11 437:18 446:11 461:19 480:25
**points** 415:16,22 416:24 423:8,9 426:6,8 428:2 441:3 478:24 479:4
**polarity** 499:24 501:2
**policies** 346:8
**ponce** 318:6
**pope** 317:18
**pops** 450:4
**populating** 374:16
**portion** 326:11 383:6 443:4
**portions** 481:8
**posing** 360:4
**position** 341:2 349:14 552:7
**positive** 427:6
**possession** 428:13
**possibility** 344:24 398:15 520:11
**possible** 519:4 520:23
**post** 331:8 334:5 339:4 354:12
**postdoctoral** 450:9
**poster** 561:10
**postman** 319:17
**potential** 420:8 476:6
**potentially** 372:3 372:4 407:3 434:11 472:12 473:14 512:16 531:10
**poulenc** 469:16
**pounds** 488:5,6
**practice** 511:2
**practices** 445:21 447:11
**pre** 418:12,15 521:25
**preceded** 363:9
**precision** 491:4,11 491:17 492:2,8 496:25
**predetermined** 521:6
**predict** 531:7
**preliminary** 461:11 462:13 464:25 558:23 560:15
**prep** 406:13,20 493:12 495:4 497:18
**prepare** 349:4,6
**prepared** 361:24 362:2,7,9 373:5 458:4
**preponderance** 419:12 420:3
**prepped** 406:15
**present** 323:12 378:16,19 441:4 561:8
**presentation** 344:17 374:12 386:4
**presented** 340:24 341:16 344:3 367:22 397:12 492:5 522:3 525:7 561:12,13
**presents** 523:10
**preset** 378:21
**president** 515:21
**press** 466:24 467:2 473:22
**pressure** 486:8
**prestigious** 561:14
**pretty** 534:19

**preventive** 333:20
**previous** 373:21 451:12 530:20,21 531:16
**previously** 325:13 354:17 367:11 369:23 380:25 389:9 396:25 400:25 401:18 414:11 419:13 422:19 424:8 459:5 460:10 479:13 527:10,14 539:22 558:15 559:23 566:18,19 566:22,23 567:5,6 567:7,8,9,16,19,20 567:21
**primarily** 428:18 498:22 529:13 544:12 553:16
**principle** 484:9 502:17
**principles** 332:14 332:24 333:10 345:12,17,22 346:18,23 498:21 507:23,23 516:21 516:22
**printed** 375:7 384:20
**prior** 333:15 349:23 354:6,9,12 355:21 363:12,14 442:10 444:4 533:14 541:12 561:4
**privilege** 368:16 369:2 410:23 429:7 534:8,12,17 537:7
**privileged** 411:20 425:14 429:9 534:7,22 537:3,15 537:18 538:11,17 538:21
**probable** 461:15
**probably** 392:15 407:4 410:13 422:18,20 443:4,5 452:12 497:14 530:13 541:6 556:21 562:19
**problem** 326:18 402:3 450:21 473:15 478:9 514:20 547:7,8,9 564:8
**problems** 330:4 365:12
**procedure** 405:22 446:22,25 449:5 492:11 498:12,13 503:10 511:4
**procedures** 482:2
**proceed** 325:11 328:21
**proceeding** 315:9
**process** 363:17 434:22 435:5 444:24 446:6 482:13 484:5 492:22 493:18,19 498:3 506:12 514:14 515:12 518:3,14,15 523:7 526:9
**processed** 344:23
**processes** 336:22 338:8 493:22
**produce** 361:8 412:17 447:3 449:2
**produced** 339:20 339:25 340:10,21 340:22 351:4 357:12 362:4 373:12 409:14 445:15 474:10 518:21 537:7,13 539:5 557:22
**produces** 404:24 478:8,9
**producing** 419:18 429:24
**product** 361:6 375:6 380:19 406:15 411:8 414:25 415:4 418:16 419:18,22 420:4 427:3,9 429:22 439:8 472:4 473:9,14,24 497:18 509:12 510:25 560:21
**products** 315:5,11 324:20 365:23 368:22 410:7 462:22 463:6,19 464:9,12 465:13 466:3 467:6 471:23 559:18
**professional** 468:20 565:4
**professor** 334:12
**program** 373:5,6 378:21 450:7
**project** 495:24 506:5,11 517:2 549:23 550:2,20 550:25
**projects** 505:21 530:17
**promeco** 320:13
**prompt** 474:15
**promulgated** 347:3,4
**prone** 475:22
**pronounced** 381:11
**proper** 447:21 448:8 449:9 508:8 521:18 540:20 547:19 550:19,23 550:23,24 556:13 556:14
**properly** 407:22 435:4 440:25 494:3 520:22 521:12
**proportion** 378:15 379:9
**proposal** 514:23 538:19
**proposals** 538:5
**protected** 411:4
**protocol** 383:14 383:16 481:6 515:14 533:22 547:12
**protocols** 339:14 406:7 514:7
**provide** 349:5 386:23 387:14 421:12 429:6,8 463:16 466:11 514:24 556:24
**provided** 339:14 341:6 344:9 348:21,22 353:5 353:23 354:5 364:19 369:17 371:2 373:7 384:18 387:2

426:4 427:23 457:9 482:10,16 482:19 557:25
**providing** 420:24
**pst** 316:3 458:15 458:15 459:3 564:17
**public** 316:12 463:17 466:11,23 561:10 565:5 568:23
**publication** 331:16 334:21,22 346:18 473:20 511:25 558:25 560:8,18 561:20 562:3,11,25
**publications** 353:10 478:20 562:22
**publish** 561:17,19 562:6
**published** 334:9 338:22 507:8 520:5,7 562:13,17
**pull** 334:25 354:15 372:13 390:15 406:24 459:12 479:11 523:22 539:21 558:11
**pulled** 331:11 354:23 420:9 422:25 561:22
**pulling** 391:22 392:5 437:4 479:16 541:2
**pumps** 483:6
**purchased** 422:19 428:6
**purely** 553:18
**purpose** 471:9 492:13
**purposes** 332:20 333:6 393:2
**pursuing** 492:17
**push** 352:15 393:17
**pushed** 483:10
**put** 329:4 336:4 341:21 380:10,23 385:12,15 387:8 388:24 396:5 403:4 408:8 409:3 410:9 430:18,25 448:8 450:13 474:2 501:10 510:9 518:6 531:15,19 536:11 545:17 549:25 550:5,10,19 556:15
**putting** 434:17 437:17

**q**

**q3** 488:22
**qc** 385:20,21
**qcs** 385:23 540:18
**quad** 486:15,15,17 486:20,24,25 487:2,2,3 488:7,9
**qualified** 333:19 333:21 529:25
**qualifier** 391:2 433:13 437:13 443:11,12 446:9 555:21
**qualifiers** 433:10 490:15,17 542:24
**quality** 324:8,9 384:25 385:10 391:23 432:14 516:24 517:5,5,6 543:9 544:21 545:6,9 546:5,7 547:18
**quantifier** 391:2 433:10,14 446:10
**quantifiers** 490:16 490:17 542:25 555:21
**quantitate** 482:23
**quantitative** 372:24 430:9 451:2 566:21 567:11,13
**quantities** 407:2 469:20
**question** 327:22 331:19 333:4 334:23 336:7,13 337:3,16 338:3,4 339:23 340:7 341:11 343:14 345:17 346:15 350:16,17,23 351:3,8,10,17 353:2,3 357:3,10 357:17,22,23 359:22 360:15 361:23 362:25 369:7 373:18 382:20 393:8,10 394:10 398:14 400:14,17 405:25 406:24 418:8 420:15,16,22 421:16 423:15 438:2,10,25 444:8 447:9 455:15 521:6 534:15,19 534:25 536:23 539:2 543:12,13 545:8,13,20,21,22 547:25 548:21,22 549:4,5 551:5 552:23 556:6 560:5
**questioned** 480:21
**questions** 325:20 326:4,9 332:3,5 336:12 343:20 352:21 358:10 359:15 360:3 373:14 393:23 412:9 414:3 433:22 460:11 466:18,19,21 467:22 477:7 485:21 505:10 506:3,16 514:7 525:19 528:8,10 529:20 532:15,15 536:14 563:12 564:2
**quick** 404:10 474:5 563:15
**quickly** 379:14 475:15
**quite** 376:8

**r**

**r** 317:2 318:2 319:2 320:2,16 321:2,10 322:2,23 323:2 459:2 565:2
**ramin** 315:1,20 316:1,9 317:1 318:1 319:1 320:1 321:1 322:1 323:1 324:1,19 325:1,12 326:1 327:1 328:1 329:1 330:1 331:1 332:1 333:1 334:1 335:1 336:1 337:1

338:1 339:1 340:1 341:1 342:1 343:1 344:1 345:1 346:1 347:1 348:1 349:1 350:1 351:1 352:1 353:1 354:1 355:1 356:1 357:1 358:1 359:1 360:1 361:1 362:1 363:1 364:1 365:1 366:1 367:1 368:1 369:1 370:1 371:1 372:1 373:1 374:1 375:1 376:1 377:1 378:1 379:1 380:1 381:1 382:1 383:1 384:1 385:1 386:1 387:1 388:1 389:1 390:1 391:1 392:1 393:1 394:1 395:1 396:1 397:1 398:1 399:1 400:1 401:1 402:1 403:1 404:1 405:1 406:1 407:1 408:1 409:1 410:1 411:1 412:1 413:1 414:1 415:1 416:1 417:1 418:1 419:1 420:1 421:1 422:1 423:1 424:1 425:1 426:1 427:1 428:1 429:1 430:1 431:1 432:1 433:1 434:1 435:1 436:1 437:1 438:1 439:1 440:1 441:1 442:1 443:1 444:1 445:1 446:1 447:1 448:1 449:1 450:1 451:1 452:1 453:1 454:1 455:1 456:1 457:1 458:1 459:1,4 460:1,4 461:1 462:1 463:1 464:1 465:1 466:1 467:1 468:1 469:1 470:1 471:1 472:1 473:1 474:1 475:1 476:1 477:1 478:1 479:1 480:1 481:1 482:1 483:1 484:1 485:1 486:1 487:1 488:1 489:1 490:1 491:1 492:1 493:1 494:1 495:1 496:1 497:1 498:1 499:1 500:1 501:1 502:1 503:1 504:1 505:1 506:1 507:1 508:1 509:1 510:1 511:1 512:1 513:1 514:1 515:1 516:1 517:1 518:1 519:1 520:1 521:1 522:1 523:1 524:1 525:1 526:1 527:1 528:1 529:1 530:1 531:1 532:1 533:1 534:1 535:1 536:1 537:1 538:1 539:1 540:1 541:1 542:1 543:1 544:1 545:1 546:1 547:1 548:1 549:1 550:1 551:1 552:1 553:1 554:1 555:1 556:1 557:1 558:1 559:1 560:1 561:1 562:1 563:1 564:1,13,18 565:1 565:7 566:1,5 567:1,16 568:1,20 569:1 570:1

**ran** 349:17 394:20 408:13,14 409:5,6 426:23 514:8

**range** 414:21 496:8,15,15,18,20

**ranitidine** 315:4 315:11 324:20 361:6 422:24 461:12,20 462:5 462:10,22 463:6 463:18 464:9,11 465:14,19,21 466:3,13 467:6,8 471:23 472:5 474:2,22 477:8,12 478:13 492:20 505:12 517:11,13 520:14,25 526:18 534:3 536:20,24 538:2 540:6 555:6 559:5,18 560:7

**ranitidine's** 476:13

**rapid** 487:13,15

**raspanti** 321:16

**ratio** 439:10,16

**raw** 342:2

**reaction** 477:23 488:15 518:16,19

**read** 348:14 383:13 415:7,9 418:6 461:16 559:7 568:10,12

**reader** 426:5

**readjust** 382:13

**reads** 460:25 465:7

**ready** 326:17 328:20 330:2,12 532:23,24

**real** 334:4 526:18

**reality** 502:6,9

**realized** 472:11,25

**really** 332:2 334:18 340:14 342:20,21 345:2 349:21 353:14 359:19 360:23 366:15,25 369:3 379:9 386:2 393:25 408:17 416:15 419:10 420:14,14 426:25 437:25 438:2 445:21 469:12 472:23 474:6 475:13 477:16,21 478:2 487:4 493:10 505:21 506:12 512:3,9 513:8,17 515:11 519:22,23 520:18 529:14 535:13 547:9 563:2

**reanalyze** 416:23

**reason** 326:2,8,12 329:17 368:24 379:22 419:23 423:12 428:15 435:3 444:11 474:18 518:4 519:3,5 520:3 561:25 562:2 569:5,8,11,14,17 569:20,23 570:5,8 570:11,14,17,20 570:23

**reasons** 373:23 492:7 518:5 520:18,19

**rebuttal** 360:9 424:12 488:17 526:25 527:8,16

527:20,25 528:9 528:15,17
**recall** 348:2 402:17 416:3 422:23 457:3 459:21 462:21 465:10,12 479:24 514:11 518:6 525:22 529:3 533:13,16 539:6 548:8 551:22 552:18 559:11,18
**recalled** 369:10 422:25 465:19 505:25 561:24
**receive** 428:23 429:11
**received** 365:17 365:20 366:5,16 367:13,15 422:10 428:16 429:15 457:24 461:4 529:3
**receiving** 466:25
**recess** 328:8 364:11 365:6 404:15 413:13 456:19 458:14 522:22 532:7 563:20
**recite** 347:8
**recognize** 341:8,9 424:16 475:9
**recognizing** 454:17
**recollection** 528:23
**recommend** 541:5
**recommendation** 419:20 420:2 512:10,13
**reconfirmed** 417:4
**reconstruction** 336:20 337:6
**record** 324:3,16 325:8 328:2,6,10 328:13 350:7 363:25 364:5,7,13 364:25 365:3,8 373:24 382:11 388:12 404:12,17 412:21 413:8,11 413:15,21 451:11 456:16,21 458:12 459:8 466:16 501:25 522:14,18 522:19,24 531:25 532:5,9 545:18 554:18,20,23,25 558:6 563:18,22 564:11 565:10
**recorded** 324:13 324:18 336:24 418:19 425:2 548:7,13,24 549:18
**recording** 324:8 324:14 480:5
**records** 336:19 337:4 338:6 339:5 339:20 444:3
**recover** 385:14 405:18
**recovery** 501:6,15
**recross** 532:2
**red** 372:7 397:6 402:11,13
**reddy's** 322:20 323:5
**redirect** 458:9
**reefer** 321:21
**refer** 384:6 482:5
**reference** 329:15 343:4 376:2 377:4 378:15 385:9,13 386:22 399:10 439:12,14 480:19 481:14 500:14,17 500:18,19 501:10 501:20 502:3 528:17
**referenced** 386:10 460:11
**references** 329:17 377:5,6 478:18 480:5,25 481:2
**referencing** 380:6
**referring** 365:20 383:15,18 422:17 479:20 481:5,7,10 482:8 509:24 531:2 553:16
**reflect** 457:24
**reflected** 394:12
**reflecting** 545:25
**reflection** 391:3 392:25
**reflects** 539:12
**refresh** 369:25 419:5 528:22
**refrigerated** 419:19,25 473:11
**refrigeration** 417:22 418:18,22 427:7
**refrigerator** 410:4 410:10,12 411:5
**regard** 329:22,23 350:19 534:19,21
**regarding** 420:23 463:6,17 466:2,12 551:24 552:2
553:5 559:4 561:20
**regardless** 336:23 472:10 476:8
**regenerate** 519:2
**region** 443:7,24
**regular** 333:20 410:10
**regulation** 544:18
**regulatory** 471:18 507:7 517:10
**reiterate** 360:18
**related** 330:22 475:16 530:20 543:18 544:5,22 550:14 565:14
**relates** 315:6,12 339:3 347:21,24 348:18 352:22 491:10 530:24 538:7,8 546:10,16
**relating** 330:23 537:25 538:20 544:4 545:12 546:12
**relation** 356:24
**relations** 433:14 552:21
**relative** 352:6
**relatively** 352:6
**relay** 534:6
**release** 467:2 473:22 495:3 505:20
**released** 466:24
**relevant** 530:23
**reliable** 498:7 503:6
**relied** 559:16
**rely** 435:6,10,12

**relying** 419:10 478:16
**remain** 332:16 411:2
**remaining** 532:2
**remains** 325:10 429:10
**remedy** 547:8
**remember** 325:22 347:11,12 364:21 365:14 381:13 477:9 523:6 540:3
**remind** 325:9
**remotely** 325:7
**removal** 471:23
**remove** 406:5
**removed** 341:24
**renders** 485:9
**repeat** 331:21 333:3 337:11 358:10 367:10 407:3 496:20 508:13 543:13
**repeatability** 493:15 508:14,16
**repeatable** 493:16 498:7
**repeated** 334:2 339:17 345:18 361:4 508:18 512:24,25 513:12 513:21
**repeatedly** 361:16
**repeatingly** 376:6
**rephrase** 548:22
**replicated** 552:7 552:16,24
**replicates** 426:11
**report** 327:5 348:21 353:6,7 354:6,10,13 355:22 356:3 357:5,7,15 358:5 358:23 359:7 360:9,10 361:13 361:14 362:13,18 363:5,15 364:20 371:10,13 372:2 372:25 373:4,6 375:11 379:22 384:17 393:22 407:14 414:14,20 415:8 417:17,19 421:13 422:13 423:23 424:12,18 425:2,6,8 426:4 430:10 451:3 469:23 478:19 488:17 507:9 516:9 522:9 526:25 527:8,16 527:25 528:10,11 528:15,17 529:9 529:11,15 530:14 533:3 544:17 566:22 567:12,14
**reported** 315:23 336:20 337:7 338:7 371:17,19 394:17 425:5 436:9
**reporter** 316:12 325:4 330:7 337:10 506:22 565:5
**reporting** 416:11 416:12,18 502:5,8
**reports** 341:6 379:19 451:6,8 482:11 527:20 556:23
**represent** 325:19 360:10 370:18 371:5 398:6 421:19,21 539:18 542:15 556:22 559:22
**representative** 366:17 367:7 559:25
**representing** 325:2 399:22 412:16
**represents** 357:24 421:6
**reproduce** 338:25 340:18
**reproduced** 343:17,25 424:17
**reproducibility** 493:15
**reproducible** 338:18,21 343:22 344:6 346:3 508:11
**request** 368:21 463:12 465:12,25 466:10 467:5
**requested** 329:10 367:24 368:5,9 461:21 462:17,20 463:4
**requesting** 559:17
**requests** 462:14 464:24 465:9 566:8,12
**required** 327:16 444:10 545:24
**requirement** 481:15
**requirements** 543:19
**research** 323:21 332:24 333:10 336:11,14,18,21 338:7 339:10 343:19 346:9,19 346:25 348:4 349:11,15 350:12 351:12,13 419:15 468:4,7,17 471:5,7 498:15 503:25 505:13 506:5,14 506:19 512:11 516:10 517:2 546:7 547:3,3,4
**researching** 520:25
**reserve** 458:5 563:9
**reservoir** 483:7
**resolution** 555:16
**resources** 546:24 550:20,23,24,25
**respect** 350:12 351:2,3 420:13 465:9 540:23
**respectively** 441:5
**respond** 337:24 447:7 560:14
**responded** 358:9
**responds** 461:2
**response** 329:4 337:18 351:19 459:13,23 460:17 471:21 474:5,15 474:17 496:11,13 534:6 558:13 559:3
**responsibility** 340:15 416:17
**responsible** 476:21

**responsive** 421:2
**rest** 369:17 407:9 426:7 458:5 468:23 473:5
**restate** 429:22
**result** 330:25 371:8 394:17 416:14,21 418:18 454:21 506:4 513:14 518:13 521:16
**resulted** 471:22 475:14
**results** 336:21,22 337:7 338:7,9 370:19 372:24 377:20 382:25 384:22 397:11 401:8 403:5 405:2 414:17 464:25 483:19 499:11 504:11 513:11,12 513:18,20 560:4,7 560:15 566:21
**resume** 508:9
**resumed** 459:3,6
**retained** 366:24 457:10,16 510:14 510:15 564:15
**retaining** 452:16
**retains** 452:12
**retention** 437:12 443:21,22 446:14 484:4
**retest** 408:2
**retrieval** 391:21
**retrieve** 341:25 541:8
**retrieved** 374:15
**retrospective** 331:17
**returns** 366:24
**reverse** 483:11
**review** 329:8 334:22 337:13 349:7,8 352:10,13 354:4 357:3,11 358:2 363:16 434:21 507:16 526:4 530:18,22 558:25 560:8
**reviewed** 331:16 334:11,20 342:8 344:9,10 346:7,17 346:22 347:15,18 353:9,10 354:7,11 355:21 357:6,25 358:5 360:12,18 360:19,21 361:19 361:21 406:22 507:7 511:24 529:15 558:22 559:9 560:4 561:11,13 562:13 562:18,22 563:6
**reviewing** 340:4 356:21 448:13
**rhône** 469:16
**richard** 319:14
**riddell** 317:7
**right** 330:11 335:8 348:6,25 349:2 352:15 355:18 356:15 359:23 360:5 362:23 370:15 372:5,9 375:13,20 376:4 376:19,21 377:8 377:21,21 382:19 383:2,7 385:2,3 386:8,17 388:2,5,8 388:11 389:14,20 389:24 390:2,12 390:13,18 391:17 392:6 394:3 396:3 396:12,15,18,23 397:6,9,14 400:3 401:3,6,21,23,23 402:14 403:13,17 403:24 405:2 416:8 417:7 418:5 421:4,14 422:9 423:23 424:13,23 424:24 425:24 428:2 430:24 431:11 432:12 433:21 434:4,23 435:18 436:4,10 436:21 437:6,7,8 437:14 438:18,24 440:12,13 442:5 442:11,17,22 443:7,13,13 451:18 452:2,7 453:3,11 454:6,14 455:20 495:16 499:12 501:7 513:13,13,19 519:11 523:16 524:8 533:12,21 533:22 540:19,20 543:19 557:12 559:11,15 564:3,8
**rigor** 504:18,19 516:9
**ripley** 320:6
**rising** 420:8 437:20 514:21
**rmb** 319:15
**road** 317:19 322:14
**robert** 318:5,8
**robust** 493:13,16
**rocket** 334:18
**role** 476:23
**room** 326:19 461:21
**roopal** 318:14
**root** 334:8 467:15
**rooted** 331:15 356:23 446:8 512:9 562:21,24
**rorer** 469:17
**rosemarie** 317:7 351:2 368:25 394:22 412:7 457:18 498:19
**rosemarie.bogdan** 317:8
**rotman** 318:20
**roughly** 352:7 441:3
**routinely** 471:14
**row** 403:5 431:4,5
**rows** 385:16
**rp** 384:13
**rule** 315:10
**rules** 325:22 395:4
**rulings** 566:10
**run** 352:2 374:22 380:18 394:15 404:23 405:3 406:8,12 407:20 432:23 433:8 496:22 497:18,22 497:23 523:14 547:14 549:15
**running** 349:13 359:23 375:16 380:17,19 405:7 426:14
**runs** 399:16 435:15 545:23

**ryan** 381:10

**s**

**s** 317:2 318:2 319:2 320:2,22 321:2 322:2 323:2 459:2,2,2 566:14 567:4
**s.a.** 320:13 322:6
**safety** 330:23 505:23 531:15 544:6,6
**safeway** 369:12
**sale** 465:13
**sample** 366:5,9 367:7 368:22 374:22 375:19 376:16 379:6,10 385:17,18,18,20 386:10 387:18,21 388:7,10 389:13 390:3,25 391:14 391:16 392:25 393:6 395:11,14 396:5 397:24 398:22 399:11,12 400:11,18 401:4 401:12 403:20 404:24 405:2,3,7 405:23 406:3,7,13 406:19 408:8 421:23,23 422:2 428:6,18 430:9,22 431:8 432:9,16,18 433:11,12 435:11 435:14,25 442:5 442:17,22 451:2 455:10 493:11 495:4 497:17,19 499:18 540:10,10 540:14 541:10,11 541:12,13 567:12 567:14
**sampler** 497:20
**samples** 341:22 343:3 365:17 366:18,24 367:13 367:15,19,24 368:10 371:21 375:25 376:4,11 376:13,15,15,17 379:18,20 381:6 385:3,16,24 386:14 392:21 407:15,20 409:16 410:11 411:2,3 416:5,10 418:23 421:5,7,11 422:5 422:10 425:21,24 426:6,7 427:20 428:16 429:11,15 429:18 432:11,14 497:12,18,22 510:14,15 541:25 542:13
**sanofi** 322:6,6,6 367:14 383:20,23 383:24 384:13 418:4 469:17
**sanofirp** 374:5
**sara** 322:16
**sartans** 475:8
**sausage** 554:7
**save** 568:14
**saved** 414:6
**saw** 334:4 472:4
**saying** 341:23 344:6,7 386:13 393:20 400:7 485:21 513:16 534:13 536:3 537:12 547:23 549:6 562:7
**says** 339:7 374:4 374:25 375:14 377:16 382:21 384:12 386:21 387:15 388:3,6 389:15,19,22 391:16 395:14 430:16 451:17 461:5,6 462:12 473:23 491:17 515:5 558:21
**scan** 557:2,2
**scanned** 529:10
**schachtman** 323:5 323:8
**schachtmanlaw....** 323:9
**schedule** 328:15 329:20
**scheiber** 323:21
**school** 450:7
**science** 334:19 516:24 517:5
**scientific** 323:19 331:14 332:9,14 332:23 333:9 345:12,16,22 368:24 441:10 445:14 446:3,7 498:14,20 502:16 505:2 506:18 507:2,19,22 515:13 516:21 520:2 521:10 543:9 544:21 547:18 550:24
**scientifically** 449:22
**scientist** 349:15 507:24
**scientists** 342:9 446:25 447:22,23 448:12 449:3 515:4 517:6 550:6 550:9,11
**scolding** 359:13
**scope** 534:18
**screen** 324:12 336:5 337:14,19 352:12 366:2 390:16,20,21 391:2 393:17 396:6 434:23 443:22 446:15,15 453:15 533:3 542:11
**screens** 374:17 542:17
**screenshot** 335:16 336:9 357:20 387:14 566:17
**scroll** 377:10 390:14 391:6 419:2,6,8 427:15 431:17 432:3,5,5 436:5 454:10,10
**scrolling** 393:14
**search** 525:20 526:8
**searchable** 526:7 526:15
**second** 326:24 335:7 372:3,15 375:18,18 379:5 388:10 390:25,25 394:7 395:20 396:2 397:4 430:5 430:5 450:20 459:20 463:4 465:25 486:20 487:3,10,11,12

488:9 519:5 522:14 537:10,11
**section** 367:4 441:8
**sections** 370:13 559:3,10
**see** 336:2,6,15 342:17 352:12 356:22 373:2 374:3,6,25 375:3 376:20 377:13,18 377:19 378:9,11 378:11 381:24 382:20 384:23 385:6,13 389:6 390:2,5 392:3 393:18 394:19 396:14 397:5,10 399:8 401:14 402:6,15 403:17 419:4,6 423:7 430:15,21 431:18 432:10 433:13 434:4 435:25 436:11,18,25 437:2,15 438:14 440:5 441:22 442:8 443:11,14 444:16 446:8 448:3,23 452:19 454:11,13,16 455:12,12,18 456:13 460:7 465:4 477:17 479:22 480:9,15 481:22 484:3,4 490:14 494:2,9,11 496:22 521:13,20 521:25 524:4 525:2,15 527:17 536:6 540:10 541:7 542:16 546:21 558:5,20 559:2,2
**seeing** 392:18,19 419:4 472:24 527:14 535:22
**seeks** 425:14
**seen** 324:11 493:8 535:23 555:10 556:10
**sees** 383:3 441:17 441:18
**select** 499:21
**selecting** 456:7,8
**selective** 391:5
**selectivity** 494:19 494:22
**sell** 500:16
**sells** 520:5
**send** 344:18
**sender** 410:5
**senior** 323:21
**sense** 379:8 520:2 549:5
**sensitive** 423:4 427:4 473:2 477:3 553:23 560:22
**sent** 342:17 409:23
**sentence** 358:24 460:22,24 461:8 462:11 464:22 465:4,7 545:22
**sentences** 464:20
**separate** 483:22 490:23 493:2
**separated** 386:2 486:2 492:21,21
**separately** 489:24
**separation** 483:19 520:13
**sequence** 375:14
**series** 385:12 429:21
**service** 471:4,6 550:2
**services** 322:6
**set** 329:7,12 421:9 429:20 438:9 511:5 536:5 538:21 565:9,18
**sets** 379:19 492:3
**setup** 523:16
**seven** 425:21 426:7 427:20
**sgf** 431:9 511:12 512:3 513:5 538:7 553:8,8 554:6,6 562:23
**shade** 408:6
**share** 346:13 366:2
**shared** 342:18 556:8
**shb.com** 320:23
**sheehan** 323:21
**sheet** 384:3 398:5 398:7 400:20 481:9 531:16 568:2,16 569:2 570:2
**sheets** 349:6
**shimadzu** 445:24
**ship** 419:24
**shipped** 409:24
**shipping** 473:6
**shook** 320:19 323:20
**short** 422:24 456:12
**shorthand** 316:12 565:5
**shortnacy** 323:17
**show** 341:5 352:11 365:19 374:17 378:22,23 379:13 381:4 393:15 403:23 432:13 437:23 439:9 440:2,3 444:4 452:22 492:8 496:14 528:9,14 542:25
**showed** 341:4 343:19 497:7 525:3,12 528:16
**shower** 408:7
**showing** 337:19 356:7 363:7 392:22 394:2 399:11 431:8 440:25
**shown** 343:23 354:18 361:17 369:24 381:2 389:10 397:2 401:2,19 414:12 414:18 424:9 440:13 441:14 477:21 479:14,18 479:25 520:16 523:7 527:11 539:23 558:16 566:18,19,23,24 567:6,7,8,9,10,17 567:20,21,22
**shows** 343:24 373:16 375:16 380:15,20 383:4 386:14 390:19,22 443:10 453:14
**side** 351:25 384:23 385:2,8 390:22

396:23 401:22 437:14 440:11,12 444:17 449:19,20 451:14 454:14
**sigma** 531:17
**signature** 565:21
**significant** 418:14 461:14
**similar** 342:22 376:7 387:11 469:18 475:5 498:8 499:23,24 499:24,25 500:7 500:12 503:23 504:5,5 525:17 541:8 557:11
**simplest** 493:11,11
**simply** 331:6 337:20 363:4 416:11,18 445:4 477:25 536:18 554:4
**simulated** 511:13 512:4
**simulating** 409:4
**single** 347:2 418:9 448:18 506:24 540:14
**sir** 370:2 557:19
**sit** 348:11 392:16 408:12 479:6 511:19
**sites** 367:16
**sits** 481:11
**sitting** 347:11 407:10 483:7 487:3
**situation** 474:21
**six** 422:3,6,6 423:9
**skew** 416:14
**skews** 416:21
**skill** 565:12
**skip** 464:7
**skipped** 401:24
**slant** 452:23
**slides** 384:2
**slightly** 500:25
**slip** 382:8
**small** 352:6 370:8 439:19 469:19
**smaller** 480:9,15
**smooth** 452:6
**society** 522:4 561:9
**sodium** 475:24 512:14
**software** 377:3 380:11 525:13,14
**sold** 420:6 462:5 462:10 473:9
**sole** 515:7
**solely** 559:17
**solid** 344:5
**solve** 564:8
**solvent** 380:19 483:9,9,14
**solvents** 483:6,10 483:18
**somebody** 508:12 508:13 556:20
**somewhat** 345:9 376:7
**sop** 544:12
**sophisticated** 490:24 500:4
**sops** 506:6,10 517:9 543:8 544:12,14,14,16 547:13,14,16
**sorry** 327:23 343:12 349:21 356:21 372:21 379:3 380:6 381:25 396:8 397:10 401:21 421:24 423:20 424:4 425:18 428:11 452:14 453:5 470:25 480:12 497:25 517:17 553:11,13 555:25 557:18
**sort** 409:22 419:13 456:4 484:25 510:19 512:25 558:5
**source** 405:10,11 422:20 486:5,7,10 487:8 506:24 518:2,17,17 519:8 519:9,22,24 541:2
**south** 319:12
**southeast** 319:6
**southern** 315:2 324:22
**spalding** 320:10 323:16
**speak** 356:22 515:17 534:21
**speaking** 359:18 405:13 413:2 457:4
**spec** 390:24 404:25 405:20 430:23 440:20,23 442:25 469:13 485:24 486:12 490:4 555:16
**special** 315:9
**specialist** 323:19
**specific** 329:9,15 332:4,5 357:9 370:12 391:5 393:23,24 399:10 433:23 444:10 486:18 490:10,12 490:19 509:10 528:17 536:22 553:4,5
**specifically** 349:24 457:9 463:6 464:23 466:3 490:18 531:4
**specificity** 489:25 494:20,22
**specifics** 554:6
**spectra** 443:9
**spectrometry** 449:10 485:22
**spectroscopy** 469:6 522:5 561:9 561:15
**speculation** 373:19
**speech** 395:9
**speed** 423:5
**spent** 361:14
**spin** 332:6
**spoke** 493:17
**spoken** 492:19 504:15,16
**spreadsheet** 354:3 386:17 400:5 402:24 414:19 427:25
**spreadsheets** 348:23 349:4 351:21 353:4,9,22 364:19 482:12
**square** 317:12
**srotman** 318:21
**stability** 334:15 347:22 408:4

417:22 420:24 428:7,14 463:7 464:10 466:4 467:7 473:7,13 497:11,13 508:23 510:2,11 511:4
**stable** 461:13 497:16
**stand** 375:24 448:15 556:12
**standard** 331:14 333:22 376:2 378:15,17 379:11 391:24 392:3,20 392:21 393:13,16 393:18 394:3,18 405:21 406:16 430:13,24 431:6 433:15 434:3,5 435:14 436:20 439:8,9,12,15,15 439:24 442:9 446:21,24 447:15 449:4 451:24 452:6,15 499:4,7 499:15,16,20,21 499:22 500:15 501:11,11,20 502:3,11,19 503:2 503:20 504:7,9,10 504:13 540:24 541:12 555:19 556:15 557:10 558:9
**standards** 327:17 330:15 332:9 333:18 341:21 343:4 379:23 385:9,13 391:9 492:2,4 498:14 499:3 500:4,11,17 500:18,19 502:20 505:3 506:17,25 507:6,19 508:3 541:14,14
**stands** 482:25 488:14 505:21
**start** 328:19 370:16 385:17,20 468:8 520:24
**started** 425:18,20 425:24 428:8,9 468:12 471:20 473:12
**starting** 335:25 551:16
**starts** 441:23
**state** 315:7 316:13 394:11 466:16,20 565:6 568:24
**stated** 358:17 385:4 386:9 392:14 427:2 503:16 505:18 552:14 560:20 562:19
**statement** 413:21 419:11 514:25,25 515:2,4 533:14 535:2,5 557:4
**statements** 465:3 534:2 536:19,21 536:23 537:24
**states** 315:2 324:22 432:22 464:22 509:13 544:15
**stating** 395:5 534:10 554:4 562:3
**statistical** 416:16
**stay** 396:7
**stenographic** 325:8
**step** 449:11,11 503:2
**steps** 416:22 446:23 448:16
**steven** 318:20
**stick** 450:3
**stop** 394:23
**stops** 427:8
**storage** 411:2
**store** 407:24 410:6
**stored** 383:17
**story** 517:11
**stoy** 321:19
**straight** 453:5 538:15
**strange** 419:23
**strategy** 535:11
**street** 317:6,12 319:12 320:6 322:7,21 323:6
**strike** 352:23 358:25 536:15 563:3
**striking** 487:19
**structured** 337:2 339:9
**structures** 531:12 531:14
**studies** 408:4 471:14,14 473:6 478:12 505:12 507:8 508:24,24 508:25 511:12,13 512:3,4 513:5 514:8,15 516:8 530:17,18,20 544:7 552:8,25 553:6,8
**study** 417:22 418:10 420:24 422:9 431:12,21 461:11 462:14 511:14,22 512:24 513:2,23,25 514:2 515:6,8 535:12,17 535:18 558:24
**studying** 470:20
**subfolder** 383:19
**subject** 505:14 537:20
**submit** 473:20 546:12
**submitted** 461:3 467:2 544:2,3,8 546:14 560:3,7
**subscribed** 564:20 568:21
**substance** 464:12
**subtracting** 446:18 455:24
**subtracts** 441:19
**sufficient** 337:4 338:20 560:17
**sufficiently** 338:21
**sugar** 483:23,25
**suggested** 413:8
**suite** 317:13,19 318:6,19 321:6 322:7,14,21 323:7
**summarize** 358:23
**summarizes** 358:24
**summary** 372:25 535:5 566:21
**summer** 457:17,25
**sun** 321:17 408:6 409:4
**sunday** 329:11,14

**superior** 315:7
**supplemental** 425:10
**supplies** 369:11,14
**supporting** 332:21 333:7
**suppression** 495:20,22 501:8,9
**sure** 328:4 367:19 381:15 391:23 397:20 398:3 435:2,8 443:6 472:14 495:11 498:6 508:4 510:13,16 522:16 535:2 550:23 551:3
**surprising** 340:20
**survive** 418:16
**suspected** 331:3 472:13 512:16
**suspension** 462:21 465:12
**switching** 402:4
**sworn** 325:13 459:5 564:20 565:9 568:21
**synthesis** 475:20 475:23 476:2,5,7
**synthetic** 481:25 548:5
**system** 365:12 466:16
**systematically** 484:5
**systems** 547:16

**t**

**t** 459:2 565:2,2 566:14 567:2,4
**table** 353:3 371:20 375:15 377:5,14 386:14 424:23 425:8
**tables** 358:3,13 379:24
**tablet** 414:19,22
**tablets** 414:18
**tagged** 477:7,11
**take** 324:15 337:21,22 341:3 359:13 363:5,5 374:24 404:10 416:22 430:3 443:8 448:17 456:12 458:7 461:22 462:15,18 464:24 467:18 477:19 484:12 524:18 529:16 532:19 542:22 543:4 547:15 563:15
**taken** 316:10 328:8 364:11 365:6 404:15 413:13 439:16 455:3 456:19 458:14 522:22 532:7 563:20 568:11
**talented** 448:12
**talk** 341:7 370:12 417:21 430:14 541:6
**talked** 364:18 539:2 551:20
**talking** 348:8 349:22 351:14 364:21 365:13,24 368:4,8 384:24 400:2,4 411:22 413:4 435:13 440:5,6 469:4 513:18 541:24 552:3 553:15 554:5,8,9
**tangent** 519:25
**tanner** 512:23 513:14,15
**target** 509:12
**taught** 448:4
**team** 349:8 362:2 362:5 367:2 411:7 445:10 448:5 469:2 473:5 477:17 500:5 505:6 508:4
**technical** 328:22 364:10 365:5,12
**technically** 405:13
**tell** 341:8 348:9 351:23 355:11,20 360:7 361:24 362:6,14 363:10 366:7,10 392:10 408:13 418:13 421:5 505:6 555:18 556:19
**telling** 342:6 389:12 456:5 501:21
**tells** 375:13 418:3 426:5 508:19
**temperature** 358:21 361:10 419:19 427:4 429:25 463:18 466:12 477:3 509:3,21 510:12 511:5 553:23 560:22
**temperatures** 461:13,21
**template** 373:6 523:15
**ten** 488:2
**terabyte** 386:25 387:6,15
**term** 330:19 417:22
**terminus** 322:13
**test** 366:14,14,17 368:9 372:3,4,5 405:22 408:7 422:2,5 441:19 492:9 499:11 512:18 548:14,25 549:7,11 560:3,7
**tested** 366:9,12 367:20 407:16 408:22,23 409:16 411:7 415:2 416:6 416:10 418:9,11 418:14 427:10,21 481:17 502:19 509:22 541:11
**testified** 325:14 342:12,14 394:13 459:6 505:10 506:2,15 529:19 543:17 560:2
**testify** 411:17
**testifying** 394:23 525:6 533:13 559:24
**testimonies** 529:5
**testimony** 326:3 326:14 330:9 331:21 332:16 339:19 340:2 341:12 343:8 348:3,16 369:4 373:10,21 400:15 429:6 451:12

516:6 524:22 525:6 528:13 530:5 533:16,20 537:17 539:6,14 543:23 545:5 548:8 551:17 552:18,21 562:20 564:12 565:11
**testing** 327:17 330:15 332:20 333:6 334:14,15 337:5 362:10 365:13,16 366:4,9 366:12 368:9 369:16 370:20 371:3,5,12,17,18 371:25 381:23 382:21,23,25 383:16 384:12 385:3 399:4 405:22 406:4 407:13 408:7 409:4 414:18 415:21 418:22 425:24 426:12 427:13,16,18 428:14,15 429:13 429:20,21 431:10 435:11 465:2 470:7 478:17 480:5,20 481:6,6 482:9 496:21 501:14 502:4 503:3,5,17,23 504:15 505:12 509:15 511:7 512:6,19,22 513:18 517:20 526:18,20 533:15 534:2 535:22 536:20,24 537:25 538:20 551:13 553:16,17 554:6 555:7 559:17 560:19 562:23,23
**testings** 371:9 478:25 554:2
**tests** 372:8 507:15 549:14
**teva** 322:13
**texas** 321:7 322:8
**text** 336:6 389:22 389:24 390:10
**tfinken** 317:15
**thank** 451:22 458:3 464:5 467:17 502:24 524:18 531:21 543:3 551:18 563:25
**thermal** 472:12,13 476:10
**thermally** 472:5 472:25
**thing** 382:14 403:24 430:19 438:12 494:21 495:23 501:15 540:20,21
**things** 330:3 343:5 347:9 349:18 375:4 376:8 381:6 423:5 469:21 495:18 509:17 512:20 531:19 546:14
**think** 333:21 341:25 342:15 345:23 363:21,24 374:14 377:2 392:14 400:16 405:4 406:6 420:7 422:8 424:3 425:9 426:13,22 454:21 456:11 457:13,18 475:3 488:15 497:21 499:3,8 508:19 511:20 515:8 519:4 520:21,22 524:24 526:7 527:13 529:2 541:3 543:22 545:21 549:4 550:7,21,25 556:17 563:7
**thinking** 337:17
**third** 318:12 372:4 375:22 463:11 466:10 486:24,25 487:2 520:3
**thomas** 323:21
**thompson** 322:16
**thompsons** 322:17
**thorough** 464:10 467:7
**thoroughly** 529:14
**thought** 343:13 475:4 498:2 550:15
**thousand** 496:17 502:5,6,9,10 519:13 529:4 549:8,9,9
**thousands** 346:22 347:14,18 348:13 348:19 360:22 368:10 478:23 507:15 551:14
**three** 376:13 415:21 416:5 421:10 425:23,24 426:5,6,8,12,20,23 429:12,17 520:18
**throw** 407:21
**throwing** 378:20
**tic** 432:4 433:9
**tight** 329:20 492:4 492:4
**time** 324:4 328:7 328:11 331:25 340:18 350:6,10 358:20 361:9,14 364:8,14,15 365:4 365:9 374:25 375:3,6,8,9 392:15 395:2 404:13,18 404:19 405:23 408:21 413:12,16 413:17 419:14 423:5 425:20 426:24 427:4,10 427:11 429:17,24 435:16,17 436:19 437:12 442:10,16 443:21,22 446:14 448:22,22 451:18 456:17,22,23 457:10 458:6,13 459:3,9 462:3 468:23 476:24 477:2,3 484:4 487:7,16 489:7,16 505:19 508:11 509:2,23 510:5,6 513:4 514:23 516:6 521:10 522:20,25 523:2 531:23 532:3,6,10 536:13 538:23 551:3 553:23 554:12,16,21 555:2 560:2,13,22 563:19,23,25 564:7,11,17

**timeline** 426:18,19
**times** 342:19 358:8,10 375:8 551:21 562:20
**tiny** 407:23 455:19
**title** 315:9 381:22 382:21
**titled** 372:24 430:9 451:2 566:21 567:11,13
**today** 325:21 326:4,9,14,20 330:6 331:25 332:17 335:19 341:3,5,13 348:11 355:8 373:11 382:3 385:5 392:16 408:12 410:12 412:6,9 478:15 500:8
**today's** 335:24 355:6 564:12
**toggle** 540:9
**toggling** 541:25 542:7
**told** 361:15,22 410:19 412:8,10 412:13 448:15 473:23
**toledo** 320:16 341:4,15 355:19 413:7,20 457:5 461:24 462:25 463:8,13,21,24 464:14 465:16 466:14 467:9 470:23 474:25 475:18 476:16 477:15 478:21 479:7 480:11,22 481:18 482:14 487:21 488:23 489:10,19 491:7 492:23 498:17 499:13 503:7,14 504:2,21 505:16 506:9,20 507:3,10 507:21 509:4 511:9,16 514:3 515:18 516:2,12 516:17 517:4,15 521:3,8 523:11,18 525:4 526:2,12,22 527:4 528:4,12,20 528:24 530:3 531:3,24 532:12 533:4,7,9,10 534:10,23 536:15 536:17 537:11,21 538:18,24 539:15 539:20,24 541:24 543:4,6 544:25 547:22 549:21 554:14,17 555:3 558:11,17,19 560:11 563:3,9 564:3 566:7
**tools** 503:19
**top** 374:3 380:8 381:20 384:22 389:5 392:4 402:14 430:15 431:18 435:25 442:4 479:23 483:7 515:4 550:5
**total** 390:6 489:3 564:14
**totality** 353:18,21 480:16
**totally** 523:16
**tough** 402:9
**toxic** 531:9
**toxicity** 530:25
**toxicologist** 530:8 530:9,13
**toxicologists** 530:14
**toxicology** 529:22 529:24,25 530:16
**toxin** 358:20
**tracy** 317:14
**trained** 448:12 508:5,7
**training** 447:21 448:2,9,25 450:6 508:7,8
**transcript** 332:11 568:11
**transition** 443:10 494:13,14
**traurig** 322:12
**tray** 497:18,19,19
**trend** 423:7
**trial** 399:16 411:18
**trials** 469:21
**trick** 370:9
**tried** 366:17 367:19 555:11
**triggered** 474:4
**trouble** 395:24
**true** 334:4 447:4 552:25 560:6 565:10 568:13
**try** 420:15 423:5 433:12 435:10 454:2 541:6 544:17
**trying** 329:18 361:15 368:23 391:12 403:16 420:11 426:15 450:16 451:7 454:19 522:7 535:24 547:8
**turn** 442:2 464:17
**twice** 352:9 385:15
**two** 353:9 371:4 379:19 386:10 387:20,25 400:6 401:7,24 428:17 428:18 431:2,2 453:9 464:20 475:21 477:22 489:6,12,15 490:18 495:18 500:21 501:19 502:6,8 555:15 563:10,13
**type** 375:23 377:15 411:23 469:3,18 484:10 484:15 486:6 488:12 551:13
**types** 468:6 471:13 483:12 549:14
**typical** 481:15
**typically** 374:19 380:10,18 393:16 407:21 437:11 447:19 448:2,8 449:18 450:3 479:6 483:5 484:11 486:8 491:12 497:23 500:19 510:2 535:3

**u**

**u** 567:2
**u.s.** 322:6
**uh** 424:7 432:5 451:9 549:16

**ulmer** 322:19
**ulmer.com** 322:24
**ultimately** 405:17
**unaware** 411:16
**undergo** 333:19
**undergraduate** 468:16
**understand** 326:5 352:14,16 357:8 357:21 373:9 379:17 390:8 395:25 433:19 451:6 474:17 497:13 524:21 545:7 550:16
**understanding** 327:14 474:23 552:12 568:17
**understood** 474:7 552:15
**unexpired** 414:25
**unfamiliar** 523:16
**unfortunately** 330:3 485:3 494:6 560:12
**unimaginable** 492:25
**unimolecular** 518:19
**unique** 406:19 490:18
**unit** 324:17 364:9 364:16 404:14,21 413:19 456:18,25 522:21 523:4
**united** 315:2 324:22 509:13 544:15
**units** 564:14
**university** 335:17 336:10 566:17
**unrelated** 543:8 545:11
**unstable** 461:20 473:2
**updated** 383:14
**upholds** 345:11,15 345:21
**uplc** 469:7 484:8
**upper** 370:14,15 371:24
**usa** 320:12
**use** 332:25 333:18 351:21 353:4 371:12 374:18,20 406:7 409:10 446:13 449:3,9 468:18,21 475:23 475:24 484:11 485:11 502:2,18 504:19,25,25 508:22 522:14 549:21,21,22 563:12
**useful** 557:9
**useless** 485:10 486:12
**user** 469:13,15
**usp** 500:16
**usually** 380:11 544:12
**utmost** 540:22
**uv** 484:17,18,23 484:23,24,25,25 485:3,7 557:2,8

**v**

**vacuum** 433:17 486:9
**vague** 445:18
**valid** 344:5 454:18
**validate** 503:10,22
**validated** 492:10 492:11 497:9 557:14
**validating** 493:25
**validation** 492:6,8 493:18,19,22 497:6 498:4,11,13 501:5 504:14 555:5,6,11,24 556:14 558:5
**validations** 492:12 492:13 498:15 521:18 556:7
**valisure** 465:3
**valsartan** 475:7
**value** 523:9
**values** 523:9
**vanderbilt** 335:17 336:10 339:7 566:17
**vaporized** 405:9
**variability** 440:24
**variation** 421:21 421:22
**various** 349:15,18 367:20,21 405:12 469:20 481:3 483:12,19 500:15 510:11 512:24 530:17 542:9,13
**vary** 549:18
**vast** 422:10
**verified** 413:22
**verify** 391:21 392:17 393:12 397:23 398:21 457:22
**veritext** 323:24,24 325:2,6 564:16
**vermont** 319:18
**versus** 378:17 379:10 439:11
**vertical** 435:15
**vial** 407:4,10
**vials** 407:22,23
**video** 324:14,18
**videoconferenci...** 315:18 316:9 317:3
**videographer** 323:24 324:2 325:3 327:23 328:5,9 363:24 364:6,12 365:2,7 404:11,16 413:10 413:14 456:15,20 458:11 459:7 522:17,23 532:4,8 554:19,24 563:17 563:21 564:10
**videotape** 344:22
**videotaped** 315:17 316:8
**videotaping** 342:16
**view** 341:16 376:6 376:7 385:5 441:17 455:24 522:12 523:23 524:2 525:3,11,15 530:11,11 539:25 540:20 541:8 542:11,11,21 567:18
**viewed** 433:5 540:6
**views** 385:7 525:2 525:12
**vinyl** 476:9
**virtually** 324:7

**visual** 456:3
**voice** 553:12
**vol** 315:1,15 316:1 317:1 318:1 319:1 320:1 321:1 322:1 323:1 324:1 325:1 326:1 327:1 328:1 329:1 330:1 331:1 332:1 333:1 334:1 335:1 336:1 337:1 338:1 339:1 340:1 341:1 342:1 343:1 344:1 345:1 346:1 347:1 348:1 349:1 350:1 351:1 352:1 353:1 354:1 355:1 356:1 357:1 358:1 359:1 360:1 361:1 362:1 363:1 364:1 365:1 366:1 367:1 368:1 369:1 370:1 371:1 372:1 373:1 374:1 375:1 376:1 377:1 378:1 379:1 380:1 381:1 382:1 383:1 384:1 385:1 386:1 387:1 388:1 389:1 390:1 391:1 392:1 393:1 394:1 395:1 396:1 397:1 398:1 399:1 400:1 401:1 402:1 403:1 404:1 405:1 406:1 407:1 408:1 409:1 410:1 411:1 412:1 413:1 414:1 415:1 416:1 417:1 418:1 419:1 420:1 421:1 422:1 423:1 424:1 425:1 426:1 427:1 428:1 429:1 430:1 431:1 432:1 433:1 434:1 435:1 436:1 437:1 438:1 439:1 440:1 441:1 442:1 443:1 444:1 445:1 446:1 447:1 448:1 449:1 450:1 451:1 452:1 453:1 454:1 455:1 456:1 457:1 458:1 459:1 460:1 461:1 462:1 463:1 464:1 465:1 466:1 467:1 468:1 469:1 470:1 471:1 472:1 473:1 474:1 475:1 476:1 477:1 478:1 479:1 480:1 481:1 482:1 483:1 484:1 485:1 486:1 487:1 488:1 489:1 490:1 491:1 492:1 493:1 494:1 495:1 496:1 497:1 498:1 499:1 500:1 501:1 502:1 503:1 504:1 505:1 506:1 507:1 508:1 509:1 510:1 511:1 512:1 513:1 514:1 515:1 516:1 517:1 518:1 519:1 520:1 521:1 522:1 523:1 524:1 525:1 526:1 527:1 528:1 529:1 530:1 531:1 532:1 533:1 534:1 535:1 536:1 537:1 538:1 539:1 540:1 541:1 542:1 543:1 544:1 545:1 546:1 547:1 548:1 549:1 550:1 551:1 552:1 553:1 554:1 555:1 556:1 557:1 558:1 559:1 560:1 561:1 562:1 563:1 564:1 565:1 566:1 567:1 568:1 569:1 570:1
**volume** 548:19

**w**

**wait** 383:11,11,11 424:4 447:6,7 537:10,11 545:16
**waited** 464:2
**wall** 317:6
**walmart** 366:23 369:12
**walnut** 322:21
**want** 328:12 337:23,23 345:2 356:13,22 380:3 390:4,9 402:10 403:19 413:20 414:15 417:21 423:4 432:15 437:25 438:2,20 445:11,13 454:11 466:19 488:4 494:2,16,17,19 495:2 496:9 498:23 499:16 508:4 522:14 532:14,20 551:3 552:6 556:9
**wanted** 346:14 367:3 381:4 419:6 474:12 477:19,25
**wanting** 475:14
**washington** 319:7 319:19
**watch** 448:16
**water** 483:23,24 520:4,7
**way** 326:16 338:17 340:3 343:8 344:10,15,16,18 344:21 355:14 357:24 359:10 378:13 391:5 393:20 394:20 396:14 400:7 433:6 437:21 439:9 449:24,25 482:11 490:12 496:19 500:2
**ways** 374:8
**we've** 331:15 333:17,24 334:6 334:19 339:13,16 340:13 342:18 343:22 353:11,13 353:13 362:11 364:18 366:8 377:11 384:17 396:10 401:24 406:14 410:19 418:11,19 428:19 429:21 430:12,16 470:15 482:17 492:9 498:19 502:20 508:14,20 509:19,22 511:24 521:17 535:14,22 538:5 539:2 541:11 550:21 555:11,23 562:21
**weak** 497:16
**website** 335:16 336:10 445:23,24 447:16 449:4 566:17
**weekend** 329:18
**weekly** 352:13

**weigh** 488:6
**weighs** 488:5
**weight** 499:23 500:24,25 501:3
**weiss** 317:11
**went** 408:19,20 409:6 428:9 449:13 496:19 560:11
**werts** 320:5
**whatnot** 366:24 512:7
**whatsoever** 555:24
**wheels** 332:7
**whereof** 565:18
**whiskers** 421:18
**wilkapedia** 469:11
**willing** 341:3 346:13
**winded** 502:22
**wish** 429:14
**withdrawn** 363:13 425:16 446:23 453:19
**withheld** 534:12
**witness** 324:11 325:9 328:23 335:3,8,12 336:2 350:15,23,24 354:18 359:14,20 364:2 369:24,25 370:3,8 372:16,20 373:2 381:2,3 382:12 389:10 390:18 394:25 395:12,16 397:2 401:2,19 412:23 414:12 417:14,18 419:2 420:21 423:21,24 424:7,9 428:22 429:2,4 431:17 432:3 437:6 450:16,21 452:2 454:7 458:5 479:14 517:17 522:13 527:11 533:8 539:23 553:13 558:16 565:8,11,18 566:4 566:18,19,23,24 567:6,7,8,9,10,17 567:20,21,22
**witness's** 327:25 328:15
**wonder** 520:13
**word** 406:6 492:14 526:6,9,15,16
**work** 330:22,25 331:12 333:13,15 333:17,24 334:2,6 334:10,19 338:12 338:14,17,19,23 339:3,16 340:23 343:21 346:3,4 348:18 349:17,23 349:25 350:18,20 350:21 352:11,22 353:11,14 355:2 362:10 398:19,24 399:14 428:4,8 447:23 448:10 450:9,9 457:14,24 467:22 468:4 469:16,19 470:15 471:13 477:12,20 478:2 480:4 482:17,23 483:4 485:18,23 498:10 504:17,18 505:7 505:13 506:6,14 508:5,10,12,15,16 508:18 514:25 515:2,5,22 516:7 516:10,16 517:2 520:24 521:11,18 521:25 525:9 527:21 533:14 534:2,20 535:2,5 535:14 536:19,21 536:24 537:25 538:7,19 539:4 543:9,24 544:4,9 544:11,21 545:9 545:25 546:5,7,11 546:22 547:10,11 547:19 548:6 550:8,11,20 552:16,17 561:4,6
**worked** 467:23
**working** 468:2 521:12
**works** 494:2
**world** 512:9 526:18
**worried** 473:7
**write** 339:7
**writing** 354:6,10 354:12
**written** 383:7 482:3 562:4
**wrong** 392:4 495:18
**wrote** 422:12 553:19

**x**

**x** 315:4,7,9,13 496:11 566:2,14 567:2,4

**y**

**yeah** 347:25 352:14 377:25 379:2 389:7,15 390:18 397:7 401:14 405:18 421:25 429:2 432:10 438:15 444:14 451:15 487:12 533:8 559:8
**year** 331:18 358:18 530:15 560:24
**years** 331:5 345:8 346:2,4,24 349:16 420:5 447:24,25 450:10 485:14 493:8,9 507:13 530:21
**yellow** 441:13 456:2,6
**yesterday** 325:23 327:15 328:14 332:10 341:3,13 341:14 343:8 348:24 350:6 354:16 355:5,20 373:10 380:24 381:14 385:4 457:5 481:2 514:6 523:8 528:8 529:2 529:19
**yesterday's** 331:21
**yielding** 472:22
**yokoo** 361:4
**yon** 319:8
**york** 316:13 317:6 318:13,13 320:15 320:15,21,21 323:7 325:2 565:6
**younger** 500:3

z

**zantac** 315:4 324:20 358:17 361:5 365:21 366:21,22,22,23 369:8 422:24 451:17 494:5 501:12 508:25 509:20 519:17,21 521:21,22 562:23 568:5
**zapping** 486:22
**zero** 371:18 425:20 494:5,7 497:20 521:21
**zip** 387:12
**zone** 334:15
**zoom** 315:18 316:8 317:2 330:4 344:17 387:17 396:22 431:2 436:24 437:3 438:11,13 440:8 451:14,23 453:2 454:8,9 455:17

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.