**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION**

**MDL NO. 2924**
**20-MD-2924**

**JUDGE ROBIN L. ROSENBERG**
**MAGISTRATE JUDGE BRUCE E. REINHART**

_________________________________/

**THIS DOCUMENT RELATES TO: ALL CASES**

**DECLARATION OF TRACY FINKEN IN SUPPORT OF PLAINTIFFS' MOTIONS TO EXCLUDE DEFENDANTS' EXPERTS' OPINIONS**[1]

[1] This Declaration is filed under seal pursuant to the order at ECF No. 5684.

I, Tracy Finken, hereby declare as follows:

1. I am a Partner at the law firm Anapol Weiss, co-lead counsel for Plaintiffs in the above-captioned action. I submit this declaration on behalf of all Plaintiffs in support of the Plaintiffs' Motions to Exclude Defendants' Putative Expert Opinions on General Causation Under Rule 702, Plaintiffs' Motion to Exclude Inadmissible Opinions of Dr. Bernard Olsen, and Plaintiffs' Motion to Exclude Testimony of Dr. Robert Gibbons ("Plaintiffs' *Daubert* Motions"). I am licensed to practice law in the states of Pennsylvania and New Jersey. I make this declaration based on my own personal knowledge and, if called as a witness, could and would testify competently to the matters set forth below.

2. Attached are true and correct copies of the following exhibits, which are cited in Plaintiffs' *Daubert* Motions.

| **Plaintiffs' Ex. No.** | **Exhibit** |
|---|---|
| **Expert Reports (alphabetical by last name)** | |
| 1 | Expert Report of Dr. Namandjé N. Bumpus (Mar. 7, 2022) |
| 2 | Expert Report of Dr. Andrew T. Chan (Mar. 7, 2022) |
| 3 | Expert Report of Dr. Lewis Chodosh (Mar.7, 2022) |
| 4 | Expert Report of Dr. Charles S. Davis (Jan. 24, 2022) |
| 5 | Expert Report of Dr. Robert Gibbons (May 7, 2022) |
| 6 | Expert Report of Dr. Frederick Guengerich (Mar. 7, 2022) |
| 7 | Expert Report of Dr. Benjamin Hatten (Mar. 7, 2022) |
| 8 | Export Report of Dr. Mira M. Hidajat (Apr. 12, 2022) |
| 9 | Expert Report of Dr. Craig Lindsley (Mar. 7, 2022) |
| 10 | Expert Report of Dr. Anne McTiernan (Jan. 23, 2022) |

| Plaintiffs' Ex. No. | Exhibit |
|---|---|
| 11 | Expert Report of Dr. Anne McTiernan, Rebuttal Report (Mar. 27, 2022) |
| 12 | Expert Report of Dr. Patricia G. Moorman (Jan. 23, 2022) |
| 13 | Expert Report of Ramin (Ron) Najafi, Ph.D. (Jan. 24, 2022) |
| 14 | Expert Report of Dr. Bernard Olsen (Mar. 7, 2022) |
| 15 | Expert Report of Dr. Bernard Olsen, Supplemental Report (May 21, 2022) |
| 16 | Expert Report of Dr. Dipak Panigraphy (Jan. 24, 2022) |
| 17 | Expert Report of Dr. Michael Porter (Mar. 7, 2022) |
| 18 | Expert Report of Dr. Andrew Salmon (Jan. 24, 2022) |
| 19 | Expert Report of Dr. Mary Beth Terry (Mar. 7, 2022) |
| 20 | Expert Report of Dr. Michael Vaezi (Mar. 7, 2022) |
| 21 | Expert Report of Dr. Timothy Wang (Mar. 7, 2022) |
| 22 | Expert Report of Dr. John Witte (Mar. 7, 2022) |
| **Expert Transcripts and Selected Exhibits (alphabetical by last name)** | |
| 23 | Deposition of Robert Buchberger (June 15, 2021) |
| 24 | Deposition of Dr. Namandjé N. Bumpus (May 20, 2022) |
| 25 | Deposition of Dr. Andrew Chan (May 30, 2022) |
| 26 | Deposition of Dr. Lewis Chodosh (May 12, 2022) |
| 27 | Deposition of Arthur Ciociola, Ph.D. (Mar. 24, 2021) |
| 28 | Deposition of Dr. Charles Davis (Apr. 25, 2022) |
| 29 | Deposition of GSK 30(b)(6) witness Dr. Leslie Driver (Mar. 3, 2021) |
| 30 | Deposition of GSK 30(b)(6) witness, James Harvey, Ph.D. (Sept. 29, 2021) |
| 31 | Deposition of Dr. Robert Gibbons (Apr. 22, 2022) |

| Plaintiffs' Ex. No. | Exhibit |
|---|---|
| 32 | Deposition of Dr. Frederick Guengerich (June 6–7, 2022) |
| 33 | Deposition of Dr. Benjamin Hatten (May 17, 2022) |
| 34 | Deposition of David Light (Feb. 10, 2022) |
| 35 | Deposition of Dr. Craig Lindsley (May 24, 2022) |
| 36 | Deposition of Dr. Anthony Lynch (Dec. 6, 2021) |
| 37 | Deposition of Dr. Bernard Olsen (May 23, 2022) |
| 38 | Deposition of Sanofi 30(b)(6) witness Claude Kugel (Sept. 23, 2021) |
| 39 | Deposition of Sanofi 30(b)(6) witness Matt Lochstampfor (Mar. 31, 2021) |
| 40 | Deposition of Dr. Mary Beth Terry (May 31, 2022) |
| 41 | Deposition of Dr. Michael Vaezi (May 12, 2022) |
| 42 | Deposition of Dr. Timothy Wang (May 26, 2022) |
| 43 | Deposition of Dr. John Witte (May 19, 2022) |
| **Scientific Literature (alphabetical order by last name of the first author)** | |
| 44 | Darkin, et al., *The Formation of N-Nitrosodimethylamine from Ranitidine and Other Marketed Drugs* (1982), GSKZAN0003535392 |
| 45 | Tanner, et al., *The Determination of N-Nitrosodimethylamine Formed by the Reaction of Ranitidine Hydrochloride with Sodium Nitrite* (1982), GSKZAN0000084994 |
| 46 | Walters, et al., *Nitrosation of Food Amines Under Stomach Conditions* (1976), GSKZAN0000084971 |
| **Regulatory Agency Documents (alphabetical order by authoring agency, then chronological)** | |
| 47 | Canadian Environmental Protection Act, Priority Substances List Assessment Report, N-Nitrosodimethylamine (NDMA), 1999, GSKZAN0000620057 |

| Plaintiffs' Ex. No. | Exhibit |
|---|---|
| 48 | FDA Nitrosamines as Impurities in Drugs; Health Risk Assessment and Mitigation Workshop, Working Group Transcript, Day 1 |
| 49 | FDA Nitrosamines as Impurities in Drugs; Health Risk Assessment and Mitigation Workshop, Working Group Transcript, Day 2 |
| 50 | FDA: Nitrosamines as Impurities in Drugs-Health Risk Assessment and Mitigation Public Workshop, March 29-30, 2021, GSKZAN0003505669 |
| **Other Documents** | |
| 51 | Declaration of Je Yon Jung, Esq. |
| 52 | Ghulam Mohy-ud-din Document Production |
| 53 | Glaxo Group Research Limited Report No. WCS/84/004, Protocol 26-RAN-316, Author listed as JK Forster, GSKZAN000319263-GSKZAN0003199302 |
| 54 | Glaxo Group Research Report, CP:16:81, Effect of Administration of Ranitidine for Four Weeks on Gastric Bacterial Flora in Healthy Volunteers, November 1981, GSKZAN0000990147 |
| 55 | Glaxo Group Research Report, CP:42:80, Effect of Administration of Ranitidine and Cimetidine on Gastric Bacterial Flora, 1980, GSKZNDAA0000066967 |
| 56 | Glaxo Group Research Report No. PATH-80-235 Nitrosation of ranitidine: further mutagenicity studies, GSKZAN0000986964 |
| 57 | GSK Chemistry Experiment AH19065 - Particle imaging of Saraca Grade 1 and grade III processes to convert ranitidine free base to hydrochloride, GSKZAN0000389009, 389014 |
| 58 | GSK Email re BMD modelling and nitrosamines, GSKZAN0002771972 |
| 59 | GSK Email re Violation of Reporting Obligation, GSKZAN0000430892 |
| 60 | GSK's Hazard Assessment Report on N-Nitroso-dimethylamine (NDMA), September 25, 2019, GSKZAN0003419540 |
| 61 | GSK Internal comms- Ranitidine NDMA Query- 29 July.docx, Dated 7/29/2019 in metadata, GSKZAN0000178581 |
| 62 | GSK Root Cause Analysis, GSKZAN0000052019 |

| Plaintiffs' Ex. No. | Exhibit |
|---|---|
| 63 | Master Data Spreadsheet |
| 64 | Sanofi Evaluation of Impurity NDMA Presence (Feb. 28, 2019), SANOFI_ZAN_MDL_0000497401 |
| 65 | Sanofi Medical Risk Assessment (Oct. 21, 2019) SANOFI_ZAN_MDL_0000206858 |
| 66 | Sanofi Medical Risk Assessment Follow-up (Feb. 26, 2020) SANOFI_ZAN_MDL_0000278477 |
| 67 | Sanofi Response to Agency Request, Article 31 of Directive 2001/83/EC for Ranitidine-Containing Medicinal Products (July 24, 2020), SANOFI_ZAN_MDL_0000033849 |
| 68 | Dr. Mary Beth Terry Lecture (April 7, 2017) |
| 69 | Uquifa, Evaluation of NDMA Levels in Ranitidine HCL API and Update of our Studies, PATHEON_MDL_00021264 |
| 70 | Deposition of GSK 30(b)(6) witness Stephen Hobbiger (June 15, 2021) |
| 71 | Nogaard, M., *Ranitidine and risk of bladder cancer: a population based cohort study* (Draft), DARTMOUTH000202–220 |
| 72 | Email string re rejection of Norgaard paper by the *Lancet*, DARTMOUTH000279–283 |
| 73 | Email string re rejection of Norgaard paper by the *Journal of the National Cancer Institute*, DARTMOUTH000284–286 |
| 74 | Email string re rejection of Norgaard paper by the *European Urology*, DARTMOUTH000292–294 |
| 75 | Deposition of Dr. Michael Porter (May 25, 2022) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 6, 2022 at Philadelphia, Pennsylvania.

/s/ Tracy A. Finken

**Motion to Seal/Sealed and Exparte Filings:**

9:20-md-02924-RLR IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

**U.S. District Court**

**Southern District of Florida**

**Notice of Electronic Filing**

The following transaction was entered by Gilbert, Robert on 7/6/2022 at 7:43 PM EDT and filed on 7/6/2022

| | |
|---|---|
| **Case Name:** | IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION |
| **Case Number:** | 9:20-md-02924-RLR |
| **Filer:** | Zantac (Ranitidine) Products Liability Litigation |
| **Document Number:** | 5840 |

**Docket Text:**

**Sealed Document *Declaration of Tracy Finken in Support of Plaintiffs Motions to Exclude Defendants Experts Opinions* by Zantac (Ranitidine) Products Liability Litigation. (Attachments: # (1) Exhibit Exhs. 115 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions, # (2) Exhibit Exhs. 1620 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions, # (3) Exhibit Exhs. 2125 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions, # (4) Exhibit Exhs. 26-30 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions, # (5) Exhibit Exhs. 31-36 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions, # (6) Exhibit Exhs. 37-41 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions, # (7) Exhibit Exhs. 42-46 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions, # (8) Exhibit Exh. 47 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions, # (9) Exhibit Exhs. 48-55 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions, # (10) Exhibit Exhs. 56-64 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions, # (11) Exhibit Exhs. 65-69 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions, # (12) Exhibit Exhs. 70-75 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions) (Gilbert, Robert)**

**9:20-md-02924-RLR No electronic public notice will be sent because the case/entry is sealed.**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/6/2022] [FileNumber=22352440-0
] [5d2c97662ff48e7754a8978a88220ae822f7b93be76a620d696880b4a77814dd867
e3b04a9770fe747eca3e381d9cc38421f250909e0938a2b9af29a6551dbdf]]
**Document description:**Exhibit Exhs. 115 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/6/2022] [FileNumber=22352440-1
] [8e277cb2be4684149e8743ae8e5a339ade1178361246e858168a22697d2477d0f2f
151143794df85b8e1aaee391ca0d43c10d1dd8b2a5aee849bc14f2a98ee27]]
**Document description:**Exhibit Exhs. 1620 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/6/2022] [FileNumber=22352440-2
] [2dd1c744b71b0d7d610e147a0222fbb4741da81337f776894c4ff7aa615909b7d5d
c85e97d1c008b1f45abddf2fac99d4c114fd1eb00e0d33e1c6ad5eda75ecf]]
**Document description:**Exhibit Exhs. 2125 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/6/2022] [FileNumber=22352440-3
] [84e25bec084feaaf86c80e8399a49118046656be654626db8ca19397e3a3af9f89a
4d37b3130253bb2006596a6d11f6c9e7e081748e4eee357ebfba129fb262f]]
**Document description:**Exhibit Exhs. 26-30 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/6/2022] [FileNumber=22352440-4
] [5d012a331306db965c44c3508fa9fc53f77524e31dad8cf65063c6a61a43fc35085
1109ec2ea881c3fc77b4a149a370afaaffb59b1e289d28df8c57ffb4755af]]
**Document description:**Exhibit Exhs. 31-36 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/6/2022] [FileNumber=22352440-5
] [8f597571e581333de00cf68b62b348bf0def1a2a36e9d60369a3179e4b7edda2178
76ab8b0955e00055f0b46b2999280c4047d6459d05e26c3abd1d8845ef27a]]
**Document description:**Exhibit Exhs. 37-41 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/6/2022] [FileNumber=22352440-6
] [16d84df16f15743d336b1db0f82001a9a2ed660ce558662e59c7a292760420babfb
54c91eade15a98ea8d685aa4cee84c3fcafcb028ece2750d99be2357d0eb1]]
**Document description:**Exhibit Exhs. 42-46 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/6/2022] [FileNumber=22352440-7
] [11fa5f0ce8268ec06fd323ee97278620b54485790e056cd677b7e9e8cf411d4f032
b5a5daef6b04c6c52ce2d36761cc584ee89217e02a50775e1e655ed53d977]]
**Document description:**Exhibit Exh. 47 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/6/2022] [FileNumber=22352440-8
] [74f81dfc92b91d1d7f0a47c6ff21b3246401a8b3b597d090aa49081b40acb08a600
1deb7cefe86bc18c31474e1cb2c1de5fd4a319064614eb53f6eefffa52ae9]]
**Document description:**Exhibit Exhs. 48-55 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/6/2022] [FileNumber=22352440-9
] [306a22ffc8304da21895b141e810924ee73286b8c9db39b08b7a1bb132559eb6080
27fac788d1295e164d8acdf142834d4a7d3de9663eb2b62c269b0451f58f6]]

**Document description:**Exhibit Exhs. 56-64 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/6/2022] [FileNumber=22352440-10] [752672ba7aadba3f641bd7b15e8d1fa1323e7446437770411145 39e6a3bf5f9541a504fd383810fe4dbe988ecc0afe58a4d46a2d914df343e4b8af1e95012a09]]
**Document description:**Exhibit Exhs. 65-69 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/6/2022] [FileNumber=22352440-11] [41d8895225ddf73dc6f4406523e9f6b78193cbb2052782399601597f73322ff8064962235eb572e63bec17ea74dce066103baac8a2d88b43fad377fa8f87fa56]]
**Document description:**Exhibit Exhs. 70-75 to Declaration of Tracy Finken ISO Motions to Exclude Defendants Experts Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/6/2022] [FileNumber=22352440-12] [1a7e3740b40314bfadd518cfc62f5ecc8ee90f721ad6a109fe1a95dbdd9750883c4f15ac4fc289e22461c3b1b7682e03de6cf9e7a146e739f996fc0430a02d7a]]